Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GIGA WATT INC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4797010 |
| 4. | Debtor's address | **Principal place of business**<br><br>2504 Columbia Ave NW<br>East Wenatchee, WA 98802-3941<br>Number, Street, City, State & ZIP Code<br><br>DOUGLAS<br>County | **Mailing address, if different from principal place of business**<br><br>1250 N Wenatchee Ave, Suite H #147<br>Wenatchee, WA 98801<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **GIGA WATT INC**     Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | GIGA WATT INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | GIGA WATT INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 19, 2018
                      MM / DD / YYYY

X _ANDREY KUZENNY (Nov 19, 2018)_        **ANDREY KUZENNY**
Signature of authorized representative of debtor         Printed name

Title   **Secretary**

**18. Signature of attorney**

X _____        Date **November 19, 2018**
Signature of attorney for debtor                                  MM / DD / YYYY

**Timothy R. Fischer 40075**
Printed name

**Winston & Cashatt, Lawyers**
Firm name

**601 W. Riverside Avenue, Suite 1900**
**Spokane, WA 99201**
Number, Street, City, State & ZIP Code

Contact phone   **(509) 838-6131**        Email address   trf@winstoncashatt.com

**40075 WA**
Bar number and State

# MINUTES OF A SPECIAL MEETING OF THE SHAREHOLDERS OF GIGA WATT INC

Per the corporation's bylaws a special meeting was called by Andrey Kuzenny who is a shareholder who holds more than 10% of the issued shares of the corporation and a director of the corporation dispensing with the need for notice. The undersigned, each with shares represented next to their names and the total issued shares is 9,500, thus 4,845 or more constitute a majority of shareholders of this corporation and acting pursuant to the authority of Washington law and the corporation's bylaws. A quorum was present as the undersigned represent a majority of the shares of the issued of the corporation authorizing any action at this meeting. The undersigned majority do hereby adopt the following:

WHEREAS, the Corporation is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

WHEREAS, the Corporation needs a Secretary to act on its behalf:

RESOLVED, Andrey Kuzenny is elected by a vote to be the Secretary of Giga Watt Inc.

We the undersigned, constituting a majority of the shareholders of Giga Watt Inc do hereby vote and consent to the foregoing.

November 18, 2018

_____
Andrey Kuzenny (Nov 19, 2018)
ANDREY KUZENNY, Shareholder 1,660

_____
Leonid Markin (Nov 19, 2018)
LEONID MARKIN, Shareholder 1,660

_____
Eduard Khaptakhaev (Nov 19, 2018)
EDUARD KHAPTAKHEV, Shareholder 1,660

# RESOLUTION TO FILE CHAPTER 11 REORGANIZATION

WHEREAS, Giga Watt Inc. (the Corporation) is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of, a corporation duly formed pursuant to the laws of the state of and that the foregoing is a true record of a resolution duly adopted at a meeting of the shareholders and that said meeting was held in accordance with state law and the Bylaws of the above named Corporation on 11-18-18, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, we have executed our names representing a majority of the Corporation shareholders on November 18, 2018.

_____
Andrey Kuzenny (Nov 19, 2018)
ANDREY KUZENNY, Shareholder


_____
Leonid Markin (Nov 19, 2018)
LEONID MARKIN, Shareholder


_____
Eduard Khaptakhaev (Nov 19, 2018)
EDUARD KHAPTAKHEV, Shareholder

# **RESOLUTION TO FILE CHAPTER 11 REORGANIZATION**

WHEREAS, Giga Watt Inc. (the Corporation) is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of, a corporation duly formed pursuant to the laws of the state of and that the foregoing is a true record of a resolution duly adopted at a meeting of the shareholders and that said meeting was held in accordance with state law and the Bylaws of the above named Corporation on 11-18-18, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary of the Corporation on November 18, 2018.

GIGA WATT INC

BY _____
Andrey Kuzenny (Nov 19, 2018)

ANDREY KUZENNY, Secretary