Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GIGA WATT INC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amphenol Custom Cable<br>3221 Cherry Palm Dr.<br>Tampa, FL 33619 | | | | | | $100,915.28 |
| Belyea Company<br>2200 Northwood Ave.<br>Easton, PA 18045 | | | | | | $276,500.00 |
| Brent Woodward, Inc.<br>14103 Stewart Rd.<br>Sumner, WA 98390 | | | | | | $57,346.00 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA 94139 | | | | | | $24,019.05 |
| Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>SINGAPORE | | | | | | $2,300,000.00 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813 | | | | | | $310,329.00 |
| FedEx<br>PO Box 94515<br>Palatine, IL 60094 | | | | | | $62,232.75 |
| Gigawatt PTE Ltd<br>Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>SINGAPORE | | | | | | $1,371,000.00 |

Debtor: GIGA WATT INC

Case number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807 | | | | | | $36,760.62 |
| Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104 | | | | | | $40,358.33 |
| NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138 | | | | | | $23,523.25 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837 | | | | $460,658.39 | $0.00 | $460,658.39 |
| NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074 | | | | | | $45,676.11 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225 | | | | | | $33,599.12 |
| Raritan<br>400 Cottontail Lane<br>Somerset, NJ 00873 | | | | | | $836,680.31 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801 | | | | | | $57,160.00 |
| Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816 | | | | | | $355,344.27 |
| Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101 | | | | | | $43,000.00 |
| US Customs<br>PO Box 979126<br>St. Louis, MO 63197 | | | | | | $95,659.42 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304 | | | | | | $465,917.12 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GIGA WATT INC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    **List of Creditors who have the 20 largest unsecured claims and are not insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 19, 2018**    X  ANDREY KUZENNY (Nov 19, 2018)
Signature of individual signing on behalf of debtor

**ANDREY KUZENNY**
Printed name

**Secretary**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-03197-11    Doc 2    Filed 11/19/18    Entered 11/19/18 16:43:34    Pg 3 of 3