TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416
Attorneys for Debtor In Possession GIGA WATT INC.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | No. 18-03197-11 |
|---|---|
| GIGA WATT INC., | Chapter 11 |
| Debtor in Possession. | **NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT; AND
TO: ALL INTERESTED PARTIES

YOU WILL PLEASE TAKE NOTICE that Timothy R. Fischer, Nancy L. Isserlis, Darren M. Digiacinto, and David P. Gardner, all of Winston & Cashatt, Lawyers, enters their appearance in the above cause on behalf of the Debtor in Possession, Giga Watt, Inc., and request that all further pleadings and papers herein (except process) be served upon the undersigned attorneys at the address below stated.

NOTICE OF APPEARANCE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| 1 | Timothy R. Fischer |
| 2 | Winston & Cashatt, Lawyers |
|   | 601 W. Riverside Ave., Suite 1900 |
| 3 | Spokane, WA 99201 |
|   | Telephone: 509-838-6131 |
| 4 | trf@winstoncashatt.com |
| 5 | |
|   | Nancy L. Isserlis |
| 6 | Winston & Cashatt, Lawyers |
|   | 601 W. Riverside Ave., Suite 1900 |
| 7 | Spokane, WA 99201 |
|   | Telephone: 509-838-6131 |
| 8 | nli@winstoncashatt.com |
| 9 | |
|   | Darren M. Digiacinto |
| 10 | Winston & Cashatt, Lawyers |
|   | 601 W. Riverside Ave., Suite 1900 |
| 11 | Spokane, WA 99201 |
|   | Telephone: 509-838-6131 |
| 12 | dmd@winstoncashatt.com |
| 13 | |
| 14 | David P. Gardner |
|   | Winston & Cashatt, Lawyers |
| 15 | 601 W. Riverside Ave., Suite 1900 |
|   | Spokane, WA 99201 |
| 16 | Telephone: 509-838-6131 |
| 17 | dpg@winstoncashatt.com |

/././

/././

/././

/././

/././

NOTICE OF APPEARANCE - Page 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

DATED this 19th day of November, 2018.

WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
_____
TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
Attorneys for Debtor in Possession

NOTICE OF APPEARANCE - Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 3    Filed 11/19/18    Entered 11/19/18 16:46:57    Pg 3 of 3