# Notice Recipients

District/Off: 0980−2           User: notice              Date Created: 11/19/2018
Case: 18−03197−FPC11           Form ID: 309F             Total: 52

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Chapter 11 Trustee
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | GIGA WATT INC | 1250 N Wenatchee Ave., Suite H #147 | Wenatchee, WA 98801 | |
| ust | US Trustee | US Court House | 920 W Riverside Ave, Suite 593 | Spokane, WA 99201 |
| aty | Timothy R. Fischer | Winston & Cashatt, Lawyers | 601 W. Riverside Avenue, Suite 1900 | Spokane, WA 99201 |
| smg | Securities & Exchange Commission | Attn: Bankruptcy Counsel | 5670 Wilshire Blvd 11th Floor | Los Angeles, CA 90036−3648 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | Attorney General's Office | Bankruptcy & Collections Unit | 800 Fifth Avenue, Suite 2000 | Seattle, WA 98104 |
| smg | State of Washington | Department of Revenue | 2101 4th Ave, Ste 1400 | Seattle, WA 98121−2300 |
| 4019761 | Amphenol Custom Cable | 3221 Cherry Palm Dr. | Tampa, FL 33619 | |
| 4019762 | Andrey Kuzenny | 10000 Santa Monica Blvd., Unit 3302 | Santa Monica, CA 90067 | |
| 4019763 | Belyea Company | 2200 Northwood Ave. | Easton, PA 18045 | |
| 4019764 | Bertha Goehner | 215 Eller St. SE | East Wenatchee, WA 98802 | |
| 4019765 | Brent Woodward, Inc. | 14103 Stewart Rd. | Sumner, WA 98390 | |
| 4019766 | Busby Internations, Inc. | PO Box 1457 | Moses Lake, WA 98837 | |
| 4019769 | CTC Engineering | 2290 Bishop Circle East | Dexter, MI 48130 | |
| 4019767 | Consolidated Electric Dist. Inc. | PO Box 398830 | San Francisco, CA 94139 | |
| 4019768 | Cryptonomos PTE Ltd | 1 Magazine Rd #04−11 | Central Mall | Singamore |
| 4019770 | Dave Carlson | 474 Highline Dr., Suites A−C & H | East Wenatchee, WA 98802 | |
| 4019771 | Douglas County PUD | PO Box 1119 | Bridgeport, WA 98813 | |
| 4019772 | EAN Services, LLC | PO Box 402383 | Atlanta, GA 30384 | |
| 4019773 | Eduard Khaptakhaev | Lenkinkkgradsky pr−t 76/1/49 | Moscow | Russia |
| 4019774 | Evansont Insurance Carrier | c/o Mitchell, Reed & Schmitten Ins. | PO Box D | Cashmere, WA 98815 |
| 4019775 | Executive Flight | 1 Campbell Pkwy | East Wenatchee, WA 98802 | |
| 4019776 | Fastenal Company | PO Box 1286 | WInona, MN 55987 | |
| 4019777 | FedEx | PO Box 94515 | Palatine, IL 60094 | |
| 4019778 | Giga Plex LLC | 7906 Randolph Rd. | Moses Lake, WA 98837 | |
| 4019779 | Gigawatt PTE Ltd Attn Mikhaylyuta | 1 Magazine Rd #04−11 | Central Mall | Singapore |
| 4019780 | H2 Pre−cast, Inc | 3835 N. Clemons St. | East Wenatchee, WA 98802 | |
| 4019781 | JDSA | PO Box 1688 | Wenatchee, WA 98807 | |
| 4019782 | Kelly Imaging | PO Box 660831 | Dallas, TX 75266 | |
| 4019783 | Kenneth Johnson | 2452 Columbia Ave. NW #24 | East Wenatchee, WA 98802 | |
| 4019784 | Leonid Markin | 714 North Rexford Dr. | Beverly Hills, CA 90210 | |
| 4019785 | Lighthouse | 250 Montgomery St., Suite 300 | San Francisco, CA 94104 | |
| 4019786 | MLDC1 LLC | 7906 Randolph Rd. | Moses Lake, WA 98837 | |
| 4019787 | NC Machinery | PO Box 58201 | Tukwila, WA 98138 | |
| 4019789 | NW Handling Systems | PO Box 749861 | Los Angeles, CA 90074 | |
| 4019788 | Neppel Electric | 4703 Kelly Place | Moses Lake, WA 98837 | |
| 4019790 | Pacific Northwest Infrastructure In | PO Box 3363 | Wenatchee, WA 98807 | |
| 4019791 | Pacific Security | 2009 Iron St. | Bellingham, WA 98225 | |
| 4019792 | Port of Chelan | 238 Olds Station Rd #A | Wenatchee, WA 98801 | |
| 4019793 | Port of Douglas | 643 Billingsly Dr. SE | East Wenatchee, WA 98802 | |
| 4019794 | Raritan | 400 Cottontail Lane | Somerset, NJ 00873 | |
| 4019795 | Schmitt Electric | 1114 Walla Walla Ave. | Wenatchee, WA 98801 | |
| 4019796 | Show Me Cables | 115 Chesterfield Industrial Blvd. | Chesterfield, MO 63005 | |
| 4019798 | TNT Business Complexes | 83 4th St. | Rock Island, WA 98850 | |
| 4019797 | Talos Construction, LLC | PO Box 2607 | Chelan, WA 98816 | |
| 4019799 | Total Employment Management | 723 W. Broadway | Moses Lake, WA 98837 | |
| 4019800 | Town Toyota Center | 1300 Walla Walla | Wenatchee, WA 98801 | |
| 4019801 | Treehouse Technology Group, LLC | 300 Bedford Street, Unit 214 | Manchester, NH 03101 | |
| 4019802 | UPS | 28013 Network Place | Chicago, IL 60673 | |
| 4019803 | US Customs | PO Box 979126 | St. Louis, MO 63197 | |
| 4019804 | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Rd. | Palo Alto, CA 94304 | |

                                                                                    TOTAL: 51