# United States Bankruptcy Court
## Eastern District of Washington

In re    **GIGA WATT INC**                      Case No. _____

                                                     Debtor(s)            Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 19, 2018**                  _/s/ ANDREY KUZENNY (Nov 19, 2018)_
                                                           **ANDREY KUZENNY/Secretary**
                                                           Signer/Title

GIGA WATT INC
1250 N Wenatchee Ave, Suite H #147
Wenatchee, WA 98801


Timothy R. Fischer
Winston & Cashatt, Lawyers
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201


Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619


Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067


Belyea Company
2200 Northwood Ave.
Easton, PA 18045


Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802


Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390


Busby Internations, Inc.
PO Box 1457
Moses Lake, WA 98837


Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139

Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
SINGAPORE


CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130


Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802


Douglas County PUD
PO Box 1119
Bridgeport, WA 98813


EAN Services, LLC
PO Box 402383
Atlanta, GA 30384


Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
RUSSIA


Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815


Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802


Fastenal Company
PO Box 1286
WInona, MN 55987

FedEx
PO Box 94515
Palatine, IL 60094


Giga Plex LLC
7906 Randolph Rd.
Moses Lake, WA 98837


Gigawatt PTE Ltd Attn Mikhaylyuta
1 Magazine Rd #04-11
Central Mall
SINGAPORE


H2 Pre-cast, Inc
3835 N. Clemons St.
East Wenatchee, WA 98802


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JDSA
PO Box 1688
Wenatchee, WA 98807


Kelly Imaging
PO Box 660831
Dallas, TX 75266


Kenneth Johnson
2452 Columbia Ave. NW #24
East Wenatchee, WA 98802


Leonid Markin
714 North Rexford Dr.
Beverly Hills, CA 90210

Lighthouse
250 Montgomery St., Suite 300
San Francisco, CA 94104


MLDC1 LLC
7906 Randolph Rd.
Moses Lake, WA 98837


NC Machinery
PO Box 58201
Tukwila, WA 98138


Neppel Electric
4703 Kelly Place
Moses Lake, WA 98837


NW Handling Systems
PO Box 749861
Los Angeles, CA 90074


Pacific Northwest Infrastructure In
PO Box 3363
Wenatchee, WA 98807


Pacific Security
2009 Iron St.
Bellingham, WA 98225


Port of Chelan
238 Olds Station Rd #A
Wenatchee, WA 98801


Port of Douglas
643 Billingsly Dr. SE
East Wenatchee, WA 98802

Raritan
400 Cottontail Lane
Somerset, NJ 00873


Schmitt Electric
1114 Walla Walla Ave.
Wenatchee, WA 98801


Show Me Cables
115 Chesterfield Industrial Blvd.
Chesterfield, MO 63005


Talos Construction, LLC
PO Box 2607
Chelan, WA 98816


TNT Business Complexes
83 4th St.
Rock Island, WA 98850


Total Employment Management
723 W. Broadway
Moses Lake, WA 98837


Town Toyota Center
1300 Walla Walla
Wenatchee, WA 98801


Treehouse Technology Group, LLC
300 Bedford Street, Unit 214
Manchester, NH 03101


UPS
28013 Network Place
Chicago, IL 60673

US Customs
PO Box 979126
St. Louis, MO 63197


Washington Department of Revenue
2101 Fourth Avenue #1400
Seattle, WA 98121-2300


Washington Employment Security Dept
P.O. Box 9046
Olympia, WA 98507-9046


Washington State Labor & Industries
P.O. Box 44170
Olympia, WA 98504-4170


Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA 94304