TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>GIGA WATT INC.,<br>                  Debtor in Possession. | Case No. 18-03197-11<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT, AND
TO: ALL INTERESTED PARTIES

YOU WILL PLEASE TAKE NOTICE THAT TIMOTHY R. FISCHER, of Winston & Cashatt, Lawyers, enters his appearance in the above cause and requests that all further pleadings and papers herein (except process) be served upon the undersigned attorney at the address below stated.

DATED this 19th day of November, 2018.

WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*

TIMOTHY R. FISCHER
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
Telephone: 509-838-6131
Email: trf@winstoncashatt.com

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 6    Filed 11/20/18    Entered 11/20/18 15:21:18    Pg 1 of 1