TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession

No. 18-03197-11

**NOTICE OF APPEARANCE**

TO: CLERK OF THE COURT; AND
TO: ALL INTERESTED PARTIES

YOU WILL PLEASE TAKE NOTICE THAT DAVID P. GARDNER of Winston & Cashatt, Lawyers, enters his appearance in the above cause and requests that all further pleadings and papers herein (except process) be served upon the undersigned attorney at the address below stated.

SIGNED at Spokane, Washington, this 19th day of November, 2018.

WINSTON & CASHATT, LAWYERS

*/s/ David P. Gardner*

---
DAVID P. GARDNER
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
Telephone: 509-838-6131
Email dpg@winstoncashatt.com

NOTICE OF APPEARANCE – DAVID P. GARDNER - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131