THE HONORABLE FREDERICK P. CORBIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:
GIGA WATT, INC.

CASE NO. 18-03197-FPC11

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

Debtor in Possession

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that effective immediately David A. Kazemba of the firm of Overcast Law Offices, PS, hereby appears in the above entitled bankruptcy case on behalf of Giga Plex, LLC and MLDC1, LLC, and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

David A. Kazemba requests that for all notice purposes and for inclusion in the

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7   Doc 9   Filed 11/21/18   Entered 11/21/18 08:38:38   Pg 1 of 2

Master Mailing list in this case, the following address be used:

Overcast Law Offices, PS
C/O David A. Kazemba
23 S. Wenatchee Ave Suite 320
Wenatchee, WA 98801

DATED: November 21, 2018.

OVERCAST LAW OFFICES

By: _____
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and MLDC1, LLC

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 9    Filed 11/21/18    Entered 11/21/18 08:38:38    Pg 2 of 2