TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** Debtor in Possession | **NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT; AND
TO: ALL INTERESTED PARTIES

YOU WILL PLEASE TAKE NOTICE THAT DARREN M. DIGIACINTO, of Winston & Cashatt, Lawyers, enters his appearance in the above cause and requests that all further pleadings and papers herein (except process) be served upon the undersigned attorney at the address below stated.

SIGNED at Spokane, Washington, this 19th day of November, 2018.

WINSTON & CASHATT, LAWYERS

*/s/ Darren M. Digiacinto*
_____
DARREN M. DIGIACINTO
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
Telephone: 509-838-6131
Email dmd@winstoncashatt.com

NOTICE OF APPEARANCE – DARREN M. DIGIACINTO - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 10    Filed 11/21/18    Entered 11/21/18 10:29:24    Pg 1 of 1