```
                            United States Bankruptcy Court
                            Eastern District of Washington
In re:                                                              Case No. 18-03197-FPC
        GIGA WATT INC                                               Chapter 11
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 0980-2          User: notice              Page 1 of 2            Date Rcvd: Nov 20, 2018
                              Form ID: 309F             Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
```
db            +GIGA WATT INC,    1250 N Wenatchee Ave., Suite H #147,     Wenatchee, WA 98801-1599
smg           +Attorney General's Office,    Bankruptcy & Collections Unit,    800 Fifth Avenue, Suite 2000,
                Seattle, WA 98104-3188
4019761       +Amphenol Custom Cable,    3221 Cherry Palm Dr.,    Tampa, FL 33619-8359
4019762       +Andrey Kuzenny,    10000 Santa Monica Blvd., Unit 3302,    Santa Monica, CA 90067-7032
4019763       +Belyea Company,    2200 Northwood Ave.,    Easton, PA 18045-2208
4019764       +Bertha Goehner,    215 Eller St. SE,    East Wenatchee, WA 98802-5325
4019765       +Brent Woodward, Inc.,    14103 Stewart Rd.,    Sumner, WA 98390-9641
4019766       +Busby Internations, Inc.,    PO Box 1457,    Moses Lake, WA 98837-0225
4019769       +CTC Engineering,    2290 Bishop Circle East,    Dexter, MI 48130-1564
4019767       +Consolidated Electric Dist. Inc.,    PO Box 398830,    San Francisco, CA 94139-8830
4019770       +Dave Carlson,    474 Highline Dr., Suites A-C & H,    East Wenatchee, WA 98802-7725
4019771       +Douglas County PUD,    PO Box 1119,    Bridgeport, WA 98813-1119
4019772       +EAN Services, LLC,    PO Box 402383,    Atlanta, GA 30384-2383
4019773        Eduard Khaptakhaev,    Lenkinkkgradsky pr-t 76/1/49,    Moscow,    Russia
4019774       +Evansont Insurance Carrier,    c/o Mitchell, Reed & Schmitten Ins.,    PO Box D,
                Cashmere, WA 98815-0515
4019775       +Executive Flight,    1 Campbell Pkwy,    East Wenatchee, WA 98802-9290
4019776       +Fastenal Company,    PO Box 1286,    WInona, MN 55987-7286
4019777       +FedEx,    PO Box 94515,    Palatine, IL 60094-4515
4019778       +Giga Plex LLC,    7906 Randolph Rd.,    Moses Lake, WA 98837-5122
4019779        Gigawatt PTE Ltd Attn Mikhaylyuta,    1 Magazine Rd #04-11,    Central Mall,    Singapore
4019780       +H2 Pre-cast, Inc,    3835 N. Clemons St.,    East Wenatchee, WA 98802-9337
4019781       +JDSA,    PO Box 1688,    Wenatchee, WA 98807-1688
4019782       +Kelly Imaging,    PO Box 660831,    Dallas, TX 75266-0831
4019783       +Kenneth Johnson,    2452 Columbia Ave. NW #24,    East Wenatchee, WA 98802-4198
4019784       +Leonid Markin,    714 North Rexford Dr.,    Beverly Hills, CA 90210-3314
4019785       +Lighthouse,    250 Montgomery St., Suite 300,    San Francisco, CA 94104-3428
4019786       +MLDC1 LLC,    7906 Randolph Rd.,    Moses Lake, WA 98837-5122
4019787       +NC Machinery,    PO Box 58201,    Tukwila, WA 98138-1201
4019789       +NW Handling Systems,    PO Box 749861,    Los Angeles, CA 90074-9861
4019788       +Neppel Electric,    4703 Kelly Place,    Moses Lake, WA 98837-4306
4019790       +Pacific Northwest Infrastructure In,    PO Box 3363,    Wenatchee, WA 98807-3363
4019791       +Pacific Security,    2009 Iron St.,    Bellingham, WA 98225-4211
4019792       +Port of Chelan,    238 Olds Station Rd #A,    Wenatchee, WA 98801-8131
4019793        Port of Douglas,    643 Billingsly Dr. SE,    East Wenatchee, WA 98802
4019794       +Raritan,    400 Cottontail Lane,    Somerset, NJ 08873-1238
4019795       +Schmitt Electric,    1114 Walla Walla Ave.,    Wenatchee, WA 98801-1525
4019796       +Show Me Cables,    115 Chesterfield Industrial Blvd.,    Chesterfield, MO 63005-1219
4019798        TNT Business Complexes,    83 4th St.,    Rock Island, WA 98850
4019797       +Talos Construction, LLC,    PO Box 2607,    Chelan, WA 98816-2607
4019799       +Total Employment Management,    723 W. Broadway,    Moses Lake, WA 98837-1920
4019800       +Town Toyota Center,    1300 Walla Walla,    Wenatchee, WA 98801-1529
4019801       #+Treehouse Technology Group, LLC,    300 Bedford Street, Unit 214,    Manchester, NH 03101-1102
4019802       +UPS,    28013 Network Place,    Chicago, IL 60673-1280
4019803       +US Customs,    PO Box 979126,    St. Louis, MO 63197-9001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: trf@winstoncashatt.com Nov 21 2018 02:22:13     Timothy R. Fischer,
                Winston & Cashatt, Lawyers,    601 W. Riverside Avenue, Suite 1900,    Spokane, WA  99201
smg            EDI: IRS.COM Nov 21 2018 07:28:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA  19101-7346
smg            EDI: WADEPREV.COM Nov 21 2018 07:33:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
smg            E-mail/Text: LAROBankruptcy@SEC.gov Nov 21 2018 02:22:19     Securities & Exchange Commission,
                Attn: Bankruptcy Counsel,    5670 Wilshire Blvd 11th Floor,    Los Angeles, CA  90036-3648
ust           +E-mail/Text: ustp.region18.sp.ecf@usdoj.gov Nov 21 2018 02:22:19     US Trustee,
                US Court House,    920 W Riverside Ave, Suite 593,    Spokane, WA 99201-1012
4019804       +E-mail/Text: jdoyle@wsgr.com Nov 21 2018 02:22:16     Wilson Sonsini Goodrich & Rosati,
                650 Page Mill Rd.,    Palo Alto, CA 94304-1050
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             Chapter 11 Trustee
4019768        Cryptonomos PTE Ltd,    1 Magazine Rd #04-11,    Central Mall,    Singamore
                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

