DAVID R. LAW
DAVIS, ARNIEL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE, WA 98801
Telephone: 509-662-3551
Facsimile: 509-662-9074

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
)
GIGA WATT INC., ) NO. 18-03197-11
)
      Debtor in Possession. ) NOTICE OF APPEARANCE
)

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys for Port of Douglas County, request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

*DAVID R. LAW*
*DAVIS, ARNEIL LAW FIRM, LLP*
*617 Washington Street*
*Wenatchee, WA 98801*
*509-662-3551*
*david@dadkp.com*

NOTICE OF APPEARANCE
Page 1

**DAVIS ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

It is so respectfully submitted this 20th day of November, 2018.

DAVIS ARNEIL LAW FIRM
Attorneys for Plaintiff

By */s/David R. Law*
    DAVID R. LAW
    WSBA # 48057

NOTICE OF APPEARANCE
Page 2
F:\QDB\DCPD\Contracts\Giga Watt\Bankruptcy\NOA.doc

**DAVIS ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

18-03197-FPC7    Doc 13    Filed 11/26/18    Entered 11/26/18 12:02:16    Pg 2 of 2