| | |
|---|---|
| Scott R. Weaver, WSBA #29267<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>(206) 622-8020<br>(206) 467-8215 (Facsimile)<br>Attorneys for Creditor | Honorable Frederick P. Corbit<br>Chapter 11 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT

| | |
|---|---|
| In re:<br>GIGA WATT INC.,<br>　　　　　　　　　　Debtor. | NO. 18-03197<br>SPECIAL NOTICE OF APPEARANCE<br>(**Clerk's Action Required**) |

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure 9010(b), Creditor Executive Flight, Inc. appear in this case by and through its undersigned attorneys.

You are requested to serve all notices, including the notices required to be sent to creditors under the Federal Rules of Bankruptcy Procedure 2002, 4001 and 9007, on the undersigned at the address below.

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtors, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs and operating reports, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

SPECIAL NOTICE OF APPEARANCE – 1

EXE001-0005 5591062

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 14    Filed 11/28/18    Entered 11/28/18 11:51:12    Pg 1 of 4

The Clerk of the Bankruptcy Court is further requested to add the name and address stated below to the master mailing list in this case:

>Scott Weaver
>Carney Badley Spellman, P.S.
>701 Fifth Avenue, Suite 3600
>Seattle, WA 98104-7010
>Phone: (206) 622-8020
>Fax: (206) 467-8215
>Email: weaver@carneylaw.com

DATED this 28th day of November, 2018.

>CARNEY BADLEY SPELLMAN, P.S.
>
>By  /s/Scott R. Weaver
>  Scott R. Weaver, WSBA #29267
>  weaver@carneylaw.com
>  701 Fifth Avenue, Suite 3600
>  Seattle, WA 98104-7010
>  Phone: (206) 622-8020
>  Fax: (206) 467-8215
>Attorneys for Creditor Executive Flight, Inc.

SPECIAL NOTICE OF APPEARANCE – 2

EXE001-0005 5591062

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 14    Filed 11/28/18    Entered 11/28/18 11:51:12    Pg 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the state of Washington that on November 28, 2018, I caused to be served a true and correct copy of the foregoing document on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

**Attorneys for Debtors:**
Darren Michael Digiacinto
Timothy R. Fischer
David P Gardner
Nancy L Isserlis
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201
Tel: (509) 838-6131
Fax: (509) 838-1416
Email: dmd@winstoncashatt.com;
    trf@winstoncashatt.com;
    dpg@winstoncashatt.com;
    ccb@winstoncashatt.com;
    nli@winstoncashatt.com

**Attorneys for Port of Douglas County:**
DAVID R. LAW
DAVIS, ARNEIL LAW FIRM, LLP
617 Washington Street
Wenatchee, WA 98801
Tel: (509) 662-3551
david@dadkp.com

**Attorneys for Creditors, Giga Plex, LLC, and MLDCI, LLC:**
David A. Kazemba
Overcast Law Offices, PS
c/o David A. Kazemba
23 S. Wenatchee Ave Suite 320
Wenatchee, W A 9880 I
Tel: (509) 663-5588
Fax: (509) 662-5508
dkazemba@overcastlaw.com

**US Trustee**
US Trustee
US Court House

SPECIAL NOTICE OF APPEARANCE – 3

EXE001-0005 5591062

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7   Doc 14   Filed 11/28/18   Entered 11/28/18 11:51:12   Pg 3 of 4

920 W Riverside Ave, Suite 593
Spokane, WA 99201
(509) 353-2999

I further certify that on <u>November 28, 2018</u>, I caused a true and correct copy of the foregoing document to be sent via U.S. Mail postage prepaid to the all parties listed on the matrix filed in this case as referenced in the attached matrix (list of creditors), except for those indicated with an X.

SIGNED at Seattle, Washington this 28th day of November, 2018.

      */s/Elizabeth C. Fuhrmann*
Elizabeth C. Fuhrmann, PLS
Legal Assistant/Paralegal to Scott R. Weaver

SPECIAL NOTICE OF APPEARANCE – 4

EXE001-0005 5591062

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 14    Filed 11/28/18    Entered 11/28/18 11:51:12    Pg 4 of 4