```
Label Matrix for local noticing          Amphenol Custom Cable                Andrey Kuzenny
0980-2                                   3221 Cherry Palm Dr.                 10000 Santa Monica Blvd., Unit 3302
Case 18-03197-FPC11                      Tampa, FL 33619-8359                 Santa Monica, CA 90067-7032
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Tue Nov 27 10:14:50 PST 2018

Attorney General's Office                Belyea Company                       Bertha Goehner
Bankruptcy & Collections Unit            2200 Northwood Ave.                  215 Eller St. SE
800 Fifth Avenue, Suite 2000             Easton, PA 18045-2208                East Wenatchee, WA 98802-5325
Seattle, WA 98104-3188

Brent Woodward, Inc.                     Busby Internations, Inc.             CTC Engineering
14103 Stewart Rd.                        PO Box 1457                          2290 Bishop Circle East
Sumner, WA 98390-9641                    Moses Lake, WA 98837-0225            Dexter, MI 48130-1564

Consolidated Electric Dist. Inc.         Dave Carlson                         Darren Michael Digiacinto
PO Box 398830                            474 Highline Dr., Suites A-C & H     Winston & Cashatt, Lawyers
San Francisco, CA 94139-8830             East Wenatchee, WA 98802-7725        601 W Riverside Avenue
                                                                              Ste #1900
                                                                              Spokane, WA 99201-0695

Douglas County PUD                       EAN Services, LLC                    Eduard Khaptakhaev
PO Box 1119                              PO Box 402383                        Lenkinkkgradsky pr-t 76/1/49
Bridgeport, WA 98813-1119                Atlanta, GA 30384-2383               Moscow
                                                                              Russia

Evansont Insurance Carrier               Executive Flight  [crossed out]      Fastenal Company
c/o Mitchell, Reed & Schmitten Ins.      1 Campbell Pkwy                      PO Box 1286
PO Box D                                 East Wenatchee, WA 98802-9290        WInona, MN 55987-7286
Cashmere, WA 98815-0515

FedEx                                    Timothy R Fischer                    Timothy R. Fischer
PO Box 94515                             Winston & Cashatt, Lawyers           Winston & Cashatt, Lawyers
Palatine, IL 60094-4515                  601 W Riverside Avenue               601 W. Riverside Avenue, Suite 1900
                                         Ste #1900                            Spokane, WA 99201-0695
                                         Spokane, WA 99201-0695

GIGA WATT INC                            David P Gardner                      Giga Plex LLC
1250 N Wenatchee Ave., Suite H #147      Winston & Cashatt, Lawyers, P.S.     7906 Randolph Rd.
Wenatchee, WA 98801-1599                 601 W Riverside Avenue, Suite 1900   Moses Lake, WA 98837-5122
                                         Suite 1900
                                         Spokane, WA 99201-0695

Giga Plex, LLC                           Gigawatt PTE Ltd Attn Mikhaylyuta    H2 Pre-cast, Inc
Overcast Law Offices, PS                 1 Magazine Rd #04-11                 3835 N. Clemons St.
23 S. Wenatchee Ave. Suite 320           Central Mall                         East Wenatchee, WA 98802-9337
C/O David A. Kazemba                     Singapore
Wenatchee, WA 98801-2263

Internal Revenue Service                 Nancy L Isserlis                     JDSA
PO Box 7346                              Winston and Cashatt PS               PO Box 1688
Philadelphia, PA 19101-7346              601 W Riverside Avenue               Wenatchee, WA 98807-1688
                                         Suite 1900
                                         Spokane, WA 99201-0695
```

| | | |
|---|---|---|
| David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 |
| MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 |
| NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 |
| Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 |
| Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 |
| Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 |
| Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 |

Washington State Labor & Industries
PO Box 44170
Olympia, WA 98504-4170

Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA 94304-1050

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chapter 11 Trustee

(u)Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singamore

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients   61
Bypassed recipients   3
Total   64