TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>**GIGA WATT INC.**,<br><br>Debtor in Possession. | No. 18-03197-11<br><br>**APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION NUNC PRO TUNC**<br>**(LF 2014)** |

The undersigned Debtor in Possession ("Debtor") applies to the Court for an Order approving the employment of Timothy R. Fischer, Nancy L. Isserlis, David P. Gardner and Darren M. Digiacinto, collectively "Appointee," of Winston & Cashatt, Lawyers, as Attorneys for the Debtor in the above entitled estate.

For purposes of this application and verification and the disclosures contained herein, the term APPOINTEE shall include the named Appointee, and if the named Appointee is an attorney partnership or corporation, or is an attorney employed as a partner, member, or regular associate of a partnership or corporation, the named Appointee and each member, partner or regular associate of such partnership or corporation.

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 15    Filed 11/30/18    Entered 11/30/18 11:40:16    Pg 1 of 7

Applicant and Appointee in making and verifying this application understand that Appointee is a fiduciary to the estate and is obligated to fully and candidly disclose all material facts relating to the employment and is obligated to timely disclose subsequently discovered material facts.

Your Applicant makes the following representations under penalty of perjury and subject to 18 U.S.C. 152:

1.  That the specific facts showing the necessity for the employment are: Debtors are individuals that require professional legal services in this bankruptcy proceeding.

2.  That the reason for the selection of the above named appointee is: Debtor has agreed to employ Winston & Cashatt, Lawyers, to provide legal services and representation regarding this bankruptcy proceeding.

3.  That the professional services to be rendered are: Assistance in preparation of Schedules and Statement of Financial Affairs; Appearance at Section 341 meeting, preparation of Plan of Reorganization and Disclosure Statement, any court related matters involving any Motions filed against or for the Debtors, adversary proceedings, and advice and counsel.

4.  That APPOINTEE is qualified to provide the services to be rendered based on the following:

    4.1 TIMOTHY R. FISCHER has been a member of the Washington State Bar Association since 2008. Timothy R. Fischer was admitted to practice by the

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1600 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 15    Filed 11/30/18    Entered 11/30/18 11:40:16    Pg 2 of 7

Washington State Supreme Court on May 28, 2008, and before the U. S. District Court, Eastern District of Washington on June 6, 2008.

4.2   NANCY L. ISSERLIS has been a member of the Washington State Bar Association since 1981. Nancy L. Isserlis was admitted to practice by the Washington State Supreme Court on May 12, 1981, and is authorized to practice before the U. S. District Court, Eastern District of Washington.

4.3   DAVID P. GARDNER has been a member of the Washington State Bar Association since 2007. David P. Gardner was admitted to practice by the Washington State Supreme Court on November 6, 2007, and before the U. S. District Court, Eastern District of Washington on November 20, 2007.

4.4   DARREN M. DIGIACINTO has been a member of the Washington State Bar Association since 2007. Darren M. Digiacinto was admitted to practice by the Washington State Supreme Court on December 4, 2007, and before the U. S. District Court, Eastern District of Washington on September 22, 2009.

5.   That any proposed arrangement as to compensation including hourly rates or flat fees if applicable, is as follows, but that approval of that arrangement and any payment or allowance of compensation for services rendered or reimbursement of expenses will be in accordance with 11 U.S.C. §§ 329 and 330 and FRBP 2016: Debtor and Debtor's Bankruptcy Estate will be charged fees at the following rates:

| Name | Title | Hourly Rate |
|---|---|---|
| Timothy R. Fischer | Attorney | $300.00 |
| Nancy L. Isserlis | Attorney | $350.00 |

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1100 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11   Doc 15   Filed 11/30/18   Entered 11/30/18 11:40:16   Pg 3 of 7

| | | |
|---|---|---|
| David P. Gardner | Attorney | $300.00 |
| Darren M. Digiacinto | Attorney | $300.00 |
| | Paralegals | $130.00 |
| | Legal Interns | $95.00 |

6. That Appointee is not a relative of the Bankruptcy Judge assigned to this case.

7. That Appointee does not hold or represent an interest adverse to the estate, nor is Appointee an interested person. Appointee has not served as examiner in the case.

8. That to the best of your Applicant's knowledge, all of the Appointee's connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee or the Bankruptcy Judge assigned the case are as follows:

   A. That Appointee is not a creditor as defined by 11 U.S.C. § 101(10).

   B. That Appointee is not indebted to the Debtors or to the estate.

   C. That Appointee has not represented an entity that is classified as a creditor as defined by 11 U.S.C. § 101(10).

   D. That Appointee has not been an equity security holder as defined in 11 U.S.C. § 101(17).

   E. That Appointee has not represented an equity security holder as defined by 11 U.S.C. § 101(17).

   F. That Appointee has not been an insider as defined by 11 U.S.C. § 101(31).

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1600 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 15    Filed 11/30/18    Entered 11/30/18 11:40:16    Pg 4 of 7

G. That appointee has not represented an insider as defined by 11 U.S.C. § 101(31).

H. There are no conflicts of interest with regard to this representation.

I. That Appointee has not participated in transactions with the Debtor, including actions under 11 U.S.C. § 329(a) and FRBP 2017(a), involving payment for legal services rendered up to the date of filing except as set forth in "J" below.

J. That Appointee has not received or been promised compensation from Debtor or some other entity for services rendered in this case, except that Appointee has received prepaid fees/costs in the amount of $15,085.00 (fees) and $1,717.00 (filing cost) on November 19, 2018, for services rendered in preparation of all pleadings and papers filed herein.

K. That Appointee has caused to be conducted an internal conflicts check in regard to representation of other clients as required by any code or rules of professional conduct, **and found that no conflict exists.**

DATED this 30 day of November, 2018.

By: Andrey Kuzenny
Giga Watt, Inc.

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 5

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11   Doc 15   Filed 11/30/18   Entered 11/30/18 11:40:16   Pg 5 of 7

I, Timothy R. Fischer, the undersigned Appointee, do hereby state under penalty of perjury of the laws of the United States that I have read the above representations and verify that they are true and accurate and that they disclose all material facts required to the best of my knowledge and belief.

        WINSTON & CASHATT, LAWYERS
        /s/ *Timothy R. Fischer*

        _____
        TIMOTHY R. FISCHER, WSBA No. 40075
        Attorney for Debtor in Possession

I, Nancy L. Isserlis, the undersigned Appointee, do hereby state under penalty of perjury of the laws of the United States that I have read the above representations and verify that they are true and accurate and that they disclose all material facts required to the best of my knowledge and belief.

        WINSTON & CASHATT, LAWYERS
        /s/ *Nancy L. Isserlis*

        _____
        NANCY L. ISSERLIS, WSBA No. 11623
        Attorney for Debtor in Possession

I, David P. Gardner, the undersigned Appointee, do hereby state under penalty of perjury of the laws of the United States that I have read the above representations and verify that they are true and accurate and that they disclose all material facts required to the best of my knowledge and belief.

        WINSTON & CASHATT, LAWYERS
        /s/ *David P. Gardner*

        _____
        DAVID P. GARDNER, WSBA No. 39331
        Attorney for Debtor in Possession

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11   Doc 15   Filed 11/30/18   Entered 11/30/18 11:40:16   Pg 6 of 7

I, Darren M. Digiacinto, the undersigned Appointee, do hereby state under penalty of perjury of the laws of the United States that I have read the above representations and verify that they are true and accurate and that they disclose all material facts required to the best of my knowledge and belief.

WINSTON & CASHATT, LAWYERS
*/s/ Darren M. Digiacinto*

DARREN M. DIGIACINTO, WSBA No. 39771
Attorney for Debtor in Possession

APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION- 7

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 15    Filed 11/30/18    Entered 11/30/18 11:40:16    Pg 7 of 7