TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

Response Deadline: 12/26/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

Case No. 18-03197-11

**NOTICE OF MOTION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION**

TO: CLERK'S MASTER MAILING LIST

PLEASE TAKE NOTICE that the Debtor in Possession in the above-captioned case has filed a Motion For Order Approving Employment of Attorney for Debtor in Possession [*ECF 15*].

PLEASE TAKE FURTHER NOTICE that this Motion will become final as to you unless you file a written objection with the United States Bankruptcy Court for the Eastern District of Washington, POB 2164, Spokane, Washington 99210, and serve a copy upon the undersigned attorney on or before 21+3 (24) twenty-four days after the date of mailing this Notice. A copy of your written objection should also be served upon the Office of the United States Trustee, 920 W. Riverside Avenue, Room 593, Spokane, Washington 99201.

Should you object to the relief requested in this Motion, you must do so in writing setting forth specifically the nature and basis of your objection and serve the undersigned at

NOTICE OF MOTION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEYS FOR DIP - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 16    Filed 11/30/18    Entered 11/30/18 11:55:36    Pg 1 of 2

601 W. Riverside, Suite 631, Spokane, Washington, 99201 within 21+3 (24) twenty-four days from the date of mailing of this Notice, or *November 30, 2018*. In addition, you must file your original objection with the Clerk of the United States Bankruptcy Court, P.O. Box 2194, Spokane, Washington 99210-2194 and serve or mail a copy to United States Trustee at 920 W. Riverside, Room 593, Spokane, Washington, 99201.

Should you fail to so object within the time set forth above, the relief requested may be granted without further notice to you. If you properly and timely file and serve an objection to any of the relief requested, you will receive notice of the date and time of a hearing on your objection.

DATED this 30th day of November, 2018.

                WINSTON & CASHATT, LAWYERS

                */s/ Timothy R. Fischer*
                _____
                Timothy R. Fischer, WSBA No. 40075
                Nancy L. Isserlis, WSBA No. 11623
                David P. Gardner, WSBA No. 39331
                Darren M. Digiacinto, WSBA No. 39771
                Attorneys for Debtor in Possession

Date of Mailing: November 30, 2018

NOTICE OF MOTION FOR ORDER APPROVING
EMPLOYMENT OF ATTORNEYS FOR DIP - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 16   Filed 11/30/18   Entered 11/30/18 11:55:36   Pg 2 of 2