TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **MOTION AND DECLARATION TO EXTEND TIME** |
| Debtor in Possession. | |

Debtor in Possession, Giga Watt, Inc., by and through its attorneys, Winston & Cashatt, Lawyers, by Timothy R. Fischer, hereby moves that the Court extend the due date of Debtor in Possession's initial filings for seven (7) days, to December 10, 2018.

This Motion is based on the annexed Declaration of Timothy R. Fischer.

DATED this 3rd day of December, 2018.

WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorney for Debtor in Possession

MOTION AND DECLARATION TO EXTEND TIME- 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

# DECLARATION

TIMOTHY R. FISCHER, declares under penalty of perjury and states that:

1. I am one of the attorneys for the Debtor in Possession, Giga Watt, Inc., and am authorized to make this Affidavit.

2. The Debtor in Possession's affairs are complicated and additional time is necessary for the Debtor in Possession's employees to put the needed information together to complete the initial filings. Debtor in Possession needs an additional seven (7) days to complete and file the initial filings.

SIGNED at Spokane, Washington, this 3rd day of December, 2018.

/s/ Timothy R. Fischer
_____
TIMOTHY R. FISCHER

MOTION AND DECLARATION TO EXTEND TIME- 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131