TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

No. 18-03197-11

**NOTICE OF MOTION AND TIME TO OBJECT**

TO: CLERK OF THE COURT, and

TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE THAT: Debtor in Possession Giga Watt, Inc., has filed a Motion to Extend Time, the specific relief requested is outlined in the Motion [ECF 18].

PLEASE TAKE FURTHER NOTICE that the Court may grant this Motion as to you unless you file a written objection with the United States Bankruptcy Court for the Eastern District of Washington, P.O. Box 2164, Spokane, Washington 99201 and serve a copy upon the undersigned attorney on or before seventeen (17) days from the date of this Notice. A copy of your written objection should also be served upon the Office of the United States

NOTICE OF MOTION AND TIME TO OBJECT - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Trustee, 920 W. Riverside Avenue, Room 593, Spokane, Washington 99201. If you file a written objection, you will receive notice of date and time of hearing on your objection.

DATED this 3rd day of December, 2018.

WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer

_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorneys for Debtor in Possession

Date of Notice/File Date: Dec. 3, 2018

NOTICE OF MOTION AND TIME TO OBJECT - 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 19    Filed 12/03/18    Entered 12/03/18 15:20:32    Pg 2 of 2