UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **ORDER GRANTING EXTENSION OF TIME** |
| Debtor in Possession. | |

This matter having come before the Court on Motion and Affidavit to Extend Time [ECF 18], and the time for objections having expired, and no objection having been received or filed, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Debtor's Motion to Extend Time from December 3, 2018, to <u>December 10, 2018</u>, is GRANTED.

/// END OF ORDER ///

Presented by:
WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*
_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorneys for Debtor in Possession

ORDER GRANTING EXTENSION OF TIME - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131