# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | No.: 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR IN POSSESSION NUNC PRO TUNC |
| Debtor in Possession. | |

THIS MATTER having come before the Court on the Debtor in Possession's Application for Order Approving Employment of Attorney for Debtor in Possession Nunc Pro Tunc (LF 2014) (ECF No. 15) and proper notice having been given to all interested parties, and no objections having been received or filed, and the time for objections having expired and the appointment not being prohibited by FRBP 5002:

IT IS HEREBY ORDERED:

1. That the employment of Timothy R. Fischer, Nancy L. Isserlis, David P. Gardner and Darren M. Digiacinto, collectively, of Winston & Cashatt, Lawyers, for the

ORDER APPROVING EMPLOYMENT APPLICATION - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 22    Filed 12/03/18    Entered 12/03/18 15:30:02    Pg 1 of 2

Debtor in Possession as set forth in the Application is approved subject to the terms and conditions set forth in the application and 11 U.S.C. 327; and

2. That any actual award of compensation is subject to further order of the Court, pursuant to 11 U.S.C. 330.

/// *END OF ORDER* ///

Presented by:

*/s/ Timothy R. Fischer*

---
TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DAVID P. GARDNER, WSBA No. 39331
DARREN M. DIGIACINTO, WSBA No. 39771
WINSTON & CASHATT, LAWYERS
Attorneys for Debtor in Possession Giga Watt, Inc.

ORDER APPROVING EMPLOYMENT APPLICATION - 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 22    Filed 12/03/18    Entered 12/03/18 15:30:02    Pg 2 of 2