TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| **GIGA WATT INC.,** | **AMENDED CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I, Mary L. Myers, Paralegal with Winston & Cashatt, Lawyers, hereby declare under penalty of perjury under the laws of the State of Washington and the United States that (i) at all times hereinafter mentioned I was a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action, and (ii) that on the date below noted, I electronically filed **(1) Motion & Declaration to Extend Time, and (2) Notice of Motion and Time to Object** with the Clerk of the Court using the CM/ECF system which sent electronic notification to the all participating parties on the *Clerk's Master Mailing List retrieved this date and attached hereto:*

*Darren Digiacinto* (dmd@winstoncashatt.com)
Timothy Fischer (trf@winstoncashatt.com)
David Gardner (dpg@winstoncashatt.com)
Nancy Isserlis (nli@winstoncashatt.com)
David Kazemba (dkazemba@overcastlaw.com, amber@overcastlaw.com, cathy@overcastlaw.com)
David Law (david@dadkp.com

AMENDED CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

US Trustee (USTP.REGION18.SP.ECP@usdoj.gov)
Scott Weaver (weaver@carneylaw.com, fuhrmann@carneylaw.com)

AND mailed today to nonparticipates utilizing the Clerk's Master Mailing.

SIGNED as Spokane, Washington, this 3rd day of December, 2018.

/s/ Mary L. Myers
_____
MARY L. MYERS

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131