```
Label Matrix for local noticing          Amphenol Custom Cable              Andrey Kuzenny
0980-2                                    3221 Cherry Palm Dr.               10000 Santa Monica Blvd., Unit 3302
Case 18-03197-FPC11                       Tampa, FL 33619-8359               Santa Monica, CA 90067-7032
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Mon Dec  3 15:11:24 PST 2018

Attorney General's Office                 Belyea Company                     Bertha Goehner
Bankruptcy & Collections Unit             2200 Northwood Ave.                215 Eller St. SE
800 Fifth Avenue, Suite 2000              Easton, PA 18045-2208              East Wenatchee, WA 98802-5325
Seattle, WA 98104-3188


Brent Woodward, Inc.                      Busby Internations, Inc.           CTC Engineering
14103 Stewart Rd.                         PO Box 1457                        2290 Bishop Circle East
Sumner, WA 98390-9641                     Moses Lake, WA 98837-0225          Dexter, MI 48130-1564


Consolidated Electric Dist. Inc.          Dave Carlson                       Darren Michael Digiacinto
PO Box 398830                             474 Highline Dr., Suites A-C & H   Winston & Cashatt, Lawyers
San Francisco, CA 94139-8830              East Wenatchee, WA 98802-7725      601 W Riverside Avenue
                                                                             Ste #1900
                                                                             Spokane, WA 99201-0695


Douglas County PUD                        EAN Services, LLC                  Eduard Khaptakhaev
PO Box 1119                               PO Box 402383                      Lenkinkkgradsky pr-t 76/1/49
Bridgeport, WA 98813-1119                 Atlanta, GA 30384-2383             Moscow
                                                                             Russia


Evansont Insurance Carrier                Executive Flight                   Fastenal Company
c/o Mitchell, Reed & Schmitten Ins.       1 Campbell Pkwy                    PO Box 1286
PO Box D                                  East Wenatchee, WA 98802-9290      WInona, MN 55987-7286
Cashmere, WA 98815-0515


FedEx                                     Timothy R Fischer                  GIGA WATT INC
PO Box 94515                              Winston & Cashatt, Lawyers         1250 N Wenatchee Ave., Suite H #147
Palatine, IL 60094-4515                   601 W Riverside Avenue             Wenatchee, WA 98801-1599
                                          Ste #1900
                                          Spokane, WA 99201-0695


David P Gardner                           Giga Plex LLC                      Giga Plex, LLC
Winston & Cashatt, Lawyers, P.S.          7906 Randolph Rd.                  Overcast Law Offices, PS
601 W Riverside Avenue, Suite 1900        Moses Lake, WA 98837-5122          23 S. Wenatchee Ave. Suite 320
Suite 1900                                                                   C/O David A. Kazemba
Spokane, WA 99201-0695                                                       Wenatchee, WA 98801-2263


Gigawatt PTE Ltd Attn Mikhaylyuta         H2 Pre-cast, Inc                   Internal Revenue Service
1 Magazine Rd #04-11                      3835 N. Clemons St.                PO Box 7346
Central Mall                              East Wenatchee, WA 98802-9337      Philadelphia, PA 19101-7346
Singapore


Nancy L Isserlis                          JDSA                               David A Kazemba
Winston and Cashatt PS                    PO Box 1688                        Overcast Law Offices, P.S.
601 W Riverside Avenue                    Wenatchee, WA 98807-1688           23 S. Wenatchee. Ave. Suite 320
Suite 1900                                                                   Wentachee, WA 98801-2263
Spokane, WA 99201-0695
```

| | | |
|---|---|---|
| Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 |
| Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 |
| MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 |
| Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 |
| Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 |
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 |
| UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |

Scott Weaver  
Carney Badley Spellman, PLLC  
701 Fifth Avenue  
Suite 3600  
Seattle, WA 98104-7010

Wilson Sonsini Goodrich & Rosati  
650 Page Mill Rd.  
Palo Alto, CA 94304-1050

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chapter 11 Trustee

(u)Cryptonomos PTE Ltd  
1 Magazine Rd #04-11  
Central Mall  
Singamore

(u)Executive Flight, Inc.

(d)Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

End of Label Matrix  
Mailable recipients   61  
Bypassed recipients    4  
Total                 65