JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

EX PARTE APPLICATION FOR APPROVAL OF AGREED SCHEDULING ORDER

The United States Trustee and the Debtors, by and through their respective counsel, have agreed to a scheduling order for this chapter 11 case. This application requests an order from the court approving that agreed scheduling order.

Dated: December 4, 2018

Respectfully submitted,

| | |
|---|---|
| GREGORY M. GARVIN<br>Acting United States Trustee | WINSTON & CASHATT |
| */s/ James D. Perkins*<br>JAMES D. PERKINS, WSBA #12996<br>Attorney for the United States Trustee | */s/ Timothy R. Fischer*<br>TIMOTHY R. FISCHER, WSBA #40075<br>Attorney for the Debtor |

Ex Parte Application for Agreed Scheduling Order - 1