# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

AGREED SCHEDULING ORDER

The United States Trustee and the Debtor by and through their respective counsel hereby submit a scheduling order for this chapter 11 case. The Debtor reserves the right to file requests for extensions of the time as the circumstances of the case may require.

The parties set the following deadlines for the following events to occur:

1. The Debtor shall file a motion for an order authorizing the use of cash collateral by December 5, 2018;

2. The Debtor shall open a debtor-in-possession bank account at an authorized depository and provide evidence to the U.S. Trustee that such an account has been opened by December 5, 2018;

3. The Debtor shall close all bank accounts open on the date of petition filing

Agreed Scheduling Order - 1

and provide evidence to the U.S. Trustee that the accounts have been closed by December 31, 2018;

4. The Debtors shall provide evidence to the United States Trustee showing that adequate insurance is in place to cover the Debtors' property by December 5, 2018;

5. The Debtors shall file an application for the employment of an attorney for the estate by December 5, 2018;

6. The Debtors shall file an application for the employment of special counsel for the estate by December 31, 2018;

7. The Debtors shall file an application for the employment of an accountant for the estate by December 31, 2018;

8. The Debtor shall affirm or reject its existing real property leases by January 18, 2018; and

9. The Debtors shall file a plan and disclosure statement by March 1, 2019.

///End of Order///

Presented By:

| | |
|---|---|
| GREGORY M. GARVIN<br>Acting United States Trustee | WINSTON & CASHATT |
| /s/ James D. Perkins<br>JAMES D. PERKINS, WSBA #12996<br>Attorney for the United States Trustee | /s/ Timothy R. Fischer<br>TIMOTHY R. FISCHER, WSBA #40075<br>Attorney for the Debtor |

Agreed Scheduling Order - 2