Ries Law Firm, P.S.
Christopher F. Ries
Post Office Box 2119
Moses Lake, WA 98837
(509) 765-4437
(509) 765-4491 FAX

THE HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.

        Debtor.

Case No 18-03197-FPC11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PROCEEDINGS**

**TO:**         **CLERK OF THE COURT**

**AND TO:**     **GIGA WATT, INC., Debtor**

**AND TO:**     **WINSTON & CASHATT, LAWYERS, the Debtor's attorney**

**AND TO:**     **U.S. TRUSTEE, Trustee**

    PLEASE TAKE NOTICE that Neppel Electrical & Controls, LLC, a creditor in the above-referenced matter, hereby appears in the above-entitled matter through its attorney, RIES LAW FIRM, P.S. and Christopher F. Ries, Post Office Box 2119, Moses Lake, Washington 98837.

    Pursuant to Bankruptcy Rules 2002 and 3017, Neppel Electrical & Controls, LLC, creditor, requests that all notices and orders for all matters be mailed to its attorneys, RIES LAW FIRM, P.S. and Christopher F. Ries, at the address set forth above.

NOTICE OF APPEARANCE - 1

DATED this 4th day of December, 2018.

**RIES LAW FIRM, P.S.**

   /s/ Christopher F. Ries
Christopher F. Ries, WSBA #23584
Attorney for Neppel Electrical & Controls, LLC, Creditor

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

I certify that on December 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared.

**RIES LAW FIRM, P.S.**


*/s/ Christopher F. Ries*
Christopher F. Ries, WSBA #23584
Attorney for Creditor Neppel Electrical & Controls, LLC