| | |
|---|---|
| Scott R. Weaver, WSBA #29267<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>(206) 622-8020<br>(206) 467-8215 (Facsimile)<br>weaver@carneylaw.com<br>*Attorneys for Executive Flight, Inc.* | Honorable Frederick P. Corbit<br>Chapter 11<br>Location: 904 West Riverside Avenue<br>Suite 304<br>Spokane, WA 99201<br>Hearing Date: _____<br>Hearing Time: _____<br>Telephonic: _____ |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>　　　　　Debtor. | NO. 18-03197<br><br>EX PARTE MOTION FOR EXPEDITED HEARING AND TO SHORTEN NOTICE PERIOD AND TIME TO RESPOND TO LANDLORD, EXECUTIVE FLIGHT, INC.'s MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE |

NOW COMES, EXECUTIVE FLIGHT, INC ("Landlord"), by and through its undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 9006(c) states and requests as follows:

　　　1.　　Moving party Executive Flight, Inc., has submitted a Motion to Compel Rejection of Unexpired Commercial Real Estate Lease ("Motion"). Debtor previously occupied commercial property ("Premises") owned by Landlord, but has since vacated the Premises.

　　　2.　　Time is of the essence in having this matter heard as Landlord has located a prospective tenant who wishes to take possession of a portion of the Premises on January 1, 2019. Debtor's counsel has notified Landlord that it intends to reject the lease. Also, administrative rent is not being paid. Landlord desires to recover possession of the Premises

EX PARTE MOTION FOR EXPEDITED HEARING AND TO SHORTEN NOTICE PERIOD AND TIME TO RESPOND TO LANDLORD, EXECUTIVE FLIGHT, INC.'s MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 1

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600907

18-03197-FPC11    Doc 27    Filed 12/05/18    Entered 12/05/18 15:07:34    Pg 1 of 3

to lease a portion to the prospective new tenant. Debtor's attorney has notified Landlord that Debtor does not oppose the relief requested. It is in the best interest of the Debtor and the estate that the lease be rejected as quickly as possible.

3. Landlord requests that this Honorable Court enter an order granting an expedited hearing for the Motion to Reject to be heard on December 17, 2018 at 2:00 p.m.

5. Landlord also requests that any objections to the Motion be due by December 14, 2018 at 12:00 p.m.

6. Landlord does not anticipate that any objections will be filed. Landlord believes that the expedited relief requested will not adversely impact any party.

7. If no objection to the Motion is filed, Landlord requests that the Court enter an order granting the Motion without a hearing.

8. Pursuant to Bankruptcy Rule 9006, this Court has the authority to set a hearing on shortened notice. As detailed in the Motion, the estate has no economic interest in the leased premises and Landlord wishes to recover possession as quickly as possible. This will allow Landlord to lease to the prospective tenant and this will minimize the estate's administrative obligations. The longer the estate is bound by the lease, the greater the damages the estate will suffer.

9. Landlord will be prejudiced if the hearing is not heard on an expedited basis since it is not receiving administrative rent and since it might lose the prospective tenant.

WHEREFORE, Landlord respectfully requests that this Honorable Court enter an Order:

(1) setting an expedited hearing on the Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease to be heard on December 17, 2018 at 2:00 p.m.; (2) requiring objections to the Motion to Compel Rejection of Unexpired Non-Residential Real

EX PARTE MOTION FOR EXPEDITED HEARING AND TO SHORTEN NOTICE PERIOD AND TIME TO RESPOND TO LANDLORD, EXECUTIVE FLIGHT, INC.'s MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600907

18-03197-FPC11    Doc 27    Filed 12/05/18    Entered 12/05/18 15:07:34    Pg 2 of 3

Estate Lease Motion be filed and served by December 14, 2018 at 2:00 p.m.; (3) entering an order on the Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease without a hearing if no objections are filed; and (4) granting the Landlord such other and further relief as the court deems proper.

DATED this 5th day of December, 2018.

CARNEY BADLEY SPELLMAN, P.S.

By  /s/Scott R. Weaver
　Scott R. Weaver, WSBA #29267
　weaver@carneylaw.com
　701 Fifth Avenue, Suite 3600
　Seattle, WA 98104-7010
　Phone: (206) 622-8020
　Fax: (206) 467-8215
　weaver@carneylaw.com
　*Attorneys for Executive Flight, Inc.*

EX PARTE MOTION FOR EXPEDITED HEARING AND TO SHORTEN NOTICE PERIOD AND TIME TO RESPOND TO LANDLORD, EXECUTIVE FLIGHT, INC.'s MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 3

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600907

18-03197-FPC11    Doc 27    Filed 12/05/18    Entered 12/05/18 15:07:34    Pg 3 of 3