1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>               Debtor. | NO. 18-03197<br><br>[PROOPOSED] ORDER GRANTING EX-PARTE MOTION OF LANDLORD, EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE LEASE, OR ALTERNATIVELY FOR RELIEF FROM THE AUTOMATIC STAY |

       This matter came before the Court upon Landlord's Ex-Parte Motion, the Court considered the merits, and the Court finding that the relief sought should be granted, and being fully advised in this matter;

       IT IS HEREBY ORDERED that an Expedited Hearing on Landlord's Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease ("Motion") shall be held on December 17, 2018 at 2:00 p.m.; and,

       IT IS FURTHER ORDERED that objection to the relief requested in the Motion shall filed and served by December 14, 2018 at 2:00 p.m. PST;

[PROOPOSED] ORDER GRANTING EX-PARTE MOTION OF
LANDLORD, EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL
REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE
LEASE, OR ALTERNATIVELY FOR RELIEF FROM THE
AUTOMATIC STAY – 1

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600922

IT IS FURTHER ORDERED that if no objections to the Motion are filed, the Court, at its discretion, may enter an order rejecting the lease without holding a hearing; and

IT IS FURTHER ORDERED that Landlord shall serve a copy of this Order and a copy of the Motion upon Debtor and its counsel and the Chapter 11 Trustee via email the same day as this order is entered.

/// End of Order ///

Presented by:

Scott R. Weaver
Carney Badley Spellman, P.S.
701 Fifth Avenue, suite 3600
Seattle, WA 98104
(206) 622-8080
weaver@carneylaw.com
*Counsel forExecutive Flight, Inc.*

[PROOOPOSED] ORDER GRANTING EX-PARTE MOTION OF LANDLORD, EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE LEASE, OR ALTERNATIVELY FOR RELIEF FROM THE AUTOMATIC STAY – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600922