Scott R. Weaver, WSBA #29267
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
weaver@carneylaw.com
*Attorneys for Executive Flight, Inc.*

Honorable Frederick P. Corbit
Chapter 11
Location: 904 West Riverside Avenue
Suite 304
Spokane, WA 99201
Hearing Date: _____
Hearing Time: _____
Telephonic: _____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>            Debtor. | NO. 18-03197<br><br>EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE |

EXECUTIVE FLIGHT, INC. ("Landlord") by way of this Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease, pursuant to 11 U.S.C. §365 and 11 U.S.C. §362, states as follows:

### I.  JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief requested herein are sections 105(a), and 365(a), of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### II.  BACKGROUND

3. On or about November 19, 2018 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**EXECUTIVE** FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 1

EXE001-0005 5600913

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC11    Doc 28    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 1 of 4

4. In 2017, Landlord leased commercial property located at One Campbell Parkway, East Wenatchee, WA 98802 ("Premises") to Debtor by way of a lease and subsequent amendments (all lease documents attached hereto as **Exhibits A-D** respectively; collectively "Lease"). The Lease is scheduled terminate in 2022.

5. Monthly rent is currently $8,047.13. Neither November 2018 nor December 2018 rent has been paid. See paragraphs 5 and 7 of supporting declaration of Tom Leonard.

6. Landlord has located a potential tenant who is interested in leasing a portion of the Premises and who desires to take occupancy on January 1, 2019. As such, Landlord is requesting that Debtor's lease be rejected. See paragraph 8 of supporting declaration of Tom Leonard.

7. Debtor has vacated the Premises, and Debtor's counsel has confirmed Debtor is rejecting the Lease. See paragraphs 5 and 7 of supporting declaration of Tom Leonard.

8. It is in the best interest of the Debtor, its creditors, and the bankruptcy estate to reject the Lease to eliminate unnecessary administrative expenses.

9. Landlord desires to reclaim control and possession of the leased premises. Again, Landlord has a prospective new tenant who wishes to take occupancy of a portion of the Premises on January 1, 2019. See paragraph 8 of supporting declaration of Tom Leonard.

10. Debtor's rent is at market rate. As such, the lease has no value to the estate. See paragraph 9 of supporting declaration of Tom Leonard.

### III. BASIS FOR RELIEF REQUESTED

11. Pursuant to 11 U.S.C. 365(d)(2), the Court upon the request of a party to an unexpired lease, may order the trustee or debtor to determine within a specified period of time whether to accept or reject the unexpired lease.

12. The Debtor desires to reject the lease and does not contest the relief requested.

**EXECUTIVE** FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600913

18-03197-FPC11    Doc 28    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 2 of 4

13. The Debtor and Landlord are parties to an unexpired lease. The Debtor has vacated the Premises and has no interest in using the Premises covered by the Lease or in undertaking the payment obligations required by the Lease. Accordingly, Landlord requests that this Court order Debtor to reject the Lease effective upon entry of this Court's order on this Motion.

14. Alternatively, pursuant to 11 U.S.C. §362(d)(2) and §362(a)(3), the automatic stay should be terminated so that Landlord can regain possession of the leased premises that Debtor has already vacated and is not interested in occupying.

15. The significance of rejection under Section 365 is that it relieves the estate of onerous and burdensome future obligations. See *In re Shangra-Law, Inc.*, 167 F.3d 843, 849 (4th Cir. 1999) (citing *NLRB v. Bildisco & Bildisco*, 465 U.S. 513 (1984)).

16. Landlord asserts that Debtor has determined that the Lease is of no further value to the estate and does not object to the rejection of the Lease as soon as possible. Moreover, the rent called for in the Lease is at market rate. Again, the lease is of no value to the estate.

### IV. CONCLUSION

17. Based on the foregoing, the rejection of the Lease under Section 365(a) of the Bankruptcy Code is in the best interest of the Debtor and the Debtor's estate.

WHEREFORE, the Landlord respectfully requests that the Court enter an order: (a) compelling the rejection of the Lease and deeming the Lease rejected pursuant to Section 365(a) of the Bankruptcy Code, effective at the entry of the Court's order granting this Motion; (b) preserving the Landlord's right to seek an administrative claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) for unpaid post-petition rent and charges; and (c) providing such further relief as is just and proper.

**EXECUTIVE** FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 3

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600913

18-03197-FPC11    Doc 28    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 3 of 4

DATED this 5th day of December, 2018.

                                        CARNEY BADLEY SPELLMAN, P.S.

                                        By  */s/Scott R. Weaver*
                                             Scott R. Weaver, WSBA #29267
                                           weaver@carneylaw.com
                                           701 Fifth Avenue, Suite 3600
                                           Seattle, WA 98104-7010
                                           Phone:  (206) 622-8020
                                           Fax:  (206) 467-8215
                                        *Attorneys for Executive Flight, Inc.*

**EXECUTIVE** FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 4

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600913

18-03197-FPC11   Doc 28   Filed 12/05/18   Entered 12/05/18 15:14:10   Pg 4 of 4