Return Address:

Ms. Colleen M. Frei
Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
P.O. Box 1688
Wenatchee, WA 98807-1688

# COMMERCIAL LEASE

**Grantor (Lessor):** Executive Flight, Inc., a Washington corporation
**Grantee (Lessee):** Giga Watt, Inc., a Washington corporation
**Legal Description (abbreviated):** Ptn. building at Pangborn Memorial Airport in Sec. 16, T. 22 N., R. 21, E.W.M., Douglas County, Washington. Additional legal on page 1.
**Assessor's Tax Parcel ID#:** 22-21-16-100-58

## Parties

1.1 <u>Lessor</u>. EXECUTIVE FLIGHT, INC., a Washington corporation (hereafter "Executive Flight").

1.2 <u>Lessee</u>. GIGA WATT, INC., a Washington corporation (hereafter "Giga Watt").

## Property

2.1 <u>The Property</u>. The leased property is approximately 2,562 square feet of office space located inside the Executive Flight hangar and office facility located at One Campbell Parkway, East Wenatchee, Douglas County, Washington, as further detailed on the attached <u>Exhibit A</u> attached hereto and identified as Phase 1 (hereinafter the "Property"). Giga Watt shall also have nonexclusive access to the lobby, reception, first and second floor restrooms and lunch room.

2.2 <u>The Entire Parcel</u>. The entire facility, a portion of which is being leased herein, shall be referred to in this Agreement as the "Entire Parcel," and includes all structures and common areas.

2.3 <u>Parking</u>. Giga Watt shall be entitled to nonexclusive use of the parking area located west of the garages on the Entire Parcel.

2.4 <u>Personal Property</u>. The term "personal property" as used in this Lease shall mean all personal property which is located on or within the Property as of the date of execution of this Lease. The current furniture and equipment located on the Property is included in this Lease and Giga Watt accepts the furniture and equipment in its "AS IS" condition. Giga Watt shall be responsible for repair or replacement of the furniture and equipment, normal wear and tear excepted. All personal property is included as part of the Property leased from

COMMERCIAL LEASE
Page 1
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 1 of 16

Executive Flight to Giga Watt.

    2.5    <u>Option to Lease Additional Property</u>. Giga Watt is hereby granted the option to lease additional office space depicted on <u>Exhibit B</u> attached hereto designated as Phase 2/3 (hereafter "Phase 2/3"). Giga Watt must provide eighteen (18) months written notice prior to the commencement date of leasing of its intent to exercise this option to lease Phase 2/3. The monthly rent for Phase 2/3 shall be the same rate as then applies to Phase 1.

## Agreement

    3.1    <u>Agreement to Lease</u>. Executive Flight agrees to lease to Giga Watt and Giga Watt agrees to lease from Executive Flight the Property.

## Rights, Obligations and Conditions

    4.1    <u>Term of Lease</u>. This Lease shall commence on April 1, 2017. This Lease shall terminate on March 31, 2022. Upon six (6) months prior written notice, Giga Watt may renew this Lease for an additional five (5) year term, from April 1, 2022 through March 31, 2027.

    4.2    <u>Monthly Rent</u>. The monthly rental shall be Four Thousand Two Hundred Seventy Dollars ($4,270.00). All payments shall be in U.S. currency. All rental payments shall be payable in advance on the 1st day of each calendar month. Upon execution of this Lease, Giga Watt shall pay the amount of Eight Thousand Five Hundred Forty Dollars ($8,540.00), representing the first two months' rent.

    4.3    <u>Rental Increase</u>. Beginning April 1, 2018, the monthly rent shall be the greater of $4,270.00 or an amount computed as follows:

$$\frac{\text{January 1, 2018 CPI for All Urban Consumers (U.S. City Average) --All Items}}{\text{January 1, 2017 CPI for All Urban Consumers (U.S. City Average) --All Items}} \times \$4{,}270.00 = \text{Monthly Rent Beginning 4/1/2018}$$

Beginning April 1, 2019, the monthly rent shall be the greater of the prior year's monthly rental or an amount computed as follows:

$$\frac{\text{January 1, 2019 CPI for All Urban Consumers (U.S. City Average) --All Items}}{\text{January 1, 2018 CPI for All Urban Consumers (U.S. City Average) --All Items}} \times (\text{last monthly rent}) = \text{Monthly Rent Beginning 4/1/2019}$$

Similarly, the monthly rent shall be adjusted on April 1st of each subsequent year during the term of this Lease, using the same formula set forth above, adjusting the numerator of the equation to reflect the Consumer Price Index for the year prior to the adjustment year.

COMMERCIAL LEASE
Page 2
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 2 of 16

Substituted Index. If the U. S. Department of Labor, Bureau of Labor Statistics, shall discontinue publication of the Consumer Price Index, then another index generally recognized as authoritative shall be substituted by agreement and if the parties should not agree, such substituted index shall be selected by the then presiding judge of the Douglas County Superior Court upon the application of either party.

4.4  Place of Payment. All payments of rents shall be made at:

Executive Flight, Inc.
One Campbell Parkway
East Wenatchee, WA 98802

or at such other place as Executive Flight may direct in writing.

4.5  Late Payment Penalty. If payment is received later than 5:00 p.m. on the 10th day of the month, there shall be a late payment penalty in addition to the rental payment due. The late payment penalty shall be five percent (5%) of the late payment and shall be considered part of the monthly rent due.

4.6  Common Areas and Parking. Common areas shall include the lobby, reception area, first and second floor restrooms, lunch room, hallways, parking areas, entrances and exits to the structures located on the Entire Parcel, driveways, sidewalks, landscaped areas and other areas and facilities provided for the common or joint use and benefit of the occupants of the Entire Parcel. Executive Flight reserves the right to exercise control and management of the common areas and to establish, modify and enforce such reasonable rules and regulations as Executive Flight, in its sole discretion, may deem desirable for management of the Entire Parcel or any portion thereof; provided that Executive Flight shall provide Giga Watt with thirty (30) days prior written notice of such rules and regulations. Giga Watt and its employees, agents, customers and invitees shall abide by such rules and regulations and Giga Watt shall be responsible for the compliance with the same by its employees, agents, customers and invitees. Executive Flight's failure to enforce any of such rules and regulations with respect to Giga Watt or any other tenant shall not be deemed a waiver.

4.7  Subletting, Delegation, and Assignment. Giga Watt may not sublet the Property or any part thereof, nor delegate its duties nor assign its rights under this Lease in whole or in part without Executive Flight's prior consent, which shall not be unreasonably withheld.

4.8  Use. The Property shall be used by Giga Watt for the purpose of conducting a commercial office space, and for no other purpose.

4.9  Restrictions on Use. Giga Watt may not use or occupy the Property in violation of any law, ordinance, regulation or the certificate of occupancy issued for the Property, and may not do, bring, or keep anything in or about the Property that will cause an increased premium or the cancellation of any insurance covering the Property. If Giga Watt does cause any such increase in insurance premiums, Giga Watt shall pay or reimburse Executive Flight for the entire amount thereof, without regard to whether Executive Flight elects to terminate this Lease as a result of Giga Watt's unauthorized use of the Property. Giga Watt may not use the Leased Property in any manner that will constitute waste, nuisance or unreasonable annoyance to other tenants in the Entire Parcel, nor may Giga Watt do anything that will cause damage to the Entire Parcel or to the Leased Property. Giga Watt may not place any signs, symbols, drapes or other materials in windows or other openings or the interior hallways or on the exterior of the structures

COMMERCIAL LEASE
Page 3
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 3 of 16

located on the Entire Parcel without prior written approval from Executive Flight; provided that Giga Watt may place exterior signage on the building as mutually approved by the parties at the beginning of the Lease. Giga Watt shall not permit floor loading in excess of the pounds per square foot limitation which Executive Flight notifies Giga Watt is the maximum permissible for the Property.

Smoke-Free Campus. Giga Watt hereby acknowledges and agrees that the Property is designated as non-smoking, and that Executive Flight operates the Entire Parcel as a smoke-free campus. Giga Watt will undertake efforts to ensure that its officers, employees, agents and invitees maintain a smoke-free environment at the Property and the Entire Parcel.

4.10 Structural Changes or Remodeling. Giga Watt shall not make any structural or remodeling changes without prior written approval of Executive Flight. Giga Watt understands any improvements made shall not abate the rent and shall be the Property of Executive Flight at the termination of this Lease, unless otherwise agreed to in writing by Executive Flight. Any approved changes shall be completed promptly, shall comply with all building codes and local building ordinances and shall be completed with reasonable commercial quality.

4.11 Destruction of Property.

(a) Partial Destruction. In case of partial destruction or injury to said Property by fire, the elements or other casualty, Executive Flight shall have the option to repair the Property or terminate the Lease. Rent shall be equitably abated until completion of any repairs.

(b) Total Destruction. In the event the Property is substantially or totally destroyed by fire, the elements or other casualty, Executive Flight shall have the option to reconstruct the Property or terminate the Lease. Rent shall be abated during such time as the Property is not tenantable for the purpose contemplated by this Lease.

4.12 Condemnation of Property.

(a) Partial Taking. If part of the Property shall be taken by any competent authority for any public or quasi public use or purpose, the rent shall be equitably abated. Provided, Giga Watt shall also have the option to terminate the Lease if the taking materially interferes with Giga Watt's use of the Property.

(b) Total Taking. If the whole of the Property shall be taken by any competent authority for any public or quasi public use or purpose, the term of this Lease shall end on the date when the possession of the part so taken shall be required for such use or purpose.

(c) Entitlement to Damages. All damages awarded for any taking shall belong to and be the property of Executive Flight, but nothing herein shall be construed as precluding Giga Watt from asserting any claim Giga Watt may have against such public authority for taking of the property of Giga Watt, disruption or relocation of Giga Watt's business, and any such damages shall belong to Giga Watt.

4.13 Service of Notices. All notices shall be in writing. All notices to be given to Giga Watt may be served on the registered agent of Giga Watt, or on any person of majority at the Property, or by leaving said notice on the Property, or by sending notice by U. S. Mail, postage prepaid, to the addresses listed beneath the parties' signature lines below, or such other

COMMERCIAL LEASE
Page 4
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 4 of 16

place as Executive Flight or Giga Watt may direct in writing. Notice shall be deemed delivered on the date of delivery if personally delivered or on the date of postmark if mailed. All notice periods shall begin and end on midnight.

    4.14    Vacating Upon Termination. Giga Watt further covenants and agrees that upon the expiration of said term, or upon the termination of the Lease for any cause, Giga Watt will at once peacefully surrender and deliver up the whole of the Property together with all improvements thereon to Executive Flight, Executive Flight's agents or assigns unless Giga Watt shall have acquired the right to remain through another written agreement or written extension of this Lease. Giga Watt will return the Property in like condition as it was at the beginning of the term, reasonable wear and tear excepted. Giga Watt agrees to pay a fee equal to 135% of the then-expired monthly rent prorated at a per diem amount, for each day Giga Watt remains upon the Property after expiration of the Lease. Remaining on the Property and paying the fee listed above shall not create a new Lease term or a new tenancy of any kind.

    4.15    Insurance.

    (a)    Property Insurance. Executive Flight shall at Executive Flight's expense, maintain on the Property a policy of standard fire insurance with extended coverage in an amount of its replacement value. Executive Flight shall cause such insurance to name Giga Watt as a co-insured and/or additional insured. Executive Flight shall deliver a copy of any such insurance policy to Giga Watt upon request thereof by Giga Watt. All proceeds of any such insurance shall be payable to Executive Flight and shall be applied to the restoration of the Property as provided in Section 4.11 above, and any insurance proceeds remaining after such restoration shall belong to Executive Flight.

    (b)    Personal Property. Giga Watt shall at Giga Watt's expense maintain fire and casualty insurance on Giga Watt's own personal property, records and business equipment.

    (c)    Liability Insurance. Giga Watt shall at Giga Watt's expense maintain comprehensive liability insurance on the Property in an amount not less than $1,000,000. Giga Watt shall pay the insurance premiums as they become due. Executive Flight shall be an additional insured on such policy.

    (d)    Delivery of Policy. Giga Watt shall deliver a copy of any such insurance policy to Executive Flight upon request thereof by Executive Flight. In the event that Giga Watt fails to timely pay premiums or otherwise maintain such insurance, Executive Flight may procure and pay for such insurance and charge any such payments to Giga Watt. Such charges shall constitute additional rent owed by Giga Watt to Executive Flight.

    4.16    Waiver of Subrogation. Executive Flight and Giga Watt shall each procure, if obtainable without payment of an additional premium, an appropriate clause in, or an endorsement on, any policy of fire or extended coverage insurance covering the Property, and the personal property, fixtures and equipment located in or on the Property and any liability policy for the Property, pursuant to which the insurance companies waive subrogation or consent to a waiver of right of recovery, and, conditioned upon a party having obtained such clauses or endorsements or waiver of subrogation or consent to a waiver of right of recovery, such party hereby agrees that it shall not make any claim against or seek to recover from the other for any loss or damage to its property, or the property of the other, resulting from fire or other hazards covered by such insurance, notwithstanding other provisions of this Lease; provided, however, that the release, discharge, exoneration and covenant not to sue herein contained shall be limited

COMMERCIAL LEASE
Page 5
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7   Doc 28-1   Filed 12/05/18   Entered 12/05/18 15:14:10   Pg 5 of 16

by the terms and provisions of the waiver of subrogation clauses or endorsements consenting to a waiver of right of recovery, and shall be coextensive therewith. If either Executive Flight or Giga Watt is unable to obtain such clause or endorsement or is able to obtain such clause or endorsement only upon payment of an additional premium, such party shall promptly give the other party notice to that effect, in which event the other party shall have the right to pay such additional premium, and upon such payment, the party whose insurer requires such payment shall promptly procure such clause or endorsement.

4.17 Taxes. Executive Flight shall pay all real property taxes on the Property. Giga Watt will pay all personal property taxes for equipment or inventory it maintains on the Property and will pay all other taxes relative to the operation of any of its business on the Property.

4.18 Condition and Care of Property. Giga Watt accepts the Property in its present condition and agrees to keep the Property in a good clean condition; to commit no waste thereon; to obey all laws and ordinances affecting the Property; to replace all glass broken or cracked; to repair all damage to the Property caused by Giga Watt, its agents, employees, or invitees. Giga Watt shall be responsible for all interior maintenance and repair for the Property, including paint, carpet, and plumbing. Giga Watt shall notify Executive Flight of all requested maintenance and repair for items that may require access to other areas of the Entire Parcel (outside of the Property), and the parties shall coordinate access and repair of the same.

4.19 Maintenance and Repair by Executive Flight. Executive Flight shall be responsible for maintaining the roof, the outside appearance of the building, the common areas, the structural integrity of the building, including electrical and mechanical items, and the parking lot, including all snow and ice removal and removal of any other obstructions constituting a hazard.

4.20 Maintenance and Repair by Giga Watt. Giga Watt shall be responsible for all janitorial services and maintenance of the Property, and any repairs necessitated by Giga Watt, its agents, employees, or invitees. Giga Watt shall notify Executive Flight of any maintenance needs that Giga Watt believes are the responsibility of Executive Flight. Executive Flight shall make reasonable efforts to respond to any such notices.

4.21 Utilities. Executive Flight shall pay all utilities, including, but not limited to water, sewer, garbage, gas and electricity. Provided that, in the event the electric bill for the Entire Parcel exceeds Twelve Thousand Dollars ($12,000) per year, then Giga Watt shall be responsible for Giga Watt's associated electricity usage in excess of $12,000 and shall reimburse Executive Flight for such excess amount. Executive Flight shall provide an invoice to Giga Watt reflecting the amount due and owing for such excess electricity usage by Giga Watt, and Giga Watt shall pay Executive Flight within 30 days of receipt of such invoice.

4.22 Inspection. Executive Flight shall have the right at all reasonable times during the business hours to enter and inspect the Property.

4.23 Indemnity/Hold Harmless. Giga Watt agrees that at the sole option of Executive Flight, Giga Watt shall either indemnify or shall defend and hold Executive Flight and its officers, employees, contractors and agents harmless from all claims for damages to persons or property occurring on the Property during the term of the Lease caused by Giga Watt, its agents, employees, or invitees. Giga Watt waives its immunity under industrial insurance, Title 51 RCW, to the extent necessary to effectuate this indemnification/hold harmless agreement.

COMMERCIAL LEASE
Page 6
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 6 of 16

4.24     Giga Watt's Compliance with Environmental Laws. Giga Watt shall not use, or permit the Property to be used, in a manner that violates any applicable federal, state or local environmental law, regulation, or ordinance now or hereafter in force. This includes, but is not limited to, any law, regulation, or ordinance pertaining to air or water quality or emissions; the handling, transportation, storage, treatment, usage or disposal of toxic or hazardous substances; or any other environmental matters. Compliance shall be at the sole cost and expense of Giga Watt, its agents, employees, contractors or invitees. Giga Watt shall immediately notify Executive Flight of any spills, releases, or other potential failures to comply with applicable environmental laws and regulations, and of any inspections, notices, orders, fines or communications originating from environmental regulatory agencies. Executive Flight, its officers, employees, contractors, or agents, shall have the right, but not the duty, to inspect the Property, including Giga Watt's records pertaining to environmental compliance with applicable environmental laws and regulations and this Lease. If Giga Watt is found to be in violation of this Lease or any applicable environmental law or regulations, or if environmental contamination is detected, Giga Watt shall be responsible for all costs associated with such contamination or noncompliance.

4.25     Giga Watt's Environmental Indemnification/Hold Harmless. Giga Watt agrees that at the sole option of Executive Flight, Giga Watt shall either indemnify or shall defend and hold Executive Flight and its officers, employees, contractors and agents harmless from all costs or liabilities arising from any environmental contamination or noncompliance with any applicable federal, state or local environmental law, regulation or ordinance now or hereafter in force, resulting from the operations of Giga Watt, its agents, employees, contractors or invitees. This indemnification/hold harmless includes, without limitation, all claims, judgments, damages (including natural resource damages), penalties, fines and costs incurred in connection with any site investigation to determine the presence or extent of any contamination, as well as the costs of any cleanup, removal or remedial work, whether or not it is required by any regulatory agency. Such costs shall include reasonable environmental consultants and attorney fees. This indemnification/hold harmless clause shall survive the expiration or earlier termination of this Lease.

4.26     Leasehold Fixtures. Giga Watt may install on the Property such equipment as is customarily used in the type of commercial office space conducted by Giga Watt on the Property. Subject to Executive Flight's right as a secured party, upon the expiration or sooner termination of this Lease, Giga Watt may remove from the Property all such equipment and all other property of Giga Watt and shall repair any damage to the Property occasioned thereby. Any equipment or fixtures not removed by the expiration or sooner termination of this Lease, shall become the property of Executive Flight.

4.27     Dispute Resolution. The parties agree to attempt to resolve any disputes relating to this Agreement by negotiation and/or with a mutually agreed-upon mediator. However, if these attempts are unsuccessful, upon demand by either party, all claims between the parties shall be referred for binding arbitration in accordance with the Washington Uniform Arbitration Act (RCW 7.04A et seq.). There shall be one arbitrator, whose decision shall be final, and binding, and judgment may be entered thereon. If the parties cannot agree on the arbitrator, the arbitrator shall be appointed by the presiding judge of the Douglas County Superior Court. The arbitrator is authorized to restrict and/or limit discovery in the arbitrator's discretion, to that discovery reasonable under the circumstances considering the complexity of the matter and the amount in controversy. The parties shall split the cost of arbitration. The substantially prevailing party, in any arbitration or other action, shall be entitled to collect all fees and costs incurred in connection with such action, including attorneys' fees, which amount shall be included in any award given. Each

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

party waives any right to participate in a common or joint action against the other party, including consolidation of arbitrated claims.

4.28 Cancellation, Termination or Default. If Giga Watt defaults in the payment of rent and such default shall not have been cured within ten (10) days after such default, Executive Flight may re-enter and take possession of the Property, remove all persons and property and Executive Flight may at Executive Flight's option, terminate this Lease. Executive Flight may at Executive Flight's option, be entitled to recover from Giga Watt any rents and charges equivalent to rent reserved in this Lease until vacation of the Property and removal of all Giga Watt's equipment, inventory and other personal property.

If Giga Watt defaults in the payment of any other item to be paid by Giga Watt or in the performance of any other term or covenant and such default shall not have been cured within thirty (30) days after such default, Executive Flight may re-enter and take possession of the Property, remove all persons and property and Executive Flight may at Executive Flight's option, terminate this Lease. Executive Flight may at Executive Flight's option, be entitled to recover from Giga Watt any rents and charges equivalent to rent reserved in this Lease until vacation of the Property and removal of all Giga Watt's equipment, inventory and other personal property.

Further, either party shall have the right to terminate for any reason upon giving one (1) year prior written notice.

If Executive Flight elects to re-enter and take possession of the Property without terminating this Lease, Executive Flight may at Executive Flight's option, relet the Property for such term or terms (which may be for a term extending beyond the term of this Lease), at such rental or rentals and upon such other terms and conditions as Executive Flight at Executive Flight's sole discretion may deem advisable with the right to make alterations and repairs to the Property. Upon any such reletting, Executive Flight shall receive and collect the rents therefor, applying the same first to the payment of such expenses as Executive Flight may have paid, assumed or incurred in recovering possession of the Property, including costs, expenses and attorney's fees and for placing the same in good order and condition, or repairing or altering the same for reletting and all other expenses, commissions and charges paid, assumed and incurred by Executive Flight in or about reletting the Property, and then to the fulfillment of the agreements of Giga Watt.

Whether or not the Property or any part thereof is relet, Giga Watt shall pay to Executive Flight until the end of the term of this Lease the equivalent of the amount of all rent and other charges required to be paid by Giga Watt under the terms hereof, less the balance, if any, of such reletting after payment of the expenses of Executive Flight and the same shall be due and payable on the rent days specified herein.

Notwithstanding such reletting without termination or re-entry without termination, Executive Flight may at any time thereafter elect to terminate this Lease for any previous breach.

4.29 Bankruptcy. Executive Flight may immediately terminate this Lease agreement in the event that Giga Watt files for voluntary bankruptcy, is placed in receivership, or has involuntary bankruptcy proceedings instituted against Giga Watt by its creditors. Giga Watt shall provide written notice to Executive Flight of the bankruptcy or receivership within seven (7) days of the institution of such proceedings.

COMMERCIAL LEASE
Page 8
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 8 of 16

4.30 Right to Encumber. Executive Flight may encumber the Property by mortgage, securing such sum or sums and upon such terms and conditions as Executive Flight may desire, but any such encumbrance so given shall be subject to the rights of Giga Watt herein, and shall not affect this Lease.

4.31 Subordination/Non-Disturbance/Right to Encumber. Executive Flight may encumber the Property by mortgage or other security instrument, securing such sum or sums and upon such terms and conditions as Executive Flight may desire. Giga Watt agrees to sign subordination and non-disturbance agreements if and when requested by Executive Flight, and in such form as reasonably required by any lender of Executive Flight, agreeing to subordinate Executive Flight right and interests in this Lease to the security interest of any such lender and to recognize any successor to Executive Flight, as its landlord for any unexpired balance of this Lease.

4.32 Quiet Enjoyment. Executive Flight covenants and agrees that Giga Watt, upon performance of all of Giga Watt's obligations under this Lease, shall lawfully and quietly hold, occupy and enjoy the Property during the term of this Lease without disturbance by Executive Flight or by any person having title paramount to Executive Flight's title or by any person claiming under Executive Flight.

4.33 Security Measures. Giga Watt understands and acknowledges that the Property and the Entire Parcel is part of the footprint for Pangborn Memorial Airport and associated airport property, including without limitation the airport ramp located adjacent to the Property, with heightened and specific airport security clearance and security protocol measures. Giga Watt and its employees, agents, customers and invitees shall comply and abide by all security measures imposed by Executive Flight, and by all local, State, and Federal agencies, including without limitation the Airport Security Coordinator for Pangborn Memorial Airport while on the Property and the Entire Parcel, and Giga Watt shall be responsible for the compliance with the same by its employees, agents, customers and invitees.

To facilitate enforcement of airport security measures at the Property and Entire Parcel, Giga Watt shall provide Executive Flight with a list of Giga Watt's current employees and agents who may be regularly present at the Property, such list to include the name, address, and a photo of each such employee and agent (the "Employee List"). Executive Flight hereby agrees to keep such Employee List confidential and not to disclose the information thereon without Giga Watt's approval; provided that, the Executive Flight may disclose such Employee List or portions thereof to the Security Coordinator for Pangborn Memorial Airport or to representatives who need to know such information to perform under this Agreement or as otherwise required by law.

4.34 Waiver; Severability. Provisions of this Lease may not be waived or changed except in a writing signed by the party against whom enforcement of the waiver or change is sought. No waiver of breach or other provision shall constitute a subsequent waiver of such breach or provision. If any provision of this Lease or the application thereof to any person or circumstance shall be invalid, illegal, or unenforceable to any extent, the remainder of this Lease and the application thereof shall not be affected and this Lease shall be construed and enforced to the fullest extent possible so as to accomplish the original intent of the parties as reflected by the documents as drafted.

4.35 Construction. Where the context permits, references to the singular shall include the plural and vice versa, and to the neutral gender shall include the feminine and masculine. Use of the word "may" shall denote an option or privilege and shall impose no obligation upon the party which may exercise such option or privilege; use of the word "shall"

COMMERCIAL LEASE
Page 9
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 9 of 16

shall denote a duty or an obligation. The captions in this Lease are for the convenience of the reader and are not to be considered in the interpretation of its terms.

4.36 Entire Agreement; Successors. This Lease contains the entire agreement between the parties relating to the subject matter hereof and supersedes any prior agreements, written or oral, with respect to the same subject matter. This Lease may not be modified or amended except by written agreement executed by the parties hereto. This Lease shall be binding upon the parties, their heirs, executors, administrators, successors and assigns, and they do agree for themselves, their heirs, executors, administrators, successors and assigns, to execute any instrument and to perform any acts reasonably necessary to effectuate this Lease and its purposes.

4.37 Memorandum of Lease. The parties agree that this Lease shall not be placed of record. Either party may execute and place of record an instrument, in recordable form, evidencing the existence and term of this Lease.

4.38 Authority to Sign. The parties signing this instrument hereby acknowledge that they are authorized to execute the instrument on behalf of the entities they are signing for and acknowledged it to be the free and voluntary act of such parties for the uses and purposes mentioned in the instrument.

4.39 Counterparts. This Lease may be executed in one or more counterparts, each of which shall be deemed to be an original but all of which together shall constitute one and the same instrument. Signatures transmitted electronically by fax, e-mail or otherwise shall be deemed and effective as originals.

"LESSOR/EXECUTIVE FLIGHT"

EXECUTIVE FLIGHT, INC.
A Washington Limited Liability Company

By _____[signature]_____
Tom Dye, CEO

Date: March 31, 2017

Address:     Executive Flight, Inc.
One Campbell Parkway
East Wenatchee, WA 98802

COMMERCIAL LEASE
Page 10
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 10 of 16

"LESSEE/GIGA WATT"

GIGA WATT, INC.
A Washington Corporation

By: David Carlson
David Carlson, CEO
Date: 4/3/17
Address: 1250 N Wenatchee Ave
Wenatchee, WA 98801

STATE OF WASHINGTON )
) ss.
COUNTY OF Chelan )

I certify that I know or have satisfactory evidence that DAVID CARLSON is the person who appeared before me and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the CEO of GIGA WATT, INC., a Washington corporation, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 4 day of April, 2017.

Tasha D. Cox
Typed/Printed Name Tasha D. Cox
NOTARY PUBLIC
In and for the State of Washington
My appointment expires September 9, 2019

COMMERCIAL LEASE
Page 11
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-1    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 11 of 16

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF Chelan     )

I certify that I know or have satisfactory evidence that TOM DYE is the person who appeared before me and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the CEO of EXECUTIVE FLIGHT, INC., a Washington corporation, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 31st day of March, 2017.

Typed/Printed Name Linda L. Arreguin
NOTARY PUBLIC
In and for the State of Washington
My appointment expires Jan 09, 2017

COMMERCIAL LEASE
Page 12
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

**EXHIBIT "A"**



COMMERCIAL LEASE
Page 13
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX



COMMERCIAL LEASE
Page 14
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

**EXHIBIT "B"**



COMMERCIAL LEASE
Page 15
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX



COMMERCIAL LEASE
Page 16
Executive Flight Giga Watt - Commercial Lease 3
31 17 final

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX