# SECOND AMENDMENT TO COMMERCIAL LEASE

## Parties

1.1 <u>Lessor</u>. EXECUTIVE FLIGHT, INC., a Washington corporation ("Executive").

1.2 <u>Lessee</u>. GIGA WATT, INC., a Washington corporation ("Giga Watt").

## Prior Agreements

2.1 <u>Lease</u>. That Commercial Lease effective April 1, 2017 (the "Original Lease"), covering a portion of that property commonly known as the Executive Flight hangar and office facility at One Campbell Parkway, East Wenatchee, Washington. The Original Lease was amended by the parties pursuant to that certain Amendment to Commercial Lease effective June 1, 2017 (the "First Amendment"). The Original Lease together with the First Amendment are collectively referred to as the "Lease."

## Property Description

3.1 <u>Property Description</u>. One Campbell Parkway, East Wenatchee, Douglas County, Washington. The property leased under the Original Lease and First Amendment is approximately 2,942 square feet of office space located inside the Executive Flight hanger and office facility, at which is located at Pangborn Memorial Airport in Section 16, Township 22 North, Range 21, E.W.M, Douglas County Washington.

## Agreement

4.1 <u>Agreement</u>. Effective as of July 1, 2017, the parties agree to amend the Lease and enter into this Second Amendment upon the terms and conditions set forth below.

4.1.1 Paragraph 2.1, *THE PROPERTY,* is hereby amended to add the following:

> Giga Watt shall lease the following additional areas: the office rooms commonly known as First Aid (180 square feet, room M) and Chief Pilot (360 square feet, room N), a total of 540 additional square feet. Rent for this additional space shall accrue beginning July 12, 2017.

> Giga Watt shall lease the following additional areas: the office rooms and areas commonly known as IT Office (400 square feet, room O), Hospitality (840 square feet, room P), Pilot's Office (400 square feet, room Q), Classroom (640 square feet, room R), and First Floor Garage, Door 5 (424 square feet, part of room S), a total of 2,704 additional square feet. Rent for this additional space shall accrue beginning September 1, 2017.

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-3    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 1 of 9

The parties acknowledge and agree that those rooms identified on the sketches of the facilities attached hereto as Exhibit A marked as A, B, C, D, E, F, G, and Z are excluded from the leased property, whether under Phase 1 or as expanded in Phase 2/3 of this Lease.

4.1.2 Paragraph 4.1, *TERM OF LEASE,* is hereby amended to add the following:

The lease of the additional 540 square feet office rooms by Giga Watt is effective July 12, 2017. The lease of the additional 2,704 square feet office rooms and areas is effective September 1, 2017.

4.1.3 Paragraph 4.2, *MONTHLY RENT,* is hereby amended to add the following:

With lease of the additional 540 square feet, the monthly rent shall be increased an additional $900 per month. As Giga Watt has occupied the offices from July 12, 2017 the prorated additional rent due for July 2017 is $580.60.

The rental amount due for August 1, 2017 for all leased property to Giga Watt shall be a total of $5,803.73.

With lease of the additional 2,704 square feet, the monthly rental shall be increased an additional $4,506.67 per month. The rental due beginning September 1, 2017 for all leased property to Giga Watt shall be a total of $10,310.40.

## No Other Changes

5.1 No Other Changes. Except as otherwise amended herein, the parties hereby ratify the terms and conditions of the Lease.

5.2 Counterparts. This Amendment may be executed in one or more counterparts, each of which shall be deemed to be an original but all of which together shall constitute one and the same instrument. Signatures transmitted electronically by fax, e-mail or otherwise shall be deemed and effective as originals.

"LESSOR/EXECUTIVE"
EXECUTIVE FLIGHT, INC.
A Washington Limited Liability Company

By_____
    Thomas H. Dye, CEO
Date_____

SECOND AMENDMENT TO COMMERCIAL LEASE
Page 2
41N0467

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-3    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 2 of 9

"LESSEE/GIGA WATT"
GIGA WATT, INC.
A Washington Corporation

By _____ David Carlson _____
  David Carlson, CEO
Date  9/19/2017

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF _____ )

    I certify that I know or have satisfactory evidence that THOMAS H. DYE is the person who appeared before me and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the CEO of EXECUTIVE FLIGHT, INC., a Washington corporation, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

    Dated this _____ day of _____, 2017.

_____
Typed/Printed Name _____
NOTARY PUBLIC
In and for the State of Washington
My appointment expires _____

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF Chelan     )

    I certify that I know or have satisfactory evidence that DAVID CARLSON is the person who appeared before me and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the CEO of GIGA WATT, INC., a Washington corporation, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

    Dated this 19 day of September, 2017.

_Colleen M. Frei_
Typed/Printed Name Colleen Frei
NOTARY PUBLIC
In and for the State of Washington
My appointment expires 1/16/2018

SECOND AMENDMENT TO COMMERCIAL LEASE
Page 3
41N0467

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-3    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 3 of 9

EXHIBIT "A"



SECOND AMENDMENT TO COMMERCIAL LEASE
Page 4
416512402

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

18-03197-FPC7    Doc 28-3    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 4 of 9



Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX





# Executive Flight, Inc.
## Approximate Office Square Footage

|   | Space | Square Footage | Original Agreement | First Amendment | Second Amendment | Future / Phase 3 |
|---|---|---|---|---|---|---|
| J | Ardella's office | 307.90 | 307.90 | 307.90 | 307.90 | 307.90 |
| K | Carol's office | 178.26 | 178.26 | 178.26 | 178.26 | 178.26 |
| I | Dispatch | 993.91 | 993.91 | 993.91 | 993.91 | 993.91 |
| T | Don's office | 379.75 | | 379.75 | 379.75 | 379.75 |
| S | First floor garage (424 SF / door) | 2,120.00 | | | | |
| S-1 | Door 1 -Northern most door) | 424.00 | Not available | Not available | Not available | Not available |
| S-2 | Door 2 | 424.00 | Not available | Not available | Not available | Not available |
| S-3 | Door 3 | 424.00 | Not available | Not available | Not available | Not available |
| S-4 | Door 4 | 424.00 | Available | Available | Available | 424.00 |
| S-5 | Door 5 -Southern most door | 424.00 | Available | Available | 424.00 | 424.00 |
| U | Morgan's office | 192.42 | 192.42 | 192.42 | 192.42 | 192.42 |
| V | Reception | 218.12 | 218.12 | 218.12 | 218.12 | 218.12 |
|   | Second floor above garage | | | | | |
| M | First Aid room | 180.00 | | | 180.00 | 180.00 |
| N | Chief Pilot | 360.00 | | | 360.00 | 360.00 |
| O | IT office | 400.00 | | | 400.00 | 400.00 |
| P | Hospitality | 840.00 | | | 840.00 | 840.00 |
| Q | Pilot's office | 400.00 | | | 400.00 | 400.00 |
| R | Classroom | 640.00 | | | 640.00 | 640.00 |
| W | Tim / Todd office | 671.88 | 671.88 | 671.88 | 671.88 | 671.88 |
| X | Pilot's office ground floor | 144.00 | Not available | Not available | Not available | Not available |
| Y | FBO office | 210.00 | Not available | Not available | Not available | Not available |
| E | Copier room | 264.00 | Not available | Not available | Not available | Not available |
| A | Connie's | 185.00 | Not available | Not available | Not available | Not available |
| B | Tom | 185.00 | Not available | Not available | Not available | Not available |
| C | HR | 230.00 | Not available | Not available | Not available | Not available |
| D | Kathleen | 185.00 | Not available | Not available | Not available | Not available |
| Z | Patti's | 120.00 | Not available | Not available | Not available | Not available |
| F | TomD | 400.00 | Not available | Not available | Not available | Not available |
| G | Carl's | 485.00 | Not available | Not available | Not available | Not available |
| H | Conference room | 500.00 | Common area | Common area | Common area | Common area |
| L | Elevator storage | 250.00 | Not available | Not available | Not available | Not available |
| 1 | Lunchroom | 650.00 | Common area | Common area | Common area | Common area |
| 2 | Server room | 150.00 | Not available | Not available | Not available | Not available |
|   | Other general space | 1,935.48 | General space | General space | General space | General space |
|   | **Maintenance area offices** | | | | | |
| M-1 |  | 570.00 | Available | Available | Available | 570.00 |
| M-2 |  | 240.00 | Not available | Not available | Not available | Not available |
| M-3 |  | 370.00 | Not available | Not available | Not available | Not available |
| M-4 |  | 370.00 | Not available | Not available | Not available | Not available |
| M-5 |  | 840.00 | Not available | Not available | Not available | Not available |
| M-6 |  | 260.00 | Available | Available | Available | 260.00 |
| M-7 |  | 260.00 | Available | Available | Available | 260.00 |

Q:\Company Data\Executive Flight, Inc\Square Footage

## Executive Flight, Inc.
## Approximate Office Square Footage

| Space | Square Footage | Original Agreement | First Amendment | Second Amendment | Future / Phase 3 |
|---|---|---|---|---|---|
| M-8 | 370.00 | Available | Available | Available | 370.00 |
| M-9 | 225.00 | Available | Available | Available | 225.00 |
| M-10 | 1,600.00 | Not available | Not available | Not available | Not available |
| M-11 | 136.00 | Available | Available | Available | 136.00 |
| Modular house | 1,300.00 | Not available | Not available | Not available | TBD |
| Totals | 22,436.72 | 2,562.49 | 2,942.24 | 6,186.24 | 8,431.24 |
| Rate | | 20.00 | 20.00 | 20.00 | 20.00 |
| Annual lease | | 51,249.80 | 58,844.80 | 123,724.80 | 168,624.80 |
| Monthly lease | | 4,270.82 | 4,903.73 | 10,310.40 | 14,052.07 |

TBD = to be determined

Q:\Company Data\Executive Flight, Inc\Square Footage