UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor. | NO. 18-03197<br><br>[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE |

This matter having come before this Court upon the Motion of CPT THE LANDING, LLC (the "Landlord") To Compel Rejection of Unexpired Non-Residential Real Estate Lease (the "Motion"), this Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon have been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 1

EXE001-0005 5600990

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 28-5    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 1 of 2

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. The Lease for the premises located at The Landing Shopping Center, 1205 North 10th Street, Suite C, Renton, Washington, between Landlord and the Debtor is hereby rejected effective the date hereof.

3. Landlord's right to assert an administrative claim is preserved.

/// End of Order ///

Presented by:

Scott R. Weaver
Carney Badley Spellman, P.S.
701 Fifth Avenue, suite 3600
Seattle, WA 98104
(206) 622-8080
weaver@carneylaw.com
*Counsel for Executive Flight, Inc.*

[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL ESTATE LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600990

18-03197-FPC7    Doc 28-5    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 2 of 2