UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor. | NO. 18-03197<br><br>[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPRIED NON-RESIDENTIAL LEASE |

This matter having come before this Court upon the Motion of EXECUTIVE FLIGHT, INC. ("Landlord") To Compel Rejection of Unexpired Non-Residential Real Estate Lease ("Motion"), this Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon have been given and no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation to the Motion and the arguments presented.

[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED NON-RESIDENTIAL LEASE – 1

EXE001-0005 5601009

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 28-6    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 1 of 2

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

1. The Motion is GRANTED.

2. As pertains to One Campbell Parkway, East Wenatchee, Washington, 98802 the lease at issue is rejected immediately; and

3. Landlord's right to seek an administrative expense for unpaid post-petition rent and lease charges is preserved.

/// End of Order ///

Presented by:

Scott R. Weaver
Carney Badley Spellman, P.S.
701 Fifth Avenue, suite 3600
Seattle, WA 98104
(206) 622-8080
weaver@carneylaw.com
*Counsel for Executive Flight, Inc.*

[PROPOSED] ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPRIED NON-RESIDENTIAL LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5601009

18-03197-FPC7    Doc 28-6    Filed 12/05/18    Entered 12/05/18 15:14:10    Pg 2 of 2