Honorable Frederick P. Corbit
Chapter 11
Location: 904 West Riverside Avenue
Suite 304
Spokane, WA 99201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In re:

GIGA WATT INC.,

          Debtor.

NO. 18-03197

NOTICE OF EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE LEASE

Landlord, EXECUTIVE FLIGHT, INC., has filed papers with the Court seeking to compel the Chapter 11 Trustee to reject the Debtor's unexpired non-residential real property lease for One Campbell Parkway, East Wenatchee, WA 98802.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

**THE MOTION WILL BE SET FOR HEARING AS FOLLOWS:**

**JUDGE:** The Honorable Frederick P. Corbit

**DATE:** Requested for December 17, 2018 at 2:00 p.m.

**RESPONSE DATE:** Requested for December 12, 2018 at 2:00 p.m.

**PLACE:** 904 West Riverside Avenue Suite 304
Spokane, WA 99201

**MEET ME TELEPHONIC:** Dial (206) 887-9000
Enter Conference ID (99165)
Press # 3. Wait for conference host to join.

NOTICE OF EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE LEASE – 1

EXE001-0005 5600962

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

**IF YOU OPPOSE** the Motion, you must, on or before the date set by the Court, serve a written response on the undersigned and file the original response with the Clerk of the United States Bankruptcy Court, PO Box 2164, Spokane, WA 99210-2164. Any replies will be due by the date set by the Court.

**IF NO RESPONSE IS FILED BY THE RESPONSE DATE**, the Court may, in its discretion, grant the Motion prior to the hearing **WITHOUT FURTHER NOTICE**.

DATED this 5th day of December, 2018.

CARNEY BADLEY SPELLMAN, P.S.

By  /s/Scott R. Weaver
  Scott R. Weaver, WSBA #29267
  weaver@carneylaw.com
  701 Fifth Avenue, Suite 3600
  Seattle, WA 98104-7010
  Phone: (206) 622-8020
  Fax: (206) 467-8215
*Attorneys for Executive Flight, Inc.*

NOTICE OF EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF UNEXPIRED COMMERCIAL REAL ESTATE LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5600962

18-03197-FPC7    Doc 31    Filed 12/05/18    Entered 12/05/18 17:16:33    Pg 2 of 2