Scott R. Weaver, WSBA #29267
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
*Attorneys for Executive Flight, Inc.*

Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In re:

GIGA WATT INC.,

Debtor.

NO. 18-03197

PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the state of Washington that on the  5th  day of December, 2018, I caused to be served a true and correct copy of the following documents

1. Ex Parte Motion for Expedited Hearing and to Shorten Notice Period and Time to Respond to Landlord Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease (DKT 27);
2. [Proposed] Order Granting Ex-Parte Motion of Landlord Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Commercial Real Estate Lease, or Alternatively for Relief from the Automatic Stay (DKT 27-1);
3. Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease (DKT 28);
   a. Attachment # (1) Exhibit A-1 (Commercial Lease fully executed 4.3.17- Executive Flight Giga Watt) (DKT 28-1)
   b. Attachment # (2) Exhibit A-2 (Executed Estate Lease Addendum 1) (DKT 28-2)
   c. Attachment # (3) Exhibit A-3 (2nd Amendment to Commercial Lease) (DKT 28-3)
   d. Attachment # (4) Exhibit A-4 (3rd Amend to Commercial Lease) (DKT 28-4)
   e. Attachment # (5) Proposed Form of Order [Proposed] Order Granting Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease (DKT 285)
   f. Attachment # (6) Proposed Form of Order [Proposed] Order Granting Executive Flight, Inc.'s Motion for Relief from Automatic Stay (DKT 28-6)

PROOF OF SERVICE – 1

EXE001-0005 5603426

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

g. Attachment # (7) Proposed Form of Order [Proposed] Notice of Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Commercial Real Estate Lease, or Alternatively for Relief from The Automatic Stay) (DKT 28-7)

4. Declaration of Thomas H. Dye in Support of Motion to Compel Rejection of Unexpired Commercial Real Estate Lease (DKT 29);

5. Notice of Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Commercial Real Estate Lease.

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

**Attorneys for Debtors:**
Darren Michael Digiacinto
Timothy R. Fischer
David P Gardner
Nancy L Isserlis
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201
Tel: (509) 838-6131
Fax: (509) 838-1416
Email: dmd@winstoncashatt.com;
        trf@winstoncashatt.com;
        dpg@winstoncashatt.com;
        ccb@winstoncashatt.com;
        nli@winstoncashatt.com

**Attorneys for Port of Douglas County:**
DAVID R. LAW
DAVIS, ARNEIL LAW FIRM, LLP
617 Washington Street
Wenatchee, WA 98801
Tel: (509) 662-3551
david@dadkp.com

**Attorneys for Creditors, Giga Plex, LLC, and MLDCI, LLC:**
David A. Kazemba
Overcast Law Offices, PS
c/o David A. Kazemba
23 S. Wenatchee Ave Suite 320
Wenatchee, W A 9880 I
Tel: (509) 663-5588
Fax: (509) 662-5508
Email: dkazemba@overcastlaw.com

PROOF OF SERVICE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5603426

**Attorneys for Creditor Neppel Electrical & Controls, LLC:**
Christopher F. Ries
RIES LAW FIRM, P.S.
Post Office Box 2119
Moses Lake, Washington 98837
Tel: (509) 765-4437
Fax: (509) 765-4491
Email: chrisr@rieslawfirm.com
diana@rieslawfirm.com
cdg@rieslawfirm.com

**US Trustee**
US Trustee
US Court House
920 W Riverside Ave, Suite 593
Spokane, WA 99201
(509) 353-2999
Email: USTP.REGION18.SP.ECF@usdoj.gov

I further certify that on this  6th  day of <u>December, 2018</u>, I caused a true and correct copy of the foregoing listed documents to be sent via U.S. Mail postage prepaid to the all parties listed on the matrix filed in this case as referenced in the attached matrix (list of creditors), except for those indicated with an X.

SIGNED at Seattle, Washington this  6th  day of  <u>December</u>, 2018.


_*/s/Elizabeth C. Fuhrmann*_
Elizabeth C. Fuhrmann, PLS, Legal
Assistant/Paralegal to Scott R. Weaver

PROOF OF SERVICE – 3

EXE001-0005 5603426

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020