Label Matrix for local noticing
0980-2
Case 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Thu Dec  6 08:12:57 PST 2018

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Busby Internations, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

Darren Michael Digiacinto
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

EAN Services, LLC
PO Box 402383
Atlanta, GA 30384-2383

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802-9290

Fastenal Company
PO Box 1286
WInona, MN 55987-7286

FedEx
PO Box 94515
Palatine, IL 60094-4515

Timothy R Fischer
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801-1599

David P Gardner
Winston & Cashatt, Lawyers, P.S.
601 W Riverside Avenue, Suite 1900
Suite 1900
Spokane, WA 99201-0695

Giga Plex LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

Giga Plex, LLC
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
C/O David A. Kazemba
Wenatchee, WA 98801-2263

Gigawatt PTE Ltd Attn Mikhaylyuta
1 Magazine Rd #04-11
Central Mall
Singapore

H2 Pre-cast, Inc
3835 N. Clemons St.
East Wenatchee, WA 98802-9337

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nancy L Isserlis
Winston and Cashatt PS
601 W Riverside Avenue
Suite 1900
Spokane, WA 99201-0695

JDSA
PO Box 1688
Wenatchee, WA 98807-1688

David A Kazemba
Overcast Law Offices, P.S.
23 S. Wenatchee. Ave. Suite 320
Wentachee, WA 98801-2263

Kelly Imaging
PO Box 660831
Dallas, TX 75266-0831

Kenneth Johnson
2452 Columbia Ave. NW #24
East Wenatchee, WA 98802-4198

David R Law
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801-2600

Leonid Markin
714 North Rexford Dr.
Beverly Hills, CA 90210-3314

Lighthouse
250 Montgomery St., Suite 300
San Francisco, CA 94104-3428

MLDC1 LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

MLDC1, LLC
Overcast Law Offices, PS
C/O David A. Kazemba
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801-2263

NC Machinery
PO Box 58201
Tukwila, WA 98138-1201

NW Handling Systems
PO Box 749861
Los Angeles, CA 90074-9861

Neppel Electric
4703 Kelly Place
Moses Lake, WA 98837-4306

Neppel Electrical & Controls, LLC
Moses Lake, WA 98837

Pacific Northwest Infrastructure In
PO Box 3363
Wenatchee, WA 98807-3363

Pacific Northwest Infrastructure Inc
PO Box 3363
Wenatchee, WA 98807-3363

Pacific Security
2009 Iron St.
Bellingham, WA 98225-4211

James D Perkins
U S Dept of Justice/U S Trustee Office
920 W Riverside #593
Spokane, WA 99201-1012

Port of Chelan
238 Olds Station Rd #A
Wenatchee, WA 98801-8131

Port of Douglas
643 Billingsly Dr. SE
East Wenatchee, WA 98802

Port of Douglas County
Port of Douglas County
1 Campbell Parkway
Suite D
East Wenatchee, WA 98802-9290

Raritan
400 Cottontail Lane
Somerset, NJ 08873-1238

Christopher F Ries
Ries Law Firm
312 Balsam Suite D
P O Box 2119
Moses Lake, WA 98837-0519

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837-0519

Schmitt Electric
1114 Walla Walla Ave.
Wenatchee, WA 98801-1525

Show Me Cables
115 Chesterfield Industrial Blvd.
Chesterfield, MO 63005-1219

State of Washington
Department of Revenue
2101 4th Ave, Ste 1400
Seattle, WA 98121-2300

TNT Business Complexes
83 4th St.
Rock Island, WA 98850

Talos Construction, LLC
PO Box 2607
Chelan, WA 98816-2607

Total Employment Management
723 W. Broadway
Moses Lake, WA 98837-1920

Town Toyota Center
1300 Walla Walla
Wenatchee, WA 98801-1529

Treehouse Technology Group, LLC
300 Bedford Street, Unit 214
Manchester, NH 03101-1102

UPS
28013 Network Place
Chicago, IL 60673-1280

| US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 |
|---|---|---|
| Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 | Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Chapter 11 Trustee | (u)Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singamore | (u)Executive Flight, Inc. |
|---|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    4<br>Total                  70 | |