# Notice Recipients

District/Off: 0980−2     User: notice     Date Created: 12/6/2018
Case: 18−03197−FPC11     Form ID: pdf003     Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     Chapter 11 Trustee
    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     USTP.REGION18.SP.ECF@usdoj.gov
aty     Darren Michael Digiacinto     dmd@winstoncashatt.com
aty     David P Gardner     dpg@winstoncashatt.com,ccb@winstoncashatt.com
aty     James D Perkins     james.perkins@usdoj.gov
aty     Nancy L Isserlis     nli@winstoncashatt.com
aty     Timothy R Fischer     trf@winstoncashatt.com
    TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     GIGA WATT INC     1250 N Wenatchee Ave., Suite H #147     Wenatchee, WA 98801
    TOTAL: 1