THIS SPACE PROVIDED FOR RECORDERS USE
Please print or type all information

RETURN TO:

RIES LAW FIRM, P.S.
P.O. Box 2119
Moses Lake, WA 98837

ORIGINAL

Document Title: **CLAIM OF LIEN**

Auditor's File No. of document to be released or assigned: N/A

Assessor's property tax parcel or account number: 76600001000 and 76600001100

Claimant: 1. NEPPEL ELECTRICAL & CONTROLS, LLC, a Washington limited liability company

Respondent: 1. GIGA WATT, INC., a Washington corporation, Chelan and Douglas County Port Districts, Port of Douglas County, Port of Chelan County

Legal Description (lot, block, plat or section, township, range)

**Parcel 1**:

Lots 10 and 12, Pangborn Airport Business Park, Binding Site Plan 12-01 recorded under Auditor's File No. 3176418, records of Douglas County, Washington.

**Parcel 2**:

Lots 11 and 13, Pangborn Airport Business Park, Binding Site Plan 12-01 recorded under Auditor's File No. 3176418, records of Douglas County, Washington.

| | |
|---|---|
| NEPPEL ELECTRICAL & CONTROLS, LLC, a Washington limited liability company, <br><br> Claimant, <br><br> vs. <br><br> GIGA WATT, INC., a Washington corporation <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CLAIM OF LIEN** |

NOTICE IS HEREBY GIVEN that the person named below claims a lien pursuant to Chapter 60.04 RCW. In support of this lien the following information is submitted:

1. Name of Claimant: Neppel Electrical & Controls, LLC, a Washington limited liability company

   Telephone No.: (509) 766-3990

   Address: 4703 Kelly Place
   Moses Lake, Washington 98837

2. Date on which the Claimant began to perform labor, provide professional services, supply material or equipment on the date on which employee benefit contributions became due:

   November 30, 2018.

3. Names of Persons Indebted to the Claimant:

   Giga Watt, Inc.
   1 Campbell Parkway
   East Wenatchee, Washington

**RIES LAW FIRM, P.S.**

4. Description of the Property Against Which A Lien is Claimed:

**Parcel 1**:

Lots 10 and 12, Pangborn Airport Business Park, Binding Site Plan 12-01 recorded under Auditor's File No. 3176418, records of Douglas County, Washington.

APN: 76600001000

**Parcel 2**:

Lots 11 and 13, Pangborn Airport Business Park, Binding Site Plan 12-01 recorded under Auditor's File No. 3176418, records of Douglas County, Washington.

APN: 76600001100

5. Name of Owner or Reputed Owner:

Chelan and Douglas County Port Districts, Port of Douglas County, Port of Chelan County, and Giga Watt, Inc.

6. The last date on which the labor was performed; professional services were furnished; contributions to an employee benefit plan were due; or material or equipment was furnished:

June 14, 2018.

7. Claimant claims a lien upon the real property in the sum of $479,959.63, together with interest thereon at the rate of twelve percent (12%) per annum and all attorney's fees and costs.

8. If the Claimant is the assignee of this claim so state here:

The Claimant is not the assignee of this claim.

DATED this 3rd day of August, 2018.

                                  NEPPEL ELECTRICAL & CONTROLS, LLC,
                                  a Washington limited liability company

By: *Mary Moncada*
      Mary Moncada, Member
      Claimant
Telephone No.:(509) 766-3990
Address:      4703 Kelly Place
                Moses Lake, Washington 98837

# CERTIFICATION

STATE OF WASHINGTON    )
                       ) ss.
County of Grant        )

MARY MONCADA, being sworn, says:

I am a Member of NEPPEL ELECTRICAL & CONTROLS, LLC, a Washington limited liability company, claimant above-named. I have read or heard the foregoing claim, read and know the contents thereof, and believe the same to be true and correct and that the claim of lien is not frivolous and is made with reasonable cause, and is not clearly excessive under penalty of perjury.

_____
Mary Moncada

SUBSCRIBED AND SWORN TO before me this 3rd day of August, 2018, by Mary Moncada.



_____
(Signature) Corinne D. Gebelin
Notary Public in and for the State of Washington
Residing at Moses Lake, Washington
My commission expires: 11-01-19

4