Scott R. Weaver, WSBA #29267  
Carney Badley Spellman, P.S.  
701 Fifth Avenue, Suite 3600  
Seattle, WA 98104-7010  
(206) 622-8020  
(206) 467-8215 (Facsimile)  
*Attorneys for Executive Flight, Inc.*

Honorable Frederick P. Corbit  
Chapter 11

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In re:

GIGA WATT INC.,

               Debtor.

NO. 18-03197

PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the state of Washington that on this  7th  day of December, 2018, I caused to be served a true and correct copy of the following documents:

1. Notice of Hearing, Amended Notice of Hearing Re Executive Flight, Inc.'s Motion to Compel Rejection of Unexpired Commercial Real Estate Lease, or Alternatively for Relief from The Automatic Stay.

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

**Attorneys for Debtors:**
Darren Michael Digiacinto
Timothy R. Fischer
David P Gardner
Nancy L Isserlis
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201
Tel: (509) 838-6131
Fax: (509) 838-1416
Email: dmd@winstoncashatt.com;

PROOF OF SERVICE – 1

EXE001-0005 5605474

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 36    Filed 12/07/18    Entered 12/07/18 13:51:53    Pg 1 of 3

| | |
|---|---|
| 1 | trf@winstoncashatt.com; |
| 2 | dpg@winstoncashatt.com; |
| | ccb@winstoncashatt.com; |
| 3 | nli@winstoncashatt.com |

**Attorneys for Port of Douglas County:**
DAVID R. LAW
DAVIS, ARNEIL LAW FIRM, LLP
617 Washington Street
Wenatchee, WA 98801
Tel: (509) 662-3551
david@dadkp.com

**Attorneys for Creditors, Giga Plex, LLC, and MLDCI, LLC:**
David A. Kazemba
Overcast Law Offices, PS
c/o David A. Kazemba
23 S. Wenatchee Ave Suite 320
Wenatchee, W A 9880 I
Tel: (509) 663-5588
Fax: (509) 662-5508
Email: dkazemba@overcastlaw.com

**Attorneys for Creditor Neppel Electrical & Controls, LLC:**
Christopher F. Ries
RIES LAW FIRM, P.S.
Post Office Box 2119
Moses Lake, Washington 98837
Tel: (509) 765-4437
Fax: (509) 765-4491
Email: chrisr@rieslawfirm.com
    diana@rieslawfirm.com
    cdg@rieslawfirm.com

**US Trustee**
US Trustee
US Court House
920 W Riverside Ave, Suite 593
Spokane, WA 99201
(509) 353-2999
Email: USTP.REGION18.SP.ECF@usdoj.gov

I further certify that on this 7th day of December, 2018, I caused a true and correct copy of the foregoing listed documents to be sent via U.S. Mail postage prepaid to the all

PROOF OF SERVICE – 2

EXE001-0005 5605474

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

parties listed on the matrix filed in this case as referenced in the attached matrix (list of creditors), except for those indicated with an X.

SIGNED at Seattle, Washington this  7th   day of  December, 2018.

                                                  */s/Elizabeth C. Fuhrmann*
                                                Elizabeth C. Fuhrmann, PLS, Legal Assistant/Paralegal to Scott R. Weaver

PROOF OF SERVICE – 3

EXE001-0005 5605474

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 36    Filed 12/07/18    Entered 12/07/18 13:51:53    Pg 3 of 3