TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC., | DECLARATION OF HEATHER MULHALL |
| Debtor in Possession. | |

The undersigned, Heather Mulhall, makes the following declaration:

1. I am the Cost Controller of Giga Watt, Inc., and competent to be witness herein.

2. I currently handle the payment of ongoing operational expenses

3. Attached hereto as Exhibit "A" is a true and correct copy of monthly expenses for all essential activities, which also contemplates whether one operating location is lost and other cuts that can still be made if necessary.

I certify under penalty of perjury pursuant to the laws of the State of Washington and the United States of America that the foregoing Declaration is true and correct.

SIGNED at Spokane, Washington, this 7th day of December, 2018.

_/s/ Heather Mulhall_
HEATHER MULHALL

DECLARATION OF HEATHER MULHALL - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131