### Without cuts and keeping Pangborn

| | | |
|---|---|---:|
| Rents | $ | 113,532.00 |
| Electricity | $ | 275,000.00 |
| IT Expenses | $ | 7,790.00 |
| Payroll/Health | $ | 113,000.00 |
| Utilities | $ | 1,025.00 |
| Security | $ | 186.50 |
| Office Expense | $ | 3,500.00 |
| | **$** | **514,033.50** |

### With cuts and keeping Pangborn

| | | |
|---|---|---:|
| Rent | $ | 109,346.97 |
| Electricity | $ | 275,000.00 |
| IT Expenses | $ | 4,840.00 |
| Payroll/Health | $ | 113,000.00 |
| Utilities | $ | 675.00 |
| Security | $ | 186.50 |
| Office Expense | $ | 3,500.00 |
| | **$** | **506,548.47** |

### With cuts and losing Pangborn

| | | |
|---|---|---:|
| Rent | $ | 99,624.00 |
| Electricity | $ | 263,000.00 |
| IT Expenses | $ | 4,315.00 |
| Payroll/Health | $ | 113,000.00 |
| Utilities | $ | 675.00 |
| Security | $ | 186.50 |
| Office Expense | $ | 3,500.00 |
| | **$** | **484,300.50** |