TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC., | DECLARATION OF TIMOTHY R. FISCHER |
| Debtor in Possession. | |

The undersigned, Timothy R. Fischer, makes the following declaration:

1. I am one of the attorneys of record for the Debtor in Possession and competent to be witness herein.

2. Attached as Exhibit 1 is a true and correct copy of UCC Financing Statement filed November 6, 2018 (2018-310-6827-0), by Giga Plex, LLC, pertaining to 7890 Randolph Road, Moses Lake, Washington 98837.

3. Attached as Exhibit 2 is a true and correct copy of UCC Financing Statement filed November 6, 2018 (2018-310-6820-1), by Giga Plex, LLC, pertaining to 9221 Tyndall Road, Moses Lake, Washington 98837.

4. Attached as Exhibit 3 is a true and correct copy of UCC Financing Statement filed November 6, 2018 (2018-310-6829-4), by Giga Plex, LLC, pertaining to 7906 Randolph Road, Moses Lake, Washington 98837.

DECLARATION OF TIMOTHY R. FISCHER - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 38   Filed 12/07/18   Entered 12/07/18 14:44:06   Pg 1 of 2

I certify under penalty of perjury pursuant to the laws of the State of Washington and the United States of America that the foregoing Declaration is true and correct.

SIGNED at Spokane, Washington, this 7th day of December, 2018.

*/s/ Timothy R. Fischer*

_____
TIMOTHY R. FISCHER

DECLARATION OF TIMOTHY R. FISCHER - 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 38   Filed 12/07/18   Entered 12/07/18 14:44:06   Pg 2 of 2