```
                         United States Bankruptcy Court
                         Eastern District of Washington
```

In re:                                                              Case No. 18-03197-FPC
GIGA WATT INC                                                       Chapter 11
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0980-2           User: notice              Page 1 of 1                  Date Rcvd: Dec 06, 2018
                               Form ID: pdf003           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +GIGA WATT INC,    1250 N Wenatchee Ave., Suite H #147,    Wenatchee, WA 98801-1599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              Chapter 11 Trustee
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
               chrisr@rieslawfirm.com,   diana@rieslawfirm.com;cdg@rieslawfirm.com
              Darren Michael Digiacinto    on behalf of Debtor    GIGA WATT INC dmd@winstoncashatt.com,
               ars@winstoncashatt.com;mlm@winstoncashatt.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,cathy@overcastlaw.com
              David P Gardner    on behalf of Debtor    GIGA WATT INC dpg@winstoncashatt.com,
               ccb@winstoncashatt.com,   clk@winstoncashatt.com;azh@winstoncashatt.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Nancy L Isserlis    on behalf of Debtor    GIGA WATT INC nli@winstoncashatt.com,
               jlm@winstoncashatt.com;mlm@winstoncashatt.com
              Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
               fuhrmann@carneylaw.com
              Timothy R Fischer    on behalf of Debtor    GIGA WATT INC trf@winstoncashatt.com,
               ars@winstoncashatt.com;mlm@winstoncashatt.com
              US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
                                                                                             TOTAL: 10

So Ordered.

Dated: December 5th, 2018



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

AGREED SCHEDULING ORDER

The United States Trustee and the Debtor by and through their respective counsel hereby submit a scheduling order for this chapter 11 case. The Debtor reserves the right to file requests for extensions of the time as the circumstances of the case may require.

The parties set the following deadlines for the following events to occur:

1. The Debtor shall file a motion for an order authorizing the use of cash collateral by December 5, 2018;

2. The Debtor shall open a debtor-in-possession bank account at an authorized depository and provide evidence to the U.S. Trustee that such an account has been opened by December 5, 2018;

3. The Debtor shall close all bank accounts open on the date of petition filing

Agreed Scheduling Order - 1

and provide evidence to the U.S. Trustee that the accounts have been closed by December 31, 2018;

4. The Debtors shall provide evidence to the United States Trustee showing that adequate insurance is in place to cover the Debtors' property by December 5, 2018;

5. The Debtors shall file an application for the employment of an attorney for the estate by December 5, 2018;

6. The Debtors shall file an application for the employment of special counsel for the estate by December 31, 2018;

7. The Debtors shall file an application for the employment of an accountant for the estate by December 31, 2018;

8. The Debtor shall affirm or reject its existing real property leases by January 18, 2019; and

9. The Debtors shall file a plan and disclosure statement by March 1, 2019.

///End of Order///

Presented By:

GREGORY M. GARVIN
Acting United States Trustee

/s/ James D. Perkins
JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee

WINSTON & CASHATT

/s/ Timothy R. Fischer
TIMOTHY R. FISCHER, WSBA #40075
Attorney for the Debtor

Agreed Scheduling Order - 2