**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GIGA WATT INC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | **18-03197-FPC11** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................... $ **22,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... $ **59,142,832.56**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................ $ **81,142,832.56**

**Part 2:** **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **587,667.67**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **15,846,990.30**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $ **16,434,657.97**

18-03197-FPC11     Doc 40     Filed 12/11/18     Entered 12/11/18 13:45:25     Pg 1 of 26

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of debtor's interest

| | | | | |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $50.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Washington Trust Bank** | Checking | 2587 | $11,115.59 |
| 3.2. | **Washington Trust Bank** | Checking | 4930 | $7,903.48 |
| 3.3. | **Washington Trust Bank** | Checking | 4964 | $246.68 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Coinbase Commerce BTC Wallet**<br>**15.69 bitcoins** | $53,346.00 |
| 4.2. | **Paypal Account** | $764.50 |
| 4.3. | **Crypto Dashboard: BCH .06** | $6.08 |

| | | |
|---|---|---|
| 4.4. | **Crypto Dashboard: BTC 14.67** | $49,878.29 |
| 4.5. | **Crypto Dashboard: DASH 104.5** | $7,225.13 |
| 4.6. | **Crypto Dashboard: ETH 122.95** | $11,004.03 |
| 4.7. | **Crypto Dashboard: LTC 1295.99** | $31,295.28 |
| 4.8. | **Crypto Dashboard: SC 127475.03** | $305.94 |
| 4.9. | **Crypto Dashboard: ZEC 203** | $11,193.42 |

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | $184,334.42 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **TNT Deposit, Bldg A** | $45,373.00 |
| 7.2. | **Douglas County** | $451,908.00 |
| 7.3. | **Ryan Oster** | $235,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | $732,281.00 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials**<br>**Pieces for Pod Construction** | | $0.00 | Invoices | $2,164,812.00 |
| 20. | **Work in progress**<br>**Pod Shells up but not completed** | | $0.00 | Invoices | $15,340,619.00 |
| 21. | **Finished goods, including goods held for resale**<br>**Finished Pods** | | $0.00 | | $40,000,000.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $57,505,431.00 |
| --- | --- | --- | --- |
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | Desks, chairs, tables, filing cabinets | $0.00 | | $61,190.14 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Computers, printers, scanners, etc. | $0.00 | | $118,351.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7. | | $179,541.14 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | 2004 Chevrolet Avalance (3GNEK12T64GZ270730) | $0.00 | NADA | $7,500.00 |
| 47.2. | 2000 Ford F650 Box Trust (3FDNF6550YMA10401) | $0.00 | KBB | $2,245.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Forklifts (X2) | Unknown | Unknown |
| Pallet Skids (X3) | Unknown | Unknown |

51.      **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $9,745.00 |

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Housing/rent at 215 Eller St., East Wenatchee, WA 98802** | Rent | $0.00 | | Unknown |
| 55.2.   **Rent/Mining Warehouses  83 4th St. SW, Rock Island, WA  98850** | Rent | Unknown | | Unknown |
| 55.3.   **Rent/Mining Warehouse Buildings A, B, C & H at 474 Highline Dr., East Wenatchee, WA 98802** | | Unknown | | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.4. | **Rent/House at 2452 Columbia Ave., NW #24, East Wenatchee, WA 98802** | | Unknown | Unknown |
| 55.5. | **Rent/Mining Warehouse & Pods at Randolph Rd. locations, Moses Lake, WA 98837** | Lease | Unknown | Unknown |
| 55.6. | **643 Billingsly Drive SE East Wenatchee, WA 98802 Mining Warehouses/Pods** | Lease | $0.00 | $22,000,000.00 |

**56.**    Total of Part 9.

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                           **$22,000,000.00**

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations **Customer Lists (contain customer personally identifiable information)** | Unknown | | Unknown |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill **Goodwill (on balance sheet)** | $0.00 | | $531,500.00 |

18-03197-FPC11     Doc 40     Filed 12/11/18     Entered 12/11/18 13:45:25     Pg 7 of 26

| 66. | **Total of Part 10.** | $531,500.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

   Current value of
   debtor's interest

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| Claim of improvements on property | | Unknown |
|---|---|---|
| Nature of claim<br>Amount requested | $1,000,000.00 | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | $0.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $184,334.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $732,281.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $57,505,431.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $179,541.14 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,745.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $22,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $531,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $59,142,832.56 | + 91b. $22,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $81,142,832.56 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:**  List Creditors Who Have Secured Claims | | |
|---|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  CTC Engineering**<br>Creditor's Name<br><br>**2290 Bishop Circle East<br>Dexter, MI 48130**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br>**Mechanic's Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,745.00 | $0.00 |
| **2.2  Giga Plex, LLC**<br>Creditor's Name<br><br>**10622 227th Ave SE<br>Monroe, WA 98272**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>11/8/2018**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Rent/Mining Warehouse & Pods at Randolph Rd. locations, Moses Lake, WA  98837**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $106,264.28 | Unknown |

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Neppel Electric** | Describe debtor's property that is subject to a lien | $460,658.39 | $0.00 |

Creditor's Name

**4703 Kelly Place
Moses Lake, WA 98837**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $587,667.67 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

Debtor name  **GIGA WATT INC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  **18-03197-FPC11**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| | **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Washington Department of Revenue**<br>**2101 Fourth Avenue #1400**<br>**Seattle, WA 98121-2300** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Washington Employment Security Dept**<br>P.O. Box 9046<br>Olympia, WA 98507-9046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Washington State Labor & Industries**<br>P.O. Box 44170<br>Olympia, WA 98504-4170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,915.28** |
|---|---|---|---|
| | **Amphenol Custom Cable**<br>3221 Cherry Palm Dr.<br>Tampa, FL 33619 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,300,000.00** |
|---|---|---|---|
| | **Andrey Kuzenny**<br>10000 Santa Monica Blvd., Unit 3302<br>Santa Monica, CA 90067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,230.00** |
|---|---|---|---|
| | **Andrey Kuzenny** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/13/18** | Basis for the claim: **Unpaid wages, commissions, or salaries** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

18-03197-FPC11     Doc 40     Filed 12/11/18     Entered 12/11/18 13:45:25     Pg 13 of 26

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276,500.00 |
|-----|---|---|---|

**Belyea Company**
2200 Northwood Ave.
Easton, PA 18045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,346.00 |
|-----|---|---|---|

**Brent Woodward, Inc.**
14103 Stewart Rd.
Sumner, WA 98390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,039.70 |
|-----|---|---|---|

**Busby Internations, Inc.**
PO Box 1457
Moses Lake, WA 98837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,019.05 |
|-----|---|---|---|

**Consolidated Electric Dist. Inc.**
PO Box 398830
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300,000.00 |
|-----|---|---|---|

**Cryptonomos PTE Ltd**
1 Magazine Rd #04-11
Central Mall
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |
|-----|---|---|---|

**Dave Carlson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/8/2018

Basis for the claim:  Unpaid wages, commissions, or salaries

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310,329.00 |
|------|---|---|---|

**Douglas County PUD**
PO Box 1119
Bridgeport, WA 98813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,178.80** |

**3.11** — **EAN Services, LLC**
PO Box 402383
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,178.80**

---

**3.12** — **Eduard Khaptakhaev**
Lenkinkkgradsky pr-t 76/1/49
Moscow
RUSSIA

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,300,000.00**

---

**3.13** — **Electrical Power Products Inc**
4240 Army Post Road
Des Moines, IA 50321

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$81,401.00**

---

**3.14** — **Evansont Insurance Carrier**
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815

Date(s) debt was incurred __
Last 4 digits of account number  3600

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  5/17/2018

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.15** — **Fastenal Company**
PO Box 1286
WInona, MN 55987

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.16** — **FedEx**
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$62,232.75**

---

**3.17** — **Giga Plex, LLC**
10622 227th Ave SE
Monroe, WA 98272

Date(s) debt was incurred  11/1/2018
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid rent

Is the claim subject to offset? ■ No ☐ Yes

**$39,200.00**

| | | |
|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address<br>**Gigawatt PTE Ltd Attn Mikhaylyuta**<br>**1 Magazine Rd #04-11**<br>**Central Mall**<br>**SINGAPORE**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,371,000.00** |
| **3.19** | Nonpriority creditor's name and mailing address<br>**H2 Pre-cast, Inc**<br>**3835 N. Clemons St.**<br>**East Wenatchee, WA 98802**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,144.11** |
| **3.20** | Nonpriority creditor's name and mailing address<br>**JDSA**<br>**PO Box 1688**<br>**Wenatchee, WA 98807**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,760.62** |
| **3.21** | Nonpriority creditor's name and mailing address<br>**Kelly Imaging**<br>**PO Box 660831**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,943.74** |
| **3.22** | Nonpriority creditor's name and mailing address<br>**Kelly Imaging**<br>**PO Box 660831**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred  **11/15/2018**<br>Last 4 digits of account number  **2974** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unpaid service fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,494.00** |
| **3.23** | Nonpriority creditor's name and mailing address<br>**Leonid Markin**<br>**714 North Rexford Dr.**<br>**Beverly Hills, CA 90210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,300,000.00** |
| **3.24** | Nonpriority creditor's name and mailing address<br>**Lighthouse**<br>**250 Montgomery St., Suite 300**<br>**San Francisco, CA 94104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,358.33** |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,041.19 |
|---|---|---|---|
| | MDLC 1, LLC<br>10622 227th Ave. SE<br>Monroe, WA 98272 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/8/2018 | Basis for the claim:  Unpaid utility bills | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|
| | MDLC 1, LLC<br>10622 227th Ave SE<br>Monroe, WA 98272 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/1/18 | Basis for the claim:  Unpaid Rent | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $19,250.00 |
|---|---|---|---|
| | Molly Hunter | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/23/2018 | Basis for the claim:  Unpiad wages, commissions, or salaries | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,523.25 |
|---|---|---|---|
| | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,676.11 |
|---|---|---|---|
| | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,168.60 |
|---|---|---|---|
| | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,599.12** |

**3.32** Nonpriority creditor's name and mailing address
Pacific Security
2009 Iron St
Bellingham, WA 98225

Date(s) debt was incurred  11/1/2018
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Unpaid service fees
Is the claim subject to offset? ■ No ☐ Yes

**$33,599.12**

---

**3.33** Nonpriority creditor's name and mailing address
Port of Chelan
238 Olds Station Rd #A
Wenatchee, WA 98801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.34** Nonpriority creditor's name and mailing address
Raritan
400 Cottontail Lane
Somerset, NJ 00873

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$836,680.31**

---

**3.35** Nonpriority creditor's name and mailing address
Schmitt Electric
1114 Walla Walla Ave.
Wenatchee, WA 98801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$57,160.00**

---

**3.36** Nonpriority creditor's name and mailing address
Show Me Cables
115 Chesterfield Industrial Blvd.
Chesterfield, MO 63005

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$2,474.24**

---

**3.37** Nonpriority creditor's name and mailing address
Talos Construction, LLC
PO Box 2607
Chelan, WA 98816

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$355,344.27**

---

**3.38** Nonpriority creditor's name and mailing address
Total Employment Management
723 W. Broadway
Moses Lake, WA 98837

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$9,360.64**

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Town Toyota Center**
1300 Walla Walla
Wenatchee, WA 98801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,000.00 |
|---|---|---|---|

**Treehouse Technology Group, LLC**
300 Bedford Street, Unit 214
Manchester, NH 03101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.43 |
|---|---|---|---|

**UPS**
28013 Network Place
Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,659.42 |
|---|---|---|---|

**US Customs**
PO Box 979126
St. Louis, MO 63197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,976.22 |
|---|---|---|---|

**Verizon Wireless**
2401 Mall Dr
North Charleston, SC 29406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  11/14/2018

Basis for the claim:  Unpaid service fees

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465,917.12 |
|---|---|---|---|

**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Rd.
Palo Alto, CA 94304

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | GIGA WATT INC | | Case number (if known) | 18-03197-FPC11 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 15,846,990.30 |
| | | | | |
| **5c. Total of Parts 1 and 2** | | 5c. | $ | 15,846,990.30 |
| Lines 5a + 5b = 5c. | | | | |

.

Debtor name   **GIGA WATT INC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  **18-03197-FPC11**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | State what the contract or lease is for and the nature of the debtor's interest | | State the name and mailing address for all other parties |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 12/2/2013 - Month to Month w/30 day notice | |
| | State the term remaining | | Bertha Goehner |
| | List the contract number of any government contract | | 215 Eller St. SE East Wenatchee, WA 98802 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 474 Highline Dr, East Wenatchee, WA $31,056 per month | |
| | State the term remaining | 11/1/18 - 10/31/19 | Clever Capital |
| | List the contract number of any government contract | | 630 Valley Mall Pkwy, #157 East Wenatchee, WA 98802 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease Active 4/7/2017 - to be terminated/abandoned | |
| | State the term remaining | | Executive Flight |
| | List the contract number of any government contract | | 1 Campbell Pkwy East Wenatchee, WA 98802 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 11/1/2018 to 10/31/2048 Parcel C $61,000 (combined with other Randolph Road property) | |
| | State the term remaining | | Giga Plex LLC |
| | List the contract number of any government contract | | 7906 Randolph Rd. Moses Lake, WA 98837 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 11/1/2018 to 10/31/2048 $61,000 (combined with other Randolph Road property) | |
| --- | --- | --- | --- |
| | State the term remaining | | Giga Plex LLC |
| | List the contract number of any government contract | | 7906 Randolph Rd. Moses Lake, WA 98837 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Rental of copy equipment | |
| --- | --- | --- | --- |
| | State the term remaining | Aug. 2022 | Kelly Imaging |
| | List the contract number of any government contract | | PO Box 660831 Dallas, TX 75266 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 11/13/2017 - Month to Month w/30 day notice | |
| --- | --- | --- | --- |
| | State the term remaining | | Kenneth Johnson |
| | List the contract number of any government contract | | 2452 Columbia Ave. NW #24 East Wenatchee, WA 98802 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | 6/10/2015 Active (5/31/2020) Warehouse | |
| --- | --- | --- | --- |
| | State the term remaining | | MLDC1 LLC |
| | List the contract number of any government contract | | 7906 Randolph Rd. Moses Lake, WA 98837 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | 11/1/2018 to 10/31/2048 Pods 1 & 2 | |
| --- | --- | --- | --- |
| | State the term remaining | | MLDC1 LLC |
| | List the contract number of any government contract | | 7906 Randolph Rd. Moses Lake, WA 98837 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | 9/1/2017 to 1/31/2047 | |
| --- | --- | --- | --- |
| | State the term remaining | | Port of Douglas |
| | List the contract number of any | | 643 Billingsly Dr. SE East Wenatchee, WA 98802 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | 6/1/2017 Month to Month | |
|---|---|---|---|
| | State the term remaining | | TNT Business Complexes |
| | List the contract number of any government contract | | 83 4th St. Rock Island, WA 98850 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Acct# | |
|---|---|---|---|
| | State the term remaining | | Town Toyota Center |
| | List the contract number of any government contract | | 1300 Walla Walla Wenatchee, WA 98801 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
|---|---|---|---|
| | State the term remaining | 4/18/2020 | Verizon Wireless |
| | List the contract number of any government contract | | 2401 Mall Dr. North Charleston, SC 29406 |

18-03197-FPC11    Doc 40    Filed 12/11/18    Entered 12/11/18 13:45:25    Pg 23 of 26

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

_Column 1: Codebtor_                                                          _Column 2: Creditor_

|      | Name | Mailing Address |  | Name | Check all schedules that apply: |
|------|------|-----------------|--|------|----------------------------------|
| 2.1  |      | Street |  |  | ☐ D |
|      |      |  |  |  | ☐ E/F |
|      |      | City        State        Zip Code |  |  | ☐ G |
| 2.2  |      | Street |  |  | ☐ D |
|      |      |  |  |  | ☐ E/F |
|      |      | City        State        Zip Code |  |  | ☐ G |
| 2.3  |      | Street |  |  | ☐ D |
|      |      |  |  |  | ☐ E/F |
|      |      | City        State        Zip Code |  |  | ☐ G |
| 2.4  |      | Street |  |  | ☐ D |
|      |      |  |  |  | ☐ E/F |
|      |      | City        State        Zip Code |  |  | ☐ G |

**Fill in this information to identify the case:**

Debtor name    GIGA WATT INC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   18-03197-FPC11

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 10, 2018__     X 
                                 Signature of individual signing on behalf of debtor

                                   __ANDREY KUZENNY__
                                   Printed name

                                   __Secretary__
                                   Position or relationship to debtor

18-03197-FPC11     Doc 40     Filed 12/11/18     Entered 12/11/18 13:45:25     Pg 25 of 26