# United States Bankruptcy Court
## Eastern District of Washington

In re: **GIGA WATT INC**
Debtor(s)

Case No. **18-03197-FPC11**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrey Kuzenny**<br>10000 Santa Monica Blvd., Unit 3302<br>Santa Monica, CA 90067 | | 1660 17.47% | |
| **David Carlson** | | 1000 10.52% | |
| **Eduard Khaptakhaev**<br>Lenkinkkgradsky pr-t 76/1/49<br>Moscow<br>Russia | | 1660 17.47% | |
| **Goldcoin Trust**<br>CA | | 500 5.26% | |
| **Leonid Markin**<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210 | | 1660 17.47% | |
| **Silaren Limited**<br>Trident Trust Company - BVI<br>P.O. Box 146<br>Road Town, Tortola, BV | | 3020 31.79% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 11, 2018**    Signature _/s/ AK_
**ANDREY KUZENNY**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.