TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

Honorable Fredrick P. Corbit
Hearing Date: Dec. 17, 2018
Hearing Time: 11:00 AM
Place: Open Court

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

               Debtor in Possession.

No. 18-03197-11

**NOTICE OF HEARING**

TO:    Clerk's Master Mailing List
TO:    All Interested Parties

    PLEASE TAKE NOTICE that the hearing on *Debtor in Possession's Motion and Memorandum for Order Authorizing Use of Possible Cash Collateral* (Docket #30) and *Proposed Stipulated Order* will take place on the 17th day of December, 2018, at 11:00 a.m. in the above entitled bankruptcy proceeding, before the Honorable Frederick P. Corbit.

    The hearing will be held in open court, but may be converted to a phone conference subject to court approval. If telephonic, you will be responsible to initiate your own connection by dialing 353-3183 to the U.S Bankruptcy Court.

    DATED this 13th day of December, 2018.

WINSTON & CASHATT, LAWYERS
*/s/ Timothy R. Fischer*

_____
Timothy R. Fischer, WSBA No. 40075
Attorney for Debtor in Possession

NOTICE OF HEARING - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131