### Without cuts and keeping Pangborn

| | | |
|---|---|---:|
| Rents | $ | 113,532.00 |
| Electricity | $ | 275,000.00 |
| IT Expenses | $ | 7,790.00 |
| Payroll/Health | $ | 113,000.00 |
| Utilities | $ | 1,025.00 |
| Security | $ | 186.50 |
| Office Expense | $ | 3,500.00 |
| | **$** | **514,033.50** |