TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 13th day of December, 2018, I caused to be served a true and correct copy of the following documents:
1. Notice of Hearing
2. Proposed Stipulated Interim Order Authorizing Use of Cash Collateral

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Attorneys for Debtor in Possession:
Darren Digiacinto (dmd@winstoncashatt.com)
Timothy Fischer (trf@winstoncashatt.com)
David Gardner (dpg@winstoncashatt.com)
Nancy Isserlis (nli@winstoncashatt.com)

Attorneys for Creditors: Giga Plex, LLC and MLDCI, LLC:
David Kazemba (dkazemba@overcastlaw.com,
    amber@overcastlaw.com, cathy@overcastlaw.com)

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Attorneys for Port of Douglas County:
David Law (david@dadkp.com)
US Trustee (USTP.REGION18.SP.ECP@usdoj.gov)
Scott Weaver (weaver@carneylaw.com; fuhrmann@carneylaw.com)

Attorneys for Creditor Neppel Electrical & Controls, LLC:
Christopher F. Ries (chrisr@rieslawfirm.com; diana@rieslawfirm.com; cdg@rieslawfirm.com)

  I FURTHER CERTIFY that on this 13th day of December, 2018, I caused a true and correct copy of the foregoing listed documents to be send via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained this date.

  SIGNED at Spokane, Washington, this 13th day of December, 2018.

       /s/ Mary L. Myers
       _____
       MARY L. MYERS

CERTIFICATE OF SERVICE - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7 Doc 45 Filed 12/13/18 Entered 12/13/18 16:35:46 Pg 2 of 5

Label Matrix for local noticing
0980-2
Case 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Thu Dec 13 16:32:03 PST 2018

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

Darren Michael Digiacinto
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

EAN Services, LLC
Mary E Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802-9290

Fastenal Company
PO Box 1286
WInona, MN 55987-7286

FedEx
PO Box 94515
Palatine, IL 60094-4515

Timothy R Fischer
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801-1599

David P Gardner
Winston & Cashatt, Lawyers, P.S.
601 W Riverside Avenue, Suite 1900
Suite 1900
Spokane, WA 99201-0695

Giga Plex LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

Giga Plex, LLC
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
C/O David A. Kazemba
Wenatchee, WA 98801-2263

Gigawatt PTE Ltd Attn Mikhaylyuta
1 Magazine Rd #04-11
Central Mall
Singapore

H2 Pre-cast, Inc
3835 N. Clemons St.
East Wenatchee, WA 98802-9337

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nancy L Isserlis
Winston and Cashatt PS
601 W Riverside Avenue
Suite 1900
Spokane, WA 99201-0695

JDSA
PO Box 1688
Wenatchee, WA 98807-1688

David A Kazemba
Overcast Law Offices, P.S.
23 S. Wenatchee. Ave. Suite 320
Wentachee, WA 98801-2263

| | | |
|---|---|---|
| Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 |
| Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 |
| MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 |
| Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 | Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 |
| Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |

| | | |
|---|---|---|
| US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 |
| Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 | Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chapter 11 Trustee | (u)Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singamore | (u)Executive Flight, Inc. |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    4<br>Total                 70 | |