TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

Case No. 18-03197-11

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 17th day of December, 2018, I caused to be served a true and correct copy of the following documents:

1. Notice of Final Hearing on Use of Cash Collateral

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Attorneys for Debtor in Possession:
Darren Digiacinto (dmd@winstoncashatt.com)
Timothy Fischer (trf@winstoncashatt.com)
David Gardner (dpg@winstoncashatt.com)
Nancy Isserlis (nli@winstoncashatt.com)

Attorneys for Creditors: Giga Plex, LLC and MLDCI, LLC:
David Kazemba (dkazemba@overcastlaw.com, amber@overcastlaw.com, cathy@overcastlaw.com)
Attorneys for Port of Douglas County:
David Law (david@dadkp.com)

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

US Trustee (USTP.REGION18.SP.ECP@usdoj.gov)
James Perkins (james.perkins@usdoj.gov)
Scott Weaver (weaver@carneylaw.com, fuhrmann@carneylaw.com)

Attorneys for Creditor Neppel Electrical & Controls, LLC:
Christopher F. Ries (chrisr@rieslawfirm.com; diana@rieslawfirm.com; cdg@rieslawfirm.com)

    I FURTHER CERTIFY that on this 17th day of December, 2018, I caused a true and correct copy of the foregoing listed documents to be send via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained this date.

    SIGNED at Spokane, Washington, this 17th day of December, 2018.

/s/ Mary L. Myers
_____
MARY L. MYERS

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

```
Label Matrix for local noticing          Amphenol Custom Cable                   Andrey Kuzenny
0980-2                                   3221 Cherry Palm Dr.                    10000 Santa Monica Blvd., Unit 3302
Case 18-03197-FPC11                      Tampa, FL 33619-8359                    Santa Monica, CA 90067-7032
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Mon Dec 17 13:38:54 PST 2018

Attorney General's Office                Belyea Company                          Bertha Goehner
Bankruptcy & Collections Unit            2200 Northwood Ave.                     215 Eller St. SE
800 Fifth Avenue, Suite 2000             Easton, PA 18045-2208                   East Wenatchee, WA 98802-5325
Seattle, WA 98104-3188


Brent Woodward, Inc.                     Busby International, Inc.               CTC Engineering
14103 Stewart Rd.                        PO Box 1457                             2290 Bishop Circle East
Sumner, WA 98390-9641                    Moses Lake, WA 98837-0225               Dexter, MI 48130-1564


Consolidated Electric Dist. Inc.         Dave Carlson                            Darren Michael Digiacinto
PO Box 398830                            474 Highline Dr., Suites A-C & H        Winston & Cashatt, Lawyers
San Francisco, CA 94139-8830             East Wenatchee, WA 98802-7725           601 W Riverside Avenue
                                                                                 Ste #1900
                                                                                 Spokane, WA 99201-0695


Douglas County PUD                       EAN Services, LLC                       Eduard Khaptakhaev
PO Box 1119                              Mary E Bushyhead                        Lenkinkkgradsky pr-t 76/1/49
Bridgeport, WA 98813-1119                14002 E 21st St, Suite 1500             Moscow
                                         Tulsa, OK 74134-1424                    Russia


Evansont Insurance Carrier               Executive Flight                        Fastenal Company
c/o Mitchell, Reed & Schmitten Ins.      1 Campbell Pkwy                         PO Box 1286
PO Box D                                 East Wenatchee, WA 98802-9290           WInona, MN 55987-7286
Cashmere, WA 98815-0515


FedEx                                    Timothy R Fischer                       GIGA WATT INC
PO Box 94515                             Winston & Cashatt, Lawyers              1250 N Wenatchee Ave., Suite H #147
Palatine, IL 60094-4515                  601 W Riverside Avenue                  Wenatchee, WA 98801-1599
                                         Ste #1900
                                         Spokane, WA 99201-0695


David P Gardner                          Giga Plex LLC                           Giga Plex, LLC
Winston & Cashatt, Lawyers, P.S.         7906 Randolph Rd.                       Overcast Law Offices, PS
601 W Riverside Avenue, Suite 1900       Moses Lake, WA 98837-5122               23 S. Wenatchee Ave. Suite 320
Suite 1900                                                                       C/O David A. Kazemba
Spokane, WA 99201-0695                                                           Wenatchee, WA 98801-2263


Gigawatt PTE Ltd Attn Mikhaylyuta        H2 Pre-cast, Inc                        Internal Revenue Service
1 Magazine Rd #04-11                     3835 N. Clemons St.                     PO Box 7346
Central Mall                             East Wenatchee, WA 98802-9337           Philadelphia, PA 19101-7346
Singapore


Nancy L Isserlis                         JDSA                                    David A Kazemba
Winston and Cashatt PS                   PO Box 1688                             Overcast Law Offices, P.S.
601 W Riverside Avenue                   Wenatchee, WA 98807-1688                23 S. Wenatchee. Ave. Suite 320
Suite 1900                                                                       Wentachee, WA 98801-2263
Spokane, WA 99201-0695
```

| | | |
|---|---|---|
| Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 |
| Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 |
| MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 |
| Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 | Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 |
| Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |

| US Customs | US Trustee | Washington Department of Revenue |
| --- | --- | --- |
| PO Box 979126 | US Court House | 2101 Fourth Avenue #1400 |
| St. Louis, MO 63197-9001 | 920 W Riverside Ave, Suite 593 | Seattle, WA 98121-2300 |
| | Spokane, WA 99201-1012 | |
| Washington Employment Security Dept | Washington State Labor & Industries | Scott Weaver |
| PO Box 9046 | PO Box 44170 | Carney Badley Spellman, PLLC |
| Olympia, WA 98507-9046 | Olympia, WA 98504-4170 | 701 Fifth Avenue |
| | | Suite 3600 |
| | | Seattle, WA 98104-7010 |
| Wilson Sonsini Goodrich & Rosati | | |
| 650 Page Mill Rd. | | |
| Palo Alto, CA 94304-1050 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Chapter 11 Trustee | (u)Cryptonomos PTE Ltd | (u)Executive Flight, Inc. |
| --- | --- | --- |
| | 1 Magazine Rd #04-11 | |
| | Central Mall | |
| | Singamore | |

| (d)Internal Revenue Service | End of Label Matrix | |
| --- | --- | --- |
| PO Box 7346 | Mailable recipients | 66 |
| Philadelphia, PA 19101-7346 | Bypassed recipients | 4 |
| | Total | 70 |