# Notice Recipients

District/Off: 0980–2   User: notice   Date Created: 12/17/2018
Case: 18–03197–FPC11   Form ID: pdf002   Total: 2

**Recipients of Notice of Electronic Filing:**
aty James D Perkins james.perkins@usdoj.gov
aty Timothy R Fischer trf@winstoncashatt.com

TOTAL: 2