**So Ordered.**

**Dated: December 19th, 2018**



_Frederick P. Corbit_
**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| In re: | NO. 18-03197 |
|---|---|
| GIGA WATT INC., <br><br> Debtor. | ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF NON-UNEXPIRED RESIDENTIAL REAL ESTATE LEASE |

This matter having come before this Court upon the Motion of EXECUTIVE FLIGHT, INC. (the "Landlord") to Compel Rejection of Unexpired Non-Residential Real Estate Lease (the "Motion") (DKT 28) and the Motion for Expedited Hearing and to Shorten Notice Period and Time to Respond to Landlord, Executive Flight, Inc.'s Motion To Compel Rejection Of Unexpired Non-Residential Real Estate Lease (DKT 27), this Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon have been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the

ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF NON-UNEXPIRED RESIDENTIAL REAL ESTATE LEASE – 1

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5614976

relief requested in the Motion after having given due deliberation upon the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Executive Flight Inc.'s motion to shorten time to hear Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease is GRANTED.

2. The Motion to Compel Rejection of Unexpired Non-Residential Real Estate Lease is GRANTED.

3. The Lease for the premises located at One Campbell Parkway, East Wenatchee, WA 98802 ("Premises") between Landlord and the Debtor is hereby rejected effective the date hereof.

4. Landlord's right to assert an administrative claim is preserved.

5. To the extent necessary for Landlord to retake possession of the premises at issue, Landlord is granted relief from stay, and the 14-day stay under FRBP 4001(a)(3) is waived.

/// End of Order ///

Presented by:

Scott R. Weaver
Carney Badley Spellman, P.S.
701 Fifth Avenue, suite 3600
Seattle, WA 98104
(206) 622-8080
weaver@carneylaw.com

ORDER GRANTING EXECUTIVE FLIGHT, INC.'S MOTION TO COMPEL REJECTION OF NON-UNEXPIRED RESIDENTIAL REAL ESTATE LEASE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

EXE001-0005 5614976

18-03197-FPC11    Doc 55    Filed 12/19/18    Entered 12/19/18 14:23:32    Pg 2 of 2