JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA  99201
Telephone (509) 353-2999
Fax (509) 353-3124

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re: }
} Case No: 18-03197-FPC11
}
GIGA WATT, INC } APPOINTMENT OF COMMITTEE
} OF UNSECURED CREDITORS IN A
Debtor } CHAPTER 11 REORGANIZATION CASE

The United States Trustee hereby appoints the following creditors of the above-named debtor to the committee of unsecured creditors.

Brett Woodward, Inc.
307 SW 2nd St.
Redmond, OR  97756
(541) 504-5538

Schmitt Electric, Inc.
1114 Walla Walla Ave.
Wenatchee, WA  98801
(509) 662-3518

D A T E D this 19th day of December, 2018.

                                        Respectfully submitted,

                                        GREGORY M. GARVIN
                                        Acting United States Trustee


                                         /s/ James D. Perkins
                                        JAMES D. PERKINS
                                        Attorney for United States Trustee