William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:  ) Case No. 18-03197-FPC11
 )
GIGA WATT INC, ) NOTICE OF APPEARANCE AND
 ) SPECIAL NOTICE REQUEST
       Debtor. )
 )

TO:     CLERK OF THE ABOVE-ENTITLED COURT

AND TO:     GIGA WATT INC
               DEBTOR

              TIMOTHY R. FISCHER – WINSTON & CASHATT
              ATTORNEY FOR DEBTOR

              U.S. TRUSTEE

      PLEASE TAKE NOTICE that William L. Hames, of Hames, Anderson, Whitlow & O'Leary, P.S., hereby appears on behalf of creditor Port of Douglas County in the above-entitled bankruptcy and hereby requests that any and all notices of motions or hearings, that must be sent to creditors and/or all parties in interest, and any matters regarding adversary proceedings, executory contracts, creditor claims, contested matters, obtaining credit, relief from the automatic stay, or use, sale, or lease of property should be sent to the address below:

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 57    Filed 12/19/18    Entered 12/19/18 17:09:29    Pg 1 of 2

William L. Hames
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336

DATED THIS 19th day of December 2018.

        HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
        Attorneys for Creditor Port of Douglas County

BY: _____/s/ *William L. Hames*_____
        WILLIAM L. HAMES, WSBA #12193

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7   Doc 57   Filed 12/19/18   Entered 12/19/18 17:09:29   Pg 2 of 2