TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **DECLARATION OF ANDREY KUZENNY** |
| Debtor in Possession. | |

The undersigned, Andrey Kuzenny, makes the following declaration:

1. I am the Secretary of Giga Watt, Inc., and competent to be witness herein.

2. Since the filing of the case, I have made good faith attempts to find lending on an unsecured basis, or as an allowed administrative expense.

3. The only lending that I could locate is the loan as set forth in the Term Sheet, requiring the superpriority liens to be affixed.

4. Without the loan, the Debtor in Possession would likely cease operations, or be otherwise irreparably harmed.

5. The loan is absolutely essential for a successful reorganization, and without which the Debtor in Possession would lay off all employees and be likely forced to liquidate.

DECLARATION OF ANDREY KUZENNY - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

6. I have obtained the consent of the shareholders as necessary under the corporate documents, and all shareholders have been sent a copy of the Term Sheet.

I certify under penalty of perjury pursuant to the laws of the State of Washington and the United States of America that the foregoing Declaration is true and correct.

SIGNED at New York, ~~Washington~~ New York, this 20th day of December, 2018.

_____
ANDREY KUZENNY

DECLARATION OF ANDREY KUZENNY - 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131