TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

Honorable Frank L. Kurtz
Hearing Date: Dec. 20, 2018
Hearing Time: 3:30 PM
Telephonic: (509) 353-3192

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

No. 18-03197-11

**NOTICE OF HEARING**

TO: Clerk's Master Mailing List
TO: All Interested Parties

PLEASE TAKE NOTICE that the Interim Hearing on *Debtor In Possession's Emergency Motion for Interim and Final Orders Authorizing Debtor In Possession To (A) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing, and (B) Provide Security and Other Related Relief* (Docket #58) will take place on the 20th day of December, 2018, at 3:30 p.m. in the above entitled bankruptcy proceeding, before the Honorable Frank L. Kurtz.

You are responsible to initiate your own connection by dialing (509) 353-3192 to the U.S Bankruptcy Court.

DATED this 20th day of December, 2018.

WINSTON & CASHATT, LAWYERS
/s/ *Timothy R. Fischer*

_____
Timothy R. Fischer, WSBA No. 40075
Attorney for Debtor in Possession

NOTICE OF HEARING - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131