William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>      Debtor in Possession. | Case No. 18-03197-FPC11<br><br>PORT OF DOUGLAS COUNTY'S PRECAUTIONARY OBJECTION TO DEBTOR IN POSSESSION'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR IN POSSESSION TO (A) INCUR POST-PETITION DEBT ON AN EMERGENCY BASIS PENDING A FINAL HEARING, AND (B) PROVIDE SECURITY AND OTHER RELATED RELIEF |

    COMES NOW the Port of Douglas County (Port), by and through its attorney William L. Hames of Hames, Anderson, Whitlow & O'Leary, P.S., and by way of precautionary objection to the debtor in possession's emergency motion for interim and final order authorizing debtor in possession to (A) incur post-petition debt on an emergency basis pending a final hearing, and (B) provide security and other related relief, for the reason that the Port needs assurance that the cash in lieu of bond currently being held by the Port pursuant to RCW 53.08.085 will not be an asset which Debtor's lender may realize upon in the event of Debtor's default of the proposed loan.

OBJECTION - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC11    Doc 61    Filed 12/20/18    Entered 12/20/18 14:24:00    Pg 1 of 2

The Port is the landlord and debtor is tenant in a land lease dated March 9, 2017, and an addendum to the lease agreement dated August 15, 2017. The lease, on page 4, requires the debtor to post lease surety pursuant to RCW 53.08.085 in a form satisfactory to the landlord. The debtor was unable to post a bond as surety and therefore posted $300,000 cash in lieu of bond. In August of 2017, due to the cost of leasehold improvements made by the landlord, the rent was increased, as was the lease surety. The lease surety was increased to $350,000. The Port is currently holding $350,000 cash in lieu of bond as lease surety pursuant to RCW 53.08.085.

Debtor's proposed motion seeks to grant lender a priority lien over all existing liens. The Port is concerned that lender may believe that the $350,000 cash being held as lease surety by the Port could be an asset subject to lender's claim in the event of Debtor's default.

Therefore, the Port prays that any order entered on Debtor's motion specifically exclude the lease surety being held by the Port as an asset that could be used by lender in the event of Debtor's default.

DATED THIS 20th day of December 2018.

    HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
    Attorneys for Creditor Port of Douglas County

    BY:     /s/ *William L. Hames*
    WILLIAM L. HAMES, WSBA #12193

OBJECTION - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC11     Doc 61     Filed 12/20/18     Entered 12/20/18 14:24:00     Pg 2 of 2