William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-DPC11 |
| GIGA WATT, INC., | CERTIFICATION OF SERVICE |
| Debtor in Possession | |

I, Mecqué M. Hess, have personal knowledge of the facts contained in this declaration:

I am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Port of Douglas County, am a United States Citizen and over the age of eighteen years.

I served a true and correct copy of *Port of Douglas County's Precautionary Objection to Debtor in Possession's Emergency Motion for Interim and Final Orders Authorizing Debtor in Possession to (A) Incur Post-Petition Debt on an Emergency Basis Pending a Final Hearing, and (B) Provide Security and other Related Relief* by email via PACER on December 20, 2018 to:

Darren Michael Digiacinto: dmd@winstoncashatt.com, ars@winstoncashatt.com, mlm@winstoncashatt.com

Timothy R Fischer: trf@winstoncashatt.com, ars@winstoncashatt.com, mlm@winstoncashatt.com

David P Gardner: dpg@winstoncashatt.com, ccb@winstoncashatt.com, clk@winstoncashatt.com, azh@winstoncashatt.com

Nancy L Isserlis: nli@winstoncashatt.com, jlm@winstoncashatt.com, mlm@winstoncashatt.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

David A Kazemba: dkazemba@overcastlaw.com, amber@overcastlaw.com

David R Law: david@dadkp.com, amy@dadkp.com

James D Perkins, US Trustee: james.perkins@usdoj.gov

Christopher F Ries: chrisr@rieslawfirm.com, diana@rieslawfirm.com, cdg@rieslawfirm.com

US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

Scott Weaver: weaver@carneylaw.com, fuhrmann@carneylaw.com

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of December 2018.

/s/ *Mecqué M. Hess*
Mecqué M. Hess

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 63    Filed 12/20/18    Entered 12/20/18 14:44:15    Pg 2 of 2