TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

  I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 20th day of December, 2018, I caused to be served a true and correct copy of the following documents:

1. Debtor In Possession's Emergency Motion for Interim and Final Orders Authorizing Debtor In Possession to (A)Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing, and (b) Provide Security and Other Related Relief
2. Declaration of Andrey Kuzenny
3. Notice of Hearing
4. Business Income and Expenses

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Attorneys for Debtor in Possession:
Darren Digiacinto (dmd@winstoncashatt.com)
Timothy Fischer (trf@winstoncashatt.com)
David Gardner (dpg@winstoncashatt.com)
Nancy Isserlis (nli@winstoncashatt.com)

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7  Doc 65  Filed 12/20/18  Entered 12/20/18 15:18:46  Pg 1 of 5

Attorneys for Creditors: Giga Plex, LLC and MLDCI, LLC:
David Kazemba (dkazemba@overcastlaw.com,
    amber@overcastlaw.com, cathy@overcastlaw.com)

Attorneys for Port of Douglas County:
David Law (david@dadkp.com)
William L. Hames (billh@hawlaw.com)

US Trustee (USTP.REGION18.SP.ECP@usdoj.gov)
James Perkins (james.perkins@usdoj.gov)
Scott Weaver (weaver@carneylaw.com, fuhrmann@carneylaw.com)

Attorneys for Creditor Neppel Electrical & Controls, LLC:
Christopher F. Ries (chrisr@rieslawfirm.com; diana@rieslawfirm.com; cdg@rieslawfirm.com)

 I FURTHER CERTIFY that on this 20th day of December, 2018, I caused a true and correct copy of the foregoing listed documents to be send via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained this date.

 SIGNED at Spokane, Washington, this 20th day of December, 2018.

/s/ Mary L. Myers
_____
MARY L. MYERS

CERTIFICATE OF SERVICE - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 65   Filed 12/20/18   Entered 12/20/18 15:18:46   Pg 2 of 5

```
Label Matrix for local noticing          Amphenol Custom Cable                 Andrey Kuzenny
0980-2                                   3221 Cherry Palm Dr.                  10000 Santa Monica Blvd., Unit 3302
Case 18-03197-FPC11                      Tampa, FL 33619-8359                  Santa Monica, CA 90067-7032
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Thu Dec 20 13:52:17 PST 2018

Attorney General's Office                Belyea Company                        Bertha Goehner
Bankruptcy & Collections Unit            2200 Northwood Ave.                   215 Eller St. SE
800 Fifth Avenue, Suite 2000             Easton, PA 18045-2208                 East Wenatchee, WA 98802-5325
Seattle, WA 98104-3188


Brent Woodward, Inc.                     Busby International, Inc.             CTC Engineering
14103 Stewart Rd.                        PO Box 1457                           2290 Bishop Circle East
Sumner, WA 98390-9641                    Moses Lake, WA 98837-0225             Dexter, MI 48130-1564


Consolidated Electric Dist. Inc.         Dave Carlson                          Darren Michael Digiacinto
PO Box 398830                            474 Highline Dr., Suites A-C & H      Winston & Cashatt, Lawyers
San Francisco, CA 94139-8830             East Wenatchee, WA 98802-7725         601 W Riverside Avenue
                                                                               Ste #1900
                                                                               Spokane, WA 99201-0695

Douglas County PUD                       EAN Services, LLC                     Eduard Khaptakhaev
PO Box 1119                              Mary E Bushyhead                      Lenkinkkgradsky pr-t 76/1/49
Bridgeport, WA 98813-1119                14002 E 21st St, Suite 1500           Moscow
                                         Tulsa, OK 74134-1424                  Russia


Evansont Insurance Carrier               Executive Flight                      Fastenal Company
c/o Mitchell, Reed & Schmitten Ins.      1 Campbell Pkwy                       PO Box 1286
PO Box D                                 East Wenatchee, WA 98802-9290         WInona, MN 55987-7286
Cashmere, WA 98815-0515


FedEx                                    Timothy R Fischer                     GIGA WATT INC
PO Box 94515                             Winston & Cashatt, Lawyers            1250 N Wenatchee Ave., Suite H #147
Palatine, IL 60094-4515                  601 W Riverside Avenue                Wenatchee, WA 98801-1599
                                         Ste #1900
                                         Spokane, WA 99201-0695

David P Gardner                          Giga Plex LLC                         Giga Plex, LLC
Winston & Cashatt, Lawyers, P.S.         7906 Randolph Rd.                     Overcast Law Offices, PS
601 W Riverside Avenue, Suite 1900       Moses Lake, WA 98837-5122             23 S. Wenatchee Ave. Suite 320
Suite 1900                                                                     C/O David A. Kazemba
Spokane, WA 99201-0695                                                         Wenatchee, WA 98801-2263

Gigawatt PTE Ltd Attn Mikhaylyuta        H2 Pre-cast, Inc                      William L Hames
1 Magazine Rd #04-11                     3835 N. Clemons St.                   Hames Anderson & Whitlows PS
Central Mall                             East Wenatchee, WA 98802-9337         PO Box 5498
Singapore                                                                      Kennewick, WA 99336-0498


Internal Revenue Service                 Nancy L Isserlis                      JDSA
PO Box 7346                              Winston and Cashatt PS                PO Box 1688
Philadelphia, PA 19101-7346              601 W Riverside Avenue                Wenatchee, WA 98807-1688
                                         Suite 1900
                                         Spokane, WA 99201-0695
```

| | | |
|---|---|---|
| David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 |
| MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 |
| NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 |
| Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 |
| James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 |
| Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 |
| Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 |
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 |

| | | |
|---|---|---|
| UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chapter 11 Trustee | (u)Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singamore | (u)Executive Flight, Inc. |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   67<br>Bypassed recipients    4<br>Total                 71 | |