# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

    Debtor in Possession.

No. 18-03197-11

DECLARATION OF RYAN OSTER

I, Ryan Oster, declare under penalty of perjury to the laws of the State of Washington the following:

1. I am the manager of Giga Plex, LLC and MLDC1, LLC and I make this declaration on my personal knowledge and belief.

2. I have concerns about the revenue generated since the Debtor filed for bankruptcy. I oppose the Debtor in Possession's motion to incur post-petition debt.

3. Based on the power bills that have been generated, I believe that the Debtor in Possession has used approximately ten (10) megawatts of power processing cryptocurrency since its bankruptcy filing.

4. Based on my personal knowledge and experience, I believe the ten (10) megawatts of power used by the Debtor in Possession should have generated approximately $600,000 in cryptocurrency.

5. The Budget presented is insufficient information without knowing more about the revenue generated by Giga Watt, Inc. As such, further information is necessary to advise all creditors and this Court.

6. Further assurances should be provided to this Court as to where the revenue has been directed since the Debtor in Possession's bankruptcy filing, as none of the money has been paid to Giga Plex, LLC and MLDC1, LLC, for rent and electricity that is approximately $503,921.55 in arrears. See Exhibit A.

DECLARATION OF
RYAN OSTER - 1

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588

1 | Signed at ___Wenatchee WA___, Washington on this 20th day of December, 2018.

*(signature)*
Ryan Oster

DECLARATION OF
RYAN OSTER - 2

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588

# EXHIBIT A

**EXHIBIT A**

# Past and Current Bills Due

7906 Randolph Rd NE  
Moses Lake, WA 98837  
Phone 425.356.9499

**DATE:** Friday, December 7, 2018  
**INVOICE #** na  
**FOR:** Power Bills & Rents

**Bill To:**  
Giga Watt, Inc  
1 Campbell Way  
East Wenatchee, WA 98802

| DESCRIPTION | AMOUNT |
|---|---|
| MLDC 1 - Power Bill - Nov | 63,199.24 |
| MLDC 1 - POD Expansion - Nov | 27,841.95 |
| Giga Plex - Parcel C - Agency Point Bill - Nov | 53,710.87 |
| Giga Plex - Parcel E - Market Point Bill - Nov | 52,553.41 |
| November Rent and Leases (MLDC 1 & Giga Plex) | 57,960.00 |
| December Rent and Leases (MLDC 1 & Giga Plex) | 61,000.00 |
| MLDC 1 - Power Bill - Dec | 60,500.42 |
| MLDC 1 - POD Expansion - Dec | 25,229.84 |
| Giga Plex - Parcel C - Agency Point Bill - Dec | 46,872.52 |
| Giga Plex - Parcel E - Market Point Bill - Dec | 55,053.30 |
| **TOTAL** | **$ 503,921.55** |

If you have any questions concerning this invoice, Ryan Oster, 425-356-9499, osterr08@gmail.com

**THANK YOU FOR YOUR BUSINESS!**