TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.,

Debtor in Possession.

Case No. 18-03197-11

**DECLARATION OF HEATHER MULHALL IN SUPPORT OF MOTION TO INCUR DEBTOR IN POSSESSION FINANCING**

The undersigned, Heather Mulhall, makes the following declaration:

1. I am the Cost Controller for Giga Watt, Inc., and I track, schedule, and pay the company's expenses. I make this declaration based on my business experience with the Debtor and my personal knowledge.

2. Attached hereto as Exhibit "A" are the expenses necessary in the next 7 days.

3. Attached hereto as Exhibit "B" are the expenses necessary in the next 14 days.

4. Attached hereto as Exhibit "C" are the expenses necessary in the next 21 days.

5. Attached hereto as Exhibit "D" are the average monthly utility costs.

6. Attached hereto as Exhibit "E" are the monthly lease costs.

DECLARATION OF HEATHER MULHALL - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

7. Attached hereto as Exhibit "F" is the list of employee salaries, which includes reduction in staff that will likely occur in January.

8. Attached hereto as Exhibit "G" is non-coin creation revenue that is expected for hosting clients.

9. Douglas County PUD requires a $128,000 adequate assurance payment to reconnect the power. The back payment is approximately $70,000, but a small amount of it has already been paid.

I certify under penalty of perjury pursuant to the laws of the State of Washington and the United States of America that the foregoing Declaration is true and correct.

SIGNED at East Wenatchee, Washington, this 22 day of December, 2018.

*/s/ Heather Mulhall*
HEATHER MULHALL

DECLARATION OF HEATHER MULHALL - 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

EXHIBIT "A"

| Company | Amount | | Through Dec 31st |
|---|---:|---|---|
| Express Employment Professionals | $ 130.62 | | |
| Amazon Account | $ 1,227.98 | | |
| Rock Island Water/Sewer | $ 115.00 | | |
| LocalTel | $ 926.76 | | |
| Native Network | $ 525.00 | | |
| WorkForce Solutions | $ 1,746.16 | | |
| Giga House | $ 1,950.00 | | |
| TNT Buildings A, B, C, H | $ 11,500.00 | | |
| Rock Island-plus Late Fee | $ 8,400.00 | | |
| MLDC-1-plus Late Fee | $ 6,300.00 | | |
| ML Expansion-plus Late Fee | $ 10,100.00 | | |
| Giga Plex-Parcel C-plus Late Fee | $ 19,700.00 | | |
| Giga Plex-Parcel E-plus Late Fee | $ 19,700.00 | | |
| Port of DC | $ 18,423.00 | | |
| Google Suite | $ 1,850.00 | | |
| PUD-TNT, Eller St, Rock Island | $ 59,477.00 | | |
| DC PUD | $ 128,000.00 | Deposit | |
| Keyhole Security | $ 186.50 | | |
| MLDC 1 Utilities | $ 60,705.08 | | |
| MLDC Exp- Utilites | $ 25,229.84 | | |
| Giga Plex C-Utilites | $ 46,872.52 | | |
| Giga Plex E- Utilites | $ 55,053.30 | | |
| Overage to cover debited bills | $ 11,500.00 | | |
| Rock Island Water/Sewer | $ 117.50 | | |
| Payroll-Monday 12/24 | $ 59,372.44 | Payroll w/back taxes | |
| Slack | $ 285.00 | | |
| LocalTel | $ 796.00 | | |
| Native Network | $ 525.00 | | |
| WM-Pangborn | $ 165.00 | | |
| Cascade Water | $ 480.00 | | |
| Atlassian | $ 11.00 | | |
| Payroll- Friday 12/28 | $ 13,920.58 | $24,066.66 | With Suggested Layoffs due to PTO |
| | $ 565,291.28 | $575,437.36 | Payroll w/3 days (changing to weekl |

# EXHIBIT "B"

| Company | Amount | DEC 31st-JAN 7th |
|---|---:|---|
| ML Electricity-Overdue | $ 197,305.47 | |
| Dave Carlson | $ 62,962.00 | |
| Payroll | $ 11,493.00 | With Layoffs/Without accounting for mileage |
| PUD-Giga House | $ 34.00 | |
| DC Sewer District | $ 81.00 | |
| DC Water District | $ 67.00 | |
| Bertha Goehner | $ 2,000.00 | |
| Giga House | $ 1,950.00 | |
| Port of DC | $ 9,722.97 | |
| TNT | $ 7,500.00 | |
| EW Storage Unit | $ 68.00 | |
| Express Mini Storage | $ 235.00 | |
| Google Suite | $ 200.00 | |
| Amazon Web Services | $ 200.00 | |
| Zendesk | $ 2,020.00 | |
| Health Care | $ 15,000.00 | ***Will go down if we do layoffs*** |
| MLDC Rent | $ 6,000.00 | |
| MLDC Expansion Rent | $ 10,000.00 | |
| Giga Plex C-Original $ | $ 19,600.00 | |
| Giga Plex E-Original $ | $ 19,600.00 | |
| TNT-Original $ | $ 11,500.00 | |
| WM-Eller | $ 41.72 | |
| WM-Highline | $ 106.64 | |
| WM-Rock Island | $ 125.00 | |
| Cintas | $ 825.00 | |
| | **$ 378,636.80** | |

EXHIBIT "C"

| Company | Amount | JAN 7th-JAN 14th |
|---|---|---|
| Payroll | $ 11,493.00 | With Layoffs/Without accounting for mileage |
| DC PUD | $ 60,000.00 | Average-Can be as high as $64k |
| Amazon Account | $ 1,200.00 | |
| | $ 72,693.00 | |

# EXHIBIT "D"

| Site | Location | Average Cost |
|---|---|---:|
| MLDC | Moses Lake | $ 70,000.00 |
| MLDC Expansion | Moses Lake | $ 35,000.00 |
| Giga Plex C | Moses Lake | $ 55,000.00 |
| Giga Plex E | Moses Lake | $ 55,000.00 |
| Pangborn | East Wenatchee | $ 12,900.00 |
| TNT A | East Wenatchee | $ 17,000.00 |
| TNT B | East Wenatchee | $ 4,000.00 |
| TNT C | East Wenatchee | $ 1,600.00 |
| TNT H | East Wenatchee | $ 21,000.00 |
| RI A | Rock Island | $ 900.00 |
| RI B | Rock Island | $ 2,000.00 |
| RI C | Rock Island | $ 900.00 |
| RI D | Rock Island | $ 14.00 |
| Eller St House | East Wenatchee | $ 300.00 |
| Giga House | East Wenatchee | $ 40.00 |
| | | $ 275,654.00 |

EXHIBIT "E"

| Property | Address | Amount | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Executive Flight | 1 Campbell Pkwy, East Wenatchee WA | $ 12,378.16 | 4/7/2017 | 4/1/2022 | Negated |
| Bertha Goehner (House) | 215 Eller St SE, East Wenatchee WA | $ 2,000.00 | 12/2/2013 | - | Ending Mid Janu |
| Kenneth Johnson (C House) | 2452 Columbia Ave NW, #24, East Wenatch | $ 1,950.00 | 11/13/2017 | - | Ending Mid Janu |
| MLDC 1, LLC (Warehouse) | 7906 Randolph Rd, Moses Lake, WA | $ 6,000.00 | 6/10/2015 | 5/31/20 | Active |
| MLDC 1, LLC (Pod 1 and 2) | 7906 Randolph Rd, Moses Lake, WA | $ 10,000.00 | 11/1/2018 | 10/31/2048 | Lease was just r |
| Giga Plex, LLC (Parcel C) | 7906 Randolph Rd, Moses Lake, WA | $ 22,500.00 | 11/1/2018 | 10/31/2048 | New Lease Amo |
| Giga Plex, LLC (Parcel E) | 7906 Randolph Rd, Moses Lake, WA | $ 22,500.00 | 11/1/2018 | 10/31/2048 | New Lease Amo |
| TNT Business Complexes | 83 4th St, Rock Island, WA | $ 7,500.00 | 6/1/2017 | - | Month to Month- |
| Dave Carlson | 474 Highline Dr, STE A,B,C,H-East Weantch | $ 11,500.00 | - | - | Original Lease A |
| Port of Douglas | 643 Billingsly Dr SE, East Wenatchee, WA | $ 9,722.97 | 9/1/2017 | 1/31/2047 | Not sure what is |

# EXHIBIT "F"

| Position | Last | First | Per Year | Per Check (Bi-weekly) | Position |
|---|---|---|---|---|---|
| Account Manager | Behrens | Drew | $ 72,500.00 | $ 2,788.46 | Acct Mngr/Ops Mngr |
| HR | Beuhler | Paige | 65000 | 2500 | Tech |
| Tech | Black | Doug | $ 37,440.00 | $ 1,440.00 | Ops Engineer |
| Ops Engineer | Craddock | Nick | $ 50,000.00 | $ 1,923.08 | Tech |
| Operations Manager | DeLozier | Cory | 82000 | 3153.85 | Tech/ML |
| Tech | Domer | Tyler | $ 45,000.00 | $ 1,730.77 | Expert Tech |
| Tech | Goff | Tianna | $ 35,360.00 | $ 1,360.00 | Tech/ML |
| Expert Tech | Gykalo | Anton | $ 61,200.10 | $ 2,353.85 | Tech/ML |
| Tech | Harrison | Austin | $ 33,280.00 | $ 1,280.00 | Logistics |
| Business Dvpmt/Sales | Hunter | Molly | 100000 | 1096.15 | Accounts Payable |
| Tech | Jaimes | Porfirio | $ 33,280.00 | $ 1,280.00 | Customer Service |
| Logistics | Langis | Jessica | $ 65,000.00 | $ 2,500.00 | Tech Manager/ML |
| Accounts Payable | Mulhall | Heather | $ 72,500.00 | $ 2,788.46 | Tech |
| Customer Service | Ramaker | Susan | $ 62,000.00 | $ 2,384.62 | |
| Network | Risen | Matthew | 55000 | 2115.35 | HR/Part Time |
| Tech Manager/ML | Simpson | Skylar | $ 50,000.00 | $ 1,923.08 | Contract/Ops |
| Managing Director | Turner | George | 100000 | 3846.15 | Contract/Network |
| Tech | Paine | Caleb | $ 48,000.00 | $ 1,846.15 | |
| **Total:** | | | **$ 1,067,560.10** | **$ 38,309.97** | **Total:** |

The Debtor has identified layoffs that will likely occur     19154.985

Reducition in staff of approximately 38% of salaries     11492.991

| Last | First | Per Year | Per Check (weekly) | | |
|---|---|---|---|---|---|
| Behrens | Drew | $ 72,500.00 | $ 1,394.23 | | |
| Black | Doug | $ 37,440.00 | $ 720.00 | | |
| Craddock | Nick | $ 50,000.00 | $ 961.23 | | |
| Domer | Tyler | $ 45,000.00 | $ 865.38 | | |
| Goff | Tianna | $ 35,360.00 | $ 80.00 | | |
| Gykalo | Anton | $ 61,200.10 | $ 1,176.92 | | |
| Harrison | Austin | $ 33,280.00 | $ 640.00 | | |
| Jaimes | Porfirio | $ 33,280.00 | $ 640.00 | | |
| Langis | Jessica | $ 65,000.00 | $ 1,250.00 | | |
| Mulhall | Heather | $ 72,500.00 | $ 1,394.23 | | |
| Ramaker | Susan | $ 62,000.00 | $ 1,192.30 | | |
| Simpson | Skylar | $ 50,000.00 | $ 961.23 | | |
| Paine | Caleb | $ 48,000.00 | $ 1,846.15 | | |
| Beuhler | Paige | 4875 | | 93.75 | Avg 3 hrs/wk |
| DeLozier | Cory | 20280 | | 390 | Avg 10 hrs/wk |
| Risen | Matthew | 13520 | | 260 | Avg 10 hrs/wk |
| | | $704,235.10 | $ 13,865.42 | | |

# EXHIBIT "G"

## On Hand

| | | |
|---|---:|---|
| $ | 74,209.11 | In accounts 12/21 |
| $ | 186.50 | Debit Keyhole Security-Auto Payment |
| $ | 9,808.45 | Debit DC PUD -Online payment made 12/20 |
| $ | 59,372.44 | Payroll coming out on 12/24 |
| $ | 4,841.72 | **Left over** |

## Incoming Payments-December

| | | |
|---|---:|---|
| $ | 5,000.00 | Allrise-Sub Lease-October |
| $ | 29,490.98 | Allrise-Hosting Fees-October |
| $ | 5,000.00 | Allrise-Sub Lease-November |
| $ | 29,490.98 | Allrise-Hosting Fees-November |
| $ | 30,469.35 | Lifestyle Galaxy-Hosting Fees-November |
| $ | **99,451.31** | **Still Awaiting.** |

## Incoming Payments-January

| | | |
|---|---:|---|
| $ | 5,000.00 | Allrise-Sub Lease-December |
| $ | 29,490.98 | Allrise-Hosting Fees-December |
| $ | 30,469.35 | Lifestyle Galaxy-Hosting Fees-December |
| $ | **64,960.33** | |

## Revenue Formula

-Megawatts in usage x Hours in a month x Hostir