**So Ordered.**

**Dated: December 26th, 2018**



Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

               Debtor.

Case No. 18-03197-FPC11

**ORDER DENYING DEBTOR IN POSSESSION'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO INCUR POST-PETITION DEBT**

    THIS MATTER came before the court on the debtor's Motion to Authorize Interim and Final Orders Authorizing Debtor to Incur Post-Petition Debt ("Motion") (ECF No. 58). The court reviewed the files and records herein, heard comments of counsel for the U.S. Trustee, attorney for the debtor, and other counsel of record, and stated on the record its reasons for denying the motion, now, therefore,

    IT IS ORDERED the debtor's Motion is **DENIED**.

               ///End of Order///

**ORDER DENYING DEBTOR'S MOTION**