# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 12/26/2018 |
| Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David A Kazemba | dkazemba@overcastlaw.com |
| aty | David R Law | david@dadkp.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Nancy L Isserlis | nli@winstoncashatt.com |
| aty | Timothy R Fischer | trf@winstoncashatt.com |
| aty | William L Hames | billh@hawlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 4019770 | Dave Carlson | 474 Highline Dr., Suites A–C & H | East Wenatchee, WA 98802 |
| | Jeff Chuback | 45th Street – 25th Floor | New York City, NY 10017 |

TOTAL: 2