```
                              United States Bankruptcy Court
                              Eastern District of Washington
In re:                                                                Case No. 18-03197-FPC
GIGA WATT INC                                                         Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: notice              Page 1 of 1           Date Rcvd: Dec 26, 2018
                              Form ID: pdf002           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
              Jeff Chuback,    45th Street - 25th Floor,   New York City, NY  10017
4019770       +Dave Carlson,   474 Highline Dr., Suites A-C & H,   East Wenatchee, WA 98802-7725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
               chrisr@rieslawfirm.com,  diana@rieslawfirm.com;cdg@rieslawfirm.com
              Darren Michael Digiacinto    on behalf of Debtor    GIGA WATT INC dmd@winstoncashatt.com,
               ars@winstoncashatt.com;mlm@winstoncashatt.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com
              David P Gardner    on behalf of Debtor    GIGA WATT INC dpg@winstoncashatt.com,
               ccb@winstoncashatt.com,   clk@winstoncashatt.com;azh@winstoncashatt.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,  amy@dadkp.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Nancy L Isserlis    on behalf of Debtor    GIGA WATT INC nli@winstoncashatt.com,
               jlm@winstoncashatt.com;mlm@winstoncashatt.com
              Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
               fuhrmann@carneylaw.com
              Timothy R Fischer    on behalf of Debtor    GIGA WATT INC trf@winstoncashatt.com,
               ars@winstoncashatt.com;mlm@winstoncashatt.com
              US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
              William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
               mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com
                                                                                             TOTAL: 11

**So Ordered.**

**Dated: December 26th, 2018**



Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor. | Case No. 18-03197-FPC11<br><br>**ORDER DENYING DEBTOR IN POSSESSION'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO INCUR POST-PETITION DEBT** |

THIS MATTER came before the court on the debtor's Motion to Authorize Interim and Final Orders Authorizing Debtor to Incur Post-Petition Debt ("Motion") (ECF No. 58). The court reviewed the files and records herein, heard comments of counsel for the U.S. Trustee, attorney for the debtor, and other counsel of record, and stated on the record its reasons for denying the motion, now, therefore,

IT IS ORDERED the debtor's Motion is **DENIED**.

///End of Order///

**ORDER DENYING DEBTOR'S MOTION**