# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>GIGA WATT, INC.<br><br><br><br><br>Debtor in Possession | CASE NO. 18-03197-FPC11<br><br>DECLARATION OF RYAN OSTER IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT |

I, Ryan Oster, declare under penalty of perjury to the laws of the State of Washington the following:

1. I am the manager of Giga Plex, LLC and MLDC1, LLC ("Creditors" or "Landlords") and I make this declaration on my personal knowledge and belief.

2. I am the custodian of the records, and the documents attached as exhibits are kept and maintained in the ordinary course of business.

3. Attached as Exhibit A are true and correct copies of Amended and Restated Leases that Landlords entered into with the Debtor in Possession ("Debtor") for two different parcels of land on which the Debtor operates in Grant County, Washington.

4. Debtor defaulted on the lease by failing to pay pre-petition November rent in the amount of $57,960.00. Attached as Exhibit B is a true and correct copy of the Notice of Default.

DECLARATION OF RYAN OSTER IN SUPPORT
OF THE MOTION FOR RELIEF FROM STAY;
ABANDONMENT; AND REJECTION OF UNEXPIRED
COMMERCIAL LEASES - 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 77    Filed 01/03/19    Entered 01/03/19 17:16:01    Pg 1 of 2

5. Debtor has continued in default of rent, and has further failed to pay rent for December 2018.

6. As customary, Landlords invoiced Debtor for December's utilities by sending a statement to Heather Mulhall, an agent of Giga Watt, Inc. on December 13, 2018. The Landlords are the responsible parties with the utility company, and the Debtors as tenants would customarily remit to the Landlords their share of the total utilities. The total amount due for both parcels is $101,925.82. Attached as Exhibit C are a true and correct copy of the two invoices sent.

7. Pursuant to Paragraph 1(a)(viii) of the Leases, Giga Watt, Inc. is obligated pay all utilities within ten (10) days of Landlord's delivery which was December 23, 2018.

8. On December 17, 2018, this Court entered an Interim Order for Cash Collateral detailing that "all rents, electricity, and utility owed to Creditor [Landlord] will be paid on time in Debtor's ordinary course of business."

9. The Landlords power bills were due to be paid to Grant County PUD on or before December 31, 2018. The Debtor has been using the Landlords' electricity to generate cryptocurrency without paying the Landlords for that same electricity, and as a result, the Landlords do not have the means to pay their extensive power bills.

10. The Grant County PUD is expected to shut off the power to the Premises due to the Landlords' nonpayment, which was precipitated by the Debtor's failure to pay its post-petition obligations.

11. As of January 1, 2018, no payment has been received by the Debtor. I remain personally obligated on the Landlords' Grant County PUD utility bills and request this motion be heard as soon as possible.

12. Due to the Debtor's pre and post-petition default under the lease, I respectfully request this Court grant relief from the automatic stay to exercise the Landlords' rights and remedies under the commercial leases.

Signed at Wenatchee, Washington on this ___3rd___ day of January, 2018.

_____
Ryan Oster

DECLARATION OF RYAN OSTER IN SUPPORT
OF THE MOTION FOR RELIEF FROM STAY;
ABANDONMENT; AND REJECTION OF UNEXPIRED
COMMERCIAL LEASES - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 77    Filed 01/03/19    Entered 01/03/19 17:16:01    Pg 2 of 2