# EXHIBIT C

EXHIBIT C

# Giga Plex, LLC - Parcel C

INVOICE

7906 Randolph Rd NE
Moses Lake, WA 98837
Phone 425.356.9499

DATE: Thursday, December 13, 2018
INVOICE #: 24
FOR: *Power Bill*

**Bill To:**
Giga Watt, Inc
1 Campbell Way
East Wenatchee, WA 98802

| DESCRIPTION | AMOUNT |
|---|---|
| Giga Plex - **Parcel C** - Power Invoice for November 2018  Agency Point, LLC is the company listed on the power bill as it was the company name on the original application with GPUD back in september 2016. | 46,872.52 |
| **TOTAL** $ | 46,872.52 |

If you have any questions concerning this invoice, Ryan Oster,

THANK YOU FOR YOUR BUSINESS!

# Giga Plex, LLC - Parcel E

**INVOICE**

7906 Randolph Rd NE
Moses Lake, WA 98837
Phone 425.356.9499

**DATE:** Thursday, December 13, 2018
**INVOICE #** 25
**FOR:** *Power Bill*

**Bill To:**
Giga Watt, Inc
1 Campbell Way
East Wenatchee, WA 98802

| DESCRIPTION | AMOUNT |
|---|---|
| Giga Plex - **Parcel E** - Power Invoice for November 2018<br>Market Point, LLC is the company listed on the power bill as it was the company name on the original application with GPUD back in september 2016. | 55,053.30 |
| **TOTAL** $ | 55,053.30 |

If you have any questions concerning this invoice, Ryan Oster,

THANK YOU FOR YOUR BUSINESS!