OVERCAST LAW OFFICES, P.S.  HON. FREDERICK P. CORBIT
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
(509) 663-5588 tele
(509) 662-5508 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:  
GIGA WATT, INC.

Debtor in Possession

CASE NO. 18-03197-FPC11

NOTICE OF MOTION FOR RELIEF FROM STAY; ABANDONMENT; AND REJECTION OF UNEXPIRED COMMERCIAL LEASES

TO: Giga Watt, Inc., Debtor in Possession ("Debtor")

AND TO: All Parties to the Master Mailing List

PLEASE TAKE NOTICE that Giga Plex, LLC and MLDC1, LLC ("Creditors") hereby gives notice of its request for an order granting relief from stay, abandonment, and rejection unexpired commercial lease under 11 U.S.C §§ 362, 365 & 554 in order to pursue its default rights and remedies in accordance with applicable non-bankruptcy law.

NOTICE OF MOTION FOR RELIEF FROM STAY; ABANDONMENT; AND REJECTION OF UNEXPIRED COMMERCIAL LEASES - 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588

18-03197-FPC11    Doc 78    Filed 01/03/19    Entered 01/03/19 17:20:43    Pg 1 of 2

Creditors are also requesting that the provisions of FRBP 4001(a)(3), which provide that an order granting relief from stay is stayed until the expiration of fourteen (14) days after the entry of the order unless the court orders otherwise, be waived to avoid prolonging the determination of Creditors' rights to possession of the leased premises.

**THE MOTION WILL BE SET FOR HEARING AS FOLLOWS:**

JUDGE: The Honorable Frederick P. Corbit

HEARING DATE: Requested for January 17, 2019 at 1:00 p.m.

RESPONSE DATE: Requested for January 14, 2019 by 5:00 p.m.

LOCATION: 904 West Riverside Ave. Ste. 304 Spokane, WA 99201

Anyone wishing to object to this motion must respond on or before the date set by this Court. Objections shall be served upon the Clerk of the Bankruptcy Court at PO Box 2164, Spokane, WA 99210-2164 and upon counsel for Creditors at Overcast Law Offices, P.S., 23 S. Wenatchee Ave. Suite 320, Wenatchee, WA 98801.

**PLEASE TAKE NOTICE THAT THE COURT MAY ENTER THE ORDER SOUGHT ON CREDITORS' REQUEST AT THE SCHEDULED HEARING UNLESS A PARTY IN INTEREST SERVES AND FILES AN OBJECTION BEFORE THE RESPONSE DATE OF JANUARY 14, 2019.**

DATED: January 3, 2019.

OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC
and MLDC1, LLC

NOTICE OF MOTION FOR RELIEF FROM STAY; ABANDONMENT; AND REJECTION OF UNEXPIRED COMMERCIAL LEASES **- 2**

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588