THE HONORABLE FREDERICK P. CORBIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>GIGA WATT, INC.<br><br>Debtor in Possession | CASE NO. 18-03197-FPC11<br><br>MOTION TO SHORTEN TIME |

Creditors, Giga Plex, LLC and MLDC1, LLC, by and through its attorney of record moves this Court pursuant to Federal Rules of Bankruptcy Procedure 9006, for an order shortening time for filing objections to the Motion for Relief from Stay dated January 3, 2019. The undersigned attorney requests that the time for objecting to the proposed Order as set forth herein in the Motion for Relief from Stay be shortened to January 14, 2019 and that this matter be heard on January 17, 2019 at 1:00 pm, concurrently with the previous hearing scheduled on the Final Order for Cash Collateral.

Cause exists to shorten time due to the Creditors' ongoing obligation for utilities. Further, judicial economy is served by hearing the Final Order on Cash Collateral and Creditors' Motion for Relief from Stay at the same time. The hearing on the Final Order on Cash Collateral is scheduled for an in-court hearing on January 17, 2019 at 1:00 pm.

MOTION TO SHORTEN TIME
AND NOTICE THEREOF - 1

**Overcast Law Offices**
**23 South Wenatchee Avenue, Suite 320**
**Wenatchee, Washington 98801**
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 79    Filed 01/03/19    Entered 01/03/19 17:23:19    Pg 1 of 2

WHEREFORE, Debtors respectfully request that the Court enter an Order Shortening Time to Object to January 14, 2019 and that Creditors' Motion for Relief from Stay shall be heard on January 17, 2019 at 1:00 pm, concurrently with the previous hearing scheduled on the Final Order for Cash Collateral.

DATED: January 3, 2019.

OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and MLDC1, LLC

MOTION TO SHORTEN TIME
AND NOTICE THEREOF - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 79    Filed 01/03/19    Entered 01/03/19 17:23:19    Pg 2 of 2