THE HONORABLE FREDERICK P. CORBIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:
GIGA WATT, INC.

CASE NO. 18-03197-FPC11

ORDER ON MOTION
TO SHORTEN TIME

Debtor in Possession

IT IS ORDERED THAT Creditors, Giga Plex, LLC and MLDC1, LLC, Motion for Relief from Stay shall be heard on January 17, 2019 at 1:00 pm, concurrently with the previous hearing scheduled on the Final Order for Cash Collateral.

IT IS FURTHER ORDERED that objection to the relief requested in the Motion for Relief from Stay shall filed and served by January 14, 2019 at 5:00 p.m.

IT IS FURTHER ORDERED that if no objections are filed, the Court, at its discretion, may enter an order at the scheduled hearing.

///End of Order///

ORDER ON MOTION
TO SHORTEN TIME - 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 79-1    Filed 01/03/19    Entered 01/03/19 17:23:19    Pg 1 of 2

Presented By:

OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC
and MLDC1, LLC

ORDER ON MOTION
TO SHORTEN TIME - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 79-1    Filed 01/03/19    Entered 01/03/19 17:23:19    Pg 2 of 2