OVERCAST LAW OFFICES, P.S.                          HON. FREDERICK P. CORBIT
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
(509) 663-5588 tele
(509) 662-5508 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:                                          CASE NO. 18-03197-FPC11
GIGA WATT, INC.
                                                MLDC1, LLC NOTICE OF JOINDER IN
                                                MOTION FOR RELIEF FROM STAY
                                                ABANDONMENT; AND REJECTION OF
                                                UNEXPIRED COMMERCIAL LEASES




                    Debtor in Possession


TO: Giga Watt, Inc., Debtor in Possession ("Debtor")

AND TO:  All Parties to the Master Mailing List

        PLEASE TAKE NOTICE that as may be required under Federal Rules of Civil

Procedure 18 and 19, and corresponding Federal Rules of Bankruptcy Procedure 7018 and

7019, Creditor MLDC1, LLC joins Giga Plex, LLC in all relief requested in the Motion for

Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases for all the

reasons stated therein.

**MLDC1, LLC NOTICE OF JOINDER IN**          OVERCAST LAW OFFICES
**MOTION FOR RELIEF FROM STAY;**             **23 South Wenatchee Avenue, Suite 320**
**ABANDONMENT; AND REJECTION OF**            **Wenatchee, Washington 98801**
**UNEXPIRED COMMERCIAL LEASES  - 1**         **Telephone (509) 663-5588**

DATED:            January 3, 2019.

OVERCAST LAW OFFICES


/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC
and MLDC1, LLC

MLDC1, LLC NOTICE OF JOINDER IN
MOTION FOR RELIEF FROM STAY;
ABANDONMENT; AND REJECTION OF
UNEXPIRED COMMERCIAL LEASES  - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588