OVERCAST LAW OFFICES, P.S.
23 S. Wenatchee Ave. Suite 320
Wenatchee, Washington 98801
(509) 663-5588 tele
(509) 662-5508 fax

HON. FREDERICK P. CORBIT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br>GIGA WATT, INC. | CASE NO. 18-03197-FPC11<br><br>CERTIFICATE OF SERVICE |
| Debtor in Possession | |

On January 3, 2019, a copy of the following documents, described below:

- Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases
- Notice of Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases
- Declaration of Ryan Oster in Support of Motion for Relief from Stay and Abandonment
- Motion to Shorten Time
- [Proposed] Order on Motion to Shorten Time
- MLDC1, LLC Notice of Joinder in Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases

were filed via CM/ECF. The following notice parties are registered participants in CM/ECF:

Darren Michael Digiacinto on behalf of Debtor GIGA WATT INC
dmd@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

Timothy R Fischer on behalf of Debtor GIGA WATT INC
trf@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

David P Gardner on behalf of Debtor GIGA WATT INC
dpg@winstoncashatt.com,ccb@winstoncashatt.com, clk@winstoncashatt.com;azh@winstoncashatt.com

**CERTIFICATE OF SERVICE  - 1**

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com,
mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com

Nancy L Isserlis on behalf of Debtor GIGA WATT INC
nli@winstoncashatt.com, jlm@winstoncashatt.com;mlm@winstoncashatt.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com


    The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

    Dated this 3rd day of January, 2019.


OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and
MLDC1, LLC
E-mail: dkazemba@overcastlaw.com

**CERTIFICATE OF SERVICE** - 2

**OVERCAST LAW OFFICES**
**23 South Wenatchee Avenue, Suite 320**
**Wenatchee, Washington 98801**
**Telephone (509) 663-5588**