TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC., | MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEBTOR IN POSSESSION |
| Debtor in Possession. | |

TO: The Clerk of the Court;
TO: Giga Watt, Inc.; and
TO: All Parties on the Clerk's Master Mailing List

PLEASE TAKE NOTICE THAT pursuant to LBR 2002-1, Winston & Cashatt, Lawyers, and Timothy R. Fischer, David P Gardner, Nancy L. Isserlis and Darren M. Digiacinto hereby move the court for order authorizing withdrawal as attorneys of record for Debtor in Possession to be effective January 22, 2019. The following are hearing dates:

1. January 8, 2019, 3:00 p.m., First Meeting of Creditors
2. January 17, 2019, 1:00 p.m., Final Hearing on use of cash collateral;
3. January 17, 2019, 1:00 p.m., Hearing on Motion for Relief From Stay;

The last known address of the above-named Debtor in Possession is:
Giga Watt, Inc.
643 Billingsly Dr. SE
East Wenatchee, WA 98802

MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS
ATTORNEYS OF RECORD FOR DEBTOR IN POSSESSION - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

All future pleadings in this matter should be directed to the Debtor in Possession at said address.

DATED this 7th day of January, 2019.

WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*

---

TIMOTHY R. FISCHER, WSBA No. 40075

DATE OF MAILING: January 7, 2019.

MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS
ATTORNEYS OF RECORD FOR DEBTOR IN POSSESSION - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 90    Filed 01/07/19    Entered 01/07/19 15:55:07    Pg 2 of 2