TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| **GIGA WATT INC.,** | **NOTICE OF INTENT TO WITHDRAW** |
| Debtor in Possession. | |

TO: The Clerk of the Court;

TO: Giga Watt, Inc.; and

TO: All Parties on the Clerk's Master Mailing List

PLEASE TAKE NOTICE THAT the undersigned Winston & Cashatt, Lawyers, and Timothy R. Fischer, David P. Gardner, Darren M. Digiacinto and Nancy L. Isserlis intend to withdraw as Attorneys of Record for *GIGA WATT, INC.*, the above-named Debtor in Possession as of January 22, 2019. Said date is at least fourteen (14) days after service of this Notice. This withdrawal shall be effective by order of the Court unless an objection to the withdrawal is served upon said withdrawing attorney prior to the date set forth in this Notice.

NOTICE OF INTENT TO WITHDRAW - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 91    Filed 01/07/19    Entered 01/07/19 15:56:27    Pg 1 of 2

The last known address of the above-named Debtor in Possession is:
   Giga Watt, Inc.
   643 Billingsly Dr. SE
   East Wenatchee, WA 98802

All future pleadings in this matter should be directed to the Debtor in Possession at said address.

DATED this 7th day of January, 2019.

        WINSTON & CASHATT, LAWYERS

        */s/ Timothy R. Fischer*
        */s/ David P. Gardner*
        */s/ Darren M. Digiacinto*
        */s/ Nancy L. Isserlis*
        _____
        TIMOTHY R. FISCHER, WSBA No. 40075
        NANCY L. ISSERLIS, WSBA No. 11623
        DARREN M. DIGIACINTO, WSBA No. 39771
        DAVID P. GARDNER, WSBA No. 39331

DATE OF MAILING: January 7, 2019.

NOTICE OF INTENT TO WITHDRAW - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC11    Doc 91    Filed 01/07/19    Entered 01/07/19 15:56:27    Pg 2 of 2