TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 7th day of January, 2019. I caused to be served a true and correct copy of the following documents:

1. Motion to Withdraw as Attorneys of Record for Debtor in Possession
2. Notice of Intent to Withdraw

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Attorneys for Debtor in Possession:
Darren Digiacinto (dmd@winstoncashatt.com)
Timothy Fischer (trf@winstoncashatt.com)
David Gardner (dpg@winstoncashatt.com)
Nancy Isserlis (nli@winstoncashatt.com)

Attorneys for Creditors: Giga Plex, LLC and MLDCI, LLC:
David Kazemba (dkazemba@overcastlaw.com, amber@overcastlaw.com, cathy@overcastlaw.com)

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Attorneys for Port of Douglas County:
David Law (david@dadkp.com)
William L. Hames (billh@hawlaw.com)

US Trustee (USTP.REGION18.SP.ECP@usdoj.gov)
James Perkins (james.perkins@usdoj.gov)
Scott Weaver (weaver@carneylaw.com, fuhrmann@carneylaw.com)

Attorneys for Creditor Neppel Electrical & Controls, LLC:
Christopher F. Ries (chrisr@rieslawfirm.com; diana@rieslawfirm.com; cdg@rieslawfirm.com)

  I FURTHER CERTIFY that on this 7th day of January, 2019, I caused a true and correct copy of the foregoing listed documents to be send via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained this date.

  SIGNED at Spokane, Washington, this 7th day of January, 2019.

    */s/ Mary L. Myers*
    _____
    MARY L. MYERS

CERTIFICATE OF SERVICE - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131