Label Matrix for local noticing
0980-2
Case 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Mon Jan  7 11:38:02 PST 2019

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

Darren Michael Digiacinto
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

EAN Services, LLC
Mary E Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802-9290

Fastenal Company
PO Box 1286
WInona, MN 55987-7286

FedEx Corporate Services Inc
as Assignee of FedEx Express/Ground/Frei
3965 Airways Blvd, Module G, 3rd Floor
Memphis TN 38116-5017

Timothy R Fischer
Winston & Cashatt, Lawyers
601 W Riverside Avenue
Ste #1900
Spokane, WA 99201-0695

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801-1599

David P Gardner
Winston & Cashatt, Lawyers, P.S.
601 W Riverside Avenue, Suite 1900
Suite 1900
Spokane, WA 99201-0695

Giga Plex LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

Giga Plex, LLC
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
C/O David A. Kazemba
Wenatchee, WA 98801-2263

Gigawatt PTE Ltd Attn Mikhaylyuta
1 Magazine Rd #04-11
Central Mall
Singapore

H2 Pre-cast, Inc
3835 N. Clemons St.
East Wenatchee, WA 98802-9337

William L Hames
Hames Anderson & Whitlows PS
PO Box 5498
Kennewick, WA 99336-0498

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nancy L Isserlis
Winston and Cashatt PS
601 W Riverside Avenue
Suite 1900
Spokane, WA 99201-0695

JDSA
PO Box 1688
Wenatchee, WA 98807-1688

| | | |
|---|---|---|
| David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 |
| Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 |
| NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 |
| Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 |
| Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 |
| Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 | Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| TNT Business Complexes<br>83 4th St.<br>Rock Island, WA 98850 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 |

| | | |
|---|---|---|
| Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chapter 11 Trustee | (u)Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singamore | (u)Executive Flight, Inc. |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   70<br>Bypassed recipients   4<br>Total   74 | |