Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Proposed Attorneys for Official Unsecured
Creditors' Committee

HONORABLE FREDERICK CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | NOTICE OF APPEARANCE |

TO: CLERK OF THE COURT; AND
TO: ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that **DBS Law** hereby appears as proposed counsel in this case on behalf of the Official Unsecured Creditors' Committee (the "Committee"), a party in interest in these proceedings, and requests that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342, 1102, 1103 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"),

NOTICE OF APPEARANCE - PAGE 1

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7   Doc 94   Filed 01/11/19   Entered 01/11/19 17:24:04   Pg 1 of 3

all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

Ben Ellison, Esq.
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 259-2950
Email: bellison@lawdbs.com

Daniel J. Bugbee, Esq.
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3819
Email: dbugbee@lawdbs.com

Dominque R. Scalia, Esq.
DBS Law
155 NE 100th Street, Suite 205
Seattle, Washington 98125
Telephone: (206) 489-3818
Email: dscalia@lawdbs.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise.

DATED this 11th day of January, 2019.

DBS | Law

*/s/ Ben Ellison*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Proposed Attorneys for Official Unsecured Creditors Committee*

NOTICE OF APPEARANCE - PAGE 3

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 94    Filed 01/11/19    Entered 01/11/19 17:24:04    Pg 3 of 3