# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** GIGA-WATT INC          **Case Number** 18-03197-FPC11

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✔

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| TNT Business Complexes LLC | TNT Business Complexes LLC |
| (Name) | (Name) |
| 83 4th St. SW | 380 Leslie Way |
| (Address) | (Address) |
| Rock Island      WA      98850 | East Wenatchee      WA      98802 |
| (City)      (State)   (Zip) | (City)      (State)   (Zip) |

**ECF Filers: You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

_____
Signature

1/10/2019
**Date**