TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 14th day of January, 2019. I caused to be served a true and correct copy of the following documents:

1. Debtor's Objection to Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Darren Michael Digiacinto on behalf of Debtor GIGA WATT INC
dmd@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Timothy R Fischer on behalf of Debtor GIGA WATT INC
trf@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

David P Gardner on behalf of Debtor GIGA WATT INC
dpg@winstoncashatt.com,ccb@winstoncashatt.com, clk@winstoncashatt.com;azh@winstoncashatt.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com,
mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com

Nancy L Isserlis on behalf of Debtor GIGA WATT INC
nli@winstoncashatt.com, jlm@winstoncashatt.com;mlm@winstoncashatt.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com,lori@overcastlaw.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com

Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

SIGNED at Spokane, Washington, this 14th day of January, 2019.

*/s/ Alisha Smithson*
_____
ALISHA SMITHSON

CERTIFICATE OF SERVICE - Page 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131