Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Attorneys for Official Unsecured
Creditors' Committee

HONORABLE FREDERICK CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | NOTICE OF APPLICATION TO EMPLOY DBS LAW AS LOCAL COUNSEL FOR UNSECURED CREDITORS' COMMITTEE OF GIGA WATT INC. |

**PLEASE TAKE NOTICE** that the Official Unsecured Creditors' Committee (the "Committee"), a party in interest in these proceedings, has filed an application to Employ DBS Law as local counsel (the "Motion).

**PLEASE TAKE FURTHER NOTICE** Any party opposing the Application must serve a written response on the undersigned by January 22, 2019, and file the original response with the Clerk of the United States Bankruptcy Court,

NOTICE OF APPLICATION TO EMPLOY - PAGE 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7   Doc 102   Filed 01/15/19   Entered 01/15/19 15:02:21   Pg 1 of 2

904 West Riverside Avenue Suite 304, Spokane, WA 99201.  Should you object to the Application, you must do so in writing setting forth specifically the nature and basis of your objection and serve the undersigned at 155 NE 100th St., Suite 205, Seattle, WA 98125 within 7 days from the date of this Notice. IF NO RESPONSE IS FILED BY THE RESPONSE DATE, the Court may, in its discretion, grant the Application WITHOUT FURTHER NOTICE.

DATED this 15th day of January, 2019.

DBS | Law

*/s/ Dominique Scalia*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

NOTICE OF APPLICATION TO EMPLOY - PAGE 2



A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737