# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC.<br><br>            Debtor in Possession | Case No. 18-03197-11<br><br>Chapter 11<br><br>PROPOSED ORDER GRANTING COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE |

This matter came before this Court on the Motion of the Unsecured Creditors Committee of Giga Watt Inc. to appoint a Chapter 11 Trustee over the Debtor-in-Possession and its operations (the "Motion").

It appearing that the Court has jurisdiction to consider the Motion; and the Court being satisfied based on the representations made in the Motion and the Declaration in Support that sufficient cause exists to grant the relief requested

ORDER APPOINTING CHAPTER 11 TRUSTEE - PAGE 1



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

under 11 U.S.C. § 1104(a)(1) or based on the interests of the bankruptcy estate under 11 U.S.C. § 1104(a)(2);

IT IS ORDERED as follows:

1. The Motion is GRANTED;

2. Pursuant to 11 U.S.C. § 1104(d), within seven (7) days of entry of this Order, after consultation with parties in interest, a disinterested candidate shall be appointed Chapter 11 Trustee.

/// END OF ORDER ////

Presented By:

DBS | Law

*/s/Benjamin Ellison*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Proposed Attorneys for Official Unsecured Creditors Committee*

ORDER APPOINTING CHAPTER 11 TRUSTEE - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7   Doc 104-1   Filed 01/15/19   Entered 01/15/19 17:11:27   Pg 2 of 2