Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
[Proposed] Attorneys for Official
Unsecured Creditors' Committee

HONORABLE FREDERICK CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor in Possession

Case No. 18-03197-11
Chapter 11

DECLARATION OF JOHN WINSLOW IN SUPPORT OF MOTION TO SHORTEN TIME ON COMMITTEE'S MOTION FOR CHAPTER 11 TRUSTEE

I, John Winslow, hereby declare as follows:

1. I am the Sole Proprietor of Red Rock Mining (WTT Token holder and miner). I am over the age of 18 and competent to testify to the matters stated in this declaration. I have personal knowledge of the matters set forth below.

2. On January 15, 2019, I received an email titled "Giga Watt Notice To All Customers" from support@giga-watt.com. A true and correct copy of the email is attached hereto as Exhibit A.

DECLARATION OF JOHN WINSLOW - PAGE 1

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7   Doc 106   Filed 01/15/19   Entered 01/15/19 17:14:56   Pg 1 of 4

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 15th day of January, 2019, at Calabasas, California.

_____
JOHN WINSLOW

DECLARATION OF JOHN WINSLOW - PAGE 2

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

# **EXHIBIT A**

**Subject:** Giga Watt Notice To All Customers
**Date:** Tue, 15 Jan 2019 19:44:02 +0000
**From:** Giga Watt <support@giga-watt.com>
**Reply-To:** Giga Watt <support@giga-watt.com>
**To:** jtwinslow@juno.com



To All Giga Watt Customers,

As was reported in November of 2018, Giga Watt voluntarily filed with the Bankruptcy Court seeking debt relief and reorganization. Subsequent to the filing, day to day operations continued until now. At present, both access and power to the facilities in which Giga Watt operates have been closed to the company.

There are some remaining personal pick-ups and/or shipments to customers whose equipment had already been removed from the facilities prior to lockouts. Customers will receive an email notification within the next two (2) weeks with the tracking information for their shipments. Please note, if you do

not receive an email notification, this means that your equipment remains in the locked facilities and any further information relative to your equipment will not be known, or available, pending current legal proceedings. This also means that if you have equipment remaining at the facilities and are attempting to sell said equipment, it will not be available to access and/or ship to anyone. This should be disclosed to potential buyers for your protection.

For all who have completed their KYC verification, any cryptocurrency remaining in customer wallets remains available for withdrawal until March and is accessed via the Giga Watt customer dashboard.

The outcome of legal proceedings will determine further information that can be provided to customers. Until that time, there are now only a few employees remaining at Giga Watt who are available to assist you with questions relative to your account withdrawals, KYC verification, and general questions. If there are changes or additions to the information provided in this notification, an update will be provided.

Respectfully,
GIGA WATT, INC.

This email was sent to jtwinslow@juno.com
why did I get this?    unsubscribe from this list    update subscription preferences
Giga Watt · 1 Campbell Pkwy · East Wenatchee, WA 98802-9290 · USA


Virus-free. www.avast.com