UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

          Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER SHORTENING TIME ON COMMITTEE'S MOTION FOR CHAPTER 11 TRUSTEE

This matter came before this Court on the Motion to Shorten Time on Committee's Motion for Chapter 11 Trustee (the "Motion") filed by Unsecured Creditors' Committee of Giga Watt Inc. (the "Committee"). It appearing that the Court has jurisdiction to consider the Motion; and the Court being satisfied based on the representations made in the Motion and the supporting declaration of John Winslow that sufficient cause exists to grant the relief requested under FRBP 9006(c)(1); IT IS ORDERED as follows:

ORDER SHORTENING TIME - PAGE 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 107    Filed 01/15/19    Entered 01/15/19 17:20:01    Pg 1 of 2

1. The Motion is GRANTED;

2. The Committee's Motion for Chapter 11 Trustee ("Trustee Motion") will be heard at 1:00 PM on Thursday, January 17, 2019. Any responses to the Trustee Motion shall be filed no later than the time of the hearing.

###

Presented By:

DBS | Law

/s/Dominique R. Scalia
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

Copies to:
All parties receiving ECF Notice

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 107    Filed 01/15/19    Entered 01/15/19 17:20:01    Pg 2 of 2