Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Proposed Attorneys for Official Unsecured
Creditors' Committee

HONORABLE FREDERICK CORBIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

         Debtor in Possession

Case No. 18-03197-11

Chapter 11

NOTICE OF MOTION TO APPOINT CHAPTER 11 TRUSTEE AND MOTION TO SHORTEN TIME

TO: Giga Watt, Inc., Debtor in Possession ("Debtor")

AND TO: All Parties to the Master Mailing List

**PLEASE TAKE NOTICE** that the Official Unsecured Creditors' Committee (the "Committee"), a party in interest in these proceedings, has filed a motion to appoint a chapter 11 trustee in this proceeding (the "Motion).

**PLEASE TAKE FURTHER NOTICE** that the Committee has filed a motion to shorten time to have the Motion heard on January 17, 2019 at 1pm.

NOTICE OF MOTION TO APPOINT CHAPTER
11 TRUSTEE - 1



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC11    Doc 108    Filed 01/15/19    Entered 01/15/19 17:27:19    Pg 1 of 2

THE MOTION IS REQUESTED TO BE SET FOR HEARING AS FOLLOWS:

    JUDGE: The Honorable Frederick P. Corbit

    HEARING DATE: Requested for January 17, 2019 at 1:00 p.m.

    RESPONSE DATE: Requested for January 17, 2019 at 1:00 p.m.

    LOCATION: 904 West Riverside Ave. Ste. 304 Spokane, WA 99201

Anyone wishing to object to the Motion must respond on or before the date set by this Court. Objections shall be served upon the Clerk of the Bankruptcy Court at PO Box 2164, Spokane, WA 99210-2164 and upon counsel for Committee at DBS Law at 155 NE 100th St., Suite 205, Seattle, WA 98125. IF NO RESPONSE IS FILED BY THE RESPONSE DATE, the Court may, in its discretion, grant the Application WITHOUT FURTHER NOTICE.

    DATED this 15th day of January, 2019.

        DBS | Law

        */s/ Daniel J. Bugbee*
        Ben Ellison, WSBA # 48315
        Daniel J. Bugbee, WSBA #42412
        Dominique R. Scalia, WSBA #47313
        *Attorneys for Official Unsecured Creditors Committee*

NOTICE OF MOTION TO APPOINT CHAPTER 11 TRUSTEE - 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737