**So Ordered.**

**Dated: January 16th, 2019**

*Frederick P. Corbit*

**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | ORDER SHORTENING TIME ON COMMITTEE'S MOTION FOR CHAPTER 11 TRUSTEE |

This matter came before this Court on the Motion to Shorten Time on

Committee's Motion for Chapter 11 Trustee (the "Motion") filed by Unsecured

Creditors' Committee of Giga Watt Inc. (the "Committee"). It appearing that the

Court has jurisdiction to consider the Motion; and the Court being satisfied based

on the representations made in the Motion and the supporting declaration of John

Winslow that sufficient cause exists to grant the relief requested under FRBP

9006(c)(1); IT IS ORDERED as follows:

ORDER SHORTENING TIME - PAGE 1

# DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1    1.    The Motion is GRANTED;

2    2.    The Committee's Motion for Chapter 11 Trustee ("Trustee Motion")

will be heard at 1:00 PM on Thursday, January 17, 2019. Any responses to the

Trustee Motion shall be filed no later than the time of the hearing.


###


Presented By:

DBS | Law


*/s/Dominique R. Scalia*_____
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*


Copies to:
All parties receiving ECF Notice

ORDER SHORTENING TIME - PAGE 2

**DBS|LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737