Danial D. Pharris
Lasher Holzapfel
Sperry & Ebberson PLLC
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230

Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

In re

GIGA WATT INC.

Debtor.

No. 18-03197-FPC11

**NOTICE OF APPEARANCE**

TO: CLERK OF THE ABOVE-ENTITLED COURT; and

TO: CHAPTER 11 TRUSTEE, ATTORNEYS FOR DEBTOR, AND OTHER PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to Rule 2002 and 9010 of the United States Bankruptcy Code, Danial D. Pharris of Lasher Holzapfel Sperry & Ebberson PLLC, appears in the above-entitle proceeding on behalf of the NC Machinery Corporation for unsecured creditors and requests that copies of any plan of reorganization, disclosure statements, pleadings and notices hereinafter filed in the above-referenced proceedings, except proofs of claim, be served upon him via ECF at the email addresses below, and any notices required pursuant to local rule 2002-1(b)(2), and (3) be served at the following address:

NOTICE OF APPEARANCE - 1

{11422/15305/V

HOLZAPFEL
SPERRY &
EBBERSON
PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Danial D. Pharris
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101
Telephone: (206) 624-1230
Facsimile: (206) 340-2563
pharris@lasher.com
luksetich@lasher.com

THIS NOTICE is in addition to and not in lieu of any notice to which the above-named part in interest is otherwise entitled to receive in these proceedings

Dated this 17th day of January, 2019.

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC


*/s/ Danial D. Pharris*
Danial D. Pharris, WSBA #13617
Attorneys NC Machinery Corporation

NOTICE OF APPEARANCE - 2

{11422/15305/V}

HOLZAPFEL
SPERRY &
EBBERSON
PLLC

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

18-03197-FPC7   Doc 112   Filed 01/17/19   Entered 01/17/19 09:53:21   Pg 2 of 2