TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winston&cashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 17th day of January, 2019. I caused to be served a true and correct copy of the following documents:

1. Debtor's Response to Motion to Appoint Chapter 11 Trustee

2. Declaration of Andrey Kuzenny

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Darren Michael Digiacinto on behalf of Debtor GIGA WATT INC
dmd@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 116    Filed 01/17/19    Entered 01/17/19 13:08:01    Pg 1 of 6

Timothy R Fischer on behalf of Debtor GIGA WATT INC
trf@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

David P Gardner on behalf of Debtor GIGA WATT INC
dpg@winstoncashatt.com,ccb@winstoncashatt.com, clk@winstoncashatt.com;azh@winstoncashatt.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com,
mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com

Nancy L Isserlis on behalf of Debtor GIGA WATT INC
nli@winstoncashatt.com, jlm@winstoncashatt.com;mlm@winstoncashatt.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com,lori@overcastlaw.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com

Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

    I FURTHER CERTIFY that on this 17th day of January, 2019, I caused a true and correct copy of the foregoing listed documents to be sent via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained this date.

    SIGNED at Spokane, Washington, this 17th day of January, 2019.

    /s/ Janel Martindale

    JANEL MARTINDALE

CERTIFICATE OF SERVICE - Page 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

```
Label Matrix for local noticing          Amphenol Custom Cable                    Andrey Kuzenny
0980-2                                   3221 Cherry Palm Dr.                     10000 Santa Monica Blvd., Unit 3302
Case 18-03197-FPC11                      Tampa, FL 33619-8359                     Santa Monica, CA 90067-7032
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Thu Jan 17 12:52:28 PST 2019

Attorney General's Office                Belyea Company                           Bertha Goehner
Bankruptcy & Collections Unit            2200 Northwood Ave.                      215 Eller St. SE
800 Fifth Avenue, Suite 2000             Easton, PA 18045-2208                    East Wenatchee, WA 98802-5325
Seattle, WA 98104-3188


Brent Woodward, Inc.                     Daniel J Bugbee                          Busby International, Inc.
14103 Stewart Rd.                        DBS Law                                  PO Box 1457
Sumner, WA 98390-9641                    155 NE 100th Street                      Moses Lake, WA 98837-0225
                                         Suite 205
                                         Seattle, WA 98125-8015


CTC Engineering                          Consolidated Electric Dist. Inc.         Dave Carlson
2290 Bishop Circle East                  PO Box 398830                            474 Highline Dr., Suites A-C & H
Dexter, MI 48130-1564                    San Francisco, CA 94139-8830             East Wenatchee, WA 98802-7725



Darren Michael Digiacinto                Douglas County PUD                       Gary W Dyer
Winston & Cashatt, Lawyers               PO Box 1119                              U S Trustee's Office
601 W Riverside Avenue                   Bridgeport, WA 98813-1119                920 W Riverside Ave
Ste #1900                                                                         Suite 593
Spokane, WA 99201-0695                                                            Spokane, WA 99201-1012


EAN Services, LLC                        Eduard Khaptakhaev                       Ben Ellison
Mary E Bushyhead                         Lenkinkkgradsky pr-t 76/1/49             DBS Law
14002 E 21st St, Suite 1500              Moscow                                   155 NE 100th St., Suite 205
Tulsa, OK 74134-1424                     Russia                                   Seattle, WA 98125-8015


Evansont Insurance Carrier               Executive Flight                         Fastenal Company
c/o Mitchell, Reed & Schmitten Ins.      1 Campbell Pkwy                          2001 Theurer Blvd.
PO Box D                                 East Wenatchee, WA 98802-9290            ATTN: Legal Dept.
Cashmere, WA 98815-0515                                                           Winona, MN 55987-9902


Fastenal Company                         FedEx Corporate Services Inc             Timothy R Fischer
PO Box 1286                              as Assignee of FedEx Express/Ground/Frei Winston & Cashatt, Lawyers
WInona, MN 55987-7286                    3965 Airways Blvd, Module G, 3rd Floor   601 W Riverside Avenue
                                         Memphis TN 38116-5017                    Ste #1900
                                                                                  Spokane, WA 99201-0695


GIGA WATT INC                            David P Gardner                          Georgios Lignos
1250 N Wenatchee Ave., Suite H #147      Winston & Cashatt, Lawyers, P.S.         25 Kritis Str.
Wenatchee, WA 98801-1599                 601 W Riverside Avenue, Suite 1900       12243 Egaleo
                                         Suite 1900                               Greece
                                         Spokane, WA 99201-0695


Giga Plex LLC                            Giga Plex, LLC                           Gigawatt PTE Ltd Attn Mikhaylyuta
7906 Randolph Rd.                        Overcast Law Offices, PS                 1 Magazine Rd #04-11
Moses Lake, WA 98837-5122                23 S. Wenatchee Ave. Suite 320           Central Mall
                                         C/O David A. Kazemba                    Singapore
                                         Wenatchee, WA 98801-2263
```

| | | |
|---|---|---|
| H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 | William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336-0498 | Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Nancy L Isserlis<br>Winston and Cashatt PS<br>601 W Riverside Avenue<br>Suite 1900<br>Spokane, WA 99201-0695 | JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 |
| David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 |
| Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 |
| Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila, WA 98188-5519 |
| NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 |
| Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 | Danial D Pharris<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle, WA 98101-4000 |
| Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 |

Raritan  
400 Cottontail Lane  
Somerset, NJ 08873-1238

Christopher F Ries  
Ries Law Firm  
312 Balsam Suite D  
P O Box 2119  
Moses Lake, WA 98837-0519

Christopher F. Ries  
Ries Law Firm, P.S.  
Post Office Box 2119  
Moses Lake, WA 98837-0519

SCOTT ALAN WILSON  
9303 WAVING FIELDS DR  
HOUSTON, TX 77064-4557

Dominique R Scalia  
DBS Law  
155 NE 100th St  
Ste 205  
Seattle, WA 98125-8015

Schmitt Electric  
1114 Walla Walla Ave.  
Wenatchee, WA 98801-1525

Show Me Cables  
115 Chesterfield Industrial Blvd.  
Chesterfield, MO 63005-1219

State of Washington  
Department of Revenue  
2101 4th Ave, Ste 1400  
Seattle, WA 98121-2300

TNT Business Complexes LLC  
380 Leslie Way  
East Wenatchee, WA 98802-5624

Talents 633 Ministries, NFP  
24206 Walnut Circle  
Plainfield, IL 60585-2261

Talos Construction, LLC  
PO Box 2607  
Chelan, WA 98816-2607

Total Employment Management  
723 W. Broadway  
Moses Lake, WA 98837-1920

Town Toyota Center  
1300 Walla Walla  
Wenatchee, WA 98801-1529

Treehouse Technology Group, LLC  
300 Bedford Street, Unit 214  
Manchester, NH 03101-1102

UPS  
28013 Network Place  
Chicago, IL 60673-1280

US Customs  
PO Box 979126  
St. Louis, MO 63197-9001

US Trustee  
US Court House  
920 W Riverside Ave, Suite 593  
Spokane, WA 99201-1012

WA Department of Revenue  
Attn: Sam Seal  
2101 4th Ave, Ste 1400  
Seattle, WA 98121-2300

Washington Department of Revenue  
2101 Fourth Avenue #1400  
Seattle, WA 98121-2300

Washington Employment Security Dept  
PO Box 9046  
Olympia, WA 98507-9046

Washington State Labor & Industries  
PO Box 44170  
Olympia, WA 98504-4170

Scott Weaver  
Carney Badley Spellman, PLLC  
701 Fifth Avenue  
Suite 3600  
Seattle, WA 98104-7010

Wilson Sonsini Goodrich & Rosati  
650 Page Mill Rd.  
Palo Alto, CA 94304-1050

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chapter 11 Trustee

(u)Cryptonomos PTE Ltd  
1 Magazine Rd #04-11  
Central Mall  
Singamore

(u)Executive Flight, Inc.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Unsecured Creditors' Committee | End of Label Matrix<br>Mailable recipients  82<br>Bypassed recipients   5<br>Total  87 |