**So Ordered.**

**Dated: January 17th, 2019** 

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS TO MARCH 19, 2019

This matter having come sua sponte by the Court, it is hereby ordered that the deadline contained in the Court's scheduling order dated December 5, 2018 (ECF No. 33) is hereby amended such that the deadline to assume or reject executory contracts is extended to March 19, 2019.

///End of Order///



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 120    Filed 01/18/19    Entered 01/18/19 08:18:53    Pg 1 of 2

Presented By:

DBS | Law

*/s/Daniel J. Bugbee*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Proposed Attorneys for Official Unsecured Creditors Committee*


Copies to:
All parties receiving ECF Notice

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT
EXECUTORY CONTRACTS - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 120    Filed 01/18/19    Entered 01/18/19 08:18:53    Pg 2 of 2