# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 1/18/2019
Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Daniel J Bugbee     dbugbee@lawdbs.com
aty     David A Kazemba     dkazemba@overcastlaw.com
aty     James D Perkins     james.perkins@usdoj.gov
aty     Timothy R Fischer     trf@winstoncashatt.com

TOTAL: 4