**So Ordered.**

**Dated: January 17th, 2019**

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC.<br><br>Debtor. | **ORDER GRANTING COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE** |

THIS MATTER came before the court on the Motion on the Unsecured Creditors Committee of Giga Watt Inc. to Appoint a Chapter 11 Trustee (ECF No. 104). The court reviewed the files and records herein, heard argument of the parties, and was fully advised in the premises. Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law. Now, therefore,

IT IS ORDERED:

1. The Motion (ECF No. 104) is **GRANTED;** and

**ORDER APPOINTING CHAPTER 11 TRUSTEE** – Page 1

2. Pursuant to 11 U.S.C. § 1104, the Office of the United States Trustee shall appoint a Chapter 11 Trustee.

///End of Order///

**ORDER APPOINTING CHAPTER 11 TRUSTEE** – Page 2