JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA  99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:  Giga Watt Inc.  Debtor | Case No. 18-03197-FPC11  UNITED STATES TRUSTEE'S OBJECTION TO EMPLOYMENT APPLICATION |
|---|---|

The United States Trustee objects to the Application for Approval of Employment of DBS Law as Attorneys for the Unsecured Creditors' Committee (the "Employment Application") filed on January 15, 2019 as Docket #101 on the following grounds:

1. The Application is incomplete.  The Applicant did not answer Question 6 of the Application.

2. The Application indicates that the Applicant does or may later represent an interest adverse to the estate.  The Applicant has answered "yes" to Question 8 of the Application, which asks whether the Applicant is or while employed by the Creditors' Committee will represent any other entity having an adverse interest in connection with the case.

3. The Application is not signed by an authorized member of the Unsecured Creditors' Committee.

The United States Trustee reserves the right to amend this objection to include any issues raised by any information subsequently provided to the United States Trustee.

For all of the foregoing reasons, the United States Trustee objects to and asks the Court to deny the Employment Application until these issues have been resolved. The United States Trustee requests a hearing on this objection.

Dated: January 18, 2019

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

*/s/ James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee