**So Ordered.**

**Dated: January 17th, 2019**



Frederick P. Corbit

**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS TO MARCH 19, 2019

This matter having come sua sponte by the Court, it is hereby ordered that the deadline contained in the Court's scheduling order dated December 5, 2018 (ECF No. 33) is hereby amended such that the deadline to assume or reject executory contracts is extended to March 19, 2019.

///End of Order///

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT
EXECUTORY CONTRACTS - PAGE 1

DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1

2   Presented By:

3   DBS | Law

4

5   /s/Daniel J. Bugbee_____
    Ben Ellison, WSBA # 48315

6   Daniel J. Bugbee, WSBA #42412
    Dominique R. Scalia, WSBA #47313

7   *Proposed Attorneys for Official Unsecured Creditors Committee*

8

9   Copies to:

10  All parties receiving ECF Notice

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT
EXECUTORY CONTRACTS - PAGE 2

**DBS|LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737