# Notice Recipients

District/Off: 0980−2  User: notice  Date Created: 1/18/2019
Case: 18−03197−FPC11  Form ID: pdf002  Total: 2

**Recipients of Notice of Electronic Filing:**
ust  US Trustee  USTP.REGION18.SP.ECF@usdoj.gov

                                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
  David Golubchik  Levene, Neale, Bender, Yoo & Brill LLP  10250 Constellation Blvd, Suite
  1700  Los Angeles, CA 90067

                                                                                                                    TOTAL: 1