# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 1/18/2019
Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 2

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     USTP.REGION18.SP.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
David Golubchik     Levene, Neale, Bender, Yoo & Brill LLP     10250 Constellation Blvd, Suite 1700     Los Angeles, CA 90067

TOTAL: 1

18-03197-FPC7     Doc 124-1     Filed 01/18/19     Entered 01/18/19 10:09:41     Pg 1 of 1