In re:
GIGA WATT INC
        Debtor

Case No. 18-03197-FPC
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0980-2     User: notice     Page 1 of 1     Date Rcvd: Jan 18, 2019
Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
+David Golubchik,    Levene, Neale, Bender, Yoo & Brill LLP,
  10250 Constellation Blvd, Suite 1700,    Los Angeles, CA 90067-6253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:
      Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
       chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com
      Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com, ullom@lasher.com
      Daniel J Bugbee    on behalf of Creditor Committee    Unsecured Creditors' Committee
       dbugbee@lawdbs.com, paralegal@lawdbs.com
      Darren Michael Digiacinto    on behalf of Debtor    GIGA WATT INC dmd@winstoncashatt.com,
       ars@winstoncashatt.com;mlm@winstoncashatt.com
      David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
       amber@overcastlaw.com,lori@overcastlaw.com
      David P Gardner    on behalf of Debtor    GIGA WATT INC dpg@winstoncashatt.com,
       ccb@winstoncashatt.com, clk@winstoncashatt.com;azh@winstoncashatt.com
      David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com, amy@dadkp.com
      Dominique R Scalia    on behalf of Creditor Committee    Unsecured Creditors' Committee
       dscalia@lawdbs.com, paralegal@lawdbs.com
      Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
      James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
      Nancy L Isserlis    on behalf of Debtor    GIGA WATT INC nli@winstoncashatt.com,
       jlm@winstoncashatt.com;mlm@winstoncashatt.com
      Scott Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
       fuhrmann@carneylaw.com
      Timothy R Fischer    on behalf of Debtor    GIGA WATT INC trf@winstoncashatt.com,
       ars@winstoncashatt.com;mlm@winstoncashatt.com
      US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
      William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
       mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com
                                                                                                                                                                                                 TOTAL: 15



**So Ordered.**

**Dated: January 17th, 2019**

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | ORDER EXTENDING DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS TO MARCH 19, 2019 |

This matter having come sua sponte by the Court, it is hereby ordered that the deadline contained in the Court's scheduling order dated December 5, 2018 (ECF No. 33) is hereby amended such that the deadline to assume or reject executory contracts is extended to March 19, 2019.

///End of Order///

ORDER EXTENDING DEADLINE TO ASSUME OR REJECT
EXECUTORY CONTRACTS - PAGE 1

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 126    Filed 01/20/19    Entered 01/20/19 21:33:12    Pg 2 of 3

Presented By:

DBS | Law

*/s/Daniel J. Bugbee*_____
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Proposed Attorneys for Official Unsecured Creditors Committee*

Copies to:
All parties receiving ECF Notice



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737