```
                          United States Bankruptcy Court
                          Eastern District of Washington
```

In re:                                                         Case No. 18-03197-FPC
GIGA WATT INC                                                  Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0980-2          User: notice              Page 1 of 1                  Date Rcvd: Jan 18, 2019
                              Form ID: pdf002           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
       +David Golubchik,   Levene, Neale, Bender, Yoo & Brill LLP,
    10250 Constellation Blvd, Suite 1700,   Los Angeles, CA 90067-6253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:
       Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
     chrisr@rieslawfirm.com,  diana@rieslawfirm.com;cdg@rieslawfirm.com
       Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,  ullom@lasher.com
       Daniel J Bugbee    on behalf of Creditor Committee    Unsecured Creditors' Committee
     dbugbee@lawdbs.com,  paralegal@lawdbs.com
       Darren Michael Digiacinto    on behalf of Debtor    GIGA WATT INC dmd@winstoncashatt.com,
     ars@winstoncashatt.com;mlm@winstoncashatt.com
       David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
     amber@overcastlaw.com,lori@overcastlaw.com
       David P Gardner    on behalf of Debtor    GIGA WATT INC dpg@winstoncashatt.com,
     ccb@winstoncashatt.com,  clk@winstoncashatt.com;azh@winstoncashatt.com
       David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,  amy@dadkp.com
       Dominique R Scalia    on behalf of Creditor Committee    Unsecured Creditors' Committee
     dscalia@lawdbs.com,  paralegal@lawdbs.com
       Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
       James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
       Nancy L Isserlis    on behalf of Debtor    GIGA WATT INC nli@winstoncashatt.com,
     jlm@winstoncashatt.com;mlm@winstoncashatt.com
       Scott Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
     fuhrmann@carneylaw.com
       Timothy R Fischer    on behalf of Debtor    GIGA WATT INC trf@winstoncashatt.com,
     ars@winstoncashatt.com;mlm@winstoncashatt.com
       US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
       William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
     mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com
                                                                             TOTAL: 15

So Ordered.

Dated: January 17th, 2019

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC.<br><br>Debtor. | ORDER GRANTING COMMITTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE |

THIS MATTER came before the court on the Motion on the Unsecured Creditors Committee of Giga Watt Inc. to Appoint a Chapter 11 Trustee (ECF No. 104). The court reviewed the files and records herein, heard argument of the parties, and was fully advised in the premises. Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law. Now, therefore,

IT IS ORDERED:

1. The Motion (ECF No. 104) is **GRANTED;** and

ORDER APPOINTING CHAPTER 11 TRUSTEE – Page 1

2. Pursuant to 11 U.S.C. § 1104, the Office of the United States Trustee shall appoint a Chapter 11 Trustee.

///End of Order///

**ORDER APPOINTING CHAPTER 11 TRUSTEE** – Page 2