TIMOTHY R. FISCHER, WSBA NO. 40075
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 1900
Telephone: (509)838-6131
trf@winston&cashatt.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **DEBTOR'S MOTION TO SEAL PERSONAL CUSTOMER RECORDS** |
| Debtor in Possession. | |

Pursuant to Local Bankruptcy Rules 9018-1 and 9013-1, Debtor hereby seeks permission to file the list of equipment owned by clients that the Debtor currently controls.

The sealed documents contain personally identifiable information including lists of equipment owned by clients and their email address and contact information. The basis for filing the documents sealed is due to the personally identifiable information contained therein.

DATED this 22nd day of January, 2019.

WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*

TIMOTHY R. FISCHER, WSBA No. 40075

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131