So Ordered.

Dated: January 23rd, 2019

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.**,

Debtor in Possession.

No. 18-03197-11

**ORDER ON DEBTOR'S MOTION TO SEAL PERSONAL CUSTOMER RECORDS**

This matter having come before the court on Debtor's Motion to Seal Personal Customer Records (Docket # 129), it is hereby

ORDERED, ADJUDGED AND DECREED that the Debtor's Motion to Seal Personal Customer Records is granted.

/// END OF ORDER ///

Presented by:
WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*
_____
Timothy R. Fischer, WSBA No. 40075
Attorneys for Debtor in possession

ORDER ON DEBTOR'S MOTION TO
SEAL PERSONAL CUSTOMER RECORDS - 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131