JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA  99201

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

DECLARATION FOR APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE

I, Mark Waldron, hereby state the following under penalty of perjury, 18 U.S.C. §1001, as a condition of my appointment in this case by the United States Trustee:

1. I have filed income tax returns for the three tax years preceding my appointment in this case.
2. I owe no delinquent tax obligations to any taxing authority.
3. I have never been convicted of a felony.
4. I am not addicted to any drug, narcotic or alcohol.
5. There are no outstanding money judgments entered against me.
6. I am not individually named as a defendant in any lawsuit pending at this time.
7. I am not delinquent in repaying any outstanding student loan obligations.
8. I agree to submit to a background check and to furnish such other information or documentation as the United States Trustee may require in order to conduct that check and to resolve any questions arising therefrom.
9. I will promptly advise the Office of the United States Trustee of any circumstances that cause the foregoing certifications to change.

Dated: January 23, 2019

*/s/ Mark Waldron*
MARK D. WALDRON

Declaration of Trustee - 1