JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Giga Watt Inc.<br><br><br>Debtor | Case No. 18-03197-FPC11<br><br>VERIFIED STATEMENT OF MARK WALDRON REGARDING CONFLICTS |

I hereby declare under penalty of perjury that the following is true and correct:

1. I am a candidate for appointment as chapter 11 trustee in the above-captioned case.

2. I have reviewed the case and verify that I have no connections with the debtor, creditors, any others parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the office of the United States Trustee except as follows:

    **NONE**

Dated: January 23, 2019

                                                                   /s/ Mark Waldron
                                                                   MARK D. WALDRON

Verified Statement - 1