JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC11 |
|---|---|
| Giga Watt Inc. | APPOINTMENT OF CHAPTER 11 TRUSTEE |
| Debtor | |

**TO: Mark Waldron**

Pursuant to the Order of this Court dated November 16, 2018 directing the United States Trustee to appoint a Chapter 11 trustee in this case, the United States Trustee hereby appoints Mark Waldron to serve as the Chapter 11 trustee in this case. Please file with the Court and with the United States Trustee your written acceptance of this appointment within five (5) days after receipt of the order approving this appointment.

The Chapter 11 trustee bond is initially set at $0, based on the existence of the regional trustees' bond which currently covers Mr. Waldron. The bond may require adjustment as the trustee collects and liquidates assets of the estate or if it is subsequently determined that the regional trustees' bond does not provide coverage in this situation. The trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

Dated: January 23, 2019

GREGORY M. GARVIN
Acting United States Trustee

*/s/ James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Appointment - 1