JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| Giga Watt Inc. | UNITED STATES TRUSTEE'S WITHDRAWAL OF OBJECTION |
| Debtor | |

The United States Trustee hereby withdraws the January 18, 2019 Objection to the Employment Application of DBS Law as Attorneys for the Unsecured Creditors' Committee, Docket #122.

Dated: January 23, 2019

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

/s/ *James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee