JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Giga Watt Inc.<br><br>Debtor | Case No. 18-03197-FPC11<br><br>ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE |

TO: Gregory M. Garvin
      Acting United States Trustee

    I hereby accept appointment as Chapter 11 Trustee in this case and the duties and responsibilities of the appointment.

    To the best of my knowledge, I am a disinterested person within the meaning of 11 U.S.C. Section 101(14), and I am eligible and competent to perform the duties of trustee.

Dated: January 23, 2019

                                                      /s/ Mark Waldron
                                                      MARK WALDRON

Acceptance of Appointment - 1