JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

APPLICATION FOR APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE

The United States Trustee hereby applies to the court pursuant to 11 U.S.C. §1104(d) and FRBP 2007.1 for an order approving the appointment of a Chapter 11 trustee, and in support thereof states:

1. The court entered an order on January 17, 2019 directing the United States Trustee to appoint a chapter 11 trustee in this case.

2. The United States Trustee has appointed Mark Waldron as trustee in this case. Mr. Waldron is a Chapter 7 Trustee in the Western District of Washington and also has extensive experience with complex Chapter 11 cases.

3. Prior to the appointment of the trustee, the United States Trustee's office consulted independently with the following parties:

   a. Tim Fischer, who represents the Debtor
   b. Daniel Bugbee and Ben Ellison, who represent the Unsecured Creditors Committee
   c. David Kazemba, who represents creditors Giga Plex LLC and MLDC1

United States Trustee's Application for Approval of Appointment - 1

LLC

    d. Bill Hames, who represents creditor Port of Douglas County

    e. Christopher Ries who represents creditor Neppel Electrical & Controls, LLC

    f. Vanessa Pierce Rollins who represents creditor David Carlson

4. To the best of the U.S. Trustee's knowledge, Mr. Waldron has no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or persons employed in the Office of the United States Trustee.

    5. The United States Trustee requests that the court enter an order approving the appointment of Mark Waldron as trustee in this case.

Dated: January 23, 2019

GREGORY M. GARVIN
Acting United States Trustee

/s/ James D. Perkins
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Application for Approval of Appointment - 2