# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS MATTER having come before the Court on the United States Trustee's Application for Order Approving Appointment of Chapter 11 Trustee, it is hereby

**ORDERED** that:

1. The appointment of Mark Waldron to serve as Chapter 11 Trustee is hereby approved pursuant to 11 U.S.C. Section 1104(d).

/ / / END OF ORDER / / /

Presented By:

*/s/ James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee

Order For Appointment of Trustee- 1