1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

12

| In Re: | Case No. 18-03197-11 |
|---|---|
| | |
| GIGA WATT INC. | Chapter 11 |
| | |
| Debtor in Possession | ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S APPLICATION TO EMPLOY DBS LAW AS COUNSEL *NUNC PRO TUNC* TO JANUARY 11, 2019 |

13
14
15
16
17
18
19

20      This matter came before this Court on the Application to Employ DBS

21  Law, as counsel (the "application") filed by Unsecured Creditors' Committee of

22  Giga Watt Inc. (the "Committee"). It appearing that the Court has jurisdiction to

23  consider the application; and the Court being satisfied based on the

24  representations made in the application (ECF 101) and amended application (ECF

25  125) that the professionals of DBS Law ("DBS") who will be engaged in this case

26  represent no interest adverse to the Committee with respect to the matters upon

ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S
APPLICATION TO EMPLOY DBS LAW AS COUNSEL - PAGE 1



DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

which they are to be engaged, that they are disinterested persons as that term is defined under 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b), and that DBS's employment is necessary and would be in the best interest of the Committee; and it appearing that adequate notice of the application has been given and no other further notice is necessary; and after due deliberation and sufficient cause appearing therefor; IT IS ORDERED as follows:

    1.    The Application is GRANTED in its entirety;

    2.    In accordance with Section 11 U.S.C. § 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain DBS as its attorneys on the terms set forth in the Application, effective *nunc pro tunc* as of January 11, 2018.

/// END OF ORDER ////

Presented By:

DBS | Law

*/s/ Daniel J. Bugbee*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S
APPLICATION TO EMPLOY DBS LAW AS COUNSEL - PAGE 2



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737