UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 18-03197-11 |
| **GIGA WATT INC.**, | **ORDER AUTHORIZING WITHDRAWAL OF ATTORNEYS FOR DEBTOR IN POSSESSION** |
| Debtor in Possession. | |

This matter having come before the court on Motion for Order to Withdraw as Attorneys of Record for Debtor in Possession (Docket # 90) and Notice (Docket # 91), and the time for objections having expired and no objections being received or filed, it is hereby

ORDERED, ADJUDGED AND DECREED that Winston & Cashatt, Lawyers, and Timothy R. Fischer, Darren M. Digiacinto, David P. Gardner and Nancy L. Isserlis are hereby authorized to withdraw as attorneys of record for the Debtor in Possession.

/// END OF ORDER ///

Presented by:
WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*
_____
Timothy R. Fischer, WSBA No. 40075
Attorneys for Debtor in possession

ORDER AUTHORIZING WITHDRAWAL
OF ATTORNEYS FOR DEBTOR IN POSSESSION - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131