TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **CERTIFICATE OF SERVICE** |
| Debtor in Possession. | |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 23rd day of January, 2019. I caused to be served a true and correct copy of the following documents:

1. Amended Statement of Finacial Affairs –Form 207

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Darren Michael Digiacinto on behalf of Debtor GIGA WATT INC
dmd@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Timothy R Fischer on behalf of Debtor GIGA WATT INC
trf@winstoncashatt.com, ars@winstoncashatt.com;mlm@winstoncashatt.com

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| 1 | David P Gardner on behalf of Debtor GIGA WATT INC<br>dpg@winstoncashatt.com,ccb@winstoncashatt.com, clk@winstoncashatt.com;azh@winstoncashatt.com |
| 2 | |
| 3 | William L Hames on behalf of Creditor Port of Douglas County<br>billh@hawlaw.com,<br>mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com |
| 4 | |
| 5 | Nancy L Isserlis on behalf of Debtor GIGA WATT INC<br>nli@winstoncashatt.com, jlm@winstoncashatt.com;mlm@winstoncashatt.com |
| 6 | |
| 7 | David A Kazemba on behalf of Creditor Giga Plex, LLC<br>dkazemba@overcastlaw.com, amber@overcastlaw.com,lori@overcastlaw.com |
| 8 | David R Law on behalf of Creditor Port of Douglas County<br>david@dadkp.com, amy@dadkp.com |
| 9 | |
| 10 | James D Perkins on behalf of U.S. Trustee US Trustee<br>james.perkins@usdoj.gov |
| 11 | Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC<br>chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com |
| 12 | |
| 13 | Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee<br>dscalia@lawdbs.com, paralegal@lawdbs.com |
| 14 | US Trustee |
| 15 | USTP.REGION18.SP.ECF@usdoj.gov |
| 16 | Scott Weaver on behalf of Creditor Executive Flight, Inc.<br>weaver@carneylaw.com, fuhrmann@carneylaw.com |

SIGNED at Spokane, Washington, this 23rd day of January, 2019.

*/s/ Alisha Smithson*

_____

ALISHA SMITHSON

CERTIFICATE OF SERVICE - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131