So Ordered.

Dated: January 23rd, 2019



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.**,

                Debtor in Possession.

No. 18-03197-11

ORDER AUTHORIZING
WITHDRAWAL OF ATTORNEYS
FOR DEBTOR IN POSSESSION

    This matter having come before the court on Motion for Order to Withdraw as Attorneys of Record for Debtor in Possession (Docket # 90) and Notice (Docket # 91), and the time for objections having expired and no objections being received or filed, it is hereby

    ORDERED, ADJUDGED AND DECREED that Winston & Cashatt, Lawyers, and Timothy R. Fischer, Darren M. Digiacinto, David P. Gardner and Nancy L. Isserlis are hereby authorized to withdraw as attorneys of record for the Debtor in Possession.

///   END OF ORDER   ///

Presented by:
WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*
_____
Timothy R. Fischer, WSBA No. 40075
Attorneys for Debtor in possession

ORDER AUTHORIZING WITHDRAWAL
OF ATTORNEYS FOR DEBTOR IN POSSESSION - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131