**So Ordered.**

**Dated: January 23rd, 2019**



*Frederick P. Corbit*
**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S APPLICATION TO EMPLOY DBS LAW AS COUNSEL *NUNC PRO TUNC* TO JANUARY 11, 2019 |

This matter came before this Court on the Application to Employ DBS Law, as counsel (the "application") filed by Unsecured Creditors' Committee of Giga Watt Inc. (the "Committee"). It appearing that the Court has jurisdiction to consider the application; and the Court being satisfied based on the representations made in the application (ECF 101) and amended application (ECF 125) that the professionals of DBS Law ("DBS") who will be engaged in this case represent no interest adverse to the Committee with respect to the matters upon

ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S
APPLICATION TO EMPLOY DBS LAW AS COUNSEL - PAGE 1

**DBS | LAW**
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 145    Filed 01/24/19    Entered 01/24/19 08:37:54    Pg 1 of 2

which they are to be engaged, that they are disinterested persons as that term is defined under 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b), and that DBS's employment is necessary and would be in the best interest of the Committee; and it appearing that adequate notice of the application has been given and no other further notice is necessary; and after due deliberation and sufficient cause appearing therefor; IT IS ORDERED as follows:

1. The Application is GRANTED in its entirety;

2. In accordance with Section 11 U.S.C. § 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain DBS as its attorneys on the terms set forth in the Application, effective *nunc pro tunc* as of January 11, 2018.

/// END OF ORDER ////

Presented By:

DBS | Law

*/s/ Daniel J. Bugbee*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

ORDER GRANTING UNSECURED CREDITOR COMMITTEE'S
APPLICATION TO EMPLOY DBS LAW AS COUNSEL - PAGE 2

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737