OVERCAST LAW OFFICES, P.S.  HON. FREDERICK P. CORBIT
23 S. Wenatchee Ave. Suite 320
Wenatchee, Washington 98801
(509) 663-5588 tele
(509) 662-5508 fax

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br>GIGA WATT, INC.<br><br>Debtor in Possession | CASE NO. 18-03197-FPC11<br><br>CERTIFICATE OF SERVICE |

On January 25, 2019, a copy of the following documents, described below:

- Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases
- Notice of Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases
- Declaration of Ryan Oster in Support of Motion for Relief from Stay and Abandonment
- Motion to Shorten Time
- [Proposed] Order on Motion to Shorten Time
- MLDC1, LLC Notice of Joinder in Motion for Relief from Stay; Abandonment; and Rejection of Unexpired Commercial Leases

were sent via electronic mail to the electronic mail addresses listed in Sealed Document ECF No. 131, as directed by this Court at the Motion for Relief from Stay hearing on January 17, 2019.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

**CERTIFICATE OF SERVICE** - 1                    **OVERCAST LAW OFFICES**
                                                  **23 South Wenatchee Avenue, Suite 320**
                                                  **Wenatchee, Washington 98801**
                                                  **Telephone (509) 663-5588**

Dated this 25th day of January, 2019.

OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and MLDC1, LLC
E-mail: dkazemba@overcastlaw.com

**CERTIFICATE OF SERVICE - 2**

**OVERCAST LAW OFFICES**
**23 South Wenatchee Avenue, Suite 320**
**Wenatchee, Washington 98801**
**Telephone (509) 663-5588**