MARK D. WALDRON  
Chapter 11 Trustee  
6711 Regents Blvd. W., Suite B  
Tacoma, WA 98466  
Telephone: (253) 565-5800  

The Honorable Frederick P. Corbit  
**Chapter 11**  
**Response Deadline: February 5, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: ) | Case No. 18-03197-FPC11 |
| ) | |
| GIGA WATT INC. ) | **DECLARATION OF SERVICE OF** |
| ) | **NOTICE OF APPLICATION FOR ORDER** |
| ) | **APPROVING EMPLOYMENT OF** |
| Debtor. ) | **COUNSEL FOR CHAPTER 11 TRUSTEE** |
| ) | |

**I, DIANA L. ATKINS**, declare under penalty of perjury as follows:

1. I am over the age of majority and am competent to make this Declaration based upon my personal knowledge.

2. I am an employee of Mark D. Waldron, the Court-appointed Chapter 11 Trustee in the above proceeding.

3. On January 29, 2019, I cause to be forwarded, via electronic notification, a copy of the Notice of Application for Order Approving Employment of Counsel for Chapter 11 Trustee in the above proceeding to all parties registered with CM/ECF in this case.

3. On January 29, 2019, as to those parties not registered with CM/ECF, I placed in the United States mails, postage prepaid by first class mail, a copy of the Notice of Application for Order Approving Employment of Counsel for Chapter 11 Trustee in the above proceeding to all parties currently listed on the Clerk's Master Mailing List.

4. I make the foregoing statements under penalty of perjury.

**DATED** this 29th day of January, 2019.

/s/ DIANA L. ATKINS  
DIANA L. ATKINS

Law Offices of Mark D. Waldron  
6711 Regents Blvd. W.. #B  
Tacoma, WA 98466  
Telephone: 253.565.5800  
email: mark@mwaldronlaw.com

DECLARATION OF SERVICE -1-