JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA  99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| **In re:** | } | |
| | } | Case No:  18-03197-FPC11 |
| | } | |
| GIGA WATT, INC | } | <u>AMENDED</u> |
| | } | APPOINTMENT OF COMMITTEE |
| | } | OF UNSECURED CREDITORS IN A |
| Debtor | } | CHAPTER 11 REORGANIZATION CASE |

The United States Trustee had previously appointed the following creditors of the above-named debtor to the committee of unsecured creditors.

Brett Woodward, Inc.
307 SW 2nd St.
Redmond, OR  97756
(541) 504-5538

Schmitt Electric, Inc.
1114 Walla Walla Ave.
Wenatchee, WA  98801
(509) 662-3518

The committee is amended to add the following creditors:

Scott A. Glasscock
229 Craft Rd.
Brandon, FL  33511
(404) 632-7402

John T. Winslow
5544 Las Virgenes Rd. #99
Calabasas, CA  91302
(818) 862-1257

Jun Dam
2116 L St, Unit 2
Antioch, CA  94509
(415) 748-1113

D A T E D this 29th day of January, 2019.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee


 /s/ James D. Perkins
JAMES D. PERKINS
Attorney for United States Trustee