MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11
Response Deadline: February 13, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF CONSULTANT FOR CHAPTER 11 TRUSTEE**

**TO:** **CLERK OF THE ABOVE-ENTITLED COURT;** and
**TO:** **U.S. TRUSTEE, DEBTOR, CREDITORS, AND ALL PARTIES IN INTEREST.**

    **PLEASE TAKE NOTICE** that the Court-appointed Chapter 11 Trustee, MARK D. WALDRON, has filed an Application to employ Lauren Miehe as a consultant for the Chapter 11 Trustee. The Application is on file with the above Court. Any party desiring information as to the details may request the same from the Clerk of the Court or from the undersigned Trustee.

    IF YOU OPPOSE THE APPLICATION, you must file your written response with the Court Clerk, 904 West Riverside Ave., Suite 304, Spokane, WA 99201, and deliver a copy to the undersigned **WITHIN SEVEN (7) DAYS OF THE DATE OF THIS NOTICE**. IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE APPLICATION WITHOUT FURTHER NOTICE.

    DATED this 6th day of February, 2019.

/s/ MARK D. WALDRON
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

NOTICE OF APPLICATION FOR ORDER APPROVING
EMPLOYMENT OF CONSULTANT FOR CHAPTER 11 TRUSTEE

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC11    Doc 156    Filed 02/06/19    Entered 02/06/19 09:11:20    Pg 1 of 1