MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11
Response Deadline: February 13, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**DECLARATION OF SERVICE OF NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF CONSULTANT FOR CHAPTER 11 TRUSTEE**

**I, DIANA L. ATKINS**, declare under penalty of perjury as follows:

1. I am over the age of majority and am competent to make this Declaration based upon my personal knowledge.

2. I am an employee of Mark D. Waldron, the Court-appointed Chapter 11 Trustee in the above proceeding.

3. On February 6, 2019, I cause to be forwarded, via electronic notification, a copy of the Notice of Application for Order Approving Employment of Consultant for Chapter 11 Trustee in the above proceeding to all parties registered with CM/ECF in this case.

3. On February 6, 2019, as to those parties not registered with CM/ECF, I placed in the United States mails, postage prepaid by first class mail, a copy of the Notice of Application for Order Approving Employment of Consultant for Chapter 11 Trustee in the above proceeding to all parties currently listed on the Clerk's Master Mailing List.

4. I make the foregoing statements under penalty of perjury.

**DATED** this 6th day of February, 2019.

/s/ DIANA L. ATKINS
DIANA L. ATKINS

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

DECLARATION OF SERVICE