UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: Giga Watt, Inc.    Case Number: 18-03197-11

**APPLICATION FOR AWARD OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 USC 330, AND FOR APPROVAL OF THE PAYMENT OF BANK FEES**

Name of Applicant: Timothy R. Fischer of Winston & Cashatt, Lawyers
Position of Applicant: Attorney
Application Number: Final    ☐ Interim    ■ Final

The undersigned applicant applies to the court for an award or allowance of compensation for services rendered and for reimbursement of expenses incurred in the above entitled case pursuant to 11 USC 330 *(or USC 331 if an interim application)*, and for approval of the payment of bank fees pursuant to sections 363 and 503(b). This application is supported by the following information and attached documents.

I. *(If applicant is employee of trustee, debtor in possession or creditors committee)*
   Date of Entry of Order Approving Employment: 1/15/19

II. Dates Covered by this Application: 11/20/18 to 1/29/19

III. The name, position, hourly rate, total time spent and amount requested for all compensation for services rendered by each person covered by this application, in connection with this case, is as follows *(if this is the FIRST Application, include **ALL** time and amounts, both pre- and post-petition in this Application)*:

| Name | Position | Hourly Rate | Total Time | Amount Requested |
|---|---|---|---|---|
| Timothy R. Fischer | Attorney | $ 300.00 | 125.20 | $ 37,560.00 |
| Darren M. Digiacinto | Attorney | $ 300.00 | 1.60 | $ 480.00 |
| Nancy L. Isserlis | Attorney | $ 350.00 | 12.20 | $ 4,270.00 |
| Mary Myers | Paralegal | $ 130.00 | 12.60 | $ 1,638.00 |
| Alisha Smithson | Paralegal | $ 150.00 | 2.30 | $ 345.00 |
|  |  | $ |  | $ 0.00 |
| **Totals** |  |  | 153.90 | $ 44,293.00 |

IV. Total amount of REIMBURSEMENT of expenses requested by this application in connection with this case *[if this is the **FIRST** Application, include **ALL** costs (including filing fees), both pre- and post-petition]*:    $ 201.67

V. Total of Compensation and Reimbursement requested:    $ 44,494.00

VI. *(If applicant is a trustee)* The maximum amount of compensation allowable under 11 USC 326(a) is: $ 0.00 _____.

VII. *(If applicant is an employee of trustee, debtor in possession or creditors committee).* All compensation for services rendered and reimbursement of expenses incurred for which award is sought were necessary to the administration of the case, beneficial to the estate, and does not include any unnecessary duplication of services.

☐ Yes ☐ No ☒ N/A *(If answer is NO, attach an explanation.)*

VIII. *(If applicant is the attorney for the debtor)* All compensation for services rendered and reimbursement for expenses incurred for which award is sought for representing the interests of the debtor(s) were necessary and beneficial to the debtor(s) in connection with the case.

☒ Yes ☐ No ☐ N/A *(If answer is NO, attach an explanation.)*

IX. Compensation or reimbursement previously received has been shared with another entity, or an agreement or understanding exists between the applicant and any other entity for sharing of compensation received or to be received for services rendered in or in connection with this case, except as a member or regular associate of a firm of lawyers.

☐ Yes ☒ No *(If answer is YES, attach an explanation.)*

X. Attached to this application, and made part of this application are the following supporting documents:

a. ☒ Statement of Money or Property Received or Promised Other than by Applicant *(required in all cases, LF 2016A);*

b. ☒ Summary Supporting Application for Compensation for Services or Reimbursement of Expenses *(required in all cases, LF 2016B);*

c. ☒ Itemization of Services Rendered *(required; itemization must be by project category if cumulative compensation exceeds $10,000);*

d. ☒ Itemization of Expenses *(required)*; and

e. ☒ Narrative Summary *(required if cumulative compensation exceeds $10,000, LF 2016C).*

XI. Bank Fees: $ 0.00 _____

The undersigned Applicant states under penalty of perjury that the representations contained in this application and attachments are true and correct to the best of the applicant's knowledge and belief.

DATED: _____       _____
                                                                         *(Signature of Applicant)*
Name:     Timothy R. Fischer
Position: Attorney
Address: 601 W. Riverside, Suite 1900
Phone:    509-838-6131
Fax:       509-838-1416
Email:    trf@winstoncashatt.com

APPLICATION FOR COMPENSATION AND REIMBURSEMENT - 2

Local Form 2016A (9/99)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: Giga Watt, Inc.    Case Number: 18-03197-11

**STATEMENT OF MONEY OR PROPERTY RECEIVED OR PROMISED
IN CONNECTION WITH THIS CASE OTHER THAN BY APPLICATION OR A PLAN**

Name of Applicant: Timothy R. Fischer of Winston and Cashatt, Lawyers
Position of Applicant: Attorney for Debtor
Application Number: Final

☐ No Money or property was received or promised other than by application as a part of a Chapter 13 Plan.

(a) Money or things of value received other than by application or as part of a Chapter 13 Plan:

    (1) Amount received by attorney or firm for filing fee    $ 1,717.00

    (2) Amount received before the order for relief by attorney or firm for services and costs    $ 15,085.00

    (3) Amount received after the order for relief by attorney or firm for services and costs    $

    (4) Value of any property or service given to attorney or firm as payment of fees and costs
        Description:    $

    (5) Total of entries 1, 2, 3 and 4    $ 16,802.00

    (6) Amount remaining in client trust account    $ 33,198.00

(b) Amount applied to filing fee and services
*(Subtract entry (a)(6) from entry (a)(5))*    $ 0.00

(c) Money promised:
Nature of arrangement for promise of payment:    $

(d) Total amount and value of all money or property received or promised other than by Application or a Chapter 13 Plan *(items (a)(5) and (c))*    $ 0.00

(e) Other Items *(Value and description of any liens, guarantees, security interests or promissory notes):*
N/A

(f) Source of Payment of Promise *(If other than the debtor, identify entity and relationship to the debtor):*
N/A

STATEMENT OF MONEY OR PROPERTY RECEIVED

Local Form 2016B (3/02)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: Giga Watt, Inc.  Case Number: 18-03197-11

## SUMMARY SUPPORTING APPLICATION FOR COMPENSATION FOR SERVICES OR REIMBURSEMENT OF EXPENSES

Name of Applicant: Timothy R. Fischer of Winston & Cashatt, Lawyers
Position of Applicant: Attorney
Application Number: Final

| Sequential # | | Applied for | Awarded | Received |
|---|---|---|---|---|
| A<br>Receipts other than by Application *(Transfer from (b) of Application LF 2016A)* | Date<br>Compensation<br>Expenses | | | 11/19/2019<br>$ 15,085.00<br>$ 1,717.00 |
| Prior Application<br>#_____ | Date<br>Compensation<br>Expenses | $_____<br>$_____ | $_____<br>$_____ | $_____<br>$_____ |
| Prior Application<br>#_____ | Date<br>Compensation<br>Expenses | $_____<br>$_____ | $_____<br>$_____ | $_____<br>$_____ |
| Prior Application<br>#_____ | Date<br>Compensation<br>Expenses | $_____<br>$_____ | $_____<br>$_____ | $_____<br>$_____ |
| Present Application *(Transfer totals from III & IV of Application)* # Final | Date<br>Compensation<br>Expenses | 1/29/2019<br>$ 44,293.00<br>$ 201.67 | | |
| Totals<br><br>B | Compensation<br>Expenses<br><br>Total Comp. + Exp. | $ 44,293.00<br>$ 201.67<br>$ 44,494.67 | $ 0.00<br>$ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00<br>$ 0.00 |

SUMMARY SUPPORTING APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: Giga Watt, Inc.   Case Number: 18-03197-11

# NARRATIVE SUMMARY
(Required by LBR 2016-1(b)(1)(A) where
requested compensation exceeds $10,000.00)

Name of Applicant: Timothy R. Fischer of Winston & Cashatt, Lawyers
Position of Applicant: Attorney
Application Number: **Final**

I. **Background of the Case:**

Debtor is a crypto currency mining facilitator. A combination of declining revenue due to drop in crypto currency pricing as well as lack of investment in remaining construction led to the filing. An eviction hearing prompted the timing of the filing.

II. **Financial Condition of the Estate:**

   A. **Profit and Loss:** Unknown

   B. **Amount of Cash on Hand or on Deposit:**

   C. **Amount of Accrued Unpaid Administrative Expenses:**

   D. **Amount of Unencumbered Funds in the Estate:**

III. **Status of the Case:**

Applicant does not know current status of the case, other than that a Chapter 11 Trustee was appointed.

IV. **Description of Tasks or Projects for which Compensation is Sought:**

Case Administration; drafting and filing schedules; Approval of Debtor in Possession Financing; 341 Meeting, ect.

V. **If a Chapter 11 Case:**

   A. **Status of the Plan and Disclosure Statement:**

      Unknown

   B. **Status of Submission of Monthly Operating Statements:**

      Unknown

   C. **Payment of Quarterly U.S. Trustee Fees:** N/A

VI. **Other Information:**

**Client Sort: Giga Watt, Inc.**

**Matter Type: WA-Hourly**

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| **Task Code: B1 – Asset Analysis and Recovery** | | | | | | | | |
| 11/29/2018 | TRF | Telephone conference with Mark Morrison. | FWA | B1 | 0.50 | 300.00 | 150.00 | 150.00 |
| 12/17/2018 | TRF | Attend hearing on Cash Collateral; upload order | FWA | B1 | 0.90 | 300.00 | 270.00 | 270.00 |
| **Task Code: B1** | | | | | 1.40 | | 420.00 | 420.00 |
| **Task Code: B10 – Litigation** | | | | | | | | |
| 11/27/2018 | TRF | Email correspondence with client; continue work on cash collateral motion; and applications. | FWA | B10 | 1.80 | 300.00 | 540.00 | 540.00 |
| 11/27/2018 | TRF | Telephone conference with creditor attorney. | FWA | B10 | 0.40 | 300.00 | 120.00 | 120.00 |
| 12/20/2018 | NLI | Attend court hearing re cash collateral. | FWA | B10 | 1.20 | 350.00 | 420.00 | 420.00 |
| 12/24/2018 | NLI | Attend court hearing and debrief. | FWA | B10 | 1.50 | 350.00 | 525.00 | 525.00 |
| 12/17/2018 | TRF | Handle lease rejection issues and remaining property at location; telephone conference with attorney for Lessor | FWA | B10 | 0.60 | 300.00 | 180.00 | 180.00 |
| **Task Code: B10** | | | | | 5.50 | | 1,785.00 | 1,785.00 |
| **Task Code: B11 – Meeting of Creditors** | | | | | | | | |
| 01/16/2019 | TRF | Prep for 341 | FWA | B11 | 1.00 | 300.00 | 300.00 | 300.00 |
| 01/16/2019 | TRF | Drive to 341 | FWA | B11 | 3.00 | 300.00 | 900.00 | 900.00 |

# Winston & Cashatt Lawyers, P.S.
## WinCash Listing

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | TRF | Drive from 341 | FWA | B11 | 3.00 | 300.00 | 900.00 | 900.00 |
| 01/16/2019 | TRF | Meet with Debtor rep and attend 341 | FWA | B11 | 4.50 | 300.00 | 1,350.00 | 1,350.00 |
| 01/16/2019 | TRF | To Timothy R. Fischer for travel to Wenatchee for Creditors Meeting. | CC | B11 | 1.00 | 201.67 | 201.67 | 201.67 |
| 01/08/2019 | TRF | Telephone conference with trustee re: 341 | FWA | B11 | 0.10 | 300.00 | 30.00 | 30.00 |
| 01/08/2019 | TRF | Telephone conference with creditors re: 341 | FWA | B11 | 0.20 | 300.00 | 60.00 | 60.00 |
| 01/15/2019 | TRF | Emails with Creditors Committee and telephone conference re: 341 and closing of sites; telephone conference with Golubchuk re: 341; prep for 341 and telephone conference with Heather | FWA | B11 | 1.40 | 300.00 | 420.00 | 420.00 |
| | | | | **Task Code: B11** | **14.20** | | **4,161.67** | **4,161.67** |
| | | **Task Code: B12 - Plan and Disclosure Statement** | | | | | | |
| 11/28/2018 | DMD | Review emails from client re: case planning. | FWA | B12 | 0.20 | 300.00 | 60.00 | 60.00 |
| | | | | **Task Code: B12** | **0.20** | | **60.00** | **60.00** |
| | | **Task Code: B13 - Relief from Stay Proceedings** | | | | | | |
| 01/14/2019 | TRF | Review/edits to objection to Relief from Stay; edits to SOFA | FWA | B13 | 1.80 | 300.00 | 540.00 | 540.00 |
| 01/15/2019 | TRF | Review reply in support of MRS | FWA | B13 | 0.30 | 300.00 | 90.00 | 90.00 |
| 01/17/2019 | TRF | Prep for and attend hearing on MRS; Cash Collateral and Appointment of Ch 11 Trustee; Draft and file Objection to Trustee Appointment; emails with client | FWA | B13 | 4.20 | 300.00 | 1,260.00 | 1,260.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 7 of 17

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| **Task Code: B2 — Asset Disposition** | | | | **Task Code: B13** | 6.30 | | 1,890.00 | 1,890.00 |
| 11/27/2018 | DMD | Review offer from Heritage Global re: Equip. Purchase. | FWA | B2 | 0.10 | 300.00 | 30.00 | 30.00 |
| 01/04/2019 | TRF | Review ▓▓▓▓ telephone conference with Max; review email to client re: Withdraw | FWA | B2 | 1.60 | 300.00 | 480.00 | 480.00 |
| **Task Code: B3 — Business Operations** | | | | **Task Code: B2** | 1.70 | | 510.00 | 510.00 |
| 11/29/2018 | DMD | Review email from H. Mulhall about financials. | FWA | B3 | 0.20 | 300.00 | 60.00 | 60.00 |
| 12/06/2018 | DMD | Review email from client re: funding utilities. | FWA | B3 | 0.10 | 300.00 | 30.00 | 30.00 |
| 11/28/2018 | NLI | Receipt and review information received. Telephone conference with Andrey re Chapter 11. | FWA | B3 | 2.50 | 350.00 | 875.00 | 875.00 |
| 12/03/2018 | NLI | Receipt and review information received re cash collateral needs and operations. | FWA | B3 | 2.10 | 350.00 | 735.00 | 735.00 |
| 01/08/2019 | TRF | Telephone conference with Heather at Giga Watt; telephone conference with Investor attorney | FWA | B3 | 0.50 | 300.00 | 150.00 | 150.00 |
| 12/20/2018 | NLI | Review ongoing cash needs going forward. | FWA | B3 | 1.00 | 350.00 | 350.00 | 350.00 |
| 01/03/2019 | NLI | Conference with T. Fischer re current issues. Receipt and review materials received re pleadings filed. | FWA | B3 | 2.30 | 350.00 | 805.00 | 805.00 |

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/17/2018 | TRF | Telephone conference with US Trustee; emails with Mulhall re: DIP account; emails re: PUD shutoff; draft motion for continued cash collateral and work on Amended SOFA | FWA | B3 | 1.80 | 300.00 | 540.00 | 540.00 |
| 12/31/2018 | TRF | Work on financials updating and amended documents | FWA | B3 | 1.30 | 300.00 | 390.00 | 390.00 |
| 01/02/2019 | TRF | Review financials continued | FWA | B3 | 0.80 | 300.00 | 240.00 | 240.00 |
| 01/03/2019 | TRF | 2 telephone conferences with Heather re: Activities | FWA | B3 | 0.40 | 300.00 | 120.00 | 120.00 |
| 01/03/2019 | TRF | Review financials w/ ▉ review | FWA | B3 | 0.80 | 300.00 | 240.00 | 240.00 |
| 01/08/2019 | TRF | Work on Amended Schedules and SOFA | FWA | B3 | 1.60 | 300.00 | 480.00 | 480.00 |
| | | | | Task Code: B3 | 15.40 | | 5,015.00 | 5,015.00 |
| | | **Task Code: B4 — Case Administration** | | | | | | |
| 11/21/2018 | MLM | Arrange for filing of notices of appearance (NLI, DPG, TRF & DMD). | FWA | B4 | 0.50 | 130.00 | 65.00 | 65.00 |
| 11/21/2018 | MLM | Begin drafting application to employ attorneys. | FWA | B4 | 1.00 | 130.00 | 130.00 | 130.00 |
| 11/29/2018 | MLM | Finalize employment application; prepare notice, certificate of service and draft order. | FWA | B4 | 0.70 | 130.00 | 91.00 | 91.00 |
| 11/30/2018 | MLM | Receive signed application for employment; online for creditor matrix; scan application, notice and certificate of service; online to file and arrange for mailing; calendar objection deadline. | FWA | B4 | 1.00 | 130.00 | 130.00 | 130.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 9 of 17

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2018 | MLM | Prepare motion to extend time for initial filings along with notice and certificate of service; online for master mailing list. | FWA | B4 | 0.50 | 130.00 | 65.00 | 65.00 |
| 12/06/2018 | MLM | Finalize initial pleadings; print for TRF's review. | FWA | B4 | 0.60 | 130.00 | 78.00 | 78.00 |
| 12/06/2018 | MLM | Prepare declaration of TRF re UCCs (X3) and declaration of Heather Mulhall. | FWA | B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 12/06/2018 | MLM | Draft proposed order on use of possible cash collateral, motion and notice to shorten time, notice of motion re cash collateral. | FWA | B4 | 1.00 | 130.00 | 130.00 | 130.00 |
| 12/07/2018 | MLM | Online to file Declaration of Heather Mulhall and Declaration of Timothy R. Fischer. | FWA | B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 12/10/2018 | TRF | Finalize draft schedules and send to Andrey and Heather; telephone conference with Heather re: expenses. | FWA | B4 | 2.30 | 300.00 | 690.00 | 690.00 |
| 12/11/2018 | MLM | Review scan of Schedules and Equity Security Holders; online and file. | FWA | B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 12/12/2018 | MLM | Edits (X2) to statement of financial affairs; call to Heather Mulhall for information for one question. | FWA | B4 | 0.50 | 130.00 | 65.00 | 65.00 |
| 12/13/2018 | MLM | Prepare draft notice of hearing on cash collateral. | FWA | B4 | 0.20 | 130.00 | 26.00 | 26.00 |
| 12/13/2018 | MLM | Online for MML; prepare certificate of service; edits (X4) to Notice of Hearing; scan and online to file notice of hearing, proposed stipulated interim order on cash collateral and certificate of service to Clerk's Master Mailing List; calendar hearing date & time. | FWA | B4 | 1.00 | 130.00 | 130.00 | 130.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 10 of 17

# Winston & Cashatt Lawyers, P.S.
## WinCash Listing

| Date | Prof | Narrative | Activity Code / Task Code / Component | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|
| 12/17/2018 | MLM | Online for clerk's master mailing list; prepare notice of final hearing on use of cash collateral; prepare certificate of service; copies and arrange for service; online and file notice and certificate; upload stipulated order. | FWA B4 | 1.00 | 130.00 | 130.00 | 130.00 |
| 12/19/2018 | MLM | Draft Emergency Motion; draft Proposed Order re Emergency Motion. | FWA B4 | 1.50 | 130.00 | 195.00 | 195.00 |
| 12/20/2018 | MLM | Draft declaration of Andrey Kuzenny. | FWA B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 12/20/2018 | MLM | Prepare notice of hearing. | FWA B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 12/20/2018 | MLM | Scan motion and declaration; online and file emergency motion and declaration of Andrey Kuzenny. | FWA B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 11/20/2018 | TRF | Work on schedules; telephone conference with Debtor's state court attorney | FWA B4 | 2.90 | 300.00 | 870.00 | 870.00 |
| 11/20/2018 | TRF | Supplements to petition | FWA B4 | 0.80 | 300.00 | 240.00 | 240.00 |
| 11/21/2018 | TRF | Emails re: ▓▓▓▓▓; work on supplements and additional information for schedules; telephone conference with client | FWA B4 | 3.90 | 300.00 | 1,170.00 | 1,170.00 |
| 11/21/2018 | TRF | Emails with Trustee and client re: IDI | FWA B4 | 0.20 | 300.00 | 60.00 | 60.00 |
| 11/26/2018 | TRF | Continue with cash collateral motion | FWA B4 | 0.90 | 300.00 | 270.00 | 270.00 |
| 11/27/2018 | TRF | Review leases and emails re: Executive Flight Lease; continue with Schedules; emails with trustee | FWA B4 | 2.50 | 300.00 | 750.00 | 750.00 |

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 11/28/2018 | TRF | Emails with creditors and telephone conference with creditors and investors counsel | FWA | B4 | 0.30 | 300.00 | 90.00 | 90.00 |
| 11/28/2018 | TRF | Emails with client; emails with SEC; continue with Schedules and initial pleadings; telephone conference with Heather; review GigaPlex issue | FWA | B4 | 4.20 | 300.00 | 1,260.00 | 1,260.00 |
| 11/29/2018 | TRF | Telephone conference with Heather; continue with filings | FWA | B4 | 0.80 | 300.00 | 240.00 | 240.00 |
| 11/30/2018 | TRF | IDI Interview with US Trustee; emails to Moran; telephone conference with client | FWA | B4 | 1.60 | 300.00 | 480.00 | 480.00 |
| 11/30/2018 | TRF | Emails to client; work with Heather on schedules and pleadings; employment application; work on Order for case Scheduling | FWA | B4 | 3.80 | 300.00 | 1,140.00 | 1,140.00 |
| 12/03/2018 | TRF | Draft motion to extend time to file initial documents; continue drafting schedules and acquiring background information; multiple telephone conferences with client | FWA | B4 | 2.10 | 300.00 | 630.00 | 630.00 |
| 12/04/2018 | TRF | Continue with Schedules; SOFA and emails and telephone conference with Heather | FWA | B4 | 2.90 | 300.00 | 870.00 | 870.00 |
| 12/05/2018 | TRF | Continue with initial filings; emails re: Insurance | FWA | B4 | 1.20 | 300.00 | 360.00 | 360.00 |
| 12/05/2018 | TRF | Emails re: leases; review MRS filed by Executive Flight; finalize and file motion to use cash collateral | FWA | B4 | 2.10 | 300.00 | 630.00 | 630.00 |
| 12/06/2018 | TRF | Emails with trustee; review expenditures for Cash Collateral from client; review perfection of lien notice | FWA | B4 | 1.20 | 300.00 | 360.00 | 360.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 12 of 17

| Date | Prof | Narrative | Activity Code Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|
| 12/07/2018 | TRF | Draft Decl. of expenses and decl of Fischer for Cash Coll. and file; emails and telephone conference with Heather | FWA B4 | 1.20 | 300.00 | 360.00 | 360.00 |
| 12/07/2018 | TRF | Continue with Schedules; review utilities status; emails with client and telephone conference | FWA B4 | 1.60 | 300.00 | 480.00 | 480.00 |
| 12/10/2018 | TRF | Insurance emails with Trustee; continue with Schedule edits after discussion with Trustee; emails with WA Trust re: DIP Bank Acct; emails with Vanessa Rollins re: Clever Capital Lease and review lease | FWA B4 | 1.60 | 300.00 | 480.00 | 480.00 |
| 12/11/2018 | TRF | Telephone conference with Kazemba re: Giga Plex cash collateral; finalize/file schedules | FWA B4 | 2.90 | 300.00 | 870.00 | 870.00 |
| 12/11/2018 | TRF | Draft/file Shareholders; work on Cash Collateral Order | FWA B4 | 0.90 | 300.00 | 270.00 | 270.00 |
| 12/12/2018 | TRF | Continue with Cash Collateral Order edits and agreements; emails with Kazemba; telephone conference with Heather; email with Trustee | FWA B4 | 1.70 | 300.00 | 510.00 | 510.00 |
| 12/13/2018 | TRF | Handle payroll issues; emails with client; emails with Bank re: DIP Account; finalize proposed cash Coll order and send to Giga Plex; telephone conference with trustee's office re: Questions regarding Bitcoin transactions and DIP account; emails with trustee; Draft Stipulated Cash Collateral Motion edits | FWA B4 | 4.30 | 300.00 | 1,290.00 | 1,290.00 |
| 12/14/2018 | TRF | Telephone conference with Kazemba; finalize cash collateral order and stipulation edits; telephone conference with Court re; Hearing | FWA B4 | 2.30 | 300.00 | 690.00 | 690.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 13 of 17

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/17/2018 | TRF | Prep for hearing on Cash Collateral; finalize order changes | FWA | B4 | 1.20 | 300.00 | 360.00 | 360.00 |
| 01/04/2019 | MLM | Prepare notices of withdrawal as attorneys for debtor (X4) and certificate of service | FWA | B4 | 0.50 | 130.00 | 65.00 | 65.00 |
| 01/07/2019 | MLM | Edit date in notices of withdrawal for objection period; prepare certificate of service; online for MML; online and file withdrawals and certificate of service; calendar notice period | FWA | B4 | 0.50 | 130.00 | 65.00 | 65.00 |
| 11/29/2018 | NLI | Telephone conference with M. Morrison; telephone conference with potential investors. Telephone conference with J. Friendland | FWA | B4 | 1.60 | 350.00 | 560.00 | 560.00 |
| 01/14/2019 | ARS | Reviewed and edits to Objection to Motion for Relief from Automatic Stay. | FWA | B4 | 0.30 | 150.00 | 45.00 | 45.00 |
| 01/14/2019 | ARS | Finalized Objection and printed for TRF signature. Scanned, uploaded and filed with the court. | FWA | B4 | 0.20 | 150.00 | 30.00 | 30.00 |
| 01/14/2019 | ARS | Draft the Certificate of Service for filing the Objection. Scanned and uploaded and filed with the court. | FWA | B4 | 0.30 | 150.00 | 45.00 | 45.00 |
| 01/15/2019 | MLM | Online to upload out employment order | FWA | B4 | 0.30 | 130.00 | 39.00 | 39.00 |
| 01/16/2019 | ARS | Created binder with pleadings for the 341 Hearing. | FWA | B4 | 0.40 | 150.00 | 60.00 | 60.00 |
| 01/22/2019 | ARS | Draft Motion to Seal Documents and Order on Motion to Seal. Printed for TRF review and edits. | FWA | B4 | 0.50 | 150.00 | 75.00 | 75.00 |
| 01/07/2019 | TRF | Draft motion to withdraw as counsel and notice | FWA | B4 | 0.50 | 300.00 | 150.00 | 150.00 |

# Winston & Cashatt Lawyers, P.S.
## WinCash Listing

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | ARS | Finalized Order Authorizing Withdrawal as Attorney. Printed and scanned to be uploaded. Filed with the Court. | FWA | B4 | 0.30 | 150.00 | 45.00 | 45.00 |
| 01/23/2019 | ARS | Filed Amended Statement of Financial Affairs. Draft Certificate of Service and filed with the Court. | FWA | B4 | 0.30 | 150.00 | 45.00 | 45.00 |
| 01/24/2019 | TRF | Emails with US Trustee and Creditors Committee | FWA | B4 | 0.30 | 300.00 | 90.00 | 90.00 |
| 01/23/2019 | TRF | Emails with Kazenba and telephone conference with Trustee; File Amended SOFA | FWA | B4 | 0.40 | 300.00 | 120.00 | 120.00 |
| 01/22/2019 | TRF | Draft and File Sealed Motion; emails with parties re: Sealed Documents | FWA | B4 | 0.80 | 300.00 | 240.00 | 240.00 |
| 01/21/2019 | TRF | Emails with Committee and work on Amended Docs to be filed | FWA | B4 | 0.30 | 300.00 | 90.00 | 90.00 |
| | | | | **Task Code: B4** | 70.20 | | 18,653.00 | 18,653.00 |
| | | **Task Code: B5 - Claims Administration and Objections** | | | | | | |
| 11/26/2018 | DMD | Telephone conference with M. Morrison re: questions and information needed from Andre. Review multiple creditor emails, including inspection notice from Executive Flight. Work on list of information needed regarding multiple leases. | FWA | B5 | 0.80 | 300.00 | 240.00 | 240.00 |
| | | | | **Task Code: B5** | 0.80 | | 240.00 | 240.00 |
| | | **Task Code: B7 - Fee/Employment Applications** | | | | | | |
| 01/10/2019 | TRF | Work on Fee Application | FWA | B7 | 0.80 | 300.00 | 240.00 | 240.00 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 15 of 17

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | TRF | Draft fee application | FWA | B7 | 2.00 | 300.00 | 600.00 | 600.00 |

**Task Code: B9 - Financing**                                                                                                    **Task Code: B7**

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/19/2018 | TRF | Work on Motion for DIP financing and related emails. | FWA | B9 | 1.20 | 300.00 | 360.00 | 360.00 |
| 12/24/2018 | TRF | Prep for hearing; emails with clients | FWA | B9 | 1.80 | 300.00 | 540.00 | 540.00 |
| 12/24/2018 | TRF | Attend court hearing on interim financing | FWA | B9 | 1.40 | 300.00 | 420.00 | 420.00 |
| 12/23/2018 | TRF | Edit Declarations and file pleadings for Financing; emails with Giga Plex attorney and telephone conference | FWA | B9 | 2.30 | 300.00 | 690.00 | 690.00 |
| 12/19/2018 | TRF | Telephone conference with Lender and affiliated parties; emails with client re: Financing; review proposal; review research and begin drafting motion for financing | FWA | B9 | 5.50 | 300.00 | 1,650.00 | 1,650.00 |
| 12/20/2018 | TRF | Finalize motion draft to authorize financing; finalize declarations; telephone conference with Hanes; telephone conference with Creditors; multiple telephone conference with Lender and client; review objections | FWA | B9 | 4.60 | 300.00 | 1,380.00 | 1,380.00 |
| 12/20/2018 | TRF | Prep for and attend hearing on financing | FWA | B9 | 2.60 | 300.00 | 780.00 | 780.00 |
| 12/21/2018 | TRF | Work on amendments to financing motion; drafting declarations; multiple telephone conference with client and with Heather | FWA | B9 | 5.70 | 300.00 | 1,710.00 | 1,710.00 |

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2018 | TRF | Work on DIP financing; telephone conference with lenders attorney and client; emails with same; telephone conference with Mulhall and emails re: budget review and upcoming expenses; review term sheet | FWA | B9 | 3.20 | 300.00 | 960.00 | 960.00 |
| 12/26/2018 | TRF | Continued attempts for DIP financing options; examine budgets and cash needs | FWA | B9 | 1.30 | 300.00 | 390.00 | 390.00 |
| 12/27/2018 | TRF | Work on continued DIP potential loan and amended schedules | FWA | B9 | 1.90 | 300.00 | 570.00 | 570.00 |
| 12/28/2018 | TRF | Telephone conference with Max and client re: New financing; expected production and production schedule; review new financials from Heather; continued DIP financing | FWA | B9 | 3.20 | 300.00 | 960.00 | 960.00 |
| | | | | **Task Code: B9** | 34.70 | | 10,410.00 | 10,410.00 |
| 11/21/2018 | DMD | Review D. Kazemba request re: cash collateral for UCC filing. | FWA | L110 | 0.20 | 300.00 | 60.00 | 60.00 |
| | | **Task Code: L110 – Fact Investigation/Development** | | **Task Code: L110** | 0.20 | | 60.00 | 60.00 |
| 11/26/2018 | TRF | Work on needed cash collateral motion and utilities motion. | FWA | L210 | 2.30 | 300.00 | 690.00 | 690.00 |
| | | **Task Code: L210 – Pleadings** | | **Task Code: L210** | 2.30 | | 690.00 | 690.00 |
| | | | | **Matter Type: WA-Hourly** | 154.90 | | 44,494.67 | 44,494.67 |
| | | | | **Client Sort: Giga Watt, Inc.** | 154.90 | | 44,494.67 | 44,494.67 |
| | | | | **Grand Total:** | 154.90 | | $44,494.67 | $44,494.67 |

18-03197-FPC7    Doc 159    Filed 02/07/19    Entered 02/07/19 15:45:35    Pg 17 of 17