TIMOTHY R. FISCHER, WSBA NO. 40075
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 1900
Telephone: (509)838-6131
trf@winstoncashatt.com

Response Deadline: 3/3/2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.,

Debtor.

Case No. 18-03197-11

**NOTICE OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**TO:** All Parties on the Master Mailing List;
**AND TO:** The Clerk of the Court; and
**AND TO:** The Office of the United States Trustee:

PLEASE TAKE NOTICE that Winston & Cashatt, Lawyers, and Timothy R. Fischer, has made a Final Application for Compensation for professional fees in the amount of $44,293.00 and costs in the amount of $201.67 for the period of November 20, 2018 through January 29, 2019.

This Application is for Final compensation.

The period of time covered by this Application is from **11/20/2018 through 1/29/2019.**

The name, position, hourly rate, total time spent and amount requested for each person covered by this Application is as follows:

NOTICE OF FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 160    Filed 02/07/19    Entered 02/07/19 15:58:29    Pg 1 of 3

## ATTORNEY

| Name | Position | Hourly Rate | Total Time | Amount Requested |
|---|---|---|---|---|
| Timothy R. Fischer | Attorney | $ 300.00 /hr | 125.20 | $37,560.00 |
| Darren M. Digiacinto | Attorney | $ 300.00 /hr | 1.60 | $ 480.00 |
| Nancy L. Isserlis | Attorney | $ 350.00 /hr | 12.20 | $ 4,270.00 |
| Mary Myers | Paralegal | $ 130.00 /hr | 12.60 | $ 1,638.00 |
| Alisha Smithson | Paralegal | $ 150.00 /hr | 2.30 | $ 345.00 |
| Totals | | | 153.90 hrs. | $44,293.00 |

Summary information as to this Application and all previous applications by sequential number is as follows:

| Sequential # | | Applied For | Awarded | Received |
|---|---|---|---|---|
| A<br>Receipts other than by Application | Date<br>Compensation<br>Expenses | | | 11/19/2018<br>15,085.00<br>1,717.00 |
| Present Application | Date<br>Compensation<br>Expenses | 1/29/2018<br>$ 44,293.00<br>$201.67 | | |
| Totals<br><br>B | Compensation<br>Expenses<br><br>Total Comp. + Exp. | $44,293.00<br>$201.67<br><br>$44,494.67 | | |

NOTICE OF FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

That Applicant has disclosed herein all compensation or reimbursement received or promised for services or reimbursement of expenses, except as stated above, relating to the above-entitled case?

☒YES ☐NO *If NO, provide detailed information as to amounts, dates and sources of payments or promises and any security taken:*

Complete copies of these applications and supporting documentation are available: (a) at the Clerk's Office of the U.S. Bankruptcy Court, located at 904 W. Riverside, Suite 304, Spokane, WA 99201; (b) online at https://ecf.waeb.uscourts.gov/cgi-bin/login.pl (a fee-based registration is required to access the information on this website), or (c) a copy may be obtained by submitting a written request to Timothy R. Fischer, Attorney for Debtor, at trf@winstoncashatt.com or (509) 838-1416 (fax).

**YOU ARE NOTIFIED** that any opposition to the above applications must be in writing, must be filed with the Clerk of the United States Bankruptcy Court, West 904 Riverside Avenue, Spokane, Washington 99201 (mailing address, PO Box 2164, Spokane, Washington 99210-2164), and must be served upon the undersigned counsel not later than 21 + 3 (24) days from the date of this Notice, or **February 22, 2019**.

If no objection is timely filed and served, the relief requested may be granted without a hearing and without further notice to you.

DATED this 7th day of January, 2019.

WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
TIMOTHY R. FISCHER, WSBA No. 40075
Attorney for Debtor in Possession

NOTICE OF FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES - Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 160   Filed 02/07/19   Entered 02/07/19 15:58:29   Pg 3 of 3