January 28, 2019

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WASHINGTON

PO Box 2164, Spokane, WA 99210-2164

Attn: HON. FREDERICK P. CORBIT
CASE NO. 18-03197-FPC11

In re:
GIGA WATT, INC.

I would like to make claim to equipment and resources invested in consideration of, and due to the proceedings against Giga Watt

A list of my Equipment and Invested Resources are as follows:

Deployed Equipment:

Quantity 20 Antminer D3, GigaWatt ID:

mnr11902, mnr11904, mnr11908, mnr11912, mnr11914, mnr11916, mnr11898, mnr11900, mnr11901, mnr11903, mnr11906, mnr11909, mnr11911, mnr11913, mnr11915, mnr11917, mnr11905, mnr11899, mnr13700, mnr13701


Quantity 10 Antminer L3, Gigawatt ID:

mnr9207, mnr9208, mnr9209, mnr9210, mnr9211, mnr9527, mnr9528, mnr9529, mnr9530, mnr9531


New Equipment (In Stores at the Giga Watt facility):

Quantity 2 Antminer D3
Quantity 2 Antminer S9


WTT Tokens, Qty 43,245 representing an investment of $49,731.75

I believe the company has been forced into bankruptcy as a result of unreasonable and prolonged delays in the permitting process. I believe the delays may have been intentional and are masked by gross negligence and incompetence on behalf of the Grant County Permitting and Electrical Services Planning of the Public Utility District and their intent from the beginning has been to run GigaWatt out of business. As I understand they actually installed a switching station and then were forced to tear it down and rebuild it.

I believe Giga Watt deserves every consideration in its request for leniency and an opportunity to establish itself as a profitable entity. I also request that I be allowed to retrieve all of my equipment from the Giga Watt facilities, that it be made available for pick up at their facility at the earliest possible convenience.

Sincerely,

Ken McCoy,

Pres/CEO
Northen Tier, Inc
ken@northentier.com
360-739-4837