**BEVERLY A. BENKA**
Clerk of Court



(509) 458-5300
www.waeb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

**OFFICE OF THE CLERK**
**904 W. RIVERSIDE AVENUE**
**PO BOX 2164**
**SPOKANE, WA 99210-2164**

February 8, 2019

Ken McCoy
Northen Tier, Inc.
1401 Woodstock Way, #103H
Bellingham, WA 98826

    Re:    GIGA WATT, INC.
            Bankruptcy Case No. 18-03197-FPC11

Dear Mr. McCoy:

I am responding to your letter dated January 28, 2019, and received by the court on February 5, 2019. The judge is prohibited from considering ex parte communications.

I urge you to consult with legal counsel to protect your rights and assist you in determining the best course of action. If you are asking for relief from automatic stay, a motion and order are required along with the requisite filing fee ($180). Information regarding the requisite documents and procedures can be found in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. Both are available on the court's website at www.waeb.uscourts.gov.

If you wish to file a proof of claim, the deadline in this case is February 18, 2019. A proof of claim can be filed electronically on the court's website by selecting Proof of Claim (ePOC) on the home page and entering the requested information.

Court staff cannot give legal advice or assist you with filling out forms. If you need additional information regarding procedures, please feel free to contact me at 509-458-5320.

Sincerely,


Beverly Benka
Clerk of Court