Pamela M. Egan, CA Bar No. 224758 (*pro hac vice* admission pending)
Paul H. Beattie, WSBA No. 30277
**CKR Law LLP**
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com
       pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, INC., a Washington corporation, | Chapter 11 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor | |

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee in the above-captioned case, has retained CKR Law LLP ("CKR") as counsel. Without waiving any issues, objections, or rights of any kind, CKR hereby provides its Notice of Appearance and association of counsel for the Chapter 11 Trustee.

**PLEASE TAKE FURTHER NOTICE** that CKR requests that all notices given or required, and all papers served in the above-captioned bankruptcy case, be delivered to and served upon the persons identified below at the following address:

NOTICE OF APPEARANCE - 1

Pamela M. Egan
Paul H. Beattie
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98104
T: (415) 297-0132
F: (206) 582-5001
E: pegan@ckrlaw.com
  pbeattie@ckrlaw.com

The above attorneys further request that they be placed on the Court's ECF notification and service list.

This Request for Notice encompasses all types of notice referred to in Rules 2002, 3017(d), 4001, 6006(c), 9010, and 9013 of the Federal Rules of Bankruptcy Procedure and specifically includes, without limitation, all requests, notices, motions, complaints, stipulations, settlement papers, proposed disclosure statements, plans of reorganization, and all other pleadings.

Dated: February 11, 2019

CKR Law LLP

_____
Pamela M. Egan, CA Bar No. 224758
(*Pro Hac Vice* admission pending)
Paul H. Beattie, WSBA No. 30277
506 2nd Avenue, 14th Floor
Seattle, WA 98104
T: (415) 297-0132
F: (206) 582-5001
E: pegan@ckrlaw.com
  pbeattie@ckrlaw.com

Attorneys for Mark D. Waldron,
in his capacity as the duly-appointed
Chapter 11 Trustee

NOTICE OF APPEARANCE - 2