OVERCAST LAW OFFICES, P.S.  HON. FREDERICK P. CORBIT
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
(509) 663-5588 tele
(509) 662-5508 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC.

CASE NO. 18-03197-FPC11

NOTICE OF HEARING

Debtor in Possession

PLEASE TAKE NOTICE that Giga Plex, LLC and MLDC1, LLC ("Creditors") hereby gives notice that the matter previously scheduled for an in-court hearing on February 13, 2019, at 2:00 pm shall be set for a telephonic status conference.

**THE HEARING WILL BE SET AS FOLLOWS:**

JUDGE: The Honorable Frederick P. Corbit

HEARING DATE: February 13, 2019 at 2:00 pm

VIA MEET ME TELEPHONIC: (509) 353-3183

DATED: February 11, 2019.

OVERCAST LAW OFFICES

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and MLDC1, LLC

NOTICE OF HEARING - 1

**OVERCAST LAW OFFICES**
**23 South Wenatchee Avenue, Suite 320**
**Wenatchee, Washington 98801**
**Telephone (509) 663-5588**