Pamela M. Egan (Pro Hac Vice Admission Pending)
Paul H. Beattie (WSBA No. 30277)
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98104
Telephone: (206) 696-9095
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

Attorneys for Mark D. Waldron, in his capacity as
duly-appointed Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>Debtor. | **Case No. 18-03197 FPC 11**<br><br>Chapter 11<br><br>**MOTION TO ADMIT ATTORNEY PAMELA M. EGAN PRO HAC VICE UNDER LOCAL CIVIL RULE 83.2(c)(3)**<br><br>**[No Hearing Requested]** |

Attorney Paul H. Beattie of CKR Law LLP respectfully moves this honorable Court under Eastern District of Washington LBR 9010-1 and Eastern District L. Civ. R. 83.2(c) for an order granting the *Pro Hac Vice* Admission of Pamela M. Egan ("Applicant"), who is Mr. Beattie's partner at CKR LAW LLP.

## Background

Applicant Egan is a member in good standing of the State Bar of California. Applicant's admission to the State Bar of Washington is pending and in its final stage. Applicant was sworn into the Washington Bar on Friday, January 25, 2019 and is awaiting assignment of a bar number. On receipt of that number, Applicant will file a petition for direct admission to this Court under Eastern District L. Civ. R. 83.2(a). As set forth below, Applicant's law partner, Paul H. Beattie, is a member

1

Motion to Admit *Pro Hac Vice*                                                                     CKR Law LLP

of the Washington State Bar and is admitted to practice before the United States District Court for the Eastern District of Washington (where he has practiced for many years) and before this honorable Court.

## Local CIVIL Rule 83.2(c)(4) Compliance

Movant and Applicant submit the following information as required by Eastern District L. Civ. R. 83.2(c)(4). The information is confirmed and attested to in the accompanying Declaration of Pamela M. Egan, Attorney.

**A.  Applicant's address and phone number.**

>Pamela M. Egan, Attorney
>CKR Law LLP
>506 2nd Avenue, 14th Floor
>Seattle, Washington 98104
>T: (415) 297-0132
>E: pegan@ckrlaw.com

**B.  Dates of admission to practice before other courts.**

>1989: Admitted to Oregon Bar (voluntarily resigned Oregon Bar in 2013)
>
>2002: Admitted to California Bar,
>U.S. District Court for the Northern District of California,
>U.S. District Court for the Eastern District of California, and
>U.S. District Court for the Central District of California

**C.  The name, address, and phone number of admitted counsel with whom the Applicant will be associated.**

>Paul H. Beattie, WSBA No. 30277
>CKR Law LLP
>506 2nd Avenue, 14th Floor
>Seattle, Washington 98104
>T: (206) 696-9095
>E: pbeattie@ckrlaw.com

### D. Necessity for Appearance by Applicant.

Chapter 11 Trustee (Waldron) believes that Applicant Egan's involvement in this case is critical. He has retained CKR Law LLP to represent him in this matter. As set forth in the Egan Declaration, Applicant, a graduate of Dartmouth College and Cornell Law School, is an experienced chapter 11 bankruptcy practitioner who speaks fluent Russian and has experience working with Russians in the insolvency context – all directly relevant to this case, which involves a troubled blockchain business with several Russian participants. Importantly, CKR Law LLP has one of the largest and most experienced blockchain practice groups in the United States: their knowledge and experience, tapped into and deployed by Ms. Egan, will allow the Chapter 11 Trustee to properly discharge his responsibilities in this factually and legally complex Chapter 11 proceeding.

### E. Disciplinary Sanctions by Any Court or Bar Association.

In 1996, the Oregon State Bar reprimanded Applicant for tricking an evasive witness into accepting a subpoena. In the more than twenty years since, Applicant has had no other disciplinary issues, has earned an AV rating for ethics and skill from Martindale Hubble, and has become a member of the honor society, Fellows of the American Bar Foundation.

### CONCLUSION

WHEREFORE, the duly-appointed Chapter 11 Trustee, through Attorney Paul Beattie, respectfully requests that the Court enter an Order:

3

Motion to Admit *Pro Hac Vice*     CKR Law LLP

18-03197-FPC11    Doc 167    Filed 02/12/19    Entered 02/12/19 11:06:13    Pg 3 of 4

1. Granting the Application in its entirety;

2. Allowing Applicant Egan to participate in this case on a *pro hac vice* basis until she receives her Washington Bar number and obtains direct admission to this Court; and

3. Granting any further relief the Court deems to be appropriate and just.

Dated: February 12, 2019

Respectfully Submitted,

CKR LAW LLP

By: _____
Paul H. Beattie (WSBA No. 30277)
506 2nd Avenue, 14th Floor
Seattle, WA 98104
Telephone: (206) 696-9095
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

Attorneys for Mark D. Waldron, Chapter 11 Trustee

Motion to Admit *Pro Hac Vice*

4

CKR Law LLP