Pamela M. Egan, CA Bar No. 224758 (*pro hac vice* admission pending)
Paul H. Beattie, WSBA No. 30277
**CKR Law LLP**
506 2nd Avenue, 14th Floor
Seattle, WA 98104
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com
       pbeattie@ckrlaw.com
*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**DECLARATION OF PAMELA M. EGAN IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE** |

I, Pamela M. Egan, being conscious of the penalties of perjury under Washington State and federal law, declare the following statements to be true and correct and based on my own personal knowledge and information.

I am a partner with CKR Law LLP. I provide the following information in support of the motion for my admission to practice before this Court *pro hac vice* until I am formally admitted to practice before the United States District Court for the Eastern District of Washington, which admission is imminent.

**A.   Applicant's address and phone number.**

CKR Law LLP
506 2nd Avenue, 14th Floor

DECL. IN SUPPORT OF PRO HAC VICE MOTION - 1

Seattle, Washington 98104
T: (415) 297-0132
E: pegan@ckrlaw.com

**B.  Dates of admission to practice before other courts.**

1989: Admitted to Oregon Bar (voluntarily resigned Oregon Bar in 2013)

2002: Admitted to California Bar;
U.S. District Court for the Northern District of California;
U.S. District Court for the Eastern District of California; and
U.S. District Court for the Central District of California.

**C.  The name, address, and phone number of admitted counsel with whom the applicant will be associated.**

Paul H. Beattie
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, Washington 98104
T: (206) 696- 9095
E: pbeattie@ckrlaw.com

**D.  The necessity for appearance by Applicant.**

The Chapter 11 Trustee has retained CKR Law LLP ("CKR") to represent him in the above-captioned case. I am an experienced chapter 11 bankruptcy practitioner, having practiced bankruptcy and insolvency law for over two (2) decades, including over a decade at nationally-known bankruptcy boutique Pachsulski Stang Ziehl & Jones LLP.

In addition to my significant bankruptcy and Chapter 11 experience, CKR Law also has an extensive bankruptcy and restructuring department, with attorneys experienced in representing Chapter 11 debtors, creditors' committees, secured and unsecured creditors, trustees, asset purchasers and sellers, and other parties in complex bankruptcy and insolvency proceedings in courts across the country.

DECL. IN SUPPORT OF PRO HAC VICE MOTION - 2

Moreover, I speak fluent Russian and have experience working with Russians in the insolvency setting and elsewhere. As this case involves various Russian parties, my language skills and experience will provide a relevant and valuable benefit to the Chapter 11 Trustee.

This bankruptcy matter also involves cutting-edge blockchain technology. CKR is particularly well-suited to represent the Chapter 11 Trustee in this Chapter 11 case, because CKR has one of the largest and most experienced blockchain practice groups in the United States. CKR's Blockchain Technology & Digital Currency practice group provides clients with sophisticated, value-added legal advice in legal matters involving bankruptcy, real estate, intellectual property, banking, finance, securities, corporate, crowdfunding, investment funds, employment, and litigation. Recently, my partner Alexandra Levin Kramer was named by ICO Alert (a blockchain trade group) as the only practicing attorney in the United States on their list of Top 40 Blockchain Influencers of 2018. CKR's knowledge and experience in blockchain and related issues will allow the Chapter 11 Trustee to discharge his duties is this factually and legally-complex Chapter 11 proceeding.

**E.  Disciplinary Sanctions by Any Court or Bar Association.**

In 1996, the Oregon State Bar reprimanded me for tricking an evasive witness into accepting a subpoena. In the more than twenty years since, I have had no other disciplinary issues, have earned an AV rating for ethics and skill from Martindale Hubble, and have become a member of the honor society, Fellows of the American Bar Foundation.

I understand that I am charged with knowing and complying with all Local

DECL. IN SUPPORT OF PRO HAC VICE MOTION - 3

Bankruptcy Rules for the Eastern District of Washington and the Local Rules for the United States District Court for the Eastern District of Washington.

I hereby declare under penalties of perjury that the foregoing statements are true, accurate, and correct to the best of my knowledge, information, and belief.

Signed in King Country, Washington.

February 11, 2019.

_____
Pamela M. Egan
CKR LAW LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98104
Telephone: (415) 582-5142
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com