Gretchen J. Hoog, WSBA 43248
Jeffrey M. Hawkinson, WSBA 31800
PEPPLE CANTU SCHMIDT PLLC
1000 Second Avenue, Suite 2950
Seattle, WA 98104
206.625.1711 / 206.625.1627 Fax

*Hon. Frederick P. Corbit*
*Chapter 11*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | NO. 18-03197-FPC11 |
|---|---|
| GIGA WATT INC., | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

PLEASE TAKE NOTICE that Gretchen J. Hoog and Jeffrey M. Hawkinson hereby request that notice of all motions, hearings and other matters relating to the above matter be served on the undersigned. The Clerk is requested to amend the matrix to include this address for ECF filings and mailing of future notices.

RESPECTFULLY SUBMITTED this 12th day of February, 2019.

PEPPLE CANTU SCHMIDT PLLC

By /s/ Gretchen J. Hoog
Gretchen J. Hoog, WSBA 43248
Jeffrey M. Hawkinson, WSBA 31800
ghoog@pcslegal.com; jhawkinson@pcslegal.com
1000 Second Avenue, Suite 2950
Seattle, WA 98104
206.625.1711 / 206.625.1627 Fax

REQUEST FOR SPECIAL NOTICE - 1

PEPPLE CANTU SCHMIDT, PLLC
1000 SECOND AVENUE, SUITE 2950
SEATTLE, WASHINGTON 98104
(206) 625-1710 - FACSIMILE (206) 625-1627

18-03197-FPC7    Doc 169    Filed 02/13/19    Entered 02/13/19 08:15:19    Pg 1 of 1