HONORABLE FREDERICK CORBIT

Shauna S. Brennan WSBA#36461
Brennan Legal Counsel Group PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
206-280-8349
888-423-6105 FAX
Sbrennan@outsidegeneralcounsel.com

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor in Possession

Case No. **18-03197-FPC11**

Chapter 11

**NOTICE OF APPEARANCE AND SPECIAL NOTICE REQUEST**

TO:    CLERK OF THE ABOVE-ENTITLED COURT

AND TO:    BIBA WATT INC.

    U.S.TRUSTEE

    ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that Shauna S. Brennan, of Brennan Legal Counsel Group, PLLC, hereby appears as counsel in this case on behalf of ECO Diversified Holdings, Inc., a Nevada corporation, a party in interest in these proceedings, and requests that pursuant to Rules

1

BRENNAN LEGAL COUNSEL GROUP , PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

NOTICE OF APPEARANCE

18-03197-FPC7   Doc 171   Filed 02/13/19   Entered 02/13/19 12:19:01   Pg 1 of 2

2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure of the United States Bankruptcy Code, 11 U.S.C. § 101-1532 all notices of motions or hearings, that must ve sent to creditors and/or all parties in interest, and any matters regarding adversary proceedings, executory contracts, creditor claims, contested matters, obtaining credit, relief from the automatic stay, or use, sale, or lease of property shall be served upon the following:

>Shauna S Brennan, Esq.
>Brennan Legal Counsel Group, PLLC
>14900 Interurban Ave S.
>Suite 271
>Tukwila, WA 98168
>PHONE: 206-280-8349
>FAX: 888-423-6105
>Email: Sbrennan@outsidegeneralcounsel.com

Electronic service through the Court filing system shall satisfy this notice request.

DATED this 13th day of February, 2019

>By: */s/Shauna S. Brennan*
>    Shauna S. Brennan, WSBA#36461
>    Attorney for Creditor ECO Diversified Holdings, Inc.

NOTICE OF APPEARANCE

2

BRENNAN LEGAL COUNSEL GROUP , PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

18-03197-FPC7    Doc 171    Filed 02/13/19    Entered 02/13/19 12:19:01    Pg 2 of 2