QUENTIN D. BATJER
DAVIS, ARNIEL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE, WA 98801
Telephone: 509-662-3551
Facsimile: 509-662-9074
quentin@dadkp.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

    Debtor in Possession.

NO. 18-03197-11

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on the 13th day of February, 2019, I called to be served a true and correct copy of the following documents:

1. Notice of Appearance; and

2. Certificate of Service

By U.S. mail (first class postage prepaid) to all parties listed on the Clerk's

CERTIFICATE OF SERVICE
Page 1

DAVIS ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

master Mailing List (attached) obtained this date.

DATED this 13th day of February, 2019.

                    DAVIS ARNEIL LAW FIRM
                    Attorneys for Plaintiff


                    By */s/QUENTIN D. BATJER*
                        QUENTIN D. BATJER
                        WSBA # 37951

CERTIFICATE OF SERVICE
Page 2
F:\QDB\DCPD\Contracts\Giga Watt\Bankruptcy\Certificate of Service.doc

DAVIS ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

18-03197-FPC7    Doc 175    Filed 02/13/19    Entered 02/13/19 13:19:35    Pg 2 of 7

bel Matrix for local noticing
80-2
se 18-03197-FPC11
STERN DISTRICT OF WASHINGTON
okane/Yakima
d Feb 13 08:41:23 PST 2019

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrea Sharp
268 Bush Street #2520
San Francisco, CA 94104-3503

drew Blyler
3 W Washington St
n Arbor, MI 48103-4233

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

ul H Beattie
w Offices of Paul H. Beattie
20 Se Steller Way
oqualmie, WA 98065-9004

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

)BAR CODES TALK  LLC
TN BRANDON GORDON
4 HALE AVENUE
OOKSVILLE FL 34601-3642

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Daniel J Bugbee
DBS Law
155 NE 100th Street
Suite 205
Seattle, WA 98125-8015

sby International, Inc.
Box 1457
ses Lake, WA 98837-0225

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

CTC Engineering, Inc.
Bodman PLC
Attn: Harvey W. Berman
201 South Division Street, Ste. 400
Ann Arbor, MI 48104-2259

nsolidated Electric Dist. Inc.
Box 398830
n Francisco, CA 94139-8830

Consolidated Electrical Distributors, Inc.
c/o Douglas R. Hookland, Attorney
Scott Hookland LLP
P.O. Box 23414
Tigard, OR 97281-3414

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

ug Black
5 Linda Lane
natchee, WA 98801-6010

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

Drew Behrens
525 N Larch Ave.
East Wenatchee, WA 98802-5047

ry W Dyer
S Trustee's Office
0 W Riverside Ave
ite 593
okane, WA 99201-1012

EAN Services, LLC
Mary E Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

n Ellison
S Law
5 NE 100th St., Suite 205
attle, WA 98125-8015

Benjamin A Ellison
Dbs Law
155 NE 100 St
Ste 205
Seattle, WA 98125-8015

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt
1000 Second Ave Suite 2950
Seattle, WA 98104-3604

erald City Statewide LLC
o Pepple Cantu Schmidt PLLC
00 Second Ave Suite 2950
attle, WA 98104-3604

Ernesto Pedrera
7601 E Treasure DR, apt 1023
apt 1023
North Bay Village, FL 33141-4362

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

ecutive Flight  
Campbell Pkwy  
st Wenatchee, WA 98802-9290

Executive Flight, Inc.  
Scott R. Weaver, Carney Badley Spellman  
701 5th Avenue Ste 3600  
Seattle, WA 98104-7010

Fastenal Company  
2001 Theurer Blvd.  
ATTN: Legal Dept.  
Winona, MN 55987-9902

stenal Company  
Box 1286  
nona, MN 55987-7286

FedEx Corporate Services Inc  
as Assignee of FedEx Express/Ground/Frei  
3965 Airways Blvd, Module G, 3rd Floor  
Memphis TN 38116-5017

GIGA WATT INC  
1250 N Wenatchee Ave., Suite H #147  
Wenatchee, WA 98801-1599

orgios Lignos  
Kritis Str.  
243 Egaleo  
eece

Giga Plex LLC  
7906 Randolph Rd.  
Moses Lake, WA 98837-5122

Giga Plex, LLC  
Overcast Law Offices, PS  
23 S. Wenatchee Ave. Suite 320  
C/O David A. Kazemba  
Wenatchee, WA 98801-2263

gawatt PTE Ltd Attn Mikhaylyuta  
Magazine Rd #04-11  
ntral Mall  
ngapore

H2 Pre-cast, Inc  
3835 N. Clemons St.  
East Wenatchee, WA 98802-9337

William L Hames  
Hames Anderson & Whitlows PS  
PO Box 5498  
Kennewick, WA 99336-0498

rlan Robinson  
6 N. Laguna  
lbert, AZ 85233-3620

Heather Mulhall  
312 N NEWTON AVE  
EAST WENATCHEE, WA 98802-8444

Gretchen J. Hoog  
Pepple Cantu Schmidt PLLC  
1000 Second Avenue  
Suite 2950  
Seattle, WA 98104-3604

terflow LLC  
65 S Dorchester  
ICAGO, IL 60615-5316

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

JDSA  
PO Box 1688  
Wenatchee, WA 98807-1688

ssica Langis  
BOX 398  
yden, WA 98821-0398

Jonathan Gould  
924 Hale Avenue  
BROOKSVILLE, FL 34601-3642

David A Kazemba  
Overcast Law Offices, P.S.  
23 S. Wenatchee. Ave. Suite 320  
Wentachee, WA 98801-2263

lly Imaging  
Box 660831  
llas, TX 75266-0831

Kenneth D McCoy  
1401 Woodstock Way  
#103H  
Bellingham, WA 98226-3577

Kenneth Johnson  
2452 Columbia Ave. NW #24  
East Wenatchee, WA 98802-4198

rry D. Gerbrandt  
1 Seely Ave  
omas, CA 95004-9501

Lasse Kaihlavirta  
Piiriniitynkatu 4 H 3  
Tampere 33340  
FINLAND

David R Law  
Davis, Arneil Law Firm, LLP  
617 Washington Street  
Wenatchee, WA 98801-2600

e E. Woodard  
rris Beach PLLC  
3 West Washington St., Suite 200  
racuse, NY 13202-5202

Leonid Markin  
714 North Rexford Dr.  
Beverly Hills, CA 90210-3314

Lexon Insurance Company  
Harris Beach PLLC  
Attn: Lee E. Woodard  
333 West Washington St., Suite 200  
Syracuse, NY 13202-5202

ghthouse
0 Montgomery St., Suite 300
n Francisco, CA 94104-3428

Luis Roman
4633 White Bay Cir.
Wesley Chapel, FL 33545-5058

MLDC1 LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122


DC1, LLC
ercast Law Offices, PS
O David A. Kazemba
S. Wenatchee Ave. Suite 320
natchee, WA 98801-2263

Melvin White
6091 GOLDDUST RD.
Brooksville, FL 34609-8705

Michael Russo
10310 WREN ROAD
WEEKI WACHEE, FL 34613-3887


lly Hunter
47 Anna Lane
natchee, WA 98801-9034

Mr. Matthew Eugene Risen
1935 Legacy Place SE
East Wenatchee, WA 98802-9162

NC Machinery
PO Box 58201
Tukwila, WA 98138-1201


Machinery Co.
035 West Valley Highway
kwila, WA 98188-5519

NC Machinery Co.
Danial D. Pharris
601 Union STreet Ste. 2600, WA 98101

NW Handling Systems
PO Box 749861
Los Angeles, CA 90074-9861


ppel Electric
03 Kelly Place
ses Lake, WA 98837-4306

Neppel Electrical & Controls, LLC
Moses Lake, WA 98837

Our Botanicals Worldwide LLC
8 The Green
Suite #7123
Dover, DE 19901-3618


cific Northwest Infrastructure In
Box 3363
natchee, WA 98807-3363

Pacific Northwest Infrastructure Inc
PO Box 3363
Wenatchee, WA 98807-3363

Pacific Security
2009 Iron St.
Bellingham, WA 98225-4211


mela M Egan
ul H Beattie
R Law LLP
6 2nd Avenue, 14th Floor
attle, WA 98104-2343

James D Perkins
U S Dept of Justice/U S Trustee Office
920 W Riverside #593
Spokane, WA 99201-1012

Danial D Pharris
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street
Suite 2600
Seattle, WA 98101-4000


rt of Chelan
8 Olds Station Rd #A
natchee, WA 98801-8131

Port of Douglas
643 Billingsly Dr. SE
East Wenatchee, WA 98802

Port of Douglas County
Port of Douglas County
1 Campbell Parkway
Suite D
East Wenatchee, WA 98802-9290


ritan
0 Cottontail Lane
merset, NJ 08873-1238

Christopher F Ries
Ries Law Firm
312 Balsam Suite D
P O Box 2119
Moses Lake, WA 98837-0519

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837-0519


nald Richard Johns, Jr.
4 Clear Springs Hollow
da, TX 78610-2740

SCOTT ALAN WILSON
9303 WAVING FIELDS DR
HOUSTON, TX 77064-4557

Dominique R Scalia
DBS Law
155 NE 100th St
Ste 205
Seattle, WA 98125-8015

| | | |
|---|---|---|
| hmitt Electric<br>14 Walla Walla Ave.<br>natchee, WA 98801-1525 | Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 |
| ate of Washington<br>partment of Revenue<br>01 4th Ave, Ste 1400<br>attle, WA 98121-2300 | Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 | TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 |
| lents 633 Ministries, NFP<br>206 Walnut Circle<br>ainfield, IL 60585-2261 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 |
| wn Toyota Center<br>00 Walla Walla<br>natchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 |
| ler Domer<br>NE 17 St<br>st Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| Trustee<br>Court House<br>0 W Riverside Ave, Suite 593<br>okane, WA 99201-1012 | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Mark Waldron<br>Mark D. Waldron<br>6711 Regents Blvd. W., Suite B<br>Tacoma, WA 98466-5421 |
| shington Department of Revenue<br>01 Fourth Avenue #1400<br>attle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| ott Weaver<br>rney Badley Spellman, PLLC<br>1 Fifth Avenue<br>ite 3600<br>attle, WA 98104-7010 | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

andon Gordon
1 Seven Oaks Ct
ooksville, FL 34601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Antony Gisholt
 John Trundle Court, Barbican
ndon
ited Kingdom, EC2Y 8NE
ndon, AK

(u)Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singamore

(u)Executive Flight, Inc.

)Internal Revenue Service
 Box 7346
iladelphia, PA 19101-7346

(d)Schmitt Electric, Inc
1114 Walla Walla Avenue
Wenatchee, WA 98801-1525

(u)Unsecured Creditors' Committee


d of Label Matrix
ilable recipients   112
passed recipients     6
tal                 118