**So Ordered.**

**Dated: February 13th, 2019**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO ADMIT ATTORNEY PAMELA M. EGAN *PRO HAC VICE*** |
|---|---|

Before the Court is a Motion to Admit Attorney Pamela M. Egan *Pro Hac Vice*, brought by the Chapter 11 Trustee Mark Waldron. That motion is supported by Ms. Egan's Declaration (Dkt. No. 168). Both documents were filed by Attorney Paul H. Beattie of CKR Law LLP, who has appeared on behalf of the Chapter 11 Trustee.

Ms. Egan seems well-qualified to assist the Chapter 11 Trustee, given her considerable experience in bankruptcy law, her ability to speak Russian, and her firm's expertise in blockchain law and technology, all relevant to this matter. Her

{00211607.1 / GRS100}

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE - 1

Washington Bar application is pending, and her bar number is expected imminently.

The Court having reviewed the motion, and there being no good reason to deny that motion, it is hereby:

**ORDERED** that the Motion is GRANTED. Ms. Egan may participate in this matter on a *pro hac vice* basis until her own application to practice before this Court is granted.

// END OF ORDER//

Dated: February ___, 2019  _____
Chief Judge Frederick P. Corbit

Presented by:
/s/ Paul H. Beattie WSBA No. 30277
CKR LAW LLP