Shauna S. Brennan WSBA#36461
Brennan Legal Counsel Group PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
206-280-8349
888-423-6105  FAX
Sbrennan@outsidegeneralcounsel.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC.<br><br>Debtor in Possession | Case No. **18-03197-FPC11**<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States on the 13th day of February, 2019, I caused to be served a true and correct copy of the following documents:

1. Notice of Appearance and Special Notice Request

1

BRENNAN LEGAL COUNSEL GROUP, PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

CERTIFICATE OF SERVICE

18-03197-FPC7    Doc 179    Filed 02/13/19    Entered 02/13/19 17:14:29    Pg 1 of 7

2. Motion for Leave to File Late Opposition to Giga Plex, LLC and MLDC1, LLC's Motion for Relief From Automatic Stay, Abandonment, and Rejection of Executory Contract

3. Opposition to Giga Plex, LLC and MLDC1, LLC's Motion for Relief From Automatic Stay, Abandonment, and Rejection of Executory Contract

4. Certificate of Service

DATED this 13th day of February, 2019

By: */s/Shauna S. Brennan*
Shauna S. Brennan, WSBA#36461
Attorney for Creditor ECO Diversified Holdings, Inc.

2

BRENNAN LEGAL COUNSEL GROUP, PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

CERTIFICATE OF SERVICE

18-03197-FPC7    Doc 179    Filed 02/13/19    Entered 02/13/19 17:14:29    Pg 2 of 7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0980-2<br>Case 18-03197-FPC11<br>EASTERN DISTRICT OF WASHINGTON<br>Spokane/Yakima<br>Wed Feb 13 15:47:45 PST 2019 | Amphenol Custom Cable<br>3221 Cherry Palm Dr.<br>Tampa, FL 33619-8359 | Andrea Sharp<br>268 Bush Street #2520<br>San Francisco, CA 94104-3503 |
| Andrew Blyler<br>603 W Washington St<br>Ann Arbor, MI 48103-4233 | Andrey Kuzenny<br>10000 Santa Monica Blvd., Unit 3302<br>Santa Monica, CA 90067-7032 | Attorney General's Office<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |
| Quentin D Batjer<br>Davis, Arneil Law Firm, LLP<br>617 Washington St<br>Wenatchee, WA 98801-2600 | Paul H Beattie<br>Law Offices of Paul H. Beattie<br>7920 Se Steller Way<br>Snoqualmie, WA 98065-9004 | Belyea Company<br>2200 Northwood Ave.<br>Easton, PA 18045-2208 |
| Bertha Goehner<br>215 Eller St. SE<br>East Wenatchee, WA 98802-5325 | (p)BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | Shauna S Brennan<br>Brennan Legal Counsel Group, PLLC<br>14900 Interurban Ave S.<br>Ste 271<br>Tukwia, WA 98168-4654 |
| Brent Woodward, Inc.<br>14103 Stewart Rd.<br>Sumner, WA 98390-9641 | Daniel J Bugbee<br>DBS Law<br>155 NE 100th Street<br>Suite 205<br>Seattle, WA 98125-8015 | Busby International, Inc.<br>PO Box 1457<br>Moses Lake, WA 98837-0225 |
| CTC Engineering<br>2290 Bishop Circle East<br>Dexter, MI 48130-1564 | CTC Engineering, Inc.<br>Bodman PLC<br>Attn: Harvey W. Berman<br>201 South Division Street, Ste. 400<br>Ann Arbor, MI 48104-2259 | Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA 94139-8830 |
| Consolidated Electrical Distributors, Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland LLP<br>P.O. Box 23414<br>Tigard, OR 97281-3414 | Dave Carlson<br>474 Highline Dr., Suites A-C & H<br>East Wenatchee, WA 98802-7725 | Doug Black<br>225 Linda Lane<br>Wenatchee, WA 98801-6010 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813-1119 | Drew Behrens<br>525 N Larch Ave.<br>East Wenatchee, WA 98802-5047 | Gary W Dyer<br>U S Trustee's Office<br>920 W Riverside Ave<br>Suite 593<br>Spokane, WA 99201-1012 |
| EAN Services, LLC<br>Mary E Bushyhead<br>14002 E 21st St, Suite 1500<br>Tulsa, OK 74134-1424 | ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr, Ste 2<br>Las Vegas, NV 89103-3763 | Eduard Khaptakhaev<br>Lenkinkkgradsky pr-t 76/1/49<br>Moscow<br>Russia |
| Ben Ellison<br>DBS Law<br>155 NE 100th St., Suite 205<br>Seattle, WA 98125-8015 | Benjamin A Ellison<br>Dbs Law<br>155 NE 100 St<br>Ste 205<br>Seattle, WA 98125-8015 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 |

| | | |
|---|---|---|
| Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt PLLC<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 | Ernesto Pedrera<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 | Evansont Insurance Carrier<br>c/o Mitchell, Reed & Schmitten Ins.<br>PO Box D<br>Cashmere, WA 98815-0515 |
| Executive Flight<br>1 Campbell Pkwy<br>East Wenatchee, WA 98802-9290 | Executive Flight, Inc.<br>Scott R. Weaver, Carney Badley Spellman<br>701 5th Avenue Ste 3600<br>Seattle, WA 98104-7010 | Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: Legal Dept.<br>Winona, MN 55987-9902 |
| Fastenal Company<br>PO Box 1286<br>WInona, MN 55987-7286 | FedEx Corporate Services Inc<br>as Assignee of FedEx Express/Ground/Frei<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis TN 38116-5017 | GIGA WATT INC<br>1250 N Wenatchee Ave., Suite H #147<br>Wenatchee, WA 98801-1599 |
| Georgios Lignos<br>25 Kritis Str.<br>12243 Egaleo<br>Greece | Giga Plex LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | Giga Plex, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>C/O David A. Kazemba<br>Wenatchee, WA 98801-2263 |
| Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 | William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336-0498 |
| Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 | Gretchen J. Hoog<br>Pepple Cantu Schmidt PLLC<br>1000 Second Avenue<br>Suite 2950<br>Seattle, WA 98104-3604 |
| Interflow LLC<br>5465 S Dorchester<br>CHICAGO, IL 60615-5316 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 |
| Jessica Langis<br>PO BOX 398<br>Dryden, WA 98821-0398 | Jonathan Gould<br>924 Hale Avenue<br>BROOKSVILLE, FL 34601-3642 | David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 |
| Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth D McCoy<br>1401 Woodstock Way<br>#103H<br>Bellingham, WA 98226-3577 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 | Lasse Kaihlavirta<br>Piiriniitynkatu 4 H 3<br>Tampere 33340<br>FINLAND | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 |

| | | |
|---|---|---|
| Lee E. Woodard<br>Harris Beach PLLC<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lexon Insurance Company<br>Harris Beach PLLC<br>Attn: Lee E. Woodard<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 |
| Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | Luis Roman<br>4633 White Bay Cir.<br>Wesley Chapel, FL 33545-5058 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 |
| MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | Melvin White<br>6091 GOLDDUST RD.<br>Brooksville, FL 34609-8705 | Michael Russo<br>10310 WREN ROAD<br>WEEKI WACHEE, FL 34613-3887 |
| Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee, WA 98802-9162 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 |
| NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila, WA 98188-5519 | NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Nitin Limaye<br>401 Manorath Apartments<br>9-B Pratapgunj Society, Vadodara 390002, India |
| Our Botanicals Worldwide LLC<br>8 The Green<br>Suite #7123<br>Dover, DE 19901-3618 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | Pamela M Egan<br>Paul H Beattie<br>CKR Law LLP<br>506 2nd Avenue, 14th Floor<br>Seattle, WA 98104-2343 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Danial D Pharris<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle, WA 98101-4000 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 |
| Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 |

| | | |
|---|---|---|
| Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 | Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 |
| Dominique R Scalia<br>DBS Law<br>155 NE 100th St<br>Ste 205<br>Seattle, WA 98125-8015 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 |
| Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | Sinh Du<br>818 SW 3rd Ave #221-2313<br>Portland, OR 97204-2405 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 | TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 |
| Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 |
| Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 | Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 |
| UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Mark Waldron<br>Mark D. Waldron<br>6711 Regents Blvd. W., Suite B<br>Tacoma, WA 98466-5421 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 |
| Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 | Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Brandon Gordon
601 Seven Oaks Ct
Brooksville, FL 34601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Antony Gisholt
72 John Trundle Court, Barbican
London
United Kingdom, EC2Y 8NE
London, AK

(u)Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singamore

(u)Executive Flight, Inc.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d)Schmitt Electric, Inc
1114 Walla Walla Avenue
Wenatchee, WA 98801-1525

(u)Unsecured Creditors' Committee

End of Label Matrix
Mailable recipients   117
Bypassed recipients     6
Total                 123