HONORABLE FREDERICK CORBIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor in Possession

Case No. **18-03197-FPC11**

Chapter 11

ORDER GRANTING ECO DIVERSIFIED HOLDINGS LLC'S MOTION FOR LEAVE TO FILE LATE OPPOSITION TO GIGA PLEX, LLC AND MLDC1, LLC'S MOTION FOR RELIEF FROM STAY, ABANDONMENT, AND REJECTION OF EXECUTORY CONTRACT

TO: CLERK OF THE ABOVE-ENTITLED COURT

AND TO: GIGA WATT INC.

U.S. TRUSTEE

ALL INTERESTED PARTIES

Upon consideration of ECO Diversified Holding LLC's MOTION FOR LEAVE TO FILE LATE OPPOSITION TO GIGA PLEX, LLC AND MLDC1, LLC'S MOTION FOR RELIEF FROM STAY, ABANDONMENT, AND

1

REJECTION OF EXECUTORY CONTRACT ("Motion"), it is HEREBY ORDERED THAT:

1. The Motion is Granted.
2. ECO Diversified Holding LLC is permitted to file a late Opposition to the Motion to Lift Stay and such Opposition will be deemed timely filed.

DATED _____, 2019

                                                                                             _____
                                                                                            HONORABLE FREDERICK CORBIT