TIMOTHY R. FISCHER, WSBA NO. 40075
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 1900
Telephone: (509)838-6131
trf@winstoncashatt.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 18-03197-11 |
| **GIGA WATT INC.**, | Chapter 11 |
| Debtor in Possession. | NOTICE OF DEPOSIT |

TO: United States Trustee's Office

**PLEASE TAKE NOTICE** that on or about November 19, 2018, the undersigned received the sum of Fifty Thousand Dollars ($50,000.00) from Monitor Consulting, Inc., which sum was deposited in Debtor's Trust account. Monitor Consulting, Inc. upon information and belief is owned by Mark Morrison. Mark Morrison and Andrey Kuzenny represented that the funds are the personal funds of Andrey Kuzenny, an officer of the Debtor at the time.

DATED this 22nd day of January, 2019.

WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*

TIMOTHY R. FISCHER
WSBA No. 40075

DEBTOR'S MOTION TO SEAL PERSONAL
CUSTOMER RECORDS - Page 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131