KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Creditor Douglas County PUD

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-03197-FPC11 |
| **GIGA WATT INC, a Washington corporation,** | CHAPTER 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: GIGA WATT, Inc., Debtor;

AND TO: CHAPTER 11 TRUSTEE AND YOUR COUNSEL;

AND TO: US TRUSTEE;

AND TO: ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Kathryn R. McKinley and Paine Hamblen, LLP hereby appear on behalf of Creditor Douglas County PUD in the above-entitled bankruptcy and hereby request that any and all notices of motions or

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**- 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 186    Filed 02/15/19    Entered 02/15/19 14:19:34    Pg 1 of 2

hearings, that must be sent to creditors and/or all parties in interest, and any matters regarding adversary proceedings, executory contracts, creditor claims, contested matters, obtaining credit, relief from the automatic stay, or use, sale, or lease of property should be sent to the address below:

>Kathryn R. McKinley
>Paine Hamblen LLP
>717 W. Sprague Ave., Ste. 1200
>Spokane, WA 99201
>kathryn.mckinley@painehamblen.com

DATED this 15th day of February, 2019.

>PAINE HAMBLEN LLP
>
>/s/ Kathryn R. McKinley
>Kathryn R McKinley, WSBA #25105
>Attorneys for the Douglas County PUD

I:\Spodocs\42020\00001\PLEAD\01784938.DOCX

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 186    Filed 02/15/19    Entered 02/15/19 14:19:34    Pg 2 of 2