Pamela M. Egan, CA Bar No. 224758 (admitted *pro hac vice*)
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

    *Attorneys for Mark D. Waldron, in his capacity*
    *as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>           Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION** |

Motion of the Chapter 11 Trustee for Order Extending
Deadline to File Proofs of Claim, etc. – Page 1

Mark Waldron, the duly appointed Chapter 11 trustee (the "Chapter 11 Trustee") in the bankruptcy case of the above-captioned debtor (the "Debtor" or "Giga Watt"), hereby respectfully moves (the "Motion") this Court pursuant to 11 11 U.S.C. §§ 105(a) and 107(c), Fed. R. Bank. P. 2002(g), Fed. R. Bank. P. 3003(c), Fed. R. Bank. P. 9007, LBR 2002-1(b)(3), LBR 2002-1(b)(4) and LBR 9018-1(b) for entry of an order extending the deadline to file proofs of claim, other than for governmental units, (ii) approving the procedure for providing notice to customers known as Token Holders and Miner Owners, (iii) approving the form of the proposed Second Notice of Case Commencement and Notice of First Extended Bar Date, and (iv) granting expedited consideration of the Motion. A copy of the proposed Second Notice of Case Commencement and Notice of First Extended Bar Date is attached hereto as **Exhibit A**. A copy of the proposed Order granting this Motion is attached hereto as **Exhibit B**.

In support of the Motion, the Chapter 11Trustee is filing herewith the:

1. Memorandum in Support of Motion of Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, (ii) Approving the Form and Manner of Notice of First Extended Bar Date, and (iii) Approving Procedures for Serving Token Holders and Miner Owners;

2. Declaration of Lauren Miehe in Support of Motion of Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, (ii) Approving the Form and Manner of Notice of First Extended Bar Date, and (iii) Approving Procedures for Serving Token Holders and Miner Owners; and

1   3.      Declaration of Mark D. Waldron in Support of Motion of Chapter 11

2   Trustee for Order (i) Extending Deadline to File Proofs of Claim, (ii) Approving

3   the Form and Manner of Notice of First Extended Bar Date, and (iii) Approving

4   Procedures for Serving Token Holders and Miner Owners, filed herewith.

5           WHEREFORE, the Trustee respectfully requests that the Court enter an

6   Order:

7               1.      Granting this Motion in its entirety;

8               2.      Extending by 60 days, until April 19, 2019, the deadline for all

9   parties in interest, other than governmental units, to file proofs of claim in the

10  Debtor's case;

11              3.      Authorizing the Chapter 11 Trustee to serve the Second Notice

12  of Case Comment and Notice of First Extended Bar Date and future filings upon

13  the Token Holders and Miner Owners by email;

14              4.      Directing the Chapter 11 Trustee to email to the Token Holders

15  and Miner Owners all papers filed in this case whether filed by the Chapter 11

16  Trustee or by a third party ***until and only until the First Extended Bar Date***.

17              5.      Directing that any party wishing to serve Token Holders and

18  Miner Owners with filed documents in this case shall within one (1) business day

19  of filing the documents to be served, send an email to the Chapter 11 Trustee's

20  counsel, pegan@ckrlaw.com, with every document to be served attached to the

21  email in pdf format and ready to be emailed to the Token Holders and Miner

22  Owners List.

23

24  Motion of the Chapter 11 Trustee for Order Extending
    Deadline to File Proof of Claim, etc. – Page 3

25

6.     Directing that after the First Extended Bar Date, all parties shall serve the Token Holders and Miner Owners at the address listed in the proof of claim or notice of appearance and request for notice filed by the applicable Token Holder or Miner Owner. If no proof of claim or notice of appearance and request for notice is filed by a Token Holder or Miner Owner before the First Extended Bar Date, then no further notice to the Token Holder or Miner Owner shall be required.

7.     The Chapter 11 Trustee shall file under seal the portion of the Certificate of Service of this Motion that includes the Token Holders and Miner Owners List and shall, if not done so already, file an unredacted version of the Token Holders and Mine Owners List with the Court pursuant to the Court's protocol for filing sealed documents.

8.     With respect to future filings and notices in this case, and to alleviate the burden of moving to seal each Certificate of Service, a filing party in this case may certify service on the Token Holders and Miner Owners by stating that the party served "all persons whose addresses are included in the Token Holders and Miner Owners";

9.     Finding that the Notice of this Motion proposed herein is proper and sufficient and approving the reduced period of time to object to the Motion, as requested by the Chapter 11 Trustee in the Motion; and

1          10.     Granting such other and further relief as the Court deems just

2 and proper.

3 Dated: February 19, 2019         CKR LAW LLP

4                           *Pamela M. Egan*

5                    Pamela M. Egan
                   Paul H. Beattie
6                    506 2nd Avenue, Suite 1400
                   Seattle, WA 98114
7                    Telephone: (415) 297-0132
                   Facsimile:   (206) 582-5001
8                    Email:         pbeattie@ckrlaw.com

9
                   *Attorneys for Mark D. Waldron, in*
10                    *his capacity as the duly-appointed*
                   *Chapter 11 Trustee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24 Motion of the Chapter 11 Trustee for Order Extending
Deadline to File Proof of Claim, etc. – Page 5

25