# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION** |

This matter came before this Court on the *Motion of the Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs Of Claim, (ii) Approving Procedure Relating to Notice to Token Holders and Miner Owners, (iv) Approving*

---

Order Granting Motion of Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, etc. - Page 1

*the Form of Second Notice of Case Commencement and Notice of First Extended Bar Date, and (iv) Granting Expedited Consideration* (the "Motion")[1] filed by Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee (the "Chapter 11 Trustee") in the above-captioned bankruptcy case of Giga Watt Inc. (the "Debtor" or "Giga Watt").

The Court finds that good cause exists to extend the deadline for filing proofs of claim (the "First Extended Bar Date") until April 19, 2019.

The Court further finds good cause to approve the Second Notice of Case Commencement and Notice of First Extended Bar Date, attached to the Motion as Exhibit A.

The Court further finds good cause to approve email service of all filings, including the Motion and its supporting papers, in this case upon the Token Holders and Miner Owners.

The Court further finds that notice of the Motion and manner of service thereof by email was proper and sufficient and that a reduction of the time period to object to the Motion was necessary.

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED in its entirety.
2. The deadline for all parties in interest, other than governmental units, to file proofs of claim in the Debtor's case is hereby extended by 60 days, until April 19, 2019 (the "**First Extended Bar Date**").

---

[1] Unless otherwise defined herein, capitalized terms used in this Order have the meanings ascribed to them in the Motion.

Order Granting Motion of Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, etc. - Page 2

3. The Chapter 11 Trustee is authorized and directed to serve the Second Notice of Case Comment and Notice of First Extended Bar Date and future filings upon the Token Holders and Miner Owners by email.

4. The Chapter 11 Trustee is authorized and directed to email to the Token Holders and Miner Owners all papers filed in this case whether filed by the Chapter 11 Trustee or by a third party ***until and only until the First Extended Bar Date***.

5. Any party required to serve Token Holders and Miner Owners with filed documents in this case shall within one (1) business day of filing the documents to be served, send an email to the Chapter 11 Trustee's counsel, pegan@ckrlaw.com, with every document to be served attached to the email in pdf format and ready to be emailed to the Token Holders and Miner Owners List.

6. After the First Extended Bar Date, all parties shall serve the Token Holders and Miner Owners at the address listed in the proof of claim or notice of appearance and request for notice filed by the applicable Token Holder or Miner Owner. If no proof of claim or notice of appearance and request for notice is filed by a Token Holder or Miner Owner before the First Extended Bar Date, then no further notice to the Token Holder or Miner Owner shall be required.

7. The Chapter 11 Trustee's request to file under seal the portion of the Certificate of Service of the Motion that includes the Token Holders and Miner Owners List is granted and, if not done so already, the Chapter 11 Trustee shall immediately file an unredacted version of the Token Holders and Mine Owners List with the Court pursuant to the Court's protocol for filing sealed documents.

8. With respect to future filings and notices in this case, and to alleviate the burden of moving to seal each Certificate of Service, a filing party in this case may certify service on the Token Holders and Miner Owners by stating that the party served "all persons whose addresses are included in the Token Holders and Miner Owners."

9. The reduced period of time to object to the Motion, as requested by the Chapter 11 Trustee in the Motion, is approved and granted.

10. The Chapter 11 Trustee is instructed to serve the New Bar Date Notice on all interested parties within three business days of entry of this Order.

/// END OF ORDER ////

Presented by:

CKR LAW LLP

/s/ Paul H. Beattie
Paul H. Beattie
    506 2nd Avenue, 14th floor
Seattle, WA 98114
Tel.: (206) 582-5142]
E: pbeattie@ckrlaw.com

Of attorneys for Mark Waldron in his capacity as the duly-appointed Chapter 11 Trustee

Order Granting Motion of Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, etc. - Page 4