Pamela M. Egan, CA Bar No. 224758 (PHV)
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **DECLARATION OF LAUREN MIEHE IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION** |

I, Lauren Miehe, declare as follows:

1. I submit this declaration in my capacity as a consultant in the bankruptcy case of the above-captioned debtor (the "Debtor" or "Giga Watt") and

Declaration of Lauren Miehe in Support of
Motion of the Chapter 11 Trustee to for Order:
(i) Extending Deadline to File Proofs of Claim, etc. - 1

18-03197-FPC7    Doc 194    Filed 02/19/19    Entered 02/19/19 19:37:41    Pg 1 of 3

in connection with the *Motion of the Chapter 11 Trustee for Order (i) Extending Deadline to File Proofs of Claim, (ii) Approving Procedure Relating to Notice to Token Holders and Miner Owners, (iii) Approving the Form of Second Notice of Case Commencement and Notice of First Extended Bar Date, and (iv) Granting Expedited Consideration* (the "Motion").[1]

2. The statements set forth herein are based on personal knowledge and if called as a witness, I would and could competently testify hereto.

3. Pursuant to its *Order Approving Employment Under 11 U.S.C. § 327 by Trustee/Debtor in Possession* [Docket No. 183], dated February 14, 2018, the Chapter 11 Trustee retained me to provide consulting services and operational assistance with respect to the Debtor's business and in particular with re-opening the Debtor's facilities. I own a local colocation and hosting services provider based in Wenatchee, Washington.

4. This declaration presents a high-level background of blockchain and cryptocurrency mining in order to assist the Court in understanding the role and importance of the Token Holders and Miner Owners who are the subject of the Motion.

5. A blockchain is a permanent, distributed digital ledger made up of blocks of verified entries. Proponents of blockchain technology state that entries on the blockchain are immutable. The immutability of entries on the blockchain

---

[1] Capitalized terms used in this Declaration have the meanings ascribed to them in the Motion.

Declaration of Lauren Miehe in Support of
Motion of the Chapter 11 Trustee to for Order:
(i) Extending Deadline to File Proofs of Claim, etc. - 2

18-03197-FPC7    Doc 194    Filed 02/19/19    Entered 02/19/19 19:37:41    Pg 2 of 3

arise from the nature of "hash functions." With any given input, a hash function will produce only one unique output.

6. Crypto-miners use special "hash functions" to confirm the validity of a new entry on the blockchain. For example, an unverified entry may report that Jane gave Jack 25 bitcoins on a certain date. A miner uses computer calculations, and a special hash function, to verify that the "hash" on Jack's receipt of 25 bitcoins is the unique output of the "hash" showing Jane's transfer of those bitcoins. Once the transaction is verified, it becomes part of the permanent record on the blockchain.

7. Whenever a miner verifies a transaction, the miner's owner receives a brand-new coin as a "reward." The supply of bitcoin is capped at 21 million. To date, approximately 17 million bitcoin have been mined, leaving approximately 4 million bitcoin to be mined. The total supply of Ethereum is not capped. To date approximately 100 million Ethereum coins have been mined. By design, the mathematical process of verifying "hashes," i.e., mining, becomes more difficult as more coins are released.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February 2019 in Wenatchee, Washington.

*/s/ Lauren Miehe*
Lauren Miehe

Declaration of Lauren Miehe in Support of
Motion of the Chapter 11 Trustee to for Order:
(i) Extending Deadline to File Proofs of Claim, etc. - 3