TIMOTHY R. FISCHER, WSBA NO. 40075  
WINSTON & CASHATT, LAWYERS  
601 W. Riverside Avenue, Suite 1900  
Spokane, WA 1900  
Telephone: (509)838-6131  
trf@winstoncashatt.com

Response Deadline: 3/3/2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| GIGA WATT INC., <br><br> Debtor. | **AMENDED NOTICE OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

**TO:** All Parties on the Master Mailing List;  
**AND TO:** The Clerk of the Court; and  
**AND TO:** The Office of the United States Trustee:

PLEASE TAKE NOTICE that Winston & Cashatt, Lawyers, and Timothy R. Fischer, has made a Final Application for Compensation for professional fees in the amount of $44,293.00 and costs in the amount of $201.67 for the period of November 20, 2018 through January 29, 2019.

This Application is for Final compensation.

The period of time covered by this Application is from **11/20/2018 through 1/29/2019.**

The name, position, hourly rate, total time spent and amount requested for each person covered by this Application is as follows:

AMENDED NOTICE OF FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7   Doc 195   Filed 02/20/19   Entered 02/20/19 09:23:35   Pg 1 of 3

## ATTORNEY

| Name | Position | Hourly Rate | Total Time | Amount Requested |
|---|---|---|---|---|
| Timothy R. Fischer | Attorney | $ 300.00 /hr | 125.20 | $37,560.00 |
| Darren M. Digiacinto | Attorney | $ 300.00 /hr | 1.60 | $ 480.00 |
| Nancy L. Isserlis | Attorney | $ 350.00 /hr | 12.20 | $ 4,270.00 |
| Mary Myers | Paralegal | $ 130.00 /hr | 12.60 | $ 1,638.00 |
| Alisha Smithson | Paralegal | $ 150.00 /hr | 2.30 | $ 345.00 |
| **Totals** | | | 153.90 hrs. | $44,293.00 |

Summary information as to this Application and all previous applications by sequential number is as follows:

| Sequential # | | Applied For | Awarded | Received |
|---|---|---|---|---|
| A<br>Receipts other than by Application | Date<br>Compensation<br>Expenses | | | 11/19/2018<br>15,085.00<br>1,717.00 |
| Present Application | Date<br>Compensation<br>Expenses | <u>1/29/2018</u><br>$ 44,293.00<br>$201.67 | | |
| Totals<br><br>B | Compensation<br>Expenses<br><br>Total Comp. + Exp. | $44,293.00<br><u>$201.67</u><br><br>$44,494.67 | | |

AMENDED NOTICE OF FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES - Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

That Applicant has disclosed herein all compensation or reimbursement received or promised for services or reimbursement of expenses, except as stated above, relating to the above-entitled case?

☒YES ☐NO *If NO, provide detailed information as to amounts, dates and sources of payments or promises and any security taken:*

Complete copies of these applications and supporting documentation are available: (a) at the Clerk's Office of the U.S. Bankruptcy Court, located at 904 W. Riverside, Suite 304, Spokane, WA 99201; (b) online at https://ecf.waeb.uscourts.gov/cgi-bin/login.pl (a fee-based registration is required to access the information on this website), or (c) a copy may be obtained by submitting a written request to Timothy R. Fischer, Attorney for Debtor, at trf@winstoncashatt.com or (509) 838-1416 (fax).

**YOU ARE NOTIFIED** that any opposition to the above applications <u>must</u> be in writing, must be filed with the Clerk of the United States Bankruptcy Court, West 904 Riverside Avenue, Spokane, Washington 99201 (mailing address, PO Box 2164, Spokane, Washington 99210-2164), and must be served upon the undersigned counsel not later than 21 + 3 (24) days from the date of this Notice, or **March 3, 2019**.

If no objection is timely filed and served, the relief requested may be granted without a hearing and without further notice to you.

DATED this 20th day of February, 2019.

WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
TIMOTHY R. FISCHER, WSBA No. 40075
Attorney for Debtor in Possession

AMENDED NOTICE OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES - Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 195    Filed 02/20/19    Entered 02/20/19 09:23:35    Pg 3 of 3