Dina Yunker Frank, WSBA #16889
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, #2000
Seattle, WA 98104
(206) 389-2198
Attorney for State of Washington
Taxing Agencies

Judge Fredrick R. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

GIGA WATT, INC.,

Debtor.

NO. 18-03197

NOTICE OF APPEARANCE OF STATE OF WASHINGTON AND REQUEST FOR SPECIAL NOTICE

TO: Clerk of the above-entitled court
U.S. Trustee's Office
Darren Michael Digiacinto
All Other Parties of Interest

Pursuant to Bankruptcy Rule 2002, the State of Washington, Departments of Revenue, appears in this action by Dina Yunker Frank, Assistant Attorney General and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings. Notice of all such documents and pleadings should also be made to each agency of the State of Washington which files a proof of claim herein.

NOTICE OF APPEARANCE  1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

**The State of Washington further requests that the following address be added to the court's master mailing matrix:** Dina Yunker Frank, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.

This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 14 day of February, 2019.

ROBERT W. FERGUSON
Attorney General

DINA YUNKER FRANK,
WSBA No. 16889
Assistant Attorney General
Bankruptcy & Collections Unit

NOTICE OF APPEARANCE 2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

18-03197-FPC7    Doc 196    Filed 02/20/19    Entered 02/20/19 09:26:38    Pg 2 of 2