TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** <br> Debtor in Possession. | **CERTIFICATE OF SERVICE** |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 7th day of February, 2019, I caused to be served a true and correct copy of the **Notice of Final Application for Compensation and Reimbursement of Expenses** to be sent via U.S. Mail (first class postage prepaid) to all parties listed on the Clerk's Master Mailing List (attached) obtained on February 7, 2019.

SIGNED at Spokane, Washington, this 20th day of February, 2019.

*/s/ Alisha Smithson*
ALISHA SMITHSON

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 197    Filed 02/20/19    Entered 02/20/19 10:14:50    Pg 1 of 5

Label Matrix for local noticing
0980-2
Case 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Thu Feb  7 15:58:48 PST 2019

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrea Sharp
268 Bush Street #2520
San Francisco, CA 94104-3503

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

(p)BAR CODES TALK   LLC
ATTN BRANDON GORDON
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Daniel J Bugbee
DBS Law
155 NE 100th Street
Suite 205
Seattle, WA 98125-8015

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

Doug Black
225 Linda Lane
Wenatchee, WA 98801-6010

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

Drew Behrens
525 N Larch Ave.
East Wenatchee, WA 98802-5047

Gary W Dyer
U S Trustee's Office
920 W Riverside Ave
Suite 593
Spokane, WA 99201-1012

EAN Services, LLC
Mary E Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

Ben Ellison
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125-8015

Ernesto Pedrera
7601 E Treasure DR, apt 1023
apt 1023
North Bay Village, FL 33141-4362

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802-9290

Fastenal Company
2001 Theurer Blvd.
ATTN: Legal Dept.
Winona, MN 55987-9902

Fastenal Company
PO Box 1286
WInona, MN 55987-7286

FedEx Corporate Services Inc
as Assignee of FedEx Express/Ground/Frei
3965 Airways Blvd, Module G, 3rd Floor
Memphis TN 38116-5017

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801-1599

Georgios Lignos
25 Kritis Str.
12243 Egaleo
Greece

Giga Plex LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

| | | |
|---|---|---|
| Giga Plex, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>C/O David A. Kazemba<br>Wenatchee, WA 98801-2263 | Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 |
| William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336-0498 | Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 | Jessica Langis<br>PO BOX 398<br>Dryden, WA 98821-0398 |
| Jonathan Gould<br>924 Hale Avenue<br>BROOKSVILLE, FL 34601-3642 | David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 | Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 |
| Lee E. Woodard<br>Harris Beach PLLC<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lexon Insurance Company<br>Harris Beach PLLC<br>Attn: Lee E. Woodard<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 |
| Lighthouse<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 | Luis Roman<br>4633 White Bay Cir.<br>Wesley Chapel, FL 33545-5058 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 |
| MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | Melvin White<br>6091 GOLDDUST RD.<br>Brooksville, FL 34609-8705 | Michael Russo<br>10310 WREN ROAD<br>WEEKI WACHEE, FL 34613-3887 |
| Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee, WA 98802-9162 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 |
| NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila, WA 98188-5519 | NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 |

| | | |
|---|---|---|
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Our Botanicals Worldwide LLC<br>8 The Green<br>Suite #7123<br>Dover, DE 19901-3618 |
| Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 |
| James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 | Danial D Pharris<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle, WA 98101-4000 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 |
| Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 |
| Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 | Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 | Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 |
| SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 | Dominique R Scalia<br>DBS Law<br>155 NE 100th St<br>Ste 205<br>Seattle, WA 98125-8015 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 |
| Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 |
| TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 |
| Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 | Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |

| US Customs | US Trustee | WA Department of Revenue |
| --- | --- | --- |
| PO Box 979126 | US Court House | Attn: Sam Seal |
| St. Louis, MO 63197-9001 | 920 W Riverside Ave, Suite 593 | 2101 4th Ave, Ste 1400 |
| | Spokane, WA 99201-1012 | Seattle, WA 98121-2300 |

| Mark Waldron | Washington Department of Revenue | Washington Employment Security Dept |
| --- | --- | --- |
| Mark D. Waldron | 2101 Fourth Avenue #1400 | PO Box 9046 |
| 6711 Regents Blvd. W., Suite B | Seattle, WA 98121-2300 | Olympia, WA 98507-9046 |
| Tacoma, WA 98466-5421 | | |

| Washington State Labor & Industries | Scott Weaver | Wilson Sonsini Goodrich & Rosati |
| --- | --- | --- |
| PO Box 44170 | Carney Badley Spellman, PLLC | 650 Page Mill Rd. |
| Olympia, WA 98504-4170 | 701 Fifth Avenue | Palo Alto, CA 94304-1050 |
| | Suite 3600 | |
| | Seattle, WA 98104-7010 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Brandon Gordon
601 Seven Oaks Ct
Brooksville, FL 34601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Antony Gisholt | (u)Cryptonomos PTE Ltd | (u)Executive Flight, Inc. |
| --- | --- | --- |
| 72 John Trundle Court, Barbican | 1 Magazine Rd #04-11 | |
| London | Central Mall | |
| United Kingdom, EC2Y 8NE | Singamore | |
| London, AK | | |

| (d)Internal Revenue Service | (u)Unsecured Creditors' Committee | End of Label Matrix |
| --- | --- | --- |
| PO Box 7346 | | Mailable recipients    98 |
| Philadelphia, PA 19101-7346 | | Bypassed recipients     5 |
| | | Total                 103 |