John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
       dhofmann@williamskastner.com
       shenrie@williamskastner.com

The Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC.,

    Debtor.

NO. 18-03197-FPC11

REQUEST FOR SPECIAL NOTICE

The undersigned, pursuant to Federal Rules of Bankruptcy Procedure 9010, hereby enter a Request for Special Notice as attorneys for Creditor Refael Sofair, Individually and on Behalf of Others Similarly Situated, and respectfully requests that copies of all motions, notices and pleadings filed herein be served upon them at the following address:

    John A. Knox, WSBA #12707
    Douglas A. Hofmann, WSBA #06393
    Scott B. Henrie, WSBA #12673
    Williams, Kastner & Gibbs PLLC
    601 Union Street, #4100
    Seattle, WA 98101-2380
    Email:   jknox@williamskastner.com
                dhofmann@williamskastner.com
                shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2

18-03197-FPC7   Doc 200   Filed 02/20/19   Entered 02/20/19 14:52:20   Pg 1 of 3

DATED this 20th day of February, 2019.

/s/ John A. Knox, WSBA #12707
/s/ Douglas A. Hofmann, WSBA #06393
/s/ Scott B. Henrie, WSBA #12673
John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
dhofmann@williamskastner.com
shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2

18-03197-FPC7    Doc 200    Filed 02/20/19    Entered 02/20/19 14:52:20    Pg 2 of 3

# CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 20th day of February, 2019.

/s/ John A. Knox, WSBA #12707
/s/ Douglas A. Hofmann, WSBA #06393
/s/ Scott B. Henrie, WSBA #12673
John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
dhofmann@williamskastner.com
shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2