John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
dhofmann@williamskastner.com
shenrie@williamskastner.com

The Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>Debtor. | NO. 18-03197-FPC11<br><br>REQUEST FOR SPECIAL NOTICE |

The undersigned, pursuant to Federal Rules of Bankruptcy Procedure 9010, hereby enter a Request for Special Notice as attorneys for Creditor Refael Sofair, Individually and on Behalf of Others Similarly Situated, and respectfully requests that copies of all motions, notices and pleadings filed herein be served upon them at the following address:

> John A. Knox, WSBA #12707
> Douglas A. Hofmann, WSBA #06393
> Scott B. Henrie, WSBA #12673
> Williams, Kastner & Gibbs PLLC
> 601 Union Street, #4100
> Seattle, WA 98101-2380
> Email: jknox@williamskastner.com
> dhofmann@williamskastner.com
> shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2

DATED this 20th day of February, 2019.

                         <u>/s/ John A. Knox, WSBA #12707</u>
                         <u>/s/ Douglas A. Hofmann, WSBA #06393</u>
                         <u>/s/ Scott B. Henrie, WSBA #12673</u>
John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
            dhofmann@williamskastner.com
            shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2

18-03197-FPC7    Doc 201    Filed 02/20/19    Entered 02/20/19 14:58:06    Pg 2 of 3

# CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 20th day of February, 2019.

/s/ John A. Knox, WSBA #12707
/s/ Douglas A. Hofmann, WSBA #06393
/s/ Scott B. Henrie, WSBA #12673
John A. Knox, WSBA #12707
Douglas A. Hofmann, WSBA #06393
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Creditor Sofair, et al.
Email: jknox@williamskastner.com
dhofmann@williamskastner.com
shenrie@williamskastner.com

REQUEST FOR SPECIAL NOTICE - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6768887.2

18-03197-FPC7    Doc 201    Filed 02/20/19    Entered 02/20/19 14:58:06    Pg 3 of 3