OVERCAST LAW OFFICES, P.S.
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
(509) 663-5588 tele
(509) 662-5508 fax

HON. FREDERICK P. CORBIT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| In re:<br>GIGA WATT, INC.<br><br><br>Debtor in Possession | CASE NO. 18-03197-FPC11<br><br>STATUS REPORT |
|---|---|

Giga Plex, LLC and MLDC1, LLC, ("Creditors") submit this status report as requested by the Court in its telephonic hearing held on February 13, 2019.

Creditors, by and through their undersigned counsel, have signed a letter of intent to enter into an agreement with the Chapter 11 Trustee to reopen what will be called the Moses Lake Facilities. The subsequent agreement will be subject to court approval. In the event an agreement is reached, Creditors will withdraw its Motion for Relief from Stay filed herein.

Creditors have also discussed the matter with counsel for ECO Diversified Holdings, Inc., who has been advised of the proposed agreement between Creditors and the Chapter 11

STATUS REPORT - 1

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
Telephone (509) 663-5588

Trustee and that further advised we will not be pursuing the relief requested in the Motion for Relief from Stay at this time.

      Therefore, as requested by this Court I believe this matter is uncontested and the hearing set for February 27, 2019 at 2:30 pm shall be a telephonic status conference. The parties wishing to participate in this hearing can do so by calling (509) 353-3183.

DATED this 21st day of February, 2019.

                                         OVERCAST LAW OFFICES

                                         By: /s/ David A. Kazemba
                                              David A. Kazemba, WSBA #48049
                                              Attorneys for Creditors, Giga Plex, LLC
                                              and MLDC1, LLC

STATUS REPORT - 2                                                     OVERCAST LAW OFFICES
                                                                   **23 South Wenatchee Avenue, Suite 320**
                                                                   **Wenatchee, Washington 98801**
                                                                   **Telephone (509) 663-5588**

18-03197-FPC11    Doc 202    Filed 02/21/19    Entered 02/21/19 10:47:46    Pg 2 of 2