Shauna S. Brennan WSBA#36461
Brennan Legal Counsel Group PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
206-280-8349
888-423-6105  FAX
Sbrennan@outsidegeneralcounsel.com

HONORABLE FREDERICK CORBIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor in Possession

Case No. **18-03197-FPC11**

Chapter 11

DECLARATION OF SHAUNA S. BRENNAN IN SUPPORT OF ECO DIVERSIFIED HOLDINGS, INC'S OPPOSITION TO GIGA PLEX, LLC AND MLDC1, LLC'S MOTION FOR RELIEF FROM STAY, ABANDONMENT, AND REJECTION OF EXECUTORY CONTRACT

TO: CLERK OF THE ABOVE-ENTITLED COURT

AND TO: GIGA WATT INC.

U.S.TRUSTEE

ALL INTERESTED PARTIES

I, SHAUNA S. BRENNAN, am the Counsel of record for ECO Diversified Holdings, Inc., and have personal knowledge of the facts contained in this declaration.

1

BRENNAN LEGAL COUNSEL GROUP, PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

DECLARATION OF SHAUNA S. BRENNAN IN SUPPORT OF OPPOSITION

18-03197-FPC11   Doc 203   Filed 02/21/19   Entered 02/21/19 14:56:57   Pg 1 of 4

Brennan Legal Counsel Group, PLLC represents ECO Diversified Holdings, Inc., in reference to the Opposition to Giga Plex, LLC and MLDC1, LLC's Motion For Relief From Stay, Abandonment, and Rejection of Executory Contract [Doc 173].

Based on information and belief, the correct owner of the property is Giga Plex, LLC and the street address of the property is 9221 Tyndell Road Moses Lake, WA 98337. ECO Diversified Holdings, Inc., building is depicted on Exhibit 1, attached hereto.

I declare under penalty of perjury under the laws of the State of Washington that all the statements contained herein are true and correct to the best of my knowledge, information and belief.

DATED this 21st day of February, 2019

By: */s/Shauna S. Brennan*
    Shauna S. Brennan, WSBA#36461
    Attorney for Creditor ECO Diversified Holdings, Inc.

2

BRENNAN LEGAL COUNSEL GROUP, PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

DECLARATION OF SHAUNA S. BRENNAN IN SUPPORT OF OPPOSITION

18-03197-FPC11    Doc 203    Filed 02/21/19    Entered 02/21/19 14:56:57    Pg 2 of 4

# Exhibit 1

# EXHIBIT A
## To Giga Watt, Inc./ECO Diversified Holdings Inc. Sublease

That portion of the East half of Parcel E, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington, recorded January 13, 2017, under Grant County Auditors No. 137312 (Tax Parcel No. 09-0969-104), generally depicted as follows:



Exhibit A to Sublease
4160725