Pamela M. Egan, CA Bar No. 224758 (admitted *pro hac vice*)
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee herein*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, counsel to Mark D. Waldron, in his capacity as the duty-appointed Chapter 11 Trustee in the above-captioned bankruptcy case hereby declare under penalty of perjury the foregoing: I am a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action.

On February 19, 2019, I caused to be served the following documents in the manner set forth below upon the parties set forth below:

1. MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND

CERTIFICATE OF SERVICE - 1

NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 190]

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 191]

3. DECLARATION OF MARK D. WALDRON IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 192]

4. NOTICE OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 193]

5. DECLARATION OF LAUREN MIEHE IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 194]

CERTIFICATE OF SERVICE - 2

**PARTIES SERVED BY CM/ECF SYSTEM**

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, pam@dadkp.com

Paul H Beattie on behalf of Trustee Mark Waldron
beattielaw@gmail.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
TNguyen@Cairncross.com, bellison@ecf.courtdrive.com; aakers@ecf.courtdrive.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, rvansteen@williamskastner.com; DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, jperrin@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

CERTIFICATE OF SERVICE - 3

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com, cdg@rieslawfirm.com

Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, trustee@mwaldronlaw.com

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Dina L. Yunker Frank on behalf of Creditor Washington State Taxing Agencies
BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV

**PARTIES SERVED BY EMAIL**

Each person listed on the Token Holders and Miner Owners List. Pursuant to LBR 9018-1, the email addresses listed on the Token Holders and Miner Owners List will be hand-delivered to chambers prominently marked, "FILED UNDER PENDING MOTION TO SEAL."

Executed this 25th day of February 2019 in Seattle, Washington.

*/s/ Pamela M. Egan*
Pamela M. Egan (admitted *pro hac vice*)

CERTIFICATE OF SERVICE - 4