Pamela M. Egan, CA Bar No. 224758 (PHV)
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is CKR Law, 44 Montgomery St, Suite 960, San Francisco, California 94104.

CERTIFICATE OF SERVICE - 1

On February 20, 2019, I served true and correct copies of the following document(s) described as:

1. **MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 190]**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 191]**

3. **DECLARATION OF MARK D. WALDRON IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 192]**

4. **NOTICE OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 193]**

5. **DECLARATION OF LAUREN MIEHE IN SUPPORT OF MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER (I) EXTENDING DEADLINE TO FILE PROOFS OF CLAIM, (II) APPROVING PROCEDURE RELATING TO NOTICE TO TOKEN HOLDERS AND MINER OWNERS, (III) APPROVING THE FORM OF SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE, AND (IV) GRANTING EXPEDITED CONSIDERATION [Docket No. 194]**

on the interested parties as listed on the attached Exhibit "A" Proof of Service List, as fully incorporated herein by reference. The Master Mailing List was retrieved from the database of the Bankruptcy Court on February 19, 2019. Service by first class was effected upon each entity on the attached MML on February 20, 2019.

[X] **BY U.S. MAIL:** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid at approximately 8:59pm. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand via messenger service to the address above;

CERTIFICATE OF SERVICE - 3

1    I declare under penalty of perjury under the laws of the State of California
2    that the foregoing is true and correct.

3
4    Executed on February 20, 2019, at San Francisco, California.

5
6
7
8    _____
                                              Devon M. Brown
9

CERTIFICATE OF SERVICE - 4

# Exhibit "A"
## Proof of Service List

Label Matrix for local noticing
0980-2
Case 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Tue Feb 19 14:25:32 PST 2019

229 craft road
Brandon, FL 33511-7588

ANATOLY CHECHERIN
BEGOVAYA, 3, BUILDING 1, 36 FLOOR
MOSCOW, RUSSIA, ZIP 125284

Alan Walnoha
350 Gran Via
Apt 2067
Irving, TX 75039-0137

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrea Sharp
268 Bush Street #2520
San Francisco, CA 94104-3503

Andrew Blyler
603 W Washington St
Ann Arbor, MI 48103-4233

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Andrey Kuzenny
1687 Stone Canyon Rd.
Los Angeles, CA 90077-1912

Anthony Martinez
4109 Mason Street
San Diego, CA 92110-2720

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Bashar (Ben) Assad
17713 15th Ave NE
Ste 101
Shoreline, WA 98155-3839

Quentin D Batjer
Davis, Arneil Law Firm, LLP   617 Washington St
Wenatchee, WA 98801-2600

Paul H Beattie
Law Offices of Paul H. Beattie
7920 Se Steller Way
Snoqualmie, WA 98065-9004

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Bill Schmidt
105 Julie Ann Ct.
Cashmere, WA 98815-1316

Blockchain Systems LLC
124 W 60 St. Unit 29A
New York, NY 10023-7475

(p)BAR CODES TALK  LLC
ATTN BRANDON GORDON
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

Brandon Robinson
1997 Tall Tree Dr
Atlanta, GA 30324-2723

Shauna S Brennan
Brennan Legal Counsel Group, PLLC
14900 Interurban Ave S.
Ste 271
Tukwia, WA 98168-4654

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Bryant Johnson
1360 WHITETAIL GLEN Ct
HEBRON, KY 41048-7965

Daniel J Bugbee
DBS Law
155 NE 100th Street
Suite 205
Seattle, WA 98125-8015

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CARLOS ENRIQUE FERNANDEZ CASTELLANO
5630 SW 163RD AVE
SOUTHWEST RANCHES, FL 33331-1446

CT Freight USA Inc
20202 Hwy 59 N
Humble, TX 77338-2400

CTC Engineering
2290 Bishop Circle East  Dexter,
MI 48130-1564

CTC Engineering, Inc.
Bodman PLC
Attn: Harvey W. Berman
201 South Division Street, Ste. 400
Ann Arbor, MI 48104-2259

Cameron Schmidt
1204 COLUMBINE ST
WENATCHEE, WA 98801-6210

Carlos Gagliano
8200 Offenhauser Dr. 105G
Reno, NV, 89511
Reno, NV 89511-1717

Carmen Jacqueline Hernandez Guevara
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
15D Urb Guaicay, Baruta, Caracas Venezu
Zip code 1080

Cesar Diaz, JRD Funding LLC
8137 Malchite Avenue, Suite E
Rancho Cucamunga, CA 91730-3571

Clinton Douglas Luckinbill
1054 Waterleaf Way
San Jacinto, CA 92582-3020

Cody Forrest Quinn
5920 Kimber Road
Cashmere, WA 98815-9526

Cody Schmidt
1204 Columbine St.
Wenatchee, WA 98801-6210

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Consolidated Electrical Distributors, Inc.
c/o Douglas R. Hookland, Attorney
Scott Hookland LLP
P.O. Box 23414
Tigard, OR 97281-3414

Cryptonomos Pte Ltd.
1 Coleman Street
The Adelphi #08-07
Singapore  179803

Darren James Wurf
2/41 Osborne Avenue
Glen Iris
Victoria 3146
Australia

Dave Carlson
474 Highline Dr., Suites A-C & H
East Wenatchee, WA 98802-7725

David J Lutz
916 Confidence Dr
Longmont, CO 80504-8526

Donald J. Enright
1101 30th Street Northwest
Suite 115
Washington 20007-3740

Doug Black
225 Linda Lane
Wenatchee, WA 98801-6010

Douglas Berger
371 Catskill Ct.
Mahwah, NJ 07430-2736

Douglas County PUD
C/O Kathryn R McKinley
Paine Hamblen LLP
717 W Sprague Ave
Ste 1200
Spokane, WA 99201-3905

Douglas County PUD
PO Box 1119
Bridgeport, WA 98813-1119

Drew Behrens
525 N Larch Ave.
East Wenatchee, WA 98802-5047

Gary W Dyer
U S Trustee's Office
920 W Riverside Ave
Suite 593
Spokane, WA 99201-1012

EAN Services, LLC
Mary E Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

ECO Diversified Holdings, Inc.
4625 West Nevso Dr, Ste 2
Las Vegas, NV 89103-3763

Eduard Khaptakhaev
Lenkinkkgradsky pr-t 76/1/49
Moscow
Russia

Eero Koskinen
Niittypolku 21
02460 Kantvik
Finland
Finland

Ben Ellison
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125-8015

Benjamin A Ellison
Dbs Law
155 NE 100 St
Ste 205
Seattle, WA 98125-8015

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt
1000 Second Ave Suite 2950
Seattle, WA 98104-3604

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt PLLC
1000 Second Ave Suite 2950
Seattle, WA 98104-3604

Ernesto Pedrera
7601 E Treasure DR, apt 1023
apt 1023
North Bay Village, FL 33141-4362

Evansont Insurance Carrier
c/o Mitchell, Reed & Schmitten Ins.
PO Box D
Cashmere, WA 98815-0515

Executive Flight
1 Campbell Pkwy
East Wenatchee, WA 98802-9290

| | | |
|---|---|---|
| Executive Flight, Inc.<br>Scott R. Weaver, Carney Badley Spellman<br>701 5th Avenue Ste 3600<br>Seattle, WA 98104-7010 | Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: Legal Dept.<br>Winona, MN 55987-9902 | Fastenal Company<br>PO Box 1286<br>WInona, MN 55987-7286 |
| FedEx Corporate Services Inc<br>as Assignee of FedEx Express/Ground/Frei<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis TN 38116-5017 | GIGA WATT INC<br>1250 N Wenatchee Ave., Suite H #147<br>Wenatchee, WA 98801-1599 | Georgios Lignos<br>25 Kritis Str.<br>12243 Egaleo<br>Greece |
| Giga Plex LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | Giga Plex, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>C/O David A. Kazemba<br>Wenatchee, WA 98801-2263 | Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore |
| Gigawatt Pte Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore  179803 | Gleb Nesis<br>3419 IRWIN AVE<br>Apt 708<br>BRONX, NY 10463-3754 | Grigory Klumov<br>Balaklavsky avenue 12-3-93<br>117639<br>Moscow Russia |
| H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 | William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336-0498 | Hans-Peter Edenstrasser<br>Rupert Hagleitner Strasse 1d 54<br>6300 Woergl , Tirol<br>Austria<br>6300 Woergl, Tirol,  Austria |
| Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Hashvin Daryanani<br>56B Seroe Blanco<br>Box# 393<br>Oranjesatad, Aruba<br>Aruba | Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 |
| Gretchen J. Hoog<br>Pepple Cantu Schmidt PLLC<br>1000 Second Avenue<br>Suite 2950<br>Seattle, WA 98104-3604 | Ibrahim Issa<br>Lebanon Beirut ,Riad el soloh Square | Igor Martirosian<br>36 Washington Avenue 2nd Floor<br>Cliffside Park, NJ 07010-3025 |
| Intelliapps Ltd<br>Unit 272 CoLab Center<br>Port Road<br>Letterkenny CO Dongal EIRCODE F92 RKC7<br>Ireland | Interflow LLC<br>5465 S Dorchester<br>CHICAGO, IL 60615-5316 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Ioannis Violidakis<br>Kimonos 11<br>Athens, Greece, P.Code: GR-10441 | Ivan Marcak<br>Dlouha Trida 474/25<br>73601 Havirov<br>Czech Republic | JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 |
| Jacqueline Bussey<br>Percheron<br>Goudhurst Road<br>Cranbrook TN17 2PN<br>United Kingdom | Jeffers, Danielson, Sonn & Aylward, P.S.<br>2600 Chester Kimm Rd<br>Wenatchee, WA 98801-8116 | Jeffrey C Lutz<br>916 Confidence Dr<br>LONGMONT, CO 80504-8526 |

| | | |
|---|---|---|
| Jeffrey Chin<br>42 Pepper Tree Road<br>Lidcombe NSW<br>Sydney Australia | Jessica Langis<br>PO BOX 398<br>Dryden, WA 98821-0398 | John Guille<br>514 Americas Way #7134<br>Box Elder, SD 57719-7600 |
| John Scevola<br>8768 SW Iroquois Drive<br>Tualatin, OR 97062-9304 | John T. Winslow<br>5544 Las Virgenes Road #99<br>Calabasas, CA 91302-3446 | Jonathan Gould<br>924 Hale Avenue<br>BROOKSVILLE, FL 34601-3642 |
| Jonathan J Lutz<br>916 Confidence Dr<br>Longmont, CO 80504-8526 | Jose A. Herrera<br>12801 Philadelphia Street<br>Suite B<br>Whittier, CA 90601-4126 | Joseph Brodsky<br>656 St.Nicholas av #35<br>New York, NY 10030-1086 |
| Joseph Errigo<br>7 PRATT ST<br>FORT MONROE, VA 23651-1025 | Juan Bautista Ibarra Arana<br>Calle 66 #510<br>Resid. La Carana, Piedades<br>Santa Ana, San Jose<br>Costa Rica | Julian Heere<br>500 J Street 1703<br>Sacramento, CA 95814-2335 |
| Jun Dam<br>2116 L Street No. 2<br>Antioch, CA 94509-3434 | (c)JUNG H. CHO<br>239B E COLUMBIA AVE<br>PALISADES PARK NJ  07650-1994 | David A Kazemba<br>Overcast Law Offices, P.S.<br>23 S. Wenatchee. Ave. Suite 320<br>Wentachee, WA 98801-2263 |
| Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Kenneth D McCoy<br>1401 Woodstock Way<br>#103H<br>Bellingham, WA 98226-3577 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| Koji Michiwaki<br>Zip code:428-0313<br>Shizuoka-ken Haibara-gun Kawanehon-cho<br>Kaminagao 380-3 Japan | Krishna Karthik Reddy Adapala<br>5106 Kino Ct<br>Dublin, CA 94568-8719 | Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 |
| Lasse Kaihlavirta<br>Piiriniitynkatu 4 H 3<br>Tampere 33340<br>FINLAND | David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Lee E. Woodard<br>Harris Beach PLLC<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 |
| Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Lexon Insurance Company<br>Harris Beach PLLC<br>Attn:  Lee E. Woodard<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 | Lighthouse (formerly Discovia)<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104-3428 |
| Luis Roman<br>4633 White Bay Cir.<br>Wesley Chapel, FL 33545-5058 | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 |

| | | |
|---|---|---|
| Marc Joyce<br>104 Los Gatos Blvd<br>Los Gatos, CA 95030-6122 | Matteo Romani<br>Via Flaminia 66<br>fossombrone, WA 61034 | Matthew R Lutz<br>916 Confidence Drive<br>Longmont, CO 80504-8526 |
| Mazaeva Maria<br>Shokalskogo proezd<br>h.4 app.44<br>127642<br>Russia, Moscow | Kathryn R McKinley<br>PAINE HAMBLEN LLP<br>717 W. Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201-3905 | McVicker, Moss, Balestra, et al in class act<br>Levi & Korsinsky, LLP<br>1101 30th Street Northwest, Suite 115<br>Washington, DC 20007-3740 |
| Melvin White<br>6091 GOLDDUST RD.<br>Brooksville, FL 34609-8705 | Michael Ilyankoff<br>7425 156TH ST SE<br>SNOHOMISH, WA 98296-8771 | Michael Russo<br>10310 WREN ROAD<br>WEEKI WACHEE, FL 34613-3887 |
| Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | Mr Alexander Garnock<br>13 Buttfield St Coombs ACT<br>2611 Australia<br>13 Buttfield St Coombs ACT Canberra Aust | Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee, WA 98802-9162 |
| NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila, WA 98188-5519 | NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 |
| NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Nathan Welling<br>340 S Lemon Ave unit 5807<br>Walnut, CA 91789-2706 | Nelson L. Kim<br>8305 Weeping Springs ave<br>Las Vegas, NV 89131-1450 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Neppel Electrical & Controls, LLC<br>c/o Ries Law Firm, P.S.<br>P.O. Box 2119<br>Moses Lake, WA 98837-0519 |
| Nitin Limaye<br>401 Manorath Apartments<br>9-B Pratapgunj Society, Vadodara 390002,<br>India | Our Botanicals Worldwide LLC<br>8 The Green<br>Suite #7123<br>Dover, DE 19901-3618 | PHAM SONG TOAN<br>Toneyama 2-5-6<br>Toyonaka<br>Osaka, Japan |
| Pablo Hernandez Guevara<br>Calle Este Res Mi Refugio P 9 Apto. 9A<br>Urb. Manzanares Caracas Venezuela<br>Zip code 1070 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225-4211 | Pamela M Egan<br>Paul H Beattie<br>CKR Law LLP<br>506 2nd Avenue, 14th Floor<br>Seattle, WA 98104-2343 | Path of Four Winds, LLC<br>3638 Lake Breeze Lane<br>Crosby, TX 77532-7202 |

| | | |
|---|---|---|
| Patrick Blount<br>848 N Rainbow Blvd<br>Suite 1800<br>Las Vegas, NV 89107-1103 | Paul A. Barrera<br>North City Law, PC<br>17713 15th Ave NE<br>Suite 101<br>Shoreline, WA 98155-3839 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Danial D Pharris<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle, WA 98101-4000 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 |
| Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 | Refael Sofair, individually<br>and on behalf of all others similarly si<br>c/o John A. Knox, Williams Kastner & Gib<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-1368 |
| Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837-0519 | Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837-0519 | Rietveld Global Business Group B.V.<br>Postbus 9607 (Box G58)<br>1006 GC, Amsterdam<br>The Netherlands |
| Robert Ilievski<br>Nypongatan 18<br>212 31 Malmo<br>Skane<br>Sweden | Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 |
| SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 | Dominique R Scalia<br>DBS Law<br>155 NE 100th St<br>Ste 205<br>Seattle, WA 98125-8015 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 |
| Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave, Ste 3600<br>Seattle, WA 98104-7010 | Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 |
| Sinh Du<br>818 SW 3rd Ave #221-2313<br>Portland, OR 97204-2405 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Stefano Musumeci<br>Uuslinna tn 9/4-52<br>11415 Tallinn<br>Estonia |
| Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 | TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 |
| Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 | Talos Construction LLC<br>P.O. Box 2607<br>Chelan, WA 98816-2607 | Taverne Kevin<br>13 rue kipling<br>91540 Mennecy , France |

| | | |
|---|---|---|
| Theocharis Aslanidis<br>Doridos 44<br>12242 Egaleo<br>Greece | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 |
| Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| Mark Waldron<br>Mark D. Waldron<br>6711 Regents Blvd. W., Suite B<br>Tacoma, WA 98466-5421 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 |
| Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 | Scott Weaver<br>Carney Badley Spellman, PLLC<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, WA 98104-7010 | Wilhelmus Appel<br>Lupinelaan 15<br>5582 CG Waalre<br>The Netherlands |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | Yurii Kuzmin<br>10-B, Urozhaynaya str.,<br>Odessa<br>65016<br>Ukraine | fabio todeschini<br>16 via gran san bernardo<br>milan<br>italy |
| mathias brachet<br>darwingasse 37<br>top 1<br>1020 Vienna<br>Austria | nick nguyen<br>3411 Greentree Dr<br>Falls Church, VA 22041-1405 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Brandon Gordon
601 Seven Oaks Ct
Brooksville, FL 34601

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jung H. Cho
239 E.Columbia ave.
Unit B
Palisades Park, NJ 07650

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Antony Gisholt
72 John Trundle Court, Barbican
London
United Kingdom, EC2Y 8NE
London, AK

(u)Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singamore

(d)ECO Diversified Holdings, Inc.
4625 West Nevso Dr Suite 2
Las Vegas, NV 89103-3763

(u)Executive Flight, Inc.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Jarno Hogeweg
Kaya Sirena 18
Kralendijk - Bonaire

(u)Luke McIntyre
4 Rose Road
4 Rose Rd, Grey Lynn, Auckland, New Zeal

(u)Ruben del Muro
1923-1 Nishidera, Kikuchi, Kumamoto, Jap
861-1323

(d)Schmitt Electric, Inc
1114 Walla Walla Avenue
Wenatchee, WA 98801-1525

(d)Talos Construction, LLC
PO Box 2607
Chelan, WA 98816-2607

(d)Tuomas J Karjalainen
7601 E treasure DRIVE, APT 1023
APT 1023
North Bay Village, FL 33141-4362

(u)Unsecured Creditors' Committee

(u)luca monterisi
sveti martin, 142
21312 Podstrana
Croatia

End of Label Matrix
Mailable recipients    199
Bypassed recipients     13
Total                  212