UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                      )
                                            )  Case No. 18-03197
                                            )
GIGA WATT, INC.                             )
                                            )  **ORDER APPROVING EMPLOYMENT**
                                            )  **UNDER 11 U.S.C. §327 BY TRUSTEE/**
                        Debtor(s)           )  **DEBTOR-IN-POSSESSION**

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of __Douglas Pratt__ as __Consultant__ for trustee/debtor-in-possession is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §328.

2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

Presented by [signature]                    ///End of Order///

(Signature/address/phone)
Law Offices of Mark D. Waldron, PLLC
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. §327 - 1