Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Attorneys for Official Unsecured
Creditors' Committee

HONORABLE FREDERICK CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC.<br><br>Debtor in Possession | Case No. 18-03197-11<br>Chapter 11<br><br>UNSECURED CREDITORS COMMITTEE JOINDER IN UNITED STATES TRUSTEE'S OBJECTION TO FEE APPLICATION |

The Unsecured Creditors Committee of Giga Watt, Inc. ("Committee") hereby joins in the United States Trustee's Objection to Fee Application (the "Objection"), and also asserts its own limited additional objection.

## I.    Joinder in United States Trustee's Objection

Timothy R. Fischer of Winston & Cashatt submitted an Application for Award of Compensation (the "Fee Application") on February 7, 2019, at Doc. 159. On February 22, 2019, the United States Trustee filed the Objection to the

JOINDER IN OBJECTION TO FEE APPLICATION - PAGE 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7   Doc 221   Filed 03/04/19   Entered 03/04/19 17:23:46   Pg 1 of 2

Fee Application, setting forth several grounds. The Committee hereby joins in the United States Trustee's Objection.

## II. Additional Objection

In addition to the issues raised by the United States Trustee, the Committee also objects to any order that would allow for immediate payment of any fees/costs to Mr. Fischer. The Chapter 11 Trustee has yet to make any determination regarding the availability of assets in the Debtor's estate to pay administrative claims. Any order otherwise approving the amount or validity of Mr. Fischer's claim should clarify that no payment shall be made—including from any funds being held by Mr. Fischer or his firm—until the Trustee has determined that there are sufficient funds to pay all administrative claims in full. *In re W. Farmers Ass'n*, 13 B.R. 132, 136 (Bankr. W.D. Wash. 1981) ("When there is the possibility that the assets of the estate will not be sufficient to cover all expenses of administration, it is legally improper to pay one expense of the debtor or debtor-in-possession before paying another ….").

DATED this 4th day of March, 2019.

DBS | Law

*/s/ Dominique R. Scalia*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

JOINDER IN OBJECTION TO FEE APPLICATION - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737