Pamela M. Egan, CA Bar No. 224758 (admitted *pro hac vice*)
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, counsel to Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee in the above-captioned bankruptcy case hereby declare under penalty of perjury the foregoing: I am a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action.

On March 5, 2019, I served the Second Notice of Case Commencement and Notice of First Extended Bar Date by email upon the Token Holders and Miner Owners List.

CERTIFICATE OF SERVICE - 1

On March 6, 2019, I caused the Second Notice of Case Commencement and Notice of First Extended Bar Date to be served in the manner set forth below upon the parties set forth below:

**PARTIES SERVED BY CM/ECF SYSTEM**

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, pam@dadkp.com

Paul H Beattie on behalf of Trustee Mark Waldron
beattielaw@gmail.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
TNguyen@Cairncross.com, bellison@ecf.courtdrive.com; aakers@ecf.courtdrive.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, rvansteen@williamskastner.com DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC

CERTIFICATE OF SERVICE - 2

dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, jperrin@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com, cdg@rieslawfirm.com

Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, trustee@mwaldronlaw.com

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Dina L. Yunker Frank on behalf of Creditor Washington State Taxing Agencies
BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV

    Executed this 6th day of March 2019 in Seattle, Washington.

                                                             */s/ Pamela M. Egan*
                                                             Pamela M. Egan (admitted *pro hac vice*)

CERTIFICATE OF SERVICE - 3