United States Bankruptcy Court

PO Box 2164

Spokane, WA 99210

March 11, 2019

Subject: Case Number 18-03197, GigaWatt Inc.

Claim #64, Filed February 15, 2019

Amendment Request

To Whom it May Concern,

This letter is to request an amendment to my claim #64, filed February 15, 2019. An error occurred during the online filing process and my address was placed in the field for my name and I am not able to correct it online. Would you please amend my claim to show my name and address in the proper spaces? Here is the proper information:

Name:       Scott Glasscock

Address:    229 Craft Road

            Brandon, FL 33511

Thank you for your assistance in this matter.

Sincerely,

Scott A. Glasscock

Tel: 404-632-74402 (cell)