Pamela M. Egan, WSBA No. 54736[1]
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**NOTICE OF STIPULATION TO EXTEND DEADLINE TO ASSUME OR REJECT THE LEASE WITH CLEVER CAPITAL LLC** |

PLEASE TAKE NOTICE that Clever Capital LLC has agreed to the extension of the Chapter 11 Trustee's deadline to assume or reject that certain Commercial Lease, dated November 16, 2018, between Clever Capital LLC, as lessor, and Giga Watt, Inc., as lessee, with respect to 474 Highline Dr., East

---

[1] Ms. Egan was recently admitted to the Washington State Bar. She will shortly apply for admission to the U.S. District Court for the E.D. Washington. She is admitted in this case *pro hac vice*.

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 1

Wenatchee, Washington. The foregoing deadline is extended **for thirty days to April 18, 2019**.

March 18, 2019                    **ESTATE OF GIGA WATT, INC.**

                                  By: *Pamela M. Egan*
                                  ──────────────────────────
                                      Pamela M. Egan

                                  *Counsel to Chapter 11 Trustee of the estate of Giga Watt, Inc. and not in any personal capacity*

March 18, 2019                    **CLEVER CAPITAL LLC**

                                  By: *Vanessa Pierce Rollins*   WSBA 54554
                                  ──────────────────────────
                                      Vanessa Pierce Rollins

                                  *Counsel to Clever Capital LLC*

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 2