Pamela M. Egan, WSBA No. 54736[1]
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**NOTICE OF STIPULATION TO EXTEND DEADLINE TO ASSUME OR REJECT THE LEASES WITH GIGA PLEX, LLC AND MLDC 1, LLC AND THE SUBLEASE WITH ECODIVERSIFIED HOLDINGS, INC.** |

PLEASE TAKE NOTICE that Giga Plex LLC, MLDC 1 LLC, and Eco Diversified Holdings, Inc. have agreed to the extension of the Chapter 11 Trustee's deadline to assume or reject the following leases and sublease **for sixty days to May 18, 2019**:

---

[1] Ms. Egan was recently admitted to the Washington State Bar. She will shortly apply for admission to the U.S. District Court for the E.D. Washington. She is admitted in this case *pro hac vice*.

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 1

1. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and Giga Plex, LLC, as landlord, dated October 16, 2018 (the "Parcel E Pods Lease") with respect to Parcel E, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington (the "Parcel E Pods");

2. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and Giga Plex, LLC, as landlord, dated October 15, 2018 (the "Parcel C Pods Lease") with respect to Parcel C, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington (the "Parcel C Pods");

3. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and MLDC 1, LLC, as Landlord, dated October 16, 2018 (the "MLDC 1 Pods Lease") with respect to a "portion of Parcel D, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington" (the "MLDC 1 Pods");

4. Turn-Key Datacenter Lease and License Agreement Between Enterprise Focus, Inc. (as assumed by Giga Watt, Inc.), as Tenant, and MLDC 1, LLC, as Landlord, dated June 10, 2015, with respect to a "portion of Parcel D, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington" (the "MLDC 1 Datacenter Lease"); and

5. Sublease, dated June 27, 2017, between Giga Watt, Inc. and Eco Diversified Holdings, Inc.

This extension is subject to approval by the Court of the following agreements:

1. *Agreement to Settle Relief from Stay Motion, Obtain Super Priority Unsecured Credit and Re-Enter the Premises*, between the Estate of Giga Watt, Inc., represented by the duly-appointed Chapter 11 Trustee, on the one hand, and Giga Plex LLC and MLDC 1 LLC, on the other.

2. *Agreement to Withdraw Motion for Relief from Stay, for Re-Entry of Subtenant Eco Diversified Holdings, Inc., and for Release of Claim* dated as of March 18, 2019, between the Estate of Giga Watt, Inc., represented by the duly-appointed Chapter 11 Trustee, 2) Eco Diversified Holdings, Inc., and 3) Giga Plex LLC and MLDC 1 LLC.

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 2

18-03197-FPC11   Doc 241   Filed 03/19/19   Entered 03/19/19 14:41:31   Pg 2 of 4

The Chapter 11 Trustee will provide separate notice of the motions to approve the foregoing agreements.

March 18, 2019     **ESTATE OF GIGA WATT, INC.**

By: *Pamela M. Egan*
    Pamela M. Egan

   *Counsel to Chapter 11 Trustee of the estate of Giga Watt, Inc. and not in any personal capacity*

March 18, 2019     **GIGA PLEX LLC**
                   **MLDC 1 LLC**

By: See attached signature of David Kazemba
    David G. Visser

   *Counsel to Giga Plex LLC and MLDC 1 LLC*

March 18, 2019     **ECO DIVERSIFIED HOLDINGS, INC.**

By: *Shauna Brennan*
    Shauna Brennan

   *Counsel to Eco Diversified Holdings, Inc.*

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 3

The Chapter 11 Trustee will provide separate notice of the motions to approve the foregoing agreements.

March 18, 2019          **ESTATE OF GIGA WATT, INC.**

By: _____
Pamela M. Egan

*Counsel to Chapter 11 Trustee of the estate of Giga Watt, Inc. and not in any personal capacity*

March 18, 2019          **GIGA PLEX LLC**
**MLDC 1 LLC**

By: _____
David A. Kazemba

*Counsel to Giga Plex LLC and MLDC 1 LLC*

March 18, 2019          **ECO DIVERSIFIED HOLDINGS, INC.**

By: _____
Shauna Brennan

*Counsel to Eco Diversified Holdings, Inc.*

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 3