Pamela M. Egan, WSBA No. 54736[1]
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**NOTICE OF CONDITIONAL STIPULATION TO EXTEND THE DEADLINE TO ASSUME OR REJECT THE LEASE WITH THE PORT OF DOUGLAS COUNTY** |

PLEASE TAKE NOTICE that the Port of Douglas County has agreed to the extension of the Chapter 11 Trustee's deadline to assume or reject that certain *Lease for Portion of Pangborn Airport Business Park East Wenatchee, Washington*, dated March 9, 2017, and *Addendum to Lease Agreement*, dated August 15, 2017, entered into by and among the Port and Giga Watt, Inc.

---

[1] Ms. Egan was recently admitted to the Washington State Bar. She will shortly apply for admission to the U.S. District Court for the E.D. Washington. She is admitted in this case *pro hac vice*.

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 1

(collectively, the "Lease"), for ninety days to June 17, 2019, **_provided that_** the Lease shall be deemed rejected as of March 19, 2019 without the need for further notice or Order if, within thirty days of the date of this Notice, the Court has not entered an Order: (1) approving the *Stipulation Between the Chapter 11 Trustee and the Port of Douglas County Regarding the Lease, the Application of the Surety Deposit to the Claims of the Port of Douglas County, and the Modification of the Automatic Stay* (the "Stipulation"), attached hereto as **Exhibit A**; and (2) modifying the automatic stay set forth in section 362 of title 11 of the United States Code to permit the Port to exercise its rights under the Stipulation.

March 19, 2019

**PORT OF DOUGLAS COUNTY**

By: *[signature]*
Printed Name: William L. Homer
Its: Attorney

March 19, 2019

**ESTATE OF GIGA WATT INC.**

By: *Pamela M. Egan*, Attorney
Mark D. Waldron, in his capacity as the Chapter 11 Trustee in the bankruptcy case of Giga Watt, Inc., and not in any personal capacity.

NOTICE OF STIPULATION TO EXTEND REJECTION DEADLINE - Page 2