Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**MOTION TO ADMIT ATTORNEY WILLIAM R. FIRTH, III *PRO HAC VICE* UNDER LOCAL CIVIL RULE 83.2(c)(3)**<br><br>**[No Hearing Requested]** |

Attorney Paul H. Beattie of CKR Law LLP respectfully moves this honorable Court under Eastern District of Washington LBR 9010-1 and Eastern District L. Civ. R. 83.2(c) for an Order granting the *Pro Hac Vice* admission of William R. Firth, III ("Applicant"), who is Mr. Beattie's partner at CKR Law LLP.

## BACKGROUND

The Chapter 11 Trustee, Mark D. Waldron, has retained CKR Law LLP as general bankruptcy counsel. Applicant Firth is a member in good standing of the State Bars of Delaware, New Jersey and Pennsylvania. As set forth below,

Motion to Admit *Pro Hac Vice* (Firth) - Page 1

Applicant's law partner, Paul H. Beattie, is a member of the Washington State Bar and is admitted to practice before the United States District Court for the Eastern District of Washington (where he has practiced for many years) and before this honorable Court.

## LOCAL CIVIL RULE 83.2(c)(4) COMPLIANCE

Movant and Applicant submit the following information as required by Eastern District L. Civ. R. 83.2(c)(4). The information is confirmed and attested to in the accompanying Declaration of William R. Firth, III, Attorney.

**A.    Applicant's Address and Telephone Number.**

William R. Firth, III, Attorney
CKR Law LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
T:    (302) 367-7903
E:    wfirth@ckrlaw.com

**B.    Dates of Admission to Practice Before Other Courts.**

2002: Admitted to New Jersey Bar
Admitted to Pennsylvania Bar
U.S. District Court for the District of New Jersey
U.S. District Court for the Eastern District of Pennsylvania

2003: Admitted to Delaware Bar
U.S. District Court for the District of Delaware
U.S. Third Circuit Court of Appeals

Motion to Admit *Pro Hac Vice* (Firth) - Page 2

**C.    Name, Address and Telephone Number of Admitted Counsel With Whom the Applicant Will Be Associated.**

Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle Washington 98104
T:    (206) 696-9095
E:    pbeattie@ckrlaw.com

**D.    Necessity for Appearance by Applicant**

Mr. Firth is an experienced bankruptcy litigator. He has direct experience investigating and prosecuting civil fraud in the bankruptcy context in general and involving Russian defendants, specifically. Mr. Firth's expertise is critical in this case because of the indicia of fraud that are present.

As set forth in the Firth Declaration, Applicant, a graduate of Villanova University, the University of Pennsylvania and Villanova Law School, is an experienced Chapter 11 bankruptcy practitioner who has eighteen years of experience in bankruptcy litigation and insolvency matters– all directly relevant to this case.  Importantly, CKR Law LLP has one of the largest and most experienced blockchain practice groups in the United States: their knowledge and experience, tapped into and deployed by Mr. Firth, will allow the Chapter 11 Trustee to properly discharge his responsibilities in this factually and legally complex Chapter 11 proceeding.

**E.    Disciplinary Sanctions by Any Court or Bar Association.**

Applicant has never been disciplined or sanctioned by any court or bar association.

Motion to Admit *Pro Hac Vice* (Firth) - Page 3

<table>
<tr><td>1</td><td colspan="2" align="center">**<u>CONCLUSION</u>**</td></tr>
<tr><td>2</td><td colspan="2">WHEREFORE, the duly-appointed Chapter 11 Trustee, through Attorney</td></tr>
<tr><td>3</td><td colspan="2">Paul Beattie, respectfully requests that the Court enter an Order:</td></tr>
<tr><td>4</td><td colspan="2">1.    Granting the Application in its entirety;</td></tr>
<tr><td>5</td><td colspan="2">2.    Allowing Applicant Firth to participate in this case on a *pro hac vice*</td></tr>
<tr><td>6</td><td colspan="2">basis; and</td></tr>
<tr><td>7</td><td colspan="2">3.    Granting any further relief the Court deems to be appropriate and</td></tr>
<tr><td>8</td><td colspan="2">just.</td></tr>
<tr><td>9</td><td>Dated: March 22, 2019</td><td>CKR LAW LLP</td></tr>
<tr><td>10</td><td></td><td></td></tr>
<tr><td>11</td><td></td><td>By:      */s/ Paul H. Beattie*<br>Paul H. Beattie (WSBA No. 30277)</td></tr>
<tr><td>12</td><td></td><td>506 2nd Avenue, 14th Floor<br>Seattle, WA 98114</td></tr>
<tr><td>13</td><td></td><td>Telephone:  (415) 297-0132<br>Facsimile:   (206) 582-5001<br>Email: pbeattie@ckrlaw.com</td></tr>
<tr><td>14</td><td></td><td></td></tr>
<tr><td>15</td><td></td><td>*Attorneys for Mark D. Waldron, Chapter 11 Trustee*</td></tr>
<tr><td>16</td><td></td><td></td></tr>
<tr><td>17</td><td></td><td></td></tr>
<tr><td>18</td><td></td><td></td></tr>
<tr><td>19</td><td></td><td></td></tr>
<tr><td>20</td><td></td><td></td></tr>
<tr><td>21</td><td></td><td></td></tr>
<tr><td>22</td><td></td><td></td></tr>
<tr><td>23</td><td></td><td></td></tr>
<tr><td>24</td><td colspan="2">Motion to Admit *Pro Hac Vice* (Firth) - Page 4</td></tr>
<tr><td>25</td><td colspan="2"></td></tr>
</table>