Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | Chapter 11 |
| Debtor. | **DECLARATION OF WILLIAM R. FIRTH, III IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*** |

I, William R. Firth, III, being conscious of the penalties of perjury under Washington State and federal law, declare the following statements to be true and correct and based on my own personal knowledge and information.

I am a partner with CKR Law LLP. I provide the following information in support of the motion for my admission to practice before this Court *pro hac vice*.

**A. Applicant's Address and Telephone Number.**

William R. Firth, III, Attorney
CKR Law LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
T: (302) 367-7903

Decl. in Support of *Pro Hac Vice* Motion - Page 1

E: wfirth@ckrlaw.com

B. **Dates of Admission to Practice Before Other Courts.**

2002: Admitted to New Jersey Bar
Admitted to Pennsylvania Bar
U.S. District Court for the District of New Jersey
U.S. District Court for the Eastern District of Pennsylvania

2003: Admitted to Delaware Bar
U.S. District Court for the District of Delaware
U.S. Third Circuit Court of Appeals

C. **Name, Address and Telephone Number of Admitted Counsel With Whom the Applicant Will Be Associated.**

Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle Washington 98104
T: (206) 696-9095
E: pbeattie@ckrlaw.com

D. **Necessity for Appearance by Applicant**

The Chapter 11 Trustee has retained CKR Law LLP ("CKR") to represent him in the above-captioned case. I am a graduate of Villanova University, the University of Pennsylvania and Villanova Law School. I am an experienced bankruptcy litigator and have eighteen years of experience in bankruptcy litigation and insolvency matters. I also have experience investigating and prosecuting civil fraud in the bankruptcy context in general and involving Russian defendants

In addition to my significant bankruptcy and Chapter 11 experience, CKR

Law also has an extensive bankruptcy and restructuring department, with attorneys experienced in representing Chapter 11 debtors, creditors' committees, secured and unsecured creditors, trustees, asset purchasers and sellers, and other parties in complex bankruptcy and insolvency proceedings in courts across the country.

This bankruptcy matter also involves cutting-edge blockchain technology. CKR is particularly well-suited to represent the Chapter 11 Trustee in this Chapter 11 case, because CKR has one of the largest and most experienced blockchain practice groups in the United States. CKR's Blockchain Technology & Digital Currency practice group provides clients with sophisticated, value-added legal advice in legal matters involving bankruptcy, real estate, intellectual property, banking, finance, securities, corporate, crowdfunding, investment funds, employment, and litigation. Recently, my partner Alexandra Levin Kramer was named by ICO Alert (a blockchain trade group) as the only practicing attorney in the United States on their list of Top 40 Blockchain Influencers of 2018. CKR's knowledge and experience in blockchain and related issues will allow the Chapter 11 Trustee to discharge his duties is this factually and legally-complex Chapter 11 proceeding.

**E.     Disciplinary Sanctions by Any Court or Bar Association.**

I have never been disciplined or sanctioned by any court or bar association.

Decl. in Support of *Pro Hac Vice* Motion - Page 3

I understand that I am charged with knowing and complying with all Local Bankruptcy Rules for the Eastern District of Washington and the Local Rules for the United States District Court for the Eastern District of Washington.

I hereby declare under penalties of perjury that the foregoing statements are true, accurate, and correct to the best of my knowledge, information, and belief.

Signed in New Castle County, Delaware.

Dated: March 21, 2019

William R. Firth, III
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 367-7903
Email: wfirth@ckrlaw.com

Decl. in Support of *Pro Hac Vice* Motion - Page 4