Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | Chapter 11 |
| | **MOTION TO ADMIT ATTORNEY MARC J. PHILLIPS *PRO HAC VICE* UNDER LOCAL CIVIL RULE 83.2(c)(3)** |
| Debtor. | **[No Hearing Requested]** |

Attorney Paul H. Beattie of CKR Law LLP respectfully moves this honorable Court under Eastern District of Washington LBR 9010-1 and Eastern District L. Civ. R. 83.2(c) for an Order granting the *Pro Hac Vice* admission of Marc J. Phillips ("Applicant"), who is Mr. Beattie's partner at CKR Law LLP.

## BACKGROUND

The Chapter 11 Trustee, Mark D. Waldron, has retained CKR Law LLP as his general bankruptcy counsel. Applicant Phillips is a member in good standing of the State Bar of Delaware. As set forth below, Applicant's law partner, Paul H.

Motion to Admit *Pro Hac Vice* - Page 1

Beattie, is a member of the Washington State Bar and is admitted to practice before the United States District Court for the Eastern District of Washington (where he has practiced for many years) and before this honorable Court.

**LOCAL CIVIL RULE 83.2(c)(4) COMPLIANCE**

Movant and Applicant submit the following information as required by Eastern District L. Civ. R. 83.2(c)(4). The information is confirmed and attested to in the accompanying Declaration of Marc J. Phillips, Attorney.

**A.  Applicant's Address and Telephone Number.**

Marc J. Phillips, Attorney
CKR Law LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
T:  (302) 367-7834
E:  mphillips@ckrlaw.com

**B.  Dates of Admission to Practice Before Other Courts.**

2003: Admitted to Delaware Bar
U.S. District Court for the District of Delaware

2004: Admitted to United States Court of Appeals for the Third Circuit

**C.  Name, Address and Telephone Number of Admitted Counsel With Whom the Applicant Will Be Associated.**

Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle Washington 98104
T:  (206) 696-9095
E:  pbeattie@ckrlaw.com

Motion to Admit *Pro Hac Vice* - Page 2

**D.     Necessity for Appearance by Applicant**

The Chapter 11 Trustee has finalized agreements with three of the Debtor's landlords, subject to Court approval. It is imperative that the Chapter 11 Trustee submit these agreements to the Court for approval as soon as possible. Mr. Phillips is an experienced bankruptcy who can significantly assist in preparing the necessary motions and later in the case in negotiating and formulating a plan of reorganization. Mr. Phillips is also an experienced bankruptcy litigator, which is important in this case given the indicia of fraud that are present.

As set forth in the Phillips Declaration, Applicant, a graduate of Virginia Military Institute and Widener University Law School, is an experienced Chapter 11 bankruptcy practitioner who has sixteen years of experience in bankruptcy litigation and insolvency matters – all directly relevant to this case.  Importantly, CKR Law LLP has one of the largest and most experienced blockchain practice groups in the United States: their knowledge and experience, tapped into and deployed by Mr. Phillips, will allow the Chapter 11 Trustee to properly discharge his responsibilities in this factually and legally complex Chapter 11 proceeding.

**E.     Disciplinary Sanctions by Any Court or Bar Association.**

Applicant has never been disciplined or sanctioned by any court or bar association.

Motion to Admit *Pro Hac Vice* - Page 3

## CONCLUSION

WHEREFORE, the duly-appointed Chapter 11 Trustee, through Attorney Paul Beattie, respectfully requests that the Court enter an Order:

1. Granting the Application in its entirety;

2. Allowing Applicant Phillips to participate in this case on a *pro hac vice* basis; and

3. Granting any further relief the Court deems to be appropriate and just.

Dated: March 22, 2019                    CKR LAW LLP

By: */s/ Paul H. Beattie*
Paul H. Beattie (WSBA No. 30277)
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Truste*

Motion to Admit *Pro Hac Vice* - Page 4