# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO ADMIT ATTORNEY WILLIAM R. FIRTH, III *PRO HAC VICE*** |

Before the Court is a Motion to Admit Attorney William R. Firth, III *Pro Hac Vice*, brought by the Chapter 11 Trustee Mark Waldron. That motion is supported by Mr. Firth's Declaration (Dkt. No. 244). Both documents were filed by Attorney Paul H. Beattie of CKR Law LLP, who has appeared on behalf of the Chapter 11 Trustee.

Order Granting Motion for
Admission *Pro Hac Vice* - Page 1

Mr. Firth appears well-qualified to assist the Chapter 11 Trustee, given his considerable experience in bankruptcy law and his firm's expertise in blockchain law and technology, all relevant to this matter.

The Court having reviewed the motion and there being no good reason to deny that motion, it is hereby:

**ORDERED** that the Motion is GRANTED. Mr. Firth may participate in this matter on a *pro hac vice* basis.

/// END OF ORDER///

Presented by:

/s/ Paul H. Beattie WSBA No. 30277
CKR LAW LLP

Order Granting Motion for
Admission *Pro Hac Vice* - Page 2