Pamela M. Egan, WSBA No. 54736[1]
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**NOTICE OF STIPULATION TO MODIFY AUTOMATIC STAY**<br><br>**[No Hearing Requested]** |

**PLEASE TAKE NOTICE** pursuant to LBR 4001-1(d) that the Chapter 11 Trustee and the Port of Douglas County have stipulated to relief from the stay on the terms set forth in the Stipulation attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** pursuant to LBR 4001-1(a)(1)(A) that the stipulated relief from stay shall take effect within the later of fourteen (14) days' after service of this Notice.

---

[1] Admitted *pro hac vice*.

---

Notice of Stipulation to Modify Automatic Stay - Page 1

**PLEASE TAKE FURTHER NOTICE** pursuant to LBR 4001-1(a)(1)(C) that the property or interest involved is a deposit in the amount of $350,000 (the "Surety Deposit") that the debtor had paid to the Port of Douglas County as cash in lieu of a surety bond pursuant to that certain Lease for Portion of Pangborn Airport Business Park East Wenatchee, Washington, dated March 9, 2017, and Addendum to Lease Agreement, dated August 15, 2017. The Port of Douglas County has a possessory lien on the Surety Deposit. No other parties have a security interest in the Surety Deposit.

Dated: March 29, 2019

CKR LAW LLP

By:     */s/ Paul H. Beattie*
Paul H. Beattie (WSBA No. 30277)
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Stipulation to Modify Automatic Stay - Page 2