<u>Exhibit B</u>
Proposed Order

1

2

3

4

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**
                     **EASTERN DISTRICT OF WASHINGTON**
9

10   In re:                                    Case No. 18-03197 FPC 11

11   GIGA WATT, Inc., a Washington             Chapter 11
     corporation,
12                                             **[PROPOSED] ORDER GRANTING**
                                               **CHAPTER 11 TRUSTEE'S**
13                      Debtor.                 **MOTIONS FOR ORDERS (I)**
                                               **APPROVING STIPULATION**
14                                             **PURSUANT TO LBR 9013-1(c)(3)**
                                               **AND (II) GRANTING EXPEDITED**
15                                             **CONSIDERATION THEREOF**

16                                             **[No Hearing Requested]**

17          This matter came before this Court on the Chapter 11 Trustee's Motions for

18   Orders (i) Approving Stipulation Pursuant to LBR 9013-1(c)(3) and (ii) Granting

19   Expedited Consideration Thereof (the "Motion")[1] filed by Mark D. Waldron, in

20

21

22   _____

23   [1] Unless otherwise defined herein, capitalized terms used in this Order have the
     meanings ascribed to them in the Motion.

24   Chapter 11 Trustee's Motions
     for Orders (i) Approving Stipulation, etc. - Page 1

25

1   his official capacity as the Chapter 11 Trustee, in the above-captioned bankruptcy

2   case.

3         The Court finds good cause to approve the *Stipulation Between the Chapter*

4   *11 Trustee and the Port of Douglas County Regarding the Lease, the Application*

5   *of the Surety Deposit to the Claims of the Port of Douglas County, and the*

6   *Modification of the Automatic Stay* (the "Stipulation"), attached to the Motion as

7   Exhibit A.

8         The Court further finds that notice of the Motion and manner of service

9   thereof by email was proper and sufficient and that a reduction of the time period

10   to object to the Motion was necessary.

11         IT IS HEREBY ORDERED as follows:

12         1.      The Motion is GRANTED in its entirety:

13         2.      The Stipulation is approved;

14

15

16

17

18

19

20

21

22

23

24   Chapter 11 Trustee's Motions
for Orders (i) Approving Stipulation, etc. - Page 2

25

1    3.    The automatic stay provided by 11 USC § 362 is modified pursuant

2  to the terms set forth in the Stipulation and such modification shall be effective

3  fourteen days after the Notice of Stipulation to Modify Automatic Stay was filed

4  and served in this case.

5                            /// END OF ORDER ///

6  Presented by:

7  CKR LAW LLP

8

9  */s/ Paul H. Beattie*_____
   Paul H. Beattie
   506 2nd Avenue, 14th floor
10 Seattle, WA 98114
   Tel.: (206) 582-5142]
11 E: pbeattie@ckrlaw.com

12 *Of attorneys for Mark Waldron in his capacity*
   *as the duly-appointed Chapter 11 Trustee*
13

14

15

16

17

18

19

20

21

22

23

24 Chapter 11 Trustee's Motions
   for Orders (i) Approving Stipulation, etc. - Page 3

25