<u>EXHIBIT D</u>
Claim Itemization

Port of Douglas County
Giga Watt, Inc - Bankruptcy Costs 2018-2019

| Date | Payable To | Amount | Land Lease-PODC | Leasehold Tax | Land Lease-PMA | Fence | Legal-Davis Arneil | Legal-Hames | Principal | Interest | Other | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/18 | Davis Arneil Law Firm | 5,046.00 | - | - | - | - | 5,046.00 | - | - | - | - | |
| 11/01/18 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | - | - | - | - | - | - | - | |
| 11/19/18 | Ag Supply | 33.93 | - | - | - | - | - | - | - | - | 33.93 | Lock & Chain |
| 11/28/18 | Emerald City Statewide | 8,656.00 | - | - | - | 8,656.00 | - | - | - | - | - | |
| 11/30/18 | Davis Arneil Law Firm | 10,546.25 | - | - | - | - | 10,546.25 | - | - | - | - | |
| 12/01/18 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | - | - | - | - | - | - | - | |
| 12/31/18 | Davis Arneil Law Firm | 5,061.00 | - | - | - | - | 5,061.00 | - | - | - | - | |
| 12/31/18 | Hames, Anderson | 2,690.75 | - | - | - | - | - | 2,690.75 | - | - | - | |
| 01/01/19 | Pangborn Memorial Airport | 21,375.68 | - | - | 21,375.68 | - | - | - | - | - | - | |
| 01/18/19 | Emerald City Statewide | 6,881.52 | - | - | - | 6,881.52 | - | - | - | - | - | |
| 01/29/19 | Hames, Anderson | 2,529.50 | - | - | - | - | - | 2,529.50 | - | - | - | |
| 01/31/19 | Davis Arneil Law Firm | 6,736.50 | - | - | - | - | 6,736.50 | - | - | - | - | |
| 01/01/19 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | - | - | - | - | - | - | - | |
| 02/01/19 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | - | - | - | - | - | - | - | |
| | SUB TOTAL | 108,449.01 | 34,466.40 | 4,425.48 | 21,375.68 | 15,537.52 | 27,389.75 | 5,220.25 | - | - | 33.93 | Lock & Chain |
| | Lease Yr#3: 3/19-2/20 | 118,425.84 | 104,950.20 | 13,475.64 | - | - | - | - | - | - | - | |
| | Lease Y#4: 3/20-2/21 | 120,202.20 | 106,524.48 | 13,677.72 | - | - | - | - | - | - | - | |
| | Lease Y#5: 3/21-2/22 | 122,005.32 | 108,122.40 | 13,882.92 | - | - | - | - | - | - | - | |
| | Lease Y#6: 3/22-2/23 | 123,835.32 | 109,744.20 | 14,091.12 | - | - | - | - | - | - | - | |
| | Lease Y#7 : 3/23-2/24 | 125,692.92 | 111,390.36 | 14,302.56 | - | - | - | - | - | - | - | |
| | Lease Y#8: 3/24-2/25 | 127,578.24 | 113,061.24 | 14,517.00 | - | - | - | - | - | - | - | |
| | Lease Y#9: 3/25-2/26 | 129,491.88 | 114,757.08 | 14,734.80 | - | - | - | - | - | - | - | |
| | Lease Y#10: 3/26-2/27 | 131,434.32 | 116,478.48 | 14,955.84 | - | - | - | - | - | - | - | |
| | Lease Y#11: 3/27-2/28 | 133,405.80 | 118,225.68 | 15,180.12 | - | - | - | - | - | - | - | |
| | Lease Y#12: 3/28-2/29 | 135,406.92 | 119,999.04 | 15,407.88 | - | - | - | - | - | - | - | |
| | Lease Y#13: 3/29-2/30 | 137,438.04 | 121,799.04 | 15,639.00 | - | - | - | - | - | - | - | |
| | Lease Y#14: 3/30-2/31 | 139,499.64 | 123,626.04 | 15,873.60 | - | - | - | - | - | - | - | |
| | Lease Y#15: 3/31-2/32 | 141,592.08 | 125,480.40 | 16,111.68 | - | - | - | - | - | - | - | |
| | 2nd 15 years | 2,397,489.52 | 2,124,680.54 | 272,808.98 | - | - | - | - | - | - | - | |
| | SUB-TOTAL LEASE | 4,083,498.04 | 3,618,839.18 | 464,658.86 | - | - | - | - | - | - | - | |
| | CERB Loan | 356,607.30 | - | - | - | - | - | - | 291,552.00 | 65,055.30 | - | |
| | RH2 Engineering | 147,224.00 | | | | | | | | | 147,224.00 | Project to fill & grade hole on Lot 9 |
| | | 4,695,778.35 | 3,653,305.58 | 469,084.34 | 21,375.68 | 15,537.52 | 27,389.75 | 5,220.25 | 291,552.00 | 65,055.30 | 147,257.93 | |

Lease:
Lease per S/F - $0.295
Annual Income - 1.5%
Term - 30 yrs w/(2-10 yrs option)
Lease Reset - every 15 years

CERB Loan:
$291,552 @ 2% / 20 yrs