Pamela M. Egan, WSBA No. 54736[1]
Paul H. Beattie, WSBA No. 30277
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone:   (415) 297-0132
Facsimile:   (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTIONS FOR ORDERS (I) APPROVING STIPULATION PURSUANT TO LBR 9013-1(c)(3) AND (II) GRANTING EXPEDITED CONSIDERATION THEREOF** |

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his official capacity as the Chapter 11 Trustee, has respectfully moved (the "Motion") the Court pursuant to LBR 9013-1(c)(3) and LBR 4001-1 for entry of an Order (i) approving that certain *Stipulation Between the Chapter 11 Trustee and the Port of Douglas County Regarding the Lease, the Application of the Surety Deposit to the Claims of the Port of Douglas County, and the Modification of the Automatic Stay* (the

---

[1] Admitted *pro hac vice*.

Notice of Chapter 11 Trustee's Motions
for Orders (i) Approving Stipulation, etc. - Page 1

"Stipulation"), a copy of which is attached to the Motion as **Exhibit A**, and (ii) reducing the time to object to the Motion to fourteen (14) days of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation relates to the above-captioned Debtor's lease with the Port of Douglas County (the "Port") regarding the Debtor's site at Pangborn, which is potentially the Debtor's most valuable asset.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation includes the following main components:

1. Stipulated relief from stay to allow the Port to apply a $350,000 surety deposit (the "Surety Deposit") to the Port's claims -- both past due and current, as discussed more fully below,

2. Extension of ninety (90) days for the Chapter 11 Trustee to assume or reject the Pangborn Lease, from March 19, 2019 to June 17, 2-19 (the "90-Day Extension Period"), subject to further extension upon the Port's agreement,

3. Deferral of $4,000 of the monthly rent due under the Pangborn Lease during the 90-Day Extension Period, but which is payable at the end of the 90-Day Extension Period; and

4. Commitment by the Chapter 11 Trustee to remove by March 31, 2019, personal property that the Debtor left on land adjacent to the Pangborn Site that is administered by the Port.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Chapter 11 Trustee is submitting with this Notice and has filed with the Court the *Declaration of Mark D. Waldron in Support of Chapter 11 Trustee's Motions for Orders (i) Approving Stipulation Pursuant to LBR 9013-1(c)(3) and (ii) Granting Expedited Consideration Thereof*.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(c)(3)(A) the Chapter 11 Trustee is separately filing the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that pursuant LBR 4001-1(d) the Chapter 11 Trustee is separately filing the *Notice of Stipulation to Modify Automatic Stay*.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion, you must file your written response with the Court Clerk, 904 West Riverside Ave., Suite 304, Spokane, WA 99201, and deliver a copy to the undersigned WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS NOTICE OF MOTION AND MOTION.

**PLEASE TAKE FURTHER NOTICE** that in the Motion the Chapter 11 Trustee is asking **for a reduction of the time to object to the Motion from twenty-one (21) days to fourteen (14) days**. The reduction in time to object to the Motion is necessary because the Port has required Court approval of the Stipulation by April 18, 2019. The Port is the Debtor's landlord's on the Pangborn site, which, as set forth in the Motion, is potentially the most valuable asset in this estate. The Chapter 11 Trustee has respectfully argued to the Court that the Stipulation is critical to the Chapter 11 Trustee's efforts to capture going concern

Notice of Chapter 11 Trustee's Motions
for Orders (i) Approving Stipulation, etc. - Page 3

value for the benefit of creditors and all interested parties. Therefore, the Port's requirement of approval by April 18, 2019 necessitates expedited consideration of the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections may be made to the Chapter 11 Trustee's request to reduce the period by which parties may object to the Motion.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, the Court will consider your objections at the time of hearing on the Motion for the principal relief requested. You will receive separate notice of the time and location of the hearing on your objection and of the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court may enter an order without actual hearing or further notice unless a written objection is timely served and filed. If an objection is timely served and filed, you will receive notice of the date and time of a hearing on your objection.

Dated: March 29, 2019           CKR LAW LLP

By:     */s/ Paul H. Beattie*
Paul H. Beattie (WSBA No. 30277)
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone:  (415) 297-0132
Facsimile:   (206) 582-5001
Email: pbeattie@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Chapter 11 Trustee's Motions
for Orders (i) Approving Stipulation, etc. - Page 4