Pamela M. Egan, WSBA No. 54736 *(pro hac vice)*
Paul H. Beattie, WSBA No. 30277
CLR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415)297-0132
Facsimile: (206)582-5001
Email: pbeattie@ckrlaw.com
Email: pegan@ckrlaw.com

   *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington Corporation, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

    I, Pamela M. Egan, counsel to Mark D. Waldron, in his capacity as the duty-appointed Chapter 11 Trustee in the above-captioned bankruptcy case hereby declare under penalty of perjury the foregoing: I am a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action.

    On March 29, 2019, I served the following documents, by ECF and e-mail, on the Token Holders and Miner Owners List: **1. The Chapter 11 Trustee's Motions for Orders (I) Approving Stipulation Pursuant To LBR 9013-1(c)(3)**

CERTIFICATE OF SERVICE - 1

And (II) Granting Expedited Consideration Thereof; 2. The Declaration of Mark D. Waldron In Support Of Chapter 11 Trustee's Motions For Orders (I) Approving Stipulation Pursuant to LBR 9013-1(c)(3) And (II) Granting Expedited Consideration Thereof; 3. The Notice Of Chapter 11 Trustee's Motions For Orders (I) Approving Stipulation Pursuant To LBR 9013-1(c)(3) And (II) Granting Expedited Consideration Thereof; 4. The Stipulation Between The Chapter 11 Trustee And The Port Of Douglas County Regarding The Lease, The Application Of The Surety Deposit To The Claims Of The Port of Douglas County, And The Modification Of The Automatic Stay; and 5. The Notice Of Stipulation To Modify Automatic Stay [No Hearing Requested].

Executed this 29th day of March 2019 in Seattle, Washington.

/s/ Pamela M. Egan
Pamela M. Egan (admitted *pro hac vice*)

CERTIFICATE OF SERVICE - 2