Pamela M. Egan, WSBA No. 54736 *(pro hac vice)*
Paul H. Beattie, WSBA No. 30277
CLR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415)297-0132
Facsimile: (206)582-5001
Email: pbeattie@ckrlaw.com; pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington Corporation, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was a citizen of the United States and a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.

On March 22, 2019, I served true and correct copies of the following document(s) described below as:

CERTIFICATE OF SERVICE - 1

## SECOND NOTICE OF CASE COMMENCEMENT AND NOTICE OF FIRST EXTENDED BAR DATE

on the interested parties as listed in the attached "Exhibit A" Service List. I deposited such envelope(s) in the mail at San Francisco, California with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in San Francisco, California.

_____
Pierre Smit

CERTIFICATE OF SERVICE - 2

# EXHIBIT A

| Name | Company Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Consolidated Electrical Distributors, Inc. | c/o Douglas R. Hookland, Attorney, Scott Hookland LLP | P.O. Box 23414 | Tigard, | OR | 97281-3414 |
| Lasse Kaihlavirta | Kaihlavirta, Lasse | Piiriniitynkatu 4 Tampere | | 33340 FINLAND | |
| Nitin Limaye | 9-B Pratapgunj Society, | 401 Manorath Apartments | Vadodara | India | 390002 |
| Amphenol Custom Cable | Amphenol Custom Cable | 3221 Cherry Palm Dr. | Tampa | FL | 33619-8359 |
| Wilhelmus Appel | Appel, Wilhelmus | Lupinelaan 15 5582 CG Waalre | | The Netherlands | |
| Juan Bautista Ibarra Arana | Arana, Juan | Resid. La Carana, Calle 66 #510 | Piedades Santa Ana, San Jose | Costa Rica | |
| FedEx Corporate Services Inc | as Assignee of FedEx Express/Ground/Frei | 3965 Airways Blvd, Module G, 3rd Floor | Memphis | TN | 38116-5017 |
| Theocharis Aslanidis | Aslanidis, Theocharis | Doridos 44 | 12242 Egaleo | Greece | |
| Bashar (Ben) Assad | Assad, Bashar | 17713 15th Ave NE, Ste 101 | Shoreline, | WA | 98155-3839 |
| Gigawatt PTE Ltd | Attn Mikhaylyuta | 1 Magazine Rd #04-11 Centrall Mall | | Singapore | |
| Fastenal Company | ATTN: Legal Dept. | 2001 Theurer Blvd. | Winona | MN | 55987-9902 |
| Drew Behrens | Behrens, Drew | 525 N Larch Ave. | East Wenatchee, | WA | 98802-5047 |
| Belyea Company | Belyear Company | 2200 Northwood Ave. | Easton, | PA | 18045-2208 |
| Douglas Berger | Berger, Douglas | 371 Catskill Ct. | Mahwah | NJ | 07430-2736 |
| Doug Black | Black Doug | 225 Linda Lane | Wenatchee | WA | 98801-6010 |
| Blockchain Systems LLC | Blockchain Systems LLC | 124 W 60 St. Unit 29A | New York, | NY | 10023-7475 |
| Andrew Blyler | Blyler, Andrew | 603 W Washington St | Ann Arbor | MI | 48103-4233 |
| CTC Engineering, Inc., | Bodman PLCm Attn: Harvey W. Berman | 201 South Division Street, Ste. 400 | Ann Arbor, | MI | 48104-2259 |
| Patrick Blount | Bount, Patrick | 848 N Rainbow Blvd Suite 1800 | Las Vegas, | NV | 89107-1103 |
| mathias brachet | Brachet, Mathias | darwingasse 37 top 1 | VIENNA | AUSTRIA | 1020 |
| Brent Woodward, Inc. | Brent Woodward, Inc. | 14103 Stewart Rd. | Sumner | WA | 98390-9641 |
| Joseph Brodsky | Brodsky, Joseph | 656 St.Nicholas av #35 | New York | NY | 10030-1086 |
| Busby International, Inc. | Busby International, Inc. | PO Box 1457 | Moses Lake | WA | 98837-0225 |
| Raphael Sofair et al | c/o John A. Knox, Williams Kastner & Gib | 601 Union Street, Suite 4100 | Seattle | WA | 98101-1368 |
| Evansont Insurance Carrier | c/o Mitchell, Reed & Schmitten Ins. | PO Box D | Cashmere | WA | 98815-0515 |
| Carmen Jacqueline Henrnadez Guevara | Calle La Pedrera Res Vista Plaza TBP1 | 15D Urb Guaicay, Baruta | CARACAS | VENEZUELA | 1080 |
| Scott R. Weaver | Carney Badley Spellman P.S | 701 5th Ave, Ste 3600 | Seattle | WA | 98104-7010 |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | Castellano, Carlos | 5630 SW 163RD AVE | SOUTHWEST RANCHES | FL | 33331-1446 |
| ANATOLY CHECHERIN | Checherin, Anatoly | begovaya 3, BUILDING 1, 36 FLOOR | MOSCOW, | RUSSIA, | 125284 |
| Jeffrey Chin | Chin, Jeffrey | 42 Pepper Tree Road Lidcombe NSW | Sydney Australia | | |
| Jung H. Cho | Cho, Jung | 239 E.Columbia ave. Unit B | Palisades Park, | NJ | 7650 |
| Consolidated Electric Dist. Inc. | Consolidated Electric Dist. Inc. | PO Box 398830 | San Francisco, | CA | 94139-8830 |
| Cryptonomos Pte Ltd. Gigawatt Pte Ltd. | Cryptonomous PTE Ltd, Giga Watt Pte Ld | 1 Coleman Street The Adelphi #08-07 | Singapore | | 179803 |
| CT Freight USA Inc | CT Freight USA Inc | 20202 Hwy 59 N | Humble, | TX | 77338-2400 |
| CTC Engineering | CTC Engineering | 2290 Bishop Circle East | Dexter | MI | 48130-1564 |
| Jun Dam | Dam, Jun | 2116 L Street No. 2 | Antioch, CA 94509-3434 | | |
| Hashvin Daryanani | Daryanani, Hashvin | 56B Seroe Blanco Box# 393 | Oranjesatad | Aruba Aruba | |
| Tyler Domer | Domer, Tyler | 91 NE 17 St | East Wenatchee | WA | 98802-4147 |
| Sinh Du | Du, Sinh | 818 SW 3rd Ave #221-2313 | Portland | OR | 97204-2405 |
| Mary E Bushyhead | EAN Services, LLC | 14002 E 21st St, Suite 1500 | Tulsa | OK | 74134-1424 |
| Hans-Peter Edenstrasser | Edenstrasser, Hans-Peter | Rupert Hagleitner Strasse 1d 54 6300 Woergl | Tirol | Austria | |
| Donald J. Enright | Enright, Donald | 1101 30th Street Northwest Suite 115 | Washington | | 20007-3740 |
| Joseph Errigo | Errigo, Joseph | 7 PRATT ST | FORT MONROE, | VA 23651-1025 | |
| Executive Flight | Executive Flight | 1 Campbell Pkwy | East Wenatchee | WA | 98802-9290 |

| Name | Company Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Scott R. Weaver, | Executive Flight, Inc., Carney Badley Spellman | 701 5th Avenue Ste 3600 | Seattle | WA | 98104-7010 |
| Fastenal Company | Fastenal Company | PO Box 1286 | Winona | MN | 55987-7286 |
| Carlos Gagliano | Galiano, Carlos | 8200 Offenhauser Dr. 105G | Reno, NV, 89511 | NV | 89511-1717 |
| Alexander Garnock | Garnock, Alexander | 13 Buttfield St Coombs ACT | Canberra | Australia | 2611 |
| Larry D. Gerbrandt | Gerbrandt, Larry | 141 Seely Ave | Aromas | CA | 95004-9501 |
| Bertha Goehner | Goehner, Bertha | 215 Eller St. SE | East Wenatchee, | WA | 98802-5325 |
| Brandon Gordon | Gordon, Brandon | 601 Seven Oaks Ct | Brooksville | FL | 34601 |
| Jonathan Gould | Gould, Jonathan | 924 hale AVENUE | BrooKSVILLE | FL | 34601-3642 |
| Pablo Hernandez Guevara | Guevara, Pablo | Calle Este Res Mi Refugio P 9 Apto. 9A Urb. Manzanares | Caracas | Venezuela | 1070 |
| John Guille | Guille, John | 514 Americas Way #7134 | Box Elder | SD | 57719-7600 |
| H2 Pre-cast, Inc | H2 Pre-cast, Inc | 3835 N. Clemons St. | East Wenatchee, | WA | 98802-9337 |
| Julian Heere | Heere, Julian | 500 J Street 1703 | Sacramento | CA | 95814-2335 |
| Jose A. Herrera | Herrera, Jose | 12801 Philadelphia Street Suite B | Whittier | CA | 90601-4126 |
| Molly Hunter | Hunter, Molly | 4347 Anna Lane | Wenatchee, | WA | 98801-9034 |
| Robert Ilievski | Ilievski, Robert | Nypongatan 18 212 31 | Malmo Skane | Sweden | |
| Michael Ilyankoff | Ilyankoff, Michael | 7425 156TH ST SE | SNOHOMISH | WA | 98296-8771 |
| Intelliapps Ltd | Intelliapps Ltd | Unit 272 CoLab Center, Port Road | Letterkenny CO Dongal | EIRCODE Ireland | F92 RKC7 |
| Interflow LLC | Interflow LLC | 5465 S Dorchester | CHICAGO | IL | 60615-5316 |
| Internal Revenue Service | Internal Revenue Service | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Ibrahim Issa | Issa, Ibrahim | Riad el soloh Square | Beirut | Lebanon | |
| JDSA | JDSA | PO Box 1688 | Wenatchee | WA | 98807-1688 |
| Ronald Richard Johns, Jr. | Johns, Ronald | 354 Clear Springs Hollow | Buda | TX | 78610-2740 |
| Bryant Johnson | Johnson, Bryant | 1360 WHITETAIL GLEN Ct | HEBRON, | KY | 41048-7965 |
| Kenneth Johnson | Johnson, Kenneth | 2452 Columbia Ave. NW #24 | East Wenatchee | WA | 98802-4198 |
| Marc Joyce | Joyce, Marc | 104 Los Gatos Blvd | Los Gatos | CA | 95030-6122 |
| Cesar Diaz Rancho | JRD Funding LLC | 8137 Malchite Avenue, Suite E | Cucamunga | CA | 91730-3571 |
| TUOMAS J KARJALAINEN | Karjalainen, Tuomas | 7601 E Treasure DR, apt 1023 apt 1023 | North Bay Village | FL | 33141-4362 |
| Kelly Imaging | Kelly Imaging | PO Box 660831 | Dallas, TX 75266-0831 | | |
| Eduard Khaptakhaev | Khaptakhaev, Eduard | Lenkinkkgradsky pr-t 76/1/49 | Moscow | Russia | |
| Nelson L. Kim | Kim, Nelson | 8305 Weeping Springs ave | Las Vegas, | NV | 89131-1450 |
| Grigory Klumov | Klumov, Grigory | Balaklavsky avenue 12-3-93 117639 | Moscow | Russia | |
| Eero Koskinen | Koskinen, Eero | Niittypolku 21 02460 Kantvik | | Finland | |
| Andrey Kuzenny | Kuzenny, Andrey | 1687 Stone Canyon Rd. | Los Angeles, | CA | 90077-1912 |
| Andrey Kuzenny | Kuzenny, Andrey | 10000 Santa Monica Blvd., Unit 330 | Santa Monica, | CA | 90067-7032 |
| Yurii Kuzmin | Kuzmin, Yurii | 10-B, Urozhaynaya str., Odessa | Odessa | Ukraine | 65016 |
| Jessica Langis | Langis, Jessica | PO BOX 398 | Dryden | WA | 98821-0398 |
| Danial D Pharris | Lasher Holzapfel Sperry & Ebberson PLLC | 601 Union Street Suite 2600 | Seattle | WA | 98101-4000 |
| Lee E. Woodard | Lexon Ins. Co., Harris Beach PLLC | 333 West Washington St., Suite 200 | Syracuse | NY | 13202-5202 |
| Lighthouse (formerly Discovia) | Lighthouse | 250 Montgomery St., Suite 300 | San Francisco | CA | 94104-3428 |
| Georgios Lignos | Lignos, Georgios | 25 Kritis Str. 12243 | Egaleo | Greece | |
| Clinton Douglas Luckinbill | Luckinbill, Clinton | 1054 Waterleaf Way | San Jacinto, | CA | 92582-3020 |
| David, Jonathan, and Matthew R Lutz | Lutz, David Et al | 916 Confidence Drive | Longmont, | CO | 80504-8526 |
| Ivan Marcak | Marcak, Ivan | Dlouha Trida 474/25 73601 | Havirov | Czech Republic | |
| Leonid Markin | Markin, Leonid | 714 North Rexford | Beverly Hills | CA | 90210-3314 |
| Anthony Martinez | Martinez, Anthony | 4109 Mason Street | San Diego | CA | 92110-2720 |
| Igor Martirosian | Martirosian, igor | 36 Washington Avenue 2nd Floor | Cliffside Park, | NJ | 07010-3025 |
| Maria Mazaeva | Mazaeva, Maria | Shokalskogo proezd h.4 app.44 | Moscow | Russia | 127642 |
| Kenneth D McCoy | McCoy, Kenneth | 1401 Woodstock Way #103H | Bellingham | WA | 98226-3577 |
| McVicker, Moss, etl | McVicker, Moss, et al | 1101 30th Street Northwest, Suite 115 | Washington, | DC | 20007-3740 |

SERVICE LIST

| Name | Company Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Koji Michiwaki | Michiwaki, koji | Shizuoka-ken Haibara-gun Kawanehon-cho | Kaminagao 380-3 | Japan | 428-0313 |
| Heather Mulhall | Mulhall, Heather | 312 N NEWTON AVE | EAST WENATCHEE, | WA | 98802-8444 |
| Danial D. Pharris | NC Machinery | 601 Union STreet Ste. 2600, | Seattle | WA | 98101 |
| NC Machinery | NC Machinery | PO Box 58201 | Tukwila, | WA | 98138-1201 |
| NC Machinery Co. | NC Machinery Co. | 17035 West Valley Highway | Tukwila | WA | 98188-5519 |
| Neppel Electric | Neppel Electric | 4703 Kelly Place | Moses Lake | WA | 98837-4306 |
| Gleb Nesis | Nesis, Gleb | 3419 Irwin Ave., Apt. 708 | Bronx | NY | 10463-3754 |
| nick nguyen | Nguyen, Nick | 3411 Greentree Dr | Falls Church, | VA | 22041-1405 |
| Paul A. Barrera | North City Law, PC | 17713 15th Ave NE, Ste. 101 | Shoreline | WA | 98155-3839 |
| NW Handling Systems | NW Handling Systems | PO Box 749861 | Los Angeles, | CA | 90074-9861 |
| Our Botanicals Worldwide LLC | Our Botanicals Worldwide LLC | 8 The Green, Suite #7123 | Dover | DE | 19901-3618 |
| Pacific Northwest Infrastructure In | Pacific Northwest Infrastructure In | PO Box 3363 | Wenatchee | WA | 98807-3363 |
| Pacific Security | Pacific Security | 2009 Iron St. | Bellingham, | WA | 98225-4211 |
| Path of Four Winds, LLC | Path of Four Winds, LLC | 3638 Lake Breeze Lane | Crosby | TX | 77532-7202 |
| Ernesto Pedrera | Pedrera, Ernesto | 7601 E Treasure DR, apt 1023 | North Bay Village | FL | 33141-4362 |
| Jacqueline Bussey | Percheron Goudhurst | Road Cranbrook TN17 2PN | | United Kingdom | |
| Port of Chelan | Port of Chelan | 238 Olds Station Rd #A | Wenatchee, | WA | 98801-8131 |
| Cody Forrest Quinn | Quinn, Cody | 5920 Kimber Road | Cashmere, | WA | 98815-9526 |
| Susan Ramaker | Ramaker, Susan | PO Box 3272 | Wenatchee, | WA | 98807-3272 |
| Raritan | Raritan | 400 Cottontail Lane | Somerset | NJ | 08873-1238 |
| Krishna Karthik Reddy | Reddy, Krishna | Adapala 5106 Kino Ct | Dublin | CA | 94568-8719 |
| Christopher F Ries | Ries Law Firm | 312 Balsam Suite D, P O Box 2119 | Moses Lake | WA | 98837-0519 |
| Christopher F. Ries | Ries Law Firm, P.S. | Post Office Box 2119 | Moses Lake | WA | 98837-0519 |
| Rietveld Global Business Group B.V. | Rietveld Global Business Group B.V. | Postbus 9607 (Box G58) | 1006 GC, Amsterdam | The Netherlands | |
| Matthew Eugene Risen | Risen, Matthew | 1935 Legacy Place SE | East Wenatchee | WA | 98802-9162 |
| Brandon Robinson | Robinson, Brandon | 1997 Tall Tree Dr | Atlanta | GA | 30324-2723 |
| Harlan Robinson | Robinson, Harlan | 736 N. Laguna | Gilbert, | AZ | 85233-3620 |
| Luis Roman | Roman, Luis | 4633 White Bay Cir. | Wesley Chapel, | FL | 33545-5058 |
| Matteo Romani | Romani, Matteo | Via Flaminia 66 | fossombrone | WA | 61034 |
| Michael Russo | Russo, Michael | 10310 WREN ROAD | WEEKI WACHEE | FL | 34613-3887 |
| John Scevola | Scevola, John | 8768 SW Iroquois Drive | Tualatin | OR | 97062-9304 |
| Bill Schmidt | Schmidt, Bill | 105 Julie Ann Ct. | Cashmere, | WA | 98815-1316 |
| Cameron Schmidt | Schmidt, Cameron | 1204 COLUMBINE ST | WENATCHEE, | WA | 98801-6210 |
| Schmitt Electric | Schmitt Electric | 1114 Walla Walla Ave. | Wenatchee, | WA | 98801-1525 |
| Roosevelt Scott | Scott, Roosevelt | 802 Hawk View Court | Fairview Heights | IL | 62208-2967 |
| Andrea Sharp | Sharp, Andrea | 268 Bush Street #2520 | San Francisco, | CA | 94104-3503 |
| Show Me Cables | Show Me Cables | 115 Chesterfield Indiustrial Blvd | Chesterfield | MO | 63005-1219 |
| State of Washington Department of Revenue | State of Washington Department of Revenue | 2101 4th Ave, Ste 1400 | Seattle, | WA | 98121-2300 |
| Talents 633 Ministries | Talents 633 Ministries | NFP 24206 Walnut Circle | Plainfield | IL | 60585-2261 |
| Talos Construction LLC | Talos Construction LLC | P.O. Box 2607 | Chelan | WA | 98816-2607 |
| Kevin Taverne | Taverne, Kevin | 13 rue kipling | 91540 Mennecy | FRANCE | 91540 |
| TNT Business Complexes LLC | TNT Business Complexes LLC | 380 Leslie Way | East Wenatchee | WA | 98802-5624 |
| PHAM SONG TOAN | Toan, Pham Song | Toneyama 2-5-6 Toyonaka | Osaka | Japan | |
| fabio todeschini | Todeschini, Fabio | 16 via gran san bernardo milan | | italy | |
| Total Employment Management | Total Employment Management | 723 W. Broadway | Moses Lake | WA | 98837-1920 |
| Town Toyota Center | Town Toyota Center | 1300 Walla Walla | Wenatchee, | WA | 98801-1529 |
| Treehouse Technology Group, LLC | Treehouse Technology Group, LLC | 300 Bedford Street, Unit 214 | Manchester | NH | 03101-1102 |
| UPS | UPS | 28013 Network Place | Chicago, | IL | 60673-1280 |
| US Customs | US Customs | PO Box 979126 | St. Louis, | MO | 63197-9001 |
| Stefano Musumeci Uuslinna | Uuslinna, Stefano | tn 9/4-52 11415 | Tallinn | Estonia | |
| Ioannis Violidakis | Violidakis, Ioannis | Kimonos 11 | Athens, | Greece, | P.Code: GR-10441 |
| WA Department of Revenue Attn: Sam Seal | WA Department of Revenue Attn: Sam Seal | 2101 4th Ave, Ste 1400 | Seattle | WA | 98121-2300 |

SERVICE LIST

| Name | Company Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Alan Walnoha | Walnoha, Alan | 350 Gran Via, Apt 2067 | Irving | TX | 75039-0137 |
| Washington Department of Revenue | Washington Department of Revenue | 2101 Fourth Avenue #1400 | Seattle | WA | 98121-2300 |
| Washington Employment Security Dept | Washington Employment Security Dept | PO Box 9046 | Olympia | WA | 98507-9046 |
| Washington State Labor & Industries | Washington State Labor & Industries | PO Box 44170 | Olympia | WA | 98504-4170 |
| Nathan Welling | Welling, Nathan | 340 S Lemon Ave unit 5807 | Walnut | CA | 91789-2706 |
| Melvin White | White, Melvin | 6091 GOLDDUST RD. | Brooksville | FL | 34609-8705 |
| Wilson Sonsini Goodrich & Rosati | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Rd. | Palo Alto | CA | 94304-1050 |
| SCOTT ALAN WILSON | Wilson, Scott | 9303 WAVING FIELDS DR | HOUSTON, | TX | 77064-4557 |
| John T. Winslow | Winslow, John | 5544 Las Virgenes Road #99 | Calabasas | CA | 91302-3446 |
| Darren James Wurf | Wurf, Darren | 2/41 Osborne Avenue Glen Iris | Victoria | Australia | 3146 |
| Attorney General's Office Bankruptcy & Collections Unit | | 800 Fifth Avenue, Suite 2000 | Seattle, | WA | 98104-3188 |