Caracas, 04/05/2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

I need to withdraw claim number 116 and 232 because they are duplicated. I had an error filling out the claim and I made it several times.

Best Regards.

Carmen J. Hernandez G.