# Exhibit C
*List of Moses Lake Leases*

# THE MOSES LAKE LEASES

1. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and Giga Plex, LLC, as landlord, dated October 16, 2018 with respect to Parcel E, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington;

2. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and Giga Plex, LLC, as landlord, dated October 15, 2018 with respect to Parcel C, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington;

3. Amended and Restated Lease Between Giga Watt, Inc., as Tenant, and MLDC 1, LLC, as Landlord, dated October 16, 2018 with respect to a "portion of Parcel D, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington";

4. Turn-Key Datacenter Lease and License Agreement Between Enterprise Focus, Inc. (as assumed by Giga Watt, Inc.), as Tenant, and MLDC 1, LLC, as Landlord, dated June 10, 2015, with respect to a "portion of Parcel D, Carlile Development Major Plat, Lot 1 Industrial Binding Site Plan, Grant County, Washington."