Vanessa Pierce Rollins
BOWMAN PIERCE, LLC
123 Springhill Drive
East Wenatchee, WA 98802
202-834-0833
vprollins@bowmanpierce.com

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 18-03197-11 |
| GIGA WATT, INC | |
| Debtor | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Vanessa Pierce Rollins hereby appears on behalf of creditors David M. Carlson and Clever Capital, LLC in the above-titled bankruptcy and hereby requests that all notices given or required to be given in this action and all related actions should be sent to the following address:

Vanessa Pierce Rollins
BOWMAN PIERCE, LLC
123 Springhill Drive
East Wenatchee, WA 98802
vprollins@bowmanpierce.com

Dated this 1st day of April 2019

By: _____/s/ *Vanessa Pierce Rollins*_____
Vanessa Pierce Rollins, WSBA No. 54554
Attorney for David M. Carlson, and
Clever Capital LLC

NOTICE OF APPEARANCE - 1