TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

Honorable Fredrick P. Corbit
Hearing Date: April 30, 2019
Hearing Time: 2:30 PM
Place: Open Court

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

No. 18-03197-11

**NOTICE OF HEARING**

TO:    Clerk's Master Mailing List
TO:    All Interested Parties

PLEASE TAKE NOTICE that the Hearing on Application for Award Compensation for Services Rendered and Reimbursement of Expenses (Docket #159) filed by Timothy R. Fischer with Winston & Chasatt, Lawyers, will take place on the 30th day of April, 2019, at 2:30 p.m. in the above entitled bankruptcy proceeding, before the Honorable Frederick P. Corbit. The hearing will be held in open court.

DATED this 10th day of April, 2019.

WINSTON & CASHATT, LAWYERS
*/s/ Timothy R. Fischer*

_____

Timothy R. Fischer, WSBA No. 40075

NOTICE OF HEARING - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131