Pamela M. Egan, WSBA No. 54736 *(pro hac vice)*
Paul H. Beattie, WSBA No. 30277
CLR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone:  (415)297-0132
Facsimile:   (206)582-5001
Email: pbeattie@ckrlaw.com
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington Corporation,

Debtor.

Case No. 18-03197 FPC 11

Chapter 11

**CERTIFICATE OF SERVICE**

I, Pamela M. Egan, counsel to Mark D. Waldron, in his capacity as the duty-appointed Chapter 11 Trustee in the above-captioned bankruptcy case hereby declare under penalty of perjury the foregoing: I am a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action.

On April 5, 2019, I served the documents listed below by e-mail on the Token Holders and Miner Owners List, and by CM/ECF on the parties also listed below.

CERTIFICATE OF SERVICE - 1

**CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMENT (EXHIBIT A, PROPOSED ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT WITH MOSES LAKE LANDLORDS; EXHIBIT B, AGREEMENT TO SETTLE RELIEF FROM STAY MOTION, OBTAIN SUPER PRIORITY UNSECURED CREDIT, AND RE-ENTER THE PREMISES; EXHIBIT C, LIST OF MOSES LAKE LEASES)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMENT**

**DECLARATION OF MARK D. WALDRON ISO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMENT**

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMENT**

<u>**PARTIES SERVED BY CM/ECF SYSTEM**</u>

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Paul H Beattie on behalf of Trustee Mark Waldron
pbeattie@ckrlaw.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee
dbugbee@lawdbs.com, paralegal@lawdbs.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Gary W Dyer on behalf of U.S. Trustee US Trustee

<u>CERTIFICATE OF SERVICE - 2</u>

Gary.W.Dyer@usdoj.gov

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
bellison@lawdbs.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
chrisr@rieslawfirm.com, diana@rieslawfirm.com; cdg@rieslawfirm.com;

CERTIFICATE OF SERVICE - 3

carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
joe.sakay@hcmp.com, tracy.yi@hcmp.com; bankruptcy@hcmp.com; kim.mckenzie@hcmp.com

Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Dina L Yunker Frank on behalf of Creditor Washington State Taxing Agencies
BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV

Executed this 9th day of April 2019 in New York, New York.

_____
Pamela M. Egan (admitted *pro hac vice*)

CERTIFICATE OF SERVICE - 4