Pamela M. Egan, WSBA No. 54736 *(pro hac vice)*
Paul H. Beattie, WSBA No. 30277
CLR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415)297-0132
Facsimile: (206)582-5001
Email: pbeattie@ckrlaw.com; pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington Corporation, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

    At the time of service, I was a citizen of the United States and a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.

    On April 8, 2019, I served true and correct copies of the following document(s) described below as:

CERTIFICATE OF SERVICE - 1

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMENT**

on the interested parties as listed in the attached "Exhibit A" Service List. I deposited such envelope(s) in the mail at San Francisco, California with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of April, 2019 in San Francisco, California.

Pierre Smit

CERTIFICATE OF SERVICE - 2

# EXHIBIT A

| Name | Company Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Alan Walnoha | Walnoha, Alan | 350 Gran Via, Apt 2067 | Irving | TX | 75039-0137 |
| Alexander Garnock | Garnock, Alexander | 13 Buttfield St Coombs ACT | Canberra | Australia | 2611 |
| Amphenol Custom Cable | Amphenol Custom Cable | 3221 Cherry Palm Dr. | Tampa | FL | 33619-8359 |
| Anatoly Checherin | Checherin, Anatoly | Begovaya 3, BUILDING 1, 36 FLOOR | MOSCOW, | RUSSIA, | 125284 |
| Andrea Sharp | Sharp, Andrea | 268 Bush Street #2520 | San Francisco, | CA | 94104-3503 |
| Andrew Blyler | Blyler, Andrew | 603 W Washington St | Ann Arbor | MI | 48103-4233 |
| Andrey Kuzenny | Kuzenny, Andrey | 1687 Stone Canyon Rd. | Los Angeles, | CA | 90077-1912 |
| Andrey Kuzenny | Kuzenny, Andrey | 10000 Santa Monica Blvd., Unit 330 | Santa Monica, | CA | 90067-7032 |
| Anthony Martinez | Martinez, Anthony | 4109 Mason Street | San Diego | CA | 92110-2720 |
| Attorney General's Office Bankruptcy & Collections Unit | | 800 Fifth Avenue, Suite 2000 | Seattle, | WA | 98104-3188 |
| Bashar (Ben) Assad | Assad, Bashar | 17713 15th Ave NE, Ste 101 | Shoreline, | WA | 98155-3839 |
| Belyea Company | Belyear Company | 2200 Northwood Ave. | Easton, | PA | 18045-2208 |
| Bertha Goehner | Goehner, Bertha | 215 Eller St. SE | East Wenatchee, | WA | 98802-5325 |
| Bill Schmidt | Schmidt, Bill | 105 Julie Ann Ct. | Cashmere, | WA | 98815-1316 |
| Blockchain Systems LLC | Blockchain Systems LLC | 124 W 60 St. Unit 29A | New York, | NY | 10023-7475 |
| Brandon Gordon | Gordon, Brandon | 601 Seven Oaks Ct | Brooksville | FL | 34604-4411 |
| Brandon Robinson | Robinson, Brandon | 1997 Tall Tree Dr | Atlanta | GA | 30324-2723 |
| Brent Woodward, Inc. | Brent Woodward, Inc. | 14103 Stewart Rd. | Sumner | WA | 98390-9641 |
| Bryant Johnson | Johnson, Bryant | 1360 WHITETAIL GLEN Ct | HEBRON, | KY | 41048-7965 |
| Busby International, Inc. | Busby International, Inc. | PO Box 1457 | Moses Lake | WA | 98837-0225 |
| Cameron Schmidt | Schmidt, Cameron | 1204 COLUMBINE ST | WENATCHEE, | WA | 98801-6210 |
| Carlos Enrique Fernandez Castellano | Castellano, Carlos | 5630 SW 163RD AVE | SOUTHWEST RANCHES | FL | 33331-1446 |
| Carlos Gagliano | Galiano, Carlos | 8200 Offenhauser Dr. 105G | Reno, NV, 89511 | NV | 89511-1717 |
| Carmen Jacqueline Henrnadez Guevara | | 15D Urb Guaicay, Baruta | CARACAS | VENEZUELA | 1080 |
| Cesar Diaz Rancho | JRD Funding LLC | 8137 Malchite Avenue, Suite E | Cucamunga | CA | 91730-3571 |
| Christopher F Ries | Ries Law Firm | 312 Balsam Suite D, P O Box 2119 | Moses Lake | WA | 98837-0519 |
| Christopher F. Ries | Ries Law Firm, P.S. | Post Office Box 2119 | Moses Lake | WA | 98837-0519 |
| Clinton Douglas Luckinbill | Luckinbill, Clinton | 1054 Waterleaf Way | San Jacinto, | CA | 92582-3020 |
| Cody Forrest Quinn | Quinn, Cody | 5920 Kimber Road | Cashmere, | WA | 98815-9526 |
| Consolidated Electric Dist. Inc. | Consolidated Electric Dist. Inc. | PO Box 398830 | San Francisco, | CA | 94139-8830 |
| Consolidated Electrical Distributors, Inc. | c/o Douglas R. Hookland, Attorney, Scott Hookland LLP | P.O. Box 23414 | Tigard, | OR | 97281-3414 |
| Cryptonomos Pte Ltd. Gigawatt Pte Ltd. | Cryptonomous PTE Ltd, Giga Watt Pte Ld | 1 Coleman Street The Adelphi #08-07 | Singapore | | 179803 |
| CT Freight USA Inc | CT Freight USA Inc | 20202 Hwy 59 N | Humble, | TX | 77338-2400 |
| CTC Engineering | CTC Engineering | 2290 Bishop Circle East | Dexter | MI | 48130-1564 |
| CTC Engineering, Inc., | Bodman PLCm Attn: Harvey W. Berman | 201 South Division Street, Ste. 400 | Ann Arbor, | MI | 48104-2259 |
| Darren James Wurf | Wurf, Darren | 2/41 Osborne Avenue Glen Iris | Victoria | Australia | 3146 |
| David, Jonathan, and Matthew R Lutz | Lutz, David Et al | 916 Confidence Drive | Longmont, | CO | 80504-8526 |
| Donald J. Enright | Enright, Donald | 1101 30th Street Northwest Suite 115 | Washington | | 20007-3740 |
| Doug Black | Black Doug | 225 Linda Lane | Wenatchee | WA | 98801-6010 |
| Douglas Berger | Berger, Douglas | 371 Catskill Ct. | Mahwah | NJ | 07430-2736 |
| Drew Behrens | Behrens, Drew | 525 N Larch Ave. | East Wenatchee, | WA | 98802-5047 |
| Eduard Khaptakhaev | Khaptakhaev, Eduard | Lenkinkkgradsky pr-t 76/1/49 | Moscow | Russia | |
| Eero Koskinen | Koskinen, Eero | Niittypolku 21 02460 Kantvik | | Finland | |
| Ernesto Pedrera | Pedrera, Ernesto | 7601 E Treasure Dr, apt 1023 | North Bay Village | FL | 33141-4362 |
| Evansont Insurance Carrier | c/o Michell, Reed et al | PO Box D | Cashmere | WA | 98815-0515 |
| Fabio Todeschini | Todeschini, Fabio | 16 via gran san bernardo milan | italy | | |
| Fastenal Company | Fastenal Company | PO Box 1286 | Winona | MN | 55987-7286 |
| Fastenal Company | ATTN: Legal Dept. | 2001 Theurer Blvd. | Winona | MN | 55987-9902 |

| Name | Assignee/c/o | Address | City | State | ZIP |
|---|---|---|---|---|---|
| FedEx Corporate Services Inc | as Assignee of FedEx Express/Ground/Frei | 3965 Airways Blvd, Module G, 3rd Floor | Memphis | TN | 38116-5017 |
| Georgios Lignos | Lignos, Georgios | 25 Kritis Str. 12243 | Egaleo | Greece | |
| Gigawatt PTE Ltd | Attn Mikhaylyuta | 1 Magazine Rd #04-11 Centrall Mall | Singapore | | |
| Gleb Nesis | Nesis, Gleb | 3419 Irwin Ave., Apt. 708 | Bronx | NY | 10463-3754 |
| Grigory Klumov | Klumov, Grigory | Balaklavsky avenue 12-3-93 117639 | Moscow | Russia | |
| H2 Pre-Cast, Inc | H2 Pre-cast, Inc | 3835 N. Clemons St. | East Wenatchee | WA | 98802-9337 |
| Hans-Peter Edenstrasser | Edenstrasser, Hans-Peter | Rupert Hagleitner Strasse 1d 54 6300 Woergl | Tirol | Austria | |
| Harlan Robinson | Robinson, Harlan | 736 N. Laguna | Gilbert, | AZ | 85233-3620 |
| Hashvin Daryanani | Daryanani, Hashvin | 56B Seroe Blanco Box# 393 | Oranjestad | Aruba Aruba | |
| Heather Mulhall | Mulhall, Heather | 312 N NEWTON AVE | EAST WENATCHEE, | WA | 98802-8444 |
| Ibrahim Issa | Issa, Ibrahim | Riad el soloh Square | Beirut | Lebanon | |
| Igor Martirosian | Martirosian, igor | 36 Washington Avenue 2nd Floor | Cliffside Park, | NJ | 07010-3025 |
| Intelliapps Ltd | Intelliapps Ltd | Unit 272 CoLab Center, Port Road | Letterkenny CO Dongal | EIRCODE Ireland | F92 RKC7 |
| Interflow LLC | Interflow LLC | 5465 S Dorchester | CHICAGO | IL | 60615-5316 |
| Internal Revenue Service | Internal Revenue Service | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Ioannis Violidakis | Violidakis, Ioannis | Kimonos 11 | Athens, | Greece, | P.Code: GR-10441 |
| Ivan Marcak | Marcak, Ivan | Dlouha Trida 474/25 73601 | Havirov | Czech Republic | |
| Jacqueline Bussey | Percheron Goudhurst | Road Cranbrook TN17 2PN | | United Kingdom | |
| JDSA | JDSA | PO Box 1688 | Wenatchee | WA | 98807-1688 |
| Jeffrey Chin | Chin, Jeffrey | 42 Pepper Tree Road Lidcombe NSW | Sydney Australia | | |
| Jessica Langis | Langis, Jessica | PO BOX 398 | Dryden | WA | 98821-0398 |
| John Guille | Guille, John | 514 Americas Way #7134 | Box Elder | SD | 57719-7600 |
| John Scevola | Scevola, John | 8768 SW Iroquois Drive | Tualatin | OR | 97062-9304 |
| Jonathan Gould | Gould, Jonathan | 924 hale AVENUE | BrooKSVILLE | FL | 34601-3642 |
| Jose A. Herrera | Herrera, Jose | 12801 Philadelphia Street Suite B | Whittier | CA | 90601-4126 |
| Joseph Brodsky | Brodsky, Joseph | 656 St.Nicholas av #35 | New York | NY | 10030-1086 |
| Joseph Errigo | Errigo, Joseph | 7 PRATT ST | FORT MONROE, | VA 23651-1025 | |
| Juan Bautista Ibarra Arana | Arana, Juan | Resid. La Carana, Calle 66 #510 | Piedades Santa Ana, San Jose Costa Rica | | |
| Julian Heere | Heere, Julian | 500 J Street 1703 | Sacramento | CA | 95814-2335 |
| Jung H. Cho | Cho, Jung | 239 E.Columbia ave. Unit B | Palisades Park, | NJ | 7650 |
| Kelly Imaging | Kelly Imaging | PO Box 660831 | Dallas, TX 75266-0831 | | |
| Kenneth D McCoy | McCoy, Kenneth | 1401 Woodstock Way #103H | Bellingham | WA | 98226-3577 |
| Kenneth Johnson | Johnson, Kenneth | 2452 Columbia Ave. NW #24 | East Wenatchee | WA | 98802-4198 |
| Kevin Taverne | Taverne, Kevin | 13 rue kipling | 91540 Mennecy FRANCE | | 91540 |
| Koji Michiwaki | Michiwaki, koji | Shizuoka-ken Haibara-gun Kawanehon-cho | Kaminagao 380-3 | Japan | 428-0313 |
| Krishna Karthik Reddy | Reddy, Krishna | Adapala 5106 Kino Ct | Dublin | CA | 94568-8719 |
| Larry D. Gerbrandt | Gerbrandt, Larry | 141 Seely Ave | Aromas | CA | 95004-9501 |
| Lasse Kaihlavirta | Kaihlavirta, Lasse | Piiriniitynkatu 4 Tampere | 33340 FINLAND | | |
| Lee E. Woodard | Lexon Ins. Co., Harris Beach PLLC | 333 West Washington St., Suite 200 | Syracuse | NY | 13202-5202 |
| Leonid Markin | Markin, Leonid | 714 North Rexford | Beverly Hills | CA | 90210-3314 |
| Lighthouse (formerly Discovia) | Lighthouse | 250 Montgomery St., Suite 300 | San Francisco | CA | 94104-3428 |
| Luis Roman | Roman, Luis | 4633 White Bay Cir. | Wesley Chapel, | FL | 33545-5058 |
| Marc Joyce | Joyce, Marc | 104 Los Gatos Blvd | Los Gatos | CA | 95030-6122 |
| Maria Mazaeva | Mazaeva, Maria | Shokalskogo proezd h.4 app.44 | Moscow | Russia | 127642 |
| Mary E Bushyhead | EAN Services, LLC | 14002 E 21st St, Suite 1500 | Tulsa | OK | 74134-1424 |
| mathias brachet | Brachet, Mathias | darwingasse 37 top 1 | VIENNA | AUSTRIA | 1020 |
| Matteo Romani | Romani, Matteo | Via Flaminia 66 | fossombrone | WA | 61034 |
| Matthew Eugene Risen | Risen, Matthew | 1935 Legacy Place SE | East Wenatchee | WA | 98802-9162 |
| McVicker, Moss, etl | McVicker, Moss, et al | 1101 30th Street Northwest, Suite 115 | Washington, | DC | 20007-3740 |
| Melvin White | White, Melvin | 6091 GOLDDUST RD. | Brooksville | FL | 34609-8705 |
| Michael Ilyankoff | Ilyankoff, Michael | 7425 156TH ST SE | SNOHOMISH | WA | 98296-8771 |
| Michael Russo | Russo, Michael | 10310 WREN ROAD | WEEKI WACHEE | FL | 34613-3887 |

| Name | Attn | Address | City | State | Zip |
|---|---|---|---|---|---|
| Molly Hunter | Hunter, Molly | 4347 Anna Lane | Wenatchee, | WA | 98801-9034 |
| Nathan Welling | Welling, Nathan | 340 S Lemon Ave unit 5807 | Walnut | CA | 91789-2706 |
| Nelson L. Kim | Kim, Nelson | 8305 Weeping Springs ave | Las Vegas, | NV | 89131-1450 |
| Nick Nguyen | Nguyen, Nick | 3411 Greentree Dr | Falls Church, | VA | 22041-1405 |
| Nitin Limaye | 9-B Pratapgunj Society, | 401 Manorath Apartments | Vadodara | India | 390002 |
| NW Handling Systems | NW Handling Systems | PO Box 749861 | Los Angeles, | CA | 90074-9861 |
| Our Botanicals Worldwide LLC | Our Botanicals Worldwide LLC | 8 The Green, Suite #7123 | Dover | DE | 19901-3618 |
| Pablo Hernandez Guevara | Guevara, Pablo | Calle Este Res Mi Refugio P 9 Apto. 9A Urb. Manzanares | Caracas | Venezuela | 1070 |
| Pacific Northwest Infrastructure In | Pacific Northwest Infrastructure In | PO Box 3363 | Wenatchee | WA | 98807-3363 |
| Pacific Security | Pacific Security | 2009 Iron St. | Bellingham, | WA | 98225-4211 |
| Path of Four Winds, LLC | Path of Four Winds, LLC | 3638 Lake Breeze Lane | Crosby | TX | 77532-7202 |
| Patrick Blount | Bount, Patrick | 848 N Rainbow Blvd Suite 1800 | Las Vegas, | NV | 89107-1103 |
| Paul A. Barrera | North City Law, PC | 17713 15th Ave NE, Ste. 101 | Shoreline | WA | 98155-3839 |
| Pham Song Toan | Toan, Pham Song | Toneyama 2-5-6 Toyonaka | Osaka | Japan | |
| Port of Chelan | Port of Chelan | 238 Olds Station Rd #A | Wenatchee, | WA | 98801-8131 |
| Raphael Sofair et al | c/o John A. Knox, Williams Kastner & Gib | 601 Union Street, Suite 4100 | Seattle | WA | 98101-1368 |
| Raritan | Raritan | 400 Cottontail Lane | Somerset | NJ | 08873-1238 |
| Rietveld Global Business Group B.V. | Rietveld Global Business Group B.V. | Postbus 9607 (Box G58) | 1006 GC, Amsterdam | The Netherlands | |
| Robert Ilievski | Ilievski, Robert | Nypongatan 18 212 31 | Malmo Skane | Sweden | |
| Ronald Richard Johns, Jr. | Johns, Ronald | 354 Clear Springs Hollow | Buda | TX | 78610-2740 |
| Roosevelt Scott | Scott, Roosevelt | 802 Hawk View Court | Fairview Heights | IL | 62208-2967 |
| Schmitt Electric | Schmitt Electric | 1114 Walla Walla Ave. | Wenatchee, | WA | 98801-1525 |
| Scott Alan Wilson | Wilson, Scott | 9303 WAVING FIELDS DR | HOUSTON, | TX | 77064-4557 |
| Show Me Cables | Show Me Cables | 115 Chesterfield Indiustrial Blvd | Chesterfield | MO | 63005-1219 |
| Sinh Du | Du, Sinh | 818 SW 3rd Ave #221-2313 | Portland | OR | 97204-2405 |
| State of Washington Department of Revenue | State of Washington Department of Revenue | 2101 4th Ave, Ste 1400 | Seattle, | WA | 98121-2300 |
| Stefano Musumeci Uuslinna | Uuslinna, Stefano | tn 9/4-52 11415 | Tallinn | Estonia | |
| Susan Ramaker | Ramaker, Susan | PO Box 3272 | Wenatchee, | WA | 98807-3272 |
| Talents 633 Ministries | Talents 633 Ministries | NFP 24206 Walnut Circle | Plainfield | IL | 60585-2261 |
| Talos Construction LLC | Talos Construction LLC | P.O. Box 2607 | Chelan | WA | 98816-2607 |
| Theocharis Aslanidis | Aslanidis, Theocharis | Doridos 44 | 12242 Egaleo | Greece | |
| TNT Business Complexes LLC | TNT Business Complexes LLC | 380 Leslie Way | East Wenatchee | WA | 98802-5624 |
| Total Employment Management | Total Employment Management | 723 W. Broadway | Moses Lake | WA | 98837-1920 |
| Town Toyota Center | Town Toyota Center | 1300 Walla Walla | Wenatchee, | WA | 98801-1529 |
| Treehouse Technology Group, LLC | Treehouse Technology Group, LLC | 300 Bedford Street, Unit 214 | Manchester | NH | 03101-1102 |
| Tuomas J Karjalainen | Karjalainen, Tuomas | 7601 E Treasure DR, apt 1023 apt 1023 | North Bay Village | FL | 33141-4362 |
| Tyler Domer | Domer, Tyler | 91 NE 17 St | East Wenatchee | WA | 98802-4147 |
| UPS | UPS | 28013 Network Place | Chicago, | IL | 60673-1280 |
| US Customs | US Customs | PO Box 979126 | St. Louis, | MO | 63197-9001 |
| WA Department of Revenue Attn: Sam Seal | WA Department of Revenue Attn: Sam Seal | 2101 4th Ave, Ste 1400 | Seattle | WA | 98121-2300 |
| Washington Employment Security Dept | Washington Employment Security Dept | PO Box 9046 | Olympia | WA | 98507-9046 |
| Washington State Labor & Industries | Washington State Labor & Industries | PO Box 44170 | Olympia | WA | 98504-4170 |
| Wilhelmus Appel | Appel, Wilhelmus | Lupinelaan 15 5582 CG Waalre | | The Netherlands | |
| Wilson Sonsini Goodrich & Rosati | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Rd. | Palo Alto | CA | 94304-1050 |
| Yurii Kuzmin | Kuzmin, Yurii | 10-B, Urozhaynaya str., Odessa | Odessa | Ukraine | 65016 |