Caracas, April 11 -2019

United States Bankruptcy Court

Eastern District of Washington

I need to withdraw the claim number ,because a made a mistake and I did several claim.

Pablo Hernandez