MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR FEBRUARY 2019**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of February 2019. The Chapter 11 Trustee was appointed by this Court on January 23, 2019. Trustee has no financial information or records disclosing the financial activities of the Debtor from the date of the bankruptcy filing on November 19, 2018 through the month of January 2019. (Debtor filed a Financial Report on December 20, 2018 under Docket No. 64, which included business income and expenses for the previous 12 months.) Trustee has requested turnover of the Debtor's records but has not been provided such records and is in the process of commencing formal discovery to obtain the same. Therefore, this is the Trustee's initial Monthly Financial Report for Giga Watt, Inc.

Attached to this report is the Ledger Report, Operating Statement, and bank statement for February 2019. At the time of my appointment as Chapter 11 Trustee, the



Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

MONTHLY FINANCIAL REPORT -1-

Debtor had an open bank account at Washington Trust Bank in Wenatchee, Washington. The Trustee closed that bank account and opened an account with Rabobank, N.A.

At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for this month from all sources were **$60.00.**

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 11th day of April, 2019.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

MONTHLY FINANCIAL REPORT -2-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

# Ledger Report

Page: 1

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 02/01/19 - 02/28/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Rabobank, N.A.
**Account:** ****774266 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/19 | | Washington Trust Bank | Balance of funds in Giga Watt bank account, account now closed. | 4099-000 | 952.84 | | 952.84 |
| 02/19/19 | 101 | Heather Mulhall | Reimbursement for mini storage fee / records | 6010-000 | | 60.00 | 892.84 |

**ACCOUNT TOTALS** 952.84 60.00 $892.84

**TOTAL - ACCOUNT  ****774266**

| | | | | |
|---|---|---|---|---|
| Balance Forward | 0.00 | | | |
| 1 Deposits | 952.84 | 1 Checks | 60.00 | |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| | | 0 Transfers Out | 0.00 | |
| Subtotal | $952.84 | Total | $60.00 | |
| 0 Adjustments In | 0.00 | | | |
| 0 Transfers In | 0.00 | | | |
| Total | $952.84 | | | |

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ****774266 | 952.84 | 60.00 | 892.84 | 0.00 | 892.84 |
| | $952.84 | $60.00 | $892.84 | $0.00 | $892.84 |

{} Asset reference(s)

18-03197-FPC11    Doc 271    Filed 04/11/19    Entered 04/11/19 15:12:12    Pg 3 of 7

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****774266 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 02/01/19 - 02/28/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

### TOTAL - CASE

| | | | | |
|---|---|---|---|---|
| Balance Forward | 0.00 | | 1 Checks | 60.00 |
| 1 Deposits | 952.84 | | 0 Adjustments Out | 0.00 |
| 0 Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| Subtotal | $952.84 | | Total | $60.00 |
| 0 Adjustments In | 0.00 | | | |
| 0 Transfers In | 0.00 | | | |
| Total | $952.84 | | Net Total Balance | $892.84 |

{} Asset reference(s)

18-03197-FPC11    Doc 271    Filed 04/11/19    Entered 04/11/19 15:12:12    Pg 4 of 7

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 02/01/19 - 02/28/19

**Income**
   4099-000  Other Receipts                                                           $952.84
**Total Income**                                                                 **$952.84**

**Expenses**
   6010-000  Other Expenses                                                       $60.00
**Total Expenses**                                                              **$60.00**

**Net Income**                                                                **$892.84**



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

RECEIVED
MAR 11 2019

Rabobank, N.A.
Member FDIC
EQUAL HOUSING LENDER  NMLS #649477

Law Offices of
Mark D. Waldron, PLLC

Period Covered:
February 01, 2019 - February 28, 2019
Page 1 of 2

TR030STM030119072038 670070 609

Mark Waldron
6711 Regents Blvd. West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC. |
| Trustee Number | 0000670070 |
| Trustee Name | Mark Waldron |

☏ Questions
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account TRUSTEE CHECKING | ████████66 | $0.00 | $952.84 |
| Total | | $0.00 | $952.84 |

**Notable Information For You...**

Need more UPS supplies to send your deposits into Rabobank?

You can order supplies yourself by logging into http://campusship.ups.com.

Complete instructions, including login credentials, may be found on the Stretto Client Portal (https://myresources.stretto.com)

> Request Supplies > UPS Information > Ordering Guide.




**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank** Return Service Requested

Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
February 01, 2019 - February 28, 2019
Page 2 of 2

Mark Waldron
6711 Regents Blvd. West
Tacoma WA 98466

Case Number
Case Name
Trustee Number
Trustee Name

18-03197-FPC11
GIGA WATT INC.
0000670070
Mark Waldron

☎ Questions
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

Account Number: ████████66

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $0.00 |
| Avg Collected Balance | $606.00 | + Total Additions | $952.84 |
| | | - Total Subtractions | $0.00 |
| | | Ending Balance | $952.84 |

### Credits

| Date | Description | | Additions |
|---|---|---|---|
| 02-14 | DEPOSIT 10000 | | 952.84 |

### Daily Balances

| Date | Amount |
|---|---|
| 02-14 | 952.84 |

18-03197-FPC11    Doc 271    Filed 04/11/19    Entered 04/11/19 15:12:12    Pg 7 of 7