MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR MARCH 2019**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of March 2019. Attached to this report is the Ledger Report, Operating Statement, and bank statements for March 2019. The Trustee closed the bank account with Rabobank, N.A. and opened a new account with Metropolitan Commercial Bank.

<u>Significant developments during reporting period</u>: The Estate reached tentative agreements with the landlords for the Moses Lake, Washington facilities, as well as a tentative agreement with a sub-tenant, Eco-Diversified Holdings (EDH). Both agreements are subject to Court approval. Power has been restored to the facilities in Moses Lake and the Debtor re-started operations and has begun generating revenues from its operations.

At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 272    Filed 04/11/19    Entered 04/11/19 15:13:51    Pg 1 of 10

a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for this month from all sources were **$14,233.60.**

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 11th day of April, 2019.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

MONTHLY FINANCIAL REPORT -2-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

# Ledger Report

Page: 1

**Case Number:** 18-03197-FPC11 FPC  
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010  
**Period:** 03/01/19 - 03/31/19

**Trustee:** Mr. Mark D. Waldron (670070)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** *********25 - Checking Account  
**Blanket Bond:** $0.00 (per case limit)  
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/19 | | Eco Diversified Holdings | Pursuant to Settlement Agreement | | 24,000.00 | | 24,000.00 |
| | | Eco Diversified Holdings | Settlement of Lease 162,013.34 Defaults | 4009-000 | | | 24,000.00 |
| | | | Disbursed by Eco for -10,000.00 bond payment, pursuant to settlement | 4009-000 | | | 24,000.00 |
| | | | Disbursed by Eco to -128,013.34 Moses Lake Landlords pursuant to settlement | 4009-000 | | | 24,000.00 |
| 03/21/19 | | Eco Diversified Holdings | Pursuant to settlement agreement | 4009-000 | 13,932.00 | | 37,932.00 |
| 03/21/19 | | Eco Diversified Holdings | Pursuant to settlement agreement | 4009-000 | 4,644.00 | | 42,576.00 |
| 03/21/19 | | Rabobank | Balance transfer from Rabobank to Metropolitan Bank | 4099-000 | 892.84 | | 43,468.84 |
| 03/21/19 | | Rabobank | Wire transfer fee for balance transfer from Rabobank account to Metropolitan Bank account | 4099-000 | -10.00 | | 43,458.84 |
| 03/25/19 | 101 | U.S. Trustee | Acct #802-18-03197, US Trustee fees for 4th Quarter 2018 | 6001-000 | | 1,950.00 | 41,508.84 |
| 03/25/19 | 102 | Lauren Miehe | Invoice No. 1 (through 2-27-19) | 6007-013 | | 5,032.50 | 36,476.34 |
| 03/25/19 | 103 | Allen Oh | Invoice #1 (through 3-17-19) | 6007-013 | | 4,156.25 | 32,320.09 |
| 03/25/19 | 104 | Austin Harrison | Invoice dated 3-22-19 | 6007-013 | | 900.00 | 31,420.09 |
| 03/25/19 | 105 | Skyler Simpson | Invoice dated 3-22-19 | 6007-013 | | 480.00 | 30,940.09 |
| 03/25/19 | 106 | Waste Management of Wenatchee | Customer ID 19-19019-33003, Invoice No. 1775156-2674-1 | 6004-000 | | 379.13 | 30,560.96 |
| 03/25/19 | 107 | Waste Management of Wenatchee | Customer ID 19-27751-03004, Invoice No. 0030657-2674-1 | 6004-000 | | 255.38 | 30,305.58 |
| 03/27/19 | 108 | Douglas Pratt | Invoice #1001 (3-27-19) | 6007-013 | | 187.50 | 30,118.08 |
| | | | | Subtotals: | $43,458.84 | $13,340.76 | |

{} Asset reference(s)

18-03197-FPC7    Doc 272    Filed 04/11/19    Entered 04/11/19 15:13:51    Pg 3 of 10

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 03/01/19 - 03/31/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/19 | | Moses Lake Facility | Mining operations (commenced March 22, 2019) | 4001-000 | 25,040.51 | | 55,158.59 |
| | | | | | 68,499.35 | 13,340.76 | $55,158.59 |

## ACCOUNT TOTALS

|  |  |  |  |
|---|---|---|---|
| 8 | Checks | 13,340.76 | |
| 1 | Adjustments Out | 10.00 | |
| 0 | Transfers Out | 0.00 | |
| | Total | $13,350.76 | |

## TOTAL - ACCOUNT ********25

| | Balance Forward | 0.00 | |
|---|---|---|---|
| 3 | Deposits | 42,576.00 | |
| 0 | Interest Postings | 0.00 | |
| | Subtotal | $42,576.00 | |
| 2 | Adjustments In | 25,933.35 | |
| 0 | Transfers In | 0.00 | |
| | Total | $68,509.35 | |

{} Asset reference(s)

18-03197-FPC7    Doc 272    Filed 04/11/19    Entered 04/11/19 15:13:51    Pg 4 of 10

# Ledger Report

| | |
|---|---|
| Case Number: 18-03197-FPC11 FPC | Trustee: Mr. Mark D. Waldron (670070) |
| Case Name: GIGA WATT INC. | Bank Name: Rabobank, N.A. |
| | Account: ****774266 - Checking Account |
| Taxpayer ID #: 81-4797010 | Blanket Bond: $0.00 (per case limit) |
| Period: 03/01/19 - 03/31/19 | Separate Bond: N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/19 | | Giga Watt Inc | Wire to fund Metro Account | 6010-000 | | 892.84 | 0.00 |
| | | | | | 952.84 | 952.84 | $0.00 |

## ACCOUNT TOTALS

**TOTAL - ACCOUNT   ****774266**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 892.84 | | |
| 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 Adjustments Out | 892.84 |
| | Subtotal | $892.84 | 0 Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | Total | $892.84 |
| 0 | Transfers In | 0.00 | | |
| | Total | $892.84 | | |

| | Receipts over Case Life | Disbursements over Case Life | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ********25 | 68,499.35 | 13,340.76 | 55,158.59 |
| Checking # ****774266 | 952.84 | 952.84 | 0.00 |
| | $69,452.19 | $14,293.60 | $55,158.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Reserve Balances | Account Bal. Less Reserves |
| | | | | | 0.00 | 55,158.59 |
| | | | | | 0.00 | 0.00 |
| | | | | | $0.00 | $55,158.59 |

**TOTAL - CASE**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 892.84 | | |
| 3 | Deposits | 42,576.00 | 8 Checks | 13,340.76 |
| 0 | Interest Postings | 0.00 | 2 Adjustments Out | 902.84 |
| | Subtotal | $43,468.84 | 0 Transfers Out | 0.00 |
| 2 | Adjustments In | 25,933.35 | Total | $14,243.60 |
| 0 | Transfers In | 0.00 | | |
| | Total | $69,402.19 | Net Total Balance | $55,158.59 |

{} Asset reference(s)

18-03197-FPC7    Doc 272    Filed 04/11/19    Entered 04/11/19 15:13:51    Pg 5 of 10

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 03/01/19 - 03/31/19

### Income

| Code | Description | | Amount |
|---|---|---|---|
| 4001-000 | Revenue from Operating Business | | $25,040.51 |
| 4009-000 | Litigation and Settlements | | $42,576.00 |
| 4099-000 | Other Receipts | | $882.84 |
| **Total Income** | | | **$68,499.35** |

### Expenses

| Code | Description | | Amount |
|---|---|---|---|
| 6001-000 | US Trustee Fees | | $1,950.00 |
| 6004-000 | Costs to Secure/Maintain Property | | $634.51 |
| 6007-000 | Professional Fees & Expenses | | |
| 6007-013 | Consultant for Trustee Fees | $10,756.25 | |
| | | | $10,756.25 |
| 6010-000 | Other Expenses | | $892.84 |
| **Total Expenses** | | | **$14,233.60** |

**Net Income**     **$54,265.75**



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Mr. Mark D. Waldron

| | | |
|---|---|---|
| Case Number | | 18-03197-FPC11 |
| Case Name | | GIGA WATT INC |
| | | DEBTOR |
| Trustee Number | | 670070 |
| Trustee Name | | Mr. Mark D. Waldron |
| | | TRUSTEE |

Period Covered:
March 21, 2019 - March 29, 2019
Page 1 of 4

☎ Questions:
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ████25 | $0.00 | $63,466.85 |
| Total | | $0.00 | $63,466.85 |

### Notable Information For You...

Reminder: To ensure your banking security, please perform periodic audits to confirm challenge questions are completed and banking permissions are up-to-date for all staff members in both your Consumer Bankruptcy & Corporate Restructuring software. This helps to confirm your identity to Stretto and Metropolitan Bank banking team, and allows only those staff members access to your bank information. To learn more, please contact Stretto Banking Services by email or by phone at 800-634-7734.

RECEIVED
APR 00 2019
Law Offices of
Mark D. Waldron, PLLC




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
March 21, 2019 - March 29, 2019
Page 2 of 4
18-03197-FPC11
GIGA WATT INC
DEBTOR

Mr. Mark D. Waldron

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

Questions:
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

Account Number: ●●●●●●●●25

| Enclosures | 1 | | |
|---|---|---|---|
| | | Beginning Balance | $0.00 |
| | | +Total Additions | $68,509.35 |
| | | -Total Subtractions | $5,042.50 |
| | | Ending Balance | $63,466.85 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 00000102 | 03-29 | $5,032.50 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-21 | WIRE TRANSFER FEE | $10.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 03-21 | WIRE FROM MR MARK D WALDRON | $892.84 |
| 03-22 | REMOTE DEPOSIT REF#0100001 | $42,576.00 |
| 03-28 | WIRE FROM COINME INC | $25,040.51 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-21 | $882.84 | 03-22 | $43,458.84 | 03-28 | $68,499.35 |
| 03-29 | $63,466.85 | | | | |

18-03197-FPC7    Doc 272    Filed 04/11/19    Entered 04/11/19 15:13:51    Pg 8 of 10



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Return Service Requested

**RECEIVED**
APR 11 2019

Law Offices of
Mark D. Waldron, PLLC

Rabobank, N.A.
Member FDIC
LENDER NMLS #649477

Period Covered:
March 01, 2019 - March 31, 2019
Page 1 of 3

TR030STM033019084127 670070 598

Mark Waldron
6711 Regents Blvd. West
Tacoma WA 98466

Case Number
Case Name
Trustee Number
Trustee Name

18-03197-FPC11
GIGA WATT INC.
0000670070
Mark Waldron

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account TRUSTEE CHECKING | ██████66 | $952.84 | $0.00 |
| Total | | $952.84 | $0.00 |

### Notable Information For You...

Reminder: To ensure your banking security, please perform periodic audits to confirm challenge questions are completed and banking permissions are up-to-date for all staff members in both your Consumer Bankruptcy & Corporate Restructuring software. This helps confirm your identity to Stretto and the Rabobank teams, allowing only those staff members access to your bank information. To learn more, please contact Stretto Banking Services by email or by phone at 800-634-7734.



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
March 01, 2019 - March 31, 2019
Page 2 of 3

Mark Waldron
6711 Regents Blvd. West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC. |
| Trustee Number | 0000670070 |
| Trustee Name | Mark Waldron |

☎ Questions
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

Account Number: ▇▇▇▇▇66

| | | |
|---|---|---|
| Enclosures | 1 | |
| Avg Collected Balance | $601.00 | |
| Beginning Balance | | $952.84 |
| + Total Additions | | $0.00 |
| − Total Subtractions | | $952.84 |
| Ending Balance | | $0.00 |

### Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 101 | 03-14 | 60.00 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-21 | WIRE TRANSFER-OUT GIGA WATT INCNEW A 20190321L2B77Y1C00 0119 | 892.84 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 952.84 | 03-14 | 892.84 | 03-21 | 0.00 |