So Ordered.

Dated: April 16th, 2019



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

Chapter 11

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTIONS FOR ORDERS (I) APPROVING STIPULATION PURSUANT TO LBR 9013-1(c)(3) AND (II) GRANTING EXPEDITED CONSIDERATION THEREOF**

**[No Hearing Requested]**

This matter came before this Court on the Chapter 11 Trustee's Motions for Orders (i) Approving Stipulation Pursuant to LBR 9013-1(c)(3) and (ii) Granting Expedited Consideration Thereof (the "Motion")[1] filed by Mark D. Waldron, in

---

[1] Unless otherwise defined herein, capitalized terms used in this Order have the meanings ascribed to them in the Motion.

Order Granting Chapter 11 Trustee's Motions
for Orders (i) Approving Stipulation, etc. - Page 1

his official capacity as the Chapter 11 Trustee, in the above-captioned bankruptcy case.

The Court finds good cause to approve the *Stipulation Between the Chapter 11 Trustee and the Port of Douglas County Regarding the Lease, the Application of the Surety Deposit to the Claims of the Port of Douglas County, and the Modification of the Automatic Stay* (the "Stipulation"), attached to the Motion as Exhibit A.

The Court further finds that notice of the Motion and manner of service thereof by email was proper and sufficient and that a reduction of the time period to object to the Motion was necessary.

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in its entirety:
2. The Stipulation is approved;

[*This Order continues on the following page.*]

3. The automatic stay provided by 11 USC § 362 is modified pursuant to the terms set forth in the Stipulation and such modification shall be effective fourteen days after the Notice of Stipulation to Modify Automatic Stay was filed and served in this case.

/// END OF ORDER ///

Presented by:

CKR LAW LLP

*Pamela M. Egan*
---
Pamela M. Egan (WSBA 54637) (*pro hac vice*)
506 2nd Avenue, 14th floor
Seattle, WA 98114
Tel.: (415) 297-0132
E: pegan@ckrlaw.com

*Of attorneys for Mark Waldron in his capacity as the duly-appointed Chapter 11 Trustee*

Order Granting Chapter 11 Trustee's Motions for Orders (i) Approving Stipulation, etc. - Page 3