**<u>Exhibit C</u>**
*7.11.17 WA SOS*
*Defendant Enterprise – No Real Estate Interest*





Office of the Secretary of State
Corporations & Charities Division
www.sos.wa.gov/c orps

STATE OF WASHINGTON
DEPARTMENT OF REVENUE

BUSINESS LICENSING SERVICE

ENTERPRISE FOCUS, INC.
895 RIVERSIDE DR UNIT C239
WENATCHEE WA 98801-3397

Generated:  Jul 11, 2017
Letter ID: L0003812842

**ENTERPRISE  FOCUS, INC.**

**UBI:        602920329**

## Thank you for filing your annual report online

Your annual report has been completed. Please print this copy of your annual report and receipt for your records.

Allow 14 days to receive your legal entity registration in the mail.

### Your company

| | |
|---|---|
| Entity name: | ENTERPRISE  FOCUS, INC. |
| UBI: | 602920329 |
| State of formation: | WA |
| Date of formation: | May-01-2009 |
| New expiration date: | May-31-2018 |

### Your fees

| | |
|---|---|
| Profit Corporation | 60.00 |
| Processing fee: | 11.00 |
| Late Renewal Penalty | 25.00 |
| Total fees: | 96.00 |
| Total payment submitted: | 96.00 |

oaL0001

## Business information

Principal place of business:

1 CAMPBELL PKWY
EAST WENATCHEE, WA 98802-9234
USA

Company telephone number:

(509) 899-7575

Company email address:

Sinden@giga-watt .com

Is the mailing address of the place of business different from the physical address above?     No

Does your company own real property (including leasehold interests) in Washington?     No

1. Has there been a transfer of stock, other financial interest change, or an option agreement exercised during the last 12 months that resulted in a transfer of controlling interest?     No

2. Has an option agreement been executed in the last 12 months allowing for the future purchase or acquisition of the entity, that, if exercised would result in a transfer of controlling interest?     No

Mailing address of principal place of business:     Same as principal place of business

## Nature of business

Type:     Administratio n and Business Support Services

| Governing People | Address |
| --- | --- |
| CARLSON DAVID | 1250 N WENATCHEE AVE STE H # 147 WENATCHEE, WA 988011599 |

**Registered agent**

| | |
|---|---|
| Agent type on file: | Individual |
| Agent name on file: | DAVID CARLSON |
| Agent's office street address on file: | 1250 N WENATCHEE AVE STE H # 147<br>WENATCHEE, WA 98801-1599<br>USA |
| Agent's mailing address on file: | 895 RIVERSIDE DR UNIT C239<br>WENATCHEE, WA 98801-3397<br>USA |

**Person completing this annual report**

| | |
|---|---|
| Submitted By: | Other |
| Title: | Agent |
| Name | Sinden Harum |
| Annual report certification: | I am the person listed above and I certify under penalty of perjury that the renewal information submitted is true and correct to the best of my knowledge. I understand that deliberately submitting false information may be punishable as a gross misdemeanor. RCW 43.07.210 |

**Date Submitted:** Jul 11 2017