# **Exhibit D**
*10.25.18 WA SOS*
*Carlson – Governor of Giga Watt*



Filed
Secretary of State
State of Washington
Date Filed: 10/25/2018
Effective Date: 10/25/2018
UBI #: 604 067 749

# Amended Annual Report

## BUSINESS INFORMATION

Business Name:
**GIGA WATT, INC.**

UBI Number:
**604 067 749**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**1 CAMPBELL PKWY STE B, E WENATCHEE, WA, 98802-9290, UNITED STATES**

Principal Office Mailing Address:
**1 CAMPBELL PKWY STE B, E WENATCHEE, WA, 98802-9290, UNITED STATES**

Expiration Date:
**12/31/2019**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/15/2016**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, DATA CENTER HOSTING AND MAINTENANCE**

## REGISTERED AGENT     RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | 2600 CHESTER KIMM RD, WENATCHEE, WA, 98801, UNITED STATES | |

## PRINCIPAL OFFICE

Phone:
**424-542-5904**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 201810250499712 - 1
Received Date: 10/25/2018
Amount Received: $10.00

18-03197-FPC7    Doc 281-4    Filed 04/22/19    Entered 04/22/19 20:18:22    Pg 2 of 3

AK@GIGA-WATT.COM

Street Address:
**1 CAMPBELL PKWY STE B, E WENATCHEE, WA, 98802-9290, USA**

Mailing Address:
**1 CAMPBELL PKWY STE B, E WENATCHEE, WA, 98802-9290, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | GIGA WATT INC | DAVE | CARLSON |
| GOVERNOR | INDIVIDUAL | | ANDREY | KUZENNY |
| GOVERNOR | INDIVIDUAL | | LEONID | MARKIN |
| GOVERNOR | INDIVIDUAL | | EDUARD | KHAPTAKHAEV |

## NATURE OF BUSINESS

- OTHER SERVICES
- DATA CENTER HOSTING AND MAINTENANCE

## EFFECTIVE DATE

Effective Date:
**10/25/2018**

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ANDREY**

Last Name:
**KUZENNY**

Title:
**DIRECTOR**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2018102500499712 - 1
Received Date: 10/25/2018
Amount Received: $10.00

18-03197-FPC7    Doc 281-4    Filed 04/22/19    Entered 04/22/19 20:18:22    Pg 3 of 3