**<u>Exhibit F</u>**
*12.21.18 WA SOS*
*Clever Capital – No Real Estate Interest*



Filed
Secretary of State
State of Washington
Date Filed: 12/21/2018
Effective Date: 12/21/2018
UBI #: 603 563 756

# Annual Report

## BUSINESS INFORMATION

Business Name:
**CLEVER CAPITAL, LLC**

UBI Number:
**603 563 756**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**630 VALLEY MALL PKWY, #157, WENATCHEE, WA, 98802-4838, UNITED STATES**

Principal Office Mailing Address:
**630 VALLEY MALL PKWY, #157, WENATCHEE, WA, 98802-4838, UNITED STATES**

Expiration Date:
**12/31/2019**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/02/2015**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**HOLDING COMPANY**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | 2600 CHESTER KIMM RD, WENATCHEE, WA, 98801, UNITED STATES | |

## PRINCIPAL OFFICE

Phone:
**4252326798**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2018122100608395 - 1
Received Date: 12/21/2018
Amount Received: $60.00

18-03197-FPC7    Doc 281-6    Filed 04/22/19    Entered 04/22/19 20:18:22    Pg 2 of 4

MICHELLEH@JDSALAW.COM

Street Address:
**630 VALLEY MALL PKWY, #157, WENATCHEE, WA, 98802-4838, USA**

Mailing Address:
**630 VALLEY MALL PKWY, #157, WENATCHEE, WA, 98802-4838, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | DAVID | CARLSON |

## NATURE OF BUSINESS

HOLDING COMPANY

## EFFECTIVE DATE

Effective Date:
**12/21/2018**

## CONTROLLING INTEREST

1. Does your company own real property (including leasehold interests) in Washington?
**NO**
2. Has there been a transfer of stock, other financial interest change, or an option agreement exercised during the last 12 months that resulted in a transfer of controlling interest?
**NO**
3. Has an option agreement been executed in the last 12 months allowing for the future purchase or acquisition of the entity, that, if exercised would result in a transfer of controlling interest?
**NO**
You must contact the Washington State Department of Revenue to report a Controlling Interest Transfer **IF**:
  * This company owns land, buildings or other real estate in Washington State,
   AND
  * Answered "YES" to questions 2 or 3 above.
Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.
For more information on **Controlling Interest**, please call the Department of Revenue at (360) 534-1503, option 1, or visit www.dor.wa.gov/REET

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2018122100608395 - 1
Received Date: 12/21/2018
Amount Received: $60.00

18-03197-FPC7    Doc 281-6    Filed 04/22/19    Entered 04/22/19 20:18:22    Pg 3 of 4

## AUTHORIZED PERSON

☒ I am an authorized person.

Person Type:
**ENTITY**

First Name:
**COLLEEN**

Last Name:
**FREI**

Entity Name:
**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**

Title:
**ATTORNEY**

☒ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2018122100608395 - 1
Received Date: 12/21/2018
Amount Received: $60.00

18-03197-FPC7    Doc 281-6    Filed 04/22/19    Entered 04/22/19 20:18:22    Pg 4 of 4