Pamela M. Egan, WSBA No. 54736
William R. Firth, III (admitted *pro hac vice*)
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**DECLARATION OF MARK D. WALDRON IN SUPPORT OF MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF COMPROMISE WITH EXECUTIVE FLIGHT, INC.** |

I, Mark. D. Waldron, declare as follows:

1. I submit this declaration in my capacity as the duly appointed Chapter 11 Trustee in the bankruptcy case of the above-captioned debtor ("Debtor") and in connection with the *Motion of Chapter 11 Trustee for Approval of Compromise with Executive Flight, Inc.* ("Motion"). The statements set forth herein are based on my investigation of the Debtor's affairs and, except where otherwise noted, are

---

Declaration of Mark D. Waldron in Support
of Motion of Chapter 11 Trustee for Approval
of Compromise with Executive Flight, Inc.. - Page 1

based on my personal knowledge. If called as a witness, I would and could competently testify hereto.

2. EFI contacted my office asserting an informal administrative claim (the "Administrative Rent Claim") in the amount of $12,378.18 representing one month of post-petition rent for the period from the Petition Date to December 19, 2019.

3. I am informed and therefore believe that in December 19, 2018, the Debtor vacated the premises that it leased from EFI.

4. Pursuant to the Settlement Agreement, I have agreed, subject to Court approval, to transfer to EFI all right, title, interest, and ownership in certain office furniture left by the Debtor when it surrendered the premises that it had leased from EFI. In exchange, EFI will release the estate from an administrative claim in the amount of $12,378.18, which represents one month of administrative rent allegedly owed by the Debtor to EFI. The office furniture (the "Personal Property") will be transferred "as is" with no warranties, and EFI shall be responsible for any fees, transfer costs and/or taxes associated with the transfer.

5. On March 1, 2019, the Personal Property was appraised and it was found to have a fair market value of $4,530.00.

6. While the estate clearly owns the Personal Property, the Administrative Rent Claim also appears at this time to be straightforward. The probability of defeating the Administrative Rent Claim is not clear at this point.

Declaration of Mark D. Waldron in Support
of Motion of Chapter 11 Trustee for Approval
of Compromise with Executive Flight, Inc.. - Page 2

7. Even if the Administrative Rent Claim were defeated, the estate would still be burdened with the expense of liquidating the Personal Property, for which it has no use.

8. The estate has very limited resources. I am focusing those limited resources on generating and capturing going concern value. Settling the Administrative Rent Claim on the terms set forth herein (returning the office furniture to EFI) is, in my business judgment, an efficient use of those limited resources.

9. The Settlement Agreement resolves an administrative claim without litigation and allows the estate to liquidate burdensome personal property without having to incur any liquidation costs. In my judgment, the Settlement Agreement is in the best interests of creditors.

10. A true and correct copy of the proposed Settlement Agreement is attached to the Motion as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April 2019 in Tacoma, Washington.

/s/ Mark D. Waldron
_____
Mark D. Waldron

Declaration of Mark D. Waldron in Support
of Motion of Chapter 11 Trustee for Approval
of Compromise with Executive Flight, Inc.. - Page 3