Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
William R. Firth, III (admitted *pro hac vice*)
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197

The Honorable Frederick P. Corbit

Chapter 11

**NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF COMPROMISE WITH EXECUTIVE FLIGHT, INC.**

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his capacity as the duly appointed Chapter 11 trustee ("Trustee")1 in the bankruptcy case of the above-captioned debtor ("Debtor"), has respectfully moved ("Motion") this Court pursuant to 11 U.S.C. § 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure for entry of an Order authorizing the Trustee to enter into the

---

[1] Unless otherwise defined herein, capitalized terms in this Notice have the meanings ascribed to them in the Motion.

Notice of Chapter 11 Trustee's Motion for
Approval of Compromise With Executive Flight, Inc. - Page 1

Settlement Agreement with Executive Flight, Inc. ("EFI") as described in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Agreement the estate will be released from a claim that asserts the right to payment on an administrative basis of $12,378.18. In exchange, the estate will transfer to EFI certain office furniture with an estimated appraised value of $4,530.

**PLEASE TAKE FURTHER NOTICE** that the Motion and its supporting papers and exhibits may be obtained from the Clerk of the above-captioned Court.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion, then WITHIN TWENTY-FOUR DAY (24) DAYS FROM THE DATE OF SERVICE BY MAIL AS INDICATED BELOW, you must file your written response with the Court Clerk, U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Ave., Suite 304, Spokane, WA 99201 or, if by mail, the Court Clerk, U.S. Bankruptcy Court, Eastern District of Washing, P.O. Box 2164, Spokane, WA 99210-2164 and serve a copy upon (1) undersigned counsel at CKR Law LLP, 506 Second Ave., 14th Floor, Seattle, WA 98114 and (2) James Perkins, Office of The United States Trustee, 920 West Riverside Avenue, Suite 593, Spokane, WA 99201-1012.

**PLEASE TAKE FURTHER NOTICE** that the Court may enter an order without an actual hearing or further notice unless a written objection is timely

served and filed. If an objection is timely served and filed, you will receive notice of the date and time of a hearing on your objection.

**DATE OF SERVICE BY MAIL: APRIL 24, 2019**

Dated: April 23, 2019					CKR LAW LLP


						*/s/ Pamela M. Egan*
						Pamela M. Egan
						William R. Firth, III

						*Attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee*

Notice of Chapter 11 Trustee's Motion for
Approval of Compromise With Executive Flight, Inc. - Page 3