TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** <br> Debtor in Possession. | **CERTIFICATE OF SERVICE** |

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States that on the 26th day of April, 2019. I caused to be served a true and correct copy of the following documents:

1. Amended Notice of Hearing

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Paul H Beattie on behalf of Trustee Mark Waldron
pbeattie@ckrlaw.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Daniel J Bugbee on behalf of Creditor Committee Unsecured Creditors' Committee

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| 1 | dbugbee@lawdbs.com, paralegal@lawdbs.com |
| 2 | Roberto H Castro on behalf of Interested Party Nathan Welling<br>rcastro@rcastrolaw.com, castro.ava@gmail.com |
| 3 | |
| 4 | Gary W Dyer on behalf of U.S. Trustee US Trustee<br>Gary.W.Dyer@usdoj.gov |
| 5 | |
| 6 | Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron<br>pegan@ckrlaw.com |
| 7 | Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee<br>bellison@lawdbs.com |
| 8 | |
| 9 | William L Hames on behalf of Creditor Port of Douglas County<br>billh@hawlaw.com, |
| 10 | mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,emmal@hawlaw.com |
| 11 | Scott B Henrie on behalf of Creditor Refael Sofair<br>SHenrie@williamskastner.Com, DLevitin@williamskastner.Com |
| 12 | |
| 13 | Douglas A. Hofmann on behalf of Creditor Refael Sofair<br>dhofmann@williamskastner.com |
| 14 | |
| 15 | Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC<br>ghoog@pcslegal.com, danderson@pcslegal.com |
| 16 | David A Kazemba on behalf of Creditor Giga Plex, LLC<br>dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com |
| 17 | |
| 18 | John Knox on behalf of Creditor Refael Sofair<br>jknox@williamskastner.com, kmejia@williamskastner.com |
| 19 | David R Law on behalf of Creditor Port of Douglas County<br>david@dadkp.com, amy@dadkp.com |
| 20 | |
| 21 | Kathryn R McKinley on behalf of Creditor Douglas County PUD<br>kathryn.mckinley@painehamblen.com, ads@painehamblen.com |
| 22 | |
| 23 | James D Perkins on behalf of U.S. Trustee US Trustee<br>james.perkins@usdoj.gov |
| 24 | Danial D Pharris on behalf of Creditor NC Machinery Co. |

CERTIFICATE OF SERVICE - Page 2

*Winston & Cashatt*<br>A PROFESSIONAL SERVICE CORPORATION<br>1900 Bank of America Financial Center<br>601 West Riverside<br>Spokane, Washington 99201<br>(509) 838-6131

| | |
|---|---|
| 1 | pharris@lasher.com, luksetich@lasher.com |
| 2 | Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC |
| 3 | chrisr@rieslawfirm.com, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| 4 | Vanessa Pierce Rollins on behalf of Creditor Clever Capital, LLC<br>vprollins@gmail.com |
| 5 | |
| 6 | Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group<br>joe.sakay@hcmp.com, tracy.yi@hcmp.com;bankruptcy@hcmp.com;kim.mckenzie@hcmp.com |
| 7 | Dominique R Scalia on behalf of Creditor Committee Unsecured Creditors' Committee<br>dscalia@lawdbs.com, paralegal@lawdbs.com |
| 8 | |
| 9 | US Trustee<br>USTP.REGION18.SP.ECF@usdoj.gov |
| 10 | Mark Waldron |
| 11 | trustee@mwaldronlaw.com, mark@mwaldronlaw.com |
| 12 | Scott Weaver on behalf of Creditor Executive Flight, Inc.<br>weaver@carneylaw.com, fuhrmann@carneylaw.com |
| 13 | Dina L Yunker Frank on behalf of Creditor Washington State Taxing Agencies |
| 14 | BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV |

SIGNED at Spokane, Washington, this 26th day of April, 2019.

/s/ Alisha Smithson

_____
ALISHA SMITHSON

CERTIFICATE OF SERVICE - Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 287    Filed 04/26/19    Entered 04/26/19 16:00:23    Pg 3 of 3