# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>            Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Jamilla L. Dennis, depose and say that I am employed by Stretto.

On April 23, 2019 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, via CM/ECF on the service list attached hereto as **Exhibit B**, and via electronic mail on all persons whose addresses are included in the Token Holders and Miner Owners List:

- **Notice of Motion of Chapter 11 Trustee for Approval of Compromise with Executive Flight, Inc.** (Docket No. 285)

Dated: April 25, 2019

*/s/ Jamilla L. Dennis*
Jamilla L. Dennis
STRETTO
8269 E. 23rd Ave., Suite 275
Denver, CO 80238
(855) 812-6112
Jamilla.dennis@Stretto.com

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ADAM SCHAINBLATT | 8809 WALKING STICK TRAIL | | | RALEIGH | NC | 27615-4037 | |
| ALAN NORMAN | 341 S. MAPLE AVE. | | | WEBSTER GROVES | MO | 63119-3841 | |
| ALAN WALNOHA | 350 GRAN VIA, APT 2067 | | | IRVING | TX | 75039-0137 | |
| ALEKSEY DANISHEVSKY | 450 CLOVERLY LANE | | | HORSHAM | PA | 19044-1831 | |
| ALEX FILIPPOV | 12 SHERBORNE CIR | | | ASHLAND | MA | 01721-2313 | |
| ALEX MCVICKER | 1489 WINDSOR RIVER ROAD | | | WINDSOR | CA | 95492-8987 | |
| ALEXANDER GARNOCK | 13 BUTTFIELD ST. | CANBERRA | | ST COOMBS | ACT | 2611 | AUSTRALIA |
| AMPHENOL CUSTOM CABLE | 3221 CHERRY PALM DR. | | | TAMPA | FL | 33619-8359 | |
| ANATOLY CHECHERIN | BEGOVAYA 3, BUILDING 1, 36 FLOOR | | | MOSCOW | | 125284 | RUSSIA |
| ANDREA SHARP | 268 BUSH STREET #2520 | | | SAN FRANCISCO | CA | 94104-3503 | |
| ANDREW BLYLER | 603 W WASHINGTON ST | | | ANN ARBOR | MI | 48103-4233 | |
| ANDREW JAMES | 46 BROCK ST S | | | | | | CANADA |
| ANDREW MARK CAMPBELL-BOROSS | FLORIDA 7 | | | AGUADULCE | | | SPAIN |
| ANDREW STOCK | 1870 EAST NIXON AVENUE | | | PLACENTIA | CA | 92870-7444 | |
| ANDREY KUZENNY | 10000 SANTA MONICA BLVD., UNIT 3302 | | | SANTA MONICA | CA | 90067-7032 | |
| ANDREY KUZENNY | 1687 STONE CANYON RD. | | | LOS ANGELES | CA | 90077-1912 | |
| ANTHONY MARTINEZ | 4109 MASON STREET | | | SAN DIEGO | CA | 92110-2720 | |
| ANTONY GISHOLT | 72 JOHN TRUNDLE COURT | BARBICAN | | LONDON | | EC2Y 8NE | UNITED KINGDOM |
| ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVENUE, SUITE 2000 | | | SEATTLE | WA | 98104-3188 | |
| BAR CODES TALK LLC | ATTN: BRANDON GORDON | 924 HALE AVENUE | | BROOKSVILLE | FL | 34601-3642 | |
| BASHAR (BEN) ASSAD | 17713 15TH AVE NE, STE 101 | | | SHORELINE | WA | 98155-3839 | |
| BELYEA COMPANY | 2200 NORTHWOOD AVE. | | | EASTON | PA | 18045-2208 | |
| BENJAMIN RUSSELL | 971 PROVIDENCE PIKE | | | DANIELSON | CT | 06239-4003 | |
| BERTHA GOEHNER | 215 ELLER ST. SE | | | EAST WENATCHEE | WA | 98802-5325 | |
| BILL SCHMIDT | 105 JULIE ANN CT. | | | CASHMERE | WA | 98815-1316 | |
| BLOCKCHAIN SYSTEMS LLC | 124 W 60 ST. UNIT 29A | | | NEW YORK | NY | 10023-7475 | |
| BRANDON GORDON | 601 SEVEN OAKS CT | | | BROOKSVILLE | FL | 34601 | |
| BRANDON ROBINSON | 1997 TALL TREE DR | | | ATLANTA | GA | 30324-2723 | |
| BRENT WOODWARD, INC. | 14103 STEWART RD. | | | SUMNER | WA | 98390-9641 | |
| BRIAN J DONN | 4254 SW 92ND AVE | | | DAVIE | FL | 33328-2408 | |
| BRYAN MACCALLUM | PO BOX 1704 | | | RIVONIA | | 2128 | SOUTH AFRICA |
| BRYANT JOHNSON | 1360 WHITETAIL GLEN CT | | | HEBRON | KY | 41048-7965 | |
| BUSBY INTERNATIONAL, INC. | PO BOX 1457 | | | MOSES LAKE | WA | 98837-0225 | |
| CALEB KOCH, FORZA2 | 1000 N. GREEN VALLEY PKWY | STE.440, #251 | | HENDERSON | NV | 89074-6172 | |
| CAMERON SCHMIDT | 1204 COLUMBINE ST | | | WENATCHEE | WA | 98801-6210 | |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | ATTN: CARLOS CASTELLANO | 5630 SW 163RD AVE | | SOUTHWEST RANCHES | FL | 33331-1446 | |
| CARLOS GAGLIANO | 8200 OFFENHAUSER DR. 105G | | | RENO | NV | 89511-1717 | |
| CARMEN J HERNANDEZ G | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | | | CARACAS | | | VENEZUELA |
| CARMEN JACQUELINE HENRNADEZ GUEVARA | 15D URB GUAICAY, BARUTA | | | CARACAS | | 1080 | VENEZUELA |
| CESAR DIAZ RANCHO | C/O JRD FUNDING LLC | 8137 MALCHITE AVENUE, SUITE E | | CUCAMUNGA | CA | 91730-3571 | |
| CHEN DU | 3269 RANGE CT | | | MASON | OH | 45040-8741 | |
| CHRISTIAN SCHIFFER | MEINDLSTRAE 15 | | | MUNICH | | 81373 | GERMANY |
| CHRISTOPHER F RIES | RIES LAW FIRM, P.S. | 312 BALSAM SUITE D, PO BOX 2119 | | MOSES LAKE | WA | 98837-0519 | |
| CHRISTOPHER F. RIES | RIES LAW FIRM, P.S. | POST OFFICE BOX 2119 | | MOSES LAKE | WA | 98837-0519 | |
| CLEVER CAPITAL, LLC | A WASHINGTON LIMITED LIABILITY COMPANY | 630 VALL EY MALL PKWY | #157 | EAST WENATCHEE | WA | 98802 | |
| CLINTON DOUGLAS LUCKINBILL | ATTN: CLINTON LUCKINBILL | 1054 WATERLEAF WAY | | SAN JACINTO | CA | 92582-3020 | |
| CODY FORREST QUINN | ATTN: CODY QUINN | 5920 KIMBER ROAD | | CASHMERE | WA | 98815-9526 | |
| CODY SCHMIDT | 1204 COLUMBINE ST. | | | WENATCHEE | WA | 98801-6210 | |
| CONSOLIDATED ELECTRIC DIST. INC. | PO BOX 398830 | | | SAN FRANCISCO | CA | 94139-8830 | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. | C/O SCOTT HOOKLAND LLP | ATTN: DOUGLAS R. HOOKLAND | PO BOX 23414 | TIGARD | OR | 97281-3414 | |
| CRAIG BEECH | KINGSWOOD | GORSE AVENUE | | LITTLEHAMPTON | | BN16 1SG | UNITED KINGDOM |
| CRYPTODIGGER LLC | 3476 E TIFFANY WAY | | | GILBERT | AZ | 85298 | |
| CRYPTOMOMOS PTE LTD | 1 MAGAZINE RD #04-11 | | | CENTRAL MALL | | | SINGAPORE |
| CRYPTOMOMOS PTE LTD. GIGAWATT PTE LTD. | CRYPTONOMOUS PTE LTD, GIGA WATT PTE LD | 1 COLEMAN STREET THE ADELPHI #08-07 | | SINGAPORE | | 179803 | |
| CT FREIGHT USA INC | 20202 HWY 59 N | | | HUMBLE | TX | 77338-2400 | |
| CTC ENGINEERING | 2290 BISHOP CIRCLE EAST | | | DEXTER | MI | 48130-1564 | |
| CTC ENGINEERING, INC., | ATTN: BODMAN PLCM | ATTN: HARVEY W. BERMAN | 201 SOUTH DIVISION STREET, STE. 400 | ANN ARBOR | MI | 48104-2259 | |
| DANIEL JAMES RYSER | 7614 N AUDUBON ST. | | | SPOKANE | WA | 99208-8817 | |
| DANIEL TOKLE | 25 VIA LUCCA | APT J345 | | IRVINE | CA | 92612-0674 | |
| DARREN JAMES WURF | ATTN: DARREN WURF | 2/41 OSBORNE AVENUE GLEN IRIS | | VICTORIA | | 3146 | AUSTRALIA |
| DARYL OLSEN | 270 W 1450 N | | | CENTERVILLE | UT | 84014-3308 | |
| DAVID M. CARLSON | INDIVIDUALLY AND ON BEHALF OF MARITAL ESTATE | 2504 COLUMBIA AVE. NW | | EAST WENATCHEE | WA | 98802 | |
| DAVID TYCHSEN-SMITH | 13 DOBSON PLACE | | | WATSON | | ACT 2602 | AUSTRALIA |
| DAVID, JONATHAN, AND MATTHEW R LUTZ | LUTZ, DAVID ET AL | 916 CONFIDENCE DRIVE | | LONGMONT | CO | 80504-8526 | |
| DENIS VESELOVSKY | ZORGE ST, 28, 52 | | | MOSCOW | | 125252 | RUSSIA |
| DONALD J. ENRIGHT | ATTN: DONALD ENRIGHT | 1101 30TH STREET NORTHWEST SUITE 115 | | WASHINGTON | | 20007-3740 | |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| DOUG BLACK | 225 LINDA LANE | | | WENATCHEE | WA | 98801-6010 | |
| DOUGLAS BERGER | 371 CATSKILL CT. | | | MAHWAH | NJ | 07430-2736 | |
| DOUGLAS COUNTY PUD | PO BOX 1119 | | | BRIDGEPORT | WA | 98813-1119 | |
| DREW BEHRENS | 525 N LARCH AVE. | | | EAST WENATCHEE | WA | 98802-5047 | |
| EAN SERVICES, LLC | ATTN: MARY E BUSHYHEAD | 14002 E 21ST ST | SUITE 1500 | TULSA | OK | 74134-1424 | |
| EDUARD KHAPTAKHAEV | LENKINKKGRADSKY PR-T 76/1/49 | | | MOSCOW | | | RUSSIA |
| EERO KOSKINEN | NIITTYPOLKU 21 02460 KANTVIK | | | | | | FINLAND |
| ELECTRICAL POWER PRODUCTS INC | ATTN MARY GILMAN | 4240 ARMY POST ROAD | | DES MOINES | IA | 50321-9609 | |
| ELISA U | 2405 ACACIA ST | | | RICHARDSON | TX | 75082-3319 | |
| EMIL PETROV STANEV | 41 DOROSTOL STREET | | | RUSE | | 7004 | BULGARIA |
| ENTERPRISE FOCUS, INC. | A WASHINGTON CORPORATION | ATTN: DAVID CARLSON | 895 RIVERSIDE DRIVE, UNIT C239 | WENATCHEE | WA | 98801-3397 | |
| ERNESTO PEDRERA | 7601 E TREASURE DR, APT 1023 | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| EVANSONT INSURANCE CARRIER | C/O MICHELL, REED ET AL | PO BOX D | | CASHMERE | WA | 98815-0515 | |
| EXECUTIVE FLIGHT | 1 CAMPBELL PKWY | | | EAST WENATCHEE | WA | 98802-9290 | |
| FABIO TODESCHINI | 16 VIA GRAN SAN BERNARDO MILAN | | | | | | ITALY |
| FASTENAL COMPANY | PO BOX 1286 | | | WINONA | MN | 55987-7286 | |
| FASTENAL COMPANY | ATTN: LEGAL DEPT. | 2001 THEURER BLVD. | | WINONA | MN | 55987-9902 | |
| FEDEX CORPORATE SERVICES INC | AS ASSIGNEE OF FEDEX EXPRESS / GROUND / FREI | 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR | | MEMPHIS | TN | 38116-5017 | |
| FILIP SCHEPERJANS | PELLONPERNTIE 1 B | | | HELSINKI | | 00830 | FINLAND |
| FRANK DANIEL | ZOLLSTRASSE 22 | | | MHRING | | 95695 | GERMANY |
| FRANZ ALLIOD | 176, ROUTE DE LA CENDIRE | | | AIN | | 01630 | FRANCE |
| GEORGIOS LIGNOS | 25 KRITIS STR. 12243 | | | EGALEO | | | GREECE |
| GIGA PLEX LLC | 7906 RANDOLPH RD. | | | MOSES LAKE | WA | 98837-5122 | |
| GIGA WATT INC | 1250 N WENATCHEE AVE. | SUITE H #147 | | WENATCHEE | WA | 98801-1599 | |
| GIGAWATT PTE LTD | ATTN MIKHAYLYUTA | 1 MAGAZINE RD #04-11 CENTRALL MALL | | | | | SINGAPORE |
| GIGAWATT PTE LTD. | 1 COLEMAN STREET | THE ADELPHI #08-07 | | SINGAPORE | | 179803 | SINGAPORE |
| GLEB NESIS | 3419 IRWIN AVE., APT. 708 | | | BRONX | NY | 10463-3754 | |
| GLEN ALLAN BRADLEY | LERSTADVEIEN 250 | | | ALESUND | | 6014 | NORWAY |
| GRIGORY KLUMOV | BALAKLAVSKY AVENUE 12-3-93 117639 | | | MOSCOW | | | RUSSIA |
| GRONSKI, JEFFREY G & ROBIN L | 711 4TH ST S | | | WISCONSIN RAPIDS | WI | 54494-4310 | |
| H2 PRE-CAST, INC | 3835 N. CLEMONS ST. | | | EAST WENATCHEE | WA | 98802-9337 | |
| HANS-PETER EDENSTRASSER | RUPERT HAGLEITNER STRASSE 1D 54 6300 WOERGL | | | TIROL | | | AUSTRIA |
| HARLAN ROBINSON | 736 N. LAGUNA | | | GILBERT | AZ | 85233-3620 | |
| HASHVIN DARYANANI | 56B SEROE BLANCO BOX# 393 | | | ORANJESATAD | | | ARUBA ARUBA |
| HEATHER MULHALL | 312 N NEWTON AVE | | | EAST WENATCHEE | WA | 98802-8444 | |
| HIROAKI YAMAMOTO | 119-4 NISHIKITSUJI STREET | ASAHI PLAZA ARBONATE NARA ONE #606 | | NARA | | 630-8325 | JAPAN |
| HOWARD JONES | 21 SANDIWAYS ROAD, WALLASEY | | | WIRRAL | | CH45 3HJ | UNITED KINGDOM |
| IAN M KENNEDY | 2620 FAIRMOUNT ST. | | | COLORADO SPRINGS | CO | 80909-2032 | |
| IBRAHIM ISSA | RIAD EL SOLOH SQUARE | | | BEIRUT | | | LEBANON |
| IGOR MARTIROSIAN | 36 WASHINGTON AVENUE 2ND FLOOR | | | CLIFFSIDE PARK | NJ | 07010-3025 | |
| ILJA FILIPOVS | STAICELES IELA 13-11 | | | RIGA | | | LATVIA |
| INTELLIAPPS LTD | UNIT 272 COLAB CENTER, PORT ROAD | EIRCODE F92 RKC7 | | LETTERKENNY CO | DONGAL | | IRELAND |
| INTERFLOW LLC | 5465 S DORCHESTER | | | CHICAGO | IL | 60615-5316 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| IOANNIS VIOLIDAKIS | KIMONOS 11 | | | ATHENS | | P.CODE: GR-10441 | GREECE |
| IVAN MARCAK | DLOUHA TRIDA 474/25 73601 | | | HAVIROV | | | CZECH REPUBLIC |
| JACQUELINE BUSSEY | PERCHERON GOUDHURST | | | ROAD CRANBROOK | | TN17 2PN | UNITED KINGDOM |
| JAN FALTYS | SLAVKOVA 29 | PRAHA 2 | | PRAHA 2 | | 12000 | CZECH REPUBLIC |
| JARRED HUTTO | 6403 W OUTLOOK DR | | | BOISE | ID | 83714-8820 | |
| JAY ROBERT STAHLE | 838 CAMPFIRE DR | | | FORT COLLINS | CO | 80524-1991 | |
| JDSA | PO BOX 1688 | | | WENATCHEE | WA | 98807-1688 | |
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | 2600 CHESTER KIMM RD | | | WENATCHEE | WA | 98801-8116 | |
| JEFFREY ALAN MOODY | 2528 FOREST OAKS POINT | | | COLORADO SPRINGS | CO | 80906-5822 | |
| JEFFREY C LUTZ | 916 CONFIDENCE DR | | | LONGMONT | CO | 80504-8526 | |
| JEFFREY CHIN | 42 PEPPER TREE ROAD LIDCOMBE NSW | | | SYDNEY AUSTRALIA | | | |
| JEFFREY FIELD | A WASHINGTON RESIDENT | 6025 95TH PLACE SW | | MUKILTEO | WA | 98275 -3524 | |
| JEFFREY WALDOCK | TOMASCHEKSTRASSE 30 | | | VIENNA | | A-1210 | AUSTRIA |
| JESSE SAMUEL WHEELER | 3601 STILLMAN BLVD | | | TUSCALOOSA | AL | 35401-2601 | |
| JESSICA LANGIS | PO BOX 398 | | | DRYDEN | WA | 98821-0398 | |
| JOHN GUILLE | 514 AMERICAS WAY #7134 | | | BOX ELDER | SD | 57719-7600 | |
| JOHN KOWALSKI | 100 TANSBORO RD | UNIT B | | BERLIN | NJ | 08009-1959 | |
| JOHN SCEVOLA | 8768 SW IROQUOIS DRIVE | | | TUALATIN | OR | 97062-9304 | |
| JOHN T. WINSLOW | 5544 LAS VIRGENES ROAD #99 | | | CALABASAS | CA | 91302-3446 | |
| JONATHAN GOULD | 924 HALE AVENUE | | | BROOKSVILLE | FL | 34601-3642 | |
| JONATHAN J LUTZ | 916 CONFIDENCE DR | | | LONGMONT | CO | 80504-8526 | |
| JORDI GRAU | C/ SANT JORDI, 12-3-1 | | | VIC | | 8500 | SPAIN |
| JOSE A. HERRERA | 12801 PHILADELPHIA STREET SUITE B | | | WHITTIER | CA | 90601-4126 | |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| JOSE LUIS BLANCO | 9307 CASTLEGAP DR. | | | SPRING | TX | 77379-4299 | |
| JOSEPH BRODSKY | 656 ST.NICHOLAS AV #35 | | | NEW YORK | NY | 10030-1086 | |
| JOSEPH ERRIGO | 7 PRATT ST | | | FORT MONROE | VA | 23651-1025 | |
| JOSEPH M DUNN | 1105 COLONIAL DRIVE | | | ALABASTER | AL | 35007-9309 | |
| JUAN BAUTISTA IBARRA ARANA | ATTN: JUAN ARANA | RESID. LA CARANA, CALLE 66 #510 | | PIEDADES SANTA ANA | SAN JOSE | | COSTA RICA |
| JULIAN HEERE | 500 J STREET 1703 | | | SACRAMENTO | CA | 95814-2335 | |
| JUN DAM | 2116 L STREET NO. 2 | | | ANTIOCH | CA | 94509-3434 | |
| JUNG H. CHO | ATTN: JUNG CHO | 239 E.COLUMBIA AVE. UNIT B | | PALISADES PARK | NJ | 7650 | |
| KELLY IMAGING | PO BOX 660831 | | | DALLAS | TX | 75266-0831 | |
| KEN LI KOH | 137 HULL ROAD | | | CROYDON | | VIC 3136 | AUSTRALIA |
| KENNETH D MCCOY | ATTN: KENNETH MCCOY | 1401 WOODSTOCK WAY #103H | | BELLINGHAM | WA | 98226-3577 | |
| KENNETH JOHNSON | 2452 COLUMBIA AVE. NW #24 | | | EAST WENATCHEE | WA | 98802-4198 | |
| KEVIN TAVERNE | 13 RUE KIPLING | | | MENNECY | | 91540 | FRANCE |
| KEYHOLE SECURITY INC | 708 S WENATCHEE AVE | | | WENATCHEE | WA | 98801-3072 | |
| KHURSHID ALAM | 65 CHURCH STREET | UNIT-2 | | WEST TAMWORTH | NSW | 2340 | AUSTRALIA |
| KOJI MICHIWAKI | SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO | | | KAMINAGAO 380-3 | | 428-0313 | JAPAN |
| KOOMBEA INC. | C/O VLP LAW GROUP, LLP | ATTN: MARK D. TAYLOR | 1629 K STREET NW, SUITE 300 | WASHINGTON | DC | 20006-1631 | |
| KRISHNA KARTHIK REDDY | ATTN: KRISHNA REDDY | ADAPALA 5106 KINO CT | | DUBLIN | CA | 94568-8719 | |
| LARRY D. GERBRANDT | ATTN: LARRY GERBRANDT | 141 SEELY AVE | | AROMAS | CA | 95004-9501 | |
| LARRY EUGENE BAGGS | 1502 SHARON DRIVE | | | DUNCANVILLE | TX | 75137-4014 | |
| LASSE KAIHLAVIRTA | PIIRINIITYNKATU 4 TAMPERE | | | | | 33340 | FINLAND |
| LAURENT HAMERS | AVENUE VAN BEETHOVEN 24 | | | ROSIERES | | 1331 | BELGIUM |
| LEE E. WOODARD | LEXON INS. CO., HARRIS BEACH PLLC | 333 WEST WASHINGTON ST., SUITE 200 | | SYRACUSE | NY | 13202-5202 | |
| LEONID MARKIN | 714 NORTH REXFORD | | | BEVERLY HILLS | CA | 90210-3314 | |
| LEXON INSURANCE COMPANY | C/O HARRIS BEACH PLLC | ATTN: LEE E. WOODARD | 333 WEST WASHINGTON ST., SUITE 200 | SYRACUSE | NY | 13202-5202 | |
| LI LIANG | 1272 GLEN HAVEN DR | | | SAN JOSE | CA | 95129-4103 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | LIGHTHOUSE | 250 MONTGOMERY ST., SUITE 300 | | SAN FRANCISCO | CA | 94104-3428 | |
| LJUPCO NIKOLOVSKI | MERCURIUS 15 | | | AMSTELVEEN | GA | 1188 | HOLLAND |
| LUCAS VELASQUEZ | 497 LAKE CAMERON DR. | | | PIKE ROAD | AL | 36064-3959 | |
| LUIS ROMAN | 4633 WHITE BAY CIR. | | | WESLEY CHAPEL | FL | 33545-5058 | |
| LUKE MCINTYRE | 4 ROSE ROAD | GREY LYNN | | AUCKLAND | | 1021 | NEW ZEALAND |
| MARC JOYCE | 104 LOS GATOS BLVD | | | LOS GATOS | CA | 95030-6122 | |
| MARIA MAZAEVA | SHOKALSKOGO PROEZD H.4 APP.44 | | | MOSCOW | | 127642 | RUSSIA |
| MARY E BUSHYHEAD | C/O EAN SERVICES LLC | 14002 E 21ST ST, SUITE 1500 | | TULSA | OK | 74134-1424 | |
| MATHIAS BRACHET | DARWINGASSE 37 TOP 1 | | | VIENNA | | 1020 | AUSTRIA |
| MATTEO ROMANI | VIA FLAMINIA 66 | | | FOSSOMBRONE | WA | 61034 | |
| MATTHEW EUGENE RISEN | ATTN: MATTHEW RISEN | 1935 LEGACY PLACE SE | | EAST WENATCHEE | WA | 98802-9162 | |
| MATTHEW HINE | 2405 ACACIA ST. | | | RICHARDSON | TX | 75082-3319 | |
| MATTHEW R LUTZ | 916 CONFIDENCE DRIVE | | | LONGMONT | CO | 80504-8526 | |
| MAZAEVA MARIA | SHOKALSKOGO PROEZD | H.4 APP.44 | | MOSCOW | | 127642 | RUSSIA |
| MCVICKER, MOSS, ETL | C/O MCVICKER, MOSS, ET AL. | 1101 30TH STREET NORTHWEST, SUITE 115 | | WASHINGTON | DC | 20007-3740 | |
| MELISSA SPILLMAN | 612 BOIS D ARC LN | | | FRANKLIN | TN | 37069-4762 | |
| MELVIN WHITE | 6091 GOLDDUST RD. | | | BROOKSVILLE | FL | 34609-8705 | |
| MICHAEL BENDETT | 7606 LEXINGTON LANE | | | PARKLAND | FL | 33067-1622 | |
| MICHAEL BHAGAT | 1169 S. CALLE DEL NORTE DR. | | | PUEBLO WEST | CO | 81007-1907 | |
| MICHAEL DETRINIDAD | 726 BALSAM DR | | | NEWMAN | CA | 95360-9522 | |
| MICHAEL ILYANKOFF | 7425 156TH ST SE | | | SNOHOMISH | WA | 98296-8771 | |
| MICHAEL PAPENFUSE | 1291 QUEENSWAY | | | LAKE ISABELLA | MI | 48893-9356 | |
| MICHAEL RUSSO | 10310 WREN ROAD | | | WEEKI WACHEE | FL | 34613-3887 | |
| MICHAEL WAGNER | 1253 ROCK HILLS ST. UNIT 102 | | | LAS VEGAS | NV | 89135-3576 | |
| MIKHAIL FILIPPOV | 2713 PROSPECT STREET | | | FRAMINGHAM | MA | 01701 | |
| MLDC1 LLC | 7906 RANDOLPH RD. | | | MOSES LAKE | WA | 98837-5122 | |
| MLDC1, LLC | C/O OVERCAST LAW OFFICES | ATTN: DAVID A. KAZEMBA | 23 S. WENATCHEE AVE., SUITE 320 | WENATCHEE | WA | 98801-2263 | |
| MOHAMMAD MEHDI TOOZHY | 11 JUSTUS DR. | | | RICHMOND HILL | ONTARIO | L4C9Z4 | CANADA |
| MOLLY HUNTER | 4347 ANNA LANE | | | WENATCHEE | WA | 98801-9034 | |
| NC MACHINERY | PO BOX 58201 | | | TUKWILA | WA | 98138-1201 | |
| NC MACHINERY CO. | 17035 WEST VALLEY HIGHWAY | | | TUKWILA | WA | 98188-5519 | |
| NEIL HUTCHINGS | 5 BEDWAS CLOSE | ST. MELLONS | | CARDIFF | | CF3 0HP | UNITED KINGDOM |
| NELSON L. KIM | ATTN: NELSON KIM | 8305 WEEPING SPRINGS AVE | | LAS VEGAS | NV | 89131-1450 | |
| NEPPEL ELECTRIC | 4703 KELLY PLACE | | | MOSES LAKE | WA | 98837-4306 | |
| NICK NGUYEN | 3411 GREENTREE DR | | | FALLS CHURCH | VA | 22041-1405 | |
| NITIN LIMAYE | 9-B PRATAPGUNJ SOCIETY | 401 MANORATH APARTMENTS | | VADODARA | | 390002 | INDIA |
| NW HANDLING SYSTEMS | PO BOX 749861 | | | LOS ANGELES | CA | 90074-9861 | |
| OMAR D. AHMADI | 199B N BEVERWYCK RD | APT B9 | | LAKE HIAWATHA | NJ | 07034-1406 | |
| OUR BOTANICALS WORLDWIDE LLC | 8 THE GREEN, SUITE #7123 | | | DOVER | DE | 19901-3618 | |
| PABLO HERNANDEZ GUEVARA | ATTN: PABLO GUEVARA | CALLE ESTE RES MI REFUGIO P 9 APTO. 9A URB. MANZANARES | | CARACAS | | 1070 | VENEZUELA |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| PACIFIC NORTHWEST INFRASTRUCTURE IN | PO BOX 3363 | | | WENATCHEE | WA | 98807-3363 | |
| PACIFIC SECURITY | 2009 IRON ST. | | | BELLINGHAM | WA | 98225-4211 | |
| PAMELYN CHEE | PO BOX 18771 | | | LOS ANGELES | CA | 90018-0771 | |
| PATH OF FOUR WINDS, LLC | 3638 LAKE BREEZE LANE | | | CROSBY | TX | 77532-7202 | |
| PATRICK BLOUNT | 848 N RAINBOW BLVD SUITE 1800 | | | LAS VEGAS | NV | 89107-1103 | |
| PAUL A. BARRERA | NORTH CITY LAW PC | 17713 15TH AVE NE, STE. 101 | | SHORELINE | WA | 98155-3839 | |
| PETER MOONEY | 506 FELICIA ST | | | DURHAM | NC | 27704-6213 | |
| PHAM SONG TOAN | TONEYAMA 2-5-6 TOYONAKA | | | OSAKA | | | JAPAN |
| PHILIP N MCCOLLUM | 14391 WARREN ST | | | WESTMINSTER | CA | 92683-5187 | |
| PORT OF CHELAN | 238 OLDS STATION RD #A | | | WENATCHEE | WA | 98801-8131 | |
| PORT OF DOUGLAS | 643 BILLINGSLY DR. SE | | | EAST WENATCHEE | WA | WA 98802 | |
| PORT OF DOUGLAS COUNTY | 1 CAMPBELL PARKWAY | SUITE D | | EAST WENATCHEE | WA | 98802-9290 | |
| QUARK LLC | 4283 EXPRESS LANE | SUITE 3842-078 | | SARASOTA | FL | 34249-2602 | |
| RARITAN | 400 COTTONTAIL LANE | | | SOMERSET | NJ | 08873-1238 | |
| RARITAN, INC. | C/O DRINKER BIDDLE & REATH LLP | ATTN: FRANK VELOCCI | 600 CAMPUS DRIVE | FLORHAM PARK | NJ | 07932-1096 | |
| RAVJI PATEL | 16 HOME MEAD | | | | | HA7 1AF | UNITED KINGDOM |
| RICHARD WULLIENS | RUE DE L'EGLISE 13A | | | ST LONARD | | 1958 | SWITZERLAND |
| RIETVELD GLOBAL BUSINESS GROUP B.V. | POSTBUS 9607 (BOX G58) | | | 1006 GC AMSTERDAM | | | THE NETHERLANDS |
| ROBERT ILIEVSKI | NYPONGATAN 18 212 31 | | | MALMO SKANE | | | SWEDEN |
| ROBERT J. HOYER | 5940 DALTRY LN | | | COLORADO SPRINGS | CO | 80906-7802 | |
| ROBERT RUSSELL | 971 PROVIDENCE PIKE | | | DANIELSON | CT | 06239-4003 | |
| ROLF JAKOBSEN | WESSELS GATE 25C | | | | | H0202 | NORWAY |
| RONALD RICHARD JOHNS, JR. | ATTN: RONALD JOHNS | 354 CLEAR SPRINGS HOLLOW | | BUDA | TX | 78610-2740 | |
| ROOSEVELT SCOTT | 802 HAWK VIEW COURT | | | FAIRVIEW HEIGHTS | IL | 62208-2967 | |
| ROSS SHRESTHA | 1259 N LAKEVIEW DR | | | PALATINE | IL | 60067-2092 | |
| ROSS TAVAKOLI | 8 OAKFIELD CLOSE | ALDERLEY EDGE | | CHESHIR | | | UNITED KINGDOM |
| RUBEN DEL MURO | 1923-1 NISHIDERA | KIKUCHI | | KUMAMOTO | | 861-1323 | JAPAN |
| SCHMITT ELECTRIC | 1114 WALLA WALLA AVE. | | | WENATCHEE | WA | 98801-1525 | |
| SCOTT ALAN WILSON | 9303 WAVING FIELDS DR | | | HOUSTON | TX | 77064-4557 | |
| SCOTT GLASSCOCK | 229 CRAFT ROAD | | | BRANDON | FL | 33511-7588 | |
| SCOTT R. WEAVER | C/O CARNEY BADLEY SPELLMAN | 701 5TH AVE | STE 3600 | SEATTLE | WA | 98104-7010 | |
| SERHII KOMAR | ALEXANDRA NEVSKOGO 35 | AP. 55 | | ODESSA | | 65088 | UKRAINE |
| SHAUN LEECH | 49A WINFILED ROAD | BALWYN NORTH | | VICTORIA | | 3144 | AUSTRALIA |
| SHAWN JACKSON DYCK | 40100 WILLOW CRESCENT | APT 308 | | SQUAMISH | BC | V8B0L8 | CANADA |
| SHOW ME CABLES | 115 CHESTERFIELD INDIUSTRIAL BLVD | | | CHESTERFIELD | MO | 63005-1219 | |
| SINH DU | 818 SW 3RD AVE #221-2313 | | | PORTLAND | OR | 97204-2405 | |
| SMEETS GERT | SAPSTRAAT 40 | | | GROTE SPOUWEN | | | BELGIUM |
| SPENCER ROSS | 215 11TH AVE NE | APT. 3 | | ST. PETERSBURG | FL | 33701-1961 | |
| SPOKANE-YAKIMA | 904 W RIVERSIDE AVE | SUITE 304 | PO BOX 2164 | SPOKANE | WA | 99210-2110 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | 2101 4TH AVE, STE 1400 | | | SEATTLE | WA | 98121-2300 | |
| STEFANO MUSUMECI UUSLINNA | STEFANO UUSLINNA | TN 9/4-52 11415 | | TALLINN | | | ESTONIA |
| STEVEN WILLIAM SWEENEY | 7 LENT CRESCENT | | | BRAMPTON | ONTARIO | L6Y 5E5 | CANADA |
| SUSAN RAMAKER | PO BOX 3272 | | | WENATCHEE | WA | 98807-3272 | |
| TALENTS 633 MINISTRIES | NFP 24206 WALNUT CIRCLE | | | PLAINFIELD | IL | 60585-2261 | |
| TALOS CONSTRUCTION LLC | PO BOX 2607 | | | CHELAN | WA | 98816-2607 | |
| TALOS CONSTRUCTION LLC | C/O FOSTER PEPPER PLLC | ATTN: TODD REUTER | 618 W RIVERSIDE AVE, SUITE 300 | SPOKANE | WA | 99201-5102 | |
| THEOCHARIS ASLANIDIS | DORIDOS 44 | | | EGALEO | | 12242 | GREECE |
| THOMAS MEHLITZ | SOLRIDE GMBH | | | YBURGSTR. | | 18 | GERMANY |
| TNT BUSINESS COMPLEXES LLC | 380 LESLIE WAY | | | EAST WENATCHEE | WA | 98802-5624 | |
| TOTAL EMPLOYMENT MANAGEMENT | 723 W. BROADWAY | | | MOSES LAKE | WA | 98837-1920 | |
| TOWN TOYOTA CENTER | 1300 WALLA WALLA | | | WENATCHEE | WA | 98801-1529 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | 300 BEDFORD STREET, UNIT 214 | | | MANCHESTER | NH | 03101-1102 | |
| TUOMAS J KARJALAINEN | 7601 E TREASURE DR, APT 1023 APT 1023 | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| TYLER DOMER | 91 NE 17 ST | | | EAST WENATCHEE | WA | 98802-4147 | |
| UPS | 28013 NETWORK PLACE | | | CHICAGO | IL | 60673-1280 | |
| US CUSTOMS | PO BOX 979126 | | | ST. LOUIS | MO | 63197-9001 | |
| WA DEPARTMENT OF REVENUE | ATTN: SAM SEAL | 2101 4TH AVE, STE 1400 | | SEATTLE | WA | 98121-2300 | |
| WASHINGTON EMPLOYMENT SECURITY DEPT | PO BOX 9046 | | | OLYMPIA | WA | 98507-9046 | |
| WASHINGTON STATE LABOR & INDUSTRIES | PO BOX 44170 | | | OLYMPIA | WA | 98504-4170 | |
| WILHELMUS APPEL | LUPINELAAN 15 | | | WAALRE | CG | 5582 | THE NETHERLANDS |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL RD. | | | PALO ALTO | CA | 94304-1050 | |
| XIAOMING LU | 3269 RANGE CT | | | MASON | OH | 45040-8741 | |
| YUET CHOI CHENG | 22F NAM HOI MANSION | | | TAIKOO SHING | | | HONG KONG |
| YURII KUZMIN | 10-B, UROZHAYNAYA STR. | | | ODESSA | | 65016 | UKRAINE |

# **Exhibit B**



**Exhibit B**
Served Via CM/ECF

| NAME | ADDRESS 1 | EMAIL |
|---|---|---|
| ALLRISE FINANCIAL GROUP | ATTN: JOSEPH A.G. SAKAY | JOE.SAKAY@HCMP.COM<br>TRACY.YI@HCMP.COM<br>BANKRUPTCY@HCMP.COM<br>KIM.MCKENZIE@HCMP.COM |
| ATTORNEY EMERALD CITY STATEWIDE LLC | ATTN: GRETCHEN J. HOOG | GHOOG@PCSLEGAL.COM<br>DANDERSON@PCSLEGAL.COM |
| CLEVER CAPITAL, LLC | ATTN: VANESSA PIERCE ROLLINS | VPROLLINS@GMAIL.COM |
| COMMITTEE OF UNSECURED CREDITORS | ATTN: DANIEL J BUGBEE | DBUGBEE@LAWDBS.COM<br>PARALEGAL@LAWDBS.COM |
| COMMITTEE OF UNSECURED CREDITORS | ATTN: BENJAMIN A ELLISON | BELLISON@LAWDBS.COM |
| COMMITTEE OF UNSECURED CREDITORS | ATTN: DOMINIQUE R SCALIA | DSCALIA@LAWDBS.COM<br>PARALEGAL@LAWDBS.COM |
| DOUGLAS COUNTY PUD | ATTN: KATHRYN R MCKINLEY | KATHRYN.MCKINLEY@PAINEHAMBLEN.COM<br>ADS@PAINEHAMBLEN.COM |
| ECO DIVERSIFIED HOLDINGS, INC. | ATTN: SHAUNA S BRENNAN | SBRENNAN@OUTSIDEGENERALCOUNSEL.COM<br>ADMIN@OUTSIDEGENERALCOUNSEL.COM |
| EXECUTIVE FLIGHT INC. | ATTN: SCOTT WEAVER | WEAVER@CARNEYLAW.COM<br>FUHRMANN@CARNEYLAW.COM |
| GIGA PLEX, LLC | ATTN: DAVID A KAZEMBA | DKAZEMBA@OVERCASTLAW.COM<br>AMBER@OVERCASTLAW.COM<br>LINDAT@OVERCASTLAW.COM |
| MARK WALDRON | | TRUSTEE@MWALDRONLAW.COM<br>MARK@MWALDRONLAW.COM |
| NATHAN WELLING | ATTN: ROBERTO H CASTRO | RCASTRO@RCASTROLAW.COM<br>CASTRO.AVA@GMAIL.COM |
| NC MACHINERY CO. | ATTN: DANIAL D PHARRIS | PHARRIS@LASHER.COM<br>LUKSETICH@LASHER.COM |
| NEPPEL ELECTRICAL & CONTROLS, LLC | ATTN: CHRISTOPHER F RIES | CHRISR@RIESLAWFIRM.COM<br>DIANA@RIESLAWFIRM.COM<br>CDG@RIESLAWFIRM.COM<br>CARRIE@RIESLAWFIRM.COM |
| PLAINTIFF MARK D. WALDRON | ATTN: PAMELA MARIE EGAN | PEGAN@CKRLAW.COM |
| PORT OF DOUGLAS COUNTY | ATTN: QUENTIN D BATJER | PAM@DADKP.COM<br>QUENTIN@DADKP.COM |



**Exhibit B**
Served Via CM/ECF

| NAME | ADDRESS 1 | EMAIL |
|---|---|---|
| PORT OF DOUGLAS COUNTY | ATTN: WILLIAM L HAMES | BILLH@HAWLAW.COM<br>MECQUEH@HAWLAW.COM<br>JULIEM@HAWLAW.COM<br>FRONTDESK@HAWLAW.COM<br>CARMENB@HAWLAW.COM<br>EMMAL@HAWLAW.COM |
| PORT OF DOUGLAS COUNTY | ATTN: DAVID R LAW | DAVID@DADKP.COM<br>AMY@DADKP.COM |
| REFAEL SOFAIR | ATTN: SCOTT B HENRIE | SHENRIE@WILLIAMSKASTNER.COM<br>DLEVITIN@WILLIAMSKASTNER.COM |
| REFAEL SOFAIR | ATTN: DOUGLAS A. HOFMANN | DHOFMANN@WILLIAMSKASTNER.COM |
| REFAEL SOFAIR | ATTN: JOHN KNOX | JKNOX@WILLIAMSKASTNER.COM<br>KMEJIA@WILLIAMSKASTNER.COM |
| TRUSTEE MARK WALDRON | ATTN: PAUL H BEATTIE | PBEATTIE@CKRLAW.COM |
| U.S. TRUSTEE | ATTN: GARY W DYER | GARY.W.DYER@USDOJ.GOV |
| U.S. TRUSTEE US TRUSTEE | ATTN: JAMES D PERKINS | JAMES.PERKINS@USDOJ.GOV |
| US TRUSTEE | | USTP.REGION18.SP.ECF@USDOJ.GOV |
| WASHINGTON STATE TAXING AGENCIES | ATTN: DINA L YUNKER FRANK | BCUYUNKER@ATG.WA.GOV<br>DINAY@ATG.WA.GOV |