Pamela M. Egan, WSBA No. 54736
William R. Firth, III (admitted *pro hac vice*)
CKR Law LLP
506 2nd Avenue, Suite 1400
Seattle, WA 98114
Telephone: (415) 297-0132
Facsimile: (206) 582-5001
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **NOTICE OF CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER APPOINTING BANKRUPTCY MANAGEMENT SOLUTIONS, INC. D/B/A STRETTO AS CLAIMS AND NOTICING AGENT AND ADMINISTRATIVE ADVISOR PURSUANT TO 28 U.S.C. § 156(c), 11 U.S.C. §§ 105(a) AND 327(a)** |

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his capacity as the duly appointed Chapter 11 trustee ("**Trustee**") in the bankruptcy case of the

Notice of Application
for Order Authorizing Retention of
Stretto as Claims and Noticing Agent, etc. - Page 1

above-captioned debtor, has respectfully applied ("**Application**")[1] for entry of an order authorizing the employment and retention of Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") as the claims and noticing agent in this chapter 11 case for the Clerk of the Bankruptcy Court for the Eastern District of Washington (the "**Clerk**") and to serve as administrative advisor.

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Trustee is requesting permission to hire Stretto to provide critical administrative support, including setting up and hosting a website so that creditors may easily access filings and deadlines in the case. Stretto will provide assistance in serving notice of filings in the case. Stretto will also assist in the management of the approximately 340 claims that have been filed in this case. Stretto has agreed to waive a significant portion of its fees in this case, including any fees for setting up the website.

**PLEASE TAKE FURTHER NOTICE** that the Applications and its supporting papers and exhibits, including the proposed agreement with Stretto, may be obtained from the Clerk of the above-captioned Court.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion, then WITHIN TWENTY-FOUR DAY (24) DAYS FROM THE DATE OF SERVICE BY MAIL AS INDICATED BELOW, you must file your written response with the Court Clerk, U.S. Bankruptcy Court, Eastern District of Washington, 904

---

[1] Unless otherwise defined herein, capitalized terms in this Notice have the meanings ascribed to them in the Motion.

Notice of Application
for Order Authorizing Retention of
Stretto as Claims and Noticing Agent, etc. - Page 2

West Riverside Ave., Suite 304, Spokane, WA 99201 or, if by mail, the Court Clerk, U.S. Bankruptcy Court, Eastern District of Washington, P.O. Box 2164, Spokane, WA 99210-2164 and serve a copy upon (1) undersigned counsel at CKR Law LLP, 506 Second Ave., 14th Floor, Seattle, WA 98114 and (2) James Perkins, Office of The United States Trustee, 920 West Riverside Avenue, Suite 593, Spokane, WA 99201-1012.

**PLEASE TAKE FURTHER NOTICE** that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed. If an objection is timely served and filed, you will receive notice of the date and time of a hearing on your objection.

**DATE OF SERVICE BY MAIL: MAY 8, 2019**

Dated: May 7, 2019    CKR LAW LLP

*Pamela M. Egan*
_____
Pamela M. Egan

*Attorneys for Mark D. Waldron,
Chapter 11 Trustee*

Notice of Application
for Order Authorizing Retention of
Stretto as Claims and Noticing Agent, etc. - Page 3

18-03197-FPC11    Doc 291    Filed 05/07/19    Entered 05/07/19 16:33:01    Pg 3 of 3