BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re Giga Watt, Inc.,<br><br>    Debtor. | UNSECURED CREDITORS COMMMITTEE'S **SUPPLEMENTAL** RESPONSE TO TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE TWO-WAY AGREEMEENT<br><br>CASE NO: 18-03197 FPC 11 |

    The Committee of Unsecured Creditors of the Chapter 11 Bankruptcy Estate of Giga Watt, Inc. ("Committee") hereby supplements its previous response to the Chapter 11 Trustee's Motion for Order Approving Moses Lake Two-Way Agreement. The Committee has conferred with the Trustee, and the Committee wishes to clarify that it does not object to entry of the Trustee's proposed Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement with Moses Lake Landlords, as filed at ECF No. 260-1.

COMMITTEE SUPPLEMENTAL RESPONSE TO TRUSTEE'S
MOTION RE TWO-WAY AGREEMENT - 1



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1   DATED this 8th day of May, 2019.

                                    DBS | LAW


                                    By */s/ Dominique R. Scalia*
                                        Benjamin Ellison, WSBA No. 48315
                                        Dominique R. Scalia, WSBA No. 47313
                                        155 NE 100th St., Suite 205
                                        Seattle, WA 98125
                                        Tel: (206) 259-2950
                                        Fax: (206) 973-8737
                                        *Attorneys for the Committee*

COMMITTEE SUPPLEMENTAL RESPONSE TO TRUSTEE'S
MOTION RE TWO-WAY AGREEMENT - 2

**DBS | LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737