TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

Honorable Fredrick P. Corbit
Hearing Date: May 23, 2019
Hearing Time: 10:00 AM
Place: Open Court

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

No. 18-03197-11

**AMENDED NOTICE OF HEARING**

TO: All Interested Parties

PLEASE TAKE NOTICE that the <u>Hearing on Application for Award Compensation for Services Rendered and Reimbursement of Expenses</u> (Docket #159) filed by Timothy R. Fischer with Winston & Cashatt, Lawyers, will take place on the 23rd day of May, 2019, at 10:00 a.m. in the above entitled bankruptcy proceeding, before the Honorable Frederick P. Corbit. The hearing will be held in open court.

DATED this 10th day of May, 2019.

WINSTON & CASHATT, LAWYERS
/s/ Timothy R. Fischer
_____
Timothy R. Fischer, WSBA No. 40075

AMENDED NOTICE OF HEARING - 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131