# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 5/10/2019 |
| Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David A Kazemba | dkazemba@overcastlaw.com |
| aty | Dominique R Scalia | dscalia@lawdbs.com |
| aty | Pamela Marie Egan | pegan@ckrlaw.com |

TOTAL: 3