MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re: )
) Case No. 18-03197-FPC11
GIGA WATT INC. )
) **CHAPTER 11 TRUSTEE'S MONTHLY**
Debtor. ) **FINANCIAL REPORT FOR APRIL 2019**
_____ )

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of April 2019. Attached to this report is the Ledger Report, Operating Statement, and bank statements for April 2019.

Significant developments during reporting period: During the month of April 2019, the Estate operated the Moses Lake facility. The facility contains multiple buildings or "pods", not all of which have yet become operational. The staff have been continuing to work on optimizing mining performance on the operational pods and working toward restarting operations in the non-operational pods. As of the end of April 2019, Moses Lake was roughly operating at 80% of its estimated capacity.

Due to the volatility of crypto currency, the Trustee is converting the mining rewards to US currency, which are then regularly deposited into the Estate's financial account.

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Trustee Waldron has been utilizing the services of Rabobank, N.A., for all of his Trustee accounts. However, due to some changes with Rabobank, Trustee Waldron decided to move all of his accounts to Metropolitan Commercial Bank of New York, including the Giga Watt account. The transfer between financial institutions occurred during March 2019, therefore the attached Ledger Report shows both the Rabobank account, which is now zero, and the Metropolitan account, where Estate funds are now held.

At month end, the Debtor was not delinquent on any post-petition tax obligations.

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for this month from all sources were **$223,993.25**.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 14th day of May, 2019.

*[signature]*

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

# Ledger Report

| | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Number: | 18-03197-FPC11 FPC | Bank Name: | Metropolitan Commercial Bank |
| Case Name: | GIGA WATT INC. | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/19 - 04/30/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/19 | | Eco Diversified Holdings | April 2019 rent for Pod 8 of Parcel E Pods, Moses Lake | 4002-00 | 9,000.00 | | 64,158.59 |
| 04/01/19 | 109 | David Knowles | Invoice dated 3-31-19 | 6007-013 | | 375.00 | 63,783.59 |
| 04/01/19 | 110 | Geoffrey Yates | Invoice dated 3-31-19 | 6007-013 | | 300.00 | 63,483.59 |
| 04/04/19 | | Moses Lake Facility | Mining operations | 4001-000 | 50,700.82 | | 114,184.41 |
| 04/04/19 | 111 | MLDC I, LLC | Utilities for MLCD I Moses Lake Facility (April 2019) | 6004-000 | | 15,287.85 | 98,896.56 |
| 04/04/19 | 112 | Giga Plex, LLC | Utilities for Giga Plex Moses Lake Facility (April 2019) | 6004-000 | | 20,299.00 | 78,597.56 |
| 04/04/19 | 113 | MLDC I, LLC | EDH rent for April 2019 | 6003-000 | | 9,000.00 | 69,597.56 |
| 04/05/19 | 114 | MLDC I, LLC | 77% of Moses Lake revenue (3-28-19) | 6003-000 | | 19,281.19 | 50,316.37 |
| 04/08/19 | 115 | Lauren Miehe | Invoice No. 2 (3-4-19 through 3-23-19), including $185.98 cost reimbursement | 6007-013 | | 12,073.48 | 38,242.89 |
| 04/08/19 | 116 | Allen Oh | Invoices for Weeks #2 and #3 (through 3-29-19), including $51.99 cost reimbursement | 6007-013 | | 15,926.99 | 22,315.90 |
| 04/08/19 | 117 | Austin Harrison | Invoice dated 4-7-19 (3-25-19 through 4-4-19) | 6007-013 | | 1,480.00 | 20,835.90 |
| 04/08/19 | 118 | Skyler Simpson | Invoice dated 4-7-19 (3-24-19 through 4-5-19) | 6007-013 | | 1,630.00 | 19,205.90 |
| 04/08/19 | 119 | George Towing | Invoice No. 12126 (trailer removal, encroachment Lot 8 Pangborn) | 6010-000 | | 562.50 | 18,643.40 |
| 04/08/19 | 120 | Jim's Full Service Locksmith LLC | Invoice No. 21214 (Pod 8, Eco Diversified) | 6010-000 | | 144.62 | 18,498.78 |
| 04/10/19 | | Metropolitan Commercial Bank | Credit for wire transfer fee charged | 4099-000 | 10.00 | | 18,508.78 |
| 04/11/19 | | Moses Lake Facility | Mining operations | 4001-000 | 64,082.39 | | 82,591.17 |
| 04/12/19 | | East Wheeler Development, LLC | Sale of 45 permatron filters, deposited pending court approval of sale | 4007-000 | 2,427.75 | | 85,018.92 |
| 04/12/19 | 121 | MLDC I, LLC | 77% of Moses Lake revenue (through 4-4-19) | 6003-000 | | 11,839.76 | 73,179.16 |
| 04/15/19 | 122 | Douglas Pratt | Invoice #1002 (4-14-19) | 6007-013 | | 7,656.25 | 65,522.91 |
| | | | | Subtotals : | $126,220.96 | $115,856.64 | |

{} Asset reference(s)

18-03197-FPC11    Doc 301    Filed 05/14/19    Entered 05/14/19 14:42:28    Pg 3 of 12

# Ledger Report

| | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Number: | 18-03197-FPC11 FPC | Bank Name: | Metropolitan Commercial Bank |
| Case Name: | GIGA WATT INC. | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/19 - 04/30/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/19 | | Moses Lake Facility | Mining operations | 4001-000 | 57,806.73 | | 123,329.64 |
| 04/18/19 | | MLDC 1, LLC | 77% of Moses Lake revenue (through 4-11-19) | 6003-000 | | 49,343.44 | 73,986.20 |
| 04/23/19 | 123 | Austin Harrison | Invoice dated 4-21-19 (4-8-19 through 4-19-19) | 6007-013 | | 1,800.00 | 72,186.20 |
| 04/23/19 | 124 | Skyler Simpson | Invoice dated 4-21-19 (4-8-19 through 4-19-19) | 6007-013 | | 1,580.00 | 70,606.20 |
| 04/23/19 | 125 | David Knowles | Invoice dated 4-21-19 | 6007-013 | | 250.00 | 70,356.20 |
| 04/23/19 | 126 | Geoffrey Yates | Invoice dated 4-21-19 | 6007-013 | | 140.00 | 70,216.20 |
| 04/23/19 | 127 | Allen Oh | Partial payment of Invoice #4 dated 4-8-19 | 6007-013 | | 2,900.00 | 67,316.20 |
| 04/23/19 | 128 | Lauren Miehe | Partial payment of Invoice dated 4-7-19 | 6007-013 | | 7,100.00 | 60,216.20 |
| 04/25/19 | | Moses Lake Facility | Mining operations | 4001-000 | 57,352.35 | | 117,568.55 |
| 04/25/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 4-18-19) | 6003-000 | | 44,511.18 | 73,057.37 |
| 04/29/19 | 129 | Waste Management of Wenatchee | Customer ID 21-80008-43002, Invoice No. 0030848-2674-6 | 6010-000 | | 100.99 | 72,956.38 |
| 04/30/19 | 130 | Heather Mulhall | Reimbursement for storage fees paid for Giga Watt (March-May 2019) | 6010-000 | | 195.00 | 72,761.38 |
| 04/30/19 | 131 | Heather Mulhall | Pay for four hours working on Giga Watt matters for Trustee | 6010-000 | | 216.00 | 72,545.38 |
| | | | | Subtotals: | $115,159.08 | $108,136.61 | |

{} Asset reference(s)

18-03197-FPC11    Doc 301    Filed 05/14/19    Entered 05/14/19 14:42:28    Pg 4 of 12

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/19 - 04/30/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 309,879.39 | 237,334.01 | $72,545.38 |
| | | | 23 Checks | | 130,138.63 | | |
| | | | 2 Adjustments Out | | 93,854.62 | | |
| | | | 0 Transfers Out | | 0.00 | | |
| | | | Total | | $223,993.25 | | |

**TOTAL - ACCOUNT ********25**

| | Balance Forward | 55,158.59 |
|---|---|---|
| 2 | Deposits | 11,427.75 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $66,586.34 |
| 5 | Adjustments In | 229,952.29 |
| 0 | Transfers In | 0.00 |
| | Total | $296,538.63 |

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ********94 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/19 - 04/30/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****774266 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/19 - 04/30/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts over Case Life | Disbursements over Case Life | Ledger Code | Account Balances | Receipts $ | Reserve Balances | Disbursements $ | Account Bal. Less Reserves | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### TOTAL - ALL ACCOUNTS

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Receipts $ | Reserve Balances | Disbursements $ | Account Bal. Less Reserves |
|---|---|---|---|---|---|---|---|
| Checking # ********25 | 309,879.39 | 237,334.01 | 72,545.38 | | 0.00 | 72,545.38 | 0.00 |
| Checking # ********94 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| Checking # ****774266 | 952.84 | 952.84 | 0.00 | | 0.00 | 0.00 | 0.00 |
| | $310,832.23 | $238,286.85 | $72,545.38 | | $0.00 | | $72,545.38 |

### TOTAL - CASE

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 55,158.59 | | | |
| 2 | Deposits | 11,427.75 | 23 | Checks | 130,138.63 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 93,854.62 |
| | Subtotal | $66,586.34 | 0 | Transfers Out | 0.00 |
| 5 | Adjustments In | 229,952.29 | | Total | $223,993.25 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $296,538.63 | | Net Total Balance | $72,545.38 |

{} Asset reference(s)

18-03197-FPC11    Doc 301    Filed 05/14/19    Entered 05/14/19 14:42:28    Pg 7 of 12

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 04/01/19 - 04/30/19

### Income

| | | |
|---|---|---|
| 4001-000 | Revenue from Operating Business | $229,942.29 |
| 4002-00 | Rents | $9,000.00 |
| 4007-000 | Liquidation of Personal Property | $2,427.75 |
| 4099-000 | Other Receipts | $10.00 |
| **Total Income** | | **$241,380.04** |

### Expenses

| | | | |
|---|---|---|---|
| 6003-000 | Admin. Rent | | $133,975.57 |
| 6004-000 | Costs to Secure/Maintain Property | | $35,586.85 |
| 6007-000 | Professional Fees & Expenses | | |
| 6007-013 | Consultant for Trustee Fees | $53,211.72 | |
| | | | $53,211.72 |
| 6010-000 | Other Expenses | | $1,219.11 |
| **Total Expenses** | | | **$223,993.25** |

**Net Income** $17,386.79




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
FDIC

Mr. Mark D. Waldron

RECEIVED

MAY 10 2019

Law Offices of
Mark D. Waldron, PLLC

Case Number
Case Name

Trustee Number
Trustee Name

Period Covered:
March 30, 2019 - April 30, 2019
Page 1 of 14
18-03197-FPC11
GIGA WATT INC
DEBTOR
670070
Mr. Mark D. Waldron
TRUSTEE

☎ Questions:
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $63,466.85 | $73,197.37 |
| TRUSTEE CHECKING | 1994 | $0.00 | $0.00 |
| Total | | $63,466.85 | $73,197.37 |

### Notable Information For You...

Metropolitan Bank and Stretto would like to remind all clients to remain vigilant if they receive phone calls or emails from individuals requesting account numbers or other personally identifiable information (PII). If you are contacted by a scammer please notify Stretto Banking Services immediately with pertinent information including a name, phone number, location and any other details. Stretto Banking Services will notify the Metropolitan Bank's Fraud department immediately on your behalf.




**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Mr. Mark D. Waldron

| | |
|---|---|
| Case Number | Period Covered: March 30, 2019 - April 30, 2019 |
| | Page 2 of 14 |
| | 18-03197-FPC11 |
| Case Name | GIGA WATT INC- DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

☎ Questions:
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

**TRUSTEE CHECKING**

Account Number: ●●●●9625

| Enclosures | 26 | | |
|---|---|---|---|
| | | Beginning Balance | $63,466.85 |
| | | +Total Additions | $241,380.04 |
| | | -Total Subtractions | $231,649.52 |
| | | Ending Balance | $73,197.37 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 00000101 | 04-01 | $1,950.00 |
| 00000105* | 04-01 | $480.00 |
| 1022* | 04-05 | $548.14 |
| 00000107 | 04-01 | $255.38 |
| 103 | 04-02 | $4,156.25 |
| 104 | 04-05 | $900.00 |
| 110* | 04-06 | $300.00 |
| 109 | 04-08 | $375.00 |
| 111* | 04-09 | $15,287.85 |
| 112 | 04-09 | $20,299.00 |
| 113 | 04-09 | $9,000.00 |
| 114 | 04-09 | $19,281.19 |
| 115 | 04-10 | $12,073.48 |
| 116 | 04-11 | $15,926.99 |
| 118* | 04-11 | $1,630.00 |
| 119 | 04-15 | $562.50 |
| 121* | 04-15 | $11,839.76 |
| 117 | 04-16 | $1,480.00 |
| 120* | 04-16 | $144.62 |
| 108 | 04-22 | $187.50 |
| 122* | 04-22 | $7,656.25 |
| 124* | 04-26 | $1,580.00 |
| 128* | 04-26 | $7,100.00 |
| 123 | 04-29 | $1,800.00 |
| 125* | 04-29 | $250.00 |
| 127* | 04-29 | $2,900.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 04-19 | WIRE TO MLDC 1 LLC | $49,343.44 |
| 04-26 | WIRE TO MLDC 1 LLC | $44,511.18 |

18-03197-FPC11    Doc 301    Filed 05/14/19    Entered 05/14/19 14:42:28    Pg 10 of 12




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member **FDIC**

Period Covered:
March 30, 2019 - April 30, 2019
Page 3 of 14

## Credits

| Date | Description | Additions |
|---|---|---|
| 04-03 | REMOTE DEPOSIT REF#0100002 | $9,000.00 |
| 04-04 | WIRE FROM COINME INC | $50,700.82 |
| 04-10 | wire fee reversal 3 21 19 | $10.00 |
| 04-11 | WIRE FROM COINME INC | $64,082.39 |
| 04-15 | REMOTE DEPOSIT REF#0100003 | $2,427.75 |
| 04-18 | WIRE FROM COINME INC | $57,806.73 |
| 04-25 | WIRE FROM COINME INC | $57,352.35 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-01 | $60,402.34 | 04-02 | $56,246.09 | 04-03 | $65,246.09 |
| 04-04 | $115,946.91 | 04-08 | $114,746.91 | 04-09 | $114,371.91 |
| 04-10 | $50,513.87 | 04-11 | $86,595.79 | 04-12 | $84,965.79 |
| 04-15 | $87,393.54 | 04-16 | $74,991.28 | 04-17 | $73,366.66 |
| 04-18 | $131,173.39 | 04-19 | $81,829.95 | 04-23 | $73,986.20 |
| 04-25 | $131,338.55 | 04-26 | $86,827.37 | 04-29 | $78,147.37 |
| 04-30 | $73,197.37 | | | | |




Metropolitan Commercial Bank.
The **Entrepreneurial** Bank

99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
March 30, 2019 – April 30, 2019
Page 4 of 14

Mr. Mark D. Waldron

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

☎ Questions:
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

**TRUSTEE CHECKING**                                      Account Number: ▓▓▓1994

| Enclosures | 0 | Beginning Balance | $0.00 |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | $0.00 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

No activity this statement period