KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Creditor Douglas County PUD

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-03197-FPC11 |
| **GIGA WATT INC, a Washington corporation,** | **CHAPTER 11** |
| Debtor. | **NOTICE OF UNAVAILABILITY** |

Counsel for Creditor, Douglas County PUD, hereby files this Notice of Unavailability stating that the undersigned will be unavailable from June 24, 2019 through July 8, 2019.  Counsel for Douglas County PUD requests that no hearings, depositions, mediations, or other proceedings requiring Douglas County PUD's attendance, be scheduled during that time period.

RESPECTFULLY SUBMITTED this 17th day May, 2019.

PAINE HAMBLEN LLP

*/s/ Kathryn R. McKinley*
Kathryn R McKinley, WSBA #25105
Attorneys for the Douglas County PUD

I:\Spodocs\42020\00001\PLEAD\01809874.DOCX

NOTICE OF UNAVAILABILITY - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007