# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING MOSES LAKE THREE-WAY AGREEMENT** |

This matter came before this Court on the Chapter 11 Trustee's *Motion for Order Approving Moses Lake Three-Way Agreement* (the "Motion")[1] filed by Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case of Giga Watt Inc.

The Court having reviewed the Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Mark D. Waldron in

---

[1] Unless otherwise defined herein, capitalized terms used in this Order have the meanings ascribed to them in the Motion.

Order Granting Chapter 11 Trustee's Motion for Order Approving Moses Lake Three-Way Agreement - Page 1

Support of the Motion, the Moses Lake Three-Way Agreement (as defined in the Motion) and the Court finding that (1) the settlement as set forth in the Moses Lake Three-Way Agreement is fair, reasonable and adequate, (2) good cause exists to approve the Motion, (3) the decision to enter into the Moses Lake Three-Way Agreement is supported by sound business reasons and is a proper exercise of the Trustee's business judgment, and (4) notice of the Motion and hearing were sufficient, proper and adequate;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED in its entirety.

2. The Moses Lake Three-Way Agreement and the settlement contained therein are approved;

3. The Trustee is authorized to enter into the Moses Lake Three-Way Agreement, substantially in the form attached as <u>Exhibit B</u> to the Motion; and

*[This Order continues on the next page.]*

4. The agreement to extend the Trustee's deadline to assume or reject the Moses Lake Leases is approved and, to the extent an Order is necessary, the Trustee's deadline to assume or reject the Moses Lake Leases is extended to May 19, 2019.

/// END OF ORDER ///

Presented by:

CKR LAW LLP

*/s/ Pamela M. Egan*
Pamela M. Egan (WSBA 54736)
506 2nd Avenue, 14th floor
Seattle, WA 98114
Tel.: 415-297-0132
E: pegan@ckrlaw.com

Of attorneys for Mark Waldron in his capacity as the duly-appointed Chapter 11 Trustee

Order Granting Chapter 11 Trustee's Motion for Order Approving Moses Lake Three-Way Agreement - Page 3