TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 18-03197-11 |
|---|---|
| **GIGA WATT INC.,** | **DECLARATION OF TIMOTHY R. FISCHER IN RESPONSE TO OBJECTION TO FEE APPLICATION** |
| Debtor in Possession. | |

The undersigned, Timothy R. Fischer, makes the following declaration:

1. I was one of the attorneys of record for the Debtor and competent to be witness herein.

2. Counsel is not receiving ECF notice as the firm was removed from ECF notice after withdrawing. Counsel did not receive the memorandums and objections from the US Trustee by mail.

3. The firm received funds from what was believed to be the debtor's owner, as the entity did not have sufficient funds to employ counsel.

4. Debtor's counsel believed that disclosure was made of the retained funds and the source of the funds in the application.

DECLARATION OF TIMOTHY R. FISCHER - 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18-03197-FPC7    Doc 310    Filed 05/20/19    Entered 05/20/19 16:34:18    Pg 1 of 3

5. When it was raised later, upon discussions with the Chapter 11 Trustee, counsel immediately corrected the error. As the duty to disclose is a continuing one, as soon as counsel was aware of the missing information, he purposefully disclosed.

6. The counsel believed all necessary information to be disclosed. At the time it was filed, the filing was an emergency filing with many documents being drafted and filed in an extremely fast manner in a complicated case.

7. The court has the discretion to grant or deny fees in a Chapter 11 case. Although a denial of fees may be warranted, such a severe sanction is not always warranted based on factors including willfulness, lack of intent, mistake, lack of harm to the estate, cure of the mistake, and continuing cooperation with the Trustee. *In re Howard Avenue Station, LLC*. 568 B.R. 146 (Bankr. M.D. Fla. 2017)(disagreeing with *In re Whitcomb*, 479 B.R. 133 (Bankr. M.D. Fla. 2012); *In re Dellutri Law Group,* 434 B.R. 642 (Bankr. M.D. Fla 2012). Counsel continues to assist the Chapter 11 Trustee. The Court has the discretion to grant partial relief, as well, perhaps halving the amount requested, or allowing award as to the amount of funds in the attorney's possession. *In re Metropolitan Environmental,* 293 B.R. 871 (Bankr. N.D. Ohio 2003)

8. Counsel expanded an enormous amount of time and effort to turn the Debtor around and obtain necessary financing.

9. There is no evidence, only an allegation, that any fraudulent conveyance exists.

10. Counsel withdrew for reasons conveyed to the Chapter 11 Trustee.

DECLARATION OF TIMOTHY R. FISCHER - 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I certify under penalty of perjury pursuant to the laws of the State of Washington and the United States of America that the foregoing Declaration is true and correct.

SIGNED at Spokane, Washington, this 20th day of May, 2019.

/s/ Timothy R. Fischer
_____
TIMOTHY R. FISCHER

DECLARATION OF TIMOTHY R. FISCHER - 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131