TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

**GIGA WATT INC.,**

Debtor in Possession.

Case No. 18-03197-11

**CERTIFICATE OF SERVICE**

TO: UNITED STATES TRUSTEE, and
TO: ALL PARTIES ON THE CLERK'S MASTER MAILING LIST

I, Mary L. Myers, Paralegal with Winston & Cashatt, Lawyers, hereby declare under penalty of perjury under the laws of the State of Washington and the United States that (i) at all times hereinafter mentioned I was a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, and not a party to this action, and (ii) that on the date below noted, I electronically filed **(1) Declaration of Timothy R. Fischer in Response to Objection to Fee Application,** with the Clerk of the Court using the CM/ECF system which sent electronic notification to the parties via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

SIGNED at Spokane, Washington, this 20th day of May, 2019.

/s/ Mary Myers
_____
MARY MYERS

CERTIFICATE OF SERVICE - Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131