# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF COMPROMISE WITH EXECUTIVE FLIGHT, INC.** |

This matter came before the Court on the *Motion of the Chapter 11 Trustee for Approval of Compromise With Executive Flight, Inc. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* ("Motion"),[1] filed by Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case of Giga Watt, Inc.

---

[1] Capitalized terms used herein have the meanings ascribed to them in the Motion.

Order Granting Chapter 11 Trustee's Motion
to Approve Compromise with Executive Flight, Inc. - Page 1

The Court having reviewed the Motion, the Declaration of Mark D. Waldron in Support of the Motion, the Settlement Agreement (as defined in the Motion) and the Court finding that (1) the settlement as set forth in the Settlement Agreement is fair, reasonable and adequate, (2) the Settlement Agreement meets the *A&C Properties* factors as set forth in the Motion, (3) good cause exists to approve the Motion, (3) the decision to enter into the Settlement Agreement is supported by sound business reasons and is a proper exercise of the Trustee's business judgment, and (4) notice of the Motion and hearing was sufficient, proper and adequate; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.
2. The Settlement Agreement is approved.
3. The Trustee is authorized to enter into the Settlement Agreement, substantially in the form attached as **Exhibit B** to the Motion.

[*This Order continues on the next page.*]

4. The Chapter 11 Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

/// END OF ORDER ///

Presented By:

*Pamela M. Egan*

Pamela M. Egan (WSBA 547360
506 2nd Avenue, 14th floor
Seattle, WA 98114
Tel.: 415-297-0132
E: pegan@ckrlaw.com

*Of attorneys for Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee*

Order Granting Chapter 11 Trustee's Motion
to Approve Compromise with Executive Flight, Inc. - Page 3