TIMOTHY R. FISCHER, WSBA No. 40075
NANCY L. ISSERLIS, WSBA No. 11623
DARREN M. DIGIACINTO, WSBA No. 39771
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
trf@winstoncashatt.com
Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC., | WITHDRAWAL OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES WITHOUT PREJUDICE |
| Debtor. | |

Winston & Cashatt, Lawyers, and Timothy R. Fischer, hereby withdraws without prejudice to re-file the Final Application for Compensation filed by the same on February 7, 2019, under Docket # 159.

DATED this 21st day of May, 2019.

WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*

TIMOTHY R. FISCHER, WSBA No. 40075