THE HONORABLE FREDERICK P. CORBIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:
GIGA WATT, INC.

Debtor.

CASE NO. 18-03197-FPC11

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE (ECF NO. 76)

Pursuant to the Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement with Moses Lake Landlords (ECF No. 300), the Motion for Relief from Stay filed by the Moses Lake Landlords on January 3, 2019 (ECF No. 76) is withdrawn without prejudice.

DATED: May 24, 2019

OVERCAST LAW OFFICES

By: /s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC and MLDC1, LLC

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE (ECF NO. 76) - 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 317    Filed 05/24/19    Entered 05/24/19 15:21:32    Pg 1 of 1