# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>            Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**ORDER APPOINTING BANKRUPTCY MANAGEMENT SOLUTIONS, INC. D/B/A STRETTO AS CLAIMS AND NOTICING AGENT AND ADMINISTRATIVE ADVISOR** |

Upon consideration of the *Chapter 11 Trustee's Application for Order Appointing Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent and Administrative Advisor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. §§ 105(a) and 327(a)* ("**Application**"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Application; and it appearing that due and proper notice of the Application has been given to all

interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The retention and employment of Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized under the terms of the Engagement Agreement attached to the Application, and Stretto is authorized and directed to perform noticing services and to receive, maintain, record and otherwise administer the proofs of claim filed in this chapter 11 case, and all related tasks, all as described in the Application;

2. Stretto is hereby appointed as the claims and noticing agent for the Clerk in the above-captioned bankruptcy case;

3. Stretto is authorized to serve as administrative advisor to the Trustee as described in the Application;

4. Stretto shall maintain records of all services it performs showing dates, categories of services, fees charged, and expenses incurred, and shall serve monthly invoices on each of: (i) the Trustee, (ii) counsel for the Trustee, (iii) the Office of the United States Trustee, and (iv) counsel for the Official Committee of Unsecured Creditors;

5. Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, and subject to objection pursuant to the procedure described in the Application, the fees and expenses of Stretto under this Order shall be an administrative expense of the Debtor's estate;

6. In the event of any inconsistency between the Engagement Agreement, the Application and this Order, the terms of this Order shall govern; and

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

/// END OF ORDER ///

Presented by:

*Pamela M. Egan*

Pamela M. Egan
CKR LAW LLP
506 Second Ave., 14th Floor
Seattle, WA 98114
Tel.: 415-297-0132
Email: pegan@ckrlaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Order Appointing Stretto as Claims and
Noticing Agent and Administrative Advisor  - Page 3