HONORABLE FREDERICK CORBIT

Shauna S. Brennan WSBA#36461
Brennan Legal Counsel Group PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
206-280-8349
888-423-6105 FAX
Sbrennan@outsidegeneralcounsel.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In Re:

    GIGA WATT INC.

    Debtor

Case No. **18-03197-FPC11**

Chapter 11

**NOTICE OF WITHDRAWAL OF CLAIM**

**NOTICE IS GIVEN** that in accordance with Bankruptcy Rule 3006, the undersigned creditor or authorized agent thereof hereby withdraws the following proof of claim filed on February 15, 2019 as the parties have reached a settlement agreement:

    Name of claimant:    ECO Diversified Holdings, Inc.

    Claim No:    67

    Amount:    $25,180,375.00

By:    */s/Shauna S. Brennan*
    Shauna S. Brennan, WSBA#36461
    Attorney for Creditor ECO Diversified Holdings, Inc.

1    BRENNAN LEGAL COUNSEL GROUP, PLLC
14900 Interurban Ave S. Ste 271
Tukwila, WA 98168
T:206-280-8349
F: 888-423-6105

NOTICE OF WITHDRAWAL OF CLAIM

18-03197-FPC11   Doc 323   Filed 06/03/19   Entered 06/03/19 10:15:58   Pg 1 of 1