**So Ordered.**

**Dated: June 3rd, 2019**

**Frederick P. Corbit**
**Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 11 |
| | **ORDER APPOINTING BANKRUPTCY MANAGEMENT SOLUTIONS, INC. D/B/A STRETTO AS CLAIMS AND NOTICING AGENT AND ADMINISTRATIVE ADVISOR** |

Upon consideration of the *Chapter 11 Trustee's Application for Order Appointing Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent and Administrative Advisor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. §§ 105(a) and 327(a)* ("**Application**"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Application; and it appearing that due and proper notice of the Application has been given to all

Order Appointing Stretto as Claims and
Noticing Agent and Administrative Advisor   - Page 1

1  interested parties in this case; and after due deliberation and sufficient cause

2  appearing therefor;

3    IT IS HEREBY ORDERED THAT:

4    1.    The retention and employment of Bankruptcy Management

5  Solutions, Inc. d/b/a Stretto ("Stretto") is authorized under the terms of the

6  Engagement Agreement attached to the Application, and Stretto is authorized and

7  directed to perform noticing services and to receive, maintain, record and

8  otherwise administer the proofs of claim filed in this chapter 11 case, and all

9  related tasks, all as described in the Application;

10    2.    Stretto is hereby appointed as the claims and noticing agent for the

11  Clerk in the above-captioned bankruptcy case;

12    3.    Stretto is authorized to serve as administrative advisor to the Trustee

13  as described in the Application;

14    4.    Stretto shall maintain records of all services it performs showing

15  dates, categories of services, fees charged, and expenses incurred, and shall serve

16  monthly invoices on each of: (i) the Trustee, (ii) counsel for the Trustee, (iii) the

17  Office of the United States Trustee, and (iv) counsel for the Official Committee of

18  Unsecured Creditors;

19    5.    Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, and subject

20  to objection pursuant to the procedure described in the Application, the fees and

21  expenses of Stretto under this Order shall be an administrative expense of the

22  Debtor's estate;

23

24  Order Appointing Stretto as Claims and
   Noticing Agent and Administrative Advisor   - Page 2

25

1    6.    In the event of any inconsistency between the Engagement

2  Agreement, the Application and this Order, the terms of this Order shall govern;

3  and

4    7.    This Court shall retain jurisdiction with respect to all matters arising

5  from or related to the implementation of this Order.

6                        /// END OF ORDER ///

7  Presented by:

8    *Pamela M. Egan*
   _____
9  Pamela M. Egan
   CKR LAW LLP
10 506 Second Ave., 14th Floor
   Seattle, WA 98114
11 Tel.: 415-297-0132
   Email: pegan@ckrlaw.com
12
   *Attorneys for Mark D. Waldron,*
13 *Chapter 11 Trustee*

14

15

16

17

18

19

20

21

22

23

24 Order Appointing Stretto as Claims and
   Noticing Agent and Administrative Advisor   - Page 3
25