JASON T. PISKEL, WSBA #35398
Email: jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
Email: ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for David M. Carlson and Clever Capital, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: The Clerk of the Court; and

TO: All parties in interest.

In accordance with Federal Rule of Bankruptcy Procedure 9010, Jason T. Piskel and Benjamin J. McDonnell of Piskel Yahne Kovarik, PLLC, without waiving any substantive or procedural defenses and objections, hereby appear in the above-entitled bankruptcy case on behalf of David M. Carlson and Clever Capital, LLC. The undersigned requests special notice of all events relevant to the above-referenced

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1

Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

18-03197-FPC11    Doc 325    Filed 06/12/19    Entered 06/12/19 10:30:54    Pg 1 of 3

bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rule of Bankruptcy Procedure 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objection, and/or notices to creditors, creditors committees and parties in interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above referenced bankruptcy court.

Requests for all notice purposes and for inclusion in the Master Mailing list should be sent to the address below:

> Jason T Piskel
> Benjamin J McDonnell
> Piskel Yahne Kovarik, PLLC
> 522 W Riverside Avenue, Suite 700
> Spokane, WA 99201
> Telephone: (509) 321-5930
> Email: jtp@pyklawyers.com
> Email: ben@pyklawyers.com

//

//

//

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 2



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

18-03197-FPC11    Doc 325    Filed 06/12/19    Entered 06/12/19 10:30:54    Pg 2 of 3

DATED this 11th day of June 2019.

      PISKEL YAHNE KOVARIK, PLLC


    /s/ Jason T. Piskel
    JASON T. PISKEL, WSBA #35398
    jtp@pyklawyers.com
    BENJAMIN J. MCDONNELL, WSBA #45547
    ben@pyklawers.com
    PISKEL YAHNE KOVARIK, PLLC
    522 West Riverside Ave., Suite 700
    Spokane, WA 99201
    Telephone: (509) 321-5930
    Facsimile: (509) 321-5935

    *Attorneys for David M. Carlson*
    *and Clever Capital, LLC*

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 3



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935