Mark D. Waldron
Law Offices of Mark D. Waldron, PLLC
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Tel.: ( (253) 565-5800
Email: mark@mwaldronlaw.com

*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

    Debtor.

Case No. 18-03197

The Honorable Frederick P. Corbit

Chapter 11

**NOTICE OF EMPLOYMENT APPLICATION**

**TO: U.S. TRUSTEE'S OFFICE**

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his capacity as the Chapter 11 Trustee in the above-captioned bankruptcy case, has filed an application to employ the Potomac Law Group as counsel. Ms. Egan, lead counsel for the Chapter 11 Trustee, has moved from CKR Law LLP to the Potomac Law Group. The Chapter 11 Trustee wishes to continue Ms. Egan's services.

NOTICE OF APPLICATION TO EMPLOY PLG - Page 1

**PLEASE TAKE FURTHER NOTICE** that any objection to the Employment Application must be filed with the above-captioned court and served upon undersigned counsel within seven days (7) of the Service Date set forth below.

**PLEASE TAKE FURTHER NOTICE** that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and file.

**DATE OF SERVICE:** June 28, 2019.

DATED this 28 day of June, 2019.

By: _____
Mark D. Waldron, *Chapter 11 Trustee*

NOTICE OF APPLICATION TO EMPLOY PLG - Page 2