## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-03197 |
| GIGA WATT, INC. ) | |
| ) | **ORDER APPROVING EMPLOYMENT** |
| ) | **UNDER 11 U.S.C. §327 BY TRUSTEE/** |
| Debtor(s) ) | **DEBTOR-IN-POSSESSION** |

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of DWYER PEMBERTON COULSON (DP&C) as ACCOUNTANT for trustee/debtor-in-possession is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §328.

2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

///End of Order///

Presented by: _____

(Signature/address/phone)
Mark D. Waldron, Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466 (Ph 253-565-5800)

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. §327 - 1