MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ACCOUNTANT FOR CHAPTER 11 TRUSTEE**

**TO:** U.S. TRUSTEE'S OFFICE

    **PLEASE TAKE NOTICE** that the Court-appointed Chapter 11 Trustee, MARK D. WALDRON, has filed an Application to employ Dwyer Pemberton & Coulson as accountant for the Chapter 11 Trustee. The Application is on file with the above Court. Any party desiring information as to the details may request the same from the Clerk of the Court or from the undersigned Trustee.

    IF YOU OPPOSE THE APPLICATION, you must file your written response with the Court Clerk, 904 West Riverside Ave., Suite 304, Spokane, WA 99201, and deliver a copy to the undersigned **WITHIN SEVEN (7) DAYS OF THE DATE OF THIS NOTICE**. IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE APPLICATION WITHOUT FURTHER NOTICE.

    DATED this 28th day of June, 2019.

    /s/ MARK D. WALDRON
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF ACCOUNTANT FOR CHAPTER 11 TRUSTEE

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7   Doc 331   Filed 06/28/19   Entered 06/28/19 14:26:20   Pg 1 of 1