MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

　　　　Debtor.

Case No. 18-03197-FPC11

**DECLARATION OF SERVICE OF NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF COUNSEL FOR CHAPTER 11 TRUSTEE**

**I, DIANA L. ATKINS**, declare under penalty of perjury as follows:

1. I am over the age of majority and am competent to make this Declaration based upon my personal knowledge.

2. I am an employee of Mark D. Waldron, the Court-appointed Chapter 11 Trustee in the above proceeding.

3. On June 28, 2019, I cause to be forwarded, via electronic notification, a copy of the Notice of Application for Order Approving Employment of the Potomac Law Group as General Bankruptcy Counsel for Chapter 11 Trustee in the above proceeding to the U.S. Trustee's Office, pursuant to FRBP 2014 and LBR 2014-1.

4. I make the foregoing statements under penalty of perjury.

**DATED** this 28th day of June, 2019.

　　　　　　　　　　/s/ DIANA L. ATKINS
　　　　　　　　　　DIANA L. ATKINS

DECLARATION OF SERVICE -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 332    Filed 06/28/19    Entered 06/28/19 14:58:27    Pg 1 of 1