Pamela M. Egan, WSBA No. 54736 (*Pro Hac Vice*)
The Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, in his capacity
as the duly-appointed Chapter 11 Trustee herein*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197

The Honorable Frederick P. Corbit

Chapter 11

**AMENDED NOTICE OF SUBSTITUTION AND DESIGNATION OF PROPOSED NEW COUNSEL**

**TO: CRK LAW LLP, PAUL H. BEATTIE AND ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that Mark D. Waldron, in his capacity as the Chapter 11 Trustee in the above-captioned bankruptcy case, hereby gives this amended notice of the substitution of general bankruptcy counsel. Subject to Court approval, the Potomac Law Group will replace CKR Law LLP and Paul H. Beattie in the above-captioned bankruptcy case.

AMENDED NOTICE OF SUBSTITUTION OF COUNSEL, etc. - Page 1

**PLEASE TAKE FURTHER NOTICE** that the Chapter 11 Trustee has filed or shortly will file an application to retain the Potomac Law Group as general bankruptcy counsel.

DATED this 28 day of June, 2019.

POTOMAC LAW GROUP

By: */s/ Pamela M. Egan*
Pamela M. Egan
*Proposed Counsel to Chapter 11 Trustee*

**SIGNED AND ACKNOWLEDGED PURSUANT TO LBR 9010-1(b)(6) ON THIS 28 DAY OF JUNE 2019.**

Mark D. Waldron,
*Chapter 11 Trustee*

AMENDED NOTICE OF SUBSTITUTION OF COUNSEL, etc. - Page 2

18-03197-FPC11    Doc 333    Filed 06/28/19    Entered 06/28/19 14:59:22    Pg 2 of 2