MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**DECLARATION OF SERVICE OF NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ACCOUNTANT FOR CHAPTER 11 TRUSTEE**

**I, DIANA L. ATKINS**, declare under penalty of perjury as follows:

1. I am over the age of majority and am competent to make this Declaration based upon my personal knowledge.

2. I am an employee of Mark D. Waldron, the Court-appointed Chapter 11 Trustee in the above proceeding.

3. On June 28, 2019, I cause to be forwarded, via electronic notification, a copy of the Notice of Application for Order Approving Employment of Dwyer Pemberton Coulson (DP&C) as Accountant for Chapter 11 Trustee in the above proceeding to the U.S. Trustee's Office, pursuant to FRBP 2014 and LBR 2014-1.

4. I make the foregoing statements under penalty of perjury.

**DATED** this 28th day of June, 2019.

                /s/ DIANA L. ATKINS
                DIANA L. ATKINS

DECLARATION OF SERVICE -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 334    Filed 06/28/19    Entered 06/28/19 14:59:27    Pg 1 of 1