MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit
Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:
)
)                    **Case No. 18-03197-FPC11**
GIGA WATT INC.        )
)                    **CHAPTER 11 TRUSTEE'S MONTHLY**
Debtor.        )    **FINANCIAL REPORT FOR JUNE 2019**
_____)

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of June 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for June 2019 (Exhibit 3), incorporated herein by reference.

Significant developments during reporting period:

1.      The Estate continues to operate the Moses Lake facility. Mining revenues were over $400,000.00, with an additional $53,000.00 of revenue, primarily from the subtenant for its rent and proportional obligation for the utilities.

Specifically, for the month of June 2019, revenue generated from mining activities totaled $446,876.24, of which 46% was attributed to Bitcoin mining, 13% to Ethereum mining and 41% to Litecoin mining. While the price of Bitcoin went up in June from May, Litecoin and Ethereum both experienced a month on month price decline. Despite these opposite movements, monthly revenue still grew from May's revenue $377,331.77, an increase of 18%. (It should be noted that these figures are reported

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

based on an actual calendar month, however the funds are transmitted to the estate on a weekly basis.)

From an operational perspective, additional bitcoin miners were placed into production in the month of June, increasing from 21.53 PHs to 23.94PHs, an increase roughly equivalent to 172 Bitcoin mining machines. We did experience a major power outage on June 27, 2019, however power was restored within 24 hours.

Recall that the estate is on an accelerated repayment schedule to the landlord at the Moses Lake facility. The landlord was owed past due rent, past due power payments, and other costs and expenses. The landlord also posted a bond and paid the catchup power payments in order to allow the Debtor to restart operations at Moses Lake. Rent and utility payments are current and the Trustee continues to aggressively repay the past due amounts which were owed when the Trustee took over operations. While Exhibit 2 seems to indicate that there was a loss during the month of June 2019, the negative number arises only as a result of the Trustee paying additional amounts to the landlord from cash reserves in order to more rapidly reduce that obligation. The sooner the landlord is fully repaid, the sooner that the net revenues will be available to benefit other creditors going forward.

2.     The Trustee is working on restarting operations at the TNT facilities in East Wenatchee. The rent is current, however the Douglas County PUD is owed approximately $48,000.00 in past due power payments, which were incurred prior to the Trustee's appointment and will require a deposit of $100,000.00 before they will energize the facility. The Trustee has been working on obtaining a DIP loan in order to commence operations. Based upon the actual physical inventory and the projections of the estate's consultants, it is projected that operation of this facility will result in a substantial net profit to the estate. Trustee hopes to finalize the details and obtain a commitment in the near future. Application and notice will follow shortly thereafter.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

3.    During the month of June 2019, the Trustee again met with the Douglas County PUD and its various attorneys to discuss the Pangborn site. Recall that Giga Watt entered into a lease with the Port of Douglas County for property at the Pangborn area industrial park and likewise entered into a power contract with Douglas County PUD. The Trustee has been working on legal and factual evaluations of this site. There is no power to the primary site and the PUD served a termination notice on the Debtor, pre-petition. Likewise in June 2019, the deadline for assuming or rejecting the Pangborn Port lease occurred. Without any ability to assume the lease or to obtain power (if the power contract was terminated pre-petition as alleged, the Debtor would have to apply as a new customer and the Douglas County PUD has placed a one-year moratorium for any new customers), the estate was unable to agree to the assumption terms requested. Therefore, the lease was rejected. The Trustee is working on terms of an agreement to capture any realizable value of the property located at the Pangborn site, in coordination with an agreement with the Port of Douglas County. This event was unfortunate, but was beyond the control of the Trustee and based upon pre-petition events.

4.    The estate employed a CPA firm to prepare the tax reports which are required, specifically the State of Washington, Department of Revenue reporting. Due to the lack of financial records of the Debtor, the Trustee is working with Department of Revenue to properly report to the State of Washington from the date of the bankruptcy filing through the end of the second quarter of 2019. Those reports are due by July 25, 2019 and will be filed prior to that date. The estate will pay the corresponding business and occupation taxes due as well. Except for the B&O taxes, at month end the Debtor was not delinquent on any post-petition tax obligations.

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of June 2019 from all sources were **$505,117.73.**

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 15th day of July, 2019.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

MONTHLY FINANCIAL REPORT -4-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | *******25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 06/01/19 - 06/30/19 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/19 | | Eco Diversified Holdings | June 2019 rent for Pod 8 of Parcel E pods, Moses Lake facility | 4002-00 | 9,000.00 | | 126,064.44 |
| 06/03/19 | | Eco Diversified Holdings | Utilities for May 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 17,343.01 | | 143,407.45 |
| 06/03/19 | | David Knowles | Proceeds from sale of old printer | 4099-000 | 100.00 | | 143,507.45 |
| 06/03/19 | | Wenatchee Valley Salvage & Recycling | Proceeds from sale of scrap metal, etc. from Pangborn cleanup. | 4099-000 | 768.80 | | 144,276.25 |
| 06/03/19 | | Wenatchee Valley Salvage & Recycling | Proceeds from sale of scrap metal, etc. from Pangborn cleanup | 4099-000 | 126.00 | | 144,402.25 |
| 06/03/19 | | Michelsen Packaging Company | Proceeds from recycling cardboard from Pangborn cleanup | 4099-000 | 23.73 | | 144,425.98 |
| 06/03/19 | 153 | Lauren Miehe | Invoice dated 4-22-19 | 6007-013 | | 12,000.00 | 132,425.98 |
| 06/03/19 | 154 | Lauren Miehe | Reimbursement of costs (Invoice dated 6-2-19) | 6007-014 | | 293.01 | 132,132.97 |
| 06/03/19 | 155 | Allen Oh | Invoices for Weeks #6 and #7 (4/15/19 - 4/26/19) | 6007-013 | | 9,937.50 | 122,195.47 |
| 06/03/19 | 156 | Austin Harrison | Invoice dated 6-2-19 | 6007-013 | | 2,310.00 | 119,885.47 |
| 06/03/19 | 157 | Skyler Simpson | Invoice dated 6-2-19 | 6007-013 | | 1,975.00 | 117,910.47 |
| 06/03/19 | 158 | David Knowles | Invoice dated 6-2-19 | 6007-013 | | 400.00 | 117,510.47 |
| 06/03/19 | 159 | Porfirio Jaimes | Invoice dated 6-2-19 | 6007-013 | | 1,488.75 | 116,021.72 |
| 06/03/19 | 160 | George Washington Towing | Invoice #11418 dated 5/24/19, final invoice for cleanup at Pangborn | 6004-000 | | 5,875.00 | 110,146.72 |
| 06/05/19 | 161 | Waste Management of Wenatchee | Customer ID 19-27751-03004, Invoice #0031085-2674-4 | 6010-000 | | 386.07 | 109,760.65 |
| 06/05/19 | 162 | Waste Management of Wenatchee | Customer ID 21-80008-43002, Invoice #0031072-2674-2 | 6010-000 | | 750.93 | 109,009.72 |
| 06/05/19 | 163 | Waste Management of Wenatchee | Customer ID 19-19019-33003, Invoice | 6010-000 | | 129.28 | 108,880.44 |
| | | | **Subtotals :** | | **$27,361.54** | **$35,545.54** | |

{} Asset reference(s)

EXHIBIT

# Ledger Report

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 18-03197-FPC11 FPC | | **Trustee:** | Mr. Mark D. Waldron (670070) | |
| **Case Name:** | GIGA WATT INC. | | **Bank Name:** | Metropolitan Commercial Bank | |
| | | | **Account:** | ******25 - Checking Account | |
| **Taxpayer ID #:** | 81-4797010 | | **Blanket Bond:** | $0.00  (per case limit) | |
| **Period:** | 06/01/19 - 06/30/19 | | **Separate Bond:** | N/A | |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #1802175-2674-8 | | | | |
| 06/05/19 | 164 | Waste Management of Wenatchee | Customer ID 18-94210-33005, Invoice #1762714-2674-2 (FINAL BILL) | 6010-000 | | 252.08 | 108,628.36 |
| 06/05/19 | 165 | Waste Management of Wenatchee | Customer ID 19-52232-33005, Invoice #1761626-2674-9 (FINAL BILL) | 6010-000 | | 461.92 | 108,166.44 |
| 06/05/19 | 166 | Waste Management of Wenatchee | Customer ID 19-13831-63005, Invoice #1769073-2674-6 (FINAL BILL) | 6010-000 | | 50.84 | 108,115.60 |
| 06/06/19 | | Moses Lake Facility | Mining operations | 4001-000 | 90,779.31 | | 198,894.91 |
| 06/07/19 | 167 | TNT Business Complexes, LLC | Lease payment for June 2019, TNT Facility | 6003-000 | | 11,600.00 | 187,294.91 |
| 06/07/19 | | MLDC I, LLC | 77% of Moses Lake revneue (through 5/31/19) | 6003-000 | | 80,875.13 | 106,419.78 |
| 06/10/19 | | David Knowles | Returned check - check written on incorrect account. | 4099-000 | -100.00 | | 106,319.78 |
| 06/13/19 | | Moses Lake facility | Mining operations | 4001-000 | 95,361.91 | | 201,681.69 |
| 06/13/19 | 168 | United Rentals | Rental Reservations #170403175 (pre-payment for forklift rental) | 6004-000 | | 1,098.11 | 200,583.58 |
| 06/13/19 | 169 | Insta Stor Inc. | Invoice #2397 (storage container rental through July 2019) | 6004-000 | | 355.22 | 200,228.36 |
| 06/13/19 | 170 | Stretto | Invoice #2870 (including balance forward, Invoice #2834) | 6007-000 | | 7,375.60 | 192,852.76 |
| 06/14/19 | | David Knowles | Proceeds from sale of old printer | 4099-000 | 100.00 | | 192,952.76 |
| 06/14/19 | | Eco Diversified Holdings | Utilities for June 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 26,575.16 | | 219,527.92 |
| 06/14/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 6-6-19) | 6003-000 | | 69,900.07 | 149,627.85 |
| 06/17/19 | 171 | Lauren Miehe | Balance owing on invoice dated 5-5-19 (4-22-19 through 5-3-19) | 6007-013 | | 13,350.00 | 136,277.85 |
| 06/17/19 | 172 | Allen Oh | Balance of Invoice #8, Payment of Invoices | 6007-013 | | 11,250.00 | 125,027.85 |
| | | | **Subtotals :** | | **$212,716.38** | **$196,568.97** | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | *******25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00  (per case limit) |
| Period: | 06/01/19 - 06/30/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11 and #12 (through 5-31-19) | | | | |
| 06/17/19 | 173 | Austin Harrison | Invoice dated 6-16-19 (through 6-14-19) | 6007-013 | | 2,400.00 | 122,627.85 |
| 06/17/19 | 174 | Skyler Simpson | Invoice dated 6-16-19 (through 6-14-19) | 6007-013 | | 2,000.00 | 120,627.85 |
| 06/17/19 | 175 | Porfirio Jaimes | Invoice dated 6-16-19 (through 6-14-19) | 6007-013 | | 1,480.00 | 119,147.85 |
| 06/17/19 | | MLDC I, LLC | Balance of Moses Lake revenue (through 6-6-19) | 6003-000 | | 20,879.24 | 98,268.61 |
| 06/18/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 6-13-19) | 6003-000 | | 73,428.67 | 24,839.94 |
| 06/20/19 | | Moses Lake facility | Mining operations | 4001-000 | 107,535.78 | | 132,375.72 |
| 06/25/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 6-20-19) | 6003-000 | | 82,802.55 | 49,573.17 |
| 06/27/19 | | Moses Lake facility | Mining operations | 4001-000 | 116,899.69 | | 166,472.86 |
| 06/28/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 6-27-19) | 6003-000 | | 90,012.76 | 76,460.10 |

**ACCOUNT TOTALS**      1,187,023.76      1,110,563.66      **$76,460.10**

## TOTAL - ACCOUNT  *******25

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 117,064.44 | | |
| 8 | | Deposits | 54,036.70 | Checks | 87,219.31 |
| 0 | | Interest Postings | 0.00 | Adjustments Out | 417,998.42 |
| | | Subtotal | $171,101.14 | Transfers Out | 0.00 |
| 4 | | Adjustments In | 410,576.69 | Total | $505,217.73 |
| 0 | | Transfers In | 0.00 | | |
| | | Total | $581,677.83 | | |

{} Asset reference(s)


Printed: 07/08/19 10:07 AM    **GIGA WATT INC. (18-03197-FPC11)**    Page: 1

**Operating Statement**

Period: 06/01/19 - 06/30/19

### Income

| | | |
|---|---|---|
| 4001-000 Revenue from Operating Business | | $410,576.69 |
| 4002-00 Rents | | $9,000.00 |
| 4099-000 Other Receipts | | $44,936.70 |
| **Total Income** | | **$464,513.39** |

### Expenses

| | | |
|---|---|---|
| 6003-000 Admin. Rent | | $429,498.42 |
| 6004-000 Costs to Secure/Maintain Property | | $7,328.33 |
| 6007-000 Professional Fees & Expenses | | |
|    6007-000 Professional Fees & Expenses | $7,375.60 | |
|    6007-013 Consultant for Trustee Fees | $58,591.25 | |
|    6007-014 Consultant for Trustee Expenses | $293.01 | |
| | | $66,259.86 |
| 6010-000 Other Expenses | | $2,031.12 |
| **Total Expenses** | | **$505,117.73** |
| | | |
| **Net Income Before Distribution to Claims** | | **$-40,604.34** |

 **Metropolitan**
**Commercial Bank.**
The **Entrepreneurial** Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

 EXHIBIT **3**

 Member
**FDIC**

Period Covered:
June 01, 2019 - June 28, 2019
Page 1 of 10

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ████9625 | $118,312.90 | $86,235.70 |
| Total | | $118,312.90 | $86,235.70 |

### Notable Information For You...

Once a check is deposited into your account, you should wait 7 business days to see if it is returned before writing checks against the deposit. Returned deposit items (RDI's) may occur due to non-sufficient funds or stop payments at the payor's bank. If you have a deposit returned, you will be notified immediately by email and sent a notice through regular mail. If you receive an RDI notice, immediately place stops on any checks on that deposit and arrange for a replacement deposit.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
FDIC

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

Case Number — 18-03197-FPC11

Case Name — GIGA WATT INC
DEBTOR

Trustee Number — 670070

Trustee Name — Mr. Mark D. Waldron
TRUSTEE

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING

**Account Number:** ██████9625

| Enclosures | 24 | Beginning Balance | $118,312.90 |
|---|---|---|---|
| | | +Total Additions | $464,613.39 |
| | | -Total Subtractions | $496,690.59 |
| | | **Ending Balance** | **$86,235.70** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 150 | 06-05 | $975.00 |
| 151 | 06-05 | $149.18 |
| 152 | 06-05 | $124.28 |
| 153 | 06-10 | $12,000.00 |
| 154 | 06-10 | $293.01 |
| 155 | 06-11 | $9,937.50 |
| 156 | 06-11 | $2,310.00 |
| 157 | 06-10 | $1,975.00 |
| 158 | 06-11 | $400.00 |
| 159 | 06-10 | $1,488.75 |
| 160 | 06-11 | $5,875.00 |
| 161 | 06-13 | $386.07 |
| 162 | 06-13 | $750.93 |
| 163 | 06-13 | $129.28 |
| 164 | 06-13 | $252.08 |
| 165 | 06-13 | $461.92 |
| 166 | 06-13 | $50.84 |
| 167 | 06-11 | $11,600.00 |
| 168 | 06-19 | $1,098.11 |
| 169 | 06-25 | $355.22 |
| 171* | 06-24 | $13,350.00 |
| 172 | 06-21 | $11,250.00 |
| 174* | 06-25 | $2,000.00 |
| 175 | 06-24 | $1,480.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-07 | WIRE TO MLDC 1 LLC | $80,875.13 |
| 06-10 | RETURN CHECK FROM DEPOSIT | $100.00 |
| 06-17 | WIRE TO MLDC 1 LLC | $69,900.07 |
| 06-17 | WIRE TO MLDC 1 LLC | $20,879.24 |
| 06-18 | WIRE TO MLDC 1 LLC | $73,428.67 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Period Covered:
June 01, 2019 - June 28, 2019
Page 3 of 10

| Date | Description | Subtractions |
|------|-------------|--------------|
| 06-25 | WIRE TO MLDC 1 LLC | $82,802.55 |
| 06-28 | WIRE TO MLDC 1 LLC | $90,012.76 |

### Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 06-05 | REMOTE DEPOSIT REF#0100005 | $27,361.54 |
| 06-06 | WIRE FROM COINME INC | $90,779.31 |
| 06-13 | WIRE FROM COINME INC | $95,361.91 |
| 06-17 | REMOTE DEPOSIT REF#0100006 | $26,675.16 |
| 06-20 | WIRE FROM COINME INC | $107,535.78 |
| 06-27 | WIRE FROM COINME INC | $116,899.69 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-05 | $144,425.98 | 06-06 | $235,205.29 | 06-07 | $154,330.16 |
| 06-10 | $138,473.40 | 06-11 | $108,350.90 | 06-13 | $201,681.69 |
| 06-17 | $137,577.54 | 06-18 | $64,148.87 | 06-19 | $63,050.76 |
| 06-20 | $170,586.54 | 06-21 | $159,336.54 | 06-24 | $144,506.54 |
| 06-25 | $59,348.77 | 06-27 | $176,248.46 | 06-28 | $86,235.70 |