# Notice Recipients

District/Off: 0980−2 | User: notice | Date Created: 7/25/2019
Case: 18−03197−FPC11 | Form ID: trc | Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| 4035179 | Emerald City Statewide LLC | c/o Pepple Cantu Schmidt PLLC | 1000 Second Ave Suite 2950 | Seattle, WA 98104 |
| 4019801 | Treehouse Technology Group, LLC | 300 Bedford Street, Unit 214 | Manchester, NH 03101 | |

TOTAL: 2

18-03197-FPC7    Doc 343-2    Filed 07/25/19    Entered 07/25/19 08:17:46    Pg 1 of 1