B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Washington

In re Giga Watt Inc.,    Case No. 18-03197-FPC11

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Winland Credit Partners LLC | Neppel Electrical & Controls, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box #206
N. Stonington, CT 06359

Court Claim # (if known): 121
Amount of Claim: $479,959.63
Date Claim Filed: 02/18/2019

Phone: 1-917-767-4262
Last Four Digits of Acct #: _____

Phone: 1-509-765-4437
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Stout    Date: 07/25/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT 1

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is acknowledged, Neppel Electrical & Controls, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to Winland Credit Partners LLC ("Purchaser") all of Seller's right, title, and interest in and to Proof of Claim No. 121-2 ("Claim") filed against Giga Watt Inc. ("Debtor") (Case No. 18-03197-FPC11) in the amount of $479,959.63. Seller waives any objection to the transfer of the Claim on the books and records of the Debtor and Bankruptcy Court, and waives any notice or right to a hearing as may be imposed by Rule 3001. Seller acknowledges, and stipulates that an Order may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 20, 2019.

Neppel Electrical & Controls, LLC

By: *Mary Moncada*
Mary Moncada, Member