# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 7/25/2019
Case: 18–03197–FPC11 | Form ID: trc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4036140  Neppel Electrical & Controls, LLC    c/o Ries Law Firm, P.S.    P.O. Box 2119    Moses Lake, WA 98837

TOTAL: 1