In re:                                                                Case No. 18-03197-FPC
GIGA WATT INC                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2         User: notice            Page 1 of 2              Date Rcvd: Jul 25, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
4035179        +Emerald City Statewide LLC,    c/o Pepple Cantu Schmidt PLLC,    1000 Second Ave Suite 2950,
                 Seattle, WA 98104-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4019801         ##+Treehouse Technology Group, LLC,    300 Bedford Street, Unit 214,    Manchester, NH 03101-1102
                                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee
               bellison@lawdbs.com
              Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Brian A. Walker    on behalf of Defendant Jeffrey  Field bwalker@omwlaw.com,  kreynolds@omwlaw.com
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
               chrisr@rieslawfirm.com,  diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
              Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
               luksetich@lasher.com
              Daniel J Bugbee    on behalf of Creditor Committee    Unsecured Creditors' Committee
               dbugbee@lawdbs.com,  paralegal@lawdbs.com
              David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,  amy@dadkp.com
              Dina L Yunker Frank    on behalf of Creditor    Washington State Taxing Agencies
               BCUYunker@atg.wa.gov,  dinay@ATG.WA.GOV
              Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
               Inc. dscalia@lawdbs.com,  paralegal@lawdbs.com
              Dominique R Scalia    on behalf of Creditor Committee    Unsecured Creditors' Committee
               dscalia@lawdbs.com,  paralegal@lawdbs.com
              Douglas A. Hofmann    on behalf of Creditor Refael  Sofair dhofmann@williamskastner.com
              Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
              Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
               danderson@pcslegal.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- John Knox on behalf of Creditor Refael Sofair jknox@williamskastner.com, kmejia@williamskastner.com
- Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group joe.sakay@hcmp.com, michele.smith@hcmp.com;bankruptcy@hcmp.com;carol.cannon@hcmp.com
- Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
- Mark Waldron trustee@mwaldronlaw.com, mark@mwaldronlaw.com
- Pamela Marie Egan on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com
- Pamela Marie Egan on behalf of Trustee Mark Waldron pegan@potomaclaw.com
- Quentin D Batjer on behalf of Creditor Port of Douglas County pam@dadkp.com, quentin@dadkp.com
- Roberto H Castro on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com, castro.ava@gmail.com
- Scott Weaver on behalf of Creditor Executive Flight, Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com
- Scott B Henrie on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com, DLevitin@williamskastner.Com
- Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
- US Trustee USTP.REGION18.SP.ECF@usdoj.gov
- Vanessa Pierce Rollins on behalf of Creditor Clever Capital, LLC vprollins@gmail.com
- Vanessa Pierce Rollins on behalf of Creditor David M Carlson vprollins@gmail.com
- William L Hames on behalf of Creditor Port of Douglas County billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,emmal@hawlaw.com,chlaynef@hawlaw.com

TOTAL: 38

2100 B (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF WASHINGTON
Case No. 18-03197-FPC11
Chapter 11

In re: Debtor(s) (including Name and Address)

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee WA 98801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2019.

Name and Address of Alleged Transferor(s):

Claim No. 45: Emerald City Statewide LLC, c/o Pepple Cantu Schmidt PLLC, 1000 Second Ave Suite 2950, Seattle, WA 98104
Claim No. 48: Treehouse Technology Group, LLC, 300 Bedford Street, Unit 214, Manchester, NH 03101

Name and Address of Transferee:

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/19

Beverly A. Benka
**CLERK OF THE COURT**