```
                              United States Bankruptcy Court
                              Eastern District of Washington
In re:                                                        Case No. 18-03197-FPC
GIGA WATT INC                                                 Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0980-2          User: notice            Page 1 of 2         Date Rcvd: Jul 25, 2019
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
4036140        +Neppel Electrical & Controls, LLC,    c/o Ries Law Firm, P.S.,    P.O. Box 2119,
                 Moses Lake, WA 98837-0519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4036140        +E-mail/Text: diana@rieslawfirm.com Jul 26 2019 02:50:35      Neppel Electrical & Controls, LLC,
                 c/o Ries Law Firm, P.S.,   P.O. Box 2119,   Moses Lake, WA 98837-0519
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee
               bellison@lawdbs.com
              Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com
              Brian A. Walker    on behalf of Defendant Jeffrey   Field bwalker@omwlaw.com, kreynolds@omwlaw.com
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
               chrisr@rieslawfirm.com,  diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
              Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
               luksetich@lasher.com
              Daniel J Bugbee    on behalf of Creditor Committee    Unsecured Creditors' Committee
               dbugbee@lawdbs.com,   paralegal@lawdbs.com
              David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,  amy@dadkp.com
              Dina L Yunker Frank    on behalf of Creditor    Washington State Taxing Agencies
               BCUYunker@atg.wa.gov,   dinay@ATG.WA.GOV
              Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
               Inc. dscalia@lawdbs.com,   paralegal@lawdbs.com
              Dominique R Scalia    on behalf of Creditor Committee    Unsecured Creditors' Committee
               dscalia@lawdbs.com,   paralegal@lawdbs.com
              Douglas A. Hofmann    on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com
              Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
              Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
               danderson@pcslegal.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com
              John  Knox    on behalf of Creditor Refael   Sofair jknox@williamskastner.com,
               kmejia@williamskastner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joseph A.G. Sakay   on behalf of Interested Party   Allrise Financial Group joe.sakay@hcmp.com, michele.smith@hcmp.com;bankruptcy@hcmp.com;carol.cannon@hcmp.com
      Kathryn R McKinley   on behalf of Creditor   Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
      Mark  Waldron    trustee@mwaldronlaw.com, mark@mwaldronlaw.com
      Pamela Marie Egan   on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
      Pamela Marie Egan   on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
      Quentin D Batjer   on behalf of Creditor   Port of Douglas County pam@dadkp.com, quentin@dadkp.com
      Roberto H Castro   on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com, castro.ava@gmail.com
      Scott  Weaver   on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com
      Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com, DLevitin@williamskastner.Com
      Shauna S Brennan    on behalf of Creditor   ECO Diversified Holdings, Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
      US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
      Vanessa Pierce  Rollins   on behalf of Creditor   Clever Capital, LLC vprollins@gmail.com
      Vanessa Pierce  Rollins   on behalf of Creditor David M Carlson vprollins@gmail.com
      William L Hames   on behalf of Creditor    Port of Douglas County billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,emmal@hawlaw.com, chlaynef@hawlaw.com

      TOTAL: 38

2100 B (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF WASHINGTON
Case No. 18-03197-FPC11
Chapter 11

In re: Debtor(s) (including Name and Address)

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee WA 98801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 121: Neppel Electrical & Controls, LLC, c/o Ries Law Firm, P.S., P.O. Box 2119, Moses Lake, WA 98837 | Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/19

Beverly A. Benka
**CLERK OF THE COURT**