# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 7/30/2019
Case: 18–03197–FPC11 | Form ID: trc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4035625     CT Freight USA Inc     20202 Hwy 59 N     Humble, TX 77338

TOTAL: 1