B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Washington

In re  Giga Watt Inc.                ,            Case No.  18-03197-FPC11

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 507 Capital LLC | Electrical Power Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box #206
N. Stonington, CT 06359

Court Claim # (if known):  177
Amount of Claim:  $81,401.00
Date Claim Filed:  03/07/2019

Phone:  1-917-767-4262
Last Four Digits of Acct #: _____

Phone:  515-262-8161
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Stout                        Date: 07/30/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Electrical Power Products, Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **507 Capital LLC** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No. 177** (the "Proof of Claim") filed against **Giga Watt Inc.** (the "Debtor") in the amount of **$81,401.00** in *In re Giga Watt Inc.* **(Case No. 18-03197-FPC11)** pending in the United States Bankruptcy Court for the Eastern District of **Washington** (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on **July 25, 2019**.

**Electrical Power Products, Inc.**

By: *[signature]*
Name: TIMOTHY J. O'DONNELL
Title: PRESIDENT