# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 7/31/2019
Case: 18–03197–FPC11 | Form ID: trc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4039509    Electrical Power Products, Inc.    4240 Army Post Rd    United States    Des Moines, IA 50321

TOTAL: 1

18-03197-FPC7    Doc 348-2    Filed 07/30/19    Entered 07/30/19 10:11:38    Pg 1 of 1