Angie Lee, WSBA #47104
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, #2000
Seattle, WA 98104
(206) 287-4183
Attorney for State of Washington
Taxing Agencies

Judge Fredrick R. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re

GIGA WATT, INC.,

Debtor.

NO. 18-03197

NOTICE OF APPEARANCE OF STATE OF WASHINGTON AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the State of Washington, formerly appearing through Dina L. Yunker, Assistant Attorney General, is now represented by the undersigned Assistant Attorney General. Please direct all future notice, correspondence, and pleadings, except original process to:

ANGIE LEE
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 287-4183

DATED this 31st day of July, 2019.

ROBERT W. FERGUSON
Attorney General

DINA L. YUNKER, WSBA #16889
Assistant Attorney General

ROBERT W. FERGUSON
Attorney General

ANGIE LEE, WSBA #47104
Assistant Attorney General

SUBSTITUTION OF COUNSEL  1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150