In re:
GIGA WATT INC
    Debtor

Case No. 18-03197-FPC
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0980-2     User: notice     Page 1 of 2     Date Rcvd: Jul 30, 2019
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
4035625        +CT Freight USA Inc,    20202 Hwy 59 N,    Humble, TX 77338-2400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
         Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee
          bellison@lawdbs.com
         Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
         Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
         Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
         Brian A. Walker    on behalf of Defendant Jeffrey   Field bwalker@omwlaw.com,   kreynolds@omwlaw.com
         Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC
          chrisr@rieslawfirm.com,    diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
         Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
          luksetich@lasher.com
         Daniel J Bugbee    on behalf of Creditor Committee    Unsecured Creditors' Committee
          dbugbee@lawdbs.com,    paralegal@lawdbs.com
         David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
          amber@overcastlaw.com,lindat@overcastlaw.com
         David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
          amber@overcastlaw.com,lindat@overcastlaw.com
         David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,    amy@dadkp.com
         Dina L Yunker Frank    on behalf of Creditor    Washington State Taxing Agencies
          BCUYunker@atg.wa.gov,    dinay@ATG.WA.GOV
         Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
          Inc. dscalia@lawdbs.com,    paralegal@lawdbs.com
         Dominique R Scalia    on behalf of Creditor Committee    Unsecured Creditors' Committee
          dscalia@lawdbs.com,    paralegal@lawdbs.com
         Douglas A. Hofmann    on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com
         Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
         Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
          danderson@pcslegal.com
         James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
         Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com
         Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com
         Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
         Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com
         Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com
         John   Knox    on behalf of Creditor Refael   Sofair jknox@williamskastner.com,
          kmejia@williamskastner.com
         Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group joe.sakay@hcmp.com,
          michele.smith@hcmp.com;bankruptcy@hcmp.com;carol.cannon@hcmp.com
         Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com,
          ads@painehamblen.com

```
District/off: 0980-2                User: notice                 Page 2 of 2                  Date Rcvd: Jul 30, 2019
                                    Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mark  Waldron    trustee@mwaldronlaw.com,  mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor   Port of Douglas County pam@dadkp.com,
           quentin@dadkp.com
          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com,
           castro.ava@gmail.com
          Scott  Weaver    on behalf of Creditor   Executive Flight, Inc. weaver@carneylaw.com,
           fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com,
           DLevitin@williamskastner.Com
          Shauna S Brennan    on behalf of Creditor   ECO Diversified Holdings, Inc.
           sbrennan@outsidegeneralcounsel.com,  admin@outsidegeneralcounsel.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa Pierce  Rollins    on behalf of Creditor   Clever Capital, LLC vprollins@gmail.com
          Vanessa Pierce  Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com
          William L Hames    on behalf of Creditor   Port of Douglas County billh@hawlaw.com,
           mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,emmal@hawlaw.com,
           chlaynef@hawlaw.com

                                                                              TOTAL: 38

2100 B (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF WASHINGTON
Case No. 18-03197-FPC11
Chapter 11

In re: Debtor(s) (including Name and Address)

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee WA 98801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 55: CT Freight USA Inc, 20202 Hwy 59 N, Humble, TX 77338 | 507 Capital LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/19

Beverly A. Benka
**CLERK OF THE COURT**