```
                          United States Bankruptcy Court
                          Eastern District of Washington
```

In re:                                                    Case No. 18-03197-FPC
GIGA WATT INC                                             Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2          User: notice          Page 1 of 2          Date Rcvd: Jul 31, 2019
                              Form ID: trc           Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
4039509      ++ELECTRICAL POWER PRODUCTS  INC,   ATTN MARY GILMAN,   4240 ARMY POST ROAD,
               DES MOINES IA 50321-9609
              (address filed with court:  Electrical Power Products, Inc.,   4240 Army Post Rd,
               United States,   Des Moines, IA 50321)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4039509       E-mail/Text: MGilman@ep2.com Aug 01 2019 02:58:35     Electrical Power Products, Inc.,
              4240 Army Post Rd,   United States,   Des Moines, IA 50321
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
          Benjamin A Ellison   on behalf of Creditor Committee   Unsecured Creditors' Committee
          bellison@lawdbs.com
          Benjamin J McDonnell   on behalf of Defendant   Clever Capital, LLC ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
          Benjamin J McDonnell   on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
          Benjamin J McDonnell   on behalf of Defendant   Enterprise Focus, Inc. ben@pyklawyers.com,
          lauren@pyklawyers.com,eboudreau@pyklawyers.com
          Brian A. Walker   on behalf of Defendant Jeffrey   Field bwalker@omwlaw.com,  kreynolds@omwlaw.com
          Christopher F Ries   on behalf of Creditor   Neppel Electrical & Controls, LLC
          chrisr@rieslawfirm.com,  diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
          Danial D Pharris   on behalf of Creditor   NC Machinery Co. pharris@lasher.com,
          luksetich@lasher.com
          Daniel J Bugbee   on behalf of Creditor Committee   Unsecured Creditors' Committee
          dbugbee@lawdbs.com,  paralegal@lawdbs.com
          David A Kazemba   on behalf of Creditor   MLDC1, LLC dkazemba@overcastlaw.com,
          amber@overcastlaw.com,lindat@overcastlaw.com
          David A Kazemba   on behalf of Creditor   Giga Plex, LLC dkazemba@overcastlaw.com,
          amber@overcastlaw.com,lindat@overcastlaw.com
          David R Law   on behalf of Creditor   Port of Douglas County david@dadkp.com,  amy@dadkp.com
          Dina L Yunker Frank   on behalf of Creditor   Washington State Taxing Agencies
          BCUYunker@atg.wa.gov,  dinay@ATG.WA.GOV
          Dominique R Scalia   on behalf of Interested Party   Unsecured Creditors Committee of Giga Watt
          Inc. dscalia@lawdbs.com,  paralegal@lawdbs.com
          Dominique R Scalia   on behalf of Creditor Committee   Unsecured Creditors' Committee
          dscalia@lawdbs.com,  paralegal@lawdbs.com
          Douglas A. Hofmann   on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com
          Gary W Dyer   on behalf of U.S. Trustee   US Trustee Gary.W.Dyer@usdoj.gov
          Gretchen J. Hoog   on behalf of Attorney   Emerald City Statewide LLC ghoog@pcslegal.com,
          danderson@pcslegal.com
          James D Perkins   on behalf of U.S. Trustee   US Trustee james.perkins@usdoj.gov
          Jason T Piskel   on behalf of Defendant   Enterprise Focus, Inc. jtp@pyklawyers.com
          Jason T Piskel   on behalf of Creditor David M Carlson jtp@pyklawyers.com
          Jason T Piskel   on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
          Jason T Piskel   on behalf of Defendant   Clever Capital, LLC jtp@pyklawyers.com
          Jason T Piskel   on behalf of Creditor   Clever Capital, LLC jtp@pyklawyers.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John  Knox    on behalf of Creditor Refael  Sofair jknox@williamskastner.com,
          kmejia@williamskastner.com
          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group joe.sakay@hcmp.com,
          michele.smith@hcmp.com;bankruptcy@hcmp.com;carol.cannon@hcmp.com
          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com,
          ads@painehamblen.com
          Mark  Waldron    trustee@mwaldronlaw.com,  mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com,
          quentin@dadkp.com
          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com,
          castro.ava@gmail.com
          Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
          fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com,
          DLevitin@williamskastner.com
          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc.
          sbrennan@outsidegeneralcounsel.com,  admin@outsidegeneralcounsel.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa Pierce  Rollins    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com
          Vanessa Pierce  Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com
          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
          mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,emmal@hawlaw.com,
          chlaynef@hawlaw.com
                                                                      TOTAL: 38

# United States Bankruptcy Court

EASTERN DISTRICT OF WASHINGTON
Case No. 18-03197-FPC11
Chapter 11

In re: Debtor(s) (including Name and Address)

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee WA 98801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 177: Electrical Power Products, Inc., 4240 Army Post Rd, United States, Des Moines, IA 50321 | 507 Capital LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/02/19

Beverly A. Benka
**CLERK OF THE COURT**