MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

      Debtor.

Case No. 18-03197-FPC11

CHAPTER 11 TRUSTEE'S MONTHLY
FINANCIAL REPORT FOR JULY 2019

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of July 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for July 2019 (Exhibit 3), incorporated herein by reference.

<u>Significant developments during reporting period:</u>

1. The Estate continues to operate the Moses Lake facility. Mining revenues were $378,316.68, with an additional $35,838.50 of revenue from the subtenant for its rent and proportional obligation for the utilities. Attached hereto and incorporated herein by reference as Exhibit 4 is a detailed narrative report from Court-appointed consultant, Douglas Pratt, regarding Giga Watt's mining operations for July 2019.

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7   Doc 352   Filed 08/14/19   Entered 08/14/19 09:08:55   Pg 1 of 15

2. Recall that the estate is on an accelerated repayment schedule to the landlord at the Moses Lake facility. The landlord was owed past due rent, past due power payments, and other costs and expenses. The landlord also posted a bond and paid the catchup power payments in order to allow the Debtor to restart operations at Moses Lake. Rent and utility payments are current and the Trustee continues to aggressively repay the past due amounts which were owed when the Trustee took over operations. While Exhibit 2 seems to indicate that there was a loss during the month of July 2019, the negative number arises only as a result of the Trustee paying additional amounts to the landlord <u>from cash reserves</u> in order to more rapidly reduce that obligation. The sooner the landlord is fully repaid, the sooner that the net revenues will be available to benefit other creditors going forward. Absent accelerated debt repayment, July was a profitable month.

3. The Trustee is negotiating with several lenders who have indicated an interest in loaning the Estate up to $200,000.00 in order to restart operations at the TNT facilities in East Wenatchee. The Estate has continued to pay current rent to the TNT landlord. The projections for operating the TNT facility indicate that it should generate net profit to the estate. Loan documents have been drafted and are being reviewed.

4. The Estate, after the bankruptcy filing, was delinquent on its tax reporting to the Department of Revenue. The Trustee has now submitted all reports through June 2019 and paid all taxes due. The next report, for the month of July 2019, is being prepared by the appointed CPA firm, is due by August 25, 2019, and will be timely submitted and any taxes associated therewith will be timely paid.

5. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

MONTHLY FINANCIAL REPORT -2-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 352    Filed 08/14/19    Entered 08/14/19 09:08:55    Pg 2 of 15

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of July 2019 from all sources were **$458,656.78.**

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 13th day of August, 2019.

*[signature]*

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report

Page: 1

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 07/01/19 - 07/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/19 | | Eco Diversified Holdings | July 2019 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 85,460.10 |
| 07/01/19 | 176 | Skyler Simpson | Invoice dated 6-30-19 (through 6-29-19) | 6007-013 | | 1,850.00 | 83,610.10 |
| 07/01/19 | 177 | Porfirio Jaimes | Invoice dated 6-30-19 (through 6-29-19) | 6007-013 | | 1,517.00 | 82,093.10 |
| 07/01/19 | 178 | Austin Harrison | Invoice dated 6-30-19 (through 6-29-19) | 6007-013 | | 2,400.00 | 79,693.10 |
| 07/01/19 | 179 | Allen Oh | Invoices #13 and #14 (through 6-13-19) | 6007-013 | | 6,000.00 | 73,693.10 |
| 07/01/19 | 180 | Lauren Miehe | Balance due on invoice dated 6-2-19 (through 5-31-19) | 6007-013 | | 5,887.50 | 67,805.60 |
| 07/01/19 | 181 | Lauren Miehe | Reimbursement for costs (invoice dated 6-30-19) | 6007-014 | | 217.95 | 67,587.65 |
| 07/01/19 | 182 | Dougs Diesel Repair Inc. | Invoice #44089, repairs to 2000 Ford F650 (Giga Watt, Inc.) | 6004-000 | | 557.73 | 67,029.92 |
| 07/02/19 | 183 | TNT Business Complexes, LLC | Lease payment for July 2019, TNT Facility | 6003-000 | | 11,600.00 | 55,429.92 |
| 07/05/19 | | Moses Lake Facility | Mining operations | 4001-000 | 103,495.11 | | 158,925.03 |
| 07/09/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 7-5-19) | 6003-000 | | 103,495.11 | 55,429.92 |
| 07/11/19 | | Moses Lake facility | Mining operations | 4001-000 | 107,286.15 | | 162,716.07 |
| 07/15/19 | 184 | U.S. Trustee | Acct #802-18-03197, US Trustee fees for 2nd Quarter 2019 | 6001-000 | | 10,972.23 | 151,743.84 |
| 07/15/19 | 185 | Heather Mulhall | Storage fees paid for Giga Watt (June - July 2019) | 6010-000 | | 155.00 | 151,588.84 |
| 07/15/19 | 186 | Heather Mulhall | Pay for one hour working on Giga Watt matters for Trustee | 6010-000 | | 54.00 | 151,534.84 |
| 07/15/19 | 187 | Waste Management of Wenatchee | Customer ID 21-80008-43002, Invoice #0031198-2674-5 | 6010-000 | | 354.45 | 151,180.39 |
| 07/15/19 | 188 | Waste Management of Wenatchee | Customer ID 19-19019-33003, Invoice #1808489-2674-7 | 6010-000 | | 124.28 | 151,056.11 |

Subtotals: $219,781.26 $145,185.25

{} Asset reference(s)

18-03197-FPC7    Doc 352    Filed 08/14/19    Entered 08/14/19 09:08:55    Pg 4 of 15

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 07/01/19 - 07/31/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/19 | 189 | Waste Management of Wenatchee | Customer ID 19-27751-03004, Invoice #0031193-2674-6 | 6010-000 | | 25.54 | 151,030.57 |
| 07/15/19 | 190 | Skyler Simpson | Invoice dated 7-14-19 (through 7-12-19) | 6007-013 | | 1,825.00 | 149,205.57 |
| 07/15/19 | 191 | Austin Harrison | Invoice dated 7-14-19 (through 7-12-19) | 6007-013 | | 2,400.00 | 146,805.57 |
| 07/15/19 | 192 | Porfirio Jaimes | Invoice dated 7-14-19 (through 7-12-19) | 6007-013 | | 1,498.50 | 145,307.07 |
| 07/15/19 | 193 | Allen Oh | Invoices #15, #16 and #17 (through 7-5-19) | 6007-013 | | 9,000.00 | 136,307.07 |
| 07/15/19 | 194 | Lauren Miehe | Invoices dated 6-16-19 & 6-30-19 (through 6-28-19) | 6007-013 | | 12,150.00 | 124,157.07 |
| 07/15/19 | 195 | Lauren Miehe | Reimbursement of costs (Invoice dated 7-14-19) | 6007-014 | | 200.01 | 123,957.06 |
| 07/15/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 7/11/19) | 6003-000 | | 82,610.34 | 41,346.72 |
| 07/18/19 | | Moses Lake facility | Mining operations | 4001-000 | 86,061.42 | | 127,408.14 |
| 07/22/19 | | Eco Diversified Holdings | Utilities for June 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 26,838.50 | | 154,246.64 |
| 07/22/19 | 196 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc. B&O taxes due for March 2019 | 6006-002 | | 375.61 | 153,871.03 |
| 07/22/19 | 197 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc. B&O taxes due for April 2019 | 6006-002 | | 3,641.98 | 150,229.05 |
| 07/22/19 | 198 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc. B&O taxes due for May 2019 | 6006-002 | | 6,054.47 | 144,174.58 |
| 07/22/19 | 199 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc. B&O taxes due for June 2019 | 6006-002 | | 6,158.65 | 138,015.93 |
| 07/22/19 | 200 | Stretto | Invoice #3013, Giga Watt, Inc. | 6007-000 | | 18,083.40 | 119,932.53 |
| 07/22/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 7-18-19) | 6003-000 | | 66,267.29 | 53,665.24 |
| 07/24/19 | 201 | TNT Business Complexes, LLC | Lease payment for August 2019, TNT Facility | 6003-000 | | 11,600.00 | 42,065.24 |
| 07/24/19 | 202 | Cascade Equipment Sales, LLC | Invoice #2169, Trailer rental July and August | 6004-000 | | 2,000.00 | 40,065.24 |
| | | | | Subtotals : | $112,899.92 | $223,890.79 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | | Account: | ********25 - Checking Account |
| Period: | 07/01/19 - 07/31/19 | | Blanket Bond: | $0.00 (per case limit) |
| | | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2019 (cleanup of Rock Island) | | | | |
| 07/25/19 | | Moses Lake facility | Mining operations | 4001-000 | 81,474.00 | | 121,539.24 |
| 07/29/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 7-25-19) | 6003-000 | | 62,734.98 | 58,804.26 |
| 07/30/19 | 203 | Lauren Miehe | Balance of invoice dated 7-14-19 and invoice dated 7-28-19 (through 7-24-19) | 6007-013 | | 11,793.75 | 47,010.51 |
| 07/30/19 | 204 | Lauren Miehe | Reimbursement of costs (invoice dated 7-28-19) | 6007-014 | | 43.93 | 46,966.58 |
| 07/30/19 | 205 | Allen Oh | Invoices #18, 19 and 20 (through 7-26-19) | 6007-013 | | 9,000.00 | 37,966.58 |
| 07/30/19 | 206 | Allen Oh | Reimbursement of costs (Invoice #18 dated 7-13-19) | 6007-014 | | 69.33 | 37,897.25 |
| 07/30/19 | 207 | Austin Harrison | Invoice dated 7-28-19 (through 7-26-19) | 6007-013 | | 2,400.00 | 35,497.25 |
| 07/30/19 | 208 | Skyler Simpson | Invoice dated 7-28-19 (through 7-27-19) | 6007-013 | | 2,012.50 | 33,484.75 |
| 07/30/19 | 209 | Porfirio Jaimes | Invoice dated 7-28-19 (through 7-27-19) | 6007-013 | | 1,526.25 | 31,958.50 |
| | | | ACCOUNT TOTALS | | 1,601,178.94 | 1,569,220.44 | $31,958.50 |

## TOTAL - ACCOUNT ********25

| Balance Forward | 76,460.10 | | | |
|---|---|---|---|---|
| 2 Deposits | 35,838.50 | 34 Checks | 143,549.06 | |
| 0 Interest Postings | 0.00 | 4 Adjustments Out | 315,107.72 | |
| Subtotal | $112,298.60 | 0 Transfers Out | 0.00 | |
| 4 Adjustments In | 378,316.68 | Total | $458,656.78 | |
| 0 Transfers In | 0.00 | | | |
| Total | $490,615.28 | | | |

{} Asset reference(s)

18-03197-FPC7    Doc 352    Filed 08/14/19    Entered 08/14/19 09:08:55    Pg 6 of 15

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 07/01/19 - 07/31/19


EXHIBIT 2

### Income

| | | |
|---|---|---:|
| 4001-000 | Revenue from Operating Business | $378,316.68 |
| 4002-00 | Rents | $9,000.00 |
| 4099-000 | Other Receipts | $26,838.50 |
| **Total Income** | | **$414,155.18** |

### Expenses

| | | |
|---|---|---:|
| 6001-000 | US Trustee Fees | $10,972.23 |
| 6003-000 | Admin. Rent | $338,307.72 |
| 6004-000 | Costs to Secure/Maintain Property | $2,557.73 |
| 6006-002 | Taxes - State | $16,230.71 |
| 6007-000 | Professional Fees & Expenses | $89,875.12 |
| 6010-000 | Other Expenses | $713.27 |
| **Total Expenses** | | **$458,656.78** |

**Net Income Before Distribution to Claims**     **$-44,501.60**





Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

EXHIBIT 3

Member FDIC

Period Covered:
June 29, 2019 - July 31, 2019
Page 1 of 11
18-03197-FPC11
GIGA WATT INC
DEBTOR
670070
Mr. Mark D. Waldron
TRUSTEE

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

Case Number
Case Name

Trustee Number
Trustee Name

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▓▓▓9625 | $86,235.70 | $90,487.66 |
| Total | | $86,235.70 | $90,487.66 |

### Notable Information For You...

Outgoing Wire Transfers: Requests for outgoing wire transfers are to be initiated through Metropolitan Online Banking. For same day processing, you must initiate the wire no later than 5:00 pm EST (domestic wires) and 4:45pm EST (Foreign wires). Any later wire requests will be processed the next business day.

Incoming Wire Transfers: Incoming wires may be received until 6:30 p.m. EST. Once Metropolitan Bank receives an incoming wire, the funds will be credited into your account immediately and an official wire confirmation will be emailed to you.

RECEIVED
AUG 07 2019
Law Offices of
Mark D. Waldron, PLLC




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
June 29, 2019 - July 31, 2019
Page 2 of 11

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING

Account Number: ●●●●●9625

| | | | |
|---|---|---|---|
| Enclosures | 26 | Beginning Balance | $86,235.70 |
| | | +Total Additions | $414,155.18 |
| | | -Total Subtractions | $409,903.22 |
| | | Ending Balance | $90,487.66 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 170 | 07-17 | $7,375.60 |
| 173* | 07-01 | $2,400.00 |
| 176* | 07-09 | $1,850.00 |
| 177 | 07-08 | $1,517.00 |
| 178 | 07-11 | $2,400.00 |
| 179 | 07-09 | $6,000.00 |
| 180 | 07-08 | $5,887.50 |
| 181 | 07-08 | $217.95 |
| 182 | 07-09 | $557.73 |
| 183 | 07-11 | $11,600.00 |
| 184 | 07-22 | $10,972.23 |
| 185 | 07-23 | $155.00 |
| 186 | 07-23 | $54.00 |
| 187 | 07-23 | $354.45 |
| 188 | 07-23 | $124.28 |
| 189 | 07-23 | $25.54 |
| 190 | 07-24 | $1,825.00 |
| 191 | 07-25 | $2,400.00 |
| 192 | 07-22 | $1,498.50 |
| 193 | 07-23 | $9,000.00 |
| 194 | 07-22 | $12,150.00 |
| 195 | 07-22 | $200.01 |
| 196 | 07-29 | $375.61 |
| 197 | 07-29 | $3,641.98 |
| 198 | 07-29 | $6,054.47 |
| 199 | 07-29 | $6,158.65 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 07-09 | WIRE TO MLDC 1 LLC | $103,495.11 |
| 07-15 | WIRE TO MLDC 1 LLC | $82,610.34 |
| 07-22 | WIRE TO MLDC 1 LLC | $66,267.29 |

18-03197-FPC7    Doc 352    Filed 08/14/19    Entered 08/14/19 09:08:55    Pg 9 of 15




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
June 29, 2019 - July 31, 2019
Page 3 of 11

| Date | Description | Subtractions |
|---|---|---|
| 07-29 | WIRE TO MLDC 1 LLC | $62,734.98 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 07-02 | REMOTE DEPOSIT REF#0100007 | $9,000.00 |
| 07-05 | WIRE FROM COINME INC | $103,495.11 |
| 07-11 | WIRE FROM COINME INC | $107,286.15 |
| 07-18 | WIRE FROM COINME INC | $86,061.42 |
| 07-23 | REMOTE DEPOSIT REF#0100008 | $26,838.50 |
| 07-25 | WIRE FROM COINME INC | $81,474.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-01 | $83,835.70 | 07-02 | $92,835.70 | 07-05 | $196,330.81 |
| 07-08 | $188,708.36 | 07-09 | $76,805.52 | 07-11 | $170,091.67 |
| 07-15 | $87,481.33 | 07-17 | $80,105.73 | 07-18 | $166,167.15 |
| 07-22 | $75,079.12 | 07-23 | $92,204.35 | 07-24 | $90,379.35 |
| 07-25 | $169,453.35 | 07-29 | $90,487.66 | | |

EXHIBIT 4

**Diana Atkins**

| | |
|---|---|
| **From:** | Douglas Pratt <douglas.pratt@gmail.com> |
| **Sent:** | Tuesday, August 13, 2019 11:19 AM |
| **To:** | Mark Waldron; Diana Atkins; Lauren Miehe; Allen Oh |
| **Subject:** | Re: Short narrative on June revenue |
| **Attachments:** | GigaWatt July 2019 Report.doc |

Here's my report for mining at Gigawatt for July.

For the calendar month of July 2019, the Moses Lake Data Center (MLDC) generated gross revenue of $412,000 which represented a drop of revenue from June 2019 of $446,876, an 8% drop month on month. While revenue from Bitcoin mining grew by 10% month on month, growing to $226,2999, Litecoin revenue dropped by 17% to $48,115 and Ethereum mining dropped to $137,585, a 25% drop in revenue month on month.

Going forward in August we are faced with three major challenges.

1) The Litecoin block reward reduction by 50% starting August 6th. This will significantly cut Litecoin revenue as the number of coins being mined from rewards will be halved.
2) Market price pressure. The bulk of altcoins appear to be decoupling from Bitcoin price and Litecoin and Ethereum appear to be dropping as Bitcoin stays around the $11-12K mark. This is a particularly toxic mix when the price of Litecoin stays stable or drops and the mining reward is halved. It would not be unreasonable to expect revenues from the last three weeks of August to be reduced by 50% for Litecoin. Ethereum price also continues to drop.
3) Technology obsolescence. All of the current technologies deployed for Bitcoin, Litecoin and Ethereum were released over two years ago. Bitmain, the manufacturer of the MLDC bitcoin miners, has released their next generation Bitcoin miner which has 4x more mining capability and has increased electrical efficiency. Litecoin miners from other manufacturers have increased efficiency over the deployed Litecoin miners and newer Ethereum miners are also being deployed worldwide.

However, there is an enormous ongoing competitive advantage that the MLDC currently enjoys in the ability to mine at $0.03/kwh.

One of the side benefits of the dropping of price of many altcoins, and the Litecoin block halving, is that mining operations that have power costs over $0.04/kwh are turning their machines off worldwide. As they turn off their machines, competition for the block rewards drop and we could again see our Litecoin revenues increase. While no one can really forecast the future price of any coin, we can actively monitor the number of machines mining worldwide and we are already seeing machines turn off.

Litecoin:

On August 6th, the block reward halved and we already see (red arrow) that the number of miners worldwide is beginning to drop due to the drop in profitability. It's not clear at this writing where the bottom will be and we will report on this in August.



Ethereum: Investment in Ethereum mining continues as the difficulty continues to increase since March 24th with newer technologies as evidenced by the chart below. We can continue to expect month on month drops in revenue from Ethereum if market prices stay the same or drop.



Bitcoin: If prices remain stable, we will experience drops in monthly revenue as more and newer equipment comes online worldwide.



Power Efficiency & Cost Cutting: We have identified and tested a new software load for the Litecoin miners that reduces the power draw by over 10%, which will reduce power costs helping offset the reduced revenue. Additional testing is being done on new software for Bitcoin to reduce power costs as well but are not complete. Attention will need to be diverted to the Ethereum miners to find addition efficiencies as well to mitigate reducing revenue against new technologies and mining farms.

Competition: Expect new Ethereum and Bitcoin miners to continue to be purchased and deployed worldwide. We will need to closely observe the difficulty rate for Litecoin mining to determine what is happening in August with purchase of new Litecoin miners. Even with increasingly obsolete technology at the MLDC, the $0.03/kwh in part neutralizes the advantage of newer and more efficient miners when they mine at higher $/kwh costs.

Additionally, with reduced block rewards AND the lower prices, the sales of newer mining equipment are slowed because the return of investment (ROI) (or return of capital) becomes extended.

For Bitcoin over the last 90 days, the difficulty in receiving block rewards has increased nearly 50%. Litecoin difficulty only increased 14% (and is now dropping) and Ethereum increased by 13% over the same 90-day period.

In summary, assuming digital currency prices remain steady, expect a significant drop in revenue for August for Litecoin, a continuing slow erosion of revenue from Ethereum and a continuing slow reduction of revenue month on month for Bitcoin.