Benjamin Ellison,, WSBA No. 48315
DBS Law
155 NE 100th Street, Suite 205
Seattle, WA 98125
Telephone: (206) 259-2950
Email: bellison@lawdbs.com
*Attorneys for the Unsecured Creditors Committee*

BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re Giga Watt, Inc., <br><br> Debtor. | UNSECURED CREDITORS COMMMITTEE'S RESPONSE TO TRUSTEE'S MOTION TO APPROVE DIP FINANCING AND TO AUTHORIZE REOPENING OF THE TNT FACILITY ON SHORTENED TIME <br><br> CASE NO: 18-03197 FPC 11 |

The Committee of Unsecured Creditors of the Chapter 11 Bankruptcy Estate of Giga Watt, Inc. ("Committee") hereby responds to the Chapter 11 Trustee's Motion for Order (i) setting expedited hearing on Request for Authority to Re-Open the TNT Facility and to Borrow on Interim Basis; (ii) authorizing reopening of TNT Facility, and (iii) approving financing on interim and final basis with super-priority unsecured status (the "TNT Motion").



The loan to restart the TNT Operations is proposed to be superpriority, and hence would be repaid ahead of all professional fees in this case, which given the filing of the case almost a year ago, are not insubstantial. At the upcoming hearing, before approval of the DIP loan, the Chapter 11 Trustee should allay any possible issue of estate solvency. Based on the Committee's own sense of the case, such an outcome is not likely, however, the Chapter 11 Trustee should provide further update concerning how things stand generally in this case.

Furthermore, the Committee further recommends that to the extent not already part of the Trustee's plans for TNT operations, to avoid any accounting concerns from said operations, that the Trustee expressly commit to maintain an accounting of revenues at the level previously used by the Debtor when it operated the facility prepetition, or higher.

Moreover, the Committee would appreciate the Trustee further addressing why, in some sense, it has focused on the TNT facility. In order of magnitude of operations, the present TNT facility – the subject of the present Motion – would have been the Debtor's smallest after Moses Lake/Grant County, which in turn was less than what had originally been touted as the "crown jewel" of Giga Watt's operations, the Douglas County Pangborn site.

COMMITTEE RESPONSE TO TRUSTEE'S MOTION TO
AUTHORIZE DIP LOAN AND REOPENING OF TNT FACILITY - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC11   Doc 361   Filed 08/28/19   Entered 08/28/19 23:59:14   Pg 2 of 4

TNT perhaps should be activated and put to productive use, as the Moses Lake facility was done before it in May 2019, but in focusing on this lesser operations site, the Committee seeks clarification at the hearing as to the status of Pangborn.[1]

Finally, while the Committee is statutorily required to be notified of relevant events relating to possible plan confirmation, at the upcoming hearing, the Committee would like the Chapter 11 Trustee to further explain how reopening TNT fits with the timing of some sort of anticipated exit transaction in this case. If the Trustee plans some sort of extended operational phase for TNT (and Moses Lake) before the operating assets are marketed, the fact that the underlying relief sought is part of a long-term as opposed to short-term strategy should be made clear to all stakeholders.

---

[1] In the present proceeding, the Chapter 11 Trustee came to a stipulation with the landlord at the Pangborn site, whereby cure of unpaid rent was to be completed before June 17, 2019, otherwise the lease – as distinct from the PUD Contract – would be terminated. ECF No. 253-1. Such deadline was not met, and now presumably, the *lease* for Pangborn has now been rejected – although not the electricity contract.

COMMITTEE RESPONSE TO TRUSTEE'S MOTION TO
AUTHORIZE DIP LOAN AND REOPENING OF TNT FACILITY - 3

18-03197-FPC11    Doc 361    Filed 08/28/19    Entered 08/28/19 23:59:14    Pg 3 of 4

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1  DATED this 28th day of August, 2019.

2                                    DBS | LAW

3

4                              By */s/ Benjamin Ellison*
                                  Benjamin Ellison, WSBA No.
5                                 48315
                                  Dominique R. Scalia, WSBA No.
6                                 47313
                                  155 NE 100th St., Suite 205
7                                 Seattle, WA 98125
                                  Tel: (206) 259-2950
8                                 Fax: (206) 973-8737
                                  *Attorneys for the Committee*
9

COMMITTEE RESPONSE TO TRUSTEE'S MOTION TO
AUTHORIZE DIP LOAN AND REOPENING OF TNT FACILITY - 4



18-03197-FPC11    Doc 361    Filed 08/28/19    Entered 08/28/19 23:59:14    Pg 4 of 4