# Notice Recipients

District/Off: 0980–2      User: notice      Date Created: 8/29/2019

Case: 18–03197–FPC11      Form ID: pdf002      Total: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | bellison@lawdbs.com |
| aty | Benjamin J McDonnell | ben@pyklawyers.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Kathryn R McKinley | kathryn.mckinley@painehamblen.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Ben Ellison | DBS Law | 155 NE 100th St., Suite 205 | Seattle, WA 98125 |
| | Randy Michelson Esq | Michelson Law Group | 220 Montgomery St Suite 2100 | San Francisco, CA 94104 |

TOTAL: 2