Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1300 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (415) 297-0132
Facsimile: (202) 318 7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | **NOTICE OF FINAL HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING FINANCING ON INTERIM AND FINAL BASIS WITH SUPER-PRIORITY UNSECURED STATUS** |
| | **FINAL HEARING** |
| | Date: September 24, 2019 |
| | Time: 1:30 p.m. |
| | Location: 904 W. Riverside Ave. 3rd Floor Courtroom Spokane, WA |

**TO THE HONORABLE FREDERICK P. CORBIT, THE U.S. TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE OF FINAL HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING FINANCING -- Page 1

**PLEASE TAKE NOTICE THAT** on September 24, 2019 at 1:30 p.m., a final hearing (the "Final Hearing") will be held on the motion (the "Motion") of Mark D. Waldron in his official capacity as the Chapter 11 Trustee requesting an order approving financing on an interim and final basis and granting to the lender a super-priority unsecured claim. The Motion is located on the Court's docket [Doc No. 353] and may be obtained from the Court clerk.

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing will be held at the U.S. Bankruptcy Court for the Eastern District of Washington, 904 W. Riverside Ave., 3rd Floor Courtroom, Spokane, Washington.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 364(c)(1), the Motion seeks authority to borrow $200,000 from Randy Michelson at an interest rate of 15% per annum, no compounding, and an origination fee of 4% (the "Loan").

**PLEASE TAKE FURTHER NOTICE** that any objection to the relief requested in the Motion must be served on undersigned counsel and filed with the Court on or before September 23, 2019, which is the day before the Final Hearing. The Motion may be granted without further notice unless a written objection is timely served on undersigned counsel and timely filed with the Court.

Dated: August 29, 2019         POTOMAC LAW GROUP

By:  */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

NOTICE OF FINAL HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING FINANCING -- Page 2