Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

*Post-Petition Lender*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the undersigned post-petition lender hereby appears and requests service of any and all notices given or required to be given in this Chapter 11 case, and all papers served or required to be served in this Chapter 11 case, including all adversary proceedings and other related cases and proceedings and requests that her name and address be added to all mailing matrices and service lists. Service may be made and directed as follows:

> Randy Michelson
> c/o Michelson Law Group
> 220 Montgomery Street, Suite 2100
> San Francisco, CA 94104
> Facsimile: 415.512.8601
> Email: randy.michelson@michelsonlawgroup.com

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE -- Page 1
4828-4378-0515, v. 2

**PLEASE TAKE FURTHER NOTICE** that this request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or electronic filing or otherwise filed or made with regard to this Chapter 11 case.

Dated: August 30, 2019

By: /s/ Randy Michelson
Randy Michelson
*Post-Petition Lender*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE -- Page 2
4828-4378-0515, v. 2