LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** _Giga Watt, inc._ **Case Number** _18-03197_

- ❖ **Debtors** – is this change for: Debtor ____ Joint Debtor ____ Both ____

- ❖ **Debtors** – is debtor a DeBN participant? Yes ____ No ____

- ❖ **Creditors** – is this change for: Noticing Address ____ Payment Address ____ Both _X_

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Omar D. Ahmadi | Omar D. Ahmadi |
| (Name) | (Name) |
| 199 B North Beverwyck Road Apt 9 | 13 Cherry Lane |
| (Address) | (Address) |
| Lake Hiawatha    NJ    07034 | Parsippany    NJ    07054 |
| (City)    (State)   (Zip) | (City)    (State)   (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
**Signature**

_____08/28/19_____
**Date**

ADDRESS CHANGE FORM - 1

18-03197-FPC7    Doc 369    Filed 09/03/19    Entered 09/03/19 08:28:10    Pg 1 of 1