# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>              Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On August 30, 2019 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on all persons whose addresses are included in the Token Holders and Miner Owners List:

- **Notice of Final Hearing on Trustee's Motion for Order Approving Financing on Interim and Final Basis with Super-Priority Unsecured Status** (Docket No. 366)

Dated: September 3, 2019

*/s/ Giovanna M. Luciano*
Giovanna M. Luciano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 812-6112
Giovanna.Luciano@Stretto.com

# **Exhibit A**



Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 1JUPCO NIKOLOVSKI | MERCURIUS 15 | 1188 GA | | AMSTELVEEN | | | HOLLAND |
| 507 CAPITAL LLC AS TRANSFEREE OF CT FREIGHT USA INC. | PO BOX #206 | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF ELECTRICAL POWER PRODUCTS, INC. | PO BOX #206 | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF EMERALD CITY STATEWIDE LLC | PO BOX #206 | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF TREE HOUSE TECHNOLOGY GROUP, LLC | PO BOX #206 | | | N. STONINGTON | CT | 06359 | |
| AARON KRIVITZKY | 1810 LINSON CT SE | | | GRAND RAPIDS | MI | 49546 | |
| ADAM SCHAINBLATT | 8809 WALKING STICK TRAIL | | | RALEIGH | NC | 27615-4037 | |
| AHMED SHAH | 12209 YOUNGDALE AVE | | | LOS ANGELES | CA | 91342 | |
| ALAN NORMAN | 341 S. MAPLE AVE. | | | WEBSTER GROVES | MO | 63119-3841 | |
| ALAN WALNOHA | 350 GRAN VIA, APT 2067 | | | IRVING | TX | 75039-0137 | |
| ALBERTO JOSE FARIA CAMACHO | AV GARCILAZO | CENTRO POLO 1, TORRE A | PISO 7, APTO 75 | COLINAS DE BELLO MONTE | CARACAS | | VENEZUELA |
| ALEKSEY DANISHEVSKY | 450 CLOVERLY LANE | | | HORSHAM | PA | 19044-1831 | |
| ALEX FILIPPOV | 12 SHERBORNE CIR | | | ASHLAND | MA | 01721-2313 | |
| ALEX KUTAS | 6761 CORRAL CIRCLE | | | HUNTINGTON BEACH | CA | 92648 | |
| ALEX MCVICKER | 1489 WINDSOR RIVER ROAD | | | WINDSOR | CA | 95492-8987 | |
| ALEXANDER GARNOCK | 13 BUTTFIELD ST. | CANBERRA | | ST COOMBS | ACT | 2611 | AUSTRALIA |
| ALIAKSEI VOLNOV | 18-34 LESI UKRAINKI STR | | | MINSK | | 220020 | BELARUS |
| ALLRISE FINANCIAL GROUP | ATTN: JOSEPH A.G. SAKAY | 999 THIRD AVE | STE 4600 | SEATTLE | WA | 98104 | |
| AMPHENOL CUSTOM CABLE | 3221 CHERRY PALM DR. | | | TAMPA | FL | 33619-8359 | |
| ANATOLY CHECHERIN | BEGOVAYA, 3, BUILDING 1, 36 FLOOR | | | MOSCOW | | 125284 | RUSSIA |
| ANDREA SHARP | 268 BUSH STREET #2520 | | | SAN FRANCISCO | CA | 94104-3503 | |
| ANDREW BLYLER | 603 W WASHINGTON ST | | | ANN ARBOR | MI | 48103-4233 | |
| ANDREW JAMES | 46 BROCK ST S | | | | | | CANADA |
| ANDREW MARK CAMPBELL-BOROSS | FLORIDA 7 | | | AGUADULCE | | | SPAIN |
| ANDREW MOLITOR | 760 S BARRINGTON AVE | APT 6 | | LOS ANGELES | CA | 90049 | |
| ANDREW STOCK | 1870 EAST NIXON AVENUE | | | PLACENTIA | CA | 92870-7444 | |
| ANDREW THANH QUOC LE | 10702 HENDERSON AVE | | | GARDEN GROVE | CA | 92843 | |
| ANDREY KUZENNY | 1687 STONE CANYON RD | | | LOS ANGELES | CA | 90077-1912 | |
| ANDREY KUZENNY | 1687 STONE CANYON RD. | | | LOS ANGELES | CA | 90077-1912 | |
| ANTHONY MARTINEZ | 4109 MASON STREET | | | SAN DIEGO | CA | 92110-2720 | |
| ANTON SHAMANAEV | VVEDENSKOGO ST 24K2 | 162 APT | | MOSCOW | | 117279 | RUSSIAN FEDERATION |
| ANTONY GISHOLT | 72 JOHN TRUNDLE COURT | BARBICAN | | LONDON | | EC2Y 8NE | UNITED KINGDOM |
| ARTHUR N MARODIS | 106 SOUTHERNWOOD DR | | | LADSON | SC | 29456-3940 | |
| ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVENUE, SUITE 2000 | | | SEATTLE | WA | 98104-3188 | |
| BAR CODES TALK LLC | ATTN: BRANDON GORDON | 924 HALE AVENUE | | BROOKSVILLE | FL | 34601-3642 | |
| BASHAR (BEN) ASSAD | 17713 15TH AVE NE | STE 101 | | SHORELINE | WA | 98155-3839 | |
| BELYEA COMPANY | 2200 NORTHWOOD AVE. | | | EASTON | PA | 18045-2208 | |
| BENJAMIN RUSSELL | 971 PROVIDENCE PIKE | | | DANIELSON | CT | 06239-4003 | |
| BERTHA GOEHNER | 215 ELLER ST. SE | | | EAST WENATCHEE | WA | 98802-5325 | |
| BILL SCHMIDT | 105 JULIE ANN CT. | | | CASHMERE | WA | 98815-1316 | |
| BLOCKCHAIN SYSTEMS LLC | 124 W 60 ST. UNIT 29A | | | NEW YORK | NY | 10023-7475 | |
| BRANDON GORDON | 601 SEVEN OAKS CT | | | BROOKSVILLE | FL | 34601 | |
| BRANDON ROBINSON | 1997 TALL TREE DR | | | ATLANTA | GA | 30324-2723 | |
| BRENT WOODWARD, INC. | 14103 STEWART RD. | | | SUMNER | WA | 98390-9641 | |
| BRIAN J DONN | 4254 SW 92ND AVE | | | DAVIE | FL | 33328-2408 | |
| BRIAN M PACKARD | 7191 96TH ST NE | | | MONTICELLO | MN | 55362 | |
| BRYAN MACCALLUM | PO BOX 1704 | | | RIVONIA | | 2128 | SOUTH AFRICA |
| BRYANT JOHNSON | 1360 WHITETAIL GLEN CT | | | HEBRON | KY | 41048-7965 | |
| BUSBY INTERNATIONAL, INC. | PO BOX 1457 | | | MOSES LAKE | WA | 98837-0225 | |
| CALEB KOCH, FORZA2 | 1000 N. GREEN VALLEY PKWY | STE.440 | #251 | HENDERSON | NV | 89074-6172 | |
| CALEB MAISTRY | VAN HOOF STREET | 2 WILLOW VIEW ESTATE | | RUIMSIG GAUTENG | JOHANNESBURG | | SOUTH AFRICA |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CAMERON SCHMIDT | 1204 COLUMBINE ST | | | WENATCHEE | WA | 98801-6210 | |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | ATTN: CARLOS CASTELLANO | 5630 SW 163RD AVE | | SOUTHWEST RANCHES | FL | 33331-1446 | |
| CARLOS GAGLIANO | 8200 OFFENHAUSER DR. 105G | | | RENO | NV | 89511-1717 | |
| CARMEN J HERNANDEZ G | CALLE LA PEDRERA RES VISTA PLAZA T B P 15 | APT 15D | | CARACAS | | | VENEZUELA |
| GUEVARA | 15D URB GUAICAY, BARUTA | | | CARACAS | | 1080 | VENEZUELA |
| CASTAGNETO TRADING LLC | 17713 15TH AVE NE | STE 101 | | SHORELINE | WA | 98155 | |
| CESAR DIAZ RANCHO | C/O JRD FUNDING LLC | 8137 MALCHITE AVENUE | SUITE E | RANCHO CUCAMUNGA | CA | 91730-3571 | |
| CHARLES F V DHAUSSY | 7B | YARDLEY COMMERCIAL BUILDING | 3 CONNAUGHT RD | | | | HONG KONG |
| CHEN DU | 3269 RANGE CT | | | MASON | OH | 45040-8741 | |
| CHRIS FEATHERSTONE | 8450 54TH AVE W | | | MUKILTEO | WA | 98275 | |
| CHRISTIAN EICHERT | 17713 15TH AVE NE | STE 101 | | SHORELINE | WA | 98155 | |
| CHRISTIAN SCHIFFER | MEINDLSTRAE 15 | | | MUNICH | | 81373 | GERMANY |
| CHRISTOPHER F RIES | RIES LAW FIRM, P.S. | 312 BALSAM SUITE D, PO BOX 2119 | | MOSES LAKE | WA | 98837-0519 | |
| CHRISTOPHER F. RIES | RIES LAW FIRM, P.S. | POST OFFICE BOX 2119 | | MOSES LAKE | WA | 98837-0519 | |
| CLEVER CAPITAL LLC | C/O COLLEEN FRIE | JEFFERS, DANIELSON, SONN & AYLWARD P.C., AS REGISTERED AGENT | 2600 CHESTER KIMM RD. | WENATCHEE | WA | 98801 | |
| CLEVER CAPITAL LLC | DAVID M. CARLSON, GOVERNOR | 630 VALLEY MALL PARKWAY #157 | | WENATCHEE | WA | 98802-4838 | |
| CLEVER CAPITAL, LLC | 630 VALLEY MALL PKWY | #157 | | WENATCHEE | WA | 99802 | |
| CLEVER CAPITAL, LLC | A WASHINGTON LIMITED LIABILITY COMPANY | 630 VALL EY MALL PKWY | #157 | EAST WENATCHEE | WA | 98802 | |
| CLINTON DOUGLAS LUCKINBILL | ATTN: CLINTON LUCKINBILL | 1054 WATERLEAF WAY | | SAN JACINTO | CA | 92582-3020 | |
| CLINTON F SIKES | 4206 BRAZOS BEND DR | | | PEARLAND | TX | 77584-5558 | |
| CODY FORREST QUINN | ATTN: CODY QUINN | 5920 KIMBER ROAD | | CASHMERE | WA | 98815-9526 | |
| CODY SCHMIDT | 1204 COLUMBINE ST. | | | WENATCHEE | WA | 98801-6210 | |
| CONSOLIDATED ELECTRIC DIST. INC. | PO BOX 398830 | | | SAN FRANCISCO | CA | 94139-8830 | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. | C/O SCOTT HOOKLAND LLP | ATTN: DOUGLAS R. HOOKLAND | PO BOX 23414 | TIGARD | OR | 97281-3414 | |
| CONSTANTINI FREDERIC | 29 BIS RUE EMILE DUCLAUX | | | SURESNES | | 92150 | FRANCE |
| CRAIG BEECH | KINGSWOOD | GORSE AVENUE | | LITTLEHAMPTON | | BN16 1SG | UNITED KINGDOM |
| CRYPTODIGGER LLC | 3476 E TIFFANY WAY | | | GILBERT | AZ | 85298 | |
| CRYPTONOMOS PTE LTD | 1 MAGAZINE RD #04-11 | | | CENTRAL MALL | | | SINGAPORE |
| CRYPTONOMOS PTE LTD. GIGAWATT PTE LTD. | CRYPTONOMOUS PTE LTD, GIGA WATT PTE LD | 1 COLEMAN STREET THE ADELPHI #08-07 | | SINGAPORE | | 179803 | |
| CT FREIGHT USA INC | 20202 HWY 59 N | | | HUMBLE | TX | 77338-2400 | |
| CTC ENGINEERING | ATTN: MICHEAL FELLER | 2290 BISHOP CIRCLE EAST | | DEXTER | MI | 48130-1564 | |
| CTC ENGINEERING, INC., | C/O BODMAN PLC | ATTN: HARVEY W. BERMAN | 201 SOUTH DIVISION STREET, STE. 400 | ANN ARBOR | MI | 48104-2259 | |
| DANIEL J. JAGSCH | THEATHERSTRASSE 27C | | | WINTERTHUR | | 8400 | SWITZERLAND |
| DANIEL JAMES RYSER | 7614 N AUDUBON ST. | | | SPOKANE | WA | 99208-8817 | |
| DANIEL TOKLE | 25 VIA LUCCA | APT J345 | | IRVINE | CA | 92612-0674 | |
| DANILA RUSIN | GAGARINA | 5 LINIYA, 9A-6 | | ZLATOUST | CHELYABINSHAYA OBLAST | 456219 | RUSSIA |
| DARREN JAMES WURF | ATTN: DARREN WURF | 2/41 OSBORNE AVENUE GLEN IRIS | | VICTORIA | | 3146 | AUSTRALIA |
| DARYL OLSEN | 270 W 1450 N | | | CENTERVILLE | UT | 84014-3308 | |
| DAVE CARLSON | 630 VALLEY MALL PKWY | #157 | | EAST WENATCHEE | WA | 98802 | |
| DAVID CARLSON AND DORRINDA CARLSON | 2504 COLUMBIA AVENUE NW | | | EAST WENNATCHEE | WA | 98802 | |
| DAVID J LUTZ | 916 CONFIDENCE DR | | | LONGMONT | CO | 80504 | |
| DAVID L. MITCHELL | 1410 RIVERVIEW ROAD | | | CRESCENT | PA | 15046 | |
| DAVID M. CARLSON | INDIVIDUALLY AND ON BEHALF OF MARITAL ESTATE | 2504 COLUMBIA AVE. NW | | EAST WENATCHEE | WA | 98802 | |
| DAVID M. CARLSON AND CLEVER CAPITAL, LLC | C/O PISKEL YAHNE KOVARIK, PLLC | ATTN: JASON T. PISKEL & BENJAMIN J. MCDONNELL | 522 W. RIVERSIDE AVENUE, SUITE 700 | SPOKANE | WA | 99201 | |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| DAVID TYCHSEN-SMITH | 13 DOBSON PLACE | | | WATSON | | ACT 2602 | AUSTRALIA |
| DAVID, JONATHAN, AND MATTHEW R LUTZ | LUTZ, DAVID ET AL | 916 CONFIDENCE DRIVE | | LONGMONT | CO | 80504-8526 | |
| DENIS VESELOVSKY | ZORGE ST, 28, 52 | | | MOSCOW | | 125252 | RUSSIA |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| DMITRY BENKOVICH | 12 TRUBETSKAYA STR | APP. 1A | | MOSCOW | | | RUSSIA |
| DMITRY KHUSIDMAN | 70 OCEANA DR W | APT 4-A | | BROOKLYN | NY | 11235 | |
| DONALD J SULLIVAN | 4646 LOS POBLANOS CIRLCE NW | | | LOS RANCHOS DE ALBUQ | NM | 87107 | |
| DONALD J. ENRIGHT | ATTN: DONALD ENRIGHT | 1101 30TH STREET NORTHWEST SUITE 115 | | WASHINGTON | | 20007-3740 | |
| DOUG BLACK | 225 LINDA LANE | | | WENATCHEE | WA | 98801-6010 | |
| DOUGLAS BERGER | 371 CATSKILL CT. | | | MAHWAH | NJ | 07430-2736 | |
| DOUGLAS COUNTY PUD | C/O PAINE HAMBLEN LLP | ATTN: KATHRYN R MCKINLEY | 717 W SPRAGUE AVE, STE 1200 | SPOKANE | WA | 99201-3905 | |
| DOUGLAS COUNTY PUD | PO BOX 1119 | | | BRIDGEPORT | WA | 98813-1119 | |
| DREW BEHRENS | 525 N LARCH AVE. | | | EAST WENATCHEE | WA | 98802-5047 | |
| DUFFY KRUSPODIN, LLP | 21600 OXNARD ST | SUITE 2000 | | WOODLAND HILLS | CA | 91367 | |
| EAN SERVICES, LLC | ATTN: MARY E BUSHYHEAD | 14002 E 21ST ST | SUITE 1500 | TULSA | OK | 74134-1424 | |
| EAN SERVICES, LLC | PO BOX 402383 | | | ATLANTA | GA | 30384 | |
| ECO DIVERSIFIED HOLDINGS, INC. | 4625 WEST NEVSO DR | STE 2 | | LAS VEGAS | NV | 89103-3763 | |
| EDMUND LEE | 4364 CALLE MEJILLONES | | | SAN DIEGO | CA | 92130 | |
| EDUARD KHAPTAKHAEV | LENKINKKGRADSKY PR-T 76/1/49 | | | MOSCOW | | | RUSSIA |
| EERO KOSKINEN | NIITTYPOLKU 21 | | | KANTVIK | | 02460 | FINLAND |
| ELDER YOSHIDA | 816 23RD AVE S | | | SEATTLE | WA | 98144-3022 | |
| ELECTRICAL POWER PRODUCTS INC | ATTN MARY GILMAN | 4240 ARMY POST ROAD | | DES MOINES | IA | 50321-9609 | |
| ELIESHAY TOUBOUL | AMOS 221 | TEKOA | | | | | ISRAEL |
| ELISA U | 2405 ACACIA ST | | | RICHARDSON | TX | 75082-3319 | |
| EMERALD CITY STATEWIDE LLC | C/O PEPPLE CANTU SCHMIDT PLLC | 1000 SECOND AVE | SUITE 2950 | SEATTLE | WA | 98104-3604 | |
| EMIL PETROV STANEV | 41 DOROSTOL STREET | | | RUSE | | 7004 | BULGARIA |
| ENTERPRISE FOCUS INC. | DAVID CARLSON, GOVERNOR AND REGISTERED AGENT | 1250 N WENATCHEE AVE. | STE. H #147 | WENATCHEE | WA | 98801-1599 | |
| ENTERPRISE FOCUS, INC. | A WASHINGTON CORPORATION | ATTN: DAVID CARLSON | 895 RIVERSIDE DRIVE, UNIT C239 | WENATCHEE | WA | 98801-3397 | |
| ENTERPRISE FOCUS, INC. | DAVID CARLSON, GOVERNOR AND REGISTERED AGENT | 895 RIVERSIDE DRIVE UNIT C239 | | WENATCHEE | WA | 98801-3397 | |
| ERIC FERRARI | 8962 FORKED CREEK WAY | | | ELK GROVE | CA | 95758 | |
| ERNESTO PEDRERA | 7601 E TREASURE DR, APT 1023 | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| EVANSONT INSURANCE CARRIER | C/O MICHELL, REED ET AL | PO BOX D | | CASHMERE | WA | 98815-0515 | |
| EVGENY SKOROPISOV | 32 MOO11, SOI HUA HIN 112, TABTAI | MEUANPHUN VILLA | HUA HIN | PRACHUAP KHIRI KHAN | | 77140 | THAILAND |
| EXECUTIVE FLIGHT | 1 CAMPBELL PKWY | | | EAST WENATCHEE | WA | 98802-9290 | |
| EXECUTIVE FLIGHT, INC. | CARNEY BADLEY SPELLMAN P.S. | ATTN: SCOTT R. WEAVER | 701 5TH AVENUE, STE 3600 | SEATTLE | WA | 98104-7010 | |
| FABIO TODESCHINI | 16 VIA GRAN SAN BERNARDO MILAN | | | | | | ITALY |
| FASTENAL COMPANY | ATTN: LEGAL DEPT. | 2001 THEURER BLVD. | | WINONA | MN | 55987-9902 | |
| FASTENAL COMPANY | PO BOX 1286 | | | WINONA | MN | 55987-7286 | |
| FEDEX CORPORATE SERVICES INC | AS ASSIGNEE OF FEDEX EXPRESS / GROUND / FREIGHT/ OFFICE | 3965 AIRWAYS BLVD | MODULE G, 3RD FLOOR | MEMPHIS | TN | 38116-5017 | |
| FEDEX CORPORATE SERVICES INC | AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREI | 3965 AIRWAYS BLVD | MODULE G, 3RD FL | MEMPHIS | TN | 38116-5017 | |
| FILIP SCHEPERJANS | PELLONPERNTIE 1 B | | | HELSINKI | | 00830 | FINLAND |
| FRANK DANIEL | ZOLLSTRASSE | 22 | | MHRING | | 95695 | GERMANY |
| FRANZ ALLIOD | 176, ROUTE DE LA CENDIRE | | | AIN | SAINT JEAN DE GONVILLE | 01630 | FRANCE |
| FRED NOLTE | 10812 LA BATISTA | | | FOUNTAIN VALLEY | CA | 92708 | |
| GENNADY ZHILYAEV | C. DE LES GRANDALLES | EDIF. XALET | 4T 3A | D'ORDINO | | AD 300 | ANDORRA |
| GEORGE SORIN LASCU | STR. CALUGARULUI 16 | | | BALTENI | ILFOV | 077151 | ROMANIA |
| GEORGIOS LIGNOS | 25 KRITIS STR. | | | EGALEO | | 12243 | GREECE |
| GIGA PLEX LLC | 7906 RANDOLPH RD. | | | MOSES LAKE | WA | 98837-5122 | |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| GIGA PLEX, LLC | C/O OVERCAST LAW OFFICES | ATTN: DAVID A. KAZEMBA | 23 S. WENATCHEE AVE., SUITE 320 | WENATCHEE | WA | 98801-2263 | |
| GIGA PLEX, LLC/MLDC1, LLC | C/O OVERCAST LAW OFFICES, PS | 23 S WENATCHEE AVE | SUITE 320 | WENATCHEE | WA | 98801 | |
| GIGA WATT INC | 1250 N WENATCHEE AVE. | SUITE H #147 | | WENATCHEE | WA | 98801-1599 | |
| GIGAWATT PTE LTD | ATTN MIKHAYLYUTA | 1 MAGAZINE RD #04-11 CENTRALL MALL | | | | | SINGAPORE |
| GIGAWATT PTE LTD. | 1 COLEMAN STREET | THE ADELPHI #08-07 | | SINGAPORE | | 179803 | SINGAPORE |
| GLEB NESIS | 3419 IRWIN AVE., APT. 708 | | | BRONX | NY | 10463-3754 | |
| GLEN ALLAN BRADLEY | LERSTADVEIEN 250 | | | ALESUND | | 6014 | NORWAY |
| GRANT HERHOLDT | 5 YORK AVE | | | CRAIGHILL PARK | | 2196 | SOUTH AFRICA |
| GRIGORY KLUMOV | BALAKLAVSKY AVENUE 12-3-93 | | | MOSCOW | | 117639 | RUSSIA |
| GRONSKI, JEFFREY G & ROBIN L | 711 4TH ST S | | | WISCONSIN RAPIDS | WI | 54494-4310 | |
| H.J. VAN NUIJSSENBORGH | PATRIMONIUMLAAN 126 | | | VEENENDAAL | | 3904AH | NETHERLANDS |
| H2 PRE-CAST, INC | 3835 N. CLEMONS ST. | | | EAST WENATCHEE | WA | 98802-9337 | |
| H2 PRECAST, INC. | 3835 N CLEMONS STREET | | | EAST WENATCHEE | WA | 98802 | |
| HANS-PETER EDENSTRASSER | RUPERT HAGLEITNER STRASSE 1D 54 | | | WOERGL | TIROL | 6300 | AUSTRIA |
| HARI KRISHNA PRASAD MENTA VENKATA | 116 CANADIAN LAKES BLVD | | | CANDADIAN | BALLARAT | 3350 VIC | AUSTRALIA |
| HARLAN ROBINSON | 925 E OVERLIN DR | | | AVONDALE | AZ | 85323-2790 | |
| HARLAN ROBINSON | 925 E OVERLIN DR | | | AVONDALE | AZ | 85323-2790 | |
| HASHVIN DARYANANI | 450 7TH AVE | STE 1709, LGS | | NEW YORK | NY | 10123 | |
| HASHVIN DARYANANI | 56B SEROE BLANCO BOX# 393 | | | ORANJESATAD | | | ARUBA |
| HEATHER MULHALL | 312 N NEWTON AVE | | | EAST WENATCHEE | WA | 98802-8444 | |
| HELEN ERSKINE | PO BOX 1745 | | | TOPANGA | CA | 90290 | |
| HELEN MARY ERSKINE | 2445 TOPANGA SKYLINE DRIVE | | | TOPANGA | CA | 90290 | |
| HIROAKI YAMAMOTO | 119-4 NISHIKITSUJI STREET | ASAHI PLAZA ARBONATE NARA ONE #606 | | NARA | | 630-8325 | JAPAN |
| HOWARD JONES | 21 SANDIWAYS ROAD, WALLASEY | | | WIRRAL | | CH45 3HJ | UNITED KINGDOM |
| HUMERA SURTI | 2200 RUSSET CRESENT | | | BURLINGTON | ONTARIO | L7L6Z2 | CANADA |
| IAN M KENNEDY | 2620 FAIRMOUNT ST. | | | COLORADO SPRINGS | CO | 80909-2032 | |
| IBRAHIM ISSA | ATTN: YEHYA BAHSOUN | 1851 N GREENVILLE AVE | | RICHARDSON | TX | 75081-1851 | |
| IBRAHIM ISSA | RIAD EL SOLOH SQUARE | | | BEIRUT | | | LEBANON |
| IGOR MARTIROSIAN | 36 WASHINGTON AVENUE | 2ND FLOOR | | CLIFFSIDE PARK | NJ | 07010-3025 | |
| ILJA FILIPOVS | STAICELES IELA 13-11 | | | RIGA | | LV-1035 | LATVIA |
| INTELLIAPPS LTD | UNIT 272 COLAB CENTER, PORT ROAD | EIRCODE F92 RKC7 | | LETTERKENNY CO | DONGAL | | IRELAND |
| INTERFLOW LLC | 5465 S DORCHESTER | | | CHICAGO | IL | 60615-5316 | |
| INTERNAL REVENUE SERVICE | 915 2ND AVE | M/S W244 | | SEATTLE | WA | 98174 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| IOANNIS VIOLIDAKIS | KIMONOS 11 | | | ATHENS | | P.CODE: GR-10441 | GREECE |
| IVAN MARCAK | DLOUHA TRIDA 474/25 | | | HAVIROV | | 73601 | CZECH REPUBLIC |
| JACQUELINE BUSSEY | PERCHERON | GOUDHURST ROAD | | CRANBROOK | | TN17 2PN | UNITED KINGDOM |
| JAMES BULLIS | 4701 NE 72ND AVE | APT 141 | | VANCOUVER | WA | 98661 | |
| JAMES C LUTZ | 600 LONG LEAF DR | | | CHAPEL HILL | NC | 27517 | |
| JAMES KING | 1B LINKS COURT | LANGLAND BAY ROAD | | SWANSEA | | SA3 4QR | UNITED KINGDOM |
| JAMES MACCORNACK | 1002 BEL AIRE | | | ROSWELL | NM | 88201 | |
| JAMIE DARIO MEJIA MARTINEZ | CALLE 44 NO 10E - 11 LA VICTORIA | | | BARRANQUILLA | ATLANTICO | | COLOMBIA |
| JAN FALTYS | SLAVKOVA 29 | PRAHA 2 | | PRAHA 2 | | 12000 | CZECH REPUBLIC |
| JANN SO | 1211 SW 5TH AVE | #1000 | | PORTLAND | OR | 97204 | |
| JARED MORRISSEY | 59 RUE TRUDEAU | | | CHTEAUGUAY | QUEBEC | J6J1M2 | CAN |
| JARNO HOGEWEG | KAYA SIRENA 18 | | | KRALENDIJK | BONAIRE | | NETHERLANDS |
| JARRED HUTTO | 2509 N ARCHERY WAY | | | MERIDIAN | ID | 83646-3446 | |
| JAY ROBERT STAHLE | 838 CAMPFIRE DR | | | FORT COLLINS | CO | 80524-1991 | |
| JDSA | PO BOX 1688 | | | WENATCHEE | WA | 98807-1688 | |
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | 2600 CHESTER KIMM RD | | | WENATCHEE | WA | 98801-8116 | |
| JEFFREY ALAN MOODY | 2528 FOREST OAKS POINT | | | COLORADO SPRINGS | CO | 80906-5822 | |
| JEFFREY C LUTZ | 916 CONFIDENCE DR | | | LONGMONT | CO | 80504-8526 | |
| JEFFREY CHIN | 42 PEPPER TREE ROAD LIDCOMBE NSW | | | SYDNEY | | | AUSTRALIA |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| JEFFREY FIELD | 6025 95TH PLACE SW | | | MUKILTEO | WA | 98275-3524 | |
| JEFFREY FIELD | A WASHINGTON RESIDENT | 6025 95TH PLACE SW | | MUKILTEO | WA | 98275 -3524 | |
| JEFFREY KUTAS | 6761 CORRAL CIRCLE | | | HUNTINGTON BEACH | CA | 92648 | |
| JEFFREY WALDOCK | TOMASCHEKSTRASSE 30 | | | VIENNA | | A-1210 | AUSTRIA |
| JESSE SAMUEL WHEELER | 3601 STILLMAN BLVD | | | TUSCALOOSA | AL | 35401-2601 | |
| JESSICA LANGIS | PO BOX 398 | | | DRYDEN | WA | 98821-0398 | |
| JOHN GUILLE | 514 AMERICAS WAY #7134 | | | BOX ELDER | SD | 57719-7600 | |
| JOHN HARTLEIB | 17931 SHOREHAM LANE | | | HUNTINGTON BEACH | CA | 92649 | |
| JOHN HEINITZ | 1210 2ND ST SE | | | EAST WANETCHEE | WA | 98802 | |
| JOHN KOWALSKI | 100 TANSBORO RD | UNIT B | | BERLIN | NJ | 08009-1959 | |
| JOHN KOWALSKI | 9543 S HACKBERRY ST | | | HIGHLANDS RANCH | CO | 80129 | |
| JOHN RODRIGUEZ | 2688 W 12TH PLACE | | | YUMA | AZ | 85364 | |
| JOHN SCEVOLA | 8768 SW IROQUOIS DRIVE | | | TUALATIN | OR | 97062-9304 | |
| JOHN T. WINSLOW | 5544 LAS VIRGENES ROAD #99 | | | CALABASAS | CA | 91302-3446 | |
| JONATHAN GOULD | 924 HALE AVENUE | | | BROOKSVILLE | FL | 34601-3642 | |
| JONATHAN J LUTZ | 916 CONFIDENCE DR | | | LONGMONT | CO | 80504-8526 | |
| JONATHAN WILSON | 118 INDIAN VALLEY DR | | | CHEROKEE | NC | 28719 | |
| JORDI GRAU | C/ SANT JORDI, 12-3-1 | | | VIC | | 08500 | SPAIN |
| JOSE A. HERRERA | 12801 PHILADELPHIA STREET | SUITE B | | WHITTIER | CA | 90601-4126 | |
| JOSE ANTONIO CARAPETO SIERRA | CALLE PIRRA | 14 - PORTAL H - 3A | | MARDID | C.P | 28022 | SPAIN |
| JOSE LUIS BLANCO | 9307 CASTLEGAP DR. | | | SPRING | TX | 77379-4299 | |
| JOSEPH BRODSKY | 656 ST.NICHOLAS AV #35 | | | NEW YORK | NY | 10030-1086 | |
| JOSEPH ERRIGO | 7 PRATT ST | | | FORT MONROE | VA | 23651-1025 | |
| JOSEPH M DUNN | 1105 COLONIAL DRIVE | | | ALABASTER | AL | 35007-9309 | |
| JOSEPH SMITS | WESTERLANDERWEG 40 | | | WESTERLAND | | 1778KL | NETHERLANDS |
| JOSHUA HESTER | 1115 CALIFORNIA ST | | | OCEANSIDE | CA | 92054 | |
| JOSHUA MAPPERSON | 92 OAKBANK BLVD | | | WHITTLESEA | | 3757 | AUSTRALIA |
| JUAN BAUTISTA IBARRA ARANA | ATTN: JUAN ARANA | RESID. LA CARANA, CALLE 66 #510 | | PIEDADES SANTA ANA | SAN JOSE | | COSTA RICA |
| JULIAN HEERE | 500 J STREET 1703 | | | SACRAMENTO | CA | 95814-2335 | |
| JUN DAM | 2116 L STREET NO. 2 | | | ANTIOCH | CA | 94509-3434 | |
| JUNG H. CHO | ATTN: JUNG CHO | 239 E.COLUMBIA AVE. | UNIT B | PALISADES PARK | NJ | 07650 | |
| KAMRAN BEG | 2200 RUSSET CRES | | | BURLINGTON | ONTARIO | L7L6Z2 | CANADA |
| KELLY IMAGING | PO BOX 660831 | | | DALLAS | TX | 75266-0831 | |
| KEN LI KOH | UNIT 2, 137 HULL ROAD | | | CROYDON | | VIC 3136 | AUSTRALIA |
| KENNETH D MCCOY | 1401 WOODSTOCK WAY #103H | | | BELLINGHAM | WA | 98226-3577 | |
| KENNETH JOHNSON | 2452 COLUMBIA AVE. NW #24 | | | EAST WENATCHEE | WA | 98802-4198 | |
| KEVIN REINSCH | 3100 PEARL PKWY | A317 | | BOULDER | CO | 80301 | |
| KEVIN TAVERNE | 13 RUE KIPLING | | | MENNECY | | 91540 | FRANCE |
| KEYHOLE SECURITY INC | 708 S WENATCHEE AVE | | | WENATCHEE | WA | 98801-3072 | |
| KHURSHID ALAM | 65 CHURCH STREET | UNIT-2 | | WEST TAMWORTH | NSW | 2340 | AUSTRALIA |
| KOJI MICHIWAKI | SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO | | | KAMINAGAO 380-3 | | 428-0313 | JAPAN |
| KOOMBEA INC. | ATTN: JONATHAN TARUD | 2250 NW 114TH AVE | UNIT 1L, COL 5242 | MIAMI | FL | 33192-4177 | |
| KOOMBEA INC. | C/O VLP LAW GROUP, LLP | ATTN: MARK D. TAYLOR | 1629 K STREET NW, SUITE 300 | WASHINGTON | DC | 20006-1631 | |
| KRISHNA KARTHIK REDDY ADAPALA | 5106 KINO CT | | | DUBLIN | CA | 94568-8719 | |
| KYLE SPESARD | 625 N HAWK ST | | | PALATINE | IL | 60067 | |
| KYLE WHEELAN | 7975 ORCHARD PATH RD | | | COLORADO SPRINGS | CO | 80919 | |
| LARRY D. GERBRANDT | 141 SEELY AVE | | | AROMAS | CA | 95004-9501 | |
| LARRY EUGENE BAGGS | 1502 SHARON DRIVE | | | DUNCANVILLE | TX | 75137-4014 | |
| LASSE KAIHLAVIRTA | PIIRINIITYNKATU 4 H 3 | | | TAMPERE | | 33340 | FINLAND |
| LAURENT HAMERS | AVENUE VAN BEETHOVEN 24 | | | ROSIERES | | 1331 | BELGIUM |
| LEE E. WOODARD | LEXON INS. CO., HARRIS BEACH PLLC | 333 WEST WASHINGTON ST., SUITE 200 | | SYRACUSE | NY | 13202-5202 | |
| LEON DE FLEURIOT DE LA COLINIERE | 16 RANKDORING AVE | | | JOHANNESBURG | | | SOUTH AFRICA |
| LEONID MARKIN | 714 NORTH REXFORD | | | BEVERLY HILLS | CA | 90210-3314 | |
| LESLIE HIBBARD | PO BOX 2067 | | | CHELAN | WA | 98816-2067 | |


| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| LESTER AYLLON | RUA ADELE | 119 AP 264 BL 2 | | RUA ADELE 119 | | | BRAZIL |
| LEVI ILLIS | VINKENHOF 7 | | | | | 4332 DM | NETHERLANDS |
| LEXON INSURANCE COMPANY | 12890 LEBANON ROAD | | | MT. JULIET | TN | 37122 | |
| LEXON INSURANCE COMPANY | C/O HARRIS BEACH PLLC, ATTN: LEE E. WOODARD | 333 WEST WASHINGTON ST. | SUITE 200 | SYRACUSE | NY | 13202-5202 | |
| LI LIANG | 1272 GLEN HAVEN DR | | | SAN JOSE | CA | 95129-4103 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | DEPT LA 24291 | | | PASADENA | CA | 91185-4291 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | LIGHTHOUSE | 250 MONTGOMERY ST. | SUITE 300 | SAN FRANCISCO | CA | 94104-3428 | |
| LIKUO LIN | 1192 QUEEN ANN DR | | | SUNNYVALE | CA | 94087 | |
| LIOR SHARABI | ESHKOLIT 28/22 | | | PARDES HANA | | | ISRAEL |
| LJUPCO NIKOLOVSKI | MERCURIUS 15 | | | AMSTELVEEN | GA | 1188 | HOLLAND |
| LODOG CORP | ATTN: MARK WEITZWEL, PRESIDENT | 15460 W 199TH ST | | SPRING HILL | KS | 66083 | |
| LUCA MONTERISI | 142 SVETI MARTIN | | | PODSTRANA | | 21312 | CROATIA |
| LUCAS VELASQUEZ | 497 LAKE CAMERON DR. | | | PIKE ROAD | AL | 36064-3959 | |
| LUIS ALBERTO FLORES EZPARZA | PO BOX 4161 | | | WENATCHEE | WA | 98801 | |
| LUIS ROMAN | 4633 WHITE BAY CIR. | | | WESLEY CHAPEL | FL | 33545-5058 | |
| LUKE MCINTYRE | 4 ROSE ROAD | GREY LYNN | | AUCKLAND | | 1021 | NEW ZEALAND |
| MARC JOYCE | 104 LOS GATOS BLVD | | | LOS GATOS | CA | 95030-6122 | |
| MARIA MAZAEVA | SHOKALSKOGO PROEZD H.4 APP.44 | | | MOSCOW | | 127642 | RUSSIA |
| MARK ELLIS | 43 CHERRY ORCHARD RD | FLAT 19 | RAINIER APARTMENTS | CROYDON | | CR06FA | UNITED KINGDOM |
| MARK R. SHAPLAND | 18119 BENT RIDGE DRIVE | | | WILDWOOD | MO | 63038 | |
| MARK VANGE | 10315 E SHANGRI LA RD | | | SCOTTSDALE | AZ | 85260 | |
| MARK WALDRON | MARK D. WALDRON | 6711 REGENTS BLVD. W., SUITE B | | TACOMA | WA | 98466-5421 | |
| MARY E BUSHYHEAD | C/O EAN SERVICES LLC | 14002 E 21ST ST | SUITE 1500 | TULSA | OK | 74134-1424 | |
| MASAYA FUJIOKA | OOKAYAMAMANSHION 319 | MEGURO-KUL-36-31 | | TOKYO | | 152-0033 | JAPAN |
| MATHIAS BRACHET | DARWINGASSE 37 | TOP 1 | | VIENNA | | 1020 | AUSTRIA |
| MATTEO ROMANI | VIA FLAMINIA 66 | | | FOSSOMBRONE | WA | 61034 | |
| MATTHEW EUGENE RISEN | 1935 LEGACY PLACE SE | | | EAST WENATCHEE | WA | 98802-9162 | |
| MATTHEW HINE | 2405 ACACIA ST. | | | RICHARDSON | TX | 75082-3319 | |
| MATTHEW R LUTZ | 916 CONFIDENCE DRIVE | | | LONGMONT | CO | 80504-8526 | |
| MAZAEVA MARIA | SHOKALSKOGO PROEZD | H.4 APP.44 | | MOSCOW | | 127642 | RUSSIA |
| MCVICKER, MOSS, ETL | MCVICKER, MOSS, BALESTRO, ET AL IN CLASS ACTION | C/O LEVI & KORSINSKY LLP | 1101 30TH STREET NORTHWEST, SUITE 115 | WASHINGTON | DC | 20007-3740 | |
| MELISSA SPILLMAN | 612 BOIS D ARC LN | | | FRANKLIN | TN | 37069-4762 | |
| MELVIN WHITE | 6091 GOLDDUST RD. | | | BROOKSVILLE | FL | 34609-8705 | |
| MICHAEL BENDETT | 7606 LEXINGTON LANE | | | PARKLAND | FL | 33067-1622 | |
| MICHAEL BHAGAT | 1169 S. CALLE DEL NORTE DR. | | | PUEBLO WEST | CO | 81007-1907 | |
| MICHAEL CHU | 1113 8TH AVE W | | | SEATTLE | WA | 98119 | |
| MICHAEL DETRINIDAD | 726 BALSAM DR | | | NEWMAN | CA | 95360-9522 | |
| MICHAEL ILYANKOFF | 7425 156TH ST SE | | | SNOHOMISH | WA | 98296-8771 | |
| MICHAEL LAFONTAINE JR | 321 NAPA VALLEY DR | | | MILFORD | MI | 48381 | |
| MICHAEL PAPENFUSE | 1291 QUEENSWAY | | | LAKE ISABELLA | MI | 48893-9356 | |
| MICHAEL RUSSO | 10310 WREN ROAD | | | WEEKI WACHEE | FL | 34613-3887 | |
| MICHAEL WAGNER | 1253 ROCK HILLS ST. UNIT 102 | | | LAS VEGAS | NV | 89135-3576 | |
| MIKHAIL FILIPPOV | 2713 PROSPECT STREET | | | FRAMINGHAM | MA | 01701 | |
| MIKHAIL MESHKOV | METALLURGOV UL, 11-52 | | | MOSCOW | | 111401 | RUSSIA |
| MLDC1 LLC | 7906 RANDOLPH RD. | | | MOSES LAKE | WA | 98837-5122 | |
| MLDC1, LLC | C/O OVERCAST LAW OFFICES | ATTN: DAVID A. KAZEMBA | 23 S. WENATCHEE AVE., SUITE 320 | WENATCHEE | WA | 98801-2263 | |
| MOHAMMAD MEHDI TOOZHY | 11 JUSTUS DR. | | | RICHMOND HILL | ONTARIO | L4C9Z4 | CANADA |
| MOLLY HUNTER | 4347 ANNA LANE | | | WENATCHEE | WA | 98801-9034 | |
| MR ALEXANDER GARNOCK | 13 BUTTFIELD ST | COOMBS | | CANBERRA | | ACT 2611 | AUSTRALIA |
| MR TOUBOUL | 59 RUE DE DE MARIGNAN | | | ST MAUR DES FOSSES | | | FRANCE |
| NATHAN WELLING | 340 S LEMON AVE UNIT 5807 | | | WALNUT | CA | 91789-2706 | |
| NC MACHINERY | PO BOX 58201 | | | TUKWILA | WA | 98138-1201 | |
| NC MACHINERY CO. | 17035 WEST VALLEY HIGHWAY | | | TUKWILA | WA | 98188-5519 | |
| NC MACHINERY CO. | ATTN: DANIAL D. PHARRIS | 601 UNION STREET | STE. 2600 | SEATTLE | WA | 98101 | |


# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| NEIL HUTCHINGS | 5 BEDWAS CLOSE | ST. MELLONS | | CARDIFF | | CF3 0HP | UNITED KINGDOM |
| NELSON L. KIM | ATTN: NELSON KIM | 8305 WEEPING SPRINGS AVE | | LAS VEGAS | NV | 89131-1450 | |
| NELSON PRADA | 323 SONOMA DR | | | POOLER | GA | 31322 | |
| NEPPEL ELECTRIC | 4703 KELLY PLACE | | | MOSES LAKE | WA | 98837-4306 | |
| NEPPEL ELECTRICAL & CONTROLS, LLC | C/O RIES LAW FIRM | ATTN: CHRISTOPHER F. RIES | PO BOX 2119 | MOSES LAKE | WA | 98837-0519 | |
| NICK NGUYEN | 3411 GREENTREE DR | | | FALLS CHURCH | VA | 22041-1405 | |
| NICOLAS COLOMBERA | SANTA CRUZ 88 | | | SANTIAGO DEL ESTERO, CAPITAL | | 4200 | ARGENTINA |
| NITIN LIMAYE | 9-B PRATAPGUNJ SOCIETY | 401 MANORATH APARTMENTS | | VADODARA | | 390002 | INDIA |
| NIVA JOHNSON | 119 RIDGMAR TRAIL | | | HENDERSONVILLE | TN | 37075 | |
| NW HANDLING SYSTEMS | PO BOX 749861 | | | LOS ANGELES | CA | 90074-9861 | |
| OMAR D. AHMADI | 13 CHERRY LANE | | | PARSIPPANY | NJ | 07054 | |
| OMAR JAVIER MONSALVE SANCHEZ | 17806 BELLA AVA DR, TOMBALL | | | HOUSTON | TX | 77377-2099 | |
| OMAR JAVIER MONSALVE SANCHEZ | AVENIDA CONEGO BERNARDO CHOUZAL | 284, BL2 , 1 DT | PAREDES DE COURA | VIANA DO CASTELO | | 4940-520 | PORTUGAL |
| OUR BOTANICALS WORLDWIDE LLC | 8 THE GREEN, SUITE #7123 | | | DOVER | DE | 19901-3618 | |
| PABLO HERNANDEZ GUEVARA | ATTN: PABLO GUEVARA | CALLE ESTE RES MI REFUGIO P 9 APTO. 9A URB. MANZANARES | | CARACAS | | 1070 | VENEZUELA |
| PACIFIC NORTHWEST INFRASTRUCTURE INC | PO BOX 3363 | | | WENATCHEE | WA | 98807-3363 | |
| PACIFIC SECURITY | 2009 IRON ST. | | | BELLINGHAM | WA | 98225-4211 | |
| PAMELA M EGAN & PAUL H BEATTIE | C/O CKR LAW LLP | 506 2ND AVENUE | 14TH FLOOR | SEATTLE | WA | 98104-2343 | |
| PAMELYN CHEE | PO BOX 18771 | | | LOS ANGELES | CA | 90018-0771 | |
| PATH OF FOUR WINDS, LLC | 3638 LAKE BREEZE LANE | | | CROSBY | TX | 77532-7202 | |
| PATRICK BLOUNT | 848 N RAINBOW BLVD SUITE 1800 | | | LAS VEGAS | NV | 89107-1103 | |
| PAUL A. BARRERA | NORTH CITY LAW PC | 17713 15TH AVE NE | STE. 101 | SHORELINE | WA | 98155-3839 | |
| PAUL ORLOFF | 7909 VAN NUYS BLVD | | | VAN NUYS | CA | 91401 | |
| PAUL W REINSCH JR | 7 SALVATIERRA TRACE | | | HOT SPRINGS VILLAGE | AR | 71909-7707 | |
| PER MARTIN SUNDBERG | CALCADA DE SANTO ANDRE 33 | BLOCO 2 | LETRA F | LISBON | | 1100-495 | PORTUGAL |
| PETER MOONEY | 506 FELICIA ST | | | DURHAM | NC | 27704-6213 | |
| PETR BOHACEK | KLOBOUCNICKA 1440/8 | | | | | | CZECHIA |
| PHAM SONG TOAN | TONEYAMA 2-5-6 TOYONAKA | | | OSAKA | | | JAPAN |
| PHIL A DINWIDDIE | 28122 VINE CLIFF | | | BOERNE | TX | 78015 | |
| PHILIP N MCCOLLUM | 14391 WARREN ST | | | WESTMINSTER | CA | 92683-5187 | |
| PIERVANNI UGOLINI MUGELLI | VIA DI NIZZANO, 2 | | | IMPRUNETA | FLORENCE | 50023 | ITALY |
| PORT OF CHELAN | 238 OLDS STATION RD #A | | | WENATCHEE | WA | 98801-8131 | |
| PORT OF DOUGLAS | 643 BILLINGSLY DR. SE | | | EAST WENATCHEE | WA | WA 98802 | |
| PORT OF DOUGLAS COUNTY | 1 CAMPBELL PARKWAY | SUITE D | | EAST WENATCHEE | WA | 98802-9290 | |
| PORT OF DOUGLAS COUNTY | C/O DAVIS ARNEIL LAW FIRM | ATTN: DAVID R. LAW | 617 WASHINGTON ST | WENATCHEE | WA | 98801-2600 | |
| PRIJA PHANPHOUAMPHENG | 5115 16TH STREET, A | | | SANTA ANA | CA | 92703 | |
| PRIMO NJEGA | BUKOVCI 100F | SI-2281 MAKOVCI | | | | | SLOVENIJA |
| QUARK LLC | 4283 EXPRESS LANE | SUITE 3842-078 | | SARASOTA | FL | 34249-2602 | |
| RADOMIR KALININ | STANYUKOVICHA | 54G-55 | | VLADIVOSTOK CITY | | 690003 | RUSSIA |
| RANDY MICHELSON | C/O MICHELSON LAW GROUP | 220 MONTGOMERY STREET | SUITE 2100 | SAN FRANCISCO | CA | 94104 | |
| RAPHAEL SOFAIR ET AL | C/O WILLIAMS KASTNER & GIB | ATTN: JOHN A. KNOX | 601 UNION STREET, SUITE 4100 | SEATTLE | WA | 98101-1368 | |
| RARITAN | 400 COTTONTAIL LANE | | | SOMERSET | NJ | 08873-1238 | |
| RARITAN, INC. | ATTN: DANIEL MORAN | 400 COTTONTALE LANE | | SOMERSET | NJ | 08873 | |
| RARITAN, INC. | C/O DRINKER BIDDLE & REATH LLP | ATTN: FRANK VELOCCI | 600 CAMPUS DRIVE | FLORHAM PARK | NJ | 07932-1096 | |
| RAVJI PATEL | 16 HOME MEAD | | | | | HA7 1AF | UNITED KINGDOM |
| REFAEL SOFAIR | INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | ATTN: JOHN A. KNOX | 601 UNION STREET, SUITE 4100 | SEATTLE | WA | 98101 | |
| RICHARD BLOMQUIST | 1425 BROADWAY | #23240 | | SEATTLE | WA | 98122 | |
| RICHARD SHEW | 157 SLATEWOOD CT | | | BETHEL PARK | PA | 15102 | |
| RICHARD WULLIENS | RUE DE L'EGLISE 13A | | | ST LONARD | | 1958 | SWITZERLAND |
| RIETVELD GLOBAL BUSINESS GROUP B.V. | POSTBUS 9607 (BOX G58) | | | 1006 GC AMSTERDAM | | | THE NETHERLANDS |
| ROBERT B DECKER | 918 CONFIDENCE DR | | | LONGMONT | CO | 80504 | |
| ROBERT ILIEVSKI | NYPONGATAN 18 | | | MALMO SKANE | | 212 31 | SWEDEN |
| ROBERT J. HOYER | 5940 DALTRY LN | | | COLORADO SPRINGS | CO | 80906-7802 | |



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ROBERT RUSSELL | 971 PROVIDENCE PIKE | | | DANIELSON | CT | 06239-4003 | |
| ROGER L SUTTON | 716 CONTESSA | | | IRVINE | CA | 92620 | |
| ROLAN BURYKIN | THOMAS-DIEWALD | STR 2 | | PLANEGG | | 82152 | GERMANY |
| ROLF JAKOBSEN | WESSELS GATE 25C | | | | | H0202 | NORWAY |
| RONALD RICHARD JOHNS, JR. | 354 CLEAR SPRINGS HOLLOW | | | BUDA | TX | 78610-2740 | |
| ROOSEVELT SCOTT | 802 HAWK VIEW COURT | | | FAIRVIEW HEIGHTS | IL | 62208-2967 | |
| ROSS SHRESTHA | 1259 N LAKEVIEW DR | | | PALATINE | IL | 60067-2092 | |
| ROSS TAVAKOLI | 8 OAKFIELD CLOSE | ALDERLEY EDGE | | CHESHIR, SK97NA | ENGLAND | | UNITED KINGDOM |
| RUBEN DEL MURO | 1923-1 NISHIDERA | KIKUCHI | | KUMAMOTO | | 861-1323 | JAPAN |
| SCHMITT ELECTRIC | 1114 WALLA WALLA AVE. | | | WENATCHEE | WA | 98801-1525 | |
| SCHMITT ELECTRIC, INC | 1114 WALLA WALLA AVENUE | | | WENATCHEE | WA | 98801 | |
| SCOTT ALAN WILSON | 9303 WAVING FIELDS DR | | | HOUSTON | TX | 77064-4557 | |
| SCOTT GLASSCOCK | 229 CRAFT ROAD | | | BRANDON | FL | 33511-7588 | |
| SCOTT PAUL | 1100 SW 7TH ST | | | RENTON | WA | 98057 | |
| SCOTT R. WEAVER | C/O CARNEY BADLEY SPELLMAN | 701 5TH AVE | STE 3600 | SEATTLE | WA | 98104-7010 | |
| SERGIY DZVONYK | 28, YAROSLAVOV VAL ST., AP. 29 | | | KIEV | | 01034 | UKRAINE |
| SERHII KOMAR | ALEXANDRA NEVSKOGO 35 | AP. 55 | | ODESSA | | 65088 | UKRAINE |
| SHAUN LEECH | 49A WINFILED ROAD | BALWYN NORTH | | VICTORIA | | 3144 | AUSTRALIA |
| SHAWN JACKSON DYCK | 40100 WILLOW CRESCENT | APT 308 | | SQUAMISH | BC | V8B0L8 | CANADA |
| SHOW ME CABLES | 115 CHESTERFIELD INDIUSTRIAL BLVD | | | CHESTERFIELD | MO | 63005-1219 | |
| SINH DU | 818 SW 3RD AVE #221-2313 | | | PORTLAND | OR | 97204-2405 | |
| SMEETS GERT | SAPSTRAAT 40 | | | GROTE SPOUWEN | | | BELGIUM |
| SPENCER ROSS | 215 11TH AVE NE | APT. 3 | | ST. PETERSBURG | FL | 33701-1961 | |
| SPOKANE-YAKIMA | 904 W RIVERSIDE AVE | SUITE 304 | PO BOX 2164 | SPOKANE | WA | 99210-2110 | |
| STATE OF WASHIGNTON | BANKRUPTCY & COLLECTIONS UNIT | ATTN: ANGIE LEE, ASSISTANT ATTORNEY GENERAL | 800 FIFTH AVENUE, SUITE 200 | SEATTLE | WA | 98104-3188 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | 2101 4TH AVE, STE 1400 | | | SEATTLE | WA | 98121-2300 | |
| STEFANO MUSUMECI | UUSLINNA TN 9/4-52 | | | TALLINN | | 11415 | ESTONIA |
| STEVE DELASSUS | 215 AVENUE MARCEL ANTHONIOZ | | | DIVONNE LES BAINS | | 01220 | FRANCE |
| STEVEN WILLIAM SWEENEY | 7 LENT CRESCENT | | | BRAMPTON | ONTARIO | L6Y 5E5 | CANADA |
| SUSAN RAMAKER | PO BOX 3272 | | | WENATCHEE | WA | 98807-3272 | |
| TAKESHI KAWAI | 3-9-2-403 SHIMORENJAKU | | | MITAKA CITY | TOKYO | 181-0013 | JAPAN |
| TALENTS 633 MINISTRIES, NFP | 24206 WALNUT CIRCLE | | | PLAINFIELD | IL | 60585-2261 | |
| TALOS CONSTRUCTION LLC | C/O FOSTER PEPPER PLLC | ATTN: TODD REUTER | 618 W RIVERSIDE AVE, SUITE 300 | SPOKANE | WA | 99201-5102 | |
| TALOS CONSTRUCTION LLC | PO BOX 2607 | | | CHELAN | WA | 98816-2607 | |
| TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION - SAU | C/O OFFICE OF THE ATTORNEY GENERAL | COLLECTIONS DIVISION MC 008 | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| THEOCHARIS ASLANIDIS | DORIDOS 44 | | | EGALEO | | 12242 | GREECE |
| THOMAS MEHLITZ | SOLRIDE GMBH | | | YBURGSTR. | | 18 | GERMANY |
| TNT BUSINESS COMPLEX, LLC | ATTN: KELLY THOMPSON | 380 LESLIE WAY | | EAST WENATCHEE | WA | 98802-5624 | |
| TOTAL EMPLOYMENT MANAGEMENT | 723 W. BROADWAY | | | MOSES LAKE | WA | 98837-1920 | |
| TOWN TOYOTA CENTER | 1300 WALLA WALLA | | | WENATCHEE | WA | 98801-1529 | |
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | ATTN: JONATHAN B. ALTER, ESQ. | 1 TOWER SQUARE, MS04 | | HARTFORD | CT | 06183-1050 | |
| TRAVIS HIBBARD | PO BOX 2607 | | | CHELAN | WA | 98816 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | 197 BOSTON POST RD W STE M | | | MARLBOROUGH | MA | 01752-1938 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | PO BOX 978 | | | MANCHESTER | NH | 03105-0978 | |
| TUOMAS J KARJALAINEN | 7601 E TREASURE DR, APT 1023 | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| TYLER DOMER | 91 NE 17 ST | | | EAST WENATCHEE | WA | 98802-4147 | |
| U.S. CUSTOMS AND BORDER PROTECTION | ATTN: REVENUE DIVISION, BANKRUPTCY TEAM | 6650 TELECOM DR | STE 100 | INDIANAPOLIS | IN | 46278 | |
| UPS | 28013 NETWORK PLACE | | | CHICAGO | IL | 60673-1280 | |
| US CUSTOMS | PO BOX 979126 | | | ST. LOUIS | MO | 63197-9001 | |
| US TRUSTEE | US COURT HOUSE | 920 W RIVERSIDE AVE | SUITE 593 | SPOKANE | WA | 99201-1012 | |
| VALERIJS SIDORIKS | 63 ADDISON ROAD | | | GUILDFORD | SURREY | GUI 3QQ | UNITED KINGDOM |
| VANESSA PIERCE ROLLINS | BOWMAN PIERCE, LLC | 123 SPRINGHILL DRIVE | | EAST WENNATCHEE | WA | 98802 | |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| VIKEN CHOUCHANIAN | 8741 DARBY AVE | #3 | | NORTHRIDGE | CA | 91325 | |
| VLADISLAV MANITSKIY | GARAZHNAYA STREET 67/396 | | | KRASNODAR CITY | KRASNODAR REGION | 350000 | RUSSIAN FEDERATION |
| VYACHESLAV LEVIN | 4A STOKE ROW | | | COVENTRY | WESTMIDLANDS | CV2 4JQ | UNITED KINGDOM |
| WA DEPARTMENT OF REVENUE | ATTN: SAM SEAL | 2101 4TH AVE, STE 1400 | | SEATTLE | WA | 98121-2300 | |
| WASHINGTON EMPLOYMENT SECURITY DEPT | PO BOX 9046 | | | OLYMPIA | WA | 98507-9046 | |
| WASHINGTON STATE LABOR & INDUSTRIES | PO BOX 44170 | | | OLYMPIA | WA | 98504-4170 | |
| WILHELMUS APPEL | LUPINELAAN 15 | | | WAALRE | CG | 5582 | THE NETHERLANDS |
| WILLIAM M PATTON | 6821 SKY CIRCLE | | | ANCHORAGE | AK | 99502 | |
| WILLIAM STEPHEN DAVIS | 7281 ROOSES DRIVE | | | INDIANAPOLIS | IN | 46217 | |
| WILLIAM TRAN | 403 W RAMONA RD | | | ALHAMBRA | CA | 91803 | |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL RD. | | | PALO ALTO | CA | 94304-1050 | |
| WINLAND CREDIT PARTNERS LLC AS TRANSFEREE OF NEPPEL ELECTRICAL & CONTROLS LLC | PO BOX #206 | | | N. STONINGTON | CT | 06359 | |
| WONG CHUN MING | SHAM SHUI PO,FUK WING ST 133 | FLAT A 10/F 5/BLOCK GOLDEN BLDG | | | | | HONG KONG |
| XIAOMING LU | 3269 RANGE CT | | | MASON | OH | 45040-8741 | |
| YUET CHOI CHENG | 22F NAM HOI MANSION | | | TAIKOO SHING | | | HONG KONG |
| YURII KUZMIN | 10-B, UROZHAYNAYA STR. | | | ODESSA | | 65016 | UKRAINE |