MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor.

Case No. 18-03197-FPC11

CHAPTER 11 TRUSTEE'S MONTHLY
FINANCIAL REPORT FOR AUGUST 2019

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of August 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for August 2019 (Exhibit 3), incorporated herein by reference.

Significant developments during reporting period:

1. The Estate continues to operate the Moses Lake facility. Mining revenues were $355,621.17, with an additional $45,436.50 of revenue from subtenant Eco Diversified Holdings for rent and proportional obligation for the utilities. Additionally, the Estate collected $17,500.00 from an entity known as Allrise. Allrise had entered into a subtenant agreement, pre-petition, with the Debtor. However, there are a number of

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7   Doc 372   Filed 09/16/19   Entered 09/16/19 14:39:35   Pg 1 of 13

disputed issues related to Allrise, including that Allrise is in default in its obligations to the Debtor for both rent and its portion of electricity. The $17,500.00 was paid as a good faith gesture by Allrise while the Estate and Allrise work through the various issues.

Attached hereto and incorporated herein by reference as Exhibit 4 is a detailed narrative report from Court-appointed consultant, Douglas Pratt, regarding Giga Watt's mining operations for August 2019.

2. The Estate is continuing payments on an accelerated repayment schedule to the landlord at the Moses Lake facility. Rent and utility payments are current. The Estate had fully repaid the super priority loan from the landlord and is continuing to repay the past due amounts which existed when the Trustee took over operations.

3. After negotiating with several potential lenders, the Trustee secured a DIP loan in the amount of $200,000.00 to commence operations at the TNT facility. By Order entered on August 29, 2019 (Docket No. 365), the Court authorized the re-opening of the TNT facility and authorized the DIP loan in the partial amount of $158,512.00, on an interim basis pending a final hearing on September 24, 2019. The DIP loan has been funded in the partial amount of $158,512.00 (including a $4,000.00 origination fee to Lender), power and internet service have been restored, and the Debtor is continuing preparations for restarting operations at the TNT facility. The Estate has continued to pay current rent to the landlord at TNT. The projections for operating at the TNT facility indicate that it should generate net profit to the estate.

4. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any post-petition tax obligations.

MONTHLY FINANCIAL REPORT -2-
18-03197-FPC7    Doc 372    Filed 09/16/19    Entered 09/16/19 14:39:35    Pg 2 of 13

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of August 2019 were **$372,989.99.**

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 16th day of September, 2019.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report

Page: 1

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | | Account: | ********25 - Checking Account |
| Period: | 08/01/19 - 08/31/19 | | Blanket Bond: | $0.00 (per case limit) |
| | | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/19 | | Eco Diversified Holdings | August 2019 rent for Pod 8 of Parcel E pods, Moses Lake facility | 4002-00 | 9,000.00 | | 40,958.50 |
| 08/01/19 | | Moses Lake Facility | Mining operations | 4001-000 | 80,296.13 | | 121,254.63 |
| 08/01/19 | 210 | Insta Stor Inc. | Invoice #2587 (storage container rental through August 2019) | 6004-000 | | 134.88 | 121,119.75 |
| 08/05/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 8/1/19) | 6003-000 | | 80,296.13 | 40,823.62 |
| 08/08/19 | | Moses Lake facility | Mining operations | 4001-000 | 78,684.25 | | 119,507.87 |
| 08/13/19 | 211 | Lauren Miehe | Invoice dated 8-11-19 (through 8-10-19) | 6007-013 | | 6,393.75 | 113,114.12 |
| 08/13/19 | 212 | Lauren Miehe | Reimbursement of costs (invoice dated 8-11-19) | 6007-014 | | 446.29 | 112,667.83 |
| 08/13/19 | 213 | Austin Harrison | Invoice dated 8-11-19 (through 8-9-19) | 6007-013 | | 2,400.00 | 110,267.83 |
| 08/13/19 | 214 | Porfirio Jaimes | Invoice dated 8-11-19 (through 8-11-19) | 6007-013 | | 1,600.25 | 108,667.58 |
| 08/13/19 | 215 | Skyler Simpson | Invoice dated 8-11-19 (through 8-10-19) | 6007-013 | | 2,075.50 | 106,592.08 |
| 08/13/19 | 216 | Skyler Simpson | Reimbursement for costs (invoice dated 8-11-19) | 6007-014 | | 84.00 | 106,508.08 |
| 08/13/19 | 217 | Allen Oh | Invoices #21 and #22 (through 8-9-19) | 6007-013 | | 6,000.00 | 100,508.08 |
| 08/13/19 | 218 | Michell, Reed & Schmitten Ins. Co. | Invoice #382876, Acct #17961 (Giga Watt, Inc.) | 6004-000 | | 102.10 | 100,405.98 |
| 08/13/19 | 219 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1815342-2674-9 | 6010-000 | | 124.28 | 100,281.70 |
| 08/13/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 8-8-19) | 6003-000 | | 60,586.87 | 39,694.83 |
| 08/15/19 | | Moses Lake facility | Mining operations | 4001-000 | 67,214.15 | | 106,908.98 |
| 08/19/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 8-15-19) | 6003-000 | | 51,754.90 | 55,154.08 |
| 08/20/19 | 220 | Insta Stor Inc. | Invoice #2701 (relocation of container) | 6004-000 | | 200.00 | 54,954.08 |
| 08/20/19 | 221 | Cascade Equipment Sales, LLC | Invoice #2171 (pick up and deliver forklift to Moses Lake) | 6004-000 | | 562.50 | 54,391.58 |
| | | | | Subtotals : | $235,194.53 | $212,761.45 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00  (per case limit) |
| Period: | 08/01/19 - 08/31/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/19 | 222 | Stretto | Invoice #3053 | 6007-000 | | 3,400.77 | 50,990.81 |
| 08/21/19 | 223 | Washington State Department of Revenue | 604-067-749 Giga Watt, Inc. B&O taxes due for July 2019 | 6006-002 | | 5,674.75 | 45,316.06 |
| 08/22/19 | | Moses Lake Facility | Mining operations | 4001-000 | 64,713.32 | | 110,029.38 |
| 08/23/19 | | Eco Diversified Holdings | Utilities for July 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 27,436.50 | | 137,465.88 |
| 08/23/19 | 224 | TNT Business Complexes, LLC | Lease payment for September 2019, TNT facility | 6003-000 | | 11,600.00 | 125,865.88 |
| 08/23/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 8/22/19) | 6003-000 | | 49,829.26 | 76,036.62 |
| 08/26/19 | 225 | Lauren Miehe | Invoice dated 8-26-19 (through 8-23-19) | 6007-013 | | 6,075.00 | 69,961.62 |
| 08/26/19 | 226 | Austin Harrison | Invoice dated 8-26-19 (through 8-24-19) | 6007-013 | | 2,400.00 | 67,561.62 |
| 08/26/19 | 227 | Skyler Simpson | Invoice dated 8-26-19 (through 8-23-19) | 6007-013 | | 2,000.00 | 65,561.62 |
| 08/26/19 | 228 | Porfirio Jaimes | Invoice dated 8-26-19 (through 8-25-19) | 6007-013 | | 1,535.50 | 64,026.12 |
| 08/26/19 | 229 | Allen Oh | Invoices #23 and #24 (through 8-23-19) | 6007-013 | | 6,000.00 | 58,026.12 |
| 08/26/19 | 230 | Allen Oh | Reimbursement for cost (Invoice #24) | 6007-014 | | 22.01 | 58,004.11 |
| 08/27/19 | | Allrise Capital | Partial payment of past due rent and utilities for January 2019 (Moses Lake) | 4099-000 | 17,500.00 | | 75,504.11 |
| 08/28/19 | 231 | Lauren Miehe | Invoice dated 9-9-19 (through 9-8-19) | 6007-013 | | 6,000.00 | 69,504.11 |
| 08/28/19 | 232 | Allen Oh | Invoices #25 and #26 (through 9-9-19) | 6007-013 | | 6,000.00 | 63,504.11 |
| 08/28/19 | 233 | Austin Harrison | Invoice dated 9-9-19 (through 9-8-19) | 6007-013 | | 2,400.00 | 61,104.11 |
| 08/28/19 | 234 | Skyler Simpson | Invoice dated 9-9-19 (through 9-8-19) | 6007-013 | | 2,000.00 | 59,104.11 |
| 08/28/19 | 235 | Porfirio Jaimes | Invoice dated 9-9-19 (through 9-8-19) | 6007-013 | | 1,500.00 | 57,604.11 |
| 08/29/19 | | Eco Diversified Holdings | September 2019 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 66,604.11 |
| 08/29/19 | | Moses Lake facility | Mining operations | 4001-000 | 64,713.32 | | 131,317.43 |
| 08/29/19 | 236 | LocalTel | Account #61297, Giga Watt, Inc. | 6010-000 | | 3,827.11 | 127,490.32 |
| | | | | Subtotals : | $183,363.14 | $110,264.40 | |

{} Asset reference(s)

Page: 3

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC  
**Case Name:** GIGA WATT INC.  
**Taxpayer ID #:** 81-4797010  
**Period:** 08/01/19 - 08/31/19

**Trustee:** Mr. Mark D. Waldron (670070)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ********25 - Checking Account  
**Blanket Bond:** $0.00 (per case limit)  
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/19 | | Randy Michelson | Per Credit Agreement and Order entered 8-29-19 (Docket No. 365) | 4099-000 | 154,512.00 | | 282,002.32 |
| 08/30/19 | 237 | Insta Stor Inc. | Invoice #2747 (storage container rental through September 2019) | 6004-000 | | 134.88 | 281,867.44 |
| 08/30/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 8-29-19) | 6003-000 | | 49,829.26 | 232,038.18 |

**ACCOUNT TOTALS**    2,174,248.61    1,942,210.43    $232,038.18

**TOTAL - ACCOUNT ********25**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 31,958.50 | 28 | Checks | 80,693.57 |
| 4 | Deposits | 62,936.50 | 5 | Adjustments Out | 292,296.42 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $94,895.00 | | Total | $372,989.99 |
| 6 | Adjustments In | 510,133.17 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $605,028.17 | | | |

{} Asset reference(s)

18-03197-FPC7    Doc 372    Filed 09/16/19    Entered 09/16/19 14:39:35    Pg 6 of 13

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 08/01/19 - 08/31/19

EXHIBIT 2

### Income

| | | |
|---|---|---|
| 4001-000 | Revenue from Operating Business | $355,621.17 |
| 4002-00 | Rents | $18,000.00 |
| 4099-000 | Other Receipts | $199,448.50 |
| **Total Income** | | **$573,069.67** |

### Expenses

| | | |
|---|---|---|
| 6003-000 | Admin. Rent | $303,896.42 |
| 6004-000 | Costs to Secure/Maintain Property | $1,134.36 |
| 6006-002 | Taxes - State | $5,674.75 |
| 6007-000 | Professional Fees & Expenses | $58,333.07 |
| 6010-000 | Other Expenses | $3,951.39 |
| **Total Expenses** | | **$372,989.99** |

**Net Income**     **$200,079.68**

  

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

EXHIBIT 3

Member FDIC

Period Covered:
August 01, 2019 - August 30, 2019
Page 1 of 10

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED
SEP 10 2019
Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $90,487.66 | $333,924.44 |
| Total | | $90,487.66 | $333,924.44 |

### Notable Information For You...

Stretto Banking Services and Metropolitan Bank would like to provide you a few simple tips to make sure your deposits are processed as quickly as possible: 1) Forego staples. 2) Ensure the MICR line is printed on the bottom of the deposit slip. 3) Pair deposit slip with the check(s) to be deposited with the deposit slip on top.




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
August 01, 2019 - August 30, 2019
Page 2 of 10

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

☏ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING

Account Number: ●●●●●●9625

| Enclosures | 23 | | |
|---|---|---|---|
| | | Beginning Balance | $90,487.66 |
| | | +Total Additions | $573,069.67 |
| | | -Total Subtractions | $329,632.89 |
| | | Ending Balance | $333,924.44 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 200 | 08-01 | $18,083.40 |
| 201 | 08-13 | $11,600.00 |
| 202 | 08-13 | $2,000.00 |
| 203 | 08-05 | $11,793.75 |
| 204 | 08-05 | $43.93 |
| 205 | 08-07 | $9,000.00 |
| 206 | 08-07 | $69.33 |
| 207 | 08-08 | $2,400.00 |
| 208 | 08-05 | $2,012.50 |
| 209 | 08-05 | $1,526.25 |
| 210 | 08-12 | $134.88 |
| 211 | 08-19 | $6,393.75 |
| 212 | 08-19 | $446.29 |
| 213 | 08-22 | $2,400.00 |
| 214 | 08-19 | $1,600.25 |
| 215 | 08-19 | $2,075.50 |
| 216 | 08-19 | $84.00 |
| 217 | 08-20 | $6,000.00 |
| 218 | 08-22 | $102.10 |
| 219 | 08-20 | $124.28 |
| 220 | 08-30 | $200.00 |
| 222* | 08-30 | $3,400.77 |
| 223 | 08-26 | $5,674.75 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-05 | WIRE TO MLDC 1 LLC | $80,296.13 |
| 08-14 | WIRE TO MLDC 1 LLC | $60,586.87 |
| 08-19 | WIRE TO MLDC 1 LLC | $51,754.90 |
| 08-23 | WIRE TO MLDC 1 LLC | $49,829.26 |

18-03197-FPC7    Doc 372    Filed 09/16/19    Entered 09/16/19 14:39:35    Pg 9 of 13




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

## Credits

| Date | Description | Additions |
|---|---|---|
| 08-01 | WIRE FROM COINME INC | $80,296.13 |
| 08-02 | REMOTE DEPOSIT REF#0100009 | $9,000.00 |
| 08-08 | WIRE FROM COINME INC | $78,684.25 |
| 08-15 | WIRE FROM COINME INC | $67,214.15 |
| 08-22 | WIRE FROM COINME INC | $64,713.32 |
| 08-26 | REMOTE DEPOSIT REF#0100010 | $27,436.50 |
| 08-28 | REMOTE DEPOSIT REF#0100011 | $17,500.00 |
| 08-29 | WIRE FROM COINME INC | $64,713.32 |
| 08-30 | REMOTE DEPOSIT REF#0100012 | $9,000.00 |
| 08-30 | WIRE FROM RANDY MICHELSON | $154,512.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-01 | $152,700.39 | 08-02 | $161,700.39 | 08-05 | $66,027.83 |
| 08-07 | $56,958.50 | 08-08 | $133,242.75 | 08-12 | $133,107.87 |
| 08-13 | $119,507.87 | 08-14 | $58,921.00 | 08-15 | $126,135.15 |
| 08-19 | $63,780.46 | 08-20 | $57,656.18 | 08-22 | $119,867.40 |
| 08-23 | $70,038.14 | 08-26 | $91,799.89 | 08-28 | $109,299.89 |
| 08-29 | $174,013.21 | 08-30 | $333,924.44 | | |

18-03197-FPC7    Doc 372    Filed 09/16/19    Entered 09/16/19 14:39:35    Pg 10 of 13

EXHIBIT 4

For the calendar month of August 2019, the Moses Lake Data Center (MLDC) generated gross revenue of $309,264 which represented a 25% drop in revenue from July 2019 of $412,000. Revenue from Bitcoin dropped 11%, moving from $226,299 in July to $201,527. ETH revenue dropped by 27%, moving from $48,115 in July to $35,015 in August. LTC mining revenue dropped 47%, moving from $137,585 to $72,722.

**Bitcoin Mining:** Revenues declined almost solely due to increasing global difficulty. The average price per BTC coin traded relatively the same for both months ($10,580 in August vs. $10,630 in July). We can expect to see declining revenues from BTC mining unless we get upward price movement in the market.



**Litecoin Mining:** The effects of the Litecoin reward halving rewards were felt in August, dropping 47%. This was not as bad a result as expected because the price of LTC also dropped by ~20%, so Gigawatt actually increased the number of block rewards compared to July. The reduction of LTC mining machines deployed globally (approximately 364,000 L3 machine equivalents) resulted in a difficulty reduction of 30% by the end of August.



If LTC pricing stays stable and difficulty drops worldwide, we can expect to see month on month grow in revenue from LTC. The $0.03/kwh power cost is a continue advantage for Gigawatt.

**Ethereum Mining:**

We need to dig deeper into ETH production numbers because the 30 day difficulty number dropped by about 6%. We mined 193.52 tokens in July vs 175.92 where we should would have expected to actually grow the number ETH token rewards. The average daily rewards in July were 6.25 and dropped to 5.67 in August in a month where we expected that number to grow.

The average sales price of an ETH token in was $198 in August vs. $247 in July.

In summary, we have no reliable market indicators that prices for BTC, LTC or ETH will increase. Assuming the case that market prices are stable, we can assume that BTC mining rewards will continue to decrease due to increasing difficulty, LTC revenues will begin to recover due dropping difficulty and revenue should increase. ETH will be uncertain until we find the production issues.



Bitcoin: If prices remain stable, we will experience drops in monthly revenue as more and newer equipment comes online worldwide.



Power Efficiency & Cost Cutting: We have identified and tested a new software load for the Litecoin miners that reduces the power draw by over 10%, which will reduce power costs helping offset the reduced revenue. Additional testing is being done on new software for Bitcoin to reduce power costs as well but are not complete. Attention will need to be diverted to the Ethereum miners to find addition efficiencies as well to mitigate reducing revenue against new technologies and mining farms.

Competition: Expect new Ethereum and Bitcoin miners to continue to be purchased and deployed worldwide. We will need to closely observe the difficulty rate for Litecoin mining to determine what is happening in August with purchase of new Litecoin miners. Even with increasingly obsolete technology at the MLDC, the $0.03/kwh in part neutralizes the advantage of newer and more efficient miners when they mine at higher $/kwh costs.

Additionally, with reduced block rewards AND the lower prices, the sales of newer mining equipment are slowed because the return of investment (ROI) (or return of capital) becomes extended.

For Bitcoin over the last 90 days, the difficulty in receiving block rewards has increased nearly 50%. Litecoin difficulty only increased 14% (and is now dropping) and Ethereum increased by 13% over the same 90-day period.

In summary, assuming digital currency prices remain steady, expect a significant drop in revenue for August for Litecoin, a continuing slow erosion of revenue from Ethereum and a continuing slow reduction of revenue month on month for Bitcoin.