JASON T. PISKEL, WSBA #35398
Email: jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
Email: ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for David M. Carlson and Clever Capital, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT, INC., | Chapter 11 |
| Debtor. | **CREDITORS DAVID M. CARLSON AND CLEVER CAPITAL, LLC'S OBJECTION TO:** |
| | **TRUSTEE'S MOTION FOR ORDER APPROVING FINANCING** |

Creditors David M. Carlson and Clever Capital, LLC, by and through their attorneys of record, Piskel Yahne Kovarik, PLLC, respectfully submit their objection to Trustee's Motion for Order Approving Financing on Interim and Final Basis with Super-Priority Unsecured Status (ECF Nos. 353, 366). In support of the objection, they incorporate by reference the following document as if fully set forth herein: Creditors David Carlson

CREDITORS DAVID M. CARLSON
AND CLEVER CAPITAL, LLC'S
OBJECTION TO: TRUSTEE'S ... - 1

Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

18-03197-FPC7    Doc 373    Filed 09/20/19    Entered 09/20/19 15:08:01    Pg 1 of 2

and Clever Capital, LLC's Objection to: Trustee's Motion for Order: (1) Setting Expedited Hearing on Request for Authority to Re-Open the TNT Facility and to Borrow on Interim Basis; (II) Authorizing Re-Opening of TNT Facility, and (III) Approving Financing on Interim and Final Basis (ECF No. 360). Without waiving their objection, it is respectfully requested that any order granting the motion on a final basis continue to specifically reserve any and all issues in the adversary proceeding, <u>Waldron v. Carlson</u>, Case No. 19-80012, which is currently pending.

DATED this 20th day of September 2019.

PISKEL YAHNE KOVARIK, PLLC

/s/ Benjamin J. McDonnell
JASON T. PISKEL, WSBA #35398
jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for David M. Carlson and Clever Capital, LLC*

CREDITORS DAVID M. CARLSON
AND CLEVER CAPITAL, LLC'S
OBJECTION TO: TRUSTEE'S ... - 2



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane,Wa  99201
P 509.321.5930 / F 509.321.5935