1

BENJAMIN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com

2

SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719

3

Seattle, WA 98109
Telephone: (206) 257-9547

4

Attorney for the Unsecured Creditors
Committee

5

6

7

8

UNITED STATES BANKRUPTCY COURT

9

FOR THE EASTERN DISTRICT OF WASHINGTON

10

11

In re:

18-03197-FPC11

12

GIGA WATT, INC.

13

Debtor.

STIPULATION RE WITHDRAWAL
AND SUBSTITUTION OF
COMMITTEE COUNSEL

14

15

16

        As of September 13, 2019, lead counsel for the Unsecured Creditors

17

Committee ("Committee"), Benjamin A. Ellison, is no longer affiliated with DBS

18

Law. The Committee has elected to retain Mr. Ellison as continued counsel

19

through Salish Sea Legal PLLC.  As such, DBS Law seeks to withdraw from the

20

case, and for Salish Sea Legal PLLC to be substituted as counsel of record for the

21

Committee. Mr. Ellison's new contact information is as follows:

22

23

        **Benjamin A. Ellison**
        **Salish Sea Legal PLLC**

24

        **2212 Queen Anne Ave North, No. 719**
        **Seattle, WA  98109**

25

        **Tel: (206) 257-9547**

26

Counsel for all parties hereby stipulates to the withdrawal of DBS Law and

STIPULATION FOR WITHDRAWAL AND SUBSTITUTION - 1

the substitution of Salish Sea Legal PLLC as counsel for Committee.  Incoming counsel will file a motion to be formally employed as Committee Counsel.

| By: *s/Dominique R. Scalia* | By: *s/ Benjamin Ellison* |
|---|---|
| Dominique R. Scalia, WSBA No. 47313<br>DBS Law<br>155 NE 100th St., Suite 205<br>Seattle, WA 98125<br>Tel: (206) 259-2950<br>dscalia@lawdbs.com<br>*Withdrawn Attorneys* | Benjamin A. Ellison, WSBA No. 48315<br>Salish Sea Legal PLLC<br>2212 Queen Anne Ave North, No. 719<br>Seattle, WA  98109<br>Tel: (206) 257-9547<br>Salishsealegal@outlook.com<br>*Attorneys for the Committee* |

STIPULATION FOR WITHDRAWAL AND SUBSTITUTION - 2