BENJAMIN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC.

        Debtor.

18-03197-FPC11

[PROPOSED] ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION OF COMMITTEE COUNSEL

Pursuant to Local Rule of Bankruptcy Procedure 9010-1(b)(6), the undersigned have stipulated to the withdrawal of DBS Law and the substitution and appearance of Salish Sea Legal PLLC as counsel of record for the Unsecured Creditors Committee ("Committee"). Attorney Benjamin A. Ellison shall remain counsel for the Committee through his new firm, Salish Sea Legal PLLC and move to be retained as Committee counsel.

The Court hereby approves the stipulation and authorizes the withdrawal of DBS Law and substitution and appearance of Salish Sea Legal PLLC as counsel of record for the Committee.

ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION - 1

///END OF ORDER///

Presented by:

By: *s/ Benjamin Ellison*
Benjamin A. Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Attorney for the Committee of Unsecured Creditors*


By: *s/Dominique R. Scalia*
Dominique R. Scalia, WSBA No. 47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 259-2950
dscalia@lawdbs.com
*Withdrawn Attorneys*

ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION - 2