# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 10/1/2019 |
| Case: 18−03197−FPC11 | Form ID: pdf002 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | benaellison@gmail.com |
| aty | Benjamin J McDonnell | ben@pyklawyers.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Kathryn R McKinley | kathryn.mckinley@painehamblen.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| aty | Ben Ellison | DBS Law | 155 NE 100th St., Suite 205 | Seattle, WA 98125 |

TOTAL: 1