# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 10/1/2019 |
| Case: 18−03197−FPC11 | Form ID: pdf002 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Pamela Marie Egan      pegan@potomaclaw.com

                                                                                                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Randy Michelson, Esq      Michelson Law Group      220 Montgomery Street Suite 2100      San Francisco, CA 94104

                                                                                                                                         TOTAL: 1