Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1300 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (415) 297-0132
Facsimile: (202) 318 7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>        Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF TRUSTEE'S APPLICATION FOR AWARD OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSE-MENT OF EXPENSES PURSUANT TO 11 U.S.C. § 330, AND FOR APPROVAL OF THE PAYMENT OF BANK FEES**<br><br>**Application No. 1 (Interim)** |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee") has filed an *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C.§ 330, and For Approval of the Payment of Bank Fees* (the "Application").

NOTICE OF TRUSTEE'S APPLICATION FOR INTERIM COMPENSATION - Page 1
4821-0197-5465, v. 3

| INFORMATION REQUIRED BY LBR 2016-1(a) | |
|---|---|
| Applicant's Status | Chapter 11 Trustee |
| Appointment Date | January 23, 2019 |
| Application Type | Interim |
| Sequential Number of Application | First |
| Amount of Compensation Requested | $95,244.26 |
| Amount of Expense Reimbursement Requested | $ 5,235.80 |
| Compensation or Reimbursement Previously Received or Allowed | $0 |
| Basis for the Compensation and Reimbursement | 11 U.S.C. §§ 326(a), 330 and 331 |

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee will pay himself awarded fees and expenses when in his business judgment it is appropriate to do so.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application filed herewith may be obtained from the Clerk of the Court.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Application must be filed with the Court and served upon undersigned counsel on or before 21 days (plus 3 days for those served by mail) from the date of service of this Notice. The Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed.

October 8, 2019     POTOMAC LAW GROUP

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

DATE OF SERVICE: OCTOBER 9, 2019

NOTICE OF TRUSTEE'S APPLICATION FOR INTERIM COMPENSATION - Page 2

4821-0197-5465, v. 3