EXHIBIT A
Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>        Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**[Proposed] ORDER GRANTING TRUSTEE'S MOTION FOR ORDER SETTING MONTHLY INTERIM PAYMENT PROCEDURE** |

This matter came before the Court upon the *Trustee's Motion for Order Setting Monthly Interim Payment Procedure* (the "Motion") filed by Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Based upon the Motion, the *Memorandum of Points and Authorities in Support of the Trustee's Motion for Order Setting Monthly Interim Payment Procedure*, the *Declaration of Mark D. Waldron in Support of the Trustee's*

ORDER GRANTING MOTION FOR INTERIM PAYMENT PROCEDURE
Page 1 - A
4838-1144-7205, v. 7

*Motion for Order Setting Monthly Interim Payment Procedure*, the Notice of *Trustee's Motion for Order Setting Monthly Interim Payment Procedure* (the "Notice"), and any objections or further argument submitted by the parties in interest, the Court hereby finds that cause exists to grant the Motion and further finds that Notice of the Motion was proper and sufficient.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The Trustee is authorized, but not directed, to pay his fees and expenses on a monthly basis, subject to the following procedure:

   A. Each month, the Trustee will file and serve, as set forth below, a notice stating the amount of fees and expenses that he accrued in the calendar month prior (the "Notice of Monthly Interim Fee Statement").

   B. The Trustee will serve the Notice of Monthly Interim Fee Statement upon all parties who have registered to participate in Electronic Court Filing (the "Monthly Notice Parties").

   C. The Monthly Notice Parties shall have ten (10) days from the date of service of the Notice of Interim Fee Statement to file and serve upon the Trustee and undersigned counsel an objection to the proposed fees.

   D. If no timely objection is filed with the Court, then the Trustee may cause the Debtor to pay the Trustee up to the sum of $15,000 for fees plus expenses incurred; provided that if monthly fees are less than $15,000, then the Trustee will cause the Debtor to pay actual fees plus expenses.

ORDER GRANTING MOTION FOR INTERIM PAYMENT PROCEDURE
Page 2 - A
4838-1144-7205, v. 7

E.  The Trustee shall use his business judgment in deciding whether to cause the Debtor to pay any portion of the monthly interim payments. If the Trustee decides in the exercise of his business judgment that the Debtor should not pay otherwise properly noticed fees, that unpaid interim allowed amount will roll forward and will be payable at such time as the Trustee deems appropriate. Furthermore, payment of the rolled forward amount will not count toward the $15,000 cap.

F.  If a timely objection is filed with the Court, then the Trustee shall set the matter for hearing, which may be on an expedited basis.

G.  If a party objects to less than the full amount of the requested fees or expenses set forth in the Notice of Monthly Interim Fee Statement, then the Trustee may cause the Debtor to pay him the amount of fees to which there is no objection up to the sum of $15,000 plus expenses.

H.  All fees and expenses will be subject to final review and approval after notice and hearing pursuant to section 330 of title 11 of the United States Code.

I.  The Trustee shall disgorge any fees and expenses that have been paid pursuant to the Monthly Interim Payment Procedure but that are not allowed on a final basis.

/// **END OF ORDER** ///