MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:  )
          )  **Case No. 18-03197-FPC11**
GIGA WATT INC.  )
          )  **CHAPTER 11 TRUSTEE'S MONTHLY**
Debtor.  )  **FINANCIAL REPORT FOR**
          )  **SEPTEMBER 2019**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of September 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for September 2019 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for September 2019 (Exhibit 4), incorporated herein by reference.

<u>Significant developments during reporting period</u>:

1. <u>Moses Lake Facility</u>. The Estate continues to operate the Moses Lake facility. Mining revenues for September 2019 at Moses Lake were $246,401.92, with an additional $24,765.80 of revenue from subtenant Eco Diversified Holdings for its

MONTHLY FINANCIAL REPORT -1-

proportional obligation for the August 2019 utilities. The Estate is continuing payments on an accelerated repayment schedule to the landlord at the Moses Lake facility. Rent and utility payments are current and the Estate continues the efforts to repay the past due amounts which existed when the Trustee took over operations.

2. <u>TNT Facility</u>. By Order entered on August 29, 2019 (Docket No. 365), the Court authorized the re-opening of the TNT facility and authorized a DIP loan in the amount of $200,000.00. Pursuant to that Order and pending a final order, the DIP loan was funded in the partial amount of $158,512.00 (including a $4,000.00 origination fee to Lender). A deposit was paid to the Douglas County PUD in the amount of $98,925.00, as well as $53,820.00 for utility arrears and a $1,767.00 connection fee. Power and internet service was restored and Debtor restarted operations at the TNT facility on September 10, 2019. Mining revenues at TNT for September 2019 were $24,710.61. Rent and utility payments are current.

3. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

4. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of September 2019 were **$456,645.28.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. Third Quarter 2019 U.S. Trustee fees in the amount of $12,882.92 were paid on October 1, 2019. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

5. It should be noted that due to the deposit paid to Douglas County PUD ($98,925.00) and the fact that Eco Diversified Holdings' rent payment for September ($9,000.00) was actually received and included in the August operations, the bottom line in the attached Operating Statement for September is skewed. Additionally, start-up costs at the TNT facility and market fluctuation of Litecoin and Bitcoin in September effected the net operations.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 15th day of October, 2019.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report

Page: 1

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | | Account: | ********25 - Checking Account |
| Period: | 09/01/19 - 09/30/19 | | Blanket Bond: | $0.00 (per case limit) |
| | | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/19 | | Public Utility District No. 1 of Douglas County | Payment to resume electrical service to TNT facility ($53,820 arrears, $98,925 deposit, $1767 connection fee) | 6010-000 | | 154,512.00 | 77,526.18 |
| 09/05/19 | | Moses Lake facility | Mining operations | 4001-000 | 60,814.95 | | 138,341.13 |
| 09/09/19 | | MLDC I, LLC | 100% of Moses Lake revenue | 6003-000 | | 60,814.95 | 77,526.18 |
| 09/12/19 | | Moses Lake facility | Mining operations | 4001-000 | 64,429.33 | | 141,955.51 |
| 09/13/19 | | Eco Diversified Holdings | Utilities for August 2019, Pod 8 of Parcel E pods Moses Lake | 4099-000 | 24,765.80 | | 166,721.31 |
| 09/13/19 | 238 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc., B&O taxes due for August 2019 | 6006-002 | | 5,334.32 | 161,386.99 |
| 09/13/19 | 239 | Stretto | Invoice #3092 | 6007-000 | | 5,976.99 | 155,410.00 |
| 09/13/19 | 240 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1821692-2674-9 | 6010-000 | | 124.28 | 155,285.72 |
| 09/13/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 9-12-19) | 6003-000 | | 49,610.58 | 105,675.14 |
| 09/19/19 | | Moses Lake ($64,837.22) and TNT ($7,941.93) facilities | Mining operations | 4001-000 | 72,779.15 | | 178,454.29 |
| 09/20/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 9-19-19) | 6003-000 | | 49,924.66 | 128,529.63 |
| 09/23/19 | 241 | Lauren Miehe | Invoice dated 9-22-19 (work at TNT facility through 9-20-19) | 6007-013 | | 4,275.00 | 124,254.63 |
| 09/23/19 | 242 | Lauren Miehe | Invoices dated 9-8-19 & 9-22-19 (Moses Lake facility through 9-20-19) | 6007-013 | | 1,912.50 | 122,342.13 |
| 09/23/19 | 243 | Lauren Miehe | Reimbursement for costs at TNT facility (Invoices dated 9-8-19 & 9-22-19) | 6007-014 | | 749.74 | 121,592.39 |
| 09/23/19 | 244 | Allen Oh | Invoices #27 and #28, Moses Lake facility through 9-20-19 | 6007-013 | | 6,000.00 | 115,592.39 |
| 09/23/19 | 245 | Austin Harrison | Invoice dated 9-22-19 (Moses Lake facility through 9-21-19) | 6007-013 | | 2,400.00 | 113,192.39 |
| | | | | Subtotals : | $222,789.23 | $341,635.02 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | Account: | ********25 - Checking Account |
| Period: | 09/01/19 - 09/30/19 | Blanket Bond: | $0.00 (per case limit) |
| | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/19 | 246 | Skyler Simpson | Invoice dated 9-22-19 (Moses Lake facility through 9-20-19), less overpayment of $375.00 on invoice dated 9-8-19 Voided on 09/23/19 | 6007-013 | | 1,625.00 | 111,567.39 |
| 09/23/19 | 246 | Skyler Simpson | Invoice dated 9-22-19 (Moses Lake facility through 9-20-19), less overpayment of $375.00 on invoice dated 9-8-19 Voided: check issued on 09/23/19 | 6007-013 | | -1,625.00 | 113,192.39 |
| 09/23/19 | 247 | Porfirio Jaimes | Invoice dated 9-22-19 (Moses Lake facility through 9-22-19), plus $17.00 owed on invoice dated 9-8-19 | 6007-013 | | 1,543.25 | 111,649.14 |
| 09/23/19 | 248 | David Knowles | Invoice dated 9-22-19 (TNT facility through 9-20-19) | 6007-013 | | 1,022.00 | 110,627.14 |
| 09/23/19 | 249 | TNT Business Complexes, LLC | Lease payment for October 2019 (TNT facility) | 6003-000 | | 11,600.00 | 99,027.14 |
| 09/23/19 | 250 | Skyler Simpson | Invoice dated 9-22-19 (Moses Lake), less $275.00 overpayment on invoice dated 9-8-19 | 6007-013 | | 1,225.00 | 97,802.14 |
| 09/23/19 | 251 | Skyler Simpson | Invoice dated 9-22-19 (TNT facility through 9-20-19) | 6007-013 | | 400.00 | 97,402.14 |
| 09/26/19 | | Moses Lake ($56,320.42) and TNT ($16,768.68) facilities | Mining operations | 4001-000 | 73,089.10 | | 170,491.24 |
| 09/27/19 | | MLDC I, LLC | Rent / utilities due for Moses Lake facility (September 2019) | 6003-000 | | 99,220.01 | 71,271.23 |
| | | | | Subtotals : | $73,089.10 | $115,010.26 | |

{} Asset reference(s)

18-03197-FPC7    Doc 390    Filed 10/15/19    Entered 10/15/19 14:46:18    Pg 5 of 14

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 09/01/19 - 09/30/19 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,470,126.94 | 2,398,855.71 | $71,271.23 |

**TOTAL - ACCOUNT ********25**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Balance Forward | 232,038.18 | 14 | Checks | 42,563.08 |
| 1 | Deposits | 24,765.80 | 5 | Adjustments Out | 414,082.20 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
|   | Subtotal | $256,803.98 |   | Total | $456,645.28 |
| 4 | Adjustments In | 271,112.53 | | | |
| 0 | Transfers In | 0.00 | | | |
|   | Total | $527,916.51 | | | |

{} Asset reference(s)



# Operating Statement
Period: 09/01/19 - 09/30/19

### Income

**4001-000 Revenue from Operating Business**
  4001-000 Revenue from Operating Business

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/05/19 | Dep. Adj.: 53 | 3910019625 | Moses Lake facility<br>Mining operations | $60,814.95 |
| 09/12/19 | Dep. Adj.: 55 | 3910019625 | Moses Lake facility<br>Mining operations | $64,429.33 |
| 09/19/19 | Dep. Adj.: 57 | 3910019625 | Moses Lake ($64,837.22) and TNT ($7,941.93) facilities<br>Mining operations | $72,779.15 |
| 09/26/19 | Dep. Adj.: 59 | 3910019625 | Moses Lake ($56,320.42) and TNT ($16,768.68) facilities<br>Mining operations | $73,089.10 |
| | | | | **$271,112.53** |

**4099-000 Other Receipts**
  4099-000 Other Receipts

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/13/19 | Deposit: 100013-1 | 3910019625 | Eco Diversified Holdings<br>Utilities for August 2019, Pod 8 of Parcel E pods Moses Lake | $24,765.80 |
| | | | | **$24,765.80** |

**Total Income**     **$295,878.33**

### Expenses

**6003-000 Admin. Rent**
  6003-000 Admin. Rent

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/09/19 | Disb. Adj.: 54 | 3910019625 | MLDC I, LLC<br>100% of Moses Lake revenue | $60,814.95 |
| 09/13/19 | Disb. Adj.: 56 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 9-12-19) | $49,610.58 |
| 09/20/19 | Disb. Adj.: 58 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 9-19-19) | $49,924.66 |
| 09/23/19 | Check: 249 | 3910019625 | TNT Business Complexes, LLC<br>Lease payment for October 2019 (TNT facility) | $11,600.00 |
| 09/27/19 | Disb. Adj.: 60 | 3910019625 | MLDC I, LLC<br>Rent / utilities due for Moses Lake facility (September 2019) | $99,220.01 |
| | | | | **$271,170.20** |

**6006-002 Taxes - State**
  6006-002 Taxes - State

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/13/19 | Check: 238 | 3910019625 | Washington State Department of Revenue<br>604-067-749, Giga Watt, Inc., B&O taxes due for August 2019 | $5,334.32 |
| | | | | **$5,334.32** |

**6007-000 Professional Fees & Expenses**
  6007-000 Professional Fees & Expenses

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/13/19 | Check: 239 | 3910019625 | Stretto<br>Invoice #3092 | $5,976.99 |
| | | | | **$5,976.99** |

**6007-013 Consultant for Trustee Fees**

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---:|
| 09/23/19 | Check: 241 | 3910019625 | Lauren Miehe<br>Invoice dated 9-22-19 (work at TNT facility through 9-20-19) | $4,275.00 |
| 09/23/19 | Check: 242 | 3910019625 | Lauren Miehe | $1,912.50 |

EXHIBIT 2

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| | | | Invoices dated 9-8-19 & 9-22-19 (Moses Lake facility through 9-20-19) | |
| 09/23/19 | Check: 244 | 3910019625 | Allen Oh | $6,000.00 |
| | | | Invoices #27 and #28, Moses Lake facility through 9-20-19 | |
| 09/23/19 | Check: 245 | 3910019625 | Austin Harrison | $2,400.00 |
| | | | Invoice dated 9-22-19 (Moses Lake facility through 9-21-19) | |
| 09/23/19 | Void: 246 | 3910019625 | Skyler Simpson | $0.00 |
| | | | Invoice dated 9-22-19 (Moses Lake facility through 9-20-19), less overpayment of $375.00 on invoice dated 9-8-19 | |
| 09/23/19 | Check: 247 | 3910019625 | Porfirio Jaimes | $1,543.25 |
| | | | Invoice dated 9-22-19 (Moses Lake facility through 9-22-19), plus $17.00 owed on invoice dated 9-8-19 | |
| 09/23/19 | Check: 248 | 3910019625 | David Knowles | $1,022.00 |
| | | | Invoice dated 9-22-19 (TNT facility through 9-20-19) | |
| 09/23/19 | Check: 250 | 3910019625 | Skyler Simpson | $1,225.00 |
| | | | Invoice dated 9-22-19 (Moses Lake), less $275.00 overpayment on invoice dated 9-8-19 | |
| 09/23/19 | Check: 251 | 3910019625 | Skyler Simpson | $400.00 |
| | | | Invoice dated 9-22-19 (TNT facility through 9-20-19) | |
| | | | | $18,777.75 |

**6007-014  Consultant for Trustee Expenses**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 09/23/19 | Check: 243 | 3910019625 | Lauren Miehe | $749.74 |
| | | | Reimbursement for costs at TNT facility (Invoices dated 9-8-19 & 9-22-19) | |
| | | | | $749.74 |
| | | | | $25,504.48 |

**6010-000  Other Expenses**
**6010-000  Other Expenses**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 09/04/19 | Disb. Adj.: 52 | 3910019625 | Public Utility District No. 1 of Douglas County | $154,512.00 |
| | | | Payment to resume electrical service to TNT facility ($53,820 arrears, $98,925 deposit, $1767 connection fee) | |
| 09/13/19 | Check: 240 | 3910019625 | Waste Management of Wenatchee | $124.28 |
| | | | Customer ID #19-19019-33003, Invoice #1821692-2674-9 | |
| | | | | $154,636.28 |

**Total Expenses**  $456,645.28

**Net Income**  $-160,766.95





Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
August 31, 2019 - September 30, 2019
Page 1 of 11

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED
OCT 0 0 2019
Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $333,924.44 | $91,248.22 |
| Total | | $333,924.44 | $91,248.22 |

### Notable Information For You...

Please follow these guidelines when printing payroll checks through a third party company: 1) Open a separate DDA account for payroll activity. 2) Provide the account number and Metropolitan Commercial Bank ABA number to your payroll processor. 3) Ask the payroll company to begin the check sequence at 1000 and provide check data in an Excel (.xlsx) or comma-delimited (.csv) format at least 3 days before checks are issued. 4) Send this data file to Stretto at least 48 hours before issuance.




**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
August 31, 2019 - September 30, 2019
Page 2 of 11

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

**TRUSTEE CHECKING**  Account Number: 9625

| | | | |
|---|---|---|---|
| Enclosures | 25 | Beginning Balance | $333,924.44 |
| | | +Total Additions | $295,878.33 |
| | | -Total Subtractions | $538,554.55 |
| | | Ending Balance | $91,248.22 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 221 | 09-03 | $562.50 |
| 224* | 09-12 | $11,600.00 |
| 225 | 09-03 | $6,075.00 |
| 226 | 09-12 | $2,400.00 |
| 227 | 09-03 | $2,000.00 |
| 228 | 09-03 | $1,535.50 |
| 229 | 09-04 | $6,000.00 |
| 230 | 09-04 | $22.01 |
| 231 | 09-16 | $6,000.00 |
| 232 | 09-17 | $6,000.00 |
| 233 | 09-25 | $2,400.00 |
| 234 | 09-17 | $2,000.00 |
| 235 | 09-16 | $1,500.00 |
| 236 | 09-05 | $3,827.11 |
| 237 | 09-11 | $134.88 |
| 238 | 09-19 | $5,334.32 |
| 240* | 09-24 | $124.28 |
| 241 | 09-30 | $4,275.00 |
| 242 | 09-30 | $1,912.50 |
| 243 | 09-30 | $749.74 |
| 244 | 09-30 | $6,000.00 |
| 247* | 09-30 | $1,543.25 |
| 248 | 09-30 | $1,022.00 |
| 250* | 09-30 | $1,225.00 |
| 251 | 09-30 | $400.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 09-03 | WIRE TO MLDC 1 LLC | $49,829.26 |
| 09-04 | WIRE TO PUD NO 1 OF DOUGLA | $154,512.00 |
| 09-09 | WIRE TO MLDC 1 LLC | $60,814.95 |
| 09-13 | WIRE TO MLDC 1 LLC | $49,610.58 |

18-03197-FPC7    Doc 390    Filed 10/15/19    Entered 10/15/19 14:46:18    Pg 10 of 14




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

| Date | Description | Subtractions |
|---|---|---|
| 09-20 | WIRE TO MLDC 1 LLC | $49,924.66 |
| 09-30 | WIRE TO MLDC 1 LLC | $99,220.01 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 09-05 | WIRE FROM COINME INC | $60,814.95 |
| 09-12 | WIRE FROM COINME INC | $64,429.33 |
| 09-16 | dep no 100013 | $24,765.80 |
| 09-19 | WIRE FROM COINME INC | $72,779.15 |
| 09-26 | WIRE FROM COINME INC | $73,089.10 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-03 | $273,922.18 | 09-04 | $113,388.17 | 09-05 | $170,376.01 |
| 09-09 | $109,561.06 | 09-11 | $109,426.18 | 09-12 | $159,855.51 |
| 09-13 | $110,244.93 | 09-16 | $127,510.73 | 09-17 | $119,510.73 |
| 09-19 | $186,955.56 | 09-20 | $137,030.90 | 09-24 | $136,906.62 |
| 09-25 | $134,506.62 | 09-26 | $207,595.72 | 09-30 | $91,248.22 |

**Executive Summary:** For the calendar month of September 2019, the Moses Lake Data Center (MLDC) generated gross revenue of $256,422 which represented a 17% drop in revenue from August 2019 of $309,263. Revenue from Bitcoin dropped 14%, moving from $201,527 in August to $172,601 in September. ETH revenue dropped by 14%, moving from $35,015 in August to $30,192 in September. LTC mining revenue dropped 26%, moving from $72,722 in August to $53,629 in September.

Starting September 12th, the reactivation of the TNT facility at East Wenatchee began and mining for Litecoin and Bitcoin restarted. The revenue generated for the partial month of September for Bitcoin was $30,408 and $3,660 for Litecoin.

The total gross revenue generated combined for both sites for September was $290,490.

**Bitcoin Mining:** Revenues for MLDC declined primarily due to increasing global difficulty due to new technology shipping. A secondary issue was the price pressure, which dropped from $9,630/BTC on September 1st to $8,104/BTC on September 30th. We can expect to see declining revenues from BTC mining unless we get upward price movement in the market.



**Litecoin Mining:** The effects of the Litecoin reward halving rewards from August continued to be felt in September, where machines were turned off for the last six days of the month as the power cost of mining exceeded the rewards. This was exacerbated by a big drop in price of LTC as well during the month, moving from $64.45/LTC on September 1st to $54.31/LTC by September 30th. As bad as results looks, the silver lining is that at the time of this writing, the drop in LTC has again made LTC mining profitable and the machines were turned back on in early October. For the days we were mining in Moses Lake, we increased the average number of LTC coins mined daily to 31.8, up from 29.2 in September, due to the drop-in difficulty.

It's important to note that the power cost of $0.035/kwh at MLDC, and now $0.025 at TNT, gives us an ongoing advantage against global competitors, especially around LTC mining. The reason is that the bulk of new investment in mining hardware continues to be made in BTC mining, not LTC mining, so we just need to be more strategic about our use of our LTC mining hardware.

If LTC pricing stays stable and/or difficulty drops or even stabilizes worldwide, we can expect to see month on month stabilization in revenue, or even growth, from LTC.



**Ethereum Mining:**

The month on month drop of revenue for Ethereum mining was due primarily due to the increase in difficulty, which increased roughly 10% over the course of the month.

The average sales price of an ETH token in was $172 on September 1st and closed at $170 on September 30th.





In summary, we have no reliable market indicators that prices for BTC, LTC or ETH will increase. Assuming the case that market prices are stable, we can assume that BTC mining rewards will continue to decrease due to increasing difficulty. We still have good margins on a per machine basis so it's profitable to continue operating these machines. We expect LTC revenues will begin to recover due to dropping difficulty but must be sensitive to both price and difficulty on a daily basis. Finally, ETH mining, which is currently the most profitable technology to mine per kilowatt hour, will likely remain our best long-term technology equipment into 2020. There are additional efficiencies we can extract from our existing ETH mining equipment to increase both revenue and reduce costs.