Judge: The Hon. Frederick P. Corbit
Chapter: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC.,
a Washington corporation,

                Debtor.

BANKRUPTCY NO. 18-03197 FPC 11

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR ALLRISE FINANCIAL GROUP**

    Please take notice that the address of Joseph A.G. Sakay, counsel for Allrise Financial Group in the above-referenced case, has changed as noted below and the Clerk of the Court is requested to note this change in the Court's records:

Joseph A.G. Sakay
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Direct 206.654.2242
Fax 206.652.2942
sakay@ryanlaw.com

//

//

NOTICE OF CHANGE OF ADDRESS - 1

2016900.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 391    Filed 10/21/19    Entered 10/21/19 10:22:03    Pg 1 of 2

DATED this 21st day of October, 2019.

By _____
Joseph A.G. Sakay, WSBA #24667
Attorneys for Allrise Financial Group
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com

CERTIFICATE OF SERVICE

I, Valerie Dominique, declare that I am employed by the law firm of Ryan Swanson & Cleveland, PLLC, that I am over 18 years of age and not a party to this action.

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

DATED this 21 day of October, 2019.

_____
Valerie Dominique

NOTICE OF CHANGE OF ADDRESS - 2

2016900.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359