1  William L. Hames, WSBA #12193
   Hames, Anderson, Whitlow & O'Leary, P.S.
2  601 W. Kennewick Avenue
   P.O. BOX 5498
3  Kennewick, WA  99336-0498
   (509) 586-7797 / Fax (509) 586-3674
4  BillH@hawlaw.com

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9               EASTERN DISTRICT OF WASHINGTON

10
    In re:                          )   Case No. 18-03197-FPC11
11                                   )
    GIGA WATT INC,                   )   DECLARATION OF LISA PARKS IN
12                                   )   SUPPORT OF STIPULATED MOTION TO
         Debtor in Possession.       )   MODIFY THE AUTOMATIC STAY
13                                   )
                                     )
14                                   )
                                     )
15                                   )

16          I, LISA PARKS, am the Executive Director of the Port of Douglas County

17  ("Port"). I have personal knowledge of the facts contained in this declaration.

18          Pursuant to a prior stipulation, (ECF 251) the stay was modified to authorize the

19  Port to use a portion of the Debtor's surety deposit to fill the hole left by Debtor, remove

20  Debtor's personal property on Lots 8 and 9, and pay other expenses and clean up

21  debris. Attached as exhibit A is an accounting of the surety deposit funds spent, and to

22  be spent, as authorized by the prior stipulation. There is approximately $81,000.00

23  remaining of the Debtor's surety Deposit. The contractor is currently on site performing

24  that work. However, the Debtor buried conduit all over the Port's property and left large

25  berms of dirt all over the Port's property. The Debtor also installed a concrete

DECLARATION - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

foundation and a grounding matt for the proposed substation that was never built. There is also debris that is not located on lots 8 & 9. The Bankruptcy estate did not assume the debtor's lease with the Port and has not cleaned up the property. Therefore, the Port needs its property restored to its pre-lease condition to the extent possible, to be able to market it again. To accomplish restoration of the Ports property, the Port and the Chapter 11 Trustee have stipulated that the Automatic stay may be modified to permit Port to spend the remaining surety deposit proceeds of approximately $81,000.00 to complete this additional ground remediation and cleanup work while the contractor is on site. If the contractor leaves the site and removes his heavy equipment, the Port would have to pay an additional $10,000 - $15,000 to have the contractor bring his equipment back and complete this work. Therefore, the change order needs to be approved as soon as possible. The Port and the Trustee have further stipulated that the Port may spend surety deposit funds, if any remain, on any other cleanup or disposal of debtor's property left on the Ports real estate and the Ports legal fees associated with the Giga Watt site at Pangborn Memorial Airport.

The bid for the change order is $85,000.00 and the engineer's estimate is $7,000.00, for a total of $92,000.00. These are only estimated costs and the final costs could be more. In either event the estimates exceed the remainder of the debtor's surety deposit funds.

Attached hereto as exhibit B is the contractor's bid and the engineer's estimate.

I declare under penalty of perjury under the laws of the State of Washington that all the statements contained herein are true and correct to the best of my knowledge, information, and belief.

DATED this 23rd day of October 2019, at East Wenatchee, Washington.

DECLARATION - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

1
2                                          _Lisa Parks_
                                           Lisa Parks
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

# EXHIBIT A

| Date | Payable To | Amount | Land Lease-PODC | Leasehold Tax | Land Lease-PMA | Fence | Legal-Davis Arnell | Legal-Hames Arnell | Engineering | Principal | Interest | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/18 | Davis Arnell Law Firm | 567.00 | | | | | 567.00 | | | | | |
| 09/30/18 | Davis Arnell Law Firm | 970.50 | | | | | 970.50 | | | | | |
| 10/31/18 | Davis Arnell Law Firm | 5,046.00 | | | | | 5,046.00 | | | | | |
| 11/01/18 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | | | | | | | | |
| 11/19/18 | Ag Supply | 33.93 | | | | | | | | | | 33.93 |
| 11/28/18 | Emerald City Statewide | 8,656.00 | | | | 8,656.00 | | | | | | |
| 11/30/18 | Davis Arnell Law Firm | 10,546.25 | | | | | 10,546.25 | | | | | |
| 12/01/18 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | | | | | | | | |
| 12/31/18 | Davis Arnell Law Firm | 5,061.00 | | | | | 5,061.00 | | | | | |
| 12/31/18 | Hames, Anderson | 2,690.75 | | | | | | 2,690.75 | | | | |
| 01/01/19 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | | | | | | | | |
| 01/01/19 | Pangborn Memorial Airport | 21,375.68 | | | 21,375.68 | | | | | | | |
| 01/18/19 | Emerald City Statewide | 2,529.50 | | | | | | 2,529.50 | | | | |
| 01/29/19 | Hames, Anderson | 6,881.52 | | | | 6,881.52 | | | | | | |
| 01/31/19 | Davis Arnell Law Firm | 6,736.50 | | | | | 6,736.50 | | | | | |
| 02/01/19 | Port of Douglas County | 9,722.97 | 8,616.60 | 1,106.37 | | | | | | | | |
| 02/20/19 | Hames, Anderson | 967.50 | | | | | | 967.50 | | | | |
| 02/28/19 | Davis Arnell Law Firm | 5,451.00 | | | | | 5,451.00 | | | | | |
| 02/28/19 | Hames, Anderson | 3,480.00 | | | | | | 3,480.00 | | | | |
| 03/01/19 | Port of Douglas County | 9,868.79 | 8,745.85 | 1,122.94 | | | | | | | | |
| 03/19/19 | Davis Arnell Law Firm | 5,074.50 | | | | | 5,074.50 | | | | | |
| 03/31/19 | Davis Arnell Law Firm | 754.50 | | | | | 754.50 | | | | | |
| 03/31/19 | Hames, Anderson | 330.00 | | | | | | 330.00 | | | | |
| 04/01/19 | Port of Douglas County | 9,868.82 | 8,745.85 | 1,122.97 | | | | | | | | |
| 04/23/19 | RH2 Engineering | 864.59 | | | | | | | 864.59 | | | |
| 04/30/19 | Davis Arnell Law Firm | 2,247.00 | | | | | 2,247.00 | | | | | |
| 05/01/19 | Port of Douglas County | 9,868.82 | 8,745.85 | 1,122.97 | | | | | | | | |
| 06/01/19 | Port of Douglas County | 9,868.82 | 8,745.85 | 1,122.97 | | | | | | | | |
| 06/25/19 | Davis Arnell Law Firm | 1,680.00 | | | | | 1,680.00 | | | | | |
| 06/25/19 | Hames, Anderson | 1,458.00 | | | | | | 1,458.00 | | | | |
| 06/25/19 | RH2 Engineering | 966.22 | | | | | | | 966.22 | | | |
| 06/27/19 | Davis Arnell Law Firm | 5,743.50 | | | | | 5,743.50 | | | | | |
| 06/27/19 | Hames, Anderson | 2,490.00 | | | | | | 2,490.00 | | | | |
| 07/15/19 | Tom's Tilling | 486.90 | | | | | | | | | | 486.90 |
| 07/31/19 | CERB Loan | 18,075.77 | | | | | | | | 8,839.08 | 9,236.69 | |
| 07/31/19 | Davis Arnell Law Firm | 3,381.00 | | | | | 3,381.00 | | | | | |
| 07/31/19 | Hames, Anderson | 2,220.00 | | | | | | 2,220.00 | | | | |
| 07/31/19 | RH2 Engineering | 2,455.39 | | | | | | | 2,455.39 | | | |
| 08/07/19 | Peaceful Retreat Yardcare | 838.55 | | | | | | | | | | 838.55 |
| 08/31/19 | Hames, Anderson | 840.00 | | | | | | 840.00 | | | | |
| 08/31/19 | Davis Arnell Law Firm | 1,386.00 | | | | | 1,386.00 | | | | | |
| 08/31/19 | RH2 Engineering | 103.00 | | | | | | | 103.00 | | | |
| | **Subtotal Spent To-Date** | **210,755.18** | | | | | | | | | | |
| | **Prospective** | | | | | | | | | | | |
| | RH2 Engineering (Sept thru Nov) | 7,000.00 | | | | | | | | | | |
| | KRCI Lot 8&9 Grading | 70,000.00 | | | | | | | | | | |
| | Change Order GW Site Clean Up | 110,000.00 | | | | | | | | | | 147,224.00 |
| | Total Expenses Incurred by PODC | 397,755.18 | 69,449.80 | 8,917.33 | 21,375.68 | 15,537.52 | 54,644.75 | 17,005.75 | 4,389.20 | 8,839.08 | 9,236.69 | 148,583.38 |

# EXHIBIT B

| Contract Number | Contract Title | | |
|---|---|---|---|
| 211.052.22 | Lot 8 & 9 Grading | | |
| Change Order Number | Change Description | | |
| 1 | Site cleanup and substation removal | | |
| Prime Contractor | | Date | |
| KRCI LLC | | 9/30/2019 | |

☒ Ordered by Engineer under the terms of Section 1-04.4 of the Standard Specifications

☐ Change proposed by Contractor

### Change Description

This change order will accomplish the following:
1. Cleanup up site by picking up debris, filling in holes, and removing mounds to create a generally flat and usable site. Work will be completed on a force account (FA), time and expense basis, with a not to exceed amount.
2. Remove substation site equipment, fill and compact substation foundation with nearby soil. Work will be completed on a force account (FA), time and expense basis, with a not to exceed amount.
3. Material testing to support items 1 and 2. Work will be completed on a force accounty (FA), time and expense basis, with a not to exceed amount.

| Item Number | Unit | Item Description | Qty | Cost | | Amount |
|---|---|---|---|---|---|---|
| 1 | FA | Site cleanup | 40000 | $ | 1.00 | $ 40,000.00 |
| 2 | FA | Substation foundation removal | 40000 | $ | 1.00 | $ 40,000.00 |
| 3 | FA | Material Testing | 5000 | $ | 1.00 | $ 5,000.00 |

|  |  |
|---|---|
| Subtotal | $ 85,000.00 |
| 8.2% Sales Tax | Incl. in FA |
| Change Order Total | $ 85,000.00 |

| Verbal Approval Date | Working Days +/- | |
|---|---|---|
| 10/1/2019 | 15 | |
| Original Contract Amount | Current Contract Amount | Est. Net Change This C.O. | Est. Contract Amount |
| $ 63,599.96 | $ 63,599.96 | $ 85,000.00 | $ 148,599.96 |

| | |
|---|---|
| _____ Project Engineer | _____ Approving Authority |
| _____ Date | _____ Date |
| _____ By Prime Contractor | _____ Signature |
| _____ Date | _____ Representing |

# Task Authorization No. 22
# Port of Douglas County
## General Services 2011
## Pangborn Business Park – Lots 8 and 9 Grading
## Additional Work
October 2019
RH2 Project No. PDC 211.052.22.2201

## Scope of Services

The Port of Douglas County (Port) has requested that RH2 Engineering, Inc., (RH2) provide engineering assistance for the Lots 8 and 9 grading project.

RH2 will provide construction support to the Port, including periodic site visits and construction observation, coordination with the contractor and Port staff, preparation of final pay estimate, and assistance with project closeout. An estimated effort of thirty-five (35) hours have been budgeted for this task authorization.

## Project Schedule
The work is anticipated to take place between October 2019 and November 2019.

## Subconsultants
None anticipated.

## Fee for Services
The fee for services shall be on a time and expense basis in accordance with the Professional Services Agreement for 2011 General Services dated June 14, 2011, that has been fully executed between Port of Douglas County and RH2 Engineering, Inc. The fee for services shall not exceed $7,000.00 without prior written authorization of the Port of Douglas County.

**RH2 Engineering, Inc.**

_____
Signature

Randy L. Asplund – Director
Print Name/Title

10/17/19
Date

**Port of Douglas County**

_____
Signature

Lisa Parks / Executive Director
Print Name/Title

10/8/19
Date

10/7/2019 1:19:14 PM    J:\data\PDC\211-052\Task No. 22 Lot  & 9 Grading\PM\TaskAuth No. 22_AGMT_Pangborn Business Pk Lot 8 & 9 Additional Work.docx