William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT INC, | MOTION TO SHORTEN TIME FOR STIPULATED MOTION TO MODIFY THE AUTOMATIC STAY, AND NOTICE THEREOF |
| Debtor. | |

COME NOW Mark Waldron, duly appointed Chapter 11 Trustee ("Trustee") in the above-captioned proceeding, by and through his attorney Pamela Egan, and creditor Port of Douglas County ("Port"), by and through its attorney William L. Hames of Hames, Anderson, Whitlow & O'Leary, P.S., and move the above-entitled Court for an order shortening time from 17 days (14 days plus 3 days mailing) to 8 days (5 days plus 3 days mailing) for the motion to modify the automatic stay, filed herewith, (the "Motion") so the Port may expend the remainder of its surety deposit, to complete the restoration as set forth in the Motion for the reason that the contractor is currently on site filling the hole left by Debtor, and completing work pursuant to a stipulation previously approved by the above-entitled Court. There is, however, other work that needs to be completed. If the contractor removes his equipment from the site and then brings it back, it will cost the Port an additional $10,000-$15,000. Therefore, time is of the essence for the Port to submit a change order to have this work completed while

MOTION TO SHORTEN TIME AND NOTICE THEREOF - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 394    Filed 10/25/19    Entered 10/25/19 10:47:49    Pg 1 of 2

the contractor is on site. A copy of the work to be performed and the estimate of costs is attached to the Declaration of Lisa Parks.

## NOTICE

**IF YOU OBJECT TO THE RELIEF REQUESTED ABOVE, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE ABOVE-ENTITLED COURT AND REQUEST A HEARING AT PO BOX 2164, W. 904 RIVERSIDE, ROOM 304, SPOKANE, WASHINGTON 99210, ON OR BEFORE 8 DAYS (5 DAYS PLUS 3 DAYS FOR MAILING) FROM THE DATE OF THIS NOTICE AND SERVE A COPY ON THE UNDERSIGNED AT 601 W. KENNEWICK AVENUE, PO. BOX 5498, KENNEWICK, WASHINGTON 99336; MARK D. WALDRON, CHAPTER 11 TRUSTEE, 6711 REGENTS BLVD. W., SUITE B, TACOMA, WA 98466-5421; AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, 920 W. RIVERSIDE, STE. 593, SPOKANE, WA 99201.**

**SHOULD YOU FAIL TO OBJECT AS SET FORTH ABOVE, PLEASE FURTHER BE ADVISED THAT THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

DATED THIS 25th day of October 2019.

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Port of Douglas County

BY: /s/ *William L. Hames*
WILLIAM L. HAMES, WSBA #12193

POTOMAC LAW GROUP PLLC
Attorneys for Ch. 11 Trustee

BY: /s/ *Pamela M. Egan* with permission
PAMELA M. EGAN, WSBA # 54736

MOTION TO SHORTEN TIME AND NOTICE THEREOF - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7   Doc 394   Filed 10/25/19   Entered 10/25/19 10:47:49   Pg 2 of 2