William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>    Debtor in Possession. | Case No. 18-03197-FPC11<br><br>DECLARATION OF LISA PARKS IN SUPPORT OF MOTION TO SHORTEN TIME FOR NOTICE AND OBJECTION TO STIPULATED MOTION TO MODIFY THE AUTOMATIC STAY |

    I, LISA PARKS, am the Executive Director of the Port of Douglas County ("Port"). I have personal knowledge of the facts contained in this declaration.

    Pursuant to the prior stipulation entered into between the Trustee and the Port of Douglas County, the Port retained a contractor, KRCI, to fill the hole left by the Debtor and remove debris on Lots 8 and 9 and perform other work authorized pursuant to a prior stipulation between the Port and the Trustee. There are also various berms all over the Port's property, off of Lots 8 and 9, and the concrete foundation and grounding mat for the proposed substation that was never built, that need to be removed and leveled so the ground can be restored to its pre-lease condition to allow

DECLARATION - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 395    Filed 10/25/19    Entered 10/25/19 10:49:57    Pg 1 of 2

the Port to market it again. The Debtor also left debris all over the Ports property that needs removed. The Port wants to approve a change order while the contractor is still on site. If the contractor leaves the Pangborn site and removes his equipment and then brings it back, the bid will be between $10,000-$15,000 higher. Therefore, time is of the essence so the Port can approve a change order and use a portion of the remaining surety deposit of Debtor to pay the contractor for the remaining ground remediation and cleanup work.

I declare under penalty of perjury under the laws of the State of Washington that all the statements contained herein are true and correct to the best of my knowledge, information, and belief.

DATED this 23rd day of October 2019, at East Wenatchee, Washington.

*Lisa Parks*

Lisa Parks

DECLARATION - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674