William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-DPC11 |
| GIGA WATT, INC., | CERTIFICATION OF SERVICE |
|     Debtor in Possession | |

I, Mecqué M. Hess, am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Port of Douglas County.  I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration.

I served true and correct copies of the following documents:

    1)  *Stipulated Motion to Modify the Automatic Stay and Notice Thereof*

    2)  *Motion to Shorten Time for Stipulated Motion to Modify the Automatic Stay, and Notice Thereof*

by email via PACER on October 25, 2019 to:

    US Trustee:  USTP.REGION18.SP.ECF@usdoj.gov

    Gary W. Dyer:  Gary.W.Dyer@usdoj.gov

    James D. Perkins     james.perkins@usdoj.gov

    Mark Waldron:  trustee@mwaldronlaw.com, mark@mwaldronlaw.com

    Quentin D. Batjer:  pam@dadkp.com, quentin@dadkp.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 396    Filed 10/28/19    Entered 10/28/19 16:07:56    Pg 1 of 19

Shauna S. Brennan: sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Daniel J. Bugbee: dbugbee@lawdbs.com, paralegal@lawdbs.com

Roberto H. Castro: rcastro@rcastrolaw.com, castro.ava@gmail.com

Pamela Marie Egan: pegan@potomaclaw.com

Benjamin A. Ellison: benaellison@gmail.com

Scott B. Henrie: SHenrie@williamskastner.com, DLevitin@williamskastner.com

Douglas A. Hofmann: dhofmann@williamskastner.com

Gretchen J. Hoog: ghoog@pcslegal.com, danderson@pcslegal.com

David A. Kazemba: dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, kazembadr92395@notify.bestcase.com

John Knox: jknox@williamskastner.com, rnelson@williamskastner.com

David R. Law: david@dadkp.com, amy@dadkp.com

Angie Lee: bculee@atg.wa.gov

Benjamin J. McDonnell: ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R. McKinley: kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D. Pharris: pharris@lasher.com, luksetich@lasher.com

Jason T. Piskel: jtp@pyklawyers.com

Christopher F. Ries: diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins: vprollins@gmail.com

Joseph A.G. Sakay: sakay@ryanlaw.com, bankruptcy@hcmp.com, carol.cannon@hcmp.com, tammie.gere@hcmp.com

Dominique R. Scalia: dscalia@lawdbs.com, paralegal@lawdbs.com

Brian A. Walker: bwalker@omwlaw.com, kreynolds@omwlaw.com

Scott Weaver: weaver@carneylaw.com, fuhrmann@carneylaw.com

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 396    Filed 10/28/19    Entered 10/28/19 16:07:56    Pg 2 of 19

Copies were also served via electronic mail on all persons whose addresses are included in the Token Holders and Miner Owners List; and to all parties listed on the Master Mailing List, attached hereto and obtained from the PACER website for the above case on October 25, 2019, by utilizing the services of BK Attorney Services, LLC, d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to FRBP 9001(9) and 2002(g)(4). A copy of the Declaration of Service is attached hereto and incorporated as if fully set forth herein.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 28th day of October 2019.

/s/ Mecqué M. Hess
Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Giga Watt, Inc., a Washington corporation | CASE NO: 18-03197<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 10/28/2019, a copy of the following documents, described below,

Stipulated Motion to Modify the Automatic Stay and Notice Thereof

Motion to Shorten Time for Stipulated Motion to Modify the Automatic Stay, and Notice Thereof

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

In addition, electronic service was effected on the parties addresses on the Token Holders and Owner Miners list.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William L. Hames WSBA
Hames, Anderson, Whitlow & O'Leary
601 W.  Ave, P.O. Box 5489
Kennewick, WA  99336-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LABEL MATRIX FOR LOCAL NOTICING
09802
CASE 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
SPOKANEYAKIMA
FRI OCT 25 11-33-50 PDT 2019

507 CAPITAL LLC
PO BOX 206
N STONINGTON CT 06359-0206

INTERNATIONAL
ANATOLY CHECHERIN
BEGOVAYA 3 BUILDING 1 36 FLOOR
MOSCOW RUSSIA ZIP 125284

AARON KRIVITZKY
1810 LINSON CT SE
GRAND RAPIDS MI 49546-6457

ADAM SCHAINBLATT
8809 WALKING STICK TRAIL
RALEIGH NC 27615-4037

AHMED SHAH
12209 YOUNGDALE AVE
LOS ANGELES CA 91342-5263

ALAN NORMAN
341 S MAPLE AVE
WEBSTER GROVES
UNITED STATES
WEBSTER GROVES MO 63119-3841

ALAN WALNOHA
350 GRAN VIA
APT 2067
IRVING TX 75039-0137

INTERNATIONAL
ALBERTO JOSE FARIA CAMACHO
AV GARCILAZO CENTRO POLO 1 TORRE A P
APTO 75 COLINAS DE BELLO MONTE CARACAS
VENEZUELA

ALEKSEY DANISHEVSKY
450 CLOVERLY LANE
HORSHAM PA 19044-1831

ALEX FILIPPOV
12 SHERBORNE CIR
UNITED STATES
ASHLAND MA 01721-2313

ALEX KUTAS
6761 CORRAL CIRCLE
HUNTINGTON BEACH CA 92648-1532

ALEX MCVICKER
1489 WINDSOR RIVER ROAD
WINDSOR CA 95492-8987

ALLRISE FINANCIAL GROUP
JOSEPH AG SAKAY
999 THIRD AVENUE SUITE 4600
SEATTLE WA 98104-4084

AMPHENOL CUSTOM CABLE
3221 CHERRY PALM DR
TAMPA FL 33619-8359

ANDREA SHARP
268 BUSH STREET 2520
SAN FRANCISCO CA 94104-3503

ANDREW BLYLER
603 W WASHINGTON ST
ANN ARBOR MI 48103-4233

CANADA
ANDREW JAMES
46 BROCK ST S
CANADA
CANADA

ANDREW MARK CAMPBELL BOROSS
FLORIDA 7
AGUADULCE
SPAIN

ANDREW MOLITOR
760 S BARRINGTON AVE APT 6
LOS ANGELES
UNITED STATES
LOS ANGELES CA 90049-4507

ANDREW STOCK
1870 EAST NIXON AVENUE
PLACENTIA CA 92870-7444

ANDREW THANH QUOC LE
10702 HENDERSON AVE
GARDEN GROVE CA 92843-5261

ANDREY KUZENNY
10000 SANTA MONICA BLVD UNIT 3302
SANTA MONICA CA 90067-7032

ANDREY KUZENNY
1687 STONE CANYON RD
LOS ANGELES CA 90077-1912

ANTHONY MARTINEZ
4109 MASON STREET
SAN DIEGO CA 92110-2720

INTERNATIONAL
ANTONY GISHOLT
72 JOHN TRUNDLE COURT
BARBICAN LONDON EC2Y 8NE
UNITED KINGDOM

ARTHUR N MARODIS
106 SOUTHERNWOOD DR
LADSON SC 29456-3940

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATTORNEY GENERALS OFFICE<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | BASHAR BEN ASSAD<br>17713 15TH AVE NE<br>STE 101<br>SHORELINE WA 98155-3839 | QUENTIN D BATJER<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045-2208 | BENJAMIN E KELLY<br>LAW OFFICE OF BENJAMIN E KELLY<br>9218 ROOSEVELT WAY NE<br>SEATTLE WA 98115-2842 | BENJAMIN RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 |
| BERTHA GOEHNER<br>215 ELLER ST SE<br>EAST WENATCHEE WA 98802-5325 | BILL SCHMIDT<br>105 JULIE ANN CT<br>CASHMERE WA 98815-1316 | BLOCKCHAIN SYSTEMS LLC<br>124 W 60 ST UNIT 29A<br>NEW YORK NY 10023-7475 |
| BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | BRANDON ROBINSON<br>1997 TALL TREE DR<br>ATLANTA GA 30324-2723 | SHAUNA S BRENNAN<br>BRENNAN LEGAL COUNSEL GROUP PLLC<br>14900 INTERURBAN AVE S<br>STE 271<br>TUKWIA WA 98168-4654 |
| BRENT WOODWARD INC<br>14103 STEWART RD<br>SUMNER WA 98390-9641 | BRIAN J DONN<br>4254 SW 92ND AVE<br>DAVIE FL 33328-2408 | BRIAN M PACKARD<br>7191 96TH ST NE<br>MONTICELLO<br>UNITED STATES<br>MONTICELLO MN 55362-2911 |
| INTERNATIONAL<br>BRYAN MACCALLUM<br>PO BOX 1704<br>RIVONIA<br>2128<br>SOUTH AFRICA | BRYANT JOHNSON<br>1360 WHITETAIL GLEN CT<br>HEBRON KY 41048-7965 | DANIEL J BUGBEE<br>DBS LAW<br>155 NE 100TH STREET<br>SUITE 205<br>SEATTLE WA 98125-8015 |
| BUSBY INTERNATIONAL INC<br>PO BOX 1457<br>MOSES LAKE WA 98837-0225 | CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES FL 33331-1446 | CT FREIGHT USA INC<br>20202 HWY 59 N<br>HUMBLE TX 77338-2400 |
| CTC ENGINEERING<br>2290 BISHOP CIRCLE EAST<br>DEXTER MI 48130-1564 | CTC ENGINEERING INC<br>BODMAN PLC<br>ATTN- HARVEY W BERMAN<br>201 SOUTH DIVISION STREET STE 400<br>ANN ARBOR MI 48104-2259 | CALEB KOCH FORZA2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 |
| CAMERON SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 | CARLOS GAGLIANO<br>8200 OFFENHAUSER DR 105G<br>RENO NV 89511<br>RENO NV 89511-1717 | INTERNATIONAL<br>CARMEN J HERNANDEZ G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P<br>1<br>CARACAS<br>VENEZUELA<br>VENEZUELA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>CARMEN JACQUELINE HERNANDEZ GUEVARA<br>CALLE LA PEDRERA RES VISTA PLAZA T B P 1<br>APT 15D URB GUAICAY BARUTA CARACAS<br>ZIP CODE 1080<br>VENEZUELA | CASTAGNETO TRADING LLC<br>17713 15TH AVE NE STE 101<br>SHORELINE WA 98155-3839 | ROBERTO H CASTRO<br>UPRIGHT LAW LLC<br>PO BOX 747<br>CHELAN WA 98816-0747 |
| CESAR DIAZ JRD FUNDING LLC<br>8137 MALCHITE AVENUE SUITE E<br>RANCHO CUCAMUNGA CA 91730-3571 | INTERNATIONAL<br>CHARLES F V DHAUSSY<br>7B YARDLEY COMMERCIAL BUILDING 3 CONN<br>HONG KONG | CHEN DU<br>3269 RANGE CT<br>MASON OH 45040-8741 |
| CHRIS FEATHERSTONE<br>8450 54TH AVE W<br>MUKILTEO WA 98275-3138 | CHRISTIAN EICHERT<br>17713 15TH AVE NE<br>STE 101<br>SHORELINE WA 98155-3839 | INTERNATIONAL<br>CHRISTIAN SCHIFFER<br>MEINDLSTRAE 15<br>81373 MUNICH<br>GERMANY |
| CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY<br>157<br>EAST WENATCHEE WA 98802-4838 | CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY 157<br>WENATCHEE WA 98802-4838 | CLINTON DOUGLAS LUCKINBILL<br>1054 WATERLEAF WAY<br>SAN JACINTO CA 92582-3020 |
| CLINTON F SIKES<br>4206 BRAZOS BEND DR<br>PEARLAND TX 77584-5558 | CODY FORREST QUINN<br>5920 KIMBER ROAD<br>CASHMERE WA 98815-9526 | CODY SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 |
| CONSOLIDATED ELECTRIC DIST INC<br>PO BOX 398830<br>SAN FRANCISCO CA 94139-8830 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>CO DOUGLAS R HOOKLAND ATTORNEY<br>SCOTT HOOKLAND LLP<br>PO BOX 23414<br>TIGARD OR 97281-3414 | INTERNATIONAL<br>CRAIG BEECH<br>KINGSWOOD GORSE AVENUE<br>LITTLEHAMPTON BN16 1SG<br>UNITED KINGDOM |
| CRYPTODIGGER LLC<br>3476 E TIFFANY WAY<br>GILBERT AZ 85298 | INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 MAGAZINE RD 0411<br>CENTRAL MALL<br>SINGAPORE | INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 COLEMAN STREET<br>THE ADELPHI 08-07<br>SINGAPORE 179803 |
| DUFFY KRUSPODIN LLP<br>21600 OXNARD ST SUITE 2000<br>WOODLAND HILLS CA 91367-4969 | DANIEL JAMES RYSER<br>7614 N AUDUBON ST<br>SPOKANE WA 99208-8817 | DANIEL TOKLE<br>25 VIA LUCCA<br>APT J345<br>IRVINE CA 92612-0674 |
| INTERNATIONAL<br>DANILA RUSIN<br>GAGARINA 5 LINIYA 9A6<br>ZLATOUST<br>CHELYABINSKAYA OBLAST RUSSIA<br>456219 | INTERNATIONAL<br>DARREN JAMES WURF<br>241 OSBORNE AVENUE<br>GLEN IRIS<br>VICTORIA 3146<br>AUSTRALIA | DARYL OLSEN<br>270 W 1450 N<br>UNITED STATES<br>CENTERVILLE UT 84014-3308 |

| | | |
|---|---|---|
| DAVE CARLSON<br>630 VALLEY MALL PARKWAY<br>157<br>EAST WENATCHEE WA 98802-4838 | DAVID J LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | DAVID KAZEMBA<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 |
| DAVID MITCHELL<br>1410 RIVERVIEW RD<br>CRESCENT PA 15046-5428 | INTERNATIONAL<br>DAVID TYCHSEN SMITH<br>13 DOBSON PLACE<br>WATSON<br>ACT 2602<br>AUSTRALIA | INTERNATIONAL<br>DENIS VESELOVSKY<br>125252 RUSSIA<br>MOSCOW<br>ZORGE ST 28 52<br>RUSSIA |
| DMITRY KHUSIDMAN<br>70 OCEANA DRIVE WEST APT 4A<br>BROOKLYN NY 11235-6674 | DONALD J ENRIGHT<br>1101 30TH STREET NORTHWEST<br>SUITE 115<br>WASHINGTON DC 20007-3740 | DONALD J SULLIVAN<br>4646 LOS POBLANOS CIRCLE NW<br>LOS RANCHOS DE ALBUQUERQUE NM 87107<br>-5555 |
| DOUG BLACK<br>225 LINDA LANE<br>WENATCHEE WA 98801-6010 | DOUGLAS BERGER<br>371 CATSKILL CT<br>MAHWAH NJ 07430-2736 | DOUGLAS COUNTY PUD<br>CO KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVE<br>STE 1200<br>SPOKANE WA 99201-3905 |
| DOUGLAS COUNTY PUD<br>PO BOX 1119<br>BRIDGEPORT WA 98813-1119 | DREW BEHRENS<br>525 N LARCH AVE<br>EAST WENATCHEE WA 98802-5047 | GARY W DYER<br>U S TRUSTEES OFFICE<br>920 W RIVERSIDE AVE<br>SUITE 593<br>SPOKANE WA 99201-1012 |
| EAN SERVICES LLC<br>MARY E BUSHYHEAD<br>14002 E 21ST ST SUITE 1500<br>TULSA OK 74134-1424 | ECO DIVERSIFIED HOLDINGS INC<br>4625 WEST NEVSO DR STE 2<br>LAS VEGAS NV 89103-3763 | EDMUND LEE<br>4364 CALLE MEJILLONES<br>SAN DIEGO<br>UNITED STATES<br>SAN DIEGO CA 92130-4818 |
| INTERNATIONAL<br>EDUARD KHAPTAKHAEV<br>LENKINKKGRADSKY PRT 76149<br>MOSCOW<br>RUSSIA | INTERNATIONAL<br>EERO KOSKINEN<br>NIITTYPOLKU 21<br>02460 KANTVIK<br>FINLAND<br>FINLAND | PAMELA MARIE EGAN<br>POTOMAC LAW FIRM<br>1300 PENNSYLVANIA AVENUE<br>STE 700<br>WASHINGTON DC 20004-3024 |
| ELDER YOSHIDA<br>1147 NW 57TH ST<br>SEATTLE WA 98107-3720 | ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 | ELISA U<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 |
| BEN ELLISON<br>DBS LAW<br>155 NE 100TH ST SUITE 205<br>SEATTLE WA 98125-8015 | BENJAMIN A ELLISON<br>SALISH SEA LEGAL<br>2212 QUEEN ANNE AVE N<br>SEATTLE WA 98109-2312 | EMERALD CITY STATEWIDE LLC<br>CO PEPPLE CANTU SCHMIDT<br>1000 SECOND AVE SUITE 2950<br>SEATTLE WA 98104-3604 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EMERALD CITY STATEWIDE LLC<br>CO PEPPLE CANTU SCHMIDT PLLC<br>1000 SECOND AVE SUITE 2950<br>SEATTLE WA 98104-3604 | INTERNATIONAL<br>EMIL PETROV STANEV<br>41 DOROSTOL STREET<br>RUSE 7004 RUSE<br>BULGARIA | ERIC FERRARI<br>8962 FORKED CREEK WAY<br>ELK GROVE CA 95758-5732 |
| ERNESTO PEDRERA<br>7601 E TREASURE DR APT 1023<br>APT 1023<br>NORTH BAY VILLAGE FL 33141-4362 | EVANSONT INSURANCE CARRIER<br>CO MITCHELL REED SCHMITTEN INS<br>PO BOX D<br>CASHMERE WA 98815-0515 | EXECUTIVE FLIGHT<br>1 CAMPBELL PKWY<br>EAST WENATCHEE WA 98802-9290 |
| EXECUTIVE FLIGHT INC<br>SCOTT R WEAVER CARNEY BADLEY SPELLMAN<br>701 5TH AVENUE STE 3600<br>SEATTLE WA 98104-7010 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>ATTN- LEGAL DEPT<br>WINONA MN 55987-9902 | FASTENAL COMPANY<br>PO BOX 1286<br>WINONA MN 55987-7286 |
| FEDEX CORPORATE SERVICES INC<br>AS ASSIGNEE OF FEDEX EXPRESSGROUNDFREI<br>3965 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS TN 38116-5017 | INTERNATIONAL<br>FILIP SCHEPERJANS<br>PELLONPERNTIE 1 B<br>00830 HELSINKI<br>FINLAND | FORZA 2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 |
| INTERNATIONAL<br>FRANK DANIEL<br>ZOLLSTRASSE 22<br>MHRING<br>DEUTSCHLAND<br>ZOLLSTRASSE 22 95695 MHRING GERMANY | FRANKIE GUERRA<br>1812 E OAKLAND PARK BLVD APT 32<br>UNITED STATES<br>OAKLAND PARK FL 33306-1126 | INTERNATIONAL<br>FRANZ ALLIOD<br>176 ROUTE DE LA CENDIRE<br>01630 SAINT JEAN DE GONVILLE AIN<br>FRANCE |
| FRED NOLTE<br>10812 LA BATISTA<br>FOUNTAIN VALLEY CA 92708-3943 | GIGA WATT INC<br>1250 N WENATCHEE AVE SUITE H 147<br>WENATCHEE WA 98801-1599 | INTERNATIONAL<br>GENNADY ZHILYAEV<br>C DE LES GRANDALLES EDIF XALET 4T 3A<br>AD 300 DORDINO ANDORRA |
| INTERNATIONAL<br>GEORGE SORIN LASCU<br>STR CALUGARULUI 16<br>077151 BALTENI ILFOV<br>ROMANIA | INTERNATIONAL<br>GEORGIOS LIGNOS<br>25 KRITIS STR<br>12243 EGALEO<br>GREECE | GIGA PLEX LLC<br>7906 RANDOLPH RD<br>MOSES LAKE WA 98837-5122 |
| GIGA PLEX LLC<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>CO DAVID A KAZEMBA<br>WENATCHEE WA 98801-2263 | GIGA PLEX LLCMLDC1 LLC<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 | INTERNATIONAL<br>GIGAWATT PTE LTD ATTN MIKHAYLYUTA<br>1 MAGAZINE RD 0411<br>CENTRAL MALL<br>SINGAPORE |
| INTERNATIONAL<br>GIGAWATT PTE LTD<br>1 COLEMAN STREET<br>THE ADELPHI 08-07<br>SINGAPORE 179803 | GLEB NESIS<br>3419 IRWIN AVE<br>APT 708<br>BRONX NY 10463-3754 | INTERNATIONAL<br>GLEN ALLAN BRADLEY<br>LERSTADVEIEN 250<br>6014 ALESUND<br>NORWAY |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>GRANT HERHOLDT<br>5 YORK AVENUE<br>CRAIGHALL PARK 2196<br>SOUTH AFRICA<br>2196 | INTERNATIONAL<br>GRIGORY KLUMOV<br>BALAKLAVSKY AVENUE 12393<br>117639<br>MOSCOW RUSSIA | GRONSKI JEFFREY G  ROBIN L<br>711 4TH ST S<br>WISCONSIN RAPIDS WI 54494-4310 |
| INTERNATIONAL<br>HJ VAN NUIJSSENBORGH<br>PATRIMONIUMLAAN 126<br>3904AH VEENENDAAL<br>THE NETHERLANDS | H2 PRE CAST INC<br>3835 N CLEMONS ST<br>EAST WENATCHEE WA 98802-9408 | WILLIAM L HAMES<br>HAMES ANDERSON  WHITLOWS PS<br>PO BOX 5498<br>KENNEWICK WA 99336-0498 |
| INTERNATIONAL<br>HANS PETER EDENSTRASSER<br>RUPERT HAGLEITNER STRASSE 1D 54<br>6300 WOERGL  TIROL<br>AUSTRIA<br>6300 WOERGL TIROL AUSTRIA | HARLAN ROBINSON<br>736 N LAGUNA<br>GILBERT AZ 85233-3620 | INTERNATIONAL<br>HASHVIN DARYANANI<br>56B SEROE BLANCO<br>BOX 393<br>ORANJESATAD ARUBA<br>ARUBA |
| HEATHER MULHALL<br>312 N NEWTON AVE<br>EAST WENATCHEE WA 98802-8444 | HELEN ERSKINE<br>P O BOX 1745<br>UNITED STATES<br>TOPANGA CA 90290-1745 | SCOTT B HENRIE<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION ST<br>SUITE 4100<br>SEATTLE WA 98101-2380 |
| INTERNATIONAL<br>HIROAKI YAMAMOTO<br>1194 NISHIKITSUJI STREET<br>ASAHI PLAZA ARBONATE NARA ONE 606<br>NARA JAPAN 630-8325 | DOUGLAS A HOFMANN<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 | GRETCHEN J HOOG<br>PEPPLE CANTU SCHMIDT PLLC<br>1000 SECOND AVENUE<br>SUITE 2950<br>SEATTLE WA 98104-3604 |
| INTERNATIONAL<br>HOWARD JONES<br>21 SANDIWAYS ROAD WALLASEY<br>WIRRAL<br>UNITED KINGDOM<br>CH45 3HJ | CANADA<br>HUMERA SURTI<br>2200 RUSSET CRESENT<br>BURLINGTON ON<br>CANADA L7L6Z2 | IAN M KENNEDY<br>2620 FAIRMOUNT ST<br>COLORADO SPRINGS CO 80909-2032 |
| INTERNATIONAL<br>IBRAHIM ISSA<br>LEBANON BEIRUT RIAD EL SOLOH SQUARE | IGOR MARTIROSIAN<br>36 WASHINGTON AVENUE 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010-3025 | INTERNATIONAL<br>ILJA FILIPOVS<br>STAICELES IELA 1311 RIGA LATVIA LV1<br>STAICELES IELA 13-11 RIGA LATVIA LV-1 |
| INTERNATIONAL<br>INTELLIAPPS LTD<br>UNIT 272 COLAB CENTER<br>PORT ROAD<br>LETTERKENNY CO DONGAL EIRCODE F92 RKC7<br>IRELAND | INTERFLOW LLC<br>5465 S DORCHESTER<br>CHICAGO IL 60615-5316 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNATIONAL<br>IOANNIS VIOLIDAKIS<br>KIMONOS 11<br>ATHENS GREECE PCODE- GR-10441 | INTERNATIONAL<br>IVAN MARCAK<br>DLOUHA TRIDA 47425<br>73601 HAVIROV<br>CZECH REPUBLIC | JDSA<br>PO BOX 1688<br>WENATCHEE WA 98807-1688 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>JACQUELINE BUSSEY<br>PERCHERON<br>GOUDHURST ROAD<br>CRANBROOK TN17 2PN<br>UNITED KINGDOM | INTERNATIONAL<br>JAIME DARIO MEJIA MARTINEZ<br>CALLE 44 NO 10E  11 LA VICTORIA<br>BARRANQUILLA ATLANTICO - COLOMBIA | JAMES BULLIS<br>4701 NE 72ND AVE APT 141<br>VANCOUVER<br>UNITED STATES<br>VANCOUVER WA 98661-8103 |
| JAMES C LUTZ<br>609 LONG LEAF DR<br>CHAPEL HILL NC 27517-3039 | INTERNATIONAL<br>JAMES KING<br>1B LINKS COURT LANGLAND BAY ROAD<br>SWANSEA<br>SA3 4QR UNITED KINGDOM | JAMES MACCORNACK<br>1002 BEL AIRE<br>ROSWELL NM 88201-7715 |
| INTERNATIONAL<br>JAN FALTYS<br>SLAVKOVA 29<br>PRAHA 2 - 12000<br>CZECH REPUBLIC | JANN SO<br>1211 SW 5TH AVE<br>1000<br>PORTLAND OR 97204-3710 | CANADA<br>JARED MORRISSEY<br>59 RUE TRUDEAU<br>CHTEAUGUAY QUEBEC<br>J6J1M2<br>CANADA |
| JARRED HUTTO<br>6403 W OUTLOOK DR<br>BOISE ID 83714-8820 | JAY ROBERT STAHLE<br>838 CAMPFIRE DR<br>UNITED STATES<br>FORT COLLINS CO 80524-1991 | JEFFERS DANIELSON SONN  AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE WA 98801-8116 |
| JEFFREY ALAN MOODY<br>2528 FOREST OAKS POINT<br>COLORADO SPRINGS CO 80906-5822 | JEFFREY C LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | INTERNATIONAL<br>JEFFREY CHIN<br>42 PEPPER TREE ROAD<br>LIDCOMBE NSW<br>SYDNEY AUSTRALIA |
| JEFFREY KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 | INTERNATIONAL<br>JEFFREY WALDOCK<br>TOMASCHEKSTRASSE 30<br>A-1210 VIENNA<br>AUSTRIA | JESSE SAMUEL WHEELER<br>3601 STILLMAN BLVD<br>TUSCALOOSA AL 35401-2601 |
| JESSICA LANGIS<br>PO BOX 398<br>DRYDEN WA 98821-0398 | JOHN GUILLE<br>514 AMERICAS WAY 7134<br>BOX ELDER SD 57719-7600 | JOHN HARTLEIB<br>17931 SHOREHAM LANE<br>HUNTINNGTON BEACH CA 92649-4849 |
| JOHN HEINITZ<br>1210 2ND ST SE<br>EAST WENATCHEE<br>UNITED STATES<br>EAST WENATCHEE WA 98802-5526 | JOHN KOWALSKI<br>100 TANSBORO RD<br>UNIT B<br>BERLIN NJ 08009-1959 | JOHN RODRIGUEZ<br>2688 W 12TH PLACE<br>YUMA AZ 85364-4258 |
| JOHN SCEVOLA<br>8768 SW IROQUOIS DRIVE<br>TUALATIN OR 97062-9304 | JOHN T WINSLOW<br>5544 LAS VIRGENES ROAD 99<br>CALABASAS CA 91302-3446 | JONATHAN B ALTER<br>THE TRAVELERS COMPANIES INC<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JONATHAN GOULD<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | JONATHAN J LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | JONATHAN WILSON<br>118 INDIAN VALLEY DR<br>CHEROKEE NC 28719-4541 |
| INTERNATIONAL<br>JORDI GRAU<br>C SANT JORDI 1231<br>08500 - VIC<br>SPAIN | JOSE A HERRERA<br>12801 PHILADELPHIA STREET<br>SUITE B<br>WHITTIER CA 90601-4126 | JOSE LUIS BLANCO<br>9307 CASTLEGAP DR<br>SPRING TX 77379-4299 |
| JOSEPH BRODSKY<br>656 STNICHOLAS AV 35<br>NEW YORK NY 10030-1086 | JOSEPH ERRIGO<br>7 PRATT ST<br>FORT MONROE VA 23651-1025 | JOSEPH M DUNN<br>1105 COLONIAL DRIVE<br>ALABASTER AL 35007-9309 |
| INTERNATIONAL<br>JOSEPH SMITS<br>WESTERLANDERWEG 40<br>WESTERLAND 1778KL WESTERLAND<br>THE NETHERLANDS | JOSHUA HESTER<br>1115 CALIFORNIA ST<br>OCEANSIDE CA 92054-5919 | INTERNATIONAL<br>JOSHUA MAPPERSON<br>92 OAKBANK BOULEVARD<br>WHITTLESEA 3757<br>AUSTRALIA |
| INTERNATIONAL<br>JUAN BAUTISTA IBARRA ARANA<br>CALLE 66 510<br>RESID LA CARANA PIEDADES<br>SANTA ANA SAN JOSE<br>COSTA RICA | JULIAN HEERE<br>500 J STREET 1703<br>SACRAMENTO CA 95814-2335 | JUN DAM<br>2116 L STREET NO 2<br>ANTIOCH CA 94509-3434 |
| CJUNG H CHO<br>239B E COLUMBIA AVE<br>PALISADES PARK NJ 07650-1994 | KYLE WHEELAN<br>7975 ORCHARD PATH RD<br>COLORADO SPRINGS CO 80919-2925 | CANADA<br>KAMRAN BEG<br>2200 RUSSET CRES<br>BURLINGTON ON L7L 6Z2<br>CANADA<br>2200 RUSSET CRES BURLINGTON ON CANADA |
| DAVID A KAZEMBA<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENTACHEE WA 98801-2263 | KELLY IMAGING<br>PO BOX 660831<br>DALLAS TX 75266-0831 | INTERNATIONAL<br>KEN LI KOH<br>UNIT 2 137 HULL ROAD<br>CROYDON VIC 3136<br>AUSTRALIA |
| KENNETH D MCCOY<br>1401 WOODSTOCK WAY<br>103H<br>BELLINGHAM WA 98226-3577 | KENNETH JOHNSON<br>2452 COLUMBIA AVE NW 24<br>EAST WENATCHEE WA 98802-4198 | KEVIN REINSCH<br>3100 PEARL PARKWAY A317<br>BOULDER CO 80301-2453 |
| KEYHOLE SECURITY INC<br>708 S WENATCHEE AVE<br>WENATCHEE WA 98801-3072 | INTERNATIONAL<br>KHURSHID ALAM<br>UNIT265 CHURCH STREETWEST TAMWORTH<br>2340NSW<br>AUSTRALIA<br>UNIT-265 CHURCH STREETWEST TAMWORTH23 | JOHN KNOX<br>WILLIAMS KASTNER<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>KOJI MICHIWAKI<br>ZIP CODE4280313<br>SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO<br>KAMINAGAO 380-3 JAPAN | KOOMBEA INC<br>MARK D TAYLOR<br>VLP LAW GROUP LLP<br>1629 K STREET NW SUITE 300<br>WASHINGTON DC 20006-1631 | KRISHNA KARTHIK REDDY ADAPALA<br>5106 KINO CT<br>DUBLIN CA 94568-8719 |
| KYLE SPESARD<br>625 N HAWK ST<br>PALATINE IL 60067-3535 | LARRY D GERBRANDT<br>141 SEELY AVE<br>AROMAS CA 95004-9501 | LARRY EUGENE BAGGS<br>1502 SHARON DRIVE<br>DUNCANVILLE TX 75137-4014 |
| INTERNATIONAL<br>LASSE KAIHLAVIRTA<br>PIIRINIITYNKATU 4 H 3<br>TAMPERE 33340<br>FINLAND | INTERNATIONAL<br>LAURENT HAMERS<br>AVENUE VAN BEETHOVEN 24<br>1331 ROSIERES<br>BELGIUM | DAVID R LAW<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON STREET<br>WENATCHEE WA 98801-2600 |
| ANGIE LEE<br>OFFICE OF THE ATTORNEY GENERAL<br>800 FIFTH AVE<br>SUITE 2000<br>SEATTLE WA 98104-3188 | LEE E WOODARD<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 | INTERNATIONAL<br>LEON DE FLEURIOT DE LA COLINIERE<br>16 RANKDORING AVENUE<br>JOHANNESBURG<br>SOUTH AFRICA |
| LEONID MARKIN<br>714 NORTH REXFORD DR<br>BEVERLY HILLS CA 90210-3314 | LESLIE HIBBARD<br>PO BOX 2067<br>CHELAN WA 98816-2067 | INTERNATIONAL<br>LEVI<br>STREET VINKENHOF 7<br>POSTAL CODE- 4332 DM<br>COUNTRY- THE NETHERLANDS<br>LEVI ILLIS |
| LEXON INSURANCE COMPANY<br>HARRIS BEACH PLLC<br>ATTN- LEE E WOODARD<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 | LI LIANG<br>1272 GLEN HAVEN DR<br>SAN JOSE CA 95129-4103 | LIGHTHOUSE FORMERLY DISCOVIA<br>250 MONTGOMERY ST SUITE 300<br>SAN FRANCISCO CA 94104-3428 |
| LIKUO LIN<br>1192 QUEEN ANN DR<br>SUNNYVALE CA 94087-2239 | LODOG CORP MARK WEITZEL PRESIDENT<br>15460 W 199TH ST<br>SPRING HILL KS 66083-8528 | LUCAS VELASQUEZ<br>497 LAKE CAMERON DR<br>PIKE ROAD AL 36064-3959 |
| LUIS ALBERTO FLORES EZPARZA<br>PO BOX 4161<br>WENATCHEE WA 98807-4161 | LUIS ROMAN<br>4633 WHITE BAY CIR<br>WESLEY CHAPEL FL 33545-5058 | INTERNATIONAL<br>LUKE MCINTYRE<br>4 ROSE ROAD<br>GREY LYNN AUCKLAND 1021<br>NEW ZEALAND |
| MLDC1 LLC<br>7906 RANDOLPH RD<br>MOSES LAKE WA 98837-5122 | MLDC1 LLC<br>OVERCAST LAW OFFICES PS<br>CO DAVID A KAZEMBA<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 | MARC JOYCE<br>104 LOS GATOS BLVD<br>LOS GATOS CA 95030-6122 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>MARK ELLIS<br>FLAT 19 RAINIER APARTMENTS<br>43 CHERRY ORCHARD ROAD<br>CROYDON CR06FA<br>UNITED KINGDOM | MARK R SHAPLAND<br>18119 BENT RIDGE DRIVE<br>WILDWOOD MO 63038-1439 | MARK VANGE<br>10315 E SHANGRI LA RD<br>SCOTTSDALE AZ 85260-6375 |
| MATTEO ROMANI<br>VIA FLAMINIA 66<br>FOSSOMBRONE WA 61034 | MATTHEW HINE<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 | MATTHEW R LUTZ<br>916 CONFIDENCE DRIVE<br>LONGMONT CO 80504-8526 |
| INTERNATIONAL<br>MAZAEVA MARIA<br>SHOKALSKOGO PROEZD<br>H4 APP44<br>127642<br>RUSSIA MOSCOW | BENJAMIN J MCDONNELL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVENUE SUITE 700<br>SPOKANE WA 99201-0581 | KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVENUE<br>SUITE 1200<br>SPOKANE WA 99201-3905 |
| MCVICKER MOSS BALESTRA ET AL IN CLASS ACT<br>LEVI  KORSINSKY LLP<br>1101 30TH STREET NORTHWEST SUITE 115<br>WASHINGTON DC 20007-3740 | MELISSA SPILLMAN<br>612 BOIS D ARC LN<br>FRANKLIN TN 37069-4762 | MELVIN WHITE<br>6091 GOLDDUST RD<br>BROOKSVILLE FL 34609-8705 |
| MICHAEL BENDETT<br>7606 LEXINGTON LANE<br>PARKLAND FL 33067-1622 | MICHAEL BHAGAT<br>1169 S CALLE DEL NORTE DR<br>PUEBLO WEST CO 81007-1907 | MICHAEL CHU<br>1113 8TH AVE W<br>SEATTLE WA 98119-3439 |
| MICHAEL DETRINIDAD<br>726 BALSAM DR<br>NEWMAN CA 95360-9522 | MICHAEL ILYANKOFF<br>7425 156TH ST SE<br>SNOHOMISH WA 98296-8771 | MICHAEL LAFONTAINE JR<br>321 NAPA VALLEY DR<br>MILFORD MI 48381-1053 |
| MICHAEL PAPENFUSE<br>1291 QUEENSWAY<br>UNITED STATES<br>LAKE ISABELLA MI 48893-9356 | MICHAEL RUSSO<br>10310 WREN ROAD<br>WEEKI WACHEE FL 34613-3887 | MICHAEL WAGNER<br>1253 ROCK HILLS ST UNIT 102<br>LAS VEGAS NV 89135-3576 |
| RANDY MICHELSON<br>MICHELSON LAW GROUP<br>220 MONTGOMERY STREET<br>SUITE 2100<br>SAN FRANCISCO CA 94104-3502 | MIKHAIL FILIPPOV<br>2713 PROSPECT STREET<br>FRAMINGHAM MA 01701 | INTERNATIONAL<br>MIKHAIL MESHKOV<br>METALLURGOV UL 1152<br>MOSCOW RUSSIA 111401 |
| CANADA<br>MOHAMMAD MEHDI TOOZHY<br>11 JUSTUS DR<br>RICHMOND HILL ONTARIO L4C9Z4<br>CANADA<br>11 JUSTUS DR RICHMOND HILL ONTRAIO L4C9 | MOLLY HUNTER<br>4347 ANNA LANE<br>WENATCHEE WA 98801-9034 | INTERNATIONAL<br>MR ALEXANDER GARNOCK<br>13 BUTTFIELD ST COOMBS ACT<br>2611 AUSTRALIA<br>13 BUTTFIELD ST COOMBS ACT CANBERRA AUST |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>MR TOUBOUL<br>59 RUE DE DE MARIGNAN<br>ST MAUR DES FOSSES<br>FRANCE | MR MATTHEW EUGENE RISEN<br>1935 LEGACY PLACE SE<br>EAST WENATCHEE WA 98802-9162 | NC MACHINERY<br>PO BOX 58201<br>TUKWILA WA 98138-1201 |
| NC MACHINERY CO<br>17035 WEST VALLEY HIGHWAY<br>TUKWILA WA 98188-5519 | NC MACHINERY CO<br>DANIAL D PHARRIS<br>601 UNION STREET STE 2600 WA 98101 | NW HANDLING SYSTEMS<br>PO BOX 749861<br>LOS ANGELES CA 90074-9861 |
| NATHAN WELLING<br>340 S LEMON AVE UNIT 5807<br>WALNUT CA 91789-2706 | INTERNATIONAL<br>NEIL HUTCHINGS<br>5 BEDWAS CLOSE<br>ST MELLONS<br>CARDIFF CF3 0HP UNITED KINGDOM | NELSON L KIM<br>8305 WEEPING SPRINGS AVE<br>LAS VEGAS NV 89131-1450 |
| NELSON PRADA<br>323 SONOMA DR<br>POOLER GA 31322-9792 | NEPPEL ELECTRIC<br>4703 KELLY PLACE<br>MOSES LAKE WA 98837-4306 | NEPPEL ELECTRICAL   CONTROLS LLC<br>MOSES LAKE WA 98837 |
| NEPPEL ELECTRICAL   CONTROLS LLC<br>CO RIES LAW FIRM PS<br>PO BOX 2119<br>MOSES LAKE WA 98837-0519 | INTERNATIONAL<br>NITIN LIMAYE<br>401 MANORATH APARTMENTS<br>9-B PRATAPGUNJ SOCIETY VADODARA 390002<br>INDIA | NIVA JOHNSON<br>119 RIDGMAR TRAIL<br>HENDERSONVILLE TN 37075-9629 |
| OMAR D AHMADI<br>13 CHERRY LANE<br>PARSIPPANY NJ 07054-2216 | OUR BOTANICALS WORLDWIDE LLC<br>8 THE GREEN<br>SUITE 7123<br>DOVER DE 19901-3618 | PAUL ORLOFF<br>7909 VAN NUYS BLVD<br>VAN NUYS CA 91402-6073 |
| INTERNATIONAL<br>PHAM SONG TOAN<br>TONEYAMA 256<br>TOYONAKA<br>OSAKA JAPAN | INTERNATIONAL<br>PABLO HERNANDEZ GUEVARA<br>CALLE ESTE RES MI REFUGIO P 9 APTO 9A<br>URB MANZANARES CARACAS VENEZUELA<br>ZIP CODE 1070 | INTERNATIONAL<br>PABLO V HERNANDEZ G<br>CALLE ESTE RES MI REFUGIO P9 APT 9A<br>URB MAZANARES CARACAS VENEZUELA 1070 |
| PACIFIC NORTHWEST INFRASTRUCTURE IN<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 | PACIFIC NORTHWEST INFRASTRUCTURE INC<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 | PACIFIC SECURITY<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 |
| PAMELA M EGAN<br>PAUL H BEATTIE<br>CKR LAW LLP<br>506 2ND AVENUE 14TH FLOOR<br>SEATTLE WA 98104-2343 | PATH OF FOUR WINDS LLC<br>3638 LAKE BREEZE LANE<br>CROSBY TX 77532-7202 | PATRICK BLOUNT<br>848 N RAINBOW BLVD<br>SUITE 1800<br>LAS VEGAS NV 89107-1103 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PAUL A BARRERA                        PAUL A BARRERA                        PAUL W REINSCH JR
17713 15TH AVE NE STE 101             NORTH CITY LAW PC                     7 SALVATIERRA TRACE
SHORELINE WA 98155-3839               17713 15TH AVE NE                     HOT SPRINGS VILLAGE AR 71909-7707
                                      SUITE 101
                                      SHORELINE WA 98155-3839


INTERNATIONAL                         JAMES D PERKINS                       PETER MOONEY
PER MARTIN SUNDBERG                   U S DEPT OF JUSTICEU S TRUSTEE OFFICE 506 FELICIA ST
CALCADA DE SANTO ANDRE 33 BLOCO2 LETRA 920 W RIVERSIDE 593                  DURHAM NC 27704-6213
F                                     SPOKANE WA 99201-1012
1100-495
LISBON PORTUGAL


DANIAL D PHARRIS                      PHIL A DINWIDDIE                      PHILIP N MCCOLLUM
LASHER HOLZAPFEL SPERRY  EBBERSON PLLC 28122 VINE CLIFF                     14391 WARREN ST
601 UNION STREET                      BOERNE TX 78015-4881                  WESTMINSTER CA 92683-5187
SUITE 2600
SEATTLE WA 98101-4000


INTERNATIONAL                         JASON T PISKEL                        PORT OF CHELAN
PIERVANNI UGOLINI MUGELLI             PISKEL YAHNE KOVARIK PLLC             238 OLDS STATION RD A
VIA DI NIZZANO 2                      522 W RIVERSIDE AVE                   WENATCHEE WA 98801-8131
IMPRUNETA 50023                       STE 700
FLORENCE ITALY                        SPOKANE WA 99201-0581


PORT OF DOUGLAS                       PORT OF DOUGLAS COUNTY                PORT OF DOUGLAS COUNTY
643 BILLINGSLY DR SE                  PORT OF DOUGLAS COUNTY                DAVIS ARNEIL LAW FIRM CO DAVID R LAW
EAST WENATCHEE WA 98802               1 CAMPBELL PARKWAY                    617 WASHINGTON ST
                                      SUITE D                               WENATCHEE WA 98801-2600
                                      EAST WENATCHEE WA 98802-9290


PRIJA PHAPHOUAMPHENG                  QUARK LLC                             INTERNATIONAL
5115 16TH STREET A                    4283 EXPRESS LANE SUITE 3842078       RAVJI PATEL
SANTA ANA                             SARASOTA FL 34249-2602                16 HOME MEAD
UNITED STATES                                                               UNITED KINGDOM
SANTA ANA CA 92703-1190                                                     HA7 1AF


                                      INTERNATIONAL
RICHARD BLOMQUIST                     RADOMIR KALININ                       RARITAN
1425 BROADWAY 23240                   STANYUKOVICHA 54G55                   400 COTTONTAIL LANE
SEATTLE WA 98122-3854                 VLADIVOSTOK CITY ZIP CODE 690003      SOMERSET NJ 08873-1238
                                      RUSSIA
                                      STANYUKOVICHA 54G-55 VLADIVOSTOK CITY


RARITAN INC                           REFAEL SOFAIR INDIVIDUALLY AND ON     RICHARD SHEW
CO DRINKER BIDDLE  REATH LLP          BEHALF OF ALL OTHERS SIMILARLY        157 SLATEWOOD CT
ATTN- FRANK VELOCCI                   SITUATED                              BETHEL PARK PA 15102-2242
600 CAMPUS DRIVE                      CO JOHN A KNOX WILLIAMS KASTNER  GIB
FLORHAM PARK NJ 07932-1096            601 UNION STREET SUITE 4100
                                      SEATTLE WA 98101-1368


INTERNATIONAL                         RIES LAW FIRM P S                     INTERNATIONAL
RICHARD WULLIENS                      P O BOX 2119                          RIETVELD GLOBAL BUSINESS GROUP BV
RUE DE LEGLISE 13A                    MOSES LAKE WA 98837-0519              POSTBUS 9607 BOX G58
1958 ST LONARD                                                              1006 GC AMSTERDAM
CH - SWITZERLAND                                                            THE NETHERLANDS
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT B DECKER<br>918 CONFIDENCE DR<br>LONGMONT<br>UNITED STATES<br>LONGMONT CO 80504-8540 | INTERNATIONAL<br>ROBERT ILIEVSKI<br>NYPONGATAN 18<br>212 31 MALMO<br>SKANE<br>SWEDEN | ROBERT J HOYER<br>5940 DALTRY LN<br>UNITED STATES<br>COLORADO SPRINGS CO 80906-7802 |
| ROBERT RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 | ROGER L SUTTON<br>716 CONTESSA<br>IRVINE CA 92620-1724 | INTERNATIONAL<br>ROLF JAKOBSEN<br>WESSELS GATE 25C<br>H0202<br>NORWAY |
| VANESSA PIERCE ROLLINS<br>BOWMAN PIERCE LLC<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | RONALD RICHARD JOHNS JR<br>354 CLEAR SPRINGS HOLLOW<br>BUDA TX 78610-2740 | ROOSEVELT SCOTT<br>802 HAWK VIEW COURT<br>FAIRVIEW HEIGHTS IL 62208-2967 |
| ROSS SHRESTHA<br>1259 N LAKEVIEW DR<br>PALATINE IL 60067-2092 | INTERNATIONAL<br>ROSS TAVAKOLI<br>8 OAKFIELD CLOSE ALDERLEY EDGE CHESHIR<br>ENGLAND<br>UNITED KINGDOM | RUBEN DEL MURO<br>19231 NISHIDERA KIKUCHI KUMAMOTO<br>861-1323<br>JAPAN |
| SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON TX 77064-4557 | JOSEPH AG SAKAY<br>RYAN SWANSON CLEVELAND PLLC<br>1201 THIRD AVENUE<br>SUITE 3400<br>SEATTLE WA 98101-3034 | SCHMITT ELECTRIC<br>1114 WALLA WALLA AVE<br>WENATCHEE WA 98801-1525 |
| SCOTT GLASSCOCK<br>229 CRAFT ROAD<br>BRANDON FL 33511-7588 | SCOTT PAUL<br>1100 SW 7TH ST<br>RENTON<br>RENTON WA 98057-2939 | SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 5TH AVE STE 3600<br>SEATTLE WA 98104-7010 |
| SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 FIFTH AVENUE SUITE 3600<br>SEATTLE WA 98104-7010 | INTERNATIONAL<br>SERGIY DZVONYK<br>28 YAROSLAVOV VAL STR AP29<br>KIEV - 01034<br>UKRAINE | INTERNATIONAL<br>SERHII KOMAR<br>ALEXANDRA NEVSKOGO 35<br>AP 55<br>ODESSA UKRAINE 65088 |
| INTERNATIONAL<br>SHAUN LEECH<br>49A WINFILED ROAD<br>BALWYN NORTH<br>VICTORIA AUSTRALIA 3144 | CANADA<br>SHAWN JACKSON DYCK<br>40100 WILLOW CRESCENT<br>APT 308<br>SQUAMISH BC V8B0L8 CANADA | SHOW ME CABLES<br>115 CHESTERFIELD INDUSTRIAL BLVD<br>CHESTERFIELD MO 63005-1219 |
| SINH DU<br>818 SW 3RD AVE 2212313<br>PORTLAND OR 97204-2405 | INTERNATIONAL<br>SMEETS GERT<br>SAPSTRAAT 40<br>GROTE SPOUWEN<br>BELGIUM<br>BELGIUM | SPENCER ROSS<br>215 11TH AVE NE<br>APT 3<br>ST PETERSBURG FL 33701-1961 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | INTERNATIONAL<br>STEFANO MUSUMECI<br>UUSLINNA TN 9452<br>11415 TALLINN<br>ESTONIA | INTERNATIONAL<br>STEVE DELASSUS<br>215 AVENUE MARCEL ANTHONIOZ<br>01220 DIVONNE LES BAINS<br>FRANCE |
| CANADA<br>STEVEN WILLIAM SWEENEY<br>7 LENT CRESCENT<br>BRAMPTON ONTARIO L6Y 5E5<br>CANADA | SUSAN RAMAKER<br>PO BOX 3272<br>WENATCHEE WA 98807-3272 | TNT BUSINESS COMPLEXES LLC<br>380 LESLIE WAY<br>EAST WENATCHEE WA 98802-5624 |
| TUOMAS J KARJALAINEN<br>7601 E TREASURE DR APT 1023<br>APT 1023<br>NORTH BAY VILLAGE FL 33141-4362 | INTERNATIONAL<br>TAKESHI KAWAI<br>392403 SHIMORENJAKU<br>MITAKA CITY TOKYO<br>181-0013 JAPAN | TALENTS 633 MINISTRIES NFP<br>24206 WALNUT CIRCLE<br>PLAINFIELD IL 60585-2261 |
| TALOS CONSTRUCTION LLC<br>TODD REUTER FOSTER PEPPER PLLC<br>618 W RIVERSIDE AVE SUITE 300<br>SPOKANE WA 99201-5102 | TALOS CONSTRUCTION LLC<br>PO BOX 2607<br>CHELAN WA 98816-2607 | INTERNATIONAL<br>TAVERNE KEVIN<br>13 RUE KIPLING<br>91540 MENNECY FRANCE |
| INTERNATIONAL<br>THEATHERSTRASSE 27C<br>THEATERSTRASSE 27C<br>8400 WINTERTHUR<br>SWITZERLAND | INTERNATIONAL<br>THEOCHARIS ASLANIDIS<br>DORIDOS 44<br>12242 EGALEO<br>GREECE | INTERNATIONAL<br>THOMAS MEHLITZ<br>SOLRIDE GMBH<br>YBURGSTR 18<br>GERMANY<br>GERMANY |
| TOTAL EMPLOYMENT MANAGEMENT<br>723 W BROADWAY<br>MOSES LAKE WA 98837-1920 | TOWN TOYOTA CENTER<br>1300 WALLA WALLA<br>WENATCHEE WA 98801-1529 | TRAVELERS PROPERTY CASUALTY CO OF<br>AMERICA<br>JONATHAN B ALTER ESQ<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 |
| TRAVIS HIBBARD<br>PO BOX 2607<br>CHELAN WA 98816-2607 | TREEHOUSE TECHNOLOGY GROUP LLC<br>300 BEDFORD STREET UNIT 214<br>MANCHESTER NH 03101-1102 | TYLER DOMER<br>91 NE 17 ST<br>EAST WENATCHEE WA 98802-4147 |
| UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 | US CUSTOMS<br>PO BOX 979126<br>ST LOUIS MO 63197-9001 | US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS IN 46278-2010 |
| US TRUSTEE<br>US COURT HOUSE<br>920 W RIVERSIDE AVE SUITE 593<br>SPOKANE WA 99201-1012 | VANESSA PIERCE ROLLINS<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | VIKEN CHOUCHANIAN<br>8741 DARBY AVE 3<br>NORTHRIDGE CA 91325-3089 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>VYACHESLAV LEVIN<br>4A STOKE ROW<br>COVENTRYWESTMIDLANDS<br>CV2 4JQ<br>UK | WA DEPARTMENT OF REVENUE<br>ATTN SAM SEAL<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | MARK WALDRON<br>MARK D WALDRON<br>6711 REGENTS BLVD W SUITE B<br>TACOMA WA 98466-5421 |
| WASHINGTON DEPARTMENT OF REVENUE<br>2101 FOURTH AVENUE 1400<br>SEATTLE WA 98121-2300 | WASHINGTON EMPLOYMENT SECURITY DEPT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 | WASHINGTON STATE LABOR  INDUSTRIES<br>PO BOX 44170<br>OLYMPIA WA 98504-4170 |
| WASHINGTON STATE TAXING AGENCIES<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY  COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | SCOTT WEAVER<br>CARNEY BADLEY SPELLMAN PLLC<br>701 FIFTH AVENUE<br>SUITE 3600<br>SEATTLE WA 98104-7010 | INTERNATIONAL<br>WILHELMUS APPEL<br>LUPINELAAN 15<br>5582 CG WAALRE<br>THE NETHERLANDS |
| WILLIAM M PATTON<br>6821 SKY CIRCLE<br>UNITED STATES<br>ANCHORAGE AK 99502-3979 | WILLIAM STEPHEN DAVIS<br>7281 ROOSES DRIVE<br>INDIANAPOLIS IN 46217-7411 | WILLIAM TRAN<br>403 W RAMONA RD<br>ALHAMBRA CA 91803-3548 |
| WILSON SONSINI GOODRICH  ROSATI<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 | WINLAND CREDIT PARTNERS LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>WONG CHUN MING<br>SHAM SHUI POFUK WING ST 133<br>FLAT A 10F 5BLOCK GOLDEN BLDG<br>HONG KONG<br>SHAM SHUI POFUK WING ST 133 FLAT A 10F |
| XIAOMING LU<br>3269 RANGE CT<br>MASON OH 45040-8741 | INTERNATIONAL<br>YUET CHOI CHENG<br>22F NAM HOI MANSION TAIKOO SHING<br>HONG KONG | INTERNATIONAL<br>YURII KUZMIN<br>10B UROZHAYNAYA STR<br>ODESSA<br>65016<br>UKRAINE |
| INTERNATIONAL<br>CALEB MAISTRY<br>VAN HOOF STREET 2 WILLOW VIEW ESTATE R<br>GAUTENGJOHANNESBURG<br>SOUTH AFRICA | INTERNATIONAL<br>ELIESHAY TOUBOUL<br>AMOS 221<br>TEKOA<br>ISRAEL<br>ISRAEL | INTERNATIONAL<br>FABIO TODESCHINI<br>16 VIA GRAN SAN BERNARDO<br>MILAN<br>ITALY |
| INTERNATIONAL<br>HARI KRISHNA PRASAD MENTA VENKATA<br>116 CANADIAN LAKES BLVD<br>CANADIAN BALLARAT<br>AUSTRALIA<br>116 CANADIAN LAKES BLVD CANADIAN 3350 | INTERNATIONAL<br>LIOR SHARABI<br>ESHKOLIT 2822  PARDES HANA  ISRAEL<br>ESHKOLIT 2822 - PARDES HANA - ISRAEL | INTERNATIONAL<br>LJUPCO NIKOLOVSKI<br>MERCURIUS 15<br>1188 GA<br>AMSTELVEEN<br>HOLLAND |
| INTERNATIONAL<br>MATHIAS BRACHET<br>DARWINGASSE 37<br>TOP 1<br>1020 VIENNA<br>AUSTRIA | NICK NGUYEN<br>3411 GREENTREE DR<br>FALLS CHURCH VA 22041-1405 | PAMELYN CHEE<br>PO BOX 18771<br>UNITED STATES<br>LOS ANGELES CA 90018-0771 |