# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>     Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

  I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

  On October 22, 2019 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Trustee's Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. § 330, and for Approval of the Payment of Bank Fees** (Docket No. 385)

- **Notice of Trustee's Motion for Order Setting Monthly Interim Payment Procedure** (Docket No. 389)

Dated: October 25, 2019

                    */s/ James Nguyen-Phan*
                    James Nguyen-Phan
                    STRETTO
                    410 Exchange, Suite 100
                    Irvine, CA 92602
                    (800) 634-7734
                    James.Nguyen-Phan@Stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| EMERALD CITY STATEWIDE LLC | C/O PEPPLE CANTU SCHMIDT PLLC | 801 2ND AVE | SUITE 700 | SEATTLE | WA | 98104-1573 |
| GRETCHEN J. HOOG | C/O PEPPLE CANTU SCHMIDT PLLC | 801 2ND AVE | SUITE 700 | SEATTLE | WA | 98104-1573 |
| OMAR D. AHMADI | 39 ESPY RD APT 9A | | | CALDWELL | NJ | 07006-4864 |
| TREEHOUSE TECHNOLOGY GROUP, LLC | 197 BOSTON POST RD W STE M | | | MARLBOROUGH | MA | 01752-1938 |
| VIKEN CHOUCHANIAN | 17429 LAHEY ST | | | GRANADA HILLS | CA | 91344-3426 |