**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>　　　　　　Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

　　I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

　　On September 23, 2019 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Final Hearing on Trustee's Motion for Order Approving Financing on Interim and Final Basis with Super-Priority Unsecured Status** (Docket No. 366)

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　　　　*/s/ James Nguyen-Phan*
　　　　　　　　　　　　　　　　　　　　James Nguyen-Phan
　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　(800) 634-7734
　　　　　　　　　　　　　　　　　　　　James.Nguyen-Phan@Stretto.com

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| CODY SCHMIDT | 1255 MILLERDALE AVE | WENATCHEE | WA | 98801-3187 |
| KENNETH JOHNSON | 613 19TH ST NE | EAST WENATCHEE | WA | 98802-8351 |
| TALENTS 633 MINISTRIES, NFP | 12113 BREDA LN | ORLANDO | FL | 32827-7253 |

In re: Giga Watt, Inc.
Case No. 18-03197 (FPC)

Page 1 of 1

18-03197-FPC7    Doc 401    Filed 10/31/19    Entered 10/31/19 15:06:19    Pg 3 of 3