Pamela M. Egan, WSB 54736
POTOMAC LAW GROUP PLLC
1300 Pennsylvania Ave., Ste. 700
Washington, D.C. 20004
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER SETTING MONTHLY INTERIM PAYMENT PROCEDURE** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"), hereby withdraws without prejudice the *Trustee's Motion for an Order Setting Monthly Interim Payment Procedure* that was filed on October 9, 2019 [ECF No. 386].

October 31, 2019          POTOMAC LAW GROUP

                          By:     */s/ Pamela M. Egan*
                                  Pamela M. Egan (WSBA No. 54736)

                          *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

---

WITHDRAWAL OF TRUSTEE'S MOTION FOR MONTHLY INTERIM PAYMENT PROCEDURE - Page 1
4839-8222-7371, v. 1