BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>Debtor. | 18-03197-FPC11<br><br>NOTICE OF MOTION TO EMPLOY EMPLOY SUCCESSOR COUNSEL FOR UNSECURED CREDITORS COMMITTEDD UNDER 11 U.S.C. § 1103 |

Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case, has filed application to employ Salish Sea Legal PLLC as counsel. Mr. Ellison, lead counsel for the Committee, has moved from DBS Law to Salish Sea Legal PLLC. The Committee wishes to continue Mr. Ellison's services.

Please take further notice that any objection to the Employment Application must be filed with the above-captioned court and served upon undersigned counsel within seven (7) days of the service date set forth below.

Please take further note that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed.

NOTICE OF APPLICATION TO EMPLOY - 1

DATED: November 1, 2019

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Proposed Counsel for the Committee of Unsecured Creditors*

NOTICE OF APPLICATION TO EMPLOY - 2