# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC.

          Debtor.

18-03197-FPC11

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. § 1103 FOR COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

      This matter having come on regularly for hearing on the application of the Committee of Unsecured Creditors ("Committee"), the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

      IT IS HEREBY ORDERED

      1. That the employment of Ben Ellison and Salish Sea Legal PLLC as successor counsel for the Committee is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §§ 328, 1103.

      2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

///END OF ORDER///

COMMITTEE EMPLOYMENT ORDER - 1

Presented by:

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Proposed Counsel for the Committee of Unsecured Creditors*

COMMITTEE EMPLOYMENT ORDER - 2