William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-DPC11 |
| GIGA WATT, INC., | CERTIFICATION OF SERVICE |
| Debtor in Possession | |

I, Mecqué M. Hess, am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Port of Douglas County. I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration.

I served true and correct copies of the following documents:

1) *Stipulated Motion to Modify the Automatic Stay and Notice Thereof*

2) *Motion to Shorten Time for Stipulated Motion to Modify the Automatic Stay, and Notice Thereof*

by email via PACER on October 30, 2019 to:

US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

Gary W. Dyer: Gary.W.Dyer@usdoj.gov

James D. Perkins     james.perkins@usdoj.gov

Mark Waldron: trustee@mwaldronlaw.com, mark@mwaldronlaw.com

Quentin D. Batjer: pam@dadkp.com, quentin@dadkp.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

Shauna S. Brennan:  sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Daniel J. Bugbee:  dbugbee@lawdbs.com, paralegal@lawdbs.com

Roberto H. Castro:  rcastro@rcastrolaw.com, castro.ava@gmail.com

Pamela Marie Egan:  pegan@potomaclaw.com

Benjamin A. Ellison:  benaellison@gmail.com

Scott B. Henrie:  SHenrie@williamskastner.com, DLevitin@williamskastner.com

Douglas A. Hofmann:  dhofmann@williamskastner.com

Gretchen J. Hoog:  ghoog@pcslegal.com, danderson@pcslegal.com

David A. Kazemba:  dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, kazembadr92395@notify.bestcase.com

John Knox:  jknox@williamskastner.com, rnelson@williamskastner.com

David R. Law:  david@dadkp.com, amy@dadkp.com

Angie Lee:  bculee@atg.wa.gov

Benjamin J. McDonnell:  ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R. McKinley:  kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D. Pharris:  pharris@lasher.com, luksetich@lasher.com

Jason T. Piskel:  jtp@pyklawyers.com

Christopher F. Ries:  diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins:  vprollins@gmail.com

Joseph A.G. Sakay:  sakay@ryanlaw.com, bankruptcy@hcmp.com, carol.cannon@hcmp.com, tammie.gere@hcmp.com

Dominique R. Scalia:  dscalia@lawdbs.com, paralegal@lawdbs.com

Brian A. Walker:  bwalker@omwlaw.com, kreynolds@omwlaw.com

Scott Weaver:  weaver@carneylaw.com, fuhrmann@carneylaw.com

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

Copies were also served via electronic mail on all persons whose addresses are included in the Token Holders and Miner Owners List; and to all parties listed on the Master Mailing List, attached hereto and obtained from the PACER website for the above case on October 30, 2019, by utilizing the services of BK Attorney Services, LLC, d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to FRBP 9001(9) and 2002(g)(4). A copy of the Declaration of Service is attached hereto and incorporated as if fully set forth herein.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 4th day of November 2019.

/s/ Mecqué M. Hess
Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 404    Filed 11/04/19    Entered 11/04/19 17:00:15    Pg 3 of 19

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:  Giga Watt, Inc., a Washington corporation | CASE NO: 18-03197 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 10/30/2019, a copy of the following documents, described below,

Amended Stipulated Motion to Modify the Automatic Stay and Notice Thereof

Amended Motion to Shorten Time for Stipulated Motion to Modify the Automatic Stay, and Notice Thereof

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

In addition, electronic service was effected on the parties addresses on the Token Holders and Owner Miners list.

 The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

 DATED: 10/30/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William L. Hames WSBA
Hames, Anderson, Whitlow & O'Leary
601 W.  Ave, P.O. Box 5489
Kennewick, WA  99336-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>09802<br>CASE 18-03197-FPC11<br>EASTERN DISTRICT OF WASHINGTON<br>SPOKANEYAKIMA<br>WED OCT 30 10-29-44 PDT 2019 | 507 CAPITAL LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>ANATOLY CHECHERIN<br>BEGOVAYA 3 BUILDING 1 36 FLOOR<br>MOSCOW RUSSIA ZIP 125284 |
| AARON KRIVITZKY<br>1810 LINSON CT SE<br>GRAND RAPIDS MI 49546-6457 | ADAM SCHAINBLATT<br>8809 WALKING STICK TRAIL<br>RALEIGH NC 27615-4037 | AHMED SHAH<br>12209 YOUNGDALE AVE<br>LOS ANGELES CA 91342-5263 |
| ALAN NORMAN<br>341 S MAPLE AVE<br>WEBSTER GROVES<br>UNITED STATES<br>WEBSTER GROVES MO 63119-3841 | ALAN WALNOHA<br>350 GRAN VIA<br>APT 2067<br>IRVING TX 75039-0137 | INTERNATIONAL<br>ALBERTO JOSE FARIA CAMACHO<br>AV GARCILAZO CENTRO POLO 1 TORRE A P<br>APTO 75 COLINAS DE BELLO MONTE CARACAS<br>VENEZUELA |
| ALEKSEY DANISHEVSKY<br>450 CLOVERLY LANE<br>HORSHAM PA 19044-1831 | ALEX FILIPPOV<br>12 SHERBORNE CIR<br>UNITED STATES<br>ASHLAND MA 01721-2313 | ALEX KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 |
| ALEX MCVICKER<br>1489 WINDSOR RIVER ROAD<br>WINDSOR CA 95492-8987 | ALLRISE FINANCIAL GROUP<br>JOSEPH AG SAKAY<br>999 THIRD AVENUE SUITE 4600<br>SEATTLE WA 98104-4084 | AMPHENOL CUSTOM CABLE<br>3221 CHERRY PALM DR<br>TAMPA FL 33619-8359 |
| ANDREA SHARP<br>268 BUSH STREET 2520<br>SAN FRANCISCO CA 94104-3503 | ANDREW BLYLER<br>603 W WASHINGTON ST<br>ANN ARBOR MI 48103-4233 | CANADA<br>ANDREW JAMES<br>46 BROCK ST S<br>CANADA<br>CANADA |
| INTERNATIONAL<br>ANDREW MARK CAMPBELL BOROSS<br>FLORIDA 7<br>AGUADULCE<br>SPAIN | ANDREW MOLITOR<br>760 S BARRINGTON AVE APT 6<br>LOS ANGELES<br>UNITED STATES<br>LOS ANGELES CA 90049-4507 | ANDREW STOCK<br>1870 EAST NIXON AVENUE<br>PLACENTIA CA 92870-7444 |
| ANDREW THANH QUOC LE<br>10702 HENDERSON AVE<br>GARDEN GROVE CA 92843-5261 | ANDREY KUZENNY<br>10000 SANTA MONICA BLVD UNIT 3302<br>SANTA MONICA CA 90067-7032 | ANDREY KUZENNY<br>1687 STONE CANYON RD<br>LOS ANGELES CA 90077-1912 |
| ANTHONY MARTINEZ<br>4109 MASON STREET<br>SAN DIEGO CA 92110-2720 | INTERNATIONAL<br>ANTONY GISHOLT<br>72 JOHN TRUNDLE COURT<br>BARBICAN LONDON EC2Y 8NE<br>UNITED KINGDOM | ARTHUR N MARODIS<br>106 SOUTHERNWOOD DR<br>LADSON SC 29456-3940 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATTORNEY GENERALS OFFICE<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | BASHAR BEN ASSAD<br>17713 15TH AVE NE<br>STE 101<br>SHORELINE WA 98155-3839 | QUENTIN D BATJER<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045-2208 | BENJAMIN E KELLY<br>LAW OFFICE OF BENJAMIN E KELLY<br>9218 ROOSEVELT WAY NE<br>SEATTLE WA 98115-2842 | BENJAMIN RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 |
| BERTHA GOEHNER<br>215 ELLER ST SE<br>EAST WENATCHEE WA 98802-5325 | BILL SCHMIDT<br>105 JULIE ANN CT<br>CASHMERE WA 98815-1316 | BLOCKCHAIN SYSTEMS LLC<br>124 W 60 ST UNIT 29A<br>NEW YORK NY 10023-7475 |
| BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | BRANDON ROBINSON<br>1997 TALL TREE DR<br>ATLANTA GA 30324-2723 | SHAUNA S BRENNAN<br>BRENNAN LEGAL COUNSEL GROUP PLLC<br>14900 INTERURBAN AVE S<br>STE 271<br>TUKWIA WA 98168-4654 |
| BRENT WOODWARD INC<br>14103 STEWART RD<br>SUMNER WA 98390-9641 | BRIAN J DONN<br>4254 SW 92ND AVE<br>DAVIE FL 33328-2408 | BRIAN M PACKARD<br>7191 96TH ST NE<br>MONTICELLO<br>UNITED STATES<br>MONTICELLO MN 55362-2911 |
| INTERNATIONAL<br>BRYAN MACCALLUM<br>PO BOX 1704<br>RIVONIA<br>2128<br>SOUTH AFRICA | BRYANT JOHNSON<br>1360 WHITETAIL GLEN CT<br>HEBRON KY 41048-7965 | DANIEL J BUGBEE<br>DBS LAW<br>155 NE 100TH STREET<br>SUITE 205<br>SEATTLE WA 98125-8015 |
| BUSBY INTERNATIONAL INC<br>PO BOX 1457<br>MOSES LAKE WA 98837-0225 | CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES FL 33331-1446 | CT FREIGHT USA INC<br>20202 HWY 59 N<br>HUMBLE TX 77338-2400 |
| CTC ENGINEERING<br>2290 BISHOP CIRCLE EAST<br>DEXTER MI 48130-1564 | CTC ENGINEERING INC<br>BODMAN PLC<br>ATTN- HARVEY W BERMAN<br>201 SOUTH DIVISION STREET STE 400<br>ANN ARBOR MI 48104-2259 | CALEB KOCH FORZA2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 |
| CAMERON SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 | CARLOS GAGLIANO<br>8200 OFFENHAUSER DR 105G<br>RENO NV 89511<br>RENO NV 89511-1717 | INTERNATIONAL<br>CARMEN J HERNANDEZ G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P<br>1<br>CARACAS<br>VENEZUELA<br>VENEZUELA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
CARMEN JACQUELINE HERNANDEZ GUEVARA
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
APT 15D URB GUAICAY BARUTA CARACAS
ZIP CODE 1080
VENEZUELA

CASTAGNETO TRADING LLC
17713 15TH AVE NE STE 101
SHORELINE WA 98155-3839

ROBERTO H CASTRO
UPRIGHT LAW LLC
PO BOX 747
CHELAN WA 98816-0747

CESAR DIAZ JRD FUNDING LLC
8137 MALCHITE AVENUE SUITE E
RANCHO CUCAMUNGA CA 91730-3571

INTERNATIONAL
CHARLES F V DHAUSSY
7B YARDLEY COMMERCIAL BUILDING 3 CONN
HONG KONG

CHEN DU
3269 RANGE CT
MASON OH 45040-8741

CHRIS FEATHERSTONE
8450 54TH AVE W
MUKILTEO WA 98275-3138

CHRISTIAN EICHERT
17713 15TH AVE NE
STE 101
SHORELINE WA 98155-3839

INTERNATIONAL
CHRISTIAN SCHIFFER
MEINDLSTRAE 15
81373 MUNICH
GERMANY

CLEVER CAPITAL LLC
630 VALLEY MALL PKWY
157
EAST WENATCHEE WA 98802-4838

CLEVER CAPITAL LLC
630 VALLEY MALL PKWY 157
WENATCHEE WA 98802-4838

CLINTON DOUGLAS LUCKINBILL
1054 WATERLEAF WAY
SAN JACINTO CA 92582-3020

CLINTON F SIKES
4206 BRAZOS BEND DR
PEARLAND TX 77584-5558

CODY FORREST QUINN
5920 KIMBER ROAD
CASHMERE WA 98815-9526

CODY SCHMIDT
1204 COLUMBINE ST
WENATCHEE WA 98801-6210

CONSOLIDATED ELECTRIC DIST INC
PO BOX 398830
SAN FRANCISCO CA 94139-8830

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC
CO DOUGLAS R HOOKLAND ATTORNEY
SCOTT HOOKLAND LLP
PO BOX 23414
TIGARD OR 97281-3414

INTERNATIONAL
CRAIG BEECH
KINGSWOOD GORSE AVENUE
LITTLEHAMPTON BN16 1SG
UNITED KINGDOM

CRYPTODIGGER LLC
3476 E TIFFANY WAY
GILBERT AZ 85298

INTERNATIONAL
CRYPTONOMOS PTE LTD
1 MAGAZINE RD 0411
CENTRAL MALL
SINGAPORE

INTERNATIONAL
CRYPTONOMOS PTE LTD
1 COLEMAN STREET
THE ADELPHI 08-07
SINGAPORE 179803

DUFFY KRUSPODIN LLP
21600 OXNARD ST SUITE 2000
WOODLAND HILLS CA 91367-4969

DANIEL JAMES RYSER
7614 N AUDUBON ST
SPOKANE WA 99208-8817

DANIEL TOKLE
25 VIA LUCCA
APT J345
IRVINE CA 92612-0674

INTERNATIONAL
DANILA RUSIN
GAGARINA 5 LINIYA 9A6
ZLATOUST
CHELYABINSKAYA OBLAST RUSSIA
456219

INTERNATIONAL
DARREN JAMES WURF
241 OSBORNE AVENUE
GLEN IRIS
VICTORIA 3146
AUSTRALIA

DARYL OLSEN
270 W 1450 N
UNITED STATES
CENTERVILLE UT 84014-3308

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVE CARLSON<br>630 VALLEY MALL PARKWAY<br>157<br>EAST WENATCHEE WA 98802-4838 | DAVID J LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | DAVID KAZEMBA<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 |
| DAVID MITCHELL<br>1410 RIVERVIEW RD<br>CRESCENT PA 15046-5428 | INTERNATIONAL<br>DAVID TYCHSEN SMITH<br>13 DOBSON PLACE<br>WATSON<br>ACT 2602<br>AUSTRALIA | INTERNATIONAL<br>DENIS VESELOVSKY<br>125252 RUSSIA<br>MOSCOW<br>ZORGE ST 28 52<br>RUSSIA |
| DMITRY KHUSIDMAN<br>70 OCEANA DRIVE WEST APT 4A<br>BROOKLYN NY 11235-6674 | DONALD J ENRIGHT<br>1101 30TH STREET NORTHWEST<br>SUITE 115<br>WASHINGTON DC 20007-3740 | DONALD J SULLIVAN<br>4646 LOS POBLANOS CIRCLE NW<br>LOS RANCHOS DE ALBUQUERQUE NM 87107<br>-5555 |
| DOUG BLACK<br>225 LINDA LANE<br>WENATCHEE WA 98801-6010 | DOUGLAS BERGER<br>371 CATSKILL CT<br>MAHWAH NJ 07430-2736 | DOUGLAS COUNTY PUD<br>CO KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVE<br>STE 1200<br>SPOKANE WA 99201-3905 |
| DOUGLAS COUNTY PUD<br>PO BOX 1119<br>BRIDGEPORT WA 98813-1119 | DREW BEHRENS<br>525 N LARCH AVE<br>EAST WENATCHEE WA 98802-5047 | GARY W DYER<br>U S TRUSTEES OFFICE<br>920 W RIVERSIDE AVE<br>SUITE 593<br>SPOKANE WA 99201-1012 |
| EAN SERVICES LLC<br>MARY E BUSHYHEAD<br>14002 E 21ST ST SUITE 1500<br>TULSA OK 74134-1424 | ECO DIVERSIFIED HOLDINGS INC<br>4625 WEST NEVSO DR STE 2<br>LAS VEGAS NV 89103-3763 | EDMUND LEE<br>4364 CALLE MEJILLONES<br>SAN DIEGO<br>UNITED STATES<br>SAN DIEGO CA 92130-4818 |
| INTERNATIONAL<br>EDUARD KHAPTAKHAEV<br>LENKINKKGRADSKY PRT 76149<br>MOSCOW<br>RUSSIA | INTERNATIONAL<br>EERO KOSKINEN<br>NIITTYPOLKU 21<br>02460 KANTVIK<br>FINLAND<br>FINLAND | PAMELA MARIE EGAN<br>POTOMAC LAW FIRM<br>1300 PENNSYLVANIA AVENUE<br>STE 700<br>WASHINGTON DC 20004-3024 |
| ELDER YOSHIDA<br>1147 NW 57TH ST<br>SEATTLE WA 98107-3720 | ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 | ELISA U<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 |
| BEN ELLISON<br>DBS LAW<br>155 NE 100TH ST SUITE 205<br>SEATTLE WA 98125-8015 | BENJAMIN A ELLISON<br>SALISH SEA LEGAL<br>2212 QUEEN ANNE AVE N<br>SEATTLE WA 98109-2312 | EMERALD CITY STATEWIDE LLC<br>CO PEPPLE CANTU SCHMIDT<br>1000 SECOND AVE SUITE 2950<br>SEATTLE WA 98104-3604 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
EMERALD CITY STATEWIDE LLC            INTERNATIONAL                         ERIC FERRARI
CO PEPPLE CANTU SCHMIDT PLLC          EMIL PETROV STANEV                    8962 FORKED CREEK WAY
1000 SECOND AVE SUITE 2950            41 DOROSTOL STREET                    ELK GROVE CA 95758-5732
SEATTLE WA 98104-3604                 RUSE 7004 RUSE
                                      BULGARIA


ERNESTO PEDRERA                       EVANSONT INSURANCE CARRIER            EXECUTIVE FLIGHT
7601 E TREASURE DR APT 1023           CO MITCHELL REED  SCHMITTEN INS       1 CAMPBELL PKWY
APT 1023                              PO BOX D                              EAST WENATCHEE WA 98802-9290
NORTH BAY VILLAGE FL 33141-4362       CASHMERE WA 98815-0515


EXECUTIVE FLIGHT INC                  FASTENAL COMPANY                      FASTENAL COMPANY
SCOTT R WEAVER CARNEY BADLEY SPELLMAN 2001 THEURER BLVD                     PO BOX 1286
701 5TH AVENUE STE 3600               ATTN- LEGAL DEPT                      WINONA MN 55987-7286
SEATTLE WA 98104-7010                 WINONA MN 55987-9902


FEDEX CORPORATE SERVICES INC          INTERNATIONAL                         FORZA 2
AS ASSIGNEE OF FEDEX EXPRESSGROUNDFREI FILIP SCHEPERJANS                    1000 N GREEN VALLEY PKWY STE440 251
3965 AIRWAYS BLVD MODULE G 3RD FLOOR  PELLONPERNTIE 1 B                     HENDERSON
MEMPHIS TN 38116-5017                 00830 HELSINKI                        UNITED STATES
                                      FINLAND                               HENDERSON NV 89074-6172


INTERNATIONAL                         FRANKIE GUERRA                        INTERNATIONAL
FRANK DANIEL                          1812 E OAKLAND PARK BLVD APT 32       FRANZ ALLIOD
ZOLLSTRASSE 22                        UNITED STATES                         176 ROUTE DE LA CENDIRE
MHRING                                OAKLAND PARK FL 33306-1126            01630 SAINT JEAN DE GONVILLE AIN
DEUTSCHLAND                                                                 FRANCE
ZOLLSTRASSE 22 95695 MHRING GERMANY


FRED NOLTE                            DEBTOR                                INTERNATIONAL
10812 LA BATISTA                      GIGA WATT INC                         GENNADY ZHILYAEV
FOUNTAIN VALLEY CA 92708-3943         1250 N WENATCHEE AVE SUITE H 147      C DE LES GRANDALLES EDIF XALET 4T 3A
                                      WENATCHEE WA 98801-1599               AD 300 DORDINO ANDORRA


INTERNATIONAL                         INTERNATIONAL                         GIGA PLEX LLC
GEORGE SORIN LASCU                    GEORGIOS LIGNOS                       7906 RANDOLPH RD
STR CALUGARULUI 16                    25 KRITIS STR                         MOSES LAKE WA 98837-5122
077151 BALTENI ILFOV                  12243 EGALEO
ROMANIA                               GREECE


GIGA PLEX LLC                         GIGA PLEX LLCMLDC1 LLC                INTERNATIONAL
OVERCAST LAW OFFICES PS               OVERCAST LAW OFFICES PS               GIGAWATT PTE LTD ATTN MIKHAYLYUTA
23 S WENATCHEE AVE SUITE 320          23 S WENATCHEE AVE SUITE 320          1 MAGAZINE RD 0411
CO DAVID A KAZEMBA                    WENATCHEE WA 98801-2263               CENTRAL MALL
WENATCHEE WA 98801-2263                                                     SINGAPORE


INTERNATIONAL                         GLEB NESIS                            INTERNATIONAL
GIGAWATT PTE LTD                      3419 IRWIN AVE                        GLEN ALLAN BRADLEY
1 COLEMAN STREET                      APT 708                               LERSTADVEIEN 250
THE ADELPHI 08-07                     BRONX NY 10463-3754                   6014 ALESUND
SINGAPORE 179803                                                            NORWAY
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>GRANT HERHOLDT<br>5 YORK AVENUE<br>CRAIGHALL PARK 2196<br>SOUTH AFRICA<br>2196 | INTERNATIONAL<br>GRIGORY KLUMOV<br>BALAKLAVSKY AVENUE 12393<br>117639<br>MOSCOW RUSSIA | GRONSKI JEFFREY G  ROBIN L<br>711 4TH ST S<br>WISCONSIN RAPIDS WI 54494-4310 |
| INTERNATIONAL<br>HJ VAN NUIJSSENBORGH<br>PATRIMONIUMLAAN 126<br>3904AH VEENENDAAL<br>THE NETHERLANDS | H2 PRE CAST INC<br>3835 N CLEMONS ST<br>EAST WENATCHEE WA 98802-9408 | WILLIAM L HAMES<br>HAMES ANDERSON  WHITLOWS PS<br>PO BOX 5498<br>KENNEWICK WA 99336-0498 |
| INTERNATIONAL<br>HANS PETER EDENSTRASSER<br>RUPERT HAGLEITNER STRASSE 1D 54<br>6300 WOERGL  TIROL<br>AUSTRIA<br>6300 WOERGL TIROL AUSTRIA | HARLAN ROBINSON<br>736 N LAGUNA<br>GILBERT AZ 85233-3620 | INTERNATIONAL<br>HASHVIN DARYANANI<br>56B SEROE BLANCO<br>BOX 393<br>ORANJESATAD ARUBA<br>ARUBA |
| HEATHER MULHALL<br>312 N NEWTON AVE<br>EAST WENATCHEE WA 98802-8444 | HELEN ERSKINE<br>P O BOX 1745<br>UNITED STATES<br>TOPANGA CA 90290-1745 | SCOTT B HENRIE<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION ST<br>SUITE 4100<br>SEATTLE WA 98101-2380 |
| INTERNATIONAL<br>HIROAKI YAMAMOTO<br>1194 NISHIKITSUJI STREET<br>ASAHI PLAZA ARBONATE NARA ONE 606<br>NARA JAPAN 630-8325 | DOUGLAS A HOFMANN<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 | GRETCHEN J HOOG<br>PEPPLE CANTU SCHMIDT PLLC<br>1000 SECOND AVENUE<br>SUITE 2950<br>SEATTLE WA 98104-3604 |
| INTERNATIONAL<br>HOWARD JONES<br>21 SANDIWAYS ROAD WALLASEY<br>WIRRAL<br>UNITED KINGDOM<br>CH45 3HJ | CANADA<br>HUMERA SURTI<br>2200 RUSSET CRESENT<br>BURLINGTON ON<br>CANADA L7L6Z2 | IAN M KENNEDY<br>2620 FAIRMOUNT ST<br>COLORADO SPRINGS CO 80909-2032 |
| INTERNATIONAL<br>IBRAHIM ISSA<br>LEBANON BEIRUT RIAD EL SOLOH SQUARE | IGOR MARTIROSIAN<br>36 WASHINGTON AVENUE 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010-3025 | INTERNATIONAL<br>ILJA FILIPOVS<br>STAICELES IELA 1311 RIGA LATVIA LV1<br>STAICELES IELA 13-11 RIGA LATVIA LV-1 |
| INTERNATIONAL<br>INTELLIAPPS LTD<br>UNIT 272 COLAB CENTER<br>PORT ROAD<br>LETTERKENNY CO DONGAL EIRCODE F92 RKC7<br>IRELAND | INTERFLOW LLC<br>5465 S DORCHESTER<br>CHICAGO IL 60615-5316 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNATIONAL<br>IOANNIS VIOLIDAKIS<br>KIMONOS 11<br>ATHENS GREECE PCODE- GR-10441 | INTERNATIONAL<br>IVAN MARCAK<br>DLOUHA TRIDA 47425<br>73601 HAVIROV<br>CZECH REPUBLIC | JDSA<br>PO BOX 1688<br>WENATCHEE WA 98807-1688 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>JACQUELINE BUSSEY<br>PERCHERON<br>GOUDHURST ROAD<br>CRANBROOK TN17 2PN<br>UNITED KINGDOM | INTERNATIONAL<br>JAIME DARIO MEJIA MARTINEZ<br>CALLE 44 NO 10E  11 LA VICTORIA<br>BARRANQUILLA ATLANTICO - COLOMBIA | JAMES BULLIS<br>4701 NE 72ND AVE APT 141<br>VANCOUVER<br>UNITED STATES<br>VANCOUVER WA 98661-8103 |
| JAMES C LUTZ<br>609 LONG LEAF DR<br>CHAPEL HILL NC 27517-3039 | INTERNATIONAL<br>JAMES KING<br>1B LINKS COURT LANGLAND BAY ROAD<br>SWANSEA<br>SA3 4QR UNITED KINGDOM | JAMES MACCORNACK<br>1002 BEL AIRE<br>ROSWELL NM 88201-7715 |
| INTERNATIONAL<br>JAN FALTYS<br>SLAVKOVA 29<br>PRAHA 2 - 12000<br>CZECH REPUBLIC | JANN SO<br>1211 SW 5TH AVE<br>1000<br>PORTLAND OR 97204-3710 | CANADA<br>JARED MORRISSEY<br>59 RUE TRUDEAU<br>CHTEAUGUAY QUEBEC<br>J6J1M2<br>CANADA |
| JARRED HUTTO<br>6403 W OUTLOOK DR<br>BOISE ID 83714-8820 | JAY ROBERT STAHLE<br>838 CAMPFIRE DR<br>UNITED STATES<br>FORT COLLINS CO 80524-1991 | JEFFERS DANIELSON SONN  AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE WA 98801-8116 |
| JEFFREY ALAN MOODY<br>2528 FOREST OAKS POINT<br>COLORADO SPRINGS CO 80906-5822 | JEFFREY C LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | INTERNATIONAL<br>JEFFREY CHIN<br>42 PEPPER TREE ROAD<br>LIDCOMBE NSW<br>SYDNEY AUSTRALIA |
| JEFFREY KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 | INTERNATIONAL<br>JEFFREY WALDOCK<br>TOMASCHEKSTRASSE 30<br>A-1210 VIENNA<br>AUSTRIA | JESSE SAMUEL WHEELER<br>3601 STILLMAN BLVD<br>TUSCALOOSA AL 35401-2601 |
| JESSICA LANGIS<br>PO BOX 398<br>DRYDEN WA 98821-0398 | JOHN GUILLE<br>514 AMERICAS WAY 7134<br>BOX ELDER SD 57719-7600 | JOHN HARTLEIB<br>17931 SHOREHAM LANE<br>HUNTINNGTON BEACH CA 92649-4849 |
| JOHN HEINITZ<br>1210 2ND ST SE<br>EAST WENATCHEE<br>UNITED STATES<br>EAST WENATCHEE WA 98802-5526 | JOHN KOWALSKI<br>100 TANSBORO RD<br>UNIT B<br>BERLIN NJ 08009-1959 | JOHN RODRIGUEZ<br>2688 W 12TH PLACE<br>YUMA AZ 85364-4258 |
| JOHN SCEVOLA<br>8768 SW IROQUOIS DRIVE<br>TUALATIN OR 97062-9304 | JOHN T WINSLOW<br>5544 LAS VIRGENES ROAD 99<br>CALABASAS CA 91302-3446 | JONATHAN B ALTER<br>THE TRAVELERS COMPANIES INC<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JONATHAN GOULD<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | JONATHAN J LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 | JONATHAN WILSON<br>118 INDIAN VALLEY DR<br>CHEROKEE NC 28719-4541 |
| INTERNATIONAL<br>JORDI GRAU<br>C SANT JORDI 1231<br>08500 - VIC<br>SPAIN | JOSE A HERRERA<br>12801 PHILADELPHIA STREET<br>SUITE B<br>WHITTIER CA 90601-4126 | JOSE LUIS BLANCO<br>9307 CASTLEGAP DR<br>SPRING TX 77379-4299 |
| JOSEPH BRODSKY<br>656 STNICHOLAS AV 35<br>NEW YORK NY 10030-1086 | JOSEPH ERRIGO<br>7 PRATT ST<br>FORT MONROE VA 23651-1025 | JOSEPH M DUNN<br>1105 COLONIAL DRIVE<br>ALABASTER AL 35007-9309 |
| INTERNATIONAL<br>JOSEPH SMITS<br>WESTERLANDERWEG 40<br>WESTERLAND 1778KL WESTERLAND<br>THE NETHERLANDS | JOSHUA HESTER<br>1115 CALIFORNIA ST<br>OCEANSIDE CA 92054-5919 | INTERNATIONAL<br>JOSHUA MAPPERSON<br>92 OAKBANK BOULEVARD<br>WHITTLESEA 3757<br>AUSTRALIA |
| INTERNATIONAL<br>JUAN BAUTISTA IBARRA ARANA<br>CALLE 66 510<br>RESID LA CARANA PIEDADES<br>SANTA ANA SAN JOSE<br>COSTA RICA | JULIAN HEERE<br>500 J STREET 1703<br>SACRAMENTO CA 95814-2335 | JUN DAM<br>2116 L STREET NO 2<br>ANTIOCH CA 94509-3434 |
| CJUNG H CHO<br>239B E COLUMBIA AVE<br>PALISADES PARK NJ 07650-1994 | KYLE WHEELAN<br>7975 ORCHARD PATH RD<br>COLORADO SPRINGS CO 80919-2925 | CANADA<br>KAMRAN BEG<br>2200 RUSSET CRES<br>BURLINGTON ON L7L 6Z2<br>CANADA<br>2200 RUSSET CRES BURLINGTON ON CANADA |
| DAVID A KAZEMBA<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENTACHEE WA 98801-2263 | KELLY IMAGING<br>PO BOX 660831<br>DALLAS TX 75266-0831 | INTERNATIONAL<br>KEN LI KOH<br>UNIT 2 137 HULL ROAD<br>CROYDON VIC 3136<br>AUSTRALIA |
| KENNETH D MCCOY<br>1401 WOODSTOCK WAY<br>103H<br>BELLINGHAM WA 98226-3577 | KENNETH JOHNSON<br>2452 COLUMBIA AVE NW 24<br>EAST WENATCHEE WA 98802-4198 | KEVIN REINSCH<br>3100 PEARL PARKWAY A317<br>BOULDER CO 80301-2453 |
| KEYHOLE SECURITY INC<br>708 S WENATCHEE AVE<br>WENATCHEE WA 98801-3072 | INTERNATIONAL<br>KHURSHID ALAM<br>UNIT265 CHURCH STREETWEST TAMWORTH<br>2340NSW<br>AUSTRALIA<br>UNIT-265 CHURCH STREETWEST TAMWORTH23 | JOHN KNOX<br>WILLIAMS KASTNER<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>KOJI MICHIWAKI<br>ZIP CODE4280313<br>SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO<br>KAMINAGAO 380-3 JAPAN | KOOMBEA INC<br>MARK D TAYLOR<br>VLP LAW GROUP LLP<br>1629 K STREET NW SUITE 300<br>WASHINGTON DC 20006-1631 | KRISHNA KARTHIK REDDY ADAPALA<br>5106 KINO CT<br>DUBLIN CA 94568-8719 |
| KYLE SPESARD<br>625 N HAWK ST<br>PALATINE IL 60067-3535 | LARRY D GERBRANDT<br>141 SEELY AVE<br>AROMAS CA 95004-9501 | LARRY EUGENE BAGGS<br>1502 SHARON DRIVE<br>DUNCANVILLE TX 75137-4014 |
| INTERNATIONAL<br>LASSE KAIHLAVIRTA<br>PIIRINIITYNKATU 4 H 3<br>TAMPERE 33340<br>FINLAND | INTERNATIONAL<br>LAURENT HAMERS<br>AVENUE VAN BEETHOVEN 24<br>1331 ROSIERES<br>BELGIUM | DAVID R LAW<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON STREET<br>WENATCHEE WA 98801-2600 |
| ANGIE LEE<br>OFFICE OF THE ATTORNEY GENERAL<br>800 FIFTH AVE<br>SUITE 2000<br>SEATTLE WA 98104-3188 | LEE E WOODARD<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 | INTERNATIONAL<br>LEON DE FLEURIOT DE LA COLINIERE<br>16 RANKDORING AVENUE<br>JOHANNESBURG<br>SOUTH AFRICA |
| LEONID MARKIN<br>714 NORTH REXFORD DR<br>BEVERLY HILLS CA 90210-3314 | LESLIE HIBBARD<br>PO BOX 2067<br>CHELAN WA 98816-2067 | INTERNATIONAL<br>LEVI<br>STREET VINKENHOF 7<br>POSTAL CODE- 4332 DM<br>COUNTRY- THE NETHERLANDS<br>LEVI ILLIS |
| LEXON INSURANCE COMPANY<br>HARRIS BEACH PLLC<br>ATTN- LEE E WOODARD<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 | LI LIANG<br>1272 GLEN HAVEN DR<br>SAN JOSE CA 95129-4103 | LIGHTHOUSE FORMERLY DISCOVIA<br>250 MONTGOMERY ST SUITE 300<br>SAN FRANCISCO CA 94104-3428 |
| LIKUO LIN<br>1192 QUEEN ANN DR<br>SUNNYVALE CA 94087-2239 | LODOG CORP MARK WEITZEL PRESIDENT<br>15460 W 199TH ST<br>SPRING HILL KS 66083-8528 | LUCAS VELASQUEZ<br>497 LAKE CAMERON DR<br>PIKE ROAD AL 36064-3959 |
| LUIS ALBERTO FLORES EZPARZA<br>PO BOX 4161<br>WENATCHEE WA 98807-4161 | LUIS ROMAN<br>4633 WHITE BAY CIR<br>WESLEY CHAPEL FL 33545-5058 | INTERNATIONAL<br>LUKE MCINTYRE<br>4 ROSE ROAD<br>GREY LYNN AUCKLAND 1021<br>NEW ZEALAND |
| MLDC1 LLC<br>7906 RANDOLPH RD<br>MOSES LAKE WA 98837-5122 | MLDC1 LLC<br>OVERCAST LAW OFFICES PS<br>CO DAVID A KAZEMBA<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 | MARC JOYCE<br>104 LOS GATOS BLVD<br>LOS GATOS CA 95030-6122 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>MARK ELLIS<br>FLAT 19 RAINIER APARTMENTS<br>43 CHERRY ORCHARD ROAD<br>CROYDON CR06FA<br>UNITED KINGDOM | MARK R SHAPLAND<br>18119 BENT RIDGE DRIVE<br>WILDWOOD MO 63038-1439 | MARK VANGE<br>10315 E SHANGRI LA RD<br>SCOTTSDALE AZ 85260-6375 |
| MATTEO ROMANI<br>VIA FLAMINIA 66<br>FOSSOMBRONE WA 61034 | MATTHEW HINE<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 | MATTHEW R LUTZ<br>916 CONFIDENCE DRIVE<br>LONGMONT CO 80504-8526 |
| INTERNATIONAL<br>MAZAEVA MARIA<br>SHOKALSKOGO PROEZD<br>H4 APP44<br>127642<br>RUSSIA MOSCOW | BENJAMIN J MCDONNELL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVENUE SUITE 700<br>SPOKANE WA 99201-0581 | KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVENUE<br>SUITE 1200<br>SPOKANE WA 99201-3905 |
| MCVICKER MOSS BALESTRA ET AL IN CLASS ACT<br>LEVI KORSINSKY LLP<br>1101 30TH STREET NORTHWEST SUITE 115<br>WASHINGTON DC 20007-3740 | MELISSA SPILLMAN<br>612 BOIS D ARC LN<br>FRANKLIN TN 37069-4762 | MELVIN WHITE<br>6091 GOLDDUST RD<br>BROOKSVILLE FL 34609-8705 |
| MICHAEL BENDETT<br>7606 LEXINGTON LANE<br>PARKLAND FL 33067-1622 | MICHAEL BHAGAT<br>1169 S CALLE DEL NORTE DR<br>PUEBLO WEST CO 81007-1907 | MICHAEL CHU<br>1113 8TH AVE W<br>SEATTLE WA 98119-3439 |
| MICHAEL DETRINIDAD<br>726 BALSAM DR<br>NEWMAN CA 95360-9522 | MICHAEL ILYANKOFF<br>7425 156TH ST SE<br>SNOHOMISH WA 98296-8771 | MICHAEL LAFONTAINE JR<br>321 NAPA VALLEY DR<br>MILFORD MI 48381-1053 |
| MICHAEL PAPENFUSE<br>1291 QUEENSWAY<br>UNITED STATES<br>LAKE ISABELLA MI 48893-9356 | MICHAEL RUSSO<br>10310 WREN ROAD<br>WEEKI WACHEE FL 34613-3887 | MICHAEL WAGNER<br>1253 ROCK HILLS ST UNIT 102<br>LAS VEGAS NV 89135-3576 |
| RANDY MICHELSON<br>MICHELSON LAW GROUP<br>220 MONTGOMERY STREET<br>SUITE 2100<br>SAN FRANCISCO CA 94104-3502 | MIKHAIL FILIPPOV<br>2713 PROSPECT STREET<br>FRAMINGHAM MA 01701 | INTERNATIONAL<br>MIKHAIL MESHKOV<br>METALLURGOV UL 1152<br>MOSCOW RUSSIA 111401 |
| CANADA<br>MOHAMMAD MEHDI TOOZHY<br>11 JUSTUS DR<br>RICHMOND HILL ONTARIO L4C9Z4<br>CANADA<br>11 JUSTUS DR RICHMOND HILL ONTRAIO L4C9 | MOLLY HUNTER<br>4347 ANNA LANE<br>WENATCHEE WA 98801-9034 | INTERNATIONAL<br>MR ALEXANDER GARNOCK<br>13 BUTTFIELD ST COOMBS ACT<br>2611 AUSTRALIA<br>13 BUTTFIELD ST COOMBS ACT CANBERRA AUST |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNATIONAL                         MR MATTHEW EUGENE RISEN               NC MACHINERY
MR TOUBOUL                            1935 LEGACY PLACE SE                  PO BOX 58201
59 RUE DE DE MARIGNAN                 EAST WENATCHEE WA 98802-9162          TUKWILA WA 98138-1201
ST MAUR DES FOSSES
FRANCE


NC MACHINERY CO                       NC MACHINERY CO                       NW HANDLING SYSTEMS
17035 WEST VALLEY HIGHWAY              DANIAL D PHARRIS                      PO BOX 749861
TUKWILA WA 98188-5519                 601 UNION STREET STE 2600 WA 98101    LOS ANGELES CA 90074-9861


                                      INTERNATIONAL
NATHAN WELLING                        NEIL HUTCHINGS                        NELSON L KIM
340 S LEMON AVE UNIT 5807             5 BEDWAS CLOSE                        8305 WEEPING SPRINGS AVE
WALNUT CA 91789-2706                  ST MELLONS                            LAS VEGAS NV 89131-1450
                                      CARDIFF CF3 0HP UNITED KINGDOM


NELSON PRADA                          NEPPEL ELECTRIC                       NEPPEL ELECTRICAL   CONTROLS LLC
323 SONOMA DR                         4703 KELLY PLACE                      MOSES LAKE WA 98837
POOLER GA 31322-9792                  MOSES LAKE WA 98837-4306


                                      INTERNATIONAL
NEPPEL ELECTRICAL   CONTROLS LLC       NITIN LIMAYE                          NIVA JOHNSON
CO RIES LAW FIRM PS                   401 MANORATH APARTMENTS               119 RIDGMAR TRAIL
PO BOX 2119                           9-B PRATAPGUNJ SOCIETY VADODARA 390002 HENDERSONVILLE TN 37075-9629
MOSES LAKE WA 98837-0519              INDIA


OMAR D AHMADI                         OUR BOTANICALS WORLDWIDE LLC          PAUL ORLOFF
13 CHERRY LANE                        8 THE GREEN                           7909 VAN NUYS BLVD
PARSIPPANY NJ 07054-2216              SUITE 7123                            VAN NUYS CA 91402-6073
                                      DOVER DE 19901-3618


INTERNATIONAL                         INTERNATIONAL                         INTERNATIONAL
PHAM SONG TOAN                        7018 3090 0001 0838 8392              PABLO V HERNANDEZ G
TONEYAMA 256                                                                CALLE ESTE RES MI REFUGIO P9 APT 9A
TOYONAKA                              PABLO HERNANDEZ GUEVARA               URB MAZANARES CARACAS VENEZUELA 1070
OSAKA JAPAN                           CALLE ESTE RES MI REFUGIO P 9 APTO 9A
                                      URB MANZANARES CARACAS VENEZUELA
                                      ZIP CODE 1070


PACIFIC NORTHWEST INFRASTRUCTURE IN   PACIFIC NORTHWEST INFRASTRUCTURE INC  PACIFIC SECURITY
PO BOX 3363                           PO BOX 3363                           2009 IRON ST
WENATCHEE WA 98807-3363               WENATCHEE WA 98807-3363               BELLINGHAM WA 98225-4211


PAMELA M EGAN                         PATH OF FOUR WINDS LLC                PATRICK BLOUNT
PAUL H BEATTIE                        3638 LAKE BREEZE LANE                 848 N RAINBOW BLVD
CKR LAW LLP                           CROSBY TX 77532-7202                  SUITE 1800
506 2ND AVENUE 14TH FLOOR                                                   LAS VEGAS NV 89107-1103
SEATTLE WA 98104-2343
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAUL A BARRERA<br>17713 15TH AVE NE STE 101<br>SHORELINE WA 98155-3839 | PAUL A BARRERA<br>NORTH CITY LAW PC<br>17713 15TH AVE NE<br>SUITE 101<br>SHORELINE WA 98155-3839 | PAUL W REINSCH JR<br>7 SALVATIERRA TRACE<br>HOT SPRINGS VILLAGE AR 71909-7707 |
| INTERNATIONAL<br>PER MARTIN SUNDBERG<br>CALCADA DE SANTO ANDRE 33 BLOCO2 LETRA F<br>1100-495<br>LISBON PORTUGAL | JAMES D PERKINS<br>U S DEPT OF JUSTICEU S TRUSTEE OFFICE<br>920 W RIVERSIDE 593<br>SPOKANE WA 99201-1012 | PETER MOONEY<br>506 FELICIA ST<br>DURHAM NC 27704-6213 |
| DANIAL D PHARRIS<br>LASHER HOLZAPFEL SPERRY EBBERSON PLLC<br>601 UNION STREET<br>SUITE 2600<br>SEATTLE WA 98101-4000 | PHIL A DINWIDDIE<br>28122 VINE CLIFF<br>BOERNE TX 78015-4881 | PHILIP N MCCOLLUM<br>14391 WARREN ST<br>WESTMINSTER CA 92683-5187 |
| INTERNATIONAL<br>PIERVANNI UGOLINI MUGELLI<br>VIA DI NIZZANO 2<br>IMPRUNETA 50023<br>FLORENCE ITALY | JASON T PISKEL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVE<br>STE 700<br>SPOKANE WA 99201-0581 | PORT OF CHELAN<br>238 OLDS STATION RD A<br>WENATCHEE WA 98801-8131 |
| PORT OF DOUGLAS<br>643 BILLINGSLY DR SE<br>EAST WENATCHEE WA 98802 | PORT OF DOUGLAS COUNTY<br>PORT OF DOUGLAS COUNTY<br>1 CAMPBELL PARKWAY<br>SUITE D<br>EAST WENATCHEE WA 98802-9290 | PORT OF DOUGLAS COUNTY<br>DAVIS ARNEIL LAW FIRM CO DAVID R LAW<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| PRIJA PHAPHOUAMPHENG<br>5115 16TH STREET A<br>SANTA ANA<br>UNITED STATES<br>SANTA ANA CA 92703-1190 | QUARK LLC<br>4283 EXPRESS LANE SUITE 3842078<br>SARASOTA FL 34249-2602 | INTERNATIONAL<br>RAVJI PATEL<br>16 HOME MEAD<br>UNITED KINGDOM<br>HA7 1AF |
| RICHARD BLOMQUIST<br>1425 BROADWAY 23240<br>SEATTLE WA 98122-3854 | INTERNATIONAL<br>RADOMIR KALININ<br>STANYUKOVICHA 54G55<br>VLADIVOSTOK CITY ZIP CODE 690003<br>RUSSIA<br>STANYUKOVICHA 54G-55 VLADIVOSTOK CITY | RARITAN<br>400 COTTONTAIL LANE<br>SOMERSET NJ 08873-1238 |
| RARITAN INC<br>CO DRINKER BIDDLE REATH LLP<br>ATTN- FRANK VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-1096 | REFAEL SOFAIR INDIVIDUALLY AND ON<br>BEHALF OF ALL OTHERS SIMILARLY<br>SITUATED<br>CO JOHN A KNOX WILLIAMS KASTNER GIB<br>601 UNION STREET SUITE 4100<br>SEATTLE WA 98101-1368 | RICHARD SHEW<br>157 SLATEWOOD CT<br>BETHEL PARK PA 15102-2242 |
| INTERNATIONAL<br>RICHARD WULLIENS<br>RUE DE LEGLISE 13A<br>1958 ST LONARD<br>CH - SWITZERLAND | RIES LAW FIRM P S<br>P O BOX 2119<br>MOSES LAKE WA 98837-0519 | INTERNATIONAL<br>RIETVELD GLOBAL BUSINESS GROUP BV<br>POSTBUS 9607 BOX G58<br>1006 GC AMSTERDAM<br>THE NETHERLANDS |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROBERT B DECKER
918 CONFIDENCE DR
LONGMONT
UNITED STATES
LONGMONT CO 80504-8540

INTERNATIONAL
ROBERT ILIEVSKI
NYPONGATAN 18
212 31 MALMO
SKANE
SWEDEN

ROBERT J HOYER
5940 DALTRY LN
UNITED STATES
COLORADO SPRINGS CO 80906-7802

ROBERT RUSSELL
971 PROVIDENCE PIKE
UNITED STATES
DANIELSON CT 06239-4003

ROGER L SUTTON
716 CONTESSA
IRVINE CA 92620-1724

INTERNATIONAL
ROLF JAKOBSEN
WESSELS GATE 25C
H0202
NORWAY

VANESSA PIERCE ROLLINS
BOWMAN PIERCE LLC
123 SPRINGHILL DRIVE
EAST WENATCHEE WA 98802-8560

RONALD RICHARD JOHNS JR
354 CLEAR SPRINGS HOLLOW
BUDA TX 78610-2740

ROOSEVELT SCOTT
802 HAWK VIEW COURT
FAIRVIEW HEIGHTS IL 62208-2967

ROSS SHRESTHA
1259 N LAKEVIEW DR
PALATINE IL 60067-2092

INTERNATIONAL
ROSS TAVAKOLI
8 OAKFIELD CLOSE ALDERLEY EDGE CHESHIR
ENGLAND
UNITED KINGDOM

RUBEN DEL MURO
19231 NISHIDERA KIKUCHI KUMAMOTO
861-1323
JAPAN

SCOTT ALAN WILSON
9303 WAVING FIELDS DR
HOUSTON TX 77064-4557

JOSEPH AG SAKAY
RYAN SWANSON CLEVELAND PLLC
1201 THIRD AVENUE
SUITE 3400
SEATTLE WA 98101-3034

SCHMITT ELECTRIC
1114 WALLA WALLA AVE
WENATCHEE WA 98801-1525

SCOTT GLASSCOCK
229 CRAFT ROAD
BRANDON FL 33511-7588

SCOTT PAUL
1100 SW 7TH ST
RENTON
RENTON WA 98057-2939

SCOTT R WEAVER
CARNEY BADLEY SPELLMAN PS
701 5TH AVE STE 3600
SEATTLE WA 98104-7010

SCOTT R WEAVER
CARNEY BADLEY SPELLMAN PS
701 FIFTH AVENUE SUITE 3600
SEATTLE WA 98104-7010

INTERNATIONAL
SERGIY DZVONYK
28 YAROSLAVOV VAL STR AP29
KIEV - 01034
UKRAINE

INTERNATIONAL
SERHII KOMAR
ALEXANDRA NEVSKOGO 35
AP 55
ODESSA UKRAINE 65088

INTERNATIONAL
SHAUN LEECH
49A WINFILED ROAD
BALWYN NORTH
VICTORIA AUSTRALIA 3144

CANADA
SHAWN JACKSON DYCK
40100 WILLOW CRESCENT
APT 308
SQUAMISH BC V8B0L8 CANADA

SHOW ME CABLES
115 CHESTERFIELD INDUSTRIAL BLVD
CHESTERFIELD MO 63005-1219

SINH DU
818 SW 3RD AVE 2212313
PORTLAND OR 97204-2405

INTERNATIONAL
SMEETS GERT
SAPSTRAAT 40
GROTE SPOUWEN
BELGIUM
BELGIUM

SPENCER ROSS
215 11TH AVE NE
APT 3
ST PETERSBURG FL 33701-1961

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | INTERNATIONAL<br>STEFANO MUSUMECI<br>UUSLINNA TN 9452<br>11415 TALLINN<br>ESTONIA | INTERNATIONAL<br>STEVE DELASSUS<br>215 AVENUE MARCEL ANTHONIOZ<br>01220 DIVONNE LES BAINS<br>FRANCE |
| CANADA<br>STEVEN WILLIAM SWEENEY<br>7 LENT CRESCENT<br>BRAMPTON ONTARIO L6Y 5E5<br>CANADA | SUSAN RAMAKER<br>PO BOX 3272<br>WENATCHEE WA 98807-3272 | TNT BUSINESS COMPLEXES LLC<br>380 LESLIE WAY<br>EAST WENATCHEE WA 98802-5624 |
| TUOMAS J KARJALAINEN<br>7601 E TREASURE DR APT 1023<br>APT 1023<br>NORTH BAY VILLAGE FL 33141-4362 | INTERNATIONAL<br>TAKESHI KAWAI<br>392403 SHIMORENJAKU<br>MITAKA CITY TOKYO<br>181-0013 JAPAN | TALENTS 633 MINISTRIES NFP<br>24206 WALNUT CIRCLE<br>PLAINFIELD IL 60585-2261 |
| TALOS CONSTRUCTION LLC<br>TODD REUTER FOSTER PEPPER PLLC<br>618 W RIVERSIDE AVE SUITE 300<br>SPOKANE WA 99201-5102 | TALOS CONSTRUCTION LLC<br>PO BOX 2607<br>CHELAN WA 98816-2607 | INTERNATIONAL<br>TAVERNE KEVIN<br>13 RUE KIPLING<br>91540 MENNECY  FRANCE |
| INTERNATIONAL<br>THEATHERSTRASSE 27C<br>THEATERSTRASSE 27C<br>8400 WINTERTHUR<br>SWITZERLAND | INTERNATIONAL<br>THEOCHARIS ASLANIDIS<br>DORIDOS 44<br>12242 EGALEO<br>GREECE | INTERNATIONAL<br>THOMAS MEHLITZ<br>SOLRIDE GMBH<br>YBURGSTR 18<br>GERMANY<br>GERMANY |
| TOTAL EMPLOYMENT MANAGEMENT<br>723 W BROADWAY<br>MOSES LAKE WA 98837-1920 | TOWN TOYOTA CENTER<br>1300 WALLA WALLA<br>WENATCHEE WA 98801-1529 | TRAVELERS PROPERTY CASUALTY CO OF<br>AMERICA<br>JONATHAN B ALTER ESQ<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 |
| TRAVIS HIBBARD<br>PO BOX 2607<br>CHELAN WA 98816-2607 | TREEHOUSE TECHNOLOGY GROUP LLC<br>300 BEDFORD STREET UNIT 214<br>MANCHESTER NH 03101-1102 | TYLER DOMER<br>91 NE 17 ST<br>EAST WENATCHEE WA 98802-4147 |
| UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 | US CUSTOMS<br>PO BOX 979126<br>ST LOUIS MO 63197-9001 | US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS IN 46278-2010 |
| US TRUSTEE<br>US COURT HOUSE<br>920 W RIVERSIDE AVE SUITE 593<br>SPOKANE WA 99201-1012 | VANESSA PIERCE ROLLINS<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | VIKEN CHOUCHANIAN<br>8741 DARBY AVE 3<br>NORTHRIDGE CA 91325-3089 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNATIONAL                      WA DEPARTMENT OF REVENUE           MARK WALDRON
VYACHESLAV LEVIN                   ATTN SAM SEAL                      MARK D WALDRON
4A STOKE ROW                       2101 4TH AVE STE 1400              6711 REGENTS BLVD W SUITE B
COVENTRYWESTMIDLANDS               SEATTLE WA 98121-2300              TACOMA WA 98466-5421
CV2 4JQ
UK


WASHINGTON DEPARTMENT OF REVENUE   WASHINGTON EMPLOYMENT SECURITY DEPT   WASHINGTON STATE LABOR   INDUSTRIES
2101 FOURTH AVENUE 1400            PO BOX 9046                           PO BOX 44170
SEATTLE WA 98121-2300              OLYMPIA WA 98507-9046                 OLYMPIA WA 98504-4170




                                                                      INTERNATIONAL
WASHINGTON STATE TAXING AGENCIES   SCOTT WEAVER                       WILHELMUS APPEL
OFFICE OF THE ATTORNEY GENERAL     CARNEY BADLEY SPELLMAN PLLC        LUPINELAAN 15
BANKRUPTCY   COLLECTIONS UNIT      701 FIFTH AVENUE                   5582 CG WAALRE
800 FIFTH AVENUE SUITE 2000        SUITE 3600                         THE NETHERLANDS
SEATTLE WA 98104-3188              SEATTLE WA 98104-7010




WILLIAM M PATTON                   WILLIAM STEPHEN DAVIS              WILLIAM TRAN
6821 SKY CIRCLE                    7281 ROOSES DRIVE                  403 W RAMONA RD
UNITED STATES                      INDIANAPOLIS IN 46217-7411         ALHAMBRA CA 91803-3548
ANCHORAGE AK 99502-3979




                                                                      INTERNATIONAL
WILSON SONSINI GOODRICH   ROSATI   WINLAND CREDIT PARTNERS LLC        WONG CHUN MING
650 PAGE MILL RD                   PO BOX 206                         SHAM SHUI POFUK WING ST 133
PALO ALTO CA 94304-1050            N STONINGTON CT 06359-0206         FLAT A 10F 5BLOCK GOLDEN BLDG
                                                                      HONG KONG
                                                                      SHAM SHUI POFUK WING ST 133 FLAT A 10F


                                   INTERNATIONAL                      INTERNATIONAL
XIAOMING LU                        YUET CHOI CHENG                    YURII KUZMIN
3269 RANGE CT                      22F NAM HOI MANSION TAIKOO SHING   10B UROZHAYNAYA STR
MASON OH 45040-8741                HONG KONG                          ODESSA
                                                                      65016
                                                                      UKRAINE


INTERNATIONAL                      INTERNATIONAL                      INTERNATIONAL
CALEB MAISTRY                      ELIESHAY TOUBOUL                   FABIO TODESCHINI
VAN HOOF STREET 2 WILLOW VIEW ESTATE R   AMOS 221                     16 VIA GRAN SAN BERNARDO
GAUTENGJOHANNESBURG                TEKOA                              MILAN
SOUTH AFRICA                       ISRAEL                             ITALY
                                   ISRAEL


INTERNATIONAL                      INTERNATIONAL                      INTERNATIONAL
HARI KRISHNA PRASAD MENTA VENKATA  LIOR SHARABI                       LJUPCO NIKOLOVSKI
116 CANADIAN LAKES BLVD            ESHKOLIT 2822   PARDES HANA   ISRAEL   MERCURIUS 15
CANADIAN BALLARAT                  ESHKOLIT 2822 - PARDES HANA - ISRAEL   1188 GA
AUSTRALIA                                                             AMSTELVEEN
116 CANADIAN LAKES BLVD CANADIAN 3350                                 HOLLAND


INTERNATIONAL                      NICK NGUYEN                        PAMELYN CHEE
MATHIAS BRACHET                    3411 GREENTREE DR                  PO BOX 18771
DARWINGASSE 37                     FALLS CHURCH VA 22041-1405         UNITED STATES
TOP 1                                                                 LOS ANGELES CA 90018-0771
1020 VIENNA
AUSTRIA
```