UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>    Debtor. | Case No. 18-03197-FPC11<br><br>ORDER SHORTENING TIME |

    This matter having come before the above-entitled Court upon the stipulated motion of Mark Waldron, duly appointed Chapter 11 Trustee in the above-captioned proceeding, and the Port of Douglas County (the "Port") to shorten time for noticing and objections to the Amended Stipulated Motion to Modify the Automatic Stay and Notice Thereof, dated October 30, 2019 [ECF 397] (the "Motion") to allow the Port to expend the remaining surety deposit proceeds to finish the cleanup of its property from 17 days (14 days plus 3 days for mailing) to 8 days (5 days plus 3 days for mailing). It appearing to the Court that no objections to the motion were filed, and the court having

ORDER SHORTENING TIME - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7   Doc 410   Filed 11/13/19   Entered 11/13/19 11:30:02   Pg 1 of 2

read the declaration of Lisa Parks and reviewed the pleadings, and being duly and fully advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the time period for notice of the Motion shall be, and hereby is, shortened from 17 days (14 days plus 3) days for mailing to 8 days (5 days plus 3 days for mailing).

/ / / END OF ORDER / / /

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Port of Douglas County

BY: /s/ William L. Hames
    WILLIAM L. HAMES, WSBA #12193

Approved as to Form
Notice of Presentment Waived:

POTOMAC LAW GROUP PLLC
Attorneys for Ch. 11 Trustee

BY: /s/ Pamela M. Egan (with permission)
    PAMELA M. EGAN, WSBA # 54736

ORDER SHORTENING TIME - 2      HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 410    Filed 11/13/19    Entered 11/13/19 11:30:02    Pg 2 of 2