Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
*Former Attorneys for Official Unsecured Creditors' Committee*

HONORABLE FREDERICK CORBIT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | NOTICE OF FIRST AND FINAL APPLICATION OF DBS LAW FOR APPROVAL OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES |

**PLEASE TAKE NOTICE** that DBS Law, former counsel for the Official Unsecured Creditors' Committee, has filed an *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 USC 330, and for Approval of the Payment of Bank Fees* (the "Application").

NOTICE OF DBS LAW'S APPLICATION FOR COMPENSATION - PAGE 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 414    Filed 11/13/19    Entered 11/13/19 17:18:41    Pg 1 of 2

## INFORMATION REQUIRED BY LBR 2016-1(a)

| | |
|---|---|
| Applicant's Status | Former counsel to Unsecured Creditors' Committee |
| Employment Approval Date | January 23, 2019, *nunc pro tunc* to January 11, 2019 |
| Final or Interim Application | Final |
| Sequential Number of Application | First |
| Amount of Compensation Requested | $84,954.00 |
| Amount of Reimbursement Requested | $2,127.95 |
| Amount of Compensation or Reimbursement Previously Received | $0 |
| Basis for Compensation and Reimbursement | 11 USC § 330 |

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Application must serve a written response on the undersigned counsel at 155 NE 100th St, Suite 205, Seattle, WA 98125, and file the response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, WA 99201 within 21 days from the date of service of this Notice. The Court may enter an order and grant the Application without an actual hearing or further notice unless a written objection is timely served and filed.

DATED this 13th day of November, 2019.

DBS | Law

*/s/ Dominique Scalia*
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Former Attorneys for Official Unsecured Creditors Committee*

NOTICE OF DBS LAW'S APPLICATION FOR COMPENSATION - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737