Daniel J. Bugbee, WSBA #42412  
Dominique R. Scalia, WSBA #47313  
DBS Law  
155 NE 100th St., Suite 205  
Seattle, WA 98125  
Telephone: (206) 489-3802  
Facsimile: (206) 973-8737  
*Former Attorneys for Official Unsecured Creditors' Committee*

HONORABLE FREDERICK CORBIT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 18-03197-11 |
| GIGA WATT INC. | Chapter 11 |
| Debtor in Possession | NOTICE AND MOTION TO LIMIT NOTICE OF DBS LAW'S APPLICATION FOR COMPENSATION |

**PLEASE TAKE NOTICE** that DBS Law, former counsel for the Official Unsecured Creditors' Committee, is filing herein a *Motion to Limit Notice of DBS Law's Application for Compensation* (the "Motion"). Through the Motion, DBS Law seeks to limit the parties who will receive notice of its application for compensation—being filed simultaneously herewith—to the Chapter 11 Trustee, the U.S. Trustee's Office, the Official Unsecured Creditors' Committee, anyone
NOTICE AND MOTION TO LIMIT NOTICE OF DBS LAW APPLICATION FOR COMPENSATION - PAGE 1



A Professional Limited Liability Company  
155 NE 100th Street, Suite 205   Seattle, WA 98125  
p: 206.489.3802  |  f: 206.973.8737

requesting ECF notice herein, and the 20 largest creditors as designated on the Debtor's schedules.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must serve a written response on the undersigned counsel at 155 NE 100th St, Suite 205, Seattle, WA 98125, and file the response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, WA 99201within 21 days from the date of service of this Notice. The Court may enter an order and grant the Motion without an actual hearing or further notice unless a written objection is timely served and filed.

*MOTION TO LIMIT NOTICE OF DBS LAW'S APPLICATION FOR COMPENSATION*

DBS Law, former counsel for the Unsecured Creditors' Committee of Giga Watt, Inc. (the "Committee"), hereby requests the Court's authorization limit notice of its *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 USC 330, and for Approval of the Payment of Bank Fees*, filed simultaneously herewith. DBS Law seeks to limit notice to (a) the Chapter 11 Trustee, (b) the U.S. Trustee's Office, (c) the Committee (now represented by a new firm), (d) all parties requesting ECF notice, and (e) the 20 largest creditors as listed in the Debtor's schedules.

NOTICE AND MOTION TO LIMIT NOTICE OF
DBS LAW APPLICATION FOR
COMPENSATION - PAGE 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 415    Filed 11/13/19    Entered 11/13/19 17:21:30    Pg 2 of 3

Given that the Chapter 11 Trustee and the Committee are both engaged and represented by counsel herein, DBS submits that limiting notice will not prejudice any creditor. Further, the cost of serving over 350 creditors would be prohibitive, especially given that DBS is no longer employed by the Committee and will not be reimbursed for the expense incurred.

LBR 2002-1 permits less inclusive notice to be given "if not prohibited by the Code or Rules and specifically allowed by the Court …." LBR 2002-1(b)(1)(B). DBS Law is not aware any specific prohibitions against the Court entering an order permitting limitation of notice as requested herein, and submits that good cause exists for doing so.

DATED this 13th day of November, 2019.

DBS | Law

*/s/ Dominique Scalia*
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Former Attorneys for Official Unsecured Creditors Committee*

NOTICE AND MOTION TO LIMIT NOTICE OF DBS LAW APPLICATION FOR COMPENSATION - PAGE 3



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737