Daniel J. Bugbee, WSBA #42412  
Dominique R. Scalia, WSBA #47313  
DBS Law  
155 NE 100th St., Suite 205  
Seattle, WA 98125  
Telephone: (206) 489-3802  
Facsimile: (206) 973-8737  
*Former Attorneys for Official Unsecured Creditors' Committee*

HONORABLE FREDERICK CORBIT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

          Debtor in Possession

Case No. 18-03197-11

Chapter 11

DECLARATION OF MAILING/PROOF OF SERVICE

I, Heather Mullin, declare as follows:

1. I am an employee of DBS Law, am over the age of 18 and competent to testify as a witness.

2. On the 13th day of November, 2019, I caused to mailed by first class mail, postage pre-paid a copy of 1) Notice and Motion to Limit Notice of DBS Law's Application for Compensation; 2) Notice of First and Final Application of DBS Law for Approval of Compensation for Services and Reimbursement of

DECLARATION OF MAILING - PAGE 1



A Professional Limited Liability Company  
155 NE 100th Street, Suite 205   Seattle, WA 98125  
p: 206.489.3802  |  f: 206.973.8737

Expenses; 3) Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 USC 330, and for Approval of the Payment of Bank Fees for DBS Law; and 4) this Declaration of Mailing/Proof of Service; to the parties at the addresses listed on Exhibit A.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 13th day of November, 2019 at Seattle, Washington

By: _____Heather Mullin_____
Heather Mullin, Paralegal

DECLARATION OF MAILING - PAGE 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 416    Filed 11/13/19    Entered 11/13/19 17:24:55    Pg 2 of 3

## EXHIBIT A

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa FL 33619

Belyea Company
2200 Northwood Ave
Easton, PA 18045

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139

Cryptonomos PTE Ltd.
1 Magazine Rd., #04-11
Central Mall
SINGAPORE

FedEx
PO Box 94515
Palatine, IL 60094

Gigawatt PTE Ltd
Attn: Mikhaylyuta
1 Magazine Rd. #04-11
Central Mall
SINGAPORE

JDSA
PO Box 1688
Wenatchee, WA 98807

Lighthouse
250 Montgomery St., Suite 300
San Francisco, CA 94104

Neppel Electric
4703 Kelly Place
Moses Lake, WA 98837

NW Handling Systems
PO Box 749861
Los Angeles, CA 90074

Pacific Security
2009 Iron St.
Bellingham, WA 98225

Raritan
400 Cottontail Lane
Somerset, NJ 00873

Schmitt Electric
1114 Walla Walla Ave.
Wenatchee, WA 98801

Talos Construction LLC
PO Box 2607
Chelan, WA 98816

Treehouse Technology Group LLC
300 Bedford Street, Unit 214
Manchester, NJ 03101

US Customs
P.O. Box 979126
St. Louis, MO 63197

Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA 94304