**So Ordered.**

**Dated: November 14th, 2019**



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: | ) | Case No. 18-03197-FPC11 |
|---|---|---|
| GIGA WATT INC, | ) | ORDER GRANTING MOTION TO MODIFY THE AUTOMATIC STAY |
| Debtor. | ) | |

    This matter having come before the above-entitled court upon the stipulated motion of Mark Waldron ("Trustee"), duly appointed Chapter 11 Trustee in the above-captioned proceeding, and the Port of Douglas County (the "Port"), who have stipulated that the automatic stay may be lifted subject to the terms set forth in the Amended Stipulated Motion to Modify the Automatic Stay and Notice Thereof, dated October 30, 2019 [ECF 397] (the "Motion") as to the remainder of the surety deposit paid by Debtor to the Port of Douglas County so the Port may enter into a change order with the contractor currently on site to finish the cleanup of the remainder of the Port's property. The Port and the Trustee further stipulate that the Port will not dispose of any estate property that may have value without the consent of the Trustee. It appearing to the Court that no objections were filed to the Motion, and the Court having read the declaration of Lisa Parks, and reviewed the pleadings filed in this matter, and being duly and fully advised in the premises, NOW THEREFORE,

ORDER TO MODIFY THE AUTOMATIC STAY - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to allow the Port to spend the remaining surety proceeds to complete the cleanup of the Port's property shall be, and hereby is, granted.

IT IS FURTHER ORDERED that the stay provision of FRBP 4001 is waived and the provisions of the order are hereby effective upon entry of this order.

///  END OF ORDER ///

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Port of Douglas County

BY:   /s/ *William L. Hames*
    WILLIAM L. HAMES, WSBA #12193

Approved as to Form
Notice of Presentment Waived:

POTOMAC LAW GROUP PLLC
Attorneys for Ch. 11 Trustee

BY:   /s/ *Pamela M. Egan* (with permission)
    PAMELA M. EGAN, WSBA # 54736

ORDER TO MODIFY THE AUTOMATIC STAY - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 417    Filed 11/14/19    Entered 11/14/19 13:45:03    Pg 2 of 2