MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC.<br><br>Debtor. | **Case No. 18-03197-FPC11**<br><br>**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR OCTOBER 2019** |

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of October 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for October 2019 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for October 2019 (Exhibit 4), incorporated herein by reference.

Significant developments during reporting period:

1. Moses Lake Facility. The Estate continues to operate the Moses Lake facility. Mining revenues for October 2019 at Moses Lake were $237,396.86, with an additional $30,354.73 of revenue from subtenant Eco Diversified Holdings for its October 2019 rent ($9,000.00) and proportional obligation for the September 2019 utilities



($21,354.73). Rent and utility payments are current and the Estate continues the efforts to repay the past due amounts which existed when the Trustee took over operations.

2. TNT Facility. Following entry of a Order on October 1, 2019 (Docket No. 380), lender Randy Michelson funded the remaining $41,488.00 of the DIP loan related to the TNT facility. The Estate restarted operations in September 2019 and continues to operate at the TNT facility. Mining revenues at TNT for October 2019 were $78,446.95. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. Rent and utility payments are also current.

3. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any post-petition tax obligations.

4. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of October 2019 were **$304,572.05.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. Third Quarter 2019 U.S. Trustee fees in the amount of $12,882.92 were paid on October 1, 2019. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 14th day of November, 2019.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.




Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report



**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 10/01/19 - 10/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/19 | 252 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc., penalties & interest for April & May 2019 B&O tax returns | 6006-002 | | 1,475.97 | 69,795.26 |
| 10/01/19 | 253 | Insta Stor Inc. | Invoice #2913 (storage container rental through October 2019) | 6004-000 | | 134.88 | 69,660.38 |
| 10/01/19 | 254 | U.S. Trustee | Acct #802-18-03197, US Trustee fees for 3rd Quarter 2019 | 6001-000 | | 12,882.92 | 56,777.46 |
| 10/01/19 | 255 | Douglas County PUD | Account No. 735917, utilities for September 2019 | 6010-000 | | 8,439.00 | 48,338.46 |
| 10/02/19 | | Eco Diversified Holdings | October 2019 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 57,338.46 |
| 10/03/19 | | Moses Lake ($37,882.58) and TNT ($15,244.88) facilities | Mining operations | 4001-000 | 53,127.46 | | 110,465.92 |
| 10/04/19 | | Randy Michelson | Per Credit Agreement and Order entered 10-1-19 (Docket No. 380) | 4099-000 | 41,488.00 | | 151,953.92 |
| 10/07/19 | 256 | Lauren Miehe | Invoice dated 10/6/19 (Moses Lake facility through 10/3/19) | 6007-013 | | 1,800.00 | 150,153.92 |
| 10/07/19 | 257 | Lauren Miehe | Invoice dated 10/6/19 (TNT facility through 10/3/19) | 6007-013 | | 3,750.00 | 146,403.92 |
| 10/07/19 | 258 | Lauren Miehe | Reimburse costs (TNT facility), Invoice dated 10/6/19 | 6007-014 | | 701.88 | 145,702.04 |
| 10/07/19 | 259 | Allen Oh | Invoice #29 (TNT facility, through 9/27/19) | 6007-013 | | 1,200.00 | 144,502.04 |
| 10/07/19 | 260 | Allen Oh | Invoices #29 and #30 (Moses Lake facility, through 10/4/19) | 6007-013 | | 4,800.00 | 139,702.04 |
| 10/07/19 | 261 | Austin Harrison | Invoice dated 10/6/19 (Moses Lake facility, through 10/4/19) | 6007-013 | | 2,460.00 | 137,242.04 |
| 10/07/19 | 262 | Skyler Simpson | Invoice dated 10/6/19 (Moses Lake facility through 10/5/19) | 6007-013 | | 2,000.00 | 135,242.04 |
| | | | | **Subtotals :** | **$103,615.46** | **$39,644.65** | |

{} Asset reference(s)

18-03197-FPC7 Doc 419 Filed 11/14/19 Entered 11/14/19 14:35:27 Pg 4 of 16

# Ledger Report



**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 10/01/19 - 10/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/19 | 263 | Porfirio Jaimes | Invoice dated 10/6/19 (Moses Lake facility, through 10/4/19) | 6007-013 | | 1,544.75 | 133,697.29 |
| 10/07/19 | 264 | David Knowles | Invoice dated 10/6/19 (TNT facility, through 10/4/19) | 6007-013 | | 2,352.00 | 131,345.29 |
| 10/07/19 | 265 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc. B&O taxes due for September 2019 | 6006-002 | | 4,066.69 | 127,278.60 |
| 10/07/19 | 266 | Cascade Equipment Sales, LLC | Invoice #2176 (trailer rental for September & October 2019) | 6004-000 | | 2,000.00 | 125,278.60 |
| 10/07/19 | 267 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1829625-2674-1 | 6010-000 | | 124.28 | 125,154.32 |
| 10/07/19 | 268 | LocalTel | Account #61297, Statement dated 9/30/19 (TNT facility) | 6010-000 | | 251.27 | 124,903.05 |
| 10/07/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 10/3/19) | 6003-000 | | 37,882.58 | 87,020.47 |
| 10/08/19 | 269 | Douglas Pratt | Invoice #1003 (TNT facility through 9-13-19) | 6007-013 | | 1,375.00 | 85,645.47 |
| 10/08/19 | 270 | Douglas Pratt | Invoice #1003 (Giga Watt through 9-13-19) | 6007-013 | | 250.00 | 85,395.47 |
| 10/10/19 | | Moses Lake ($43,057.35) and TNT ($10,992.47) facilities | Mining operations | 4001-000 | 54,049.82 | | 139,445.29 |
| 10/11/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 10-10-19) | 6003-000 | | 36,710.27 | 102,735.02 |
| 10/17/19 | | Moses Lake ($53,145.03) and TNT ($16,267.47) facilities | Mining operations | 4001-000 | 69,412.50 | | 172,147.52 |
| 10/18/19 | | Eco Diversified Holdings | Utilities for September 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 21,354.73 | | 193,502.25 |
| 10/18/19 | 271 | Lauren Miehe | Invoice dated 10-20-19 (TNT facility through 10-19-19) | 6007-013 | | 6,000.00 | 187,502.25 |
| 10/18/19 | 272 | Allen Oh | Invoices #31 and #32 (Moses Lake facility | 6007-013 | | 6,000.00 | 181,502.25 |
| | | | **Subtotals :** | | **$144,817.05** | **$98,556.84** | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 10/01/19 - 10/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | through 10-19-19) | | | | |
| 10/18/19 | 273 | Austin Harrison | Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | 6007-013 | | 2,400.00 | 179,102.25 |
| 10/18/19 | 274 | Skyler Simpson | Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | 6007-013 | | 2,000.00 | 177,102.25 |
| 10/18/19 | 275 | Porfirio Jaimes | Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | 6007-013 | | 1,480.00 | 175,622.25 |
| 10/18/19 | 276 | David Knowles | Invoice dated 10-20-19 (TNT facility through 10-19-19) | 6007-013 | | 2,240.00 | 173,382.25 |
| 10/18/19 | 277 | Stretto | Invoice #3130 | 6007-000 | | 1,736.20 | 171,646.05 |
| 10/18/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 10-17-19) | 6003-000 | | 40,921.67 | 130,724.38 |
| 10/24/19 | | Moses Lake ($48,576.52) and TNT ($16,769.65) facilities | Mining operations | 4001-000 | 65,346.17 | | 196,070.55 |
| 10/25/19 | 278 | TNT Business Complexes, LLC | Lease payment for November 2019 (TNT facility) | 6003-000 | | 11,600.00 | 184,470.55 |
| 10/25/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 10-24-19) | 6003-000 | | 37,403.92 | 147,066.63 |
| 10/28/19 | | MLDC I, LLC | Balance due for utilities and rent | 6003-000 | | 66,588.77 | 80,477.86 |
| 10/31/19 | | Moses Lake ($54,735.38) and TNT ($19,172.48) facilities | Mining operations | 4001-000 | 73,907.86 | | 154,385.72 |

**Subtotals :** **$139,254.03** **$166,370.56**

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 10/01/19 - 10/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **2,857,813.48** | **2,703,427.76** | **$154,385.72** |

**TOTAL - ACCOUNT ********25**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 71,271.23 | | | |
| 2 | Deposits | 30,354.73 | 27 | Checks | 85,064.84 |
| 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 219,507.21 |
| | Subtotal | $101,625.96 | 0 | Transfers Out | 0.00 |
| | | | | Total | $304,572.05 |
| 6 | Adjustments In | 357,331.81 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $458,957.77 | | | |

{} Asset reference(s)

# GIGA WATT INC. (18-03197-FPC11)

## Operating Statement

Period: 10/01/19 - 10/31/19





**Income**

4001-000 Revenue from Operating Business

4001-000 Revenue from Operating Business

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---|
| 10/03/19 | Dep. Adj.: 61 | 3910019625 | Moses Lake ($37,882.58) and TNT ($15,244.88) facilities Mining operations | $53,127.46 |
| 10/10/19 | Dep. Adj.: 64 | 3910019625 | Moses Lake ($43,057.35) and TNT ($10,992.47) facilities Mining operations | $54,049.82 |
| 10/17/19 | Dep. Adj.: 66 | 3910019625 | Moses Lake ($53,145.03) and TNT ($16,267.47) facilities Mining operations | $69,412.50 |
| 10/24/19 | Dep. Adj.: 68 | 3910019625 | Moses Lake ($48,576.52) and TNT ($16,769.65) facilities Mining operations | $65,346.17 |
| 10/31/19 | Dep. Adj.: 71 | 3910019625 | Moses Lake ($54,735.38) and TNT ($19,172.48) facilities Mining operations | $73,907.86 |
| | | | | $315,843.81 |

4002-00 Rents

4002-00 Rents

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---|
| 10/02/19 | Deposit: 100014-1 | 3910019625 | Eco Diversified Holdings<br>October 2019 rent for Pod 8 of Parcel E pods, Moses Lake | $9,000.00 |
| | | | | $9,000.00 |

4099-000 Other Receipts

4099-000 Other Receipts

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---|
| 10/04/19 | Dep. Adj.: 62 | 3910019625 | Randy Michelson<br>Per Credit Agreement and Order entered 10-1-19 (Docket No. 380) | $41,488.00 |
| 10/18/19 | Deposit: 100015-1 | 3910019625 | Eco Diversified Holdings<br>Utilities for September 2019, Pod 8 of Parcel E pods, Moses Lake facility | $21,354.73 |
| | | | | $62,842.73 |

**Total Income** **$387,686.54**

**Expenses**

6001-000 US Trustee Fees

6001-000 US Trustee Fees

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---|
| 10/01/19 | Check: 254 | 3910019625 | U.S. Trustee<br>Acct #802-18-03197, US Trustee fees for 3rd Quarter 2019 | $12,882.92 |
| | | | | $12,882.92 |

6003-000 Admin. Rent

6003-000 Admin. Rent

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---|
| 10/07/19 | Disb. Adj.: 63 | 3910019625 | MLDC I, LLC<br>100% of Moses Lake revenue (through 10/3/19) | $37,882.58 |
| 10/11/19 | Disb. Adj.: 65 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 10-10-19) | $36,710.27 |
| 10/18/19 | Disb. Adj.: 67 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 10-17-19) | $40,921.67 |
| 10/25/19 | Disb. Adj.: 69 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 10-24-19) | $37,403.92 |
| 10/25/19 | Check: 278 | 3910019625 | TNT Business Complexes, LLC<br>Lease payment for November 2019 (TNT facility) | $11,600.00 |
| 10/28/19 | Disb. Adj.: 70 | 3910019625 | MLDC I, LLC | $66,588.77 |

| Date | Check | Account | Description | Amount | Total |
|---|---|---|---|---|---|
| | | | Balance due for utilities and rent | | |
| | | | | | $231,107.21 |
| **6004-000 Costs to Secure/Maintain Property** | | | | | |
| 6004-000 Costs to Secure/Maintain Property | | | | | |
| 10/01/19 | Check: 253 | 3910019625 | Insta Stor Inc. Invoice #2913 (storage container rental through October 2019) | | $134.88 |
| 10/07/19 | Check: 266 | 3910019625 | Cascade Equipment Sales, LLC Invoice #2176 (trailer rental for September & October 2019) | | $2,000.00 |
| | | | | | $2,134.88 |
| **6006-002 Taxes - State** | | | | | |
| 6006-002 Taxes - State | | | | | |
| 10/01/19 | Check: 252 | 3910019625 | Washington State Department of Revenue 604-067-749, Giga Watt, Inc., penalties & interest for April & May 2019 B&O tax returns | | $1,475.97 |
| 10/07/19 | Check: 265 | 3910019625 | Washington State Department of Revenue 604-067-749, Giga Watt, Inc. B&O taxes due for September 2019 | | $4,066.69 |
| | | | | | $5,542.66 |
| **6007-000 Professional Fees & Expenses** | | | | | |
| 6007-000 Professional Fees & Expenses | | | | | |
| 10/18/19 | Check: 277 | 3910019625 | Stretto Invoice #3130 | $1,736.20 | |
| | | | | $1,736.20 | |
| 6007-013 Consultant for Trustee Fees | | | | | |
| 10/07/19 | Check: 256 | 3910019625 | Lauren Miehe Invoice dated 10/6/19 (Moses Lake facility through 10/3/19) | $1,800.00 | |
| 10/07/19 | Check: 257 | 3910019625 | Lauren Miehe Invoice dated 10/6/19 (TNT facility through 10/3/19) | $3,750.00 | |
| 10/07/19 | Check: 259 | 3910019625 | Allen Oh Invoice #29 (TNT facility, through 9/27/19) | $1,200.00 | |
| 10/07/19 | Check: 260 | 3910019625 | Allen Oh Invoices #29 and #30 (Moses Lake facility, through 10/4/19) | $4,800.00 | |
| 10/07/19 | Check: 261 | 3910019625 | Austin Harrison Invoice dated 10/6/19 (Moses Lake facility, through 10/4/19) | $2,460.00 | |
| 10/07/19 | Check: 262 | 3910019625 | Skyler Simpson Invoice dated 10/6/19 (Moses Lake facility through 10/5/19) | $2,000.00 | |
| 10/07/19 | Check: 263 | 3910019625 | Porfirio Jaimes Invoice dated 10/6/19 (Moses Lake facility, through 10/4/19) | $1,544.75 | |
| 10/07/19 | Check: 264 | 3910019625 | David Knowles Invoice dated 10/6/19 (TNT facility, through 10/4/19) | $2,352.00 | |
| 10/08/19 | Check: 269 | 3910019625 | Douglas Pratt Invoice #1003 (TNT facility through 9-13-19) | $1,375.00 | |

| Date | Check | Account | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 10/08/19 | Check: 270 | 3910019625 | Douglas Pratt<br>Invoice #1003 (Giga Watt through 9-13-19) | $250.00 | |
| 10/18/19 | Check: 271 | 3910019625 | Lauren Miehe<br>Invoice dated 10-20-19 (TNT facility through 10-19-19) | $6,000.00 | |
| 10/18/19 | Check: 272 | 3910019625 | Allen Oh<br>Invoices #31 and #32 (Moses Lake facility through 10-19-19) | $6,000.00 | |
| 10/18/19 | Check: 273 | 3910019625 | Austin Harrison<br>Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | $2,400.00 | |
| 10/18/19 | Check: 274 | 3910019625 | Skyler Simpson<br>Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | $2,000.00 | |
| 10/18/19 | Check: 275 | 3910019625 | Porfirio Jaimes<br>Invoice dated 10-20-19 (Moses Lake facility through 10-19-19) | $1,480.00 | |
| 10/18/19 | Check: 276 | 3910019625 | David Knowles<br>Invoice dated 10-20-19 (TNT facility through 10-19-19) | $2,240.00 | |
| | | | | $41,651.75 | |
| 6007-014 Consultant for Trustee Expenses | | | | | |
| 10/07/19 | Check: 258 | 3910019625 | Lauren Miehe<br>Reimburse costs (TNT facility), Invoice dated 10/6/19 | $701.88 | |
| | | | | $701.88 | |
| | | | | | $44,089.83 |
| 6010-000 Other Expenses | | | | | |
| 6010-000 Other Expenses | | | | | |
| 10/01/19 | Check: 255 | 3910019625 | Douglas County PUD<br>Account No. 735917, utilities for September 2019 | | $8,439.00 |
| 10/07/19 | Check: 267 | 3910019625 | Waste Management of Wenatchee<br>Customer ID #19-19019-33003, Invoice #1829625-2674-1 | | $124.28 |
| 10/07/19 | Check: 268 | 3910019625 | LocalTel<br>Account #61297, Statement dated 9/30/19 (TNT facility) | | $251.27 |
| | | | | | $8,814.55 |
| **Total Expenses** | | | | | **$304,572.05** |
| **Net Income** | | | | | **$83,114.49** |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
October 01, 2019 - October 31, 2019


Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466



| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

**Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

**Consolidated Balance Summary**

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910019625 | $91,248.22 | $165,985.72 |
| **Total** | | **$91,248.22** | **$165,985.72** |

**TRUSTEE CHECKING** **Account Number: [redacted]9625**

| Enclosures | 29 | | |
|---|---|---|---|
| | | **Beginning Balance** | **$91,248.22** |
| | | +Total Additions | $387,686.54 |
| | | -Total Subtractions | $312,949.04 |
| | | **Ending Balance** | **$165,985.72** |

* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

RECEIVED
NOV 08 2019
Law Offices of
Mark D. Waldron, PLLC









## Checks

| Check # | Date | Amount |
|---|---|---|
| 239 | 10-07 | $5,976.99 |
| 245* | 10-03 | $2,400.00 |
| 249* | 10-10 | $11,600.00 |
| 252* | 10-11 | $1,475.97 |
| 253 | 10-15 | $134.88 |
| 254 | 10-08 | $12,882.92 |
| 255 | 10-09 | $8,439.00 |
| 256 | 10-15 | $1,800.00 |
| 257 | 10-15 | $3,750.00 |
| 258 | 10-15 | $701.88 |
| 259 | 10-15 | $1,200.00 |
| 260 | 10-15 | $4,800.00 |
| 261 | 10-16 | $2,460.00 |
| 262 | 10-15 | $2,000.00 |
| 263 | 10-15 | $1,544.75 |
| 264 | 10-15 | $2,352.00 |
| 265 | 10-11 | $4,066.69 |
| 266 | 10-16 | $2,000.00 |
| 267 | 10-16 | $124.28 |
| 268 | 10-17 | $251.27 |
| 269 | 10-22 | $1,375.00 |
| 270 | 10-22 | $250.00 |
| 271 | 10-28 | $6,000.00 |
| 272 | 10-29 | $6,000.00 |
| 273 | 10-31 | $2,400.00 |
| 274 | 10-29 | $2,000.00 |
| 275 | 10-28 | $1,480.00 |
| 276 | 10-28 | $2,240.00 |
| 277 | 10-24 | $1,736.20 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 10-08 | WIRE TO MLDC 1 LLC | $37,882.58 |
| 10-11 | WIRE TO MLDC 1 LLC | $36,710.27 |
| 10-18 | WIRE TO MLDC 1 LLC | $40,921.67 |
| 10-25 | WIRE TO MLDC 1 LLC | $37,403.92 |
| 10-28 | WIRE TO MLDC 1 LLC | $66,588.77 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 10-03 | WIRE FROM COINME INC | $53,127.46 |
| 10-04 | REMOTE DEPOSIT REF#0100014 | $9,000.00 |
| 10-04 | WIRE FROM RANDY MICHELSON | $41,488.00 |
| 10-10 | WIRE FROM COINME INC | $54,049.82 |
| 10-17 | WIRE FROM COINME INC | $69,412.50 |
| 10-21 | REMOTE DEPOSIT REF#0100015 | $21,354.73 |
| 10-24 | WIRE FROM COINME INC | $65,346.17 |
| 10-31 | WIRE FROM COINME INC | $73,907.86 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-03 | $141,975.68 | 10-04 | $192,463.68 | 10-07 | $186,486.69 |
| 10-08 | $135,721.19 | 10-09 | $127,282.19 | 10-10 | $169,732.01 |
| 10-11 | $127,479.08 | 10-15 | $109,195.57 | 10-16 | $104,611.29 |
| 10-17 | $173,772.52 | 10-18 | $132,850.85 | 10-21 | $154,205.58 |
| 10-22 | $152,580.58 | 10-24 | $216,190.55 | 10-25 | $178,786.63 |
| 10-28 | $102,477.86 | 10-29 | $94,477.86 | 10-31 | $165,985.72 |

EXHIBIT 4

**Executive Summary**: For the calendar month of October 2019, the Moses Lake Data Center (MLDC) generated gross revenue of $220,208 which represented a 14% drop in revenue from September 2019 of $256,422.

October was the first full month of operation at TNT and generated $71,302 in revenue.

The total gross revenue generated combined for both sites for October was $291,498, slightly up from September's number of $290,490.

We continued to deploy additional miners across Moses Lake and TNT to increase our mining hash rate and utilize the existing power and available equipment at both sites. A new mining strategy was implemented in October to increase our agility by mining the L3+ machines (Litecoin) at multiple mining pools rather than the original strategy of "one technology/one pool". We also began to accept payment for our rewards in other cryptocurrencies (usually BTC instead of LTC) to arbitrage against overnight price volatility. Additionally, we implemented a no cost software system that allows us to very rapidly changing mining pools which also allows us to mine other major cryptocurrencies that are compatible with the mining hardware. We will finish the rollout of the new control software to all machines by end of November at MLDC and TNT.

**S9 Machine Mining (primarily Bitcoin):** Revenues for MLDC S9s declined primarily due to a significant drop in the average BTC price in October when we converted our mining rewards to USD. In September, the daily average exchange rate was $9,721 while in October that rate dropped to an average of $8,077/BTC.

Increasing global difficulty continued to grow due to new technology shipping which in turn yielded fewer rewards compounding the reduction in price. This reduced number of BTC mining rewards from the S9 machines is expected to continue into November.

## Bitcoin Difficulty Chart

The Bitcoin network difficulty chart provides the current BTC difficulty target as well as a historical data graph visualizing Bitcoin mining difficulty chart values with difficulty adjustments (both increases and decreases) defaulted to today with timeline options of 1 day, 1 week, 1 month, 3 months, 6 months, 1 year, 3 years, and all time.




**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines grew from September due primarily to the ongoing drop in LTC mining difficulty which yielded increase number of rewards. This was our first month mining under the new control software and while we primarily mined Litecoin, we were being paid daily for the equivalent amount in USD in BTC through a different mining pool provider. We saw significant increases in revenue on a per machine basis from our new flexible mining strategy on a per machine basis. We expect difficulty to continue to drop in November for Litecoin which will yield growing revenue but anticipate a slowdown in the difficulty decrease in the rate before year end.

# Litecoin Difficulty Chart

The Litecoin network difficulty chart provides the current LTC difficulty target as well as a historical data graph visualizing Litecoin mining difficulty chart values with difficulty adjustments (both increases and decreases) defaulted to today with timeline options of 1 day, 1 week, 1 month, 3 months, 6 months, 1 year, 3 years, and all time.




**GPU Mining (primarily Ethereum):**

The month on month increase in revenue for Ethereum mining was due primarily due to the deployment of additional GPU miners and better management of those units. Difficulty increased very modestly in October, only by 0.6%. These GPU miners continue to be our highest value equipment and generate the most net revenue/kwh compared to L3+s and S9s.

The average sales price of an ETH token in September was $184.87 compared to October's average of $177.43.




We will continue to rollout of the new control software to both Moses Lake and TNT which will in part offset the increase in difficulty of BTC from mining S9s by using them to also mine other compatible currencies and mine at mining pools with lower fees. The L3+s (Litecoin) will continue to grow their per machine net revenue due to dropping difficulty and increase mining pool opportunities. GPU miners (Ethereum) will continue to be the most solid revenue stream of all technologies deployed, both from a net revenue basis per machine and as a group for total revenue recognition moving towards 2020.

In summary, we have no reliable market indicators that prices for BTC, LTC or ETH will increase significantly before the end of 2019. Assuming the case that market prices are stable, we can assume that mining rewards from the S9 machines (BTC) will continue to decrease due to increasing difficulty and new technology being deployed by competitors. We still have good margins on a per machine basis so it's profitable to continue operating these S9 machines. We expect revenues from the L3+ machines (LTC) will continue to grow due to dropping difficulty and represents our best area where we could have the largest impact on increased revenue. Finally, our GPU mining (ETH), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment going into 2020.