*LF 2016D (6/15)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                    )
                          )  Case No. 18-03197
                          )
                          )  **ORDER AWARDING COMPENSATION**
  Giga Watt, Inc.         )  **FOR SERVICES RENDERED AND**
                          )  **REIMBURSEMENT OF EXPENSES**
                          )  **PURSUANT TO 11 U.S.C. §330 or §331,**
                          )  **AND APPROVING THE PAYMENT OF**
                          )  **BANK FEES**
                          )
_____)
              Debtor(s)

THIS MATTER HAVING come before the Court on the # First (☒ interim ☐ final) application of Mark D. Waldron dated October 8, 2019, docket # 384, notice docket # 385 and certificate of service docket # 399, for an order allowing compensation for services rendered and reimbursement of expenses in the above entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC §330 or §331, and approved as bank fees pursuant to §363 and §503(b), to the above-named applicant and are authorized to be disbursed or transferred from funds of the above entitled estate, subject to the availability of funds and the provision of any confirmed plan.

   Compensation in the amount  $ 95,244.26
   Reimbursement in the amount of $ 5,235.80
   Bank fees         $ 0
    **TOTAL**        $ 100,480.06

ORDER AWARDING COMPENSATION - 1

LF 2016D (6/15)

Summary of all prior awards and approvals on previous applications:

    Compensation    $ 0
    Reimbursement    $ 0
    Bank fees    $ 0
    Total    $ 0

Disbursement information for this award:

    Received directly from debtor by application
      (if for first application)
        Fees: 60% of $95,244.26 Equals    $ 57,146.56
        Costs: 100% of $5,235.80    $ 5,235.80
    Total:    $ 62,382.36

Based upon the record and comments of counsel at the hearing (the "Hearing") on the Application (Docket # 384), and the findings of fact and conclusions of law made by the Court at the Hearing all of which are incorporated herein by reference as if set forth fully herein, pursuant to Rule 52 of the Federal Rules of Civil Procedure, applicable hereto by Rule 7052 of the Federal Rules of Bankruptcy Procedure, the Court further orders that the remaining 40% of the Trustee's fees, totaling $38,097.70, are to be disbursed only subject to further order of the Court.

///End of Order///

Presented by:

*/s/ Pamela M. Egan*
Pamela M. Egan
Potomac Law LLP
1300 Pennsylvania Ave., Ste. 700
Washington, DC 20004
Tel.: (415) 297-0132

ORDER AWARDING COMPENSATION - 2