# Notice Recipients

| District/Off: 0980–2 | User: notice | Date Created: 11/22/2019 |
|---|---|---|
| Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr     Mark Waldron     trustee@mwaldronlaw.com
aty     Jason T Piskel     jtp@pyklawyers.com
aty     Pamela Marie Egan     pegan@potomaclaw.com

TOTAL: 3