Pamela M. Egan, WSBA No. 54736 (*Pro Hac Vice*)
The Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, in his capacity as the duly appointed Chapter 11 Trustee herein*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197

The Honorable Frederick P. Corbit

Chapter 11

**CHAPTER 11 TRUSTEE'S RESPONSE TO FEE APPLICATION OF DBS LAW**

Mark D. Waldron, in his capacity as the duly appointed Chapter 11 Trustee in the above-captioned case (the "Trustee") hereby responds to the *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. § 330 and for Approval of the Payment of Bank Fees*, filed on November 13, 2019, by DBS Law, former counsel for the Official Committee of Unsecured Creditors (the "DBS Fee Application").

TRUSTEE'S RESPONSE TO DBS FEE APPLICATION - Page 1
4849-8661-1886, v. 2

The Trustee does not object to the Fee Application based on the representation made in the DBS Fee Application:

> . . . DBS also recognizes that the estate may not yet be in a position to make actual payment of these fees and costs. ***DBS requests only that these amounts be approved, and that they be paid along with other professionals when funds allow***.

DBS Fee Application, Section VI. (Emphasis added.) When funds are available, allowed fees of professionals will be paid. Given this concession by DBS, and so long as any Order approving the DBS Application provides that DBS' allowed fees will be paid only when funds are available, the Trustee does not object to the DBS Fee Application.

Dated: December 4, 2019

**POTOMAC LAW GROUP, PLLC**

*/s/ Pamela M. Egan*
Pamela M. Egan
*Counsel for Mark D. Waldron as Chapter 11 Trustee*

TRUSTEE'S RESPONSE TO DBS FEE APPLICATION - Page 2
4849-8661-1886, v. 2