# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

        Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER GRANTING MOTION TO LIMIT NOTICE OF DBS LAW'S APPLICATION FOR COMPENSATION

This matter came before this Court on the Motion to Limit Notice of DBS Law's Application for Compensation (the "Motion") filed by DBS Law, former counsel for the Unsecured Creditors' Committee of Giga Watt Inc. The Court finding that good cause exists to grant the relief requested, IT IS ORDERED as follows:

1.    The Motion is GRANTED;

ORDER LIMITING NOTICE OF DBS LAW APPLICATION FOR COMPENSATION - PAGE 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

2. Notice of the *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 USC 330, and for Approval of the Payment of Bank Fees* filed by DBS Law may be limited to (a) the Chapter 11 Trustee, (b) the U.S. Trustee's Office, (c) the Unsecured Creditors' Committee, (d) all parties requesting ECF notice, and (e) the 20 largest creditors herein, as listed in the Debtor's schedules.

/// END OF ORDER ////

Presented By:

DBS | Law

/s/ Dominique R. Scalia
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*

ORDER LIMITING NOTICE OF DBS LAW APPLICATION FOR COMPENSATION - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7   Doc 426   Filed 12/06/19   Entered 12/06/19 11:20:02   Pg 2 of 2