MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) |
| | ) **Case No. 18-03197-FPC11** |
| GIGA WATT INC. | ) |
| | ) **CHAPTER 11 TRUSTEE'S MONTHLY** |
| Debtor. | ) **FINANCIAL REPORT FOR** |
| | ) **NOVEMBER 2019** |

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of November 2019. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for November 2019 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for November 2019 (Exhibit 4), incorporated herein by reference.

1.    Moses Lake Facility.  The Estate continues to operate the Moses Lake facility.  Mining revenues for November 2019 at Moses Lake were $219,202.24, with an additional $28,404.00 of revenue from subtenant Eco Diversified Holdings for its November 2019 rent ($9,000.00) and proportional obligation for the October 2019 utilities

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

($19,404.00). Rent and utility payments are current and the Estate continues the efforts to repay the past due amounts which existed when the Trustee took over operations.

2.    TNT Facility.    The Estate continues to operate the TNT facility in East Wenatchee.  Mining revenues at TNT for  November 2019  were $79,630.90.  Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender.  Rent and utility payments are also current.

3.    The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due.  At month end, the Debtor was not delinquent on any post-petition tax obligations.

4.    For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of November 2019 were  **$307,935.49.**  The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule.  All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this _13th_ day of December, 2019.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

M
W
Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

MONTHLY FINANCIAL REPORT -2-

EXHIBIT 1

Page: 1

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC |
| --- | --- |
| Case Name: | GIGA WATT INC. |
| Taxpayer ID #: | 81-4797010 |
| Period: | 11/01/19 - 11/30/19 |

| Trustee: | Mr. Mark D. Waldron (670070) |
| --- | --- |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ********25 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/01/19 | | Eco Diversified Holdings | November 2019 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 163,385.72 |
| 11/01/19 | 279 | Insta Stor Inc. | Invoice #3102 (storage container rental through November 2019) | 6004-000 | | 134.88 | 163,250.84 |
| 11/01/19 | 280 | Douglas County PUD | Account No. 735917, utilities for October 2019 (TNT) | 6010-000 | | 35,718.00 | 127,532.84 |
| 11/01/19 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 25,000.00 | 102,532.84 |
| 11/05/19 | 281 | Allen Oh | Invoices #33 and #34 (Moses Lake through 11-1-19) | 6007-013 | | 6,000.00 | 96,532.84 |
| 11/05/19 | 282 | Allen Oh | Invoice #34 (Moses Lake reimbursement of cost) | 6007-014 | | 44.03 | 96,488.81 |
| 11/05/19 | 283 | Lauren Miehe | Invoice dated 11-3-19 (TNT through 11-1-19) | 6007-013 | | 5,887.50 | 90,601.31 |
| 11/05/19 | 284 | Lauren Miehe | Invoice dated 11-3-19 (TNT reimbursement for costs advanced) | 6007-014 | | 145.09 | 90,456.22 |
| 11/05/19 | 285 | Austin Harrison | Invoice dated 11-3-19 (Moses Lake through 11-1-19) | 6007-013 | | 2,400.00 | 88,056.22 |
| 11/05/19 | 286 | Skyler Simpson | Invoice dated 11-3-19 (Moses Lake through 11-1-19) | 6007-013 | | 2,000.00 | 86,056.22 |
| 11/05/19 | 287 | Porfirio Jaimes | Invoice dated 11-3-19 (Moses Lake through 11-1-19) | 6007-013 | | 1,507.75 | 84,548.47 |
| 11/05/19 | 288 | David Knowles | Invoice dated 11-3-19 (TNT through 11-1-19) | 6007-013 | | 2,128.00 | 82,420.47 |
| 11/05/19 | 289 | David Knowles | Invoice dated 11-3-19 (TNT reimbursement for cost advanced) | 6007-014 | | 60.06 | 82,360.41 |
| 11/05/19 | 290 | Porfirio Jaimes | Invoice dated 10-20-19 (Moses Lake, reimbursement for cost advanced) | 6007-014 | | 70.45 | 82,289.96 |
| 11/05/19 | 291 | LocalTel | Account #61297, Statement dated 10-30-19 | 6010-000 | | 110.85 | 82,179.11 |
| | | | | Subtotals : | $9,000.00 | $81,206.61 | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 11/01/19 - 11/30/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *******25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/19 | | Washington State Department of Revenue | Refund of excise tax penalties (April and May 2019 returns) (TNT facility) | 4004-000 | 1,429.01 | | 83,608.12 |
| 11/07/19 | | Moses Lake ($56,393.90) and TNT ($20,048.50) facilities | Mining operations | 4001-000 | 76,442.40 | | 160,050.52 |
| 11/07/19 | 292 | Washington State Department of Revenue | 604-067-749, Giga Watt, Inc., B&O taxes due for October 2019 | 6006-002 | | 4,737.66 | 155,312.86 |
| 11/12/19 | 293 | Waste Management of Wenatchee | Customer ID#19-19019-33003, Invoice #1836348-2674-1 | 6010-000 | | 124.28 | 155,188.58 |
| 11/12/19 | 294 | Stretto | Invoice #3173 | 6007-000 | | 3,130.85 | 152,057.73 |
| 11/12/19 | 295 | International Sureties, Ltd. | Bond #016219222 (1-23-20 to 1-23-21) | 6002-003 | | 500.00 | 151,557.73 |
| 11/12/19 | | Washington State Department of Revenue | Fee charged for Moses Lake Business License | 6010-000 | | 104.00 | 151,453.73 |
| 11/13/19 | | Washington State Department of Revenue | Fee charged for changing business location for Giga Watt, Inc. | 6010-000 | | 19.00 | 151,434.73 |
| 11/14/19 | | Moses Lake ($57,313.31) and TNT ($20,884.10) facilities | Mining operations | 4001-000 | 78,197.41 | | 229,632.14 |
| 11/14/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 11-7-19) | 6003-000 | | 56,393.90 | 173,238.24 |
| 11/18/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 11-14-19) | 6003-000 | | 44,131.25 | 129,106.99 |
| 11/19/19 | | Eco Diversified Holdings | Utilities for October 2019, Pod 8 of Parcel E pods, Moses Lake | 4099-000 | 19,404.00 | | 148,510.99 |
| 11/19/19 | 296 | Allen Oh | Invoices #35 and #36 (Moses Lake, through 11-15-19) | 6007-013 | | 6,000.00 | 142,510.99 |
| 11/19/19 | 297 | Lauren Miehe | Invoice dated 11-17-19 (TNT, through 11-15-19) | 6007-013 | | 5,512.50 | 136,998.49 |
| | | | | **Subtotals :** | $175,472.82 | $120,653.44 | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 11/01/19 - 11/30/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/19 | 298 | Skyler Simpson | Invoice dated 11-17-19 (Moses Lake, through 11-15-19) | 6007-013 | | 1,800.00 | 135,198.49 |
| 11/19/19 | 299 | Skyler Simpson | Invoice dated 11-17-19 (TNT facility, through 11-15-19) | 6007-013 | | 200.00 | 134,998.49 |
| 11/19/19 | 300 | Skyler Simpson | Reimbursement of costs (Invoice dated 11-17-19) | 6007-014 | | 293.14 | 134,705.35 |
| 11/19/19 | 301 | Austin Harrison | Invoice dated 11-17-19 (Moses Lake, through 11-15-19) | 6007-013 | | 2,400.00 | 132,305.35 |
| 11/19/19 | 302 | David Knowles | Invoice dated 11-17-19 (TNT facility, through 11-15-19) | 6007-013 | | 2,240.00 | 130,065.35 |
| 11/19/19 | 303 | Porfirio Jaimes | Invoice dated 11-17-19 (Moses Lake, through 11-15-19) | 6007-013 | | 1,517.00 | 128,548.35 |
| 11/19/19 | 304 | Porfirio Jaimes | Reimbursement for costs (Invoice dated 11-17-19) | 6007-014 | | 70.00 | 128,478.35 |
| 11/20/19 | 305 | Douglas Pratt | Invoice #1004 dated 11/20/19 (through 11/14/19) | 6007-013 | | 937.50 | 127,540.85 |
| 11/20/19 | 306 | Douglas Pratt | Invoice #1004 dated 11/20/19 (TNT, through 10/17/19) | 6007-013 | | 875.00 | 126,665.85 |
| 11/21/19 | | Moses Lake ($57,539.70) and TNT ($19,824.81) facilities | Mining operations | 4001-000 | 77,364.51 | | 204,030.36 |
| 11/21/19 | 307 | Mark D. Waldron | Partial payment of Trustee fees per Order entered on 11-20-19 (Docket #422) | 6002-001 | | 20,000.00 | 184,030.36 |
| 11/21/19 | 308 | Mark D. Waldron | Reimbursement of costs advanced per Order entered on 11-20-19 (Docket #422) | 6002-002 | | 5,235.80 | 178,794.56 |
| 11/21/19 | 309 | Mark D. Waldron | Reimbursement of costs advanced (10/1/19 through 11/8/19) | 6002-002 | | 1,367.30 | 177,427.26 |
| 11/25/19 | 310 | TNT Business Complexes, LLC | Lease payment for December 2019 (TNT | 6003-000 | | 11,600.00 | 165,827.26 |

**Subtotals :** $77,364.51    $48,535.74

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 11/01/19 – 11/30/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | facility) | | | | |
| 11/25/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 11-22-19) | 6003-000 | | 57,539.70 | 108,287.56 |
| 11/26/19 | | TNT facility (correcting error from wire on 11/22/19) | Mining operations | 4001-000 | 1,041.11 | | 109,328.67 |
| 11/29/19 | | Moses Lake ($47,955.33) and TNT ($17,832.38) facilities | Mining operations | 4001-000 | 65,787.71 | | 175,116.38 |
| | | | | | 3,186,479.63 | 3,011,363.25 | $175,116.38 |

**ACCOUNT TOTALS**

**TOTAL - ACCOUNT  *********25**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 154,385.72 | | 32 | Checks | 124,747.64 |
| 3 | Deposits | 29,833.01 | | 6 | Adjustments Out | 183,187.85 |
| 0 | Interest Postings | 0.00 | | 0 | Transfers Out | 0.00 |
| | Subtotal | $184,218.73 | | | Total | $307,935.49 |
| 5 | Adjustments In | 298,833.14 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $483,051.87 | | | | |

{} Asset reference(s)



# Operating Statement

Period: 11/01/19 - 11/30/19

### Income

| | | |
|---|---|---:|
| 4001-000 | Revenue from Operating Business | $298,833.14 |
| 4002-00 | Rents | $9,000.00 |
| 4004-000 | Tax Refunds | $1,429.01 |
| 4099-000 | Other Receipts | $19,404.00 |
| **Total Income** | | **$328,666.15** |

### Expenses

| | | |
|---|---|---:|
| 6002-000 | Trustee Fees & Expenses | $27,103.10 |
| 6003-000 | Admin. Rent | $169,664.85 |
| 6004-000 | Costs to Secure/Maintain Property | $25,134.88 |
| 6006-002 | Taxes - State | $4,737.66 |
| 6007-000 | Professional Fees & Expenses | $45,218.87 |
| 6010-000 | Other Expenses | $36,076.13 |
| **Total Expenses** | | **$307,935.49** |

| | | |
|---|---|---:|
| **Net Income** | | **$20,730.66** |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



EXHIBIT 3



Member
FDIC

Period Covered:
November 01, 2019 - November 29, 2019
Page 1 of 10

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $165,985.72 | $201,771.01 |
| Total | | $165,985.72 | $201,771.01 |

## TRUSTEE CHECKING

Account Number: 3910019625

| Enclosures | 24 | | |
|---|---|---|---|
| | | Beginning Balance | $165,985.72 |
| | | +Total Additions | $328,666.15 |
| | | -Total Subtractions | $292,880.86 |
| | | Ending Balance | $201,771.01 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

18-03197-FPC7   Doc 432   Filed 12/13/19   Entered 12/13/19 15:41:27   Pg 8 of 13



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
November 01, 2019 - November 29, 2019
Page 2 of 10

## Checks

| Check # | Date | Amount |
|---|---|---|
| 278 | 11-13 | $11,600.00 |
| 279 | 11-06 | $134.88 |
| 280 | 11-06 | $35,718.00 |
| 281 | 11-12 | $6,000.00 |
| 282 | 11-12 | $44.03 |
| 283 | 11-12 | $5,887.50 |
| 284 | 11-12 | $145.09 |
| 285 | 11-15 | $2,400.00 |
| 286 | 11-12 | $2,000.00 |
| 287 | 11-12 | $1,507.75 |
| 288 | 11-12 | $2,128.00 |
| 289 | 11-12 | $60.06 |
| 290 | 11-13 | $70.45 |
| 291 | 11-12 | $110.85 |
| 292 | 11-14 | $4,737.66 |
| 295* | 11-19 | $500.00 |
| 297* | 11-25 | $5,512.50 |
| 298 | 11-26 | $1,800.00 |
| 299 | 11-26 | $200.00 |
| 300 | 11-26 | $293.14 |
| 302* | 11-25 | $2,240.00 |
| 307* | 11-22 | $20,000.00 |
| 308 | 11-22 | $5,235.80 |
| 309 | 11-22 | $1,367.30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 11-01 | WIRE TO RANDY MICHELSON | $25,000.00 |
| 11-12 | WA DEPT REVENUE BLS PYMT 191107 CCD | $104.00 |
| 11-13 | WA DEPT REVENUE BLS PYMT 191108 CCD | $19.00 |
| 11-14 | WIRE TO MLDC 1 LLC | $56,393.90 |
| 11-18 | WIRE TO MLDC 1 LLC | $44,131.25 |
| 11-26 | WIRE TO MLDC 1 LLC | $57,539.70 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 11-04 | REMOTE DEPOSIT REF#0100016 | $9,000.00 |
| 11-07 | WIRE FROM COINME INC | $76,442.40 |
| 11-12 | REMOTE DEPOSIT REF#0100017 | $1,429.01 |
| 11-14 | WIRE FROM COINME INC | $78,197.41 |
| 11-20 | REMOTE DEPOSIT REF#1000018 | $19,404.00 |
| 11-21 | WIRE FROM COINME INC | $77,364.51 |
| 11-26 | WIRE FROM COINME INC | $1,041.11 |
| 11-29 | WIRE FROM COINME INC | $65,787.71 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-01 | $140,985.72 | 11-04 | $149,985.72 | 11-06 | $114,132.84 |
| 11-07 | $190,575.24 | 11-12 | $174,016.97 | 11-13 | $162,327.52 |
| 11-14 | $179,393.37 | 11-15 | $176,993.37 | 11-18 | $132,862.12 |
| 11-19 | $132,362.12 | 11-20 | $151,766.12 | 11-21 | $229,130.63 |
| 11-22 | $202,527.53 | 11-25 | $194,775.03 | 11-26 | $135,983.30 |
| 11-29 | $201,771.01 | | | | |

18-03197-FPC7    Doc 432    Filed 12/13/19    Entered 12/13/19 15:41:27    Pg 10 of 13

EXHIBIT 4

**Executive Summary:** For the calendar month of November 2019, the Moses Lake Data Center (MLDC) generated gross revenues of $235,889 which represented a 7% increase in revenue from October 2019 of $220,208.

TNT generated $86,416, a 21% increase in revenue from October's $71,302 in revenue.

The total gross revenue generated combined for both sites for October was $322,305, up 11% from October's number of $291,498.

We continued to deploy additional miners across Moses Lake and TNT to increase our mining hash rate and utilize the existing power and available equipment at both sites. While coin prices remained largely stable from October, much of the increase in revenue in November came from a rare drop in difficulty for BTC, which resulted in additional rewards for two weeks. BTC difficulty again began to climb in late November

**S9 Machine Mining (primarily Bitcoin):** Revenues for MLDC S9s increase primarily due to a drop in difficulty in mid-November. Newer technology continues to ship and we saw the market flooded with used S9 equipment for sale.

# Bitcoin Difficulty Chart

The Bitcoin network difficulty chart provides the current BTC difficulty target as well as a historical data graph visualizing Bitcoin mining difficulty chart values with difficulty adjustments (both increases and decreases) defaulted to today with timeline options of 1 day, 1 week, 1 month, 3 months, 6 months, 1 year, 3 years, and all time.

**Bitcoin Difficulty is currently at 12.88 T** (12,876,842,089,682.00)



**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines grew from October due primarily to the ongoing drop in LTC mining difficulty which yielded increase number of rewards plus

additional equipment being deployed at TNT. We expect difficulty to continue to drop in December for Litecoin which will yield growing revenue but anticipate a slowdown in the difficulty decreases in the new year.

# Litecoin Difficulty Chart

The Litecoin network difficulty chart provides the current LTC difficulty target as well as a historical data graph visualizing Litecoin mining difficulty chart values with difficulty adjustments (both increases and decreases) defaulted to today with timeline options of 1 day, 1 week, 1 month, 3 months, 6 months, 1 year, 3 years, and all time.

## Litecoin Difficulty is currently at 5.23 M (5,227,674.00)



**GPU Mining (primarily Ethereum):**

Revenue for Ethereum mining was largely flat month on month. Difficulty again raised less than 1% month on month and this remains our highest value equipment and generates the most net revenue/kwh compared to L3+s and S9s.



Ethereum Block Difficulty Growth Chart
Source: Etherscan.io
Click and drag in the plot area to zoom in

In summary, prices continue to fall for all currencies from July and we have no reliable market indicators that prices for BTC, LTC or ETH will increase significantly before the end of 2019. Assuming the case that market prices are stable, we can assume that mining rewards from the S9 machines (BTC) will continue to decrease due to increasing difficulty and new technology being deployed by competitors. We still have good margins on a per machine basis so it's profitable to continue operating these S9 machines. We expect revenues from the L3+ machines (LTC) will continue to grow due to dropping difficulty and represents our best area where we could have the largest impact on increased revenue. Finally, our GPU mining (ETH), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment going into 2020.