BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Proposed Attorney for the Unsecured
Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC.

        Debtor.

18-03197-FPC11

DECLARATION OF SERVICE OF
NOTICE OF APPLICATION FOR
ORDER APPROVING
EMPLOYMENT OF COUNSEL FOR
COMMITTEE

I hereby declare under penalty of perjury that I am over the age of majority and am competent to make this Declaration based on my personal knowledge.

On November 1, 2019, I caused to be forwarded via e-mail, pursuant to FRBP 2014 and LBR 2014-1, a copy of ECF No. 403, the Notice of Application for Order Approving Employment of Salish Sea Legal PLLC, the Application, as well as the Proposed Order, in the above proceeding to Jim Perkins of the United States Trustees Office.

On November 4, 2019, Mr. Perkins responded that he had no issues to my and my Firm's employment.

1

DECLARATION OF SERVICE

DATED this 16th day of December, 2019.

/s/ *Benjamin A. Ellison*
SALISH SEA LEGAL PLLC
Ben Ellison, WSBA No. 48315
2212 Queen Anne Ave. N., No. 719
Seattle, WA 98125
Tel: (206) 257-9547
Email: salishsealegal@outlook.com

18-03197-FPC7    Doc 434    Filed 12/16/19    Entered 12/16/19 22:23:01    Pg 2 of 3