BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>    Debtor. | 18-03197-FPC11<br><br>NOTICE OF MOTION TO EMPLOY SPECIAL COUNSEL FOR UNSECURED CREDITORS COMMITTEE UNDER 11 U.S.C. § 1103 *NUNC PRO TUNC* |

  Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case, has filed an application to employ Beveridge & Diamond P.C., and its attorney, Eric Christensen, as special litigation counsel to investigate the nature of rights the bankruptcy estate may possess in the Douglas County PUD electricity contract for the Pangborn facility ("Employment Application"). The Committee provided notice of the Employment Application to the United States Trustee on December 10, 2019.

  Please take further notice that any objection to the Employment Application must be filed with the above-captioned court and served upon undersigned counsel within seven (7) days of the service date set forth below.

NOTICE OF APPLICATION TO EMPLOY SPECIAL
COUNSEL - 1

Please take further note that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed.

DATED: December 16, 2019

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA  98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Proposed Counsel for the Committee of Unsecured Creditors*