BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | 18-03197-FPC11 |
| GIGA WATT, INC. | ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. 1103 FOR SPECIAL LITIGATION COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE |
| Debtor. | |

This matter having come on regularly for hearing on the application of the Committee of Unsecured Creditors ("Committee") to hire Beveridge & Diamond P.C., the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of Eric Christensen and Beveridge & Diamond P.C., as special counsel for the Committee to investigate the scope of rights in the

ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL - 1

Pangborn Douglas County PUD contract that remains property of the bankruptcy estate, is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §§ 328, 1103.

2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

///END OF ORDER///

Presented by:

SALISH SEA LEGAL PLLC

/s/ Benjamin A. Ellison
Ben Ellison, WSBA No. 48315
2212 Queen Anne Ave. N., No. 719
Seattle, WA 98125
Tel: (206) 257-9547
Email: salishsealegal@outlook.com