BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: <br><br> GIGA WATT, INC. <br><br> Debtor. | 18-03197-FPC11 <br><br> NOTICE OF FILING OF DISCLOSURE STATEMENT AND HEARING CONCERNING THE SAME |

Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case, has filed a proposed Disclosure Statement in this Chapter 11 bankruptcy case. ECF No. 431. The Committee seeks to obtain approval of the Disclosure Statement to proceed with subsequent approval of a plan for reorganization, on which all parties in interest in this case may be entitled to cast ballots.

Please take further notice that any objection to the Disclosure Statement must be filed with the above-captioned court and served upon undersigned counsel within twenty-four (24) days of the service date (December 17, 2019), by providing a written response to the Court Clerk, U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Ave., Suite 304, Spokane, WA99201, or if by mail, the Court

NOTICE OF FILING OF DISCLOSURE STATEMENT - 1

Clerk, US Bankruptcy Court, Eastern District of Washington, PO Box 2164, Spokane Washington, WA 99210-2164 and serve a copy upon undersigned counsel at Salish Sea Legal PLLC, 2212 Queen Anne Avenue N., No. 719, Seattle, WA 98109, as well as James Perkins, Office of the United States Trustee, 920 West Riverside Avenue, Suite 593, Spokane WA 99201-1012.

Please take further note that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed.

Please take further note that the Court has tentatively set a hearing date of January 23, 2020 to hear the present matter.

DATED: December 17, 2019

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA  98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Proposed Counsel for the Committee of Unsecured Creditors*

NOTICE OF FILING OF DISCLOSURE STATEMENT - 2