UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Giga Watt Inc. | CASE NO: 18-3197<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 431, 437 |

On 12/17/2019, I did cause a copy of the following documents, described below,

Notice of Disclosure Statement and Disclosure Statement ECF Docket Reference No. 431, 437

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2019

/s/ Benjamin Ellison
Benjamin Ellison  48315
Proposed Counsel for Unsecured Creditors Committee
Salish Sea Legal PLLC
2212 Queen Anne Avenue N., No.719
Seattle, WA  98109
206 257 9547

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Giga Watt Inc. | CASE NO: 18-3197 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 431, 437 |

On 12/17/2019, a copy of the following documents, described below,

Notice of Disclosure Statement and Disclosure Statement ECF Docket Reference No. 431, 437

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Benjamin Ellison
Salish Sea Legal PLLC
2212 Queen Anne Avenue N., No.719
Seattle, WA 98109

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
09802
CASE 18-03197-FPC11
EASTERN DISTRICT OF WASHINGTON
SPOKANEYAKIMA
TUE DEC 17 07-49-02 PST 2019

507 CAPITAL LLC
PO BOX 206
N STONINGTON CT 06359-0206

INTERNATIONAL
ANATOLY CHECHERIN
BEGOVAYA 3 BUILDING 1 36 FLOOR
MOSCOW RUSSIA ZIP 125284

AARON KRIVITZKY
1810 LINSON CT SE
GRAND RAPIDS MI 49546-6457

ADAM SCHAINBLATT
8809 WALKING STICK TRAIL
RALEIGH NC 27615-4037

AHMED SHAH
12209 YOUNGDALE AVE
LOS ANGELES CA 91342-5263

ALAN NORMAN
341 S MAPLE AVE
WEBSTER GROVES
UNITED STATES
WEBSTER GROVES MO 63119-3841

ALAN WALNOHA
350 GRAN VIA
APT 2067
IRVING TX 75039-0137

INTERNATIONAL
ALBERTO JOSE FARIA CAMACHO
AV GARCILAZO CENTRO POLO 1 TORRE A P
APTO 75 COLINAS DE BELLO MONTE CARACAS
VENEZUELA

ALEKSEY DANISHEVSKY
450 CLOVERLY LANE
HORSHAM PA 19044-1831

ALEX FILIPPOV
12 SHERBORNE CIR
UNITED STATES
ASHLAND MA 01721-2313

ALEX KUTAS
6761 CORRAL CIRCLE
HUNTINGTON BEACH CA 92648-1532

ALEX MCVICKER
1489 WINDSOR RIVER ROAD
WINDSOR CA 95492-8987

ALLRISE FINANCIAL GROUP
JOSEPH AG SAKAY
999 THIRD AVENUE SUITE 4600
SEATTLE WA 98104-4084

AMPHENOL CUSTOM CABLE
3221 CHERRY PALM DR
TAMPA FL 33619-8359

ANDREA SHARP
268 BUSH STREET 2520
SAN FRANCISCO CA 94104-3503

ANDREW BLYLER
603 W WASHINGTON ST
ANN ARBOR MI 48103-4233

CANADA
ANDREW JAMES
46 BROCK ST S
CANADA
CANADA

INTERNATIONAL
ANDREW MARK CAMPBELL BOROSS
FLORIDA 7
AGUADULCE
SPAIN

ANDREW MOLITOR
760 S BARRINGTON AVE APT 6
LOS ANGELES
UNITED STATES
LOS ANGELES CA 90049-4507

ANDREW STOCK
1870 EAST NIXON AVENUE
PLACENTIA CA 92870-7444

ANDREW THANH QUOC LE
10702 HENDERSON AVE
GARDEN GROVE CA 92843-5261

ANDREY KUZENNY
10000 SANTA MONICA BLVD UNIT 3302
SANTA MONICA CA 90067-7032

ANDREY KUZENNY
1687 STONE CANYON RD
LOS ANGELES CA 90077-1912

ANTHONY MARTINEZ
4109 MASON STREET
SAN DIEGO CA 92110-2720

INTERNATIONAL
ANTONY GISHOLT
72 JOHN TRUNDLE COURT
BARBICAN LONDON EC2Y 8NE
UNITED KINGDOM

ARTHUR N MARODIS
106 SOUTHERNWOOD DR
LADSON SC 29456-3940

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATTORNEY GENERALS OFFICE<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | BASHAR BEN ASSAD<br>17713 15TH AVE NE<br>STE 101<br>SHORELINE WA 98155-3839 | QUENTIN D BATJER<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045-2208 | BENJAMIN E KELLY<br>LAW OFFICE OF BENJAMIN E KELLY<br>9218 ROOSEVELT WAY NE<br>SEATTLE WA 98115-2842 | BENJAMIN RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 |
| BERTHA GOEHNER<br>215 ELLER ST SE<br>EAST WENATCHEE WA 98802-5325 | BILL SCHMIDT<br>105 JULIE ANN CT<br>CASHMERE WA 98815-1316 | BLOCKCHAIN SYSTEMS LLC<br>124 W 60 ST UNIT 29A<br>NEW YORK NY 10023-7475 |
| BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | BRANDON ROBINSON<br>1997 TALL TREE DR<br>ATLANTA GA 30324-2723 | SHAUNA S BRENNAN<br>BRENNAN LEGAL COUNSEL GROUP PLLC<br>14900 INTERURBAN AVE S<br>STE 271<br>TUKWIA WA 98168-4654 |
| BRENT WOODWARD INC<br>14103 STEWART RD<br>SUMNER WA 98390-9641 | BRIAN J DONN<br>4254 SW 92ND AVE<br>DAVIE FL 33328-2408 | BRIAN M PACKARD<br>7191 96TH ST NE<br>MONTICELLO<br>UNITED STATES<br>MONTICELLO MN 55362-2911 |
| INTERNATIONAL<br>BRYAN MACCALLUM<br>PO BOX 1704<br>RIVONIA<br>2128<br>SOUTH AFRICA | BRYANT JOHNSON<br>1360 WHITETAIL GLEN CT<br>HEBRON KY 41048-7965 | DANIEL J BUGBEE<br>DBS LAW<br>155 NE 100TH STREET<br>SUITE 205<br>SEATTLE WA 98125-8015 |
| BUSBY INTERNATIONAL INC<br>PO BOX 1457<br>MOSES LAKE WA 98837-0225 | CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES FL 33331-1446 | CT FREIGHT USA INC<br>20202 HWY 59 N<br>HUMBLE TX 77338-2400 |
| CTC ENGINEERING<br>2290 BISHOP CIRCLE EAST<br>DEXTER MI 48130-1564 | CTC ENGINEERING INC<br>BODMAN PLC<br>ATTN- HARVEY W BERMAN<br>201 SOUTH DIVISION STREET STE 400<br>ANN ARBOR MI 48104-2259 | CALEB KOCH FORZA2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 |
| CAMERON SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 | CARLOS GAGLIANO<br>8200 OFFENHAUSER DR 105G<br>RENO NV 89511<br>RENO NV 89511-1717 | INTERNATIONAL<br>CARMEN J HERNANDEZ G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P<br>1<br>CARACAS<br>VENEZUELA<br>VENEZUELA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
CARMEN JACQUELINE HERNANDEZ GUEVARA
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
APT 15D URB GUAICAY BARUTA CARACAS
ZIP CODE 1080
VENEZUELA

CASTAGNETO TRADING LLC
17713 15TH AVE NE STE 101
SHORELINE WA 98155-3839

ROBERTO H CASTRO
UPRIGHT LAW LLC
PO BOX 747
CHELAN WA 98816-0747

CESAR DIAZ JRD FUNDING LLC
8137 MALCHITE AVENUE SUITE E
RANCHO CUCAMUNGA CA 91730-3571

INTERNATIONAL
CHARLES F V DHAUSSY
7B YARDLEY COMMERCIAL BUILDING 3 CONN
HONG KONG

CHEN DU
3269 RANGE CT
MASON OH 45040-8741

CHRIS FEATHERSTONE
8450 54TH AVE W
MUKILTEO WA 98275-3138

CHRISTIAN EICHERT
17713 15TH AVE NE
STE 101
SHORELINE WA 98155-3839

INTERNATIONAL
CHRISTIAN SCHIFFER
MEINDLSTRAE 15
81373 MUNICH
GERMANY

CLEVER CAPITAL LLC
630 VALLEY MALL PKWY
157
EAST WENATCHEE WA 98802-4838

CLEVER CAPITAL LLC
630 VALLEY MALL PKWY 157
WENATCHEE WA 98802-4838

CLINTON DOUGLAS LUCKINBILL
1054 WATERLEAF WAY
SAN JACINTO CA 92582-3020

CLINTON F SIKES
4206 BRAZOS BEND DR
PEARLAND TX 77584-5558

CODY FORREST QUINN
5920 KIMBER ROAD
CASHMERE WA 98815-9526

CODY SCHMIDT
1204 COLUMBINE ST
WENATCHEE WA 98801-6210

CONSOLIDATED ELECTRIC DIST INC
PO BOX 398830
SAN FRANCISCO CA 94139-8830

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC
CO DOUGLAS R HOOKLAND ATTORNEY
SCOTT HOOKLAND LLP
PO BOX 23414
TIGARD OR 97281-3414

INTERNATIONAL
CRAIG BEECH
KINGSWOOD GORSE AVENUE
LITTLEHAMPTON BN16 1SG
UNITED KINGDOM

CRYPTODIGGER LLC
3476 E TIFFANY WAY
GILBERT AZ 85298

INTERNATIONAL
CRYPTONOMOS PTE LTD
1 MAGAZINE RD 0411
CENTRAL MALL
SINGAPORE

INTERNATIONAL
CRYPTONOMOS PTE LTD
1 COLEMAN STREET
THE ADELPHI 08-07
SINGAPORE 179803

DBS LAW
155 NE 100TH ST
SUITE 205
SEATTLE WA 98125-8015

DUFFY KRUSPODIN LLP
21600 OXNARD ST SUITE 2000
WOODLAND HILLS CA 91367-4969

DANIEL JAMES RYSER
7614 N AUDUBON ST
SPOKANE WA 99208-8817

DANIEL TOKLE
25 VIA LUCCA
APT J345
IRVINE CA 92612-0674

INTERNATIONAL
DANILA RUSIN
GAGARINA 5 LINIYA 9A6
ZLATOUST
CHELYABINSKAYA OBLAST RUSSIA
456219

INTERNATIONAL
DARREN JAMES WURF
241 OSBORNE AVENUE
GLEN IRIS
VICTORIA 3146
AUSTRALIA

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DARYL OLSEN                          DAVE CARLSON                         DAVID J LUTZ
270 W 1450 N                         630 VALLEY MALL PARKWAY              916 CONFIDENCE DR
UNITED STATES                        157                                  LONGMONT CO 80504-8526
CENTERVILLE UT 84014-3308            EAST WENATCHEE WA 98802-4838


DAVID KAZEMBA                        DAVID MITCHELL                       INTERNATIONAL
OVERCAST LAW OFFICES PS              1410 RIVERVIEW RD                    DAVID TYCHSEN SMITH
23 S WENATCHEE AVE SUITE 320         CRESCENT PA 15046-5428               13 DOBSON PLACE
WENATCHEE WA 98801-2263                                                   WATSON
                                                                          ACT 2602
                                                                          AUSTRALIA


INTERNATIONAL                        DMITRY KHUSIDMAN                     DONALD J ENRIGHT
DENIS VESELOVSKY                     70 OCEANA DRIVE WEST APT 4A          1101 30TH STREET NORTHWEST
125252 RUSSIA                        BROOKLYN NY 11235-6674               SUITE 115
MOSCOW                                                                    WASHINGTON DC 20007-3740
ZORGE ST 28 52
RUSSIA


DONALD J SULLIVAN                    DOUG BLACK                           DOUGLAS BERGER
4646 LOS POBLANOS CIRCLE NW          225 LINDA LANE                       371 CATSKILL CT
LOS RANCHOS DE ALBUQUERQUE NM 87107  WENATCHEE WA 98801-6010              MAHWAH NJ 07430-2736
-5555


DOUGLAS COUNTY PUD                   DOUGLAS COUNTY PUD                   DREW BEHRENS
CO KATHRYN R MCKINLEY                PO BOX 1119                          525 N LARCH AVE
PAINE HAMBLEN LLP                    BRIDGEPORT WA 98813-1119             EAST WENATCHEE WA 98802-5047
717 W SPRAGUE AVE
STE 1200
SPOKANE WA 99201-3905


GARY W DYER                          EAN SERVICES LLC                     ECO DIVERSIFIED HOLDINGS INC
U S TRUSTEES OFFICE                  MARY E BUSHYHEAD                     4625 WEST NEVSO DR STE 2
920 W RIVERSIDE AVE                  14002 E 21ST ST SUITE 1500           LAS VEGAS NV 89103-3763
SUITE 593                            TULSA OK 74134-1424
SPOKANE WA 99201-1012


EDMUND LEE                           INTERNATIONAL                        INTERNATIONAL
4364 CALLE MEJILLONES                EDUARD KHAPTAKHAEV                   EERO KOSKINEN
SAN DIEGO                            LENKINKKGRADSKY PRT 76149            NIITTYPOLKU 21
UNITED STATES                        MOSCOW                               02460 KANTVIK
SAN DIEGO CA 92130-4818              RUSSIA                               FINLAND
                                                                          FINLAND


PAMELA MARIE EGAN                    ELDER YOSHIDA                        ELECTRICAL POWER PRODUCTS INC
POTOMAC LAW FIRM                     1147 NW 57TH ST                      ATTN MARY GILMAN
1300 PENNSYLVANIA AVENUE             SEATTLE WA 98107-3720                4240 ARMY POST ROAD
STE 700                                                                   DES MOINES IA 50321-9609
WASHINGTON DC 20004-3024


ELISA U                              BEN ELLISON                          BENJAMIN A ELLISON
2405 ACACIA ST                       DBS LAW                              SALISH SEA LEGAL
RICHARDSON TX 75082-3319             155 NE 100TH ST SUITE 205            2212 QUEEN ANNE AVE N
                                     SEATTLE WA 98125-8015                SEATTLE WA 98109-2312
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
EMERALD CITY STATEWIDE LLC           EMERALD CITY STATEWIDE LLC           INTERNATIONAL
CO PEPPLE CANTU SCHMIDT              CO PEPPLE CANTU SCHMIDT PLLC         EMIL PETROV STANEV
1000 SECOND AVE SUITE 2950           1000 SECOND AVE SUITE 2950           41 DOROSTOL STREET
SEATTLE WA 98104-3604                SEATTLE WA 98104-3604                RUSE 7004 RUSE
                                                                          BULGARIA


ERIC FERRARI                         ERNESTO PEDRERA                      EVANSONT INSURANCE CARRIER
8962 FORKED CREEK WAY                7601 E TREASURE DR APT 1023          CO MITCHELL REED  SCHMITTEN INS
ELK GROVE CA 95758-5732              APT 1023                             PO BOX D
                                     NORTH BAY VILLAGE FL 33141-4362      CASHMERE WA 98815-0515


EXECUTIVE FLIGHT                     EXECUTIVE FLIGHT INC                 FASTENAL COMPANY
1 CAMPBELL PKWY                      SCOTT R WEAVER CARNEY BADLEY SPELLMAN 2001 THEURER BLVD
EAST WENATCHEE WA 98802-9290         701 5TH AVENUE STE 3600              ATTN- LEGAL DEPT
                                     SEATTLE WA 98104-7010                WINONA MN 55987-9902


FASTENAL COMPANY                     FEDEX CORPORATE SERVICES INC         INTERNATIONAL
PO BOX 1286                          AS ASSIGNEE OF FEDEX EXPRESSGROUNDFREI FILIP SCHEPERJANS
WINONA MN 55987-7286                 3965 AIRWAYS BLVD MODULE G 3RD FLOOR PELLONPERNTIE 1 B
                                     MEMPHIS TN 38116-5017                00830 HELSINKI
                                                                          FINLAND


FORZA 2                              INTERNATIONAL                        FRANKIE GUERRA
1000 N GREEN VALLEY PKWY STE440 251  FRANK DANIEL                         1812 E OAKLAND PARK BLVD APT 32
HENDERSON                            ZOLLSTRASSE 22                       UNITED STATES
UNITED STATES                        MHRING                               OAKLAND PARK FL 33306-1126
HENDERSON NV 89074-6172              DEUTSCHLAND
                                     ZOLLSTRASSE 22 95695 MHRING GERMANY


INTERNATIONAL                        FRED NOLTE                           DEBTOR
FRANZ ALLIOD                         10812 LA BATISTA                     GIGA WATT INC
176 ROUTE DE LA CENDIRE              FOUNTAIN VALLEY CA 92708-3943        1250 N WENATCHEE AVE SUITE H 147
01630 SAINT JEAN DE GONVILLE AIN                                          WENATCHEE WA 98801-1599
FRANCE


INTERNATIONAL                        INTERNATIONAL                        INTERNATIONAL
GENNADY ZHILYAEV                     GEORGE SORIN LASCU                   GEORGIOS LIGNOS
C DE LES GRANDALLES EDIF XALET 4T 3A STR CALUGARULUI 16                   25 KRITIS STR
AD 300 DORDINO ANDORRA               077151 BALTENI ILFOV                 12243 EGALEO
                                     ROMANIA                              GREECE


GIGA PLEX LLC                        GIGA PLEX LLC                        GIGA PLEX LLCMLDC1 LLC
7906 RANDOLPH RD                     OVERCAST LAW OFFICES PS              OVERCAST LAW OFFICES PS
MOSES LAKE WA 98837-5122             23 S WENATCHEE AVE SUITE 320         23 S WENATCHEE AVE SUITE 320
                                     CO DAVID A KAZEMBA                   WENATCHEE WA 98801-2263
                                     WENATCHEE WA 98801-2263


INTERNATIONAL                        INTERNATIONAL                        GLEB NESIS
GIGAWATT PTE LTD ATTN MIKHAYLYUTA    GIGAWATT PTE LTD                     3419 IRWIN AVE
1 MAGAZINE RD 0411                   1 COLEMAN STREET                     APT 708
CENTRAL MALL                         THE ADELPHI 08-07                    BRONX NY 10463-3754
SINGAPORE                            SINGAPORE 179803
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
GLEN ALLAN BRADLEY
LERSTADVEIEN 250
6014 ALESUND
NORWAY

INTERNATIONAL
GRANT HERHOLDT
5 YORK AVENUE
CRAIGHALL PARK 2196
SOUTH AFRICA
2196

INTERNATIONAL
GRIGORY KLUMOV
BALAKLAVSKY AVENUE 12393
117639
MOSCOW RUSSIA

GRONSKI JEFFREY G  ROBIN L
711 4TH ST S
WISCONSIN RAPIDS WI 54494-4310

INTERNATIONAL
HJ VAN NUIJSSENBORGH
PATRIMONIUMLAAN 126
3904AH VEENENDAAL
THE NETHERLANDS

H2 PRE CAST INC
3835 N CLEMONS ST
EAST WENATCHEE WA 98802-9408

WILLIAM L HAMES
HAMES ANDERSON  WHITLOWS PS
PO BOX 5498
KENNEWICK WA 99336-0498

INTERNATIONAL
HANS PETER EDENSTRASSER
RUPERT HAGLEITNER STRASSE 1D 54
6300 WOERGL  TIROL
AUSTRIA
6300 WOERGL TIROL AUSTRIA

HARLAN ROBINSON
736 N LAGUNA
GILBERT AZ 85233-3620

INTERNATIONAL
HASHVIN DARYANANI
56B SEROE BLANCO
BOX 393
ORANJESATAD ARUBA
ARUBA

HEATHER MULHALL
312 N NEWTON AVE
EAST WENATCHEE WA 98802-8444

HELEN ERSKINE
P O BOX 1745
UNITED STATES
TOPANGA CA 90290-1745

SCOTT B HENRIE
WILLIAMS KASTNER  GIBBS PLLC
601 UNION ST
SUITE 4100
SEATTLE WA 98101-2380

INTERNATIONAL
HIROAKI YAMAMOTO
1194 NISHIKITSUJI STREET
ASAHI PLAZA ARBONATE NARA ONE 606
NARA JAPAN 630-8325

DOUGLAS A HOFMANN
WILLIAMS KASTNER  GIBBS PLLC
601 UNION STREET
SUITE 4100
SEATTLE WA 98101-2380

GRETCHEN J HOOG
PEPPLE CANTU SCHMIDT PLLC
1000 SECOND AVENUE
SUITE 2950
SEATTLE WA 98104-3604

INTERNATIONAL
HOWARD JONES
21 SANDIWAYS ROAD WALLASEY
WIRRAL
UNITED KINGDOM
CH45 3HJ

CANADA
HUMERA SURTI
2200 RUSSET CRESENT
BURLINGTON ON
CANADA L7L6Z2

IAN M KENNEDY
2620 FAIRMOUNT ST
COLORADO SPRINGS CO 80909-2032

INTERNATIONAL
IBRAHIM ISSA
LEBANON BEIRUT RIAD EL SOLOH SQUARE

IGOR MARTIROSIAN
36 WASHINGTON AVENUE 2ND FLOOR
CLIFFSIDE PARK NJ 07010-3025

INTERNATIONAL
ILJA FILIPOVS
STAICELES IELA 1311 RIGA LATVIA LV1
STAICELES IELA 13-11 RIGA LATVIA LV-1

INTERNATIONAL
INTELLIAPPS LTD
UNIT 272 COLAB CENTER
PORT ROAD
LETTERKENNY CO DONGAL EIRCODE F92 RKC7
IRELAND

INTERFLOW LLC
5465 S DORCHESTER
CHICAGO IL 60615-5316

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNATIONAL
IOANNIS VIOLIDAKIS
KIMONOS 11
ATHENS GREECE PCODE- GR-10441

INTERNATIONAL
IVAN MARCAK
DLOUHA TRIDA 47425
73601 HAVIROV
CZECH REPUBLIC

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JDSA                              INTERNATIONAL                         INTERNATIONAL
PO BOX 1688                       JACQUELINE BUSSEY                     JAIME DARIO MEJIA MARTINEZ
WENATCHEE WA 98807-1688           PERCHERON                             CALLE 44 NO 10E  11 LA VICTORIA
                                  GOUDHURST ROAD                        BARRANQUILLA ATLANTICO - COLOMBIA
                                  CRANBROOK TN17 2PN
                                  UNITED KINGDOM


JAMES BULLIS                      JAMES C LUTZ                          INTERNATIONAL
4701 NE 72ND AVE APT 141          609 LONG LEAF DR                      JAMES KING
VANCOUVER                         CHAPEL HILL NC 27517-3039             1B LINKS COURT LANGLAND BAY ROAD
UNITED STATES                                                           SWANSEA
VANCOUVER WA 98661-8103                                                 SA3 4QR UNITED KINGDOM



JAMES MACCORNACK                  INTERNATIONAL                         JANN SO
1002 BEL AIRE                     JAN FALTYS                            1211 SW 5TH AVE
ROSWELL NM 88201-7715             SLAVKOVA 29                           1000
                                  PRAHA 2 - 12000                       PORTLAND OR 97204-3710
                                  CZECH REPUBLIC



CANADA                            JARRED HUTTO                          JAY ROBERT STAHLE
JARED MORRISSEY                   6403 W OUTLOOK DR                     838 CAMPFIRE DR
59 RUE TRUDEAU                    BOISE ID 83714-8820                   UNITED STATES
CHTEAUGUAY QUEBEC                                                       FORT COLLINS CO 80524-1991
J6J1M2
CANADA



JEFFERS DANIELSON SONN  AYLWARD PS  JEFFREY ALAN MOODY                  JEFFREY C LUTZ
2600 CHESTER KIMM RD              2528 FOREST OAKS POINT                916 CONFIDENCE DR
WENATCHEE WA 98801-8116            COLORADO SPRINGS CO 80906-5822        LONGMONT CO 80504-8526



INTERNATIONAL                     JEFFREY KUTAS                         INTERNATIONAL
JEFFREY CHIN                      6761 CORRAL CIRCLE                    JEFFREY WALDOCK
42 PEPPER TREE ROAD               HUNTINGTON BEACH CA 92648-1532        TOMASCHEKSTRASSE 30
LIDCOMBE NSW                                                            A-1210 VIENNA
SYDNEY AUSTRALIA                                                        AUSTRIA



JESSE SAMUEL WHEELER              JESSICA LANGIS                        JOHN GUILLE
3601 STILLMAN BLVD                PO BOX 398                            514 AMERICAS WAY 7134
TUSCALOOSA AL 35401-2601          DRYDEN WA 98821-0398                  BOX ELDER SD 57719-7600



JOHN HARTLEIB                     JOHN HEINITZ                          JOHN KOWALSKI
17931 SHOREHAM LANE               1210 2ND ST SE                        100 TANSBORO RD
HUNTINNGTON BEACH CA 92649-4849   EAST WENATCHEE                        UNIT B
                                  UNITED STATES                         BERLIN NJ 08009-1959
                                  EAST WENATCHEE WA 98802-5526



JOHN RODRIGUEZ                    JOHN SCEVOLA                          JOHN T WINSLOW
2688 W 12TH PLACE                 8768 SW IROQUOIS DRIVE                5544 LAS VIRGENES ROAD 99
YUMA AZ 85364-4258                TUALATIN OR 97062-9304                CALABASAS CA 91302-3446
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JONATHAN B ALTER
THE TRAVELERS COMPANIES INC
1 TOWER SQUARE MS04
HARTFORD CT 06183-1050

JONATHAN GOULD
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

JONATHAN J LUTZ
916 CONFIDENCE DR
LONGMONT CO 80504-8526

JONATHAN WILSON
118 INDIAN VALLEY DR
CHEROKEE NC 28719-4541

INTERNATIONAL
JORDI GRAU
C SANT JORDI 1231
08500 - VIC
SPAIN

JOSE A HERRERA
12801 PHILADELPHIA STREET
SUITE B
WHITTIER CA 90601-4126

JOSE LUIS BLANCO
9307 CASTLEGAP DR
SPRING TX 77379-4299

JOSEPH BRODSKY
656 STNICHOLAS AV 35
NEW YORK NY 10030-1086

JOSEPH ERRIGO
7 PRATT ST
FORT MONROE VA 23651-1025

JOSEPH M DUNN
1105 COLONIAL DRIVE
ALABASTER AL 35007-9309

INTERNATIONAL
JOSEPH SMITS
WESTERLANDERWEG 40
WESTERLAND 1778KL WESTERLAND
THE NETHERLANDS

JOSHUA HESTER
1115 CALIFORNIA ST
OCEANSIDE CA 92054-5919

INTERNATIONAL
JOSHUA MAPPERSON
92 OAKBANK BOULEVARD
WHITTLESEA 3757
AUSTRALIA

INTERNATIONAL
JUAN BAUTISTA IBARRA ARANA
CALLE 66 510
RESID LA CARANA PIEDADES
SANTA ANA SAN JOSE
COSTA RICA

JULIAN HEERE
500 J STREET 1703
SACRAMENTO CA 95814-2335

JUN DAM
2116 L STREET NO 2
ANTIOCH CA 94509-3434

CJUNG H CHO
239B E COLUMBIA AVE
PALISADES PARK NJ 07650-1994

KYLE WHEELAN
7975 ORCHARD PATH RD
COLORADO SPRINGS CO 80919-2925

CANADA
KAMRAN BEG
2200 RUSSET CRES
BURLINGTON ON L7L 6Z2
CANADA

DAVID A KAZEMBA
OVERCAST LAW OFFICES PS
23 S WENATCHEE AVE SUITE 320
WENTACHEE WA 98801-2263

KELLY IMAGING
PO BOX 660831
DALLAS TX 75266-0831

INTERNATIONAL
KEN LI KOH
UNIT 2 137 HULL ROAD
CROYDON VIC 3136
AUSTRALIA

KENNETH D MCCOY
1401 WOODSTOCK WAY
103H
BELLINGHAM WA 98226-3577

KENNETH JOHNSON
2452 COLUMBIA AVE NW 24
EAST WENATCHEE WA 98802-4198

KEVIN REINSCH
3100 PEARL PARKWAY A317
BOULDER CO 80301-2453

KEYHOLE SECURITY INC
708 S WENATCHEE AVE
WENATCHEE WA 98801-3072

INTERNATIONAL
KHURSHID ALAM
UNIT265 CHURCH STREETWEST TAMWORTH
2340NSW
AUSTRALIA
UNIT-265 CHURCH STREETWEST TAMWORTH23

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JOHN KNOX                        INTERNATIONAL                         KOOMBEA INC
WILLIAMS KASTNER                 KOJI MICHIWAKI                        MARK D TAYLOR
601 UNION STREET                 ZIP CODE4280313                       VLP LAW GROUP LLP
SUITE 4100                       SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO 1629 K STREET NW SUITE 300
SEATTLE WA 98101-2380            KAMINAGAO 380-3 JAPAN                 WASHINGTON DC 20006-1631


KRISHNA KARTHIK REDDY ADAPALA    KYLE SPESARD                          LARRY D GERBRANDT
5106 KINO CT                     625 N HAWK ST                         141 SEELY AVE
DUBLIN CA 94568-8719             PALATINE IL 60067-3535                AROMAS CA 95004-9501


LARRY EUGENE BAGGS               INTERNATIONAL                         INTERNATIONAL
1502 SHARON DRIVE                LASSE KAIHLAVIRTA                     LAURENT HAMERS
DUNCANVILLE TX 75137-4014        PIIRINIITYNKATU 4 H 3                 AVENUE VAN BEETHOVEN 24
                                 TAMPERE 33340                         1331 ROSIERES
                                 FINLAND                               BELGIUM


DAVID R LAW                      ANGIE LEE                             LEE E WOODARD
DAVIS ARNEIL LAW FIRM LLP        OFFICE OF THE ATTORNEY GENERAL        HARRIS BEACH PLLC
617 WASHINGTON STREET            800 FIFTH AVE                         333 WEST WASHINGTON ST SUITE 200
WENATCHEE WA 98801-2600          SUITE 2000                            SYRACUSE NY 13202-5202
                                 SEATTLE WA 98104-3188


INTERNATIONAL                    LEONID MARKIN                         LESLIE HIBBARD
LEON DE FLEURIOT DE LA COLINIERE 714 NORTH REXFORD DR                  PO BOX 2067
16 RANKDORING AVENUE             BEVERLY HILLS CA 90210-3314           CHELAN WA 98816-2067
JOHANNESBURG
SOUTH AFRICA


INTERNATIONAL                    LEXON INSURANCE COMPANY               LI LIANG
LEVI ILLIS                       HARRIS BEACH PLLC                     1272 GLEN HAVEN DR
STREET VINKENHOF 7               ATTN- LEE E WOODARD                   SAN JOSE CA 95129-4103
POSTAL CODE- 4332 DM             333 WEST WASHINGTON ST SUITE 200
COUNTRY- THE NETHERLANDS         SYRACUSE NY 13202-5202


LIGHTHOUSE FORMERLY DISCOVIA     LIKUO LIN                             LODOG CORP MARK WEITZEL PRESIDENT
250 MONTGOMERY ST SUITE 300      1192 QUEEN ANN DR                     15460 W 199TH ST
SAN FRANCISCO CA 94104-3428      SUNNYVALE CA 94087-2239               SPRING HILL KS 66083-8528


LUCAS VELASQUEZ                  LUIS ALBERTO FLORES EZPARZA           LUIS ROMAN
497 LAKE CAMERON DR              PO BOX 4161                           4633 WHITE BAY CIR
PIKE ROAD AL 36064-3959          WENATCHEE WA 98807-4161               WESLEY CHAPEL FL 33545-5058


INTERNATIONAL                    MLDC1 LLC                             MLDC1 LLC
LUKE MCINTYRE                    7906 RANDOLPH RD                      OVERCAST LAW OFFICES PS
4 ROSE ROAD                      MOSES LAKE WA 98837-5122              CO DAVID A KAZEMBA
GREY LYNN AUCKLAND 1021                                                23 S WENATCHEE AVE SUITE 320
NEW ZEALAND                                                            WENATCHEE WA 98801-2263
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MARC JOYCE                        INTERNATIONAL                     MARK R SHAPLAND
104 LOS GATOS BLVD                MARK ELLIS                        18119 BENT RIDGE DRIVE
LOS GATOS CA 95030-6122           FLAT 19 RAINIER APARTMENTS        WILDWOOD MO 63038-1439
                                  43 CHERRY ORCHARD ROAD
                                  CROYDON CR06FA
                                  UNITED KINGDOM


MARK VANGE                        MATTEO ROMANI                     MATTHEW HINE
10315 E SHANGRI LA RD             VIA FLAMINIA 66                   2405 ACACIA ST
SCOTTSDALE AZ 85260-6375          FOSSOMBRONE WA 61034              RICHARDSON TX 75082-3319




MATTHEW R LUTZ                    INTERNATIONAL                     BENJAMIN J MCDONNELL
916 CONFIDENCE DRIVE              MAZAEVA MARIA                     PISKEL YAHNE KOVARIK PLLC
LONGMONT CO 80504-8526            SHOKALSKOGO PROEZD                522 W RIVERSIDE AVENUE SUITE 700
                                  H4 APP44                          SPOKANE WA 99201-0581
                                  127642
                                  RUSSIA MOSCOW


KATHRYN R MCKINLEY                MCVICKER MOSS BALESTRA ET AL IN CLASS   MELISSA SPILLMAN
PAINE HAMBLEN LLP                 ACT                                     612 BOIS D ARC LN
717 W SPRAGUE AVENUE              LEVI  KORSINSKY LLP                     FRANKLIN TN 37069-4762
SUITE 1200                        1101 30TH STREET NORTHWEST SUITE 115
SPOKANE WA 99201-3905             WASHINGTON DC 20007-3740


MELVIN WHITE                      MICHAEL BENDETT                   MICHAEL BHAGAT
6091 GOLDDUST RD                  7606 LEXINGTON LANE               1169 S CALLE DEL NORTE DR
BROOKSVILLE FL 34609-8705         PARKLAND FL 33067-1622            PUEBLO WEST CO 81007-1907


MICHAEL CHU                       MICHAEL DETRINIDAD                MICHAEL ILYANKOFF
1113 8TH AVE W                    726 BALSAM DR                     7425 156TH ST SE
SEATTLE WA 98119-3439             NEWMAN CA 95360-9522              SNOHOMISH WA 98296-8771


MICHAEL LAFONTAINE JR             MICHAEL PAPENFUSE                 MICHAEL RUSSO
321 NAPA VALLEY DR                1291 QUEENSWAY                    10310 WREN ROAD
MILFORD MI 48381-1053             UNITED STATES                     WEEKI WACHEE FL 34613-3887
                                  LAKE ISABELLA MI 48893-9356


MICHAEL WAGNER                    RANDY MICHELSON                   MIKHAIL FILIPPOV
1253 ROCK HILLS ST UNIT 102       MICHELSON LAW GROUP               2713 PROSPECT STREET
LAS VEGAS NV 89135-3576           220 MONTGOMERY STREET             FRAMINGHAM MA 01701
                                  SUITE 2100
                                  SAN FRANCISCO CA 94104-3502


INTERNATIONAL                     CANADA                            MOLLY HUNTER
MIKHAIL MESHKOV                   MOHAMMAD MEHDI TOOZHY             4347 ANNA LANE
METALLURGOV UL 1152               11 JUSTUS DR                      WENATCHEE WA 98801-9034
MOSCOW RUSSIA 111401              RICHMOND HILL ONTARIO L4C9Z4
                                  CANADA
                                  11 JUSTUS DR RICHMOND HILL ONTRAIO
                                  L4C9
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNATIONAL                         INTERNATIONAL                         MR MATTHEW EUGENE RISEN
MR ALEXANDER GARNOCK                  MR TOUBOUL                            1935 LEGACY PLACE SE
13 BUTTFIELD ST COOMBS ACT            59 RUE DE DE MARIGNAN                 EAST WENATCHEE WA 98802-9162
2611 AUSTRALIA                        ST MAUR DES FOSSES
13 BUTTFIELD ST COOMBS ACT CANBERRA   FRANCE
AUST


NC MACHINERY                          NC MACHINERY CO                       NC MACHINERY CO
PO BOX 58201                          17035 WEST VALLEY HIGHWAY             DANIAL D PHARRIS
TUKWILA WA 98138-1201                 TUKWILA WA 98188-5519                 601 UNION STREET STE 2600 WA 98101


NW HANDLING SYSTEMS                   NATHAN WELLING                        INTERNATIONAL
PO BOX 749861                         340 S LEMON AVE UNIT 5807             NEIL HUTCHINGS
LOS ANGELES CA 90074-9861             WALNUT CA 91789-2706                  5 BEDWAS CLOSE
                                                                            ST MELLONS
                                                                            CARDIFF CF3 0HP UNITED KINGDOM


NELSON L KIM                          NELSON PRADA                          NEPPEL ELECTRIC
8305 WEEPING SPRINGS AVE              323 SONOMA DR                         4703 KELLY PLACE
LAS VEGAS NV 89131-1450               POOLER GA 31322-9792                  MOSES LAKE WA 98837-4306


NEPPEL ELECTRICAL  CONTROLS LLC       NEPPEL ELECTRICAL  CONTROLS LLC       INTERNATIONAL
MOSES LAKE WA 98837                   CO RIES LAW FIRM PS                   NITIN LIMAYE
                                      PO BOX 2119                           401 MANORATH APARTMENTS
                                      MOSES LAKE WA 98837-0519              9-B PRATAPGUNJ SOCIETY VADODARA 390002
                                                                            INDIA


NIVA JOHNSON                          OMAR D AHMADI                         OUR BOTANICALS WORLDWIDE LLC
119 RIDGMAR TRAIL                     13 CHERRY LANE                        8 THE GREEN
HENDERSONVILLE TN 37075-9629          PARSIPPANY NJ 07054-2216              SUITE 7123
                                                                            DOVER DE 19901-3618


PAUL ORLOFF                           INTERNATIONAL                         INTERNATIONAL
7909 VAN NUYS BLVD                    PHAM SONG TOAN                        PABLO HERNANDEZ GUEVARA
VAN NUYS CA 91402-6073                TONEYAMA 256                          CALLE ESTE RES MI REFUGIO P 9 APTO 9A
                                      TOYONAKA                              URB MANZANARES CARACAS VENEZUELA
                                      OSAKA JAPAN                           ZIP CODE 1070


INTERNATIONAL                         PACIFIC NORTHWEST INFRASTRUCTURE IN   PACIFIC NORTHWEST INFRASTRUCTURE INC
PABLO V HERNANDEZ G                   PO BOX 3363                           PO BOX 3363
CALLE ESTE RES MI REFUGIO P9 APT 9A   WENATCHEE WA 98807-3363               WENATCHEE WA 98807-3363
URB MAZANARES CARACAS VENEZUELA 1070


PACIFIC SECURITY                      PAMELA M EGAN                         PATH OF FOUR WINDS LLC
2009 IRON ST                          PAUL H BEATTIE                        3638 LAKE BREEZE LANE
BELLINGHAM WA 98225-4211              CKR LAW LLP                           CROSBY TX 77532-7202
                                      506 2ND AVENUE 14TH FLOOR
                                      SEATTLE WA 98104-2343
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PATRICK BLOUNT                        PAUL A BARRERA                          PAUL A BARRERA
848 N RAINBOW BLVD                    17713 15TH AVE NE STE 101               NORTH CITY LAW PC
SUITE 1800                            SHORELINE WA 98155-3839                 17713 15TH AVE NE
LAS VEGAS NV 89107-1103                                                       SUITE 101
                                                                              SHORELINE WA 98155-3839


PAUL W REINSCH JR                     INTERNATIONAL                           JAMES D PERKINS
7 SALVATIERRA TRACE                   PER MARTIN SUNDBERG                     U S DEPT OF JUSTICEU S TRUSTEE OFFICE
HOT SPRINGS VILLAGE AR 71909-7707     CALCADA DE SANTO ANDRE 33 BLOCO2 LETRA  920 W RIVERSIDE 593
                                      F                                      SPOKANE WA 99201-1012
                                      1100-495
                                      LISBON PORTUGAL


PETER MOONEY                          DANIAL D PHARRIS                        PHIL A DINWIDDIE
506 FELICIA ST                        LASHER HOLZAPFEL SPERRY  EBBERSON PLLC  28122 VINE CLIFF
DURHAM NC 27704-6213                  601 UNION STREET                        BOERNE TX 78015-4881
                                      SUITE 2600
                                      SEATTLE WA 98101-4000


PHILIP N MCCOLLUM                     INTERNATIONAL                           JASON T PISKEL
14391 WARREN ST                       PIERVANNI UGOLINI MUGELLI               PISKEL YAHNE KOVARIK PLLC
WESTMINSTER CA 92683-5187             VIA DI NIZZANO 2                        522 W RIVERSIDE AVE
                                      IMPRUNETA 50023                         STE 700
                                      FLORENCE ITALY                          SPOKANE WA 99201-0581


PORT OF CHELAN                        PORT OF DOUGLAS                         PORT OF DOUGLAS COUNTY
238 OLDS STATION RD A                 643 BILLINGSLY DR SE                    PORT OF DOUGLAS COUNTY
WENATCHEE WA 98801-8131               EAST WENATCHEE WA 98802                 1 CAMPBELL PARKWAY
                                                                              SUITE D
                                                                              EAST WENATCHEE WA 98802-9290


PORT OF DOUGLAS COUNTY                PRIJA PHAPHOUAMPHENG                    QUARK LLC
DAVIS ARNEIL LAW FIRM CO DAVID R LAW  5115 16TH STREET A                      4283 EXPRESS LANE SUITE 3842078
617 WASHINGTON ST                     SANTA ANA                               SARASOTA FL 34249-2602
WENATCHEE WA 98801-2600               UNITED STATES
                                      SANTA ANA CA 92703-1190


INTERNATIONAL                         RICHARD BLOMQUIST                       INTERNATIONAL
RAVJI PATEL                           1425 BROADWAY 23240                     RADOMIR KALININ
16 HOME MEAD                          SEATTLE WA 98122-3854                   STANYUKOVICHA 54G55
UNITED KINGDOM                                                                VLADIVOSTOK CITY ZIP CODE 690003
HA7 1AF                                                                       RUSSIA
                                                                              STANYUKOVICHA 54G-55 VLADIVOSTOK CITY


RARITAN                               RARITAN INC                             REFAEL SOFAIR INDIVIDUALLY AND ON
400 COTTONTAIL LANE                   CO DRINKER BIDDLE  REATH LLP            BEHALF OF ALL OTHERS SIMILARLY
SOMERSET NJ 08873-1238                ATTN- FRANK VELOCCI                     SITUATED
                                      600 CAMPUS DRIVE                        CO JOHN A KNOX WILLIAMS KASTNER  GIB
                                      FLORHAM PARK NJ 07932-1096              601 UNION STREET SUITE 4100
                                                                              SEATTLE WA 98101-1368


RICHARD SHEW                          INTERNATIONAL                           RIES LAW FIRM P S
157 SLATEWOOD CT                      RICHARD WULLIENS                        P O BOX 2119
BETHEL PARK PA 15102-2242             RUE DE LEGLISE 13A                      MOSES LAKE WA 98837-0519
                                      1958 ST LONARD
                                      CH - SWITZERLAND
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>RIETVELD GLOBAL BUSINESS GROUP BV<br>POSTBUS 9607 BOX G58<br>1006 GC AMSTERDAM<br>THE NETHERLANDS | ROBERT B DECKER<br>918 CONFIDENCE DR<br>LONGMONT<br>UNITED STATES<br>LONGMONT CO 80504-8540 | INTERNATIONAL<br>ROBERT ILIEVSKI<br>NYPONGATAN 18<br>212 31 MALMO<br>SKANE<br>SWEDEN |
| ROBERT J HOYER<br>5940 DALTRY LN<br>UNITED STATES<br>COLORADO SPRINGS CO 80906-7802 | ROBERT RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 | ROGER L SUTTON<br>716 CONTESSA<br>IRVINE CA 92620-1724 |
| INTERNATIONAL<br>ROLF JAKOBSEN<br>WESSELS GATE 25C<br>H0202<br>NORWAY | VANESSA PIERCE ROLLINS<br>BOWMAN PIERCE LLC<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | RONALD RICHARD JOHNS JR<br>354 CLEAR SPRINGS HOLLOW<br>BUDA TX 78610-2740 |
| ROOSEVELT SCOTT<br>802 HAWK VIEW COURT<br>FAIRVIEW HEIGHTS IL 62208-2967 | ROSS SHRESTHA<br>1259 N LAKEVIEW DR<br>PALATINE IL 60067-2092 | INTERNATIONAL<br>ROSS TAVAKOLI<br>8 OAKFIELD CLOSE ALDERLEY EDGE CHESHIR<br>ENGLAND<br>UNITED KINGDOM |
| RUBEN DEL MURO<br>19231 NISHIDERA KIKUCHI KUMAMOTO<br>861-1323<br>JAPAN | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON TX 77064-4557 | JOSEPH AG SAKAY<br>RYAN SWANSON CLEVELAND PLLC<br>1201 THIRD AVENUE<br>SUITE 3400<br>SEATTLE WA 98101-3034 |
| DOMINIQUE R SCALIA<br>DBS LAW<br>155 NE 100TH ST<br>STE 205<br>SEATTLE WA 98125-8015 | SCHMITT ELECTRIC<br>1114 WALLA WALLA AVE<br>WENATCHEE WA 98801-1525 | SCOTT GLASSCOCK<br>229 CRAFT ROAD<br>BRANDON FL 33511-7588 |
| SCOTT PAUL<br>1100 SW 7TH ST<br>RENTON<br>RENTON WA 98057-2939 | SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 5TH AVE STE 3600<br>SEATTLE WA 98104-7010 | SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 FIFTH AVENUE SUITE 3600<br>SEATTLE WA 98104-7010 |
| SERGIY DZVONYK<br>28 YAROSLAVOV VAL STR AP29<br>KIEV - 01034<br>UKRAINE | INTERNATIONAL<br>SERHII KOMAR<br>ALEXANDRA NEVSKOGO 35<br>AP 55<br>ODESSA UKRAINE 65088 | INTERNATIONAL<br>SHAUN LEECH<br>49A WINFILED ROAD<br>BALWYN NORTH<br>VICTORIA AUSTRALIA 3144 |
| CANADA<br>SHAWN JACKSON DYCK<br>40100 WILLOW CRESCENT<br>APT 308<br>SQUAMISH BC V8B0L8 CANADA | SHOW ME CABLES<br>115 CHESTERFIELD INDUSTRIAL BLVD<br>CHESTERFIELD MO 63005-1219 | SINH DU<br>818 SW 3RD AVE 2212313<br>PORTLAND OR 97204-2405 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>SMEETS GERT<br>SAPSTRAAT 40<br>GROTE SPOUWEN<br>BELGIUM<br>BELGIUM | SPENCER ROSS<br>215 11TH AVE NE<br>APT 3<br>ST PETERSBURG FL 33701-1961 | STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 |
| STEFANO MUSUMECI<br>UUSLINNA TN 9452<br>11415 TALLINN<br>ESTONIA | INTERNATIONAL<br>STEVE DELASSUS<br>215 AVENUE MARCEL ANTHONIOZ<br>01220 DIVONNE LES BAINS<br>FRANCE | CANADA<br>STEVEN WILLIAM SWEENEY<br>7 LENT CRESCENT<br>BRAMPTON ONTARIO L6Y 5E5<br>CANADA |
| SUSAN RAMAKER<br>PO BOX 3272<br>WENATCHEE WA 98807-3272 | TNT BUSINESS COMPLEXES LLC<br>380 LESLIE WAY<br>EAST WENATCHEE WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E TREASURE DR APT 1023<br>APT 1023<br>NORTH BAY VILLAGE FL 33141-4362 |
| INTERNATIONAL<br>TAKESHI KAWAI<br>392403 SHIMORENJAKU<br>MITAKA CITY TOKYO<br>181-0013 JAPAN | TALENTS 633 MINISTRIES NFP<br>24206 WALNUT CIRCLE<br>PLAINFIELD IL 60585-2261 | TALOS CONSTRUCTION LLC<br>TODD REUTER FOSTER PEPPER PLLC<br>618 W RIVERSIDE AVE SUITE 300<br>SPOKANE WA 99201-5102 |
| TALOS CONSTRUCTION LLC<br>PO BOX 2607<br>CHELAN WA 98816-2607 | INTERNATIONAL<br>TAVERNE KEVIN<br>13 RUE KIPLING<br>91540 MENNECY  FRANCE | INTERNATIONAL<br>THEATHERSTRASSE 27C<br>THEATERSTRASSE 27C<br>8400 WINTERTHUR<br>SWITZERLAND |
| INTERNATIONAL<br>THEOCHARIS ASLANIDIS<br>DORIDOS 44<br>12242 EGALEO<br>GREECE | INTERNATIONAL<br>THOMAS MEHLITZ<br>SOLRIDE GMBH<br>YBURGSTR 18<br>GERMANY<br>GERMANY | TOTAL EMPLOYMENT MANAGEMENT<br>723 W BROADWAY<br>MOSES LAKE WA 98837-1920 |
| TOWN TOYOTA CENTER<br>1300 WALLA WALLA<br>WENATCHEE WA 98801-1529 | TRAVELERS PROPERTY CASUALTY CO OF<br>AMERICA<br>JONATHAN B ALTER ESQ<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 | TRAVIS HIBBARD<br>PO BOX 2607<br>CHELAN WA 98816-2607 |
| TREEHOUSE TECHNOLOGY GROUP LLC<br>300 BEDFORD STREET UNIT 214<br>MANCHESTER NH 03101-1102 | TYLER DOMER<br>91 NE 17 ST<br>EAST WENATCHEE WA 98802-4147 | UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 |
| US CUSTOMS<br>PO BOX 979126<br>ST LOUIS MO 63197-9001 | US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS IN 46278-2010 | US TRUSTEE<br>US COURT HOUSE<br>920 W RIVERSIDE AVE SUITE 593<br>SPOKANE WA 99201-1012 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| VANESSA PIERCE ROLLINS<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | VIKEN CHOUCHANIAN<br>8741 DARBY AVE 3<br>NORTHRIDGE CA 91325-3089 | INTERNATIONAL<br>VYACHESLAV LEVIN<br>4A STOKE ROW<br>COVENTRYWESTMIDLANDS<br>CV2 4JQ<br>UK |
| WA DEPARTMENT OF REVENUE<br>ATTN SAM SEAL<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | MARK WALDRON<br>MARK D WALDRON<br>6711 REGENTS BLVD W SUITE B<br>TACOMA WA 98466-5421 | WASHINGTON DEPARTMENT OF REVENUE<br>2101 FOURTH AVENUE 1400<br>SEATTLE WA 98121-2300 |
| WASHINGTON EMPLOYMENT SECURITY DEPT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 | WASHINGTON STATE LABOR INDUSTRIES<br>PO BOX 44170<br>OLYMPIA WA 98504-4170 | WASHINGTON STATE TAXING AGENCIES<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 |
| SCOTT WEAVER<br>CARNEY BADLEY SPELLMAN PLLC<br>701 FIFTH AVENUE<br>SUITE 3600<br>SEATTLE WA 98104-7010 | INTERNATIONAL<br>WILHELMUS APPEL<br>LUPINELAAN 15<br>5582 CG WAALRE<br>THE NETHERLANDS | WILLIAM M PATTON<br>6821 SKY CIRCLE<br>UNITED STATES<br>ANCHORAGE AK 99502-3979 |
| WILLIAM STEPHEN DAVIS<br>7281 ROOSES DRIVE<br>INDIANAPOLIS IN 46217-7411 | WILLIAM TRAN<br>403 W RAMONA RD<br>ALHAMBRA CA 91803-3548 | WILSON SONSINI GOODRICH ROSATI<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 |
| WINLAND CREDIT PARTNERS LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>WONG CHUN MING<br>SHAM SHUI POFUK WING ST 133<br>FLAT A 10F 5BLOCK GOLDEN BLDG<br>HONG KONG<br>SHAM SHUI POFUK WING ST 133 FLAT A 10F | XIAOMING LU<br>3269 RANGE CT<br>MASON OH 45040-8741 |
| INTERNATIONAL<br>YUET CHOI CHENG<br>22F NAM HOI MANSION TAIKOO SHING<br>HONG KONG | INTERNATIONAL<br>YURII KUZMIN<br>10B UROZHAYNAYA STR<br>ODESSA<br>65016<br>UKRAINE | INTERNATIONAL<br>CALEB MAISTRY<br>VAN HOOF STREET 2 WILLOW VIEW ESTATE R<br>GAUTENGJOHANNESBURG<br>SOUTH AFRICA |
| INTERNATIONAL<br>ELIESHAY TOUBOUL<br>AMOS 221<br>TEKOA<br>ISRAEL<br>ISRAEL | INTERNATIONAL<br>FABIO TODESCHINI<br>16 VIA GRAN SAN BERNARDO<br>MILAN<br>ITALY | INTERNATIONAL<br>HARI KRISHNA PRASAD MENTA VENKATA<br>116 CANADIAN LAKES BLVD<br>CANADIAN BALLARAT<br>AUSTRALIA<br>116 CANADIAN LAKES BLVD CANADIAN 3350 |
| INTERNATIONAL<br>LIOR SHARABI<br>ESHKOLIT 2822 PARDES HANA ISRAEL<br>ESHKOLIT 2822 - PARDES HANA - ISRAEL | INTERNATIONAL<br>LJUPCO NIKOLOVSKI<br>MERCURIUS 15<br>1188 GA<br>AMSTELVEEN<br>HOLLAND | INTERNATIONAL<br>MATHIAS BRACHET<br>DARWINGASSE 37<br>TOP 1<br>1020 VIENNA<br>AUSTRIA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NICK NGUYEN
3411 GREENTREE DR
FALLS CHURCH VA 22041-1405

PAMELYN CHEE
PO BOX 18771
UNITED STATES
LOS ANGELES CA 90018-0771