# EXHIBIT A

# Pamela M. Egan

| | |
|---|---|
| **From:** | Benjamin Ellison <Salishsealegal@outlook.com> |
| **Sent:** | Sunday, December 22, 2019 1:15 PM |
| **To:** | Pamela M. Egan |
| **Subject:** | Re: GW/Employment application |

 **EXTERNAL**

Pam

I think we establish those things later, so no further service is required.

Ben

Get Outlook for Android

---

**From:** Pamela M. Egan <pegan@potomaclaw.com>
**Sent:** Sunday, December 22, 2019 10:54:13 AM
**To:** Benjamin Ellison <Salishsealegal@outlook.com>
**Subject:** GW/Employment application

Hi Ben,

Did you serve your FERC employment application per LBR Rule 2014-1:

. . .
    (b) Terms of Employment. If the applicant desires that the order also establish the actual rate of compensation and terms
    of employment, then the applicant shall give notice and hearing to the Master Mailing List
    pursuant to LBR 2002-1 of the proposed actual rate of compensation and terms of employment.

If not, would you please re-notice it. I do not want to spend the estate's limited resources having to object on this ground.  Please let me know today.

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com

1



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*