KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Creditor Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-03197-FPC11 |
| **GIGA WATT INC, a Washington corporation,** | CHAPTER 11 |
| Debtor. | OBJECTION TO APPLICATION FOR ORDER APPROVING EMPLOYMENT FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Public Utility District No. 1 of Douglas County, Washington, an unsecured creditor of Debtor, through its counsel, Kathryn R. McKinley and Paine Hamblen LLP, objects to the Application for Order Approving Employment, filed by the Official Committee of Unsecured Creditors [ECF No. 436], and joins in the Chapter 11 Trustee's Objection to such Application. [ECF No. 441]

**OBJECTION TO APPLICATION FOR ORDER APPROVING EMPLOYMENT FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS** - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 443    Filed 12/27/19    Entered 12/27/19 11:32:59    Pg 1 of 2

DATED this 27th day of December, 2019.

        PAINE HAMBLEN LLP

        */s/ Kathryn R. McKinley*
        Kathryn R McKinley, WSBA #25105
        Attorneys for Public Utility District No. 1
        of Douglas County, Washington

I:\Spodocs\42020\00001\PLEAD\01874414.DOCX

**OBJECTION TO APPLICATION FOR ORDER APPROVING EMPLOYMENT FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS** - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 443    Filed 12/27/19    Entered 12/27/19 11:32:59    Pg 2 of 2