MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S JOINDER IN UNITED STATES TRUSTEE'S OBJECTION TO DISCLOSURE STATEMENT**

**COMES NOW** the Court-appointed Chapter 11 Trustee, MARK D. WALDRON, and hereby joins in the United States Trustee's objection (Docket No. 444) to the Disclosure Statement filed by the Unsecured Creditors Committee on December 12, 2019 (Docket No. 431). The Chapter 11 Trustee likewise reserves the right to object to any subsequent filings or amendments to the Disclosure Statement or the filing of a proposed Chapter 11 Plan by the Unsecured Creditors Committee.

The Chapter 11 Trustee further joins in the United States Trustee's request that the Court deny approval of the Disclosure Statement and the request for a hearing on the objection.

**DATED** this 9th day of January, 2020.

/s/ MARK D. WALDRON
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com