BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>Debtor. | 18-03197-FPC11<br><br>THE HONORABLE FREDERICK P. CORBIT<br><br>NOTICE OF HEARING RE MOTION TO EMPLOY SPECIAL COUNSEL FOR UNSECURED CREDITORS COMMITTEE UNDER 11 U.S.C. § 1103 *NUNC PRO TUNC* AS WELL AS STATUS CONFERENCE RE DISCLOSURE STATEMENT<br><br>Date:   January 23, 2020<br>Time:   10:00 a.m. |

TO THE HONORABLE FREDERICK P. CORBIT, THE U.S. TRUSTEE, THE CHAPTER 11 TRUSTEE, AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 23, 2020 at 10:00 a.m., a hearing will be held on the Motion filed by the Committee of Unsecured Creditors seeking retention of Beveridge & Diamond as their special litigation counsel. ECF No. 436. Two other motions, the award of compensation to DBS Law as predecessor Committee counsel (ECF No. 433) as well as a status conference

NOTICE OF HEARING

1

concerning the Committee's Disclosure Statement (ECF No. 431) may occur at the same time. The Hearing is to be held in the courtroom.

DATED this 9th day of January, 2020.

**SALISH SEA LEGAL PLLC**

By: /s/ *Benjamin A. Ellison*
Ben Ellison, WSBA No. 48315
2212 Queen Anne Ave. N., No. 719
Seattle, WA 98125
Tel: (206) 257-9547
Email: salishsealegal@outlook.com