MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:                                    )

GIGA WATT INC.                            )

              Debtor.                 )

_____)

**Case No. 18-03197-FPC11**

**CHAPTER 11 TRUSTEE'S MONTHLY**
**FINANCIAL REPORT FOR**
**DECEMBER 2019**

      **COMES NOW**  Mark D. Waldron, the Court-appointed and acting Chapter 11

Trustee in the above proceeding, and files this Monthly Financial Report for the month of

December 2019.  Attached to this report are the Ledger Report (Exhibit 1), Operating

Statement (Exhibit 2), and bank statement for December 2019 (Exhibit 3), incorporated

herein by reference.  Also attached is a detailed narrative report from Court-appointed

consultant Douglas Pratt regarding Giga Watt's mining operations for December 2019

(Exhibit 4), incorporated herein by reference.

      1.     <u>Moses Lake Facility</u>.  The Estate continues to operate the Moses Lake

facility.  Mining revenues for December 2019 at Moses Lake were $183,134.33, with an

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

additional $27,578.70 of revenue from subtenant Eco Diversified Holdings for its December 2019 rent ($9,000.00) and proportional obligation for the November 2019 utilities ($18,578.70). Utility payments are current at the Moses Lake facility. With regard to rent, the Estate paid $25,000.00 of the $61,000.00 rent due. As a result of cash flow shortage due to a drop in the price of bitcoin, the Trustee is working with the landlord at the Moses Lake facility on rent deferrals while the Trustee is actively discussing sale of both the Moses Lake and TNT facilities with potential buyers and interested parties.

2. <u>TNT Facility</u>. The Estate continues to operate the TNT facility in East Wenatchee. Mining revenues at TNT for December 2019 were $69,447.07. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. In addition, the rent and utility payments are current at the TNT facility.

3. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

4. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of December 2019 were **$380,512.18.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. Fourth Quarter 2019 U.S. Trustee fees in the amount of $4,875.00 were paid on January 2, 2020. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this _____10th_____ day of January, 2020.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

MONTHLY FINANCIAL REPORT -3-

EXHIBIT 1

## Ledger Report

| | | |
|---|---|---|
| **Case Number:** | 18-03197-FPC11 FPC | |
| **Case Name:** | GIGA WATT INC. | |
| **Taxpayer ID #:** | 81-4797010 | |
| **Period:** | 12/01/19 - 12/31/19 | |

| | |
|---|---|
| **Trustee:** | Mr. Mark D. Waldron (670070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | *******25 - Checking Account |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/19 | 311 | Insta Stor Inc. | Invoice #3245 (storage container rental through December 2019) | 6004-000 | | 134.88 | 174,981.50 |
| 12/02/19 | 312 | Allen Oh | Invoices #37 and #38 (Moses Lake, through 11/28/19) | 6007-013 | | 4,828.92 | 170,152.58 |
| 12/02/19 | 312 | Allen Oh | Invoices #37 and #38 (Moses Lake, through 11/28/19) Voided: check issued on 12/02/19 | 6007-013 | | -4,828.92 | 174,981.50 |
| 12/02/19 | 313 | David Knowles | Invoice dated 12/1/19 (TNT, through 11/30/19) | 6007-013 | | 2,156.00 | 172,825.50 |
| 12/02/19 | 314 | David Knowles | Reimbursement of costs advanced (TNT, Invoice dated 12/1/19) | 6007-014 | | 108.33 | 172,717.17 |
| 12/02/19 | 315 | Lauren Miehe | Invoice dated 12/1/19 (TNT, through 12/1/19) | 6007-013 | | 5,700.00 | 167,017.17 |
| 12/02/19 | 316 | Skyler Simpson | Invoice dated 12/1/19 (Moses Lake, through 11/29/19) | 6007-013 | | 1,862.50 | 165,154.67 |
| 12/02/19 | 317 | Austin Harrison | Invoice dated 12/1/19 (Moses Lake, through 11/29/19) | 6007-013 | | 2,400.00 | 162,754.67 |
| 12/02/19 | 318 | Porfirio Jaimes | Invoice dated 12/1/19 (Moses Lake, through 11/30/19) | 6007-013 | | 1,470.75 | 161,283.92 |
| 12/02/19 | 318 | Porfirio Jaimes | Invoice dated 12/1/19 (Moses Lake, through 11/30/19) Voided: check issued on 12/02/19 | 6007-013 | | -1,470.75 | 162,754.67 |
| 12/02/19 | 319 | Porfirio Jaimes | Reimbursement for cost advance (Moses Lake, Invoice dated 12/1/19) Voided on 12/02/19 | 6007-014 | | 149.04 | 162,605.63 |
| 12/02/19 | 319 | Porfirio Jaimes | Reimbursement for cost advance (Moses Lake, Invoice dated 12/1/19) Voided: check issued on 12/02/19 | 6007-014 | | -149.04 | 162,754.67 |
| | | | **Subtotals :** | | $0.00 | $12,361.71 | |

{} Asset reference(s)

18-03197-FPC7    Doc 447    Filed 01/10/20    Entered 01/10/20 15:02:47    Pg 4 of 17

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 12/01/19 - 12/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *******25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/19 | 320 | Cuttin Rugs LLC | Invoices #37 and #38 (Moses Lake, through 11/28/19) | 6007-013 | | 4,828.92 | 157,925.75 |
| 12/02/19 | 321 | Douglas County PUD | Account No. 735917, utilities for TNT facility | 6010-000 | | 42,035.00 | 115,890.75 |
| 12/02/19 | 322 | Porfirio Jaimes | Invoice dated 12/1/19 (Moses Lake, through 11/30/19) | 6007-013 | | 1,147.00 | 114,743.75 |
| 12/02/19 | 323 | Porfirio Jaimes | Invoice dated 12/1/19 (TNT, through 11/30/19) | 6007-013 | | 323.75 | 114,420.00 |
| 12/02/19 | 324 | Porfirio Jaimes | Reimbursement for cost advanced (TNT, Invoice dated 12/1/19) | 6007-014 | | 149.04 | 114,270.96 |
| 12/02/19 | | MLDC I, LLC | Remaining balance due for rent and utilities for November 2019 (Moses Lake facility) | 6003-000 | | 58,513.86 | 55,757.10 |
| 12/02/19 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 25,000.00 | 30,757.10 |
| 12/03/19 | | Eco Diversified Holdings | December 2019 rent for Pod 8 of Parcel E pods, Moses Lake facility | 4002-00 | 9,000.00 | | 39,757.10 |
| 12/04/19 | 325 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1842923-2674-3 | 6010-000 | | 124.28 | 39,632.82 |
| 12/05/19 | | Moses Lake ($46,777.14) and TNT ($17,403.48) facilities | Mining operations | 4001-000 | 64,180.62 | | 103,813.44 |
| 12/05/19 | 326 | LocalTel | Acct. #61297, Statement dated 11/30/19 (TNT facility) | 6010-000 | | 110.85 | 103,702.59 |
| 12/09/19 | | MLDC I, LLC | 100% of Moses Lake revenue (through 12-5-19) | 6003-000 | | 46,777.14 | 56,925.45 |
| 12/12/19 | | Moses Lake ($47,571.32) and TNT ($17,594.10) facilities | Mining operations | 4001-000 | 65,165.42 | | 122,090.87 |
| 12/13/19 | 327 | Stretto | Invoice #3223 | 6007-000 | | 1,208.00 | 120,882.87 |
| 12/13/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 12-12-19) | 6003-000 | | 36,629.92 | 84,252.95 |
| | | | | **Subtotals :** | **$138,346.04** | **$216,847.76** | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 12/01/19 - 12/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *******25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/19 | | Eco Diversified Holdings | Utilities for November 2019, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 18,578.70 | | 102,831.65 |
| 12/16/19 | 328 | Cuttin Rugs LLC | Invoices #39 and #40 (Moses Lake, through 12/13/19) | 6007-013 | | 6,600.00 | 96,231.65 |
| 12/16/19 | 329 | Skyler Simpson | Invoice dated 12-15-19 (Moses Lake, through 12-6-19) | 6007-013 | | 1,050.00 | 95,181.65 |
| 12/16/19 | 330 | Austin Harrison | Invoice dated 12-15-19 (Moses Lake, through 12-13-19) | 6007-013 | | 2,400.00 | 92,781.65 |
| 12/16/19 | 331 | Porfirio Jaimes | Invoice dated 12-15-19 (Moses Lake, through 12-15-19) | 6007-013 | | 1,480.00 | 91,301.65 |
| 12/16/19 | 332 | David Knowles | Invoice dated 12-15-19 (TNT, through 12-12-19) | 6007-013 | | 2,044.00 | 89,257.65 |
| 12/16/19 | 333 | Lauren Miehe | Invoice dated 12-15-19 (TNT, through 12-13-19) | 6007-013 | | 5,925.00 | 83,332.65 |
| 12/16/19 | 334 | Lauren Miehe | Invoice dated 12-15-19 (TNT, reimbursement for costs) | 6007-014 | | 171.17 | 83,161.48 |
| 12/16/19 | 335 | TNT Business Complexes, LLC | Reimbursement for After Hours Plumbing & Heating (Invoice #62100) | 6010-000 | | 190.68 | 82,970.80 |
| 12/17/19 | 336 | TNT Business Complexes, LLC | Lease payment for January 2020 (TNT facility) | 6003-000 | | 11,600.00 | 71,370.80 |
| 12/19/19 | | Moses Lake ($45,095.85) and TNT ($16,932.44) facilities | Mining operations | 4001-000 | 62,028.29 | | 133,399.09 |
| 12/20/19 | | MLDC I, LLC | 77% of Moses Lake revenue (through 12-19-19) | 6003-000 | | 34,723.80 | 98,675.29 |
| 12/26/19 | | Moses Lake ($43,690.02) and TNT ($17,517.05) facilities | Mining operations | 4001-000 | 61,207.07 | | 159,882.36 |
| 12/26/19 | | MLDC I, LLC | Remaining balance due for utilities | 6003-000 | | 36,724.59 | 123,157.77 |
| 12/27/19 | | Washington State Department of | 604-067-749, Giga Watt, Inc., B&O taxes due | 6006-002 | | 4,482.50 | 118,675.27 |
| | | | **Subtotals :** | | **$141,814.06** | **$107,391.74** | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 12/01/19 - 12/31/19

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *******25 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Revenue | for November 2019 | | | | |
| 12/30/19 | 337 | Cuttin Rugs LLC | Invoices No. 41 and 42 ((through 12-29-19) | 6007-013 | | 6,000.00 | 112,675.27 |
| 12/30/19 | 338 | Lauren Miehe | Invoice dated 12-29-19 (through 12-28-19) (TNT) | 6007-013 | | 4,875.00 | 107,800.27 |
| 12/30/19 | 339 | Lauren Miehe | Reimbursement for costs (locksmith services at TNT) | 6007-014 | | 112.47 | 107,687.80 |
| 12/30/19 | 340 | David Knowles | Invoice dated 12-29-19 (through 12-28-19) (TNT) | 6007-013 | | 2,240.00 | 105,447.80 |
| 12/30/19 | 341 | Austin Harrison | Invoice dated 12-29-19 (through 12-27-19) | 6007-013 | | 2,160.00 | 103,287.80 |
| 12/30/19 | 342 | Skyler Simpson | Invoice dated 12-29-19 (through 12-28-19) | 6007-013 | | 2,025.00 | 101,262.80 |
| 12/30/19 | 343 | Porfirio Jaimes | Invoice dated 12-29-19 (through 12-27-19) | 6007-013 | | 1,498.50 | 99,764.30 |
| 12/31/19 | | MLDC I, LLC | Partial payment of December 2019 rent | 6003-000 | | 25,000.00 | 74,764.30 |
| | | | **ACCOUNT TOTALS** | | 3,466,639.73 | 3,391,875.43 | **$74,764.30** |

## TOTAL - ACCOUNT   *******25

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 175,116.38 | | | |
| 2 | Deposits | 27,578.70 | 33 | Checks | 112,660.37 |
| 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 267,851.81 |
| | Subtotal | $202,695.08 | 0 | Transfers Out | 0.00 |
| 4 | Adjustments In | 252,581.40 | | **Total** | **$380,512.18** |
| 0 | Transfers In | 0.00 | | | |
| | **Total** | **$455,276.48** | | | |

{} Asset reference(s)



# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 12/01/19 - 12/31/19

**Income**

### 4001-000 Revenue from Operating Business
#### 4001-000 Revenue from Operating Business

| | | | | |
|---|---|---|---|---|
| 12/05/19 | Dep. Adj.: 86 | 3910019625 | Moses Lake ($46,777.14) and TNT ($17,403.48) facilities Mining operations | $64,180.62 |
| 12/12/19 | Dep. Adj.: 88 | 3910019625 | Moses Lake ($47,571.32) and TNT ($17,594.10) facilities Mining operations | $65,165.42 |
| 12/19/19 | Dep. Adj.: 90 | 3910019625 | Moses Lake ($45,095.85) and TNT ($16,932.44) facilities Mining operations | $62,028.29 |
| 12/26/19 | Dep. Adj.: 93 | 3910019625 | Moses Lake ($43,690.02) and TNT ($17,517.05) facilities Mining operations | $61,207.07 |
| | | | | $252,581.40 |

### 4002-00 Rents
#### 4002-00 Rents

| | | | | |
|---|---|---|---|---|
| 12/03/19 | Deposit: 100019-1 | 3910019625 | Eco Diversified Holdings December 2019 rent for Pod 8 of Parcel E pods, Moses Lake facility | $9,000.00 |
| | | | | $9,000.00 |

### 4099-000 Other Receipts
#### 4099-000 Other Receipts

| | | | | |
|---|---|---|---|---|
| 12/16/19 | Deposit: 100020-1 | 3910019625 | Eco Diversified Holdings Utilities for November 2019, Pod 8 of Parcel E pods, Moses Lake facility | $18,578.70 |
| | | | | $18,578.70 |

| **Total Income** | | | | **$280,160.10** |
|---|---|---|---|---|

**Expenses**

### 6003-000 Admin. Rent
#### 6003-000 Admin. Rent

| | | | | |
|---|---|---|---|---|
| 12/02/19 | Disb. Adj.: 84 | 3910019625 | MLDC I, LLC Remaining balance due for rent and utilities for November 2019 (Moses Lake facility) | $58,513.86 |
| 12/09/19 | Disb. Adj.: 87 | 3910019625 | MLDC I, LLC 100% of Moses Lake revenue (through 12-5-19) | $46,777.14 |
| 12/13/19 | Disb. Adj.: 89 | 3910019625 | MLDC I, LLC 77% of Moses Lake revenue (through 12-12-19) | $36,629.92 |
| 12/17/19 | Check: 336 | 3910019625 | TNT Business Complexes, LLC Lease payment for January 2020 (TNT facility) | $11,600.00 |
| 12/20/19 | Disb. Adj.: 91 | 3910019625 | MLDC I, LLC 77% of Moses Lake revenue (through 12-19-19) | $34,723.80 |
| 12/26/19 | Disb. Adj.: 92 | 3910019625 | MLDC I, LLC Remaining balance due for utilities | $36,724.59 |
| 12/31/19 | Disb. Adj.: 95 | 3910019625 | MLDC I, LLC Partial payment of December 2019 rent | $25,000.00 |
| | | | | $249,969.31 |

### 6004-000 Costs to Secure/Maintain Property
#### 6004-000 Costs to Secure/Maintain Property

| | | | | |
|---|---|---|---|---|
| 12/02/19 | Check: 311 | 3910019625 | Insta Stor Inc. Invoice #3245 (storage container rental through December 2019) | $134.88 |
| 12/02/19 | Disb. Adj.: 85 | 3910019625 | Randy Michelson | $25,000.00 |

|  |  |  | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) |  |
|---|---|---|---|---|
|  |  |  |  | $25,134.88 |

**6006-002 Taxes - State**

**6006-002 Taxes - State**

| 12/27/19 | Disb. Adj.: 94 | 3910019625 | Washington State Department of Revenue 604-067-749, Giga Watt, Inc., B&O taxes due for November 2019 | $4,482.50 |
|---|---|---|---|---|
|  |  |  |  | $4,482.50 |

**6007-000 Professional Fees & Expenses**

**6007-000 Professional Fees & Expenses**

| 12/13/19 | Check: 327 | 3910019625 | Stretto Invoice #3223 | $1,208.00 |
|---|---|---|---|---|
|  |  |  |  | $1,208.00 |

**6007-013 Consultant for Trustee Fees**

| 12/02/19 | Void: 312 | 3910019625 | Allen Oh Invoices #37 and #38 (Moses Lake, through 11/28/19) | $0.00 |
|---|---|---|---|---|
| 12/02/19 | Check: 313 | 3910019625 | David Knowles Invoice dated 12/1/19 (TNT, through 11/30/19) | $2,156.00 |
| 12/02/19 | Check: 315 | 3910019625 | Lauren Miehe Invoice dated 12/1/19 (TNT, through 12/1/19) | $5,700.00 |
| 12/02/19 | Check: 316 | 3910019625 | Skyler Simpson Invoice dated 12/1/19 (Moses Lake, through 11/29/19) | $1,862.50 |
| 12/02/19 | Check: 317 | 3910019625 | Austin Harrison Invoice dated 12/1/19 (Moses Lake, through 11/29/19) | $2,400.00 |
| 12/02/19 | Void: 318 | 3910019625 | Porfirio Jaimes Invoice dated 12/1/19 (Moses Lake, through 11/30/19) | $0.00 |
| 12/02/19 | Check: 320 | 3910019625 | Cutlin Rugs LLC Invoices #37 and #38 (Moses Lake, through 11/28/19) | $4,828.92 |
| 12/02/19 | Check: 322 | 3910019625 | Porfirio Jaimes Invoice dated 12/1/19 (Moses Lake, through 11/30/19) | $1,147.00 |
| 12/02/19 | Check: 323 | 3910019625 | Porfirio Jaimes Invoice dated 12/1/19 (TNT, through 11/30/19) | $323.75 |
| 12/16/19 | Check: 328 | 3910019625 | Cutlin Rugs LLC Invoices #39 and #40 (Moses Lake, through 12/13/19) | $6,600.00 |
| 12/16/19 | Check: 329 | 3910019625 | Skyler Simpson Invoice dated 12-15-19 (Moses Lake, through 12-6-19) | $1,050.00 |
| 12/16/19 | Check: 330 | 3910019625 | Austin Harrison Invoice dated 12-15-19 (Moses Lake, through 12-13-19) | $2,400.00 |
| 12/16/19 | Check: 331 | 3910019625 | Porfirio Jaimes Invoice dated 12-15-19 (Moses Lake, | $1,480.00 |

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 12/01/19 - 12/31/19

| | | | | |
|---|---|---|---|---|
| | | | through 12-15-19) | |
| 12/16/19 | Check: 332 | 3910019625 | David Knowles | $2,044.00 |
| | | | Invoice dated 12-15-19 (TNT, through 12-12-19) | |
| 12/16/19 | Check: 333 | 3910019625 | Lauren Miehe | $5,925.00 |
| | | | Invoice dated 12-15-19 (TNT, through 12-13-19) | |
| 12/30/19 | Check: 337 | 3910019625 | Cuttin Rugs LLC | $6,000.00 |
| | | | Invoices No. 41 and 42 ((through 12-29-19) | |
| 12/30/19 | Check: 338 | 3910019625 | Lauren Miehe | $4,875.00 |
| | | | Invoice dated 12-29-19 (through 12-28-19) (TNT) | |
| 12/30/19 | Check: 340 | 3910019625 | David Knowles | $2,240.00 |
| | | | Invoice dated 12-29-19 (through 12-28-19) (TNT) | |
| 12/30/19 | Check: 341 | 3910019625 | Austin Harrison | $2,160.00 |
| | | | Invoice dated 12-29-19 (through 12-27-19) | |
| 12/30/19 | Check: 342 | 3910019625 | Skyler Simpson | $2,025.00 |
| | | | Invoice dated 12-29-19 (through 12-28-19) | |
| 12/30/19 | Check: 343 | 3910019625 | Porfirio Jaimes | $1,498.50 |
| | | | Invoice dated 12-29-19 (through 12-27-19) | |
| | | | | **$56,715.67** |

**6007-014  Consultant for Trustee Expenses**

| | | | | |
|---|---|---|---|---|
| 12/02/19 | Check: 314 | 3910019625 | David Knowles | $108.33 |
| | | | Reimbursement of costs advanced (TNT, Invoice dated 12/1/19) | |
| 12/02/19 | Void: 319 | 3910019625 | Porfirio Jaimes | $0.00 |
| | | | Reimbursement for cost advance (Moses Lake, Invoice dated 12/1/19) | |
| 12/02/19 | Check: 324 | 3910019625 | Porfirio Jaimes | $149.04 |
| | | | Reimbursement for cost advanced (TNT, Invoice dated 12/1/19) | |
| 12/16/19 | Check: 334 | 3910019625 | Lauren Miehe | $171.17 |
| | | | Invoice dated 12-15-19 (TNT, reimbursement for costs) | |
| 12/30/19 | Check: 339 | 3910019625 | Lauren Miehe | $112.47 |
| | | | Reimbursement for costs (locksmith services at TNT) | |
| | | | | **$541.01** |
| | | | | **$58,464.68** |

**6010-000  Other Expenses**

**6010-000  Other Expenses**

| | | | | |
|---|---|---|---|---|
| 12/02/19 | Check: 321 | 3910019625 | Douglas County PUD | $42,035.00 |
| | | | Account No. 735917, utilities for TNT facility | |
| 12/04/19 | Check: 325 | 3910019625 | Waste Management of Wenatchee | $124.28 |
| | | | Customer ID #19-19019-33003, Invoice #1842923-2674-3 | |
| 12/05/19 | Check: 326 | 3910019625 | LocalTel | $110.85 |
| | | | Acct. #61297, Statement dated 11/30/19 (TNT facility) | |
| 12/16/19 | Check: 335 | 3910019625 | TNT Business Complexes, LLC | $190.68 |

| | |
|---|---:|
| Reimbursement for After Hours Plumbing & Heating (Invoice #62100) | |
| | $42,460.81 |
| **Total Expenses** | **$380,512.18** |
| **Net Income** | **$-100,352.08** |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

 

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED

JAN 0 7 2020

Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $201,771.01 | $136,875.27 |
| Total | | $201,771.01 | $136,875.27 |

## TRUSTEE CHECKING

**Account Number: 3910019625**

Enclosures          30

| | |
|---|---|
| **Beginning Balance** | **$201,771.01** |
| +Total Additions | $280,160.10 |
| -Total Subtractions | $345,055.84 |
| **Ending Balance** | **$136,875.27** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Checks

| Check # | Date | Amount |
|---------|------|--------|
| 293 | 12-06 | $124.28 |
| 294 | 12-04 | $3,130.85 |
| 296* | 12-04 | $6,000.00 |
| 301* | 12-03 | $2,400.00 |
| 303* | 12-02 | $1,517.00 |
| 304 | 12-02 | $70.00 |
| 305 | 12-31 | $937.50 |
| 306 | 12-31 | $875.00 |
| 310* | 12-12 | $11,600.00 |
| 311 | 12-09 | $134.88 |
| 313* | 12-09 | $2,156.00 |
| 314 | 12-09 | $108.33 |
| 315 | 12-09 | $5,700.00 |
| 316 | 12-17 | $1,862.50 |
| 317 | 12-11 | $2,400.00 |
| 320* | 12-10 | $4,828.92 |
| 321 | 12-09 | $42,035.00 |
| 322 | 12-16 | $1,147.00 |
| 323 | 12-16 | $323.75 |
| 324 | 12-16 | $149.04 |
| 325 | 12-16 | $124.28 |
| 326 | 12-11 | $110.85 |
| 327 | 12-26 | $1,208.00 |
| 329* | 12-23 | $1,050.00 |
| 330 | 12-26 | $2,400.00 |
| 331 | 12-24 | $1,480.00 |
| 332 | 12-23 | $2,044.00 |
| 333 | 12-23 | $5,925.00 |
| 334 | 12-23 | $171.17 |
| 335 | 12-31 | $190.68 |

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 12-02 | WIRE TO MLDC 1 LLC | $58,513.86 |
| 12-02 | WIRE TO RANDY MICHELSON | $25,000.00 |
| 12-09 | WIRE TO MLDC 1 LLC | $46,777.14 |
| 12-13 | WIRE TO MLDC 1 LLC | $36,629.92 |
| 12-20 | WIRE TO MLDC 1 LLC | $34,723.80 |
| 12-26 | WIRE TO MLDC 1 LLC | $36,724.59 |
| 12-27 | WA DEPT REVENUE TAX PYMT 191226 CCD | $4,482.50 |

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 12-04 | REMOTE DEPOSIT REF#0100019 | $9,000.00 |
| 12-05 | WIRE FROM COINME INC | $64,180.62 |
| 12-12 | WIRE FROM COINME INC | $65,165.42 |
| 12-17 | REMOTE DEPOSIT REF#0100020 | $18,578.70 |
| 12-19 | WIRE FROM COINME INC | $62,028.29 |
| 12-26 | WIRE FROM COINME INC | $61,207.07 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-02 | $116,670.15 | 12-03 | $114,270.15 | 12-04 | $114,139.30 |
| 12-05 | $178,319.92 | 12-06 | $178,195.64 | 12-09 | $81,284.29 |
| 12-10 | $76,455.37 | 12-11 | $73,944.52 | 12-12 | $127,509.94 |
| 12-13 | $90,880.02 | 12-16 | $89,135.95 | 12-17 | $105,852.15 |
| 12-19 | $167,880.44 | 12-20 | $133,156.64 | 12-23 | $123,966.47 |
| 12-24 | $122,486.47 | 12-26 | $143,360.95 | 12-27 | $138,878.45 |
| 12-31 | $136,875.27 | | | | |

EXHIBIT 4

**Executive Summary**: For the calendar month of December 2019, the Moses Lake Data Center (MLDC) generated gross revenues of $206,919 which represented a 12.3% decrease in revenue from November 2019 of $235,89.

TNT generated $78,106, a 9.6% decrease in revenue from November's $86,416 in revenue.

The total gross revenue generated combined for both sites for October was $285,025.0, down 11.6% from November's number of $322,305.

The reduction in revenue month on month is largely due to the expected increasing difficulty in mining Bitcoin, coupled with the reduction in sales prices, and the unwelcome return of difficulty increases in Litecoin as well as the continuing drop in Litecoin prices.

**S9 Machine Mining (primarily Bitcoin)**: Revenues for S9s decreased primarily due to a drop in Bitcoin prices in December. In November, the average daily sell price for a Bitcoin was $8331/BTC. December's average daily sales price plummeted to $7195/BTC. While we enjoyed a 14-day period where difficulty decreased, it once again started to rise again on December 20th.



**L3+ Machine Mining (primarily Litecoin)**: Revenues from these machines decreased from November due primarily to the significant price drop in Litecoin. In December, the average daily sales price of a Litecoin was $136.35/LTC, down from November's daily sales price of $172.28/LTC. While LTC difficulty continue to drop through December 19 as projected, we experienced three unexpected increases in difficulty at the same time as price was dropping starting December 20th. We may have experienced

the "bottom" of Litecoin mining difficulty and now be susceptible to the same issue we have been experiencing with Bitcoin where new technology is being deployed, driving up difficulty while price is dropping.



**GPU Mining (primarily Ethereum):**

Revenue for Ethereum mining dropped in December almost exclusively due to price. In December, the average sales price per Ethereum (ETH) was $136.44. That same coin in November had an average sales price $171.88. Difficulty dropped slightly month on month, but we did experience about a six-day period where difficulty increased then dropped back to normal as reflected in the chart below.



In summary, prices continue to fall for all currencies from the highs in July and we have no reliable market indicators that prices for BTC, LTC or ETH will increase significantly in 2020. Assuming the case that market prices are stable, we can assume that mining rewards from the S9 machines (BTC) will continue to decrease due to increasing difficulty and new technology being deployed by competitors. We still have good margins on a per machine basis so it's profitable to continue operating these S9 machines if we look solely at the net margin after the cost of power. Reversing the trend of increasing revenues from mining LTC, we should expect the L3+ machines (mining Litecoin) will now begin to decrease from increasing difficulty. Finally, our GPU mining machines (mining Ethereum), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment going into 2020 as long as difficulty continue to grow at the sub 1% level or stays at a flat rate.