The Honorable Frederick P. Corbit
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | In Chapter 11 Proceeding |
|---|---|
| GIGA WATT, INC., | Case No. 18-03197-FPC11 |
| Debtor. | **NOTICE OF APPEARANCE** |

TO: Clerk of the Court;

AND TO: Giga Watt, Inc., Debtor;

AND TO: All other parties of interest

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Adam C. Doupé hereby appears in the above-entitled matter for creditor Allrise Financial Group without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process. All further pleadings and papers, except original process, shall hereafter be served upon the undersigned.

NOTICE OF APPEARANCE - 1

1189538.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

DATED this 24th day of January, 2020.

RYAN, SWANSON & CLEVELAND, PLLC

By /s/ *Adam C. Doupé*
Joe Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for creditor Allrise Financial Group*

## CERTIFICATE OF SERVICE

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On January 24, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this day 24th day of January, 2020.

/s/ *Patricia Herzog*
Patricia Herzog

NOTICE OF APPEARANCE - 2

2074993.01



18-03197-FPC7    Doc 455    Filed 01/24/20    Entered 01/24/20 14:51:30    Pg 2 of 2