IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | In Chapter 11 Proceeding |
| GIGA WATT, INC., | Case No. 18-03197-FPC11 |
| Debtor. | **PROOF OF SERVICE** |

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On January 24, 2020, I electronically filed the following documents and this Proof of Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who are registered ECF participants.

1. Notice and Motion to Limit Notice of Allrise Financial Group's Application for Allowance and Payment of Administrative Expense Claim and Motion to Compel Trustee to Abandon Allrise Mining Pod;

2. Proposed Order Granting Motion to Limit Notice of Allrise Financial Group's Application for Allowance and Payment of

RS Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

2053288.01

1
2          Administrative Expense Claim and Motion to Compel Trustee to
           Abandon Allrise Mining Pod.

3          Also on January 24, 2020, I caused the above-referenced documents and
4   this Proof of Service to be mailed, first-class mail, postage pre-paid, to all
5   parties at the addresses listed on the mailing matrix attached hereto as **Exhibit**
6   **A**.

7          I declare under penalty of perjury under the laws of the United States that
8   the foregoing is true and correct.

9          DATED this day 24th of January, 2020.

10
11                              */s/ Patricia Herzog*
                                Patricia Herzog
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROOF OF SERVICE- 2

2053288.01

RS  Ryan, Swanson & Cleveland, PLLC
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101-3034
    206.464.4224 | Fax 206.583.0359

# EXHIBIT A

| | |
|---|---|
| Amphenol Custom Cable<br>3221 Cherry Palm Dr.<br>Tampa, FL 33619 | NC Machinery<br>PO Box 58201<br>Tukwila, WA  98138 |
| Belyea Company<br>2200 Northwood Ave.<br>Easton, PA  18045 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA  98837 |
| Brent Woodward, Inc.<br>14103 Stewart Rd.<br>Sumner, WA  98390 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA  90074 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA  94139 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA  98225 |
| Consolidated Electric Dist. Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland LLO<br>PO Box 23414<br>Tigard, OR 97281-3414 | Raritan, Inc.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 |
| Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 00873 |
| Cryptonomos PTE Ltd<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore 179803 | Gigawatt PTE Ltd.<br>The Adelphi #08-07<br>Singapore 179803 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA  98813 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA  98801 |

| | |
|---|---|
| FedEx Corporate Services Inc.<br>As Assignee of FedEx<br>Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816 |
| Gigawatt PTE Ltd<br>Attn: Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Talos Construction, LLC<br>C/o Foster Pepper PLLC<br>Attn: Todd Reuter<br>618 W. Riverside Ave., Suite 300<br>Spokane, WA 99201-5102 |
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101 |
| Lighthouse (formerly Discovia)<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Customs and Border Protection<br>Attn: Revenue Div., Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278-2010 | Wilson Sonsini<br>Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304 |