Honorable Frederick P. Corbit
Chapter 11
Response Date: February 17, 2020

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>Debtor. | In Chapter 11 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**NOTICE OF FILING OF APPLICATION OF ALLRISE FINANCIAL GROUP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

PLEASE TAKE NOTICE that creditor Allrise IP Holding, Inc. ("Allrise") is filing an Application of Allrise Financial Group for Allowance and Payment of Administrative Expense Claim ("Application") in this Chapter 11 Bankruptcy Case. Allrise seeks an order (i) granting it an allowed administrative expense priority claim in the total amount of one hundred sixty-five thousand and one hundred dollars ($165,100.00) for eleven (11) Antminer S9 Miners, one hundred and eighty-one (181) PandaMiners Plus, and one hundred and eighty-one (181)

NOTICE OF FILING OF APPLICATION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM- 1
2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 459-1    Filed 01/24/20    Entered 01/24/20 15:31:08    Pg 1 of 2

power supply units (collectively, the "Missing Miners") belonging to Allrise that remain in possession of Giga Watt, Inc. (the "Debtor"); and (ii) ordering the Debtor to pay to Allrise one hundred sixty-five thousand and one hundred dollars ($165,100.00) on account of such administrative expense priority claim.

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must serve a written response to the undersigned counsel at 1201 Third Avenue, Suite 3400, Seattle, WA 98101, and file the response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, WA 99201 on the response date which is February 17, 2020. The Court may enter an order and grant the Motion without an actual hearing or further notice unless a written objection is timely served and filed.

DATED this day 24th of January, 2020.

By /s/ *Adam C. Doupé*
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

NOTICE OF FILING OF APPLICATION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM- 2
2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 459-1    Filed 01/24/20    Entered 01/24/20 15:31:08    Pg 2 of 2