IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br>                Debtor. | In Chapter 11 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**ORDER GRANTING APPLICATION OF ALLRISE FINANCIAL GROUP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**<br><br>[PROPOSED] |

Upon the Application of Allrise Financial Group for Allowance and Payment of Administrative Expense Claim ( the "Application") (Dkt. \_\_\_\_) filed by Allrise IP Holding, Inc. ("Allrise"), by and through its undersigned counsel, in the above-captioned bankruptcy case, requesting entry of an Order

ORDER GRANTING APPLICATION OF ALLRISE
FINANCIAL GROUP FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM- 1

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1189538.01

18-03197-FPC7    Doc 459-2    Filed 01/24/20    Entered 01/24/20 15:31:08    Pg 1 of 4

(i) granting it an allowed administrative expense priority claim in the total amount of one hundred sixty-five thousand and one hundred dollars ($165,100.00) for eleven (11) Antminer S9 Miners, one hundred and eighty-one (181) PandaMiners Plus, and one hundred and eighty-one (181) power supply units (collectively, the "Missing Miners") belonging to Allrise that remain in possession of Giga Watt, Inc. (the "Debtor"); and (ii) ordering the Debtor to pay to Allrise one hundred sixty-five thousand and one hundred dollars ($165,100.00) on account of such administrative expense priority claim, the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1344; and the consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper notice of the Application having been provided to all necessary and appropriate parties; and for good and sufficient cause shown; it is hereby ORDERED that:

1. The Application is GRANTED on the terms set forth in this Order.

2. Allrise shall have an allowed administrative expense claim in the total amount of one hundred sixty-five thousand and one hundred dollars ($165,100.00), which claim is hereby allowed on a final basis as an

ORDER GRANTING APPLICATION OF ALLRISE
FINANCIAL GROUP FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

2053108.01

18-03197-FPC7    Doc 459-2    Filed 01/24/20    Entered 01/24/20 15:31:08    Pg 2 of 4

administrative expense claim entitled to priority under section of the Bankruptcy Code and which claim shall not be subject to further objection by the Debtor and/or any other party in interest.

3. With respect to payment of the administrative expense claim allowed herein, the Debtor shall pay such allowed administrative expense claim in full pursuant to any plan of the Debtor confirmed by a final order of the Bankruptcy Court and/or pursuant to any other final order of the Bankruptcy Court in the total amount of one hundred sixty-five thousand and one hundred dollars ($165,100.00).

4. Nothing herein waives or extinguishes any right of Allrise to have any other claims not specifically addressed herein allowed and paid in accordance with the terms of the Bankruptcy Code and/or the Bankruptcy Court's Orders, and all the Debtor's and Allrise's rights, defenses, and claims are reserved in their entirety.

5. Any applicable stay of this Order is hereby waived.

///

///

///

ORDER GRANTING APPLICATION OF ALLRISE
FINANCIAL GROUP FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM - 3


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

2053108.01

18-03197-FPC7    Doc 459-2    Filed 01/24/20    Entered 01/24/20 15:31:08    Pg 3 of 4

6. This Court retains jurisdiction to hear and determine all matters arriving form or related to the implementation or interpretation of this Order.

/// END OF ORDER///

Presented By:

RYAN, SWANSON & CLEVELAND, PLLC


By _____
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

