IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>            Debtor. | In Chapter 11 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**ORDER GRANTING MOTION TO COMPEL THE TRUSTEE TO ABANDON ALLRISE MINING POD**<br><br>[PROPOSED] |

On February ___, 2020, creditor Allrise IP Holding, Inc.'s Motion to Compel the Trustee to Abandon Allrise Mining Farm came on for hearing. Upon review of the pleadings related to this Motion, after consideration of the

ORDER GRANTING MOTION TO COMPEL THE
TRUSTEE TO ABANDON ALLRISE MINING POD - 1
2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 461-1    Filed 01/24/20    Entered 01/24/20 15:36:49    Pg 1 of 2

evidence, if any, offered at the hearing and pursuant to the provisions of § 554(b), Good Cause appearing

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the Trustee is compelled to abandon the "Mining Farm" described in the Development Agreement attached as Exhibit "A" to the Declaration of Ross Miller. The "Mining Farm" consists of one structure located at 7906 Randolph Road, Moses Lake, Washington 98837, with the aggregate capacity of 1.25 MW and useful capacity of 1.2 MW connected to the power line of Grant County PUD. The Court finds that Allrise owns the Mining Farm, and Debtor Giga Watt, Inc. has no ownership interest.

///END OF ORDER///

Presented By:

RYAN, SWANSON & CLEVELAND, PLLC

By /s/ *Adam C. Doupé*
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

ORDER GRANTING MOTION TO COMPEL THE
TRUSTEE TO ABANDON ALLRISE MINING POD - 2
2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 461-1    Filed 01/24/20    Entered 01/24/20 15:36:49    Pg 2 of 2