Honorable Frederick P. Corbit
Chapter 11
Response Date: February 17, 2020

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>　　　　　Debtor. | In Chapter 11 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**PROOF OF SERVICE** |

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On January 24, 2020, I electronically filed the following documents and this Proof of Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who are registered ECF participants.

1. Notice and Motion to Compel the Trustee to Abandon Allrise Mining Pod;

2. Declaration of Ross Miller in Support of Motion to Compel the Trustee to Abandon Allrise Mining Pod; and

3. Proposed Order Granting Motion to Compel Trustee to Abandon Allrise Mining Pod.

PROOF OF SERVICE- 1

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

2053288.01

Also on January 24, 2020, I caused the above-referenced documents and this Proof of Service to be mailed, first-class mail, postage pre-paid, to all parties at the addresses listed on the mailing matrix attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this day 24th of January, 2020.

*/s/ Patricia Herzog*
Patricia Herzog

PROOF OF SERVICE- 2

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 463    Filed 01/24/20    Entered 01/24/20 15:40:08    Pg 2 of 4

# EXHIBIT A

| | |
|---|---|
| Amphenol Custom Cable<br>3221 Cherry Palm Dr.<br>Tampa, FL 33619 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138 |
| Belyea Company<br>2200 Northwood Ave.<br>Easton, PA 18045 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837 |
| Brent Woodward, Inc.<br>14103 Stewart Rd.<br>Sumner, WA 98390 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA 94139 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225 |
| Consolidated Electric Dist. Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland LLO<br>PO Box 23414<br>Tigard, OR 97281-3414 | Raritan, Inc.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 |
| Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 00873 |
| Cryptonomos PTE Ltd<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore 179803 | Gigawatt PTE Ltd.<br>The Adelphi #08-07<br>Singapore 179803 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801 |

| | |
|---|---|
| FedEx Corporate Services Inc.<br>As Assignee of FedEx Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816 |
| Gigawatt PTE Ltd<br>Attn: Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Talos Construction, LLC<br>C/o Foster Pepper PLLC<br>Attn: Todd Reuter<br>618 W. Riverside Ave., Suite 300<br>Spokane, WA 99201-5102 |
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101 |
| Lighthouse (formerly Discovia)<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Customs and Border Protection<br>Attn: Revenue Div., Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278-2010 | Wilson Sonsini<br>Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304 |