# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

JAN 27'20AM 8:27 USBCEW

Debtor(s) Name __GIGA WATT INC__ Case Number __18-03197__

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both __X__

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| JOHN GUILLE | JOHN GUILLE |
| (Name) | (Name) |
| 514 AMERICAS WAY #7134 | 690 COVINGTON DR NW |
| (Address) | (Address) |
| BOX ELDER, SD 57719-7600 | CALABASH NC 28467 |
| (City)  (State)  (Zip) | (City)  (State)  (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
Signature

1-20-2020
Date

ADDRESS CHANGE FORM - 1