LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** Jung H. Cho          **Case Number** 18-03197

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Jung H. Cho | Jung H. Cho |
| (Name) | (Name) |
| 239 E.Columbia Ave. Unit B | 320A 7th St. |
| (Address) | (Address) |
| Palisades Park      NJ      07650 | Palisades Park      NJ      07650 |
| (City)      (State)   (Zip) | (City)      (State)   (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
**Signature**

Jan.23.2020
_____
**Date**

ADDRESS CHANGE FORM - 1