UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

　　　　Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 330 OR § 331

This matter having come before the Court on the First and Final Application of DBS Law dated November 13, 2019, docket No. 413, notice docket No. 415, and certificate of service docket No. 416, for an order allowing compensation for services rendered and reimbursement of expenses in the above

ORDER AWARDING COMPENSATION - PAGE 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205　Seattle, WA 98125
p: 206.489.3802　|　f: 206.973.8737

entitled case; and the Court having heard oral argument and being fully advised in the premises;

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC § 330 or § 331 to the above-named applicant:

Compensation in the amount of $84,954.00
Reimbursement in the amount of $2,127.95
**TOTAL: $87,081.95**

FURTHER, the allowed claim of DBS Law set forth above, shall only be paid upon further order of the Court, which order will provide for payment pro rata with other administrative claims pursuant to section 503(b)(2) of the Bankruptcy Code.

/// END OF ORDER ////

Presented By:

DBS | Law

*/s/ Dominique R. Scalia*
Dominique R. Scalia, WSBA #47313
*Attorney for DBS Law*

ORDER AWARDING COMPENSATION - PAGE 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

18-03197-FPC7    Doc 466    Filed 01/29/20    Entered 01/29/20 09:30:02    Pg 2 of 3

Approved as to Form:

GREGORY M. GARVIN
Acting United States Trustee

_/s/ James D. Perkins_
JAMES D. PERKINS
*Attorney for the United States Trustee*


POTOMAC LAW GROUP

_/s/ Pamela M. Egan_
Pamela M. Egan, WSBA #54736
*Attorney for Mark D. Waldron, Chapter 11 Trustee*


SALISH SEA LEGAL PLLC

_/s/ Benjamin Ellison_
Benjamin Ellison, WSBA #48315
*Attorney for Official Unsecured Creditors Committee*

ORDER AWARDING COMPENSATION - PAGE 3

DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

18-03197-FPC7    Doc 466    Filed 01/29/20    Entered 01/29/20 09:30:02    Pg 3 of 3