William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>        Debtor. | Case No. 18-03197-FPC11<br><br>MOTION AND NOTICE TO LIMIT NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) |

      Comes now creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port"), former landlord of Debtor herein, by and through its attorney, William L. Hames of Hames, Anderson, Whitlow, & O'Leary P.S., and hereby requests the court's authorization to limit notice of its County's Motion for Relief from Stay and Abandonment of Property the Estate filed simultaneously herewith. The Port seeks to limit notice to the following:

MOTION AND NOTICE TO LIMIT NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 470    Filed 01/29/20    Entered 01/29/20 14:10:31    Pg 1 of 5

a) Chapter 11 Trustee

b) the US Trustee's office,

c) the unsecured creditor's committee,

d) All parties receiving ECF notice and

e) the 20 largest creditors as designated on the Debtor's schedules

The Chapter 11 Trustee and the unsecured Creditors' Committee are both represented by counsel. The Port submits that limiting notice will not prejudice any creditor. Further, the costs of serving all creditors in this case would be prohibitive.

LBR 2002-1 permits less inclusive notice to be given "if not prohibited by the Code or Rules, and specifically allowed by the Court…" LBR 2002-1(b)(1)(B). The Port is not aware of any specific prohibitions against the court entering an order permitting limitation of notice as requested herein and submits that good cause exists for so doing.

**NOTICE**

**IF YOU OBJECT TO THE RELIEF REQUESTED ABOVE, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE ABOVE-ENTITLED COURT AND REQUEST A HEARING AT P.O. BOX 2164, W. 904 RIVERSIDE, ROOM 321, SPOKANE, WASHINGTON 99210, ON OR BEFORE 24 DAYS (21 DAYS PLUS 3 DAYS FOR MAILING) FROM THE DATE OF THIS NOTICE AND SERVE A COPY ON THE UNDERSIGNED AT 601 W. KENNEWICK AVENUE, PO. BOX 5498, KENNEWICK, WASHINGTON 99336; MARK WALDRON, CHAPTER 11 TRUSTEE, AT 6711 REGENTS BOULEVARD WEST, SUITE B, TACOMA, WA 98466; AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, NORTH 221 WALL STREET #538, SPOKANE, WA 99201.**

/ / /

MOTION AND NOTICE TO LIMIT NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 470    Filed 01/29/20    Entered 01/29/20 14:10:31    Pg 2 of 5

**SHOULD YOU FAIL TO OBJECT AS SET FORTH ABOVE, PLEASE FURTHER BE ADVISED THAT THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

DATED this 29th day of January 2020.

          HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County

By:    /s/ William L. Hames
      WILLIAM L. HAMES, WSBA #12193

---

MOTION AND NOTICE TO LIMIT NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

**\*\* PROPOSED FORM OF ORDER \*\***

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>          Debtor. | Case No. 18-03197-FPC11<br><br>ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATEAND WAIVER OF FRBP 4001(a)(3) |

This matter having come before the above-entitled court on creditor Port of Douglas County's Motion to Limit Notice of the Port of Douglas County's Motion for Relief from Stay and Abandonment of Property the Estate, and the court finding that good cause exists to grant the relief requested, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Port's motion is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notice of the Port of Douglas County's Motion for Relief from Stay and Abandonment of Property the Estate may be limited to:

    a)    Chapter 11 Trustee;

    b)    Office of the US Trustee;

ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 470    Filed 01/29/20    Entered 01/29/20 14:10:31    Pg 4 of 5

     c)   The Unsecured Creditor's Committee;

     d)   All parties receiving ECF notice; and,

     e)   20 largest creditors as listed on Debtor's schedules.

/ / / END OF ORDER / / /

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County

By: _____
    WILLIAM L. HAMES, WSBA #12193

ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 470    Filed 01/29/20    Entered 01/29/20 14:10:31    Pg 5 of 5