# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 1/30/2020
Case: 18–03197–FPC11     Form ID: pdf002     Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | benaellison@gmail.com |
| aty | Benjamin J McDonnell | ben@pyklawyers.com |
| aty | David A Kazemba | dkazemba@overcastlaw.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Kathryn R McKinley | kathryn.mckinley@painehamblen.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |

TOTAL: 7