Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT AND GENERAL RELEASE OF CLAIMS (CARLSON ADVERSARY)** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"), hereby moves (the "Motion") the Court pursuant to 11 U.S.C. § 363, Fed. R Bankr. Proc. 9019 and LBR 9019-1 for an Order, as proposed in **Exhibit A** attached hereto, approving that certain *Agreement and General Release of Claims* (the "Agreement").

This Motion is supported by the *Memorandum of Points and Authorities in Support of the Chapter 11 Trustee's Motion for Order Approving Agreement and General Release of Claims (Carlson Adversary)* ("**Memorandum**") and the

Chapter 11 Trustee's Motion
for Order Approving Carlson Agreement, etc. - Page 1

*Declaration of Mark D. Waldron in Support of the Chapter 11 Trustee's Motion for Order Approving Agreement and General Release of Claims (Carlson Adversary)*, filed herewith.

Pursuant to the Motion, the Trustee requests approval of that certain *Agreement and General Release of Claims* (the "**Agreement**"), between, on the one hand, Mark D. Waldron, in his capacity as the Chapter 11 Trustee (the "**Trustee**") acting on behalf of and representing the estate (the "**Estate**") in the above-captioned bankruptcy case and, on the other hand, (1) David M. Carlson, (2) Dorrinda M. Carlson, (3) Enterprise Focus, Inc., a Washington corporation, and (4) Clever Capital, LLC, a Washington limited liability company (collectively, "**Carlson**"). Carlson and the Trustee are referred to herein collectively, as the "**Litigation Parties**," subject to this Court's approval.

In addition, Terrain Holdings, LLC and the landlords and related parties with respect to the Debtor's crypto-mining facility located at 474 Highline Drive, East Wenatchee, Washington have entered into certain provisions of the Agreement, subject to Court approval. A copy of the Agreement is attached hereto as **Exhibit B**.

As set forth in the Memorandum filed herewith, the Agreement provides that the parties will grant each other a general release, the estate will receive a condominium that the Trustee will market and sell, Carlson and/or his affiliates will assign to the estate any leasehold interests in the Debtor's facility at 474 Highline Drive, East Wenatchee, Washington (the "TNT Facility") and the Trustee's deadline to assume or assign the leases associated with the TNT Facility

Chapter 11 Trustee's Motion
for Order Approving Carlson Agreement, etc. - Page 2

is set at 120 days after the Agreement becomes effective. The Trustee has ordered a title report through Frontier Title and Escrow. The title report determines conclusively that the condominium is free and clear of any mortgages, loans, or other encumbrances. The Trustee intends to hire a broker and sell the condominium for the benefit of the Estate.

The Agreement becomes effective on the date that the Court enters an Order approving the Agreement. All obligations are conditioned on approval of the Court.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;
2. Approving the Agreement;
3. Authorizing the Trustee to enter into and perform pursuant to the terms of the Agreement; and,
4. Granting such other and further relief as the Court deems necessary and just.

Dated: February 3, 2020  POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*
4844-2530-5011, v. 2

Chapter 11 Trustee's Motion
for Order Approving Carlson Agreement, etc. - Page 3