# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AND GENERAL RELEASE OF CLAIMS (CARLSON ADVERSARY)** |

This matter came before this Court on the *Chapter 11 Trustee's Motion for Order Approving Agreement and General Release of Claims (Carlson Adversary)* (the "Motion")[1] filed by Mark D. Waldron, in his capacity as the duly-appointed Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case of Giga Watt Inc.

---

[1] Unless otherwise defined herein, capitalized terms used in this Order have the meanings ascribed to them in the Motion or the Memorandum of Points and Authorities filed in support thereof.

Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement and General Release of Claims (Carlson Adversary) - Page 1

The Court having reviewed the Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Mark D. Waldron in Support of the Motion, the Agreement (as defined in the Motion) and the Court finding that (1) the settlement as set forth in the Agreement is fair, reasonable and adequate, (2) good cause exists to approve the Motion, (3) the decision to enter into the Agreement is supported by sound business reasons and is a proper exercise of the Trustee's business judgment, and (4) notice of the Motion and hearing were sufficient, proper and adequate;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED in its entirety.
2. The Agreement and the settlement contained therein are approved;
3. The Trustee is authorized to enter into the Agreement, substantially in the form attached as <u>Exhibit B</u> to the Motion.

/// END OF ORDER ///

Presented by:

POTOMAC LAW GROUP PLLC

 */s/ Pamela M. Egan*
Pamela M. Egan (WSBA 54736)
1905 7TH Avenue W
Seattle, WA 98119
Tel.: 415-297-0132
E: pegan@potomaclaw.com

Of attorneys for Mark Waldron in his capacity as the duly-appointed Chapter 11 Trustee
4825-6382-0723, v. 1

Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement and General Release of Claims (Carlson Adversary) - Page 2