1  Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
   POTOMAC LAW GROUP PLLC
   1905 7th Avenue West
2  Seattle, Washington 98119
   Telephone: (415) 297-0132
3  Email: pegan@potomaclaw.com

4  *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

5

6

7              **UNITED STATES BANKRUPTCY COURT**
                **EASTERN DISTRICT OF WASHINGTON**
8

9  In re:                                  Case No. 18-03197 FPC 11

10 GIGA WATT, Inc., a Washington           The Honorable Frederick P. Corbit
   corporation,

11                                         **NOTICE OF AND OPPORTUNITY**
                Debtor.                    **FOR HEARING ON CHAPTER 11**
12                                         **TRUSTEE'S MOTION FOR ORDER**
                                           **APPROVING SETTLEMENT AND**
13                                         **GENERAL RELEASE OF CLAIMS**
                                           **(CARLSON ADVERSARY)**
14

15      **PLEASE TAKE NOTICE THAT** the Mark D. Waldron, in his capacity as

16 the duly appointed Chapter 11 Trustee in the above-captioned case, has filed a

17 motion to approve a settlement with David M. Carlson and his affiliates pursuant

18 to which the parties will grant each other a general release, the estate will receive

19 a condominium that the Trustee will market and sell, Carlson and/or his affiliates

20 will assign to the estate any leasehold interests in the Debtor's facility at 474

21 Highline Drive, East Wenatchee, Washington (the "TNT Facility") and the

22 Trustee's deadline to assume or assign the leases associated with the TNT Facility

23

24 NOTICE OF MOTION TO APPROVE SETTLEMENT -- Page 1

25

1   has been set as 120 days after the Agreement becomes effective. The Agreement

2   becomes effective on the date that the Court enters an Order approving the

3   Agreement. All obligations are conditioned on approval of the Court.

4           **PLEASE TAKE FURTHER NOTICE THAT** the motion and the

5   supporting memorandum and declaration are located on the Court's docket and

6   may be obtained from the Court clerk.

7           **PLEASE TAKE FURTHER NOTICE** that any objection to the relief

8   requested in the Motion must be served on undersigned counsel and filed with the

9   Court within twenty-four (24) days of the Date of Service set forth below. The

10   Motion may be granted without further notice unless a written objection is timely

11   served on undersigned counsel and timely filed with the Court.

12   **DATE OF SERVICE: February 3, 2020**

13   Dated: February 3, 2020          POTOMAC LAW GROUP

14

15                        By:      */s/ Pamela M. Egan*
                                  Pamela M. Egan (WSBA No. 54736)

16                                 *Attorneys for Mark D. Waldron, Chapter 11 Trustee*
17                                 4832-4873-7203, v. 1

18

19

20

21

22

23

24   NOTICE OF MOTION TO APPROVE SETTLEMENT -- Page 2

25