William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:                                              ) Case No. 18-03197-FPC11
                                                    )
GIGA WATT INC,,                                     ) CERTIFICATION OF SERVICE
                                                    )
          Debtor.                                   )

I, Mecqué M. Hess, am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County. I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration:

On February 11, 2020, I filed Creditor Chelan Douglas Regional Port Authority, formerly Port of Douglas County's *Amended Motion for Relief from Automatic Stay; Abandonment of Property of The Estate and Waiver Of FRBP 4001(a)(3) and Notice Thereof With Notice Information* and this *Certification of Service* and served true and correct copies thereof of by email via PACER to:

US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

Gary W. Dyer on behalf of U.S. Trustee: Gary.W.Dyer@usdoj.gov

James D. Perkins on behalf of U.S. Trustee: james.perkins@usdoj.gov

Dominique R. Scalia: dscalia@lawdbs.com, paralegal@lawdbs.com

Mark Waldron: trustee@mwaldronlaw.com, mark@mwaldronlaw.com

Pamela Marie Egan: pegan@potomaclaw.com

Quentin D. Batjer: pam@dadkp.com, quentin@dadkp.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

Shauna S. Brennan: sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H. Castro: rcastro@rcastrolaw.com, castro.ava@gmail.com

Adam C. Doupe: doupe@ryanlaw.com

Benjamin A. Ellison: benaellison@gmail.com

Scott B Henrie: SHenrie@williamskastner.com, DLevitin@williamskastner.com

Douglas A. Hofmann: dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog: ghoog@pcslegal.com, danderson@pcslegal.com

David A. Kazemba: dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, kazembadr92395@notify.bestcase.com

John Knox: jknox@williamskastner.com, rnelson@williamskastner.com

David R. Law: david@dadkp.com, amy@dadkp.com

Angie Lee: bculee@atg.wa.gov

Benjamin J. McDonnell: ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R. McKinley: kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D. Pharris: pharris@lasher.com, luksetich@lasher.com

Jason T. Piskel: jtp@pyklawyers.com

Christopher F. Ries: diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins: vprollins@gmail.com

Joseph A.G. Sakay: sakay@ryanlaw.com, docketing@ryanlaw.com

Brian A. Walker: bwalker@omwlaw.com, kreynolds@omwlaw.com

Scott Weaver: weaver@carneylaw.com, fuhrmann@carneylaw.com

and to all parties at the addresses listed on the mailing matrix attached hereto by depositing true and correct copies at the United States Post Office in Kennewick,

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 479    Filed 02/11/20    Entered 02/11/20 13:40:06    Pg 2 of 5

1 | Washington on February 11, 2020, properly addressed and sealed, with sufficient postage thereon to carry it through the mails.

3 |     I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

4 |     DATED this 11th day of February 2020.

                                      /s/ Mecqué M. Hess
                                      Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 479    Filed 02/11/20    Entered 02/11/20 13:40:06    Pg 3 of 5

MAILING MATRIX

| | |
|---|---|
| Amphenol Custom Cable<br>3221 Cherry Palm Drive<br>Tampa, FL 33619 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138 |
| Belyea Company<br>2200 Northwood Avenue<br>Easton, PA 18045 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837 |
| Brent Woodward, Inc.<br>14103 Steward Road<br>Sumner, WA 98390 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA 94139 | Pacific Security<br>2009 Iron Street<br>Bellingham, WA 98225 |
| Consolidated Electric Dist. Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland, LLO<br>PO Box 23414<br>Tigard, OR 97281-3414 | Raritan, Inc.<br>c/o Drinker, Biddle & Reath, LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 |
| Cryptonomos PTE, Ltd.<br>1 Magazine Road, #04-11<br>Central Mall<br>Singapore 059567 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 00873 |
| Cryptonomos PTE, Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore179803 | Gigwatt PTE, Ltd.<br>The Adelphi #08-07<br>Singapore 179803 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813 | Schmitt Electric<br>1114 Walla Walla Avenue<br>Wenatchee, WA 98801 |

| | |
|---|---|
| FedEx Corporate Services, Inc.<br>As Assignee of FedEx Express/Ground/Freight<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816 |
| Gigwatt PTE, Ltd.<br>Attn: Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore 059567 | Talos Construction, LLC<br>c/o Foster Pepper, PLLC<br>Attn: Todd Reuter<br>618 W. Riverside Avenue, Ste. 300<br>Spokane, WA 99201-5102 |
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101 |
| Lighthouse (formerly Discovia)<br>250 Montgomery Street, Ste. 300<br>San Francisco, CA 94104 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Customs and Border Protection<br>Attn: Revenue Div., Bankruptcy Team<br>6650 Telecom Drive, Ste. 100<br>Indianapolis, IN 46278-2010 | Wilson Sonsini<br>Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 | |