MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor.

**Case No. 18-03197-FPC11**

**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR JANUARY 2020**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of January 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for January 2020 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for January 2020 (Exhibit 4), incorporated herein by reference.

1. Moses Lake Facility. The Estate continues to operate the Moses Lake facility. Mining revenues for January 2020 at Moses Lake were $258,390.02, with an


Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

additional $22,653.90 of revenue from subtenant Eco Diversified Holdings for its February 2020 rent ($9,000.00) and proportional obligation for the January 2020 utilities ($13,653.90). The utility payments are current and the Estate also paid a utility deposit bond renewal at the Moses Lake facility (for Parcel C). With regard to rent, the Estate paid $30,000.00 of the $61,000.00 rent due. As indicated in the Monthly Financial Report for December 2019, the Trustee is working with the landlord at the Moses Lake facility on rent deferrals while the Trustee is actively discussing sale of both the Moses Lake and TNT facilities with potential buyers and interested parties.

2. TNT Facility. The Estate continues to operate the TNT facility in East Wenatchee. Mining revenues at TNT for January 2020 were $93,166.48. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. In addition, the rent and utility payments are current at the TNT facility.

In October 2019, the Trustee sent written notice to the TNT landlord of Giga Watt's intention to exercise the lease renewal for Building C, with the new lease term commencing on December 1, 2019. The landlord and Trustee have been discussing the renewal rate and have agreed, subject to Court approval, that the lease rate for Building C should increase by $300.00 per month, effective February 1, 2020, and have annual increases of 2.5% for the renewing term of the lease, through November 2024. The Trustee believes this is reasonable and reflects market rent. The Trustee and landlord have executed an Amendment of Commercial Lease Agreement and Trustee will be filing a motion for Court approval.

3. Employment of Professionals. Each of the individuals working for Giga Watt executed Independent Contractor Agreements, which set forth that the Estate would not

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com



18-03197-FPC7 Doc 480 Filed 02/13/20 Entered 02/13/20 13:27:34 Pg 2 of 16

provide any benefits, pay any taxes, or provide any insurances. Effective for 2020 and in furtherance of those agreements, the Trustee requested that the Independent Contractor Agreements be with entities rather than individuals. In compliance therewith, each person provided to the Trustee a newly executed agreement with a Taxpayer Identification Number. This was done for the protection of the Bankruptcy Estate. The Ledger Report (Exhibit 1) reflects payments to these entities, each of which is owned by one of the Independent Contractors who have been working for the Estate since 2019. The workforce has not changed and there are no new individuals, the payments are now made to those individuals' entities, as follows:

| Entity | Owner |
|---|---|
| NCW Consulting LLC | Lauren Miehe |
| Cuttin Rugs LLC | Allen Oh |
| Blockchain Automation LLC | Douglas Pratt |
| A Harrison Consulting LLC | Austin Harrison |
| S Simpson Consulting LLC | Skyler Simpson |
| P Jaimes Consulting LLC | Porforio Jaimes |
| Aggle LLC | David Knowles |

4. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any post-petition tax obligations.

5 For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of January 2020 were **$316,334.42.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

MW
Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 12th day of February, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com



18-03197-FPC7 Doc 480 Filed 02/13/20 Entered 02/13/20 13:27:34 Pg 4 of 16

EXHIBIT 1

# Ledger Report



**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 01/01/20 - 01/31/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/20 | | Eco Diversified Holdings | January 2020 rent for Pod 8 of Parcel E pods, Moses Lake facility | 4002-00 | 9,000.00 | | 83,764.30 |
| 01/02/20 | | Moses Lake ($44,464.74) and TNT ($17,110.36) facilities | Mining operations | 4001-000 | 61,575.10 | | 145,339.40 |
| 01/02/20 | 344 | U.S. Trustee | Acct #802-18-03197, US Trustee fee for 4th Quarter 2019 | 6001-000 | | 4,875.00 | 140,464.40 |
| 01/02/20 | 345 | Insta Stor Inc. | Invoice #3386 (storage container rental through January 2020) | 6004-000 | | 134.88 | 140,329.52 |
| 01/03/20 | | MLDC I, LLC | 100% of Moses Lake revenue (through 1/2/19) | 6003-000 | | 44,464.74 | 95,864.78 |
| 01/06/20 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 25,000.00 | 70,864.78 |
| 01/09/20 | | Moses Lake ($47,825.81) and TNT ($17,729.13) facilities | Mining operations | 4001-000 | 65,554.94 | | 136,419.72 |
| 01/10/20 | 346 | Douglas County PUD | Account #735917, utilities for December 2019 (TNT facility) | 6010-000 | | 42,020.00 | 94,399.72 |
| 01/10/20 | 347 | Cascade Equipment Sales, LLC | Invoice #2180 (trailer rental for November and December 2019) | 6004-000 | | 2,000.00 | 92,399.72 |
| 01/10/20 | 348 | LocalTel | Account #61297, statement dated 12-27-19 (TNT facility) | 6010-000 | | 110.85 | 92,288.87 |
| 01/10/20 | 349 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1850152-2674-8 (TNT) | 6010-000 | | 124.28 | 92,164.59 |
| 01/10/20 | 350 | Mark D. Waldron | Partial payment of Trustee fees per Order entered 11-20-19 (Docket #422) | 6002-001 | | 5,000.00 | 87,164.59 |
| 01/10/20 | 351 | Mark D. Waldron | Reimbursement of costs advanced (11-9-19 through 12-5-19) | 6002-002 | | 328.66 | 86,835.93 |
| 01/10/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 1-9-20) | 6003-000 | | 36,825.87 | 50,010.06 |
| 01/13/20 | 352 | Cuttin Rugs LLC | Invoices #43 and #44 (Moses Lake, through | 6007-013 | | 4,364.48 | 45,645.58 |
| | | | | **Subtotals :** | **$136,130.04** | **$165,248.76** | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 01/01/20 - 01/31/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1-10-20) | | | | |
| 01/13/20 | 353 | NCW Consulting LLC | Invoice dated 1-12-20 (TNT through 1-10-20) | 6007-013 | | 4,425.00 | 41,220.58 |
| 01/13/20 | 354 | NCW Consulting LLC | Invoice dated 1-12-20 (Moses Lake through 1-10-20) | 6007-013 | | 525.00 | 40,695.58 |
| 01/13/20 | 355 | Blockchain Automation LLC | Invoice dated 12-31-19 (through 12-30-19) | 6007-013 | | 843.75 | 39,851.83 |
| 01/13/20 | 356 | Aggle LLC | Invoice dated 1-12-20 (TNT through 1-9-20) | 6007-013 | | 1,820.00 | 38,031.83 |
| 01/13/20 | 357 | P Jaimes Consulting LLC | Invoice dated 1-12-20 (Moses Lake through 1-10-20) | 6007-013 | | 1,535.50 | 36,496.33 |
| 01/13/20 | 358 | A Harrison Consulting LLC | Invoice dated 1-12-20 (Moses Lake through 1-10-20) | 6007-013 | | 2,400.00 | 34,096.33 |
| 01/13/20 | 359 | S Simpson Consulting LLC | Invoice dated 1-12-20 (Moses Lake through 1-11-20) | 6007-013 | | 2,000.00 | 32,096.33 |
| 01/14/20 | | Eco Diversified Holdings | Utilities for December 2019, Pod 8 of Parcel E pods, Moses Lake | 4099-000 | 13,653.90 | | 45,750.23 |
| 01/16/20 | | Moses Lake ($51,329.97) and TNT ($19,455.47) facilities | Mining operations | 4001-000 | 70,785.44 | | 116,535.67 |
| 01/21/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 1-16-20) | 6003-000 | | 39,524.08 | 77,011.59 |
| 01/23/20 | | Moses Lake ($58,309.80) and TNT ($19,242.73) facilities | Mining operations | 4001-000 | 77,552.53 | | 154,564.12 |
| 01/24/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 1-23-20) | 6003-000 | | 44,898.55 | 109,665.57 |
| 01/27/20 | 360 | Cuttin Rugs LLC | Invoices #45 and #46 (Moses Lake through 1-4-20) | 6007-013 | | 6,000.00 | 103,665.57 |
| 01/27/20 | 361 | NCW Consulting LLC | Invoice dated 1-26-20 (TNT through 1-25-20) Voided on 01/27/20 | 6007-013 | | 5,137.50 | 98,528.07 |
| 01/27/20 | 361 | NCW Consulting LLC | Invoice dated 1-26-20 (TNT through 1-25-20) Voided: check issued on 01/27/20 | 6007-013 | | -5,137.50 | 103,665.57 |
| | | | **Subtotals :** | | **$161,991.87** | **$103,971.88** | |

{} Asset reference(s)

# Ledger Report



**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 01/01/20 - 01/31/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/20 | 362 | Aggle LLC | Invoice dated 1-26-20 (TNT through 1-24-20) | 6007-013 | | 2,240.00 | 101,425.57 |
| 01/27/20 | 363 | P Jaimes Consulting LLC | Invoice dated 1-26-20 (Moses Lake through 1-25-20) | 6007-013 | | 1,581.75 | 99,843.82 |
| 01/27/20 | 364 | S Simpson Consulting LLC | Invoice dated 1-26-20 (Moses Lake through 1-24-20) | 6007-013 | | 2,000.00 | 97,843.82 |
| 01/27/20 | 365 | A Harrison Consulting LLC | Invoice dated 1-26-20 (Moses Lake through 1-24-20) | 6007-013 | | 2,400.00 | 95,443.82 |
| 01/27/20 | 366 | TNT Business Complexes, LLC | Lease payment for February 2020 (TNT facility)<br>Voided on 01/27/20 | 6003-000 | | 12,000.00 | 83,443.82 |
| 01/27/20 | 366 | TNT Business Complexes, LLC | Lease payment for February 2020 (TNT facility)<br>Voided: check issued on 01/27/20 | 6003-000 | | -12,000.00 | 95,443.82 |
| 01/27/20 | 367 | NCW Consulting LLC | Invoice dated 1-26-20 (TNT through 1-25-20) | 6007-013 | | 5,175.00 | 90,268.82 |
| 01/27/20 | 368 | TNT Business Complexes, LLC | Lease payment for February 2020 (TNT facility) | 6003-000 | | 11,900.00 | 78,368.82 |
| 01/28/20 | | Washington State Department of Revenue | 604-067-749 Giga Watt, Inc. B&O taxes due for December 2019 | 6006-002 | | 3,788.72 | 74,580.10 |
| 01/30/20 | | Moses Lake ($56,459.70) and TNT ($19,628.79) facilities | Mining operations | 4001-000 | 76,088.49 | | 150,668.59 |
| 01/31/20 | | MLDC I, LLC | Rent, utilities, utility bond renewal | 6003-000 | | 18,028.31 | 132,640.28 |

**Subtotals :** **$76,088.49** **$47,113.78**

{} Asset reference(s)

# Ledger Report



**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 01/01/20 - 01/31/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,840,850.13 | 3,708,209.85 | $132,640.28 |

**TOTAL - ACCOUNT** ********25

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 74,764.30 | | | |
| 2 | Deposits | 22,653.90 | 25 | Checks | 103,804.15 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 212,530.27 |
| | Subtotal | $97,418.20 | 0 | Transfers Out | 0.00 |
| | | | | Total | $316,334.42 |
| 5 | Adjustments In | 351,556.50 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $448,974.70 | | | |

{} Asset reference(s)

18-03197-FPC7 Doc 480 Filed 02/13/20 Entered 02/13/20 13:27:34 Pg 8 of 16





# GIGA WATT INC. (18-03197-FPC11)

## Operating Statement



Period: 01/01/20 - 01/31/20

**Income**

4001-000 Revenue from Operating Business

4001-000 Revenue from Operating Business

| Date | Reference | Account | Description | | Amount |
|---|---|---|---|---|---|
| 01/02/20 | Dep. Adj.: 96 | 3910019625 | Moses Lake ($44,464.74) and TNT ($17,110.36) facilities Mining operations | | $61,575.10 |
| 01/09/20 | Dep. Adj.: 99 | 3910019625 | Moses Lake ($47,825.81) and TNT ($17,729.13) facilities Mining operations | | $65,554.94 |
| 01/16/20 | Dep. Adj.: 101 | 3910019625 | Moses Lake ($51,329.97) and TNT ($19,455.47) facilities Mining operations | | $70,785.44 |
| 01/23/20 | Dep. Adj.: 103 | 3910019625 | Moses Lake ($58,309.80) and TNT ($19,242.73) facilities Mining operations | | $77,552.53 |
| 01/30/20 | Dep. Adj.: 106 | 3910019625 | Moses Lake ($56,459.70) and TNT ($19,628.79) facilities Mining operations | | $76,088.49 |
| | | | | | $351,556.50 |

4002-00 Rents

4002-00 Rents

| Date | Reference | Account | Description | | Amount |
|---|---|---|---|---|---|
| 01/02/20 | Deposit: 100021-1 | 3910019625 | Eco Diversified Holdings January 2020 rent for Pod 8 of Parcel E pods, Moses Lake facility | | $9,000.00 |
| | | | | | $9,000.00 |

4099-000 Other Receipts

4099-000 Other Receipts

| Date | Reference | Account | Description | | Amount |
|---|---|---|---|---|---|
| 01/14/20 | Deposit: 100022-1 | 3910019625 | Eco Diversified Holdings Utilities for December 2019, Pod 8 of Parcel E pods, Moses Lake | | $13,653.90 |
| | | | | | $13,653.90 |

**Total Income** **$374,210.40**

**Expenses**

6001-000 US Trustee Fees

6001-000 US Trustee Fees

| Date | Reference | Account | Description | | Amount |
|---|---|---|---|---|---|
| 01/02/20 | Check: 344 | 3910019625 | U.S. Trustee Acct #802-18-03197, US Trustee fee for 4th Quarter 2019 | | $4,875.00 |
| | | | | | $4,875.00 |

6002-000 Trustee Fees & Expenses

6002-001 Trustee Compensation

| Date | Reference | Account | Description | Amount | Total |
|---|---|---|---|---|---|
| 01/10/20 | Check: 350 | 3910019625 | Mark D. Waldron Partial payment of Trustee fees per Order entered 11-20-19 (Docket #422) | $5,000.00 | |
| | | | | $5,000.00 | |

6002-002 Trustee Expenses

| Date | Reference | Account | Description | Amount | Total |
|---|---|---|---|---|---|
| 01/10/20 | Check: 351 | 3910019625 | Mark D. Waldron Reimbursement of costs advanced (11-9-19 through 12-5-19) | $328.66 | |
| | | | | $328.66 | |
| | | | | | $5,328.66 |

6003-000 Admin. Rent

6003-000 Admin. Rent

| Date | Reference | Account | Description | | Amount |
|---|---|---|---|---|---|
| 01/03/20 | Disb. Adj.: 97 | 3910019625 | MLDC I, LLC 100% of Moses Lake revenue (through 1/2/19) | | $44,464.74 |

| Date | Type | Account | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 01/10/20 | Disb. Adj.: 100 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 1-9-20) | | $36,825.87 |
| 01/21/20 | Disb. Adj.: 102 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 1-16-20) | | $39,524.08 |
| 01/24/20 | Disb. Adj.: 104 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 1-23-20) | | $44,898.55 |
| 01/27/20 | Void: 366 | 3910019625 | TNT Business Complexes, LLC<br>Lease payment for February 2020 (TNT facility) | | $0.00 |
| 01/27/20 | Check: 368 | 3910019625 | TNT Business Complexes, LLC<br>Lease payment for February 2020 (TNT facility) | | $11,900.00 |
| 01/31/20 | Disb. Adj.: 107 | 3910019625 | MLDC I, LLC<br>Rent, utilities, utility bond renewal | | $18,028.31 |
| | | | | | $195,641.55 |
| **6004-000 Costs to Secure/Maintain Property** | | | | | |
| 6004-000 Costs to Secure/Maintain Property | | | | | |
| 01/02/20 | Check: 345 | 3910019625 | Insta Stor Inc.<br>Invoice #3386 (storage container rental through January 2020) | | $134.88 |
| 01/06/20 | Disb. Adj.: 98 | 3910019625 | Randy Michelson<br>Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | | $25,000.00 |
| 01/10/20 | Check: 347 | 3910019625 | Cascade Equipment Sales, LLC<br>Invoice #2180 (trailer rental for November and December 2019) | | $2,000.00 |
| | | | | | $27,134.88 |
| **6006-002 Taxes - State** | | | | | |
| 6006-002 Taxes - State | | | | | |
| 01/28/20 | Dep. Rev.: 105 | 3910019625 | Washington State Department of Revenue<br>604-067-749 Giga Watt, Inc. B&O taxes due for December 2019 | | $3,788.72 |
| | | | | | $3,788.72 |
| **6007-000 Professional Fees & Expenses** | | | | | |
| 6007-013 Consultant for Trustee Fees | | | | | |
| 01/13/20 | Check: 352 | 3910019625 | Cuttin Rugs LLC<br>Invoices #43 and #44 (Moses Lake, through 1-10-20) | $4,364.48 | |
| 01/13/20 | Check: 353 | 3910019625 | NCW Consulting LLC<br>Invoice dated 1-12-20 (TNT through 1-10-20) | $4,425.00 | |
| 01/13/20 | Check: 354 | 3910019625 | NCW Consulting LLC<br>Invoice dated 1-12-20 (Moses Lake through 1-10-20) | $525.00 | |
| 01/13/20 | Check: 355 | 3910019625 | Blockchain Automation LLC<br>Invoice dated 12-31-19 (through 12-30-19) | $843.75 | |
| 01/13/20 | Check: 356 | 3910019625 | Aggle LLC<br>Invoice dated 1-12-20 (TNT through 1-9-20) | $1,820.00 | |
| 01/13/20 | Check: 357 | 3910019625 | P Jaimes Consulting LLC<br>Invoice dated 1-12-20 (Moses Lake through 1-10-20) | $1,535.50 | |
| 01/13/20 | Check: 358 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 1-12-20 (Moses Lake | $2,400.00 | |

| Date | Type | Account | Description | Amount | Total |
|---|---|---|---|---|---|
| | | | through 1-10-20) | | |
| 01/13/20 | Check: 359 | 3910019625 | S Simpson Consulting LLC<br>Invoice dated 1-12-20 (Moses Lake through 1-11-20) | $2,000.00 | |
| 01/27/20 | Check: 360 | 3910019625 | Cuttin Rugs LLC<br>Invoices #45 and #46 (Moses Lake through 1-4-20) | $6,000.00 | |
| 01/27/20 | Void: 361 | 3910019625 | NCW Consulting LLC<br>Invoice dated 1-26-20 (TNT through 1-25-20) | $0.00 | |
| 01/27/20 | Check: 362 | 3910019625 | Aggle LLC<br>Invoice dated 1-26-20 (TNT through 1-24-20) | $2,240.00 | |
| 01/27/20 | Check: 363 | 3910019625 | P Jaimes Consulting LLC<br>Invoice dated 1-26-20 (Moses Lake through 1-25-20) | $1,581.75 | |
| 01/27/20 | Check: 364 | 3910019625 | S Simpson Consulting LLC<br>Invoice dated 1-26-20 (Moses Lake through 1-24-20) | $2,000.00 | |
| 01/27/20 | Check: 365 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 1-26-20 (Moses Lake through 1-24-20) | $2,400.00 | |
| 01/27/20 | Check: 367 | 3910019625 | NCW Consulting LLC<br>Invoice dated 1-26-20 (TNT through 1-25-20) | $5,175.00 | |
| | | | | $37,310.48 | |
| | | | | | $37,310.48 |
| 6010-000 Other Expenses | | | | | |
| 6010-000 Other Expenses | | | | | |
| 01/10/20 | Check: 346 | 3910019625 | Douglas County PUD<br>Account #735917, utilities for December 2019 (TNT facility) | | $42,020.00 |
| 01/10/20 | Check: 348 | 3910019625 | LocalTel<br>Account #61297, statement dated 12-27-19 (TNT facility) | | $110.85 |
| 01/10/20 | Check: 349 | 3910019625 | Waste Management of Wenatchee<br>Customer ID #19-19019-33003, Invoice #1850152-2674-8 (TNT) | | $124.28 |
| | | | | | $42,255.13 |
| **Total Expenses** | | | | | **$316,334.42** |
| **Net Income** | | | | | **$57,875.98** |




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com







Period Covered:
January 01, 2020 - January 31, 2020


Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED
FEB 06 2020
Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron TRUSTEE |

Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | [redacted]9625 | $136,875.27 | $168,337.03 |
| Total | | $136,875.27 | $168,337.03 |

## TRUSTEE CHECKING

**Account Number: 3910019625**

Enclosures 23

| | |
|---|---|
| Beginning Balance | $136,875.27 |
| +Total Additions | $374,210.40 |
| -Total Subtractions | $342,748.64 |
| Ending Balance | $168,337.03 |

* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 328 | 01-02 | $6,600.00 |
| 336* | 01-14 | $11,600.00 |
| 337 | 01-07 | $6,000.00 |
| 338 | 01-06 | $4,875.00 |
| 339 | 01-06 | $112.47 |
| 340 | 01-06 | $2,240.00 |
| 341 | 01-09 | $2,160.00 |
| 342 | 01-06 | $2,025.00 |
| 343 | 01-21 | $1,498.50 |
| 344 | 01-07 | $4,875.00 |
| 345 | 01-10 | $134.88 |
| 346 | 01-15 | $42,020.00 |
| 347 | 01-17 | $2,000.00 |
| 348 | 01-15 | $110.85 |
| 349 | 01-17 | $124.28 |
| 350 | 01-13 | $5,000.00 |
| 351 | 01-13 | $328.66 |
| 352 | 01-21 | $4,364.48 |
| 353 | 01-27 | $4,425.00 |
| 354 | 01-27 | $525.00 |
| 355 | 01-28 | $843.75 |
| 356 | 01-21 | $1,820.00 |
| 357 | 01-21 | $1,535.50 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 01-02 | WIRE TO MLDC 1 LLC | $25,000.00 |
| 01-06 | WIRE TO MLDC 1 LLC | $44,464.74 |
| 01-06 | WIRE TO RANDY MICHELSON | $25,000.00 |
| 01-10 | WIRE TO MLDC 1 LLC | $36,825.87 |
| 01-22 | WIRE TO MLDC 1 LLC | $39,524.08 |
| 01-24 | WIRE TO MLDC 1 LLC | $44,898.55 |
| 01-28 | WA DEPT REVENUE TAXPYMT 200127 CCD | $3,788.72 |
| 01-31 | WIRE TO MLDC 1 LLC | $18,028.31 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 01-02 | WIRE FROM COINME INC | $61,575.10 |
| 01-03 | REMOTE DEPOSIT REF#0100021 | $9,000.00 |
| 01-09 | WIRE FROM COINME INC | $65,554.94 |
| 01-15 | REMOTE DEPOSIT REF#0100022 | $13,653.90 |
| 01-16 | WIRE FROM COINME INC | $70,785.44 |
| 01-23 | WIRE FROM COINME INC | $77,552.53 |
| 01-30 | WIRE FROM COINME INC | $76,088.49 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-02 | $166,850.37 | 01-03 | $175,850.37 | 01-06 | $97,133.16 |
| 01-07 | $86,258.16 | 01-09 | $149,653.10 | 01-10 | $112,692.35 |
| 01-13 | $107,363.69 | 01-14 | $95,763.69 | 01-15 | $67,286.74 |
| 01-16 | $138,072.18 | 01-17 | $135,947.90 | 01-21 | $126,729.42 |
| 01-22 | $87,205.34 | 01-23 | $164,757.87 | 01-24 | $119,859.32 |
| 01-27 | $114,909.32 | 01-28 | $110,276.85 | 01-30 | $186,365.34 |
| 01-31 | $168,337.03 | | | | |




**Executive Summary**: For the calendar month of January 2020, the Moses Lake Data Center (MLDC) generated gross revenues of $240,488 which represented a 16.2% increase in revenue from December 2019 of $206,919.

TNT generated $85,575, a 9.5% increase in revenue from December's $78,106 in revenue.

The total gross revenue generated combined for both sites for October was $326,063, up 14.4% from December's number of $285,025.

**S9 Machine Mining (primarily Bitcoin):** Revenues for S9s increased primarily due to an increase in Bitcoin prices in January. In January, the average daily BTC sell price grew 14.7% to $8252/BTC from the December average daily sales price of $7195/BTC. Difficulty continues to climb as newer technology is deployed worldwide. The difficulty jumps also appear to be getting smaller as we approach the reward halving in mid-May.




**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines increased from December due primarily to the significant price increase in Litecoin. In January, the average daily sales price of a Litecoin was $52.71/LTC, up 22.8% from December's daily sales price of $42.93/LTC. While LTC difficulty took a big jump in early January, we experienced subsequent decreases in difficulty at the same time as price was increasing during the month.




**GPU Mining (Ethereum & Ethereum Classic):**

Revenue for GPU mining increased in December almost exclusively due to price. In January, the average sales price per Ethereum (ETH) was $154.84, an increase of 13.5% from the December average sales price of $136.44. Difficulty dropped approximately 20% month on month due primarily to increased mining activity for Ethereum Classic (ETC) which we also started mining in January as well. The price of an ETC coin grew from $4.5/ETC on January 1st to $11.3/ETC by January 31st causing a lot of ETH miners to switch mining to ETC. ETC difficulty has since jumped up significantly to make the daily returns nearly identical between ETH and ETC miners with our GPUs by the end of January.




In summary, January saw significant price increases in all currencies. Assuming the case that market prices stabilize, we can assume that mining rewards from the S9 machines (BTC) will continue to decrease due to increasing difficulty and new technology being deployed by competitors. Conversely, if BTC prices continue to recover then we can have a good run of revenue until mid-May when the scheduled halving of BTC rewards goes into effect. We still have good margins on a per machine basis so it's profitable to continue operating these S9 machines if we look solely at the net margin after the cost of power.

L3+ mining (LTC) has proven to be more resilient than expected. Just a few months back you couldn't give these used machines away and the market for these machines appears to be reawakening with a recent request for 350 machines being made. It's a reasonable assumption that miners are reinvesting in BTC mining at much larger rate than LTC equipment. LTC difficulty will increase in response to the increased prices but these machines should continue to generate healthy revenues for TNT & ML.

Finally, our GPU mining machines (mining Ethereum & Ethereum Classic), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment going in 2020 as long as difficulty continues to grow at the sub 1% level or stays at a flat rate. There are longer term threats to this equipment, specifically an upcoming upgrade to the Ethereum network which is tentatively scheduled for July 2020, that could eliminate ETH machine mining entirely by design. We would still be able to use the GPUs by reprogramming them to mine other coins but would likely see decreased revenues over time.