# EXHIBIT F
(No notices, demands for missing miners)

# Emails with Giga Watt Management

| Description of Communication | Page Numbers |
|---|---|
| Email on 5/1/2017 from Andrey Kuzenny attaching signed Purchase Agreement for miners | 1 |
| Email on 5/1/2017 from Nikolay Evdokimov, CCing Andrey Kuzenny, regarding credit check for what seems to be a loan | 2 - 4 |
| Email on 5/2/2017 from Andrey Kuzenny attaching signed Mining Farm Development Agreement and Service Agreement | 5 |
| Email on 5/14/2017 from Andrey Kuzenny attaching Sublease of Land agreement | 6 |
| Email on 10/18/2017 from Zeev Kirsh (General Counsel for Cryptonomos), CCing Dave Carlson, responding to Allrise's request for documents related to the Giga Watt project for underwriting what appears to be a loan | 7 - 8 |
| Email on 10/26/2017 from Andrey Kuzenny attaching engagement letter from Perkins Coie and a balance letter from Perkins Coie | 9 |
| Email on 10/27/2017 from Andrey Kuzenny attaching an updated balance letter | 10 |
| Email on 10/31/2017 from Timur Usmanov (CFO of Giga Watt) regarding terms for a loan from Allrise | 11 - 13 |

| | |
|---|---|
| **From:** | Andrey Kuzenny |
| **To:** | Yuliya Efimkin |
| **Cc:** | Katrina Grant; Vladimir Evseev |
| **Subject:** | Purchase agreement signed |
| **Date:** | Monday, May 1, 2017 7:35:22 PM |
| **Attachments:** | SalesAgreementAllrise.pdf |

Dear Yuliya,
Please find enclosed.
Thank you.

Best regards,
Andrey

1

| From: | Nikolay Evdokimov |
|---|---|
| To: | Yuliya Efimkin |
| Cc: | Andrey Kuzenny |
| Subject: | Re: Credit request |
| Date: | Monday, May 1, 2017 3:23:40 PM |

725 Foothill Rd, Beverly Hills, CA 90210

Nick Evdokimov
+1 (310) 7102511
neo@cryptonomos.com

> 1 мая 2017 г., в 15:20, Yuliya Efimkin <yuliya@allrisefinancialgroup.com> написал(а):
>
> Can you please confirm your address?
>
>> On May 1, 2017, at 1:25 PM, Nikolay Evdokimov <neo@cryptonomos.com> wrote:
>>
>> confirm
>>
>> Nick Evdokimov
>> +1 (310) 7102511
>> neo@cryptonomos.com
>>
>>> 1 мая 2017 г., в 13:24, Andrey Kuzenny <ak@cryptonomos.com> написал(а):
>>>
>>> Nick,
>>> Please confirm.
>>>
>>> Best regards,
>>> Andrey
>>>
>>> 1 мая 2017 г., 13:06 -0700, Yuliya Efimkin <yuliya@allrisefinancialgroup.com>, писал:
>>>
>>>> Audrey,
>>>>
>>>> In order for us to pull the credit, we will need a consent from Nikolay. Could he please send me the email?
>>>>
>>>> Warmest Regards,
>>>>
>>>>> On May 1, 2017, at 12:04 PM,

2

Andrey Kuzenny
<ak@cryptonomos.com> wrote:

Hi Corinne,
Only Nikolay Evdokimov has
SSN ▮▮▮▮▮▮▮ ,
Others, that have shares more
than 15%, are: Andrey Kuzenny,
Eduard Khaptakhaev and Leonid
Markin don't have has SSN yet.

Best regards,
Andrey

On 1 мая 2017 г., 10:28 -0700,
Corinne Kobel
<corinne@allrisefinancialgroup.com
>, wrote:

> Hi all,
>
> My name is Corinne Kobel and
> Yuliya has asked me to reach out
> to you to get permission to pull
> credit. Please read below
> comments regarding what is
> needed in order to do so.
>
>> In order to pull credit we will
>> require the following
>> information- keep in mind
>> the when requesting the
>> information below, it's best
>> to request a copy of their
>> ID/Drivers license and
>> confirm they are still living
>> at the same address listed on
>> their ID. In addition you will
>> need to ask for the social
>> security number
>>
>> Full Name
>> DOB (Date of Birth)
>> Social Security #
>> Current primary address
>> Email consent from the client
>> allowing us to pull credit.
>
> Thank you for your help.
>
> Kind regards,
> Corinne

**Corinne Kobel**
Office Manager
**Allrise Financial Group, Inc.**
*936 Southwood Blvd., Suite 201*
*Incline Village, NV 89451*
D: 775-832-3082
C: 408-455-2016
E: corinne@allrisefinancialgroup.com

| From: | Andrey Kuzenny |
|---|---|
| To: | Yuliya Efimkin; Vladimir Evseev |
| Cc: | Katrina Grant |
| Subject: | Mining development and hosting agreement signed |
| Date: | Tuesday, May 2, 2017 10:03:46 PM |
| Attachments: | MiningFarmDevelopment.docx.pdf |
| | ServiceAgreement.docx.pdf |

Dear Yuliya,

Please find enclosed.

Signed sublease i will send you tomorrow, because we should notarize it.

Thank you.

Best regards,
Andrey

| From: | Andrey Kuzenny |
|---|---|
| To: | Vladimir Evseev; Yuliya Efimkin |
| Subject: | Signed notary sublease |
| Date: | Sunday, May 14, 2017 10:18:01 PM |
| Attachments: | 40L6690-Sublease of Land - Giga Watt Allrise - Mining Farm.PDF |

Dear Yuliya,
Please find enclosed.

Best regards,
Andrey

| From: | Zeev Kirsh |
|---|---|
| To: | Yuliya Efimkin; Anton Orlov; Hayden Gill; Dave Carlson |
| Cc: | Vladimir Evseev; Vadim Lanskikh |
| Subject: | Re: documents for the completed project |
| Date: | Wednesday, October 18, 2017 1:58:28 PM |

Yulyia ,

Pleasure to meet you. I am the attorney for cryptonomos. I posses the sublease that you signed and the amended sublease that you signed with Giga-Watt.com proving that you have a signed contract with our company. However, I do not have any of the information you asked for below.

I will post below who will have the information and I will place their CC information in the email contact above.

For the equipments I will need the following:

for the following, **Hayden Gill** our head of sales will have the information.
1. Description of the equipment. Manuals. :
2. Warranty
3. Purchase Agreements
4. Customs clearing forms.

Documents concerning the new structure : **Anton Lavrov** operational manager and **Dave Carlson** CEO should have all of this information.
1. Building permits.
2. Passed inspections.
3. If you have the address for the new building i would need it too.
4. Who is holding the title of the new structure right now?
5. Please provide the APN#.
6. Did you do any environmental studies? If so please provide the Phase 1/2 report.

I hope this is sufficient and if you have a hard time communicating with the above mentioned people please let me know . my contact information is below.

On Wed, Oct 18, 2017 at 1:25 PM, Yuliya Efimkin <yuliya@allrisefinancialgroup.com> wrote:
> Hello Mr Kirsh,
>
> My name is Yuliya Efimkin and I work wit my Vladimir Evseev. Mr. Evseev gave me you contact information to request some documents for the project that was completed in Washington.
> Before Mr Evseev would fly to see the project himself, we would like to obtain some documents concerning the equipment and the structure tat was built.
>
> For the equipments I will need the following:
>
> 1. Description of the equipment. Manuals.
> 2. Warranty
> 3. Purchase Agreements

4. Customs clearing forms.

Documents concerning the new structure :
1. Building permits.
2. Passed inspections.
3. If you have the address for the new building i would need it too.
4. Who is holding the title of the new structure right now?
5. Please provide the APN#.
6. Did you do any environmental studies? If so please provide the Phase 1/2 report.

Please let me know if you have any questions.


Kind Regards,

Yuliya Efimkin
Direct 1(775)300-6202 ext 110
COO/CCO
yuliya@allrisefinancialgroup.com

200 S. Virginia st suite 500
Reno, Nv 89501


--
https://www.linkedin.com/in/zeev-kirsh-2900607/
212 586 7517
@zeevkirsh telegram
@zevkirsh twitter/steemit

| | |
|---|---|
| **From:** | Andrey Kuzenny |
| **To:** | Yuliya Efimkin; Leonid Markin |
| **Subject:** | Escrow |
| **Date:** | Thursday, October 26, 2017 11:56:29 AM |
| **Attachments:** | 02 GigaWatt Pte Ltd - Perkins Engagement Lette.pdf |
| | 01 125903 Account Balance-1.pdf |

Hello,
I will send updated balance later.
Best regards,
Andrey

9

| From: | Andrey Kuzenny |
|---|---|
| To: | Yuliya Efimkin; Leonid Markin |
| Subject: | Balance letter |
| Date: | Friday, October 27, 2017 11:12:26 AM |
| Attachments: | 125903 Balance Letter.pdf |

Hello, Yuliya
Please find enclosed.

Best regards,
Andrey

| From: | Timur Usmanov |
|---|---|
| To: | Yuliya Efimkin |
| Cc: | Crystal Johnson; Anton Orlov; Vadim Lanskikh; Vladimir Evseev |
| Subject: | Re: introduction |
| Date: | Tuesday, October 31, 2017 4:35:04 PM |

well noted. please keep me in the loop.

thank you

On Tue, Oct 31, 2017 at 4:27 PM, Yuliya Efimkin <yuliya@allrisefinancialgroup.com> wrote:
> Hello Timur,
>
> I just talked to Mr Evseev, we are still trying to find the best underwriting solution in order for us to do our due diligence. As this is not our typical transaction. I will call you once we figure it out.
>
> Kind Regards,
>
> Yuliya Efimkin
> Direct 1(775)300-6202 ext 110
> COO/CCO
> yuliya@allrisefinancialgroup.com
>
> 200 S. Virginia st suite 500
> Reno, Nv 89501
>
>> On Oct 31, 2017, at 11:04 AM, Timur Usmanov <tu@giga-watt.com> wrote:
>>
>> Hi Yuliya,
>>
>> Sure, I am available till 17:00 PST. What time works best for you?
>>
>>> On Oct 31, 2017, at 10:54, Yuliya Efimkin <yuliya@allrisefinancialgroup.com> wrote:
>>>
>>> Hello Timur,
>>>
>>> Are you available for the call today?
>>>
>>> Kind Regards,
>>>
>>> Yuliya Efimkin
>>> Direct 1(775)300-6202 ext 110
>>> COO/CCO
>>> yuliya@allrisefinancialgroup.com

200 S. Virginia st suite 500
Reno, Nv 89501

> On Oct 30, 2017, at 12:31 PM, Timur Usmanov <tu@giga-watt.com> wrote:
>
> Hi Yulia,
>
> By the way of introduction, my name is Tim and I'm the CFO of GigaWatt.
> Please feel free to reach out to me whenever it's convenient for you to discuss the terms of a loan. Actually I tried to call you this morning but couldn't get through to you.
>
> My cell: +1 310 504 4264
>
> Best,
>
> Tim

---------- Forwarded message ----------
From: **Yuliya Efimkin** <yuliya@allrisefinancialgroup.com>
Date: Thu, Oct 26, 2017 at 4:42 PM
Subject: introduction
To: "zeev@cryptonomos.com" <zeev@cryptonomos.com>, Crystal Johnson <crystal@allrisefinancialgroup.com>
Cc: Vadim Lanskikh <vadim@allrisefinancialgroup.com>, Vladimir Evseev <vladimir@allrisefinancialgroup.com>

Hello Mr. Krish,

Mr. Evseev asked us to connect with us, as crypronomos would like to get a financing for your company.
We are excited to expend our relationship with your company.
Crystal Johnson will be working on this transaction. Please let us know if its something we work with you or someone else in the company?

Kind Regards,

Yuliya Efimkin

Direct 1(775)300-6202 ext 110
COO/CCO
yuliya@allrisefinancialgroup.com

200 S. Virginia st suite 500
Reno, Nv 89501

--



CRYPTONOMOS.COM
Zeev Kirsh/General Counsel

9350 Wilshire Boulevard, Suite 324

Beverly Hills, CA 90212

https://www.linkedin.com/in/zevkirsh/
@zevkirsh telegram/steemit/twitter/medium
@zeevkirsh skype
212 586 7517

--
Best,

Tim Usmanov

--
Best,

Tim Usmanov