# EXHIBIT I
(Admission of No January Rent Paid)

| | |
|---|---|
| **From:** | Nathanael Cho |
| **To:** | Pamela M. Egan |
| **Subject:** | RE: Allrise |
| **Date:** | Wednesday, August 7, 2019 8:54:12 AM |

⚠️ **EXTERNAL**

Hi Pam,

We paid through December. We didn't receive an invoice for January.

### Nathan Cho

General Counsel

**ALLRISE** | CAPITAL

200 Spectrum Center Dr., Ste. 1450

Irvine, CA 92618

O: 1-949-748-6285 x103

M: 1-949-838-5085

nathan@allrisecapital.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.

**From:** Pamela M. Egan <pegan@potomaclaw.com>
**Sent:** Wednesday, August 7, 2019 7:01 AM
**To:** Nathanael Cho <Nathan@allrisecapital.com>
**Subject:** Re: [External] Allrise

Nathan,

Did Allrise pay the November, December and January rent?

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com


This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.