# EXHIBIT J
# (Consent Order)

STATE OF NEVADA
DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF MORTGAGE LENDING

Before the Commissioner of the Division of Mortgage Lending

In the Matter of:

ALLRISE DIRECT LENDING LLC D/B/A
ALLRISE FINANCIAL GROUP, INC.,
Mortgage Broker License No. 4818,
NMLS ID No. 1710040,

and

ROYAL DEVELOPMENT INC.
Mortgage Broker License No. UNL,

and

VLADIMIR NIKOLAYEVICH EVSEEV,
NMLS ID No. 1729027,

                      Respondents.

Order No. 2018-010

Case No. 2018-010

CONSENT ORDER REQUIRING COMPLIANCE,
IMPOSING AN ADMINISTRATIVE FINE
AND ASSESSING ADMINISTRATIVE COSTS
Issued and Entered,
This 7th day of June, 2019,
By Cathy Sheehy,
Commissioner

    The Commissioner of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending (the "Commissioner") having been statutorily charged with the responsibility and authority to administer and enforce Chapter 645B of the Nevada Revised Statutes, 645B.010 *et seq.* ("the Statute"), and Chapter 645B of the Nevada Administrative Code, NAC 645B.001 *et seq.* ("the Regulation") (collectively, "the Act"), governing the licensing and conduct of mortgage brokers and mortgage agents doing business in the State of Nevada; and,

. . .

-1-

The Commissioner having been vested with general supervisory power and control over all mortgage brokers and mortgage agents doing business in the State of Nevada pursuant to the Statute; and,

The Commissioner having been further vested with broad authority to conduct investigations to determine whether any person is violating or has violated any provision of the Act; and,

The Division of Mortgage Lending (the "Division") having received information indicating that ALLRISE DIRECT LENDING LLC ("ALLRISE DIRECT") D/B/A ALLRISE FINANCIAL GROUP, INC. ("ALLRISE FINANCIAL"), ROYAL DEVELOPMENT INC. ("ROYAL DEVELOPMENT"), and VLADIMIR NIKOLAYEVICH EVSEEV ("EVSEEV") (collectively, the "RESPONDENTS") are or were engaged in activity requiring licensure as a mortgage broker under the Statute, including advertising services as a provider of real-estate secured, private-money loans or direct lending services in the State of Nevada; and,

The Division having commenced an investigation of RESPONDENTS' business practices pursuant to NRS 645B.060(2)(c), and having determined, from that investigation, that RESPONDENTS were engaged in activity requiring licensure as a mortgage broker under the Statute; and,

The Division staff having reported the results of its investigation to the Commissioner; and,

The Commissioner of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending (the "Commissioner") having been statutorily charged with the responsibility and authority to administer and enforce Chapter 645B of the Nevada Revised Statutes, NRS 645B.010 *et seq.* ("the Statute"), and Chapter 645B of the Nevada Administrative Code, NAC 645B.001 *et seq.* ("the Regulation") (collectively "the Act"), governing the licensing and conduct of mortgage brokers and mortgage agents in the State of Nevada;

RESPONDENTS having been served on or about December 4, 2018, in accordance with NRS 233B.127(3), with an ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING ("CEASE AND DESIST ORDER") providing RESPONDENTS with (1) notice of facts or conduct which warrant disciplinary action against RESPONDENTS, and (2) notice of opportunity for administrative hearing; and,

An informal conference having been conducted by the Division with RESPONDENTS and their attorneys on January 29, 2019, concerning this matter;

RESPONDENTS having had opportunity to consult with legal counsel of their choosing concerning this matter;

The Division and RESPONDENTS having conferred concerning this matter; and

The Commissioner having made the following FINDINGS and CONCLUSIONS based upon the foregoing and the books and records of the Division:

1. The Commissioner has jurisdiction and authority to issue this Consent Order in this matter, pursuant to the Nevada Administrative Procedures Act ("NAPA"), NRS 233B.010 *et seq.*, and the Mortgage Brokers and Mortgage Agents Act, NRS 645B.010, *et seq.*

2. All required notices have been issued in this matter, and the notices and service thereof were appropriate and lawful in all respects.

3. The terms of this Consent Order are a reasonable resolution of this matter and in the public interest.

4. All applicable provisions of NAPA and NRS 622 have been met.

5. RESPONDENTS violated NRS 645B.900 concerning offering or providing any of the services of a mortgage broker or mortgage agent or otherwise engaging in, carrying on or holding himself or herself out as engaging in or carrying on the business of a mortgage broker or mortgage agent without first obtaining the applicable license issued pursuant to this chapter, unless the person is properly exempt from licensure.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. RESPONDENTS shall henceforth fully comply with the provisions of the Act and shall CEASE AND DESIST from any and all violations of the Act.

2. RESPONDENTS shall pay to the Division an ADMINISTRATIVE FINE in the amount of $15,000.00. The administrative fine shall be and is due to the Division no later than **June 10, 2019** (as reflected in the attached invoice) and shall be accompanied by the signed and notarized VOLUNTARY CONSENT as attached.

. . .

-3-
18-03197-FPC7    Doc 483-10    Filed 02/17/20    Entered 02/17/20 21:25:33    Pg 4 of 5

3.  RESPONDENTS shall pay to the Division its ADMINISTRATIVE COSTS in the amount of $2,595.00. The investigative costs shall be and are due to the Division no later than **June 10, 2019** (as reflected in the attached invoice) and shall be accompanied by the signed and notarized VOLUNTARY CONSENT, as attached.

4.  Failure to abide by the foregoing terms as set forth in this Consent Order shall render the terms of this Consent Order voidable at the discretion of the Commissioner, thereby subjecting RESPONDENTS to all disciplinary measures authorized under the Act, including those described in the CEASE AND DESIST ORDER of which RESPONDENTS were previously notified in this matter.

5.  This Consent Order shall be and is effective and enforceable on the date that it is issued, as shown in the caption hereof.

6.  This Consent Order shall remain effective and enforceable until terminated, modified, set aside, or suspended in writing by the Commissioner.

7.  The Commissioner specifically retains jurisdiction over the matters contained herein and has the authority to issue such further order(s) as the Commissioner shall deem just, necessary, and appropriate to enforce the Act and protect the public.

IT IS SO ORDERED.

DIVISION OF MORTGAGE LENDING

By
CATHY SHEEHY, COMMISSIONER