# EXHIBIT L
(Email: Introduced Through Vadim)

# Pamela M. Egan

| | |
|---|---|
| **From:** | Pamela M. Egan |
| **Sent:** | Thursday, February 13, 2020 3:37 PM |
| **To:** | Pamela M. Egan |
| **Subject:** | FW: Allrise documents |

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

**From:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Sent:** Friday, May 10, 2019 12:45 PM
**To:** Pamela Egan <pegan@ckrlaw.com>
**Subject:** RE: Allrise documents

Hi Pam,

Vladimir did not know anyone at Giga Watt and was introduced to the business through Vadim. We do not know the details or extent of Vadim's relationship with Giga Watt. Vadim is no longer associated with our company.

I'm still gathering the final bits of information to answer the other questions you had and should be able to talk anytime that works best for you.

**Nathan Cho**
*General Counsel*
Allrise Financial Group
200 Spectrum Center Dr., Ste. 1460
Irvine, CA 92618
O: 1-949-748-6285 x103
M: 1-949-838-5085
nathan@allrisefinancialgroup.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or

1

18-03197-FPC7    Doc 483-12    Filed 02/17/20    Entered 02/17/20 21:25:33    Pg 2 of 6

disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.

**From:** Pamela Egan <pegan@ckrlaw.com>
**Sent:** Tuesday, May 7, 2019 10:55 AM
**To:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Subject:** Re: [External] Allrise documents

I'd like to know about the arms-length relationships. Thank you.


**Pamela M. Egan**
Partner

  


GLOBAL PRESENCE. LOCAL EXPERTISE.™


506 2nd Avenue | 14th Floor
Seattle, Washington 98104
-- and --
44 Montgomery St. | Suite 960
San Francisco, CA 94104
Admitted in California
Washington Bar Admission Pending

T: +1 (206) 582-5141 (direct)
T: +1 (415) 297-0132 (mobile)
F: +1 (206) 582-5001
E: pegan@ckrlaw.com
W: www.ckrlaw.com [ckrlaw.com] [ckrlaw.com]

AKRON | ATLANTA | BEIJING | BELIZE | BOSTON | BRITISH VIRGIN ISLANDS
CANADA | CAPE TOWN | CLEVELAND | CURITIBA | DJIBOUTI | DUBAI | GUANGZHOU
HARTFORD | HONG KONG | JERICHO | JOHANNESBURG | LONDON
LOS ANGELES | MIAMI | MEXICO CITY | MILAN | MOSCOW | NAPLES | NEW YORK
NYON | ORANGE COUNTY | ORLANDO | OSAKA | PANAMA CITY | PARIS | ROME | SAN DIEGO
SAN FRANCISCO | SEADOONE | SEATTLE | SEYCHELLES | SHANGHAI | ST. PETERSBURG
TEL AVIV | TOKYO | TRINIDAD AND TOBAGO | WASHINGTON, D.C | WILMINGTON

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify CKR by return e-mail and destroy the original message and all copies thereof.

**From:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Sent:** Tuesday, May 7, 2019 10:48 AM
**To:** Pamela Egan
**Subject:** RE: Allrise documents

No problem at all. I have been told that he has no relationship besides in an arm's length business context with anyone from Giga Watt, but I will check again and confirm.

**Nathan Cho**
*General Counsel*
Allrise Financial Group
200 Spectrum Center Dr., Ste. 1460
Irvine, CA 92618
O: 1-949-748-6285 x103
M: 1-949-838-5085
nathan@allrisefinancialgroup.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.

**From:** Pamela Egan <pegan@ckrlaw.com>
**Sent:** Tuesday, May 7, 2019 10:01 AM
**To:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Subject:** Re: [External] Allrise documents

I know I've asked before but the answer is not clear to me, yet. Please bear with me as I absorb an enormous amount of information.

What is Mr. Evseev's relationship with Giga Watt, including Daria Generalova, Nick Evdokimov, and Marina Mikhaylyuta?



**Pamela M. Egan**
Partner

  


GLOBAL PRESENCE. LOCAL EXPERTISE.™

506 2nd Avenue | 14th Floor
Seattle, Washington 98104
        -- and --
44 Montgomery St.  | Suite 960
San Francisco, CA 94104
Admitted in California
Washington Bar Admission Pending

T:  +1 (206) 582-5141 (direct)
T: +1 (415) 297-0132 (mobile)

F: +1 (206) 582-5001
E: pegan@ckrlaw.com
W: www.ckrlaw.com [ckrlaw.com] [ckrlaw.com]

AKRON | ATLANTA | BEIJING | BELIZE | BOSTON | BRITISH VIRGIN ISLANDS
CANADA | CAPE TOWN | CLEVELAND | CURITIBA | DJIBOUTI | DUBAI | GUANGZHOU
HARTFORD | HONG KONG | JERICHO | JOHANNESBURG | LONDON
LOS ANGELES | MIAMI | MEXICO CITY | MILAN | MOSCOW | NAPLES | NEW YORK
NYON | ORANGE COUNTY | ORLANDO | OSAKA | PANAMA CITY | PARIS | ROME | SAN DIEGO
SAN FRANCISCO | SEADOONE | SEATTLE |SEYCHELLES | SHANGHAI | ST. PETERSBURG
TEL AVIV | TOKYO | TRINIDAD AND TOBAGO | WASHINGTON, D.C | WILMINGTON

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify CKR by return e-mail and destroy the original message and all copies thereof.

---

**From:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Sent:** Tuesday, May 7, 2019 9:19 AM
**To:** Pamela Egan
**Subject:** RE: Allrise documents

Hi Pam,

The owner, Vladimir Evseev, signed.

# Nathan Cho
*General Counsel*
Allrise Financial Group
200 Spectrum Center Dr., Ste. 1460
Irvine, CA 92618
O: 1-949-748-6285 x103
M: 1-949-838-5085
nathan@allrisefinancialgroup.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.

---

**From:** Pamela Egan <pegan@ckrlaw.com>
**Sent:** Monday, May 6, 2019 9:25 PM
**To:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Subject:** Re: [External] Allrise documents

I'd also like to know who signed this agreement on behalf of Allrise.



**Pamela M. Egan**
Partner



4



506 2nd Avenue | 14th Floor
Seattle, Washington 98104
-- and --
44 Montgomery St. | Suite 960
San Francisco, CA 94104
Admitted in California
Washington Bar Admission Pending

T:  +1 (206) 582-5141 (direct)
T: +1 (415) 297-0132 (mobile)
F: +1 (206) 582-5001
E:  pegan@ckrlaw.com
W: www.ckrlaw.com [ckrlaw.com] [ckrlaw.com]

AKRON | ATLANTA | BEIJING | BELIZE | BOSTON | BRITISH VIRGIN ISLANDS
CANADA | CAPE TOWN | CLEVELAND | CURITIBA | DJIBOUTI | DUBAI | GUANGZHOU
HARTFORD | HONG KONG | JERICHO | JOHANNESBURG | LONDON
LOS ANGELES | MIAMI | MEXICO CITY | MILAN | MOSCOW | NAPLES | NEW YORK
NYON | ORANGE COUNTY | ORLANDO | OSAKA | PANAMA CITY | PARIS | ROME | SAN DIEGO
SAN FRANCISCO | SEADOONE | SEATTLE |SEYCHELLES | SHANGHAI | ST. PETERSBURG
TEL AVIV | TOKYO | TRINIDAD AND TOBAGO | WASHINGTON, D.C | WILMINGTON

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify CKR by return e-mail and destroy the original message and all copies thereof.

**From:** Nathanael Cho <nathan@allrisefinancialgroup.com>
**Sent:** Monday, May 6, 2019 1:47 PM
**To:** Pamela Egan
**Subject:** Allrise documents

### Nathan Cho
*General Counsel*
Allrise Financial Group
200 Spectrum Center Dr., Ste. 1460
Irvine, CA 92618
O: 1-949-748-6285 x103
M: 1-949-838-5085
nathan@allrisefinancialgroup.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.