EXHIBIT M
(Email: Met at a Party)

**From:** Nathanael Cho <Nathan@allrisecapital.com>
**Sent:** Wednesday, October 9, 2019 1:51 PM
**To:** Pamela M. Egan <pegan@potomaclaw.com>
**Cc:** 'Mark Waldron' <mark@mwaldronlaw.com>
**Subject:** RE: GW/Moses Lake/Allrise

⚠ **EXTERNAL**

Pam,

Following up on our last call on 9/26, attached are emails that we were able to locate related to Giga Watt management. It is a bit difficult to find information because everyone that was directly involved (besides Vladimir) is no longer with the company.

I also talked to Vladimir and he explained that he met Andrey and Leonid at a party held by a Russian musician named Roman Arkhipov. Vladimir was not very involved in negotiating the terms of the deal (he recalls that it was primarily Yuliya Efimkin and Crystal Johnson), except that he knew he didn't want to participate in the ICO because he didn't understand it, and he visited the Giga Watt site where he met Dave Carlson for the first time.

Please feel free to let me know if you have any questions. Also, please let me know when might be a good time for us to meet in person. Our management team can travel to a location convenient for you. Vladimir is also willing to join if needed, and our outside counsel Joe Sakay would like to help progress things too.

Thank you and I look forward to hearing from you.

**Nathan Cho**
General Counsel
**ALLRISE | CAPITAL**
200 Spectrum Center Dr., Ste. 1450
Irvine, CA 92618
O: 1-949-748-6285 x103
M: 1-949-838-5085
nathan@allrisecapital.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s) and is protected by law. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, or are not authorized to receive for the recipient, please contact the sender and delete all copies of this message.