Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1905 7th Avenue W
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>                    Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**DECLARATION OF RYAN OSTER IN SUPPORT OF OMNIBUS OPPOSITION OF THE CHAPTER 11 TRUSTEE TO: (I) NOTICE AND MOTION TO COMPEL TRUSTEE TO ABANDON ALLRISE MINING POD AND (II) APPLICATION OF ALLRISE FINANCIAL GROUP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

DECLARATION OF RYAN OSTER

I, Ryan Oster, declare as follows:

1. I submit this declaration in support of the *Omnibus Opposition of the Chapter 11 Trustee to: (i) Notice and Motion to Compel Trustee to Abandon Allrise Mining Pod and (ii) Application of Allrise Financial Group for Allowance and Payment of Administrative Expense Claim* (the "**Opposition**"), which I have read.

2. The statements set forth herein are based on my personal knowledge, unless otherwise noted. If called as a witness, I would and could competently testify thereto.

3. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Opposition.

4. I am the principal of MLDC 1, LLC and Giga Plex, LLC, which are the landlords at the Moses Lake Facility. MLDC 1, LLC is the Master Landlord for the land on which the pod that is at issue in the Abandonment Motion and the Administrative Claim was built.

5. On May 1, 2017, Giga Watt, Inc. and the Master Landlord signed a lease for the land on which the Pod is located (the "**Master Lease**"). A true and correct copy of the Master Lease is attached to the Opposition as **Exhibit A**.

6. I never received notice regarding any Sublease with Allrise. I also never received any notice of any kind that Allrise asserted any kind of interest in any of the pods located at the Moses Lake Facility. Allrise never publicly recorded any interest in the Pod. No insignia were placed on the Pod. No indication of any kind was ever made that Allrise was conducting business at the Pod or claimed ownership in the Pod.

7. In October 2018, the Debtor and the Master Landlord amended the Master Lease to provide that a sublease was allowed, provided that the Master

18-03197-FPC7    Doc 485    Filed 02/17/20    Entered 02/17/20 21:34:56    Pg 2 of 4

Landlord provided written consent. A true and correct copy of the amended Master Lease is attached to the Opposition as **Exhibit G**, ¶ 17. No consent to sublease was ever requested or obtained.

8.     In mid-January 2019, the Grant County Public Utility District shut off the electricity at the Moses Lake Facility. At that point in time, I locked all of the pods at the Moses Lake Facility as well as the exterior perimeter fencing for the entire Moses Lake Facility. I stayed on the premises 24 hours, seven days a week in order to ensure security. I also bought and installed power generators so that security cameras would watch the premises at all times. No miners were removed by me and I am not aware of any miners being removed from the facility during that period.

9.     After Mark D. Waldron was appointed as the Chapter 11 Trustee in the above-captioned case, I continued to reside at the Moses Lake Facility with security cameras.

10.    After the Chapter 11 Trustee received this Court's permission to operate the Moses Lake Facility, I entrusted the keys to the Moses Lake Facility to Lauren Miehe and Allen Oh, whom the Trustee had retained pursuant to Court orders.

11.    On or about July 19, 2019, I paid to have the electricity turned on at the remaining closed pods at the Moses Lake Facility, Pod 1, which is the Pod at issue here, and Pod 2.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February 2020 in *Monroe*, Washington.

2
DECLARATION OF RYAN OSTER

1

2 _____
Ryan Oster

3

4
4818-2697-6693, v. 1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 _____
3
DECLARATION OF RYAN OSTER
25