Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1905 7th Avenue W
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OMNIBUS OPPOSITION OF THE CHAPTER 11 TRUSTEE TO: (I) NOTICE AND MOTION TO COMPEL TRUSTEE TO ABANDON ALLRISE MINING POD AND (II) APPLICATION OF ALLRISE FINANCIAL GROUP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

REQUEST FOR JUDICIAL NOTICE

Comes now Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**") and pursuant to Rule 201 of the Federal Rules of Evidence respectfully requests that the Court take judicial notice of two documents that are on record with the State of Nevada, Department of Business and Industry, Division of Mortgage Lending and that are attached as exhibits to the *Opposition of the Chapter 11 Trustee to: (i) Notice and Motion to Compel Trustee to Abandon Allrise Mining Pod and (ii) Application of Allrise Financial Group for Allowance and Payment of Administrative Expense Claim* (the "Opposition"), filed herewith:

1. <u>Exhibit H to the Opposition</u>: Record filed on December 4, 2018 with the State of Nevada, Department of Business and Industry, Division of Mortgage Lending, entitled *Order to Cease and Desist, Order Imposing an Administrative Fine and Investigative Costs and Notice of Opportunity for Administrative Hearing* with respect to Allrise Direct Lending LLC, d/b/a Allrise Financial Group, Inc., Royal Development, Inc. and Vladimir Nikolayevich Evseev.

2. <u>Exhibit J to the Opposition</u>. Record filed on June 7, 2019 with the State of Nevada, Department of Business and Industry, Division of Mortgage Lending, entitled *Consent Order Requiring Compliance, Imposing an Administrative Fine and Assessing Administrative Costs* with respect to Allrise Direct Lending LLC, d/b/a Allrise Financial Group, Inc., Royal Development, Inc. and Vladimir Nikolayevich Evseev.

18-03197-FPC7    Doc 489    Filed 02/17/20    Entered 02/17/20 21:41:28    Pg 2 of 3

The above-referenced documents are properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, which provides that a court may take judicial notice of facts "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources who accuracy cannot reasonably be questioned."

WHEREFORE, the Trustee respectfully requests that the Court take judicial notice of Exhibits H and J to the Opposition.

Dated: February 17, 2020        POTOMAC LAW GROUP

By:     */s/ Pamela M. Egan*
        Pamela M. Egan (WSBA No. 54736)

        *Attorneys for Mark D. Waldron, Chapter 11 Trustee*
        4836-8570-9749, v. 1