LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name  GIGA WATT INC                     Case Number  18-03197

- **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Nathan Welling | Nathan Welling |
| (Name) | (Name) |
| 340 S Lemon Ave unit 5807 | 1887 Whitney Mesa Dr #5807 |
| (Address) | (Address) |
| Walnut, CA 91789 | Henderson, NV 89014 |
| (City)  (State)  (Zip) | (City)  (State)  (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

*Nathan Welling*
Signature

02/10/2020
Date

ADDRESS CHANGE FORM - 1