UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case No. 18-03197-11

In Re:

Chapter 11

GIGA WATT INC.

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. § 1103 FOR SPECIAL COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

Debtor in Possession

This matter came on for hearing on January 23, 2020 on the application of the Committee of Unsecured Creditors ("Committee") to hire Beveridge & Diamond P.C. ("Appointee"), Docket # 436 (the "Employment Application"). The Employment Application was objected to by the Chapter 11 Trustee and by Public Utility District #1 of Douglas County, Washington (the "District"). The

ORDER EMPLOYING SPECIAL COMMITTEE COUNSEL - PAGE 1

Court being fully advised in the premises, no adverse interest of the Appointee being apparent and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of Eric Christensen and Beveridge & Diamond P.C., as special counsel for the Committee to investigate the scope of any rights of the above-captioned debtor's estate in that certain Interconnection and Service Agreement, dated March 7, 2017, by and between Giga Watt, Inc. and the District (the "Contract") is approved. At this time, the Appointee is only authorized to perform pre-litigation investigation and analysis of potential claims of the above-captioned debtor against the District under the Contract.

2. The Employment Application does not seek approval of the Appointee's hourly rate or the necessity, reasonableness, or amount of any compensation to the Appointee and the Court makes no ruling on those issues. However, the Court has indicated that it will not approve more than $20,000.00 in compensation to the Appointee from the above-captioned debtor's estate for work authorized by this Order.

///END OF ORDER///

ORDER EMPLOYING SPECIAL COMMITTEE COUNSEL - PAGE 2

18-03197-FPC7    Doc 491    Filed 02/20/20    Entered 02/20/20 11:50:02    Pg 2 of 3

Presented By:

SALISH SEA LEGAL PLLC


    */s/ Ben Ellison*
Benjamin A. Ellison, WSBA #48315
*Attorney for the Committee*


Approved as to Form:

GREGORY M. GARVIN            PAINE HAMBLEN LLP
Acting United States Trustee

  /s/ J. Perkins   (per email)         /s/ K. McKinley (per email)
James D. Perkins, WSBA #12996     Kathryn R McKinley, WSBA #25105
*Attorney for the United States Trustee*    *Attorney for Douglas County PUD*

POTOMAC LAW GROUP PLLC


  /s/ P. Egan (per email)
Pamela M. Egan, WSBA #54736
*Attorney for Mark D. Waldron,
Chapter 11 Trustee*