**So Ordered.**

Dated: February 25th, 2020



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>    Debtor. | Case No. 18-03197-FPC11<br><br>ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) |

This matter having come before the above-entitled court on creditor Port of Douglas County's Motion to Limit Notice of the Port of Douglas County's Motion for Relief from Stay and Abandonment of Property the Estate, and the court finding that good cause exists to grant the relief requested, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Port's motion is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notice of the Port of Douglas County's Motion for Relief from Stay and Abandonment of Property the Estate may be limited to:

    a)    Chapter 11 Trustee;

    b)    Office of the US Trustee;

ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

c) The Unsecured Creditor's Committee;

d) All parties receiving ECF notice; and,

e) 20 largest creditors as listed on Debtor's schedules.

/ / / END OF ORDER / / /

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County

By: /s/ William L. Hames
WILLIAM L. HAMES, WSBA #12193

ORDER LIMITING NOTICE OF CREDITOR CHELAN DOUGLAS REGIONAL PORT AUTHORITY, FORMERLY THE PORT OF DOUGLAS COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY; ABANDONMENT OF PROPERTY OF THE ESTATE AND WAIVER OF FRBP 4001(a)(3) - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 495    Filed 02/25/20    Entered 02/25/20 15:43:23    Pg 2 of 2