So Ordered.

Dated: February 27th, 2020



Frederick P. Corbit
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | In Chapter 11 Proceeding |
|---|---|
| GIGA WATT, INC., | Case No. 18-03197-FPC11 |
| Debtor. | **ORDER GRANTING MOTION TO LIMIT NOTICE OF ALLRISE FINANCIAL GROUP'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND MOTION TO COMPEL TRUSTEE TO ABANDON ALLRISE MINING POD** |

This matter came before this Court on the Motion to Limit Notice of Allrise Financial Group's Application for Allowance and Payment of Administrative Expense Claim and Motion to Compel the Trustee to Abandon

ORDER GRANTING MOTION TO LIMIT NOTICE OF ALLRISE
FINANCIAL GROUP'S APPLICATION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND MOTION TO
COMPEL TRUSTEE TO ABANDON ALLRISE MINING POD - 1
1189538.01



the Allrise Mining Pod (the "Motion") filed by Allrise Financial Group ("Allrise") through the undersigned counsel. The Court finding that good cause exists to grant the relief requested, IT IS ORDERED as followed:

1. The Motion is GRANTED;

2. Notice of the Application for Allowance and Payment of Administrative Expense Claim and Motion to Compel the Trustee to Abandon the Allrise Mining Pod filed by Allrise may be limited to (a) the Chapter 11 Trustee, (b) the U.S. Trustee's Office, (c) the Unsecured Creditor's Committee, (d) anyone requesting ECF notice herein, (e) anyone requesting special notice, and (f) the 20 largest creditors as designated on the Debtor's Schedules.

///END OF ORDER///

Presented By:

RYAN, SWANSON & CLEVELAND, PLLC


By /s/ *Adam C. Doupé*
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

ORDER GRANTING MOTION TO LIMIT NOTICE OF ALLRISE
FINANCIAL GROUP'S APPLICATION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND MOTION TO
COMPEL TRUSTEE TO ABANDON ALLRISE MINING POD - 2
2066895.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 497    Filed 02/27/20    Entered 02/27/20 14:21:15    Pg 2 of 2