Honorable Frederick P. Corbit
Chapter 11
Hearing Date: March 26, 2020
Hearing Time: 2:00 p.m.
Open Court

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In Re: | In Chapter 11 Proceeding |
|---|---|
| GIGA WATT, INC., | Case No. 18-03197-FPC11 |
| Debtor. | **NOTICE OF HEARING** |

TO: The United States Trustee; and

TO: The Chapter 11 Trustee; and

TO: The Unsecured Creditors' Committee

PLEASE TAKE NOTICE that the hearing on the Application of Allrise Financial Group for Allowance and Payment of Administrative Expense Claim (Dkt. 459) and the Motion to Compel Trustee to Abandon Allrise Mining Pod (Dkt. 461) will be held in open court on Thursday, March 26, 2020 at 2:00 p.m. in the above-captioned bankruptcy proceeding before the Honorable Frederick

NOTICE OF HEARING - 1

2053288.01

P. Corbit at the U.S. Post Office Building, 904 W. Riverside Ave., 3rd Floor Courtroom, Spokane, Washington 99201.

DATED this 27th day of February, 2020.

By  /s/ *Adam C. Doupé*
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

## CERTIFICATE OF SERVICE

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On February 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who are registered ECF participants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this day 27th of February, 2020.

*/s/ Patricia Herzog*
Patricia Herzog

NOTICE OF HEARING - 2

2053288.01
18-03197-FPC7    Doc 498    Filed 02/27/20    Entered 02/27/20 14:29:11    Pg 2 of 2