William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax
billh@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT,<br><br>  Debtor. | Case No. 18-03197-FPC11<br><br>NOTICE OF HEARING<br><br>Hearing Date: March 17, 2020<br>Hearing Time: 2:30 p.m.<br>Location: Telephone 509-353-3183 |

TO: CLERK OF THE COURT

AND TO: MARK WALDRON
Chapter 11 Trustee

PAMELA M. EGAN
Attorney for Chapter 11 Trustee

BENJAMIN ELLISON
Attorney for the Committee of Unsecured Creditors

US TRUSTEE

PLEASE TAKE NOTICE that a hearing on the Motion for Relief from Automatic Stay; Abandonment of Property of the Estate and Waiver of FRBP 4001(a)(3) filed by creditor Chelan Douglas Regional Port Authority, fka Port of Douglas County (the "Port") on January 29, 2020 at ECF 467 and amended on February 11, 2020 at ECF 478 will be held via telephone conference on March 17, 2020 at 2:30 p.m.

NOTICE OF HEARING - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 504    Filed 03/03/20    Entered 03/03/20 15:47:09    Pg 1 of 2

**The court will not initiate the telephone conference call. Any party wishing to participate in this hearing must call in at the time of the hearing to the court's conference line at (509) 353-3183.**

DATED this 3rd day of March 2020.

          HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
          Attorneys for Creditor Chelan Dougal Port Authority
          fka Port of Douglas County

BY: /s/ *William L. Hames*
     WILLIAM L. HAMES, WSBA #12193

NOTICE OF HEARING - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 504    Filed 03/03/20    Entered 03/03/20 15:47:09    Pg 2 of 2