William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 18-03197-DPC11
)
GIGA WATT, INC., ) CERTIFICATION OF SERVICE
)
      Debtor in Possession )

I, Mecqué M. Hess, am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Port of Douglas County. I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration.

I served a true and correct copy of a *Notice of Hearing* regarding creditor Chelan Douglas Regional Port Authority, fka Port of Douglas County's Motion for Relief from Automatic Stay, Abandonment of Property of the Estate and Waiver of FRBP 4001(a)(3), by email via PACER on March 3, 2020 to:

    US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

    Gary W. Dyer: Gary.W.Dyer@usdoj.gov

    James D. Perkins    james.perkins@usdoj.gov

    Mark Waldron: trustee@mwaldronlaw.com, mark@mwaldronlaw.com

    Quentin D. Batjer: pam@dadkp.com, quentin@dadkp.com

CERTIFICATION OF SERVICE - 1        HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 505    Filed 03/05/20    Entered 03/05/20 16:54:35    Pg 1 of 3

| | |
|---|---|
| 1 | Shauna S. Brennan: sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| 2 | |
| 3 | Roberto H. Castro: rcastro@rcastrolaw.com, castro.ava@gmail.com |
| 4 | Adam C. Doupe: doupe@ryanlaw.com |
| 5 | Pamela Marie Egan: pegan@potomaclaw.com |
| 6 | Benjamin A. Ellison: benaellison@gmail.com |
| 7 | Scott B. Henrie: SHenrie@williamskastner.com, DLevitin@williamskastner.com |
| 8 | Douglas A. Hofmann: dhofmann@williamskastner.com |
| 9 | Gretchen J. Hoog: ghoog@pcslegal.com, danderson@pcslegal.com |
| 10 | David A. Kazemba: dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, kazembadr92395@notify.bestcase.com |
| 11 | John Knox: jknox@williamskastner.com, rnelson@williamskastner.com |
| 12 | David R. Law: david@dadkp.com, amy@dadkp.com |
| 13 | Angie Lee: bculee@atg.wa.gov |
| 14 | Benjamin J. McDonnell: ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com |
| 15 | |
| 16 | Kathryn R. McKinley: kathryn.mckinley@painehamblen.com, ads@painehamblen.com |
| 17 | Danial D. Pharris: pharris@lasher.com, luksetich@lasher.com |
| 18 | Jason T. Piskel: jtp@pyklawyers.com |
| 19 | Christopher F. Ries: diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com |
| 20 | |
| 21 | Vanessa Pierce Rollins: vprollins@gmail.com |
| 22 | Joseph A.G. Sakay: sakay@ryanlaw.com, bankruptcy@hcmp.com, carol.cannon@hcmp.com, tammie.gere@hcmp.com |
| 23 | Dominique R. Scalia: dscalia@lawdbs.com, paralegal@lawdbs.com |
| 24 | Brian A. Walker: bwalker@omwlaw.com, kreynolds@omwlaw.com |
| 25 | Scott Weaver: weaver@carneylaw.com, fuhrmann@carneylaw.com |

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

1    I declare under the penalty of perjury under the laws of the State of Washington
2 that the foregoing is true and correct.
3    DATED this 5th day of March 2020.

                                         /s/ Mecqué M. Hess
                                         Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 505    Filed 03/05/20    Entered 03/05/20 16:54:35    Pg 3 of 3