**So Ordered.**

**Dated: March 10th, 2020**

*Frederick P. Corbit*

**Frederick P. Corbit**
**Bankruptcy Judge**

1

2

3

4

5

6

7

8

9

10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

11 | In re:

12 | GIGA WATT, Inc., a Washington
corporation,

13

14 | Debtor.

15

16

Case No. 18-03197

The Honorable Frederick P. Corbit

Chapter 11

**ORDER GRANTING CHAPTER 11**
**TRUSTEE'S MOTION FOR ORDER**
**APPROVING AND GENERAL**
**RELEASE OF CLAIMS (CARLSON**
**ADVERSARY)**

17    This matter came before this Court on the *Chapter 11 Trustee's Motion for*

18 *Order Approving Agreement and General Release of Claims (Carlson Adversary)*

19 (the "Motion")[1] filed by Mark D. Waldron, in his capacity as the duly-appointed

20

21

22 [1] Unless otherwise defined herein, capitalized terms used in this Order have the
meanings ascribed to them in the Motion or the Memorandum of Points and
23 Authorities filed in support thereof.

24 Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement and
General Release of Claims (Carlson Adversary) - Page 1

25

1 Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case of

2 Giga Watt Inc.

3      The Court having reviewed the Motion, the Memorandum of Points and

4 Authorities in Support of the Motion, the Declaration of Mark D. Waldron in

5 Support of the Motion, the Agreement (as defined in the Motion) and the Court

6 finding that (1) the settlement as set forth in the Agreement is fair, reasonable and

7 adequate, (2) good cause exists to approve the Motion, (3) the decision to enter

8 into the Agreement is supported by sound business reasons and is a proper

9 exercise of the Trustee's business judgment, and (4) notice of the Motion and

10 hearing were sufficient, proper and adequate;

11   **IT IS HEREBY ORDERED** as follows:

12         1.    The Motion is GRANTED in its entirety;

13         2.    The Agreement and the settlement contained therein are approved;

14         3.    The Trustee is authorized to enter into the Agreement, substantially

15   in the form attached as Exhibit B to the Motion;

16         4.    The Adversary Proceeding (as defined in the Agreement) is hereby

17   dismissed with prejudice against Carlson (as defined in the Agreement) and

18   without prejudice against Rob Tavis; and

19

20

21

22

23

24   Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement and
     General Release of Claims (Carlson Adversary) - Page 2

25

1    5.    The Carlson Proofs of Claim (as defined in the Agreement) are

2    withdrawn with prejudice; and

3    6.    The Allowed Administrative Claim is subject to the terms of the

4    Agreement and will have the treatment set forth in the Agreement.

5    /// END OF ORDER ///

6    Presented by:

7    POTOMAC LAW GROUP PLLC

8

9    */s/ Pamela M. Egan*
     Pamela M. Egan (WSBA 54736)
     1905 7TH Avenue W
10   Seattle, WA 98119
     Tel.: 415-297-0132
11   E: pegan@potomaclaw.com

12   Of attorneys for Mark Waldron in his capacity
     as the duly-appointed Chapter 11 Trustee
13

14

15

16

17

18

19

20

21

22

23

24   Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement and
     General Release of Claims (Carlson Adversary) - Page 3

25