MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR FEBRUARY 2020**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of February 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for February 2020 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for February 2020 (Exhibit 4), incorporated herein by reference.

1. <u>Moses Lake Facility</u>. The Estate continues to operate the Moses Lake facility. Mining revenues for February 2020 at Moses Lake were $258,996.93, with an

MONTHLY FINANCIAL REPORT -1-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

additional $23,386.68 of revenue from subtenant Eco Diversified Holdings for its February 2020 rent ($9,000.00) and proportional obligation for the January 2020 utilities ($14,386.68). The utility payments are current and the Estate also paid two utility deposit bond renewals at the Moses Lake facility (for MLDC 1 and Parcel E). With regard to rent, the Estate paid $30,000.00 of the $61,000.00 rent due. As indicated in the Monthly Financial Report for December 2019, the Trustee is working with the landlord at the Moses Lake facility on rent deferrals while the Trustee is actively discussing sale of both the Moses Lake and TNT facilities with potential buyers and interested parties.

2. <u>TNT Facility</u>. The Estate continues to operate the TNT facility in East Wenatchee. Mining revenues at TNT for February 2020 were $87,698.51. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. In addition, the rent and utility payments are current at the TNT facility.

In October 2019, the Trustee sent written notice to the TNT landlord of Giga Watt's intention to exercise the lease renewal for Building C, with the new lease term commencing on December 1, 2019. The landlord and Trustee have been discussing the renewal rate and have agreed, subject to Court approval, that the lease rate for Building C should increase by $300.00 per month, effective February 1, 2020, and have annual increases of 2.5% for the renewing term of the lease, through November 2024. The Trustee believes this is reasonable and reflects market rent. The Trustee and landlord have executed an Amendment of Commercial Lease Agreement and Trustee will be filing a motion for Court approval.

3. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7   Doc 509   Filed 03/11/20   Entered 03/11/20 15:34:16   Pg 2 of 14

pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

    4.    For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of February 2020 were **$321,677.23**. The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 11th day of March, 2020.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report

**Case Number:** 18-03197-FPC11 FPC  
**Case Name:** GIGA WATT INC.  

**Taxpayer ID #:** 81-4797010  
**Period:** 02/01/20 – 02/28/20  

**Trustee:** Mr. Mark D. Waldron (670070)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ********25 - Checking Account  
**Blanket Bond:** $0.00 (per case limit)  
**Separate Bond:** N/A  

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/20 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 15,000.00 | 117,640.28 |
| 02/04/20 | | Eco Diversified Holdings | February 2020 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 126,640.28 |
| 02/04/20 | | Wenatchee Valley Salvage & Recycling | Sale of miscellaneous electrical and/or scrap metal materials | 4099-000 | 42.90 | | 126,683.18 |
| 02/05/20 | 369 | Insta Stor Inc. | Invoice #3527 (storage container rental through February 2020) | 6004-000 | | 134.88 | 126,548.30 |
| 02/05/20 | 370 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1856394-2674-0 (TNT) | 6010-000 | | 124.28 | 126,424.02 |
| 02/05/20 | 371 | Douglas County PUD | Account #735917, utilities for January 2020 (TNT facility) | 6010-000 | | 42,743.00 | 83,681.02 |
| 02/05/20 | 372 | LocalTel | Account #61297, statement dated 1-30-20 (TNT facility) | 6010-000 | | 110.85 | 83,570.17 |
| 02/06/20 | | Moses Lake ($62,243.43) and TNT ($21,475.28) facilities | Mining operations | 4001-000 | 83,718.71 | | 167,288.88 |
| 02/06/20 | 373 | Mark D. Waldron | Partial payment of Trustee fees per Order entered on 11-20-19 (Docket #422) | 6002-001 | | 10,000.00 | 157,288.88 |
| 02/10/20 | | MLDC I, LLC | 100% of Moses Lake revenue (through 2-6-20) | 6003-000 | | 62,243.43 | 95,045.45 |
| 02/11/20 | 374 | Cuttin Rugs LLC | Invoices #47 and #48 (Moses Lake) through 2-7-20 | 6007-013 | | 6,000.00 | 89,045.45 |
| 02/11/20 | 375 | NCW Consulting LLC | Invoice dated 2-9-20 (TNT through 2-7-20) | 6007-013 | | 5,812.50 | 83,232.95 |
| 02/11/20 | 376 | A Harrison Consulting LLC | Invoice dated 2-9-20 (Moses Lake through 2-7-20) | 6007-013 | | 2,400.00 | 80,832.95 |
| 02/11/20 | 377 | S Simpson Consulting LLC | Invoice dated 2-9-20 (Moses Lake through 2-7-20) | 6007-013 | | 2,000.00 | 78,832.95 |
| 02/11/20 | 378 | P Jaimes Consulting LLC | Invoice dated 2-9-20 (Moses Lake through | 6007-013 | | 1,480.00 | 77,352.95 |
| | | | | Subtotals : | $92,761.61 | $148,048.94 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | Account: | ********25 - Checking Account |
| Period: | 02/01/20 - 02/28/20 | Blanket Bond: | $0.00 (per case limit) |
| | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2-7-20 | | | | |
| 02/11/20 | 379 | Aggle LLC | Invoice dated 2-9-20 (TNT through 2-7-20) | 6007-013 | | 1,792.00 | 75,560.95 |
| 02/13/20 | | Moses Lake ($66,474.72) and TNT ($22,837.08) facilities | Mining operations | 4001-000 | 89,311.80 | | 164,872.75 |
| 02/14/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 2-13-20) | 6003-000 | | 51,185.53 | 113,687.22 |
| 02/20/20 | | Moses Lake ($67,746.80) and TNT ($22,581.70) facilities | Mining operations | 4001-000 | 90,328.50 | | 204,015.72 |
| 02/20/20 | 380 | Stretto | Invoices #3265 and #3327 | 6007-000 | | 600.00 | 203,415.72 |
| 02/21/20 | | Eco Diversified Holdings | Utilities for January 2020, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 14,386.68 | | 217,802.40 |
| 02/21/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 2-20-20) | 6003-000 | | 52,165.04 | 165,637.36 |
| 02/24/20 | 381 | TNT Business Complexes, LLC | Lease payment for March 2020 (TNT facility) | 6003-000 | | 11,900.00 | 153,737.36 |
| 02/24/20 | 382 | Cuttin Rugs LLC | Invoices #49 and #50 (Moses Lake through 2-21-20) | 6007-013 | | 6,000.00 | 147,737.36 |
| 02/24/20 | 383 | NCW Consulting LLC | Invoice dated 2-23-20 (TNT through 2-21-20) | 6007-013 | | 5,550.00 | 142,187.36 |
| 02/24/20 | 384 | Aggle LLC | Invoice dated 2-23-20 (TNT through 2-21-20) | 6007-013 | | 2,240.00 | 139,947.36 |
| 02/24/20 | 385 | P Jaimes Consulting LLC | Invoice dated 2-23-20 (Moses Lake through 2-21-20) | 6007-013 | | 1,480.00 | 138,467.36 |
| 02/24/20 | 386 | A Harrison Consulting LLC | Invoice dated 2-23-20 (Moses Lake through 2-21-20) | 6007-013 | | 2,400.00 | 136,067.36 |
| 02/24/20 | 387 | S Simpson Consulting LLC | Invoice dated 2-23-120 (Moses Lake through 2-21-20) | 6007-013 | | 1,000.00 | 135,067.36 |
| 02/26/20 | 389 | Insta Stor Inc. | Invoice #3652 (storage container rental through March 2020) | 6004-000 | | 134.88 | 134,932.48 |
| 02/26/20 | | Washington State Department of Revenue | B&O taxes due for January 2020 | 6006-002 | | 5,273.35 | 129,659.13 |
| | | | | Subtotals : | $194,026.98 | $141,720.80 | |

{} Asset reference(s)

# Ledger Report

| | |
|---|---|
| Case Number: 18-03197-FPC11 FPC | Trustee: Mr. Mark D. Waldron (670070) |
| Case Name: GIGA WATT INC. | Bank Name: Metropolitan Commercial Bank |
| Taxpayer ID #: 81-4797010 | Account: ********25 - Checking Account |
| Period: 02/01/20 - 02/28/20 | Blanket Bond: $0.00 (per case limit) |
| | Separate Bond: N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/20 | | Moses Lake ($62,531.98) and TNT ($20,804.45) facilities | Mining operations | 4001-000 | 83,336.43 | | 212,995.56 |
| 02/28/20 | | MLDC I, LLC | Rent, utilities, and utility bond renewals | 6003-000 | | 25,407.49 | 187,588.07 |
| 02/28/20 | | Frontier Title and Escrow Co. Inc., Grant Co. Trust Account | Escrow deposit for closing costs re: Terrain Holdings (Dave Carlson settlement) | 6010-000 | | 6,500.00 | 181,088.07 |
| | | | **ACCOUNT TOTALS** | | 4,210,975.15 | 321,677.23 | $181,088.07 |

## TOTAL - ACCOUNT ********25

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 132,640.28 | | | |
| 3 | Deposits | 23,429.58 | 20 | Checks | 103,902.39 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 217,774.84 |
| | Subtotal | $156,069.86 | 0 | Transfers Out | 0.00 |
| 4 | Adjustments In | 346,695.44 | | Total | $321,677.23 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $502,765.30 | | | |

{} Asset reference(s)

18-03197-FPC7    Doc 509    Filed 03/11/20    Entered 03/11/20 15:34:16    Pg 6 of 14



EXHIBIT 2

### Income

#### Revenue from Operating Business
##### Revenue from Operating Business

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---|
| 02/06/20 | Dep. Adj.: 110 | 3910019625 | Moses Lake ($62,243.43) and TNT ($21,475.28) facilities Mining operations | $83,718.71 |
| 02/13/20 | Dep. Adj.: 112 | 3910019625 | Moses Lake ($66,474.72) and TNT ($22,837.08) facilities Mining operations | $89,311.80 |
| 02/20/20 | Dep. Adj.: 114 | 3910019625 | Moses Lake ($67,746.80) and TNT ($22,581.70) facilities Mining operations | $90,328.50 |
| 02/27/20 | Dep. Adj.: 117 | 3910019625 | Moses Lake ($62,531.98) and TNT ($20,804.45) facilities Mining operations | $83,336.43 |
| | | | | $346,695.44 |

#### Rents
##### Rents

| 02/04/20 | Deposit: 100023-1 | 3910019625 | Eco Diversified Holdings<br>February 2020 rent for Pod 8 of Parcel E pods, Moses Lake | $9,000.00 |
|---|---|---|---|---|
| | | | | $9,000.00 |

#### Other Receipts
##### Other Receipts

| 02/04/20 | Deposit: 100023-2 | 3910019625 | Wenatchee Valley Salvage & Recycling<br>Sale of miscellaneous electrical and/or scrap metal materials | $42.90 |
|---|---|---|---|---|
| 02/21/20 | Deposit: 100024-1 | 3910019625 | Eco Diversified Holdings<br>Utilities for January 2020, Pod 8 of Parcel E pods, Moses Lake facility | $14,386.68 |
| | | | | $14,429.58 |

**Total Income**     **$370,125.02**

### Expenses

#### Trustee Fees & Expenses
##### Trustee Compensation

| 02/06/20 | Check: 373 | 3910019625 | Mark D. Waldron<br>Partial payment of Trustee fees per Order entered on 11-20-19 (Docket #422) | $10,000.00 |
|---|---|---|---|---|
| | | | | $10,000.00 |
| | | | | $10,000.00 |

#### Admin. Rent
##### Admin. Rent

| 02/10/20 | Disb. Adj.: 111 | 3910019625 | MLDC I, LLC<br>100% of Moses Lake revenue (through 2-6-20) | $62,243.43 |
|---|---|---|---|---|
| 02/14/20 | Disb. Adj.: 113 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 2-13-20) | $51,185.53 |
| 02/21/20 | Disb. Adj.: 115 | 3910019625 | MLDC I, LLC<br>77% of Moses Lake revenue (through 2-20-20) | $52,165.04 |
| 02/24/20 | Check: 381 | 3910019625 | TNT Business Complexes, LLC<br>Lease payment for March 2020 (TNT facility) | $11,900.00 |
| 02/28/20 | Disb. Adj.: 118 | 3910019625 | MLDC I, LLC<br>Rent, utilities, and utility bond renewals | $25,407.49 |
| | | | | $202,901.49 |

### Costs to Secure/Maintain Property
#### Costs to Secure/Maintain Property

| Date | Type | Account | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 02/03/20 | Disb. Adj.: 109 | 3910019625 | Randy Michelson<br>Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | $15,000.00 | |
| 02/05/20 | Check: 369 | 3910019625 | Insta Stor Inc.<br>Invoice #3527 (storage container rental through February 2020) | $134.88 | |
| 02/25/20 | Void: 388 | 3910019625 | Insta Stor Inc.<br>Storage container rental through March 2020. | $0.00 | |
| 02/26/20 | Check: 389 | 3910019625 | Insta Stor Inc.<br>Invoice #3652 (storage container rental through March 2020) | $134.88 | |
| | | | | | $15,269.76 |

### Taxes - State
#### Taxes - State

| Date | Type | Account | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 02/26/20 | Dep. Rev.: 116 | 3910019625 | Washington State Department of Revenue<br>B&O taxes due for January 2020 | $5,273.35 | |
| | | | | | $5,273.35 |

### Professional Fees & Expenses
#### Professional Fees & Expenses

| Date | Type | Account | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 02/20/20 | Check: 380 | 3910019625 | Stretto<br>Invoices #3265 and #3327 | $600.00 | |
| | | | | | $600.00 |

#### Consultant for Trustee Fees

| Date | Type | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 02/11/20 | Check: 374 | 3910019625 | Cuttin Rugs LLC<br>Invoices #47 and #48 (Moses Lake) through 2-7-20 | $6,000.00 |
| 02/11/20 | Check: 375 | 3910019625 | NCW Consulting LLC<br>Invoice dated 2-9-20 (TNT through 2-7-20) | $5,812.50 |
| 02/11/20 | Check: 376 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 2-9-20 (Moses Lake through 2-7-20) | $2,400.00 |
| 02/11/20 | Check: 377 | 3910019625 | S Simpson Consulting LLC<br>Invoice dated 2-9-20 (Moses Lake through 2-7-20) | $2,000.00 |
| 02/11/20 | Check: 378 | 3910019625 | P Jaimes Consulting LLC<br>Invoice dated 2-9-20 (Moses Lake through 2-7-20) | $1,480.00 |
| 02/11/20 | Check: 379 | 3910019625 | Aggle LLC<br>Invoice dated 2-9-20 (TNT through 2-7-20) | $1,792.00 |
| 02/24/20 | Check: 382 | 3910019625 | Cuttin Rugs LLC<br>Invoices #49 and #50 (Moses Lake through 2-21-20) | $6,000.00 |
| 02/24/20 | Check: 383 | 3910019625 | NCW Consulting LLC<br>Invoice dated 2-23-20 (TNT through 2-21-20) | $5,550.00 |
| 02/24/20 | Check: 384 | 3910019625 | Aggle LLC<br>Invoice dated 2-23-20 (TNT through 2-21-20) | $2,240.00 |
| 02/24/20 | Check: 385 | 3910019625 | P Jaimes Consulting LLC | $1,480.00 |

| Date | Reference | Account | Description | Amount | Total |
|---|---|---|---|---:|---:|
| 02/24/20 | Check: 386 | 3910019625 | Invoice dated 2-23-20 (Moses Lake through 2-21-20) A Harrison Consulting LLC | $2,400.00 | |
| 02/24/20 | Check: 387 | 3910019625 | Invoice dated 2-23-20 (Moses Lake through 2-21-20) S Simpson Consulting LLC | $1,000.00 | |
| | | | Invoice dated 2-23-120 (Moses Lake through 2-21-20) | | |
| | | | | $38,154.50 | |
| | | | | | $38,754.50 |

**Other Expenses**
  **Other Expenses**

| Date | Reference | Account | Description | Amount |
|---|---|---|---|---:|
| 02/05/20 | Check: 370 | 3910019625 | Waste Management of Wenatchee | $124.28 |
| | | | Customer ID #19-19019-33003, Invoice #1856394-2674-0 (TNT) | |
| 02/05/20 | Check: 371 | 3910019625 | Douglas County PUD | $42,743.00 |
| | | | Account #735917, utilities for January 2020 (TNT facility) | |
| 02/05/20 | Check: 372 | 3910019625 | LocalTel | $110.85 |
| | | | Account #61297, statement dated 1-30-20 (TNT facility) | |
| 02/28/20 | Disb. Adj.: 119 | 3910019625 | Frontier Title and Escrow Co. Inc., Grant Co. Trust Account | $6,500.00 |
| | | | Escrow deposit for closing costs re: Terrain Holdings (Dave Carlson settlement) | |

                                                                     $49,478.13

**Total Expenses**                                                                                                   $321,677.23

**Net Income**                                                                                                           $48,447.79

  

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

EXHIBIT 3

Member FDIC

Period Covered:
February 01, 2020 - February 28, 2020
Page 1 of 8

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED
MAR 0 5 2020
Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 39100 9625 | $168,337.03 | $210,327.83 |
| **Total** | | **$168,337.03** | **$210,327.83** |

### TRUSTEE CHECKING

Account Number: 39100 9625

| | | |
|---|---|---|
| Enclosures | 19 | |
| | Beginning Balance | $168,337.03 |
| | +Total Additions | $370,125.02 |
| | -Total Subtractions | $328,134.22 |
| | Ending Balance | $210,327.83 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 358 | 02-03 | $2,400.00 |
| 359 | 02-03 | $2,000.00 |
| 360 | 02-04 | $6,000.00 |
| 362* | 02-03 | $2,240.00 |
| 363 | 02-03 | $1,581.75 |
| 364 | 02-03 | $2,000.00 |
| 365 | 02-03 | $2,400.00 |
| 367* | 02-03 | $5,175.00 |
| 368 | 02-18 | $11,900.00 |
| 370* | 02-12 | $124.28 |
| 371 | 02-12 | $42,743.00 |
| 372 | 02-12 | $110.85 |
| 373 | 02-10 | $10,000.00 |
| 374 | 02-19 | $6,000.00 |
| 375 | 02-18 | $5,812.50 |
| 378* | 02-19 | $1,480.00 |
| 379 | 02-18 | $1,792.00 |
| 380 | 02-27 | $600.00 |
| 382* | 02-28 | $6,000.00 |




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
February 01, 2020 - February 28, 2020
Page 2 of 8

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-03 | WIRE TO RANDY MICHELSON | $15,000.00 |
| 02-10 | WIRE TO MLDC 1 LLC | $62,243.43 |
| 02-14 | WIRE TO MLDC 1 LLC | $51,185.53 |
| 02-24 | WIRE TO MLDC 1 LLC | $52,165.04 |
| 02-26 | WA DEPT REVENUE TAX PYMT 200225 CCD | $5,273.35 |
| 02-28 | WIRE TO MLDC 1 LLC | $25,407.49 |
| 02-28 | WIRE TO FRONTIER TITLE AND | $6,500.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 02-06 | REMOTE DEPOSIT REF#0100023 | $9,042.90 |
| 02-06 | WIRE FROM COINME INC | $83,718.71 |
| 02-13 | WIRE FROM COINME INC | $89,311.80 |
| 02-20 | WIRE FROM COINME INC | $90,328.50 |
| 02-24 | REMOTE DEPOSIT REF#0100024 | $14,386.68 |
| 02-27 | WIRE FROM COINME INC | $83,336.43 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-03 | $135,540.28 | 02-04 | $129,540.28 | 02-06 | $222,301.89 |
| 02-10 | $150,058.46 | 02-12 | $107,080.33 | 02-13 | $196,392.13 |
| 02-14 | $145,206.60 | 02-18 | $125,702.10 | 02-19 | $118,222.10 |
| 02-20 | $208,550.60 | 02-24 | $170,772.24 | 02-26 | $165,498.89 |
| 02-27 | $248,235.32 | 02-28 | $210,327.83 | | |

EXHIBIT 4

**Executive Summary**: For the calendar month of February 2020, the Moses Lake Data Center (MLDC) generated gross revenues of $268,512, a 11.6% increase in revenue from January 2020 of $240,488.

TNT generated $91,963, a 7.1% increase in revenue from January's $85,575 in revenue.

The total gross revenue generated combined for both sites for February was $360,475, up 10.5% from January's number of $326,063.

**S9 Machine Mining (primarily Bitcoin):** Revenues for S9s increased primarily due to an increase in Bitcoin prices in February. In February, the average daily BTC sell price grew 16.3% to $9,598/BTC from the January average daily sales price of $8,252/BTC. The last two difficulty jumps, starting January 28th, slowed dramatically. This may be explained by the delayed delivery of new mining equipment in China slowing dramatically due to the coronavirus breakout with factory shutdowns nationwide.



**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines increased from January due primarily to the significant price increase in Litecoin. In February, the average daily sales price of a Litecoin was $72.69/LTC, up 37.9% from January's daily sales price of $52.71/LTC. LTC mining difficulty also jumped by about 16.9% which made mining rewards more difficult to obtain as price increased.





**GPU Mining (Ethereum & Ethereum Classic):**

Revenue for GPU mining increased in February largely due to price. In February, the average sales price per Ethereum (ETH) was $237.96, an increase of 53.7 % from the January average sales price of $154.84.

We mined very little Ethereum Classic (ETC) in February as the mining rewards, in USD, were nearly identical on a daily basis. Difficulty for Ethereum grew 12.2% over the month but the diminished rewards were dwarfed by the huge price increase per coin.

GPU mining for Ethereum, and Ethereum Classic will be coming to an end in calendar year 2020 for the equipment we have in Moses Lake and East Wenatchee. All GPU miners, using 4GB video cards, will no longer function by design with an estimated date of December 26, 2020.

There is another initiative underway to eliminate GPU mining altogether starting in July 2020 by replacing it with a "Proof of Stake" 100% software only solution, but that is likely to run in parallel with the "Proof of Work", the existing GPU hardware solution.



As in January, February saw significant price increases in all currencies with expected increases in difficulty.

Assuming the case that market prices stabilize, we can assume that mining rewards from the S9 machines (BTC) will continue to decrease due to increasing difficulty and new technology being deployed by competitors. We can expect some relief in new equipment hitting the market due to supply chain issues related to the coronavirus in China in the form of slower difficulty increases.

However, with the price increase for power now imminent in April for Moses Lake from Grant County PUD, the daily net returns for mining from S9 machines <u>would drop to 47%</u> of their current net revenue generation. Couple this with the upcoming halving of BTC rewards in mid-May and these machines effectively become worthless, even if we moved them to TNT in East Wenatchee.

L3+ mining (Litecoin) continues to be more resilient than expected. The price increase for power from Grant County is going to reduce this net revenue generated to 59% of the current revenue level, assuming price and difficulty stayed fixed.

Finally, our GPU mining machines (mining Ethereum & Ethereum Classic), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment. The net revenue from these machines will drop to 82% of the current level after the price increase from Grant County PUD if price and difficulty remains unchanged. The longer-term threat is the planned obsolescence of these GPU machines for Ethereum mining by December 26, 2020 due to the 4GB design of the graphics cards.

We are working on a consolidation plan to optimize the GPU & L3 mining equipment for the remainder of 2020 for both facilities.