UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC,

            Debtor.

Case No. 18-03197-FPC11

ORDER GRANTING RELIEF FROM AUTOMATIC STAY, ABANDONMENT OF PROPERTY OF THE ESTATE AND DENYING WAIVER OF FRBP 4001(a)(3)

This matter came before the above-entitled court upon the motion for relief from the automatic stay, abandonment of property of the estate, and waiver of FRBP 4001(a)(3) filed by the Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port"). The Port, former landlord to debtor herein, appeared by and through its attorney William L. Hames of Hames, Anderson, Whitlow & O'Leary, P.S., the US Trustee appeared by and through its attorney James Perkins, the Chapter 11 Trustee, Mark Waldron appeared personally and by and through the estate's attorney, Pamela Egan, and the Unsecured Creditors Committee appeared by and through its attorney Benjamin Ellison. The court has reviewed the pleadings, the Declaration of Jim Kuntz with attachments and notes and heard the argument of counsel, NOW, THEREFORE,

ORDER GRANTING RELIEF FROM AUTOMATIC STAY, ABANDONMENT OF PROPERTY OF THE ESTATE AND DENYING WAIVER OF FRBP 4001(a)(3) - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 514    Filed 03/20/20    Entered 03/20/20 14:30:01    Pg 1 of 3

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Port's motion for relief from stay and abandonment of property of the estate is hereby granted, effective thirty days from today's date. The property for which the relief from stay and abandonment is hereby granted are the pods, transformers, electrical switching equipment, breaker boxes, underground electrical conduit, connectors, cabling and wiring necessary to conduct a large-scale crypto-currency mining operation; and, the list of personal property attached as Exhibit E to the Declaration of Jim Kuntz at ECF 468.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Port's motion to waive the 14-day stay set forth in FRBP 4001(a)(3) is denied. The court's intent is that this order shall become effective forty-four (44) days from the date of entry.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the relief granted herein is without prejudice to any investigation or future claims brought by the unsecured creditors committee against the Douglas County Public Utility District.

/ / / END OF ORDER / / /

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Chelan Douglas Regional Port Authority,
formerly the Port of Douglas County

By: _____
WILLIAM L. HAMES, WSBA #12193

Approved as to Form
Notice of presentment waived:
POTOMAC LAW GROUP PLLC
Attorneys for Ch. 11 Trustee
BY:    /S/    _____
PAMELA M. EGAN, WSBA # 54736

ORDER GRANTING RELIEF FROM
AUTOMATIC STAY, ABANDONMENT OF
PROPERTY OF THE ESTATE AND
DENYING WAIVER OF FRBP 4001(a)(3) - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 514    Filed 03/20/20    Entered 03/20/20 14:30:01    Pg 2 of 3

Salish Sea Legal PLLC
Attorneys for Official Unsecured Creditors Committee

BY: /S/
Benjamin Ellison, WSBA #48315

OFFICE OF THE UNITED STATES TRUSTEE

BY: /S/
JAMES PERKINS, WSBA #12996

DECLARATION - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE/P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 514    Filed 03/20/20    Entered 03/20/20 14:30:01    Pg 3 of 3