Honorable Frederick P. Corbit
Chapter 11
Hearing Date: April 1, 2020
Hearing Time: 2:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>               Debtor. | In Chapter 11 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**DECLARATION OF DMITRY BUDANOV IN SUPPORT OF (I) APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (II) MOTION TO COMPEL THE TRUSTEE TO ABANDON ALLRISE MINING POD** |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares that:

1. I am Financial Controller for Allrise Capital LLC, which is an affiliate of creditor Allrise IP Holding, Inc. ("Allrise"). I have personal knowledge of the matters set forth in this declaration and am competent to testify in this matter.

DECLARATION OF
DMITRY BUDANOV- 1

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 1 of 7

2. I have over fourteen (14) years of accounting and finance experience, beginning with a degree in Economics/Business Administration from the University of West Florida.

3. In 2014, I began studying the Bitcoin market, learning about the Bitcoin trading process, and researching how Bitcoin is "mined." Based on my research and experience, I am familiar with the Bitcoin mining process as well as the different pieces of equipment that pertain to that process. Moreover, as part of my job duties at Allrise, I have been tasked with taking inventory of Allrise's Bitcoin miners and "pods" associated with Debtor Giga Watt, Inc.

4. Allrise does not maintain an office, bank accounts, or employees in Washington.

A. **December 2019 Moses Lake Facility visit.**

5. To that end, on December 11, 2019, I visited Debtor Giga Watt, Inc.'s Moses Lake Facility for the purpose of inventorying and retrieving certain equipment belonging to Allrise, including Bitcoin miners. In order to determine whether certain miners belonged to Allrise, I utilized an original list of miner serial numbers compiled by Debtor Giga Watt. The serial numbers reside next to a barcode at the rear of the miners and can be scanned electronically using a handheld barcode scanner.

DECLARATION OF
DMITRY BUDANOV- 2
2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 2 of 7

6. When I arrived at the Moses Lake Facility, I observed four sheds surrounded by a chain link fence. I did not observe any cameras at the facility. The door to each of the sheds could be accessed using a traditional door key.

7. I also observed Bitcoin miners laying around outside the sheds. Employees of Giga Watt also explained to me that certain miners at a different facility had been destroyed, sold, or donated.

**B. The Missing Miners are discovered.**

8. While I was at the Moses Lake Facility, I worked with two different third-party vendors to develop a preliminary list of miners that we removed from the Moses Lake Facility. Once the miners were delivered to their new location, I received a final report from the vendors describing the count of miners that we collected from Moses Lake.

9. When I compared the final report to my original list of serial numbers, I learned that eleven (11) Antminer S9 Miners, one hundred and eighty-one (181) PandaMiners Plus, and one hundred and eighty-one (181) power supply units (the "Missing Miners") were missing.

/ / /

/ / /

/ / /

DECLARATION OF
DMITRY BUDANOV- 3

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 3 of 7

10. As part of its Bitcoin mining operations, Allrise monitors how much Bitcoin is mined into BTC and ETH wallets for purposes of evaluating whether its miners are mining at the proper capacity. If several miners were turned off, then the wallet data would reflect a decline in productivity. Based on my review of BTC and ETH Bitcoin wallets associated with these miners, the wallet data shows that Bitcoin mining levels were consistent until around mid-January 2019, when there was a reduction in miner productivity. Until mid-January 2019, I believe that Allrise's Bitcoin wallet data indicates that the Missing Miners were functioning and mining at the appropriate productivity level. Thus, I had no reason to doubt that the Missing Miners were operating as intended.

**C.     Further search for Missing Miners.**

11. Each miner has a special Giga Watt barcode on the back, which can be scanned and compared to Allrise's miner list using a handheld scanner. The miners would not need to be unplugged and the risk of hand injury is minimal due to the use of a handheld scanner.

12. If the Court allows Allrise to search for the Missing Miners at the Moses Lake Facility in the future, then I estimate that the search would take approximately two full days. It is my understanding that there are four Pods at the Moses Lake Facility that each contain about 1,000 miners. Based on my

DECLARATION OF
DMITRY BUDANOV- 4

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 4 of 7

experience with checking miner barcode information, it takes approximately half a day to scan the barcodes for 1,000 miners. Thus, the search should not exceed two full days.

**D.     The Pod.**

13.     A Pod is a shed where approximately 1,000 miners can be stored, provided electricity, and cooled. A Pod also provides ventilation for the miners, which generate significant heat as part of their mining operations. Other than the cement pad on which the Pod sits, the Pod can be disassembled and moved to another location.

14.     I estimate that the reasonable rental rate for the Pod at issue in Allrise's motion to compel abandonment is $10,000 per month. My estimate is based on the amount that Allrise paid for the Pod ($1,200,000) amortized over the useful life of the Pod, which is approximately ten years. Amortization is a generally accepted accounting principle utilized to determine reasonable rental rates for equipment, including Bitcoin Pods.

15.     Beginning in January 2019, and continuing to date, the Chapter 11 Trustee, Mark D. Waldron, has prohibited Allrise from removing the Pod at issue from the Moses Lake Facility. Based on the monthly rental rate described above, multiplied by 15 months, I estimate that a reasonable amount of rent for the Pod is $150,000.

DECLARATION OF
DMITRY BUDANOV- 5

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 5 of 7

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 27th day of March, 2020, at Irvine, California.

                                              /s/ *Dmitry Budanov*
                                               Dmitry Budanov

DECLARATION OF
DMITRY BUDANOV- 6

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

2053288.01

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 6 of 7

# CERTIFICATE OF SERVICE

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On March 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this day 27th day of March, 2020.

*/s/ Patricia Herzog*
Patricia Herzog

DECLARATION OF
DMITRY BUDANOV- 7

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 518    Filed 03/27/20    Entered 03/27/20 15:21:33    Pg 7 of 7