1  Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
   POTOMAC LAW GROUP PLLC
   1905 7th Ave. W
2  Seattle, WA 98119
   Telephone: (415) 297-0132
3  Email: pegan@potomaclaw.com

4  *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

5

6

7          **UNITED STATES BANKRUPTCY COURT**
            **EASTERN DISTRICT OF WASHINGTON**
8

9  In re:                                   Case No. 18-03197 FPC 11

10 GIGA WATT, Inc., a Washington            The Honorable Frederick P. Corbit
   corporation,
11                                          Chapter 11

12          Debtor.                         **CHAPTER 11 TRUSTEE'S MOTION**
                                            **FOR ORDER APPROVING SALE**
13                                          **OF EQUIPMENT FREE AND**
                                            **CLEAR OF ALL LIENS, CLAIMS**
14                                          **AND INTERESTS, APPROVING**
                                            **NOTICE THEREOF AND**
15                                          **RELATED RELIEF**

16                                          **Telephonic Hearing**
                                            Date:          April 9, 2020
17                                          Time:          10:30  a.m. PT
                                            Telephone:   877-402-9753
18                                          Access Code: 3001392

19

20         Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the

21 "**Trustee**"), hereby moves (the "**Motion**") the Court pursuant to 11 U.S.C.

22 §§ 105, 363, Federal Rules of Bankruptcy Procedure 2002, 6004, 9014 and LBRs

23

24 Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and
   Clear of all Liens, Claims and Interests, etc. - Page 1

25

2002-1 and 6004-1 for an Order, a proposed form of which is attached hereto as **Exhibit A**, approving the sale (the "**Sale**") of the Debtor's property that is located on the Debtor's former site known as "Pangborn" (the "**Pangborn Equipment**") and the sale of other equipment that is located at the Debtor's facilities in Moses Lake, Washington and East Wenatchee, Washington (the "**Other Equipment**"), free and clear of all liens, claims and interests, pursuant to that certain Pangborn and Other Equipment Sale Agreement (the "**Sale Agreement**"), a copy of which is attached hereto as **Exhibit B**. The material terms of the Sale Agreement are as follows:

|  | Description | Agreement | Order |
|---|---|---|---|
| Buyer | Gib Compute LLC ("**Gib**") or successful overbidder | Preamble | ¶¶ 1, 4, 5 |
| Price | $175,000 cash, subject to overbidding | § 4 | ¶¶ 1, 4, 5 |
| Deposit | Buyer will pay to the Estate a refundable deposit in the amount of $17,500 (the "**Earnest Money Deposit**"). <br><br> Upon Sale approval, Earnest Money Deposit applied to Purchase Price <br><br> In the event Sale is not approved, Trustee to return Earnest Money Deposit | § 6 | |
| Assets Sold | Electrical equipment | Schedule 1 to the Sale Agreement | ¶ 1 |

Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, etc. - Page 2

| | Description | Agreement | Order |
|---|---|---|---|
| Delivery | Seller completes delivery by making equipment available to Buyer at their current locations | § 9 | |
| | Buyer assumes all responsibility, expense and risk of moving purchased equipment by May 4, 2020 | | |
| | Buyer need not take all equipment; but Purchase Price does not reduce if not all equipment taken | | |
| Warranties | Property sold "As Is"; Buyer not relying on Trustee's equipment inventory; Buyer relying on own inventory | § 11 | ¶ 1 |
| Overbidding | Subject to overbidding:<br>• First overbid increment: $10,000<br>• Subsequent overbid increment: $5,000<br>• Gib may participate in overbidding | § 10 | ¶¶ 4, 5 |
| Break-Up Fee | If party other than Gib wins bidding, Gib receives break-up fee of three percent (3%) of final purchase price | § 10 | ¶¶ 4, 5 |
| Conditions | Court approval of sale free and clear of all liens, claims and interest | § 5 | ¶¶ 2, 6 |
| | Court finding that Sale is in good faith; waiver of Rule 6004(h) | | |
| | Entry of Approval Order by April 13, 2020 | | |

Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, etc. - Page 3

1  Notice of the proposed sale (the "**Notice of Sale**"), in substantially the form

2  attached hereto as **Exhibit C**, will be served upon the Master Mailing List and all

3  parties who have contacted the Trustee regarding equipment purchase.

4  This Motion is supported by the *Memorandum of Points and Authorities in*

5  *Support of the Chapter 11 Trustee's Motion for Order Approving Sale of*

6  *Equipment Free and Clear of All Liens, Claims and Interests, Approval of Notice*

7  *Thereof and Related Relief* and the *Declaration of Mark D. Waldron in* Support of

8  *the Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free*

9  *and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and*

10  *Related Relief*, filed herewith.

11  WHEREFORE, the Trustee respectfully requests entry of an Order:

12  1.  Granting the Motion;

13  2.  Approving the Sale Agreement in its entirety;

14  3.  Approving the Sale free and clear of all liens, claims and interests

15  4.  Approving the form and manner of service of the Notice of Sale;

16  5.  Finding that the Sale Agreement is entered into in good faith and

17  waiving the 14-day stay set forth in Fed.R.Bank.P. 6004(h); and

18  6.  Granting such other and further relief as the Court deems necessary

19  and just.

20  Dated: March 30, 2020                POTOMAC LAW GROUP PLLC

21  By:        */s/ Pamela M. Egan*
              Pamela M. Egan (WSBA No. 54736)
22
              *Attorneys for Mark D. Waldron, Chapter 11*
23            *Trustee*

24  Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and
    Clear of all Liens, Claims and Interests, etc. - Page 4

25