EXHIBIT A
(Proposed Sale Approval Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>        Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVAL OF NOTICE THEREOF AND RELATED RELIEF** |

This matter came to be heard on the *Chapter 11 Trustee's Motion for Approval of Sale of Equipment Free and Clear of All Liens, Claims and Interests, Approval of Notice Thereof and Related Relief* (the "**Motion**")[1] filed by Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**") on

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

[Proposed] Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief - Page 1

April 9, 2020 at 10:30 a.m. (the "**Hearing**"). The Court has considered the Motion and completed the Hearing as provided for under section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and in the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Trustee is hereby authorized to sell the Pangborn Equipment and Other Equipment, described on Schedule 1 to the Sale Agreement, "As Is" with no warranties for the sum of $175,000.00 or more, all cash at closing, to any third party buyer who is unrelated to Debtor, not connected with the case and who will actually complete the sale at that price or higher, as determined by the Trustee in his business judgment.

2. The sale of the Pangborn Equipment pursuant to this Order shall be free and clear of all liens, encumbrances, claims and/or interests in the Pangborn Equipment pursuant to section 363(f)(4) and (5) of title 11 of the United States Code.

3. The form and manner of service of the Notice of Sale is approved.

4. The Bidding Procedures as proposed in the Motion are approved.

5. The Break-Up Fee as proposed in the Motion is approved.

[Proposed] Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief - Page 2

18-03197-FPC7    Doc 519-1    Filed 03/30/20    Entered 03/30/20 16:10:32    Pg 3 of 4

6. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived with respect to the sale of the Pangborn Equipment pursuant to this Order. This Order shall be valid and fully effective immediately upon its entry.

**/// END OF ORDER ///**

[Proposed] Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief -  Page 3