Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>  Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVAL OF NOTICE THEREOF AND RELATED RELIEF**<br><br>**<u>Telephonic Hearing</u>**<br>Date:        April 9, 2020<br>Time:        10:30 a.m. PT<br>Telephone: 877-402-9753<br>Access Code: 3001392 |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**") has filed the Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of all

Notice of Chapter 11 Trustee's Motion for Order Approving Sale of Equipment, etc. - Page 1

Liens, Claims and Interests, Approval of Notice Thereof and Related Relief (the "**Motion**"). The Motion and its supporting papers are located on the above-captioned Court's docket and may be obtained from the Court's clerk and from the Court's website. **A telephonic hearing (the "Telephonic Hearing") will be held on the Motion on April 9, 2020 at 10:30: a.m., Pacific Time. The call in information: dial 877-402-9753, then enter the access Code, 3001392.**

**If you wish to object to the Motion, you must file an Objection with the Court and serve it upon undersigned counsel on or before April 8, 2020**. The Telephonic Hearing will be held even if no objection is timely filed and served, so that parties in interest may have an opportunity to bid. However, untimely objections may not be considered without the Court's permission.

Essential terms of the sale (the "**Sale**") proposed in the Motion are: The Trustee is selling the equipment (defined in the Motion as the Pangborn Equipment and the Other Equipment) to Gib Compute LLC ("**Gib**" or "**Buyer**") "as is" and as generally listed on Exhibit 1 attached hereto. Other essential terms: Purchase Price - $175,000; Refundable Earnest Money Deposit - $17,500; Order approving the Agreement to be entered no later than April 13, 2020; Buyer to pick up and remove the Pangborn Equipment and Other Equipment at its own expense <u>by no later than May 2, 2020.</u> The estimated fair market value of the Pangborn Equipment and Other Equipment is not less than $175,000. The Buyer is relying on its own inventory of the Pangborn Equipment and Other Equipment. The Sale Agreement and additional details may be obtained from undersigned counsel. A schedule of the Pangborn Equipment and Other Equipment is attached hereto.

**PLEASE TAKE FURTHER NOTICE THAT** the Pangborn Equipment and Other Equipment is to be sold free and clear of all liens, claims, and interests pursuant to § 363(f) of the Code. Neppel Electrical and Controls, LLC has asserted a disputed lien in the amount of $479,959.63 against the real property where the Pangborn Equipment is located. The Moses Lake Landlord may assert a disputed lien against the Other Equipment. The Sale is authorized pursuant to 11 U.S.C. §§ 363(f)(4) and (5). The Sale is necessary because it will bring $175,000 into the estate and enable the Trustee to remove the Pangborn Equipment from its location as required by an Order entered on March 24, 2020 [ECF 515].

**PLEASE TAKE FURTHER NOTICE THAT** the Sale is subject to overbids. A party may bid on the Pangborn Equipment and Other Equipment at the hearing. The first overbid must be in an amount that is at least $10,000 higher than the Purchase Price. Subsequent overbids must be in increments of not less than $5,000. A bidder must establish the bidder's financial ability to meet all the terms of the Agreement. Bidders must also establish the ability to remove the Pangborn Equipment by May 2, 2020. The Trustee shall determine a bidder's qualification, in his business judgment, subject to Court review. Gib shall be paid a Break-Up Fee of three percent (3%) of the final purchase price if a party other than Gib wins the bidding.

Dated: March 30, 2020     POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Chapter 11 Trustee's Motion for Order Approving Sale of Equipment, etc. - Page 3