## Schedule 1 - Sale Inventory
### Pangborn Equipment & Other Equipment

### Other Equipment

| Item(s) Description | Quantity | Notes | Site |
|---|---|---|---|
| Raritan PX2-5956XV PDUs [3] [5] | 64 | 60A, 48A (Derated), 380-415V/ 220-240V | ML [2] |
| Raritan PX2-5956XV PDUs [3] [4] | 270 | 60A, 48A (Derated), 380-415V/ 220-240V | TNT [1] |
| Alpha Miner PSUs [6] | approx. 425 | Set aside and stacked. | TNT [1] |

Notes:
[1] TNT = Debtor's TNT Facility, 474 Highline Drive, E. Wenatchee, WA
[2] ML = Debtor's Moses Lake Facility, 7890 Randolph Rd., Moses Lake, WA 98837
[3] PDU = Power Distribution Unit
[4] The PDUs do not have whip tails; they have never been energized; not boxed
[5] New in box
[6] PSU = Power Supply Unit

### Pangborn Equipment

| Item(s) Description | Quantity | Notes | Site |
|---|---|---|---|
| 2000kVA Transformer | 10 | 2,000kVA, 13.2kV : 415Y/240V | Pangborn |
| 75kVA Transformer | All | 75kVA, 415V : 480Y/277V | Pangborn |
| 15kVA Transformer | All | 15kVA, 480V : 208Y/120V | Pangborn |
| 4,000A LV Switchgear | All | 4,000A, 415Y/240V, 65KAIC w/ (6) 500A CBs | Pangborn |
| 2,000A LV Switchgear | All | 2,000A, 208Y/120V, 65KAIC w/ (5) 400A CBs | Pangborn |
| 600A Service Entrance Disconnect | All | 600A, 208Y/120V Switch | Pangborn |
| 600A MLO Panelboard (42-space) | All | 600A MLO, 480Y/277V, 65kAIC, (14) 3P60A | Pangborn |
| 600A MLO Panelboard (48-space) | All | 600A MLO, 480Y/277V, 65kAIC,(14) 3P60A+(1)3P100A | Pangborn |
| 225A MCB Panelboard | All | 225A MCB, 480Y/277V, 65kAIC, (2) 3P60A+(3)3P40A | Pangborn |
| 40A MCB Panelboard (125A bus) | All | 125A Bus/40A MCB, 208Y/120V, 10kAIC, (12) 1P20A | Pangborn |
| Panelboard Exterior Only | All | Includes contactors, overloads. CB, terminals, etc. | Pangborn |
| Fans (Uninstalled) - Airfoil Impeller Corp. | 48 | In crates, located onsite. | Pangborn |
| Medium Voltage Conductors | 2 | Located onsite. Outside. | Pangborn |
| Plastic Utility Cart | 1 | Located onsite. | Pangborn |
| Saw Horses | 4 | Located onsite. | Pangborn |
| Folding Table | 2 | Located onsite. | Pangborn |
| Electrical Meter | 1 | Located onsite. | Pangborn |

18-03197-FPC7   Doc 522-1   Filed 03/30/20   Entered 03/30/20 16:38:45   Pg 1 of 3

## Pangborn Equipment (cont'd)

| Item(s) Description | Quantity | Notes | Site |
|---|---|---|---|
| 8 ft. Step Ladder | 7 | Located onsite. | Pangborn |
| Metal Siding and Roofing | 3 pallets (approx.) | Palletized onsite. | Pangborn |
| Metal Shelving 12' x 8' | 3 pallets (approx.) | Palletized onsite. | Pangborn |
| Stainless Steel Metal Shelving 2' x 4' | 7 pallets (approx.) | Palletized onsite. | Pangborn |
| Stainless Steel Metal Shelving 2' x 6' | 2 pallets (approx.) | Palletized onsite. | Pangborn |
| Shelving Brackets | boxes + 12 buckets | Palletized onsite. | Pangborn |
| Uninstalled Aluminum 1' Angle Brackets | 3 pallets | Palletized onsite. | Pangborn |
| Stainless Steel Shelving Posts & Rails | 5 pallets | Palletized onsite. | Pangborn |
| Metal Flashing | 11 1/2 pallets | Palletized onsite. | Pangborn |
| Uninstalled Exterior Door | 2 | Located onsite. | Pangborn |
| Fence Posts | 12 | Located onsite. | Pangborn |
| Fence T-Posts | 6 | Located onsite. | Pangborn |
| Giga Watt Sign | 1 | Located onsite. | Pangborn |
| Uninstalled Rebar, 12' x 1/2' | All | Loose onsite. Not palletized. | Pangborn |
| Uninstalled Lumber, 12 x 10, 2 x 6, plywood | All | Loose onsite. Not palletized. | Pangborn |
| Electrical Vaults | 49 | Located onsite. | Pangborn |
| Electrical Vault Covers | 42 | Located onsite. | Pangborn |
| Security Grates for Cooling Openings | 5 | Located onsite. | Pangborn |
| Steel Floor Grates | All | Located onsite. | Pangborn |
| Keys to All Locks | All | All keys and all key copies to be provided by Trustee. | Pangborn |
| Steel Panel | 1 | Located onsite. Loose/Uninstalled. | Pangborn |
| Pods & All Contents Within | All | Located onsite. | Pangborn |
|    Fans (Installed) - Airfoil Impeller Corp. | 324 | Located onsite. In pods. | Pangborn |
|    Fan Control Panels | 24 | Including contactors, overloads. CB, terminals, etc. | Pangborn |
|    Networking Cabinets, Enclosures, and A | All | Located onsite. | Pangborn |
|    Electrical Equipment, Enclosures, and A | All | Located onsite. | Pangborn |
|    Power Cords | All | Located onsite. In pods. | Pangborn |
|    Doors, Lighting, and Fixtures | All | Located onsite. | Pangborn |
|    Networking Equipment and Accessories | All | Located onsite, in pods. | Pangborn |
|    Network/Internet/Ethernet Cabling | All | Located onsite, in pods. | Pangborn |
|    Computer/Electronics and Accessories | All | Located onsite, in pods. | Pangborn |
|    Filters | 288 | Located onsite. | Pangborn |
|    Copper Feeder/Conductor; Electrical Wi | All | Located onsite. Installed and Uninstalled/Loose. | Pangborn |
|    Racking and Shelving | All | Located onsite. | Pangborn |
|    Fire Extinguisher | All | Located onsite. | Pangborn |
| 40ft Shipping Container & All Content With | 2 | Located onsite. | Pangborn |
|    PSUs | All | Boxed in container. | Pangborn |

| Pangborn Equipment (cont'd) | | | |
|---|---|---|---|
| Item(s) Description | Quantity | Notes | Site |
| Wiring Shelving/Cable Tray | All | In container. | Pangborn |
| Control Switchgear Assembly (xfmr, panel | 1 | Located onsite. Next to Container. | Pangborn |