# EXHIBIT A
(Proposed Order Shortening Time)

Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVING NOTICE THEREOF AND RELATED RELIEF**<br><br>**Telephonic Hearing**<br>Date:     April 9, 2020<br>Time:     10:30 a.m. PT<br>Telephone:  877-402-9753<br>Access Code: 3001392 |

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order Shortening Time on Motion for Order Approving Sale of Equipment Free and Clear of All Liens, Claims and Interests, Approval of Notice Thereof and*

[Proposed] Order Granting Chapter 11 Trustee's Motion for Order Shortening Time, etc. - Page 1

*Related Relief* (the "**Shortened Time Motion**") on April 9, 2020 at 10:30 a.m. (the "**Hearing**"). The Court has considered the Shortened Time Motion and completed the Hearing. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and in the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

    ACCORDINGLY, IT IS HEREBY ORDERED THAT THE SHORTENED TIME MOTION IS GRANTED.

/// END OF ORDER ///