Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVING NOTICE THEREOF AND RELATED RELIEF** |
| | **Telephonic Hearing**<br>Date: April 9, 2020<br>Time: 10:30 a.m. PT<br>Telephone: 877-402-9753<br>Access Code: 3001392 |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), has moved (the "**Motion**") the Court pursuant to 11 U.S.C. § 105, Rule 9006 of the Federal Rules of Bankruptcy

Notice of Chapter 11 Trustee's Motion for Order Shortening Time, etc. - Page 1

Procedure and Rule 2002-1 of the Local Bankruptcy Rules of the above-captioned Court for an Order allowing the *Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of All Liens, Claims and Interests, Approving Notice Thereof and Related Relief* (the "**Sale Motion**") [ECF 519] to be heard on seven (7) days' notice, without three (3) additional days for mailing – such that notice of the Sale Motion will be served by ECF and First Class U.S. Mail on or before April 2, 2020 and the hearing will be heard on April 9, 2020 at 2:30 p.m. Objections to the Sale Motion to be served and filed by April 8, 2020.

Shortened time on the Sale Motion is necessary. Separately, the Court ordered the Trustee to remove equipment from a site that the above-captioned debtor had leased known as the Pangborn Site. The deadline is May 7, 2020. If the Trustee fails to timely clear the Pangborn Site, then any property remaining on the Pangborn Site will be deemed abandoned. Pursuant to the proposed sale, the buyer will pick up and remove the purchased equipment from the Pangborn Site within that deadline. Shortened notice is required to allow the purchaser sufficient time to remove the equipment from the Pangborn Site within the deadline set forth in the Abandonment Order.

You may object to this request for shortened time. Objections will be considered by the court at the time of hearing on the Sale Motion.

Dated: April 1, 2020          POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*
        Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Chapter 11 Trustee's Motion for Order Shortening Time, etc. - Page 2

18-03197-FPC7    Doc 524    Filed 04/01/20    Entered 04/01/20 15:54:00    Pg 2 of 2