**So Ordered.**

**Dated: April 2nd, 2020**



**Frederick P. Corbit**
**Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.,<br><br>                Debtor. | Case No. 18-03197-FPC11<br><br>**ORDER DENYING MOTION TO COMPEL TRUSTEE TO ABANDON AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM** |

THIS MATTER came before the court on April 1, 2020 on the motion to compel Trustee to abandon property and motion for allowance of administrative expense claim brought by Allrise IP Holding, Inc. ("Motions") (ECF No. 459 & 461). The Motions were filed on January 24, 2020.

The court reviewed the files and records herein and heard argument of the parties. The court, after being fully advised in the premises, finds that the evidence presented did not meet the preponderance of the evidence standard required to grant a motion under 11 U.S.C. § 503(b)(1)(A). Additionally, the record does not establish grounds to grant the motion to compel the Trustee to abandon property. Based on the foregoing,

IT IS ORDERED:

1.    Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law; and

2.    The Motions are **DENIED**.

///End of Order///

**ORDER DENYING MOTION FOR ABANDONMENT AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**