William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT, INC., | CERTIFICATION OF SERVICE |
| Debtor in Possession | |

I, Mecqué M. Hess, am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for creditor Port of Douglas County. I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration.

I served a true and correct copy of a *Limited Objection to Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of Liens* and *Declaration of Jim Kuntz in Support of Limited Objections to Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of Liens* by email via PACER on April 6, 2020 to:

US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

Gary W. Dyer: Gary.W.Dyer@usdoj.gov

James D. Perkins    james.perkins@usdoj.gov

Mark Waldron: trustee@mwaldronlaw.com, mark@mwaldronlaw.com

Quentin D. Batjer: pam@dadkp.com, quentin@dadkp.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

1  Shauna S. Brennan:  sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

2  Roberto H. Castro:  rcastro@rcastrolaw.com, castro.ava@gmail.com

3  Adam C. Doupe:  doupe@ryanlaw.com

4  Pamela Marie Egan:  pegan@potomaclaw.com

5  Benjamin A. Ellison:  benaellison@gmail.com

6  Scott B. Henrie:  SHenrie@williamskastner.com, DLevitin@williamskastner.com

7  Douglas A. Hofmann:  dhofmann@williamskastner.com, kmejia@williamskastner.com

8  Gretchen J. Hoog:  ghoog@pcslegal.com, danderson@pcslegal.com

9  David A. Kazemba:  dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, kazembadr92395@notify.bestcase.com

10 John Knox:  jknox@williamskastner.com, rnelson@williamskastner.com

11 David R. Law:  david@dadkp.com, amy@dadkp.com

12 Angie Lee:  bculee@atg.wa.gov

13 Benjamin J. McDonnell:  ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

14 Kathryn R. McKinley:  kathryn.mckinley@painehamblen.com, ads@painehamblen.com

15 Danial D. Pharris:  pharris@lasher.com, luksetich@lasher.com

16 Jason T. Piskel:  jtp@pyklawyers.com

17 Christopher F. Ries:  diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

18 Vanessa Pierce Rollins:  vprollins@gmail.com

19 Joseph A.G. Sakay:  sakay@ryanlaw.com, docketing@ryanlaw.com

20 Dominique R. Scalia:  dscalia@lawdbs.com, paralegal@lawdbs.com

21 Brian A. Walker:  bwalker@omwlaw.com, rgrim@omwlaw.com

22 Scott Weaver:  weaver@carneylaw.com, fuhrmann@carneylaw.com

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

and on April 6, 2020, I mailed a true and correct copy of the *Limited Objection to Chapter 11 Trustee's Motion for Order Approving Sale of Equipment Free and Clear of Liens* to:

>Neppel Electric
>4703 Kelly Place
>Moses Lake, WA  98837
>
>Windland Credit Partners, LLC
>PO Box 206
>N. Stonington, CT  06359

by depositing the same at the United States Post Office in Kennewick, Washington, with sufficient first-class postage affixed thereto to carry it through the mails.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of April 2020.

>_/s/ Mecqué M. Hess_
>Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

18-03197-FPC7    Doc 529    Filed 04/06/20    Entered 04/06/20 14:30:19    Pg 3 of 3