Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 11 TRUSTEE'S REPLY TO LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF LIENS** |
| | **Telephonic Hearing** <br> Date: April 9, 2020 <br> Time: 10:30 a.m. PT <br> Telephone: 877-402-9753 <br> Access Code: 3001392 |

I, Pamela M. Egan, declare as follows:

1. I submit this declaration in support of the *Chapter 11 Trustee's Reply to Limited Objection to Chapter 11 Trustee's Motion for Order Approving Sale of*

EGAN DECLARATION IN SUPPORT OF CHAPTER 11 TRUSTEE'S REPLY TO LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF LIENS - 1

*Equipment Free and Clear of All Liens* filed on March 30, 2020 [ECF 527]. The statements set forth herein are based on my personal knowledge. If called as a witness, I would and could competently testify thereto.

2. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Equipment Sale Motion.

3. The Port refers to debris and junk at the Pangborn Site, implying that the Pangborn Site is a mess. This is not true. The Trustee and I both visited the Pangborn Site in mid-February. It is in an orderly condition.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2020.

                                          */s/ Pamela M. Egan*
                                            Pamela M. Egan

EGAN DECLARATION IN SUPPORT OF CHAPTER 11 TRUSTEE'S REPLY TO LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF LIENS - 2

18-03197-FPC7    Doc 532    Filed 04/08/20    Entered 04/08/20 17:52:57    Pg 2 of 2