# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 4/9/2020 |
| Case: 18−03197−FPC11 | Form ID: pdf002 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
```
tr          Mark Waldron          trustee@mwaldronlaw.com
aty         Benjamin A Ellison    benaellison@gmail.com
aty         Pamela Marie Egan     pegan@potomaclaw.com
aty         Quentin D Batjer      pam@dadkp.com
aty         William L Hames       billh@hawlaw.com
```
TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
            Robert Weinberger     1340 E 6th Street, Ste 603     Los Angeles, CA 90021
```
TOTAL: 1