# Notice Recipients

**Recipients of Notice of Electronic Filing:**
tr   Mark Waldron   trustee@mwaldronlaw.com
aty   Benjamin A Ellison   benaellison@gmail.com
aty   Pamela Marie Egan   pegan@potomaclaw.com
aty   Quentin D Batjer   pam@dadkp.com
aty   William L Hames   billh@hawlaw.com

                                     TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Robert Weinberger   1340 E 6th Street, Suite 603   Los Angeles, CA 90021

                                     TOTAL: 1