BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>Debtor. | 18-03197-FPC11<br><br>NOTICE OF COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case, has filed a motion for the Court to authorize the Committee to file and pursue litigation against the Douglas County PUD on a contingent fee basis, for the benefit of the bankruptcy estate, in lieu of the Chapter 11 Trustee (the "Motion").

Please take further notice that any objection to the Motion must be filed with the above-captioned court and served upon undersigned counsel within seventeen (17) days of the service date set forth below.

Please take further note that the Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed.

NOTICE OF MOTION FOR COMMITTEE TO PURSUE
LITIGATION ON BEHALF OF THE BANKRUPTCY
ESTATE - 1

DATED: April 10, 2020

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Counsel for the Committee of Unsecured Creditors*

NOTICE OF MOTION FOR COMMITTEE TO PURSUE
LITIGATION ON BEHALF OF THE BANKRUPTCY
ESTATE - 2