UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

        Debtor in Possession

Case No. 18-03197-11

Chapter 11

ORDER AUTHORIZING COMMITTEE TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE

    This matter having come on regularly for hearing on the motion of the Committee of Unsecured Creditors for the Court to authorize the Committee to file and pursue litigation against the Douglas County PUD, for the benefit of the bankruptcy estate, in lieu of the Chapter 11 Trustee (the "Motion"), the Court

ORDER AUTHORIZING COMMITTEE TO PURSUE LITIGATION - PAGE 1

being fully advised in the premises, and having considered any objections and finding cause exists to grant the Motion, THE COURT HEREBY FINDS:

1. The Committee has established that a colorable claim exists that litigation against the Douglas County Public Utility District would be successful;

2. The Chapter 11 Trustee has chosen not to undertake such litigation;

3. The Committee has identified legal counsel to prosecute such litigation on a contingent fee basis;

4. Therefore, the Committee should be authorized to pursue this litigation in lieu of the Chapter 11 Trustee, for the benefit of the bankruptcy estate.

5. Such contingent fee employment shall be presented to the Court for approval by separate application.

///END OF ORDER///

Presented By:
SALISH SEA LEGAL PLLC

*/s/ Ben Ellison*
Benjamin A. Ellison, WSBA #4815
*Attorney for the Committee*

ORDER AUTHORIZING COMMITTEE TO PURSUE LITIGATION - PAGE 2

18-03197-FPC7    Doc 543    Filed 04/10/20    Entered 04/10/20 01:03:39    Pg 2 of 2