UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC.<br><br>Debtor in Possession | Case No. 18-03197-11<br><br>Chapter 11<br><br>ORDER AUTHORIZING LIMITED NOTICE OF COMMITTEE'S MOTION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

This matter came before this Court on the Committee's Application to Limit Notice of the motion of the Committee of Unsecured Creditors for the Court to authorize the Committee to file and pursue litigation against the Douglas County PUD, for the benefit of the bankruptcy estate, in lieu of the Chapter 11

ORDER AUTHORIZING LIMITED NOTICE - PAGE 1

Trustee (the "Motion").  The Court finding that good cause exists to grant the relief requested, IT IS ORDERED as followed:

    1. The Application is GRANTED;

    2. Service of the Motion on the Chapter 11 Trustee, the Trustee's attorney, as well as Douglas County Public Utility District via electronic means is all that is required given the relief sought in the Motion directly affects the aforementioned parties' rights.

    3.  ECF service of the Motion on all parties signed up for such service, including, but not limited to the United States Trustee's Office, shall also be provided.

    4.  No further service of the Motion, such as via U.S. Mail, on any party of interest in this case is required.

    ///END OF ORDER///

Presented By:
SALISH SEA LEGAL PLLC

*/s/ Ben Ellison*
Benjamin A. Ellison, WSBA #4815
*Attorney for the Committee*