IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>Debtor. | NO. 18-03197-FPC<br><br>[PROPOSED] ORDER GRANTING MOTION TO LIMIT NOTICE OF APPLICATION OF WTT TOKEN HOLDERS AND MINERS FOR ADMINISTRATIVE EXPENSE |

**THIS MATTER** having come before the Court on the Motion of certain creditors claiming an interest in cryptocurrency miners and/or WTT tokens, and members of the non-profit Creditors' Committee of WTT Token Holders and Miners[1] ("**Owners**"), by and through their attorneys of record, Samuel J. Dart and Eisenhower Carlson PLLC requesting the Court limit notice of the Owners' Motion for Administrative Expense and Declaratory Relief (the "**Motion**"). The Court having considered the Motion, and the record in this case, concludes that pursuant to Rules 2002(m), and 9007 of the Federal Rules of Bankruptcy Procedure good cause exists to grant the Motion; now, therefore, it is

**ORDERED** that the Motion is hereby GRANTED; it is further

---

[1] Although some Owners are also members of the Official Committee of Unsecured Creditors ("OCUC") formed under the direction of the United States Trustee, this application is not made on behalf of the OCUC but only on behalf of the members of the non-profit who claim to hold WTT tokens or own mining machines held at Debtor's facilities.

[PROPOSED] ORDER GRANTING MOTION TO LIMIT NOTICE - 1
19994-1/SJD/926858



1  **ORDERED** that the Owners may serve the Motion on the Trustee, United States
2  Trustee, the Official Unsecured Creditors' Committee, those requesting special notice, ECF
3  participants, and the top 20 largest creditors as designated in the schedules filed by the Debtor.

/// END OF ORDER///

Presented by:

EISENHOWER CARLSON PLLC


By: */s/*
    Samuel J. Dart, WSBA #47871
    Attorney for Owners

[PROPOSED] ORDER GRANTING MOTION TO LIMIT
NOTICE - 2
**19994-1/SJD/926858**

