IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In Re:

GIGA WATT, INC.,

Debtor.

NO. 18-03197-FPC

[PROPOSED] ORDER GRANTING APPLICATION OF WTT TOKEN HOLDERS AND MINER OWNERS FOR ADMINISTRATIVE EXPENSE AND FOR DECLARATORY RELIEF

**THIS MATTER** having come before the Court on the Motion of certain creditors claiming an interest in cryptocurrency miners and/or WTT tokens, and members of the non-profit Creditors' Committee of WTT Token Holders and Miners[1] ("**Owners**"), by and through their attorneys of record, Samuel J. Dart and Eisenhower Carlson PLLC requesting an award of an administrative expense for use of certain mining equipment and facility space by the Debtor and declaratory relief recognizing the ownership of certain miners held in the Debtor's facilities (the "**Motion**"). The Court having considered the Motion, Declaration of Scott Glasscock, and the record in this case, concludes that proper notice of the Motion was provided and that good cause exists to grant the Motion; now, therefore, it is

---

[1] Although some Owners are also members of the Official Committee of Unsecured Creditors ("OCUC") formed under the direction of the United States Trustee, this application is not made on behalf of the OCUC but only on behalf of the members of the non-profit who claim to hold WTT tokens or own mining machines held at Debtor's facilities.

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMINISTRATIVE EXPENSE - 1
19994-1/SJD/926856



18-03197-FPC7    Doc 547-1    Filed 04/10/20    Entered 04/10/20 12:18:26    Pg 1 of 2

1     **ORDERED** that the Motion is hereby GRANTED; it is further

2     **ORDERED** that the crypto mining machines and WTT tokens are not property of the bankruptcy estate subject to satisfactory proof of purchase or other indication of ownership for each individual claimant represented by the Owners; it is further

    **ORDERED** that the Owners, by virtue of their substantial contribution to the bankruptcy estate, are entitled to an administrative expense in an amount to be determined at a future hearing based on the use of the crypto mining machines and WTT token space by the debtor-in-possession and the Trustee, it is further

    **ORDERED** that the Owners and the Trustee shall confer and attempt to reach an agreement as to the amount of crypto mining machines held by the Trustee and the amount of any administrative expense. The parties shall provide a final accounting describing the extent of the Owners' property and the amount of an administrative expense for consideration by the Court. In the event the parties cannot agree they shall contact the Court to schedule an evidentiary hearing.

/// END OF ORDER///

Presented by:

EISENHOWER CARLSON PLLC


By: */s/*  _____
    Samuel J. Dart, WSBA #47871
    Attorney for Owners

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMINISTRATIVE EXPENSE - 2
19994-1/SJD/926856

