The Honorable Frederick P. Corbit
Chapter 11

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In Re:

GIGA WATT, INC.,

Debtor.

NO. 18-03197-FPC

DECLARATION OF SCOTT GLASSCOCK IN SUPPORT OF APPLICATION FOR ADMINISTRATIVE EXPENSE AND FOR DECLARATORY RELIEF

**SCOTT GLASSCOCK,** declares and states as follows:

1.  I am one of the members of the Washington State non-profit, Creditors' Committee of WTT Token Holders and Miners ("Owners"). The Owners consist of a group of Giga Watt creditors that have a non-equity interest in the Debtor's facilities by virtue of "WTT Tokens" and also a claim to the physical crypto-mining machines in the Debtor's facilities.

2.  I, like other Owners, participate in crypto mining and gave consideration for WTT tokens pursuant to Giga Watt's promise of access to Debtor's facilities rent free for 50 years for the purpose of mining for crypto currency. The WTT Tokens would allow access to Debtor's facilities in order to take advantage of the low power rates available from the central Washington utilities. Owners of WTT tokens were still required to pay hosting fees consisting of maintenance and electricity costs.

3. Each WTT token holder could choose to utilize the tokens for use by their own machines or could rent out the tokens to others. Those that did not have WTT tokens were required to pay rent at a tiered rate depending on the number of miners deployed. Giga Watt described the WTT tokens and tiered rental rates in a White Paper made available to those



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

interested in Giga Watt's hosting services. A true and correct copy of the Giga Watt White Paper and Token Purchase Agreements are attached as **Exhibit A** and incorporated herein by reference.

4. As part of my purchase, I understood that the mining machines I obtained and sent to Debtor's facilities were owned exclusively by me. I was also able to determine the machine model and type of coin to be mined. This was true regardless of whether I purchased the machines through the Giga Watt partner GigaWatt Pte., Ltd., or from another third-party of my choosing. If machines were purchased through GigaWatt Pte., Ltd., the installation fee was waived. A true and correct copy of emails between myself and representatives of Debtor describing the machines as purchased and controlled by me as the owner are attached as **Exhibit B** and incorporated by reference herein.

5. Debtor's business model was primarily as a hosting business. To sell space for third party machines, Debtor offered the WTT Tokens to miners such as myself to obtain rack space in the facilities to make use of the low electricity rate offered through the Debtor. Purchase of the WTT Tokens was made through a third-party called Cryptonomos and the WTT tokens were held in the individual's personal account until the Debtor's facilities were built out to support release of the additional WTT tokens. To utilize a WTT token, the owner was required to manually move it from the Cryptonomos account to their individual account on the Debtor's owner dashboard. A true and correct screenshot of the dashboard available to Owners showing the WTT tokens, owned miners, and rental capabilities is included as **Exhibit C** and incorporated by reference herein.

6. The Giga Watt mining operation worked by allowing mining from the facilities to mining pools anywhere in the world. To my knowledge, any coins mined were never pooled internally with Debtor. The only actions taken that concerned pools or pooling was the fact that equipment mining different coins were electronically connected or pooled with other mining equipment mining the same coin. In this manner, the computing power of the individual



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

1  machines was combined with all the others in the same pool and rewards were divided up by

2  the machine's percentage of computing power on a pro rata basis as determined by the owner

3  of the pool.  This is similar to the way agricultural co-ops work by pooling their resources to

4  increase efficiency and reduce volatility and then split the proceeds equitably.

5      7.  The mining pools contained machines from all over the world, and not just from Giga

6  Watt. All mining equipment was connected to pools owned by others. To the best of my

7  knowledge, the operator of the pool (not Giga Watt) determined the pro rata portion of the

8  rewards by individual Giga Watt mining equipment identification number and the consolidated

9  pro rata share for all mining equipment from Giga Watt participating owners. This information

10  and consolidated reward were forwarded to the third-party Splitter Entity identified in the Giga

11  Watt White Paper roughly once and hour. The reward would be held in a temporary "Hot

12  Wallet" until the disbursed for the given time period. The Splitter Entity would take the

13  information the pool owner provided and information from Giga Watt cross-referencing miner

14  identification number to miner email addresses, token rental, and hosting fees in order to "split"

15  the overall reward down to the individual owner's coin wallets. The split reward would also

16  credit any token rental and debit hosting fees down to each individual Owner's coin wallet.

17  Hosting fees (electricity and maintenance) were then credited to the Giga Watt account. The

18  Splitter Entity Hot Wallet would now be empty and could receive digital coins for the next time

19  period.

20      8.  Those of us who purchased miners were able to decide on deployment and could

21  control the mining machines as we saw fit, including removal of a machine from Giga Watt's

22  facilities if desired. The Debtor did not place restrictions on use of machines from third party

23  sources or require the purchase of specific machines offered for sale by Giga Watt. For example,

24  other Owners shipped miners from companies such as Bitmain and sent them to Debtor's

25  facilities. See Claim No. 329 of Christian Eichert. In other cases, owners such as Jim Cho

26  received their miners back from the Debtor. A true and correct copy of an email string between



EISENHOWER
CARLSON PLLC
Attorneys at Law

1201 Pacific Ave., Ste. 1200
Tacoma, WA  98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

19994-1/SJD/925290.1

Debtor's representative and Jim Cho is included as **Exhibit D** and incorporated by reference herein.

I declare under the penalty of perjury and in accordance with the laws of the United States that the foregoing is true and correct.

DATED this 8th day of April, 2020 at Brandon, Florida.


By: /s/ Scott Glasscock
Scott Glasscock

DECLARATION IN SUPPORT OF APPLICATION FOR
ADMINISTRATIVE EXPENSE - 4

19994-1/SJD/925290.1



# EXHIBIT A
# Glasscock Declaration

*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

# WTT TOKEN PURCHASE AGREEMENT

PLEASE READ THIS WTT TOKEN PURCHASE AGREEMENT CAREFULLY. NOTE THAT SECTION 15 CONTAINS A BINDING ARBITRATION CLAUSE AND REPRESENTATIVE ACTION WAIVER, WHICH AFFECT YOUR LEGAL RIGHTS. IF YOU DO NOT AGREE TO THE TERMS OF THIS WTT TOKEN PURCHASE AGREEMENT, DO NOT PURCHASE TOKENS.

This WTT Purchase Agreement (this "Agreement") is made by and between GigaWatt Pte. Ltd., a Singapore company (the "Company"), an issuer of the WTT Tokens, and you, a user of the email address sg_personal@live.com ("Purchaser") on May 31, 2017.

1.   **Sale of WTT.**  Subject to the terms and conditions of this Agreement, simultaneously with the acceptance of this Agreement by Purchaser (the "Purchase Date"), the Company is hereby selling to Purchaser, and Purchaser is purchasing from the Company, 85,000 (eighty five thousand) of Giga Watt Project tokens ("WTT Tokens") at a purchase price of $85,000.00 (eighty five thousand US Dollars) per WTT Tokens ("Aggregate Purchase Price"). The Aggregate Purchase Price shall be paid in full by the Purchaser on the Purchase Date.

2.   **Scope of Terms.**

(a)   Unless otherwise stated herein, this Agreement governs only purchase of WTT Tokens from Company during pre-sale period from May 19, 2017 to June 2, 2017 (12 PM PDT).

(b)   Any use of Tokens in connection with providing or receiving services through the Giga Watt project will be governed primarily by other applicable terms and policies, [which will be available at www.giga-watt.com upon the distribution of the first batch of WTT Tokens] (collectively, "Giga Watt Terms and Policies"). The Giga Watt Terms and Policies may change from time to time at the provider's sole discretion with the amended Giga Watt Terms and Policies posted instead of the previous version.

(c)   To the extent of any conflict with this Agreement, the Giga Watt Terms and Policies shall control with respect to any issues relating to the use of WTT Tokens.

3.   **Purchase Procedure.** Sale of the WTT Tokens is conducted only through the platform Cryptonomos ("Cryptonomos"), where the Purchaser would be able to see the purchased tokens in its personal account ("Cryptonomos Account"). Before June 2, 2017, Purchaser shall visit www.cryptonomos.com and create Cryptonomos Account with the same email provided by Purchaser in this Agreement above. Purchaser would have to verify the email address through the email correspondence, which would be sent by Cryptonomos team to the Purchaser. The purchased WTT Tokens would be placed into the Purchaser's Cryptonomos Account on June 2, 2017. The email addresses on the Cryptonomos Account must match the email account provided by Purchaser in this Agreement above, in order for the Purchaser to see the purchased WTT Tokens in the Cryptonomos Account. If Purchaser participating in pre-sale creates Cryptonomos Account on or after June 2, 2017, Purchaser would have to contact the Cryptonomos team at sales@cryptomonos.com to have the purchased WTT Tokens placed to the Cryptonomos Account.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

4.     **Date of Issue.** The WTT Tokens will be issued in step with the construction of the facilities on a first come first serve basis. Upon completion of the token launch ("Token Launch"), on August 7, 2017, Cryptonomos will distribute the purchased WTT Tokens to the Cryptonomos Account of the Purchaser provided that such tokens are in the first batch of WTT Tokens for the capacity of the facilities built by the date of issue. Subsequent batches of WTT Tokens will be issued upon completion of the new facilities. If a cap of 30,000,000 WTT tokens sold is reached before the scheduled end of the Token Launch, Cryptonomos at its own discretion may issue WTT Tokens ahead of the date set forth above to provide access to the facilities built by that time.

5.     **Receipt of WTT Tokens.** Upon distribution of the WTT Tokens by Cryptonomos, Purchaser will have options to use WTT Tokens through Giga Watt Project by transferring WTT Tokens to the Purchaser's account at www.giga-watt.com ("Giga Watt Account") or to transfer WTT Tokens outside of the Giga Watt Project. Purchaser shall be responsible for implementing reasonable measures for securing the wallet, vault or other storage mechanism Purchaser decides to use to receive and hold Tokens outside of the Giga Watt Project, including any requisite private key(s) or other credentials necessary to access such storage mechanism(s).   If Purchaser's private key(s) or other access credentials are lost, Purchaser may lose access to the purchased WTT Tokens.  Company shall not be responsible for any such losses.

6.     **Terms and Conditions of WTT Tokens.**   The WTT Tokens terms and conditions are as set forth in the White Paper attached as Exhibit A to this Agreement.

7.     **Cancellation; Refusal of Purchase Requests.**  The purchase of WTT Tokens from Company is final, and there will be no refunds or cancellations except as provided in the White Paper. Company reserves the right to refuse or cancel WTT Token purchase requests at any time at the Company's sole discretion.

8.     **Acknowledgment and Assumption of Risks.**  Purchaser shall acknowledge and agree that there are risks associated with purchasing WTT Tokens, holding WTT Tokens, and using WTT Tokens, as disclosed in the White Paper.  For questions regarding these risks, Purchaser shall contact the sales team at sales@cryptonomos.com.  BY PURCHASING WTT TOKENS, PURCHSER EXPRESSLY ACKNOWLEDGES AND ASSUMES THESE RISKS.

9.     **Representations and Warranties.**  In connection with the purchase of the WTT Tokens, Purchaser represents to the Company the following:

(a)     Purchaser is aware of the terms and conditions of the WTT Tokens and has acquired sufficient information about the WTT Tokens to reach an informed and knowledgeable decision to acquire the WTT Tokens.

(b)     Purchaser has sufficient understanding of cryptographic tokens, token storage mechanisms (such as token wallets), and blockchain technology to understand this Agreement and to appreciate the risks and implications of purchasing the WTT Tokens.

(c)     Purchaser understands that the WTT Tokens confer only the right to access the facilities to host mining equipment at the lower hosting rate as described in the White

- 2 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Paper, and confer no other rights of any form with respect to Giga Watt Project or the Company, including, but not limited to, any ownership, distribution, redemption, liquidation, proprietary (including all forms of intellectual property), or other financial or legal rights.

(d)     Purchaser shall not purchase WTT Tokens for any uses or purposes other than to use WTT Tokens as provided in the White Paper, including, but not limited to, any investment, speculative or other financial purposes.

(e)     Purchaser understands that the WTT Tokens are not digital currency, security, commodity or any other kind of financial instrument and have not been registered under the Securities Act, the securities laws of any state of the United States or the securities laws of any other country, including the securities laws of any jurisdiction in which Purchaser is resident.

(f)     Purchaser has satisfied itself as to the full observance of the laws of his/her/its jurisdiction in connection with any invitation to subscribe for the WTT Tokens or any use of this Agreement, including (i) the legal requirements within its jurisdiction for the purchase of the WTT Tokens, (ii) any foreign exchange restrictions applicable to such purchase, and (iii) any governmental or other consents that may need to be obtained.

(g)     Purchaser's subscription and payment for and continued beneficial ownership of the WTT Tokens will not violate any applicable laws of Purchaser's jurisdiction.

(h)     Purchaser shall comply with any applicable tax obligations in all relevant jurisdiction arising from the purchase of WTT Tokens.

(i)     If Purchaser is purchasing Tokens on behalf of any entity, he/she is authorized to accept the terms and conditions of this Agreement on such entity's behalf and that such entity will be responsible for breach of this Agreement by Purchaser or any other employee or agent of such entity (references to "Purchaser" in this Agreement refer to individual Purchaser and such entity, jointly).

10.     **Indemnification.**

(a)     To the fullest extent permitted by applicable law, Purchaser shall indemnify, defend and hold harmless the Company and the Company's respective past, present and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and assigns (the "Company Parties") from and against all claims, demands, actions, damages, losses, costs and expenses (including attorneys' fees) that arise from or relate to: (i) purchase or use of WTT Tokens, (ii) Purchaser's responsibilities or obligations under this Agreement, (iii) Purchaser's violation of this Agreement, or (iv) Purchaser's violation of any rights of any other person or entity.

(b)     The Company reserves the right to exercise sole control over the defense, at Purchaser's expense, of any claim subject to indemnification under Section 10(a). This indemnity is in addition to, and not in lieu of, any other indemnities set forth in a written agreement between Purchaser and the Company.

- 3 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

11. **Disclaimers.**

(a)     TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW AND EXCEPT AS OTHERWISE SPECIFIED IN A WRITING BY COMPANY, (A) THE WTT TOKENS ARE SOLD ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, AND COMPANY EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES AS TO THE WTT TOKENS, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT; (B) COMPANY DOES NOT REPRESENT OR WARRANT THAT THE WTT TOKENS ARE RELIABLE, CURRENT OR ERROR-FREE, MEET PURCHASER'S REQUIREMENTS, OR THAT DEFECTS IN THE WTT TOKENS WILL BE CORRECTED; AND (C) COMPANY CANNOT AND DOES NOT REPRESENT OR WARRANT THAT THE WTT TOKENS OR THE DELIVERY MECHANISM FOR WTT TOKENS ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

(b)     Some jurisdictions do not allow the exclusion of certain warranties or disclaimer of implied terms in contracts with consumers, so some or all of the exclusions of warranties and disclaimers in this Section may not apply to some Purchasers.

12. **Limitation of Liability.**

(a)     TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW: (i) IN NO EVENT WILL THE COMPANY OR ANY OF THE COMPANY PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, WHERE RELATED TO LOSS OF REVENUE, INCOME OR PROFITS, LOSS OF USE OR DATA, OR DAMAGES FOR BUSINESS INTERRUPTION) ARISING OUT OF OR IN ANY WAY RELATED TO THE SALE OR USE OF THE WTT TOKENS OR OTHERWISE RELATED TO THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, WHETHER BASED IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, SIMPLE NEGLIGENCE, WHETHER ACTIVE, PASSIVE OR IMPUTED), OR ANY OTHER LEGAL OR EQUITABLE THEORY (EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE); AND (ii) IN NO EVENT WILL THE AGGREGATE LIABILITY OF THE COMPANY AND THE COMPANY PARTIES (JOINTLY), WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE, WHETHER ACTIVE, PASSIVE OR IMPUTED), OR OTHER THEORY, ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE USE OF OR INABILITY TO USE THE WTT TOKENS, EXCEED THE AMOUNT PURCHASER PAYS TO COMPANY FOR THE WTT TOKENS.

(b)     THE LIMITATIONS SET FORTH IN SECTION 12(a) WILL NOT LIMIT OR EXCLUDE LIABILITY FOR THE GROSS NEGLIGENCE, FRAUD OR INTENTIONAL, WILLFUL OR RECKLESS MISCONDUCT OF THE COMPANY.

(c)     Some jurisdictions do not allow the limitation or exclusion of liability for incidental or consequential damages.  Accordingly, some of the limitations of this Section may not apply to some Purchasers.

- 4 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

13.    **Release.**  To the fullest extent permitted by applicable law, Purchaser releases the Company and the other Company Parties from responsibility, liability, claims, demands and/or damages (actual and consequential) of every kind and nature, known and unknown (including, but not limited to, claims of negligence), arising out of or related to disputes between users and the acts or omissions of third parties.  Purchaser expressly waive any rights he/she/it may have under statute or common law principles that would otherwise limit the coverage of this release to include only those claims which Purchaser may know or suspect to exist in his/her/its favor at the time of agreeing to this release.

14.    **Governing Law.**  The validity, interpretation, construction and performance of this Agreement, and all acts and transactions pursuant hereto and the rights and obligations of the parties hereto shall be governed, construed and interpreted in accordance with the laws of Singapore, without giving effect to principles of conflicts of law.

15.    **Dispute Resolution; Arbitration.**

PLEASE READ THE FOLLOWING SECTION CAREFULLY BECAUSE IT REQUIRES PURCHASER TO ARBITRATE CERTAIN DISPUTES AND CLAIMS WITH THE COMPANY AND LIMITS THE MANNER IN WHICH PURCHASER CAN SEEK RELIEF FROM COMPANY.

(a)    **Binding Arbitration.**  Except for any disputes, claims, suits, actions, causes of action, demands or proceedings (collectively, "Disputes") in which either Party seeks to bring an individual action in small claims tribunals or seeks injunctive or other equitable relief for the alleged unlawful use of intellectual property, including, without limitation, copyrights, trademarks, trade names, logos, trade secrets or patents, Purchase and the Company (i) waive Purchaser's and the Company's respective rights to have any and all Disputes arising from or related to this Agreement resolved in a court, and (ii) waive Purchaser's and the Company's respective rights to a jury trial. Instead, Purchaser and the Company will arbitrate Disputes through binding arbitration (which is the referral of a Dispute to one or more persons charged with reviewing the Dispute and making a final and binding determination to resolve it instead of having the Dispute decided by a judge or jury in court).

(b)    **No Class Arbitrations, Class Actions or Representative Actions.**  Any Dispute arising out of or related to this Agreement is personal to Purchaser and the Company and will be resolved solely through individual arbitration and will not be brought as a class arbitration, class action or any other type of representative proceeding.  There will be no class arbitration or arbitration in which an individual attempts to resolve a Dispute as a representative of another individual or group of individuals.  Further, a Dispute cannot be brought as a class or other type of representative action, whether within or outside of arbitration, or on behalf of any other individual or group of individuals.

(c)    **Notice; Informal Dispute Resolution.**  Each Party will notify the other Party in writing of any arbitrable or small claims Dispute within thirty (30) days of the date it arises, so that the Parties can attempt in good faith to resolve the Dispute informally.  Notice to the Company shall be sent by e-mail to the support team at support@cryptonomos.com.  Notice to Purchaser shall be sent to the email address provided by Purchaser in this Agreement. Purchaser's notice must include (i) Purchaser's name, postal address, email address and

- 5 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

telephone number, (ii) a description in reasonable detail of the nature or basis of the Dispute, and (iii) the specific relief that Purchaser is seeking. If Purchaser and the Company cannot agree how to resolve the Dispute within thirty (30) days after the date notice is received by the applicable Party, then either Purchaser or the Company may, as appropriate and in accordance with this Section 15, commence an arbitration proceeding or, to the extent specifically provided for in Section 15(a), file a claim in court.

(d) **Process.** Any Dispute shall be referred to and finally resolved by arbitration administered by the Singapore International Arbitration Centre ("SIAC") in accordance with the Arbitration Rules of the Singapore International Arbitration Centre ("SIAC Rules") for the time being in force, which rules are deemed to be incorporated by reference in this clause. The seat of the arbitration shall be Singapore. The Tribunal shall consist of three (3) arbitrator(s). The language of the arbitration shall be English.

16. **Miscellaneous.**

(a) **Entire Agreement.** This Agreement sets forth the entire agreement and understanding of the parties relating to the subject matter herein and supersedes all prior or contemporaneous discussions, understandings and agreements, whether oral or written, between them relating to the subject matter hereof.

(b) **Amendments.** This Agreement may not be modified, amended, assigned, supplemented, or rescinded, or any provisions hereof waived, except by a new written agreement executed by both Company and Purchaser.

(c) **Binding Agreement.** This Agreement provides the legally binding terms and conditions for the sale and purchase of the WTT Tokens. By purchasing the WTT Tokens, the Purchaser acknowledges its understanding of and acceptance of the terms and conditions of this Agreement. Purchaser making a purchase on behalf of the legal entity understands and accept this Agreement on behalf of that entity (to which refers to "Purchaser" shall also apply) and warrant that he/she is duly authorized to act on behalf of that legal entity.

(d) **Successors and Assigns.** Except as otherwise provided in this Agreement, this Agreement, and the rights and obligations of the parties hereunder, will be binding upon and inure to the benefit of their respective successors, assigns, heirs, executors, administrators and legal representatives. The Company may assign any of its rights and obligations under this Agreement. No other party to this Agreement may assign, whether voluntarily or by operation of law, any of its rights and obligations under this Agreement, except with the prior written consent of the Company.

(e) **Severability.** In the event any provision of this Agreement is found to be invalid, illegal, or unenforceable the remaining provisions of this Agreement shall nevertheless be binding upon Company and Purchaser with the same effect as thought the void and unenforceable part had been severed and deleted.

(f) **Headings.** The article headings of this Agreement are included for the convenience only and shall not affect the construction or interpretation of this Agreement.

- 6 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

17.    **Execution of Agreement.**

(a)    **Execution in Counterparts.** This Agreement may be executed in several counterparts, each of which shall be deems an original, and all of which taken together shall constitute one and the same instrument.

(b)    **Electronic Signature.** This Agreement may be signed electronically via DocuSigned. An electronic signature placed on this Agreement by Purchaser shall be deemed original and valid.

Purchaser

Name: Scott Glasscock

Signature: *Scott Glasscock*
————1E414F5DD4DE4CB...

6/1/2017

Company

By: Michael Savuskan, CEO

Signature: *Michael Savuskan*
————AEA99F1E6370447...

6/1/2017

- 7 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

**EXHIBIT A**

**White Paper**



Token Launch White Paper

May 2017

18-03197-FPC7     Doc 548     Filed 04/10/20     Entered 04/10/20 12:27:08     Pg 13 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

# Table of Contents

Legal Disclaimer.................................................................................... 3

Token Launch Summary............................................................................ 4

Overview of the Giga Watt Project............................................................. 5

      Substance of the Giga Watt Project.............................................. 5

      Project History......................................................................... 6

      Giga Watt's Pricing.................................................................... 6

      Market Overview....................................................................... 8

      Giga Watt Technology................................................................ 9

Token Launch Details............................................................................. 12

      Token Launch Overview............................................................. 12

      Token Launch Platform.............................................................. 16

      WTT Smart Contract................................................................. 16

      Payment Terms....................................................................... 17

      Distribution and Rates.............................................................. 19

Projected Timeline................................................................................ 20

Team.................................................................................................. 22

      Giga Watt Project Team............................................................. 22

      Cryptonomos Token Launch Team................................................ 23

Risk Factors........................................................................................ 25

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 14 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

## Legal Disclaimer

The purpose of this White Paper is to present the Giga Watt project to potential token holders in connection with the proposed Token Launch. The information set forth below may not be exhaustive and does not imply any elements of a contractual relationship. Its sole purpose is to provide relevant and reasonable information to potential token holders in order for them to determine whether to undertake a thorough analysis of the company with the intent of acquiring WTT tokens.

Nothing in this White Paper shall be deemed to constitute a prospectus of any sort or a solicitation for investment, nor does it in any way pertain to an offering or a solicitation of an offer to buy any securities in any jurisdiction. This document is not composed in accordance with, and is not subject to, laws or regulations of any jurisdiction which are designed to protect investors.

Certain statements, estimates and financial information contained in this White Paper constitute forward-looking statements or information. Such forward-looking statements or information involve known and unknown risks and uncertainties which may cause actual events or results to differ materially from the estimates or the results implied or expressed in such forward-looking statements.

This English language White Paper is the primary official source of information about the WTT Token Launch. The information contained herein may from time to time be translated into other languages or used in the course of written or verbal communications with existing and prospective customers, partners etc. In the course of such translation or communication some of the information contained herein may be lost, corrupted, or misrepresented. The accuracy of such alternative communications cannot be guaranteed. In the event of any conflicts or inconsistencies between such translations and communications and this official English language White Paper, the provisions of this English language original document shall prevail.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

# Token Launch Summary

**WTT token** is an Ethereum token representing the right to use the Giga Watt processing center's capacity, rent-free for 50 years, to accommodate 1 Watt's worth of mining equipment power consumption.

**Token Launch** means the initial sale to the public of WTT tokens.

**Token Issue** means a release of a specific batch of WTT tokens.

Tokens will be offered for 60 days starting on June 2, 2017 and ending on July 31, 2017.

The offering will be open to the public globally.

| | |
|---|---|
| Token Sale Volume: | 30 million WTT |
| Token Issue Volume: | 34.5 million WTT [1] |
| Distribution of Tokens: | For every 100 tokens sold in this offering 15 additional tokens will be issued and retained for the team members, partners and advisors[2] |
| Token Price at Issue: | Equivalent of USD 1-1.2, depending on the date of the acquisition |
| Website link: | https://cryptonomos.com/wtt/ |
| Accepted forms of payment: | Bitcoin ("BTC"), Ether ("ETH"), wire transfer |
| Presale Start Date: | May 19, 2017, 12:00 PM PDT |
| Presale End Date: | June 2, 2017, 12:00 PM PDT |
| Token Launch Start Date: | June 2, 2017, 12:00 PM PDT |
| Token Launch End Date: | July 31, 2017, 12:00 PM PDT |

---

[1] The WTT tokens will only be issued based on actual existing facility capacity. More WTT tokens will be issued as the facility capacity is increased through future build outs.

[2] See Section 'Distribution and Rates' for details.

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 16 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Initial Token Issue Date:    August 7, 2017, 12:00PM PDT

# Overview of the Giga Watt Project

## Substance of the Giga Watt Project

The Giga Watt Project is built in partnership between Giga Watt, Inc. a U.S. company ("Giga Watt" or "Company"), which offers mining hosting services at its Wenatchee, WA facilities, and GigaWatt Pte. Ltd., a Singapore company ("Partner"), which sells mining equipment to customers worldwide.

Giga Watt is a full-service mining solution provider. Giga Watt offers turnkey mining services or custom packages tailored to clients' needs: full range of mining services from hosting, maintenance and repair to private blockchain servicing. The Partner offers equipment sales through Giga Watt's web site[3].

Giga Watt's standard turnkey solution includes purchase and delivery of mining equipment through its Partner with its subsequent setup and hosting at Giga Watt's facilities in Wenatchee, WA, with hosting fees starting as low as 7.5 USD cents/kW/hour[4], zero setup fees (for equipment purchased through its Partner) and uniquely low minimum facility entrance threshold of 1 miner of any model.

Giga Watt can host a wide range of mining equipment models commonly used by miners; many popular models are offered for sale by its Partner.

Giga Watt also offers a variety of custom packages and services, so that clients who own their mining equipment, including the models not distributed by Giga Watt's Partner, can still host it at Giga Watt's facility: Giga Watt can accommodate any ASIC or GPU-based miners[5].

---

[3] The sales and delivery of equipment is offered through the Partner's sales module on Giga Watt's web site .
[4] See details in Giga Watt's Pricing section below.

[5] ASIC-based miners are used to mine bitcoin or litecoin, GPU-based equipment is used to mine other altcoins.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Giga Watt mines all scalable cryptocurrencies. The decision on what currency to mine is made by the customers who own the mining equipment. However, at this stage it is technically impossible for Giga Watt to offer all available options to retail customers. Currently, retail customers can mine only BTC, ETH, and LTC[6].

Your choice of equipment also determines which mining pool you can use. The following three pools are available to Giga Watt's clients: Slush Pool to mine bitcoins, NanoPool for Ethereum and LitecoinPool for LTC[7].

A miner is a piece of equipment operating 24/7 under extremely high load, so failures and breakdowns are quite common. Miners have to be shipped to service centers for repairs, which takes time, especially if a service center is located abroad, and every day of downtime means a loss of mining profit. Giga Watt's on-site service center minimizes the downtime (93.5% minimum uptime), thereby achieving more efficient mining.

Although it is common practice in the industry not to disclose the details of mining facilities, including their locations, in order to preserve trade secrets and shut competitors out of inexpensive power locations, Giga Watt believes in complete transparency. Years of experience in the mining business demonstrate that running a competitive company takes more than the ability to copy. This is why every two weeks Giga Watt welcomes visitors to its Open House in Wenatchee to personally tour the mining facility.

## Project History

In 2010, a software engineer and 10-year veteran startup entrepreneur Dave Carlson first came across Bitcoin. He's been innovating in the space ever since. In 2012 he founded MegaBigPower with the goal of building the world's first megawatt-scale Bitcoin mining center and identifying the key design parameters required to successfully scale up the business of Blockchain transaction processing. Soon it became one of the largest single-operator mines in the world.

Now, MegaBigPower has re-branded as Giga Watt, which completed the construction of 3 mining facilities designed by the original MegaBigPower team and built under their supervision (250kW, 1MW and 1MW). The opportunity to use these facilities is now being

---

[6] Giga Watt is working on expanding this list of currencies in the future.
[7] List of mining pools may be revised in the future.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

offered for tokenization. All three facilities are in operation and mostly rented out (actual numbers are placed and updated regularly here - https://cryptonomos.com/wtt/#/capacity). Giga Watt continues to build new units with its own resources[8].

## Giga Watt's Pricing

Giga Watt's pricing structure for standard turnkey solution consists of a one-time charge for the purchase of miners and daily charges for hosting services, which include:

- effective electricity cost;

- maintenance fee; and

- facility rental fee.

**Miners Purchase:**

Four models of mining equipment[9] are currently available for purchase through Giga-Watt.com:

|  | ASIC miner S9 (PSU included) | ASIC miner T9 (PSU included) | ASIC miner L3+ (PSU included) | PandaMiner B3 Plus (PSU included) |
|---|---|---|---|---|
| Cryptocurrency mined | Bitcoin | Bitcoin | Litecoin | Ethereum |
| Hash Rate | 13,5TH/s | 12.5 TH/s | 504 MH/s | 237 MH/s |
| Power Consumption | 1,323W +10% | 1,576W +7% | 800W +10% | 1,250W + 10% |
| Chip | 16nm | 16nm | BM1485 | RX470 |

---

[8] See details in the Timeline Section. Tokens are issued only when new processing center capacity becomes available for the use of the token holders.

[9] The list of models may be revised in the future. Equipment's description may be revised at any time to reflect the manufacturer's specifications.

- 14 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Current prices and specifications are regularly published and updated at https://giga-watt.com/promo/prices.

## Hosting fees[10]:

| | Small Starter up to 9 miners | Medium Self-Miner 10-49 miners | Large Small Facility 50-99 miners | X-Large Mining Farm 100 miners and more |
|---|---|---|---|---|
| **Hosting fee, hour** | ¢9.75 kW/h | ¢9 kW/h | ¢8.25 kW/h | ¢7.5 kW/h |
| Electricity | 2.80 | 2.80 | 2.80 | 2.80 |
| Maintenance | 0.50 | 0.50 | 0.50 | 0.50 |
| Facility rent | 6.45 | 5.70 | 4.95 | 4.20 |
| **Hosting fee, day** | ¢0.23 W/day | ¢0.22 W/day | ¢0.2 W/day | ¢0.18 W/day |
| Electricity | 0.067 | 0.067 | 0.067 | 0.067 |
| Maintenance | 0.012 | 0.012 | 0.012 | 0.012 |
| Facility rent | 0.155 | 0.137 | 0.119 | 0.101 |

Payments for hosting services (electricity, maintenance, rental fees) are deducted daily from the mining rewards. Giga Watt does not charge any fees for transfers and withdrawals of funds; however, third parties may charge fees to transfer funds or withdraw them from the account on Giga Watt's platform).

Clients who have their own mining equipment can host it at Giga Watt at the same hosting prices, with the only difference of paying the following setup fees: USD 20 per ASIC-based miner, USD 40 per GPU-based miner[11].

Giga Watt's service center also provides an add-on paid option of emergency equipment repairs. The cost of service depends on the nature of performed repairs.

---

[10] Hosting fees may be revised in the future.
[11] Setup fees may be revised in the future.

– 15 –

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 20 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

## Market Overview

Generally, only four options exist on the market for cryptomining. These are: (i) to operate miners from home; (ii) to use cloud mining; (iii) to host your own miners at third-party hosting facilities; or (iiii) to build proprietary mining facilities. The first two options are intended for private party mining, and the latter two are designed for businesses. Now, however, through its low fees and extremely low minimum entrance threshold, Giga Watt is able to offer a fifth option: competitive services which could be used not only by the clients of hosting companies but also serve as an alternative to home mining, cloud mining and self-built facilities.

| | Min number of miners | Max number of miners | Electricity cost | Maintenance + rental fee | Min setup costs |
|---|---|---|---|---|---|
| Home mining | 1 | 5 | 9.4 ¢/kW on average | 0 ¢/kW | ≤ 0 |
| Cloud mining | 0.015 | 10,000 | 9.9 ¢/kW and up | | 30% |
| 3rd party hosting | 100 | 250 | 3.0 ¢/kW and up | 6.0 ¢/kW and up | ≤ 2,000 |
| Self-built farm | 5,000 | ∞ | 2.8 ¢/kW and up | 2.0 ¢/kW and up | ≤ 3,000,000 |
| **Giga Watt** | **1** | **70,000** | **2.8** ¢/kW | **4.7** ¢/kW and up | ~0 |

Aside from the numbers, home mining is both expensive and demanding: it requires the owner's constant attention, and miners are quite noisy, which many find objectionable. Cloud mining is extremely opaque: As a rule, users have no knowledge of their equipment's brand name, model number, serial number, power efficiency and consumption, breakdown of costs, mining pool name or even the location of the facility. Self-built farms require experts and full-fledged business operations, which is risky: any mistake may cost millions. Third-party hosting provides a viable alternative but there is currently a dire shortage of these services: the demand greatly exceeds the supply.

– 16 –

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 21 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

What's more, effective electricity cost offered by Giga Watt is currently among the lowest feasible, and even taken together with other fees it is still comparable to average electricity rates worldwide.



*Electricity rates worldwide (USD cents per kW/h)*

All of this makes Giga Watt's expansion extremely timely and relevant.

## Giga Watt Technology

In the past 4 years, Giga Watt's team built 5 air-cooled mining facilities. This experience gave them the expertise to select, build and employ the best technologies for mining. From their experience Dave Carlson and his team discovered that large monolithic processing centers are not optimal for mining.

- 17 -

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 22 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

⊖ **Large monolithic facility**

– Active cooling uses up to 33% of a facility's available power

– Demands immense mechanical equipment

– Cooling, backup power and switchgear systems increase project costs fivefold

⊕ **Compact high-density facilities**

+ Shortest air flow distance saves power and cools efficiently

+ Utilizes readily available electrical transformers and switchgear

+ Minimum costs and progressive revenue earning during construction

The latest technology embodying this knowledge at Giga Watt's facility in Wenatchee, WA is the proprietary Giga Pods solution which takes advantage of the mining hardware's extremely high power density, avoids active cooling consumption, and saves power for high-efficiency mining, thus minimizing costs in every aspect of mining operations. Giga Pods can accommodate any type of miners. This model will be the cornerstone of Giga Watt's expansion[12].

Giga Watt's distinctive infrastructure consists of numerous autonomous units. This approach offers flexibility in the processing center's design and record-fast expansion of its capacity. It also minimizes construction costs and allows to utilize first units while new units are being built.

The final Giga Pod model will be completed before the end of the Token Launch. Status of the construction can be checked here - https://cryptonomos.com/wtt/#/capacity.



---

[12] Actual dimensions, processing power and other characteristics may vary slightly.

- 18 -

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 23 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042



*Size: 12'x48'*

*Independent fiber-optic Internet connection*

High-pressure fans constantly circulate fresh air through the pod. Filtered air intakes are positioned on one side, with exhaust fans on the other. Rain and snow "fallout area" provides cool shade at intake. Shade placement of transformers ensures higher efficiency and better longevity.

Single "mining wall" inside the pod ensures cool air circulation around miners. All heat-producing equipment is arranged next to exhaust fans.

Grass-covered campus reduces dust, cutting down on intake filters maintenance costs. Arrangement of Pods with exhaust fans facing each other ("hot aisle-cold aisle"), in-line with prevailing wind air currents, clears warm air efficiently. Network autonomy minimizes outage risks for the entire operation.

Minimum processing power of each Giga Pod is 750 kW. Processing power depends on the equipment each Pod is designed to accommodate. A Pod designed to accommodate bitcoin miners and GPUs[13] or only GPUs can have minimum processing power. A Pod designed to accommodate only bitcoin miners can house up to 1.75 MW, but requires more vents and

---

[13] GPU is a graphics processing unit which can be used to mine Ethereum and certain other cryptocurrencies.

about:blank

heavier-duty inside wiring and equipment, which will proportionally increase the construction costs.

The choice of the required processing power is determined by the market demand. Giga Watt's team chooses the most suitable Pod outfit option based on the agreements with its current and potential customers and their equipment hosting needs.

## Token Launch Details

### Token Launch Overview

Our goal is to offer the token holders access to both an exciting new world of technology and the cryptocurrency mining business. Generally, mining turnover is comprised of three components: (i) electricity cost; (ii) mining hosting cost; and (iii) mining net profits. Net profits can vary greatly depending on mining equipment, while costs are constant and predictable and consume the lion's share of the potential profits.



*This infographic is an example based on the calculations from April 28, 2017. The numbers may vary significantly due to the rate fluctuations, mining difficulty increase, and other factors.*

Under the existing partnership arrangements between Giga Watt and its Partner, the Partner is offered access to Giga Watt's facility at an unprecedentedly low hosting rate, which significantly increases mining rewards. Now, through the tokenization process, this low hosting rate can be passed to all token holders.

**Each Giga Watt Project Token (WTT)** represents the right to use the Giga Watt processing center's capacity, rent-free for 50 years, to accommodate 1 Watt's worth of mining equipment power consumption. So to provision and use your mining equipment rent-free, you will need to purchase the number of tokens equal to your equipment's power consumption:

- 20 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

| | ASIC miner S9 (PSU included) | ASIC miner T9 (PSU included) | ASIC miner L3+ (PSU included) | PandaMiner B3 Plus (PSU included) |
|---|---|---|---|---|
| Power Consumption | 1,323W +10% | 1,576W +7% | 800W +10% | 1,250W + 10% |

Token owners can use this capacity to accommodate their own miners or to rent it out to other users. Essentially, this is access to professional mining – with an extraordinarily low entrance threshold. In fact, it could be compared to membership in an elite private mining club.



Giga Watt's hosting fee typically consists of effective electricity cost, maintenance fee and rental fee. Token owners pay zero rent, which drastically reduces their ongoing costs: their hosting fee is comprised only of effective electricity cost and maintenance fee.

| | Hosting Fee, cents/kW/h | | |
|---|---|---|---|
| Miners | Standard | For WTT Holder | Saving |
| 100+ | 7.50 | 3.30 | 56.00% |
| 50-99 | 8.25 | 3.30 | 60.00% |
| 10-49 | 9.00 | 3.30 | 63.33% |
| 1-9 | 9.75 | 3.30 | 66.15% |

To be used, tokens should be deposited in the token holder's account with Partner placed on Giga Watt's website[14]. When token holders buy miners from the Partner through Giga Watt's website, miners available to them will be automatically displayed in their accounts and

---

[14] Token holders manage their tokens through the Partner's token holder account module on Giga Watt's web site.

- 21 -

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 26 of 72

about:blank

matched with their tokens. If at the time of token purchase a token holder already owns miners, they can be matched with tokens manually[15].

Token holders can also rent out their extra tokens if they have more tokens than they need to accommodate their miners.

**Renting Tokens**

Token holders who are not personally interested in mining or have spare tokens can rent them out via the Partner's rental module on Giga Watt's web-site[16], choosing one of the rental fees set by Giga Watt. Token rental fees are the same as the Giga Watt's facility rental fees, which are 4.20, 4.95, 5.7 and 6.45 US cents/kW/h, depending on the number of miners hosted (see Section "Giga Watt's pricing"). It translates into daily rental income of ¢0.1-0.15 per token (¢37-57 per year).

To take advantage of this option, Giga Watt's clients who do not have their own tokens and token holders who need additional tokens or have spare tokens, place orders seeking or offering tokens for rent on the Partner's rental module on Giga Watt's website. Each order specifies the number of tokens, the rental fee which the token holder is looking to receive or which the client has to pay according to the applicable pricing plan. Token holders and clients can view the lists of these orders, sorted by their value to the viewer, and choose a suitable option or place their own order.

After the completion of the Token Launch, hosting of miners will only be available to retail clients through tokens. Consequently, the clients who do not own tokens will have to rent them from their owners. Customers who had their miners hosted with Giga Watt before the start of the Token Launch will continue to be served. Their hosting fees will cover the rental fees for token holders who rent out their tokens. However, after the end of their miners' lifecycle they will be able to host their new miners with Giga Watt only if at that time there are token holders willing to rent out sufficient number of tokens.

---

[15] Please contact the support team for manual matching.

[16] The matching of token holders' and Giga Watt's clients' orders for tokens offered or sought for rent is offered through the Partner's token rental module on Giga Watt's website.

about:blank

Rental fees are deducted from their mining rewards daily and paid to the token holder via a third party splitter. Giga Watt and Partner do not charge any fees for the use of the rental module; however, third parties may charge fees to transfer funds or to withdraw them from the token holder's account on Giga Watt's web-site.

There is currently a dire shortage of mining hosting services: the demand greatly exceeds the supply. Furthermore Giga Watt's pricing packages are suitable for technology companies, mining farms, cloud-mining projects, and even individual miners. All of this makes Giga Watt extremely timely, relevant, and attractive to potential renters of tokens.

**Access to capacities**

WTT can be used **from the very first date of issue**. Giga Watt facility's unique design allows for record-fast expansion, and the first units can be operated while the new ones are still being built.

Each Watt of capacity of each unit in operation is an opportunity to accommodate miners of token holders. Each Watt of capacity which is already rented out to the client who has no tokens of his own is an opportunity to rent tokens out.

Currently, all three existing facilities are in operation and mostly rented out. Status of the construction and the capacity utilization can be checked here - https://cryptonomos.com/wtt/#/capacity.

First batch of tokens of 5,400,000 WTT (which represents 5.4 MW capacity of the units put into operation by the end of the Token Launch) will be issued immediately following the end of the Token Launch. New batches of tokens will be issued in step with the construction of new units. Tokens will be distributed on the first come, first served basis.

**Summary**

To sum up, the purchase of access to a hosting capacity with a lower hosting rate allows you to significantly reduce the cost of your mining business, thereby increasing mining rewards, offers more flexibility and helps balance out the mining risks: hosting capacity can be rented out at any time, and rental income is much less affected by the cryptocurrency volatility. Additionally, Giga Watt facility has a 50-year lifecycle (compared to 2.5 years for miners, due to constant increase in mining difficulty) and is suitable for any Blockchain. If any significant changes occur

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

in the mining world, Giga Watt capacities could alternatively be used to set up private Blockchains.

Expected lifespan of WTT tokens is 50 years. This term is based on the expected lifespan of the Giga Watt's facilities.

## Token Launch Platform

Token Launch is conducted through a groundbreaking Cryptonomos platform.

All payments for WTT tokens will be collected by Cryptonomos. Upon the completion of the Token Launch, on August 7, 2017, Cryptonomos will issue and distribute its initial batch of WTT tokens, with subsequent batch issues to follow upon the completion of new capacity construction. If a cap of 30,000,000 WTT tokens sold is reached before the scheduled end of the Token Launch, Cryptonomos at its own discretion may issue WTT tokens ahead of the specified date to provide access to the facilities built by that time.

## WTT Smart Contract

WTT is an Ethereum token. It complies with and extends ERC-20 - a de-facto standard and widely used token API. WTT Smart Contract guarantees:

**1. Transparency**

　　**1.1. Balance.** The information on the number of tokens held by any user is public.

　　**1.2. Transfers.** All information on transfers is public and can be traced back in time.

**2. Ownership**

　　**2.1 Scope.** Only Ethereum users and contracts can be token holders.

　　**2.2. Uniqueness.** Each token belongs to one user-owner. There are no shared tokens.

- 24 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

**2.3. Right to transfer.** A token can be transferred to another user only by the direct command of its owner or by the command of the receiver directly authorized by the owner. No token transfer may be initiated by another user.

## 3. Token Supply

**3.1. Exclusive issue.** Only one user, the contract owner, can issue tokens.

## 4. Contract Management

**4.1 Replacement.** The contract owner can relinquish the ownership in favor of any other Ethereum user or contract.

**4.2 Blockade.** The contract owner can stop or resume token transfers between token holders at any time.

## 5. Miscellaneous

**5.1 Recovery.** Any call to the contract which results in an error does not change the users' tokens or Ether balance, except for the gas spent on the transaction.

**5.2 Limits.** Maximum allowed tokens in circulation and may be set and are limited to.

Smart contract does not guarantee the following ("Uncertainty Provisions"):

**1. User validity.** An account with positive token balance may or may not be a real Ethereum user or contract and therefore may not have a private key. Tokens transferred to such users will likely be lost.

**2. Ether supply.** The contract prohibits most, but not all means by which Ether could be sent to it by users who are not contract owners.

We engage independent auditors prominent in the industry, who review the smart contract code line by line, checking for any security, incentivization or other concerns regarding the attack surface.

- 25 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

**Payment Terms**

WTT tokens will be available for purchase on pre-sale starting on May 19, 2017 and during the Token Launch from June 2, 2017 to July 31, 2017, unless a cap of 30,000,000 WTT tokens sold is reached earlier.

WTT can be acquired with BTC, ETH or fiat currencies via Cryptonomos platform. Transfers can be made from any BTC or ETH wallet[17]. For transfers of USD 1,000 and over a wire transfer option is available[18].

Funds are credited to the participants' Cryptonomos accounts and could be used to acquire tokens. Each account will have three wallets (USD/BTC/ETH). The minimum Token Launch entry threshold is 1 WTT (equals to 1-1.2 USD, depending on the day of acquisition). The minimum entry threshold for the pre-sale is 10,000 WTT tokens (equivalent of 10,000 USD).

Cryptonomos accounts will be accessible several days before the start of the Token Launch (web-based or mobile access). Users may be offered an option to sign up and make transfers to their Cryptonomos accounts, but they will not be able to acquire WTT tokens until the start of the Token Launch unless they purchase WTT Token on pre-sale through the sales team. Accounts will be protected from unauthorized access by a two-factor authentication system.

All funds collected through the pre-sale and Token Launch will be deposited in escrow. Original payments made in BTC and ETH will be converted to USD at the rate effective at the time when the rights to WTT tokens were reserved.

The funds will be released from escrow in step with the completion of facilities.

Once the Token Launch is closed, no further WTT tokens could be acquired. On August 7, 2017 or earlier, as described above[19], the first batch of tokens will be issued to participants[20]. As soon

---

[17] Cryptonomos does not charge any processing fees. Processing time and fees are determined by the payment processor. Token holders are responsible for paying all processing fees and financial charges imposed by the payment processor in connection with the payment.

[18] Please contact the support team for wire transfer instructions.

[19] See Section "Token Launch Platform" for details.

[20] Please see the Projected Timeline section for details of the token issue batches.

about:blank

as the tokens are issued, they may be transferred to the owner's account on Giga Watt's web-site and used to host miners or to be rented out.

Giga Watt account owners get their mining rewards and rental income in BTC, ETH, or LTC (rental income is calculated based on the current exchange rate of BTC, ETH, or LTC to USD). Funds can be moved from the token holder's account to any third party BTC/ETH/LTC wallet at any time.

## Distribution and Rates

The Giga Watt facility layout is extremely flexible, which allows us to be flexible with the token sales.

There is no minimum amount: the first facilities have already been completed and the new units are currently being built. Consequently, the tokens can be issued for as low capacity as required. However, the total number of tokens available for sale as Giga Watt builds out additional capacities is capped at 30 million.

Each token represents 1 Watt's worth of the processing center's capacity. For every 100 tokens sold, 15 additional tokens will be issued and retained for the team, partners and advisors: 10 tokens to be distributed to team members, and 5 to be retained for distribution to partners and advisors at issuer's discretion. Consequently, for every 100 tokens sold, 115 Watts of processing center capacity is put into operation.

If the token sale is over-subscribed, meaning that there is more demand for WTT tokens than there is existing facility capacity, the capacity will be allocated to the WTT tokens in the order in which the WTT tokens were purchased. The over-subscribed proceeds will be placed into escrow until the requisite processing center capacity has been built out.[21]

WTT tokens retained for distribution to the team will be distributed only when no proceeds from over-subscribed tokens remain in escrow awaiting the completion of additional processing

---

[21] If the construction of the processing center capacity designed to accommodate additional WTT tokens is not completed in a reasonable amount of time, the relevant portion of these proceeds will be refunded to the WTT token purchasers. However, if Giga Watt discharged all its obligations in full, no refunds will be due to the WTT token purchasers.

- 27 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

center capacity construction. WTT tokens retained for distribution to partners and advisors will be distributed on a case by case basis.

WTT initial rate depends on the day of acquisition:



| | |
|---|---|
| $1.00 | Weeks 1-2 |
| $1.05 | Weeks 3-4 |
| $1.10 | Weeks 5-6 |
| $1.15 | Weeks 7-8 |
| $1.20 | Week 9 |

## Projected Timeline

The size of the Giga Watt facility depends on the amount of available funds. The Giga Watt project has sufficient commitments for land and electricity to build additional capacities to fulfil its obligations under this Token Launch.

**Projected Token Launch Timeline**

- May 19 – June 2, 2017: pre-sale

- June 2 – July 31, 2017: Token Launch book building

- August 7, 2017: First batch of tokens (5,400,000 WTT) issued to participants; if the cap is reached earlier, the first batch of WTT tokens may be issued ahead of the schedule to provide access to the facilities built by the time of the issue (at Cryptonomos' discretion).

*New batches of tokens will be issued in step with the construction of new facilities.*[22] *To ensure the advantage for the Token Launch participants, no listing will be placed on third party exchanges until all WTT tokens sold through the Token Launch are distributed.*

---

[22] Additional WTT tokens may be sold to the public in the future as the facility capacity is increased through build outs.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

**Projected Construction Timeline**

3 units, 2.25 MW are available right now

- July 15, 2017: 1 Giga Pod completed, 0.75 MW

- August 1, 2017:  2 Giga Pods completed, 2.4MW

- August 15, 2017: Expansion of the unit, 0.9 MW

- September 1, 2017: 3 Giga Pods completed, 4.5 MW

- September 15, 2017: 9 Giga Pods completed, 15 MW

- October 1, 2017: 3 Giga Pods completed, 4.5 MW

- November 15, 2017: 3 Giga Pods completed, 4.2 MW

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

# Team

## Giga Watt Project Team

- Dave Carlson

  CEO, Giga Watt, Inc.

Software engineer and entrepreneur. 4 years as a CEO and founder of MegaBigPower, one of the largest single-operator mining facilities in the world.

- Adam West

  VP Business Development, Director, Operator-Partner Program, Giga Watt, Inc.

10 years' experience in business development, management and marketing. Over the past year focused on Blockchain technologies, with the emphasis on industrial mining projects.

- Kyle Sidles

  CTO, Giga Watt, Inc.

Database design, programming, network infrastructure and application deployment. Successfully built and launched over 200 diverse software projects in USA, India, and China. Builds and runs large-scale Blockchain data centers since 2013.

- Jeffrey Field

  Lead Engineer, Giga Watt, Inc.

4 years' experience designing the physical infrastructure for mining facilities, network layouts, and cooling plans while managing technical crews for all aspects of installation and maintenance at the MegaBigPower facilities.

- Brian Armstrong

  Operations Supervisor, Giga Watt, Inc.

- 30 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Service and maintenance of mining equipment, training new personnel, team supervision on assigned operational tasks, troubleshooting and repair of network systems. 8 years' experience in the U. S. Air Force as a security expert.

- Sinden Harum

Executive Manager, Giga Watt, Inc.

Day to day operational responsibility for staff, office administration, payroll, human resources, bookkeeping, accounting, core programs, special programs.

- Michael Savuskan

CEO, GigaWatt Pte. Ltd.

24 years' experience in product, technology, and business development, marketing, planning, and sales management. Sales and profit growth, new business launches, and domestic and international marketplace assessments.

- Hayden Gill

VP of Sales, GigaWatt Pte. Ltd.

13 years' experience in investment, marketing, and alternative currencies. From 2010 focuses on bitcoin and blockchain technologies. Founder of successful projects in peer-to-peer payment services and alternative currencies.

## Cryptonomos Token Launch Team

- Nick Evdokimov, CEO

14 years' experience in developing high load online services. Founder of numerous Internet enterprises. 2 years in Blockchain development.

- Dmitry Khovratovich, Smart Contract Development

- 31 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

12 years' experience, with a focus on privacy and security of blockchain projects (Bitcoin, Ethereum), design and analysis of cryptographic schemes, and security software engineering. Security Researcher at the University of Luxembourg.

- Andrew Kuzenny, Head of IR

18 years' experience in investor relations, seeking and engaging partners, asset management. A recent Blockchain technologies enthusiast.

- Edward Khaptakhaev, Legal Counsel

12 years' experience in legal support of international and domestic companies engaged in energy generation, banking and IT/IP.

- Leonid Markin, Financial management

12 years' experience in finances and asset management. 5 years in finances in the high-tech engineering segment of the energy field. Fintech entrepreneur.

- Daria Generalova, Communications and PR

10 years in public communications. Diverse experience in marketing, from event management to marketing strategy development, with a focus on infrastructure companies. Joined blockchain industry last year.

- Anar Babaev, Digital Marketing

14 years in digital marketing. Internet entrepreneur focused on mastering and implementation of new technologies. Co-author of several books on digital advertising.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

# Risk Factors

The acquisition of Tokens involves a high degree of risk, including but not limited to the risks described below. Before acquiring tokens, it is recommended that each participant carefully weighs all the information and risks detailed in this White Paper, and, specifically, the following risk factors.

**A. Dependence on computer infrastructure**

Giga Watt's dependence on functioning software applications, computer hardware and the Internet implies that Giga Watt can offer no assurances that a system failure would not adversely affect the performance of your mining operations. Despite Giga Watt's implementation of all reasonable network security measures, its processing center servers are vulnerable to computer viruses, physical or electronic break-ins or other disruptions of a similar nature. Computer viruses, break-ins or other disruptions caused by third parties may result in interruption, delay or suspension of services.

**B. Smart contract limitations**

Smart contract technology is still in its early stages of development, and its application is of experimental nature. This may carry significant operational, technological, regulatory, reputational and financial risks. Consequently, although the audit conducted by independent third party increases the level of security, reliability, and accuracy, this audit cannot serve as any form of warranty, including any expressed or implied warranty that the WTT Smart Contract is fit for purpose or that it contains no flaws, vulnerabilities or issues which could cause technical problems or the complete loss of WTT tokens.

**C. Regulatory risks**

The Blockchain technology, including but not limited to the issue of tokens, may be a new concept in some jurisdictions, which may then apply existing regulations or introduce new regulations regarding Blockchain technology-based applications, and such regulations may conflict with the current WTT Smart Contract setup. This may result in substantial modifications of the WTT Smart Contract, including but not limited to its termination and the loss of WTT tokens.

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

**D. Price of Bitcoin**

Giga Watt offers services to companies and individuals engaged in mining cryptocurrencies, primarily Bitcoin. Such operations are highly dependent on Bitcoin prices at local exchanges. Sharp and protracted decline in Bitcoin prices can affect the ability of Giga Watt's customers to fulfill their contractual obligations to pay rental fees to token holders whose tokens they rent.

**E. Rapid changes in technology may adversely affect mining business**

Cryptocurrency mining is a very dynamic and fast-paced business. To remain competitive, Giga Watt will use its best efforts to follow and promptly introduce the latest technologies at its facility. However, Giga Watt's failure to remain competitive despite its endeavors may pose the risk of declining benefits for the WTT token holders. Likewise, token holders are advised to monitor their own mining equipment performance and update it as needed. Alternatively, as their equipment performance weakens over time, they should consider renting their tokens out to other miners to avoid the decline in the mining rewards.

**F. Fluctuation in mining rewards.**

Mining cryptocurrencies is a risky business and many factors must be carefully considered prior to its commencement. Fluctuations of the BTC price, increase of the prices for mining equipment and electricity, growth of the mining difficulty rate, decrease in the block reward, and many other factors may affect mining rewards and result in losses.

**G. Fluctuation in token benefits and rental income.**

The WTT token is intended to provide a valuable benefit of access to a low-cost hosting solution for cryptocurrency miners by giving them the ability to use Giga Watt's facilities. Although token holders can rent their tokens to other people through the internal Giga Watt platform and receive income from rent, the primary purpose of the token is to allow token holders to achieve savings by cutting costs of their mining operations. Market changes, a drop in hosting prices, changes in the local cost of electricity at WTT's facility and other factors may reduce the value of the WTT tokens and drive down the rental prices of tokens.

**H. Construction delay.**

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 39 of 72

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

Construction timeline specified in this White Paper is based on the reasonable estimates but is not guaranteed. This timeline may change, and the construction may be delayed because of many factors, including those beyond Giga Watt's control, such as the actions of third parties (contractors, suppliers, etc.). If the completion of the capacities is delayed by more than 3 months from the projected date, and, consequently, the relevant WTT tokens are not issued, the escrow agent may issue a refund at the request of the WTT token purchasers. The refund will be issued in the original form of payment at the exchange rate on the date of the refund.

**I. Change in electricity rate.**

The effective electricity rate provided in this document is based on a current cost of electricity available under the existing contracts with the Public Utility District of Washington State. The electricity rate is not guaranteed and may change from time to time. Any change in electricity rates will cause a direct change in the value of the WTT tokens and the ongoing cost of hosting your mining equipment.

**J. Irregular electricity consumption.**

If during the testing of the equipment sent to Giga Watt for hosting such equipment demonstrates a greater use of electric power than the number of WTT tokens purchased or rented to accommodate it, the equipment owner will be charged a regular Giga Watt's hosting rate (7.5-9.75 cents per kWh, depending on the number of hosted miners) for any amount of power consumed by the equipment in excess of the number of tokens available to host it.

**K. Change of electricity consumption.**

From time to time, the equipment's power consumption may fluctuate for various reasons including but not limited to seasonal temperature changes. If and when the equipment's power consumption exceeds the number of WTT tokens purchased or rented by its owner for its hosting, the owner will be charged a regular Giga Watt's hosting rate (7.5-9.75 cents per kWh, depending on the number of the hosted miners) for any amount of power consumed by the equipment in excess of the number of tokens available to host it.

**L. Change in maintenance cost.**

The maintenance cost specified in this document is based on the current labor costs and the hours required to run the company's operations and maintain the projected number of facilities

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

and the clients' equipment. Over time, the cost of maintenance may change for various reasons, including but not limited to the eventual minimum wage increase by the Washington State or Federal government. Any change in maintenance cost will cause a direct change in the value of the WTT tokens and the ongoing cost of hosting your mining equipment.

**M. Sales and other taxes.**

Token holders and purchasers of mining equipment may be required to pay sales tax (collected at sale) and other taxes associated with the transactions contemplated herein, whether in the United States or in their home countries. It will be a sole responsibility of the token holders and purchasers of the mining equipment to comply with the tax laws of the United States and other jurisdictions and pay all relevant taxes.

**N. Force Majeure.**

Giga Watt's performance may be interrupted, suspended or delayed due to force majeure circumstances. For the purposes of this White Paper, force majeure shall mean extraordinary events and circumstances which could not be prevented by Giga Watt and shall include: acts of nature, wars, armed conflicts, mass civil disorders, industrial actions, epidemics, lockouts, slowdowns, prolonged shortage or other failures of energy supplies or communication service, acts of municipal, state or federal governmental agencies, other circumstances beyond Giga Watt's control, which were not in existence at the time of Token Launch. If such circumstances occur prior to issuance of WTT tokens and Giga Watt is unable to issue WTT tokens within 6 months from the projected date, the escrow agent may issue a refund at the request of the WTT token purchasers. The refund will be issued in the original form of payment at the exchange rate on the date of the refund.

**O. Compliance with U.S. laws and regulations.**

Because the hosting facilities are located in the United States, WTT token holders who wish to use their tokens to host their equipment at the facilities would be required to comply with the U.S. laws and regulations and may need to verify their identities and provide proof of address (for individuals), or verify their registration, good standing, list of ultimate beneficial owners, and address (for legal entities) prior to using their WTT tokens and setting up their equipment at Giga Watt's facilities, or at any time thereafter upon Giga Watt's request. Token holders who fail to comply with such verification request, or who are determined to be restricted from

- 36 -

DocuSign Envelope ID: DFE6F5FE-BCD5-486F-B823-0C618E0BB042

dealing with the U.S. entities or operating in the U.S., or who are otherwise ineligible under the US law to host their equipment with Giga Watt would be refused hosting or WTT token rental services, with no refund issued by Giga Watt for the purchased tokens. Such token holders may retain their tokens or may, at their discretion, choose to sell them to eligible customers. Token purchasers are solely responsible for learning about the US laws and legal restrictions applicable to residents of certain countries and individuals involved in certain activities.

**P. Disclosure of information.**

Personal information received from WTT token holders, WTT token renters, and owners of the equipment submitted for hosting, the information about the number of tokens or miners serviced by Giga Watt, rewards earned on the pool, the wallet addresses used, and any other relevant information may be disclosed to law enforcement, government officials, and other third parties when Giga Watt is required to disclose such information by law, subpoena, or court order. Giga Watt shall at no time be held responsible for such information disclosure.

**Q. Value of WTT Token.**

Once purchased, the value of WTT Token may significantly fluctuate due to various reasons. Giga Watt does not guarantee any specific value of the WTT Token over any specific period of time. Giga Watt shall not be held responsible for any change in the value of WTT Token.

Assumptions with respect to the foregoing involve, among other things, judgments about the future economic, competitive and market conditions and business decisions, most of which are beyond the control of the Giga Watt project team and therefore difficult or impossible to accurately predict. Although the Giga Watt team believes that its assumptions underlying its forward-looking statements are reasonable, any of these may prove to be inaccurate. As a result, the Giga Watt team can offer no assurances that the forward-looking statements contained in this White Paper will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements contained herein, the inclusion of such information may not be interpreted as a warranty on the part of Giga Watt or any other entity that the objectives and plans of the Giga Watt project will be successfully achieved.

Please note that the Giga Watt project may be subject to other risks not foreseen by its management at this time.

- 37 -

# EXHIBIT B
# Glasscock Declaration

*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

| **From:** | Drew Behrens <drew@giga-watt.com> |
|---|---|
| **Sent:** | Tuesday, January 2, 2018 11:42 AM |
| **To:** | Scott Glasscock |
| **Subject:** | Re: Follow Up - Introduction |

Thanks Scott,

I am looking forward to it as well. They have pulled MNR2207 and it is going to be picked up for warranty repair today, once it is I will have a better timeline as to when it will be back up and hashing. I already had them reboot MNR2208 this morning as I saw it was not running. If it is still not hashing at 100% we will pull it for warranty repair also.

I have spoke with logistics and it looks like we have received your A5. It is set to deploy in pod 3.

I'll try and keep you updated when Pod 3 is deployed. Which looks like it is soon.

Thank you,

On Tue, Jan 2, 2018 at 10:23 AM, Scott Glasscock <sg_personal@live.com> wrote:
> Hi Drew,
>
> Welcome to the Team. I look forward to working with you. Thanks for looking into MNR2207. I'd like to get an update on when it will be back in service. I have been notifying everyone that it has not been working correctly since it was installed on Nov 22. It never ran more than 75% the published hashrate.
>
> While we're on this subject, please write up a ticket on MNR2208. It quit working about a week ago, but now it appears to be running at 20% hashrate. Please have them pull and repair this one too.
>
> Both of these MNR2207 and 8 should be warranty repairs.
>
> Here is the sum total of information I have on the A5 that I bought from GW:

1

Order #1416 was placed on July 27, 2017 and is currently Completed.

## Order Details



Order again

| Product | Total |
|---------|-------|
| INNOSILICON A5 DashMaster + PSU - WTT Exclusive Batch 1 Shipping Mid October × 1 | $10,599.00 |
| Subtotal: | $10,599.00 |
| Payment method: | USD Bank Wire |
| Total: | $10,599.00 (includes $0.00 Tax) |

**From:** Drew Behrens <drew@giga-watt.com>
**Sent:** Tuesday, January 2, 2018 12:46 PM
**To:** sg_personal@live.com
**Subject:** Re: Follow Up - Introduction

Scott,

Do you have a tracking number for the A5 miner?

On Tue, Jan 2, 2018 at 9:34 AM, Drew Behrens <drew@giga-watt.com> wrote:
Hello Scott,

I would like to take this opportunity to introduce myself as your new account manager. It will be a pleasure to work with you and help with any need or issue that arrives.

Tyler has been instrumental in getting me up to speed and informed on your account. As we move into this transition I will look forward to working with you and representing yours and Giga-Watt's best interest in the new year.

I have checked on your miner MNR2207 and it has been pulled for repairs, it looks like it has failed. I have them creating a ticket so that you can be up to date on the status of it and when we can see a return date of service on that.

18-03197-FPC7   Doc 548   Filed 04/10/20   Entered 04/10/20 12:27:08   Pg 45 of 72

As far as your A5 Dash miner I'm currently looking into that.  I should have an answer for you today on it.

Thank you,
--
**Drew Behrens**
Account Manager, Giga Watt, Inc.
drew@giga-watt.com  | www.giga-watt.com | 1 Campbell Parkway, East Wenatchee WA 98802

--
**Drew Behrens**
Account Manager, Giga Watt, Inc.
drew@giga-watt.com  | www.giga-watt.com | 1 Campbell Parkway, East Wenatchee WA 98802

--
**Drew Behrens**
Account Manager, Giga Watt, Inc.
drew@giga-watt.com  | www.giga-watt.com | 1 Campbell Parkway, East Wenatchee WA 98802

**From:**      Tyler James <tyler@giga-watt.com>
**Sent:**      Friday, November 17, 2017 4:05 PM
**To:**        Scott Glasscock
**Subject:**   Deployment

Scott,

Good evening. I am waiting to hear and confirm more information that I am composing in this email, but I wanted to share info I do have. My Senior Operations Manager just let me know that your (10) L3's are going to begin being deployed this weekend and early Monday. Once they are deployed you should see activity on your dashboard.

I wanted to let you know as I was just notified. I will work with my superiors on answering the rest of you inquiries. I hope these rigs being deployed reliefs just a little bit of frustration.

I will touch base Tuesday as I have client meetings all day Monday in Moses Lake and check in and hopefully send you an email with all the info you have requested.

Have a good weekend!

Kind regards,

Tyler Alos



**Tyler Alos**
Account Manager, Giga Watt, Inc.
tyler@giga-watt.com | www.giga-watt.com | 1 Campbell Parkway, East Wenatchee WA 98802

 Virus-free. www.avg.com

# EXHIBIT C
# Glasscock Declaration
*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

10/31/18





0% Rental for several days

Should be 8.8%



MNR 14001, MNR2206 to 2210; MNR3001 to 3005; MNR4521





# EXHIBIT D
# Glasscock Declaration
*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

Date: 3-13-2020

Case #:
**18−03197**

Type of Communication:
Email

Date of Communication:
Dec.20.2017

Communicated with : Jessica Langis(email and Phone) and CC Shae@giga-watt.com

Name: Jung H. Cho / Jim Cho

Contact: Cell: 201-739-7933 Email:
ethminer74@gmail.com

On December 20.2017 I had requested my miners purchased and shipped from Bitmain China to be shipped back to me.

I had purchased some miners from Bitmain directly and some from Gigawatt.

**Miners I purchased from Gigawatt I have requested to stay in Gigawatt .**

Miners from Bitmain were sitting in Gigawatt warehouse for months and I requested to ship only miners purchased from Bitmain China ship back to me in 2 places which were South Korea and my home New Jersey (USA).

Here is the details about what miners were ship back to me including tracking, quantity's and models of the miners.

**Total Miners were ship back to me was:**

L3+:

29

D3:
52

S9:
12

APW++ PSU:
56

**New Jersey Fedex
Tracking#:**

771067563570 (9 x L3 & 8 D3)

771066195833 (17 x PSU)

**South Korea UPS
Tracking#:**

**771083838460: 5 x L3+, 7 S9, 9
PSU**

**771076601499: 5 x S9, 3
L3+**

**771076464410: 6 x PSU & 18
x D3**

**771076928346: 20 x D3 & 4 x PSU (bulk, 55 lbs
per box)**

**771077017292: 8 x PSU (individual, 5 lbs
per box)**

**771050299306: 6 x
D3**

**771076707342: 12 x L3+ & 12 x**

Ethminer74 . <ethminer74@gmail.com>

# Request to ship out miners 12-20-2017- Batch 1 31

messages

**Jessica Langis** <jessica@giga-watt.com> Wed, Dec 20, 2017 at 12:05 PM To: ethminer74@gmail.com

Hi Jim,

I have recently had some of your e-mails forwarded to me, as I am in handling shipments and returns. I understand that you would like the majority of your miners to be shipped out. According to my records, you have 20 S9's set to deploy in our Pod 3 facility, which will be up and running shortly. Would you still like those deployed?

I have your six D3's ready to ship out today. If you would still like your miners back, let us know how many you would like sent out, and if they are all shipping to the same address, we can send them as a freight shipment. This will allow for all of your miners to arrive at the same time, and help you to keep track of the amount sent out as well.

Thank you so much for your understanding, and I look forward to hearing back from you.

Happy Holidays,
Jessica

-- Jessica **Giga Watt -** The Best Home for
Your Mining Shipping & Logistics Coordinator
Mobile: **(509)683-3027**

Virus-free. www.avg.com

**Ethminer74 .** <ethminer74@gmail.com> Wed, Dec 20, 2017 at 1:32 PM To: Jessica Langis <jessica@giga-watt.com> Cc: David Won - Mining <baritonewon@gmail.com>

Hi Jessica..

Great to hear from you....

I still want 20 S9' witch I purchased from Giga Watt in pod 3. **Please leave them at your site.** I only want which I purchased from Bitmain my self to ship out. What ever I purchased from Giga-Watt stays with you. I am sending you current list spread sheet of my inventory with Giga-Watt with tracking numbers and carriers. Please review them and make sure it's at your warehouse. I have sent emails to Tyler but as you know Giga-Watt is having issues and pain in the butt customers like me bothers him everyday. I fully support and understand the situation. I just need my miners so I could run them before February and I could send it back to you.

I would like to have all of my equipment ship to 2 places. I will forward you
previous emails sent to shipminer@giga-watt.com.

I have about 80+ miners and PSU at your warehouse.

About 1/4 will ship to NJ address and others will be ship out to Republic of Korea. I will send you a packing list, Commercial invoice for customs. Please attach them with the shipments. And Please send out each email as 1 Freight. International Customs are very tricky and I can't afford to spend any more money in custom dutys. So I think there will be about 5 to 6 shipment request. Please send each request email as individual freight and please note on freight carrier put restriction so receiver can't change delivery address.

It must deliver the shipment to shipping address only. I have chance to loose this shipment if receiver tries to change the receiving address. So please set a delivery restriction so only delivers to assigned address and changes can't be made.

I hope all my miners will go out this week or early next week before 2017 ends.

If you have any questions please send me a email or call me at 201-739-7933.

Have a great holidays !!

# GoGo Giga-Watt !!

**Jim Cho**

[Quoted text hidden]

**Jim Cho- Tracking and inventory list as of 12-20-2017.xlsx** 15K

Jessica Langis <jessica@giga-watt.com> Wed, Dec 20, 2017 at 6:06 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

So far, I have received a total of four commercial invoices from you for separate shipments. What I have so far is as follows:

1) 6 D3's, for a total of 6 packages, will be sent to Kwi Jung Yi; 2) 5 S9's, 5 Power Supplies, and 11 D3's, for a total of 21 packages, will be sent to Kwi Jung Yi; 3) 12 L3+'s, and 12 Power Supplies, for a total of 24 packages, will be sent to Kwi Jung Yi; 4) 7 S9's, 9 Power Supplies, and 5 L3+'s, for a total of 21 packages, will be sent to Kwi Jung Yi

I also have down that you would like 21 L3+'s and 4 D3's, as well as 18 Power Supply Units sent to the New Jersey address.

Does what I have on my end match up with your request?

Today, I have your 6 D3's set to be picked up at 3:00 pm PST via FedEx Express.

We are currently in the process of upgrading all of our Power Supply Units to UL Certified versions that are rated at 1600w, as opposed to the older models, such as the ones attached to your account, that were rated at 1100w. We are now only using the UL Certified PSU's for all deployments, sales, and returns. This means that all of your future orders will now include the new model PSU's. I hope that you find this acceptable.

If there is anything that I may have missed or changed that need to be made, please don't hesitate to e-mail me back.

As for the shipments pertaining to the commercial invoices, I am going to send them out exactly as they are listed on the invoices, which means that they will be sent via FedEx Express as opposed to UPS Freight. This will ensure that the correct prices remain with the orders for customs taxes and duties. I have also attached a copy of one of the shipping labels that is on the shipment going out today, so that you can ensure that we have the correct address. It is set to go to South Korea with the address that you have provided us.

Thank you so much for your patience with this,
Jessica


Virus-free. www.avg.com


[Quoted text hidden] --

# Jessica Langis

[Quoted text hidden]


**KWI Jung On behalf of Jim Cho Shipping Label.png**

**Ethminer74 .** <ethminer74@gmail.com> Wed, Dec 20, 2017 at 6:47 PM To: Jessica Langis <jessica@giga-watt.com>, Shae <shae@giga-watt.com>

Hi Jessica...

I just sent you last batch of the Shipment..

It's 48 APW3++ and 20 x D3

And Also you have mentioned **"I also have down that you would like 21 L3+'s and 4 D3's, as well as 18 Power Supply Units sent to the New Jersey address."** the request is correct to NJ address but Quantity is in correct. Correct quantity is

L3:  12   D3   15
APW3++: 18

Also Could you please ship this to NJ address 3 day shipment via fedex or UPS? Because these are my customers and they are filing lawsuit if I don't hand it to them by 27th next week. So please send via 2 or 3 days and please try to ship it out by this week so I don't get sue for these..lol

All the other shipment list is correct and the last batch2 for today which is

20 x D3 48
APW3++.

And you could list pricing as what you see on the commercial invoices. And please make sure it only delivers to that address and no one could beside Giga-Watt to change delivery address. This is very Important..

Please make sure NJ shipment quaninity is correct what I have sent you and make sure S9's are 14TH miners not 13.5. If you traced UPS tracking it should be the 14th S9's.

I do have 12 S9's which purchased from Giga-Watt will be deploying in January. Please deploy 12 S9's what I have purchased from Giga-Watt in your pods ASAP and 20 S9's currently running in your pods and I see 1 of the miners not working. Is that anyway someone could take a look at it it's been a week offline.

Giga-Watt.MNR3434

Thank you for your help

**Jim Cho**

[Quoted text hidden]

**Jessica Langis** <jessica@giga-watt.com> Wed, Dec 20, 2017 at 9:10 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

I have cross-checked the number of miners from the list that you sent me, (thank you, by the way!), and I now have the 12 L3's, 15 D3's and 18 Power Supplies for New Jersey. I will start prepping these shipments tomorrow,

December 21st. From what you have mentioned, it sounds like I should place priority on the shipments to New Jersey? I can send those out first, and then send the international shipments soon after with the invoices that you have sent us. I also have the new batch, which includes the 48 Power Supply Units, as well as the 20 D3's in my records.

I will ensure that the address for the miners going to South Korea is the correct address, which I have sent you a copy of one of the tracking labels so that you may verify. I will also make sure that the correct S9's are sent out (the 14, not 13.5), and can update you periodically with updated shipment information.

I will look into the 12 S9's that are set to deploy soon, and also forward your request about your miner being offline.

Thank you very much for your continued patience, and happy holidays!
Jessica


Virus-free. www.avg.com

[Quoted text hidden]


**Ethminer74 .** <ethminer74@gmail.com> Wed, Dec 20, 2017 at 9:49 PM To: Jessica Langis <jessica@giga-watt.com>

Thanks Jessica... You are so good !!

One more thing.. For NJ shipment (12 L3's, 15 D3's and 18 Power Supplies) could we break that up and add some to the package with 5 S9, 5 PSU and 11 D3?

I only need in NJ is 12 L3+, 8 D3 and 18 PSU total in NJ.

Could we break these up and add 7 x D3 left over to the batch of 5 x S9, 11 x D3 and 5 PSU batch?

If you are ok with that I will make a new packing list and commercial invoice for it.

And Thank you so much for your professional work I really really appreciate your kind effort.


Jim

[Quoted text hidden]


**Ethminer74 .** <ethminer74@gmail.com> Wed, Dec 20, 2017 at 10:20 PM To: Jessica Langis <jessica@giga-watt.com>

Jessica..

For the International packages Please put restriction when you ship out package only to deliver to the address we have listed. Make sure receiver can't change delivery address at no matter what.

Address is correct but could you add this phone number for the receiving party in Korea and if you could fit put

**IME (International Exchange Management Group) for the company on the labels?**

**Tel: 82-10-5383-1967**

Thank You Jessica..
Your My Santa...

Jim

[Quoted text hidden]

---

**Jessica Langis** <jessica@giga-watt.com>    Thu, Dec 21, 2017 at 11:31 AM    To: "Ethminer74 ." <ethminer74@gmail.com>

Jim,

I will definitely add that phone number for future shipments to Korea, I had already shipped the 6 D3's yesterday. I do not think that that company title will fit on the Company line for the FedEx labels, I had to abbreviate Management into Mgmt last time, but if you think that it will not affect FedEx's understanding of the company they are to deliver to, I can take Group out of the title, leaving it at **IME (International Exchange MGMT)**, and if it will let me, I can put group back in.

I am really happy that we were able to come to an acceptable solution for this issue, and you are too kind.

Thank you so much,
Jessica

Virus-free. www.avg.com

[Quoted text hidden]

---

**Ethminer74 .** <ethminer74@gmail.com>    Thu, Dec 21, 2017 at 11:51 AM    To: Jessica Langis <jessica@giga-watt.com>

Good moning Jessica..

Company title is fine as is if it won't fit just leave it as it is..

How about the NJ shipment. Would it go out today with other international shipment?

Is that good in your end? If it's going to make a delay and can't ship it out today don't bother. But if you could please see below..

Please update this before you ship out NJ shipment today if you can.. I got a make you a new commercial invoice if you could break the shipment for NJ.

**Change in NJ shipment again. (Sorry) If you could break the shipment up these are what I need in NJ and others will go to Korea shipment. Originally I have asked you to ship out 12 L3's, 15 D3's and 18 Power Supplies to NJ today.**

**But I only need in NJ is 9 x L3+, 8 D3 and 17 PSU total in NJ.**

**So If you could break these up and please add 3 x L3+, 7 x D3 & 1 PSU left over to the batch of 5 x S9, 11 x D3 and 5 PSU batch?**

Let me know if this is possible.

Thanks Jessica...

Jim [Quoted text hidden]

---

**Jessica Langis** <jessica@giga-watt.com> Thu, Dec 21, 2017 at 12:15 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Jim,

I can definitely move those miners around, I will need to create another commercial invoice. The one that I have for that is invoice # 122017-001. I can create a new invoice for you when I create the shipping labels, or you can create on and send it to me via e-mail. If you would like me to make an invoice for you, then I will need the dollar amounts again, to make sure that I am not charging more for these miners than what was originally agreed upon.

We are also in the process of receiving another batch of PSU's, due to the majority of them having been sent for deployments in our mining pods. We are scheduled to receive them next week, they have been delayed due to the amount of snow that the passes have received. I will be sending the miners out today and tomorrow, and will send the PSU's out the second that we receive them. I hope that your customers are understanding with this situation.

The shipments that will be going to New Jersey (minus the 3 L3's, 7 D3's and 1 PSU now) will be priority, and sent out today. The international shipments will be going next, which should be no later than tomorrow.

If there are any questions or concerns about this, please e-mail me back with anything that you may need.

Thank you, Jessica
[Quoted text hidden]

---

**Ethminer74 .** <ethminer74@gmail.com> Thu, Dec 21, 2017 at 12:35 PM To: Jessica Langis <jessica@giga-watt.com>

Hi Santa ~~~

Thank you for being so kind.

I have attached new commercial invoice and packing list for the invoice# 122017-001.

About PSU I really don't care if I get old PSU. In Korea they don't care if its UL or CE or other certification. I can't risk any delay and my goal is get these miners out in Korea asap and start mining. So please send me my PSU can't wait for the UL version.

So I will wait for your tracking info about NJ and 4 International tracking numbers from you. I

hope NJ and others will ship out today and tomorrow.

Thanks Santa ~~ lol

Jim

[Quoted text hidden]

**2 attachments**

**Commercial Invoice- 12-20-17-batch1-Rev1.pdf** 31K

**Jessica Langis** <jessica@giga-watt.com> Thu, Dec 21, 2017 at 2:39 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

I have your shipments to New Jersey ready and waiting for pick-up. The tracking numbers for those shipments are:
771065002594, 771066195833, PSU#771065939769

They will be sent via FedEx's 2 day shipping, and includes 12 L3's, 8 D3's and 18 PSU's per our e-mail from 12/20/2017 at
6:49 pm. I noticed that the e-mail sent at 8:51 am today stated that you only needed 17? I would like to re-confirm the
amount of PSU's that I should be sending to New Jersey. I saw that there were 8 PSU's attached to the L3's with the tracking
#'s: 1ZR789900450830729 1ZR789900449147739 1ZR789900451082741 1ZR789900450035759
1ZR789900451406767 1ZR789900451595778

These Miners are set to be picked up today at 3 pm, and if you would like 17 PSU's instead of the 18, I can
recreate tracking labels to reflect that, and give you a new tracking number for that.

Thank you,
Jessica

**Packing List- 12-20-17-batch1-rev1.pdf** 29K

[Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Thu, Dec 21, 2017 at 2:48 PM To: Jessica Langis <jessica@giga-watt.com>

Jessica..

For NJ shipment I only need **NJ is 9 x L3+, 8 D3 and**

**17 PSU total in NJ.**

**Rest of them goes to 122017-001 batch.**
**Which is 5 x S9, 6 x PSU, 18 D3 & 3 L3+**

**This is what I have sent you this morning..**

Change in NJ shipment again. (Sorry) If you could break the shipment up these are what I need in NJ and others will go to

Korea shipment. Originally I have asked you to ship out 12 L3's, 15 D3's and 18 Power Supplies to NJ today. **But I**

**only need in NJ is 9 x L3+, 8 D3 and 17 PSU total in NJ.** So If you could break these
**up and please add 3 x L3+, 7 x D3 & 1 PSU left over to the batch of 5 x S9, 11 x D3 and 5 PSU batch?**

**Could you please check NJ shipment and 122017-001 shipment make sure quantity is correct and get back to**
**me? I also send you the corrected 122017-001 Commercial invoice and packing**
**list.**

**Please check and confirm.**

**Thx**

[Quoted text hidden]

**Jessica Langis** <jessica@giga-watt.com> Thu, Dec 21, 2017 at 4:07 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

I amended the amount of PSU's that I will be sending to New Jersey, and that new tracking number is: 771067563570.
When you look this number up on FedEx, you can verify that there will be 17 packages, weighing at 5 lbs. each. All of the
miners weigh 11 lbs. The other tracking number will reflect the miners that are being shipped, and that tracking number is
771066195833. This will be a 17 piece shipment as well, which will include 9 L3's and 8 D3's.

So there will be a total of 17 PSU's, 9 L3's and 8 D3's being sent to New Jersey today.

As for the corrected Commercial Invoice, #122017-001, I have 5 S9's, 6 PSU's, 18 D3's and 3 L3's that will be shipped to South Korea.

I will fulfill that order tomorrow, and it will be shipped via FedEx express shipping.

If my numbers are correct this time, which do match your previous e-mail, then you are all set for now. The 17 miners, and 17 PSU's should take care of everything that will be sent to New Jersey, and the rest of your miners and PSU's will be sent to South Korea.

I also saw the e-mail about 20 D3's and 48 PSU's. Would you like these kept in our warehouse for the time being, or would you like me to prepare these for shipment as well?

Thank you for your continued patience, and please let me know if I have my information correct.
Jessica

Virus-free. www.avg.com

[Quoted text hidden]

Ethminer74 . <ethminer74@gmail.com> Thu, Dec 21, 2017 at 4:36 PM To: Jessica Langis <jessica@giga-watt.com>

Jessica..

you are correct.. NJ Shipment is 17 PSU, 8
D3 and 9 L3+.

Please refer to new rev1 122017-001 commercial. You be adding 3 x L3, 1 PSU and 7 D3 on the invoice 122017-001 Rev1 commercial invoice. So for the 1222017-001 Rev1 Commercial invoice and package will contain

5 x S9 6 x
PSU 18 x
D3 3 x L3+

And

For the 20 D3 & 48 PSU batch please send it over to Korea asap. I
need what ever I ship to you to send it to Korea and NJ asap.

So this leave me no inventory at your warehouse.

What every I purchased from Giga Watt I want it to be there what ever I have purchased my self I want it to be shipped out.

So please send out everything soon as possible.

Sorry for being pain in the butt.

Thanks again Jessica..

Jim [Quoted text
hidden]

**Jessica Langis** <jessica@giga-watt.com>        Thu, Dec 21, 2017 at 5:17 PM   To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

You are definitely not a pain in the butt, I completely understand how you feel, and I really appreciate you being so kind
while you work with me on this, so that we can come up with a situation that will work for you.

The shipment to New Jersey will be picked up in about an hour, and I will put together the South Korean shipment asap
tomorrow. I will also make a note of the 20 D3's and 48 PSU's that you would like to go to Korea as well. Unless I missed it, I
do not currently have an invoice for the shipment that includes the 48 PSU's and 20 D3's. Would you like to make one for
that? I can also create on with the shipping labels using the prices that you provide me with.

I will also pass along the information about your miner that is not currently online, so that can be addressed as well.

Thank you so much for your understanding, and happy holidays!
Jessica

Virus-free. www.avg.com

[Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com>        Thu, Dec 21, 2017 at 5:39 PM   To: Jessica Langis <jessica@giga-watt.com>

https://mail.google.com/mail/u/0?ik=5604e8a07f&view=pt&search=all&permthid=thread-f%3A1587323353247875693&simpl=msg-f%3A158732...  8/13
3/13/2020 Gmail - Request to ship out miners 12-20-2017- Batch 1

Hi Jessica..

Here is the Commercial invoice and packing list for 20 D3 and 48 PSU.

Yeah that one of 20 S9 currently running is not online and it's been out for a week. If
you could get the online that be great.

I got a few questions... I know it's not your department but maybe you could answer me on this.

1. I have batch 6 12 x S9 for January 2018. Do you have any idea when will that be online? Is it
going be be delay again? :

2. I currently have about 3400 WTT tokens and currently using them to run my 20 x S9 in your pod. and I also I am waiting for late batch 4 WTT tokens to be released on February 2018 (about 43000 wtt Tokens). Why can't I get my miners in to your pods and getting running? Is it because currently I don't have enough WTT tokens? if so when I get 43000 Wtt tokens in February 2018 could I reserve my spot at Giga Watt for my miners? Because eventually I will send these miners back to Giga Watt for hosting after I get my WTT tokens. How do I reserve my space for hosting ? I really don't want to wait again to get my miners out there and hanging...

If you could answer me these questions or can point to the person that be good.


Thank you so much for hard work and getting out to me.

Happy Holidays !!!

Jim

[Quoted text hidden]


**2 attachments**


**Packing List- 12-20-17-batch-2.pdf** 28K


**Jessica Langis** <jessica@giga-watt.com> Thu, Dec 21, 2017 at 10:16 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim!

Thank you for the invoices, I will attach those to the corresponding shipment as it goes out.

As for the deployments and dates, I can absolutely look into that for you. I will be working tomorrow, but it is considered a company holiday, and most people will be out of the office until Tuesday. I will contact our techs about deployment dates, and put in a request for your miner as well. I completely understand your concern, and I will e-mail you with any more information that I receive as soon as I get it.

Thank you for being so fantastic about this, and I will keep you updated!

Jessica [Quoted text hidden]


**Ethminer74 .** <ethminer74@gmail.com> Thu, Dec 21, 2017 at 10:18 PM To: Jessica Langis <jessica@giga-watt.com>

Thanks Jessica...

And please make sure everything gets shipped out tomorrow to Korea( I think 4 shipments).

Have a good night out there...

**Commercial Invoice- 12-20-17-batch-2.pdf** 30K

Jim [Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Fri, Dec 22, 2017 at 2:07 PM To: Jessica Langis <jessica@giga-watt.com>

Hi Jessica..

Can you provide tracking# for international shipment which will go out today?

Thank You

Jim [Quoted text hidden]

**Jessica Langis** <jessica@giga-watt.com> Fri, Dec 22, 2017 at 8:57 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

Sorry for the delayed response, but I wanted to make sure that your shipments were picked up before I let you know that they were shipped. I have listed the tracking numbers and details of the shipments below:

Tracking #'s 771076928346 , 771077017292 20
D3's & 48 PSU's

Tracking # 771076707342 12
L3's & 12 PSU's

Tracking #'s 771076601499, 771076464410 5
S9 18 D3 3 L3 6 PSU

I did not get the last shipment out, as I need confirmation, and possibly another commercial invoice. I was made aware of your predicament halfway through, so I might have missed this along the way. I still have 5 L3+'s at the warehouse and 7 S9's, along with some PSU's. Are these supposed to go as one shipment to South Korea together?

Thank you very much, and happy holidays!
Jessica

[Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Fri, Dec 22, 2017 at 9:00 PM To: Jessica Langis <jessica@giga-watt.com>

Hi Jessica..

If you could ship that out today that be good..
Please ship everything u have..lol

Thanks.

Happy holiday !!

Jim [Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Sat, Dec 23, 2017 at 8:56 AM To: Jessica Langis <jessica@giga-watt.com>

https://mail.google.com/mail/u/0?ik=5604e8a07f&view=pt&search=all&permthid=thread-f%3A1587323353247875693&simpl=msg-f%3A15873... 10/13
3/13/2020 Gmail - Request to ship out miners 12-20-2017- Batch 1

Hi Jessica..

I have tracked down all the shipment you have sent me but I am missing 1 shipment request. I
have attached the Commercial invoice and packing list for this missing shipment.

Please send this 7 x S9, 5 x L3 & 9 PSU. I think this is what your mentioning previous email.

I think this should be it. I will be in Korea on the 31st and will be deploying these miners and I'll check physical
inventory make sure it's correct. I believe it will be correct but I have to make sure. Could you please send this out on
the 26th to Korea?

Again Thank you so much for your assistance and you have done a great job ! Have a great holiday
and wish you Great Happy New Year and all the good things will happen.

Jim Cho [Quoted text
hidden]

**2 attachments**

**Commercial Invoice 12-19-17-batch2.pdf** 30K

**Ethminer74 .** <ethminer74@gmail.com> Sun, Dec 24, 2017 at 8:05 AM To: 이귀중 <Kopaus77@naver.com>

[Quoted text hidden]

**2 attachments**

**Commercial Invoice 12-19-17-batch2.pdf** 30K

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 68 of 72

**Ethminer74 .** <ethminer74@gmail.com> Tue, Dec 26, 2017 at 3:06 PM To: Jessica Langis <jessica@giga-watt.com>

Hi Jessica..

I hope you had a good Christmas..

I was wondering if you able to ship out the 7 x S9, 5 x L3 & 9 PSU? I did sent you commercial invoice and packing list. Please just confirm and please send me a tracking info. If you could use UPS that be great. I just got a email from receiver and Fedex customs are giving us hard time.

Let me know.

Thanks Jessica.

Jim [Quoted text hidden]

**Jessica Langis** <jessica@giga-watt.com> Tue, Dec 26, 2017 at 10:27 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Hi Jim,

https://mail.google.com/mail/u/0?ik=5604e8a07f&view=pt&search=all&permthid=thread-f%3A1587323353247875693&simpl=msg-f%3A158732... 11/13
**Packing list- 12-19-17-batch2.pdf** 28K

**Packing list- 12-19-17-batch2.pdf** 28K
3/13/2020 Gmail - Request to ship out miners 12-20-2017- Batch 1
I was able to get your shipment out today, and that was the one with the 7 S9's, 5 L3's and 9 PSU's. I had actually sent it out through FedEx, and the tracking number for that is: 771083838460. I have looked up your other shipments to South Korea, and I do see that there is a clearance delay, pending an license or permit from the importer. I can give them a call tomorrow to see if we can find a solution to this issue, so that we can get your shipment through customs.

Thank you for your patience, and have a great evening.
Jessica [Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Tue, Dec 26, 2017 at 10:35 PM To: Jessica Langis <jessica@giga-watt.com>

Your the best Jessica...

Could you let me know what customs paper work need to be filed as well? For
the future reference.

Thank you

Jim [Quoted text
hidden]

**Jessica Langis** <jessica@giga-watt.com> Tue, Dec 26, 2017 at 10:42 PM To: "Ethminer74 ." <ethminer74@gmail.com>

Absolutely, I am curious to know as well. I haven't seen this message on a shipment stuck in customs yet, so it shall be a
learning experience for both of us. :)

Thanks, Jessica
[Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Thu, Dec 28, 2017 at 8:09 AM To: Jessica Langis <jessica@giga-watt.com>, Shae
<shae@giga-watt.com> Cc: 이귀중 <Kopaus77@naver.com>

Hi Jessica..

I was able to find out what the Korea customs problem is.

I provided you with the one commercial invoice for each batch of shipments. That was the problem. Each
Tracking number need to be each commercial invoice with identifying what models and quantity.

Single master tracking number has been no problem. Tracking#: 771050299306, 771076707342 it's on the way for
delivery.

But tracking number:Tracking #'s 771076601499 & 771076464410 (5xS9, 6x PSU, 18 x D3, 3 x L3) and
771076928346 & 771077017292 (20 x D3 , 48 PSU). Korea customs are asking what is the exact model
and quantity of each master tracking number. So I would need that information asap to clear in Korea
customs. So basically I need packing list what tracking number contains what items and quantity's.

So Please get this information over to me asap so I could get through the customs.

Thank you

Jim

[Quoted text hidden]

**Jessica Langis** <jessica@giga-watt.com> Thu, Dec 28, 2017 at 12:06 PM To: "Ethminer74 ." <ethminer74@gmail.com>

18-03197-FPC7    Doc 548    Filed 04/10/20    Entered 04/10/20 12:27:08    Pg 70 of 72

Hi Jim,

That makes a lot of sense, here is the break-down of what was included with each tracking number:

Tracking #: **771083838460** includes **5 L3+, 7 S9, 9 PSU** Tracking #: **771076601499** includes **5 S9, 3 L3+** Tracking #: **771076464410** includes **6 PSU, 18 D3** Tracking #: **771076928346** includes **20 D3, 4 PSU** (bulk, 55 lbs per box) Tracking #: **771077017292** includes **8 PSU** (individual, 5 lbs per box)

And just in case:

Tracking #: **771050299306** includes: **6 D3** Tracking #: **771076707342** includes: **12 L3+, 12 PSU**

Hope this helps, let me know if there is anything else you need.

Thank you, Jessica
[Quoted text hidden]

**Ethminer74 .** <ethminer74@gmail.com> Thu, Dec 28, 2017 at 4:03 PM To: Jessica Langis <jessica@giga-watt.com>

Thank you Jessica.. Have a great
Happy New Year !!

Jim [Quoted text
hidden]