```
                        United States Bankruptcy Court
                         Eastern District of Washington
In re:                                                        Case No. 18-03197-FPC
GIGA WATT INC                                                 Chapter 11
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0980-2         User: notice            Page 1 of 2         Date Rcvd: Apr 09, 2020
                             Form ID: pdf002         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
          +Robert Weinberger,   1340 E 6th Street, Ste 603,   Los Angeles, CA 90021-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
              Adam C. Doupe    on behalf of Interested Party    Allrise Financial Group doupe@ryanlaw.com,
               doupear96329@notify.bestcase.com
              Angie   Lee    on behalf of Creditor    Washington State Taxing Agencies bculee@atg.wa.gov
              Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee
               benaellison@gmail.com
              Benjamin J McDonnell    on behalf of Creditor     Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Creditor David M Carlson ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Brian A. Walker    on behalf of Defendant Jeffrey   Field bwalker@omwlaw.com,   rgrim@omwlaw.com
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC ,
               diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
              Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
               luksetich@lasher.com
              David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com;kazembadr92395@notify.bestcase.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com;kazembadr92395@notify.bestcase.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,   amy@dadkp.com
              Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
               Inc. dscalia@lawdbs.com,   paralegal@lawdbs.com
              Dominique R Scalia    on behalf of Attorney    DBS Law dscalia@lawdbs.com,   paralegal@lawdbs.com
              Douglas A. Hofmann    on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com,
               kmejia@williamskastner.com
              Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
              Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
               danderson@pcslegal.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
              Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com
              Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com
              John   Knox    on behalf of Creditor Refael   Sofair jknox@williamskastner.com,
               rnelson@williamskastner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com
          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
          Mark Waldron    trustee@mwaldronlaw.com, mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com, quentin@dadkp.com
          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com, castro.ava@gmail.com
          Scott Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com, DLevitin@williamskastner.Com
          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa Pierce Rollins    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com
          Vanessa Pierce Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com
          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

                                                                             TOTAL: 40

**So Ordered.**

**Dated: April 9th, 2020**

Frederick P. Corbit
Bankruptcy Judge

1  Pamela M. Egan, WSBA No. 54736
   POTOMAC LAW GROUP PLLC
2  1905 7th Ave. W
   Seattle, WA 98119
3  Telephone: (415) 297-0132
   Email: pegan@potomaclaw.com
4  *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

Chapter 11

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON MOTION FOR ORDER APPROVING SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVING NOTICE THEREOF AND RELATED RELIEF**

**Telephonic Hearing**
Date:       April 9, 2020
Time:       10:30 a.m. PT
Telephone:  877-402-9753
Access Code: 3001392

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order Shortening Time on Motion for Order Approving Sale of Equipment Free and Clear of All Liens, Claims and Interests, Approval of Notice Thereof and Related*

Order Granting Chapter 11 Trustee's Motion for Order Shortening Time, etc. - Page 1

*Relief* (the "**Shortened Time Motion**") on April 9, 2020 at 10:30 a.m. (the "**Hearing**"). The Court has considered the Shortened Time Motion and completed the Hearing. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and in the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE SHORTENED TIME MOTION IS GRANTED.

/// END OF ORDER ///

Order Granting Chapter 11 Trustee's Motion for Order Shortening Time, etc. - Page 2