```
                              United States Bankruptcy Court
                              Eastern District of Washington
In re:                                                             Case No. 18-03197-FPC
GIGA WATT INC                                                      Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: notice              Page 1 of 2              Date Rcvd: Apr 09, 2020
                              Form ID: pdf002           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
        +Robert Weinberger,    1340 E 6th Street, Suite 603,    Los Angeles, CA 90021-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
      Adam C. Doupe    on behalf of Interested Party    Allrise Financial Group doupe@ryanlaw.com,
       doupear96329@notify.bestcase.com
      Angie   Lee    on behalf of Creditor    Washington State Taxing Agencies bculee@atg.wa.gov
      Benjamin A Ellison     on behalf of Creditor Committee    Unsecured Creditors' Committee
       benaellison@gmail.com
      Benjamin J McDonnell    on behalf of Creditor    Clever Capital, LLC ben@pyklawyers.com,
       lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
      Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
       lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
      Benjamin J McDonnell    on behalf of Creditor David M Carlson ben@pyklawyers.com,
       lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
      Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
       lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
      Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
       lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
      Brian A. Walker    on behalf of Defendant Jeffrey   Field bwalker@omwlaw.com,   rgrim@omwlaw.com
      Christopher F Ries    on behalf of Defendant    Neppel Electrical & Controls, LLC ,
       diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
      Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
       luksetich@lasher.com
      David A Kazemba     on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
       amber@overcastlaw.com,lindat@overcastlaw.com;kazembadr92395@notify.bestcase.com
      David A Kazemba     on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
       amber@overcastlaw.com,lindat@overcastlaw.com;kazembadr92395@notify.bestcase.com
      David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,   amy@dadkp.com
      Dominique R Scalia     on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
       Inc. dscalia@lawdbs.com,   paralegal@lawdbs.com
      Dominique R Scalia     on behalf of Attorney    DBS Law dscalia@lawdbs.com,   paralegal@lawdbs.com
      Douglas A. Hofmann    on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com,
       kmejia@williamskastner.com
      Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
      Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
       danderson@pcslegal.com
      James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
      Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com
      Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com
      Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com
      Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com
      Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com
      John   Knox    on behalf of Creditor Refael   Sofair jknox@williamskastner.com,
       rnelson@williamskastner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com
          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
          Mark Waldron    trustee@mwaldronlaw.com, mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark Waldron pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com, quentin@dadkp.com
          Roberto H Castro    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com, castro.ava@gmail.com
          Scott Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com, DLevitin@williamskastner.Com
          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa Pierce Rollins    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com
          Vanessa Pierce Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com
          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

          TOTAL: 40

**So Ordered.**

**Dated: April 9th, 2020**

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>            Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF SALE OF EQUIPMENT FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, APPROVAL OF NOTICE THEREOF AND RELATED RELIEF** |

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order Shortening Time on Chapter 11 Trustee's Motion for Order Shortening Time on Motion for Order Approving Sale of Equipment Free and Clear of All Liens, Claims and Interests, Approval of Notice Thereof and Related Relief* (the

Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief - Page 1

"**Motion**")[1] on April 9, 2020 at 10:30 a.m. (the "**Hearing**"). The Court has considered the Motion and completed the Hearing as provided for under section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and in the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Trustee is hereby authorized to sell the Pangborn Equipment and Other Equipment, "As Is" with no warranties. The Pangborn Equipment and Other Equipment which is itemized in Schedule 1 of the Sale Agreement, and attached to the Motion as Exhibit B, for the sum of $175,000.00 or more, all cash at closing, to any third party buyer who is unrelated to Debtor, not connected with the case and who will actually complete the sale at that price or higher, as determined by the Trustee in his business judgment.

2. The sale of the Pangborn Equipment and Other Equipment pursuant to this Order shall be free and clear of all liens, encumbrances, claims and/or

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief -  Page 2

interests in the Pangborn Equipment pursuant to section 363(f)(4) and (5) of title 11 of the United States Code.

3. The form and manner of service of the Notice of Sale is approved.

4. The Bidding Procedures as proposed in the Motion are approved.

5. The Break-Up Fee as proposed in the Motion is approved.

6. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived with respect to the sale of the Pangborn Equipment pursuant to this Order. This Order shall be valid and fully effective immediately upon its entry.

### /// END OF ORDER ///

Order Approving Sale of Equipment Free and Clear of all Liens, Claims and Interests, Approval of Notice Thereof and Related Relief -  Page 3