MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S MONTHLY
FINANCIAL REPORT FOR MARCH 2020**

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of March 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for March 2020 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for March 2020 (Exhibit 4), incorporated herein by reference.

The COVID-19 global pandemic, which caused a major downturn in the stock markets, had a similar effect on the crypto-currency market and its revenue. By mid-March

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

2020, the rewards for crypto-farming sank to a level whereby the cost of operations were exceeding revenues, thus requiring swift and immediate changes to operations.

1. <u>Moses Lake Facility</u>. The Estate discontinued operations at the Moses Lake facility on March 13, 2020. Mining revenues for March 2020 at Moses Lake through the date of the shutdown were $111,524.78, with an additional $24,029.28 of revenue from subtenant Eco Diversified Holdings for its March 2020 rent ($9,000.00) and proportional obligation for the February 2020 utilities ($15,029.28). The lost revenue at Moses Lake resulted in a shortfall of $29,994.38 on payment of the utilities and no rent was paid for March 2020. Commencing in April 2020, Eco Diversified Holdings will pay its rent and utilities directly to the Moses Lake landlord, MLDC 1, LLC.

2. <u>TNT Facility</u>. The Estate continues to operate the TNT facility in East Wenatchee. Mining revenues at TNT for March 2020 were $61,213.09. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. In addition, the rent and utility payments are current at the TNT facility.

The Trustee had met with a potential buyer on February 18-19, 2020 in Wenatchee. Those discussions and negotiations continued during March, with the exchange of Letters of Intent from both the buyer and Trustee. It appears that a sale agreement will be executed shortly, followed immediately thereafter with the filing of a motion for Court approval.

3. <u>Pangborn Equipment - Pending Sale</u>. On or around mid-March 2020, a sale agreement related to certain equipment came to fruition with a buyer that Trustee had been in discussions with since late February 2020. That agreement was signed by both parties on March 24, 2020 and the Court approved the sale on April 9, 2020 (Docket

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

No. 540). While this Monthly Financial Report covers the period ending on March 31, 2020, it should be noted that as of April 14, 2020, the Estate has received the entire purchase price of $175,000.00 for the sale of the Pangborn equipment.

4. <u>Termination of Consultants</u>. Due to the shutdown of the Moses Lake facility, the Estate laid off consultants Skyler Simpson, Austin Harrison, and Porforio Jaimes in mid-March. In addition, consultant Allen Oh is now working on an as-needed basis, with a reduction of approximately 50% in the last payment cycle.

5. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

6. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of March 2020 were **$252,785.00.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. First Quarter 2020 U.S. Trustee fees in the amount of $4,875.00 were paid on April 3, 2020. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

DATED this 14th day of April, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

## Ledger Report

| | | | |
|---|---|---|---|
| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 03/01/20 - 03/31/20 | Separate Bond: | N/A |

| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/20 | 388 | Insta Stor Inc. | Storage container rental through March 2020. Voided on 02/25/20 | 6004-000 | | 134.88 | 181,088.07 |
| 03/02/20 | 390 | Mark D. Waldron | Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | 6002-001 | | 10,000.00 | 171,088.07 |
| 03/02/20 | 391 | Mark D. Waldron | Reimbursement of costs advanced (12-6-19 through 2-19-20) | 6002-002 | | 805.92 | 170,282.15 |
| 03/02/20 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 25,000.00 | 145,282.15 |
| 03/04/20 | | Eco Diversified Holdings | March rent for Pod 8 of Parcel E pods, Moses Lake facility | 4002-00 | 9,000.00 | | 154,282.15 |
| 03/05/20 | | Moses Lake ($54,309.82) and TNT ($18,942.45) facilities | Mining operations | 4001-000 | 73,252.27 | | 227,534.42 |
| 03/06/20 | 392 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1872381-2674-7 (TNT) | 6010-000 | | 124.28 | 227,410.14 |
| 03/06/20 | 393 | LocalTel | Account #61297, Statement dated 2-29-20 (TNT) | 6010-000 | | 114.85 | 227,295.29 |
| 03/06/20 | 394 | Douglas County PUD | Account #735917, utilities for February 2020 (TNT facility) | 6010-000 | | 43,902.00 | 183,393.29 |
| 03/06/20 | 395 | TNT Business Complexes, LLC | Reimbursement for portion of water bill related to pipe break (TNT) | 6010-000 | | 165.75 | 183,227.54 |
| 03/06/20 | | MLDC I, LLC | 100% of Moses Lake revenue (through 3-5-20) | 6003-000 | | 54,309.82 | 128,917.72 |
| 03/09/20 | 396 | Cuttin Rugs LLC | Invoices #51 and #52 (Moses Lake through 3-6-20) | 6007-013 | | 6,000.00 | 122,917.72 |
| 03/09/20 | 397 | NCW Consulting LLC | Invoice dated 3-8-20 (TNT facility through 3-6-20) | 6007-013 | | 5,437.50 | 117,480.22 |
| 03/09/20 | 398 | A Harrison Consulting LLC | Invoice dated 3-8-20 (Moses Lake through 3-6-20) | 6007-013 | | 2,400.00 | 115,080.22 |
| | | | | Subtotals : | $82,252.27 | $148,395.00 | |

{} Asset reference(s)

18-03197-FPC7   Doc 554   Filed 04/15/20   Entered 04/15/20 15:28:15   Pg 4 of 15

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | 81-4797010 | Account: | ********25 - Checking Account |
| Period: | 03/01/20 - 03/31/20 | Blanket Bond: | $0.00 (per case limit) |
| | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/20 | 399 | S Simpson Consulting LLC | Invoice dated 3-8-20 (Moses Lake through 3-6-20) | 6007-013 | | 2,000.00 | 113,080.22 |
| 03/09/20 | 400 | P Jaimes Consulting LLC | Invoice dated 3-8-20 (Moses Lake through 3-6-20) | 6007-013 | | 1,480.00 | 111,600.22 |
| 03/09/20 | 401 | Aggle LLC | Invoice dated 3-8-20 (TNT facility through 3-6-20) | 6007-013 | | 2,044.00 | 109,556.22 |
| 03/12/20 | | Moses Lake ($49,432.68) and TNT ($17,008.43) facilities | Mining operations | 4001-000 | 66,441.11 | | 175,997.33 |
| 03/13/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 3-12-20) | 6003-000 | | 38,063.16 | 137,934.17 |
| 03/17/20 | | Eco Diversified Holdings | Utilities for February 2020, Pod 8 of Parcel E pods, Moses Lake facility | 4099-000 | 15,029.28 | | 152,963.45 |
| 03/17/20 | 402 | Chase | Carlson settlement, condo insurance binder | 6004-000 | | 4,199.00 | 148,764.45 |
| 03/19/20 | | Moses Lake ($7,782.28) and TNT ($11,458.07) facilities | Mining operations | 4001-000 | 19,240.35 | | 168,004.80 |
| 03/20/20 | | MLDC I, LLC | 77% of Moses Lake revenue (through 3-19-20) | 6003-000 | | 5,992.36 | 162,012.44 |
| 03/24/20 | 403 | Cuttin Rugs LLC | Invoices #53 and #54 (Moses Lake through 3-20-20) | 6007-013 | | 3,548.19 | 158,464.25 |
| 03/24/20 | 404 | NCW Consulting LLC | Invoice dated 3-22-20 (TNT through 3-20-20) | 6007-013 | | 5,400.00 | 153,064.25 |
| 03/24/20 | 405 | A Harrison Consulting LLC | Invoice dated 3-22-20 (Moses Lake through 3-14-20) | 6007-013 | | 1,110.00 | 151,954.25 |
| 03/24/20 | 406 | S Simpson Consulting LLC | Invoice dated 3-22-20 (Moses Lake through 3-13-20) | 6007-013 | | 1,000.00 | 150,954.25 |
| 03/24/20 | 407 | Aggle LLC | Invoice dated 3-22-20 (TNT through 3-20-20) | 6007-013 | | 1,848.00 | 149,106.25 |
| 03/24/20 | 408 | P Jaimes Consulting LLC | Invoice dated 3-22-20 (Moses Lake through 3-13-20) | 6007-013 | | 740.00 | 148,366.25 |
| 03/24/20 | 409 | TNT Business Complexes, LLC | Lease payment for April 2020 (TNT facility) | 6003-000 | | 11,900.00 | 136,466.25 |
| | | | | Subtotals : | $100,710.74 | $79,324.71 | |

{} Asset reference(s)

18-03197-FPC7    Doc 554    Filed 04/15/20    Entered 04/15/20 15:28:15    Pg 5 of 15

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 03/01/20 - 03/31/20 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/20 | | TNT facility | Mining operations | 4001-000 | 13,804.14 | | 150,270.39 |
| 03/26/20 | | Washington State Department of Revenue | B&O taxes due for February 2020 | 6006-002 | | 5,200.43 | 145,069.96 |
| 03/27/20 | | MLDC I, LLC | Payment toward utilities at Moses Lake facility | 6003-000 | | 20,000.00 | 125,069.96 |
| 03/30/20 | | Gib Compute LLC | Earnest Money Deposit for purchase of Pangborn equipment | 4007-000 | 17,500.00 | | 142,569.96 |
| | | | ACCOUNT TOTALS | | 4,425,242.30 | 252,785.26 | $142,569.96 |

## TOTAL - ACCOUNT ********25

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 181,222.95 | | | |
| 2 | Deposits | 24,029.28 | 21 | Checks | 104,354.37 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 148,565.77 |
| | Subtotal | $205,252.23 | 0 | Transfers Out | 0.00 |
| 5 | Adjustments In | 190,237.87 | | Total | $252,920.14 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $395,490.10 | | | |

{} Asset reference(s)



EXHIBIT 2

### Income

#### 4001-000 Revenue from Operating Business
##### 4001-000 Revenue from Operating Business

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| 03/05/20 | Dep. Adj.: 121 | 3910019625 | Moses Lake ($54,309.82) and TNT ($18,942.45) facilities Mining operations | $73,252.00 |
| 03/12/20 | Dep. Adj.: 123 | 3910019625 | Moses Lake ($49,432.68) and TNT ($17,008.43) facilities Mining operations | $66,441.00 |
| 03/19/20 | Dep. Adj.: 125 | 3910019625 | Moses Lake ($7,782.28) and TNT ($11,458.07) facilities Mining operations | $19,240.00 |
| 03/26/20 | Dep. Adj.: 128 | 3910019625 | TNT facility Mining operations | $13,804.00 |
| | | | | $172,737.00 |

#### 4002-00 Rents
##### 4002-00 Rents

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| 03/04/20 | Deposit: 100025-1 | 3910019625 | Eco Diversified Holdings March rent for Pod 8 of Parcel E pods, Moses Lake facility | $9,000.00 |
| | | | | $9,000.00 |

#### 4007-000 Liquidation of Personal Property
##### 4007-000 Liquidation of Personal Property

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| 03/30/20 | Dep. Adj.: 130 | 3910019625 | Gib Compute LLC Earnest Money Deposit for purchase of Pangborn equipment | $17,500.00 |
| | | | | $17,500.00 |

#### 4099-000 Other Receipts
##### 4099-000 Other Receipts

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| 03/17/20 | Deposit: 100026-1 | 3910019625 | Eco Diversified Holdings Utilities for February 2020, Pod 8 of Parcel E pods, Moses Lake facility | $15,029.00 |
| | | | | $15,029.00 |

**Total Income** — **$214,266.00**

### Expenses

#### 6002-000 Trustee Fees & Expenses
##### 6002-001 Trustee Compensation

| Date | Type | Ref | Description | Amount | |
|---|---|---|---|---|---|
| 03/02/20 | Check: 390 | 3910019625 | Mark D. Waldron Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | $10,000.00 | |
| | | | | | $10,000.00 |

##### 6002-002 Trustee Expenses

| Date | Type | Ref | Description | Amount | |
|---|---|---|---|---|---|
| 03/02/20 | Check: 391 | 3910019625 | Mark D. Waldron Reimbursement of costs advanced (12-6-19 through 2-19-20) | $806.00 | |
| | | | | | $806.00 |
| | | | | | $10,806.00 |

#### 6003-000 Admin. Rent
##### 6003-000 Admin. Rent

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| 03/06/20 | Disb. Adj.: 122 | 3910019625 | MLDC I, LLC 100% of Moses Lake revenue (through 3-5-20) | $54,310.00 |
| 03/13/20 | Disb. Adj.: 124 | 3910019625 | MLDC I, LLC | $38,063.00 |

| Date | Type | Ref | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 03/20/20 | Disb. Adj.: 126 | 3910019625 | 77% of Moses Lake revenue (through 3-12-20) MLDC I, LLC | | $5,992.00 |
| 03/24/20 | Check: 409 | 3910019625 | 77% of Moses Lake revenue (through 3-19-20) TNT Business Complexes, LLC | | $11,900.00 |
| 03/27/20 | Disb. Adj.: 129 | 3910019625 | Lease payment for April 2020 (TNT facility) MLDC I, LLC Payment toward utilities at Moses Lake facility | | $20,000.00 |
| | | | | | $130,265.00 |

**6004-000 Costs to Secure/Maintain Property**
  **6004-000 Costs to Secure/Maintain Property**

| Date | Type | Ref | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 03/01/20 | Void: 388 | 3910019625 | Insta Stor Inc. Storage container rental through March 2020. | | $0.00 |
| 03/02/20 | Disb. Adj.: 120 | 3910019625 | Randy Michelson Loan payment perSuper-Priority Unsecured Credit Agreement (TNT) | | $25,000.00 |
| 03/17/20 | Check: 402 | 3910019625 | Chase Carlson settlement, condo insurance binder | | $4,199.00 |
| | | | | | $29,199.00 |

**6006-002 Taxes - State**
  **6006-002 Taxes - State**

| Date | Type | Ref | Payee / Description | Amount | Total |
|---|---|---|---|---|---|
| 03/26/20 | Dep. Rev.: 127 | 3910019625 | Washington State Department of Revenue B&O taxes due for February 2020 | | $5,200.00 |
| | | | | | $5,200.00 |

**6007-000 Professional Fees & Expenses**
  **6007-013 Consultant for Trustee Fees**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 03/09/20 | Check: 396 | 3910019625 | Cuttin Rugs LLC Invoices #51 and #52 (Moses Lake through 3-6-20) | $6,000.00 |
| 03/09/20 | Check: 397 | 3910019625 | NCW Consulting LLC Invoice dated 3-8-20 (TNT facility through 3-6-20) | $5,438.00 |
| 03/09/20 | Check: 398 | 3910019625 | A Harrison Consulting LLC Invoice dated 3-8-20 (Moses Lake through 3-6-20) | $2,400.00 |
| 03/09/20 | Check: 399 | 3910019625 | S Simpson Consulting LLC Invoice dated 3-8-20 (Moses Lake through 3-6-20) | $2,000.00 |
| 03/09/20 | Check: 400 | 3910019625 | P Jaimes Consulting LLC Invoice dated 3-8-20 (Moses Lake through 3-6-20) | $1,480.00 |
| 03/09/20 | Check: 401 | 3910019625 | Aggle LLC Invoice dated 3-8-20 (TNT facility through 3-6-20) | $2,044.00 |
| 03/24/20 | Check: 403 | 3910019625 | Cuttin Rugs LLC Invoices #53 and #54 (Moses Lake through 3-20-20) | $3,548.00 |
| 03/24/20 | Check: 404 | 3910019625 | NCW Consulting LLC Invoice dated 3-22-20 (TNT through 3-20-20) | $5,400.00 |
| 03/24/20 | Check: 405 | 3910019625 | A Harrison Consulting LLC Invoice dated 3-22-20 (Moses Lake through 3-14-20) | $1,110.00 |
| 03/24/20 | Check: 406 | 3910019625 | S Simpson Consulting LLC | $1,000.00 |

| Date | Check | Ref | Description | Amount | Total |
|---|---|---|---|---|---|
| 03/24/20 | Check: 407 | 3910019625 | Invoice dated 3-22-20 (Moses Lake through 3-13-20) Aggle LLC | $1,848.00 | |
| 03/24/20 | Check: 408 | 3910019625 | Invoice dated 3-22-20 (TNT through 3-20-20) P Jaimes Consulting LLC | $740.00 | |
| | | | Invoice dated 3-22-20 (Moses Lake through 3-13-20) | | $33,008.00 |
| | | | | | $33,008.00 |

**6010-000 Other Expenses**
**6010-000 Other Expenses**

| Date | Check | Ref | Description | Amount | Total |
|---|---|---|---|---|---|
| 03/06/20 | Check: 392 | 3910019625 | Waste Management of Wenatchee | $124.00 | |
| | | | Customer ID #19-19019-33003, Invoice #1872381-2674-7 (TNT) | | |
| 03/06/20 | Check: 393 | 3910019625 | LocalTel | $115.00 | |
| | | | Account #61297, Statement dated 2-29-20 (TNT) | | |
| 03/06/20 | Check: 394 | 3910019625 | Douglas County PUD | $43,902.00 | |
| | | | Account #735917, utilities for February 2020 (TNT facility) | | |
| 03/06/20 | Check: 395 | 3910019625 | TNT Business Complexes, LLC | $166.00 | |
| | | | Reimbursement for portion of water bill related to pipe break (TNT) | | |
| | | | | | $44,307.00 |

**Total Expenses** $252,785.00

**Net Income** $-38,519.00





Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

EXHIBIT 3

Period Covered:
February 29, 2020 - March 31, 2020
Page 1 of 11

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910019625 | $210,327.83 | $155,579.96 |
| Total | | $210,327.83 | $155,579.96 |

## TRUSTEE CHECKING

Account Number: 3910019625

Enclosures 28

| | |
|---|---|
| Beginning Balance | $210,327.83 |
| +Total Additions | $214,267.15 |
| -Total Subtractions | $269,015.02 |
| **Ending Balance** | **$155,579.96** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

RECEIVED

APR 0 8 2020

Law Offices of
Mark D. Waldron, PLLC




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
February 29, 2020 - March 31, 2020
Page 2 of 11

## Checks

| Check # | Date | Amount |
|---|---|---|
| 369 | 03-05 | $134.88 |
| 376* | 03-16 | $2,400.00 |
| 377 | 03-02 | $2,000.00 |
| 381* | 03-12 | $11,900.00 |
| 383* | 03-03 | $5,550.00 |
| 384 | 03-02 | $2,240.00 |
| 385 | 03-02 | $1,480.00 |
| 386 | 03-16 | $2,400.00 |
| 387 | 03-02 | $1,000.00 |
| 389* | 03-05 | $134.88 |
| 390 | 03-03 | $10,000.00 |
| 391 | 03-03 | $805.92 |
| 392 | 03-16 | $124.28 |
| 393 | 03-16 | $114.85 |
| 394 | 03-13 | $43,902.00 |
| 395 | 03-19 | $165.75 |
| 396 | 03-17 | $6,000.00 |
| 397 | 03-16 | $5,437.50 |
| 398 | 03-16 | $2,400.00 |
| 399 | 03-17 | $2,000.00 |
| 400 | 03-16 | $1,480.00 |
| 401 | 03-16 | $2,044.00 |
| 402 | 03-18 | $4,199.00 |
| 403 | 03-31 | $3,548.19 |
| 404 | 03-30 | $5,400.00 |
| 406* | 03-30 | $1,000.00 |
| 407 | 03-31 | $1,848.00 |
| 408 | 03-30 | $740.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-02 | WIRE TO RANDY MICHELSON | $25,000.00 |
| 03-06 | WIRE TO MLDC 1 LLC | $54,309.82 |
| 03-13 | WIRE TO MLDC 1 LLC | $38,063.16 |
| 03-25 | WIRE TO MLDC 1 LLC | $5,992.36 |
| 03-26 | WA DEPT REVENUE TAX PYMT 200325 CCD | $5,200.43 |
| 03-27 | WIRE TO MLDC 1 LLC | $20,000.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-05 | WIRE FROM COINME INC | $73,252.27 |
| 03-06 | REMOTE DEPOSIT REF#0100025 | $9,000.00 |
| 03-12 | WIRE FROM COINME INC | $66,441.11 |
| 03-19 | REMOTE DEPOSIT REF#0100026 | $15,029.28 |
| 03-19 | WIRE FROM COINME INC | $19,240.35 |
| 03-26 | WIRE FROM COINME INC | $13,804.14 |
| 03-30 | WIRE FROM GIB COMPUTE LLC | $17,500.00 |

18-03197-FPC7    Doc 554    Filed 04/15/20    Entered 04/15/20 15:28:15    Pg 11 of 15




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-02 | $178,607.83 | 03-03 | $162,251.91 | 03-05 | $235,234.42 |
| 03-06 | $189,924.60 | 03-12 | $244,465.71 | 03-13 | $162,500.55 |
| 03-16 | $146,099.92 | 03-17 | $138,099.92 | 03-18 | $133,900.92 |
| 03-19 | $168,004.80 | 03-25 | $162,012.44 | 03-26 | $170,616.15 |
| 03-27 | $150,616.15 | 03-30 | $160,976.15 | 03-31 | $155,579.96 |

EXHIBIT 4

**Executive Summary:** For the calendar month of March 2020, the Moses Lake Data Center (MLDC) generated gross revenues of $99,983 in the final month of mining at Moses Lake. Due to the significant drop in cryptocurrency prices in March due to the Covid-19 pandemic, the machines were turned off site wide on March 14th. Additionally, due to the increase in power rates effective April 1, this second external event now renders mining unprofitable going forward at this location in Grant County.

TNT generated $66,975, a 27% drop in revenue from February's $91,963 in revenue. This drop in revenue was primarily due to significant drops in average sales price of currencies month over month.

**S9 Machine Mining (primarily Bitcoin):** Revenues for S9s decreased primarily due to the decrease in Bitcoin prices in March. In March, the average daily BTC sell price was $6,861, a 29% drop in price from $9,598/BTC In February. The mining difficulty experienced two small changes in difficulty, one up and one down, but had no real impact as profitability was really damaged by the huge drop in the average sales price.



**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines decreased from February due primarily to the significant price decrease in Litecoin. In March, the average daily sales price of a Litecoin was $43.69/LTC, down 40% from February's daily sales price of $72.69/LTC. There was a significant drop in difficulty halfway through the month, but it wasn't enough to overcome the huge price drop to help profitability.



**GPU Mining (Ethereum & Ethereum Classic):**

Revenue for GPU mining decreased in February almost exclusively due to price. In March, the average sales price per Ethereum (ETH) was $159.68, a decrease of 32% from the February average sales price of $237.96. Difficulty declined about 3% over the month so had no real impact on earnings.

GPU mining for Ethereum, and Ethereum Classic will be coming to an end in calendar year 2020 for the equipment we have in Moses Lake and East Wenatchee. All GPU miners, using 4GB video cards, will no longer function by design with an estimated date of December 26, 2020.

There is another initiative underway to eliminate GPU mining altogether starting in July 2020 by replacing it with a "Proof of Stake" 100% software only solution, but that is likely to run in parallel with the "Proof of Work", the existing GPU hardware solution.



With the Bitcoin reward halving coming in mid-May, April will be the last full month that S9s can mine at TNT before they will be switched off later in May.

L3+ mining (Litecoin) continues to be more resilient than expected. However, with the drop in prices per coin, even these machines are no longer generating significant revenue.

Finally, our GPU mining machines (mining Ethereum & Ethereum Classic), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment. The longer-term threat is the planned obsolescence of these GPU machines for Ethereum mining by December 26, 2020 due to the 4GB design of the graphics cards.