IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In Re: | NO. 18-03197-FPC |
| GIGA WATT, INC., | PROOF OF SERVICE |
| Debtor. | |

I, Samuel Dart, declare and state as follows:

I am over the age of 18 years, a citizen of the United States, and otherwise competent to testify. On April 10, 2020, I caused a copy of the following documents to be served by electronic notice: Notice and Motion for Allowance of Administrative Expense and Proposed Order; Notice and Motion to Limit Notice and Proposed Order. The documents were served on the following parties using the Court's CM/ECF system:

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

PROOF OF SERVICE - 1
19994-1/SJD/925289.1

EISENHOWER
CARLSON PLLC
Attorneys at Law

1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
benaellison@gmail.com

William L Hames on behalf of Creditor Port of Douglas County
billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com; kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com;kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell and Jason T Piskel on behalf of Creditor Clever Capital, LLC; Creditor David M Carlson; Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, jtp@pyklawyers.com behalflauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

PROOF OF SERVICE - 2
19994-1/SJD/925289.1

EISENHOWER
CARLSON PLLC
Attorneys at Law

1201 Pacific Ave., Ste. 1000
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

18-03197-FPC7    Doc 555    Filed 04/21/20    Entered 04/21/20 00:26:53    Pg 2 of 3

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Vanessa Pierce Rollins on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com
Vanessa Pierce Rollins on behalf of Creditor David M Carlson
vprollins@gmail.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com
Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com

Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

In addition to the foregoing, On April 14, 2020, I also caused a copy of the Notice and Motion for Allowance of Administrative Expense and Proposed Order; Notice and Motion to Limit Notice and Proposed Order to be served by first class mail, postage prepaid, to the addresses listed in the certificate of service attached hereto.

DATED this 16th day of April, 2020.

By: /s/ Samuel J. Dart
Samuel J. Dart,

PROOF OF SERVICE - 3
19994-1/SJD/925289.1

EISENHOWER
CARLSON PLLC
Attorneys at Law

1201 Pacific Ave., Ste. 1000
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com