## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: GIGA WATT, INC. | CASE NO: 18-03197 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 546 |
| | Judge: The Honorable Frederick P. Corbit |

On 4/14/2020, I did cause a copy of the following documents, described below,

Notice and Motion to Limit Notice of Application of WTT Token Holder and Miners for Administrative Expense ECF Docket Reference No. 546

Proposed Order on Motion to Limit Notice 546-1

Application of WTT Token Holders and Miner Owners for Administrative Expense 547

Proposed Order on Application of WTT Token Holders and Miners 547-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2020

/s/ Samuel J. Dart
Samuel J. Dart 47871
Eisenhower Carlson PLLC
1201 Pacific Ave, Ste. 1200
Tacoma, WA 98402
253 620 2511

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: GIGA WATT, INC. | CASE NO: 18-03197<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 546<br>Judge: The Honorable Frederick P. Corbit |

On 4/14/2020, a copy of the following documents, described below,

Notice and Motion to Limit Notice of Application of WTT Token Holder and Miners for Administrative Expense ECF Docket Reference No. 546

Proposed Order on Motion to Limit Notice 546-1

Application of WTT Token Holders and Miner Owners for Administrative Expense 547

Proposed Order on Application of WTT Token Holders and Miners 547-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Samuel J. Dart
Eisenhower Carlson PLLC
1201 Pacific Ave, Ste. 1200
Tacoma, WA 98402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMPHENOL CUSTOM CABLE<br>3221 CHERRY PALM DR.<br>TAMPA FL 33619 | BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045 | BRENT WOODWARD INC.<br>14103 STEWART RD.<br>SUMNER WA 98390 |
| CONSOLDIATED ELECTRIC DIST. INC.<br>PO BOX 398830<br>SAN FRANCISCO CA 94139 | INTERNATIONAL<br>CRPTONOMOS PTE LTD.<br>1 MAGAZINE RD. #04-11<br>CENTRAL MALL<br>SINGAPORE | FEDEX<br>PO BOX 94515<br>PALANTINE IL 60094 |
| INTERNATIONAL<br>GIGAWATT PTE LTD.<br>ATTNL MIKHAYLYUTA<br>1 MAGAZINE RD. #04-11<br>CENTRAL MALL<br>SINGAPORE | JDSA<br>PO BOX 1688<br>WENATCHEE WA 98807 | LIGHTHOUSE<br>250 MONTGOMERY ST. SUITE 300<br>SAN FRANCISCO CA 94104 |
| NEPPEL ELECTRIC<br>4703 KELLY PLACE<br>MOSES LAKE WA 98837 | NW HANDLING SYSTEMS<br>PO BOX 749861<br>LOS ANGELES CA 90074 | PACIFIC SECURITY<br>2009 IRON ST.<br>BELLINGHAM WA 98225 |
| RARITAN<br>400 COTTONTAIL LANE<br>SOMERSET NJ 00873 | SCHMITT ELECTRIC<br>1114 WALLA WALLA AVE.<br>WENATCHEE WA 98801 | TALOS CONSTRUCTION LLC<br>PO BOX 2607<br>CHELAN WA 98816 |
| TREEHOUSE TECHNOLOGY GROUP LLC<br>300 BEDFORD STREET UNIT 214<br>MANCHESTER NJ 03101 | US CUSTOMS<br>PO BOX 979126<br>ST. LOUIS MO 63197 | WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL RD.<br>PALO ALTO CA 94304 |
| JAMES D PERKINS<br>U S DEPT OF JUSTICE/U S TRUSTEE OFFICE<br>920 W RIVERSIDE #593<br>SPOKANE WA 99201-1012 | US TRUSTEE<br>US COURT HOUSE<br>920 W RIVERSIDE AVE SUITE 593<br>SPOKANE WA 99201-1012 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O BENJAMIN A ELLISON<br>SALISH SEA LEGAL<br>2212 QUEEN ANNE AVE N.<br>SEATTLE WA 98109-2383 |
| MARK WALDRON<br>MARK D. WALDRON<br>6711 REGENTS BLVD. W. SUITE B<br>TACOMA WA 98466-5421 | | |