KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC11<br><br>CHAPTER 11<br><br>DECLARATION OF LISA PARKS IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

I, LISA PARKS, state as follows:

1. I was the Executive Director of the Port of Douglas County (the "Port") from April 1, 2011 through October 31, 2019. I am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

**DECLARATION OF LISA PARKS IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 561    Filed 04/27/20    Entered 04/27/20 10:41:00    Pg 1 of 4

2. As Executive Director of the Port, I was directly involved in negotiation and execution of the Land Lease between the Port and Giga Watt Inc. ("Giga Watt") which was entered into on March 9, 2017 and amended by an Addendum on August 15, 2017 (collectively, the "Lease"). A true and correct copy of the Lease is attached to this Declaration as Exhibit A.

3. The Lease initially contemplated that Giga Watt would elect to execute Cost-in-Aid-of-Construction ("CIAC") agreements to take advantage of a deferred payment plan to pay for a share of the public power electrical infrastructure at the Pangborn Airport Business Park which was required in order to receive electrical service from the Douglas County Public Utility District (the "District"). The CIAC program was set up to cover the costs associated with getting public power infrastructure to the tenant's site, not for on-site infrastructure.

4. The CIAC agreements required Giga Watt to make a cash down payment of 30% of the estimated costs of the project, and to provide surety bonds for the remaining balance to the Port for the Port's protection in case Giga Watt failed to make the payments required. True and correct copies of the unsigned CIAC agreements provided to Giga Watt are attached as Exhibits B and C.

**DECLARATION OF LISA PARKS IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 561    Filed 04/27/20    Entered 04/27/20 10:41:00    Pg 2 of 4

5. Giga Watt elected to not sign the CIAC agreements. I was told at the time by Dave Carlson, CEO of Giga Watt, that Giga Watt was unable to obtain the required surety bonds, and that they were going to proceed with the project without utilizing the CIAC option.

6. Because Giga Watt elected not to sign the CIAC agreements, the Port did not in turn enter into CIAC agreements for deferred payments with the District for the premises leased by Giga Watt. The effect was that any power infrastructure costs contemplated in the draft CIACs would be required to be paid for by Giga Watt without benefit of any deferral authorized by the CIACs.

7. The Lease was structured as a triple-net lease which meant that Giga Watt was responsible for paying all costs and expenses related to the premises, including the installation of infrastructure. (Exhibit A at §4.)

8. Additionally, the Lease allowed Giga Watt to purchase and install a substation as a Tenant Improvement and at its own cost. (Exhibit A at §7.b.)

9. At no time was the Port obligated to be responsible for, or to pay, any costs related to Giga Watt's tenant improvements on the premises, nor to be obligated for any costs that may have been billed by the District.

**DECLARATION OF LISA PARKS IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** - 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 561    Filed 04/27/20    Entered 04/27/20 10:41:00    Pg 3 of 4

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 27, 2020.

/s/ Lisa Parks
LISA PARKS

I:\Spodocs\42020\00001\PLEAD\01908867.DOCX

**DECLARATION OF LISA PARKS IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** - 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007