# EXHIBIT B

## Exhibit B

## CONTRIBUTION-IN-AID-OF-CONSTRUCTION
## Giga Watt Demo Pod

### AGREEMENT

**THIS AGREEMENT** is made by and between The Port of Douglas County, a Washington municipal corporation (the "Port") and Giga Watt, Inc. a Washington State Corporation (the "Tenant"), (individually a "Party" and collectively the "Parties").

### RECITALS

**WHEREAS,** the Port is a special purpose government in Douglas County, Washington, established and authorized by RCW 53 to provide for economic development; and

**WHEREAS,** pursuant to RCW 54, the Douglas County Public Utility District (the "PUD") is authorized to provide electrical and telecommunication service, and provides such services through "PUD Infrastructure"; and

**WHEREAS**, the PUD's policy is to require customers to pay a Contribution-in-aid-of-Construction ("CIAC") pursuant to certain terms for installing PUD Infrastructure prior to the PUD providing electrical and fiber optic services to the customer; and

**WHEREAS**, the Port has developed the Pangborn Airport Business Park ("PABP"), defined and depicted in Exhibit A, attached, to attract new commercial, manufacturing and industrial development to Douglas County; and

**WHEREAS**, the Tenant seeks to lease 7.93+/- acres of unimproved real property, known as lots 10,11,12 and 13, in the PABP; and

**WHEREAS**, the Tenant seeks to place a demonstration pod on Lot 10; and

**WHEREAS**, PUD Infrastructure is needed on lot 10; and

**WHEREAS**, the Port will require the Tenant to pay a CIAC for installing the PUD Infrastructure;

**NOW THEREFORE,** the Port and Tenant agree to the following terms for the CIAC.

### AGREEMENTS

1. **Incorporation of Recitals.** The recitals in this Agreement are incorporated into and deemed a part of this Agreement.



18-03197-FPC7 Doc 561-2 Filed 04/27/20 Entered 04/27/20 10:41:00 Pg 2 of 5

DRAFT

## Exhibit B

2. **Effective Date.** This Agreement is effective on the effective date of the Land Lease for lots 10 through 13 between the Tenant and Port, which is attached hereto and incorporated by reference as Exhibit B.

3. **PUD Infrastructure in the PABP.**

   a. **Construction Costs.** The CIAC is based on the cost of construction from the PUD of Eighty Nine Thousand Thirty One Dollars (89,031.00).

   b. **Initial CIAC Payment.** The Tenant shall pay a CIAC to the Port in the amount of Twenty Seven Thousand Seven Hundred Forty Eight dollars ($27,748.00) due on the effective date of the lease for Lots 10 through 13.

   c. **Additional CIAC Payments.** The Tenant shall pay a semiannual CIAC payment to the Port of Six Thousand Two Hundred Thirty Two dollars and Seventeen cents ($6,232.17) for five (5) years with payments due each May 1 and November 1. Payment of the first and last payments will be calculated to correspond with the nearest semi-annual payment.

| Giga Watt - Demo Pod CIAC | | | |
|---|---|---|---|
| Year | Due Date | Payment | Balance |
| | | | 89,031.00 |
| | 30% Down Payment | | 26,709.30 |
| | Deferred Amount | | 62,321.70 |
| | | | |
| | Opening Deferral Payment | $1,038.70 | 61,283.00 |
| 1 | May 1 2017 | $6,232.17 | 55,050.83 |
| | November 1, 2017 | $6,232.17 | 48,818.66 |
| 2 | May 1, 2018 | $6,232.17 | 42,586.49 |
| | November 1, 2018 | $6,232.17 | 36,354.32 |
| 3 | May 1, 2019 | $6,232.17 | 30,122.15 |
| | November 1, 2019 | $6,232.17 | 23,889.98 |
| 4 | May 1, 2020 | $6,232.17 | 17,657.81 |
| | November 1, 2020 | $6,232.17 | 11,425.64 |
| | May 1, 2021 | $6,232.17 | 5,193.47 |
| 5 | November 1, 2021 | $5,193.47 | 0.00 |
| | Total Payments | $62,321.70 | |

*Initial Payment includes 30% down plus 2 months CIAC

5. **Late Payments/Default.** If the Tenant fails to make a timely payment of any CIAC Amount, the Port may provide written notice thereof (the "Notice") and if such amount is not fully paid within thirty (30) days of such Notice, then the entire



18-03197-FPC7 Doc 561-2 Filed 04/27/20 Entered 04/27/20 10:41:00 Pg 3 of 5

balance of the five (5) year CIAC will be due. All late CIAC payments will bear interest at a rate of twelve percent (12%) per annum until all payments owed and all interest accrued on the entire CIAC is fully paid.

6. **Surety Bond.** The Tenant shall, upon execution of this Agreement, file with the Port a current good and sufficient corporate surety bond, in a form satisfactory to the Port to secure an amount equal to Sixty Two Thousand Three Hundred and Twenty Two dollars ($62,322). This bond shall remain in effect for five (5) years form the effective date of this agreement.

7. **Attorney's Fees/Venue.** If the Port must engage an attorney to collect payment or settle any dispute related to this Agreement, the substantially prevailing Party shall be entitled to collect all reasonable costs and expenses including, but not limited to, reasonable attorney's fees incurred. The venue of any action instituted hereunder shall be in Douglas County, Washington.

Port of Douglas County

BY: __________________________

Business

BY: __________________________

**EXHIBIT A** – Pangborn Airport Business Park

Pangborn Airport Business Park
Binding Site Plan BSP 12-01
All quarters of the SW ¼ Section 16
Township 22 N. Range 21 E. W.M.

DRAFT



18-03197-FPC7 Doc 561-2 Filed 04/27/20 Entered 04/27/20 10:41:00 Pg 4 of 5

Exhibit B

Exhibit A






18-03197-FPC7 Doc 561-2 Filed 04/27/20 Entered 04/27/20 10:41:00 Pg 5 of 5