KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC11<br><br>CHAPTER 11<br><br>DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

I, JEFF JOHNSON, state as follows:

1. I am the Power Planning Supervisor for Public Utility District No. 1 of Douglas County, Washington (the "District"), am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

**DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 562    Filed 04/27/20    Entered 04/27/20 10:42:44    Pg 1 of 5

2. In my position with the District I worked directly with personnel of Giga Watt Inc. ("Giga Watt") and its engineers and contractors with regard to the installation of infrastructure, including a substation, to provide power to the Pangborn site. My interactions with Giga watt began in March of 2017, and continuing until the District terminated the Interconnection and Services Agreement in October of 2018,

3. The District initially informed Giga Watt that it would take approximately two years to build out a substation for the Pangborn site. However, Giga Watt believed it could build the substation faster, and the District agreed to allow Giga Watt to construct the substation with District guidance. At no time was there any dispute about who would build the substation.

4. The District's engineering staff provided limited engineering help during this period, but Giga Watt also had its own engineers and electrical consultants.

5. Giga Watt encountered significant issues constructing the substation due to poor design work as well as L&I concerns. When it became clear to Giga Watt that the substation would be delayed because of these issues, Giga Watt requested that the District operate and maintain a mobile substation that they would lease from a third-party on a temporary basis.

**DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 562    Filed 04/27/20    Entered 04/27/20 10:42:44    Pg 2 of 5

6. I drafted a Substation Operation and Maintenance Agreement and provided a draft version to Giga Watt on July 13, 2018. That agreement was for a service load of 10 MW. Based on feedback from Dave Carlson, that load was increased to 12 MW in a subsequent draft in order to support what he said was their current buildout. I provided the revised draft to Mr. Carlson for signature on August 7, 2018. I did not hear back from him.

7. I subsequently contacted George Turner, who was the Project Manager at Giga Watt. I told him that since we had not received a signed copy of the agreement, the Commissioners would not be able to take the matter up at the next Commission meeting on August 13, 2018.

8. On August 21, 2018, Mr. Turner informed me that he could sign the agreement. I sent him the agreement the next day, August 22, 2018, and he returned a signed copy the same day.

9. Mr. Turner later informed me in a meeting that Dave Carlson had left the company on August 15, 2018, that contractors had not been paid, and that the company was hanging on by a thread. He seemed very doubtful about the prospects for Giga Watt.

10. The District did not immediately execute the mobile substation agreement due to concerns about Giga Watt's financial condition and the lack of an

**DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** - 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 562    Filed 04/27/20    Entered 04/27/20 10:42:44    Pg 3 of 5

agreement with the Snohomish PUD. Ultimately, I understood that Giga Watt was unable to lease the mobile substation from the Snohomish PUD.

13. On August 15, 2018, Giga Watt became past due on all of its electrical service billings. On August 29, 2018, Giga Watt paid the billings current, one day before services were to be shut off. That payment was returned for insufficient funds and Giga Watt remedied that on September 5, 2018.

14. In a meeting on September 4, 2018, between me and Dennis Baker for the District and George Turner for Giga Watt, Mr. Turner informed us that he might be receiving another job offer and that if he did, he would likely take it. Mr. Turner also told us that Giga Watt did not have the funds required before the District could sign a mobile substation agreement with Giga Watt.

15. At that same meeting on September 4, 2018, Mr. Turner informed us that Giga Watt was "hanging on by a thread."

16. On September 26th, 2018, The Wenatchee World Newspaper ran an article reporting that Giga Watt had layed off 57 of its 70 employees. A true and correct copy of that article is attached to this Declaration as Exhibit A.

**DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 562    Filed 04/27/20    Entered 04/27/20 10:42:44    Pg 4 of 5

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 27, 2020.

*/s/ Jeff Johnson*
JEFF JOHNSON

**DECLARATION OF JEFF JOHNSON IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 5

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007