KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>　　　　　　Debtor. | No. 18-03197-FPC11<br><br>CHAPTER 11<br><br>DECLARATION OF DENNIS BAKER IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

I, DENNIS BAKER, state as follows:

1. I am the Distribution Engineering Supervisor for Public Utility District No. 1 of Douglas County, Washington (the "District"), am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

DECLARATION OF DENNIS BAKER IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE- 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 563    Filed 04/27/20    Entered 04/27/20 10:44:46    Pg 1 of 4

2. In my position with the District I worked directly with personnel of Giga Watt Inc. ("Giga Watt") and its engineers and contractors with regard to the installation of infrastructure, including a substation, to provide power to the Pangborn site beginning in March of 2017, and continuing until the District terminated the Interconnection and Services Agreement in October of 2018.

3. The District initially informed Giga Watt that it would take approximately two years to build out a substation for the Pangborn site. However, Giga Watt believed it could build the substation faster, and the District agreed to allow Giga Watt to construct the substation.

4. It became clear as time passed that Giga Watt did not know how to build a substation despite having hired engineering professionals for that purpose. As a result, the District ended up providing more guidance than what had been anticipated originally.

5. Additionally, there was considerable employee turnover related to the development and construction of the substation which complicated the project.

6. On March 9, 2018, I participated in a meeting between Giga Watt and the District which took place at the District's offices in East Wenatchee, Washington. Attending that meeting with Kristi Delozier who was new to Giga Watt.

**DECLARATION OF DENNIS BAKER IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 563    Filed 04/27/20    Entered 04/27/20 10:44:46    Pg 2 of 4

7. On March 19, 2018, I sent an email to Kristi Delozier and George Turner at Giga Watt in follow up to our prior meeting. That email included a historical timeline and a rough schedule for moving forward. A true and correct copy of my March 19, 2018 email is attached to this Declaration as Exhibit A.

8. In June of 2018, it was clear that Giga Watt was struggling with construction of the substation. Giga Watt approached the District about using a mobile substation to provide power to the Pangborn site.

9. It appeared that Giga Watt would be able to lease one from the Snohomish PUD.

10. To prepare for a mobile substation, the District proceeded to obtain bids to have a third party setup and operate the mobile substation.

11. Ultimately, I understood that Giga Watt was unable to lease the mobile substation from the Snohomish PUD.

12. In August or September, 2018, the District became aware that construction liens for significant amounts had been recorded against Giga Watt's leasehold property.

13. In a meeting on September 4, 2018, between me and Jeff Johnson for the District and George Turner for Giga Watt, Mr. Turner informed us that he might be receiving another job offer and that if he did, he would likely take it. Mr.

**DECLARATION OF DENNIS BAKER IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 563    Filed 04/27/20    Entered 04/27/20 10:44:46    Pg 3 of 4

Turner also told us that Giga Watt did not have the funds required before the District could sign a mobile substation agreement with Giga Watt.

14. At that same meeting on September 4, 2018, Mr. Turner informed us that Giga Watt was "hanging on by a thread."

15. On September 26th, 2018, The Wenatchee World Newspaper ran an article, which I read, reporting that Giga Watt had laid off 57 of its 70 employees. A true and correct copy of that article is attached to this Declaration as Exhibit B.

16. Generally, it takes the District 18 to 24 months (from design, permitting, and bidding to completion of construction) to install a substation, although that time frame can vary. The District recently completed construction of a substation designated as "Lone Pine." The Loan Pine substation took more than 4 years to complete and cost approximately $3,500,000.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 27, 2020.

/s/ Dennis Baker
DENNIS BAKER

**DECLARATION OF DENNIS BAKER IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 563    Filed 04/27/20    Entered 04/27/20 10:44:46    Pg 4 of 4