# EXHIBIT A

# Dennis Baker

**From:** Dennis Baker
**Sent:** Monday, March 19, 2018 3:06 PM
**To:** 'Kristi Delozier'; George Turner (george@giga-watt.com)
**Cc:** Len Anderson; gary (gary@giga-watt.com); Dave Carlson (dave@giga-watt.com); Gary Ivory
**Subject:** RE: FW: FW: GigaWatt Control Enclosure

Kristi/George,

I apologize for not replying sooner to your email. We've been attempting to put together a timeline of events in order to provide you an understanding of the process involved with this project.

We have been working closely with Adam West and your electrical consultant Glenn Keates with CTC Engineering, Inc. since last summer. In the early stages, we spent a considerable amount of time working with our consultant, ECI to develop a plan for tapping our existing 115 kV transmission line as well as working with the steel and laminated wood pole manufactures to provide a safe, efficient and reliable design. Once we identified the best transmission line route, we tried repeatedly to engage the appropriate land owner in order to acquire easements for the line. When it was evident we would not be able to utilize the best route, we proceeded with the next best option.

This process has been very involved as it has required very close coordination between Giga Watt, the engineering and manufacturing specialist as well as QA/QC review time in order to ensure the design meets a very high standard. Additionally, we are always at the mercy of a manufacture's lead time when it comes to a deliverable product. However, throughout this process, we have agreed to let Giga Watt purchase most of the construction material as it has always been their desire to speed the process as much as possible.

Again, to speed up the process, we agreed to allow Giga-Watt to construct our fenced yard. We, along with our consultant, ECI, began requesting information last fall related to the grounding and Giga Watt substation site and equipment elevations as these items have a direct impact on our yard, equipment and safety for our personnel. It was not until the end of February of this year that we finally received elevations, a complete grounding plan as well as Giga Watt's final substation plan from CTC Engineering, Inc. Because our design relies heavily on these components, our consultant has not been able to finalize plans for our equipment due to this delay.

Below is the timeline of events that show our coordination efforts with Adam West and CTC Engineering, Inc. to obtain the information we needed to complete our design. Also shown below, is our attempt to itemize the steps that need to be taken with the associated timeline in order to complete this project.

Timeline:
6/21/17: Project began.
7/31/17: Received 'rough' site layout from CTC. DCPUD began preliminary design options of transmission tap. 8/1/17: Received initial concept 3-Line schematic
8/24/17: Phone conference between DCPUD, ECI, CTC and Giga Watt. Asked for details, elevations and surveyable points to locate the substation components. Glenn at CTC explained they use 'Batter board' process. We, nor our consultant understood what he meant.
8/25/17: Received revised (not correct) site layout. No details. No elevations or geographic information.
8/25/17: Asked CTC and Adam West for details, elevations and geographic data.
8/28/17: Received revised plan layout from CTC. Still no details, elevations or geographic data. Decided there was enough to proceed with transmission line. Inquiries to adjacent land owners were ignored, so proceeded with plans to use port utility easement.

9/20/17: Sent out Requests for Quotes for transmission poles.
9/27/17: Received transmission pole quotes and determined best alternative.
9/29/17: Coordinated with Adam West and Giga Watt and ordered the transmission poles.
10/2-10/17: Coordinated with pole manufacturer to get calculations and drawings in agreement. Production began on the 17th.

10/19/17: Asked CTC about ground grid, elevations and geographic data. 10/19/17:
Received very generic grounding plan drawing from CTC. No details.
10/24/17: DCPUD sent CTC and Giga Watt our preliminary elevation plan. Used 'best guess' for discussions, as we still had no solid data on elevations or geographic information.
11/1/17: Sent concerns on coordination to CTC and Giga Watt. Months of no details, elevation drawings with values or geographic information are putting project in jeopardy.
11/16/17: Received revised plan layout from CTC. Still no details, elevations or geographic data.
11/20/17: Phone conference between DCPUD, ECI, CTC and Giga Watt. Pressed for substation details, elevations, ground grid and geographic data. Glenn assured us it was on the way.
11/27/17: Received plan drawing pdfs from Adam West. No details, no elevations and no geographic data. 12/4-12/17:
Back and forth emails to Pacific Engineering, who had suddenly become involved. Worked out several geographic issues on the layout that CTC had been unresponsive on. We were hopeful they would stay involved as they could help with survey data.
12/11/17: DCPUD provided our 'final' site plan, based upon some geographic data sent by Pacific Engineering and general information we had on Giga Watt's circuit switcher and location.
1/10/18: Received CTC's grounding plan for review.
1/12/18: After review, determined that the measured ground resistivity data was bad. Informed CTC and Giga Watt.
1/13/18: Arranged for soil and resistivity testing to correct bad data. DCPUD to provide resistivity testing.
1/16/18: DCPUD consultant onsite. Completed resistivity testing.
1/16/18: Phone conference between DCPUD, ECI, CTC and Giga Watt
1/19/18: Ground Resistivity results from ECI sent to Adam West. Informed Giga Watt (Adam) "We will still need the updated general arrangement plan from Glenn, along with the transformer nameplate info (with impedance). In our recent meeting, Glenn stated that he would update the general arrangement drawing and provide an elevation drawing as well. It would be helpful if we could get the general arrangement drawing in CAD for ground grid design purposes." Up to this time geographic data (asked for since 8/24/17) has only been pdf plan layouts. No CAD data or survey point descriptions.
1/26/18: Received the revised grounding plan for review.
1/29/18: Requested (Adam) from Giga Watt for the revised layout substation drawing in CAD, an elevation drawing and the transformer nameplate info with impedance, as promised by Glenn Keates.
2/5/18: Received CAD drawings of elevation and layout from CTC (Prat).
2/6/18: Received revised CAD drawings of elevations and layout from CTC (Prat). Requested drawings/dimensions for the circuit switcher and pedestal. Communication between CTC has shown improvement since Prat got involved.
2/16/18: Received circuit switcher pedestal height from Giga Watt's supplier.
2/23/18: Adam West inquired if ground grid and concrete could proceed. Let him know we had enough detail now to know how we are connecting, but that there didn't seem to be enough detail for his contractor. Informed all of the final ground grid evaluations, noting that we would need coordination during drilling of ground wells to ensure we can meet IEEE 80 requirements. CTC (Prat) concurred.
2/26/18: Notified Giga Watt (Adam) that we still needed to produce IFC drawings. Expect 2 weeks. 3/9/18:
DCPUD underground IFC drawings issued. Noted in this was that 10 foot ground rods would be sufficient. CTC had called out for 30 foot rods.
3/12/18: Received from ECI the metering/relay cabinet design document.
3/14/18: DCPUD met with Kristi and Gary Cooper at PUD office. Len prepared rough schedule for DCPUD actions moving forward.
3/15/18: Conference at Giga Watt with Kristi, Gary Cooper, George, Jerry, Joe and Phillip from Sigma Six. DCPUD provided a task plan with an estimate of project completion.

Moving forward:
- Gang Switches for DCPUD on order. Expected delivery 4/12/18
- Need to Order Steel structures: Expected delivery 4/20/18
- Need to Order Metering Cabinet: Expected delivery 6/15/18
- Need to Order Arresters & Insulators: Expected delivery 4/2/18

- Installation of Steel: Expected completion date: 4/24/18
- Installation of ABB Breaker (DCPUD), Gang Switches (Neppel), Arresters & Insulators (Neppel): Expected completion date: 5/15/18
- Install and wire up Metering Cabinet (Neppel): Expected completion date: 6/22/18
- Commissioning testing and verification (Sigma Six in coordination with Neppel and DCPUD): Expected completion date: 6/29/18

Please let us know if you have any questions or comments.
Thanks!
Dennis