# EXHIBIT B



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

**INVOICE:** 1300

Invoice Date: 06/01/2017
Terms: DUE UPON RECEIPT
Due Date: 06/01/2017
Amount Due: $ 0.00

GIGA WATT INC.
1250 N WENATCHEE AVE
SUITE H147
WENATCHEE WA 98801

Account: 1262
Description: TRANSMISSION LINE CONSULTING ENGINEERING

Page 1 of 1

| DESCRIPTION | QUANTITY | UOM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|
| ENGINEERING STUDY ENGINEERING STUDY | 1.000 | EA | 75,000.0000 | 75,000.00 | |

| MESSAGES |
|---|
| |

Subtotal: $ 75,000.00
Tax: $ 0.00
Total: $ 75,000.00
Amount Paid: $ -75,000.00
Amount Due: $ 0.00



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

| | |
|---|---|
| Account: | 1262 |
| Invoice: | 1300 |
| Due Date: | 06/01/2017 |
| Amount Due: | $ 0.00 |
| Amount Of Payment: | _____ |

Remit To:

GIGA WATT INC.
1250 N WENATCHEE AVE
SUITE H147
WENATCHEE WA 98801

PUD NO. 1 OF DOUGLAS COUNTY
PO BOX 1119
BRIDGEPORT WA 98813



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

**INVOICE:** 2978

Invoice Date: 01/12/2018
Terms: DUE UPON RECEIPT
Due Date: 01/12/2018
Amount Due: $ 0.00

GIGA WATT INC.
1 CAMPBELL PARKWAY
EAST WENATCHEE WA 98802

Account: 1262
Description: TRANSMISSION LINE CONSULTING ENGINEERING #2

Page 1 of 1

| DESCRIPTION | QUANTITY | UOM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|
| TRANSMISSION LINE CONSULTING ENGINEERING STUDY | 1.000 | EA | 33,260.4300 | 33,260.43 | |

**MESSAGES**

Subtotal: $ 33,260.43
Tax: $ 0.00
Total: $ 33,260.43
Amount Paid: $ -33,260.43
Amount Due: $ 0.00



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

Account: 1262
Invoice: 2978
Due Date: 01/12/2018
Amount Due: $ 0.00

Amount Of Payment: _____

Remit To:

GIGA WATT INC.
1 CAMPBELL PARKWAY
EAST WENATCHEE WA 98802

PUD NO. 1 OF DOUGLAS COUNTY
PO BOX 1119
BRIDGEPORT WA 98813