# EXHIBIT C



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

**INVOICE:** 4454

Invoice Date: 08/29/2018
Terms: DUE UPON RECEIPT
Due Date: 08/29/2018
Amount Due: $ 310,329.00

GIGA WATT INC.
1 CAMPBELL PARKWAY
EAST WENATCHEE WA 98802

Account: 1262
Description: Engineering Design and Transmission Line Construction - Giga Watt 30 MW Substation

Page 1 of 1

| DESCRIPTION | QUANTITY | UOM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|
| CONSTRUCTION - MATERIALS, LABOR AND EQUP LABOR EXPENSE | 1.000 | EA | 93,556.3800 | 93,556.38 | |
| CONSTRUCTION - MATERIALS, LABOR AND EQUP DISTRICT MATERIAL ISSUED | 1.000 | EA | 17,732.8500 | 17,732.85 | |
| CONSTRUCTION - MATERIALS, LABOR AND EQUP ACCOUNTS PAYABLE (OUTSIDE VENDOR COSTS) | 1.000 | EA | 286,649.1800 | 286,649.18 | |
| CONSTRUCTION - MATERIALS, LABOR AND EQUP DISTRICT EQUIPMENT | 1.000 | EA | 20,651.0200 | 20,651.02 | |
| ENGINEERING STUDY PRIOR PAYMENT ON 6/6/2017 | -1.000 | EA | 75,000.0000 | -75,000.00 | |
| ENGINEERING STUDY PRIOR PAYMENT 1/22/2018 | -1.000 | EA | 33,260.4300 | -33,260.43 | |

**MESSAGES**

Subtotal: $ 310,329.00
Tax: $ 0.00
Total: $ 310,329.00
Amount Paid: $ 0.00
Amount Due: $ 310,329.00



**Public Utility District No. 1 of Douglas County**
PO Box 1119
Bridgeport, WA 98813

Account: 1262
Invoice: 4454
Due Date: 08/29/2018
Amount Due: $ 310,329.00

Amount Of Payment: _____

Remit To:

GIGA WATT INC.
1 CAMPBELL PARKWAY
EAST WENATCHEE WA 98802

PUD NO. 1 OF DOUGLAS COUNTY
PO BOX 1119
BRIDGEPORT WA 98813