# EXHIBIT E

# RESOLUTION NO. 20-018

## A RESOLUTION AUTHORIZING RATE ADJUSTMENTS TO THE CUSTOMER SERVICE POLICIES

### RECITALS:

1) After careful consideration of the District's current and future financial needs, District staff recommend staged rate increases on the electric rate schedules.

2) The Electric Distribution System rate adjustments would be effective July 1st of 2020 with gradual rate adjustments each January and July through 2025.

3) A rate hearing was established on December 9, 2019 at 1:30 p.m. at the District's East Wenatchee office.

4) A hearing was advertised and held as established.

5) All comments received on the proposed rate adjustments have been carefully considered.

6) It is in the best interests of the District to adopt the revised rate schedules.

**NOW, THEREFORE, BE IT RESOLVED** by the Commission of Public Utility District No. 1 of Douglas County, Washington, that the new rate schedule as listed below, with copies attached to and made a part of this resolution, are hereby adopted to be effective July 1, 2020.

Schedule 1 – General Services

**ADOPTED** this 27th day of January, 2020.

_Molly Simpson_
Molly Simpson, President

_Ronald E. Skagen_
Ronald E. Skagen, Vice President

**ATTEST:**

_Aaron J. Viebrock_
Aaron J. Viebrock, Secretary

PUD No. 1 of Douglas County
January and July 2020 - 2025 Rate Adjustment Proposal

| | Current | 7/1/2020 | 1/1/2021 | 7/1/2021 | 1/1/2022 | 7/1/2022 | 1/1/2023 | 7/1/2023 | 1/1/2024 | 7/1/2024 | 1/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SCHEDULE 1: GENERAL SERVICE** | | | | | | | | | | | |
| A) Residential and Commercial Services | | | | | | | | | | | |
| Basic Charge (monthly) | $ 13.00 | $ - | $ 13.39 | $ - | $ 13.79 | $ - | $ 14.21 | $ - | $ 14.63 | $ - | $ 15.07 |
| Energy Charge | | | | | | | | | | | |
| First 25,000 KWH | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 |
| 25,001 KWH to 49,999 KWH | $ 0.0240 | $ - | $ 0.0247 | $ - | $ 0.0255 | $ - | $ 0.0262 | $ - | $ 0.0270 | $ - | $ 0.0278 |
| 50,000 KWH and over | $ 0.0244 | $ - | $ 0.0251 | $ - | $ 0.0259 | $ - | $ 0.0267 | $ - | $ 0.0275 | $ - | $ 0.0283 |
| Demand Charge (KW greater than 50) | $ 2.00 | $ - | $ 2.06 | $ - | $ 2.12 | $ - | $ 2.19 | $ - | $ 2.25 | $ - | $ 2.32 |
| B) Wind machine services (April through July) | | | | | | | | | | | |
| Basic Charge (monthly) | $ 13.00 | $ - | $ 13.39 | $ - | $ 13.79 | $ - | $ 14.21 | $ - | $ 14.63 | $ - | $ 15.07 |
| KWH Charge | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 |
| Demand Charge (KW greater than 30) | $ 3.80 | $ - | $ 3.91 | $ - | $ 4.03 | $ - | $ 4.15 | $ - | $ 4.28 | $ - | $ 4.41 |
| C) Domestic pump services (May through October) | | | | | | | | | | | |
| Basic Charge (monthly) | $ 13.00 | $ - | $ 13.39 | $ - | $ 13.79 | $ - | $ 14.21 | $ - | $ 14.63 | $ - | $ 15.07 |
| KWH Charge | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 | $ - | $ 0.0233 |
| D) Crypto & Low Tier Data Services | | | | | | | | | | | |
| Basic Charge (monthly) | $ 13.00 | $ 14.30 | $ 15.73 | $ 17.30 | $ 19.03 | $ 20.94 | $ 23.03 | $ 25.33 | $ 27.87 | $ 30.65 | $ 33.72 |
| Energy Charge | | | | | | | | | | | |
| First 25,000 KWH | $ 0.0233 | $ 0.0256 | $ 0.0282 | $ 0.0310 | $ 0.0341 | $ 0.0375 | $ 0.0413 | $ 0.0454 | $ 0.0499 | $ 0.0549 | $ 0.0604 |
| 25,001 KWH to 49,999 KWH | $ 0.0240 | $ 0.0264 | $ 0.0290 | $ 0.0319 | $ 0.0351 | $ 0.0387 | $ 0.0425 | $ 0.0468 | $ 0.0514 | $ 0.0566 | $ 0.0622 |
| 50,000 KWH and over | $ 0.0244 | $ 0.0268 | $ 0.0295 | $ 0.0325 | $ 0.0357 | $ 0.0393 | $ 0.0432 | $ 0.0475 | $ 0.0523 | $ 0.0575 | $ 0.0633 |
| Demand Charge (KW greater than 50) | $ 2.00 | $ 2.20 | $ 2.42 | $ 2.66 | $ 2.93 | $ 3.22 | $ 3.54 | $ 3.90 | $ 4.29 | $ 4.72 | $ 5.19 |
| E) Data Center Serivces | | | | | | | | | | | |
| Basic Charge (monthly) | $ 13.00 | $ 13.65 | $ 14.33 | $ 15.05 | $ 15.80 | $ 16.59 | $ 17.42 | $ 18.29 | $ 19.21 | $ 20.17 | $ 21.18 |
| Energy Charge | | | | | | | | | | | |
| First 25,000 KWH | $ 0.0233 | $ 0.0245 | $ 0.0257 | $ 0.0270 | $ 0.0283 | $ 0.0297 | $ 0.0312 | $ 0.0328 | $ 0.0344 | $ 0.0361 | $ 0.0380 |
| 25,001 KWH to 49,999 KWH | $ 0.0240 | $ 0.0252 | $ 0.0265 | $ 0.0278 | $ 0.0292 | $ 0.0306 | $ 0.0322 | $ 0.0338 | $ 0.0355 | $ 0.0372 | $ 0.0391 |
| 50,000 KWH and over | $ 0.0244 | $ 0.0256 | $ 0.0269 | $ 0.0282 | $ 0.0297 | $ 0.0311 | $ 0.0327 | $ 0.0343 | $ 0.0360 | $ 0.0379 | $ 0.0397 |
| Demand Charge (KW greater than 50) | $ 2.00 | $ 2.10 | $ 2.21 | $ 2.32 | $ 2.43 | $ 2.55 | $ 2.68 | $ 2.81 | $ 2.95 | $ 3.10 | $ 3.26 |
| **SCHEDULE 2: IRRIGATION SERVICE** | | | | | | | | | | | |
| A) Seasonal Rate (March through October) | | | | | | | | | | | |
| Basic Charge | $ 8.00 | $ - | $ 8.24 | $ - | $ 8.49 | $ - | $ 8.74 | $ - | $ 9.00 | $ - | $ 9.27 |
| KWH Charge | 0.0125 | $ - | $ 0.0129 | $ - | $ 0.0133 | $ - | $ 0.0137 | $ - | $ 0.0141 | $ - | $ 0.0145 |
| Demand Charge (Seasonally) per KW | $ 21.50 | $ - | $ 22.15 | $ - | $ 22.81 | $ - | $ 23.49 | $ - | $ 24.20 | $ - | $ 24.92 |
| B) Interseasonal rate (November through February) | | | | | | | | | | | |
| Basic Charge | $ - | $ - | | $ - | | $ - | | $ - | | $ - | |
| KWH Charge | $ 0.0233 | $ - | $ 0.0240 | $ - | $ 0.0247 | $ - | $ 0.0255 | $ - | $ 0.0262 | $ - | $ 0.0270 |
| Demand Charge (Seasonally) per KW | $ - | $ - | | $ - | | $ - | | $ - | | $ - | |

## SCHEDULE 1: GENERAL SERVICE

**Available:**
In all territory served by the District.

**Applicable:**
To all service less than 1,500 kVA load not provided under Rate Schedule 2, Irrigation Service, or Rate Schedule 3, Street Lighting and Area Lighting Service, or special contract for loads exceeding 1500 kVA.

**Monthly Rate:**

**A)** Residential and Commercial services:

| | |
|---|---|
| Basic charge: | $13.00 per month |
| Energy charge: | $0.0233 first 25,000 KWH<br>$0.0240 25,001 KWH to 49,999 KWH<br>$0.0244 50,000 KWH and over |
| Demand charge: | $2.00 per kilowatt of demand in excess of 50 kilowatts. |

**B)** Wind machine services: Between the months of April and July the following rates will be applied.

| | |
|---|---|
| Basic charge: | $13.00 per month |
| Energy charge: | $0.0233 per KWH |
| Demand charge: | $3.80 per kilowatt of demand in excess of 30 kilowatts. |

**C)** Domestic pump services: Between the months of May and October the following rates will be applied.

| | |
|---|---|
| Basic charge: | $13.00 per month |
| Energy charge: | $0.0233 per KWH |

**D)** Blockchain and Low Tier Data services:

| | |
|---|---|
| Basic charge: | $14.30 per month |
| Energy charge: | $0.0256 first 25,000 KWH<br>$0.0264 25,001 KWH to 49,999 KWH<br>$0.0268 50,000 KWH and over |
| Demand charge: | $2.20 per kilowatt of demand in excess of 50 kilowatts. |

**E)** Data Center services:

| | |
|---|---|
| Basic charge: | $13.65 per month |
| Energy charge: | $0.0245 first 25,000 KWH<br>$0.0252 25,001 KWH to 49,999 KWH<br>$0.0256 50,000 KWH and over |
| Demand charge: | $2.10 per kilowatt of demand in excess of 50 kilowatts. |

**Demand:**
For purposes of computing the monthly demand under this schedule shall be the largest of the following demand factors:

1. The contract demand, if any.
2. The highest average value of power over a fifteen minute demand interval, as indicated by a demand meter, during the billing period adjusted for 95% power factor.

**Customer Service Policies:**
Service under this schedule is subject to the Customer Service Policies of the District.

**Effective:**
First regular billing on or after July 1, 2020.