KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC  **CHAPTER 11**<br><br>**DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE** |

I, KATHRYN R. MCKINLEY, state as follows:

1. I am the attorney for Public Utility District No. 1 of Douglas County, Washington (the "District"), am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE- 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 565    Filed 04/27/20    Entered 04/27/20 10:50:38    Pg 1 of 3

2. Attached to this Declaration as Exhibit A is a true and correct copy of the Order Granting in Part Defendants' Renewed Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment entered in the United States District Court for the Eastern District of Washington on March 12, 2020, in Case No. 2:18-CV-390-RMP, *Blocktree Properties, LLC v. Pub. Util. Dist. No. w of Grant Cty*.

3. In the first half of 2019, I had ongoing conversations with the Trustee's counsel, Pamela Egan, regarding the Pangborn Interconnection and Services Agreement and its termination. On June 14, 2019, Mr. Waldron and Ms. Egan met with Douglas County Public Utility District personnel, general counsel and me. At that meeting the District provided information about the termination and the timing and costs of building a substation to serve the Pangborn site.

4. In a subsequent telephone conversation, Ms. Egan told me that she had analyzed the termination provisions of the Agreement and had determined that the District had the right to terminate the Agreement for any reason or no reason on one years' notice. Ms. Egan indicated that the Trustee did not intend to pursue an action against the District.

5. On August 29, 2019, the Court held a telephonic hearing on the Trustee's motion for approval of unsecured super-priority credit to reopen the Giga

DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE- 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7   Doc 565   Filed 04/27/20   Entered 04/27/20 10:50:38   Pg 2 of 3

Watt TNT site. I participated in that hearing. At that hearing, from the 32:08 minute mark to the 38:55 minute mark, the Trustee testified under oath as to why he was pursing such a motion on the TNT site and not on the Pangborn site. Mr. Waldron state that Pangborn was not operational, that there was no power to the facility, and that it was still a year or two out. He further stated that he had spent a substantial amount of time looking at the facts and the law with regard to the Pangborn site, and that he had met with the District and its lawyers on more than one occasion. He went on to state:

> We've gone through the prepetition termination of the contract at Pangborn. The problem is that it appears that the prepetition termination was, uh, appropriate under the circumstances, and that the PUD had the right to do so.

*Audio recording of hearing*, August 29, 2019, 36:09 minute mark [ECF No. 362].

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 27, 2020.

/s/ Kathryn R. McKinley
Kathryn R. McKinley

I:\Spodocs\42020\00001\PLEAD\01878896.DOCX

**DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF OBJECTION TO COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE**- 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 565    Filed 04/27/20    Entered 04/27/20 10:50:38    Pg 3 of 3