**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | Chapter 11 |
| Debtor | |

### CERTIFICATE OF SERVICE

      I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

      On April 24, 2020 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of and Opportunity for Hearing on Chapter 11 Trustee's Motion for Order Approving (I) Sales of Vehicles, (II) Shortened Notice and (III) Limited Notice** (Docket No. 559)

Dated: April 27, 2020

      */s/ James Nguyen-Phan*
      James Nguyen-Phan
      STRETTO
      410 Exchange, Suite 100
      Irvine, CA 92602
      (714) 616-5380
      James.Nguyen-Phan@Stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| AMPHENOL CUSTOM CABLE | 3221 CHERRY PALM DR. | | TAMPA | FL | 33619-8359 | |
| BELYEA COMPANY | 2200 NORTHWOOD AVE. | | EASTON | PA | 18045-2208 | |
| BRENT WOODWARD, INC. | 14103 STEWART RD. | | SUMNER | WA | 98390-9641 | |
| CONSOLIDATED ELECTRIC DIST. INC. | PO BOX 398830 | | SAN FRANCISCO | CA | 94139-8830 | |
| CRYPTONOMOS PTE LTD | 1 MAGAZINE RD #04-11 | | CENTRAL MALL | | | SINGAPORE |
| DOUGLAS COUNTY PUD | PO BOX 1119 | | BRIDGEPORT | WA | 98813-1119 | |
| FEDEX | PO BOX 94515 | | PALATINE | IL | 60094 | |
| GIGAWATT PTE LTD | ATTN MIKHAYLYUTA | 1 MAGAZINE RD #04-11 CENTRALL MALL | | | | SINGAPORE |
| JDSA | PO BOX 1688 | | WENATCHEE | WA | 98807-1688 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | LIGHTHOUSE | 250 MONTGOMERY ST., SUITE 300 | SAN FRANCISCO | CA | 94104-3428 | |
| NC MACHINERY | PO BOX 58201 | | TUKWILA | WA | 98138-1201 | |
| NEPPEL ELECTRIC | 4703 KELLY PLACE | | MOSES LAKE | WA | 98837-4306 | |
| NW HANDLING SYSTEMS | PO BOX 749861 | | LOS ANGELES | CA | 90074-9861 | |
| PACIFIC SECURITY | 2009 IRON ST. | | BELLINGHAM | WA | 98225-4211 | |
| RARITAN | 400 COTTONTAIL LANE | | SOMERSET | NJ | 08873-1238 | |
| SCHMITT ELECTRIC | 1114 WALLA WALLA AVE. | | WENATCHEE | WA | 98801-1525 | |
| TALOS CONSTRUCTION LLC | PO BOX 2607 | | CHELAN | WA | 98816-2607 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | 197 BOSTON POST RD W STE M | | MARLBOROUGH | MA | 01752-1938 | |
| US CUSTOMS | PO BOX 979126 | | ST. LOUIS | MO | 63197-9001 | |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL RD. | | PALO ALTO | CA | 94304-1050 | |

18-03197-FPC7     Doc 569     Filed 04/27/20     Entered 04/27/20 15:08:06     Pg 3 of 3