Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1905 7th Avenue W
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>**DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S OBJECTION TO COMMITTEE'S MOTION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY CASE** |

I, Mark D. Waldron, in my official capacity as the Chapter 11 Trustee (the "**Trustee**") hereby declare:

1. I am the duly-appointed trustee in the above-captioned bankruptcy case. I submit this declaration in support of the *Chapter 11 Trustee's Objection to Committee's Motion to File Adversary Proceeding Against Douglas County PUD*

DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S OBJECTION TO COMMITTEE'S MOTION TO SUE DOUGLAS COUNTY PUD

*for the Benefit of the Bankruptcy Case* (the "**Objection**"). The statements set forth herein are based on my investigation of the Debtor's affairs, which is ongoing, and except where otherwise noted, are based on personal knowledge. If called as a witness, I would and could competently testify thereto. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection.

2. Despite its own formidable rights of investigation, the Committee has not interviewed any of the relevant parties, including Lisa Parks of the Chelan Douglas Regional Port Authority, formerly known as the Port of Douglas County, Gary Ivory of the Public Utility District No. 1 of Douglas County, Washington or their attorneys, Bill Hames, Kathryn McKinley and Evan McCauley. In contrast, I have interviewed each of these parties. Furthermore, before the Committee filed the Motion, I agreed to confer with the Committee's special counsel regarding claims alleged against the District. I also promised that if the special counsel raised a colorable theory, then I would conduct discovery. I also agreed to keep the Committee apprised of my analysis.

3. In my judgment, now is not the time to expend the estate's limited resources on litigation that is not directly tied to my current efforts to monetize the Debtor's assets for the benefit of creditors. Currently, I am in the final stages of selling the Debtor's facility, commonly known as the "TNT Facility," as a going concern. The next step will be to wind down the Debtor's facility in Moses Lake, Washington and finalize my litigation analysis. At that point, I expect to submit a plan, providing for a litigation trust, on which the creditors can vote. If the plan is

DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S OBJECTION TO COMMITTEE'S MOTION TO SUE DOUGLAS COUNTY PUD

2

confirmed, appropriate litigation would be commenced post-confirmation. In my judgment, there is no reason to alter that timeline.

Executed this 27th day of April 2020.

_____
Mark D. Waldron, *in his official capacity as Chapter 11 Trustee in the above-captioned case*

DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S OBJECTION TO COMMITTEE'S MOTION TO SUE DOUGLAS COUNTY PUD

3

18-03197-FPC7    Doc 571    Filed 04/27/20    Entered 04/27/20 16:04:49    Pg 3 of 3