Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING: (I) SALE OF TNT FACILITY AND TRAILER EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, SUBJECT TO OVERBIDDING, APPROVING NOTICE THEREOF; (II) ASSUMPTION AND ASSIGNMENT OF LEASES AND POWER CONTRACT AND (III) SHORTENED NOTICE THEREON** |
| | **Telephonic Hearing** |
| | Date: May 13, 2020 |
| | Time: 1:30 p.m. PT |
| | Telephone: 877-402-9753 |
| | Access Code: 3001392 |

Chapter 11 Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc. - Page 1

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), hereby moves (the "**Motion**") the Court pursuant to 11 U.S.C. §§ 105, 363, 365 and Rules 2002, 6004, 6006, 9014 and LBRs 2002-1, 6004-1 and 6006-1 for an Order, in the form attached hereto as **Exhibit A**:

1. approving the sale ("**Sale**") of the Debtor's crypto-mining facility in East Wenatchee, WA ("**TNT Facility**") and of certain equipment that is located in trailers ("**Trailers**") that the estate leases ("**Trailer Equipment**"). The Sale is free and clear of all liens, claims and interests, pursuant to the Purchase and Sale Agreement (the "**Agreement**"), attached hereto as **Exhibit B**.

2. approving the assumption and assignment of the (a) Debtor's leases of the TNT Facility ("**TNT Leases**") pursuant to which the estate pays monthly rent in the amount of $11,900 and (b) Debtor's contract with the Public Utility District No. 1 of Douglas County, Washington ("**District**") pursuant to which the District provides up to 3.3 MW of hydro-electric power to the TNT Facility at its standard rates;

3. approving the assignment of the oral lease of the Trailers ("**Trailer Oral Lease**") at $1,000 per month.

4. hearing the Motion on shortened notice of eleven (11) days. Service will occur on May 2, 2020, objections due on May 8, 2020, and replies due on May 11, 2020.

---

Chapter 11 Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc. - Page 2

The material terms of the Agreement are as follows:

| | Description | Agreement | Order |
|---|---|---|---|
| Buyer or Purchaser | EcoChain, Inc. ("EcoChain") or successful overbidder | Preamble | |
| Price | $200,000 cash, subject to overbidding | Art. III, Art. V | |
| Deposit | Buyer pays refundable deposit of $20,000 (the "**Earnest Money Deposit**"). Earnest Money Deposit applied to Purchase Price, if approved. If Sale not approved, Trustee to return Earnest Money Deposit to EcoChain | § 3.01 | |
| Assets Sold | TNT Equipment<br>Trailer Equipment | § 2.01(a)<br>§ 2.01(d) | ¶ 3<br>¶ 3 |
| Assumed and Assigned Lease and Contract | TNT Leases<br>Power Contract, without Deposit | § 2.01(b)<br>§ 2.01(c) | ¶¶ 4, 5<br>¶¶ 4, 5 |
| Assignment | Trailer Oral Lease | § 2.01(e) | ¶ 5 |
| Excluded Assets | Gib Equipment | § 2.01(d)(i) | |
| Delivery | Seller completes delivery by making Trailer Equipment and TNT Facility available to Buyer at their current locations<br><br>Buyer assumes all responsibility, expense and risk of moving Trailer Equipment | §§ 2.02 and 2.03<br><br>Art. VIII | |
| Closing Date | Three business days after entry of Approval Order | § 4.01 | |
| Warranties | Property sold "As Is"; Buyer not relying on Trustee's equipment inventory; Buyer relying on own inventory; Inspection rights to Buyer | Article VI, Article VII | |

| | Description | Agreement | Order |
|---|---|---|---|
| Overbidding | Subject to overbidding:<br>• First overbid increment: $50,000<br>• Subsequent overbid increment: $5,000<br>• EcoChain may participate in overbidding | § 5.03 | ¶ 7 |
| Break-Up Fee | If party other than EcoChain wins bidding, EcoChain receives break-up fee of greater of $40,000 or ten percent (10%) of final purchase price | § 5.03 | ¶¶ 7, 8 |
| Conditions | Court approval of sale free and clear of all liens, claims and interest and of assumption and assignment of leases and power contract | Art. V | ¶ 6 |
| | Court finding that Sale is in good faith; waiver of Rule 6004(h) and 6006(d) | Art. V | ¶ 9 |

Notice (the "**Notice**") in substantially the form attached hereto as **Exhibit C**, will be served upon the Master Mailing List and all parties who have contacted the Trustee regarding equipment purchase.

This Motion is supported by the *Memorandum of Points and Authorities* filed herewith and the *Declaration of Mark D. Waldron* to be filed on Monday, May 4, 2020.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion in its entirety;

2. Approving the Sale free and clear of all liens, claims and interests;

3. Approving the Bidding Procedures and Break-Up Fee;

4. Authorizing the assumption by the Trustee and assignment to the Buyer of the TNT Leases, the Power Contract;

5. Authorizing the assignment to Buyer of the Trailer Oral Leases;

6. Finding that the Agreement is entered into in good faith and waiving the 14-day stay set forth in Fed.R.Bank.P. 6004(h) and 6006(d); and

7. Approving the Notice and granting the request for shortened time;

8. Granting such other and further relief as the Court deems necessary and just.

Dated: May 1, 2020                POTOMAC LAW GROUP PLLC

By:   */s/ Pamela M. Egan*
      Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Chapter 11 Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc. - Page 5