# EXHIBIT C
(Notice)

Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING: (I) SALE OF TNT FACILITY AND TRAILER EQUIPMENT FREE AND CLEAR OF All LIENS, CLAIMS AND INTERESTS, SUBJECT TO OVERBIDDING, APPROVING NOTICE THEREOF, (II) ASSUMPTION AND ASSIGNMENT OF LEASES AND POWER CONTRACT; AND (III) SHORTENED TIME THEREON**<br><br>**Telephonic Hearing**<br>Date: May 13, 2020<br>Time: 1:30 p.m. PT<br>Telephone: 877-402-9753<br>Access Code: 3001392 |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official

capacity as the Chapter 11 Trustee (the "**Trustee**") has filed the *Chapter 11*

---

Notice of Chapter 11 Trustee's Motion for Order Approving: Sale of TNT Facility, etc. - Page 1

*Trustee's Motion for Order Approving: (i) Sale of TNT Facility and Trailer Equipment Free and Clear of All Liens, Claims, and Interests, Subject to Overbidding, Approving Notice Thereof, (ii) Assumption and Assignment of Leases and Power Contract and (ii) Shortened Time Thereon* (the "**Motion**"). The Motion and supporting papers may be obtained from the Court's clerk. **A telephonic hearing (the "Telephonic Hearing") will be held on the Motion on May 13, 2020 at 1:30: p.m., Pacific Time. The call in information is set forth in the caption of this Notice.**

**If you wish to object to the Motion, you must file an Objection with the Court and serve it upon undersigned counsel on or before May 8, 2020**. The Telephonic Hearing will be held even if no objection is timely filed and served, so that parties in interest may have an opportunity to bid. However, untimely objections may not be considered without the Court's permission.

**PROPOSED SALE OF TNT FACILITY SUBJECT TO OVERBIDDING**

**PLEASE TAKE NOTICE THAT** the essential terms of the sale (the "**Sale**") proposed in the Motion are: the Trustee is selling the Debtor's mining facility located in East Wenatchee, Washington ("**TNT Facility**"), equipment at the TNT Facility (the "**TNT Equipment**") and certain equipment located in trailers ("**Trailers**") that the estate rents ("**Trailer Equipment**") to EcoChain, Inc. ("**Buyer**"). Pursuant to the Sale, the Trustee is also assuming and assigning to Buyer the leases and power contract relating to the TNT Facility and is assigning the oral lease for the Trailers. Other essential terms include: Purchase Price- $200,000; Refundable Earnest Money Deposit -$20,000. The estimated fair

market value of the purchased assets is not less than $200,000. The Buyer is relying on its own inventory of the TNT Equipment and Trailer Equipment. In addition, after the Sale closes, the estate will receive the $98,925 deposit held pursuant to a power contract.

**PLEASE TAKE FURTHER NOTICE THAT** the TNT Equipment and Trailer Equipment are to be sold free and clear of all liens, claims, and interests pursuant to section 363(f) of the Bankruptcy Code. Certain holders of tokens and miners may assert an interest in some of the TNT Equipment. The Sale is nonetheless authorized pursuant to 11 U.S.C. §§ 363(f)(4) and (5). The Sale is appropriate because it bring $298,925 into the estate representing the $200,000 purchase price and the return of a deposit in the amount of $98,925 with respect to the estate's power contract. In addition, bitcoin rewards are halving in mid-May requiring an investment in new miners, which the estate cannot afford. Further, the estate's liability insurance will expire on May 22, 2020 and the Trustee has received a Notice of Non-Renewal.

**PLEASE TAKE FURTHER NOTICE THAT** the Sale is subject to overbids. A party may bid at the hearing. The first overbid must be in an amount that is at least $50,000 higher than the Purchase Price. Subsequent overbids must be in increments of not less than $5,000. A bidder must establish the bidder's financial ability to meet all the terms of the Agreement. The Trustee shall determine a bidder's qualification, in his business judgment, subject to Court review. Buyer shall be paid a Break-Up Fee of the greater of $40,000 or ten percent (10%) of the final purchase price if a party other than Buyer wins the

Notice of Chapter 11 Trustee's Motion for Order Approving: Sale of TNT Facility, etc. - Page 3

bidding. Bidders must be qualified to Bid on or before two days before the Hearing.

## ASSUMPTION AND ASSIGNMENT OF LEASES AND POWER CONTRACT

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee has moved to assume and assign to Buyer (i) the TNT Leases pursuant to which the estate pays $11,900 per month to operate in Buildings A, B, C and H at the TNT Facility and (ii) the Interconnection and Service Agreement, dated May 14, 2018, between the Public Utility District No. 1 of Washington County, Washington (the "**District**") and the Debtor, pursuant to which the District provides up to 3.3MW of hydro-electric power to the TNT Facility, at the District's current rates. The Trustee has also moved to assign the oral lease (the **"Trailer Oral Lease"**) between the estate and William Burvee of Cascade Equipment Sales, Inc pursuant to which the Trustee leases the Trailers and pays the monthly amount of $250 each or $1,000 in the aggregate in rent. The Trustee intends to assume the TNT Leases and the Power Contract. The Trustee further intends to assign to Buyer the TNT Leases, the Power Contract and the Trailer Oral Lease pursuant to the terms of the Agreement.

## SHORTENED TIME

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee has moved (the "**Motion**") the Court pursuant to 11 U.S.C. § 105, Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Bankruptcy Rules of the above-captioned Court to hear the Motion on shortened time such that the Motion

Notice of Chapter 11 Trustee's Motion for Order Approving: Sale of TNT Facility, etc. - Page 4

will be heard on eleven (11) days' notice, without three (3) additional days for mailing. Objections to the Motion must be served and filed by May 8, 2020. Any reply will be served and filed by May 11, 2020. Shortened time on the Motion is necessary. Bitcoin rewards will halve on May 12, 2020. After the halving, mining will become more difficult without new more advanced miners, which the estate cannot afford to purchase. Further, the estate's insurance, required under the TNT Leases, is set to expire by May 22, 2020 and the Trustee may not be able to renew the insurance. Electricity rates at the TNT Facility are set to increase by ten (10%) in July 2020. Given volatility in the crypto-currency markets caused by the Corona Virus Pandemic, the TNT Facility lost money in April 2020 and may continue to lose money. Without shortened notice, the Trustee would likely have to shut down the TNT Facility.

**PLEASE TAKE FURTHER NOTICE THAT** you may object to this request for shortened time. Objections to shortened time will be considered at the Hearing. If you do not object, the requested relief may be granted without a hearing.

Dated: May 1, 2020                POTOMAC LAW GROUP PLLC

By: */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*