Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>***SUPPLEMENTAL* DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING: (I) SALE OF TNT FACILITY AND TRAILER EQUIPMENT, SUBJECT TO OVERBIDDING, APPROVING NOTICE THEREON; (II) ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACT; AND (III) SHORTENED NOTICE THEREON**<br><br>**Telephonic Hearing**<br>Date: May 13, 2020<br>Time: 1:30 p.m. PT<br>Telephone: 877-402-9753<br>Access Code: 3001392 |

***Supp.*** Decl. of Mark D. Waldron in Supp. of Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc.

I, Mark D. Waldron, declare as follows:

1. I submit this supplemental declaration in my official capacity as the duly-appointed Chapter 11 Trustee in the bankruptcy case of the above-captioned debtor (the "**Debtor**" or "**Giga Watt**") and in support of the *Chapter 11 Trustee's Motion for Order Approving: (i) the Sale of the TNT Facility and Trailer Equipment Free and Clear of all Liens, Claims and Interests, Subject to Overbidding, Approval of Notice Thereof, (ii) the Assumption and Assignment of Leases and Power Contract, and (ii) Shortened Notice Thereon* (the "**Motion**"). The statements set forth herein are based on my investigation of the Debtor's affairs, which is ongoing, and except where otherwise noted, are based on my personal knowledge. If called as a witness, I would and could competently testify thereto.

2. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

3. The Buyer, EcoChain, Inc., is a wholly-owned subsidiary of Mechanical Technology, Incorporated, ("**MTI**"). MTI is publicly-traded and is also a leading provider of test and measurement interests. MTI has entered into a joint venture with Soluna Technologies Ltd. ("**Soluna**"), which develops utility scale computing infrastructure for the blockchain powered by renewal energy, such as the hydroelectric power supplied by the Public Utility District No. 1, Douglas County, Washington.

***Supp.*** Decl. of Mark D. Waldron in Supp. of Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc. - Page 2

18-03197-FPC7    Doc 577    Filed 05/04/20    Entered 05/04/20 15:41:45    Pg 2 of 3

4. The Buyer, EcoChain, Inc., will own the TNT Facility. Soluna will provide construction and operational skill. Attached as **Exhibit 1** is a press release of MTI describing its relationship with Soluna and EcoChain.

5. Attached as **Exhibit 2** is an article regarding a recent purchase by Hive Blockchain Technologies, Ltd. of a 30 MW cryptocurrency facility for approximately $95,000 per MW, plus stock interests in the buyer.

6. The TNT Facility runs less than 2MW and is selling for $100,000 per MW. The Trailer Equipment is also being sold.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May 2020 in Tacoma, Washington.

_____
Mark D. Waldron, in his official capacity as Chapter 11 Trustee in the above-captioned case

4830-7233-3755, v. 1

*Supp.* Decl. of Mark D. Waldron in Supp. of Trustee's Motion for Order Approving: (i) Sale of TNT Facility, etc. - Page 3

18-03197-FPC7    Doc 577    Filed 05/04/20    Entered 05/04/20 15:41:45    Pg 3 of 3