Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 11 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT WITH PORT** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), hereby moves (the "**Motion**") the Court pursuant to 11 U.S.C. § 363, Fed. R Bankr. Proc. 9019 and LBR 9019-1 for an Order, as proposed in **Exhibit A** attached hereto, approving that certain *Settlement Agreement and Release* (the "**Agreement**"), attached hereto as **Exhibit B**, that the Trustee has entered into with the Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "**Port**").

This Motion is supported by the *Memorandum of Points and Authorities in Support of the Chapter 11 Trustee's Motion for Order Approving Settlement With Port* ("**Memorandum**") and the *Declaration of Mark D. Waldron in Support of*

Chapter 11 Trustee's Motion for Order Approving Settlement With Port - Page 1

*the Chapter 11 Trustee's Motion for Order Approving Settlement With Port,* filed herewith.

As set forth in the Memorandum filed herewith, the Agreement provides that the parties will grant each other a general release of all claims and the estate will pay to the Port $22,500. The Agreement becomes effective on the date that the Court enters an Order approving the Agreement. All obligations are conditioned on approval of the Court.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;

2. Approving the Agreement;

3. Authorizing the Trustee to enter into and perform pursuant to the terms of the Agreement; and,

4. Granting such other and further relief as the Court deems necessary and just.

Dated: May 5, 2020          POTOMAC LAW GROUP PLLC

By: ___*/s/ Pamela M. Egan*___
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*