Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Avenue West
Seattle, Washington 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF AND OPPORTUNITY FOR HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT WITH PORT** |

**PLEASE TAKE NOTICE THAT** the Mark D. Waldron, in his capacity as the duly appointed Chapter 11 Trustee in the above-captioned case, has filed a motion to approve a settlement with the Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port") pursuant to which the estate will pay the Port $22,500 in exchange for a general mutual release of all claims. All obligations pursuant to the settlement are conditioned on approval of the Court. The Trustee's motion for court approval and supporting documents may be obtained from the Clerk of the Court and are located on the Court's docket.

NOTICE OF MOTION TO APPROVE SETTLEMENT WITH PORT-- Page 1

**PLEASE TAKE FURTHER NOTICE** that any objection to the relief requested in the Motion must be served on undersigned counsel and filed with the Court within twenty-four (24) days of the Date of Service set forth below. The Motion may be granted without further notice unless a written objection is timely served on undersigned counsel and timely filed with the Court. If an objection is timely filed and serviced, then the Trustee will set a hearing and serve a separate notice thereon.

**DATE OF SERVICE: May 6, 2020**

Dated: May 5, 2020

POTOMAC LAW GROUP

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

NOTICE OF MOTION TO APPROVE SETTLEMENT WITH PORT-- Page 2