**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation,<br><br>             Debtor. | The Honorable Frederick P. Corbit<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING (I) SALES OF VEHICLES, (II) SHORTENED NOTICE, AND (III) LIMITED NOTICE** |

      This matter came to be heard on the *Chapter 11 Trustee's Motion for Order Approving (i) Sales of Vehicles, (ii) Shortened Notice, and (iii) Limited Notice* (the "**Motion**").[1] The Court has considered the Motion, the supporting memorandum, the supporting declaration, the notice of the objection and any objections thereto. Based upon the foregoing, the record before the Court, any testimony and

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Order Granting Chapter 11 Trustee's Motion for Order Approving (i) the Sales of Vehicles, (ii) Shortened Notice, and (iii) Limited Notice - Page 1

arguments made and heard before the Court, any findings of fact and conclusions of law, which are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT:

1. The Trustee is hereby authorized to sell the Vehicles "As Is" with no warranties for the aggregate sum of $6,000.00.

2. The form and manner of service of the Notice of Sale, including shortened time and limited notice as requested in the Motion, are approved.

3. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived with respect to the sale of the Vehicles pursuant to this Order. This Order shall be valid and fully effective immediately upon its entry.

/// **END OF ORDER** ///

PRESENTED BY:

Pamela M. Egan (WSBA 54736)
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98119
Tel.: 415-297-0132
Email: pegan@potomaclaw.com
4829-3890-7579, v. 1

Order Granting Chapter 11 Trustee's Motion for Order Approving (i) the Sales of Vehicles, (ii) Shortened Notice, and (iii) Limited Notice - Page 2