KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA  99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC11<br><br>CHAPTER 11<br><br>**LIMITED OBJECTION OF DOUGLAS COUNTY PUD TO TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT** |

Public Utility District No. 1 of Douglas County, Washington (the "District"), through its counsel, Kathryn R. McKinley and Paine Hamblen LLP, submits this limited objection to the Chapter 11 Trustee's Motion for an order approving, among other things, the assumption and assignment of the Interconnection and Services Contract between the Debtor and the District for the TNT facility (the

LIMITED OBJECTION OF DOUGLAS COUNTY PUD TO
TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND
ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT -1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 585    Filed 05/06/20    Entered 05/06/20 11:17:26    Pg 1 of 3

"Power Contract"). [ECF No. 573]. This Limited Objection is supported by the Declaration of Kathryn R. McKinley filed herewith.

The District has no objection to the Trustee's assumption and assignment of the Power Contract in general. However, the assignment must comport with the District's policies for new customers. Specifically, the District has requested that the assignment be subject to the following requirements:

1. The entity that will be the lessee at TNT and the PUD's customer, must submit a Service Order in the form of the exemplar attached.

2. Energy requirements forecast as detailed in Section 16 of the Agreement.

3. Proof of lease for the facility to confirm that the lease matches the Point of Delivery locations listed on Exhibit B of the existing Interconnection and Services Agreement for the TNT location.

4. Deposit in the amount of 2 months projected usage as determined by the PUD based on historical usage and the energy requirements forecast submitted by the applicant.

(Declaration of Kathryn R. McKinley at ¶ 2 and Ex. A.)

The District has conferred with the Buyer regarding these requirements and understands that the Buyer will comply with the requirements. (McKinley Decl. at ¶ 3.) As such, the District respectfully requests that the Order entered by the Court specify that the assignment of the Power Contract is subject to the requirements set forth above.

LIMITED OBJECTION OF DOUGLAS COUNTY PUD TO
TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND
ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT -2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 585    Filed 05/06/20    Entered 05/06/20 11:17:26    Pg 2 of 3

DATED this 6th day of May, 2020.

PAINE HAMBLEN LLP

/s/ Kathryn R. McKinley
Kathryn R McKinley, WSBA #25105
Attorneys for Public Utility District No. 1
of Douglas County, Washington

I:\Spodocs\42020\00001\PLEAD\01905101.DOCX

**LIMITED OBJECTION OF DOUGLAS COUNTY PUD TO TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT** -3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 585    Filed 05/06/20    Entered 05/06/20 11:17:26    Pg 3 of 3