KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-03197-FPC |
| **GIGA WATT INC, a Washington corporation,** | CHAPTER 11 |
| Debtor. | DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF LIMITED OBJECTION OF DOUGLAS COUNTY PUD TO TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT |

I, KATHRYN R. MCKINLEY, state as follows:

1. I am the attorney for Public Utility District No. 1 of Douglas County, Washington (the "District"), am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF LIMITED OBJECTION TO TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT- 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 586    Filed 05/06/20    Entered 05/06/20 11:20:30    Pg 1 of 3

2. Attached to this Declaration as Exhibit A is a true and correct copy of my email correspondence with the Trustee's counsel, Pamela Egan, regarding the requirements for assignment of the Interconnection and Services Agreement for the TNT site (the "Power Contract").

3. On April 28, 2020, I participated in a telephone conference between representatives of the proposed buyer of the TNT facility (the "Buyer") and representatives of the District. Phillip Ng and John Belizaire represented the Buyer and Gary Ivory represented the District. Also on the call was the District's General Counsel, Evan McCauley. During this telephone conference, the requirements for assignment of the Power Contract, as set forth below, were discussed and agreed upon.

1. The entity that will be the lessee at TNT and the PUD's customer, must submit a Service Order in the form of the exemplar attached.

2. Energy requirements forecast as detailed in Section 16 of the Agreement.

3. Proof of lease for the facility to confirm that the lease matches the Point of Delivery locations listed on Exhibit B of the existing Interconnection and Services Agreement for the TNT location.

4. Deposit in the amount of 2 months projected usage as determined by the PUD based on historical usage and the energy requirements forecast submitted by the applicant.

DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT
OF LIMITED OBJECTION TO TRUSTEE'S MOTION RE SALE
OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT
OF POWER CONTRACT- 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 586    Filed 05/06/20    Entered 05/06/20 11:20:30    Pg 2 of 3

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 6, 2020.

/s/ *Kathryn R. McKinley*
Kathryn R. McKinley

I:\Spodocs\42020\00001\PLEAD\01878896.DOCX

**DECLARATION OF KATHRYN R. MCKINLEY IN SUPPORT OF LIMITED OBJECTION TO TRUSTEE'S MOTION RE SALE OF TNT FACILITY AND ASSUMPTION AND ASSIGNMENT OF POWER CONTRACT**- 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 586    Filed 05/06/20    Entered 05/06/20 11:20:30    Pg 3 of 3