# EXHIBIT A

| | |
|---|---|
| **From:** | Kathryn R. McKinley |
| **Sent:** | Wednesday, April 8, 2020 9:49 AM |
| **To:** | 'Pamela M. Egan' |
| **Subject:** | TNT Electric Service |
| **Attachments:** | Service Order (01904334x7AC1D).pdf |

Pam:

After careful consideration, the DC PUD will agree to the Trustee's assumption and assignment of the existing Interconnection and Services Agreement for the TNT location, subject to the following requirements:

1. The entity that will be the lessee at TNT and the PUD's customer, must submit a Service Order in the form of the exemplar attached. It is the PUD's practice to complete the form for the customer based on information provided to the PUD and verified, as necessary, by the PUD (e.g., proper formation and registration to do business in state, county, city as required). Thus, please do not have Soluna/the selected entity complete the Order at this time.
2. Energy requirements forecast as detailed in Section 16 of the Agreement.
3. Proof of lease for the facility to confirm that the lease matches the Point of Delivery locations listed on Exhibit B of the existing Interconnection and Services Agreement for the TNT location.**
4. Deposit in the amount of 2 months projected usage as determined by the PUD based on historical usage and the energy requirements forecast submitted by the applicant. Although the Agreement calls for one month, the resolution adopted by the PUD in January requires 2 months deposit.

** If Soluna is requesting a change to the Delivery Points, then we would need a copy of the lease and would need to amend Exhibit B.

Please let me know how the Trustee and potential buyer would like to proceed.

Thank you,

Kathryn R. McKinley
Partner
PAINE HAMBLEN
717 W Sprague Ave, Ste 1200
Spokane, WA 99201-3505
509.455.6017
kathryn.mckinley@painehamblen.com
*This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.*