BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | 18-03197-FPC11 |
|---|---|
| GIGA WATT, INC.<br><br>Debtor. | NOTICE OF TELEPHONIC HEARING ON MAY 13, 2020 AT 1:30 P.M. CONCERNING COMMITTEE'S MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case, filed a motion on April 9, 2020 (ECF No. 533) for the Court to authorize it to file and pursue litigation against the Douglas County PUD on a contingent fee basis, for the benefit of the bankruptcy estate, in lieu of the Chapter 11 Trustee (the "Motion"). A notice concerning the same was filed on April 2020 (ECF No. 541).

On April 27, 2020, the United States Trustee and the Chapter 11 Trustee objected to the Motion. ECF Nos. 568 to 571. In reply, responding to one of the points raised, the Committee offered to allow additional time if any party sought to

provide additional responses.  No further responses have been filed and the Committee seeks to have the underlying Motion heard at a time when all relevant parties will already be before the Court on a related matter.

To that end, a telephonic hearing shall occur in the present matter (ECF No. 533) on Wednesday, May 13, 2020 at 1:30 p.m.  The call in information for said hearing is as follows: 877-402-9753/access code 3001392.

DATED: May 6, 2020

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA  98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Counsel for the Committee of Unsecured Creditors*