BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorney for the Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>Debtor. | 18-03197-FPC11<br><br>NOTICE OF TELEPHONIC HEARING ON MAY 13, 2020 AT 1:30 P.M. CONCERNING COMMITTEE'S MOTION TO LIMIT NOTICE CONCERNING THE MOTION FOR AUTHORIZATION TO FILE ADVERSARY PROCEEDING AGAINST DOUGLAS COUNTY PUD FOR THE BENEFIT OF THE BANKRUPTCY ESTATE |

Please take notice that the Unsecured Creditors Committee ("Committee") in the above-captioned bankruptcy case filed a motion and notice of motion on April 10, 2020 (ECF No. 544) for the Court to limit the required notice relating to ECF No. 533, a related motion filed by the Committee.

On April 27, 2020, the United States Trustee objected to limiting notice. ECF No. 568. In reply, responding to one of the points raised, the Committee offered to allow additional time if any party sought to provide additional responses. No further responses have been filed and the Committee seeks to have the underlying motion

NOTICE OF TELEPHONIC HEARING RE COMMITTEE'S
MOTION TO LIMIT NOTICE - 1

heard at a time when all relevant parties will already be before the Court on a related matter.

To that end, a telephonic hearing shall occur in the present matter (ECF No. 533) on Wednesday, May 13, 2020 at 1:30 p.m. The call in information for said hearing is as follows: 877-402-9753/access code 3001392.

DATED: May 6, 2020

By: *s/ Benjamin Ellison*
Benjamin Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547
salishsealegal@outlook.com
*Counsel for the Committee of Unsecured Creditors*

NOTICE OF TELEPHONIC HEARING RE COMMITTEE'S
MOTION TO LIMIT NOTICE - 2

18-03197-FPC7    Doc 591    Filed 05/06/20    Entered 05/06/20 18:12:45    Pg 2 of 2