The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In Re:

GIGA WATT, INC.,

Debtor.

NO. 18-03197-FPC

DECLARATION OF SAMUEL J. DART IN SUPPORT OF APPLICATION FOR ADMINISTRATIVE EXPENSE AND FOR DECLARATORY RELIEF

**SAMUEL J. DART,** declares and states as follows:

1. I am over the age of 18 years, I have personal knowledge of the facts stated in this declaration, and I am otherwise competent to testify. I am one of the attorneys for the non-profit Creditors' Committee of WTT Token Holders and Miners ("**Owners**"), an interested party in the above-captioned matter.

2. I make this declaration in order to clarify the identity of the Owners and their standing to bring the motion for an administrative expense claim and associated request for declaratory relief.

3. The non-profit Creditors' Committee of WTT Token Holders and Miners was created to advance the join interests of a group of individuals, the majority of whom have filed claims in this bankruptcy case. The non-profit allows the Owners to advance their shared interests and legal claims related to the Giga Watt bankruptcy. Individually, it would be prohibitively expensive for the Owners to advance their interests and, if they were to do so, would inundate the court with nearly identical legal pleadings. A true and correct copy of the

DECLARATION IN SUPPORT OF APPLICATION FOR
ADMINISTRATIVE EXPENSE - 1



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

19994-1/SJD/929492

registration information for the non-profit entity on file with the Washington State Secretary of State is attached as **Exhibit A** and incorporated by reference.

4. Each Owner represented by the Motion for Administrative Expense has done so as part of a joint effort to advance the interests of a group of similarly situated individuals. Members of the non-profit each signed a membership agreement in order to join the non-profit and consented to representation as a group. A true and correct sample of the agreements signed by each member is included as **Exhibit B** to this declaration.

5. As set forth in the Motion for Administrative Expense, the Owners each assert that Debtor has enjoyed the benefit of their property, in the form of physical machines that mine digital currency and/or use of space already leased as represented by WTT Tokens. These Owners represent a significant portion of the filed claims in this case. A list matching Owners to claims filed in this case is included as **Exhibit C** to this declaration.

6. I declare under the penalty of perjury and in accordance with the laws of the United States that the foregoing is true and correct.

DATED this 5th day of May, 2020 at Gig Harbor, Washington.

By: /s/ Samuel J. Dart
Samuel J. Dart

DECLARATION IN SUPPORT OF APPLICATION FOR ADMINISTRATIVE EXPENSE - 2



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

19994-1/SJD/929492

# EXHIBIT A
## Dart Declaration
*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

# BUSINESS INFORMATION

Business Name:
**CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION**

UBI Number:
**604 386 110**

Business Type:
**WA NONPROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**12128 N. DIVISION ST #426, SPOKANE, WA, 99218, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**01/31/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**01/15/2019**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**BENEVOLENT**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**LEGALINC CORPORATE SERVICES INC.**

Street Address:
**1001 4TH AVE STE 3200, SEATTLE, WA, 98154-1003, UNITED STATES**

Mailing Address:

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JOHN | WINSLOW |

# EXHIBIT B
## Dart Declaration
*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

# CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION - MEMBERSHIP FORM

The corporation represents WTT token holders and miners as creditors in the Gigawatt Inc. bankruptcy process. The specific objectives and purpose of this organization shall be:

a. to provide a common voice and advocate for WTT token holders and miners

b. to be an information clearing house for the bankruptcy process

c. to provide resources for proving and defending creditor claims

d. to advocate for the removal of existing Gigawatt Inc. management and the appointment of a Chapter 11 US Trustee or bankruptcy administrator

e. to advocate for the removal of Gigawatt PTE. LTD, Cryptonomos and other unqualified creditors from the creditor list

f. to negotiate settlements with other creditors and organizations to optimize the amount of claim recovery or revive impaired assets to be a going concern.

g. to pursue all means of recovering assets including Directors & Officers insurance from Gigawatt Inc. executives and escrow insurance from Perkins Coie.

h. to help actively identify, reverse or prevent fraudulent transfers

i. to pursue individuals at Gigawatt Inc. management for fraud and personal liability.

-I hereby apply to be a member of the **CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION.**

-I attest that I own 278500 WTT tokens, 177 deployed miners and 35 undeployed miners at the Gigawatt Inc. facilities.

-I support the organization's purpose and objectives as well as the bylaws

Would you like to commit to donating $200 or more to the organization to help with operational & legal costs and gain voting rights as a donor member? ✔ Yes ___ No

Signature: *John Winslow*

Print Name: John winslow

Date: 01/16/2019



# Audit Trail

| | |
|---|---|
| **TITLE** | WTT & Gigawatt Miner Creditor Committee Membership Form |
| **FILE NAME** | Membership Form .pdf |
| **DOCUMENT ID** | bff231d9ce32646ec11c90c4280e20eaa4db46e2 |
| **STATUS** | ● Completed |

## Document History

**VIEWED**  **01/16/2019**  Viewed by - (jtwinslow@juno.com)
18:22:41 UTC    IP: 104.143.92.30

**SIGNED**  **01/16/2019**  Signed by - (jtwinslow@juno.com)
18:27:00 UTC    IP: 104.143.92.30

**COMPLETED**  **01/16/2019**  The document has been completed.
18:27:00 UTC

# CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION - MEMBERSHIP FORM

The corporation represents WTT token holders and miners as creditors in the Gigawatt Inc. bankruptcy process. The specific objectives and purpose of this organization shall be:

a. to provide a common voice and advocate for WTT token holders and miners

b. to be an information clearing house for the bankruptcy process

c. to provide resources for proving and defending creditor claims

d. to advocate for the removal of existing Gigawatt Inc. management and the appointment of a Chapter 11 US Trustee or bankruptcy administrator

e. to advocate for the removal of Gigawatt PTE. LTD, Cryptonomos and other unqualified creditors from the creditor list

f. to negotiate settlements with other creditors and organizations to optimize the amount of claim recovery or revive impaired assets to be a going concern.

g. to pursue all means of recovering assets including Directors & Officers insurance from Gigawatt Inc. executives and escrow insurance from Perkins Coie.

h. to help actively identify, reverse or prevent fraudulent transfers

i. to pursue individuals at Gigawatt Inc. management for fraud and personal liability.

-I hereby apply to be a member of the **CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION.**

-I attest that I own  138,560  WTT tokens,  11  deployed miners and  0  undeployed miners at the Gigawatt Inc. facilities.

-I support the organization's purpose and objectives as well as the bylaws

Would you like to commit to donating $200 or more to the organization to help with operational & legal costs and gain voting rights as a donor member?  ✓ Yes  ___ No

Signature: _Scott Glasscock_ (signed)  Date: 01/15/2019

Print Name: Scott Glasscock



# Audit Trail

| | |
|---|---|
| **TITLE** | WTT & Gigawatt Miner Creditor Committee Membership Form |
| **FILE NAME** | Membership Form .pdf |
| **DOCUMENT ID** | b34e245a6983bfefb1c96d256b0e5af95555aea2 |
| **STATUS** | ● Completed |

## Document History

**VIEWED**  01/15/2019  20:01:53 UTC  Viewed by - (sg_personal@live.com)  IP: 47.196.90.238

**SIGNED**  01/15/2019  20:02:54 UTC  Signed by - (sg_personal@live.com)  IP: 47.196.90.238

**COMPLETED**  01/15/2019  20:02:54 UTC  The document has been completed.

# CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION - MEMBERSHIP FORM

The corporation represents WTT token holders and miners as creditors in the Gigawatt Inc. bankruptcy process. The specific objectives and purpose of this organization shall be:

a. to provide a common voice and advocate for WTT token holders and miners

b. to be an information clearing house for the bankruptcy process

c. to provide resources for proving and defending creditor claims

d. to advocate for the removal of existing Gigawatt Inc. management and the appointment of a Chapter 11 US Trustee or bankruptcy administrator

e. to advocate for the removal of Gigawatt PTE. LTD, Cryptonomos and other unqualified creditors from the creditor list

f. to negotiate settlements with other creditors and organizations to optimize the amount of claim recovery or revive impaired assets to be a going concern.

g. to pursue all means of recovering assets including Directors & Officers insurance from Gigawatt Inc. executives and escrow insurance from Perkins Coie.

h. to help actively identify, reverse or prevent fraudulent transfers

i. to pursue individuals at Gigawatt Inc. management for fraud and personal liability.

-I hereby apply to be a member of the **CREDITORS' COMMITTEE OF WTT TOKEN HOLDERS AND MINERS A NONPROFIT CORPORATION.**

-I attest that I own 2611 WTT tokens, 3 deployed miners and 22 undeployed miners at the Gigawatt Inc. facilities.

-I support the organization's purpose and objectives as well as the bylaws

Would you like to commit to donating $200 or more to the organization to help with operational & legal costs and gain voting rights as a donor member? ✓ Yes ___ No

Signature: *Scott Wilson*
Date: 01/15/2019
Print Name: Scott Wilson

Doc ID: 344cb6ccad0e9f16c88a609bbf28aed9c968fea5



# Audit Trail

| | |
|---|---|
| **TITLE** | WTT & Gigawatt Miner Creditor Committee Membership Form |
| **FILE NAME** | Membership Form .pdf |
| **DOCUMENT ID** | 344cb6ccad0e9f16c88a609bbf28aed9c968fea5 |
| **STATUS** | ● Completed |

## Document History

**VIEWED** — **01/15/2019** 21:19:33 UTC — Viewed by - (swilson191@gmail.com) IP: 73.32.137.49

**SIGNED** — **01/15/2019** 21:20:29 UTC — Signed by - (swilson191@gmail.com) IP: 73.32.137.49

**COMPLETED** — **01/15/2019** 21:20:29 UTC — The document has been completed.

# EXHIBIT C
## Dart Declaration
*In re Giga Watt, Inc.*, 18-03197-FPC (E.D. Wash. Bankr.)

Sheet1

| Claims Registry Name | Claim # |
|---|---|
| Jun Dam | 52 |
| Alex Filippov | 175 |
| Alberto Jose Faria Camacho | 326 |
| Andrew Mark Campbell-Boross | 154 |
| Matteo Romani | 102,117 |
| Anton Shamanaev | 204 |
| Larry Eugene Baggs | 147 |
| Bryant Johnson | 56 |
| Jose Luis Blanco | 215 |
| Vladislav Manitskiy | 168 |
| Brandon Gordon | 29 |
| Likuo Lin | 248 |
| ljupco nikolovski | 225 |
| CARLOS ENRIQUE FERNANDEZ CASTELLAN | 101 |
| Cesar Diaz, JRD Funding LLC | 53 |
| Charles F V DHAUSSY | 315 |
| Christian Schiffer | 239 |
| Clinton Douglas Luckinbill | 79 |
| CryptoDigger LLC | 167 |
| Igor Martirosian | 131 |
| Clinton F Sikes | 275 |
| Chen Du | 165 |
| Denis Veselovsky | 230 |
| Theatherstrasse 27c | 258 |
| David J Lutz | 90 |
| elieshay touboul | 256 |
| Douglas Berger | 80 |
| Michael Ilyankoff | 122 |
| Daniel James Ryser | 213 |
| Ibrahim Issa | 124,157 |
| hari krishna prasad menta venkata | 311 |
| Mikhail Meshkov | 279 |
| Eero Koskinen | 82 |
| Elder Yoshida | 249 |
| Emil Petrov Stanev | 156 |
| Joseph Errigo | 49 |
| Alex McVicker | 197 |
| Jung H. Cho | 104 |
| Chris Featherstone | 302 |
| fabio todeschini | 75 |
| Andrew Stock | 235 |
| Frank Daniel | 229 |
| Nathan Welling | 109,244 |
| Georgios Lignos | 12-5 |
| Anthony Martinez | 94 |
| Elisa U | 194 |
| Hiroaki Yamamoto | 285 |
| Grigory Klumov | 73 |
| Glen Allan Bradley | 146 |
| Grant Herholdt | 280 |
| Theocharis Aslanidis | 95 |
| Harlan Robinson | 11-2 |

| Name | Number |
|---|---|
| Joshua Hester | 303 |
| Hans-Peter Edenstrasser | 107-2 |
| Patrick Blount | 127 |
| Ivan Marcak | 97 |
| Jacqueline Bussey | 61 |
| Carmen J Hernandez G | 232,114,234 |
| Interflow LLC | 39-3 |
| Stefano Musumeci | 76 |
| Juan Bautista Ibarra Arana | 84-3 |
| Jeffrey Waldock | 174 |
| Jeffrey C Lutz | 63 |
| Alex Kutas | 289 |
| Jordi Grau | 238 |
| Jarno Hogeweg | 59 |
| Jaime Dario Mejia Martinez | 310 |
| Jonathan J Lutz | 91 |
| Joseph Brodsky | 299 |
| Joseph Smits | 292 |
| John Scevola | 96 |
| Jesse Samuel Wheeler | 192 |
| Krishna Karthik Reddy Adapala | 119-2 |
| Kenneth D McCoy | 37-2 |
| Ken Li Koh | 242 |
| Taverne Kevin | 125 |
| Mazaeva Maria | 110 |
| Lasse Kaihlavirta | 38-3 |
| Laurent HAMERS | 139-2 |
| Matthew Hine | 188 |
| Leon de Fleuriot de la Coliniere | 277 |
| Lester Ayllon | 164 |
| Roosevelt Scott | 50 |
| lior sharabi | 316 |
| Luke McIntyre | 74-2 |
| Joshua Mapperson | 294 |
| Mark Vange | 293 |
| mathias brachet | 68 |
| Matthew R Lutz | 89 |
| Michael Papenfuse | 223 |
| Luca Monterisi | 57 |
| Mikhail Filippov | 140 |
| Daryl Olsen | 236 |
| Phil A Dinwiddie | 298 |
| Mark R. Shapland | 246 |
| Neil Hutchings | 186 |
| Niva Johnson | 314 |
| nick nguyen | 77 |
| Marc Joyce | 78 |
| OMAR JAVIER MONSALVE SANCHEZ | 178 |
| Pablo V Hernandez G | 257,116 |
| Andrea Sharp | 20-4 |
| Primo Njega | 202,203 |
| Piervanni Ugolini Mugelli | 276 |
| RAVJI PATEL | 190 |
| Ronald Richard Johns, Jr. | 17 |

| Name | Number |
|---|---|
| Robert B Decker | 243 |
| Robert J. Hoyer | 149 |
| Roger L. Sutton | 295 |
| Rolf Jakobsen | 173 |
| John Hartleib | 274 |
| William Stephen Davis | 247 |
| Scott Glasscock | 64 |
| PHAM SONG TOAN | 105 |
| Spencer Ross | 143 |
| SCOTT ALAN WILSON | 8-2 |
| Talents 633 Ministries, NFP | 9-2 |
| Valerijs Sidoriks | 151 |
| Ioannis Violidakis | 93 |
| Aliaksei Volnov | 209,210 |
| Alan Walnoha | 130 |
| Gronski, Jeffrey G & Robin L | 218 |
| Wilhelmus Appel | 278 |
| Path of Four Winds, LLC | 54 |
| Howard Jones | 148 |
| Richard Wulliens | 219 |
| Yuet Choi Cheng | 145 |
| Wong Chun Ming | 253-2 |
| Yurii Kuzmin | 113-2 |
| Ruben del Muro | 108 |
| Alexander R S Garnock | 106 |
| Andrew J Blyler | 42 |
| Ben Assad | 66-2 |
| Brian Donn | 176 |
| Cesar Diaz | 53 |
| James Lutz | 309 |
| Antony Gisholt | 25-3 |
| Alex Kutas | 289 |
| Sergei Dzvonik | 291 |
| Carmen J Hernandez G | 234,232,114 |
| Filip Scheperjans | 207,208 |
| William M Patton | 284 |
| Koji Michiwaki | 85-5 |
| John Kowalski | 193 |
| Jeff Chin | 51 |
| John Winslow | 60 |
| John Guille | 58 |
| Eero Koskinen | 82 |
| Michael Wagner | 170 |
| Christian A. Eichert | 329 |
| Harikrishna P Menta Ven | 311 |
| Mark Weitzel | 296 |
| Robert Ilievski | 92-3 |
| R.Rietveld | 118 |
| Michael Detrinidad | 150 |
| Tuomas Karjalainen | 26-2,123-3 |
| Jared Morrissey | 337 |
| Xiaoming Lu | 166 |
| Hendrik Jan van Nuijssenborgh | 352 |