Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
Potomac Law Group PLLC
1905 7th Avenue West
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>　　　　　　　Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 11<br><br>**DECLARATION OF MARK D. WALDRON IN SUPPORT OF CHAPTER 11 TRUSTEE'S REPLY TO OBJECTION OF AD HOC WTT TOKEN COMMITTEE TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING TNT SALE** |

I, Mark D. Waldron, declare as follows:

1.　　I submit this declaration in my official capacity as the Chapter 11 Trustee (the "Trustee") in the bankruptcy case of the above-captioned debtor and in support of the *Chapter 11 Trustee's Reply to Objection of Ad Hoc WTT Token Committee to Chapter 11 Trustee's Motion for Order Approving TNT Sale* (the "Reply"). The statements set forth herein and in the Trustee's Reply are based on my investigation of the Debtor's affairs, which is ongoing, and except where otherwise noted, are based on my personal knowledge or the knowledge

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 1

of people working under my supervision and reporting to me. If called as a witness, I would and could competently testify thereto.

2. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Reply.

3. A true and correct copy of the White Paper can be found at the following link:

https://documentcloud.adobe.com/link/review?uri=urn%3Aaaid%3Ascds%3AUS%3Af433a721-4689-4233-9b3e-13d7571c1943.

4. No member of the WTT Token Committee objected to my motions to re-open the Moses Lake Facility or the TNT Facility. The Official Committee of Unsecured Creditors ("Creditors Committee") proposed in its Disclosure Statement that the facilities should be transferred to all unsecured creditors. However, the Creditors Committee, three of whose members are also on the WTT Token Committee, did not explain who would run those facilities or pay the costs of running those facilities.

5. The description of the ICO marketing pitch by Giga Watt is based on my investigation and that of my team.

6. I am informed that there is no available system that would allow a company, such as Giga Watt, to track the electrical usage of individual miners and then calculate that miner's share of electricity for the month prior. Nonetheless, this was the payment calculation.

7. The Giga Watt tokens were also traded on an exchange.

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 2

8. A true and correct copy of the McVicker Complaint may be viewed at the following link: https://documentcloud.adobe.com/link/review?uri=urn%3Aaaid%3Ascds%3AUS%3A5f2fc2b8-f151-4352-9013-b9b15f35495a.

9. Giga Watt failed to get Pangborn off the ground. The Pangborn power contract required that Giga Watt build a substation that would allow the Douglas County PUD to deliver power to the site. Giga Watt never built the substation.

10. Based on my investigation, which is ongoing, funds received in the ICO were initially held in an escrow account maintained by Giga Watt's counsel. Once the facilities were operational, the funds were to be released from escrow and the tokens and miners activated or "issued." However, according to the Chair of the Creditors Committee and David Carlson, the law firm released the funds before the facilities were actually operational. Therefore, there are innumerable Token and Miner claims that are not backed by either power or machines. I am currently investigating the role of this firm in the ICO and in particular its release of funds from escrow.

11. A true and correct copy of the Framework for "Investment Contract" Analysis of Digital Assets, dated April 2019, can be found at the following link: https://documentcloud.adobe.com/link/review?uri=urn%3Aaaid%3Ascds%3AUS%3A810436fa-2b51-4450-bf0f-5d4963987701.

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 3

12. A true and correct copy of Daria Generalova's email dated May 12, 2017 and described in the Reply can be found at the following link: https://documentcloud.adobe.com/link/review?uri=urn%3Aaaid%3Ascds%3AUS%3A11fb8ed7-cfe0-40a3-a312-6fa888a34b61.

13. A true and correct copy of Marina Mikhailyuta's email described in the Reply can be found at the following link: https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3A73e946e5-4dba-4d98-8abc-de5837d3ec6e.

14. Based on my investigation, Giga Watt is not holding anywhere near $69 million worth of infrastructure and equipment.

15. The Moses Lake Facility is approximately six times bigger than the TNT Facility as measured by power consumption.

16. My team and I are currently reviewing the role of the law firm that released token and miner sale proceeds from escrow before the Debtor's facilities were operational. I disagree with the Creditor Committee's assertion that such claims are nebulous.

17. Giga Watt holds approximately $6 million in insurance policies which may cover claims arising from Giga Watt's negligence. I am investigating these policies and their application to these claims.

18. The analysis of the claims set forth in the Reply was completed by my team which reports to me.

19. In August 2018, Giga Watt's landlord at Pangborn had terminated the lease and commenced eviction proceedings. Contractors were recording liens as

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 4

a result of Giga Watt's failure to pay for construction at Pangborn. The substation, a necessary prerequisite to tapping the touted 50MW of power, was 2 years and a $1 million away from being finished. The District was only two months away from terminating the power contract at Pangborn. Giga Watt's CEO quit without telling anyone, after sending an email that he was concerned that he "might go to jail.

20. Dave Carlson testified during the hearing on the preliminary injunction in this bankruptcy case, the Giga Watt principals formed Giga Watt Pte, Ltd. on the advice of counsel in order to distance the ICO from US securities laws. Its principals are the same as Giga Watt's principals.

21. Cryptonomous, which issued tokens, also shares the same principals as Giga Watt Pte Ltd. and Giga Watt, Inc. It also shares the same address in Singapore with Giga Watt Pte Ltd. A WTT Token Committee member, Alan Walnoha, has informed me that the Singapore address is fictional. He reportedly went to Singapore to find the office. The address does not exist.

22. Shortly after my appointment, I visited the GW facilities and have done so multiple times since. The miners located at the Giga Watt facilities have stickers stating, "Property of Giga Watt." A true and correct copy of a photograph showing the stickers and the miners may be found at the following link: https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3A86f35773-6619-472e-b94d-a3d475d5203f.

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 5

23. A true and correct copy of two photographs showing how the miners are closely stacked, may be found at the following link: https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3Aee81586b-afc4-4429-a213-990e2af8e89f. See next page to click.

24. The WTT Token Committee did not object when I moved to re-open the Moses Lake Facility (in two stages) and, later, the TNT Facility, despite receiving notice thereof. I have been operating the Moses Lake Facility for more than a year. I have been operating the TNT Facility since late last summer.

25. Similarly, the WTT Token Committee never made an appearance in the difficult and time consuming litigation to obtain control of the TNT Facility. The Committee never tried to intervene as a necessary party, despite its current assertion that its constituents essentially own the TNT Facility.

26. Three members of the Creditors' Committee, including its Chair, are also members of the WTT Token Committee.

To the best of my knowledge and belief, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May 2020 in Tacoma, Washington.

*[signature]*

Mark D. Waldon, *in his official capacity as Chapter 11 Trustee in the above-captioned case*

4852-9935-2508, v. 2

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 6

23. A true and correct copy of two photographs showing how the miners are closely stacked, may be found at the following link: https://documentcloud.adobe.com/link/track?uri=urn%3Aaaid%3Ascds%3AUS%3Aee81586b-afc4-4429-a213-990e2af8e89f.

24. The WTT Token Committee did not object when I moved to re-open the Moses Lake Facility (in two stages) and, later, the TNT Facility, despite receiving notice thereof. I have been operating the Moses Lake Facility for more than a year. I have been operating the TNT Facility since late last summer.

25. Similarly, the WTT Token Committee never made an appearance in the difficult and time consuming litigation to obtain control of the TNT Facility. The Committee never tried to intervene as a necessary party, despite its current assertion that its constituents essentially own the TNT Facility.

26. Three members of the Creditors' Committee, including its Chair, are also members of the WTT Token Committee.

To the best of my knowledge and belief, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May 2020 in Tacoma, Washington.

_____
Mark D. Waldon, *in his official capacity as Chapter 11 Trustee in the above-captioned case*

4852-9935-2508, v. 2

Declaration of Mark D. Waldron in Support of Reply to WTT Token Committee Objection to TNT Sale Motion - 6