MARK D. WALDRON  
Chapter 11 Trustee  
6711 Regents Blvd. W., Suite B  
Tacoma, WA 98466  
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit  
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:  
GIGA WATT INC.  
        Debtor.

Case No. 18-03197-FPC11

CHAPTER 11 TRUSTEE'S MONTHLY  
FINANCIAL REPORT FOR APRIL 2020

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of April 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for April 2020 (Exhibit 3), incorporated herein by reference. Also attached is a detailed narrative report from Court-appointed consultant Douglas Pratt regarding Giga Watt's mining operations for April 2020 (Exhibit 4), incorporated herein by reference.

1. <u>Condominium at Northwest Cliffe Point Road, Quincy, Washington.</u> As part of the prior settlement of the TNT facility litigation, the Estate received title to a residential condominium, located in the Cave B winery area and adjacent to the Gorge Ampitheater

Monthly Financial Report -1-

Law Offices of Mark D. Waldron  
6711 Regents Blvd. W., #B  
Tacoma, WA 98466  
Telephone: 253.565.5800  
email: mark@mwaldronlaw.com

music venue. The condominium was actively listed in April 2020 through a REMAX brokerage, for a list price of $384,950.00. This condominium is free and clear and has no obligations related thereto, except for monthly Condominium Owners Association dues. The Trustee procured insurance with Foremost Insurance Company.

2. <u>TNT Facility</u>. The Estate continues to operate the TNT facility in East Wenatchee. Mining revenues at TNT for April 2020 were $78,351.50. Pursuant to the Court-approved Super-Priority Unsecured Credit Agreement, the Estate is current on the payments due the DIP lender. In addition, the rent and utility payments are current at the TNT facility.

On April 30, 2020, a Purchase and Sale Agreement was entered into between the Estate and EcoChain, Inc., for sale of the TNT facility and certain other property and equipment for $200,000.00. The Estate has received an earnest money deposit in the amount of $20,000.00. A motion seeking Court approval for the sale was filed (Docket No. 573), a telephonic hearing was held on May 13, 2020, the Court approved the sale, and entry of the Order is pending.

3. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

4. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of April 2020 were **$122,125.92.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. First Quarter 2020 U.S. Trustee fees in the amount of $4,875.00 were paid on April 3, 2020. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly

Monthly Financial Report -2-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 14th day of May, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

# Ledger Report

Page: 1

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 04/01/20 - 04/30/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** *********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/20 | 410 | Mark D. Waldron | Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | 6002-001 | | 10,000.00 | 132,569.96 |
| 04/01/20 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 20,000.00 | 112,569.96 |
| 04/02/20 | | Moses Lake ($26.70) and TNT ($14,291.52) facilities | Mining operations | 4001-000 | 14,318.22 | | 126,888.18 |
| 04/03/20 | 411 | U.S. Trustee | Acct #802-18-03197, US Trustee fees for 1st Quarter 2020 | 6001-000 | | 4,875.00 | 122,013.18 |
| 04/03/20 | 412 | Douglas County PUD | Acct #735917, utilities for March 2020 (TNT facility) | 6010-000 | | 41,428.00 | 80,585.18 |
| 04/03/20 | 413 | Insta Stor Inc. | Invoice #3791 (storage container rental through April 2020) | 6004-000 | | 135.50 | 80,449.68 |
| 04/03/20 | 414 | LocalTel | Acct #61297, Statement dated 3-30-20 (TNT facility) | 6010-000 | | 114.85 | 80,334.83 |
| 04/03/20 | 415 | Cascade Equipment Sales, LLC | Invoice #2182 (trailer rental for January and February 2020) | 6004-000 | | 2,000.00 | 78,334.83 |
| 04/03/20 | 416 | Cascade Equipment Sales, LLC | Invoice #2183 (trailer rental for March and April 2020) | 6004-000 | | 2,000.00 | 76,334.83 |
| 04/03/20 | 417 | Waste Management of Wenatchee | Customer ID #19-19019-33003, Invoice #1880216-2674-5 (TNT) | 6010-000 | | 124.28 | 76,210.55 |
| 04/03/20 | | Eco Diversified Holdings | April 2020 rent for Pod 8 of Parcel E pods, Moses Lake | 4002-00 | 9,000.00 | | 85,210.55 |
| 04/06/20 | 418 | NCW Consulting LLC | Invoice dated 4-5-20 (TNT through 4-3-20) | 6007-013 | | 4,950.00 | 80,260.55 |
| 04/06/20 | 419 | Aggle LLC | Invoice dated 4-5-20 (TNT through 4-3-20) | 6007-013 | | 1,792.00 | 78,468.55 |
| 04/06/20 | 420 | Cuttin Rugs LLC | Invoices #55 and #56 (Moses Lake through 4-2-20) | 6007-013 | | 2,475.00 | 75,993.55 |
| | | | | Subtotals : | $23,318.22 | $89,894.63 | |

{} Asset reference(s)

18-03197-FPC7    Doc 600    Filed 05/14/20    Entered 05/14/20 15:02:26    Pg 4 of 14

# Ledger Report

Page: 2

Case Number: 18-03197-FPC11 FPC
Case Name: GIGA WATT INC.

Taxpayer ID #: 81-4797010
Period: 04/01/20 - 04/30/20

Trustee: Mr. Mark D. Waldron (670070)
Bank Name: Metropolitan Commercial Bank
Account: ********25 - Checking Account
Blanket Bond: $0.00 (per case limit)
Separate Bond: N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/20 | | TNT facility | Mining operations | 4001-000 | 16,746.76 | | 92,740.31 |
| 04/09/20 | | MLDC I, LLC | April 2020 rent payment from EDH (Pod 8 of Parcel E, Moses Lake) | 6003-000 | | 9,000.00 | 83,740.31 |
| 04/10/20 | | Frontier Title and Escrow Co. | Refund of unused escrow deposit (Carlson condo transaction) | 4099-000 | 370.17 | | 84,110.48 |
| 04/14/20 | | Gib Compute LLC | Balance of gross proceeds for sale of Pangborn equipment | 4007-000 | 157,500.00 | | 241,610.48 |
| 04/16/20 | | TNT facility | Mining operations | 4001-000 | 15,479.28 | | 257,089.76 |
| 04/20/20 | 421 | NCW Consulting LLC | Invoice dated 4-19-20 (TNT through 4-17-20) | 6007-013 | | 5,400.00 | 251,689.76 |
| 04/20/20 | 422 | Aggle LLC | Invoice dated 4-19-20 (TNT through 4-16-20) | 6007-013 | | 1,792.00 | 249,897.76 |
| 04/23/20 | | TNT facility | Mining operations | 4001-000 | 15,498.84 | | 265,396.60 |
| 04/24/20 | 423 | Chase | Charge for changing locks on condominium (Erich's Lock Service) | 6004-000 | | 233.22 | 265,163.38 |
| 04/24/20 | 424 | Chase | Deposit to Douglas County PUD for utilities at condominium | 6004-000 | | 150.00 | 265,013.38 |
| 04/24/20 | 425 | R&V Janitorial Services | Invoice #418, Cleaning condominium | 6004-000 | | 280.00 | 264,733.38 |
| 04/24/20 | 426 | TNT Business Complexes, LLC | Lease payment for May 2020 (TNT facility) | 6003-000 | | 11,900.00 | 252,833.38 |
| 04/28/20 | 427 | NorthWest VFA | Photographs of condominium for sale listing | 6004-000 | | 150.00 | 252,683.38 |
| 04/28/20 | | Washington State Department of Revenue | B&O taxes due for March 2020 | 6006-002 | | 2,591.07 | 250,092.31 |
| 04/29/20 | 428 | Cave B Ridge Condo Association | HOA dues for March, April and May 2020, Cave B Ridge, Unit 8B | 6004-000 | | 585.00 | 249,507.31 |
| 04/29/20 | 429 | Accolade Property Management Group | Transfer Fee for Cave B Ridge, Unit 8B | 6004-000 | | 150.00 | 249,357.31 |
| 04/30/20 | | TNT facility | Mining operations | 4001-000 | 16,308.40 | | 265,665.71 |
| | | | | Subtotals: | $221,903.45 | $32,231.29 | |

{} Asset reference(s)

18-03197-FPC7    Doc 600    Filed 05/14/20    Entered 05/14/20 15:02:26    Pg 5 of 14

# Ledger Report

Page: 3

**Case Number:** 18-03197-FPC11 FPC
**Case Name:** GIGA WATT INC.

**Taxpayer ID #:** 81-4797010
**Period:** 04/01/20 - 04/30/20

**Trustee:** Mr. Mark D. Waldron (670070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ********25 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,670,463.97 | 122,125.92 | $265,665.71 |
| | | | 20 Checks | | 90,534.85 | | |
| | | | 3 Adjustments Out | | 31,591.07 | | |
| | | | 0 Transfers Out | | 0.00 | | |
| | | | Total | | $122,125.92 | | |

## TOTAL - ACCOUNT ********25

| | | |
|---|---|---|
| Balance Forward | | 142,569.96 |
| 2 Deposits | | 9,370.17 |
| 0 Interest Postings | | 0.00 |
| Subtotal | | $151,940.13 |
| 6 Adjustments In | | 235,851.50 |
| 0 Transfers In | | 0.00 |
| Total | | $387,791.63 |

{} Asset reference(s)

18-03197-FPC7    Doc 600    Filed 05/14/20    Entered 05/14/20 15:02:26    Pg 6 of 14


Printed: 05/01/20 10:49 AM     **GIGA WATT INC. (18-03197-FPC11)**     Page: 1
**Operating Statement**
Period: 04/01/20 - 04/30/20

### Income

**4001-000 Revenue from Operating Business**
    **4001-000 Revenue from Operating Business**

| Date | Ref | Acct | Description | Amount |
|---|---|---|---|---|
| 04/02/20 | Dep. Adj.: 132 | 3910019625 | Moses Lake ($26.70) and TNT ($14,291.52) facilities Mining operations | $14,318.22 |
| 04/09/20 | Dep. Adj.: 134 | 3910019625 | TNT facility Mining operations | $16,746.76 |
| 04/16/20 | Dep. Adj.: 136 | 3910019625 | TNT facility Mining operations | $15,479.28 |
| 04/23/20 | Dep. Adj.: 137 | 3910019625 | TNT facility Mining operations | $15,498.84 |
| 04/30/20 | Dep. Adj.: 139 | 3910019625 | TNT facility Mining operations | $16,308.40 |

                                                                                                                              $78,351.50

**4002-00 Rents**
    **4002-00 Rents**

| 04/06/20 | Deposit: 100027-1 | 3910019625 | Eco Diversified Holdings — April 2020 rent for Pod 8 of Parcel E pods, Moses Lake | $9,000.00 |
|---|---|---|---|---|

                                                 $9,000.00

**4007-000 Liquidation of Personal Property**
    **4007-000 Liquidation of Personal Property**

| 04/14/20 | Dep. Adj.: 135 | 3910019625 | Gib Compute LLC — Balance of gross proceeds for sale of Pangborn equipment | $157,500.00 |
|---|---|---|---|---|

                                      $157,500.00

**4099-000 Other Receipts**
    **4099-000 Other Receipts**

| 04/10/20 | Deposit: 100028-1 | 3910019625 | Frontier Title and Escrow Co. — Refund of unused escrow deposit (Carlson condo transaction) | $370.17 |
|---|---|---|---|---|

                                $370.17

**Total Income**                                    **$245,221.67**

### Expenses

**6001-000 US Trustee Fees**
    **6001-000 US Trustee Fees**

| 04/03/20 | Check: 411 | 3910019625 | U.S. Trustee — Acct #802-18-03197, US Trustee fees for 1st Quarter 2020 | $4,875.00 |
|---|---|---|---|---|

                                   $4,875.00

**6002-000 Trustee Fees & Expenses**
    **6002-001 Trustee Compensation**

| 04/01/20 | Check: 410 | 3910019625 | Mark D. Waldron — Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | $10,000.00 |
|---|---|---|---|---|

                                   $10,000.00
                                   $10,000.00

**6003-000 Admin. Rent**
    **6003-000 Admin. Rent**

| 04/09/20 | Disb. Adj.: 133 | 3910019625 | MLDC I, LLC | $9,000.00 |
|---|---|---|---|---|

| Date | Ref | Account | Payee / Description | Amount |
|---|---|---|---|---|
| | | | April 2020 rent payment from EDH (Pod 8 of Parcel E, Moses Lake) | |
| 04/24/20 | Check: 426 | 3910019625 | TNT Business Complexes, LLC — Lease payment for May 2020 (TNT facility) | $11,900.00 |
| | | | | $20,900.00 |

**6004-000 Costs to Secure/Maintain Property**
  6004-000 Costs to Secure/Maintain Property

| Date | Ref | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 04/01/20 | Disb. Adj.: 131 | 3910019625 | Randy Michelson — Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | $20,000.00 |
| 04/03/20 | Check: 413 | 3910019625 | Insta Stor Inc. — Invoice #3791 (storage container rental through April 2020) | $135.50 |
| 04/03/20 | Check: 415 | 3910019625 | Cascade Equipment Sales, LLC — Invoice #2182 (trailer rental for January and February 2020) | $2,000.00 |
| 04/03/20 | Check: 416 | 3910019625 | Cascade Equipment Sales, LLC — Invoice #2183 (trailer rental for March and April 2020) | $2,000.00 |
| 04/24/20 | Check: 423 | 3910019625 | Chase — Charge for changing locks on condominium (Erich's Lock Service) | $233.22 |
| 04/24/20 | Check: 424 | 3910019625 | Chase — Deposit to Douglas County PUD for utlities at condominium | $150.00 |
| 04/24/20 | Check: 425 | 3910019625 | R&V Janitorial Services — Invoice #418, Cleaning condominium | $280.00 |
| 04/28/20 | Check: 427 | 3910019625 | NorthWest VFA — Photographs of condominium for sale listing | $150.00 |
| 04/29/20 | Check: 428 | 3910019625 | Cave B Ridge Condo Association — HOA dues for March, April and May 2020, Cave B Ridge, Unit 8B | $585.00 |
| 04/29/20 | Check: 429 | 3910019625 | Accolade Property Management Group — Transfer Fee for Cave B Ridge, Unit 8B | $150.00 |
| | | | | $25,683.72 |

**6006-002 Taxes - State**
  6006-002 Taxes - State

| Date | Ref | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 04/28/20 | Dep. Rev.: 138 | 3910019625 | Washington State Department of Revenue — B&O taxes due for March 2020 | $2,591.07 |
| | | | | $2,591.07 |

**6007-000 Professional Fees & Expenses**
  6007-013 Consultant for Trustee Fees

| Date | Ref | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 04/06/20 | Check: 418 | 3910019625 | NCW Consulting LLC — Invoice dated 4-5-20 (TNT through 4-3-20) | $4,950.00 |
| 04/06/20 | Check: 419 | 3910019625 | Aggle LLC — Invoice dated 4-5-20 (TNT through 4-3-20) | $1,792.00 |
| 04/06/20 | Check: 420 | 3910019625 | Cuttin Rugs LLC — Invoices #55 and #56 (Moses Lake through 4-2-20) | $2,475.00 |
| 04/20/20 | Check: 421 | 3910019625 | NCW Consulting LLC — Invoice dated 4-19-20 (TNT through 4-17-20) | $5,400.00 |

18-03197-FPC7    Doc 600    Filed 05/14/20    Entered 05/14/20 15:02:26    Pg 8 of 14

| Date | Check | Ref | Payee / Description | Amount | Total |
|---|---|---|---|---:|---:|
| 04/20/20 | Check: 422 | 3910019625 | Aggle LLC<br>Invoice dated 4-19-20 (TNT through 4-16-20) | $1,792.00 | |
| | | | | $16,409.00 | |
| | | | | | $16,409.00 |

**6010-000 Other Expenses**
  6010-000 Other Expenses

| Date | Check | Ref | Payee / Description | Amount | Total |
|---|---|---|---|---:|---:|
| 04/03/20 | Check: 412 | 3910019625 | Douglas County PUD<br>Acct #735917, utilities for March 2020 (TNT facility) | $41,428.00 | |
| 04/03/20 | Check: 414 | 3910019625 | LocalTel<br>Acct #61297, Statement dated 3-30-20 (TNT facility) | $114.85 | |
| 04/03/20 | Check: 417 | 3910019625 | Waste Management of Wenatchee<br>Customer ID #19-19019-33003, Invoice #1880216-2674-5 (TNT) | $124.28 | |
| | | | | | $41,667.13 |

**Total Expenses** $122,125.92

**Net Income** $123,095.75





**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

EXHIBIT 3

Period Covered:
April 01, 2020 - April 30, 2020
Page 1 of 8

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

| | |
|---|---|
| Case Number | 18-03197-FPC11 |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $155,579.96 | $278,730.71 |
| Total | | $155,579.96 | $278,730.71 |

## TRUSTEE CHECKING

Account Number: 3910019625

| | | |
|---|---|---|
| Enclosures | 17 | Beginning Balance | $155,579.96 |
| | | +Total Additions | $245,221.67 |
| | | -Total Subtractions | $122,070.92 |
| | | Ending Balance | $278,730.71 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 405 | 04-08 | $1,110.00 |
| 409* | 04-07 | $11,900.00 |
| 410 | 04-02 | $10,000.00 |
| 411 | 04-14 | $4,875.00 |
| 412 | 04-10 | $41,428.00 |
| 413 | 04-14 | $135.50 |
| 414 | 04-13 | $114.85 |
| 415 | 04-20 | $2,000.00 |
| 416 | 04-20 | $2,000.00 |
| 417 | 04-13 | $124.28 |
| 418 | 04-13 | $4,950.00 |
| 419 | 04-15 | $1,792.00 |
| 420 | 04-14 | $2,475.00 |
| 421 | 04-27 | $5,400.00 |
| 422 | 04-27 | $1,792.00 |
| 423 | 04-27 | $233.22 |
| 424 | 04-27 | $150.00 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
April 01, 2020 - April 30, 2020
Page 2 of 8

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 04-01 | WIRE TO RANDY MICHELSON | $20,000.00 |
| 04-09 | WIRE TO MLDC 1 LLC | $9,000.00 |
| 04-28 | WA DEPT REVENUE TAX PYMT 200427 CCD | $2,591.07 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 04-02 | WIRE FROM COINME INC | $14,318.22 |
| 04-07 | REMOTE DEPOSIT REF#0100027 | $9,000.00 |
| 04-09 | WIRE FROM COINME INC | $16,746.76 |
| 04-14 | WIRE FROM GRIID INFRASTRUCTURE LL | $157,500.00 |
| 04-16 | REMOTE DEPOSIT REF#0100028 | $370.17 |
| 04-16 | WIRE FROM COINME INC | $15,479.28 |
| 04-23 | WIRE FROM COINME INC | $15,498.84 |
| 04-30 | WIRE FROM COINME INC | $16,308.40 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-01 | $135,579.96 | 04-02 | $139,898.18 | 04-07 | $136,998.18 |
| 04-08 | $135,888.18 | 04-09 | $143,634.94 | 04-10 | $102,206.94 |
| 04-13 | $97,017.81 | 04-14 | $247,032.31 | 04-15 | $245,240.31 |
| 04-16 | $261,089.76 | 04-20 | $257,089.76 | 04-23 | $272,538.60 |
| 04-27 | $265,013.38 | 04-28 | $262,422.31 | 04-30 | $278,730.71 |

EXHIBIT 4

**Executive Summary:** For the calendar month of April 2020, the TNT data center in East Wenatchee generated $69,754, a 4% increase in revenue from March's revenue of $66,975. This relative stability in revenue was primarily due to a significant increase in Ethereum's average daily sales prices with increased revenues from BTC mining, offsetting a small decrease in Litecoin revenue. No revenue from Moses Lake was generated as it was shutdown in the month of March.

**S9 Machine Mining (primarily Bitcoin):** Revenues for S9s increased primarily due to the increase in Bitcoin prices in April. In April, the average daily BTC sell price was $7,210, a 5% increase in price from $6,861/BTC in March. The mining difficulty experienced two increases in difficulty which mitigated a larger increase in revenue.



**L3+ Machine Mining (primarily Litecoin):** Revenues from these machines decreased from March due primarily to an average daily price decrease in Litecoin. In April, the average daily sales price of a Litecoin was $42.71/LTC, down 2% from March's average daily sales price of $43.69/LTC. Difficulty continued to climb as newer hardware was introduced into the market resulting in a month over month small reduction in revenue.



## GPU Mining (Ethereum & Ethereum Classic):

Revenue for GPU mining increased in April due to price recovery. In April, the average sales price per Ethereum (ETH) was $171.23, an increase of 7% from the February average sales price of $159.68. Difficulty increased very slightly so had no real impact on earnings.



With the Bitcoin reward halving coming in mid-May, April will be the last full month that S9s can mine at TNT before they will be switched off later in May.

L3+ mining (Litecoin) continues to be more resilient than expected. However, with the drop in prices per coin, even these machines are no longer generating significant revenue.

Finally, our GPU mining machines (mining Ethereum & Ethereum Classic), which is currently the most profitable technology to mine on a per kilowatt hour, will remain our best technology equipment. The longer-term threat is the planned obsolescence of these GPU machines for Ethereum mining by December 26, 2020 due to the 4GB design of the graphics cards.