# EXHIBIT 1
# (TNT Sale Approval Order)

# Douglas County PUD

1151 Valley Mall Parkway
East Wenatchee, WA 98802
Ph: (509)884-7191  Fax: (509)884-0553

## MOVE IN SERVICE ORDER

### SERVICE ORDER INFORMATION

Date:                                        Service Order Number

Ordered By:

Issued By:

Scheduled Date:                                                                 Initials:____

### CUSTOMER INFORMATION

| | |
|---|---|
| Customer Number: | DL #: |
| Name: | Phone: |
| Address: | Other Phone: |
| | Birth Date: |
| City: | Email: _____ |
| Employer: | Addl Contact: |

Initials:____

### ACCOUNT INFORMATION

| | |
|---|---|
| Account Number: | Description:                                            - |
| Address: | Meter: |
| City: | Lights: |

### BILLING INFORMATION

| | |
|---|---|
| Occupancy Charge:  $ 10.00 | Auto Pay:   Yes     No |
| Deposit: | SmartHub: _____ |
| DCCN: | |

Residential accounts are subject to a deposit of $150 up to $300 if account is not consistently paid over time.
Commercial accounts are subject to a deposit of up to two (2) times the estimated average monthly power bill.  Initials:____

In accordance with RCW 19.29A.060, Public Utility District No. 1 of Douglas County is required to disclose the fuel mix used to generate electricity serving their local load. Douglas PUD is proud to disclose that 100 percent of the power used to serve local customers comes from clean, renewable hydropower.

I hereby apply for electric service subject to the Customer Service Policies of PUD No. 1 of Douglas County, for which I agree to pay. I agree to abide by the Customer Service Policies. These policies are on file with the District, available for customer information and customers are urged to read them. They are subject to revision, amendment, deletion or change without no ice.

Customer Signature: _____