JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:** | Case No: 18-03197-FPC11 |
| GIGA WATT, INC | 2ND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN A |
| Debtor | CHAPTER 11 REORGANIZATION CASE |

The United States Trustee had previously appointed the following creditors of the above-named debtor to the committee of unsecured creditors.

Brett Woodward, Inc.
307 SW 2nd St.
Redmond, OR 97756
(541) 504-5538

Schmitt Electric, Inc.
1114 Walla Walla Ave.
Wenatchee, WA 98801
(509) 662-3518

Scott A. Glasscock
229 Craft Rd.
Brandon, FL 33511
(404) 632-7402

John T. Winslow
5544 Las Virgenes Rd. #99
Calabasas, CA 91302
(818) 862-1257

The committee is amended to remove the following creditor:

    Jun Dam
    2116 L St, Unit 2
    Antioch, CA 94509
    (415) 748-1113

D A T E D this 28th day of May, 2020.

                                          Respectfully submitted,

                                          GREGORY M. GARVIN
                                          Acting United States Trustee For Region 18

                                          /s/ James D. Perkins
                                          JAMES D. PERKINS
                                          Attorney for United States Trustee