JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: } Case No: 18-03197-FPC11

GIGA WATT, INC } 3RD **AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN A CHAPTER 11 REORGANIZATION CASE**

Debtor

The United States Trustee had previously appointed the following creditors of the above-named debtor to the committee of unsecured creditors.

Brett Woodward, Inc.
307 SW 2nd St.
Redmond, OR 97756
(541) 504-5538

Schmitt Electric, Inc.
1114 Walla Walla Ave.
Wenatchee, WA 98801
(509) 662-3518

Scott A. Glasscock
229 Craft Rd.
Brandon, FL 33511
(404) 632-7402

John T. Winslow
5544 Las Virgenes Rd. #99
Calabasas, CA 91302
(818) 862-1257

The committee is amended to add the following creditor:

    Thomas Braziel
    507 Capital LLC
    15 E. 67th St., 6th Floor
    New York, NY 10065
    (646) 650-5096

    D A T E D this 29th day of May, 2020.

    Respectfully submitted,

    GREGORY M. GARVIN
    Acting United States Trustee For Region 18

    /s/ James D. Perkins
    JAMES D. PERKINS
    Attorney for United States Trustee