1
2
3
4
5
6
7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

8
9

10  In re:

Case No. 18-03197 FPC 11

11  GIGA WATT, Inc., a Washington
corporation,

The Honorable Frederick P. Corbit

12                              Debtor.

**ORDER APPROVING
SETTLEMENT WITH PORT**

13

14

15        This matter came before the Court on the *Chapter 11 Trustee's Motion for*

16  *Order Approving Settlement with Port* (the "**Motion**").[1] The Court has reviewed

17  the Motion, the Memorandum of Points and Authorities that the Trustee filed in

18  support of the Motion, the Declaration of Mark D. Waldron in support of the

19  Motion, and the Agreement. The Court finds that (1) the settlement as set forth in

20  the Agreement is fair, reasonable and adequate, (2) good cause exists to approve

21  the Motion, (3) the decision to enter into the Agreement is supported by sound

22  ────────────────

23  [1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to
them in the Motion.

24  ────────────────

Order Approving Settlement With Port - Page 1

25

business reasons and is a proper exercise of the Trustee's business judgment, and

(4) notice of the Motion and hearing was sufficient, proper and adequate;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in its entirety;

2 The Agreement and the settlement contained therein are approved;

3. The Trustee is authorized and directed to enter into and perform his obligations under the Agreement, including paying $22,500 to the Port;

4. The Port's claims against the Estate are hereby deemed withdrawn with prejudice and without the need for further order or notice.

**/// END OF ORDER ///**

**PRESENTED BY:**

Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee*
4846-2016-6587, v. 3

Order Approving Settlement With Port - Page 2