Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC |
|---|---|
| GIGA WATT INC., Debtor | **MOTION TO REQUEST RECONSIDERATION OF ORDER APPROVING SALE OF TNT FACILITY AND TRAILER EQUIPMENT FREE AND CLEAR OF LIENS** |

## NOTICE

**PLEASE TAKE NOTICE** that creditor Jun Dam, in propria persona, has moved for an order granting a request for reconsideration of the Order Approving Sale of TNT Facility and Trailer Equipment Free and Clear of Liens. **IF YOU OPPOSE** the Motion you must file your written response with the court clerk, and request a hearing at P.O. Box 2164, W. 904 Riverside, Room 321, Spokane, WA 99210 on or before the response date, which is June 30th, 2020. **YOU MUST ALSO** serve a copy of any objection on the undersigned at 237 Kearny St. #9096, SF, CA 94108; on the Chapter 11 Trustee; and on the Office of the United States Trustee. **IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.**

18-03197-FPC7    Doc 610    Filed 06/05/20    Entered 06/05/20 11:25:19    Pg 1 of 10

## MOTION

**COMES NOW** creditor Jun Dam, in propria persona, moves to request the Court for reconsideration of the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens.

## BACKGROUND

Debtor is a hosting business that sold roughly $20 million in WTT tokens and over $27 million in mining machines to customers. WTT tokens effectively represent prepaid hosting access; each token represents the right to use the Giga Watt processing center's capacity, rent-free for 50 years, to accommodate 1 Watt's worth of mining equipment power consumption. These WTT token holder and miner owner customers are the primary creditors in this case. Debtor filed for bankruptcy on Nov 19th, 2018. The Chapter 11 Trustee restarted mining operations in Moses Lake in March, 2019 and TNT Facilities in August, 2019 using customer machines and facilities. The Grant County PUD increased electricity rates for cryptocurrency miners making mining at the Moses Lake facilities largely unprofitable. The Douglas County PUD is increasing electricity rates more gradually for cryptocurrency mining companies. Therefore, TNT Facilities will remain profitable and valuable for a number of years. There are three types of mining machines being used to mine various cryptocurrencies. The Antminer S9 machine is used to mine Bitcoin; the Antminer L3 machine is used to mine Litecoin; and the Alphaminer GPUs are used to mine Ethereum, but can be used to mine other less known cryptocurrencies as well. The configuration of mining machines can drastically affect profitability. The Chapter 11 Trustee moved to approve the TNT Facility sale and the Order was granted May 19th, 2020.

# ARGUMENT

**A. The TNT Facility can operate at significant profitability**

The TNT Facility can easily be made significantly profitable with a simple reconfiguration of operations. The debtor estate currently has about 1,200 GPU miners that are inoperational at Moses Lake and moving those mining machines to TNT Facilities would enable the estate to generate in excess of $100k per month and over $1.4 million over the year with no significant capital investment other than the cost to move GPU machines located at Moses Lake to TNT Facility. Mining machines do not all have to be moved at once to achieve significant profitability. Although there are risks in any business, projections of net cash flow using GPU machines at the TNT Facility could be over $5 million over 4.5yrs without any further capital investment. The TNT Facility should either be kept as a profitable going concern or sold at a considerably higher price. (See **Exhibit A**)

**B. The consideration received by the estate for TNT Facility sale is less than salvage value and the sale will likely result in irreparable harm to the estate.**

Upon an analysis of the estimated inventory at TNT Facilities and especially all the mining machines that are in dispute as non-estate property, there is a high likelihood the estate will owe more money to mining machine owners than the consideration the estate received. An analysis of the inventory of machines at TNT shows the total current value of machines after shipping costs to be roughly $317,000. Hence the Trustee sold the TNT Facilities, the power & property lease and mining machines for $200k which is less than the value of the mining machines alone. Hence the unreasonably low TNT sale price will cause irreparable harm to the estate. (See **Exhibit B**)

**C. Lawsuit being filed against Trustee and Trustee counsel**

Under Federal Rule of Civil Procedure 60(b)(3) and Rule 9024, orders may be reconsidered due to "fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party." Creditor Jun Dam is filing a lawsuit that claims in part that the Trustee and Trustee Counsel misrepresented to creditors and the Court about the urgency to sell TNT. Creditor Dam also claims Trustee and Trustee Counsel have breached their fiduciary duty to him and the estate and demonstrated gross negligence in hastily selling the TNT Facility without properly marketing the property, without a proper auction process and without considering the operational profitability of TNT. Their motion for the sale and bidding under shortened time was grossly negligent. The haste in selling TNT is the reason that the estate is receiving less than salvage value. Instead, a proper marketing process should have been conducted and any decision to sell should have been weighed against the potential profitability of TNT Facilities.

**D. WTT token holder asserts lease & power rights to TNT & Moses Lake facilities**

Creditor Jun Dam, one of the largest WTT token holders, asserts lease and power rights to TNT Facilities under § 365(h), hence the sale of the TNT Facility can not be made free and clear. In re Zota Petroleums, LLC, 482 B.R. 154 (Bankr. E.D. Va. 2012) a case that involved a 'free and clear' sale under § 365(f), a buyer received a leased property from a Chapter 11 debtor. The debtor simultaneously assumed and assigned the lease and rejected the sublease. The subtenant, however, opted under section 365(h) of the Bankruptcy Code to retain its rights under the sublease and remain a subtenant. The bankruptcy court held that the free and clear sale under section 363(f) did not extinguish the rights of the subtenant under section 365(h) to continue to pay rent and remain in the property. Thus, the "free and clear" buyer took the lease subject to the rights of the subtenant.

## CONCLUSION

**WHEREFORE,** upon new findings of fact and new considerations of law the Court should enter an order to reconsider the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens.

Dated this 1st day of June, 2020

/s/ Jun Dam
Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

# Exhibit A
(TNT Profitability Analysis)

Exhibit A – TNT Profitability Analysis

| User-Definable Inputs: | | | | BTC Price: | $9,658.39 |
|---|---|---|---|---|---|
| Capacity Utilization (0=Current Mix, 1=Max GPU, 2=Max S19 Pro): | 1 | | | LTC Price: | $47.45 |
| BTC Halvening Adjustment (0 = No Adjustment, 1 = Adjust): | 0 | | | ETH Price: | $243.19 |

* Max options assumes 3.3 MW in use

TNT Mining Site Valuation – Summary

| | 07/01/20 | 01/01/21 | 07/01/21 | 01/01/22 | 07/01/22 | 01/01/23 | 07/01/23 | 01/01/24 | 07/01/24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Miner Revenue: | $182,448 | $182,448 | $182,448 | $182,448 | $182,448 | $182,448 | $182,448 | $182,448 | $182,448 | |
| Effective Power Rate: | $0.0298 | $0.0324 | $0.0354 | $0.0386 | $0.0422 | $0.0461 | $0.0504 | $0.0552 | $0.0604 | |
| Power Cost: | -$40,492 | -$44,135 | -$48,142 | -$52,550 | -$57,399 | -$62,732 | -$68,599 | -$75,053 | -$82,152 | |
| Total Monthly OPEX: | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | |
| Mining Site Rent: | -$11,600 | -$11,600 | -$11,600 | -$11,600 | -$11,600 | -$11,600 | -$11,600 | -$11,600 | -$11,600 | |
| Monthly Net: | $120,356 | $116,713 | $112,706 | $108,298 | $103,449 | $98,116 | $92,249 | $85,795 | $78,696 | |
| Semi-Annual Net: | $722,138 | $700,280 | $676,236 | $649,789 | $620,696 | $588,694 | $553,492 | $514,770 | $472,176 | $5,498,271 |
| Earnings Multiple: | 2.0 | | | | | | | | | |
| Valuation at X Times Net Earnings: | $1,444,275 | $1,400,560 | $1,352,473 | $1,299,577 | $1,241,392 | $1,177,389 | $1,106,985 | $1,029,540 | $944,352 | |

Miners Currently in Use (Trustee-Provided Counts)

| | Daily Per Miner Revenue | Number Of Miners | Total Monthly Revenue | Current Allocated Power Cost | % of Rev |
|---|---|---|---|---|---|
| S9: | $1.19 | | $0 | $0 | 0.00% |
| S19 Pro: | $9.72 | | $0 | $0 | 0.00% |
| L3+: | $0.73 | | $0 | $0 | 0.00% |
| GPU Rigs: | $4.34 | 1,400 | $182,448 | -$40,492 | 100.00% |
| Grand Total Monthly Revenue: | | | $182,448 | -$40,492 | |

Power Cost Calculation

| | MH/S Hashrate Per Miner | Watts Per Miner | Total Megawatts | % |
|---|---|---|---|---|
| S9: | 13,500,000 | 1,320 | 0.0 | 0.0 |
| S19 Pro: | 110,000,000 | 3,250 | 0.0 | 0.0 |
| L3+: | 504 | 800 | 0.0 | 0.0 |
| GPU Rigs: | 240 | 1,350 | 1.9 | 3.0 |
| Grand Total Megawatts In Use: | | | 1.9 | <–Total Available Megawatts |
| Grand Total Kilowatts In Use: | | | 1890.0 | |
| Total Kilowatt Hours Per Month: | | | 1,360,800 | |

Douglas County Rate Program

| | Rate | +10% | +10% | +10% | +10% | +10% | +10% | +10% | +10% |
|---|---|---|---|---|---|---|---|---|---|
| Energy Charge – First 25,000 KWH: | $0.0256 | $0.0282 | $0.0310 | $0.0341 | $0.0375 | $0.0412 | $0.0454 | $0.0499 | $0.0549 |
| Energy Charge – 25,001 KWH to 49,999 KWH: | $0.0264 | $0.0290 | $0.0319 | $0.0351 | $0.0387 | $0.0425 | $0.0468 | $0.0514 | $0.0566 |
| Energy Charge – 50,000 KWH and over: | $0.0268 | $0.0295 | $0.0324 | $0.0357 | $0.0392 | $0.0432 | $0.0475 | $0.0522 | $0.0574 |

Page 1

18-03197-FPC7    Doc 610    Filed 06/05/20    Entered 06/05/20 11:25:19    Pg 7 of 10

Exhibit A - TNT Profitability Analysis

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | % Total KWH | [CALC] | [CALC] | [CALC] | [CALC] | [CALC] | [CALC] | [CALC] | [CALC] |
| Energy Charge – First 25,000 KWH: | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% |
| Energy Charge – 25,001 KWH to 49,999 KWH: | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% | 1.84% |
| Energy Charge – 50,000 KWH and over: | 96.33% | 96.33% | 96.33% | 96.33% | 96.33% | 96.33% | 96.33% | 96.33% | 96.33% |
| Effective Energy Charge Rate: | $0.0268 | $0.0294 | $0.0324 | $0.0356 | $0.0392 | $0.0431 | $0.0474 | $0.0522 | $0.0574 |

Monthly Power Cost Calculation

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Basic Charge: | -$14 | -$14 | -$14 | -$14 | -$14 | -$14 | -$14 | -$14 | -$14 |
| Energy Rate Charge: | -$36,429 | -$40,072 | -$44,080 | -$48,488 | -$53,336 | -$58,670 | -$64,537 | -$70,991 | -$78,090 |
| Demand Charge: | -$4,048 | -$4,048 | -$4,048 | -$4,048 | -$4,048 | -$4,048 | -$4,048 | -$4,048 | -$4,048 |
| Total Monthly Power Cost: | -$40,492 | -$44,135 | -$48,142 | -$52,550 | -$57,399 | -$62,732 | -$68,599 | -$75,053 | -$82,152 |
| Grand Total Effective Rate Per KW/h: | $0.0298 | $0.0324 | $0.0354 | $0.0386 | $0.0422 | $0.0461 | $0.0504 | $0.0552 | $0.0604 |

**Miner Mix Variations**

Trustee Miner Counts

| | Number Of Miners |
|---|---|
| S9: | 1,059 |
| S19 Pro: | 0 |
| L3+: | 470 |
| GPU Rigs: | 114 |

Full Capacity Miner Counts – GPU Only

| | Number Of Miners | MW |
|---|---|---|
| S9: | | |
| S19 Pro: | | |
| L3+: | | |
| GPU Rigs: | 2,222 | 3.0 |

Full Capacity Miner Counts – S19 Pro Only

| | Number Of Miners | MW |
|---|---|---|
| S9: | | |
| S19 Pro: | 923 | 3.0 |
| L3+: | | |
| GPU Rigs: | | |

18-03197-FPC7    Doc 610    Filed 06/05/20    Entered 06/05/20 11:25:19    Pg 8 of 10

**Exhibit B**
(Estimated Value Analysis - TNT Mining Machines)

## TNT SALE GW ESTATE MINERS

| Type | Total | Recent Ebay Sale Price | Total | Minus Shipping | Net |
|---|---|---|---|---|---|
| S9 | 1,274 | $50 | $63,700 | -$25,480 | $38,220 |
| L3 | 731 | $25 | $18,275 | -$14,620 | $3,655 |
| GPU | 476 | $550 | $261,800 | -$9,520 | $252,280 |
| d3 | 625 | $0 | $0 | | $0 |
| assorted unkw | 200 | $126 | $25,200 | -$4,000 | $21,200 |
| assorted l3 s9 | 50 | $38 | $1,900 | -$1,000 | $900 |
| assorted d3 l3 s9 | 50 | $38 | $1,900 | -$1,000 | $900 |
| doa gpu miners | 30 | $20 | $600 | -$600 | $0 |
| doa asics | 200 | $20 | $4,000 | -$4,000 | $0 |
| unknown asics | 80 | $20 | $1,600 | -$1,600 | $0 |
| | 3,716 | | $372,775 | -$55,620 | $317,155 |

### Shipping

| Units | Per Unit | Total |
|---|---|---|
| 1 | $30 | $30 |
| 10 | $15 | $150 |
| 50 | $10 | $500 |
| 61 | | $680 |

**Average Cost Per Unit:** $11
**Seems low so make it $20:** $20

Date: May 11th, 2020          Estimate: 50 machines per pallet