18-03197

## CONCLUSION

**WHEREFORE,** upon new findings of fact and new considerations of law the Court should enter an order to reconsider the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens.

Dated this 1st day of June, 2020

*[signature]*

Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com