Jun Dam (*Pro Se*)　　　　　　　　　　　The Honorable Frederick P. Corbit
237 Kearny #9096　　　　　　　　　　　　Chapter 11
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**NOTICE AND MOTION TO LIMIT NOTICE OF REQUEST FOR RECONSIDERATION OF ORDER APPROVING SALE OF TNT FACILITY AND TRAILER EQUIPMENT FREE AND CLEAR OF LIENS**

## NOTICE

**PLEASE TAKE NOTICE** that creditor Jun Dam, in propria persona, has moved for an order limiting notice for a motion granting a request for reconsideration of the Order Approving Sale of TNT Facility and Trailer Equipment Free and Clear of Liens. The Motion requests an order authorizing Jun Dam to serve the request for reconsideration of Order Approving Sale of TNT Facility and Trailer Equipment Free and Clear of Liens on the Trustee, United States Trustee, the Official Unsecured Creditors' Committee, the Creditors' Committee of WTT Token Holders and Miners, those requesting special notice, ECF participants, and the top 20 largest creditors as designated in the schedules filed by the Debtor. **IF YOU OPPOSE** the Motion you

must file your written response with the court clerk, and request a hearing at P.O. Box 2164, W. 904 Riverside, Room 321, Spokane, WA 99210 on or before the response date, which is June 30th, 2020. **YOU MUST ALSO** serve a copy of any objection on the undersigned at 237 Kearny St. #9096, SF, CA 94108; on the Chapter 11 Trustee; and on the Office of the United States Trustee. **IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.**

## MOTION

**COMES NOW** creditor Jun Dam, in propria persona, moves to request an order limiting notice for his motion granting a request for reconsideration of the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens.

## ARGUMENT

Pursuant to Rules 2002(m), and 9007 of the Federal Rules of Bankruptcy Procedure, the Court may designate the required notice for the motion to request reconsideration of the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens. Such notice should be limited to the Trustee, United States Trustee, the Official Unsecured Creditors' Committee, the Creditors' Committee of WTT Token Holder and Miners, those requesting special notice, ECF participants, and the top 20 largest creditors as designated in the schedules filed by the Debtor (the "Service Parties."). Given that a substantial number of the roughly 354 creditors in this case are represented by counsel for the Creditors' Committee of WTT Token Holder and Miners, that both the Trustee and Official Committee of Unsecured Creditors are represented by counsel, and that the remaining Service Parties are the most substantial and active creditors, the Court should limit notice in this matter to the Service Parties to avoid unnecessary cost, burden, and delay.

## CONCLUSION

**WHEREFORE**, The Court should enter an order authorizing Jun Dam to serve the motion to request reconsideration of the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens on the Service Parties only and for such other and further relief as may be just and proper.

Dated this 1st day of June, 2020

/s/ Jun Dam
Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com