Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor | Case No. 18-03197-FPC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO LIMIT NOTICE OF REQUEST FOR RECONSIDERATION OF ORDER APPROVING SALE OF TNT FACILITY AND TRAILER EQUIPMENT FREE AND CLEAR OF LIENS** |

**THIS MATTER** having come before the Court on the Motion of creditor Jun Dam, in propria persona, to request the Court to limit notice of request for reconsideration of Order Approving Sale of TNT Facility and Trailer Equipment Free and Clear of Liens (the "Motion"). The Court having considered the Motion, and the record in this case, concludes that pursuant to Rules 2002(m), and 9007 of the Federal Rules of Bankruptcy Procedure good cause exists to grant the Motion; now, therefore, it is

**ORDERED** that the Motion is hereby **GRANTED**; it is further

**ORDERED** that Jun Dam may serve the Motion on the Trustee, United States Trustee, the Official Unsecured Creditors' Committee, the Creditors' Committee of WTT Token Holder and Miners, those requesting special notice, ECF participants, and the top 20 largest creditors as designated in the schedules filed by the Debtor.

/// END OF ORDER///

Dated this __ day of June, 2020

/s/_____
Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com