## CONCLUSION

**WHEREFORE**, The Court should enter an order authorizing Jun Dam to serve the motion to request reconsideration of the Order Approving Sale of TNT Facility And Trailer Equipment Free and Clear of Liens on the Service Parties only and for such other and further relief as may be just and proper.

Dated this 1st day of June, 2020

Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com