MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:                                    )
                                          )      **Case No. 18-03197-FPC11**
GIGA WATT INC.                            )
                                          )
                                          )      **CHAPTER 11 TRUSTEE'S MONTHLY**
            Debtor.                       )      **FINANCIAL REPORT FOR MAY 2020**
_____)

    **COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of May 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for May 2020 (Exhibit 3), incorporated herein by reference.

    1.    <u>Condominium at Northwest Cliffe Point Road, Quincy, Washington</u>. The condominium remains actively listed for sale, with a list price of $384,950.00. This condominium is free and clear and has no obligations related thereto, except for monthly Condominium Owners Association dues and utility bills. The Trustee has procured insurance as well.

    2.    <u>TNT Facility</u>. By Order entered on May 19, 2020 (Docket No. 602), the Court approved the sale of the TNT facility to EcoChain, Inc. for $200,000.00. The sale closed and funded on May 20, 2020. The rent and utility payments remained current at the TNT

Monthly Financial Report -1-



Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

facility through the date of closing. In addition, pursuant to the terms of the Court-approved Super-Priority Unsecured Credit Agreement, the Estate paid the DIP lender **in full** from the TNT sale proceeds.

The Estate discontinued operations at the TNT facility on May 19, 2020. Mining revenues at TNT for May 2020 were $37,822.65.

3. <u>Pangborn Site</u>. As indicated in the Monthly Financial Report for April 2020, the Court approved the sale of equipment at Pangborn on April 9, 2020 (Docket No. 540). Removal of the equipment and clean-up of the Pangborn site by the purchaser is continuing, having been extended by agreement between the parties to June 6, 2020.

4. <u>Settlement with Chelan Douglas Regional Port Authority</u>. On May 5, 2020, the Estate entered into a Settlement Agreement with Chelan Douglas Regional Port Authority (formerly Port of Douglas County) related to a Land Lease and liens resulting from Giga Watt's breach thereof (see Proof of Claim No. 65 in the amount of $662,994.09). A motion to approve the settlement was filed with this Court on May 5, 2020 (Docket No. 578). No objections were filed and Trustee anticipates entry of an Order approving the Settlement Agreement, after which the Trustee will issue payment to the Port in the amount of $22,500.00 in exchange for the Port withdrawing its Proof of Claim, among other settlement terms.

5. <u>Termination of Consultants</u>. Due to the shutdown of the Moses Lake facility, the Estate has now laid off the remaining consultants, David Knowles and Lauren Miehe, although Mr. Miehe has agreed to make himself available on an as-needed basis.

6. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

7.     For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of May 2020 were **$147,579.85.** The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this _10th_ day of June, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

## Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 05/01/20 - 05/31/20 | | Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/20 | | EcoChain, Inc. | Earnest money deposit for purchase of TNT facility | 4007-000 | 20,000.00 | | 285,665.71 |
| 05/01/20 | | Randy Michelson | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 25,000.00 | 260,665.71 |
| 05/04/20 | 430 | NCW Consulting LLC | Invoice dated 5-3-20 (through 5-1-20) | 6007-013 | | 5,475.00 | 255,190.71 |
| 05/04/20 | 431 | Aggle LLC | Invoice dated 5-3-20 (through 5-1-20) | 6007-013 | | 2,240.00 | 252,950.71 |
| 05/04/20 | 432 | A Harrison Consulting LLC | Invoice dated 5-3-20 (through 4-22-20) | 6007-013 | | 270.00 | 252,680.71 |
| 05/04/20 | 433 | Waste Management of Wenatchee | Customer ID#19-19019-33003, Invoice #1886434-2674-8 (tTNT) | 6010-000 | | 123.15 | 252,557.56 |
| 05/04/20 | 434 | Insta Stor Inc. | Invoice #3938 (storage container rental through May 2020) | 6004-000 | | 135.25 | 252,422.31 |
| 05/04/20 | 435 | Douglas County PUD | Account #735917, utilities for April (TNT) | 6010-000 | | 43,800.00 | 208,622.31 |
| 05/04/20 | 436 | Mark D. Waldron | Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | 6002-001 | | 2,146.56 | 206,475.75 |
| 05/07/20 | | TNT facility | Mining operations | 4001-000 | 17,915.04 | | 224,390.79 |
| 05/11/20 | | Skyler Simpson | Sale of 2004 Chevrolet Avalanche per Order (Docket No. 589) | 4007-000 | 3,000.00 | | 227,390.79 |
| 05/11/20 | 437 | LocalTel | Account #61297, Statement dated 4/30/20 (TNT) | 6010-000 | | 114.85 | 227,275.94 |
| 05/14/20 | | Aggle LLC | Sale of 2000 Ford F650, per Order (Docket No. 589) | 4007-000 | 3,000.00 | | 230,275.94 |
| 05/14/20 | | TNT facility | Mining operations | 4001-000 | 13,639.20 | | 243,915.14 |
| 05/19/20 | 438 | NCW Consulting LLC | Invoice dated 5-17-20 (TNT facility through 5-15-20) | 6007-013 | | 5,925.00 | 237,990.14 |
| 05/19/20 | 439 | Aggle LLC | Invoice dated 5-17-20 (TNT facility through 5-15-20) | 6007-013 | | 2,016.00 | 235,974.14 |
| | | | | Subtotals : | $57,554.24 | $87,245.81 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC |
|---|---|
| Case Name: | GIGA WATT INC. |
| Taxpayer ID #: | 81-4797010 |
| Period: | 05/01/20 - 05/31/20 |

| Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ********25 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/20 | 440 | A Harrison Consulting LLC | Invoice dated 5-17-20 (TNT facility through 5-15-20) | 6007-013 | | 330.00 | 235,644.14 |
| 05/20/20 | | EcoChain, Inc. | Balance of gross proceeds for sale of TNT facility | 4007-000 | 183,577.37 | | 419,221.51 |
| 05/21/20 | | TNT facility | Mining operations | 4001-000 | 6,268.41 | | 425,489.92 |
| 05/27/20 | 441 | NCW Consulting LLC | Invoice dated 5-22-20 (through 5-20-20) | 6007-013 | | 1,875.00 | 423,614.92 |
| 05/27/20 | 442 | A Harrison Consulting LLC | Invoice dated 5-22-20 (through 5-20-20) | 6007-013 | | 300.00 | 423,314.92 |
| 05/27/20 | 443 | Agile LLC | Invoice dated 5-22-20 (through 5-20-20) | 6007-013 | | 672.00 | 422,642.92 |
| 05/27/20 | | Washington State Department of Revenue | B&O taxes due for April 2020 | 6006-002 | | 1,371.15 | 421,271.77 |
| 05/28/20 | | Randy Michelson | Payment in full of remaining balance under Super-Priority Unsecured Credit Agreement (TNT) | 6004-000 | | 55,785.89 | 365,485.88 |

|  |  |  |  |  | 4,917,863.99 | 147,579.85 | $365,485.88 |
|---|---|---|---|---|---|---|---|

### ACCOUNT TOTALS

| | | |
|---|---|---|
| 14 | Checks | 65,422.81 |
| 3 | Adjustments Out | 82,157.04 |
| 0 | Transfers Out | 0.00 |
| | Total | $147,579.85 |

### TOTAL - ACCOUNT ********25

| | | |
|---|---|---|
| | Balance Forward | 265,665.71 |
| 2 | Deposits | 6,000.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $271,665.71 |
| 5 | Adjustments In | 241,400.02 |
| 0 | Transfers In | 0.00 |
| | Total | $513,065.73 |

{} Asset reference(s)


# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 05/01/20 - 05/31/20

### Income

**4001-000  Revenue from Operating Business**

| | | | | | |
|---|---|---|---|---|---|
| 4001-000 | Revenue from Operating Business | | | | |
| 05/07/20 | Dep. Adj.: 142 | 3910019625 | TNT facility | | $17,915.04 |
| | | | Mining operations | | |
| 05/14/20 | Dep. Adj.: 143 | 3910019625 | TNT facility | | $13,639.20 |
| | | | Mining operations | | |
| 05/21/20 | Dep. Adj.: 145 | 3910019625 | TNT facility | | $6,268.41 |
| | | | Mining operations | | |
| | | | | | $37,822.65 |

**4007-000  Liquidation of Personal Property**

| | | | | | |
|---|---|---|---|---|---|
| 4007-000 | Liquidation of Personal Property | | | | |
| 05/01/20 | Dep. Adj.: 141 | 3910019625 | EcoChain, Inc. | | $20,000.00 |
| | | | Earnest money deposit for purchase of TNT facility | | |
| 05/11/20 | Deposit: 100029-1 | 3910019625 | Skyler Simpson | | $3,000.00 |
| | | | Sale of 2004 Chevrolet Avalanche per Order (Docket No. 589) | | |
| 05/14/20 | Deposit: 100030-1 | 3910019625 | Aggle LLC | | $3,000.00 |
| | | | Sale of 2000 Ford F650, per Order (Docket No. 589) | | |
| 05/20/20 | Dep. Adj.: 144 | 3910019625 | EcoChain, Inc. | | $183,577.37 |
| | | | Balance of gross proceeds for sale of TNT facility | | |
| | | | | | $209,577.37 |

**Total Income** — **$247,400.02**

### Expenses

**6002-000  Trustee Fees & Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 6002-001 | Trustee Compensation | | | | |
| 05/04/20 | Check: 436 | 3910019625 | Mark D. Waldron | $2,146.56 | |
| | | | Partial payment of Trustee fees per Order entered 11-20-19 (Docket No. 422) | | |
| | | | | | $2,146.56 |
| | | | | | $2,146.56 |

**6004-000  Costs to Secure/Maintain Property**

| | | | | | |
|---|---|---|---|---|---|
| 6004-000 | Costs to Secure/Maintain Property | | | | |
| 05/01/20 | Disb. Adj.: 140 | 3910019625 | Randy Michelson | | $25,000.00 |
| | | | Loan payment per Super-Priority Unsecured Credit Agreement (TNT) | | |
| 05/04/20 | Check: 434 | 3910019625 | Insta Stor Inc. | | $135.25 |
| | | | Invoice #3938 (storage container rental through May 2020) | | |
| 05/28/20 | Disb. Adj.: 146 | 3910019625 | Randy Michelson | | $55,785.89 |
| | | | Payment in full of remaining balance under Super-Priority Unsecured Credit Agreement (TNT) | | |
| | | | | | $80,921.14 |

**6006-002  Taxes - State**

| | | | | | |
|---|---|---|---|---|---|
| 6006-002 | Taxes - State | | | | |
| 05/27/20 | Dep. Rev.: 147 | 3910019625 | Washington State Department of Revenue | | $1,371.15 |
| | | | B&O taxes due for April 2020 | | |
| | | | | | $1,371.15 |

**6007-000  Professional Fees & Expenses**

**6007-013  Consultant for Trustee Fees**

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 05/04/20 | Check: 430 | 3910019625 | NCW Consulting LLC<br>Invoice dated 5-3-20 (through 5-1-20) | $5,475.00 |
| 05/04/20 | Check: 431 | 3910019625 | Aggle LLC<br>Invoice dated 5-3-20 (through 5-1-20) | $2,240.00 |
| 05/04/20 | Check: 432 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 5-3-20 (through 4-22-20) | $270.00 |
| 05/19/20 | Check: 438 | 3910019625 | NCW Consulting LLC<br>Invoice dated 5-17-20 (TNT facility through 5-15-20) | $5,925.00 |
| 05/19/20 | Check: 439 | 3910019625 | Aggle LLC<br>Invoice dated 5-17-20 (TNT facility through 5-15-20) | $2,016.00 |
| 05/19/20 | Check: 440 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 5-17-20 (TNT facility through 5-15-20) | $330.00 |
| 05/27/20 | Check: 441 | 3910019625 | NCW Consulting LLC<br>Invoice dated 5-22-20 (through 5-20-20) | $1,875.00 |
| 05/27/20 | Check: 442 | 3910019625 | A Harrison Consulting LLC<br>Invoice dated 5-22-20 (through 5-20-20) | $300.00 |
| 05/27/20 | Check: 443 | 3910019625 | Aggle LLC<br>Invoice dated 5-22-20 (through 5-20-20) | $672.00 |
| | | | | $19,103.00 |
| | | | | $19,103.00 |

**6010-000  Other Expenses**

**6010-000  Other Expenses**

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 05/04/20 | Check: 433 | 3910019625 | Waste Management of Wenatchee<br>Customer ID#19-19019-33003, Invoice #1886434-2674-8 (tTNT) | $123.15 |
| 05/04/20 | Check: 435 | 3910019625 | Douglas County PUD<br>Account #735917, utilities for April (TNT) | $43,800.00 |
| 05/11/20 | Check: 437 | 3910019625 | LocalTel<br>Account #61297, Statement dated 4/30/20 (TNT) | $114.85 |
| | | | | $44,038.00 |

| | |
|---|---|
| **Total Expenses** | **$147,579.85** |
| **Net Income** | **$99,820.17** |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com




Member **FDIC**

Period Covered:
May 01, 2020 - May 29, 2020
Page 1 of 7

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED

JUN 10 2020

Law Offices of
Mark D. Waldron, PLLC

Case Number       18-03197-FPC11
Case Name       GIGA WATT INC
      DEBTOR

Trustee Number       670070
Trustee Name       Mr. Mark D. Waldron
      TRUSTEE

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910019625 | $278,730.71 | $368,932.88 |
| Total | | $278,730.71 | $368,932.88 |

## TRUSTEE CHECKING

**Account Number: 3910019625**

| Enclosures | 14 | Beginning Balance | $278,730.71 |
|---|---|---|---|
| | | +Total Additions | $247,400.02 |
| | | -Total Subtractions | $157,197.85 |
| | | Ending Balance | $368,932.88 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 425 | 05-15 | $280.00 |
| 426 | 05-11 | $11,900.00 |
| 427 | 05-06 | $150.00 |
| 428 | 05-12 | $585.00 |
| 429 | 05-13 | $150.00 |
| 430 | 05-11 | $5,475.00 |
| 431 | 05-11 | $2,240.00 |
| 433* | 05-11 | $123.15 |
| 434 | 05-12 | $135.25 |
| 435 | 05-12 | $43,800.00 |
| 436 | 05-05 | $2,146.56 |
| 437 | 05-20 | $114.85 |
| 438 | 05-26 | $5,925.00 |
| 439 | 05-22 | $2,016.00 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | WIRE TO RANDY MICHELSON | $25,000.00 |
| 05-27 | WA DEPT REVENUE TAX PYMT 200526 CCD | $1,371.15 |
| 05-28 | WIRE TO Randy Michelson | $55,785.89 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Member
**FDIC**

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 05-01 | WIRE FROM ONLINE BANKING MECHANIC | $20,000.00 |
| 05-07 | WIRE FROM COINME INC | $17,915.04 |
| 05-14 | REMOTE DEPOSIT REF#0100029 | $3,000.00 |
| 05-14 | WIRE FROM COINME INC | $13,639.20 |
| 05-15 | REMOTE DEPOSIT REF#0100030 | $3,000.00 |
| 05-20 | WIRE FROM MECHANICAL TECHNOLOGY I | $183,577.37 |
| 05-21 | WIRE FROM COINME INC | $6,268.41 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-01 | $273,730.71 | 05-05 | $271,584.15 | 05-06 | $271,434.15 |
| 05-07 | $289,349.19 | 05-11 | $269,611.04 | 05-12 | $225,090.79 |
| 05-13 | $224,940.79 | 05-14 | $241,579.99 | 05-15 | $244,299.99 |
| 05-20 | $427,762.51 | 05-21 | $434,030.92 | 05-22 | $432,014.92 |
| 05-26 | $426,089.92 | 05-27 | $424,718.77 | 05-28 | $368,932.88 |