So Ordered.

Dated: June 11th, 2020

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**ORDER APPROVING SETTLEMENT WITH PORT** |

This matter came before the Court on the *Chapter 11 Trustee's Motion for Order Approving Settlement with Port* (the "**Motion**").[1] The Court has reviewed the Motion, the Memorandum of Points and Authorities that the Trustee filed in support of the Motion, the Declaration of Mark D. Waldron in support of the Motion, and the Agreement. The Court finds that (1) the settlement as set forth in the Agreement is fair, reasonable and adequate, (2) good cause exists to approve the Motion, (3) the decision to enter into the Agreement is supported by sound

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Order Approving Settlement With Port - Page 1

business reasons and is a proper exercise of the Trustee's business judgment, and (4) notice of the Motion and hearing was sufficient, proper and adequate;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in its entirety;

2. The Agreement and the settlement contained therein are approved;

3. The Trustee is authorized and directed to enter into and perform his obligations under the Agreement, including paying $22,500 to the Port;

4. The Port's claims against the Estate are hereby deemed withdrawn with prejudice and without the need for further order or notice.

*/// END OF ORDER ///*

**PRESENTED BY:**

Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee*
4846-2016-6587, v. 3

Order Approving Settlement With Port - Page 2