# Notice Recipients

District/Off: 0980–2          User: notice          Date Created: 6/11/2020

Case: 18–03197–FPC11          Form ID: pdf002          Total: 4

**Recipients of Notice of Electronic Filing:**

tr          Mark Waldron      trustee@mwaldronlaw.com

aty         Benjamin A Ellison      benaellison@gmail.com

aty         Pamela Marie Egan      pegan@potomaclaw.com

aty         William L Hames      billh@hawlaw.com

TOTAL: 4