So Ordered.

Dated: June 17th, 2020

*Frederick P. Corbit* (signature)

**Frederick P. Corbit**
**Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>　　　　Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO RETAIN BEVERIDGE & DIAMOND P.C. AS SPECIAL COUNSEL** |

This matter came to be heard on May 28, 2020 at 1:30 p.m. (the "**Hearing**"). Based upon the record before the Court, including the *Application for Order Approving Employment* filed by the Official Committee of Unsecured Creditors on December 16, 2019 [Doc 436] (the "**Committee Application**") which the Court granted pursuant to its *Order Approving Employment Under 11 U.S.C. § 1103 for Special Counsel for the Unsecured Creditors Committee*, entered on the docket on February 21, 2020 [Doc 492] (the "**Committee Employment Order**"), and the Court having stated its findings of fact and

ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO RETAIN BEVERIDGE & DIAMOND P.C. AS SPECIAL COUNSEL, etc. - Page 1

conclusions of law at the Hearing, which are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure:

IT IS HEREBY ORDERED

    1. That the Trustee is authorized to retain Beveridge & Diamond P.C. as special counsel to the Trustee to conduct formal discovery, under FRBP 2004, with respect to the *Interconnection and Services Agreement* between Giga Watt, Inc. and the Public Utility District No. 1, Douglas County, Washington, dated March 7, 2017, including related agreements and actions of the Public Utility District.

    2. The employment of Beveridge & Diamond P.C. shall be consistent with the terms and conditions of the Committee Application and of the Committee Employment Order, except that (a) subject to the Court's oral comments at the Hearing and/or the Committee's right to bring further motion, Eric Christensen and Beveridge & Diamond P.C. shall, as of entry of this Order, represent the Chapter 11 Trustee; and (b) the scope of the discovery authorized by this Order is limited to the claims alleged in the Motion of the Committee of Unsecured Creditors for Authorization to File Adversary Proceeding Against Douglas County PUD [Dkt. 533].

    3. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. § 330.

ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO RETAIN BEVERIDGE & DIAMOND P.C. AS SPECIAL COUNSEL, etc. - Page 2

APPROVED AS TO FORM:

| **U.S. TRUSTEE'S OFFICE** | **SALISH SEA LEGAL** |
|---|---|
| /s/ James D. Perkins | /s/ Benjamin Ellison |
| James D. Perkins, WSBA No. 12996<br>  *Attorney for U.S. Trustee* | Benjamin Ellison, WSBA No. 48315<br>  *Attorney for the Official Committee of Unsecured Creditors* |
| **PAINE HAMBLEN LLP** | **BEVERIDGE & DIAMOND PC** |
| /s/ Kathryn McKinley | /s/ Eric Christensen |
| Kathryn McKinley, WSBA No. 25105<br>  *Attorney for the Public Utility District No. 1 of Douglas County, Washington* | Eric Christensen, WSBA No. 27934<br>  *Proposed Special Counsel for Chapter 11 Trustee* |

PRESENTED BY:

**POTOMAC LAW GROUP, PLLC**

/s/ Pamela M. Egan
_____
Pamela M. Egan, WSBA No. 54736
1905 7th Avenue W
Seattle, WA 98119
(415) 297-0132
  *Attorneys for Mark D. Waldron, as Chapter 11 Trustee*

### /// END OF ORDER ///

ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO RETAIN BEVERIDGE & DIAMOND P.C. AS SPECIAL COUNSEL, etc. - Page 3