# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 6/17/2020 |
| Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | benaellison@gmail.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Kathryn R McKinley | kathryn.mckinley@painehamblen.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |

TOTAL: 5

18-03197-FPC7    Doc 623-1    Filed 06/17/20    Entered 06/17/20 17:02:50    Pg 1 of 1