**So Ordered.**

**Dated: June 18th, 2020**



**Frederick P. Corbit
Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation<br><br>Debtor. | Case No. 18-03197-FPC11<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

THIS MATTER came before the court on Jun Dam's Motion for Reconsideration (ECF No. 610). The court reviewed the files and records herein, heard comments from debtor's counsel, and was fully advised in the premises.

1. Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law.

IT IS ORDERED that Mr. Dam's Motion for Reconsideration (ECF No. 610) is **DENIED**.

///End of Order///

**ORDER DENYING MOTION FOR RECONSIDERATION**