# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 6/18/2020 |
| Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Mark Waldron      trustee@mwaldronlaw.com
aty      Pamela Marie Egan      pegan@potomaclaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Jun Dam      237 Kearny #9096      San Francisco, CA 94108
4035638      John T. Winslow      5544 Las Virgenes Road #99      Calabasas, CA 91302

TOTAL: 2