```
                        United States Bankruptcy Court
                         Eastern District of Washington
In re:                                                          Case No. 18-03197-FPC
GIGA WATT INC                                                   Chapter 11
         Debtor                CERTIFICATE OF NOTICE
District/off: 0980-2         User: notice              Page 1 of 2          Date Rcvd: Jun 18, 2020
                             Form ID: pdf002           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
cr             +Jun Dam,   237 Kearny #9096,   San Francisco, CA 94108-4502
4035638        +John T. Winslow,   5544 Las Virgenes Road #99,   Calabasas, CA 91302-3446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Adam C. Doupe    on behalf of Interested Party    Allrise Financial Group doupe@ryanlaw.com,
               doupear96329@notify.bestcase.com
              Angie Lee    on behalf of Creditor    Washington State Taxing Agencies bculee@atg.wa.gov
              Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee
               benaellison@gmail.com
              Benjamin J McDonnell    on behalf of Creditor    Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Creditor David M Carlson ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
               lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
              Brian A. Walker    on behalf of Defendant Jeffrey Field bwalker@omwlaw.com,   rgrim@omwlaw.com
              Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC ,
               diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
              Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com,
               luksetich@lasher.com
              David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com,
               debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com
              David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com,
               amber@overcastlaw.com,lindat@overcastlaw.com,
               debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com
              David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com,  amy@dadkp.com
              Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt
               Inc. dscalia@lawdbs.com,   paralegal@lawdbs.com
              Dominique R Scalia    on behalf of Attorney    DBS Law dscalia@lawdbs.com,   paralegal@lawdbs.com
              Douglas A. Hofmann    on behalf of Creditor Refael   Sofair dhofmann@williamskastner.com,
               kmejia@williamskastner.com
              Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
              Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com,
               danderson@pcslegal.com
              James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov
              Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com,
               ncross@pyklawyers.com
              Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com,   ncross@pyklawyers.com
              Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com,
               ncross@pyklawyers.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com, ncross@pyklawyers.com

          Jason T Piskel    on behalf of Creditor     Clever Capital, LLC jtp@pyklawyers.com, ncross@pyklawyers.com

          John  Knox    on behalf of Creditor Refael  Sofair jknox@williamskastner.com, rnelson@williamskastner.com

          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com

          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com

          Mark  Waldron    trustee@mwaldronlaw.com, mark@mwaldronlaw.com

          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com

          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com

          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com, quentin@dadkp.com

          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com, castro.ava@gmail.com

          Samuel  Dart    on behalf of Creditor    Non-Profit Creditors' Committee of WTT Token Holders and Miners sdart@eisenhowerlaw.com

          Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com

          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

          Tara J. Schleicher    on behalf of Interested Party    EcoChain, Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov

          Vanessa Pierce Rollins    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com

          Vanessa Pierce Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com

          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com,debbies@hawlaw.com

                                                                                              TOTAL: 42

So Ordered.

Dated: June 18th, 2020



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT, Inc., a Washington corporation | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| Debtor. | |

    THIS MATTER came before the court on Jun Dam's Motion for Reconsideration (ECF No. 610). The court reviewed the files and records herein, heard comments from debtor's counsel, and was fully advised in the premises.

    1.    Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law.

    IT IS ORDERED that Mr. Dam's Motion for Reconsideration (ECF No. 610) is **DENIED**.

///End of Order///

**ORDER DENYING MOTION FOR RECONSIDERATION**