20-80020
RECEIVED JUN 15 2020

59. Defendants exhibited gross negligence, lack of business judgment and incompetence when they failed to conduct a proper bidding process for the sale of TNT.

60. Defendant Egan made misrepresentations to mining machine owners to discourage them to request their mining machines back and exhibited gross incompetence and negligence in her arguments of mining machine ownership.

61. Defendant Egan has exhibited gross incompetence in understanding the nature of the debtor as a hosting company and has made misrepresentations to the court.

62. Defendants exhibited incompetence, extreme bias and misrepresentations to promote a convoluted securities argument, turn the bankruptcy upside down and attempt to subordinate secured creditors into equity holders so the estate would have more money to pay for legal administration claims.

63. Defendants' actions in selling the TNT Facility and failing to find the most straightforward resolution to this case has caused irreparable harm of over $2.8 million in damages to Plaintiff and over $20 million against the estate in potential claims recovery and have resulted in the unjust enrichment of Defendants and legal administrators of this case.

64. Wherefore, Plaintiff prays for judgement against the Defendants to pay monetary damages of $2.836 million or amounts the Court deems appropriate and just.

Dated this 1st day of June, 2020

_____
Pro Se
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com