# Notice Recipients

District/Off: 0980–2          User: notice               Date Created: 6/25/2020
Case: 18–03197–FPC11          Form ID: ntcnfee            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Jun Dam        237 Kearny #9096        San Francisco, CA 94108

                                                                        TOTAL: 1