In re:                                                    Case No. 18-03197-FPC
GIGA WATT INC                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2          User: notice          Page 1 of 2          Date Rcvd: Jun 25, 2020
                              Form ID: ntcnfee       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
cr              +Jun Dam,    237 Kearny #9096,    San Francisco, CA 94108-4502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          Adam C. Doupe    on behalf of Interested Party   Allrise Financial Group doupe@ryanlaw.com,
           doupear96329@notify.bestcase.com
          Angie Lee    on behalf of Creditor    Washington State Taxing Agencies bculee@atg.wa.gov
          Benjamin A Ellison    on behalf of Creditor Committee   Unsecured Creditors' Committee
           benaellison@gmail.com
          Benjamin J McDonnell    on behalf of Creditor    Clever Capital, LLC ben@pyklawyers.com,
           lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
          Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com,
           lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
          Benjamin J McDonnell    on behalf of Creditor David M Carlson ben@pyklawyers.com,
           lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
          Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com,
           lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
          Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com,
           lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com
          Brian A. Walker    on behalf of Defendant Jeffrey  Field bwalker@omwlaw.com,  rgrim@omwlaw.com
          Christopher F Ries    on behalf of Creditor   Neppel Electrical & Controls, LLC ,
           diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com
          Danial D Pharris    on behalf of Creditor   NC Machinery Co. pharris@lasher.com,
           luksetich@lasher.com
          David A Kazemba    on behalf of Creditor   MLDC1, LLC dkazemba@overcastlaw.com,
           amber@overcastlaw.com,lindat@overcastlaw.com,
           debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com
          David A Kazemba    on behalf of Creditor   Giga Plex, LLC dkazemba@overcastlaw.com,
           amber@overcastlaw.com,lindat@overcastlaw.com,
           debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com
          David R Law    on behalf of Creditor   Port of Douglas County david@dadkp.com,  amy@dadkp.com
          Dominique R Scalia    on behalf of Interested Party   Unsecured Creditors Committee of Giga Watt
           Inc. dscalia@lawdbs.com,  paralegal@lawdbs.com
          Dominique R Scalia    on behalf of Attorney   DBS Law dscalia@lawdbs.com,  paralegal@lawdbs.com
          Douglas A. Hofmann    on behalf of Creditor Refael  Sofair dhofmann@williamskastner.com,
           kmejia@williamskastner.com
          Gary W Dyer    on behalf of U.S. Trustee   US Trustee Gary.W.Dyer@usdoj.gov
          Gretchen J. Hoog    on behalf of Attorney   Emerald City Statewide LLC ghoog@pcslegal.com,
           danderson@pcslegal.com
          James D Perkins    on behalf of U.S. Trustee   US Trustee james.perkins@usdoj.gov
          Jason T Piskel    on behalf of Defendant   Enterprise Focus, Inc. jtp@pyklawyers.com,
           ncross@pyklawyers.com
          Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com,  ncross@pyklawyers.com
          Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com,
           ncross@pyklawyers.com
          Jason T Piskel    on behalf of Defendant   Clever Capital, LLC jtp@pyklawyers.com,
           ncross@pyklawyers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com,
           ncross@pyklawyers.com
          John  Knox    on behalf of Creditor Refael  Sofair jknox@williamskastner.com,
           rnelson@williamskastner.com
          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group sakay@ryanlaw.com,
           docketing@ryanlaw.com
          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com,
           ads@painehamblen.com
          Mark  Waldron    trustee@mwaldronlaw.com,  mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com,
           quentin@dadkp.com
          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com,
           castro.ava@gmail.com
          Samuel  Dart    on behalf of Creditor    Non-Profit Creditors' Committee of WTT Token Holders and
           Miners sdart@eisenhowerlaw.com
          Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
           fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com,
           DLevitin@williamskastner.Com
          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc.
           sbrennan@outsidegeneralcounsel.com,  admin@outsidegeneralcounsel.com
          Tara J. Schleicher    on behalf of Interested Party    EcoChain, Inc. tara.schleicher@foster.com,
           kesarah.rhine@foster.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa Pierce  Rollins    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com
          Vanessa Pierce  Rollins    on behalf of Creditor David M Carlson vprollins@gmail.com
          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
           mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com
                                                                              TOTAL: 42



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Case Number: **18–03197–FPC11**

**GIGA WATT INC**
(Debtor)

Chapter: **11**

**NOTICE OF FEES DUE**

To: Jun Dam, Pro Se

A $298.00 filing fee was no received with the recently filed Notice of Appeal.

PAYMENT OPTIONS AND INSTRUCTIONS: **Online** – Payment of the remaining filing fees from debtors may be paid using a debit card, ACH, or PayPal. Visit www.waeb.uscourts.gov and select *Online Payments* from the main page. **Mail** – Payment of the fee from debtors must be in the form of cashier's check or money order in U.S. funds, and made payable to: CLERK, UNITED STATES COURT. Payments should be mailed to U.S. Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210–2164. No cash accepted.

Date: June 25, 2020

CLERK OF COURT

/s/ Nydia Urlacher

Deputy Clerk