Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION FOR RULE 2004 ORDER** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), hereby moves the Court for an *ex parte* order directing Perkins Coie LLP ("**Perkins Coie**") to produce to the Trustee at the offices of Potomac Law Group, PLLC, 1905 7th Ave. W, Seattle, WA 98119 the documents described in **Exhibit A** hereto on or before Tuesday, July 14, 2020 at 12:00 p.m.

The purpose of the examination is to inquire into certain facts and circumstances surrounding Giga Watt's "Initial Coin Offering" that it conducted jointly with Giga Watt Pte. Ltd and a second affiliate, Cryptonomos Pte. Ltd.

Chapter 11 Trustee's *Ex Parte* Motion for Rule 2004 Order - Page 1

Additional information regarding that public offering is set forth in the Trustee's Interim Report dated July 2, 2020.

This Motion is brought pursuant to 11 U.S.C. § 105, Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules of this Court.

This Motion is without prejudice to the Trustee's right, and the Trustee expressly reserves the right, to request further documents and an examination pursuant to further Order of this Court.

Dated: July 3, 2020

POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

## **CERTIFICATION OF CONFERRAL**

Pursuant to L.B.R. 2004-1, I hereby certify that on behalf of the Trustee that I attempted to coordinate the time and place of the production requested herein by sending the letter attached hereto as **Exhibit B**. Perkins Coie L.L.P. declined the request, as also set forth in **Exhibit B**.

Dated this 3rd day of July 2020.

   */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

4825-8593-4017, v. 1

Chapter 11 Trustee's *Ex Parte* Motion for Rule 2004 Order - Page 2

18-03197-FPC7    Doc 632    Filed 07/03/20    Entered 07/03/20 18:02:11    Pg 2 of 2