# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

Chapter 11

**EX PARTE ORDER FOR RULE 2004 EXAMINATION OF PERKINS COIE LLP**

THIS MATTER having come before the Court on the motion of Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), who desires to examine Perkins Coie LLP and for cause having been shown, NOW THEREFORE, it is hereby

ORDERED that Perkins Coie LLP shall produce to the Trustee and his designated counsel at the offices of Potomac Law Group PLLC, 1905 7th Ave. W, Seattle, Washington 98119 any and all documents in its possession, custody or control described in **Exhibit A** attached hereto on or before Tuesday, July 14,

EX PARTE ORDER FOR 2004 EXAMINATION
OF PERKINS COIE LLP - Page 1

1  2020 at 12:00 p.m. This order may be served upon Perkins Coie LLP by email
2  through its general counsel, Matt Gehringer at MGehringer@perkinscoie.com .
3  ///END OF ORDER///

PRESENTED BY:
POTOMAC LAW GROUP PLLC

By  /s/ Pamela M. Egan
    Pamela M. Egan, WSBA #54736
    (admitted *pro hac vice*)
1905 7th Avenue West
Seattle, Washington 98119
Phone: (415) 297-0132
Email: pegan@potomaclaw.com

EX PARTE ORDER FOR 2004 EXAMINATION
OF PERKINS COIE LLP - Page 2