Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare and certify that I am over the age of 18 years and that I served a true and correct file-stamped copy of (1) the *Trustee's Interim Report re Investigation of Public Offering* [Doc 631] ("Interim Report"), (2) the *Chapter 11 Trustee's Ex Parte Motion for Rule 2004 Order* [Doc 632] ("Motion") and (3) the uploaded proposed *Ex Parte Order for Rule 2004 Examination of Perkins Coie LLP* [Doc 633] ("Proposed Order") upon Perkins Coie LLP ("Perkins Coie") by emailing on July 3, 2020, a true and correct file-stamped copy of the Interim Report, the Motion and the Proposed Order to Perkins Coie's general counsel, Matt Gehringer, at the email address,

CERTIFICATE OF SERVICE - Page 1

MGehringer@perkinscoie.com, and to its associate general counsel, Bates McIntyre Larson, at the email address, BLarson@perkinscoie.com.

Executed this 6th day of July 2020 in Seattle, Washington, under penalty of perjury.

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

CERTIFICATE OF SERVICE - Page 2