Benjamin Ellison, Esq.
SALISH SEA LEGAL PLLC
2212 Queen Anne Ave N., No. 719
Seattle, WA 98109
salishsealegal@outlook.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

    GIGA WATT, INC.,

              Debtor.

Case No. 18-03197-FPC11

Chapter 11

NOTICE AND MOTION TO LIMIT NOTICE OF SALISH SEA LEGAL'S FIRST APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT

**NOTICE**

PLEASE TAKE NOTICE that Salish Sea Legal ("SSL"), attorneys for the Official Committee of Unsecured Creditors of Giga Watt, Inc. ("Committee") hereby files a Motion to Limit Notice of SSL's First Interim Application for Award of Compensation and Reimbursement (the "Motion"). Through its Motion, SSL seeks to limit the number of parties who will receive mailed notice of its the Application (which is being filed concurrently with this Motion) to the Chapter 11 Trustee; the United States Trustee's Office; the Official Committee of Unsecured Creditors; and the twenty (20) largest creditors as designated in the Debtor's bankruptcy schedules.

NOTICE AND MOTION TO LIMIT NOTICE
OF SALISH SEA LEGAL'S APPLICATION
FOR AWARD OF COMPENSATION  - 1

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must serve a written response to the undersigned counsel at 2212 Queen Anne Ave. N., No. 719, Seattle, WA 98109, and file the response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, WA 99201 no later than twenty-one (21) days from the date of service of this Notice and Motion. The Court may enter an order and grant the Motion without an actual hearing or further notice unless a written objection is timely served and filed.

## MOTION

SSL respectfully requests that this Court limit notice of its Application to the Chapter 11 Trustee; the United States Trustee's Office; the Official Committee of Unsecured Creditors; any person requesting ECF notice in the above-captioned case; and the twenty (20) largest creditors as designated in the Debtor's bankruptcy schedules.

Standard service under FRBP 2002 requires notice to all parties in interest, which number more than 380 parties in this case.[1] The overwhelming majority of those parties have not opted in to receive electronic service of filings.

FRBP 2002(a)(2) provides that the Court "*for cause shown …. [may] direct[] another method of giving notice*." Similarly, less inclusive notice may be provided to parties in interest "*if not prohibited by the Code or Rules and specifically allowed by the Court….*" LBR 2002-1(b)(1)(B).

Here, cause exists not to require any additional service by U.S. mail.

The Chapter 11 Trustee and U.S. Trustee's Office are both actively engaged in this case and will receive ECF notice, and the Chapter 11 Trustee is also represented by counsel.

---

[1] Committee counsel previously mailed notice of a single prior motion to all 380 parties-in-interest in this case, and had to expend some $700 out-of-pocket through an online bankruptcy mailing service.

The Committee has already reviewed and approved each and every expense covered by SSL's Application, which reflect fees and costs incurred from the beginning of SSL's engagement in Fall 2019, through the first week of April, 2020, as well as costs sought to be reimbursed for individual Committee members. The overall amount of compensation sought is approximately $35,000.

And the twenty (20) largest creditors in this case represent some of the most involved and attentive parties in this bankruptcy proceeding. Limiting notice will benefit the bankruptcy estate by reducing the cost of SSL's fee application by approximately $700, while still providing ample opportunity for numerous parties in interest to scrutinize the Application as they see fit.

SSL is not aware of any specific prohibitions against the Court entering an order permitting limitation of notice as requested in this Motion, and submits that good cause exists for doing so.

DATED this 7th day of July, 2020.

                                        SALISH SEA LEGAL PLLC

                                        By /s/ Ben Ellison
                                              Benjamin Ellison, WSBA No. 48315
                                              2212 Queen Anne Ave. N., No. 719
                                              Seattle, WA 98109
                                              salishsealegal@outlook.com
                                              *Attorney for the Committee*