UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

    GIGA WATT, INC.,

            Debtor.

Case No. 18-03197-FPC11

Chapter 11

ORDER GRANTING MOTION TO LIMIT NOTICE OF SALISH SEA LEGAL'S FIRST APPLICATION FOR AWARD OF COMPENSATION

This matter came before this Court on Salish Sea Legal's ("SSL") Motion to Limit Notice of SSL's First Application for Award of Compensation. The Court, finding that good cause exists for granting the relief requested in the Motion, hereby orders as follows:

IT IS ORDERED that

1. The Motion is GRANTED

2. Notice of Salish Sea Legal's First Application for Award of Compensation may be limited to the Chapter 11 Trustee; the United States Trustee's Office; the Official Committee

ORDER GRANTING MOTION TO LIMIT NOTICE
OF SALISH SEA LEGAL'S APPLICATION
FOR AWARD OF COMPENSATION - 1

of Unsecured Creditors; any person requesting ECF notice in the above-captioned case; and the twenty (20) largest creditors as designated in the Debtor's bankruptcy schedules.

/// END OF ORDER ///

Presented by:

SALISH SEA LEGAL PLLC

*/s/ Ben Ellison*
Benjamin Ellison, WSBA No. 48315
2212 Queen Anne Ave. N., No. 719
Seattle, WA 98109
salishsealegal@outlook.com
*Attorney for the Committee*

ORDER GRANTING MOTION TO LIMIT NOTICE
OF SALISH SEA LEGAL'S APPLICATION
FOR AWARD OF COMPENSATION - 2