MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800
Email: mark@mwaldronlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re: )
) Case No. 18-03197-FPC11
GIGA WATT INC., a Washington )
corporation, ) The Honorable Frederick P. Corbit
)
) **CHAPTER 11 TRUSTEE'S MOTION FOR**
Debtor. ) **ORDER AUTHORIZING PAYMENT OF**
) **PREVIOUSLY AWARDED BUT UNPAID**
) **COMPENSATION (Docket #422)**

**COMES NOW** MARK D. WALDRON, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee"), and moves the Court for entry of an Order authorizing payment of previously awarded but unpaid compensation in the amount of $38,097.70.

By Order entered on November 20, 2019 under Docket No. 422, this Court awarded Trustee fees in the amount of $95,244.26 and costs in the amount of $5,235.80, for a total award of $100,480.06. The Court authorized 100% of the costs and 60% of

Page 1

Motion for Order Authorizing Payment of Previously
Awarded but Unpaid Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 641    Filed 07/09/20    Entered 07/09/20 15:00:28    Pg 1 of 3

the fees ($57,146.56) to be disbursed, with the remaining 40% of the Trustee's fees ($38,097.70) to be disbursed only subject to further Order of the Court.

The Trustee was appointed on January 23, 2019 and has continuously acted as Trustee since that date, approximately 17 months. During this time, Trustee and Trustee's paralegal have worked on this case nearly every day, including Trustee having conference calls in the evenings and on weekends until the Moses Lake facility was shut down and the TNT facility was sold. Although the Trustee's compensation is purely statutory based upon 11 USC §330, the Trustee offers this information so that the Court and creditors are aware that a substantial amount of time has been required and dedicated to this case.

The current funds on hand are $398,580.06 and Trustee continues to market an unencumbered condominium in Grant County, which has a current list price of $365,000. Trustee has received two offers of $250,000 (including a counter-offer increase to $275,000). No sale agreement has been executed as of this date.

Trustee now seeks entry of an Order authorizing the disbursement of the Trustee's fees previously awarded but unpaid in the amount of $38,097.70.

**DATED** this 9th day of July, 2020.

/s/ MARK D. WALDRON
MARK D. WALDRON, WSBA#9578
Chapter 11 Trustee

Page 2

Motion for Order Authorizing Payment of Previously Awarded but Unpaid Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 641    Filed 07/09/20    Entered 07/09/20 15:00:28    Pg 2 of 3

## **DECLARATION OF CHAPTER 11 TRUSTEE**

The Chapter 11 Trustee, Mark D. Waldron, hereby declares under penalty of perjury that this Declaration is made in support of the above Motion. I hereby incorporate the representations and information contained in the Motion and it is true and accurate in all respects to the best of my knowledge and belief.

    /s/ MARK D. WALDRON
MARK D. WALDRON, Chapter 11 Trustee

Page 3

Motion for Order Authorizing Payment of Previously
Awarded but Unpaid Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 641    Filed 07/09/20    Entered 07/09/20 15:00:28    Pg 3 of 3