IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC., a Washington corporation,<br><br>　　　　Debtor. | Case No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>(**PROPOSED**)<br>**ORDER AUTHORIZING PAYMENT OF PREVIOUSLY AWARDED BUT UNPAID COMPENSATION** |

**THIS MATTER** having come before the Court on the motion of MARK D. WALDRON, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee"), for entry of an Order authorizing payment of previously awarded but unpaid compensation in the amount of $38,097.70; and the Court having considered the Motion, the notice of the objection, and any objections thereto; and the Court having reviewed the records and files and deeming itself fully advised of the premises, now, therefore, it is hereby

**ORDERED** that the Trustee, Mark D. Waldron, is hereby authorized to disburse unpaid compensation in the amount of $38,097.70, pursuant to the Court's previous Order entered under Docket No. 422.

# END OF ORDER #

Presented by:

/s/ MARK D. WALDRON
MARK D. WALDRON, WSBA #9578
Chapter 11 Trustee

Page 1

Order Authorizing Payment of Previously
Awarded but Unpaid Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 641-1    Filed 07/09/20    Entered 07/09/20 15:00:28    Pg 1 of 1