MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800
Email: mark@mwaldronlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC., a Washington corporation,<br><br>            Debtor. | Case No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF TRUSTEE'S (1) APPLICATION FOR AWARD OF COMPENSATION FOR SERVICES RENDERED PURSUANT TO 11 USC §330 (Interim Application No. 2) AND (2) MOTION FOR AN ORDER AUTHORIZING PAYMENT OF PREVIOUSLY AWARDED BUT UNPAID COMPENSATION (Docket #422)** |

**PLEASE TAKE NOTICE** that MARK D. WALDRON, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee") has filed an Application for Award of Compensation for Services Rendered Pursuant to 11 USC §330 (Interim Application No. 2).

Page 1

Notice of Trustee's Application for Award
of Compensation

LAW OFFICES OF MARK D. WALDRON, PLLC
A Professional Limited Liability Company
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 642    Filed 07/09/20    Entered 07/09/20 15:05:44    Pg 1 of 3

| **INFORMATION REQUIRED BY LBR 2016-1(a)** | |
| --- | --- |
| Applicant's Status | Chapter 11 Trustee |
| Appointment Date | January 23, 2019 |
| Application Type | Interim |
| Sequential Number of Application | Two (2) |
| Amount of Compensation Requested | $65,576.49 |
| Amount of Expense Reimbursement Requested | $0 |
| Compensation or Reimbursement Previously Awarded (Application No. 1) | $100,480.06 (of which $62,382.36 has been paid and $38,097.70 has not been paid) |
| Basis for the Compensation and Reimbursement | 11 U.S.C. §§ 326(a), 330 and 331 |

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application (Interim Application No. 2) is filed concurrently herewith and may be obtained from the Clerk of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has filed a Motion for Order Authorizing Payment of Previously Awarded But Unpaid Compensation in the amount of $38,097.70, which compensation was awarded by Order entered on November 20, 2019 under Docket No. 422. A copy of the Motion is filed concurrently herewith and may be obtained from the Clerk of the Court.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application and/or the Motion must be filed with the Court and served upon undersigned counsel on or before 21 days (plus 3 days for those served by

Page 2

Notice of Trustee's Application for Award of Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 642    Filed 07/09/20    Entered 07/09/20 15:05:44    Pg 2 of 3

mail) from the date of service of this Notice. The Court may enter an Order without an actual hearing or further notice unless a written objection is timely served and filed.

**DATED** this 9th day of July, 2020.

      /s/  MARK D. WALDRON
MARK D. WALDRON, WSBA#9578
Chapter 11 Trustee

Page 3

Notice of Trustee's Application for Award
of Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA  98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 642    Filed 07/09/20    Entered 07/09/20 15:05:44    Pg 3 of 3