LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name __GIGA WATT__  Case Number __18-03197-FPC__

- **Debtors** – is this change for: Debtor ____ Joint Debtor ____ Both ____

- **Debtors** – is debtor a DeBN participant? Yes ____ No ____

- **Creditors** – is this change for: Noticing Address __X__ Payment Address __X__ Both __X__

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| MARC JOYCE | MARC JOYCE |
| (Name) | (Name) |
| 104 LOS GATOS BLVD | 4404 HIGHLAND AVE., APT. C |
| (Address) | (Address) |
| LOS GATOS, CA 95030 | MANHATTAN BEACH, CA 90266 |
| (City) (State) (Zip) | (City) (State) (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
**Signature**

7-8-2020   July 7, 2020
**Date**

ADDRESS CHANGE FORM - 1