Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC.,

Debtor.

No. 18-03197-11

**NOTICE OF LIMITED APPEARANCE**

Comes now Bradley S. Keller and Ralph E. Cromwell, Jr., attorneys of record for Perkins Coie LLP, and file this Notice of Limited Appearance for the sole purpose of objecting and responding to the Ex Parte Order for Rule 2004 Examination of Perkins Coie LLP (Dkt. 637). All correspondence and pleadings regarding such matters should also continue to be served to Perkins Coie LLP.

Perkins is not appearing for general purposes in this bankruptcy and does not waive, and specifically preserves, all jurisdictional objections.

//

//

//

//

NOTICE OF LIMITED APPEARANCE - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 644    Filed 07/14/20    Entered 07/14/20 14:10:44    Pg 1 of 3

| | |
|---|---|
| 1 | DATED this 14th day of July, 2020. |
| 2 | BYRNES KELLER CROMWELL LLP |
| 3 | By /s/ Bradley S. Keller |
| 4 | Bradley S. Keller, WSBA #10665 |
| | By /s/ Ralph E. Cromwell, Jr. |
| 5 | Ralph E. Cromwell, Jr., WSBA #11784 |
| 6 | 1000 Second Avenue, 38th Floor |
| | Seattle, Washington 98104 |
| 7 | 206-622-2000 |
| 8 | Fax: 206-622-2522 |
| | Email: bkeller@byrneskeller.com |
| 9 | rcromwell@byrneskeller.com |
| 10 | *Attorneys for Perkins Coie LLP* |

NOTICE OF LIMITED APPEARANCE - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 644    Filed 07/14/20    Entered 07/14/20 14:10:44    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF LIMITED APPEARANCE - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 644    Filed 07/14/20    Entered 07/14/20 14:10:44    Pg 3 of 3