MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800
Email: mark@mwaldronlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC., a Washington corporation,

Debtor.

Case No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**DECLARATION OF ERIC L. CHRISTENSEN OF BEVERIDGE & DIAMOND, P.C., SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE**

I, **ERIC L. CHRISTENSEN**, declare under penalty of perjury as follows:

I am an attorney licensed to practice in the State of Washington. I am employed with the firm of BEVERIDGE & DIAMOND, P.C. Our address is 600 University Street, Suite 1601, Seattle, Washington 98101.

I certify that I have read the Local Bankruptcy Rule 2016 regarding compensation for services rendered and reimbursement of expenses.

To the best of my knowledge, neither I nor any member of the BEVERIDGE & DIAMOND firm has any interest adverse to the Bankruptcy Estate of Giga Watt, Inc., and we are a disinterested party to this action.

**DATED** this 9th day of July, 2020.

_/s/ Eric L. Christensen_
ERIC L. CHRISTENSEN, WSBA#27934
Special Counsel for Chapter 11 Trustee

Declaration of Eric L. Christensen

LAW OFFICES OF MARK D. WALDRON, PLLC
A Professional Limited Liability Company
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com