**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br>Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 10, 2020 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, which includes all persons listed on the Master Mailing List as verified on July 10, 2020:

- **Notice of Trustee's (1) Application for Award of Compensation for Services Rendered Pursuant to 11 USC §330 (Interim Application No. 2) and (2) Motion for an Order Authorizing Payment of Previously Awarded but Unpaid Compensation (Docket #442)** (Docket No. 642)

Dated: July 14, 2020

*/s/ Giovanna M. Luciano*
Giovanna M. Luciano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 812-6112
Giovanna.Luciano@Stretto.com

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 1JUPCO NIKOLOVSKI | MERCURIUS 15 | 1188 GA | | | AMSTELVEEN | | | HOLLAND |
| 507 CAPITAL LLC AS TRANSFEREE OF CT FREIGHT USA INC. | PO BOX #206 | | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF ELECTRICAL POWER PRODUCTS, INC. | PO BOX #206 | | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF EMERALD CITY STATEWIDE LLC | PO BOX #206 | | | | N. STONINGTON | CT | 06359 | |
| 507 CAPITAL LLC AS TRANSFEREE OF TREE HOUSE TECHNOLOGY GROUP, LLC | PO BOX #206 | | | | N. STONINGTON | CT | 06359 | |
| AARON KRIVITZKY | 1810 LINSON CT SE | | | | GRAND RAPIDS | MI | 49546-6457 | |
| ADAM C. DOUPE | C/O RYAN, SWANSON & CLEVELAND, PLLC | 1201 THIRD AVENUE | SUITE 3400 | | SEATTLE | WA | 98101-3034 | |
| ADAM SCHAINBLATT | 8809 WALKING STICK TRAIL | | | | RALEIGH | NC | 27615-4037 | |
| AHMED SHAH | 12209 YOUNGDALE AVE | | | | LOS ANGELES | CA | 91342 | |
| ALAN NORMAN | 341 S. MAPLE AVE. | | | | WEBSTER GROVES | MO | 63119-3841 | |
| ALAN WALNOHA | 647 E ROYAL LN #2023 | | | | IRVING | TX | 75039 | |
| ALBERTO JOSE FARIA CAMACHO | AV GARCILAZO | CENTRO POLO 1, TORRE A | PISO 7, APTO 75 | | COLINAS DE BELLO MONTE | CARACAS | | VENEZUELA |
| ALEKSEY DANISHEVSKY | 450 CLOVERLY LANE | | | | HORSHAM | PA | 19044-1831 | |
| ALEX FILIPPOV | 12 SHERBORNE CIR | | | | ASHLAND | MA | 01721-2313 | |
| ALEX KUTAS | 6761 CORRAL CIRCLE | | | | HUNTINGTON BEACH | CA | 92648 | |
| ALEX MCVICKER | 1489 WINDSOR RIVER ROAD | | | | WINDSOR | CA | 95492-8987 | |
| ALIAKSEI VOLNOV | 18-34 LESI UKRAINKI STR | | | | MINSK | | 220020 | BELARUS |
| ALLRISE FINANCIAL GROUP | C/O RYAN, SWANSON & CLEVELAND, PLLC | ATTN: ADAM C. DOUPE & JOE SAKAY | 1201 THIRD AVENUE | SUITE 3400 | SEATTLE | WA | 98101-3034 | |
| ALLRISE FINANCIAL GROUP | C/O RYAN, SWANSON & CLEVELAND, PLLC | ATTN: JOSEPH A.G. SAKAY | 1201 THIRD AVENUE | SUITE 3400 | SEATTLE | WA | 98101-3034 | |
| AMPHENOL CUSTOM CABLE | 3221 CHERRY PALM DR. | | | | TAMPA | FL | 33619-8359 | |
| ANATOLY CHECHERIN | BEGOVAYA, 3, BUILDING 1, 36 FLOOR | | | | MOSCOW | | 125284 | RUSSIA |
| ANDREA SHARP | 268 BUSH STREET #2520 | | | | SAN FRANCISCO | CA | 94104-3503 | |
| ANDREW BLYLER | 603 W WASHINGTON ST | | | | ANN ARBOR | MI | 48103-4233 | |
| ANDREW JAMES | 46 BROCK ST S | | | | | | | CANADA |
| ANDREW MARK CAMPBELL-BOROSS | FLORIDA 7 | | | | AGUADULCE | | | SPAIN |
| ANDREW MOLITOR | 760 S BARRINGTON AVE | APT 6 | | | LOS ANGELES | CA | 90049 | |
| ANDREW STOCK | 1870 EAST NIXON AVENUE | | | | PLACENTIA | CA | 92870-7444 | |
| ANDREW THANH QUOC LE | 10702 HENDERSON AVE | | | | GARDEN GROVE | CA | 92843 | |
| ANDREY KUZENNY | 5550 HOLLYWOOD BLVD | APT 417 | | | LOS ANGELES | CA | 90028-9600 | |
| ANTHONY MARTINEZ | 2459 E DESERT HILLS DR | | | | CAVE CREEK | AZ | 85331-7499 | |
| ANTON SHAMANAEV | VVEDENSKOGO ST 24K2 | 162 APT | | | MOSCOW | | 117279 | RUSSIAN FEDERATION |
| ANTONY GISHOLT | 72 JOHN TRUNDLE COURT | BARBICAN | | | LONDON | | EC2Y 8NE | UNITED KINGDOM |
| ARTHUR N MARODIS | 106 SOUTHERNWOOD DR | | | | LADSON | SC | 29456-3940 | |
| ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVENUE, SUITE 2000 | | | | SEATTLE | WA | 98104-3188 | |
| BAR CODES TALK LLC | ATTN: BRANDON GORDON | 924 HALE AVENUE | | | BROOKSVILLE | FL | 34601-3642 | |
| BASHAR (BEN) ASSAD | 17713 15TH AVE NE | STE 101 | | | SHORELINE | WA | 98155-3839 | |
| BELYEA COMPANY | 2200 NORTHWOOD AVE. | | | | EASTON | PA | 18045-2208 | |
| BENJAMIN J MCDONNELL | C/O PISKEL YAHNE KOVARIK, PLLC | 522 W RIVERSIDE AVENUE | SUITE 700 | | SPOKANE | WA | 99201-0581 | |
| BENJAMIN RUSSELL | 971 PROVIDENCE PIKE | | | | DANIELSON | CT | 06239-4003 | |
| BERTHA GOEHNER | 215 ELLER ST. SE | | | | EAST WENATCHEE | WA | 98802-5325 | |
| BILL SCHMIDT | 105 JULIE ANN CT. | | | | CASHMERE | WA | 98815-1316 | |
| BLOCKCHAIN SYSTEMS LLC | 124 W 60 ST. UNIT 29A | | | | NEW YORK | NY | 10023-7475 | |
| BRANDON GORDON | 601 SEVEN OAKS CT | | | | BROOKSVILLE | FL | 34601 | |
| BRANDON ROBINSON | 1997 TALL TREE DR | | | | ATLANTA | GA | 30324-2723 | |
| BRENNAN LEGAL COUNSEL GROUP, PLLC | ATTN: SHAUNA S. BRENNAN | 14900 INTERURBAN AVE S. | STE 271 | | TUKWIA | WA | 98168-4654 | |
| BRENT WOODWARD, INC. | 14103 STEWART RD. | | | | SUMNER | WA | 98390-9641 | |
| BRIAN J DONN | 4254 SW 92ND AVE | | | | DAVIE | FL | 33328-2408 | |
| BRIAN M PACKARD | 7191 96TH ST NE | | | | MONTICELLO | MN | 55362 | |
| BRYAN MACCALLUM | PO BOX 1704 | | | | RIVONIA | | 2128 | SOUTH AFRICA |
| BRYANT JOHNSON | 1360 WHITETAIL GLEN CT | | | | HEBRON | KY | 41048-7965 | |
| BUSBY INTERNATIONAL, INC. | PO BOX 1457 | | | | MOSES LAKE | WA | 98837-0225 | |
| CALEB KOCH, FORZA2 | 1000 N. GREEN VALLEY PKWY | STE.440 | #251 | | HENDERSON | NV | 89074-6172 | |
| CALEB MAISTRY | VAN HOOF STREET | 2 WILLOW VIEW ESTATE | | | RUIMSIG GAUTENG | JOHANNESBURG | | SOUTH AFRICA |
| CAMERON SCHMIDT | 1204 COLUMBINE ST | | | | WENATCHEE | WA | 98801-6210 | |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | ATTN: CARLOS CASTELLANO | 5630 SW 163RD AVE | | | SOUTHWEST RANCHES | FL | 33331-1446 | |
| CARLOS GAGLIANO | 8200 OFFENHAUSER DR. 105G | | | | RENO | NV | 89511-1717 | |
| CARMEN J HERNANDEZ G | CALLE LA PEDRERA RES VISTA PLAZA T B P 15 | APT 15D | | | CARACAS | | | VENEZUELA |
| CARMEN JACQUELINE HERNANDEZ GUEVARA | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | APT 15D URB GUAICAY, BARUTA | | | CARACAS | | 1080 | VENEZUELA |
| CASTAGNETO TRADING LLC | 17713 15TH AVE NE | STE 101 | | | SHORELINE | WA | 98155 | |
| CESAR DIAZ RANCHO | C/O JRD FUNDING LLC | 8137 MALCHITE AVENUE, SUITE E | | | RANCHO CUCAMUNGA | CA | 91730-3571 | |
| CHARLES F V DHAUSSY | 7B | YARDLEY COMMERCIAL BUILDING | 3 CONNAUGHT RD | | | | | HONG KONG |
| CHEN DU | 3269 RANGE CT | | | | MASON | OH | 45040-8741 | |
| CHRIS FEATHERSTONE | 8450 54TH AVE W | | | | MUKILTEO | WA | 98275 | |
| CHRISTIAN EICHERT | 17713 15TH AVE NE | STE 101 | | | SHORELINE | WA | 98155 | |




| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| CHRISTIAN EICHERT | EMIL-KLUMPP-STR. 7 | | | | BIETIGHEIM-BISSINGEN | | 74321 | GERMANY |
| CHRISTIAN SCHIFFER | MEINDLSTRAE 15 | | | | MUNICH | | 81373 | GERMANY |
| CHRISTOPHER F RIES | RIES LAW FIRM, P.S. | 312 BALSAM SUITE D, PO BOX 2119 | | | MOSES LAKE | WA | 98837-0519 | |
| CHRISTOPHER F. RIES | RIES LAW FIRM, P.S. | POST OFFICE BOX 2119 | | | MOSES LAKE | WA | 98837-0519 | |
| CLEVER CAPITAL LLC | C/O COLLEEN FRIE | JEFFERS, DANIELSON, SONN & AYLWARD P.C., AS REGISTERED AGENT | 2600 CHESTER KIMM RD. | | WENATCHEE | WA | 98801 | |
| CLEVER CAPITAL LLC | DAVID M. CARLSON, GOVERNOR | 630 VALLEY MALL PARKWAY #157 | | | WENATCHEE | WA | 98802-4838 | |
| CLEVER CAPITAL, LLC | 630 VALLEY MALL PKWY | #157 | | | WENATCHEE | WA | 99802 | |
| CLEVER CAPITAL, LLC | A WASHINGTON LIMITED LIABILITY COMPANY | 630 VALL EY MALL PKWY | #157 | | EAST WENATCHEE | WA | 98802 | |
| CLINTON DOUGLAS LUCKINBILL | ATTN: CLINTON LUCKINBILL | 1054 WATERLEAF WAY | | | SAN JACINTO | CA | 92582-3020 | |
| CLINTON F SIKES | 4206 BRAZOS BEND DR | | | | PEARLAND | TX | 77584-5558 | |
| CODY FORREST QUINN | ATTN: CODY QUINN | 5920 KIMBER ROAD | | | CASHMERE | WA | 98815-9526 | |
| CODY SCHMIDT | 1255 MILLERDALE AVE | | | | WENATCHEE | WA | 98801-3187 | |
| CONSOLIDATED ELECTRIC DIST. INC. | PO BOX 398830 | | | | SAN FRANCISCO | CA | 94139-8830 | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. | C/O SCOTT HOOKLAND LLP | ATTN: DOUGLAS R. HOOKLAND | PO BOX 23414 | | TIGARD | OR | 97281-3414 | |
| CONSTANTINI FREDERIC | 29 BIS RUE EMILE DUCLAUX | | | | SURESNES | | 92150 | FRANCE |
| CRAIG BEECH | KINGSWOOD | GORSE AVENUE | | | LITTLEHAMPTON | | BN16 1SG | UNITED KINGDOM |
| CRYPTODIGGER LLC | 3476 E TIFFANY WAY | | | | GILBERT | AZ | 85298 | |
| CRYPTONOMOS PTE LTD | 1 MAGAZINE RD #04-11 | | | | CENTRAL MALL | | | SINGAPORE |
| CRYPTONOMOS PTE LTD. GIGAWATT PTE LTD. | CRYPTONOMOUS PTE LTD, GIGA WATT PTE LD | 1 COLEMAN STREET THE ADELPHI #08-07 | | | SINGAPORE | | 179803 | |
| CT FREIGHT USA INC | 20202 HWY 59 N | | | | HUMBLE | TX | 77338-2400 | |
| CTC ENGINEERING | ATTN: MICHEAL FELLER | 2290 BISHOP CIRCLE EAST | | | DEXTER | MI | 48130-1564 | |
| CTC ENGINEERING, INC., | C/O BODMAN PLC | ATTN: HARVEY W. BERMAN | 201 SOUTH DIVISION STREET | STE. 400 | ANN ARBOR | MI | 48104-2259 | |
| DANIAL D PHARRIS | C/O LASHER HOLZAPFEL SPERRY & EBBERSON PLLC | 601 UNION STREET | SUITE 2600 | | SEATTLE | WA | 98101-4000 | |
| DANIEL J. JAGSCH | THEATHERSTRASSE 27C | | | | WINTERTHUR | | 8400 | SWITZERLAND |
| DANIEL JAMES RYSER | 7614 N AUDUBON ST | | | | SPOKANE | WA | 99208-8817 | |
| DANIEL TOKLE | 36262 AVENIDA DE ACACIAS | | | | TEMECULA | CA | 92592-8419 | |
| DANILA RUSIN | GAGARINA | 5 LINIYA, 9A-6 | | | ZLATOUST | CHELYABINSHAYA OBLAST | 456219 | RUSSIA |
| DARREN JAMES WURF | ATTN: DARREN WURF | 2/41 OSBORNE AVENUE GLEN IRIS | | | VICTORIA | | 3146 | AUSTRALIA |
| DARYL OLSEN | 270 W 1450 N | | | | CENTERVILLE | UT | 84014-3308 | |
| DAVE CARLSON | 630 VALLEY MALL PKWY | #157 | | | EAST WENATCHEE | WA | 98802 | |
| DAVID CARLSON AND DORRINDA CARLSON | 2229 BLACKSTONE CT | | | | EAST WENNATCHEE | WA | 98802-8356 | |
| DAVID J LUTZ | 916 CONFIDENCE DR | | | | LONGMONT | CO | 80504 | |
| DAVID KAZEMBA | C/O OVERCAST LAW OFFICES-NCW, PLLC | 23 S. WENATCHEE AVE | SUITE 320 | | WENATCHEE | WA | 98801-2263 | |
| DAVID L. MITCHELL | 1410 RIVERVIEW ROAD | | | | CRESCENT | PA | 15046 | |
| DAVID M. CARLSON | INDIVIDUALLY AND ON BEHALF OF MARITAL ESTATE | 2229 BLACKSTONE CT | | | EAST WENATCHEE | WA | 98802-8356 | |
| DAVID M. CARLSON AND CLEVER CAPITAL, LLC | C/O PISKEL YAHNE KOVARIK, PLLC | ATTN: JASON T. PISKEL & BENJAMIN J. MCDONNELL | 522 W. RIVERSIDE AVENUE | SUITE 700 | SPOKANE | WA | 99201 | |
| DAVID R LAW | C/O DAVIS, ARNEIL LAW FIRM, LLP | 617 WASHINGTON ST | | | WENATCHEE | WA | 98801-2600 | |
| DAVID TYCHSEN-SMITH | 13 DOBSON PLACE | | | | WATSON | | ACT 2602 | AUSTRALIA |
| DAVID, JONATHAN, AND MATTHEW R LUTZ | LUTZ, DAVID ET AL | 916 CONFIDENCE DRIVE | | | LONGMONT | CO | 80504-8526 | |
| DBS LAW | ATTN: DOMINIQUE R SCALIA | 155 NE 100TH ST | SUITE 205 | | SEATTLE | WA | 98125-8015 | |
| DENIS VESELOVSKY | ZORGE ST, 28, 52 | | | | MOSCOW | | 125252 | RUSSIA |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | |
| DMITRY BENKOVICH | 12 TRUBETSKAYA STR | APP. 1A | | | MOSCOW | | | RUSSIA |
| DMITRY KHUSIDMAN | 70 OCEANA DR W | APT 4-A | | | BROOKLYN | NY | 11235 | |
| DONALD J SULLIVAN | 4646 LOS POBLANOS CIRLCE NW | | | | LOS RANCHOS DE ALBUQUERQUE | NM | 87107 | |
| DONALD J. ENRIGHT | ATTN: DONALD ENRIGHT | 1101 30TH STREET NORTHWEST SUITE 115 | | | WASHINGTON | | 20007-3740 | |
| DOUG BLACK | 225 LINDA LANE | | | | WENATCHEE | WA | 98801-6010 | |
| DOUGLAS A. HOFMANN | C/O WILLIAMS KASTNER & GIBBS PLLC | 601 UNION ST | SUITE 4100 | | SEATTLE | WA | 98101-2380 | |
| DOUGLAS BERGER | 371 CATSKILL CT. | | | | MAHWAH | NJ | 07430-2736 | |
| DOUGLAS COUNTY PUD | C/O PAINE HAMBLEN LLP | ATTN: KATHRYN R MCKINLEY | 717 W SPRAGUE AVE | STE 1200 | SPOKANE | WA | 99201-3905 | |
| DOUGLAS COUNTY PUD | PO BOX 1119 | | | | BRIDGEPORT | WA | 98813-1119 | |
| DREW BEHRENS | 525 N LARCH AVE. | | | | EAST WENATCHEE | WA | 98802-5047 | |
| DUFFY KRUSPODIN, LLP | 21600 OXNARD ST | SUITE 2000 | | | WOODLAND HILLS | CA | 91367 | |
| EAN SERVICES, LLC | ATTN: MARY E BUSHYHEAD | 14002 E 21ST ST | SUITE 1500 | | TULSA | OK | 74134-1424 | |
| EAN SERVICES, LLC | PO BOX 402383 | | | | ATLANTA | GA | 30384 | |
| ECO DIVERSIFIED HOLDINGS, INC. | 4625 WEST NEVSO DR | STE 2 | | | LAS VEGAS | NV | 89103-3763 | |
| ECOCHAIN, INC. | ATTN: TARA J. SCHLEICHER | 121 SW MORRISON ST, SUITE 1100 | | | PORTLAND | OR | 97204 | |
| EDMUND LEE | 4364 CALLE MEJILLONES | | | | SAN DIEGO | CA | 92130 | |
| EDUARD KHAPTAKHAEV | LENKINKKGRADSKY PR-T 76/1/49 | | | | MOSCOW | | | RUSSIA |
| EERO KOSKINEN | NIITTYPOLKU 21 | | | | KANTVIK | | 02460 | FINLAND |
| ELDER YOSHIDA | 816 23RD AVE S | | | | SEATTLE | WA | 98144-3022 | |
| ELECTRICAL POWER PRODUCTS INC | ATTN MARY GILMAN | 4240 ARMY POST ROAD | | | DES MOINES | IA | 50321-9609 | |
| ELIESHAY TOUBOUL | AMOS 221 | TEKOA | | | | | | ISRAEL |
| ELISA U | 2405 ACACIA ST | | | | RICHARDSON | TX | 75082-3319 | |



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| EMERALD CITY STATEWIDE LLC | C/O PEPPLE CANTU SCHMIDT PLLC | 801 2ND AVE | SUITE 700 | | SEATTLE | WA | 98104-1573 | |
| EMIL PETROV STANEV | 41 DOROSTOL STREET | | | | RUSE | | 7004 | BULGARIA |
| ENTERPRISE FOCUS INC. | DAVID CARLSON, GOVERNOR AND REGISTERED AGENT | 1250 N WENATCHEE AVE., STE. H #147 | | | WENATCHEE | WA | 98801-1599 | |
| ENTERPRISE FOCUS, INC. | A WASHINGTON CORPORATION | ATTN: DAVID CARLSON | 895 RIVERSIDE DRIVE | UNIT C239 | WENATCHEE | WA | 98801-3397 | |
| ENTERPRISE FOCUS, INC. | DAVID CARLSON, GOVERNOR AND REGISTERED AGENT | 895 RIVERSIDE DRIVE UNIT C239 | | | WENATCHEE | WA | 98801-3397 | |
| ERIC FERRARI | 8962 FORKED CREEK WAY | | | | ELK GROVE | CA | 95758 | |
| ERNESTO PEDRERA | 7601 E TREASURE DR, APT 1023 | | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| EVANSONT INSURANCE CARRIER | C/O MICHELL, REED ET AL | PO BOX D | | | CASHMERE | WA | 98815-0515 | |
| EVGENY SKOROPISOV | 32 MOO11, SOI HUA HIN 112, TABTAI | MEUANPHUN VILLA | HUA HIN | | PRACHUAP KHIRI KHAN | | 77140 | THAILAND |
| EXECUTIVE FLIGHT | PO BOX 2255 | | | | WENATCHEE | WA | 98807-2255 | |
| EXECUTIVE FLIGHT, INC. | CARNEY BADLEY SPELLMAN P.S. | ATTN: SCOTT R. WEAVER | 701 5TH AVENUE | STE 3600 | SEATTLE | WA | 98104-7010 | |
| FABIO TODESCHINI | 16 VIA GRAN SAN BERNARDO | | | | MILAN | | | ITALY |
| FASTENAL COMPANY | ATTN: LEGAL DEPT. | 2001 THEURER BLVD. | | | WINONA | MN | 55987-9902 | |
| FASTENAL COMPANY | PO BOX 1286 | | | | WINONA | MN | 55987-7286 | |
| FEDEX | PO BOX 94515 | | | | PALATINE | IL | 60094 | |
| FEDEX CORPORATE SERVICES INC | AS ASSIGNEE OF FEDEX EXPRESS / GROUND / FREIGHT/ OFFICE | 3965 AIRWAYS BLVD | MODULE G | 3RD FLOOR | MEMPHIS | TN | 38116-5017 | |
| FEDEX CORPORATE SERVICES INC | AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREI | 3965 AIRWAYS BLVD | MODULE G | 3RD FL | MEMPHIS | TN | 38116-5017 | |
| FILIP SCHEPERJANS | PELLONPERNTIE 1 B | | | | HELSINKI | | 00830 | FINLAND |
| FORZA 2 | 1000 N. GREEN VALLEY PKWY | STE 440 | #251 | | HENDERSON | NV | 89074-6172 | |
| FRANK DANIEL | ZOLLSTRASSE | 22 | | | MHRING | | 95695 | GERMANY |
| FRANKIE GUERRA | 1812 E. OAKLAND PARK BLVD | APT 32 | | | OAKLAND PARK | FL | 33306 | |
| FRANZ ALLIOD | 176, ROUTE DE LA CENDIRE | | | | AIN | SAINT JEAN DE GONVILLE | 01630 | FRANCE |
| FRED NOLTE | 10812 LA BATISTA | | | | FOUNTAIN VALLEY | CA | 92708 | |
| GENNADY ZHILYAEV | C. DE LES GRANDALLES | EDIF. XALET | 4T 3A | | D'ORDINO | | AD 300 | ANDORRA |
| GEORGE SORIN LASCU | STR. CALUGARULUI 16 | | | | BALTENI | ILFOV | 077151 | ROMANIA |
| GEORGIOS LIGNOS | 25 KRITIS STR. | | | | EGALEO | | 12243 | GREECE |
| GIGA PLEX LLC | 7906 RANDOLPH RD. | | | | MOSES LAKE | WA | 98837-5122 | |
| GIGA PLEX, LLC | C/O OVERCAST LAW OFFICES | ATTN: DAVID A. KAZEMBA | 23 S. WENATCHEE AVE. | SUITE 320 | WENATCHEE | WA | 98801-2263 | |
| GIGA PLEX, LLC/MLDC1, LLC | C/O OVERCAST LAW OFFICES, PS | 23 S WENATCHEE AVE | SUITE 320 | | WENATCHEE | WA | 98801 | |
| GIGA WATT INC | 1250 N WENATCHEE AVE. | SUITE H #147 | | | WENATCHEE | WA | 98801-1599 | |
| GIGAWATT PTE LTD | ATTN MIKHAYLYUTA | 1 MAGAZINE RD #04-11 CENTRALL MALL | | | | | | SINGAPORE |
| GIGAWATT PTE LTD. | 1 COLEMAN STREET | THE ADELPHI #08-07 | | | SINGAPORE | | 179803 | SINGAPORE |
| GLEB NESIS | 3419 IRWIN AVE., APT. 708 | | | | BRONX | NY | 10463-3754 | |
| GLEN ALLAN BRADLEY | LERSTADVEIEN 250 | | | | ALESUND | | 6014 | NORWAY |
| GRANT HERHOLDT | 5 YORK AVE | | | | CRAIGHILL PARK | | 2196 | SOUTH AFRICA |
| GRETCHEN J. HOOG | C/O PEPPLE CANTU SCHMIDT PLLC | 801 2ND AVE | SUITE 700 | | SEATTLE | WA | 98104-1573 | |
| GRIGORY KLUMOV | BALAKLAVSKY AVENUE 12-3-93 | | | | MOSCOW | | 117639 | RUSSIA |
| GRONSKI, JEFFREY G & ROBIN L | 711 4TH ST S | | | | WISCONSIN RAPIDS | WI | 54494-4310 | |
| H.J. VAN NUIJSSENBORGH | PATRIMONIUMLAAN 126 | | | | VEENENDAAL | | 3904AH | NETHERLANDS |
| H2 PRE-CAST, INC | 3835 N. CLEMONS ST. | | | | EAST WENATCHEE | WA | 98802-9337 | |
| H2 PRECAST, INC. | 3835 N CLEMONS STREET | | | | EAST WENATCHEE | WA | 98802 | |
| HAMES, ANDERSON & WHITLOWS PS | ATTN: WILLIAM L. HAMES | PO BOX 5498 | | | KENNEWICK | WA | 99336-0498 | |
| HANS-PETER EDENSTRASSER | RUPERT HAGLEITNER STRASSE 1D 54 | | | | WOERGL | TIROL | 6300 | AUSTRIA |
| HARI KRISHNA PRASAD MENTA VENKATA | 116 CANADIAN LAKES BLVD | | | | CANDADIAN | BALLARAT | 3350 VIC | AUSTRALIA |
| HARLAN ROBINSON | 925 E OVERLIN DR | | | | AVONDALE | AZ | 85323-2790 | |
| HASHVIN DARYANANI | 450 7TH AVE | STE 1709, LGS | | | NEW YORK | NY | 10123 | |
| HASHVIN DARYANANI | 56B SEROE BLANCO BOX# 393 | | | | ORANJESATAD | | | ARUBA |
| HEATHER MULHALL | 312 N NEWTON AVE | | | | EAST WENATCHEE | WA | 98802-8444 | |
| HELEN ERSKINE | PO BOX 1745 | | | | TOPANGA | CA | 90290 | |
| HELEN MARY ERSKINE | 2445 TOPANGA SKYLINE DRIVE | | | | TOPANGA | CA | 90290 | |
| HIROAKI YAMAMOTO | 119-4 NISHIKITSUJI STREET | ASAHI PLAZA ARBONATE NARA ONE #606 | | | NARA | | 630-8325 | JAPAN |
| HOWARD JONES | 21 SANDIWAYS ROAD, WALLASEY | | | | WIRRAL | | CH45 3HJ | UNITED KINGDOM |
| HUMERA SURTI | 2200 RUSSET CRESENT | | | | BURLINGTON | ONTARIO | L7L6Z2 | CANADA |
| IAN M KENNEDY | 19373 E 197TH WAY | | | | HUDSON | CO | 80642-9045 | |
| IBRAHIM ISSA | ATTN: YEHYA BAHSOUN | 1851 N GREENVILLE AVE | | | RICHARDSON | TX | 75081-1851 | |
| IBRAHIM ISSA | RIAD EL SOLOH SQUARE | | | | BEIRUT | | | LEBANON |
| IGOR MARTIROSIAN | 36 WASHINGTON AVENUE 2ND FLOOR | | | | CLIFFSIDE PARK | NJ | 07010-3025 | |
| ILJA FILIPOVS | STAICELES IELA 13-11 | | | | RIGA | | LV-1035 | LATVIA |
| INTELLIAPPS LTD | UNIT 272 COLAB CENTER, PORT ROAD | EIRCODE F92 RKC7 | | | LETTERKENNY CO | DONGAL | | IRELAND |
| INTERFLOW LLC | 5465 S DORCHESTER | | | | CHICAGO | IL | 60615-5316 | |
| INTERNAL REVENUE SERVICE | 915 2ND AVE | M/S W244 | | | SEATTLE | WA | 98174 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | |
| IOANNIS VIOLIDAKIS | KIMONOS 11 | | | | ATHENS | | P.CODE: GR | GREECE |
| IVAN MARCAK | DLOUHA TRIDA 474/25 | | | | HAVIROV | | 73601 | CZECH REPUBLIC |
| JACQUELINE BUSSEY | PERCHERON | GOUDHURST ROAD | | | CRANBROOK | | TN17 2PN | UNITED KINGDOM |
| JAMES BULLIS | 4701 NE 72ND AVE | APT 141 | | | VANCOUVER | WA | 98661 | |
| JAMES C LUTZ | 609 LONG LEAF DR | | | | CHAPEL HILL | NC | 27517 | |

 

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| JAMES D PERKINS | C/O US DEPART OF JUSTICE/US TRUSTEE OFFICE | 920 W RIVERSIDE #593 | | | SPOKANE | WA | 99201-1012 | |
| JAMES KING | 1B LINKS COURT | LANGLAND BAY ROAD | | | SWANSEA | | SA3 4QR | UNITED KINGDOM |
| JAMES MACCORNACK | 1002 BEL AIRE | | | | ROSWELL | NM | 88201 | |
| JAMIE DARIO MEJIA MARTINEZ | CALLE 44 NO 10E - 11 LA VICTORIA | | | | BARRANQUILLA | ATLANTICO | | COLOMBIA |
| JAN FALTYS | SLAVKOVA 29 | PRAHA 2 | | | PRAHA 2 | | 12000 | CZECH REPUBLIC |
| JANN SO | 1211 SW 5TH AVE | #1000 | | | PORTLAND | OR | 97204 | |
| JARED MORRISSEY | 59 RUE TRUDEAU | | | | CHTEAUGUAY | QUEBEC | J6J1M2 | CAN |
| JARNO HOGEWEG | KAYA SIRENA 18 | | | | KRALENDIJK | BONAIRE | | NETHERLANDS |
| JARRED HUTTO | 2509 N ARCHERY WAY | | | | MERIDIAN | ID | 83646-3446 | |
| JASON T PISKEL | C/O PISKEL YAHNE KOVARIK, PLLC | 522 W RIVERSIDE AVENUE | STE 700 | | SPOKANE | WA | 99201-0581 | |
| JAY ROBERT STAHLE | 838 CAMPFIRE DR | | | | FORT COLLINS | CO | 80524-1991 | |
| JDSA | PO BOX 1688 | | | | WENATCHEE | WA | 98807-1688 | |
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | 2600 CHESTER KIMM RD | | | | WENATCHEE | WA | 98801-8116 | |
| JEFFREY ALAN MOODY | 2528 FOREST OAKS POINT | | | | COLORADO SPRINGS | CO | 80906-5822 | |
| JEFFREY C LUTZ | 916 CONFIDENCE DR | | | | LONGMONT | CO | 80504-8526 | |
| JEFFREY CHIN | 42 PEPPER TREE ROAD LIDCOMBE NSW | | | | SYDNEY | | | AUSTRALIA |
| JEFFREY FIELD | 6025 95TH PLACE SW | | | | MUKILTEO | WA | 98275-3524 | |
| JEFFREY FIELD | A WASHINGTON RESIDENT | 6025 95TH PLACE SW | | | MUKILTEO | WA | 98275 -3524 | |
| JEFFREY KUTAS | 6761 CORRAL CIRCLE | | | | HUNTINGTON BEACH | CA | 92648 | |
| JEFFREY WALDOCK | TOMASCHEKSTRASSE 30 | | | | VIENNA | | A-1210 | AUSTRIA |
| JESSE SAMUEL WHEELER | 3601 STILLMAN BLVD | | | | TUSCALOOSA | AL | 35401-2601 | |
| JESSICA LANGIS | PO BOX 398 | | | | DRYDEN | WA | 98821-0398 | |
| JOHN GUILLE | 690 COVINGTON DR NW | | | | CALABASH | NC | 28467 | |
| JOHN HARTLEIB | 17931 SHOREHAM LANE | | | | HUNTINGTON BEACH | CA | 92649 | |
| JOHN HEINITZ | 1210 2ND ST SE | | | | EAST WANETCHEE | WA | 98802 | |
| JOHN KNOX | C/O WILLIAMS KASTNER | 601 UNION ST | SUITE 4100 | | SEATTLE | WA | 98101-2380 | |
| JOHN KOWALSKI | 100 TANSBORO RD | UNIT B | | | BERLIN | NJ | 08009-1959 | |
| JOHN KOWALSKI | 9543 S HACKBERRY ST | | | | HIGHLANDS RANCH | CO | 80129 | |
| JOHN RODRIGUEZ | 2688 W 12TH PLACE | | | | YUMA | AZ | 85364 | |
| JOHN SCEVOLA | 8768 SW IROQUOIS DRIVE | | | | TUALATIN | OR | 97062-9304 | |
| JOHN T. WINSLOW | 5544 LAS VIRGENES ROAD #99 | | | | CALABASAS | CA | 91302-3446 | |
| JONATHAN GOULD | 924 HALE AVENUE | | | | BROOKSVILLE | FL | 34601-3642 | |
| JONATHAN J LUTZ | 916 CONFIDENCE DR | | | | LONGMONT | CO | 80504-8526 | |
| JONATHAN WILSON | 118 INDIAN VALLEY DR | | | | CHEROKEE | NC | 28719 | |
| JORDI GRAU | C/ SANT JORDI, 12-3-1 | | | | VIC | | 08500 | SPAIN |
| JOSE A. HERRERA | 12801 PHILADELPHIA STREET SUITE B | | | | WHITTIER | CA | 90601-4126 | |
| JOSE ANTONIO CARAPETO SIERRA | CALLE PIRRA | 14 - PORTAL H - 3A | | | MARDID | C.P | 28022 | SPAIN |
| JOSE LUIS BLANCO | 9307 CASTLEGAP DR. | | | | SPRING | TX | 77379-4299 | |
| JOSEPH A.G. SAKAY | C/O HILLIS CLARK MARTIN & PETERSON PS | 999 THIRD AVENUE | SUITE 4600 | | SEATTLE | WA | 98104-4084 | |
| JOSEPH A.G. SAKAY | C/O RYAN, SWANSON & CLEVELAND, PLLC | 1201 THIRD AVENUE | SUITE 3400 | | SEATTLE | WA | 98101-3034 | |
| JOSEPH BRODSKY | 656 ST.NICHOLAS AV #35 | | | | NEW YORK | NY | 10030-1086 | |
| JOSEPH ERRIGO | 10828 GAS HOUSE PIKE | | | | NEW MARKET | MD | 21774-6716 | |
| JOSEPH M DUNN | 1105 COLONIAL DRIVE | | | | ALABASTER | AL | 35007-9309 | |
| JOSEPH SMITS | WESTERLANDERWEG 40 | | | | WESTERLAND | | 1778KL | NETHERLANDS |
| JOSHUA HESTER | 1115 CALIFORNIA ST | | | | OCEANSIDE | CA | 92054 | |
| JOSHUA MAPPERSON | 92 OAKBANK BLVD | | | | WHITTLESEA | | 3757 | AUSTRALIA |
| JUAN BAUTISTA IBARRA ARANA | ATTN: JUAN ARANA | RESID. LA CARANA, CALLE 66 #510 | | | PIEDADES SANTA ANA | SAN JOSE | | COSTA RICA |
| JULIAN HEERE | 500 J STREET 1703 | | | | SACRAMENTO | CA | 95814-2335 | |
| JUN DAM | 2116 L STREET NO. 2 | | | | ANTIOCH | CA | 94509-3434 | |
| JUNG H. CHO | ATTN: JUNG CHO | 320A 7TH ST | | | PALISADES PARK | NJ | 07650 | |
| KAMRAN BEG | 2200 RUSSET CRES | | | | BURLINGTON | ONTARIO | L7L6Z2 | CANADA |
| KATHRYN R MCKINLEY | C/O PAINE HAMBLEN LLP | 717 W. SPRAGUE AVENUE | SUITE 1200 | | SPOKANE | WA | 99201-3905 | |
| KELLY IMAGING | PO BOX 660831 | | | | DALLAS | TX | 75266-0831 | |
| KEN LI KOH | UNIT 2, 137 HULL ROAD | | | | CROYDON | | VIC 3136 | AUSTRALIA |
| KENNETH D MCCOY | 1401 WOODSTOCK WAY #103H | | | | BELLINGHAM | WA | 98226-3577 | |
| KENNETH JOHNSON | 613 19TH ST NE | | | | EAST WENATCHEE | WA | 98802-8351 | |
| KEVIN REINSCH | 3100 PEARL PKWY | A317 | | | BOULDER | CO | 80301 | |
| KEVIN TAVERNE | 13 RUE KIPLING | | | | MENNECY | | 91540 | FRANCE |
| KEYHOLE SECURITY INC | 708 S WENATCHEE AVE | | | | WENATCHEE | WA | 98801-3072 | |
| KHURSHID ALAM | 19 CHIKAMEENA STREET | UNIT-2 | | | LOGAN RESERVE | QLD | 4133 | AUSTRALIA |
| KOJI MICHIWAKI | SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO | | | | KAMINAGAO 380-3 | | 428-0313 | JAPAN |
| KOOMBEA INC. | ATTN: JONATHAN TARUD | 2250 NW 114TH AVE | UNIT 1L, COL 5242 | | MIAMI | FL | 33192-4177 | |
| KOOMBEA INC. | C/O VLP LAW GROUP, LLP | ATTN: MARK D. TAYLOR | 1629 K STREET NW | SUITE 300 | WASHINGTON | DC | 20006-1631 | |
| KRISHNA KARTHIK REDDY ADAPALA | 5106 KINO CT | | | | DUBLIN | CA | 94568-8719 | |
| KYLE SPESARD | 625 N HAWK ST | | | | PALATINE | IL | 60067 | |
| KYLE WHEELAN | 7975 ORCHARD PATH RD | | | | COLORADO SPRINGS | CO | 80919 | |
| LARRY D. GERBRANDT | 141 SEELY AVE | | | | AROMAS | CA | 95004-9501 | |
| LARRY EUGENE BAGGS | 1502 SHARON DRIVE | | | | DUNCANVILLE | TX | 75137-4014 | |
| LASSE KAIHLAVIRTA | PIIRINIITYNKATU 4 H 3 | | | | TAMPERE | | 33340 | FINLAND |
| LAURENT HAMERS | AVENUE VAN BEETHOVEN 24 | | | | ROSIERES | | 1331 | BELGIUM |
| LAW OFFICE OF BENJAMIN E. KELLY | ATTN: BENJAMIN E. KELLY | 9218 ROOSEVELT WAY NE | | | SEATTLE | WA | 98115-2842 | |

 

# Exhibit A

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| LEE E. WOODARD | LEXON INS. CO., HARRIS BEACH PLLC | 333 WEST WASHINGTON ST., SUITE 200 | | | SYRACUSE | NY | 13202-5202 | |
| LEON DE FLEURIOT DE LA COLINIERE | 16 RANKDORING AVE | | | | JOHANNESBURG | | | SOUTH AFRICA |
| LEONID MARKIN | 714 NORTH REXFORD | | | | BEVERLY HILLS | CA | 90210-3314 | |
| LESLIE HIBBARD | PO BOX 2067 | | | | CHELAN | WA | 98816-2067 | |
| LESTER AYLLON | RUA ADELE | 119 AP 264 BL 2 | | | RUA ADELE 119 | | | BRAZIL |
| LEVI ILLIS | VINKENHOF 7 | | | | | | 4332 DM | NETHERLANDS |
| LEXON INSURANCE COMPANY | 12890 LEBANON ROAD | | | | MT. JULIET | TN | 37122 | |
| LEXON INSURANCE COMPANY | C/O HARRIS BEACH PLLC | ATTN: LEE E. WOODARD | 333 WEST WASHINGTON ST. | SUITE 200 | SYRACUSE | NY | 13202-5202 | |
| LI LIANG | 1272 GLEN HAVEN DR | | | | SAN JOSE | CA | 95129-4103 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | DEPT LA 24291 | | | | PASADENA | CA | 91185-4291 | |
| LIGHTHOUSE (FORMERLY DISCOVIA) | LIGHTHOUSE | 250 MONTGOMERY ST., SUITE 300 | | | SAN FRANCISCO | CA | 94104-3428 | |
| LIKUO LIN | 1192 QUEEN ANN DR | | | | SUNNYVALE | CA | 94087 | |
| LIOR SHARABI | ESHKOLIT 28/22 | | | | PARDES HANA | | | ISRAEL |
| LJUPCO NIKOLOVSKI | MERCURIUS 15 | | | | AMSTELVEEN | GA | 1188 | HOLLAND |
| LODOG CORP | ATTN: MARK WEITZEL, PRESIDENT | 15460 W 199TH ST | | | SPRING HILL | KS | 66083 | |
| LUCA MONTERISI | 142 SVETI MARTIN | | | | PODSTRANA | | 21312 | CROATIA |
| LUCAS VELASQUEZ | 497 LAKE CAMERON DR. | | | | PIKE ROAD | AL | 36064-3959 | |
| LUIS ALBERTO FLORES EZPARZA | PO BOX 4161 | | | | WENATCHEE | WA | 98801 | |
| LUIS ROMAN | 4613 WHITE BAY CIR | | | | WESLEY CHAPEL | FL | 33545-5058 | |
| LUKE MCINTYRE | 4 ROSE ROAD | GREY LYNN | | | AUCKLAND | | 1021 | NEW ZEALAND |
| MARC JOYCE | 104 LOS GATOS BLVD | | | | LOS GATOS | CA | 95030-6122 | |
| MARIA MAZAEVA | SHOKALSKOGO PROEZD | H.4 APP.44 | | | MOSCOW | | 127642 | RUSSIA |
| MARK ELLIS | 43 CHERRY ORCHARD RD | FLAT 19 | RAINIER APARTMENTS | | CROYDON | | CR06FA | UNITED KINGDOM |
| MARK R. SHAPLAND | 18119 BENT RIDGE DRIVE | | | | WILDWOOD | MO | 63038 | |
| MARK VANGE | 10315 E SHANGRI LA RD | | | | SCOTTSDALE | AZ | 85260 | |
| MARK WALDRON | MARK D. WALDRON | 6711 REGENTS BLVD. W., SUITE B | | | TACOMA | WA | 98466-5421 | |
| MARY E BUSHYHEAD | C/O EAN SERVICES LLC | 14002 E 21ST ST, SUITE 1500 | | | TULSA | OK | 74134-1424 | |
| MASAYA FUJIOKA | OOKAYAMAMANSHION 319 | MEGURO-KUL-36-31 | | | TOKYO | | 152-0033 | JAPAN |
| MATHIAS BRACHET | DARWINGASSE 37 | TOP 1 | | | VIENNA | | 1020 | AUSTRIA |
| MATTEO ROMANI | VIA FLAMINIA 66 | | | | FOSSOMBRONE | WA | 61034 | |
| MATTHEW EUGENE RISEN | 1935 LEGACY PLACE SE | | | | EAST WENATCHEE | WA | 98802-9162 | |
| MATTHEW HINE | 2405 ACACIA ST. | | | | RICHARDSON | TX | 75082-3319 | |
| MATTHEW R LUTZ | 916 CONFIDENCE DRIVE | | | | LONGMONT | CO | 80504-8526 | |
| MCVICKER, MOSS, ETL | MCVICKER, MOSS, BALESTRO, ET AL IN CLASS ACTION | C/O LEVI & KORSINSKY LLP | 1101 30TH STREET NORTHWEST | SUITE 115 | WASHINGTON | DC | 20007-3740 | |
| MELISSA SPILLMAN | 612 BOIS D ARC LN | | | | FRANKLIN | TN | 37069-4762 | |
| MELVIN WHITE | 6091 GOLDDUST RD. | | | | BROOKSVILLE | FL | 34609-8705 | |
| MICHAEL BENDETT | 7606 LEXINGTON LANE | | | | PARKLAND | FL | 33067-1622 | |
| MICHAEL BHAGAT | 1169 S. CALLE DEL NORTE DR. | | | | PUEBLO WEST | CO | 81007-1907 | |
| MICHAEL CHU | 9644 NE 34TH ST | | | | CLYDE HILL | WA | 98004-1827 | |
| MICHAEL DETRINIDAD | 726 BALSAM DR | | | | NEWMAN | CA | 95360-9522 | |
| MICHAEL ILYANKOFF | 7425 156TH ST SE | | | | SNOHOMISH | WA | 98296-8771 | |
| MICHAEL LAFONTAINE JR | 321 NAPA VALLEY DR | | | | MILFORD | MI | 48381 | |
| MICHAEL PAPENFUSE | 1291 QUEENSWAY | | | | LAKE ISABELLA | MI | 48893-9356 | |
| MICHAEL RUSSO | 10310 WREN ROAD | | | | WEEKI WACHEE | FL | 34613-3887 | |
| MICHAEL RUSSO | 13022 CONVENT GARDEN RD | | | | WEEKI WACHEE | FL | 34613-3868 | |
| MICHAEL WAGNER | 1253 ROCK HILLS ST. UNIT 102 | | | | LAS VEGAS | NV | 89135-3576 | |
| MIKHAIL FILIPPOV | 2713 PROSPECT STREET | | | | FRAMINGHAM | MA | 01701 | |
| MIKHAIL MESHKOV | METALLURGOV UL, 11-52 | | | | MOSCOW | | 111401 | RUSSIA |
| MLDC1 LLC | 7906 RANDOLPH RD. | | | | MOSES LAKE | WA | 98837-5122 | |
| MLDC1, LLC | C/O OVERCAST LAW OFFICES | ATTN: DAVID A. KAZEMBA | 23 S. WENATCHEE AVE. | SUITE 320 | WENATCHEE | WA | 98801-2263 | |
| MOHAMMAD MEHDI TOOZHY | 11 JUSTUS DR. | | | | RICHMOND HILL | ONTARIO | L4C9Z4 | CANADA |
| MOLLY HUNTER | 4347 ANNA LANE | | | | WENATCHEE | WA | 98801-9034 | |
| MR ALEXANDER GARNOCK | 13 BUTTFIELD ST. | COOMBS | | | CANBERRA | ACT | 2611 | AUSTRALIA |
| MR TOUBOUL | 59 RUE DE DE MARIGNAN | | | | ST MAUR DES FOSSES | | | FRANCE |
| NATHAN WELLING | 1887 WHITNEY MESA DR #5807 | | | | HENDERSON | NV | 89014 | |
| NC MACHINERY | PO BOX 58201 | | | | TUKWILA | WA | 98138-1201 | |
| NC MACHINERY CO. | 17035 WEST VALLEY HIGHWAY | | | | TUKWILA | WA | 98188-5519 | |
| NC MACHINERY CO. | ATTN: DANIAL D. PHARRIS | 601 UNION STREET | STE. 2600 | | SEATTLE | WA | 98101 | |
| NEIL HUTCHINGS | 5 BEDWAS CLOSE | ST. MELLONS | | | CARDIFF | | CF3 0HP | UNITED KINGDOM |
| NELSON L. KIM | ATTN: NELSON KIM | 2251 WIGWAM PKWY APT 1928 | | | HENDERSON | NV | 89074-6238 | |
| NELSON PRADA | 323 SONOMA DR | | | | POOLER | GA | 31322 | |
| NEPPEL ELECTRIC | 4703 KELLY PLACE | | | | MOSES LAKE | WA | 98837-4306 | |
| NEPPEL ELECTRICAL & CONTROLS, LLC | C/O RIES LAW FIRM | ATTN: CHRISTOPHER F. RIES | PO BOX 2119 | | MOSES LAKE | WA | 98837-0519 | |
| NICK NGUYEN | 3411 GREENTREE DR | | | | FALLS CHURCH | VA | 22041-1405 | |
| NICOLAS COLOMBERA | SANTA CRUZ 88 | | | | SANTIAGO DEL ESTERO, CAPITAL | | 4200 | ARGENTINA |
| NITIN LIMAYE | 9-B PRATAPGUNJ SOCIETY | 401 MANORATH APARTMENTS | | | VADODARA | | 390002 | INDIA |
| NIVA JOHNSON | 119 RIDGMAR TRAIL | | | | HENDERSONVILLE | TN | 37075 | |
| NON-PROFIT CREDITORS' COMMITTEE OF WTT | 12128 N DIVISION ST | #426 | | | SPOKANE | WA | 99218-1905 | |
| NW HANDLING SYSTEMS | PO BOX 749861 | | | | LOS ANGELES | CA | 90074-9861 | |

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| OMAR D. AHMADI | 39 ESPY RD APT 9A | | | | CALDWELL | NJ | 07006-4864 | |
| OMAR JAVIER MONSALVE SANCHEZ | 17806 BELLA AVA DR, TOMBALL | | | | HOUSTON | TX | 77377-2099 | |
| OMAR JAVIER MONSALVE SANCHEZ | AVENIDA CONEGO BERNARDO CHOUZAL | 284, BL2 , 1 DT | PAREDES DE COURA | | VIANA DO CASTELO | | 4940-520 | PORTUGAL |
| OUR BOTANICALS WORLDWIDE LLC | 8 THE GREEN, SUITE #7123 | | | | DOVER | DE | 19901-3618 | |
| PABLO HERNANDEZ GUEVARA | ATTN: PABLO GUEVARA | CALLE ESTE RES MI REFUGIO P 9 APTO. 9A URB. MANZANARES | | | CARACAS | | 1070 | VENEZUELA |
| PACIFIC NORTHWEST INFRASTRUCTURE INC | PO BOX 3363 | | | | WENATCHEE | WA | 98807-3363 | |
| PACIFIC SECURITY | 2009 IRON ST. | | | | BELLINGHAM | WA | 98225-4211 | |
| PAMELA M EGAN & PAUL H BEATTIE | C/O CKR LAW LLP | 506 2ND AVENUE | 14TH FLOOR | | SEATTLE | WA | 98104-2343 | |
| PAMELA MARIE EGAN | C/O POTOMAC LAW FIRM | 1300 PENNSYLVANIA AVENUE | STE 700 | | WASHINGTON | DC | 20004-3024 | |
| PAMELYN CHEE | 1314 MILLER AVE | | | | LOS ANGELES | CA | 90063-1216 | |
| PARKER CORPORATE SERVICES | 2009 IRON ST | | | | BELLINGHAM | WA | 98225-4211 | |
| PATH OF FOUR WINDS, LLC | 3638 LAKE BREEZE LANE | | | | CROSBY | TX | 77532-7202 | |
| PATRICK BLOUNT | 848 N RAINBOW BLVD SUITE 1800 | | | | LAS VEGAS | NV | 89107-1103 | |
| PAUL A. BARRERA | NORTH CITY LAW PC | 17713 15TH AVE NE, STE. 101 | | | SHORELINE | WA | 98155-3839 | |
| PAUL ORLOFF | 7909 VAN NUYS BLVD | | | | VAN NUYS | CA | 91401 | |
| PAUL W REINSCH JR | 7 SALVATIERRA TRACE | | | | HOT SPRINGS VILLAGE | AR | 71909-7707 | |
| PER MARTIN SUNDBERG | CALCADA DE SANTO ANDRE 33 | BLOCO 2 | LETRA F | | LISBON | | 1100-495 | PORTUGAL |
| PETER MOONEY | 506 FELICIA ST | | | | DURHAM | NC | 27704-6213 | |
| PETR BOHACEK | KLOBOUCNICKA 1440/8 | | | | | | | CZECHIA |
| PHAM SONG TOAN | TONEYAMA 2-5-6 TOYONAKA | | | | OSAKA | | | JAPAN |
| PHIL A DINWIDDIE | 28122 VINE CLIFF | | | | BOERNE | TX | 78015 | |
| PHILIP N MCCOLLUM | 14391 WARREN ST | | | | WESTMINSTER | CA | 92683-5187 | |
| PIERVANNI UGOLINI MUGELLI | VIA DI NIZZANO, 2 | | | | IMPRUNETA | FLORENCE | 50023 | ITALY |
| PORT OF CHELAN | 1 CAMPBELL PKWY | STE A | | | E WENATCHEE | WA | 98802-9290 | |
| PORT OF DOUGLAS | 643 BILLINGSLY DR. SE | | | | EAST WENATCHEE | WA | WA 98802 | |
| PORT OF DOUGLAS COUNTY | 1 CAMPBELL PARKWAY | SUITE D | | | EAST WENATCHEE | WA | 98802-9290 | |
| PORT OF DOUGLAS COUNTY | C/O DAVIS ARNEIL LAW FIRM | ATTN: DAVID R. LAW | 617 WASHINGTON ST | | WENATCHEE | WA | 98801-2600 | |
| PRIJA PHANPHOUAMPHENG | 5115 16TH STREET, A | | | | SANTA ANA | CA | 92703 | |
| PRIMO NJEGA | BUKOVCI 100F | SI-2281 MAKOVCI | | | | | | SLOVENIJA |
| QUARK LLC | 4283 EXPRESS LANE | SUITE 3842-078 | | | SARASOTA | FL | 34249-2602 | |
| QUENTIN D BATJER | C/O DAVIS, ARNEIL LAW FIRM, LLP | 617 WASHINGTON ST | | | WENATCHEE | WA | 98801-2600 | |
| RADOMIR KALININ | STANYUKOVICHA | 54G-55 | | | VLADIVOSTOK CITY | | 690003 | RUSSIA |
| RANDY MICHELSON | C/O MICHELSON LAW GROUP | 220 MONTGOMERY STREET | SUITE 2100 | | SAN FRANCISCO | CA | 94104 | |
| RAPHAEL SOFAIR ET AL | INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | ATTN: JOHN A. KNOX | 601 UNION STREET | SUITE 4100 | SEATTLE | WA | 98101 | |
| RARITAN | 400 COTTONTAIL LANE | | | | SOMERSET | NJ | 08873-1238 | |
| RARITAN, INC. | ATTN: DANIEL MORAN | 400 COTTONTALE LANE | | | SOMERSET | NJ | 08873 | |
| RARITAN, INC. | C/O DRINKER BIDDLE & REATH LLP | ATTN: FRANK VELOCCI | 600 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932-1096 | |
| RAVJI PATEL | 16 HOME MEAD | | | | | | HA7 1AF | UNITED KINGDOM |
| REFAEL SOFAIR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | C/O JOHN A. KNOX, WILLIAMS KASTNER & GIB | 601 UNION ST | SUITE 4100 | | SEATTLE | WA | 98101-1368 | |
| RICHARD BLOMQUIST | 1425 BROADWAY | #23240 | | | SEATTLE | WA | 98122 | |
| RICHARD SHEW | 157 SLATEWOOD CT | | | | BETHEL PARK | PA | 15102 | |
| RICHARD WULLIENS | RUE DE L'EGLISE 13A | | | | ST LONARD | | 1958 | SWITZERLAND |
| RIETVELD GLOBAL BUSINESS GROUP B.V. | POSTBUS 9607 (BOX G58) | | | | 1006 GC AMSTERDAM | | | THE NETHERLANDS |
| ROBERT B DECKER | 918 CONFIDENCE DR | | | | LONGMONT | CO | 80504 | |
| ROBERT ILIEVSKI | NYPONGATAN 18 | | | | MALMO SKANE | | 212 31 | SWEDEN |
| ROBERT J. HOYER | 5940 DALTRY LN | | | | COLORADO SPRINGS | CO | 80906-7802 | |
| ROBERT RUSSELL | 971 PROVIDENCE PIKE | | | | DANIELSON | CT | 06239-4003 | |
| ROBERTO H. CASTRO | C/O UPRIGHT LAW LLC | PO BOX 747 | | | CHELAN | WA | 98816-0747 | |
| ROGER L SUTTON | 716 CONTESSA | | | | IRVINE | CA | 92620 | |
| ROLAN BURYKIN | THOMAS-DIEWALD | STR 2 | | | PLANEGG | | 82152 | GERMANY |
| ROLF JAKOBSEN | WESSELS GATE 25C | | | | | | H0202 | NORWAY |
| RONALD RICHARD JOHNS, JR. | 125 FROGFRUIT WAY | | | | SAN MARCOS | TX | 78666-3498 | |
| ROOSEVELT SCOTT | 802 HAWK VIEW COURT | | | | FAIRVIEW HEIGHTS | IL | 62208-2967 | |
| ROSS SHRESTHA | 1259 N LAKEVIEW DR | | | | PALATINE | IL | 60067-2092 | |
| ROSS TAVAKOLI | 8 OAKFIELD CLOSE | ALDERLEY EDGE | | | CHESHIR, SK97NA | ENGLAND | | UNITED KINGDOM |
| RUBEN DEL MURO | 1923-1 NISHIDERA | KIKUCHI | | | KUMAMOTO | | 861-1323 | JAPAN |
| SALISH SEA LEGAL | ATTN: BENJAMIN A. ELLISON | 2212 QUEEN ANNE AVE N. | | | SEATTLE | WA | 98109-2312 | |
| SAMUEL DART | C/O EISENHOWER CARLSON PLLC | 1201 PACIFIC AVENUE | STE 1200 | | TACOMA | WA | 98402-4395 | |
| SCHMITT ELECTRIC | 1114 WALLA WALLA AVE. | | | | WENATCHEE | WA | 98801-1525 | |
| SCHMITT ELECTRIC, INC | 1114 WALLA WALLA AVENUE | | | | WENATCHEE | WA | 98801 | |
| SCOTT ALAN WILSON | 9303 WAVING FIELDS DR | | | | HOUSTON | TX | 77064-4557 | |
| SCOTT B. HENRIE | C/O WILLIAMS KASTNER & GIBBS PLLC | 601 UNION ST | SUITE 4100 | | SEATTLE | WA | 98101-2380 | |
| SCOTT GLASSCOCK | 229 CRAFT ROAD | | | | BRANDON | FL | 33511-7588 | |
| SCOTT PAUL | 1100 SW 7TH ST | | | | RENTON | WA | 98057 | |
| SCOTT R. WEAVER | C/O CARNEY BADLEY SPELLMAN | 701 5TH AVE | STE 3600 | | SEATTLE | WA | 98104-7010 | |
| SERGIY DZVONYK | 28, YAROSLAVOV VAL ST., AP. 29 | | | | KIEV | | 01034 | UKRAINE |
| SERHII KOMAR | ALEXANDRA NEVSKOGO 35 | AP. 55 | | | ODESSA | | 65088 | UKRAINE |
| SHAUN LEECH | 49A WINFILED ROAD | BALWYN NORTH | | | VICTORIA | | 3144 | AUSTRALIA |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| SHAWN JACKSON DYCK | 40100 WILLOW CRESCENT | APT 308 | | | SQUAMISH | BC | V8B0L8 | CANADA |
| SHOW ME CABLES | 115 CHESTERFIELD INDIUSTRIAL BLVD | | | | CHESTERFIELD | MO | 63005-1219 | |
| SINH DU | 818 SW 3RD AVE #221-2313 | | | | PORTLAND | OR | 97204-2405 | |
| SMEETS GERT | SAPSTRAAT 40 | | | | GROTE SPOUWEN | | | BELGIUM |
| SPENCER ROSS | 92 LAKEVIEW TER | | | | NORTH WALTHAM | MA | 02451-0864 | |
| SPOKANE-YAKIMA | 904 W RIVERSIDE AVE | SUITE 304 | PO BOX 2164 | | SPOKANE | WA | 99210-2110 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS UNIT | ATTN: ANGIE LEE, ASSISTANT ATTORNEY GENERAL | 800 FIFTH AVENUE | SUITE 200 | SEATTLE | WA | 98104-3188 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | 2101 4TH AVE, STE 1400 | | | | SEATTLE | WA | 98121-2300 | |
| STEFANO MUSUMECI | UUSLINNA TN 9/4-52 | | | | TALLINN | | 11415 | ESTONIA |
| STEVE DELASSUS | 215 AVENUE MARCEL ANTHONIOZ | | | | DIVONNE LES BAINS | | 01220 | FRANCE |
| STEVEN WILLIAM SWEENEY | 7 LENT CRESCENT | | | | BRAMPTON | ONTARIO | L6Y 5E5 | CANADA |
| SUSAN RAMAKER | PO BOX 3272 | | | | WENATCHEE | WA | 98807-3272 | |
| TAKESHI KAWAI | 3-9-2-403 SHIMORENJAKU | | | | MITAKA CITY | TOKYO | 181-0013 | JAPAN |
| TALENTS 633 MINISTRIES, NFP | 12113 BREDA LN | | | | ORLANDO | FL | 32827-7253 | |
| TALOS CONSTRUCTION LLC | C/O FOSTER PEPPER PLLC | ATTN: TODD REUTER | 618 W RIVERSIDE AVE | SUITE 300 | SPOKANE | WA | 99201-5102 | |
| TALOS CONSTRUCTION LLC | PO BOX 2607 | | | | CHELAN | WA | 98816-2607 | |
| TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION - SAU | C/O OFFICE OF THE ATTORNEY GENERAL | COLLECTIONS DIVISION MC 008 | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | |
| THEATHERSTRASSE 27C | 8400 WINTERTHUR | | | | | | | SWITZERLAND |
| THEOCHARIS ASLANIDIS | DORIDOS 44 | | | | EGALEO | | 12242 | GREECE |
| THOMAS MEHLITZ | SOLRIDE GMBH | | | | YBURGSTR. | | 18 | GERMANY |
| TNT BUSINESS COMPLEX, LLC | ATTN: KELLY THOMPSON | 380 LESLIE WAY | | | EAST WENATCHEE | WA | 98802-5624 | |
| TOTAL EMPLOYMENT MANAGEMENT | 723 W. BROADWAY | | | | MOSES LAKE | WA | 98837-1920 | |
| TOWN TOYOTA CENTER | 1300 WALLA WALLA | | | | WENATCHEE | WA | 98801-1529 | |
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | ATTN: JONATHAN B. ALTER, ESQ. | 1 TOWER SQUARE, MS04 | | | HARTFORD | CT | 06183-1050 | |
| TRAVIS HIBBARD | PO BOX 2607 | | | | CHELAN | WA | 98816 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | 197 BOSTON POST RD W STE M | | | | MARLBOROUGH | MA | 01752-1938 | |
| TREEHOUSE TECHNOLOGY GROUP, LLC | PO BOX 978 | | | | MANCHESTER | NH | 03105-0978 | |
| TUOMAS J KARJALAINEN | 7601 E TREASURE DR, APT 1023 | | | | NORTH BAY VILLAGE | FL | 33141-4362 | |
| TYLER DOMER | 91 NE 17 ST | | | | EAST WENATCHEE | WA | 98802-4147 | |
| U.S. CUSTOMS AND BORDER PROTECTION | ATTN: REVENUE DIVISION, BANKRUPTCY TEAM | 6650 TELECOM DR | STE 100 | | INDIANAPOLIS | IN | 46278 | |
| UPS | 28013 NETWORK PLACE | | | | CHICAGO | IL | 60673-1280 | |
| US CUSTOMS | PO BOX 979126 | | | | ST. LOUIS | MO | 63197-9001 | |
| US TRUSTEE | ATTN: GARY W. DYER | US COURT HOUSE | 920 W RIVERSIDE AVE | SUITE 593 | SPOKANE | WA | 99201-1012 | |
| VALERIJS SIDORIKS | 63 ADDISON ROAD | | | | GUILDFORD | SURREY | GUI 3QQ | UNITED KINGDOM |
| VANESSA PIERCE ROLLINS | BOWMAN PIERCE, LLC | 380 S 400 E APT 406 | | | SALT LAKE CITY | UT | 84111-2931 | |
| VIKEN CHOUCHANIAN | 17429 LAHEY ST | | | | GRANADA HILLS | CA | 91344-3426 | |
| VLADISLAV MANITSKIY | GARAZHNAYA STREET 67/396 | | | | KRASNODAR CITY | KRASNODAR REGION | 350000 | RUSSIAN FEDERATION |
| VYACHESLAV LEVIN | 4A STOKE ROW | | | | COVENTRY | WESTMIDLANDS | CV2 4JQ | UNITED KINGDOM |
| WA DEPARTMENT OF REVENUE | ATTN: SAM SEAL | 2101 4TH AVE, STE 1400 | | | SEATTLE | WA | 98121-2300 | |
| WASHINGTON EMPLOYMENT SECURITY DEPT | PO BOX 9046 | | | | OLYMPIA | WA | 98507-9046 | |
| WASHINGTON STATE LABOR & INDUSTRIES | PO BOX 44170 | | | | OLYMPIA | WA | 98504-4170 | |
| WILHELMUS APPEL | LUPINELAAN 15 | | | | WAALRE | CG | 5582 | THE NETHERLANDS |
| WILLIAM M PATTON | 6821 SKY CIRCLE | | | | ANCHORAGE | AK | 99502 | |
| WILLIAM STEPHEN DAVIS | 7281 ROOSES DRIVE | | | | INDIANAPOLIS | IN | 46217 | |
| WILLIAM TRAN | 403 W RAMONA RD | | | | ALHAMBRA | CA | 91803 | |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL RD. | | | | PALO ALTO | CA | 94304-1050 | |
| WINLAND CREDIT PARTNERS LLC AS TRANSFEREE OF NEPPEL ELECTRICAL & CONTROLS LLC | PO BOX #206 | | | | N. STONINGTON | CT | 06359 | |
| WONG CHUN MING | SHAM SHUI PO,FUK WING ST 133 | FLAT A 10/F 5/BLOCK GOLDEN BLDG | | | | | | HONG KONG |
| XIAOMING LU | 3269 RANGE CT | | | | MASON | OH | 45040-8741 | |
| YUET CHOI CHENG | 22F NAM HOI MANSION | | | | TAIKOO SHING | | | HONG KONG |
| YURII KUZMIN | 10-B, UROZHAYNAYA STR. | | | | ODESSA | | 65016 | UKRAINE |