Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>Reference to BAP No.: 20-1156<br><br>**CHAPTER 11 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009(a)(2) AND REQUEST FOR TRANSCRIPTS** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"), hereby respectfully designates the following additional items in the appellate proceeding, BAP No.: 20-1156, regarding the *Notice of Appeal and Statement of Election* filed by June Dam on June 25, 2020, [Doc 626] of the *Order Approving: (i) Sale of TNT Facility and Trailer Equipment Free and Clear of Liens, Claims and Interests, Subject to Overbidding, Approving Notice Thereof; (ii)*

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 1

18-03197-FPC7    Doc 648    Filed 07/15/20    Entered 07/15/20 23:10:49    Pg 1 of 13

*Assumption and Assignment of Leases and Power Contract and (iii) Granting Request for Shortened Notice Thereon*, entered on the Court's docket on May 19, 2020. This designation is submitted pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure:

**DESIGNATION OF ADDITIONAL RECORDS**

**(Main Case)**

| Docketing Date | Docket No. | Document Title |
|---|---|---|
| 11/19/2018 | 1 | Voluntary Petition Under Chapter 11 and Accompanying Documents, Non-Individual |
| 12/19/2018 | 56 | Appointment of Unsecured Creditors' Committee |
| 01/11/2019 | 94 | Notice of Appearance by Dominique R. Scalia, Ben Ellison and Daniel Bugbee as counsel for the Official Committee of Unsecured Creditors |
| 1/24/2019 | 145 | Order Granting Application to Approve Employment of DBS Law as Attorney for Unsecured Creditors' Committee *Nunc Pro Tunc* to January 11, 2019 |
| 1/24/2019 | 146 | Order Approving Appointment of Chapter 11 Trustee |
| 1/29/19 | 151 | Amended Appointment of Unsecured Creditors' Committee (Re 56) |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 2

| Date | No. | Description |
|---|---|---|
| 4/5/2019 | 261 | Memorandum of Points and Authorities in Support of Motion to Authorize Chapter 11 Trustee to Perform Pursuant to Moses Lake Two-Way Agreement |
| 4/5/2019 | 262 | Declaration of Mark D. Waldron, Chapter 11 Trustee, in Support of Motion to Authorize Chapter 11 Trustee to Perform Pursuant to Moses Lake Two-Way Agreement |
| 4/5/2019 | 263 | Notice of Motion and Time to Object re 260. |
| 4/10/2019 | 266 | Certificate of Service re 260 |
| 4/11/2019 | 267 | Certificate of Service re 263 |
| 4/11/2019 | 271 | Ch. 11 Trustee's Monthly Operating Statements, Feb. 2019 |
| 4/11/2019 | 272 | Ch. 11 Trustee's Monthly Operating Statements, Mar. 2019 |
| 4/11/2019 | 273 | MINUTE Entry. Status on Continued Hearing. HELD. Pam Egan, attorney for ch. 11 trustee, reported the Motion has been resolved based upon two agreements - between the estate and Moses Lake Landlord (Motion 260 ) and agreement re the claim of ECO Diversified (re sublease on the Moses Lake facility) which will be filed shortly |
| 4/16/2019 | 277 | Chapter 11 Trustee's Motion to Approve Moses Lake Three-Way Agreement |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 3

| | | | |
|---|---|---|---|
| 1, 2 | 4/16/2019 | 278 | Memorandum in Support of Chapter 11 Trustee's Motion to Approve Moses Lake Three-Way Agreement |
| 3, 4, 5 | 4/17/2019 | 279 | Declaration of Mark D. Waldron in Support of Chapter 11 Trustee's Motion to Approve Moses Lake Three-Way Agreement |
| 6, 7 | 4/17/2019 | 280 | Notice of Motion and Time to Object (re: Motion Approve Compromise (277) |
| 8–14 | 4/22/2019 | 281 | Adversary Case 19-80012 Commenced: Verified Complaint for Avoidance and Recovery of Fraudulent Transfers and/or Preferential Transfers; Breach ff Fiduciary Duty; Turnover; and Injunctive Relief; and the Chapter 11 Trustee's Objections to Claims of David M. Carlson (Claims Nos. 318 and 319) and of Clever Capital LLC(Claim No. 320) |
| 15 | 4/23/2019 | 282 | Certificate of Service [277, 280] |
| 16, 17, 18 | 5/9/2019 | 293 | Unsecured Creditors' Committee's Supplemental Response to Trustee's Motion for Order Approving Moses Lake Two-Way Agreement |
| 19, 20, 21 | 5/10/2019 | 300 | Order Granting Chapter 11 Trustee's Motion for Order Approving [Two-Way] Agreement With Moses Lake Landlords (Re 260) |
| 22 | 5/14/2019 | 301 | Monthly Operating Statements, April 2019 |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 4

| | | | |
|---|---|---|---|
| 5/17/2019 | 307 | Declaration of No Objections to Chapter 11 Trustee's Motion for Order Approving Moses Lake Three-Way Agreement. [Docket Text] |
| 5/20/2019 | 309 | Order Granting Motion to Approve Moses Lake Three-Way Agreement |
| 6/14/20 | 326 | Monthly Operating Statements, May 2019 |
| 7/16/2019 | 342 | Monthly Operating Statements, June 2019 Filed by Trustee Mark Waldron |
| 8/14/2019 | 352 | Monthly Operating Statements, for July 2019. Filed by Mark Waldron |
| 8/22/2019 | 353 | Motion for Order: (i) Setting Expedited Hearing on Request for Authority to Re-open the TNT Facility and to Borrow On Interim Basis; (ii) Authorizing Re-opening of TNT Facility, and (iii) Approving Financing on Interim and Final Basis With Super-Priority Unsecured Status. Filed by Pamela Marie Egan on behalf of Mark Waldron. |
| 8/22/2019 | 354 | Memorandum in Supp. of Motion to Obtain Credit *et al.* [353] |
| 8/22/2019 | 355 | Declaration in Support of Motion to Obtain Credit, *et al* [353] |
| 8/22/2019 | 356 | Notice of Motion and Time to Object and Notice of Hearing. Filed by Pamela Marie Egan on behalf of Mark. . |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 5

| | | | |
|---|---|---|---|
| | | | . .The Hearing date is set for 8/29/2019 at 10:00 AM at Hrg location - US Post Office Bldg, 904 W Riverside Ave, 3rd Floor Courtroom, Spokane, WA |
| | 8/22/2019 | 357 | Supplement to Resubmission of Exhibit B. (RE: Motion to Obtain Credit Under Sec 364 (Re 353) |
| | 8/23/2019 | 358 | Amended Notice of Motion and Time to Object and Amended Notice of Hearing (RE: Motion to Obtain Credit Under Sec 364353 353, Notice of Hearing 356)). The Hearing date is set for 8/29/2019 at 10:00 AM at Hrg location - Telephonically by calling 509-353-3183 |
| | 8/27/2019 | 359 | Certificate of Service [353, 358] |
| | 8/27/2019 | 360 | Objection re Motion to Obtain Credit Under Sec. 264 (353) |
| | 8/28/2019 | 361 | Response signed by Ben Ellison (re Motion to Obtain Credit Under Sec. 364 (353), filed by Unsecured Creditors' Committee` |
| | 8/29/2019 | 363 | MINUTE Entry. Motion. HELD. Based upon the testimony of the trustee and the record, the court will grant the Motion on an expedited basis and set a final hearing on the remaining funds requested on 9/24/2019 at 01:30 p.m. - US Post Office Bldg, 904 W Riverside Ave, 3rd Floor Courtroom, Spokane, WA. Ms. Egan shall submit the |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 6

| | | | |
|---|---|---|---|
| | | | order and indicate that the order does not resolve any issues pending in the pending adversary proceeding. (re: 353) . . . |
| | 8/29/2019 | 365 | Order Granting Request for (i) Expedited Hearing on Authority to Re-Open the TNT Facility and to Borrow on Interim Basis; (ii) Authorizing Re-Opening of TNT Facility; and (iii) Approving Financing on Interim Basis With Super-Priority Unsecured Status and Order Setting Final Hearing on Request to Borrow (re 353). Final Hearing is scheduled 9/24/2019 at 1:30 PM. (KAM) (Entered: 08/29/2019) |
| | 8/30/2019 | 366 | Notice of Hearing (re 353) |
| | 9/4/2019 | 370 | Certificate of Service of Notice of Hearing [366] (re 353) |
| | 9/16/2019 | 372 | Monthly Operating Statements, August 2019 |
| | 9/20/2019 | 373 | Objection re Motion to Obtain Credit Under Sec 364 (re 353) |
| | 9/24/2019 | 377 | MINUTE Entry. Final Hearing/Motion to Approve Unsecured Super Priority Credit. HELD. Based upon the record and comments of counsel, the court granted the Motion (financing). Ms. Egan will present the order and include language reserving any and all issues in the adversary proceeding Waldron v. Carlson, Case No. 19- |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 7

| | | |
|---|---|---|
| | | 80012, and circulate to counsel. The parties conferred on mediation regarding the adversary proceeding. Mr. McDonnell will verify with his client that he would like to move forward in this regard. (RE: 353 Motion). . . |
| 10/1/2019 | 380 | Order Granting Financing on Final Basis With Super-Priority Unsecured Status [Re 353] |
| 10/15/2019 | 390 | Monthly Operating Statements, September 2019 |
| 11/14/2019 | 418 | Monthly Operating Statements, October 2019 |
| 12/12/2019 | 431 | Disclosure Statement, filed by Unsecured Creditors' Committee |
| 12/12/2019 | 432 | Monthly Operating Statements, November 2019 |
| 12/17/2019 | 437 | Notice of Filing Written Disclosure Statement and Proposed Plan (RE: Disclosure Statement) (Re 431). Filed by Benjamin A Ellison on behalf of Unsecured Creditors' Committee. The Hearing date is set for 1/23/2020 at 01:30 PM at Hrg location - US Post Office Bldg, 904 W Riverside Ave, 3rd Floor Courtroom, Spokane, WA. (Ellison, Benjamin) DEPUTY Clerk Note: hearing time and location not given in notice. |
| 1/7/2020 | 444 | UST's Objection (re Disclosure Statement) (re 431) |
| 1/9/2020 | 445 | Chapter 11 Trustee's Joinder Re Objection of UST (re 431) |

| | | | |
|---|---|---|---|
| 1/9/2020 | 446 | Notice of Motion and Notice of Hearing if Objection Received Filed by Benjamin A Ellison on behalf of Unsecured Creditors' Committee (Disclosure Statement) (431). . . Hearing to be held on 1/23/2020 at 10:00 AM at Hrg location - US Post Office Bldg, 904 W Riverside Ave, 3rd Floor Courtroom, Spokane, WA | |
| 1/10/2020 | 447 | Monthly Operating Statements, December 2019 | |
| 2/3/2020 | 474 | Memorandum in Support of Chapter 11 Trustee's Motion to Approve Compromise (Carlson Settlement) (473) | |
| 2/3/2020 | 475 | Declaration of Mark D. Waldron in Support Chapter 11 Trustee's Motion of to Approve Compromise (Carlson Settlement) (473) | |
| 2/3/2020 | 476 | Notice of Motion and Time to Object (Re Motion to Approve Compromise) (473) | |
| 2/7/2020 | 477 | Certificate of Service Of Notice (476) (re Motion to Approve Compromise (473) | |
| 2/13/2020 | 480 | Monthly Operating Statements, January 2020 | |
| 3/9/2010 | 506 | Declaration of No Objections . Filer represents to the Court, under penalty of perjury, that the Motion (Docket No. 473) and Notice (Docket No. 476), were served as documented in the Certificate of Service (Docket No. 477). No objections have been filed (RE: MOTION to | |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 9

| | | | |
|---|---|---|---|
| | | | Approve Compromise 473). Filed by Pamela Marie Egan on behalf of Mark Waldron (Egan, Pamela) (Entered: 03/09/2020) |
| | 3/11/2020 | 509 | Monthly Operating Statements, February 2020 |
| | 4/15/2020 | 554 | Monthly Operating Statements, March 2020 |
| | 4/24/2020 | 584 | Certificate of Service (re Notice of Hearing) (575) |
| | 5/6/2020 | 585 | Objection (re Motion to Sell Property Free and Clear of Liens) (573) |
| | 5/6/2020 | 586 | Declaration signed by Kathryn R. McKinley (re Objection) (585) |
| | 5/13/2020 | None | Minute Entry re 573 |
| | 5/14/2020 | 600 | Monthly Operating Statements, April 2020 |
| | 5/28/2020 | 603 | Amended (re Appointment of Unsecured Creditors' Committee (56, Amended 151) |
| | 5/29/2020 | 605 | Amended (re Appointment of Unsecured Creditors' Committee) (56, Amended 151, Amended 603) |
| | 6/9/2020 | 613 | Minute Entry Order: Pursuant to Local Bankruptcy Rule 9013-1(e), the court will consider Jun Dam's Motion to Request Reconsideration of Order Approving Sale of TNT Facility and Trailer Equipment Free and Clear of Liens (ECF No. 610) without response from the opposing parties. The court will hear Mr. Dam's Motion on June 17, |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 10

| | | |
|---|---|---|
| | | 2020 at 2:30 p.m. All participants shall call into (877) 402-9753, Access Code 3001392. At the hearing the court will inform opposing parties if a response to the motion is requested. SO ORDERED. Frederick P. Corbit, U.S. Bankruptcy Judge. This text entry constitutes the official order pursuant to LBR 9013-1(c)(4)(B). (RE: Motion to Reconsider 610) |
| 6/10/2020 | 615 | Monthly Operating Statements, May 2020 |

## DESIGNATION OF ADDITIONAL RECORDS

### (Adversary Proceeding – Carlson AP 19-80012)

| Docket Date | Adv. Docket No. | Document Title |
|---|---|---|
| 4/22/2019 | 1 | Complaint |
| 4/22/2019 | 2 | EMERGENCY APPLICATION For Order to Show Cause For Temporary Restraining Order and Preliminary Injunction. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (Attachments: # 1 Exhibit A) (Egan, Pamela) DEPUTY Clerk Note: entry clarified to match pdf. Modified on |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 11

| Docket Date | Adv. Docket No. | Document Title |
|---|---|---|
| | | 4/23/2019 (KAM). (Entered: 04/22/2019) |
| 4/22/2019 | 3 | PLAINTIFF'S REQUEST For Judicial Notice of Adjudicative Facts in Support of Emergency Application. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (RE: Emergency Application 2). (Egan, Pamela) DEPUTY Clerk Note: Entry clarified to match pdf. Modified on 4/23/2019 (KAM). (Entered: 04/22/2019) |
| 4/23/2019 | 4 | NOTICE of Appearance. Filed by Dominique R Scalia on behalf of Unsecured Creditors Committee of Giga Watt Inc.. (Scalia, Dominique) (Entered: 04/23/2019) |
| 4/25/2019 | 11 | Order Granting Motion to Show Cause and for Temporary Restraining Order (re 2) |
| 4/30/2019 | 19 | AMENDED ORDER to Show Cause For Preliminary Injunction and Temporary Restraining Order (RE: |

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 12

| Docket Date | Adv. Docket No. | Document Title |
|---|---|---|
| | | Motion for Temporary Restraining Order 2, Temporary Restraining Order 11). (KAM) (Entered: 04/30/2019) |
| 6/5/2019 | 70 | Order Granting Preliminary Injunction |
| 6/6/2019 | 71 | Answer to Complaint |

## REQUEST FOR TRANSCRIPTS

| Docketing Date | Docket No. | Transcript |
|---|---|---|
| 5/10/19 | 296 | Hearing on Moses Lake (Two Way) (260) |
| 8/29/2019 | 362 | Hearing on Motion to Obtain Credit (353) (Interim) |
| 9/24/2019 | 376 | Hearing on Motion to Obtain Credit (353) (Final) |
| 1/23/2020 | 453 | Hearing on Disclosure Statement, et al. |

## RESERVATION OF RIGHTS

The Trustee does not intent to waive, and expressly hereby reserves, any right to move to dismiss the appeal on any basis or to file any other appropriate motion or request for relief.

Dated: July 15, 2020     POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*    
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Chapter 11 Trustee's Designation of Additional Items To Be Included in the Record on Appeal - Page 13