MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

**The Honorable Frederick P. Corbit**
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) |
| | ) **Case No. 18-03197-FPC11** |
| GIGA WATT INC. | ) |
| | ) |
| | ) **CHAPTER 11 TRUSTEE'S MONTHLY** |
| Debtor. | ) **FINANCIAL REPORT FOR JUNE 2020** |
| | ) |

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of June 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for June 2020 (Exhibit 3), incorporated herein by reference.

1.  <u>Condominium at Northwest Cliffe Point Road, Quincy, Washington</u>. The condominium remained actively listed for sale at $384,950.00 during the month of June 2020. The property has been listed for approximately 75 days and Trustee has received two offers of $250,000.00 (with one counter-offer increase to $275,000.00). Based on comparable sales data, the current market conditions in light of the COVID-19 pandemic, and consultation with the Court-appointed realtor, the Trustee lowered the list price to $365,000.00, effective on July 1, 2020. This condominium is free and clear and

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

has no obligations related thereto, except for the monthly Condominium Owners Association dues and minimal monthly utility bills. The Trustee has procured insurance on the condominium as well.

2. <u>Settlement with Chelan Douglas Regional Port Authority</u>. As reported in the Monthly Financial Report for May 2020, the Estate entered into a Settlement Agreement with Chelan Douglas Regional Port Authority (formerly Port of Douglas County) related to a Land Lease and liens resulting from Giga Watt's breach thereof. The Settlement Agreement was approved by Order entered on June 11, 2020 (Docket No. 619) and the Trustee issued payment to the Port in the amount of $22,500.00, in exchange for the Port withdrawing its Proof of Claim (Claim No. 65 in the amount of $662,994.09), among other settlement terms.

3. <u>Douglas County PUD</u>. By Order entered June 17, 2020 (Docket No. 623), the Trustee has retained the law firm of Beveridge and Diamond P.C. as special counsel to conduct formal discovery regarding the Interconnection and Services Agreement between Douglas County PUD and Giga Watt, Inc. That investigation is ongoing.

4. <u>Taxes / Tax Reporting</u>. The Court-appointed CPA continues to prepare Debtor's required monthly tax reports, specifically the Department of Revenue reporting, and the Estate continues to pay the corresponding B&O taxes due. As a result of the Giga Watt facilities now being shut down, no revenue is being generated from operating business, therefore Trustee anticipates that no B&O taxes will be due commencing with the monthly reporting period of June 2020. At month end, the Debtor was not delinquent on any <u>post-petition</u> tax obligations.

5. <u>Disbursements / US Trustee Fees</u>. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of June 2020 were **$32,360.82**. The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 17th day of July, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

EXHIBIT 1

## Ledger Report

| | | |
|---|---|---|
| **Case Number:** | 18-03197-FPC11 FPC | **Trustee:** Mr. Mark D. Waldron (670070) |
| **Case Name:** | GIGA WATT INC. | **Bank Name:** Metropolitan Commercial Bank |
| | | **Account:** *******25 - Checking Account |
| **Taxpayer ID #:** | 81-4797010 | **Blanket Bond:** $0.00 (per case limit) |
| **Period:** | 06/01/20 - 06/30/20 | **Separate Bond:** N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/20 | 444 | Grant County PUD | Acct #8481123244, 23684 Cliffe Pointe Rd (condominium) | 6004-000 | | 38.00 | 365,447.88 |
| 06/02/20 | 445 | Insta Stor Inc. | Invoice #267 (storage container rental through June 2020) | 6004-000 | | 135.25 | 365,312.63 |
| 06/02/20 | 446 | Grant County Treasurer | Tax ID #WALD7802, 1st Half property taxes (23684 NW Cliffe Rd) | 6004-000 | | 958.73 | 364,353.90 |
| 06/02/20 | 447 | Chase | Reports of Sale on two vehicles to Dept. of Licensing | 6010-000 | | 27.30 | 364,326.60 |
| 06/04/20 | | Douglas County PUD | Refund of utility deposit | 4099-000 | 65,455.00 | | 429,781.60 |
| 06/15/20 | 448 | Chelan Douglas Port Authority | Payment in full per Settlement Agreement and Order entered 6-11-2020 (Docket No. 619) | 6003-000 | | 22,500.00 | 407,281.60 |
| 06/15/20 | 449 | WM Corporate Services, Inc. | Customer ID #19-19019-33003, Invoice #1892579-2674-2 (FINAL) | 6010-000 | | 75.64 | 407,205.96 |
| 06/15/20 | 450 | Stretto | Invoice #3596 (dated 5-31-20) | 6007-000 | | 7,554.00 | 399,651.96 |
| 06/18/20 | 451 | Cave B Ridge Condo Association | HOA dues for June and July 2020, Cave B Ridge, Unit 8B | 6004-000 | | 390.00 | 399,261.96 |
| 06/18/20 | 452 | Grant County PUD | Acct #8481123244, 23684 Cliffe Pointe Rd. (condominium) | 6004-000 | | 20.00 | 399,241.96 |
| 06/26/20 | | Washington State Department of Revenue | B&O taxes due for May 2020 | 6006-002 | | 661.90 | 398,580.06 |

| | | | | **Subtotals :** | **$65,455.00** | **$32,360.82** | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC |
|---|---|
| Case Name: | GIGA WATT INC. |
| Taxpayer ID #: | 81-4797010 |
| Period: | 06/01/20 - 06/30/20 |

| | |
|---|---|
| Trustee: | Mr. Mark D. Waldron (670070) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | *******25 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,983,318.99 | 32,360.82 | $398,580.06 |

TOTAL - ACCOUNT *******25

| | | | |
|---|---|---|---|
| | Balance Forward | 365,485.88 | |
| 1 | Deposits | 65,455.00 | 9 Checks | 31,698.92 |
| 0 | Interest Postings | 0.00 | 1 Adjustments Out | 661.90 |
| | Subtotal | $430,940.88 | 0 Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | Total | $32,360.82 |
| 0 | Transfers In | 0.00 | | |
| | Total | $430,940.88 | | |

{} Asset reference(s)

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 06/01/20 - 06/30/20

EXHIBIT 2

### Income

| | | |
|---|---|---:|
| 4099-000 | Other Receipts | $65,455.00 |
| **Total Income** | | **$65,455.00** |

### Expenses

| | | |
|---|---|---:|
| 6003-000 | Admin. Rent | $22,500.00 |
| 6004-000 | Costs to Secure/Maintain Property | $1,541.98 |
| 6006-002 | Taxes - State | $661.90 |
| 6007-000 | Professional Fees & Expenses | $7,554.00 |
| 6010-000 | Other Expenses | $102.94 |
| **Total Expenses** | | **$32,360.82** |
| | | |
| **Net Income** | | **$33,094.18** |

EXHIBIT 3



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member
**FDIC**

Period Covered:
May 30, 2020 - June 30, 2020
Page 1 of 7
18-03197-FPC11

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED

JUL 0 8 2020

Law Offices of
Mark D. Waldron, PLLC

| | |
|---|---|
| Case Number | |
| Case Name | GIGA WATT INC |
| | DEBTOR |
| Trustee Number | 670070 |
| Trustee Name | Mr. Mark D. Waldron |
| | TRUSTEE |

☏ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910019625 | $368,932.88 | $398,970.06 |
| Total | | $368,932.88 | $398,970.06 |

## TRUSTEE CHECKING

Account Number: 3910019625

| | | |
|---|---|---|
| Enclosures | 13 | **Beginning Balance** | $368,932.88 |
| | | +Total Additions | $65,455.00 |
| | | -Total Subtractions | $35,417.82 |
| | | **Ending Balance** | $398,970.06 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 432 | 06-23 | $270.00 |
| 440* | 06-23 | $330.00 |
| 441 | 06-03 | $1,875.00 |
| 442 | 06-23 | $300.00 |
| 443 | 06-03 | $672.00 |
| 444 | 06-11 | $38.00 |
| 445 | 06-10 | $135.25 |
| 446 | 06-05 | $958.73 |
| 447 | 06-04 | $27.30 |
| 448 | 06-22 | $22,500.00 |
| 449 | 06-22 | $75.64 |
| 450 | 06-30 | $7,554.00 |
| 452* | 06-29 | $20.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-26 | WA DEPT REVENUE TAX PYMT 200625 CCD | $661.90 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 06-08 | REMOTE DEPOSIT REF#0100031 | $65,455.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-03 | $366,385.88 | 06-04 | $366,358.58 | 06-05 | $365,399.85 |
| 06-08 | $430,854.85 | 06-10 | $430,719.60 | 06-11 | $430,681.60 |
| 06-22 | $408,105.96 | 06-23 | $407,205.96 | 06-26 | $406,544.06 |
| 06-29 | $406,524.06 | 06-30 | $398,970.06 | | |