Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC.,

Debtor.

No. 18-03197-11

**NOTICE OF MOTION FOR FURTHER DIRECTION AND FOR PROTECTIVE ORDER REGARDING EX PARTE ORDER FOR RULE 2004 EXAMINATION**

PLEASE TAKE NOTICE that third-party witness Perkins Coie LLP has filed a Motion for Further Direction and for Protective Order Regarding Ex Parte Order for Rule 2004 Examination.

**SHOULD YOU OBJECT TO THIS REQUEST, you must object in writing by filing a written objection setting forth your reasons for objecting, together with a request for hearing, with the Clerk of the above-entitled court and serve a copy on the undersigned on or before August 11, 2020.**

**SHOULD YOU FAIL TO SO OBJECT** within the time set forth above, **relief as requested may be granted without further notice to you.**

NOTICE OF MOTION FOR FURTHER
DIRECTION AND FOR PROTECTIVE ORDER RE
EX PARTE ORDER FOR RULE 2004
EXAMINATION - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Each of the persons entitled to notice of the motion is a registered participant in the CM/ECF system in this case.

DATED this 21st day of July, 2020.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
   Ralph E. Cromwell, Jr., WSBA #11784
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: bkeller@byrneskeller.com
       rcromwell@byrneskeller.com
*Attorneys for Perkins Coie LLP*

NOTICE OF MOTION FOR FURTHER DIRECTION AND FOR PROTECTIVE ORDER RE EX PARTE ORDER FOR RULE 2004 EXAMINATION - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 651    Filed 07/21/20    Entered 07/21/20 11:32:24    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Perkins Coie LLP*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF MOTION FOR FURTHER DIRECTION AND FOR PROTECTIVE ORDER RE EX PARTE ORDER FOR RULE 2004 EXAMINATION - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 651    Filed 07/21/20    Entered 07/21/20 11:32:24    Pg 3 of 3