LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

JUL 23'20 AM 8:05 USBCEW

## Address Change Form

**Debtor(s) Name** Giga Watt Inc.　　　**Case Number** 18-03197-FPC11

- ❖ **Debtors** – is this change for:  Debtor ____  Joint Debtor ____  Both ____

- ❖ **Debtors** – is debtor a DeBN participant?  Yes ____  No ____

- ❖ **Creditors** – is this change for: Noticing Address ____  Payment Address ____  Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Bashar (Ben) Assad | Bashar (Ben) Assad |
| (Name) | (Name) |
| 17713 15th Ave NE Ste 101 | 11714 Oak Knoll Dr |
| (Address) | (Address) |
| Shoreline, WA 98155 | Austin, TX 78759 |
| (City)　　　(State)　(Zip) | (City)　　　(State)　(Zip) |

**ECF Filers:  You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

_[signature]_
Signature

July 21, 2020
Date

ADDRESS CHANGE FORM - 1

LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

JUL 23'20 AM 8:05 USBCEW

## Address Change Form

**Debtor(s) Name** Giga Watt Inc.  **Case Number** 18-03197-FPC11

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Castagneto Trading LLC | Castagneto Trading LLC |
| (Name) | (Name) |
| 17713 15th Ave NE Ste 101 | 3211 Kellen Circle |
| (Address) | (Address) |
| Shoreline, WA 98155 | Nampa, ID 83686 |
| (City)        (State)    (Zip) | (City)        (State)    (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
Signature

July 21, 2020
_____
Date

ADDRESS CHANGE FORM - 1

LF 1007-2(8/18)

JUL 23'20 AM 8:05 USBCEW

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** Giga Watt Inc.  **Case Number** 18-03197-FPC11

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____
- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____
- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Christian Eichert | Christian Eichert |
| (Name) | (Name) |
| 17713 15th Ave NE Ste 101 | Emil-Klumpp-Str. 7 |
| (Address) | (Address) |
| Shoreline, WA 98155 | 74321 Bietigheim-Bissingen GERMANY |
| (City)        (State)  (Zip) | (City)        (State)  (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
Signature

July 21, 2020
_____
Date

ADDRESS CHANGE FORM - 1

18-03197-FPC7    Doc 652    Filed 07/23/20    Entered 07/23/20 09:34:15    Pg 3 of 3