Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
*Former Attorneys for Official Unsecured Creditors' Committee*

HONORABLE FREDERICK CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor in Possession

Case No. 18-03197-11

Chapter 11

DBS LAW'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREVIOUSLY AWARDED BUT UNPAID COMPENSATION

DBS Law, former counsel for the Unsecured Creditors' Committee of Giga Watt, Inc. (the "Committee"), hereby submits this limited objection to the *Chapter 11 Trustee's Motion for Order Authorizing Payment of Previously Awarded but Unpaid Compensation* (the "Motion," Dkt. 641). The Court should permit payment of the Trustee's fees only pro rata with the approved fees of other

OBJECTION TO MOTION FOR PAYMENT
- PAGE 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

professionals, in keeping with 11 U.S.C. § 507(a) and with the Court's previously entered *Order Awarding Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. § 330 or § 331* (the "DBS Fee Order," Dkt. 472).

Per the Motion, the Trustee currently holds $398,580.06 in the estate. In his concurrently filed fee application, the Trustee estimates that there are $1 Million in accrued unpaid professional fees in this case. Dkt. 640, at 7. Thus far, the Trustee is the only professional that has received payment from the estate, in the amount of $57,146.56. Dkt. 422; Motion, at 2. The Trustee also has $38,097.70 in approved but unpaid fees, for which he now seeks payment. *Id.*

Pursuant to 11 U.S.C. 507(a)(2), all "administrative expenses allowed under section 503(b)" hold the same degree of priority. This includes the fees of both the Trustee and Committee counsel. 11 U.S.C. § 503(b)(2); 11 U.S.C. § 330(a)(1). Pursuant to 11 U.S.C. § 507(a)(1) a trustee's fees only come before other professionals' fees if they prime the position of certain domestic support obligations. 11 U.S.C. § 507(a)(1)(C). As there are no domestic support obligations to be paid from the Debtor's estate in this case, the Trustee's fees receive the same priority as other 503(b) expenses. *See also*, *In re Ste-Bri Enterprises, Inc.*, 11-53273, 2016 WL 5763796, at *4 (Bankr. N.D. Ohio Sept.

OBJECTION TO MOTION FOR PAYMENT
- PAGE 2



A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

30, 2016), *rev'd on other grounds, United States Tr. v. Ste-Bri Enterprises, Inc.*, 579 B.R. 448 (N.D. Ohio 2017) ("the apparent elevation of certain administrative expense claims to the highest priority, even above domestic support obligations, pursuant to Section 507(a)(1)(C), is limited to those cases in which domestic support obligations exist").

Further, on January 30, 2020, the Court approved the First and Final Fee Application of DBS Law. Through the DBS Fee Order, the Court specified that "the allowed claim of DBS Law … shall only be paid upon further order of the Court, <u>which order will provide for payment pro rata with other administrative claims</u> pursuant to section 503(b)(2) of the Bankruptcy Code." Dkt. 472 (emphasis added). The Court has already contemplated that professional fees need to be paid pro rata in accordance with the Code.

DBS Law does not object to the Trustee's new fee application filed at Dkt. 640. However, the Trustee should not receive payment for approved fees except in accordance with statutory priorities. DBS Law has been in communication with the Trustee regarding the Motion and this objection, and has discussed with the Trustee tother alternatives to the relief sought in the Motion that will hopefully be presented to the Court on or before the hearing on this Motion.

OBJECTION TO MOTION FOR PAYMENT
- PAGE 3



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

DATED this 30th day of July, 2020.

DBS | Law

*/s/ Dominique Scalia*
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Former Attorneys for Official Unsecured Creditors Committee*

OBJECTION TO MOTION FOR PAYMENT
- PAGE 4



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737