# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | Chapter 11 |
| Debtor | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Dominic DiConti, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 22, 2020, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Trustee's (1) Application for Award of Compensation for Services Rendered Pursuant to 11 USC §330 (Interim Application No. 2) and (2) Motion for an Order Authorizing Payment of Previously Awarded but Unpaid Compensation (Docket #442)** (Docket No. 642)

Dated: July 27, 2020

*/s/ Dominic DiConti*
Dominic DiConti
STRETTO
410 Exchange Ste 100
Irvine, CA 92602
(800) 634-7734
Dominic.DiConti@Stretto.com

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|------|-------|-----|
| DANIEL TOKLE | 2020 W 165TH ST | TORRANCE | CA | 90504-1903 |
| LUCAS VELASQUEZ | 4915 BAFFIN BAY LN | ROCKVILLE | MD | 20853-2204 |
| PETER MOONEY | 30127 MOCCASIN DR | BURLINGTON | WI | 53105-9466 |

18-03197-FPC7    Doc 657    Filed 07/30/20    Entered 07/30/20 14:55:00    Pg 3 of 3