Eric L. Christensen, WSBA No. 27934
Beveridge & Diamond P.C.
600 University Street, Suite 1601
Seattle, WA 98101
*Attorneys for Mark D. Waldron,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION FOR RULE 2004 ORDER** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**"), hereby moves the Court for an *ex parte* order directing Public Utility District No. 1 of Douglas County, Washington (the "**PUD**") to produce to the Trustee at the offices of Beveridge & Diamond, PC, 600 University Street, Suite 1601, Seattle, WA 98101, the documents described in **Exhibit A** hereto on or before Friday, September 4, 2020, at 12:00 p.m.

---

Chapter 11 Trustee's *Ex Parte* Motion for Rule 2004 Order - Page 1

BEVERIDGE & DIAMOND P.C.
600 University St., Suite 1601
Seattle, WA 98101
206-315-4800

The purpose of the examination is to inquire into certain facts and circumstances surrounding the March 7, 2017, Interconnection and Service Agreement between the PUD and Giga Watt, which obligated the PUD to construct electric facilities and provide electric service to the Giga Watt facility at the Pangborn Airport Business Park, and to inquire into the facts and circumstances of certain agreements and arrangements related to the Interconnection and Service Agreement.

This Motion is brought pursuant to 11 U.S.C. § 105, Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules of this Court.

This Motion is without prejudice to the Trustee's right, and the Trustee expressly reserves the right, to request further documents and an examination pursuant to further Order of this Court.

Dated: July 30, 2020

**BEVERIDGE & DIAMOND, P.C.**

*/s/Eric L. Christensen*
Eric L. Christensen, WSBA No. 27934
600 University Street, Suite 1601
Seattle, WA 98101
E: EChristensen@bdlaw.com
*Counsel for Mark D. Waldron,
in his official capacity as the Chapter 11 Trustee*

Chapter 11 Trustee's *Ex Parte* Motion for Rule 2004 Order - Page 2

BEVERIDGE & DIAMOND P.C.
600 University St., Suite 1601
Seattle, WA 98101
206-315-4800

18-03197-FPC7    Doc 658    Filed 07/31/20    Entered 07/31/20 11:38:56    Pg 2 of 3

## CERTIFICATION OF CONFERRAL

Pursuant to L.B.R. 2004-1, I hereby certify that on behalf of the Trustee that I have coordinated the time and place of the production requested herein, as demonstrated by the emails attached hereto as **Exhibit B**.

Dated this 30 day of July 2020.

**BEVERIDGE & DIAMOND, P.C.**

*/s/Eric L. Christensen*
Eric L. Christensen, WSBA No. 27934
600 University Street, Suite 1601
Seattle, WA 98101
E: EChristensen@bdlaw.com
*Counsel for Mark D. Waldron,*
*in his official capacity as the Chapter 11 Trustee*

Chapter 11 Trustee's *Ex Parte* Motion for Rule 2004 Order - Page 3

BEVERIDGE & DIAMOND P.C.
600 University St., Suite 1601
Seattle, WA 98101
206-315-4800

18-03197-FPC7    Doc 658    Filed 07/31/20    Entered 07/31/20 11:38:56    Pg 3 of 3