JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

UNITED STATES TRUSTEE'S MOTION TO CONVERT

    The United States Trustee moves the court for an order converting it to a case under Chapter 7. The United States Trustee does so pursuant to §1112(b) of the Bankruptcy Code for the following reason(s):

1. The Trustee has now discontinued the Debtor's operations and sold its operating assets. It appears that the only assets remaining to be administered are a condominium the Trustee obtained in a settlement with one of the Debtor's principals (which is currently listed for sale) and a number of potential legal claims.

2. This case is over 18 months old yet no proposed plan has ever been filed. The Unsecured Creditors Committee did file a proposed Disclosure Statement (but no plan) in December of 2019, but it has not taken any steps since then to move that proposal forward.

There is no current indication that any party will propose a confirmable plan of reorganization in this case. Meanwhile, the Debtor is continuing to incur substantial

United States Trustee's Motion to Convert - 1

administrative costs resulting in the diminution of the estate. Because there is no confirmable plan of reorganization in prospect, there is no reason for this case to remain in Chapter 11 and it should be converted to Chapter 7.

The United States Trustee further requests that if conversion to Chapter 7 is ordered, that the order to convert contain the following language:

> It is further ordered that the debtor pay to the United States Trustee all fees payable under 28 U.S.C. § 1930(a)(6).

For all of the foregoing reasons, the United States Trustee asks the Court to enter an order converting it to one under Chapter 7 of the Bankruptcy Code.

Dated: August 3, 2020

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

/s/ James D. Perkins
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Motion to Convert - 2