MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11
Hearing Date: August 6, 2020
Hearing Time: 1:30 p.m.
Hearing Location: Telephonic

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

　　　　Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S REPLY TO OBJECTIONS TO (1) APPLICATION FOR AWARD OF COMPENSATION FOR SERVICES RENDERED PURSUANT TO 11 USC §330 (INTERIM APPLICATION NO. 2) AND (2) MOTION FOR ORDER AUTHORIZING PAYMENT OF PREVIOUSLY AWARDED COMPENSATION (DOCKET NO. 422)**

**COMES NOW** MARK D. WALDRON, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee"), and replies to the various objections to Trustee's (1) Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 USC §330, and For Approval of the Payment of Bank Fees (Interim Application No. 2) and (2) Motion for Order Authorizing Payment of Previously Awarded Compensation (Docket Nos. 640 and 641) as follows:

In light of the estimated administrative expenses, Trustee hereby withdraws his request for Court approval for payment of any amounts at this time.

DATED this 5th day of August, 2020.

　　　　/s/ MARK D. WALDRON
　　　　MARK D. WALDRON, WSBA# 9578
　　　　Chapter 11 Trustee for the Estate of
　　　　Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com