KATHRYN R MCKINLEY, WSBA No. 25105
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com

Attorneys for Public Utility District No. 1 of Douglas County, Washington

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON-

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC11<br><br>CHAPTER 11<br><br>DECLARATION OF GARY IVORY IN SUPPORT OF OBJECTION TO CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION FOR RULE 2004 ORDER |

I, GARY IVORY, state as follows:

1. I am the General Manager of Public Utility District No. 1 of Douglas County, Washington (the "District"), am over the age of eighteen (18), have personal knowledge of the matters contained in this Declaration, and am competent to testify.

DECLARATION OF GARY IVORY IN SUPPORT OF
OBJECTION TO CHAPTER 11 TRUSTEE'S *EX PARTE*
MOTION FOR RULE 2004 ORDER - 1

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 665    Filed 08/06/20    Entered 08/06/20 14:10:21    Pg 1 of 2

2. On January 7, 2019 I sent to Giga Watt regarding the Interconnection and Services Agreement for the Giga Watt location referred to in this case as the TNT site. That letter was solely related to the TNT site and was not related to the Giga Watt Pangborn site.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 6, 2020.

_____
GARY IVORY

I:\Spodocs\42020\00001\PLEAD\01878896.DOCX

DECLARATION OF GARY IVORY IN SUPPORT OF
OBJECTION TO CHAPTER 11 TRUSTEE'S *EX PARTE*
MOTION FOR RULE 2004 ORDER - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007