IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT INC., a Washington corporation,<br><br>Debtor. | Case No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**ORDER AWARDING COMPENSATION FOR SERVICES RENDERED PURSUANT TO 11 USC §330 OR §331** |

**THIS MATTER** having come before the Court for telephonic hearing on August 6, 2020 at 1:30 p.m. on the Second Interim Application of Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee"), for entry of an Order Awarding Compensation for Services Rendered Pursuant to 11 USC §330 or §331; and the Court having considered the Application (Docket No. 640) and having reviewed the responses and objections (Docket Nos. 655, 656, and 661); and the Court having heard arguments; and the Court deeming itself fully advised of the premises, now, therefore, it is hereby

**ORDERED** that the Second Interim Application of Mark D. Waldron for Entry of an Order Awarding Compensation for Services Rendered (Docket No. 640) is hereby approved in the amount of $65,576.49. It is further

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

**ORDERED** that payment of the compensation awarded herein is subject to further Order of this Court.

# END OF ORDER #

Presented by:

/s/ MARK D. WALDRON
MARK D. WALDRON, WSBA #9578
Chapter 11 Trustee

Approved as to Form by Email/Telephone:

/s/ JAMES D. PERKINS
JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee

/s/ BENJAMIN ELLISON
BENJAMIN ELLISON, WSBA #48315
Attorney for Unsecured Creditors Committee

Page 2

Order Awarding Compensation

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 668    Filed 08/07/20    Entered 08/07/20 15:10:01    Pg 2 of 2