# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 8/7/2020
Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 5

**Recipients of Notice of Electronic Filing:**
tr    Mark Waldron    trustee@mwaldronlaw.com
aty    Benjamin A Ellison    benaellison@gmail.com
aty    James D Perkins    james.perkins@usdoj.gov
aty    Mark Waldron    trustee@mwaldronlaw.com
aty    Pamela Marie Egan    pegan@potomaclaw.com

TOTAL: 5