MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

Debtor.

Case No. 18-03197-FPC11

CHAPTER 11 TRUSTEE'S MONTHLY
FINANCIAL REPORT FOR JULY 2020

**COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of July 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for July 2020 (Exhibit 3), incorporated herein by reference.

1. <u>Condominium at Northwest Cliffe Point Road, Quincy, Washington</u>. The condominium remained actively listed for sale at $365,000.00 during the month of July 2020. The property has been listed for approximately 100 days and Trustee has received two offers, the highest of which was $275,000.00. This condominium is free and clear and has no obligations related thereto, except for the Condominium Owners Association dues and/or assessments and minimal monthly utility bills. The Trustee has procured insurance on the condominium as well.

As of the date of this report, the Trustee has negotiated and accepted a sale offer

Chapter 11 Trustee's Monthly Financial Report -1-



Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 674    Filed 08/14/20    Entered 08/14/20 10:53:04    Pg 1 of 6

of $315,000.00 for the condominium. The Trustee is in the process of having a motion prepared to seek Court approval for the sale and that motion, as well as the Monthly Financial Report for August 2020, will provide additional details.

2. <u>Douglas County PUD</u>. Beveridge and Diamond P.C., the Court-approved special counsel, is continuing its investigation and formal discovery regarding the Interconnection and Services Agreement between Douglas County PUD and Giga Watt.

3. <u>Initial Coin Offering (ICO)</u>. The Trustee continues to investigate matters related to the ICO. Trustee's legal counsel prepared an Interim Report (Docket No. 631) which further describes information related to the ICO.

4. <u>Taxes / Tax Reporting</u>. As a result of the Giga Watt facilities being shut down and no revenue being generated from operating business, no further B&O taxes are due, therefore a FINAL excise return was filed for the reporting period of July 2020. The Debtor is not delinquent on any <u>post-petition</u> tax obligations.

4. <u>Disbursements / US Trustee Fees</u>. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of July 2020 were **$6,771.32**. The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 11th day of August, 2020.

_____
MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 674    Filed 08/14/20    Entered 08/14/20 10:53:04    Pg 2 of 6

EXHIBIT 1

# Ledger Report

Page: 1

| Case Number: | 18-03197-FPC11 FPC | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|
| Case Name: | GIGA WATT INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | Blanket Bond: | $0.00  (per case limit) |
| Period: | 07/01/20 - 07/31/20 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/20 | | LocalTel | Refund of deposit (Moses Lake facility) | 4099-000 | 407.68 | | 398,987.74 |
| 07/06/20 | 453 | Insta Stor Inc. | Invoice #818 (storage container rental through July 2020) | 6004-000 | | 135.25 | 398,852.49 |
| 07/06/20 | 454 | Mark D. Waldron | Reimbursement of costs advanced (2-20-20 through 5-31-20) | 6002-002 | | 69.42 | 398,783.07 |
| 07/06/20 | 455 | U.S. Trustee | Acct. #802-18-03197, US Trustee fees for 2nd Quarter 2020 | 6001-000 | | 4,875.00 | 393,908.07 |
| 07/21/20 | 456 | Cave B Ridge Condo Association | 1st installment, special assessment (litigation) -- Unit 8B | 6004-000 | | 909.09 | 392,998.98 |
| 07/21/20 | 457 | Grant County PUD | Acct #8481123244 (23684 Cliffe Pointe Rd, Unit 8B) | 6004-000 | | 20.00 | 392,978.98 |
| 07/21/20 | 458 | Stretto | Invoice #3706 | 6007-000 | | 177.31 | 392,801.67 |
| 07/31/20 | 459 | Insta Stor Inc. | Invoice #1039 (storage container rental through August 2020) | 6004-000 | | 135.25 | 392,666.42 |
| 07/31/20 | 460 | Bitfund LLC | Secure Document Storage for March through August 2020 | 6004-000 | | 450.00 | 392,216.42 |

Subtotals : $407.68  $6,771.32

{} Asset reference(s)

18-03197-FPC7    Doc 674    Filed 08/14/20    Entered 08/14/20 10:53:04    Pg 3 of 6

# Ledger Report

| Case Number: | 18-03197-FPC11 FPC | | Trustee: | Mr. Mark D. Waldron (670070) |
|---|---|---|---|---|
| Case Name: | GIGA WATT INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ********25 - Checking Account |
| Taxpayer ID #: | 81-4797010 | | Blanket Bond: | $0.00  (per case limit) |
| Period: | 07/01/20 - 07/31/20 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,983,726.67 | 6,771.32 | $392,216.42 |

|  |  |  |  |
|---|---|---|---|
| | 8 | Checks | 6,771.32 |
| | 0 | Adjustments Out | 0.00 |
| | 0 | Transfers Out | 0.00 |
| | | Total | $6,771.32 |

### TOTAL - ACCOUNT  ********25

| | Balance Forward | 398,580.06 |
|---|---|---|
| 1 | Deposits | 407.68 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $398,987.74 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $398,987.74 |

{} Asset reference(s)

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 07/01/20 - 07/31/20

EXHIBIT 2

### Income

| | | |
|---|---|---|
| 4099-000 | Other Receipts | $407.68 |
| **Total Income** | | **$407.68** |

### Expenses

| | | | |
|---|---|---|---|
| 6001-000 | US Trustee Fees | | $4,875.00 |
| 6002-000 | Trustee Fees & Expenses | | |
| 6002-002 | Trustee Expenses | $69.42 | |
| | | | $69.42 |
| 6004-000 | Costs to Secure/Maintain Property | | $1,649.59 |
| 6007-000 | Professional Fees & Expenses | | $177.31 |
| **Total Expenses** | | | **$6,771.32** |

**Net Income** $-6,363.64




Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

RECEIVED
AUG 11 2020
Law Offices of
Mark D. Waldron, PLLC

Case Number
Case Name

Trustee Number
Trustee Name

Period Covered:
July 01, 2020 - July 31, 2020
Page 1 of 4
18-03197-FPC11
GIGA WATT INC
DEBTOR
670070
Mr. Mark D. Waldron
TRUSTEE

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910019625 | $398,970.06 | $393,888.07 |
| Total | | $398,970.06 | $393,888.07 |

## TRUSTEE CHECKING

Account Number: 3910019625

| | | |
|---|---|---|
| Enclosures | 5 | |
| | Beginning Balance | $398,970.06 |
| | +Total Additions | $407.68 |
| | -Total Subtractions | $5,489.67 |
| | Ending Balance | $393,888.07 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 451 | 07-01 | $390.00 |
| 453* | 07-14 | $135.25 |
| 454 | 07-08 | $69.42 |
| 455 | 07-14 | $4,875.00 |
| 457* | 07-29 | $20.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 07-09 | REMOTE DEPOSIT REF#0100032 | $407.68 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-01 | $398,580.06 | 07-08 | $398,510.64 | 07-09 | $398,918.32 |
| 07-14 | $393,908.07 | 07-29 | $393,888.07 | | |