JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Giga Watt Inc.

Debtor

Case No. 18-03197-FPC11

UNITED STATES TRUSTEE'S NOTICE OF MOTION

PLEASE TAKE NOTICE that the United States Trustee has moved to convert this case to one under Chapter 7. For more details see the United States Trustee's Motion to Convert, Docket #659.

UNLESS YOU FILE a written objection with the Clerk of the above-entitled court either (1) by CM/ECF for electronic filers, or (2) in writing at 904 West Riverside Avenue, Room 304, Spokane, Washington 99201 for all other filers, and serve a copy on the undersigned within 24 days of the mailing of this notice, an order granting that motion may be entered without further notice to you.

Dated: August 19, 2020

GREGORY M. GARVIN
Acting United States Trustee

*/s/ James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Notice of Motion - 1