# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: GIGA WATT, INC | CASE NO: 18-03197 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 676 |

On 8/19/2020, I did cause a copy of the following documents, described below,

Notice   ECF Docket Reference No. 676

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2020

/s/ James  Perkins
James  Perkins  12996
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
920 WEST RIVERSIDE AVENUE SUITE 593
SPOKANE, WA  99201-1012
509 353 2999

| | |
|---|---|
| IN RE: GIGA WATT, INC | CASE NO: 18-03197 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 11 <br> ECF Docket Reference No. 676 |

On 8/19/2020, a copy of the following documents, described below,

Notice   ECF Docket Reference No. 676

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
James Perkins
OFFICE OF THE UNITED STATES TRUSTEE
920 WEST RIVERSIDE AVENUE SUITE 593
SPOKANE, WA  99201-1012

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>09802<br>CASE 18-03197-FPC11<br>EASTERN DISTRICT OF WASHINGTON<br>SPOKANEYAKIMA<br>WED AUG 19 09-46-24 PDT 2020 | 507 CAPITAL LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>ANATOLY CHECHERIN<br>BEGOVAYA 3 BUILDING 1 36 FLOOR<br>MOSCOW RUSSIA ZIP 125284 |
| AARON KRIVITZKY<br>1810 LINSON CT SE<br>GRAND RAPIDS MI 49546-6457 | ADAM SCHAINBLATT<br>8809 WALKING STICK TRAIL<br>RALEIGH NC 27615-4037 | AHMED SHAH<br>12209 YOUNGDALE AVE<br>LOS ANGELES CA 91342-5263 |
| ALAN NORMAN<br>341 S MAPLE AVE<br>WEBSTER GROVES<br>UNITED STATES<br>WEBSTER GROVES MO 63119-3841 | ALAN WALNOHA<br>350 GRAN VIA<br>APT 2067<br>IRVING TX 75039-0137 | INTERNATIONAL<br>ALBERTO JOSE FARIA CAMACHO<br>AV GARCILAZO CENTRO POLO 1 TORRE A P<br>APTO 75 COLINAS DE BELLO MONTE CARACAS<br>VENEZUELA |
| ALEKSEY DANISHEVSKY<br>450 CLOVERLY LANE<br>HORSHAM PA 19044-1831 | ALEX FILIPPOV<br>12 SHERBORNE CIR<br>UNITED STATES<br>ASHLAND MA 01721-2313 | ALEX KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 |
| ALEX MCVICKER<br>1489 WINDSOR RIVER ROAD<br>WINDSOR CA 95492-8987 | ALLRISE FINANCIAL GROUP<br>JOSEPH AG SAKAY<br>999 THIRD AVENUE SUITE 4600<br>SEATTLE WA 98104-4084 | AMPHENOL CUSTOM CABLE<br>3221 CHERRY PALM DR<br>TAMPA FL 33619-8359 |
| ANDREA SHARP<br>268 BUSH STREET 2520<br>SAN FRANCISCO CA 94104-3503 | ANDREW BLYLER<br>603 W WASHINGTON ST<br>ANN ARBOR MI 48103-4233 | CANADA<br>ANDREW JAMES<br>46 BROCK ST S<br>CANADA<br>CANADA |
| ANDREW MARK CAMPBELL BOROSS<br>FLORIDA 7<br>AGUADULCE<br>SPAIN | ANDREW MOLITOR<br>760 S BARRINGTON AVE APT 6<br>LOS ANGELES<br>UNITED STATES<br>LOS ANGELES CA 90049-4507 | ANDREW STOCK<br>1870 EAST NIXON AVENUE<br>PLACENTIA CA 92870-7444 |
| ANDREW THANH QUOC LE<br>10702 HENDERSON AVE<br>GARDEN GROVE CA 92843-5261 | ANDREY KUZENNY<br>10000 SANTA MONICA BLVD UNIT 3302<br>SANTA MONICA CA 90067-7032 | ANDREY KUZENNY<br>1687 STONE CANYON RD<br>LOS ANGELES CA 90077-1912 |
| ANTHONY MARTINEZ<br>4109 MASON STREET<br>SAN DIEGO CA 92110-2720 | INTERNATIONAL<br>ANTONY GISHOLT<br>72 JOHN TRUNDLE COURT<br>BARBICAN LONDON EC2Y 8NE<br>UNITED KINGDOM | ARTHUR N MARODIS<br>106 SOUTHERNWOOD DR<br>LADSON SC 29456-3940 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATTORNEY GENERALS OFFICE<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | BASHAR BEN ASSAD<br>11714 OAK KNOLL DR<br>AUSTIN TX 78759-3823 | QUENTIN D BATJER<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045-2208 | BENJAMIN E KELLY<br>LAW OFFICE OF BENJAMIN E KELLY<br>9218 ROOSEVELT WAY NE<br>SEATTLE WA 98115-2842 | BENJAMIN RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 |
| BERTHA GOEHNER<br>215 ELLER ST SE<br>EAST WENATCHEE WA 98802-5325 | BILL SCHMIDT<br>105 JULIE ANN CT<br>CASHMERE WA 98815-1316 | BLOCKCHAIN SYSTEMS LLC<br>124 W 60 ST UNIT 29A<br>NEW YORK NY 10023-7475 |
| BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | BRANDON ROBINSON<br>1997 TALL TREE DR<br>ATLANTA GA 30324-2723 | SHAUNA S BRENNAN<br>BRENNAN LEGAL COUNSEL GROUP PLLC<br>14900 INTERURBAN AVE S<br>STE 271<br>TUKWIA WA 98168-4654 |
| BRENT WOODWARD INC<br>14103 STEWART RD<br>SUMNER WA 98390-9641 | BRIAN J DONN<br>4254 SW 92ND AVE<br>DAVIE FL 33328-2408 | BRIAN M PACKARD<br>7191 96TH ST NE<br>MONTICELLO<br>UNITED STATES<br>MONTICELLO MN 55362-2911 |
| INTERNATIONAL<br>BRYAN MACCALLUM<br>PO BOX 1704<br>RIVONIA<br>2128<br>SOUTH AFRICA | BRYANT JOHNSON<br>1360 WHITETAIL GLEN CT<br>HEBRON KY 41048-7965 | BUSBY INTERNATIONAL INC<br>PO BOX 1457<br>MOSES LAKE WA 98837-0225 |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES FL 33331-1446 | CT FREIGHT USA INC<br>20202 HWY 59 N<br>HUMBLE TX 77338-2400 | CTC ENGINEERING<br>2290 BISHOP CIRCLE EAST<br>DEXTER MI 48130-1564 |
| CTC ENGINEERING INC<br>BODMAN PLC<br>ATTN- HARVEY W BERMAN<br>201 SOUTH DIVISION STREET STE 400<br>ANN ARBOR MI 48104-2259 | CALEB KOCH FORZA2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 | CAMERON SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 |
| CARLOS GAGLIANO<br>8200 OFFENHAUSER DR 105G<br>RENO NV 89511<br>RENO NV 89511-1717 | INTERNATIONAL<br>CARMEN J HERNANDEZ G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P<br>1<br>CARACAS<br>VENEZUELA<br>VENEZUELA | INTERNATIONAL<br>CARMEN JACQUELINE HERNANDEZ GUEVARA<br>CALLE LA PEDRERA RES VISTA PLAZA T B P<br>1<br>APT 15D URB GUAICAY BARUTA CARACAS<br>ZIP CODE 1080<br>VENEZUELA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASTAGNETO TRADING LLC<br>3211 KELLEN CIRCLE<br>NAMPA ID 83686-8685 | ROBERTO H CASTRO<br>UPRIGHT LAW LLC<br>PO BOX 747<br>CHELAN WA 98816-0747 | CESAR DIAZ JRD FUNDING LLC<br>8137 MALCHITE AVENUE SUITE E<br>RANCHO CUCAMUNGA CA 91730-3571 |
| INTERNATIONAL<br>CHARLES F V DHAUSSY<br>7B YARDLEY COMMERCIAL BUILDING 3 CONN<br>HONG KONG | CHEN DU<br>3269 RANGE CT<br>MASON OH 45040-8741 | CHRIS FEATHERSTONE<br>8450 54TH AVE W<br>MUKILTEO WA 98275-3138 |
| ERIC CHRISTENSEN<br>BEVERIDGE DIAMOND<br>600 UNIVERSITY<br>SUITE 1601<br>SEATTLE WA 98101-4124 | INTERNATIONAL<br>CHRISTIAN EICHERT<br>EMILKLUMPPSTR 7<br>74321 BIETIGHEIM-BISSINGEN GERMANY | INTERNATIONAL<br>CHRISTIAN SCHIFFER<br>MEINDLSTRAE 15<br>81373 MUNICH<br>GERMANY |
| CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY<br>157<br>EAST WENATCHEE WA 98802-4838 | CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY 157<br>WENATCHEE WA 98802-4838 | CLINTON DOUGLAS LUCKINBILL<br>1054 WATERLEAF WAY<br>SAN JACINTO CA 92582-3020 |
| CLINTON F SIKES<br>4206 BRAZOS BEND DR<br>PEARLAND TX 77584-5558 | CODY FORREST QUINN<br>5920 KIMBER ROAD<br>CASHMERE WA 98815-9526 | CODY SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 |
| CONSOLIDATED ELECTRIC DIST INC<br>PO BOX 398830<br>SAN FRANCISCO CA 94139-8830 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>CO DOUGLAS R HOOKLAND ATTORNEY<br>SCOTT HOOKLAND LLP<br>PO BOX 23414<br>TIGARD OR 97281-3414 | INTERNATIONAL<br>CRAIG BEECH<br>KINGSWOOD GORSE AVENUE<br>LITTLEHAMPTON BN16 1SG<br>UNITED KINGDOM |
| RALPH E CROMWELL JR<br>BYRNES KELLER CROMWELL LLP<br>1000 SECOND AVENUE 38TH FLOOR<br>SEATTLE WA 98104-1062 | CRYPTODIGGER LLC<br>3476 E TIFFANY WAY<br>GILBERT AZ 85298 | INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 MAGAZINE RD 0411<br>CENTRAL MALL<br>SINGAPORE |
| INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 COLEMAN STREET<br>THE ADELPHI 08-07<br>SINGAPORE 179803 | DBS LAW<br>155 NE 100TH ST<br>SUITE 205<br>SEATTLE WA 98125-8015 | DUFFY KRUSPODIN LLP<br>21600 OXNARD ST SUITE 2000<br>WOODLAND HILLS CA 91367-4969 |
| JUN DAM<br>237 KEARNY 9096<br>SAN FRANCISCO CA 94108-4502 | DANIEL JAMES RYSER<br>7614 N AUDUBON ST<br>SPOKANE WA 99208-8817 | DANIEL TOKLE<br>25 VIA LUCCA<br>APT J345<br>IRVINE CA 92612-0674 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
DANILA RUSIN
GAGARINA 5 LINIYA 9A6
ZLATOUST
CHELYABINSKAYA OBLAST RUSSIA
456219

INTERNATIONAL
DARREN JAMES WURF
241 OSBORNE AVENUE
GLEN IRIS
VICTORIA 3146
AUSTRALIA

SAMUEL DART
EISENHOWER CARLSON PLLC
1201 PACIFIC AVENUE
STE 1200
TACOMA WA 98402-4395

DARYL OLSEN
270 W 1450 N
UNITED STATES
CENTERVILLE UT 84014-3308

DAVE CARLSON
630 VALLEY MALL PARKWAY
157
EAST WENATCHEE WA 98802-4838

DAVID J LUTZ
916 CONFIDENCE DR
LONGMONT CO 80504-8526

DAVID KAZEMBA
OVERCAST LAW OFFICES PS
23 S WENATCHEE AVE SUITE 320
WENATCHEE WA 98801-2263

DAVID MITCHELL
1410 RIVERVIEW RD
CRESCENT PA 15046-5428

INTERNATIONAL
DAVID TYCHSEN SMITH
13 DOBSON PLACE
WATSON
ACT 2602
AUSTRALIA

INTERNATIONAL
DENIS VESELOVSKY
125252 RUSSIA
MOSCOW
ZORGE ST 28 52
RUSSIA

DMITRY KHUSIDMAN
70 OCEANA DRIVE WEST APT 4A
BROOKLYN NY 11235-6674

DONALD J ENRIGHT
1101 30TH STREET NORTHWEST
SUITE 115
WASHINGTON DC 20007-3740

DONALD J SULLIVAN
4646 LOS POBLANOS CIRCLE NW
LOS RANCHOS DE ALBUQUERQUE NM 87107
-5555

DOUG BLACK
225 LINDA LANE
WENATCHEE WA 98801-6010

DOUGLAS BERGER
371 CATSKILL CT
MAHWAH NJ 07430-2736

DOUGLAS COUNTY PUD
CO KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 W SPRAGUE AVE
STE 1200
SPOKANE WA 99201-3905

DOUGLAS COUNTY PUD
PO BOX 1119
BRIDGEPORT WA 98813-1119

ADAM C DOUPE
RYAN SWANSON  CLEVELAND PLLC
1201 THIRD AVENUE SUITE 3400
SEATTLE WA 98101-3034

DREW BEHRENS
525 N LARCH AVE
EAST WENATCHEE WA 98802-5047

GARY W DYER
U S TRUSTEES OFFICE
920 W RIVERSIDE AVE
SUITE 593
SPOKANE WA 99201-1012

EAN SERVICES LLC
MARY E BUSHYHEAD
14002 E 21ST ST SUITE 1500
TULSA OK 74134-1424

ECO DIVERSIFIED HOLDINGS INC
4625 WEST NEVSO DR STE 2
LAS VEGAS NV 89103-3763

EDMUND LEE
4364 CALLE MEJILLONES
SAN DIEGO
UNITED STATES
SAN DIEGO CA 92130-4818

INTERNATIONAL
EDUARD KHAPTAKHAEV
LENKINKKGRADSKY PRT 76149
MOSCOW
RUSSIA

INTERNATIONAL
EERO KOSKINEN
NIITTYPOLKU 21
02460 KANTVIK
FINLAND
FINLAND

PAMELA MARIE EGAN
POTOMAC LAW FIRM
1300 PENNSYLVANIA AVENUE
STE 700
WASHINGTON DC 20004-3024

ELDER YOSHIDA
1147 NW 57TH ST
SEATTLE WA 98107-3720

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ELECTRICAL POWER PRODUCTS INC
ATTN MARY GILMAN
4240 ARMY POST ROAD
DES MOINES IA 50321-9609

ELISA U
2405 ACACIA ST
RICHARDSON TX 75082-3319

BENJAMIN A ELLISON
SALISH SEA LEGAL
2212 QUEEN ANNE AVE N
SEATTLE WA 98109-2383

EMERALD CITY STATEWIDE LLC
CO PEPPLE CANTU SCHMIDT
1000 SECOND AVE SUITE 2950
SEATTLE WA 98104-3604

EMERALD CITY STATEWIDE LLC
CO PEPPLE CANTU SCHMIDT PLLC
1000 SECOND AVE SUITE 2950
SEATTLE WA 98104-3604

INTERNATIONAL
EMIL PETROV STANEV
41 DOROSTOL STREET
RUSE 7004 RUSE
BULGARIA

ERIC FERRARI
8962 FORKED CREEK WAY
ELK GROVE CA 95758-5732

ERNESTO PEDRERA
7601 E TREASURE DR APT 1023
APT 1023
NORTH BAY VILLAGE FL 33141-4362

EVANSONT INSURANCE CARRIER
CO MITCHELL REED  SCHMITTEN INS
PO BOX D
CASHMERE WA 98815-0515

EXECUTIVE FLIGHT
1 CAMPBELL PKWY
EAST WENATCHEE WA 98802-9290

EXECUTIVE FLIGHT INC
SCOTT R WEAVER CARNEY BADLEY SPELLMAN
701 5TH AVENUE STE 3600
SEATTLE WA 98104-7010

FASTENAL COMPANY
2001 THEURER BLVD
ATTN- LEGAL DEPT
WINONA MN 55987-9902

FASTENAL COMPANY
PO BOX 1286
WINONA MN 55987-7286

FEDEX CORPORATE SERVICES INC
AS ASSIGNEE OF FEDEX EXPRESSGROUNDFREI
3965 AIRWAYS BLVD MODULE G 3RD FLOOR
MEMPHIS TN 38116-5017

INTERNATIONAL
FILIP SCHEPERJANS
PELLONPERNTIE 1 B
00830 HELSINKI
FINLAND

FORZA 2
1000 N GREEN VALLEY PKWY STE440 251
HENDERSON
UNITED STATES
HENDERSON NV 89074-6172

INTERNATIONAL
FRANK DANIEL
ZOLLSTRASSE 22
MHRING
DEUTSCHLAND
ZOLLSTRASSE 22 95695 MHRING GERMANY

FRANKIE GUERRA
1812 E OAKLAND PARK BLVD APT 32
UNITED STATES
OAKLAND PARK FL 33306-1126

INTERNATIONAL
FRANZ ALLIOD
176 ROUTE DE LA CENDIRE
01630 SAINT JEAN DE GONVILLE AIN
FRANCE

FRED NOLTE
10812 LA BATISTA
FOUNTAIN VALLEY CA 92708-3943

DEBTOR
GIGA WATT INC
1250 N WENATCHEE AVE SUITE H 147
WENATCHEE WA 98801-1599

INTERNATIONAL
GENNADY ZHILYAEV
C DE LES GRANDALLES EDIF XALET 4T 3A
AD 300 DORDINO ANDORRA

INTERNATIONAL
GEORGE SORIN LASCU
STR CALUGARULUI 16
077151 BALTENI ILFOV
ROMANIA

INTERNATIONAL
GEORGIOS LIGNOS
25 KRITIS STR
12243 EGALEO
GREECE

GIGA PLEX LLC
7906 RANDOLPH RD
MOSES LAKE WA 98837-5122

GIGA PLEX LLC
OVERCAST LAW OFFICES PS
23 S WENATCHEE AVE SUITE 320
CO DAVID A KAZEMBA
WENATCHEE WA 98801-2263

GIGA PLEX LLCMLDC1 LLC
OVERCAST LAW OFFICES PS
23 S WENATCHEE AVE SUITE 320
WENATCHEE WA 98801-2263

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>GIGAWATT PTE LTD ATTN MIKHAYLYUTA<br>1 MAGAZINE RD 0411<br>CENTRAL MALL<br>SINGAPORE | INTERNATIONAL<br>GIGAWATT PTE LTD<br>1 COLEMAN STREET<br>THE ADELPHI 08-07<br>SINGAPORE 179803 | GLEB NESIS<br>3419 IRWIN AVE<br>APT 708<br>BRONX NY 10463-3754 |
| INTERNATIONAL<br>GLEN ALLAN BRADLEY<br>LERSTADVEIEN 250<br>6014 ALESUND<br>NORWAY | INTERNATIONAL<br>GRANT HERHOLDT<br>5 YORK AVENUE<br>CRAIGHALL PARK 2196<br>SOUTH AFRICA<br>2196 | INTERNATIONAL<br>GRIGORY KLUMOV<br>BALAKLAVSKY AVENUE 12393<br>117639<br>MOSCOW RUSSIA |
| GRONSKI JEFFREY G ROBIN L<br>711 4TH ST S<br>WISCONSIN RAPIDS WI 54494-4310 | INTERNATIONAL<br>HJ VAN NUIJSSENBORGH<br>PATRIMONIUMLAAN 126<br>3904AH VEENENDAAL<br>THE NETHERLANDS | H2 PRE CAST INC<br>3835 N CLEMONS ST<br>EAST WENATCHEE WA 98802-9408 |
| WILLIAM L HAMES<br>HAMES ANDERSON WHITLOWS PS<br>PO BOX 5498<br>KENNEWICK WA 99336-0498 | INTERNATIONAL<br>HANS PETER EDENSTRASSER<br>RUPERT HAGLEITNER STRASSE 1D 54<br>6300 WOERGL TIROL<br>AUSTRIA<br>6300 WOERGL TIROL AUSTRIA | HARLAN ROBINSON<br>736 N LAGUNA<br>GILBERT AZ 85233-3620 |
| INTERNATIONAL<br>HASHVIN DARYANANI<br>56B SEROE BLANCO<br>BOX 393<br>ORANJESATAD ARUBA<br>ARUBA | HEATHER MULHALL<br>312 N NEWTON AVE<br>EAST WENATCHEE WA 98802-8444 | HELEN ERSKINE<br>P O BOX 1745<br>UNITED STATES<br>TOPANGA CA 90290-1745 |
| SCOTT B HENRIE<br>WILLIAMS KASTNER GIBBS PLLC<br>601 UNION ST<br>SUITE 4100<br>SEATTLE WA 98101-2380 | INTERNATIONAL<br>HIROAKI YAMAMOTO<br>1194 NISHIKITSUJI STREET<br>ASAHI PLAZA ARBONATE NARA ONE 606<br>NARA JAPAN 630-8325 | DOUGLAS A HOFMANN<br>WILLIAMS KASTNER GIBBS PLLC<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 |
| GRETCHEN J HOOG<br>PEPPLE CANTU SCHMIDT PLLC<br>1000 SECOND AVENUE<br>SUITE 2950<br>SEATTLE WA 98104-3604 | INTERNATIONAL<br>HOWARD JONES<br>21 SANDIWAYS ROAD WALLASEY<br>WIRRAL<br>UNITED KINGDOM<br>CH45 3HJ | CANADA<br>HUMERA SURTI<br>2200 RUSSET CRESENT<br>BURLINGTON ON<br>CANADA L7L6Z2 |
| IAN M KENNEDY<br>2620 FAIRMOUNT ST<br>COLORADO SPRINGS CO 80909-2032 | INTERNATIONAL<br>IBRAHIM ISSA<br>LEBANON BEIRUT RIAD EL SOLOH SQUARE | IGOR MARTIROSIAN<br>36 WASHINGTON AVENUE 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010-3025 |
| INTERNATIONAL<br>ILJA FILIPOVS<br>STAICELES IELA 1311 RIGA LATVIA LV1<br>STAICELES IELA 13-11 RIGA LATVIA LV-1 | INTERNATIONAL<br>INTELLIAPPS LTD<br>UNIT 272 COLAB CENTER<br>PORT ROAD<br>LETTERKENNY CO DONGAL EIRCODE F92 RKC7<br>IRELAND | INTERFLOW LLC<br>5465 S DORCHESTER<br>CHICAGO IL 60615-5316 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNATIONAL<br>IOANNIS VIOLIDAKIS<br>KIMONOS 11<br>ATHENS GREECE PCODE- GR-10441 | INTERNATIONAL<br>IVAN MARCAK<br>DLOUHA TRIDA 47425<br>73601 HAVIROV<br>CZECH REPUBLIC |
| JDSA<br>PO BOX 1688<br>WENATCHEE WA 98807-1688 | INTERNATIONAL<br>JACQUELINE BUSSEY<br>PERCHERON<br>GOUDHURST ROAD<br>CRANBROOK TN17 2PN<br>UNITED KINGDOM | INTERNATIONAL<br>JAIME DARIO MEJIA MARTINEZ<br>CALLE 44 NO 10E  11 LA VICTORIA<br>BARRANQUILLA ATLANTICO - COLOMBIA |
| JAMES BULLIS<br>4701 NE 72ND AVE APT 141<br>VANCOUVER<br>UNITED STATES<br>VANCOUVER WA 98661-8103 | JAMES C LUTZ<br>609 LONG LEAF DR<br>CHAPEL HILL NC 27517-3039 | INTERNATIONAL<br>JAMES KING<br>1B LINKS COURT LANGLAND BAY ROAD<br>SWANSEA<br>SA3 4QR UNITED KINGDOM |
| JAMES MACCORNACK<br>1002 BEL AIRE<br>ROSWELL NM 88201-7715 | INTERNATIONAL<br>JAN FALTYS<br>SLAVKOVA 29<br>PRAHA 2 - 12000<br>CZECH REPUBLIC | JANN SO<br>1211 SW 5TH AVE<br>1000<br>PORTLAND OR 97204-3710 |
| CANADA<br>JARED MORRISSEY<br>59 RUE TRUDEAU<br>CHTEAUGUAY QUEBEC<br>J6J1M2<br>CANADA | JARRED HUTTO<br>6403 W OUTLOOK DR<br>BOISE ID 83714-8820 | JAY ROBERT STAHLE<br>838 CAMPFIRE DR<br>UNITED STATES<br>FORT COLLINS CO 80524-1991 |
| JEFFERS DANIELSON SONN  AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE WA 98801-8116 | JEFFREY ALAN MOODY<br>2528 FOREST OAKS POINT<br>COLORADO SPRINGS CO 80906-5822 | JEFFREY C LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 |
| INTERNATIONAL<br>JEFFREY CHIN<br>42 PEPPER TREE ROAD<br>LIDCOMBE NSW<br>SYDNEY AUSTRALIA | JEFFREY KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 | INTERNATIONAL<br>JEFFREY WALDOCK<br>TOMASCHEKSTRASSE 30<br>A-1210 VIENNA<br>AUSTRIA |
| JESSE SAMUEL WHEELER<br>3601 STILLMAN BLVD<br>TUSCALOOSA AL 35401-2601 | JESSICA LANGIS<br>PO BOX 398<br>DRYDEN WA 98821-0398 | JOHN GUILLE<br>690 COVINGTON DR NW<br>CALABASH NC 28467-1892 |
| JOHN HARTLEIB<br>17931 SHOREHAM LANE<br>HUNTINNGTON BEACH CA 92649-4849 | JOHN HEINITZ<br>1210 2ND ST SE<br>EAST WENATCHEE<br>UNITED STATES<br>EAST WENATCHEE WA 98802-5526 | JOHN KOWALSKI<br>100 TANSBORO RD<br>UNIT B<br>BERLIN NJ 08009-1959 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JOHN RODRIGUEZ
2688 W 12TH PLACE
YUMA AZ 85364-4258

JOHN SCEVOLA
8768 SW IROQUOIS DRIVE
TUALATIN OR 97062-9304

JOHN T WINSLOW
5544 LAS VIRGENES ROAD 99
CALABASAS CA 91302-3446

JONATHAN B ALTER
THE TRAVELERS COMPANIES INC
1 TOWER SQUARE MS04
HARTFORD CT 06183-1050

JONATHAN GOULD
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

JONATHAN J LUTZ
916 CONFIDENCE DR
LONGMONT CO 80504-8526

JONATHAN WILSON
118 INDIAN VALLEY DR
CHEROKEE NC 28719-4541

INTERNATIONAL
JORDI GRAU
C SANT JORDI 1231
08500 - VIC
SPAIN

JOSE A HERRERA
12801 PHILADELPHIA STREET
SUITE B
WHITTIER CA 90601-4126

JOSE LUIS BLANCO
9307 CASTLEGAP DR
SPRING TX 77379-4299

JOSEPH BRODSKY
656 STNICHOLAS AV 35
NEW YORK NY 10030-1086

JOSEPH ERRIGO
7 PRATT ST
FORT MONROE VA 23651-1025

JOSEPH M DUNN
1105 COLONIAL DRIVE
ALABASTER AL 35007-9309

INTERNATIONAL
JOSEPH SMITS
WESTERLANDERWEG 40
WESTERLAND 1778KL WESTERLAND
THE NETHERLANDS

JOSHUA HESTER
1115 CALIFORNIA ST
OCEANSIDE CA 92054-5919

INTERNATIONAL
JOSHUA MAPPERSON
92 OAKBANK BOULEVARD
WHITTLESEA 3757
AUSTRALIA

INTERNATIONAL
JUAN BAUTISTA IBARRA ARANA
CALLE 66 510
RESID LA CARANA PIEDADES
SANTA ANA SAN JOSE
COSTA RICA

JULIAN HEERE
500 J STREET 1703
SACRAMENTO CA 95814-2335

JUN DAM
2116 L STREET NO 2
ANTIOCH CA 94509-3434

JUNG H CHO
320A 7TH ST
PALISADES PARK NJ 07650-2277

KYLE WHEELAN
7975 ORCHARD PATH RD
COLORADO SPRINGS CO 80919-2925

CANADA
KAMRAN BEG
2200 RUSSET CRES
BURLINGTON ON L7L 6Z2
CANADA
2200 RUSSET CRES BURLINGTON ON CANADA

DAVID A KAZEMBA
OVERCAST LAW OFFICESNCW PLLC
23 S WENATCHEE AVE STE 320
98801
WENATCHEE WA 98801-2263

KELLY IMAGING
PO BOX 660831
DALLAS TX 75266-0831

INTERNATIONAL
KEN LI KOH
UNIT 2 137 HULL ROAD
CROYDON VIC 3136
AUSTRALIA

KENNETH D MCCOY
1401 WOODSTOCK WAY
103H
BELLINGHAM WA 98226-3577

KENNETH JOHNSON
2452 COLUMBIA AVE NW 24
EAST WENATCHEE WA 98802-4198

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KEVIN REINSCH<br>3100 PEARL PARKWAY A317<br>BOULDER CO 80301-2453 | KEYHOLE SECURITY INC<br>708 S WENATCHEE AVE<br>WENATCHEE WA 98801-3072 | INTERNATIONAL<br>KHURSHID ALAM<br>UNIT265 CHURCH STREETWEST TAMWORTH<br>2340NSW<br>AUSTRALIA<br>UNIT-265 CHURCH STREETWEST TAMWORTH23 |
| JOHN KNOX<br>WILLIAMS KASTNER<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 | INTERNATIONAL<br>KOJI MICHIWAKI<br>ZIP CODE4280313<br>SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO<br>KAMINAGAO 380-3 JAPAN | KOOMBEA INC<br>MARK D TAYLOR<br>VLP LAW GROUP LLP<br>1629 K STREET NW SUITE 300<br>WASHINGTON DC 20006-1631 |
| KRISHNA KARTHIK REDDY ADAPALA<br>5106 KINO CT<br>DUBLIN CA 94568-8719 | KYLE SPESARD<br>625 N HAWK ST<br>PALATINE IL 60067-3535 | LARRY D GERBRANDT<br>141 SEELY AVE<br>AROMAS CA 95004-9501 |
| LARRY EUGENE BAGGS<br>1502 SHARON DRIVE<br>DUNCANVILLE TX 75137-4014 | INTERNATIONAL<br>LASSE KAIHLAVIRTA<br>PIIRINIITYNKATU 4 H 3<br>TAMPERE 33340<br>FINLAND | INTERNATIONAL<br>LAURENT HAMERS<br>AVENUE VAN BEETHOVEN 24<br>1331 ROSIERES<br>BELGIUM |
| DAVID R LAW<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON STREET<br>WENATCHEE WA 98801-2600 | ANGIE LEE<br>OFFICE OF THE ATTORNEY GENERAL<br>800 FIFTH AVE<br>SUITE 2000<br>SEATTLE WA 98104-3188 | LEE E WOODARD<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 |
| INTERNATIONAL<br>LEON DE FLEURIOT DE LA COLINIERE<br>16 RANKDORING AVENUE<br>JOHANNESBURG<br>SOUTH AFRICA | LEONID MARKIN<br>714 NORTH REXFORD DR<br>BEVERLY HILLS CA 90210-3314 | LESLIE HIBBARD<br>PO BOX 2067<br>CHELAN WA 98816-2067 |
| INTERNATIONAL<br>LEVI<br>STREET VINKENHOF 7<br>POSTAL CODE- 4332 DM<br>COUNTRY- THE NETHERLANDS<br>LEVI ILLIS | LEXON INSURANCE COMPANY<br>HARRIS BEACH PLLC<br>ATTN- LEE E WOODARD<br>333 WEST WASHINGTON ST SUITE 200<br>SYRACUSE NY 13202-5202 | LI LIANG<br>1272 GLEN HAVEN DR<br>SAN JOSE CA 95129-4103 |
| LIGHTHOUSE FORMERLY DISCOVIA<br>250 MONTGOMERY ST SUITE 300<br>SAN FRANCISCO CA 94104-3428 | LIKUO LIN<br>1192 QUEEN ANN DR<br>SUNNYVALE CA 94087-2239 | LODOG CORP MARK WEITZEL PRESIDENT<br>15460 W 199TH ST<br>SPRING HILL KS 66083-8528 |
| LUCAS VELASQUEZ<br>497 LAKE CAMERON DR<br>PIKE ROAD AL 36064-3959 | LUIS ALBERTO FLORES EZPARZA<br>PO BOX 4161<br>WENATCHEE WA 98807-4161 | LUIS ROMAN<br>4633 WHITE BAY CIR<br>WESLEY CHAPEL FL 33545-5058 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
LUKE MCINTYRE
4 ROSE ROAD
GREY LYNN AUCKLAND 1021
NEW ZEALAND

MLDC1 LLC
7906 RANDOLPH RD
MOSES LAKE WA 98837-5122

MLDC1 LLC
OVERCAST LAW OFFICES PS
CO DAVID A KAZEMBA
23 S WENATCHEE AVE SUITE 320
WENATCHEE WA 98801-2263

MARC JOYCE
4404 HIGHLAND AVE APT C
MANHATTAN BEACH CA 90266-3094

INTERNATIONAL
MARK ELLIS
FLAT 19 RAINIER APARTMENTS
43 CHERRY ORCHARD ROAD
CROYDON CR06FA
UNITED KINGDOM

MARK R SHAPLAND
18119 BENT RIDGE DRIVE
WILDWOOD MO 63038-1439

MARK VANGE
10315 E SHANGRI LA RD
SCOTTSDALE AZ 85260-6375

MATTEO ROMANI
VIA FLAMINIA 66
FOSSOMBRONE WA 61034

MATTHEW HINE
2405 ACACIA ST
RICHARDSON TX 75082-3319

MATTHEW R LUTZ
916 CONFIDENCE DRIVE
LONGMONT CO 80504-8526

INTERNATIONAL
MAZAEVA MARIA
SHOKALSKOGO PROEZD
H4 APP44
127642
RUSSIA MOSCOW

BENJAMIN J MCDONNELL
PISKEL YAHNE KOVARIK PLLC
522 W RIVERSIDE AVENUE SUITE 700
SPOKANE WA 99201-0581

KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 W SPRAGUE AVENUE
SUITE 1200
SPOKANE WA 99201-3905

MCVICKER MOSS BALESTRA ET AL IN CLASS
ACT
LEVI KORSINSKY LLP
1101 30TH STREET NORTHWEST SUITE 115
WASHINGTON DC 20007-3740

MELISSA SPILLMAN
612 BOIS D ARC LN
FRANKLIN TN 37069-4762

MELVIN WHITE
6091 GOLDDUST RD
BROOKSVILLE FL 34609-8705

MICHAEL BENDETT
7606 LEXINGTON LANE
PARKLAND FL 33067-1622

MICHAEL BHAGAT
1169 S CALLE DEL NORTE DR
PUEBLO WEST CO 81007-1907

MICHAEL CHU
1113 8TH AVE W
SEATTLE WA 98119-3439

MICHAEL DETRINIDAD
726 BALSAM DR
NEWMAN CA 95360-9522

MICHAEL ILYANKOFF
7425 156TH ST SE
SNOHOMISH WA 98296-8771

MICHAEL LAFONTAINE JR
321 NAPA VALLEY DR
MILFORD MI 48381-1053

MICHAEL PAPENFUSE
1291 QUEENSWAY
UNITED STATES
LAKE ISABELLA MI 48893-9356

MICHAEL RUSSO
13022 CONVENT GARDEN RD
WEEKI WACHEE FL 34613-3868

MICHAEL WAGNER
1253 ROCK HILLS ST UNIT 102
LAS VEGAS NV 89135-3576

RANDY MICHELSON
MICHELSON LAW GROUP
220 MONTGOMERY STREET
SUITE 2100
SAN FRANCISCO CA 94104-3502

MIKHAIL FILIPPOV
2713 PROSPECT STREET
FRAMINGHAM MA 01701

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>MIKHAIL MESHKOV<br>METALLURGOV UL 1152<br>MOSCOW RUSSIA 111401 | CANADA<br>MOHAMMAD MEHDI TOOZHY<br>11 JUSTUS DR<br>RICHMOND HILL ONTARIO L4C9Z4<br>CANADA<br>11 JUSTUS DR RICHMOND HILL ONTRAIO L4C9 | MOLLY HUNTER<br>4347 ANNA LANE<br>WENATCHEE WA 98801-9034 |
| INTERNATIONAL<br>MR ALEXANDER GARNOCK<br>13 BUTTFIELD ST COOMBS ACT<br>2611 AUSTRALIA<br>13 BUTTFIELD ST COOMBS ACT CANBERRA AUST | INTERNATIONAL<br>MR TOUBOUL<br>59 RUE DE DE MARIGNAN<br>ST MAUR DES FOSSES<br>FRANCE | MR MATTHEW EUGENE RISEN<br>1935 LEGACY PLACE SE<br>EAST WENATCHEE WA 98802-9162 |
| NC MACHINERY<br>PO BOX 58201<br>TUKWILA WA 98138-1201 | NC MACHINERY CO<br>17035 WEST VALLEY HIGHWAY<br>TUKWILA WA 98188-5519 | NC MACHINERY CO<br>DANIAL D PHARRIS<br>601 UNION STREET STE 2600 WA 98101 |
| NW HANDLING SYSTEMS<br>PO BOX 749861<br>LOS ANGELES CA 90074-9861 | NATHAN WELLING<br>1887 WHITNEY MESA DR 5807<br>HENDERSON NV 89014-2069 | INTERNATIONAL<br>NEIL HUTCHINGS<br>5 BEDWAS CLOSE<br>ST MELLONS<br>CARDIFF CF3 0HP UNITED KINGDOM |
| NELSON L KIM<br>8305 WEEPING SPRINGS AVE<br>LAS VEGAS NV 89131-1450 | NELSON PRADA<br>323 SONOMA DR<br>POOLER GA 31322-9792 | NEPPEL ELECTRIC<br>4703 KELLY PLACE<br>MOSES LAKE WA 98837-4306 |
| NEPPEL ELECTRICAL CONTROLS LLC<br>MOSES LAKE WA 98837 | NEPPEL ELECTRICAL CONTROLS LLC<br>CO RIES LAW FIRM PS<br>PO BOX 2119<br>MOSES LAKE WA 98837-0519 | INTERNATIONAL<br>NITIN LIMAYE<br>401 MANORATH APARTMENTS<br>9-B PRATAPGUNJ SOCIETY VADODARA 390002<br>INDIA |
| NIVA JOHNSON<br>119 RIDGMAR TRAIL<br>HENDERSONVILLE TN 37075-9629 | NON PROFIT CREDITORS COMMITTEE OF WTT<br>12128 N DIVISION ST 426<br>SPOKANE WA 99218-1905 | OMAR D AHMADI<br>13 CHERRY LANE<br>PARSIPPANY NJ 07054-2216 |
| OUR BOTANICALS WORLDWIDE LLC<br>8 THE GREEN<br>SUITE 7123<br>DOVER DE 19901-3618 | PAUL ORLOFF<br>7909 VAN NUYS BLVD<br>VAN NUYS CA 91402-6073 | INTERNATIONAL<br>PHAM SONG TOAN<br>TONEYAMA 256<br>TOYONAKA<br>OSAKA JAPAN |
| INTERNATIONAL<br>PABLO HERNANDEZ GUEVARA<br>CALLE ESTE RES MI REFUGIO P 9 APTO 9A<br>URB MANZANARES CARACAS VENEZUELA<br>ZIP CODE 1070 | INTERNATIONAL<br>PABLO V HERNANDEZ G<br>CALLE ESTE RES MI REFUGIO P9 APT 9A<br>URB MAZANARES CARACAS VENEZUELA 1070 | PACIFIC NORTHWEST INFRASTRUCTURE IN<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PACIFIC NORTHWEST INFRASTRUCTURE INC<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 | PARKER CORPORATE SERVICES<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 | PAMELA M EGAN<br>PAUL H BEATTIE<br>CKR LAW LLP<br>506 2ND AVENUE 14TH FLOOR<br>SEATTLE WA 98104-2343 |
| PATH OF FOUR WINDS LLC<br>3638 LAKE BREEZE LANE<br>CROSBY TX 77532-7202 | PATRICK BLOUNT<br>848 N RAINBOW BLVD<br>SUITE 1800<br>LAS VEGAS NV 89107-1103 | PAUL A BARRERA<br>17713 15TH AVE NE STE 101<br>SHORELINE WA 98155-3839 |
| PAUL A BARRERA<br>NORTH CITY LAW PC<br>17713 15TH AVE NE<br>SUITE 101<br>SHORELINE WA 98155-3839 | PAUL W REINSCH JR<br>7 SALVATIERRA TRACE<br>HOT SPRINGS VILLAGE AR 71909-7707 | INTERNATIONAL<br>PER MARTIN SUNDBERG<br>CALCADA DE SANTO ANDRE 33 BLOCO2 LETRA F<br>1100-495<br>LISBON PORTUGAL |
| JAMES D PERKINS<br>U S DEPT OF JUSTICEU S TRUSTEE OFFICE<br>920 W RIVERSIDE 593<br>SPOKANE WA 99201-1012 | PETER MOONEY<br>506 FELICIA ST<br>DURHAM NC 27704-6213 | DANIAL D PHARRIS<br>LASHER HOLZAPFEL SPERRY EBBERSON PLLC<br>601 UNION STREET<br>SUITE 2600<br>SEATTLE WA 98101-4000 |
| PHIL A DINWIDDIE<br>28122 VINE CLIFF<br>BOERNE TX 78015-4881 | PHILIP N MCCOLLUM<br>14391 WARREN ST<br>WESTMINSTER CA 92683-5187 | VANESSA PIERCE<br>BOWMAN PIERCE LLC<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 |
| INTERNATIONAL<br>PIERVANNI UGOLINI MUGELLI<br>VIA DI NIZZANO 2<br>IMPRUNETA 50023<br>FLORENCE ITALY | JASON T PISKEL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVE<br>STE 700<br>SPOKANE WA 99201-0581 | PORT OF CHELAN<br>238 OLDS STATION RD A<br>WENATCHEE WA 98801-8131 |
| PORT OF DOUGLAS<br>643 BILLINGSLY DR SE<br>EAST WENATCHEE WA 98802 | PORT OF DOUGLAS COUNTY<br>PORT OF DOUGLAS COUNTY<br>1 CAMPBELL PARKWAY<br>SUITE D<br>EAST WENATCHEE WA 98802-9290 | PORT OF DOUGLAS COUNTY<br>DAVIS ARNEIL LAW FIRM CO DAVID R LAW<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 |
| PRIJA PHAPHOUAMPHENG<br>5115 16TH STREET A<br>SANTA ANA<br>UNITED STATES<br>SANTA ANA CA 92703-1190 | QUARK LLC<br>4283 EXPRESS LANE SUITE 3842078<br>SARASOTA FL 34249-2602 | INTERNATIONAL<br>RAVJI PATEL<br>16 HOME MEAD<br>UNITED KINGDOM<br>HA7 1AF |
| RICHARD BLOMQUIST<br>1425 BROADWAY 23240<br>SEATTLE WA 98122-3854 | INTERNATIONAL<br>RADOMIR KALININ<br>STANYUKOVICHA 54G55<br>VLADIVOSTOK CITY ZIP CODE 690003<br>RUSSIA<br>STANYUKOVICHA 54G-55 VLADIVOSTOK CITY | RARITAN<br>400 COTTONTAIL LANE<br>SOMERSET NJ 08873-1238 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
RARITAN INC                              REFAEL SOFAIR INDIVIDUALLY AND ON      RICHARD SHEW
CO DRINKER BIDDLE  REATH LLP             BEHALF OF ALL OTHERS SIMILARLY         157 SLATEWOOD CT
ATTN- FRANK VELOCCI                      SITUATED                               BETHEL PARK PA 15102-2242
600 CAMPUS DRIVE                         CO JOHN A KNOX WILLIAMS KASTNER  GIB
FLORHAM PARK NJ 07932-1096               601 UNION STREET SUITE 4100
                                         SEATTLE WA 98101-1368


INTERNATIONAL                            RIES LAW FIRM P S                      INTERNATIONAL
RICHARD WULLIENS                         P O BOX 2119                           RIETVELD GLOBAL BUSINESS GROUP BV
RUE DE LEGLISE 13A                       MOSES LAKE WA 98837-0519               POSTBUS 9607 BOX G58
1958 ST LONARD                                                                  1006 GC AMSTERDAM
CH - SWITZERLAND                                                                THE NETHERLANDS


                                         INTERNATIONAL
ROBERT B DECKER                          ROBERT ILIEVSKI                        ROBERT J HOYER
918 CONFIDENCE DR                        NYPONGATAN 18                          5940 DALTRY LN
LONGMONT                                 212 31 MALMO                           UNITED STATES
UNITED STATES                            SKANE                                  COLORADO SPRINGS CO 80906-7802
LONGMONT CO 80504-8540                   SWEDEN


ROBERT RUSSELL                           ROGER L SUTTON                         INTERNATIONAL
971 PROVIDENCE PIKE                      716 CONTESSA                           ROLF JAKOBSEN
UNITED STATES                            IRVINE CA 92620-1724                   WESSELS GATE 25C
DANIELSON CT 06239-4003                                                         H0202
                                                                                NORWAY


RONALD RICHARD JOHNS JR                  ROOSEVELT SCOTT                        ROSS SHRESTHA
354 CLEAR SPRINGS HOLLOW                 802 HAWK VIEW COURT                    1259 N LAKEVIEW DR
BUDA TX 78610-2740                       FAIRVIEW HEIGHTS IL 62208-2967         PALATINE IL 60067-2092


INTERNATIONAL                            INTERNATIONAL                          SCOTT ALAN WILSON
ROSS TAVAKOLI                            RUBEN DEL MURO                         9303 WAVING FIELDS DR
8 OAKFIELD CLOSE ALDERLEY EDGE CHESHIR   19231 NISHIDERA KIKUCHI KUMAMOTO       HOUSTON TX 77064-4557
ENGLAND                                  861-1323
UNITED KINGDOM                           JAPAN


JOSEPH AG SAKAY                          DOMINIQUE R SCALIA                     TARA J SCHLEICHER
RYAN SWANSON  CLEVELAND PLLC             DBS LAW                                FOSTER GARVEY PC
1201 THIRD AVENUE                        155 NE 100TH ST                        121 SW MORRISON
SUITE 3400                               STE 205                                11TH FLOOR
SEATTLE WA 98101-3034                    SEATTLE WA 98125-8015                  PORTLAND OR 97204-3141


SCHMITT ELECTRIC                         SCOTT GLASSCOCK                        SCOTT PAUL
1114 WALLA WALLA AVE                     229 CRAFT ROAD                         1100 SW 7TH ST
WENATCHEE WA 98801-1525                  BRANDON FL 33511-7588                  RENTON
                                                                                RENTON WA 98057-2939


                                                                                INTERNATIONAL
SCOTT R WEAVER                           SCOTT R WEAVER                         SERGIY DZVONYK
CARNEY BADLEY SPELLMAN PS                CARNEY BADLEY SPELLMAN PS              28 YAROSLAVOV VAL STR AP29
701 5TH AVE STE 3600                     701 FIFTH AVENUE SUITE 3600            KIEV - 01034
SEATTLE WA 98104-7010                    SEATTLE WA 98104-7010                  UKRAINE
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>SERHII KOMAR<br>ALEXANDRA NEVSKOGO 35<br>AP 55<br>ODESSA UKRAINE 65088 | INTERNATIONAL<br>SHAUN LEECH<br>49A WINFILED ROAD<br>BALWYN NORTH<br>VICTORIA AUSTRALIA 3144 | CANADA<br>SHAWN JACKSON DYCK<br>40100 WILLOW CRESCENT<br>APT 308<br>SQUAMISH BC V8B0L8 CANADA |
| SHOW ME CABLES<br>115 CHESTERFIELD INDUSTRIAL BLVD<br>CHESTERFIELD MO 63005-1219 | SINH DU<br>818 SW 3RD AVE 2212313<br>PORTLAND OR 97204-2405 | INTERNATIONAL<br>SMEETS GERT<br>SAPSTRAAT 40<br>GROTE SPOUWEN<br>BELGIUM<br>BELGIUM |
| SPENCER ROSS<br>215 11TH AVE NE<br>APT 3<br>ST PETERSBURG FL 33701-1961 | STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | INTERNATIONAL<br>STEFANO MUSUMECI<br>UUSLINNA TN 9452<br>11415 TALLINN<br>ESTONIA |
| INTERNATIONAL<br>STEVE DELASSUS<br>215 AVENUE MARCEL ANTHONIOZ<br>01220 DIVONNE LES BAINS<br>FRANCE | CANADA<br>STEVEN WILLIAM SWEENEY<br>7 LENT CRESCENT<br>BRAMPTON ONTARIO L6Y 5E5<br>CANADA | SUSAN RAMAKER<br>PO BOX 3272<br>WENATCHEE WA 98807-3272 |
| TNT BUSINESS COMPLEXES LLC<br>380 LESLIE WAY<br>EAST WENATCHEE WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E TREASURE DR APT 1023<br>APT 1023<br>NORTH BAY VILLAGE FL 33141-4362 | INTERNATIONAL<br>TAKESHI KAWAI<br>392403 SHIMORENJAKU<br>MITAKA CITY TOKYO<br>181-0013 JAPAN |
| TALENTS 633 MINISTRIES NFP<br>24206 WALNUT CIRCLE<br>PLAINFIELD IL 60585-2261 | TALOS CONSTRUCTION LLC<br>TODD REUTER FOSTER PEPPER PLLC<br>618 W RIVERSIDE AVE SUITE 300<br>SPOKANE WA 99201-5102 | TALOS CONSTRUCTION LLC<br>PO BOX 2607<br>CHELAN WA 98816-2607 |
| INTERNATIONAL<br>TAVERNE KEVIN<br>13 RUE KIPLING<br>91540 MENNECY   FRANCE | INTERNATIONAL<br>THEATHERSTRASSE 27C<br>THEATERSTRASSE 27C<br>8400 WINTERTHUR<br>SWITZERLAND | INTERNATIONAL<br>THEOCHARIS ASLANIDIS<br>DORIDOS 44<br>12242 EGALEO<br>GREECE |
| INTERNATIONAL<br>THOMAS MEHLITZ<br>SOLRIDE GMBH<br>YBURGSTR 18<br>GERMANY<br>GERMANY | TOTAL EMPLOYMENT MANAGEMENT<br>723 W BROADWAY<br>MOSES LAKE WA 98837-1920 | TOWN TOYOTA CENTER<br>1300 WALLA WALLA<br>WENATCHEE WA 98801-1529 |
| TRAVELERS PROPERTY CASUALTY CO OF<br>AMERICA<br>JONATHAN B ALTER ESQ<br>1 TOWER SQUARE MS04<br>HARTFORD CT 06183-1050 | TRAVIS HIBBARD<br>PO BOX 2607<br>CHELAN WA 98816-2607 | TREEHOUSE TECHNOLOGY GROUP LLC<br>300 BEDFORD STREET UNIT 214<br>MANCHESTER NH 03101-1102 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TYLER DOMER<br>91 NE 17 ST<br>EAST WENATCHEE WA 98802-4147 | UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 | US CUSTOMS<br>PO BOX 979126<br>ST LOUIS MO 63197-9001 |
| US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS IN 46278-2010 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~US COURT HOUSE~~<br>~~920 W RIVERSIDE AVE SUITE 593~~<br>~~SPOKANE WA 99201-1012~~ | VANESSA PIERCE ROLLINS<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 |
| VIKEN CHOUCHANIAN<br>8741 DARBY AVE 3<br>NORTHRIDGE CA 91325-3089 | INTERNATIONAL<br>VYACHESLAV LEVIN<br>4A STOKE ROW<br>COVENTRYWESTMIDLANDS<br>CV2 4JQ<br>UK | WA DEPARTMENT OF REVENUE<br>ATTN SAM SEAL<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 |
| MARK WALDRON<br>MARK D WALDRON<br>6711 REGENTS BLVD W SUITE B<br>TACOMA WA 98466-5421 | WASHINGTON DEPARTMENT OF REVENUE<br>2101 FOURTH AVENUE 1400<br>SEATTLE WA 98121-2300 | WASHINGTON EMPLOYMENT SECURITY DEPT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 |
| WASHINGTON STATE LABOR INDUSTRIES<br>PO BOX 44170<br>OLYMPIA WA 98504-4170 | WASHINGTON STATE TAXING AGENCIES<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | SCOTT WEAVER<br>CARNEY BADLEY SPELLMAN PLLC<br>701 FIFTH AVENUE<br>SUITE 3600<br>SEATTLE WA 98104-7010 |
| NATHAN WELLING<br>340 S LEMON AVENUE<br>UNIT 5807<br>WALNUT CA 91789-2706 | INTERNATIONAL<br>WILHELMUS APPEL<br>LUPINELAAN 15<br>5582 CG WAALRE<br>THE NETHERLANDS | WILLIAM M PATTON<br>6821 SKY CIRCLE<br>UNITED STATES<br>ANCHORAGE AK 99502-3979 |
| WILLIAM STEPHEN DAVIS<br>7281 ROOSES DRIVE<br>INDIANAPOLIS IN 46217-7411 | WILLIAM TRAN<br>403 W RAMONA RD<br>ALHAMBRA CA 91803-3548 | WILSON SONSINI GOODRICH ROSATI<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 |
| WINLAND CREDIT PARTNERS LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>WONG CHUN MING<br>SHAM SHUI POFUK WING ST 133<br>FLAT A 10F 5BLOCK GOLDEN BLDG<br>HONG KONG<br>SHAM SHUI POFUK WING ST 133 FLAT A 10F | XIAOMING LU<br>3269 RANGE CT<br>MASON OH 45040-8741 |
| INTERNATIONAL<br>YUET CHOI CHENG<br>22F NAM HOI MANSION TAIKOO SHING<br>HONG KONG | INTERNATIONAL<br>YURII KUZMIN<br>10B UROZHAYNAYA STR<br>ODESSA<br>65016<br>UKRAINE | INTERNATIONAL<br>CALEB MAISTRY<br>VAN HOOF STREET 2 WILLOW VIEW ESTATE R<br>GAUTENGJOHANNESBURG<br>SOUTH AFRICA |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL                       INTERNATIONAL                       INTERNATIONAL
ELIESHAY TOUBOUL                    FABIO TODESCHINI                    HARI KRISHNA PRASAD MENTA VENKATA
AMOS 221                            16 VIA GRAN SAN BERNARDO            116 CANADIAN LAKES BLVD
TEKOA                               MILAN                               CANADIAN BALLARAT
ISRAEL                              ITALY                               AUSTRALIA
ISRAEL                                                                  116 CANADIAN LAKES BLVD CANADIAN 3350


INTERNATIONAL                       INTERNATIONAL                       INTERNATIONAL
LIOR SHARABI                        LJUPCO NIKOLOVSKI                   MATHIAS BRACHET
ESHKOLIT 2822   PARDES HANA  ISRAEL MERCURIUS 15                        DARWINGASSE 37
ESHKOLIT 2822 - PARDES HANA - ISRAEL 1188 GA                            TOP 1
                                    AMSTELVEEN                          1020 VIENNA
                                    HOLLAND                             AUSTRIA


NICK NGUYEN                         PAMELYN CHEE
3411 GREENTREE DR                   PO BOX 18771
FALLS CHURCH VA 22041-1405          UNITED STATES
                                    LOS ANGELES CA 90018-0771
```