1  Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
   POTOMAC LAW GROUP PLLC
   1905 7th Ave. W
2  Seattle, WA 98119
   Telephone: (415) 297-0132
3  Email: pegan@potomaclaw.com

4  *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

5

6

7           **UNITED STATES BANKRUPTCY COURT**
            **EASTERN DISTRICT OF WASHINGTON**
8

9  In re:                          Case No. 18-03197 FPC 11

10 GIGA WATT, Inc., a Washington    The Honorable Frederick P. Corbit
   corporation,
11                                  Chapter 11

12          Debtor.                 **CHAPTER 11 TRUSTEE'S MOTION**
                                    **FOR ORDER: (I) APPROVING**
13                                  **SALE OF CONDOMINIUM FREE**
                                    **AND CLEAR OF ALL LIENS,**
14                                  **CLAIMS AND INTERESTS; (II)**
                                    **APPROVING OVERBIDDING**
15                                  **PROCEDURES; (III)**
                                    **AUTHORIZING PAYMENT OF**
16                                  **COMMISSION AND CLOSING**
                                    **COSTS; AND (IV) GRANTING**
17                                  **RELATED RELIEF**

18                                  **Telephonic Hearing**
                                    Date:        September 22, 2020
19                                  Time:        10:30 a.m. PT
                                    Telephone:   (509) 353-3183
20

21

22

23 Chapter 11 Trustee's Motion
   for Order: (i) Approving Sale
24 of Condominium, etc. - Page 1

25

1    Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the

2  "Trustee"), hereby moves (the "Motion") the Court pursuant to 11 U.S.C. §§ 105

3  and 363, Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy

4  Procedures ("Rules") and Local Bankruptcy Rules ("LBR") 2002-1 and 6004-1

5  for an Order, in the form attached hereto as Exhibit A:

6        1.      Approving the sale ("Sale") of a condominium located at 23684 NW

7  Cliffe Pointe Road 8-B, Quincy, WA 98848 (the "Condo") free and clear of any

8  liens, claims or interests, pursuant to the Real Estate Purchase and Sale Agreement

9  and its addenda (the "Sale Agreement"), a copy of which is attached hereto as

10 Exhibit B;

11       2.      Approving the following bidding procedures ("Bidding Procedures":

12 Overbids to be received by the Trustee on or before September 18, 2020 by email

13 at mark@mwaldronlaw.com and to Trustee's counsel by email at

14 pegan@potomaclaw.com. To be qualified, a bid must be in writing. It must also

15 indicate the source of cash consideration, including proposed funding

16 commitments, and demonstrate the financial ability to close on or before

17 September 30, 2020. The written offer must contain the same material terms as the

18 Sale Agreement, other than the increased purchase price. The initial overbid will

19 exceed the Purchase Price (which is $315,000) by a minimum increment of

20 $15,000. Therefore, the initial overbid must be in the amount of $330,000 or

21 more. Subsequent overbids to be in minimum increments of $10,000. If the

22 Trustee receives one or more bid(s) that meet all the requirements set forth herein

23 Chapter 11 Trustee's Motion
   for Order: (i) Approving Sale
24 of Condominium, etc. - Page 2

25

1  ("Qualified Bid(s)"), then the qualified bidder(s) ("Qualified Bidders") and the

2  Buyer may continue to bid at the Hearing in minimum subsequent increments of

3  $10,000, until a winning bid is obtained. The Court will then decide whether to

4  approve the Sale to the winning bidder.

5       3.      Authorizing the Trustee to pay (a) to RE/MAX Northwest Realtors a

6  commission of six percent (6%) of the gross purchase price ("Commission"), and

7  (b) the costs of closing the Sale, including any transfer fee charged by the

8  condominium association of the Condo ("Closing Costs");

9       4.      Finding that the Sale is in good faith, invoking the protections of the

10 Bankruptcy Code, including 11 U.S.C. § 363(m), and waiving the 14-day stay

11 provided by Bankruptcy Rule 6004(h); and

12      5.      Confirming the sufficiency of Notice, both in manner and form.

13      The material terms of the Agreement are as follows:

| | Description | Agreement |
|---|---|---|
| Buyer | Renee Michelle Hawkes and Gregory Lawrence Griffith | Exh. B, p. 1, Counter-Offer Addendum, line 3 |
| Price | $315,000 cash | Exh. B, p. 1, Counter-Offer Addendum, line 6 |
| Deposit | Buyer pays refundable deposit of $3,500 (the "Deposit") to be applied to Purchase Price | Exh. B, p. 9, Financing Addendum, ¶ 1(a), line 9 |
| | Buyer's recourse in event of Seller's breach is limited to Deposit. | Exh. B, p. 17, Trustee's Addendum, ¶ 7 |
| Asset Sold | Condominium located at 23684 NW Cliffe Pointe Rd. 8-B, Quincy, WA 98848 | Exh. B, p. 1, Counter-Offer Addendum, line 2. |

Chapter 11 Trustee's Motion
for Order: (i) Approving Sale
of Condominium, etc. - Page 3

| | Description | Agreement |
|---|---|---|
| Closing Date | September 30, 2020 or earlier, unless parties otherwise agree | Exh. B, p. 19, Addendum/Amendment to Purchase and Sale Agreement, line 6 |
| Warranties | None, other than provided by title insurer. | Exh. B, p. 17, Trustee's Addendum, ¶¶ 4-6, and 11. |
| Conditions | Buyer obtains financing | Exh. B, p. 9, Financing Addendum, ¶ 1(a) |
| | Court approval. | Exh. B, p. 1, Counter-Offer Addendum, lines 19-20, Exh. B, p. 16, Trustee's Addendum, ¶ 2 |
| | Subject to Overbids | Exh. B, p. 16, Trustee's Addendum, ¶ 2, last sentence |

This Motion is supported by the *Memorandum of Points and Authorities in Support of Motion of Chapter 11 Trustee's Motion for Order: (i) Approving Sale of Condominium Free and Clear of All Liens, Claims and Interests; (ii) Approving Bidding Procedure; (iii) Authorizing Trustee to Pay Commission and Closing Costs; and (iv) Granting Related Relief* and the *Declaration of Mark D. Waldron Motion of Chapter 11 Trustee's Motion for Order: (i) Approving Sale of Condominium Free and Clear of All Liens, Claims and Interests; (ii) Approving Bidding Procedures; (iii) Authorizing Trustee to Pay Commission and Closing Costs; and (iv) Granting Related Relief* (the "Waldron Declaration")*, filed herewith.

Chapter 11 Trustee's Motion
for Order: (i) Approving Sale
of Condominium, etc. - Page 4

1    As set forth in the Waldron Declaration, there are no underlying liens on the

2   Condo and the property taxes and homeowners' association dues and assessments

3   for the Condo are current. A legal description of the Condo is appended to the the

4   proposed Order, which is attached hereto as Exhibit A.

5          Notice (the "Notice") in substantially the form attached hereto as Exhibit C,

6   will be served upon the Master Mailing List, the Buyer, the Broker, and the

7   homeowners' association of the Condo.

8          WHEREFORE, the Trustee respectfully requests entry of an Order:

9          1.      Granting the Motion in its entirety;

10         2.      Approving the Sale free and clear of all liens, claims and interests;

11         3.      Approving the Bidding Procedures;

12         4.      Authorizing the Trustee to pay the Commission and Closing Costs;

13         5.      Finding that the Agreement is entered into in good faith and waiving

14  the 14-day stay set forth in Bankruptcy Rule 6004(h);

15         6.      Approving the Notice; and

16         7.      Granting such other and further relief as the Court deems necessary

17  and just.

18  Dated: August 20, 2020             POTOMAC LAW GROUP PLLC

19                                By:      _/s/ Pamela M. Egan_____
                                       Pamela M. Egan (WSBA No. 54736)
20
                                       *Attorneys for Mark D. Waldron, Chapter 11*
21                                     *Trustee*

22

23  Chapter 11 Trustee's Motion
    for Order: (i) Approving Sale
24  of Condominium, etc. - Page 5

25