# EXHIBIT A
# (Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

               Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

**[PROPOSED] ORDER: (I) APPROVING SALE OF CONDOMINIUM FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (II) APPROVING BIDDING PROCEDURES; (III) GRANTING AUTHORITY TO PAY COMMISSION AND CLOSING COSTS; AND (IV) GRANTING RELATED RELIEF**

<u>**Telephonic Hearing**</u>
Date:        September 22, 2020
Time:       10:30 a.m. PT
Telephone: (509) 353-3183

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order Approving: (i) Approving Sale of Condominium Free and Clear of all Liens,*

[Proposed] Order (i) Approving
Sale of Condominium, etc. - Page 1

*Claims and Interests; (ii) Approving Bidding Procedures; (iii) Granting Authority to Pay Commission and Closing Costs; and (iv) Granting Related Relief* (the "**Motion**")[1] on September 22, 2020 at 10:30 a.m. (the "**Hearing**"). The Court has considered the Motion and the declaration and memorandum filed in support of the Motion and has completed the Hearing. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and in the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Sale Agreement is approved.

2. The Trustee is authorized to sell the Condo, whose legal description is attached hereto as Exhibit A-1, pursuant to the Sale Agreement free and clear of all liens, claims and interests pursuant to sections 363(f)(4) and (5) of title 11 of the United States Code.

3. The Bidding Procedures are approved.

4. The Trustee is authorized to pay the Commission and Closing Costs pursuant to the Agreement.

5. The form of the Notice and the manner of its service is approved.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

[Proposed] Order (i) Approving
Sale of Condominium, etc. - Page 2

6. The Sale is found and is deemed to have been made in good faith.

7. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived.

8. This Order shall be valid and fully effective immediately upon its entry.

/// END OF ORDER ///

**PRESENTED BY:**

Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee*

[Proposed] Order (i) Approving Sale of Condominium, etc. - Page 3

# EXHIBIT A-1
# (Condo Legal Description)

## LEGAL DESCRIPTION OF CONDO

Unit 8 B Cave B Ridge Condos, an Airspace Condominium, according to the declaration thereof recorded September 6, 2017, under Auditor's file No. 1383415, and Amended Declaration recorded August 16, 2018 under Auditors File No. 1397773, Records of Grant County, Washington.

TOGETHER WITH Easement rights and the use of a shared on-site sewage system as provided in document recorded March 7, 2018 under Auditor's file No. 1390783, being a re-recording of Auditor's File No. 1390502.

[R.M.9E] 08/10/2020

)JII
,.1ARK (). t, \LDRON
Chapter 11 Trustee
GIga Watt, Inc., Case No. 18-03197
6711 Regents Blvd. W., Suite 8
Tacoma, WA 98466
Phone: 253-565-5800
Email: gigawatt@mwaldronlaw.com

[gLg] 08/10/2020