# EXHIBIT C
## (Notice)

Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

Chapter 11

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (I) APPROVING SALE OF CONDOMINIUM FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (II) APPROVING BIDDING PROCEDURES; (III) GRANTING AUTHORITY TO PAY COMMISSION AND CLOSING COSTS; AND (IV) GRANTING RELATED RELIEF**

<u>Telephonic Hearing</u>
Date:         September 22, 2020
Time:        10:30 a.m. PT
Telephone: (509) 353-3183

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "<u>Trustee</u>") has filed the *Chapter 11 Trustee's Motion for Order: (i) Approving Sale of Condominium Free and Clear*

Notice of Chapter 11 Trustee's Motion
For Order: (i) Approving Sale of
Condominium, etc. - Page 1

*of all Liens, Claims and Interests; (ii) Approving Bidding Procedures; (iii) Granting Authority to Pay Commission and Closing Costs; and (iv) Granting Related Relief* (the "Motion").

**PLEASE TAKE NOTICE THAT** the essential terms of the sale (the "Sale") proposed in the Motion are that the Trustee is selling a condominium located at 23684 NW Cliffe Pointe Road 8-B, Quincy, WA 98848 (the "Condo") for a purchase price (the "Purchase Price") of $315,000, free and clear of all liens, claims and interests and subject to overbidding. The estate will pay to the court-approved broker a commission of 6% of the gross price or $18,900. The estate will also pay all closing costs and any transfer fee imposed by the homeowner's association for the Condo. The estate obtained the condominium pursuant to the settlement of litigation with David Carlson.

The Motion and supporting papers may be obtained from the Court's website or the Court Clerk. **A telephonic hearing (the "Hearing") will be held on the Motion on September 22, 2020 at 10:30: a.m., Pacific Time. To call into the Hearing dial, (509) 353-3183.**

**PLEASE TAKE FURTHER NOTICE THAT** the Sale is subject to overbids. On or before September 18, 2020, i.e., four days before the Hearing, an interested bidder must deliver to the Trustee by email at mark@mwaldronlaw.com with a copy to the Trustee's counsel by email at pegan@potomaclaw.com: (1) a bid that (a) is in an initial minimum increment of $15,000 and (b) indicates the source of cash consideration, including proposed funding commitments, and

Notice of Chapter 11 Trustee's Motion
For Order: (i) Approving Sale of
Condominium, etc. - Page 2

18-03197-FPC7    Doc 678-3    Filed 08/20/20    Entered 08/20/20 15:56:05    Pg 3 of 4

(c) demonstrates the financial ability to close on or before September 30, 2020; and (2) a signed writing accepting all the material terms of the Agreement other than the Purchase Price, which shall be higher than $315,000 by at least $15,000, i.e., will be an offer in the amount of $330,000 or more. The Trustee shall determine whether a bid meets the foregoing requirements, subject to Court review. If one or more qualified bids is received, then an auction shall be held to allow for further bidding by (a) those who submitted a timely and qualified bid and (b) the Buyer.

The estimated fair market value of the property is $315,000. There are no liens, claims or encumbrances claimed against the Condo and all taxes and homeowners association fees are current. However, in an abundance of caution, the sale will be free and clear of any liens, claims or encumbrances pursuant to 11 U.S.C. §§ 363(f)(4) and (5). The sale is necessary and appropriate because the condominium is of no use to the estate except as monetized by this sale.

**If you wish to object to the Motion, you must file an Objection with the Court and serve it upon undersigned counsel on or before September 14, 2020.** If no objection is timely filed and served, the Hearing will still move forward to allow for any overbids.

Dated: August 20, 2020

POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

---

Notice of Chapter 11 Trustee's Motion
For Order: (i) Approving Sale of
Condominium, etc. - Page 3