# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>             Debtor | Case No. 18-03197 FPC 11<br><br>Chapter 11 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On August 17, 2020 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jun Dam at PMB 9096, 237 Kearny St, San Francisco, CA 94108-4502, pursuant to USPS forwarding instructions:

- **Notice of Trustee's (1) Application for Award of Compensation for Services Rendered Pursuant to 11 USC §330 (Interim Application No. 2) and (2) Motion for an Order Authorizing Payment of Previously Awarded but Unpaid Compensation (Docket #442)** (Docket No. 642)

Dated: August 21, 2020

                                                   */s/ Sabrina G. Tu*
                                                   Sabrina G. Tu
                                                   STRETTO
                                                   410 Exchange, Suite 100
                                                   Irvine, CA 92602
                                                   800.634.7734
                                                   Sabrina.Tu@Stretto.com