**So Ordered.**

**Dated: August 21st, 2020**



Frederick P. Corbit
Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC7 |
| GIGA WATT INC., | **ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION** |
| Debtor. | |

THIS MATTER came before the court on the Motion to Request Reconsideration of Order Awarding Compensation filed by Creditor Jun Dam ("Motion") (ECF No. 675). After reviewing the files and records herein, the court finds and concludes as follows:

1. This court previously considered Mr. Dam's Objection to Trustee's Application for Award of Compensation ("Objection") (ECF 661) at the hearing on August 6, 2020, along with multiple other party's objections to the Trustee's Application. The court approved the amount requested by Mr. Waldron but did not authorize payment at that time

2. The Motion raises no new arguments for this court to consider, as the only argument in the Motion cites to Mr. Dam's Objection, which has already been fully considered and decided.

3. Mr. Dam's request for Mr. Waldron to submit additional information regarding time he expended and work he performed places an unnecessary burden on Mr. Waldron.

4. As a Trustee, Mr. Waldron's compensation is determined pursuant to 11 U.S.C. § 326(a), so a detailed accounting is not necessary to award him compensation for his work. However, Mr. Waldron has already provided a summary of the work he performed on Local Form 2016C attached to the Application, as required by LBR 2016-1(b)(1)(A). THEREFORE,

IT IS ORDERED that the Motion is **DENIED**.

///End of Order///