# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 8/24/2020
Case: 18–03197–FPC11 | Form ID: pdf002 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     237 Kearny #9096     San Francisco, CA 94108

TOTAL: 1