Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1905 7th Avenue W
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**MOTION OF THE CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT WITH ALLRISE AND GRANTING RELATED RELIEF** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"), hereby moves (the "Motion") the Court pursuant to 11 U.S.C. §§ 105, 363 and 554, Fed. R Bankr. Proc. 2002, 6004 and 9019 and L.B.R. 2002-1, 6004-1 and 9019-1 for an Order, as proposed in Exhibit A attached hereto, approving that certain *Agreement and General Release of Claims* (the "Settlement Agreement") between the Trustee, on behalf of the estate, on the one hand, and Allrise Financial Group, Inc., a Delaware corporation, Allrise IP Holding, Inc., a

Chapter 11 Trustee's Motion for Order
Approving Allrise Settlement - Page 1

Delaware corporation, and Allrise IP Holding, Inc., a Cayman Islands corporation (collectively, "Allrise"), on the other. A copy of the Settlement Agreement is attached hereto as <u>Exhibit B</u>. The Motion is supported by the *Memorandum of Points and Authorities in Support of Motion of the Chapter 11 Trustee for an Order Approving Settlement With Allrise and Granting Related Relief* (the "<u>Memorandum</u>") and the *Declaration of Mark D. Waldron in Support of Motion of the Chapter 11 Trustee for an Order Approving Settlement With Allrise and Granting Related Relief*, filed herewith.

As set forth more fully in the Memorandum, pursuant to the Settlement Agreement, Allrise has agreed to release the estate of all claims. The release is mutual. The Trustee has agreed to abandon Pod 1 located at the Debtor's former facility in Moses Lake, Washington and to transfer to Allrise five (5) S9 miners and ninety-five (95) Panda Plus B3 miners.

The Trustee further respectfully requests that the Order be effective immediately.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;
2. Approving the Settlement Agreement;
3. Authorizing and directing the Trustee to abandon Pod 1;
4. Authorizing and directing the Trustee to transfer to Allrise five (5) S9 miners and ninety-five (95) Panda Plus B3 miners;

Chapter 11 Trustee's Motion for Order
Approving Allrise Settlement - Page 2

5. Waiving the stay set forth in Bankruptcy Rule 6004(h) and providing for the Order to be effective immediately upon entry; and

6. Granting such other and further relief as the Court deems necessary and just.

Dated: August 25, 2020

POTOMAC LAW GROUP PLLC

By: */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Chapter 11 Trustee's Motion for Order
Approving Allrise Settlement - Page 3