Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Avenue W.
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>      Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT WITH ALLRISE AND RELATED RELIEF**<br><br><u>**Telephonic Hearing**</u><br>Date:  September 29, 2020<br>Time:  10:30 a.m. PT<br>Telephone: (509) 353-3183 |

  **PLEASE TAKE NOTICE** that Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "<u>Trustee</u>") in the above-captioned case, has filed a motion (the "<u>Motion</u>") to approve a settlement (the "<u>Settlement Agreement</u>" or "<u>Settlement</u>") with Allrise Financial Group, Inc., a Delaware corporation, and its affiliates (collectively, "<u>Allrise</u>"). The Settlement provides that Allrise will release

Notice of Ch. 11 Trustee's Motion
for Order Approving Allrise Settlement – Page 1

the estate from all claims, including, but not limited to (i) a general unsecured claim asserted by Allrise in the amount of $2,827,956 and (ii) an administrative claim asserted by Allrise in the amount of $165,100. The Trustee will also release all claims of the estate against Allrise. The Settlement further provides that the Trustee will abandon Pod 1 and the Trustee will transfer to Allrise 100 miners: five (5) S9 miners and ninety-five (95) Panda Plus B3 miners. The Trustee believes the Settlement should be approved because Pod 1 is of inconsequential value to the estate. The Settlement will allow the Trustee to more efficiently vacate the premises of its closed facility in Moses Lake, Washington and will relieve the estate of the burden and distraction of searching for 168 miners. The Order approving the Settlement becomes effective immediately upon entry on the Court's docket. The Motion and the supporting memorandum and declaration are located on the Court's docket and may be obtained from the Court clerk. **A hearing will be held on the Motion on September 29, 2020 at 10:30 a.m. PM by telephone, 503-353-3183. Any objection to the relief requested in the Motion must be served on undersigned counsel and filed with the Court by September 21, 2020.** The Motion may be granted without further notice unless a written objection is timely served on undersigned counsel and timely filed with the Court.

Dated: August 25, 2020   POTOMAC LAW GROUP PLLC

By:   */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Ch. 11 Trustee*

Notice of Ch. 11 Trustee's Motion
for Order Approving Allrise Settlement – Page 2