In re:  
GIGA WATT INC  
       Debtor

Case No. 18-03197-FPC  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0980-2      User: notice     Page 1 of 2     Date Rcvd: Aug 24, 2020  
                     Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.  
cr            +Jun Dam,    237 Kearny #9096,    San Francisco, CA 94108-4502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:

          Adam C. Doupe    on behalf of Interested Party    Allrise Financial Group doupe@ryanlaw.com, doupear96329@notify.bestcase.com  
          Angie Lee    on behalf of Creditor    Washington State Taxing Agencies bculee@atg.wa.gov  
          Benjamin A Ellison    on behalf of Creditor Committee    Unsecured Creditors' Committee benaellison@gmail.com  
          Benjamin J McDonnell    on behalf of Creditor    Clever Capital, LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com  
          Benjamin J McDonnell    on behalf of Defendant    Clever Capital, LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com  
          Benjamin J McDonnell    on behalf of Creditor David M Carlson ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com  
          Benjamin J McDonnell    on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com  
          Benjamin J McDonnell    on behalf of Defendant    Enterprise Focus, Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com  
          Brian A. Walker    on behalf of Defendant Jeffrey    Field bwalker@omwlaw.com, rgrim@omwlaw.com  
          Christopher F Ries    on behalf of Creditor    Neppel Electrical & Controls, LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com  
          Danial D Pharris    on behalf of Creditor    NC Machinery Co. pharris@lasher.com, luksetich@lasher.com  
          David A Kazemba    on behalf of Creditor    MLDC1, LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com, debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com  
          David A Kazemba    on behalf of Creditor    Giga Plex, LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com, debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com  
          David R Law    on behalf of Creditor    Port of Douglas County david@dadkp.com, amy@dadkp.com  
          Dominique R Scalia    on behalf of Interested Party    Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com, paralegal@lawdbs.com  
          Dominique R Scalia    on behalf of Attorney    DBS Law dscalia@lawdbs.com, paralegal@lawdbs.com  
          Douglas A. Hofmann    on behalf of Creditor Refael    Sofair dhofmann@williamskastner.com, kmejia@williamskastner.com  
          Eric Christensen    on behalf of Trustee Mark    Waldron echristensen@bdlaw.com, njohnston@bdlaw.com  
          Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov  
          Gretchen J. Hoog    on behalf of Attorney    Emerald City Statewide LLC ghoog@pcslegal.com, danderson@pcslegal.com  
          James D Perkins    on behalf of U.S. Trustee    US Trustee james.perkins@usdoj.gov  
          Jason T Piskel    on behalf of Defendant    Enterprise Focus, Inc. jtp@pyklawyers.com, ncross@pyklawyers.com  
          Jason T Piskel    on behalf of Creditor David M Carlson jtp@pyklawyers.com, ncross@pyklawyers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jason T Piskel    on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com,
           ncross@pyklawyers.com
          Jason T Piskel    on behalf of Defendant    Clever Capital, LLC jtp@pyklawyers.com,
           ncross@pyklawyers.com
          Jason T Piskel    on behalf of Creditor    Clever Capital, LLC jtp@pyklawyers.com,
           ncross@pyklawyers.com
          John  Knox    on behalf of Creditor Refael  Sofair jknox@williamskastner.com,
           rnelson@williamskastner.com
          Joseph A.G. Sakay    on behalf of Interested Party    Allrise Financial Group sakay@ryanlaw.com,
           docketing@ryanlaw.com
          Kathryn R McKinley    on behalf of Creditor    Douglas County PUD kathryn.mckinley@painehamblen.com,
           ads@painehamblen.com
          Mark  Waldron    trustee@mwaldronlaw.com,  mark@mwaldronlaw.com
          Mark  Waldron    on behalf of Trustee Mark  Waldron trustee@mwaldronlaw.com,  mark@mwaldronlaw.com
          Pamela Marie Egan    on behalf of Defendant    The Potomac Law Group, a Washington DC Limited
           Liability Partnership pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Plaintiff Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Trustee Mark  Waldron pegan@potomaclaw.com
          Pamela Marie Egan    on behalf of Defendant    GIGA WATT INC pegan@potomaclaw.com
          Quentin D Batjer    on behalf of Creditor    Port of Douglas County pam@dadkp.com,
           quentin@dadkp.com
          Ralph E Cromwell, Jr    on behalf of Witness    Perkins Coie LLP rcromwell@byrneskeller.com,
           lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com
          Roberto H Castro    on behalf of Interested Party Nathan  Welling rcastro@rcastrolaw.com,
           castro.ava@gmail.com
          Samuel  Dart    on behalf of Creditor    Non-Profit Creditors' Committee of WTT Token Holders and
           Miners sdart@eisenhowerlaw.com
          Scott  Weaver    on behalf of Creditor    Executive Flight, Inc. weaver@carneylaw.com,
           fuhrmann@carneylaw.com
          Scott B Henrie    on behalf of Creditor Refael  Sofair SHenrie@williamskastner.Com,
           DLevitin@williamskastner.Com
          Shauna S Brennan    on behalf of Creditor    ECO Diversified Holdings, Inc.
           sbrennan@outsidegeneralcounsel.com,  admin@outsidegeneralcounsel.com
          Tara J. Schleicher    on behalf of Interested Party    EcoChain, Inc. tara.schleicher@foster.com,
           kesarah.rhine@foster.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
          Vanessa  Pierce    on behalf of Creditor David M Carlson vprollins@gmail.com
          Vanessa  Pierce    on behalf of Creditor    Clever Capital, LLC vprollins@gmail.com
          William L Hames    on behalf of Creditor    Port of Douglas County billh@hawlaw.com,
           mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com
                                                                                             TOTAL: 49
```

**So Ordered.**

**Dated: August 21st, 2020**



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC7 |
| GIGA WATT INC., | **ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION** |
| Debtor. | |

    THIS MATTER came before the court on the Motion to Request Reconsideration of Order Awarding Compensation filed by Creditor Jun Dam ("Motion") (ECF No. 675). After reviewing the files and records herein, the court finds and concludes as follows:

    1.    This court previously considered Mr. Dam's Objection to Trustee's Application for Award of Compensation ("Objection") (ECF 661) at the hearing on August 6, 2020, along with multiple other party's objections to the Trustee's Application. The court approved the amount requested by Mr. Waldron but did not authorize payment at that time

    2.    The Motion raises no new arguments for this court to consider, as the only argument in the Motion cites to Mr. Dam's Objection, which has already been fully considered and decided.

    3.    Mr. Dam's request for Mr. Waldron to submit additional information regarding time he expended and work he performed places an unnecessary burden on Mr. Waldron.

    4.    As a Trustee, Mr. Waldron's compensation is determined pursuant to 11 U.S.C. § 326(a), so a detailed accounting is not necessary to award him compensation for his work. However, Mr. Waldron has already provided a summary of the work he performed on Local Form 2016C attached to the Application, as required by LBR 2016-1(b)(1)(A). THEREFORE,

IT IS ORDERED that the Motion is **DENIED**.

///End of Order///