UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>            Debtor. | 18-03197-FPC11<br><br>ORDER GRANTING COMMITTEE'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER PURSUANT TO FRBP 2004 AUTHORIZING DISCOVERY EXAM OF CHAPTER 11 TRUSTEE |

This matter came before the Court on the Committee of Unsecured Creditors ("Committee") motion for entry of an *ex parte* order pursuant to FRBP 2004 compelling the Chapter 11 Trustee to submit to examination regarding the existence, value, merit, and feasibility of all estate litigation, and authorizing the issuance of a subpoena *duces tecum* pursuant to Fed. R. Bankr. P. 9016.

The Court has reviewed the motion and the files and records in this case and finds that cause exists for granting the relief requested. It is now therefore hereby ORDERED as follows:

1. The Chapter 11 Trustee shall submit to an examination regarding the existence, value, merit, and feasibility of all estate litigation, and the Committee is authorized to issue a subpoena to the Trustee for documents. The examination and subpoena will be governed by Federal Rules of Bankruptcy Procedure 2004 and 9016.

2. The examination of the Chapter 11 Trustee will be at such time and place as may be designated by subpoena or agreed to by the parties.

///END OF ORDER///

Presented by:

**SALISH SEA LEGAL PLLC**

By: /s/ *Benjamin A. Ellison*
Ben Ellison, WSBA No. 48315
Jason E. Wax, WSBA No. 41944
2212 Queen Anne Ave. N., No. 719
Seattle, WA 98125
Tel: (206) 257-9547