The Honorable Frederick P. Corbit
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In Re:

GIGA WATT, INC.,

                Debtor.

NO. 18-03197-FPC

NOTICE AND MOTION TO WITHDRAW

TO: THE CLERK OF COURT
AND TO: ALL INTERESTED PARTIES

## NOTICE

**PLEASE TAKE NOTICE** that pursuant to Local Rule 9010-1, Samuel J. Dart and Eisenhower Carlson PLLC (the "**Firm**") intend to withdraw as attorneys of record for creditors claiming an interest in crypto miners, and members of the non-profit Creditors' Committee of WTT Token Holders and Miners ("**Owners**").

The Firm intends to withdraw on **September 25, 2020**. Any withdrawal shall only become effective upon entry of an order by the United States Bankruptcy Court for the Eastern District of Washington. If you oppose the Motion you must file an objection to the withdrawal. Failure to object may result in the Firm submitting an order *ex parte* without further notice authorizing the withdrawal.

## MOTION

The requests that the Court enter an order, in the form proposed, authorizing the withdrawal of Samuel J. Dart and the law firm of Eisenhower Carlson PLLC as attorneys of record for the Owners. No deadlines are currently pending or anticipated. There are no motions,

NOTICE AND MOTION TO WITHDRAW - 1
19994-1/SJD/947949

EISENHOWER CARLSON PLLC
Attorneys at Law
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

trials, or any other proceedings that will require a continuance as a result of this Motion. Notice of the Firm's intent to withdraw was also provided to the representatives of the Owners prior to the filing of this Motion.

As required by Local Rule 9010-1, the name and last known address of the entity represented by the Firm is as follows:

>Creditors' Committee of WTT Token Holders and Miners
>Attn: John Winslow-Governor
>14205 SE 36th St, Ste. 100
>Bellevue, WA 98006-1553

**WHEREFORE**, the Firm requests that the Court enter an order authorizing its withdrawal as counsel of record in the form proposed and for such other and further relief as may be just and proper.

DATED this 10th day of September, 2020.

>EISENHOWER CARLSON PLLC
>
>By: */s/ Samuel J. Dart*
>    Samuel J. Dart, WSBA #47871
>    Attorney for Owners

### CERTIFICATE OF SERVICE

Samuel Dart declares and states as follows:

I am an attorney at the law firm of Eisenhower Carlson PLLC, am over the age of 18, and otherwise competent to testify.

On September 10, 2020, a true and correct copy of the Motion to Withdraw together with the Proposed Order to be sent via ECF notification to the following:

Chapter 11 Trustee Mark Waldron

NOTICE AND MOTION TO WITHDRAW - 2
19994-1/SJD/947949



Pamela Egan as attorney for the Trustee

Ben Ellison as attorney for the Official Committee of Unsecured Creditors

The United States Trustee

All parties requesting special notice

In addition to the foregoing, I caused copies of this Motion and the Proposed Order to be served on the representatives of the Owners entity via first class mail and email.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Gig Harbor, Washington this 10th day of September, 2020.

*/s/ Samuel J. Dart*
Samuel J. Dart, Attorney

NOTICE AND MOTION TO WITHDRAW - 3
**19994-1/SJD/947949**



18-03197-FPC7    Doc 698    Filed 09/10/20    Entered 09/10/20 11:22:54    Pg 3 of 3