Exhibit 1
(Modification of Closing Date Addendum)

Authentisign ID: 521D25E4-0161-46C8-9540-5177E5DAF296

Form 22Y
Modification of Closing Date
Rev. 2/17
Page 1 of 1

©Copyright 2017
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

## MODIFICATION OF CLOSING DATE ADDENDUM

The following is part of the Purchase and Sale Agreement dated **August 10, 2020**          1

between     **Renee Michelle Hawkes**          **Gregory Lawrence Griffith**          ("Buyer")   2
      Buyer                                      Buyer

and     **Mark Waldron Chapter 11**          **Trustee for GIGA Watt, Inc**          ("Seller")   3
      Seller                                      Seller

concerning   **23684**   **Nw Cliffe Pointe Road 8-B**   **Quincy**   **WA  98848**   (the "Property").   4
        Address                                      City          State   Zip

1.  **MODIFICATION OF CLOSING DATE.** The parties hereby agree to modify the Closing Date set forth in the   5
    Agreement to:     **10/30/2020 or before**          .   6

2.  **OTHER DATES.** In addition, the parties hereby agree to modify other dates set forth in the Agreement as follows:   7

                                                        8
   9
   10
   11
   12
   13
   14
   15
   16

3.  **OTHER.**   17
    **Purchase Price shall be $277,500.00 (two hundred seventy seven thousand and five hundred dollars)**

   18
   19
   20
   21
   22
   23
   24
   25
   26
   27
   28
   29
   30
   31

MARK D. WALDRON          32
Chapter 11 Trustee          33
Giga Watt, Inc., Case No. 18-03197          34
6711 Regents Blvd. W., Suite B          35
Tacoma, WA  98466          36
Phone: 253-565-5800          37
Email: gigawatt@mwaldronlaw.com          38
   39

All other terms and conditions of the Agreement remain unchanged.          40

| *RMH* | 09/08/2020 | | *GLG* | 09/08/2020 | | | 9-8-2020 | | |
| Buyer's Initials | Date | | Buyer's Initials | Date | | Seller's Initials | Date | Seller's Initials | Date |

18-03197-FPC7     Doc 699-1     Filed 09/10/20     Entered 09/10/20 15:38:50     Pg 2 of 2