Exhibit 2

(Loan/Lender Change Addendum to Purchase and Sale Agreement)

Authentisign ID: 521D25E4-0161-46C8-9540-5177E5DAF296

Form 22AC  
Loan/Lender Change Addendum  
Rev. 7/15  
Page 1 of 1

**LOAN/LENDER CHANGE ADDENDUM TO PURCHASE AND SALE AGREEMENT**

©Copyright 2015  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

The following is part of the Purchase and Sale Agreement dated __August 10, 2020__ 1

between __Renee Michelle Hawkes__ (Buyer) __Gregory Lawrence Griffith__ (Buyer) ("Buyer") 2

and __Mark Waldron Chapter 11__ (Seller) __Trustee for GIGA Watt, Inc__ (Seller) ("Seller") 3

concerning __23684 Nw Cliffe Pointe Road 8-B  8B__ (Address) __Quincy__ (City) __WA 98848__ (State Zip) (the "Property"). 4

The Financing Addendum (Form 22A) requires Buyer to secure Seller's consent to change either the type of loan at 5
any time or the lender after the agreed upon time to apply for financing expires. If Buyer fails to do so, Buyer waives 6
the Financing Contingency. 7

☐ **SELLER'S CONSENT TO CHANGE TYPE OF LOAN.** 8

Seller consents to Buyer changing the type of loan from _____ (the type of loan 9
agreed upon in Form 22A) to _____. Buyer shall make application for 10
this new loan within _____ days (3 days if not filled in) after receiving Seller's consent. If Buyer does not timely 11
apply, Buyer waives the Financing Contingency, including Paragraph 7 (Appraisal Less Than Sales Price). 12

☑ **SELLER'S CONSENT TO CHANGE LENDER.** 13

Seller consents to Buyer changing the lender from __Guild Mortgage__ (the lender to whom 14
Buyer originally applied during the time period for making the application) to __Fairway /Andy Fernando__. 15
Buyer shall make application with this new lender within __3__ days (3 days if not filled in) after receiving 16
Seller's consent. If Buyer does not timely apply, Buyer waives the Financing Contingency, including Paragraph 7 17
(Appraisal Less Than Sales Price). 18

MARK D. WALDRON  
Chapter 11 Trustee  
Giga Watt, Inc., Case No. 18-03197  
6711 Regents Blvd. W., Suite B  
Tacoma, WA 98466  
Phone: 253-565-5800  
Email: gigawatt@mwaldronlaw.com

| Buyer's Initials | Date | Buyer's Initials | Date | Seller's Initials | Date | Seller's Initials | Date |
|---|---|---|---|---|---|---|---|
| RMH | 09/08/2020 | GLG | 09/08/2020 | [signature] | 9-8-2020 | | |

18-03197-FPC7    Doc 699-2    Filed 09/10/20    Entered 09/10/20 15:38:50    Pg 2 of 2