Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **SUBMISSION OF EXHIBIT A TO MOTION FOR ORDER ENLARGING TIME TO OPPOSE CONDOMINIUM SALE MOTION AND APPROVING SUPPLEMENTAL NOTICE; AND NOTICE OF AMENDMENT AND SUPPLEMENT TO CONDOMINIUM SALE MOTION** |
| | **<u>Telephonic Hearing</u>**<br>Date: September 22, 2020<br>Time: 10:30 a.m. PT<br>Telephone: (509) 353-3183 |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the

"**Trustee**") hereby submits Exhibit A to the *Trustee's Motion for Order Enlarging*

Submission of Exhibit A to Ch. 11 Trustee's
Motion for Order Enlarging Time, etc.
and of Amendment and Supp. to
Condominium Sale - Page 1

*Time to Oppose Motion for Approval of Condominium Sale* ("Rule 9006 Motion").

Dated: September 10, 2020                POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 11 Trustee*
4829-4545-3770, v. 1

Submission of Exhibit A to Ch. 11 Trustee's Motion for Order Enlarging Time, etc. and of Amendment and Supp. to Condominium Sale - Page 2