Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | **NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER ENLARGING TIME TO OPPOSE CONDOMINIUM SALE MOTION AND APPROVING SUPPLEMENTAL NOTICE; AND NOTICE OF AMENDMENT AND SUPPLEMENT TO CONDOMINIUM SALE MOTION** |
| | **Telephonic Hearing**<br>Date: September 22, 2020<br>Time: 10:30 a.m. PT<br>Telephone: (509) 353-3183 |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "**Trustee**") has filed the *Trustee's Motion for Order Enlarging Time to Oppose Motion for Approval of Condominium Sale* ("Rule 9006 Motion") and has also filed the *Amendment and Supplement to Chapter 11 Trustee's Motion for Approval of Condominium Sale* (the "Addenda"). The Rule 9006 Motion, its

Notice of Ch. 11 Trustee's Motion for
Order Enlarging Time, etc. and of Amendment
and Supp. to Condominium Sale - Page 1

supporting papers, and the Addenda may be obtained from the Court's website. Pursuant to the Rule 9006 Motion, the Trustee is requesting that the deadline to respond to the *Chapter 11 Trustee's Motion for Order Approving: (i) Sale of Condominium and (ii) Granting Authority to Pay Commission and Closing Costs* ("Sale Motion"), filed on August 20, 2020 [Doc 678] be extended from Monday, September 14, 2020 to Friday, September 20, 2020. The Court may enter an order granting the Sale Motion without further notice unless a written objection is timely served and filed. Any objection to the Rule 9006 Motion may be made at the Telephonic Hearing listed in the caption of this Notice.

      The terms of the sale proposed in the Sale Motion have changed in two ways: the price has been reduced from $315,000 to $277,500 and the closing date has been extended from September 30, 2020 to October 30, 2020. The price was reduced because of litigation pending between the Condo developer and the Homeowners' Association as well as certain problems with construction. The Buyers have applied for financing with a different lender. The extension of the time to object to the Sale Motion intends to allow parties in interest additional time given the new information. If no objection is received, the Court may enter an Order granting the Rule 9006 Motion and the Sale Motion without further notice. The bidding procedures will not change other than that the starting price has been reduced to $277,500.

Dated: September 10, 2020        POTOMAC LAW GROUP PLLC

                              By:    */s/ Pamela M. Egan*
                                    Pamela M. Egan (WSBA No. 54736)
                                    *Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Ch. 11 Trustee's Motion for
Order Enlarging Time, etc. and of Amendment
and Supp. to Condominium Sale - Page 2

Notice of Ch. 11 Trustee's Motion for
Order Enlarging Time, etc. and of Amendment
and Supp. to Condominium Sale - Page 3