UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | No. 18-03197-11 |
|---|---|
| GIGA WATT, INC., | **STIPULATED ORDER PRESERVING PRIVILEGE PURSUANT TO FRE 502(d)** |
| Debtor. | |

Based on the stipulation of the parties filed on September 11, 2020 (ECF No. 706), and pursuant to Federal Rule of Evidence 502(d), the Court hereby ORDERS as follows:

Any production of documents and/or provision of information by Perkins Coie LLP in this matter to the Chapter 11 Trustee in the above-captioned case (the "Trustee") or his counsel does not and shall not constitute a waiver of the attorney-client privilege or any other privilege or protection that applies or may apply to such documents or information, both as to any documents or information produced to the Trustee and as to any other documents or information subject to a claim of privilege in Perkins Coie LLP's possession, whether in this proceeding or in any other federal or

STIPULATED ORDER PRESERVING PRIVILEGE
PURSUANT TO FRE 502(d) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

state proceeding. Perkins Coie LLP may make any such production to the Trustee pursuant to this Court's "Order Regarding Production of Documents Responsive to Rule 2004 Order and Placing Limits on the Use of Confidential Information in Such Documents." ECF No. 673.

IT IS SO ORDERED.

///END OF ORDER///

Presented by:

| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP |
|---|---|
| By /s/ Bradley S. Keller<br>   Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>206-622-2000<br>Fax: 206-622-2522<br>Email: bkeller@byrneskeller.com<br>       rcromwell@byrneskeller.com<br>*Attorneys for Perkins Coie LLP* | By /s/ Pamela M. Egan<br>   Pamela M Egan, WSBA #54736<br>1905 7th Avenue W.<br>Seattle, Washington 98119<br>415-297-0132<br>Email: pegan@potomaclaw.com<br>*Attorneys for Chapter 11 Trustee Mark D. Waldron* |

STIPULATED ORDER PRESERVING PRIVILEGE
PURSUANT TO FRE 502(d) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 707    Filed 09/11/20    Entered 09/11/20 14:10:01    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

STIPULATED ORDER PRESERVING PRIVILEGE PURSUANT TO FRE 502(d) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 707    Filed 09/11/20    Entered 09/11/20 14:10:01    Pg 3 of 3