JASON E. WAX, WSBA #41944
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Attorneys for the Unsecured Creditors
Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | 18-03197-FPC11 |
| GIGA WATT, INC. | SWORN DISCLOSURE OF ADDITIONAL ATTORNEY JASON E. WAX |
| Debtor. | |

    Whereas Salish Sea Legal PLLC was formally employed in this case as counsel to the Unsecured Creditors Committee no later than December 17, 2019. ECF No. 439.

    And whereas the application for employment specifically provides that employment of a law firm constitutes employment of the individual persons working at that law firm. ECF No. 403. *See also* Eastern District Model Form re Professional Employment.

UCC EMPLOYMENT DISCLOSURE - 1

And whereas since July 2020, I have worked as an attorney at Salish Sea Legal PLLC.

I hereby disclose that I may spend time working on this matter, and that I understand the issues and parties involved in the pending Chapter 11 case. I have conducted a review of my prior work and client affiliations, and I am disinterested for the purposes of FRCP 2014 and have no connections to the case to disclose.

My time spent on this case will be submitted with fee applications by Salish Sea Legal PLLC.

To date, I have spent approximately 10 hours of time working on this case.

My hourly rate is the same as Mr. Ellison's in this case.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 12th day of August, 2020, at Seattle, Washington.

SALISH SEA LEGAL PLLC

By /s/ Jason E. Wax
    Jason E. Wax, WSBA # 41944
    2212 Queen Anne Avenue N., No. 719
    Seattle, WA 98109
    salishsealegal@outlook.com
    Attorneys for the Committee

UCC EMPLOYMENT DISCLOSURE - 2