UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.<br><br>　　　　Debtor. | 18-03197-FPC11<br><br>ORDER GRANTING IN PART AND DENYING IN PART COMMITTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FRBP 2004 AUTHORIZING DISCOVERY EXAM OF CHAPTER 11 TRUSTEE AND ISSUANCE OF SUBPOENA DUCES TECUM PURSUANT TO FRCP 9016 |

This matter came before the Court on the *Committee's Ex Parte Motion for Entry of an Order Pursuant to FRBP 2004 Authorizing Discovery Exam of Chapter 11 Trustee and Issuance of Subpoena Duces Tecum Pursuant to FRCP 9016* (the

ORDER RE
MOTION FOR 2004 EXAM

1

"Motion") filed by the Committee of Unsecured Creditors ("Committee") [Doc 692] on September 1, 2020. The Court has reviewed the Motion and the files and records in this case. The Court stated its findings of fact and conclusions of law at the hearing on the Motion and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure. At the hearing, the Court granted the Motion in part and denied the Motion in part.

ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Chapter 11 Trustee shall appear for a 2004 exam on Thursday, September 17, 2020 at 1:30 p.m. at a place of the Trustee's choosing (or via Zoom as the Parties may agree).

2. The Committee shall pay all costs of the court reporter. It may later apply to the estate for reimbursement of the cost, which the Court will review.

3. Such exam will last no longer than 3 hours and shall cover the status and basis for the bankruptcy estate's potential right to bring certain litigation claims against third parties, including but not limited to law firm Perkins Coie LLP (the "Law Firm").

4. The Committee may issue a subpoena to the Trustee via e-mail seeking documents responsive to the above subject matter, without prejudice to the Trustee's right to object to such subpoena. This Order is without prejudice to any objections by the Trustee at either the Rule 2004 Exam or pursuant to the Subpoena. For

example, the Trustee retains the right to object to the scope of the subpoena and to assert the attorney-client privilege, attorney work product doctrine or any other privilege that in the Trustee's judgment should apply.

5. This Order does not alter any term of the *Order Regarding Production of Documents Responsive to Rule 2004 Order and Placing Limits on the Use of Confidential Information in Such Documents* [Doc 673], dated August 13, 2020.

///END OF ORDER///

Presented by:

**SALISH SEA LEGAL PLLC**

By: /s/ *Benjamin A. Ellison*
    Ben Ellison, WSBA No. 48315
    Jason E. Wax, WSBA No. 41944
    2212 Queen Anne Ave. N., No. 719
    Seattle, WA 98125
    Tel: (206) 257-9547

Presented by:

**POTOMAC LAW GROUP PLLC**

By: *Pamela Egan*
    Pamela Egan, WSBA No. 54736
    1905 7th Ave., W
    Seattle, WA 98119
    Tel.: (415) 297-0132