MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800
Email: mark@mwaldronlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC., a Washington corporation,

Debtor.

Case No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 11 TRUSTEE'S RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO CONVERT**

**COMES NOW** MARK D. WALDRON, in his official capacity as the Chapter 11 Trustee (hereinafter referred to as "Trustee"), and responds to the United States Trustee's Motion to Convert (Docket No. 659) as follows:

As the Court recalls, when I was initially appointed, this failed endeavor had four facilities, none of which were operating, and less than $1,000.00 in its bank account. Two of the facilities have never been operated by the Trustee, one (at Pangborn) has never had power and the other was inadequate as a crypto-mining facility (at Rock Island). The other two facilities, TNT in East Wenatchee and Randolph Road in Moses Lake, were re-

Page 1

Chapter 11 Trustee's Response to United States Trustee's Motion to Convert

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 713    Filed 09/14/20    Entered 09/14/20 16:12:20    Pg 1 of 3

started and ran until TNT was sold and changes in power rates and crypto-mining rewards rendered Moses Lake economically infeasible as a mining facility.

There are more than $100 million in claims filed in this case, as well as both asserted and unasserted administrative claims, the majority of which have not been resolved. In my estimation, these administrative claims, if even partially allowed, produce administrative insolvency in this case.

As indicated in the motion of the United States Trustee (hereinafter referred to as "UST"), all operations have ceased and I am in the process of selling the remaining assets. A sale of the condominium is pending Court approval, with the hearing scheduled for September 22, 2020 (Docket No. 678). A sale of the remaining equipment located at the Moses Lake Facility has also been negotiated, memorialized in a written agreement, and I am preparing to seek Court approval for that sale.

In addition, I have negotiated a settlement of a disputed administrative claim with Allrise IP Holding, Inc. related to a purchase and sale agreement and sublease (Docket No. 685), and a hearing on that matter is scheduled for September 29, 2020. I have also negotiated a settlement with the Moses Lake landlord and EcoDiversified Holdings, Inc. related to lease and sublease agreements at the Moses Lake facility, which settlement and motion to approve is being finalized at this time.

With regard to the potential litigation claims, Beveridge and Diamond P.C., the Court-approved special counsel, is continuing its investigation and formal discovery regarding the Interconnection and Services Agreement between Douglas County PUD and Giga Watt. However, it is premature to know if this claim will bring benefit to this bankruptcy estate.

Page 2

Chapter 11 Trustee's Response to United
States Trustee's Motion to Convert

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 713    Filed 09/14/20    Entered 09/14/20 16:12:20    Pg 2 of 3

In addition, I have continued the investigation and discovery related to the Initial Coin Offering (ICO) and the release of funds from escrow. It should be noted that if such viable claims exist, the watt token claimants likely hold independent causes of action, separate and apart from the bankruptcy estate. The bankruptcy estate's claims, if any exist, are likely limited in scope and amount.

As Trustee, I have been diligently working to streamline this case, particularly in light of its likely administrative insolvency and now conversion to Chapter 7. While it is possible to debate the insolvency, as we view the case at this moment in time, it appears conversion to a Chapter 7 proceeding would reduce administrative costs and streamline the balance of the proceedings. Therefore, as Chapter 11 Trustee, I support the UST's motion to convert this matter.

**DATED** this 14th day of September, 2020.

    /s/ MARK D. WALDRON
MARK D. WALDRON, WSBA#9578
Chapter 11 Trustee

Page 3

Chapter 11 Trustee's Response to United States Trustee's Motion to Convert

**LAW OFFICES OF MARK D. WALDRON, PLLC**
**A Professional Limited Liability Company**
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 713    Filed 09/14/20    Entered 09/14/20 16:12:20    Pg 3 of 3