# Notice Recipients

District/Off: 0980−2  User: notice  Date Created: 9/14/2020
Case: 18−03197−FPC11  Form ID: pdf002  Total: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | benaellison@gmail.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |
| aty | Ralph E Cromwell, Jr | rcromwell@byrneskeller.com |

TOTAL: 6