MARK D. WALDRON  
Chapter 11 Trustee  
6711 Regents Blvd. W., Suite B  
Tacoma, WA 98466  
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit  
**Chapter 11**

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

        Debtor.

Case No. 18-03197-FPC11

**CHAPTER 11 TRUSTEE'S MONTHLY FINANCIAL REPORT FOR AUGUST 2020**

    **COMES NOW** Mark D. Waldron, the Court-appointed and acting Chapter 11 Trustee in the above proceeding, and files this Monthly Financial Report for the month of August 2020. Attached to this report are the Ledger Report (Exhibit 1), Operating Statement (Exhibit 2), and bank statement for August 2020 (Exhibit 3), incorporated herein by reference.

    1.    <u>Condominium at Northwest Cliffe Point Road, Quincy, Washington</u>. The condominium remained actively listed for sale at $365,000.00 during the month of August 2020. This condominium is free and clear and has no obligations related thereto, except for the Condominium Owners Association dues and/or assessments and minimal monthly utility bills. The Trustee has procured insurance on the condominium as well.

    The Trustee negotiated and accepted a sale offer of $315,000.00 for the condominium and filed a motion for Court approval (Docket No. 678), noting the hearing for September 22, 2020 (Docket No. 681). Unfortunately, while this sale was pending,



Law Offices of Mark D. Waldron  
6711 Regents Blvd. W., #B  
Tacoma, WA 98466  
Telephone: 253.565.5800  
email: mark@mwaldronlaw.com

Chapter 11 Trustee's Monthly Financial Report -1-

litigation was commenced by the Homeowners Association concerning various issues with the project and/or units. This caused the buyer's lender to decline financing and buyer sent a Rescission Agreement to the Trustee. However, Trustee and the buyer were able to re-negotiate the sale at a lower price with a new lender. As of the date of this Report, the sale price has been reduced to $277,500.00 and the matter is set for hearing on September 22, 2020. (See Docket Nos. 699-703 for additional details.)

2. <u>Douglas County PUD</u>. Beveridge and Diamond P.C., the Court-approved special counsel, is continuing its investigation and formal discovery regarding the Interconnection and Services Agreement between Douglas County PUD and Giga Watt.

3. <u>Initial Coin Offering (ICO)</u>. The Trustee continues to investigate matters related to the ICO. (See Interim Report, Docket No. 631, which further describes information related to the ICO.)

4. <u>Taxes / Tax Reporting</u>. As a result of the Giga Watt facilities being shut down and no revenue being generated from operating business, no further B&O taxes are due. The Debtor is not delinquent on any <u>post-petition</u> tax obligations.

5. <u>Disbursements / US Trustee Fees</u>. For purposes of calculating the Debtor's obligations under 28 USC 1930(a)(6) to pay a quarterly fee to the United States Trustee, **TOTAL DISBURSEMENTS** for the month of August 2020 were **$2,562.30**. The Trustee continues to file Monthly Financial Reports and pay the quarterly U.S. Trustee fees pursuant to the current rate schedule. All U.S. Trustee fee payments and all Monthly Financial Reports are current.

I certify under penalty of perjury that the information contained in this Monthly Financial Report is complete, true, and accurate to the best of my knowledge, information and belief.

**DATED** this 14th day of September, 2020.

MARK D. WALDRON, WSBA# 9578
Chapter 11 Trustee for the Estate of
Giga Watt Inc.

Chapter 11 Trustee's Monthly Financial Report -2-

Law Offices of Mark D. Waldron
6711 Regents Blvd. W., #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 716    Filed 09/15/20    Entered 09/15/20 11:19:30    Pg 2 of 5

EXHIBIT 1

Ledger Report
Page: 1

Case Number: 18-03197-FPC11 FPC
Case Name: GIGA WATT INC.

Taxpayer ID #: 81-4797010
Period: 08/01/20 - 08/31/20

Trustee: Mr. Mark D. Waldron (670070)
Bank Name: Metropolitan Commercial Bank
Account: *********25 - Checking Account
Blanket Bond: $0.00 (per case limit)
Separate Bond: N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/20 | 461 | Cave B Ridge Condo Association | HOA dues, Cave B Ridge, Unit 8B | 6004-000 | | 195.00 | 392,021.42 |
| 08/20/20 | 462 | Stretto | Invoice #3813 | 6007-000 | | 2,367.30 | 389,654.12 |

ACCOUNT TOTALS            4,983,726.67        2,562.30        $389,654.12

TOTAL - ACCOUNT *********25

|   |                    |            |   |                 |           |
|---|--------------------|-----------:|---|-----------------|----------:|
|   | Balance Forward    | 392,216.42 | 2 | Checks          | 2,562.30  |
| 0 | Deposits           | 0.00       | 0 | Adjustments Out | 0.00      |
| 0 | Interest Postings  | 0.00       | 0 | Transfers Out   | 0.00      |
|   | Subtotal           | $392,216.42|   | Total           | $2,562.30 |
| 0 | Adjustments In     | 0.00       |   |                 |           |
| 0 | Transfers In       | 0.00       |   |                 |           |
|   | Total              | $392,216.42|   |                 |           |

{} Asset reference(s)


EXHIBIT 2

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 08/01/20 - 08/31/20

**Expenses**

| | | |
|---|---|---|
| 6004-000 | Costs to Secure/Maintain Property | $195.00 |
| 6007-000 | Professional Fees & Expenses | $2,367.30 |
| **Total Expenses** | | **$2,562.30** |
| **Net Income** | | **$-2,562.30** |





Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**EXHIBIT 3**

Member FDIC

Period Covered:
August 01, 2020 - August 31, 2020
Page 1 of 4

Mr. Mark D. Waldron
6711 Regents Blvd West
Tacoma WA 98466

Case Number: 18-03197-FPC11
Case Name: GIGA WATT INC DEBTOR
Trustee Number: 670070
Trustee Name: Mr. Mark D. Waldron TRUSTEE

☏ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9625 | $393,888.07 | $392,021.42 |
| Total | | $393,888.07 | $392,021.42 |

## TRUSTEE CHECKING

Account Number: 9625

Enclosures: 5

| | |
|---|---|
| Beginning Balance | $393,888.07 |
| +Total Additions | $0.00 |
| −Total Subtractions | $1,866.65 |
| Ending Balance | $392,021.42 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 456 | 08-03 | $909.09 |
| 458* | 08-03 | $177.31 |
| 459 | 08-07 | $135.25 |
| 460 | 08-10 | $450.00 |
| 461 | 08-31 | $195.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-03 | $392,801.67 | 08-07 | $392,666.42 | 08-10 | $392,216.42 |
| 08-31 | $392,021.42 | | | | |