Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>              Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES, AND (III) SHORTENING TIME TO OBJECT**<br><br>**<u>Telephonic Hearing</u>**<br>Date: October 6, 2020<br>Time: 10:30 a.m.<br>Telephone: (509) 353-3183 |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "<u>Trustee</u>"), hereby moves (the "<u>Motion</u>") the Court pursuant to 11 U.S.C. § 105, 11 U.S.C. § 363, Fed.R.Bank.P. 2002(a)(2), Fed.R.Bank.P. 6004(a), (b), (c), (e),

---

Chapter 11 Trustee's Motion for
Order: (i) Approving Sale of
Moses Lake Equipment, etc. – Page 1

(f) and (h), Fed.R.Bank.P 9006(c), Fed.R.Bank.P. 9007, Fed.R.Bank.P. 9014 and L.B.R. 2002-1 for an Order, in the form attached hereto as **Exhibit A**:

    1.    approving the sale ("Sale") of certain equipment (the "ML Equipment") located at the Debtor's facility in Moses Lake, Washington (the "ML Facility"), free and clear of all liens, claims and interests, pursuant to the agreement (the "Sale Agreement"), attached hereto as **Exhibit B**;

    2.    approving the bid procedures (the "Bid Procedures") as described in the supporting memorandum, filed herewith; and

    3.    hearing the Motion on shortened notice with service to occur on September 23, 2020. Objections to the Sale will be due on October 2, 2020. Objections to the request for shortened notice will be due at the hearing on the Motion.

The material terms of the Agreement are as follows:

|  | Description | Agreement |
|---|---|---|
| Buyer | Chain Lodge 1, LLC, a Washington limited liability company | Preamble |
| Purchase Price | $42,000, subject to overbidding | ¶¶ 4, 7 |
| Deposit | Buyer pays refundable deposit of $4,200. Deposit applied to Purchase Price, if approved. If Sale not approved, Trustee to return to deposit to Buyer | ¶ 6 |
| Assets Sold | ML Equipment | ¶ 1 |
| Conditions | Court approval of sale free and clear of all liens, claims and interest | ¶ 5 |

| Description | | Agreement |
|---|---|---|
| Excluded Assets | Five (5) Antminer S9 miners and ninety-five (95) Panda B3 miners being transferred to Allrise IP Holding, Inc., by separate agreement | ¶1(i)-(iv) |
| | Equipment located in Pod 8 of the ML Facility | |
| | The electrical infrastructure, any shelving, and Power Distribution units (PDUs) located at the ML Facility | |
| | The forklift or any property or items not listed on Schedule 1 | |
| Overbidding | Subject to overbidding in increments of $5,000. Buyer may participate in overbidding. | ¶ 10 |
| Break-Up Fee | None | |
| Delivery | Trustee completes delivery by making ML Equipment available to Buyer at their current location | ¶ 9 |
| | Buyer assumes all responsibility, expense and risk of moving ML Equipment | |
| Conditions | Court approval | ¶ 5 |
| Closing Date | Within seven (7) calendar days after entry of order approving the Sale | ¶ 7 |
| Warranties | Property sold "As Is"; Buyer not relying on Trustee's equipment inventory; Buyer relying on own inventory | ¶ 11 |

Notice (the "**Notice**"), in substantially the form attached hereto as **Exhibit C**, will be served upon the Master Mailing List and all parties who have contacted the Trustee regarding equipment purchase.

This Motion is supported by the *Memorandum of Points and Authorities* and the *Declaration of Mark D. Waldron,* filed herewith.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;
2. Approving the Sale free and clear of all liens, claims and interests;
3. Approving the Bid Procedures;
4. Finding that the Agreement is entered into in good faith and waiving the 14-day stay set forth in Fed.R.Bank.P. 6004(h);
5. Granting the request for shortened time;
6. Approving the form and manner of service of the Notice; and
7. Granting such other and further relief as the Court deems necessary and just.

Dated: September 23, 2020     POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Chapter 11 Trustee's Motion for Order: (i) Approving Sale of Moses Lake Equipment, etc. – Page 4