EXHIBIT A

(Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

Chapter 11

**[PROPOSED] ORDER: (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES, AND (III) SHORTENING TIME TO OBJECT**

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, and (iii) Shortening Time to Object* (the "Motion") on October 6, 2020 at 10:30 a.m. (the "Hearing"). Based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing in the filings with the Court, the Court stated its findings of fact and conclusions of

[Proposed] Order: (i) Approving
Sale of Moses Lake Equipment, etc. – Page 1

law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Sale Agreement is approved.

2. The Trustee is authorized to proceed with the Sale on terms that are no less favorable to the estate than the terms of the Sale Agreement.

3. The Bidding Procedures are approved.

4. The form of the Notice and the manner of its service are approved.

5. The Sale is found and is deemed to have been made in good faith.

6. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived.

7. This Order shall be valid and fully effective immediately upon its entry.

/// END OF ORDER ///

**PRESENTED BY:**
Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, as Chapter 11 Trustee*

---

[Proposed] Order: (i) Approving Sale of Moses Lake Equipment, etc. – Page 2