Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP
1905 7th Avenue W
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>           Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**MOTION OF THE CHAPTER 11 TRUSTEE FOR AN ORDER (I) APPROVING ML AND EDH SETTLEMENT AND GRANTING RELATED RELIEF AND (II) SHORTENING TIME THEREON** |

Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "Trustee"), hereby moves (the "Motion") the Court pursuant to 11 U.S.C. §§ 105, 363 and 554, Fed. R Bankr. Proc. 2002, 6004 and 9019 and L.B.R. 2002-1, 6004-1 and 9019-1 for an Order, as proposed in Exhibit A attached hereto, approving that certain *Settlement Agreement and Release* (the "Settlement Agreement") between (i) the Trustee, on behalf of the estate, (ii) Ryan Oster, Giga

Chapter 11 Trustee's Motion for
Order (i) Approving ML and EDH Settle-
ment and Granting Related Relief, etc. - Page 1

18-03197-FPC7   Doc 724   Filed 09/23/20   Entered 09/23/20 13:42:38   Pg 1 of 3

Plex LLC, MLDC 1 LLC, Q5 Plex, LLC, and East Wheeler Development LLC (collectively and individually, the "ML Landlords") and (iii) EcoDiversified Holdings, Inc. ("Diversified"). A copy of the Settlement Agreement is attached hereto as Exhibit B. The Motion is supported by the *Memorandum of Points and Authorities in Support of Motion of the Chapter 11 Trustee for an Order (i) Approving ML and EDH Settlement and Granting Related Relief and (ii) Shortening Time Thereon* (the "Memorandum") and the *Declaration of Mark D. Waldron in Support of Motion of the Chapter 11 Trustee for an Order (i) Approving ML and EDH Settlement and Granting Related Relief and (ii) Shortening Time Thereon*, filed herewith. The Settlement is described in the Memorandum.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;

2. Approving the Settlement Agreement and authorizing the Trustee to perform pursuant to the Settlement Agreement;

3. Waiving the stay set forth in Bankruptcy Rule 6004(h) to the extent it is applicable and providing for the Order to be effective immediately upon entry; and

*[This Motion continues on the next page.]*

4. Granting such other and further relief as the Court deems necessary and just.

Dated: September 23, 2020      POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
        Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Chapter 11 Trustee's Motion for Order (i) Approving ML and EDH Settlement and Granting Related Relief, etc. - Page 3