Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Avenue W.
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (I) APPROVING ML AND EDH SETTLEMENT AND GRANTING RELATED RELIEF AND (II) SHORTENING TIME THEREON**<br><br><u>**Telephonic Hearing**</u><br>Date:     October 6, 2020<br>Time:     10:30 a.m. PT<br>Telephone: (509) 353-3183 |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 11 Trustee (the "<u>Trustee</u>") in the above-captioned case, has filed a motion (the "<u>Motion</u>") to approve a settlement (the "<u>Settlement</u>

Notice of Ch. 11 Trustee's
Motion for Order (i) Approving
ML and EDH Settlement, etc. – Page 1

Agreement" or "Settlement") with Ryan Oster, Giga Plex LLC, MLDC 1 LLC, Q5 Plex, LLC, and East Wheeler Development LLC (collectively and individually, the "ML Landlords") and (iii) EcoDiversified Holdings, Inc. ("Diversified"). The Settlement relates to the Debtor's facility in Moses Lake, Washington (the "ML Facility") provides for the payment by the estate to the ML Landlords of the sum of $169,128.43 in exchange for a full release of all claims, including the release of an administrative claim that is not less than $1,156,764.03, consisting of administrative rent and charges for the post-petition use of electricity, and the release of a pre-petition claim asserted by the ML Landlords in the amount of $255,265.47. The Trustee, the ML Landlords and Diversified will each mutually release the other of all claims arising from the agreements between them, including those entered into during the bankruptcy case.

The Settlement will reduce the estate's liability by approximately $1 million. The Order approving the Settlement becomes effective immediately upon entry on the Court's docket. The Motion and the supporting memorandum and declaration are located on the Court's docket and may be obtained from the Court clerk. **A hearing will be held on the Motion on October 6, 2020 at 10:30 a.m. PT by telephone, 503-353-318. Any objection to the Settlement must be served on undersigned counsel and filed with the Court by October 2, 2020.** The

Notice of Ch. 11 Trustee's
Motion for Order (i) Approving
ML and EDH Settlement, etc. – Page 2

Settlement may be approved without further notice unless a written objection is timely served on undersigned counsel and timely filed with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee has asked to shorten the time for objecting to and hearing the Motion pursuant to 11 U.S.C. § 105, Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Bankruptcy Rules of the above-captioned Court upon thirteen (13) days' notice and without three days added for mailing. **Any objection to the request to shorten time may be made at the Hearing.** Shortened time is necessary because the ML Landlords wish to recover the premises as soon as possible so that they may mitigate damages and re-let the premises.

Dated: September 23, 2020    POTOMAC LAW GROUP PLLC

By:   */s/ Pamela M. Egan*
      Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 11 Trustee*

Notice of Ch. 11 Trustee's
Motion for Order (i) Approving
ML and EDH Settlement, etc. – Page 3