# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>             Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>**ORDER: (I) APPROVING SALE OF CONDOMINIUM FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, (II) APPROVING OVERBIDDING PROCEDURES, (III) AUTHORIZING PAYMENT OF COMMISSION AND CLOSING COSTS; AND (IV) GRANTING RELATED RELIEF** |

This matter came to be heard on September 22, 2020 at 10:30 a.m. (the "**Hearing**") to consider the *Chapter 11 Trustee's Motion for Order Approving: (i) Approving Sale of Condominium Free and Clear of all Liens, Claims and Interests, (ii) Approving Overbidding Procedures, (iii) Authorizing Payment of Commission and Closing Costs; and (iv) Granting Related Relief,* filed on August 20, 2020 [Doc 678] and *the Amendment and Supplement to Chapter 11 Trustee's*

Order (i) Approving
Sale of Condominium, etc. - Page 1

*Motion for Order Approving (i) Sale of Condominium and (ii) Granting Authority to Pay Commission and Closing Costs,* filed on September 10, 2020 [Doc 699] (collectively, the "Motion")[1] and the *Trustee's Motion for Order Enlarging Time to Oppose Motion for Approval of Condominium Sale* filed on September 10, 2020 [Doc 700]. At the Hearing, and based upon the Motion, the record before the Court, the testimony and arguments made and heard at the Hearing and the filings with the Court, the Court stated its findings of fact and conclusions of law at the Hearing and those findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Agreement is approved.

2. The Trustee is authorized to sell the Condo free and clear of all liens, claims and encumbrances pursuant to sections 363(f)(4) and (5) of title 11 of the United States Code, pursuant to the terms of the Agreement and as such terms, or the buyer, may be amended or changed, so long as the price of the Condo is not less than $277,500 and the terms and conditions of the sale of the Condo are as favorable or more favorable to the estate as the terms set forth in the Agreement.

3. The Bidding Procedures are approved.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

4. The Trustee is authorized to pay the Commission and Closing Costs pursuant to the Agreement.

5. The form of the Notice and the manner of its service is approved.

6. The Sale is found and is deemed to have been made in good faith.

7. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived.

8. This Order shall be valid and fully effective immediately upon its entry.

/// **END OF ORDER** ///

**PRESENTED BY:**

Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee*
4816-3052-5132, v. 2

Order (i) Approving
Sale of Condominium, etc. - Page 3