# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 11 |
|---|---|
| GIGA WATT, Inc., a Washington corporation,<br><br>                Debtor. | The Honorable Frederick P. Corbit<br><br>**ORDER GRANTING MOTION OF THE CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT WITH ALLRISE AND GRANTING RELATED RELIEF** |

This matter came before the Court on the *Motion of the Chapter 11 Trustee for an Order Approving Settlement with Allrise and Granting Related Relief* (the "Motion") filed on August 25, 2020 (Doc 685). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion. The Court has considered the Motion and the declaration and memorandum filed in support of the Motion. No objections have been filed. Notice was sufficient.

Order Granting Chapter 11
Trustee's Motion for Order
Approving Allrise Settlement - Page 1

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND IT IS FURTHER ORDERED THAT

1. The Settlement Agreement and the Settlement contained therein are approved;

2. The Trustee is authorized to enter into the Settlement Agreement and to perform pursuant to its terms, including to abandon Pod 1 and to transfer to Allrise five (5) S9 miners and ninety-five (95) Panda Plus B3 miners;

3. This Order shall be effective immediately upon entry onto the Court's docket.

///END OF ORDER///

**PRESENTED BY:**
Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee*

4839-9182-3305, v. 1

1

CHAPTER 11 TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND TO APPROVE ABANDONMENT OF POD