# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In Re:

GIGA WATT, INC.,

Debtor.

NO. 18-03197-FPC

ORDER ON MOTION TO WITHDRAW

**THIS MATTER** having come before the Court upon the Motion to Withdraw of Samuel J. Dart and the law firm of Eisenhower Carlson PLLC as Counsel of Record for the non-profit Creditors' Committee of WTT Token Holders and Miners (the "**Motion**"), and the Court having found sufficient notice of the Motion has been given, and the Court having considered the Motion and the other records and pleadings on file herein, and having found that good cause exists to grant the Motion, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED** in its entirety, and that Samuel J. Dart and the law firm Eisenhower Carlson PLLC are hereby withdrawn as counsel of record for the non-profit Creditors' Committee of WTT Token Holders and Miners in this proceeding.

/// End of Order ///

ORDER ON MOTION TO WITHDRAW AS COUNSEL - 1
**19994-1/SJD/950389**



Presented by:

EISENHOWER CARLSON PLLC


By: */s/ Samuel J. Dart*
Samuel J. Dart, WSBA #47871
Attorney for Owners

ORDER ON MOTION TO WITHDRAW AS COUNSEL - 2
**19994-1/SJD/950389**

