MARK D. WALDRON
Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800
Email: mark@mwaldronlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC., a Washington corporation,

        Debtor.

Case No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**DECLARATION OF MARK D. WALDRON, CHAPTER 11 TRUSTEE, IN REPLY TO COMMITTEE'S SUPPLEMENTAL RESPONSE CONCERNING UST'S MOTION TO CONVERT**

I, MARK D. WALDRON, declare as follows:

I submit this Declaration in my official capacity as the duly-appointed Chapter 11 Trustee in the above-captioned bankruptcy proceeding and in reply to the Committee's Supplemental Response Concerning UST's Motion to Convert (Docket No. 731).

While the Committee wants to lay blame, after having spent the better part of two years working on this failed business, it is likely that, based upon the circumstances of the very business model upon which Giga Watt existed, this case was destined for a

Declaration of Mark D. Waldron Page 1

LAW OFFICES OF MARK D. WALDRON, PLLC
A Professional Limited Liability Company
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 739    Filed 09/25/20    Entered 09/25/20 14:18:12    Pg 1 of 5

Chapter 7 bankruptcy at some point, and now appears to be that point. The Committee appears to concede that conversion should occur.

As to the allegations that I have been uncooperative, that is simply not true. The Court authorized a Rule 2004 exam at a particular date and time and further authorized Mr. Ellison to provide a subpoena. The exam was to take place at 1:30 p.m. on September 17, 2020. I appeared at the exam and truthfully answered questions as I was able to do, only objecting to questions which strayed into privileged information or would violate this Court's prior protective order (Docket No. 673). Participating in the exam were several of the firms the Committee has selected to consider these claims, as well as attorney Ralph Cromwell, who represents the Perkins Coie law firm. Mr. Ellison did not issue or serve a subpoena prior to the examination on September 17, 2020.

At 3:10 p.m. on Tuesday, September 22, 2020, Mr. Ellison emailed a Subpoena to Produce Documents to Pamela Egan, the court-appointed counsel for the Chapter 11 Trustee. A copy of that Subpoena is attached hereto and incorporated herein by reference as Exhibit 1. Mr. Ellison requested all documents within 72 hours and also requested that I ignore both privilege and the protective order.

The Court should also be aware that I had previously directed Ms. Egan to supply to Mr. Ellison all documents which could be shared relative to our investigation which were not subject to privilege or protective order. This was done several weeks in advance of his filing the motion for 2004 examination.

Declaration of Mark D. Waldron Page 2

LAW OFFICES OF MARK D. WALDRON, PLLC
A Professional Limited Liability Company
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 739    Filed 09/25/20    Entered 09/25/20 14:18:12    Pg 2 of 5

Mr. Ellison provided me the names of four potential lawyers to which the Committee wanted to shop this claim. I contacted two of them (Scott Henrie at Williams Kastner and Tom Breen at Schroeder Goldmark). Tom Breen never responded to my email. Scott Henrie and I have had multiple and ongoing conversations. Any firm which might be employed will be employed on a contingent fee basis.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Date: Sept 25, 2020

MARK D. WALDRON, WSBA#9578
Chapter 11 Trustee

Declaration of Mark D. Waldron Page 3

LAW OFFICES OF MARK D. WALDRON, PLLC
A Professional Limited Liability Company
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: 253-565-5800
Email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 739    Filed 09/25/20    Entered 09/25/20 14:18:12    Pg 3 of 5

# UNITED STATES BANKRUPTCY COURT

EXHIBIT 1

_____Eastern_____ District of _____Washington_____

In re ___Giga Watt Inc._____
Debtor

Case No. __18-3197_____

*(Complete if issued in an adversary proceeding)*

Chapter _____11_____

_____
Plaintiff

v.

Adv. Proc. No. _____

_____
Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: _____**Chapter 11 Trustee Mark Waldron**_____
*(Name of person to whom the subpoena is directed)*

☐ X*Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following:
A. All documents, including those subject to the Protective Order (ECF No. 673) previously produced to you by Perkins Coie   B. All nonprivileged billing records reflecting you or your counsel's time conducting due diligence in determining the merits of potential Estate claims against Perkins Coie

| PLACE | DATE AND TIME |
|---|---|
| Production via e-mail to salishsealegal@outlook.com | September 25, 2020 at noon |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 22, 2020

CLERK OF COURT

OR   Benjamin A. Ellison

_____       _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__Unsecured Creditors Committee__ , who issues or requests this subpoena, are:
Benjamin Ellison, 2212 Queen Anne Ave N., Seattle, WA 98109, salishsealegal@outlook.com, 206 257 9547

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

      I declare under penalty of perjury that this information is true and correct.

Date: _____

                                                                                    *Server's signature*

                                                                                   *Printed name and title*

                                                                                    *Server's address*

Additional information concerning attempted service, etc.: