BEN ELLISON, WSBA #48315
Email: salishsealegal@outlook.com
SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Telephone: (206) 257-9547
Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC.

Debtor.

18-03197-FPC11

[PROPOSED] ORDER

WHEREAS the Court has considered the motion of the Unsecured Creditors' Committee ("Committee") to compel production of the Perkins Coie confidential materials in the Possession of the Chapter 11 Trustee (the "Motion"), and having heard any responses or oppositions thereto, and any further replies in support of the Motion, the Court now FINDS:

The Committee properly is a party to the Protective Order between the Chapter 11 Trustee and Perkins Coie under the applicable safe harbor provisions, ECF No. 673, and is entitled to receive production of all requested materials within 3 business days, subject to the Committee and any law firms it seeks to share the documents with, signing on to and agreeing to abide by the terms of the Protective Order. This Order is without prejudice to any present or conversion of the Chapter 11 case to Chapter 7.

PROPOSED ORDER

1

///END OF ORDER///