**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>Giga Watt Inc.<br><br>Debtor | Case No. 18-03197-FPC11<br><br>ORDER CONVERTING CASE TO CHAPTER 7 |

The United States Trustee has moved for an order converting it to a case under Chapter 7 pursuant to 11 U.S.C. §1112. *ECF #659*. The Unsecured Creditors Committee initially objected to conversion of the case, *ECF #710*, but subsequently consented to conversion. *ECF #731*. No other parties have responded to the United States Trustee's motion and the time for objection has now expired.

The court has reviewed the notice, motion, and files related to this case.

NOW THEREFORE, it is hereby ordered, adjudged, and decreed that this case be and it hereby is converted to one under Chapter 7 effective on the date of this Order.

///END OF ORDER///

Presented By:

/s/ *James D. Perkins*
James D. Perkins
Attorney for the United States Trustee

Order Converting Case - 1