# Notice Recipients

District/Off: 0980−2  User: notice  Date Created: 9/30/2020
Case: 18−03197−FPC7  Form ID: pdf002  Total: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| tr | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Benjamin A Ellison | benaellison@gmail.com |
| aty | James D Perkins | james.perkins@usdoj.gov |
| aty | Mark Waldron | trustee@mwaldronlaw.com |
| aty | Pamela Marie Egan | pegan@potomaclaw.com |
| aty | Ralph E Cromwell, Jr | rcromwell@byrneskeller.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | GIGA WATT INC | 1250 N Wenatchee Ave., Suite H #147 | Wenatchee, WA 98801 |

TOTAL: 1