GARY W. DYER  Cal. Bar No. 106701
Assistant United States Trustee
United States Dept. Of Justice
Office of the United States Trustee
920 West Riverside, Room 593
Spokane, Washington   99201
Telephone (509) 353-2999
Fax (509) 353-3124

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re } | |
| } | Case No. 18-03197-FPC7 |
| GIGA WATT, INC. } | |
| } | APPOINTMENT OF TRUSTEE |
| } | |
| Debtor(s) } | |

MARK WALDRON is hereby appointed as Trustee in the above case.

The regional blanket bond for chapter 7 case trustee is deemed sufficient.

Dated:   September 30, 2020

GREGORY GARVIN
Acting United States Trustee for Region 18

/s/ GARY W. DYER
Attorney for Acting United States Trustee

Copy to: Trustee
         Debtor's Attorney
         Debtor

18-03197-FPC7    Doc 745    Filed 09/30/20    Entered 09/30/20 10:13:29    Pg 1 of 1