# Notice Recipients

District/Off: 0980–2  User: notice  Date Created: 10/1/2020
Case: 18–03197–FPC7  Form ID: 309D  Total: 434

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr            Paul A Baum
                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            GIGA WATT INC         1250 N Wenatchee Ave., Suite H #147         Wenatchee, WA 98801
ust           US Trustee        US Court House        920 W Riverside Ave, Suite 593         Spokane, WA 99201
cr            MLDC1, LLC        Overcast Law Offices, PS        C/O David A. Kazemba        23 S. Wenatchee Ave. Suite 320        Wenatchee, WA 98801
cr            Giga Plex, LLC        Overcast Law Offices, PS        23 S. Wenatchee Ave. Suite 320        C/O David A. Kazemba        Wenatchee, WA 98801
cr            Port of Douglas County        Port of Douglas County        1 Campbell Parkway        Suite D        East Wenatchee, WA 98802 UNITED STATES
cr            Neppel Electrical & Controls, LLC        Moses Lake, WA 98837
aty           Christopher F. Ries        Ries Law Firm, P.S.        Post Office Box 2119        Moses Lake, WA 98837
cr            NC Machinery Co.        17035 West Valley Highway        Tukwila, WA 98188
tr            Mark Waldron        Mark D. Waldron        6711 Regents Blvd. W., Suite B        Tacoma, WA 98466
aty           Emerald City Statewide LLC        c/o Pepple Cantu Schmidt        1000 Second Ave Suite 2950        Seattle, WA 98104
cr            ECO Diversified Holdings, Inc.        4625 West Nevso Dr, Ste 2        Las Vegas, NV 89103
cr            Douglas County PUD        C/O Kathryn R McKinley        Paine Hamblen LLP        717 W Sprague Ave Ste 1200        Spokane, WA 99201
cr            Washington State Taxing Agencies        Office of the Attorney General        Bankruptcy & Collections Unit        800 Fifth Avenue Suite 2000        Seattle, WA 98104–3188
intp          Nathan Welling        340 S. Lemon Avenue        Unit 5807        Walnut, CA 91789–1201
cr            Clever Capital, LLC        630 VALLEY MALL PKWY        #157        East Wenatchee, WA 98802
cr            507 Capital LLC        P.O. Box #206        N. Stonington, CT 06359
cr            Winland Credit Partners LLC        P.O. Box #206        N. Stonington, CT 06359
cr            Randy Michelson        Michelson Law Group        220 Montgomery Street        Suite 2100        San Francisco, CA 94104 US
aty           DBS Law        155 NE 100th St        Suite 205        Seattle, WA 98125 UNITED STATES
cr            Non–Profit Creditors' Committee of WTT Token Holders and Miners        12128 N Division St        #426        Spokane, WA 99218
cr            Jun Dam        237 Kearny #9096        San Francisco, CA 94108
aty           Adam C. Doupe        Ryan, Swanson & Cleveland, PLLC        1201 Third Avenue, Suite 3400        Seattle, WA 98101–3034
aty           Angie Lee        Office of the Attorney General        800 Fifth Ave        Suite 2000        Seattle, WA 98104
aty           Benjamin A Ellison        Salish Sea Legal        2212 Queen Anne Ave N.        Seattle, WA 98109
aty           Benjamin J McDonnell        Piskel Yahne Kovarik PLLC        522 W Riverside Avenue, Suite 700        Spokane, WA 99201
aty           Christopher F Ries        Ries Law Firm        312 Balsam Suite D        P O Box 2119        Moses Lake, WA 98837
aty           Danial D Pharris        Lasher Holzapfel Sperry & Ebberson PLLC        601 Union Street        Suite 2600        Seattle, WA 98101–4000
aty           David A Kazemba        Overcast Law Offices–NCW, PLLC        23 S. Wenatchee Ave. Ste. 320        98801        Wenatchee, WA 98801
aty           David R Law        Davis, Arneil Law Firm, LLP        617 Washington Street        Wenatchee, WA 98801
aty           Dominique R Scalia        DBS Law        155 NE 100th St        Ste 205        Seattle, WA 98125
aty           Douglas A. Hofmann        Williams, Kastner & Gibbs PLLC        601 Union Street        Suite 4100        Seattle, WA 98101
aty           Gary W Dyer        U S Trustee's Office        920 W Riverside Ave        Suite 593        Spokane, WA 99201
aty           Gretchen J. Hoog        Pepple Cantu Schmidt PLLC        1000 Second Avenue        Suite 2950        Seattle, WA 98104
aty           James D Perkins        U S Dept of Justice/U S Trustee Office        920 W Riverside #593        Spokane, WA 99201
aty           Jason T Piskel        Piskel Yahne Kovarik, PLLC        522 W Riverside Ave        Ste 700        Spokane, WA 99201
aty           John Knox        Williams Kastner        601 Union Street        Suite 4100        Seattle, WA 98101
aty           Joseph A.G. Sakay        Ryan, Swanson & Cleveland, PLLC        1201 Third Avenue        Suite 3400        Seattle, WA 98101
aty           Kathryn R McKinley        PAINE HAMBLEN LLP        717 W. Sprague Avenue        Suite 1200        Spokane, WA 99202
aty           Mark Waldron        Mark D. Waldron        6711 Regents Blvd. W., Suite B        Tacoma, WA 98466
aty           Quentin D Batjer        Davis, Arneil Law Firm, LLP        617 Washington St        Wenatchee, WA 98801
aty           Ralph E Cromwell, Jr        Byrnes Keller Cromwell LLP        1000 Second Avenue, 38th Floor        Seattle, WA 98104
aty           Roberto H Castro        UpRight Law LLC        PO Box 747        Chelan, WA 98816
aty           Scott Weaver        Carney Badley Spellman, PLLC        701 Fifth Avenue        Suite 3600        Seattle, WA 98104

| | | | | | |
|---|---|---|---|---|---|
| aty | Scott B Henrie | Williams Kastner & Gibbs PLLC | 601 Union St | Suite 4100 | Seattle, WA 98101 |
| aty | Shauna S Brennan | Brennan Legal Counsel Group, PLLC | 14900 Interurban Ave S. | Ste 271 | Tukwia, WA 98168 |
| aty | Tara J. Schleicher | Foster Garvey P.C. | 121 SW Morrison | 11th Floor | Portland, OR 97204 |
| aty | Vanessa Pierce | Bowman Pierce, LLC | 123 Springhill Drive | East Wenatchee, WA 98802 | |
| aty | William L Hames | Hames Anderson & Whitlows PS | PO Box 5498 | Kennewick, WA 99336–0498 | |
| smg | State of Washington | Department of Revenue | 2101 4th Ave, Ste 1400 | Seattle, WA 98121–2300 | |
| 4076122 | 507 Capital LLC | P.O. Box #206 | N. Stonington, CT 06359 | | |
| 4036070 | ANATOLY CHECHERIN | BEGOVAYA, 3, BUILDING 1, 36 FLOOR | MOSCOW, RUSSIA, ZIP 125284 | | |
| 4049050 | Aaron Krivitzky | 1810 Linson Ct SE | GRAND RAPIDS, MI 49546 | | |
| 4039925 | Adam Schainblatt | 8809 Walking Stick Trail | Raleigh, NC 27615 | | |
| 4050574 | Ahmed Shah | 12209 Youngdale Ave. | Los Angeles, CA 91342 | | |
| 4046823 | Alan Norman | 341 S. Maple Ave. | Webster Groves | United States | Webster Groves, MO 63119 |
| 4036238 | Alan Walnoha | 350 Gran Via | Apt 2067 | Irving, TX 75039 | |
| 4050819 | Alberto Jose Faria Camacho | Av. Garcilazo, Centro Polo 1, Torre A, piso 7, | apto 75. Colinas de Bello Monte. Caracas | Venezuela | |
| 4047488 | Aleksey Danishevsky | 450 Cloverly Lane | Horsham, PA 19044–1831 | | |
| 4039418 | Alex Filippov | 12 Sherborne Cir | United States | Ashland, MA 01721 | |
| 4049905 | Alex Kutas | 6761 Corral Circle | Huntington Beach, CA 92648 | | |
| 4041810 | Alex McVicker | 1489 Windsor River Road | Windsor, CA 95492–8987 | | |
| 4043571 | Aliaksei Volnov | 18–34 Lesi Ukrainki str. | Minsk | Belarus | 18–34 Lesi Ukrainki str., Minsk, Belarus 220020 |
| 4050820 | Allrise Financial Group | Joseph AG Sakay | 999 Third Avenue Suite 4600 | Seattle, WA 98104 | |
| 4019761 | Amphenol Custom Cable | 3221 Cherry Palm Dr. | Tampa, FL 33619 | | |
| 4032866 | Andrea Sharp | 268 Bush Street #2520 | San Francisco, CA 94104 | | |
| 4035123 | Andrew Blyler | 603 W Washington St | Ann Arbor, MI 48103 | | |
| 4039811 | Andrew James | 46 Brock st S | Canada | Canada | |
| 4037462 | Andrew Mark Campbell–Boross | Florida 7 | Aguadulce | Spain | 04720 |
| 4052906 | Andrew Molitor | 760 S BARRINGTON AVE, APT 6 | LOS ANGELES | United States | LOS ANGELES, CA 90049 |
| 4047153 | Andrew Stock | 1870 East Nixon Avenue | Placentia, CA 92870 | | |
| 4050872 | Andrew Thanh Quoc Le | 10702 Henderson Ave | Garden Grove, CA 92843 | | |
| 4019762 | Andrey Kuzenny | 10000 Santa Monica Blvd., Unit 3302 | Santa Monica, CA 90067 | | |
| 4036261 | Andrey Kuzenny | 1687 Stone Canyon Rd. | Los Angeles, CA 90077 | | |
| 4036083 | Anthony Martinez | 4109 Mason Street | San Diego, CA 92110 | | |
| 4043180 | Anton Shamanaev | Vvedenskogo st 24k2 | 162 apt | Moscow, Russian Federation, 117279 | |
| 4033555 | Antony Gisholt | 72 John Trundle Court | Barbican London EC2Y 8NE | United Kingdom | |
| 4049049 | Arthur N Marodis | 106 Southernwood Dr | Ladson, SC 29456–3940 | | |
| 4035865 | Bashar (Ben) Assad | 11714 Oak Knoll Dr | Austin TX 78759 | | |
| 4019763 | Belyea Company | 2200 Northwood Ave. | Easton, PA 18045 | | |
| 4050708 | Benjamin E. Kelly | Law Office of Benjamin E. Kelly | 9218 Roosevelt Way NE | Seattle, WA 98115 | |
| 4041781 | Benjamin Russell | 971 Providence Pike | United States | Danielson, CT 06239 | |
| 4019764 | Bertha Goehner | 215 Eller St. SE | East Wenatchee, WA 98802 | | |
| 4036092 | Bill Schmidt | 105 Julie Ann Ct. | Cashmere, WA 98815 | | |
| 4036115 | Blockchain Systems LLC | 124 W 60 St. Unit 29A | New York, NY 10023 | | |
| 4034317 | Brandon Gordon | 601 Seven Oaks Ct | Brooksville, FL 34601 | | |
| 4036090 | Brandon Robinson | 1997 Tall Tree Dr | Atlanta, GA 30324 | | |
| 4019765 | Brent Woodward, Inc. | 14103 Stewart Rd. | Sumner, WA 98390 | | |
| 4039496 | Brian J Donn | 4254 SW 92nd Ave | Davie, FL 33328 | | |
| 4049705 | Brian M Packard | 7191 96th St Ne | Monticello | United States | Monticello, MN 55362 |
| 4040306 | Bryan MacCallum | PO BOX 1704 | Rivonia | 2128 | South Africa |
| 4035630 | Bryant Johnson | 1360 WHITETAIL GLEN Ct | HEBRON, KY 41048 | | |
| 4019766 | Busby International, Inc. | PO Box 1457 | Moses Lake, WA 98837 | | |
| 4036093 | CARLOS ENRIQUE FERNANDEZ CASTELLANO | 5630 SW 163RD AVE | SOUTHWEST RANCHES, FL 33331 | | |
| 4049573 | COSTANTINI frederic | 29 BIS rue Emile Duclaux 92150 Suresnes FRANCE | 29 BIS rue Emile Duclaux 92150 Suresnes FRANCE | | |
| 4035625 | CT Freight USA Inc | 20202 Hwy 59 N | Humble, TX 77338 | | |
| 4019769 | CTC Engineering | 2290 Bishop Circle East | Dexter, MI 48130 | | |
| 4034926 | CTC Engineering, Inc. | Bodman PLC | Attn: Harvey W. Berman | 201 South Division Street, Ste. 400 | Ann Arbor, MI 48104 |
| 4047565 | Caleb Koch, Forza2 | 1000 N. Green Valley Pkwy Ste.440, #251 | Henderson | United States | Henderson, NV 89074 |
| 4036077 | Cameron Schmidt | 1204 COLUMBINE ST | WENATCHEE, WA 98801 | | |
| 4036095 | Carlos Gagliano | 8200 Offenhauser Dr. 105G | Reno, NV, 89511 | Reno, NV 89511 | |
| 4046971 | Carmen J Hernandez G | CALLE LA PEDRERA RES VISTA PLAZA T B P 15 APT 15D | CARACAS | Venezuela | Venezuela 1080 |
| 4036114 | Carmen Jacqueline Hernandez Guevara | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | APT 15D Urb Guaicay, Baruta, Caracas | Zip code 1080 | Venezuela |
| 4050832 | Castagneto Trading LLC | 3211 Kellen Circle | Nampa, ID 83686 | | |
| 4035504 | Cesar Diaz, JRD Funding LLC | 8137 Malchite Avenue, Suite E | Rancho Cucamunga, CA 91730 | | |
| 4050580 | Charles F V DHAUSSY | 7B., Yardley Commercial Building, 3 Connaught Road | Hong Kong | | |
| 4039142 | Chen Du | 3269 Range Ct | Mason, OH 45040 | | |
| 4050194 | Chris Featherstone | 8450 54th Ave W | Mukilteo, WA 98275 | | |
| 4050822 | Christian Eichert | Emil–Klumpp–Str. 7 | 74321 Bietigheim–Bissingen GERMANY | | |

| ID | Name | Address | City/Region | Country/Postal |
|---|---|---|---|---|
| 4047466 | Christian Schiffer | Meindlstrae 15 | 81373 Munich | Germany |
| 4050573 | Clever Capital, LLC | 630 Valley Mall PKwy #157 | Wenatchee, WA 998–2 | |
| 4036065 | Clinton Douglas Luckinbill | 1054 Waterleaf Way | San Jacinto, CA 92582–3020 | |
| 4049113 | Clinton F Sikes | 4206 Brazos Bend Dr | Pearland, TX 77584–5558 | |
| 4036067 | Cody Forrest Quinn | 5920 Kimber Road | Cashmere, WA 98815 | |
| 4036091 | Cody Schmidt | 1204 Columbine St. | Wenatchee, WA 98801 | |
| 4019767 | Consolidated Electric Dist. Inc. | PO Box 398830 | San Francisco, CA 94139 | |
| 4035164 | Consolidated Electrical Distributors, Inc. | c/o Douglas R. Hookland, Attorney | Scott Hookland LLP P.O. Box 23414 | Tigard, OR 97281 |
| 4038865 | Craig Beech | Kingswood, Gorse Avenue | Littlehampton BN16 1SG | United Kingdom |
| 4039235 | CryptoDigger LLC | 3476 E Tiffany Way | Gilbert, AZ 85298 | |
| 4019768 | Cryptonomos PTE Ltd | 1 Magazine Rd #04–11 | Central Mall | Singapore |
| 4036262 | Cryptonomos Pte Ltd. | 1 Coleman Street | The Adelphi #08–07 | Singapore 179803 90077 |
| 4050140 | DUFFY KRUSPODIN, LLP | 21600 OXNARD ST. SUITE 2000 | WOODLAND HILLS, CA 91367 | |
| 4043957 | Daniel James Ryser | 7614 N AUDUBON ST. | SPOKANE, WA 99208–8817 | |
| 4045935 | Daniel Tokle | 25 VIA LUCCA APT J345 | IRVINE, CA 92612 | |
| 4050814 | Danila Rusin | Gagarina, 5 liniya, 9a–6 | Zlatoust | Chelyabinskaya oblast, Russia 456219 |
| 4036073 | Darren James Wurf | 2/41 Osborne Avenue | Glen Iris Victoria 3146 | Australia |
| 4047461 | Daryl Olsen | 270 W 1450 N United States | Centerville, UT 84014 | |
| 4019770 | Dave Carlson | 630 Valley Mall Parkway #157 | East Wenatchee, WA 98802 | |
| 4036079 | David J Lutz | 916 Confidence Dr | Longmont, CO 80504 | |
| 4049628 | David Kazemba | Overcast Law Offices, PS | 23 S. Wenatchee Ave. Suite 320 | Wenatchee, WA 98801 |
| 4047771 | David Mitchell | 1410 Riverview Rd | Crescent, PA 15046 | |
| 4036801 | David Tychsen–Smith | 13 Dobson Place | Watson ACT 2602 | Australia |
| 4046514 | Denis Veselovsky | 125252 Russia Moscow | Zorge st, 28, 52 | Russia |
| 4040915 | Dmitry Benkovich | 12, Trubetskaya str, app.1A, Moscow, Russia | | |
| 4050575 | Dmitry Khusidman | 70 Oceana Drive West, Apt. 4–A | Brooklyn, NY 11235 | |
| 4036220 | Donald J. Enright | 1101 30th Street Northwest | Suite 115 | Washington, 20007 |
| 4050823 | Donald J. Sullivan | 4646 Los Poblanos Circle NW | Los Ranchos de Albuquerque, NM 87107 | |
| 4031300 | Doug Black | 225 Linda Lane | Wenatchee, WA 98801 | |
| 4036066 | Douglas Berger | 371 Catskill Ct. | Mahwah, NJ 07430 | |
| 4019771 | Douglas County PUD | PO Box 1119 | Bridgeport, WA 98813 | |
| 4033384 | Drew Behrens | 525 N Larch Ave. | East Wenatchee, WA 98802 | |
| 4019772 | EAN Services, LLC | Mary E Bushyhead | 14002 E 21st St, Suite 1500 | Tulsa, OK 74134 |
| 4035866 | ECO Diversified Holdings, Inc. | 4625 West Nevso Dr Suite 2 | Las Vegas, NV 89103 | |
| 4066683 | Edmund Lee | 4364 Calle Mejillones | SAN DIEGO United States | SAN DIEGO, CA 92130 |
| 4019773 | Eduard Khaptakhaev | Lenkinkkgradsky pr–t 76/1/49 | Moscow | Russia |
| 4036069 | Eero Koskinen | Niittypolku 21 | 02460 Kantvik | Finland Finland |
| 4047754 | Elder Yoshida | 1147 NW 57th St | Seattle, WA 98107 | |
| 4039509 | Electrical Power Products, Inc. | 4240 Army Post Rd | United States | Des Moines, IA 50321 |
| 4040495 | Elisa U | 2405 Acacia St. | Richardson, TX 75082 | |
| 4035179 | Emerald City Statewide LLC | c/o Pepple Cantu Schmidt PLLC | 1000 Second Ave Suite 2950 | Seattle, WA 98104 |
| 4037658 | Emil Petrov Stanev | 41 Dorostol street | Ruse, 7004 Ruse | Bulgaria |
| 4049707 | Eric Ferrari | 8962 Forked Creek Way | Elk Grove, CA 95758 | |
| 4033937 | Ernesto Pedrera | 7601 E Treasure DR, apt 1023 | apt 1023 | North Bay Village, FL 33141 |
| 4019774 | Evansont Insurance Carrier | c/o Mitchell, Reed & Schmitten Ins. | PO Box D | Cashmere, WA 98815 |
| 4045731 | Evgeny Skoropisov | 32 Moo11, Soi Hua Hin 112, Tabtai, MEUANPHUN VILLA | Hua Hin, Prachuap Khiri Khan, 77140 Thailand | |
| 4019775 | Executive Flight | 1 Campbell Pkwy | East Wenatchee, WA 98802 | |
| 4034765 | Executive Flight, Inc. | Scott R. Weaver, Carney Badley Spellman P.S. | 701 5th Avenue Ste 3600 | Seattle, WA 98104 |
| 4030222 | Fastenal Company | 2001 Theurer Blvd. | ATTN: Legal Dept. | Winona, MN 55987 |
| 4019776 | Fastenal Company | PO Box 1286 | WInona, MN 55987 | |
| 4019777 | FedEx Corporate Services Inc | as Assignee of FedEx Express/Ground/Frei | 3965 Airways Blvd, Module G, 3rd Floor | Memphis TN 38116–5017 |
| 4043570 | Filip Scheperjans | Pellonperntie 1 B | 00830 Helsinki | Finland |
| 4048072 | Forza 2 | 1000 N. Green Valley Pkwy Ste.440, #251 | Henderson United States | Henderson, NV 89074 |
| 4046497 | Frank Daniel | Zollstrasse, 22 Mhring Deutschland | Zollstrasse, 22 95695 Mhring Germany | |
| 4084314 | Frankie Guerra | 1812 E Oakland Park Blvd Apt 32 | United States | Oakland Park, FL 33306 |
| 4038890 | Franz Alliod | 176, route de la cendire | 01630, Saint Jean de Gonville, Ain | France |
| 4049035 | Fred Nolte | 10812 La Batista | Fountain Valley, CA 92708 | |
| 4049026 | Gennady Zhilyaev | C. De Les Grandalles, Edif. Xalet, 4T 3A | AD 300 D'Ordino, Andorra | |
| 4047863 | George Sorin Lascu | str. Calugarului 16 | 077151 Balteni, Ilfov | Romania |
| 4029692 | Georgios Lignos | 25 Kritis Str. | 12243 Egaleo | Greece |
| 4019778 | Giga Plex LLC | 7906 Randolph Rd. | Moses Lake, WA 98837 | |
| 4049629 | Giga Plex, LLC/MLDC1, LLC | Overcast Law Offices, PS | 23 S. Wenatchee Ave. Suite 320 | Wenatchee, WA 98801 |
| 4019779 | Gigawatt PTE Ltd Attn Mikhaylyuta | 1 Magazine Rd #04–11 | Central Mall | Singapore |
| 4036263 | Gigawatt Pte Ltd. | 1 Coleman Street | The Adelphi #08–07 | Singapore 179803 |
| 4036212 | Gleb Nesis | 3419 IRWIN AVE | Apt 708 | BRONX, NY 10463 |
| 4036846 | Glen Allan Bradley | Lerstadveien 250 | 6014 Alesund | Norway |
| 4049432 | Grant Herholdt | 5 York Avenue | Craighall Park, 2196 | South Africa 2196 |

| | | |
|---|---|---|
| 4036022 | Grigory Klumov | Balaklavsky avenue 12−3−93    117639    Moscow Russia |
| 4044728 | Gronski, Jeffrey G & Robin L | 711 4th St S    Wisconsin Rapids WI 54494 |
| 4071751 | H.J. van Nuijssenborgh | Patrimoniumlaan 126    3904AH Veenendaal    The Netherlands |
| 4019780 | H2 Pre−cast, Inc | 3835 N. Clemons St.    East Wenatchee, WA 98802 |
| 4036099 | Hans−Peter Edenstrasser | Rupert Hagleitner Strasse 1d 54    6300 Woergl , Tirol    Austria    6300 Woergl, Tirol, Austria |
| 4029679 | Harlan Robinson | 736 N. Laguna    Gilbert, AZ 85233 |
| 4036241 | Hashvin Daryanani | 56B Seroe Blanco    Box# 393    Oranjesatad, Aruba    Aruba |
| 4033383 | Heather Mulhall | 312 N NEWTON AVE    EAST WENATCHEE, WA 98802 |
| 4071809 | Helen Erskine | P O Box 1745    United States    Topanga, CA 90290 |
| 4036518 | Hiroaki Yamamoto | 119−4 Nishikitsuji street    Asahi Plaza Arbonate Nara One #606    Nara, Japan 630−8325 |
| 4037104 | Howard Jones | 21 Sandiways Road, Wallasey    WIRRAL    United Kingdom    CH45 3HJ |
| 4050831 | Humera Surti | 2200 Russet Cresent    Burlington, ON    Canada L7L6Z2 |
| 4046202 | Ian M Kennedy | 2620 Fairmount St.    Colorado Springs, CO 80909 |
| 4036171 | Ibrahim Issa | Lebanon Beirut ,Riad el soloh Square    00961 |
| 4036240 | Igor Martirosian | 36 Washington Avenue 2nd Floor    Cliffside Park, NJ 07010 |
| 4036561 | Ilja Filipovs | Staiceles iela 13−11, Riga, Latvia, LV−1035    Staiceles iela 13−11, Riga, Latvia, LV−1035 |
| 4036021 | Intelliapps Ltd | Unit 272 CoLab Center    Port Road    Letterkenny CO Dongal EIRCODE F92 RKC7    Ireland |
| 4034909 | Interflow LLC | 5465 S Dorchester    CHICAGO, IL 60615 |
| 4020085 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| 4036082 | Ioannis Violidakis | Kimonos 11    Athens, Greece, P.Code: GR−10441 |
| 4036089 | Ivan Marcak | Dlouha Trida 474/25    73601 Havirov    Czech Republic |
| 4019781 | JDSA | PO Box 1688    Wenatchee, WA 98807 |
| 4035639 | Jacqueline Bussey | Percheron    Goudhurst Road    Cranbrook TN17 2PN    United Kingdom |
| 4050529 | Jaime Dario Mejia Martinez | Calle 44 No 10E − 11 La Victoria    Barranquilla, Atlantico − Colombia |
| 4048118 | James Bullis | 4701 NE 72nd ave, Apt 141    VANCOUVER    United States    VANCOUVER, WA 98661 |
| 4050528 | James C Lutz | 609 Long Leaf Dr    Chapel Hill, NC 27517 |
| 4050449 | James King | 1b Links Court, Langland Bay Road    Swansea    SA3 4QR, United Kingdom |
| 4050753 | James MacCornack | 1002 Bel Aire    Roswell, NM 88201 |
| 4040160 | Jan Faltys | Slavkova 29    Praha 2 − 12000    Czech Republic |
| 4048857 | Jann So | 1211 SW 5th Ave    #1000    Portland, OR 97204 |
| 4050834 | Jared Morrissey | 59 Rue Trudeau    Chteauguay, Quebec    J6J1M2    Canada |
| 4035635 | Jarno Hogeweg | Kaya Sirena 18    Kralendijk    Bonaire |
| 4036517 | Jarred Hutto | 6403 W Outlook Dr    Boise, ID 83714 |
| 4039406 | Jay Robert Stahle | 838 Campfire Dr    United States    Fort Collins, CO 80524−1991 |
| 4035900 | Jeffers, Danielson, Sonn & Aylward, P.S. | 2600 Chester Kimm Rd    Wenatchee, WA 98801 |
| 4039408 | Jeffrey Alan Moody | 2528 Forest Oaks Point    Colorado Springs, CO 80906−5822 |
| 4035730 | Jeffrey C Lutz | 916 Confidence Dr    LONGMONT, CO 80504 |
| 4035399 | Jeffrey Chin | 42 Pepper Tree Road    Lidcombe NSW    Sydney Australia |
| 4049892 | Jeffrey Kutas | 6761 Corral Circle    Huntington Beach, CA 92648 |
| 4039416 | Jeffrey Waldock | Tomaschekstrasse 30    A−1210 Vienna    Austria |
| 4040439 | Jesse Samuel Wheeler | 3601 Stillman Blvd    Tuscaloosa, AL 35401 |
| 4031185 | Jessica Langis | PO BOX 398    Dryden, WA 98821−0398 |
| 4035632 | John Guille | 690 Covington Dr NW    Calabash, NC 28467 |
| 4049112 | John Hartleib | 17931 Shoreham Lane    Huntinngton Beach, CA 92649 |
| 4054213 | John Heinitz | 1210 2nd st se    East Wenatchee    United States    East Wenatchee, WA 98802 |
| 4040440 | John Kowalski | 100 Tansboro Rd    Unit B    Berlin, NJ 08009 |
| 4050830 | John Rodriguez | 2688 W. 12th Place    Yuma, AZ 85364 |
| 4036086 | John Scevola | 8768 SW Iroquois Drive    Tualatin, OR 97062 |
| 4035638 | John T. Winslow | 5544 Las Virgenes Road #99    Calabasas, CA 91302 |
| 4047894 | Jonathan B. Alter | The Travelers Companies, Inc.    1 Tower Square, MS04    Hartford, CT 06183−1050 |
| 4034354 | Jonathan Gould | 924 Hale Avenue    BROOKSVILLE, FL 34601 |
| 4036080 | Jonathan J Lutz | 916 Confidence Dr    Longmont, CO 80504 |
| 4050835 | Jonathan Wilson | 118 Indian Valley Dr    Cherokee, NC 28719 |
| 4047465 | Jordi Grau | C/ Sant Jordi, 12−3−1    08500 − VIC    SPAIN |
| 4036219 | Jose A. Herrera | 12801 Philadelphia Street    Suite B    Whittier, CA 90601−4126 |
| 4050870 | Jose Antonio Carapeto Sierra | Calle Pirra, 14 − Portal H − 3A C.P 28022    Madrid    Espaa |
| 4044145 | Jose Luis Blanco | 9307 Castlegap Dr.    Spring, TX 77379 |
| 4036137 | Joseph Brodsky | 656 St.Nicholas av #35    New York, NY 10030 |
| 4035345 | Joseph Errigo | 7 PRATT ST    FORT MONROE, VA 23651 |
| 4039710 | Joseph M Dunn | 1105 Colonial Drive    Alabaster, AL 35007 |
| 4050085 | Joseph Smits | westerlanderweg 40    Westerland 1778KL Westerland    The Netherlands |
| 4050247 | Joshua Hester | 1115 California St    Oceanside, CA 92054 |
| 4050087 | Joshua Mapperson | 92 Oakbank Boulevard    Whittlesea 3757    AUSTRALIA |
| 4036071 | Juan Bautista Ibarra Arana | Calle 66 #510    Resid. La Carana, Piedades    Santa Ana, San Jose    Costa Rica    10905 |
| 4035774 | Julian Heere | 500 J Street 1703    Sacramento, CA 95814 |
| 4035412 | Jun Dam | 2116 L Street No. 2    Antioch, CA 94509 |
| 4036096 | Jung H. Cho | 320A 7th St    Palisades Park, NJ 07650 |
| 4050585 | KYLE WHEELAN | 7975 ORCHARD PATH RD    COLORADO SPRINGS, CO 80919 |
| 4050829 | Kamran Beg | 2200 Russet Cres    Burlington, ON, L7L 6Z2    Canada    2200 Russet Cres, Burlington, On, Canada, L7L6Z2 |
| 4019782 | Kelly Imaging | PO Box 660831    Dallas, TX 75266 |

| ID | Name | Address | | |
|---|---|---|---|---|
| 4047566 | Ken Li Koh | Unit 2, 137 Hull Road | Croydon VIC 3136 | Australia |
| 4034896 | Kenneth D McCoy | 1401 Woodstock Way | #103H | Bellingham, WA 98226 |
| 4019783 | Kenneth Johnson | 2452 Columbia Ave. NW #24 | East Wenatchee, WA 98802 | |
| 4050707 | Kevin Reinsch | 3100 Pearl Parkway A317 | Boulder, CO 80301 | |
| 4040382 | Keyhole Security Inc | 708 S Wenatchee Ave | Wenatchee, WA 98801 | |
| 4045729 | Khurshid Alam | Unit–2,65 Church Street,West Tamworth | 2340,NSW | Australia | Unit–2,65 Church Street,West Tamworth,2340,NSW |
| 4036072 | Koji Michiwaki | Zip code:428–0313 | Shizuoka–ken Haibara–gun Kawanehon–cho | Kaminagao 380–3 Japan |
| 4044491 | Koombea Inc. | Mark D Taylor | VLP Law Group, LLP | 1629 K Street NW, Suite 300 | Washington, DC 20006 |
| 4036120 | Krishna Karthik Reddy Adapala | 5106 Kino Ct | Dublin, CA 94568 | |
| 4049110 | Kyle Spesard | 625 N. Hawk St. | Palatine, IL 60067 | |
| 4027848 | Larry D. Gerbrandt | 141 Seely Ave | Aromas, CA 95004 | |
| 4036984 | Larry Eugene Baggs | 1502 Sharon Drive | Duncanville, TX 75137 | |
| 4034908 | Lasse Kaihlavirta | Piiriniitynkatu 4 H 3 | Tampere 33340 | FINLAND |
| 4036521 | Laurent HAMERS | Avenue Van Beethoven 24 | 1331 Rosieres | Belgium |
| 4034088 | Lee E. Woodard | Harris Beach PLLC | 333 West Washington St., Suite 200 | Syracuse, NY 13202 |
| 4049122 | Leon de Fleuriot de la Coliniere | 16 Rankdoring Avenue | Johannesburg | South Africa |
| 4019784 | Leonid Markin | 714 North Rexford Dr. | Beverly Hills, CA 90210 | |
| 4050306 | Leslie Hibbard | PO BOX 2067 | Chelan, WA 98816–2067 | |
| 4039138 | Lester Ayllon | Rua Adele, 119 AP 264 BL 2 | Rua Adele, 119, AP 264 BL 2 | |
| 4051921 | Levi | street: Vinkenhof 7 | postal code: 4332 DM | Country: The Netherlands | Levi Illis |
| 4034089 | Lexon Insurance Company | Harris Beach PLLC | Attn: Lee E. Woodard | 333 West Washington St., Suite 200 | Syracuse, NY 13202 |
| 4046226 | Li Liang | 1272 Glen Haven Dr | San Jose, CA 95129 | |
| 4019785 | Lighthouse (formerly Discovia) | 250 Montgomery St., Suite 300 | San Francisco, CA 94104 | |
| 4047743 | Likuo Lin | 1192 Queen Ann Dr | Sunnyvale, CA 94087 | |
| 4050089 | Lodog Corp, Mark Weitzel, President | 15460 W 199th ST | spring hill, KS 66083 | |
| 4035631 | Luca Monterisi | Sveti Martin, 142 | Podstrana 21312 | Croatia |
| 4036527 | Lucas Velasquez | 497 Lake Cameron Dr. | Pike Road, AL 36064 | |
| 4047800 | Luis Alberto Flores Ezparza | PO Box 4161 | Wenatchee, WA 98801 | |
| 4034362 | Luis Roman | 4633 White Bay Cir. | Wesley Chapel, FL 33545 | |
| 4036023 | Luke McIntyre | 4 Rose Road | Grey Lynn, Auckland 1021 | New Zealand |
| 4045730 | MASAYA FUJIOKA | Ookayamamanshion319 | Meguro–ku1–36–31,Tokyo 152–0033 | |
| 4019786 | MLDC1 LLC | 7906 Randolph Rd. | Moses Lake, WA 98837 | |
| 4036064 | Marc Joyce | 4404 Highland Ave. Apt. C | Manhattan Beach, CA 90266 | |
| 4049111 | Mark Ellis | Flat 19 Rainier Apartments | 43 Cherry Orchard Road | Croydon, CR06FA | United Kingdom |
| 4047721 | Mark R. Shapland | 18119 Bent Ridge Drive | Wildwood, MO 63038 | |
| 4050086 | Mark Vange | 10315 E Shangri La Rd | Scottsdale, AZ 85260 | |
| 4036094 | Matteo Romani | Via Flaminia 66 | fossombrone, WA 61034 | |
| 4040202 | Matthew Hine | 2405 Acacia St. | Richardson, TX 75082 | |
| 4036078 | Matthew R Lutz | 916 Confidence Drive | Longmont, CO 80504 | |
| 4036102 | Mazaeva Maria | Shokalskogo proezd | h.4 app.44 | 127642 | Russia, Moscow |
| 4036221 | McVicker, Moss, Balestra, et al in class action | Levi & Korsinsky, LLP | 1101 30th Street Northwest, Suite 115 | Washington, DC 20007 |
| 4037279 | Melissa Spillman | 612 Bois d Arc Ln | Franklin, TN 37069 | |
| 4034337 | Melvin White | 6091 GOLDDUST RD. | Brooksville, FL 34609 | |
| 4046972 | Michael Bendett | 7606 Lexington Lane | Parkland, FL 33067 | |
| 4041434 | Michael Bhagat | 1169 S. Calle Del Norte Dr. | Pueblo West, CO 81007–1907 | |
| 4047703 | Michael Chu | 1113 8th Ave W | Seattle, WA 98119 | |
| 4037169 | Michael Detrinidad | 726 Balsam Dr | Newman, CA 95360 | |
| 4036169 | Michael Ilyankoff | 7425 156TH ST SE | SNOHOMISH, WA 98296 | |
| 4050418 | Michael LaFontaine Jr | 321 Napa Valley Dr | Milford, MI 48381 | |
| 4045776 | Michael Papenfuse | 1291 Queensway | United States | Lake Isabella, MI 48893 |
| 4034356 | Michael Russo | 10310 WREN ROAD | WEEKI WACHEE, FL 34613 | |
| 4039369 | Michael Wagner | 1253 Rock Hills St. Unit 102 | Las Vegas, NV 89135 | |
| 4036522 | Mikhail Filippov | 2713 Prospect Street | Framingham, MA 01701 | |
| 4049431 | Mikhail Meshkov | Metallurgov ul. 11–52 | Moscow, Russia, 111401 | |
| 4046225 | Mohammad Mehdi Toozhy | 11 Justus Dr. | Richmond Hill, Ontario L4c9z4 | Canada | 11 justus dr. Richmond hill Ontraio L4c9Z4 Canada 494 |
| 4029252 | Molly Hunter | 4347 Anna Lane | Wenatchee, WA 98801 | |
| 4036098 | Mr Alexander Garnock | 13 Buttfield St Coombs ACT | 2611 Australia | 13 Buttfield St Coombs ACT Canberra Australia 2611 |
| 4050450 | Mr Touboul | 59 RUE DE DE MARIGNAN | ST MAUR DES FOSSES | France |
| 4034545 | Mr. Matthew Eugene Risen | 1935 Legacy Place SE | East Wenatchee, WA 98802 | |
| 4019787 | NC Machinery | PO Box 58201 | Tukwila, WA 98138 | |
| 4030256 | NC Machinery Co. | Danial D. Pharris | 601 Union STreet Ste. 2600, WA 98101 | |
| 4019789 | NW Handling Systems | PO Box 749861 | Los Angeles, CA 90074 | |
| 4036101 | Nathan Welling | 1887 Whitney Mesa Dr #5807 | Henderson, NV 89014 | |
| 4040093 | Neil Hutchings | 5 Bedwas Close | St. Mellons | Cardiff. CF3 0HP. United Kingdom |
| 4036104 | Nelson L. Kim | 8305 Weeping Springs ave | Las Vegas, NV 89131 | |
| 4048338 | Nelson Prada | 323 Sonoma Dr | Pooler, GA 31322 | |
| 4019788 | Neppel Electric | 4703 Kelly Place | Moses Lake, WA 98837 | |
| 4036140 | Neppel Electrical & Controls, LLC | c/o Ries Law Firm, P.S. | P.O. Box 2119 | Moses Lake, WA 98837 |

| | | | | | |
|---|---|---|---|---|---|
| 4039090 | Nicolas Colombera | Santa Cruz 88 | Santiago del Estero, Capital | Zip: 4200 | |
| 4035259 | Nitin Limaye | 401 Manorath Apartments | 9–B Pratapgunj Society, Vadodara 390002, Gujarat, India | | |
| 4050576 | Niva Johnson | 119 Ridgmar Trail | Hendersonville, TN 37075 | | |
| 4039520 | OMAR JAVIER MONSALVE SANCHEZ | AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2 , 1 DT | PAREDES DE COURA, VIANA DO CASTELO, PORTUGAL | 4940–520 | |
| 4037633 | Omar D. Ahmadi | 13 Cherry Lane | Parsippany, NJ 07054 | | |
| 4033065 | Our Botanicals Worldwide LLC | 8 The Green | Suite #7123 | Dover, DE 19901 | |
| 4057651 | PAUL ORLOFF | 7909 Van Nuys blvd | Van Nuys, CA 91401 | | |
| 4036097 | PHAM SONG TOAN | Toneyama 2–5–6 | Toyonaka | Osaka, Japan | 56000 |
| 4036116 | Pablo Hernandez Guevara | Calle Este Res Mi Refugio P 9 Apto. 9A | Urb. Manzanares Caracas Venezuela | Zip code 1070 | |
| 4048064 | Pablo V Hernandez G | Calle Este Res. Mi Refugio P9 Apt 9A | Urb. Mazanares Caracas Venezuela | 1070 | |
| 4019790 | Pacific Northwest Infrastructure In | PO Box 3363 | Wenatchee, WA 98807 | | |
| 4022330 | Pacific Northwest Infrastructure Inc | PO Box 3363 | Wenatchee, WA 98807–3363 | | |
| 4019791 | Pacific Security | 2009 Iron St. | Bellingham, WA 98225 | | |
| 4035131 | Pamela M Egan | Paul H Beattie | CKR Law LLP | 506 2nd Avenue, 14th Floor | Seattle, WA 98104 |
| 4035571 | Path of Four Winds, LLC | 3638 Lake Breeze Lane | Crosby, TX 77532–7202 | | |
| 4036218 | Patrick Blount | 848 N Rainbow Blvd | Suite 1800 | Las Vegas, NV 89107 | |
| 4050825 | Paul A Barrera | 17713 15th Ave NE Ste 101 | Shoreline, WA 98155 | | |
| 4050821 | Paul A. Barrera | 17713 15th Ave NE | Ste 101 | Shoreline, WA 98155 | |
| 4035864 | Paul A. Barrera | North City Law, PC | 17713 15th Ave NE | Suite 101 | Shoreline, WA 98155 |
| 4048597 | Paul W Reinsch Jr | 7 Salvatierra Trace | Hot Springs Village, AR 71909–7707 | | |
| 4050865 | Per Martin Sundberg | Calcada de santo andre 33 Bloco2 Letra F | 1100–495 | Lisbon Portugal | |
| 4037393 | Peter Mooney | 506 Felicia St | Durham, NC 27704 | | |
| 4039602 | Petr Bohacek | Kloboucnicka 1440/8 | Czechia | Czechia | |
| 4050092 | Phil A Dinwiddie | 28122 Vine Cliff | Boerne, TX 78015 | | |
| 4047467 | Philip N McCollum | 14391 Warren St | Westminster, CA 92683–5187 | | |
| 4049114 | Piervanni Ugolini Mugelli | Via di Nizzano, 2 | Impruneta, 50023 | Florence, Italy | |
| 4019792 | Port of Chelan | 238 Olds Station Rd #A | Wenatchee, WA 98801 | | |
| 4036542 | Port of Douglas | 643 Billingsly Dr. SE | East Wenatchee, WA 98802 | | |
| 4019793 | Port of Douglas County | Davis Arneil Law Firm c/o David R Law | 617 Washington St | Wenatchee, WA 98801 | |
| 4055446 | Prija Phaphouampheng | 5115 16th Street, A | Santa Ana | United States | Santa Ana, CA 92703 |
| 4042893 | Primo Njega | BUKOVCI 100f | SI–2281 Makovci | Slovenija | Slovenija |
| 4043379 | Quark LLC | 4283 Express Lane, Suite 3842–078 | Sarasota, FL 34249 | | |
| 4040363 | RAVJI PATEL | 16 home mead | United Kingdom | HA7 1AF | |
| 4050811 | RICHARD BLOMQUIST | 1425 BROADWAY #23240 | SEATTLE, WA 98122 | | |
| 4049048 | Radomir Kalinin | Stanyukovicha, 54G–55 | Vladivostok city (Zip code 690003) Russia | Stanyukovicha, 54G–55, Vladivostok city, Russia | |
| 4019794 | Raritan | 400 Cottontail Lane | Somerset, NJ 00873 | | |
| 4039924 | Raritan, Inc. | c/o Drinker Biddle & Reath LLP | Attn: Frank Velocci | 600 Campus Drive | Florham Park, NJ 07932 |
| 4035945 | Refael Sofair, individually and on | behalf of all others similarly situated | c/o John A. Knox, Williams Kastner & Gib | 601 Union Street, Suite 4100 | Seattle, WA 98101 |
| 4050828 | Richard Shew | 157 Slatewood Ct. | Bethel Park, PA 15102 | | |
| 4045104 | Richard Wulliens | Rue de l'Eglise 13a | 1958 St Lonard | CH – Switzerland | |
| 4036119 | Rietveld Global Business Group B.V. | Postbus 9607 (Box G58) | 1006 GC, Amsterdam | The Netherlands | |
| 4047582 | Robert B Decker | 918 CONFIDENCE DR | LONGMONT | United States | LONGMONT, CO 80504 |
| 4036081 | Robert Ilievski | Nypongatan 18 | 212 31 Malmo | Skane | Sweden | 21231 |
| 4037168 | Robert J. Hoyer | 5940 Daltry Ln | United States | Colorado Springs, CO 80906 | |
| 4043574 | Robert Russell | 971 Providence Pike | United States | Danielson, CT 06239 | |
| 4050088 | Roger L. Sutton | 716 Contessa | Irvine, CA 92620 | | |
| 4050444 | Rolan Burykin | Thomas–Diewald Str 2, 82152 Planegg, Germany | Thomas–Diewald Str 2, 82152 Planegg, Germany | | |
| 4039412 | Rolf Jakobsen | Wessels Gate 25C | H0202 | Norway | 4008 |
| 4030720 | Ronald Richard Johns, Jr. | 354 Clear Springs Hollow | Buda, TX 78610 | | |
| 4035356 | Roosevelt Scott | 802 Hawk View Court | Fairview Heights, IL 62208 | | |
| 4039955 | Ross Shrestha | 1259 N Lakeview Dr | palatine, IL 60067 | | |
| 4042832 | Ross Tavakoli | 8 Oakfield Close, Alderley Edge, Cheshire, SK9 7NA | England | United Kingdom | |
| 4036100 | Ruben del Muro | 1923–1 Nishidera, Kikuchi, Kumamoto | 861–1323 | Japan | |
| 4028334 | SCOTT ALAN WILSON | 9303 WAVING FIELDS DR | HOUSTON, TX 77064 | | |
| 4019795 | Schmitt Electric | 1114 Walla Walla Ave. | Wenatchee, WA 98801 | | |
| 4035138 | Schmitt Electric, Inc | 1114 Walla Walla Avenue | Wenatchee, WA 98801 | | |
| 4035807 | Scott Glasscock | 229 Craft Road | Brandon, FL 33511 | | |
| 4050826 | Scott Paul | 1100 SW 7th St | Renton | Renton, WA 98057 | |
| 4035684 | Scott R. Weaver | Carney Badley Spellman P.S. | 701 5th Ave, Ste 3600 | Seattle, WA 98104 | |
| 4034764 | Scott R. Weaver | Carney Badley Spellman, P.S. | 701 Fifth Avenue, Suite 3600 | Seattle, WA 98104 | |
| 4049981 | Sergiy Dzvonyk | 28, Yaroslavov Val str., ap.29 | Kiev – 01034 | Ukraine | |
| 4038864 | Serhii Komar | Alexandra Nevskogo 35 | ap. 55 | Odessa, Ukraine, 65088 | |

| ID | Name | Address |
|---|---|---|
| 4043562 | Shaun Leech | 49a winfiled road, Balwyn North, Victoria Australia 3144 |
| 4041890 | Shawn Jackson Dyck | 40100 Willow Crescent, Apt 308, Squamish, BC, V8B0L8, Canada |
| 4019796 | Show Me Cables | 115 Chesterfield Industrial Blvd., Chesterfield, MO 63005 |
| 4035235 | Sinh Du | 818 SW 3rd Ave #221–2313, Portland, OR 97204 |
| 4044493 | Smeets Gert | Sapstraat 40, Grote Spouwen, Belgium, Belgium |
| 4036768 | Spencer Ross | 215 11th Ave NE, Apt. 3, St. Petersburg, FL 33701 |
| 4036026 | Stefano Musumeci | Uuslinna tn 9/4–52, 11415 Tallinn, Estonia |
| 4048348 | Steve Delassus | 215 Avenue Marcel Anthonioz, 01220 DIVONNE LES BAINS, France |
| 4047462 | Steven William Sweeney | 7 LENT CRESCENT, BRAMPTON, ONTARIO L6Y 5E5, CANADA |
| 4033330 | Susan Ramaker | PO Box 3272, ., Wenatchee, WA 98807 |
| 4019798 | TNT Business Complexes LLC | 380 Leslie Way, East Wenatchee, WA 98802 |
| 4036170 | TUOMAS J KARJALAINEN | 7601 E Treasure DR, apt 1023, apt 1023, North Bay Village, FL 33141 |
| 4049588 | Takeshi Kawai | 3–9–2–403 Shimorenjaku, Mitaka City, Tokyo, 181–0013, Japan |
| 4028341 | Talents 633 Ministries, NFP | 24206 Walnut Circle, Plainfield, IL 60585–2261 |
| 4035640 | Talos Construction LLC | Todd Reuter, Foster Pepper PLLC, 618 W Riverside Ave, Suite 300, Spokane, WA 99201 |
| 4019797 | Talos Construction, LLC | PO Box 2607, Chelan, WA 98816 |
| 4036196 | Taverne Kevin | 13 rue kipling, 91540 Mennecy, France |
| 4048066 | Theatherstrasse 27c | Theaterstrasse 27c, 8400 Winterthur, Switzerland |
| 4036084 | Theocharis Aslanidis | Doridos 44, 12242 Egaleo, Greece |
| 4039950 | Thomas Mehlitz | SolRide GmbH, Yburgstr. 18, Germany, Germany |
| 4019799 | Total Employment Management | 723 W. Broadway, Moses Lake, WA 98837 |
| 4019800 | Town Toyota Center | 1300 Walla Walla, Wenatchee, WA 98801 |
| 4047895 | Travelers Property Casualty Co. of America | Jonathan B. Alter, Esq., 1 Tower Square, MS04, Hartford, CT 06183–1050 |
| 4050143 | Travis Hibbard | PO Box 2607, Chelan, WA 98816 |
| 4019801 | Treehouse Technology Group, LLC | 300 Bedford Street, Unit 214, Manchester, NH 03101 |
| 4033651 | Tuomas J Karjalainen | 7601 E treasure DRIVE, APT 1023, APT 1023, North Bay Village, FL 33141 |
| 4034544 | Tyler Domer | 91 NE 17 St, East Wenatchee, WA 98802 |
| 4019802 | UPS | 28013 Network Place, Chicago, IL 60673 |
| 4019803 | US Customs | PO Box 979126, St. Louis, MO 63197 |
| 4054076 | US Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr Suite 100, Indianapolis, IN 46278 |
| 4037277 | Valerijs Sidoriks | 63 Addison Road, Guildford, Surrey, GU1 3QQ, UK |
| 4050597 | Vanessa Pierce Rollins | 123 Springhill Drive, East Wenatchee, WA 98802 |
| 4049047 | Viken Chouchanian | 8741 Darby Ave #3, Northridge, CA 91325 |
| 4039237 | Vladislav Manitskiy | Garazhnaya street 67/396, Krasnodar city, Krasnodar region, Russian Federation, 350000 |
| 4050833 | Vyacheslav Levin | 4A Stoke Row, Coventry, Westmidlands, CV2 4JQ, UK |
| 4026735 | WA Department of Revenue | Attn: Sam Seal, 2101 4th Ave, Ste 1400, Seattle, WA 98121 |
| 4020086 | Washington Department of Revenue | 2101 Fourth Avenue #1400, Seattle, WA 98121–2300 |
| 4020087 | Washington Employment Security Dept | PO Box 9046, Olympia, WA 98507–9046 |
| 4020088 | Washington State Labor & Industries | PO Box 44170, Olympia, WA 98504–4170 |
| 4036076 | Wilhelmus Appel | Lupinelaan 15, 5582 CG Waalre, The Netherlands |
| 4049701 | William M Patton | 6821 Sky Circle, United States, Anchorage, AK 99502 |
| 4047722 | William Stephen Davis | 7281 Rooses Drive, Indianapolis, IN 46217 |
| 4050864 | William Tran | 403 W Ramona Rd, Alhambra, CA 91803 |
| 4019804 | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Rd., Palo Alto, CA 94304 |
| 4076123 | Winland Credit Partners LLC | P.O. Box #206, N. Stonington, CT 06359 |
| 4047886 | Wong Chun Ming | Sham Shui Po, Fuk Wing st 133, Flat A 10/F 5/Block Golden Bldg, Hong Kong, Sham Shui Po, Fuk Wing st 133 Flat A 10/F 5/Block |
| 4039192 | Xiaoming Lu | 3269 Range Ct, Mason, OH 45040 |
| 4036818 | Yuet Choi Cheng | 22F Nam Hoi Mansion, Taikoo Shing, HONG KONG |
| 4036112 | Yurii Kuzmin | 10–B, Urozhaynaya str., Odessa, 65016, Ukraine |
| 4050091 | caleb maistry | Van hoof street, 2 willow view estate, ruimsig, Gauteng, Johannesburg, South Africa |
| 4048058 | elieshay touboul | amos 221, tekoa, Israel, israel |
| 4036025 | fabio todeschini | 16 via gran san bernardo, milan, italy, 20154 |
| 4050572 | hari krishna prasad menta venkata | 116 CANADIAN LAKES BLVD, CANADIAN, BALLARAT, Australia, 116 canadian lakes blvd, canadian, 3350 VIC, AUS |
| 4050582 | lior sharabi | eshkolit 28/22 – Pardes Hana – Israel, eshkolit 28/22 – Pardes Hana – Israel |
| 4046119 | ljupco nikolovski | mercurius 15, 1188 GA, Amstelveen, Holland |
| 4035869 | mathias brachet | darwingasse 37, top 1, 1020 Vienna, Austria |
| 4036063 | nick nguyen | 3411 Greentree Dr, Falls Church, VA 22041 |
| 4042732 | pamelyn chee | po box 18771, United States, los angeles, CA 90018 |

TOTAL: 433