| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT INC | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0980-2 | User: notice | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

**Recip ID    Recipient Name and Address**
db    +   GIGA WATT INC, 1250 N Wenatchee Ave., Suite H #147, Wenatchee, WA 98801-1599

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

**Name    Email Address**

Adam C. Doupe
     on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com  doupear96329@notify.bestcase.com

Angie Lee
     on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov

Benjamin A Ellison
     on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com

Benjamin J McDonnell
     on behalf of Creditor Clever Capital  LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
     on behalf of Defendant Clever Capital  LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

| Name | Behalf |
|---|---|
| Benjamin J McDonnell | on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Brian A. Walker | on behalf of Defendant Jeffrey Field bwalker@omwlaw.com rgrim@omwlaw.com |
| Christopher F Ries | on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| Danial D Pharris | on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com |
| David A Kazemba | on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David A Kazemba | on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David R Law | on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com |
| Dominique R Scalia | on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com |
| Dominique R Scalia | on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com |
| Douglas A. Hofmann | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com |
| Eric Christensen | on behalf of Trustee Mark Waldron echristensen@bdlaw.com njohnston@bdlaw.com |
| Gary W Dyer | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com |
| James D Perkins | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| John Knox | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |
| Joseph A.G. Sakay | on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com |
| Kathryn R McKinley | on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com |
| Mark Waldron | trustee@mwaldronlaw.com mark@mwaldronlaw.com |
| Mark Waldron | on behalf of Trustee Mark Waldron trustee@mwaldronlaw.com mark@mwaldronlaw.com |

Pamela Marie Egan
    on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Trustee Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Quentin D Batjer
    on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com

Ralph E Cromwell, Jr
    on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com
    lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Roberto H Castro
    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com

Scott Weaver
    on behalf of Creditor Executive Flight Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com

Scott B Henrie
    on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com

Shauna S Brennan
    on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher
    on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce
    on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce
    on behalf of Creditor Clever Capital LLC vprollins@gmail.com

William L Hames
    on behalf of Creditor Port of Douglas County billh@hawlaw.com
    mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

TOTAL: 48

So Ordered.

Dated: September 29th, 2020



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:                | Case No. 18-03197-FPC11 |
|---|---|
| Giga Watt Inc.        | ORDER CONVERTING CASE TO CHAPTER 7 |
| Debtor                | |

The United States Trustee has moved for an order converting it to a case under Chapter 7 pursuant to 11 U.S.C. §1112. *ECF #659*. The Unsecured Creditors Committee initially objected to conversion of the case, *ECF #710*, but subsequently consented to conversion. *ECF #731*. No other parties have responded to the United States Trustee's motion and the time for objection has now expired.

The court has reviewed the notice, motion, and files related to this case.

NOW THEREFORE, it is hereby ordered, adjudged, and decreed that this case be and it hereby is converted to one under Chapter 7 effective on the date of this Order.

///END OF ORDER///

Presented By:

/s/ *James D. Perkins*
James D. Perkins
Attorney for the United States Trustee

Order Converting Case - 1