In re:  Case No. 18-03197-FPC

GIGA WATT INC  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0980-2 | User: notice | Page 1 of 11 |
| Date Rcvd: Oct 01, 2020 | Form ID: 309D | Total Noticed: 393 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GIGA WATT INC, 1250 N Wenatchee Ave., Suite H #147, Wenatchee, WA 98801-1599 |
| aty | | Adam C. Doupe, Ryan, Swanson & Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, WA 98101-3034 |
| aty | + | Angie Lee, Office of the Attorney General, 800 Fifth Ave, Suite 2000, Seattle, WA 98104-3188 |
| aty | + | Benjamin A Ellison, Salish Sea Legal, 2212 Queen Anne Ave N., Seattle, WA 98109-2383 |
| aty | + | Benjamin J McDonnell, Piskel Yahne Kovarik PLLC, 522 W Riverside Avenue, Suite 700, Spokane, WA 99201-0581 |
| aty | + | DBS Law, 155 NE 100th St, Suite 205, Seattle, WA 98125, UNITED STATES 98125-8015 |
| aty | | Danial D Pharris, Lasher Holzapfel Sperry & Ebberson PLLC, 601 Union Street, Suite 2600, Seattle, WA 98101-4000 |
| aty | + | David A Kazemba, Overcast Law Offices-NCW, PLLC, 23 S. Wenatchee Ave. Ste. 320, 98801, Wenatchee, WA 98801-2263 |
| aty | + | David R Law, Davis, Arneil Law Firm, LLP, 617 Washington Street, Wenatchee, WA 98801-2600 |
| aty | + | Dominique R Scalia, DBS Law, 155 NE 100th St, Ste 205, Seattle, WA 98125-8015 |
| aty | + | Douglas A. Hofmann, Williams, Kastner & Gibbs PLLC, 601 Union Street, Suite 4100, Seattle, WA 98101-2380 |
| aty | + | Emerald City Statewide LLC, c/o Pepple Cantu Schmidt, 1000 Second Ave Suite 2950, Seattle, WA 98104-3604 |
| aty | + | Gretchen J. Hoog, Pepple Cantu Schmidt PLLC, 1000 Second Avenue, Suite 2950, Seattle, WA 98104-3604 |
| aty | + | James D Perkins, U S Dept of Justice/U S Trustee Office, 920 W Riverside #593, Spokane, WA 99201-1012 |
| aty | + | Jason T Piskel, Piskel Yahne Kovarik, PLLC, 522 W Riverside Ave, Ste 700, Spokane, WA 99201-0581 |
| aty | + | John Knox, Williams Kastner, 601 Union Street, Suite 4100, Seattle, WA 98101-2380 |
| aty | + | Joseph A.G. Sakay, Ryan, Swanson & Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, WA 98101-3034 |
| aty | + | Kathryn R McKinley, PAINE HAMBLEN LLP, 717 W. Sprague Avenue, Suite 1200, Spokane, WA 99201-3905 |
| aty | + | Quentin D Batjer, Davis, Arneil Law Firm, LLP, 617 Washington St, Wenatchee, WA 98801-2600 |
| aty | + | Ralph E Cromwell, Jr, Byrnes Keller Cromwell LLP, 1000 Second Avenue, 38th Floor, Seattle, WA 98104-1062 |
| aty | #+ | Roberto H Castro, UpRight Law LLC, PO Box 747, Chelan, WA 98816-0747 |
| aty | + | Scott B Henrie, Williams Kastner & Gibbs PLLC, 601 Union St, Suite 4100, Seattle, WA 98101-2380 |
| aty | + | Scott Weaver, Carney Badley Spellman, PLLC, 701 Fifth Avenue, Suite 3600, Seattle, WA 98104-7010 |
| aty | + | Shauna S Brennan, Brennan Legal Counsel Group, PLLC, 14900 Interurban Ave S., Ste 271, Tukwia, WA 98168-4654 |
| aty | + | Tara J. Schleicher, Foster Garvey P.C., 121 SW Morrison, 11th Floor, Portland, OR 97204-3141 |
| aty | + | Vanessa Pierce, Bowman Pierce, LLC, 123 Springhill Drive, East Wenatchee, WA 98802-8560 |
| aty | | William L Hames, Hames Anderson & Whitlows PS, PO Box 5498, Kennewick, WA 99336-0498 |
| tr | + | Mark Waldron, Mark D. Waldron, 6711 Regents Blvd. W., Suite B, Tacoma, WA 98466-5421 |
| cr | + | Clever Capital, LLC, 630 VALLEY MALL PKWY, #157, East Wenatchee, WA 98802-4838 |
| cr | + | Douglas County PUD, C/O Kathryn R McKinley, Paine Hamblen LLP, 717 W Sprague Ave, Ste 1200 Spokane, WA 99201-3905 |
| cr | + | Giga Plex, LLC, Overcast Law Offices, PS, 23 S. Wenatchee Ave. Suite 320, C/O David A. Kazemba, Wenatchee, WA 98801-2263 |
| cr | + | Jun Dam, 237 Kearny #9096, San Francisco, CA 94108-4502 |
| cr | + | MLDC1, LLC, Overcast Law Offices, PS, C/O David A. Kazemba, 23 S. Wenatchee Ave. Suite 320, Wenatchee, WA 98801-2263 |
| cr | + | NC Machinery Co., 17035 West Valley Highway, Tukwila, WA 98188-5519 |
| intp | + | Nathan Welling, 340 S. Lemon Avenue, Unit 5807, Walnut, CA 91789-2706 |
| cr | | Neppel Electrical & Controls, LLC, Moses Lake, WA 98837 |
| cr | + | Non-Profit Creditors' Committee of WTT Token Holde, 12128 N Division St, #426, Spokane, WA 99218-1905 |
| cr | + | Port of Douglas County, Port of Douglas County, 1 Campbell Parkway, Suite D, East Wenatchee, WA 98802 UNITED STATES 98802-9290 |
| cr | + | Randy Michelson, Michelson Law Group, 220 Montgomery Street, Suite 2100, San Francisco, CA 94104 US 94104-3502 |

| | | |
|---|---|---|
| cr | | Washington State Taxing Agencies, Office of the Attorney General, Bankruptcy & Collections Unit, 800 Fifth Avenue Suite 2000, Seattle, WA 98104-3188 |
| 4076122 | + | 507 Capital LLC, P.O. Box #206, N. Stonington, CT 06359-0206 |
| 4036070 | | ANATOLY CHECHERIN, BEGOVAYA, 3, BUILDING 1, 36 FLOOR, MOSCOW, RUSSIA, ZIP 125284 |
| 4049050 | + | Aaron Krivitzky, 1810 Linson Ct SE, GRAND RAPIDS, MI 49546-6457 |
| 4039925 | + | Adam Schainblatt, 8809 Walking Stick Trail, Raleigh, NC 27615-4037 |
| 4050574 | + | Ahmed Shah, 12209 Youngdale Ave., Los Angeles, CA 91342-5263 |
| 4046823 | + | Alan Norman, 341 S. Maple Ave., Webster Groves, United States, Webster Groves, MO 63119-3841 |
| 4036238 | #+ | Alan Walnoha, 350 Gran Via, Apt 2067, Irving, TX 75039-0137 |
| 4050819 | | Alberto Jose Faria Camacho, Av. Garcilazo, Centro Polo 1, Torre A, p, apto 75. Colinas de Bello Monte. Caracas, Venezuela |
| 4047488 | | Aleksey Danishevsky, 450 Cloverly Lane, Horsham, PA 19044-1831 |
| 4039418 | + | Alex Filippov, 12 Sherborne Cir, United States, Ashland, MA 01721-2313 |
| 4049905 | + | Alex Kutas, 6761 Corral Circle, Huntington Beach, CA 92648-1532 |
| 4041810 | | Alex McVicker, 1489 Windsor River Road, Windsor, CA 95492-8987 |
| 4050820 | + | Allrise Financial Group, Joseph AG Sakay, 999 Third Avenue Suite 4600, Seattle, WA 98104-4084 |
| 4019761 | + | Amphenol Custom Cable, 3221 Cherry Palm Dr., Tampa, FL 33619-8359 |
| 4032866 | + | Andrea Sharp, 268 Bush Street #2520, San Francisco, CA 94104-3503 |
| 4035123 | + | Andrew Blyler, 603 W Washington St, Ann Arbor, MI 48103-4233 |
| 4039811 | | Andrew James, 46 Brock st S, Canada, Canada |
| 4037462 | | Andrew Mark Campbell-Boross, Florida 7, Aguadulce, Spain |
| 4052906 | + | Andrew Molitor, 760 S BARRINGTON AVE, APT 6, LOS ANGELES, United States, LOS ANGELES, CA 90049-4507 |
| 4047153 | + | Andrew Stock, 1870 East Nixon Avenue, Placentia, CA 92870-7444 |
| 4050872 | + | Andrew Thanh Quoc Le, 10702 Henderson Ave, Garden Grove, CA 92843-5261 |
| 4036261 | #+ | Andrey Kuzenny, 1687 Stone Canyon Rd., Los Angeles, CA 90077-1912 |
| 4033555 | | Antony Gisholt, 72 John Trundle Court, Barbican London EC2Y 8NE, United Kingdom |
| 4049049 | | Arthur N Marodis, 106 Southernwood Dr, Ladson, SC 29456-3940 |
| 4035865 | + | Bashar (Ben) Assad, 11714 Oak Knoll Dr, Austin TX 78759-3823 |
| 4019763 | + | Belyea Company, 2200 Northwood Ave., Easton, PA 18045-2208 |
| 4050708 | + | Benjamin E. Kelly, Law Office of Benjamin E. Kelly, 9218 Roosevelt Way NE, Seattle, WA 98115-2842 |
| 4041781 | + | Benjamin Russell, 971 Providence Pike, United States, Danielson, CT 06239-4003 |
| 4019764 | + | Bertha Goehner, 215 Eller St. SE, East Wenatchee, WA 98802-5325 |
| 4036092 | + | Bill Schmidt, 105 Julie Ann Ct., Cashmere, WA 98815-1316 |
| 4036115 | #+ | Blockchain Systems LLC, 124 W 60 St. Unit 29A, New York, NY 10023-7475 |
| 4036090 | + | Brandon Robinson, 1997 Tall Tree Dr, Atlanta, GA 30324-2723 |
| 4019765 | + | Brent Woodward, Inc., 14103 Stewart Rd., Sumner, WA 98390-9641 |
| 4039496 | + | Brian J Donn, 4254 SW 92nd Ave, Davie, FL 33328-2408 |
| 4049705 | + | Brian M Packard, 7191 96th St Ne, Monticello, United States, Monticello, MN 55362-2911 |
| 4040306 | | Bryan MacCallum, PO BOX 1704, Rivonia, 2128, South Africa |
| 4035630 | + | Bryant Johnson, 1360 WHITETAIL GLEN Ct, HEBRON, KY 41048-7965 |
| 4019766 | + | Busby International, Inc., PO Box 1457, Moses Lake, WA 98837-0225 |
| 4036093 | + | CARLOS ENRIQUE FERNANDEZ CASTELLANO, 5630 SW 163RD AVE, SOUTHWEST RANCHES, FL 33331-1446 |
| 4035625 | + | CT Freight USA Inc, 20202 Hwy 59 N, Humble, TX 77338-2400 |
| 4019769 | + | CTC Engineering, 2290 Bishop Circle East, Dexter, MI 48130-1564 |
| 4034926 | + | CTC Engineering, Inc., Bodman PLC, Attn: Harvey W. Berman, 201 South Division Street, Ste. 400, Ann Arbor, MI 48104-2259 |
| 4047565 | + | Caleb Koch, Forza2, 1000 N. Green Valley Pkwy Ste.440, #251, Henderson, United States, Henderson, NV 89074-6172 |
| 4036077 | + | Cameron Schmidt, 1204 COLUMBINE ST, WENATCHEE, WA 98801-6210 |
| 4036095 | + | Carlos Gagliano, 8200 Offenhauser Dr. 105G, Reno, NV, 89511, Reno, NV 89511-1717 |
| 4046971 | | Carmen J Hernandez G, CALLE LA PEDRERA RES VISTA PLAZA T B P 1, CARACAS, Venezuela, Venezuela |
| 4036114 | | Carmen Jacqueline Hernandez Guevara, CALLE LA PEDRERA RES VISTA PLAZA T B P 1, APT 15D Urb Guaicay, Baruta, Caracas, Zip code 1080, Venezuela |
| 4050832 | + | Castagneto Trading LLC, 3211 Kellen Circle, Nampa, ID 83686-8685 |
| 4035504 | + | Cesar Diaz, JRD Funding LLC, 8137 Malchite Avenue, Suite E, Rancho Cucamunga, CA 91730-3571 |
| 4050580 | | Charles F V DHAUSSY, 7B., Yardley Commercial Building, 3 Conn, Hong Kong |
| 4039142 | + | Chen Du, 3269 Range Ct, Mason, OH 45040-8741 |
| 4050194 | + | Chris Featherstone, 8450 54th Ave W, Mukilteo, WA 98275-3138 |
| 4050822 | | Christian Eichert, Emil-Klumpp-Str. 7, 74321 Bietigheim-Bissingen GERMANY |
| 4047466 | | Christian Schiffer, Meindlstrae 15, 81373 Munich, Germany |
| 4050573 | + | Clever Capital, LLC, 630 Valley Mall PKwy #157, Wenatchee, WA 98802-4838 |
| 4036065 | | Clinton Douglas Luckinbill, 1054 Waterleaf Way, San Jacinto, CA 92582-3020 |
| 4049113 | | Clinton F Sikes, 4206 Brazos Bend Dr, Pearland, TX 77584-5558 |
| 4036067 | + | Cody Forrest Quinn, 5920 Kimber Road, Cashmere, WA 98815-9526 |
| 4019767 | + | Consolidated Electric Dist. Inc., PO Box 398830, San Francisco, CA 94139-8830 |
| 4035164 | + | Consolidated Electrical Distributors, Inc., c/o Douglas R. Hookland, Attorney, Scott Hookland LLP, P.O. Box 23414, Tigard, OR |

| | | |
|---|---|---|
| | | 97281-3414 |
| 4038865 | | Craig Beech, Kingswood, Gorse Avenue, Littlehampton BN16 1SG, United Kingdom |
| 4039235 | | CryptoDigger LLC, 3476 E Tiffany Way, Gilbert, AZ 85298 |
| 4019768 | | Cryptonomos PTE Ltd, 1 Magazine Rd #04-11, Central Mall, Singapore |
| 4036262 | | Cryptonomos Pte Ltd., 1 Coleman Street, The Adelphi #08-07, Singapore 179803 |
| 4050140 | + | DUFFY KRUSPODIN, LLP, 21600 OXNARD ST. SUITE 2000, WOODLAND HILLS, CA 91367-4969 |
| 4043957 | | Daniel James Ryser, 7614 N AUDUBON ST., SPOKANE, WA 99208-8817 |
| 4050814 | | Danila Rusin, Gagarina, 5 liniya, 9a-6, Zlatoust, Chelyabinskaya oblast, Russia, 456219 |
| 4036073 | | Darren James Wurf, 2/41 Osborne Avenue, Glen Iris, Victoria 3146, Australia |
| 4047461 | + | Daryl Olsen, 270 W 1450 N, United States, Centerville, UT 84014-3308 |
| 4019770 | + | Dave Carlson, 630 Valley Mall Parkway, #157, East Wenatchee, WA 98802-4838 |
| 4036079 | + | David J Lutz, 916 Confidence Dr, Longmont, CO 80504-8526 |
| 4049628 | + | David Kazemba, Overcast Law Offices, PS, 23 S. Wenatchee Ave. Suite 320, Wenatchee, WA 98801-2263 |
| 4047771 | + | David Mitchell, 1410 Riverview Rd, Crescent, PA 15046-5428 |
| 4036801 | | David Tychsen-Smith, 13 Dobson Place, Watson, ACT 2602, Australia |
| 4046514 | | Denis Veselovsky, 125252 Russia, Moscow, Zorge st, 28, 52, Russia |
| 4050575 | + | Dmitry Khusidman, 70 Oceana Drive West, Apt. 4-A, Brooklyn, NY 11235-6674 |
| 4036220 | + | Donald J. Enright, 1101 30th Street Northwest, Suite 115, Washington 20007-3740 |
| 4050823 | + | Donald J. Sullivan, 4646 Los Poblanos Circle NW, Los Ranchos de Albuquerque, NM 87107-5555 |
| 4031300 | + | Doug Black, 225 Linda Lane, Wenatchee, WA 98801-6010 |
| 4036066 | + | Douglas Berger, 371 Catskill Ct., Mahwah, NJ 07430-2736 |
| 4019771 | + | Douglas County PUD, PO Box 1119, Bridgeport, WA 98813-1119 |
| 4033384 | + | Drew Behrens, 525 N Larch Ave., East Wenatchee, WA 98802-5047 |
| 4019772 | + | EAN Services, LLC, Mary E Bushyhead, 14002 E 21st St, Suite 1500, Tulsa, OK 74134-1424 |
| 4035866 | + | ECO Diversified Holdings, Inc., 4625 West Nevso Dr Suite 2, Las Vegas, NV 89103-3763 |
| 4066683 | + | Edmund Lee, 4364 Calle Mejillones, SAN DIEGO, United States, SAN DIEGO, CA 92130-4818 |
| 4019773 | | Eduard Khaptakhaev, Lenkinkkgradsky pr-t 76/1/49, Moscow, Russia |
| 4036069 | | Eero Koskinen, Niittypolku 21, 02460 Kantvik, Finland, Finland |
| 4040495 | + | Elisa U, 2405 Acacia St., Richardson, TX 75082-3319 |
| 4035179 | + | Emerald City Statewide LLC, c/o Pepple Cantu Schmidt PLLC, 1000 Second Ave Suite 2950, Seattle, WA 98104-3604 |
| 4037658 | | Emil Petrov Stanev, 41 Dorostol street, Ruse, 7004 Ruse, Bulgaria |
| 4049707 | + | Eric Ferrari, 8962 Forked Creek Way, Elk Grove, CA 95758-5732 |
| 4033937 | + | Ernesto Pedrera, 7601 E Treasure DR, apt 1023, apt 1023, North Bay Village, FL 33141-4362 |
| 4019774 | + | Evansont Insurance Carrier, c/o Mitchell, Reed & Schmitten Ins., PO Box D, Cashmere, WA 98815-0515 |
| 4019775 | #+ | Executive Flight, 1 Campbell Pkwy, East Wenatchee, WA 98802-9290 |
| 4034765 | + | Executive Flight, Inc., Scott R. Weaver, Carney Badley Spellman, 701 5th Avenue Ste 3600, Seattle, WA 98104-7010 |
| 4019776 | + | Fastenal Company, PO Box 1286, WInona, MN 55987-7286 |
| 4019777 | | FedEx Corporate Services Inc, as Assignee of FedEx Express/Ground/Frei, 3965 Airways Blvd, Module G, 3rd Floor, Memphis TN 38116-5017 |
| 4043570 | | Filip Scheperjans, Pellonperntie 1 B, 00830 Helsinki, Finland |
| 4048072 | + | Forza 2, 1000 N. Green Valley Pkwy Ste.440, #251, Henderson, United States, Henderson, NV 89074-6172 |
| 4046497 | | Frank Daniel, Zollstrasse, 22, Mhring, Deutschland, Zollstrasse, 22 95695 Mhring Germany |
| 4084314 | + | Frankie Guerra, 1812 E Oakland Park Blvd Apt 32, United States, Oakland Park, FL 33306-1126 |
| 4038890 | | Franz Alliod, 176, route de la cendire, 01630, Saint Jean de Gonville, Ain, France |
| 4049035 | + | Fred Nolte, 10812 La Batista, Fountain Valley, CA 92708-3943 |
| 4049026 | | Gennady Zhilyaev, C. De Les Grandalles, Edif. Xalet, 4T 3A, AD 300 D'Ordino, Andorra |
| 4047863 | | George Sorin Lascu, str. Calugarului 16, 077151 Balteni, Ilfov, Romania |
| 4029692 | | Georgios Lignos, 25 Kritis Str., 12243 Egaleo, Greece |
| 4019778 | + | Giga Plex LLC, 7906 Randolph Rd., Moses Lake, WA 98837-5122 |
| 4049629 | + | Giga Plex, LLC/MLDC1, LLC, Overcast Law Offices, PS, 23 S. Wenatchee Ave. Suite 320, Wenatchee, WA 98801-2263 |
| 4019779 | | Gigawatt PTE Ltd Attn Mikhaylyuta, 1 Magazine Rd #04-11, Central Mall, Singapore |
| 4036263 | | Gigawatt Pte Ltd., 1 Coleman Street, The Adelphi #08-07, Singapore 179803 |
| 4036212 | + | Gleb Nesis, 3419 IRWIN AVE, Apt 708, BRONX, NY 10463-3754 |
| 4036846 | | Glen Allan Bradley, Lerstadveien 250, 6014 Alesund, Norway |
| 4049432 | | Grant Herholdt, 5 York Avenue, Craighall Park, 2196, South Africa, 2196 |
| 4036022 | | Grigory Klumov, Balaklavsky avenue 12-3-93, 117639, Moscow Russia |
| 4044728 | + | Gronski, Jeffrey G & Robin L, 711 4th St S, Wisconsin Rapids WI 54494-4310 |
| 4071751 | | H.J. van Nuijssenborgh, Patrimoniumlaan 126, 3904AH Veenendaal, The Netherlands |
| 4019780 | + | H2 Pre-cast, Inc, 3835 N. Clemons St., East Wenatchee, WA 98802-9408 |
| 4036099 | | Hans-Peter Edenstrasser, Rupert Hagleitner Strasse 1d 54, 6300 Woergl , Tirol, Austria, 6300 Woergl, Tirol, Austria |
| 4036241 | | Hashvin Daryanani, 56B Seroe Blanco, Box# 393, Oranjesatad, Aruba, Aruba |
| 4033383 | + | Heather Mulhall, 312 N NEWTON AVE, EAST WENATCHEE, WA 98802-8444 |
| 4071809 | + | Helen Erskine, P O Box 1745, United States, Topanga, CA 90290-1745 |

| | | |
|---|---|---|
| 4036518 | | Hiroaki Yamamoto, 119-4 Nishikitsuji street, Asahi Plaza Arbonate Nara One #606, Nara, Japan 630-8325 |
| 4037104 | | Howard Jones, 21 Sandiways Road, Wallasey, WIRRAL, United Kingdom, CH45 3HJ |
| 4050831 | | Humera Surti, 2200 Russet Cresent, Burlington, ON, Canada L7L6Z2 |
| 4046202 | #+ | Ian M Kennedy, 2620 Fairmount St., Colorado Springs, CO 80909-2032 |
| 4036240 | + | Igor Martirosian, 36 Washington Avenue 2nd Floor, Cliffside Park, NJ 07010-3025 |
| 4036561 | | Ilja Filipovs, Staiceles iela 13-11, Riga, Latvia, LV-1, Staiceles iela 13-11, Riga, Latvia, LV-1 |
| 4036021 | | Intelliapps Ltd, Unit 272 CoLab Center, Port Road, Letterkenny CO Dongal EIRCODE F92 RKC7, Ireland |
| 4034909 | + | Interflow LLC, 5465 S Dorchester, CHICAGO, IL 60615-5316 |
| 4036082 | | Ioannis Violidakis, Kimonos 11, Athens, Greece, P.Code: GR-10441 |
| 4036089 | | Ivan Marcak, Dlouha Trida 474/25, 73601 Havirov, Czech Republic |
| 4019781 | + | JDSA, PO Box 1688, Wenatchee, WA 98807-1688 |
| 4035639 | | Jacqueline Bussey, Percheron, Goudhurst Road, Cranbrook TN17 2PN, United Kingdom |
| 4050529 | | Jaime Dario Mejia Martinez, Calle 44 No 10E - 11 La Victoria, Barranquilla, Atlantico - Colombia |
| 4048118 | + | James Bullis, 4701 NE 72nd ave, Apt 141, VANCOUVER, United States, VANCOUVER, WA 98661-8103 |
| 4050528 | + | James C Lutz, 609 Long Leaf Dr, Chapel Hill, NC 27517-3039 |
| 4050449 | | James King, 1b Links Court, Langland Bay Road, Swansea, SA3 4QR, United Kingdom |
| 4050753 | + | James MacCornack, 1002 Bel Aire, Roswell, NM 88201-7715 |
| 4040160 | | Jan Faltys, Slavkova 29, Praha 2 - 12000, Czech Republic |
| 4048857 | + | Jann So, 1211 SW 5th Ave, #1000, Portland, OR 97204-3710 |
| 4050834 | | Jared Morrissey, 59 Rue Trudeau, Chteauguay, Quebec, J6J1M2, Canada |
| 4039406 | | Jay Robert Stahle, 838 Campfire Dr, United States, Fort Collins, CO 80524-1991 |
| 4035900 | + | Jeffers, Danielson, Sonn & Aylward, P.S., 2600 Chester Kimm Rd, Wenatchee, WA 98801-8116 |
| 4039408 | | Jeffrey Alan Moody, 2528 Forest Oaks Point, Colorado Springs, CO 80906-5822 |
| 4035730 | + | Jeffrey C Lutz, 916 Confidence Dr, LONGMONT, CO 80504-8526 |
| 4035399 | | Jeffrey Chin, 42 Pepper Tree Road, Lidcombe NSW, Sydney Australia |
| 4049892 | + | Jeffrey Kutas, 6761 Corral Circle, Huntington Beach, CA 92648-1532 |
| 4039416 | | Jeffrey Waldock, Tomaschekstrasse 30, A-1210 Vienna, Austria |
| 4040439 | + | Jesse Samuel Wheeler, 3601 Stillman Blvd, Tuscaloosa, AL 35401-2601 |
| 4031185 | | Jessica Langis, PO BOX 398, Dryden, WA 98821-0398 |
| 4035632 | + | John Guille, 690 Covington Dr NW, Calabash, NC 28467-1892 |
| 4049112 | + | John Hartleib, 17931 Shoreham Lane, Huntinngton Beach, CA 92649-4849 |
| 4054213 | + | John Heinitz, 1210 2nd st se, East Wenatchee, United States, East Wenatchee, WA 98802-5526 |
| 4040440 | + | John Kowalski, 100 Tansboro Rd, Unit B, Berlin, NJ 08009-1959 |
| 4050830 | + | John Rodriguez, 2688 W. 12th Place, Yuma, AZ 85364-4258 |
| 4036086 | + | John Scevola, 8768 SW Iroquois Drive, Tualatin, OR 97062-9304 |
| 4035638 | + | John T. Winslow, 5544 Las Virgenes Road #99, Calabasas, CA 91302-3446 |
| 4047894 | | Jonathan B. Alter, The Travelers Companies, Inc., 1 Tower Square, MS04, Hartford, CT 06183-1050 |
| 4034354 | + | Jonathan Gould, 924 Hale Avenue, BROOKSVILLE, FL 34601-3642 |
| 4036080 | + | Jonathan J Lutz, 916 Confidence Dr, Longmont, CO 80504-8526 |
| 4050835 | + | Jonathan Wilson, 118 Indian Valley Dr, Cherokee, NC 28719-4541 |
| 4047465 | | Jordi Grau, C/ Sant Jordi, 12-3-1, 08500 - VIC, SPAIN |
| 4036219 | | Jose A. Herrera, 12801 Philadelphia Street, Suite B, Whittier, CA 90601-4126 |
| 4044145 | + | Jose Luis Blanco, 9307 Castlegap Dr., Spring, TX 77379-4299 |
| 4036137 | + | Joseph Brodsky, 656 St.Nicholas av #35, New York, NY 10030-1086 |
| 4039710 | + | Joseph M Dunn, 1105 Colonial Drive, Alabaster, AL 35007-9309 |
| 4050085 | | Joseph Smits, westerlanderweg 40, Westerland 1778KL Westerland, The Netherlands |
| 4050247 | + | Joshua Hester, 1115 California St, Oceanside, CA 92054-5919 |
| 4050087 | | Joshua Mapperson, 92 Oakbank Boulevard, Whittlesea 3757, AUSTRALIA |
| 4036071 | | Juan Bautista Ibarra Arana, Calle 66 #510, Resid. La Carana, Piedades, Santa Ana, San Jose, Costa Rica |
| 4035774 | + | Julian Heere, 500 J Street 1703, Sacramento, CA 95814-2335 |
| 4035412 | + | Jun Dam, 2116 L Street No. 2, Antioch, CA 94509-3434 |
| 4036096 | + | Jung H. Cho, 320A 7th St, Palisades Park, NJ 07650-2277 |
| 4050585 | + | KYLE WHEELAN, 7975 ORCHARD PATH RD, COLORADO SPRINGS, CO 80919-2925 |
| 4050829 | | Kamran Beg, 2200 Russet Cres, Burlington, ON, L7L 6Z2, Canada, 2200 Russet Cres, Burlington, On, Canada |
| 4019782 | + | Kelly Imaging, PO Box 660831, Dallas, TX 75266-0831 |
| 4047566 | | Ken Li Koh, Unit 2, 137 Hull Road, Croydon VIC 3136, Australia |
| 4034896 | + | Kenneth D McCoy, 1401 Woodstock Way, #103H, Bellingham, WA 98226-3577 |
| 4050707 | + | Kevin Reinsch, 3100 Pearl Parkway A317, Boulder, CO 80301-2453 |
| 4040382 | + | Keyhole Security Inc, 708 S Wenatchee Ave, Wenatchee, WA 98801-3072 |
| 4045729 | | Khurshid Alam, Unit-2,65 Church Street,West Tamworth, 2340,NSW, Australia, Unit-2,65 Church Street,West Tamworth,23 |
| 4036072 | | Koji Michiwaki, Zip code:428-0313, Shizuoka-ken Haibara-gun Kawanehon-cho, Kaminagao 380-3 Japan |
| 4044491 | + | Koombea Inc., Mark D Taylor, VLP Law Group, LLP, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 4036120 | + | Krishna Karthik Reddy Adapala, 5106 Kino Ct, Dublin, CA 94568-8719 |

| | | |
|---|---|---|
| 4049110 | #+ | Kyle Spesard, 625 N. Hawk St., Palatine, IL 60067-3535 |
| 4027848 | + | Larry D. Gerbrandt, 141 Seely Ave, Aromas, CA 95004-9501 |
| 4036984 | + | Larry Eugene Baggs, 1502 Sharon Drive, Duncanville, TX 75137-4014 |
| 4034908 | | Lasse Kaihlavirta, Piiriniitynkatu 4 H 3, Tampere 33340, FINLAND |
| 4036521 | | Laurent HAMERS, Avenue Van Beethoven 24, 1331 Rosieres, Belgium |
| 4034088 | + | Lee E. Woodard, Harris Beach PLLC, 333 West Washington St., Suite 200, Syracuse, NY 13202-5202 |
| 4049122 | | Leon de Fleuriot de la Coliniere, 16 Rankdoring Avenue, Johannesburg, South Africa |
| 4019784 | + | Leonid Markin, 714 North Rexford Dr., Beverly Hills, CA 90210-3314 |
| 4050306 | | Leslie Hibbard, PO BOX 2067, Chelan, WA 98816-2067 |
| 4051921 | | Levi, street: Vinkenhof 7, postal code: 4332 DM, Country: The Netherlands, Levi Illis |
| 4034089 | + | Lexon Insurance Company, Harris Beach PLLC, Attn: Lee E. Woodard, 333 West Washington St., Suite 200, Syracuse, NY 13202-5202 |
| 4046226 | + | Li Liang, 1272 Glen Haven Dr, San Jose, CA 95129-4103 |
| 4019785 | + | Lighthouse (formerly Discovia), 250 Montgomery St., Suite 300, San Francisco, CA 94104-3428 |
| 4047743 | + | Likuo Lin, 1192 Queen Ann Dr, Sunnyvale, CA 94087-2239 |
| 4050089 | + | Lodog Corp, Mark Weitzel, President, 15460 W 199th ST, spring hill, KS 66083-8528 |
| 4036527 | #+ | Lucas Velasquez, 497 Lake Cameron Dr., Pike Road, AL 36064-3959 |
| 4047800 | + | Luis Alberto Flores Ezparza, PO Box 4161, Wenatchee, WA 98807-4161 |
| 4036023 | | Luke McIntyre, 4 Rose Road, Grey Lynn, Auckland 1021, New Zealand |
| 4034356 | ++++ | MICHAEL RUSSO, 13022 CONVENT GARDEN RD, WEEKI WACHEE FL 34613-3868 address filed with court:, Michael Russo, 10310 WREN ROAD, WEEKI WACHEE, FL 34613 |
| 4019786 | + | MLDC1 LLC, 7906 Randolph Rd., Moses Lake, WA 98837-5122 |
| 4036064 | + | Marc Joyce, 4404 Highland Ave. Apt. C, Manhattan Beach, CA 90266-3094 |
| 4049111 | | Mark Ellis, Flat 19 Rainier Apartments, 43 Cherry Orchard Road, Croydon, CR06FA, United Kingdom |
| 4047721 | + | Mark R. Shapland, 18119 Bent Ridge Drive, Wildwood, MO 63038-1439 |
| 4050086 | + | Mark Vange, 10315 E Shangri La Rd, Scottsdale, AZ 85260-6375 |
| 4036094 | | Matteo Romani, Via Flaminia 66, fossombrone, WA 61034 |
| 4040202 | + | Matthew Hine, 2405 Acacia St., Richardson, TX 75082-3319 |
| 4036078 | + | Matthew R Lutz, 916 Confidence Drive, Longmont, CO 80504-8526 |
| 4036102 | | Mazaeva Maria, Shokalskogo proezd, h.4 app.44, 127642, Russia, Moscow |
| 4036221 | + | McVicker, Moss, Balestra, et al in class action, Levi & Korsinsky, LLP, 1101 30th Street Northwest, Suite 115, Washington, DC 20007-3740 |
| 4037279 | + | Melissa Spillman, 612 Bois d Arc Ln, Franklin, TN 37069-4762 |
| 4034337 | + | Melvin White, 6091 GOLDDUST RD., Brooksville, FL 34609-8705 |
| 4046972 | + | Michael Bendett, 7606 Lexington Lane, Parkland, FL 33067-1622 |
| 4041434 | | Michael Bhagat, 1169 S. Calle Del Norte Dr., Pueblo West, CO 81007-1907 |
| 4047703 | #+ | Michael Chu, 1113 8th Ave W, Seattle, WA 98119-3439 |
| 4037169 | + | Michael Detrinidad, 726 Balsam Dr, Newman, CA 95360-9522 |
| 4036169 | + | Michael Ilyankoff, 7425 156TH ST SE, SNOHOMISH, WA 98296-8771 |
| 4050418 | + | Michael LaFontaine Jr, 321 Napa Valley Dr, Milford, MI 48381-1053 |
| 4045776 | + | Michael Papenfuse, 1291 Queensway, United States, Lake Isabella, MI 48893-9356 |
| 4039369 | + | Michael Wagner, 1253 Rock Hills St. Unit 102, Las Vegas, NV 89135-3576 |
| 4036522 | | Mikhail Filippov, 2713 Prospect Street, Framingham, MA 01701 |
| 4049431 | | Mikhail Meshkov, Metallurgov ul. 11-52, Moscow, Russia, 111401 |
| 4046225 | | Mohammad Mehdi Toozhy, 11 Justus Dr., Richmond Hill, Ontario L4c9z4, Canada, 11 justus dr. Richmond hill Ontraio L4c9 |
| 4029252 | + | Molly Hunter, 4347 Anna Lane, Wenatchee, WA 98801-9034 |
| 4036098 | | Mr Alexander Garnock, 13 Buttfield St Coombs ACT, 2611 Australia, 13 Buttfield St Coombs ACT Canberra Aust |
| 4050450 | | Mr Touboul, 59 RUE DE DE MARIGNAN, ST MAUR DES FOSSES, France |
| 4034545 | #+ | Mr. Matthew Eugene Risen, 1935 Legacy Place SE, East Wenatchee, WA 98802-9162 |
| 4019787 | + | NC Machinery, PO Box 58201, Tukwila, WA 98138-1201 |
| 4030256 | | NC Machinery Co., Danial D. Pharris, 601 Union STreet Ste. 2600, WA 98101 |
| 4019789 | + | NW Handling Systems, PO Box 749861, Los Angeles, CA 90074-9861 |
| 4036101 | + | Nathan Welling, 1887 Whitney Mesa Dr #5807, Henderson, NV 89014-2069 |
| 4040093 | | Neil Hutchings, 5 Bedwas Close, St. Mellons, Cardiff. CF3 0HP. United Kingdom |
| 4048338 | + | Nelson Prada, 323 Sonoma Dr, Pooler, GA 31322-9792 |
| 4019788 | + | Neppel Electric, 4703 Kelly Place, Moses Lake, WA 98837-4306 |
| 4035259 | | Nitin Limaye, 401 Manorath Apartments, 9-B Pratapgunj Society, Vadodara 390002,, India |
| 4050576 | + | Niva Johnson, 119 Ridgmar Trail, Hendersonville, TN 37075-9629 |
| 4033065 | + | Our Botanicals Worldwide LLC, 8 The Green, Suite #7123, Dover, DE 19901-3618 |
| 4057651 | + | PAUL ORLOFF, 7909 Van Nuys blvd, Van Nuys, CA 91402-6073 |
| 4036097 | | PHAM SONG TOAN, Toneyama 2-5-6, Toyonaka, Osaka, Japan |
| 4036116 | | Pablo Hernandez Guevara, Calle Este Res Mi Refugio P 9 Apto. 9A, Urb. Manzanares Caracas Venezuela, Zip code 1070 |
| 4048064 | | Pablo V Hernandez G, Calle Este Res. Mi Refugio P9 Apt 9A, Urb. Mazanares Caracas Venezuela 1070 |
| 4019790 | + | Pacific Northwest Infrastructure In, PO Box 3363, Wenatchee, WA 98807-3363 |

| ID | Flags | Name / Address |
|---|---|---|
| 4022330 | | Pacific Northwest Infrastructure Inc, PO Box 3363, Wenatchee, WA 98807-3363 |
| 4035131 | + | Pamela M Egan, Paul H Beattie, CKR Law LLP, 506 2nd Avenue, 14th Floor, Seattle, WA 98104-2343 |
| 4035571 | | Path of Four Winds, LLC, 3638 Lake Breeze Lane, Crosby, TX 77532-7202 |
| 4036218 | + | Patrick Blount, 848 N Rainbow Blvd, Suite 1800, Las Vegas, NV 89107-1103 |
| 4050821 | + | Paul A. Barrera, 17713 15th Ave NE, Ste 101, Shoreline, WA 98155-3839 |
| 4035864 | + | Paul A. Barrera, North City Law, PC, 17713 15th Ave NE, Suite 101, Shoreline, WA 98155-3839 |
| 4048597 | | Paul W Reinsch Jr, 7 Salvatierra Trace, Hot Springs Village, AR 71909-7707 |
| 4050865 | | Per Martin Sundberg, Calcada de santo andre 33 Bloco2 Letra F, 1100-495, Lisbon Portugal |
| 4037393 | #+ | Peter Mooney, 506 Felicia St, Durham, NC 27704-6213 |
| 4050092 | + | Phil A Dinwiddie, 28122 Vine Cliff, Boerne, TX 78015-4881 |
| 4047467 | | Philip N McCollum, 14391 Warren St, Westminster, CA 92683-5187 |
| 4049114 | | Piervanni Ugolini Mugelli, Via di Nizzano, 2, Impruneta, 50023, Florence, Italy |
| 4019792 | #+ | Port of Chelan, 238 Olds Station Rd #A, Wenatchee, WA 98801-8131 |
| 4036542 | | Port of Douglas, 643 Billingsly Dr. SE, East Wenatchee, WA 98802 |
| 4019793 | + | Port of Douglas County, Davis Arneil Law Firm c/o David R Law, 617 Washington St, Wenatchee, WA 98801-2600 |
| 4055446 | + | Prija Phaphouampheng, 5115 16th Street, A, Santa Ana, United States, Santa Ana, CA 92703-1190 |
| 4043379 | + | Quark LLC, 4283 Express Lane, Suite 3842-078, Sarasota, FL 34249-2602 |
| 4040363 | | RAVJI PATEL, 16 home mead, United Kingdom, HA7 1AF |
| 4050811 | + | RICHARD BLOMQUIST, 1425 BROADWAY #23240, SEATTLE, WA 98122-3854 |
| 4049048 | | Radomir Kalinin, Stanyukovicha, 54G-55, Vladivostok city (Zip code 690003), Russia, Stanyukovicha, 54G-55, Vladivostok city, |
| 4019794 | + | Raritan, 400 Cottontail Lane, Somerset, NJ 08873-1238 |
| 4039924 | + | Raritan, Inc., c/o Drinker Biddle & Reath LLP, Attn: Frank Velocci, 600 Campus Drive, Florham Park, NJ 07932-1096 |
| 4035945 | + | Refael Sofair, individually and on, behalf of all others similarly situated, c/o John A. Knox, Williams Kastner & Gib, 601 Union Street, Suite 4100, Seattle, WA 98101-1368 |
| 4050828 | + | Richard Shew, 157 Slatewood Ct., Bethel Park, PA 15102-2242 |
| 4045104 | | Richard Wulliens, Rue de l'Eglise 13a, 1958 St Lonard, CH - Switzerland |
| 4036119 | | Rietveld Global Business Group B.V., Postbus 9607 (Box G58), 1006 GC, Amsterdam, The Netherlands |
| 4047582 | + | Robert B Decker, 918 CONFIDENCE DR, LONGMONT, United States, LONGMONT, CO 80504-8540 |
| 4036081 | | Robert Ilievski, Nypongatan 18, 212 31 Malmo, Skane, Sweden |
| 4037168 | + | Robert J. Hoyer, 5940 Daltry Ln, United States, Colorado Springs, CO 80906-7802 |
| 4043574 | + | Robert Russell, 971 Providence Pike, United States, Danielson, CT 06239-4003 |
| 4050088 | + | Roger L. Sutton, 716 Contessa, Irvine, CA 92620-1724 |
| 4039412 | | Rolf Jakobsen, Wessels Gate 25C, H0202, Norway |
| 4030720 | #+ | Ronald Richard Johns, Jr., 354 Clear Springs Hollow, Buda, TX 78610-2740 |
| 4035356 | + | Roosevelt Scott, 802 Hawk View Court, Fairview Heights, IL 62208-2967 |
| 4039955 | + | Ross Shrestha, 1259 N Lakeview Dr, palatine, IL 60067-2092 |
| 4042832 | | Ross Tavakoli, 8 Oakfield Close, Alderley Edge, Cheshir, England, United Kingdom |
| 4036100 | | Ruben del Muro, 1923-1 Nishidera, Kikuchi, Kumamoto, 861-1323, Japan |
| 4028334 | + | SCOTT ALAN WILSON, 9303 WAVING FIELDS DR, HOUSTON, TX 77064-4557 |
| 4019795 | + | Schmitt Electric, 1114 Walla Walla Ave., Wenatchee, WA 98801-1525 |
| 4035807 | + | Scott Glasscock, 229 Craft Road, Brandon, FL 33511-7588 |
| 4050826 | + | Scott Paul, 1100 SW 7th St, Renton, Renton, WA 98057-2939 |
| 4035684 | + | Scott R. Weaver, Carney Badley Spellman P.S., 701 5th Ave, Ste 3600, Seattle, WA 98104-7010 |
| 4034764 | + | Scott R. Weaver, Carney Badley Spellman, P.S., 701 Fifth Avenue, Suite 3600, Seattle, WA 98104-7010 |
| 4049981 | | Sergiy Dzvonyk, 28, Yaroslavov Val str., ap.29, Kiev - 01034, Ukraine |
| 4038864 | | Serhii Komar, Alexandra Nevskogo 35, ap. 55, Odessa, Ukraine, 65088 |
| 4043562 | | Shaun Leech, 49a winfiled road, Balwyn North, Victoria Australia 3144 |
| 4041890 | | Shawn Jackson Dyck, 40100 Willow Crescent, Apt 308, Squamish, BC, V8B0L8, Canada |
| 4019796 | + | Show Me Cables, 115 Chesterfield Industrial Blvd., Chesterfield, MO 63005-1219 |
| 4035235 | + | Sinh Du, 818 SW 3rd Ave #221-2313, Portland, OR 97204-2405 |
| 4044493 | | Smeets Gert, Sapstraat 40, Grote Spouwen, Belgium, Belgium |
| 4036026 | | Stefano Musumeci, Uuslinna tn 9/4-52, 11415 Tallinn, Estonia |
| 4048348 | | Steve Delassus, 215 Avenue Marcel Anthonioz, 01220 DIVONNE LES BAINS, France |
| 4047462 | | Steven William Sweeney, 7 LENT CRESCENT, BRAMPTON, ONTARIO L6Y 5E5, CANADA |
| 4033330 | + | Susan Ramaker, PO Box 3272, ., Wenatchee, WA 98807-3272 |
| 4019798 | + | TNT Business Complexes LLC, 380 Leslie Way, East Wenatchee, WA 98802-5624 |
| 4049588 | | Takeshi Kawai, 3-9-2-403 Shimorenjaku, Mitaka City, Tokyo, 181-0013, Japan |
| 4035640 | + | Talos Construction LLC, Todd Reuter, Foster Pepper PLLC, 618 W Riverside Ave, Suite 300, Spokane, WA 99201-5102 |
| 4019797 | + | Talos Construction, LLC, PO Box 2607, Chelan, WA 98816-2607 |
| 4036196 | | Taverne Kevin, 13 rue kipling, 91540 Mennecy , France |
| 4048066 | | Theatherstrasse 27c, Theaterstrasse 27c, 8400 Winterthur, Switzerland |
| 4036084 | | Theocharis Aslanidis, Doridos 44, 12242 Egaleo, Greece |
| 4039950 | | Thomas Mehlitz, SolRide GmbH, Yburgstr. 18, Germany, Germany |

| | | |
|---|---|---|
| 4019799 | + | Total Employment Management, 723 W. Broadway, Moses Lake, WA 98837-1920 |
| 4019800 | + | Town Toyota Center, 1300 Walla Walla, Wenatchee, WA 98801-1529 |
| 4047895 | | Travelers Property Casualty Co. of America, Jonathan B. Alter, Esq., 1 Tower Square, MS04, Hartford, CT 06183-1050 |
| 4050143 | + | Travis Hibbard, PO Box 2607, Chelan, WA 98816-2607 |
| 4019801 | + | Treehouse Technology Group, LLC, 300 Bedford Street, Unit 214, Manchester, NH 03101-1102 |
| 4033651 | + | Tuomas J Karjalainen, 7601 E treasure DRIVE, APT 1023, APT 1023, North Bay Village, FL 33141-4362 |
| 4034544 | + | Tyler Domer, 91 NE 17 St, East Wenatchee, WA 98802-4147 |
| 4019802 | + | UPS, 28013 Network Place, Chicago, IL 60673-1280 |
| 4019803 | + | US Customs, PO Box 979126, St. Louis, MO 63197-9001 |
| 4054076 | + | US Customs and Border Protection, Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr Suite 100, Indianapolis, IN 46278-2010 |
| 4050597 | #+ | Vanessa Pierce Rollins, 123 Springhill Drive, East Wenatchee, WA 98802-8560 |
| 4050833 | | Vyacheslav Levin, 4A Stoke Row, Coventry,Westmidlands, CV2 4JQ, UK |
| 4020087 | | Washington Employment Security Dept, PO Box 9046, Olympia, WA 98507-9046 |
| 4020088 | | Washington State Labor & Industries, PO Box 44170, Olympia, WA 98504-4170 |
| 4036076 | | Wilhelmus Appel, Lupinelaan 15, 5582 CG Waalre, The Netherlands |
| 4049701 | + | William M Patton, 6821 Sky Circle, United States, Anchorage, AK 99502-3979 |
| 4047722 | + | William Stephen Davis, 7281 Rooses Drive, Indianapolis, IN 46217-7411 |
| 4050864 | + | William Tran, 403 W Ramona Rd, Alhambra, CA 91803-3548 |
| 4076123 | + | Winland Credit Partners LLC, P.O. Box #206, N. Stonington, CT 06359-0206 |
| 4047886 | | Wong Chun Ming, Sham Shui Po,Fuk Wing st 133, Flat A 10/F 5/Block Golden Bldg, Hong Kong, Sham Shui Po,Fuk Wing st 133 Flat A 10/F |
| 4039192 | + | Xiaoming Lu, 3269 Range Ct, Mason, OH 45040-8741 |
| 4036818 | | Yuet Choi Cheng, 22F Nam Hoi Mansion, Taikoo Shing, HONG KONG |
| 4036112 | | Yurii Kuzmin, 10-B, Urozhaynaya str.,, Odessa, 65016, Ukraine |
| 4050091 | | caleb maistry, Van hoof street, 2 willow view estate, r, Gauteng,Johannesburg, South Africa |
| 4048058 | | elieshay touboul, amos 221, tekoa, Israel, israel |
| 4036025 | | fabio todeschini, 16 via gran san bernardo, milan, italy |
| 4050572 | | hari krishna prasad menta venkata, 116 CANADIAN LAKES BLVD, CANADIAN, BALLARAT, Australia, 116 canadian lakes blvd, canadian, 3350 |
| 4050582 | | lior sharabi, eshkolit 28/22 - Pardes Hana - Israel, eshkolit 28/22 - Pardes Hana - Israel |
| 4046119 | | ljupco nikolovski, mercurius 15, 1188 GA, Amstelveen, Holland |
| 4035869 | | mathias brachet, darwingasse 37, top 1, 1020 Vienna, Austria |
| 4036063 | + | nick nguyen, 3411 Greentree Dr, Falls Church, VA 22041-1405 |
| 4042732 | #+ | pamelyn chee, po box 18771, United States, los angeles, CA 90018-0771 |

TOTAL: 379

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustp.region18.sp.ecf@usdoj.gov | Oct 02 2020 04:34:00 | Gary W Dyer, U S Trustee's Office, 920 W Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| aty | | Email/Text: diana@rieslawfirm.com | Oct 02 2020 04:34:00 | Christopher F Ries, Ries Law Firm, 312 Balsam Suite D, P O Box 2119, Moses Lake, WA 98837 |
| aty | | Email/Text: diana@rieslawfirm.com | Oct 02 2020 04:34:00 | Christopher F. Ries, Ries Law Firm, P.S., Post Office Box 2119, Moses Lake, WA 98837 |
| smg | | EDI: WADEPREV.COM | Oct 02 2020 06:13:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: ustp.region18.sp.ecf@usdoj.gov | Oct 02 2020 04:34:00 | US Trustee, US Court House, 920 W Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| 4034317 | | Email/Text: brandon@barcodestalk.com | Oct 02 2020 04:34:00 | Brandon Gordon, 601 Seven Oaks Ct, Brooksville, FL 34601 |
| 4039509 | | Email/Text: MGilman@ep2.com | Oct 02 2020 04:34:00 | Electrical Power Products, Inc., 4240 Army Post Rd, United States, Des Moines, IA 50321 |
| 4030222 | + | Email/Text: legal@fastenal.com | Oct 02 2020 04:34:00 | Fastenal Company, 2001 Theurer Blvd., ATTN: Legal Dept., Winona, MN 55987-9902 |
| 4020085 | | EDI: IRS.COM | Oct 02 2020 06:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| 4036140 | + | Email/Text: diana@rieslawfirm.com | Oct 02 2020 04:34:00 | Neppel Electrical & Controls, LLC, c/o Ries Law Firm, P.S., P.O. Box 2119, Moses Lake, WA 98837-0519 |
| 4019791 | | Email/Text: acctsrec@parkercorporation.com | Oct 02 2020 04:34:00 | Pacific Security, 2009 Iron St., Bellingham, WA 98225 |
| 4026735 | + | EDI: WADEPREV.COM | Oct 02 2020 06:13:00 | WA Department of Revenue, Attn: Sam Seal, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 4020086 | | EDI: WADEPREV.COM | Oct 02 2020 06:13:00 | Washington Department of Revenue, 2101 Fourth Avenue #1400, Seattle, WA 98121-2300 |
| 4019804 | + | Email/Text: jdoyle@wsgr.com | Oct 02 2020 04:34:00 | Wilson Sonsini Goodrich & Rosati, 650 Page Mill Rd., Palo Alto, CA 94304-1050 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Paul A Baum |
| 4043571 | | Aliaksei Volnov, 18-34 Lesi Ukrainki str., Minsk, Belarus, 18-34 Lesi Ukrainki str., Minsk, Belarus |
| 4043180 | | Anton Shamanaev, Vvedenskogo st 24k2, 162 apt, Moscow, Russian Federation, 117279 |
| 4049573 | | COSTANTINI frederic, 29 BIS rue Emile Duclaux 92150 Suresnes, 29 BIS rue Emile Duclaux 92150 Suresnes |
| 4040915 | | Dmitry Benkovich, 12, Trubetskaya str, app.1A, Moscow, Rus |
| 4045731 | | Evgeny Skoropisov, 32 Moo11, Soi Hua Hin 112, Tabtai, MEUAN, Hua Hin, Prachuap Khiri Khan, 77140 Thai |
| 4036171 | | Ibrahim Issa, Lebanon Beirut ,Riad el soloh Square |
| 4035635 | | Jarno Hogeweg, Kaya Sirena 18, Kralendijk, Bonaire |
| 4050870 | | Jose Antonio Carapeto Sierra, Calle Pirra, 14 - Portal H - 3A C.P 2802, Madrid, Espaa |
| 4039138 | | Lester Ayllon, Rua Adele, 119 AP 264 BL 2, Rua Adele 119, AP 264 BL 2 |
| 4035631 | | Luca Monterisi, Sveti Martin, 142, Podstrana 21312, Croatia |
| 4045730 | | MASAYA FUJIOKA, Ookayamamanshion319, Meguro-ku1-36-31,Tokyo 152-0033 |
| 4039090 | | Nicolas Colombera, Santa Cruz 88, Santiago del Estero, Capital, Zip: 4200 |
| 4039520 | | OMAR JAVIER MONSALVE SANCHEZ, AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2, PAREDES DE COURA, VIANA DO CASTELO, PORT, 4940-520 |
| 4039602 | | Petr Bohacek, Kloboucnicka 1440/8, Czechia, Czechia |
| 4042893 | | Primo Njega, BUKOVCI 100f, SI-2281 Makovci, Slovenija, Slovenija |
| 4050444 | | Rolan Burykin, Thomas-Diewald Str 2, 82152 Planegg, Ger, Thomas-Diewald Str 2, 82152 Planegg, Ger |
| 4037277 | | Valerijs Sidoriks, 63 Addison Road, Guildford, Surrey, GU1 |
| 4039237 | | Vladislav Manitskiy, Garazhnaya street 67/396, Krasnodar city, Krasnodar region, Russian Federation, 350000 |
| aty | *+ | Mark Waldron, Mark D. Waldron, 6711 Regents Blvd. W., Suite B, Tacoma, WA 98466-5421 |
| cr | *+ | 507 Capital LLC, P.O. Box #206, N. Stonington, CT 06359-0206 |
| cr | *+ | ECO Diversified Holdings, Inc., 4625 West Nevso Dr, Ste 2, Las Vegas, NV 89103-3763 |
| cr | *+ | Winland Credit Partners LLC, P.O. Box #206, N. Stonington, CT 06359-0206 |
| 4050825 | *+ | Paul A Barrera, 17713 15th Ave NE Ste 101, Shoreline, WA 98155-3839 |
| 4035138 | *+ | Schmitt Electric, Inc, 1114 Walla Walla Avenue, Wenatchee, WA 98801-1525 |
| 4036170 | *+ | TUOMAS J KARJALAINEN, 7601 E Treasure DR, apt 1023, apt 1023, North Bay Village, FL 33141-4362 |
| 4019762 | ##+ | Andrey Kuzenny, 10000 Santa Monica Blvd., Unit 3302, Santa Monica, CA 90067-7032 |
| 4036083 | ##+ | Anthony Martinez, 4109 Mason Street, San Diego, CA 92110-2720 |
| 4036091 | ##+ | Cody Schmidt, 1204 Columbine St., Wenatchee, WA 98801-6210 |
| 4045935 | ##+ | Daniel Tokle, 25 VIA LUCCA, APT J345, IRVINE, CA 92612-0674 |
| 4047754 | ##+ | Elder Yoshida, 1147 NW 57th St, Seattle, WA 98107-3720 |
| 4029679 | ##+ | Harlan Robinson, 736 N. Laguna, Gilbert, AZ 85233-3620 |
| 4036517 | ##+ | Jarred Hutto, 6403 W Outlook Dr, Boise, ID 83714-8820 |
| 4035345 | ##+ | Joseph Errigo, 7 PRATT ST, FORT MONROE, VA 23651-1025 |
| 4019783 | ##+ | Kenneth Johnson, 2452 Columbia Ave. NW #24, East Wenatchee, WA 98802-4198 |
| 4034362 | ##+ | Luis Roman, 4633 White Bay Cir., Wesley Chapel, FL 33545-5058 |
| 4036104 | ##+ | Nelson L. Kim, 8305 Weeping Springs ave, Las Vegas, NV 89131-1450 |
| 4037633 | ##+ | Omar D. Ahmadi, 13 Cherry Lane, Parsippany, NJ 07054-2216 |
| 4036768 | ##+ | Spencer Ross, 215 11th Ave NE, Apt. 3, St. Petersburg, FL 33701-1961 |
| 4028341 | ## | Talents 633 Ministries, NFP, 24206 Walnut Circle, Plainfield, IL 60585-2261 |
| 4049047 | ##+ | Viken Chouchanian, 8741 Darby Ave #3, Northridge, CA 91325-3089 |

District/off: 0980-2　　　　　　　　　　　User: notice　　　　　　　　　　　Page 9 of 11
Date Rcvd: Oct 01, 2020　　　　　　　　Form ID: 309D　　　　　　　　　Total Noticed: 393
TOTAL: 19 Undeliverable, 7 Duplicate, 15 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

Adam C. Doupe
　　on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com  doupear96329@notify.bestcase.com

Angie Lee
　　on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov

Benjamin A Ellison
　　on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com

Benjamin J McDonnell
　　on behalf of Defendant Enterprise Focus  Inc. ben@pyklawyers.com,
　　lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
　　on behalf of Creditor Clever Capital  LLC ben@pyklawyers.com,
　　lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
　　on behalf of Defendant Clever Capital  LLC ben@pyklawyers.com,
　　lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
　　on behalf of Creditor David M Carlson ben@pyklawyers.com
　　lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
　　on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com
　　lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Brian A. Walker
　　on behalf of Defendant Jeffrey Field bwalker@omwlaw.com  rgrim@omwlaw.com

Christopher F Ries
　　on behalf of Creditor Neppel Electrical & Controls  LLC ,
　　diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris
　　on behalf of Creditor NC Machinery Co. pharris@lasher.com  luksetich@lasher.com

David A Kazemba
　　on behalf of Creditor Giga Plex  LLC dkazemba@overcastlaw.com,
　　amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba
　　on behalf of Creditor MLDC1  LLC dkazemba@overcastlaw.com,
　　amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David R Law
　　on behalf of Creditor Port of Douglas County david@dadkp.com  amy@dadkp.com

Dominique R Scalia
　　on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com  paralegal@lawdbs.com

Dominique R Scalia

on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com

Douglas A. Hofmann

on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com

Gary W Dyer

on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov

Gretchen J. Hoog

on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com

James D Perkins

on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov

Jason T Piskel

on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel

on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel

on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel

on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel

on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

John Knox

on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com

Joseph A.G. Sakay

on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com

Kathryn R McKinley

on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com

Mark Waldron

trustee@mwaldronlaw.com mark@mwaldronlaw.com

Pamela Marie Egan

on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Pamela Marie Egan

on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com

Pamela Marie Egan

on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan

on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan

on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Quentin D Batjer

on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com

Ralph E Cromwell, Jr

on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com
lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Roberto H Castro

on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com

Scott Weaver

on behalf of Creditor Executive Flight Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com

Scott B Henrie

on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com

Shauna S Brennan

on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher

on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

US Trustee

USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce

                        on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce

                        on behalf of Creditor Clever Capital  LLC vprollins@gmail.com

William L Hames

                        on behalf of Creditor Port of Douglas County billh@hawlaw.com
                        mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

TOTAL: 45

| | | |
|---|---|---|
| Debtor | GIGA WATT INC <br> Name | EIN: 81–4797010 |
| United States Bankruptcy Court | EASTERN DISTRICT OF WASHINGTON | Date case filed in chapter: 11  11/19/18 |
| Case number: | 18–03197–FPC7 | Date case converted to chapter: 7  9/30/20 |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set (12/15)

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GIGA WATT INC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1250 N Wenatchee Ave., Suite H #147 <br> Wenatchee, WA 98801 | |
| 4. | **Debtor's attorney** <br> Name and address | GIGA WATT INC <br> 1250 N Wenatchee Ave., Suite H #147 <br> Wenatchee, WA 98801 | Contact phone _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark Waldron <br> Mark D. Waldron <br> 6711 Regents Blvd. W., Suite B <br> Tacoma, WA 98466 | Contact phone 253–565–5800 |
| | Pursuant to 11 USC § 701 and FRBP 2008, the bankruptcy trustee named above is appointed trustee of the estate to serve under the trustee's blanket bond. The appointment is effective the date of this notice. Gary W. Dyer, Assistant US Trustee | | |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 904 W Riverside Ave, Suite 304 <br> PO Box 2164 <br> Spokane, WA 99201 | Hours: 8:30 AM – 4:30 PM Monday – Friday <br><br> Phone: (509) 458–5300 <br><br> Date: October 1, 2020 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 17, 2020** at **09:00 AM** <br><br> The trustee convenes and presides at the meeting of creditors – 11 USC § 341. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **1–866–865–0511 Access Code: 4171566** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set** page 1

| | | |
|---|---|---|
| Debtor **GIGA WATT INC** | | Case number **18–03197–FPC7** |

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: January 28, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** May 20, 2019<br>For conversions, see FRBP 3002(c) and 11 USC 348(a) |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  page **2**