Scott R. Weaver, WSBA #29267
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
*Attorneys for Executive Flight, Inc*.

Honorable Frederick P. Corbit
Chapter 7
Originally Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

In re:

GIGA WATT INC.,

Debtor.

NO. 18-03197

NOTICE AND MOTION TO WITHDRAW

TO: THE CLERK OF COURT

AND TO: ALL INTERESTED PARTIES

## I. NOTICE

**PLEASE TAKE NOTICE** that pursuant to Local Rule 9010-1, Scott R. Weaver and Carney Badley Spellman, P.S. (the "firm") intent to withdraw as attorneys of record for Creditor Executive Flight, Inc.

The Firm intends to withdraw on October 23, 2020. Any withdrawal shall only become effective upon entry of an order by the United State Bankruptcy Court for the eastern District of Washington. If you oppose the Motion you must file an objection to the withdrawal. Failure to object may result in the Firm submitting an order ex parte without further notice authorizing the withdrawal.

## II. MOTION

The requests that the Court enter an order, in the form proposed, authorizing the withdrawal of Scott R. Weaver and the law firm of Carney Badley Spellman, P.S. as attorneys of record for Creditor Executive Flight, Inc. No deadlines are currently pending or anticipated. There are no motions, trials, or any other proceedings that will require a

NOTICE AND MOTION TO WITHDRAW – 1

EXE001-0005 6350836

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 749    Filed 10/05/20    Entered 10/05/20 08:26:28    Pg 1 of 2

continuance as a result of this motion. Notice of the Firm's intent to withdraw as also provided to Creditor Executive Flight, Inc. prior to the filing of this Motion.

As required by Local Rule 9010-1, the name and last known address of the Creditor Executive Flight, Inc. represented by Firm is as follows:

> Executive Flight, Inc.
> 1 Campbell Pkwy
> East Wenatchee, WA 98802

**WHEREFORE**, the Firm requests that the Court enter an order authorizing its withdrawal as counsel of record in the form proposed and for such other and further relief as may be just and proper.

DATED this 5th day of October, 2020.

CARNEY BADLEY SPELLMAN, P.S.

By  /s/Scott R. Weaver
Scott R. Weaver, WSBA #29267
weaver@carneylaw.com
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Phone: (206) 622-8020
Fax: (206) 467-8215
*Attorneys for Executive Flight, Inc.*

NOTICE AND MOTION TO WITHDRAW – 2

EXE001-0005 6350836

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 749    Filed 10/05/20    Entered 10/05/20 08:26:28    Pg 2 of 2