|  |  |  |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor | **GIGA WATT INC** <br> Name | EIN **81–4797010** |
| United States Bankruptcy Court **EASTERN DISTRICT OF WASHINGTON** | | Date case filed for chapter **11**  **11/19/18** |
| Case number: **18–03197–FPC11** | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case (12/17)

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GIGA WATT INC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1250 N Wenatchee Ave., Suite H #147 <br> Wenatchee, WA 98801 | |
| 4. | **Debtor's attorney** <br> Name and address | Timothy R. Fischer <br> Winston & Cashatt, Lawyers <br> 601 W. Riverside Avenue, Suite 1900 <br> Spokane, WA 99201 | Contact phone (509) 838–6131 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 904 W Riverside Ave, Suite 304 <br> PO Box 2164 <br> Spokane, WA 99201 | Hours: 8:30 AM – 4:30 PM Monday – Friday <br><br> Phone: (509) 458–5300 <br><br> Date: November 19, 2018 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 8, 2019** at **3:00 PM** <br><br> The trustee convenes and presides at the meeting of creditors – 11 USC § 341. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Red Lion Hotel, 1225 N. Wenatchee Ave, Wenatchee, WA 98801** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case**                                                                page 1

18-03197-FPC7    Doc 12    Filed 11/22/18    Entered 11/22/18 21:42:55    Pg 3 of 4

| | | |
|---|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim: Deadline:** February 18, 2019 | |
| | **For a governmental unit:** 180 days after original filing date | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint: March 11, 2019** | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |