Scott R. Weaver, WSBA #29267
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
*Attorneys for Executive Flight, Inc*.

Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>                Debtor. | NO. 18-03197<br><br>PROOF OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the state of Washington that on this  5th  day of October, 2020, I caused to be served a true and correct copy of the following documents

1. Notice and Motion to Withdraw,
2. [Proposed] Order Granting Motion to Withdraw,
3. And this Proof of Service,

on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

I hereby certify under penalty of perjury under the laws of the state of Washington that on October 5, 2020, I caused to be served a true and correct copy of the foregoing document on the following via email at the addresses listed in the CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

    Quentin D Batjer on behalf of Creditor Port of Douglas County
    pam@dadkp.com, quentin@dadkp.com

    Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
    sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

    Roberto H Castro on behalf of Interested Party Nathan Welling
    rcastro@rcastrolaw.com, castro.ava@gmail.com

    Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
    rcromwell@byrneskeller.com,

PROOF OF SERVICE – 1

EXE001-0005 6365834

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 750    Filed 10/05/20    Entered 10/05/20 08:33:53    Pg 1 of 20

| | |
|---|---|
| 1 | lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| 2 | |
| 3 | Adam C. Doupe on behalf of Interested Party Allrise Financial Group<br>doupe@ryanlaw.com, doupear96329@notify.bestcase.com |
| 4 | |
| 5 | Gary W Dyer on behalf of U.S. Trustee US Trustee<br>Gary.W.Dyer@usdoj.gov |
| 6 | |
| 7 | Pamela Marie Egan on behalf of Defendant GIGA WATT INC<br>pegan@potomaclaw.com |
| 8 | Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership |
| 9 | pegan@potomaclaw.com |
| 10 | Pamela Marie Egan on behalf of Defendant Mark D. Waldron |
| 11 | pegan@potomaclaw.com |
| 12 | Pamela Marie Egan on behalf of Defendant Pamela M Eagan |
| 13 | pegan@potomaclaw.com |
| 14 | Pamela Marie Egan on behalf of Plaintiff Mark Waldron<br>pegan@potomaclaw.com |
| 15 | |
| 16 | Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee<br>benaellison@gmail.com |
| 17 | William L Hames on behalf of Creditor Port of Douglas County |
| 18 | billh@hawlaw.com,<br>mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com |
| 19 | |
| 20 | Scott B Henrie on behalf of Creditor Refael Sofair<br>SHenrie@williamskastner.Com, DLevitin@williamskastner.Com |
| 21 | |
| 22 | Douglas A. Hofmann on behalf of Creditor Refael Sofair<br>dhofmann@williamskastner.com, kmejia@williamskastner.com |
| 23 | |
| 24 | Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC<br>ghoog@pcslegal.com, danderson@pcslegal.com |
| 25 | David A Kazemba on behalf of Creditor Giga Plex, LLC |
| 26 | dkazemba@overcastlaw.com,<br>amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazemba |

PROOF OF SERVICE – 2

EXE001-0005 6365834

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

**18-03197-FPC7    Doc 750    Filed 10/05/20    Entered 10/05/20 08:33:53    Pg 2 of 20**

| | |
|---|---|
| 1 | dr92395@notify.bestcase.com |
| 2 | David A Kazemba on behalf of Creditor MLDC1, LLC |
| 3 | dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazemba |
| 4 | dr92395@notify.bestcase.com |
| 5 | John Knox on behalf of Creditor Refael Sofair |
| 6 | jknox@williamskastner.com, rnelson@williamskastner.com |
| 7 | David R Law on behalf of Creditor Port of Douglas County david@dadkp.com, amy@dadkp.com |
| 8 | |
| 9 | Angie Lee on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| 10 | Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC |
| 11 | ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| 12 | |
| 13 | Benjamin J McDonnell on behalf of Creditor David M Carlson ben@pyklawyers.com, |
| 14 | lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| 15 | Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC ben@pyklawyers.com, |
| 16 | lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| 17 | Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc. |
| 18 | ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| 19 | Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1 |
| 20 | ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| 21 | |
| 22 | Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com |
| 23 | |
| 24 | James D Perkins on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| 25 | Danial D Pharris on behalf of Creditor NC Machinery Co. |
| 26 | pharris@lasher.com, luksetich@lasher.com |

PROOF OF SERVICE – 3

EXE001-0005 6365834

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 750    Filed 10/05/20    Entered 10/05/20 08:33:53    Pg 3 of 20

| | |
|---|---|
| 1 | Vanessa Pierce on behalf of Creditor Clever Capital, LLC<br>vprollins@gmail.com |
| 2 | |
| 3 | Vanessa Pierce on behalf of Creditor David M Carlson<br>vprollins@gmail.com |
| 4 | |
| 5 | Jason T Piskel on behalf of Creditor Clever Capital, LLC<br>jtp@pyklawyers.com, mknight@pyklawyers.com |
| 6 | |
| 7 | Jason T Piskel on behalf of Creditor David M Carlson<br>jtp@pyklawyers.com, mknight@pyklawyers.com |
| 8 | Jason T Piskel on behalf of Defendant Clever Capital, LLC<br>jtp@pyklawyers.com, mknight@pyklawyers.com |
| 9 | |
| 10 | Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.<br>jtp@pyklawyers.com, mknight@pyklawyers.com |
| 11 | |
| 12 | Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1<br>jtp@pyklawyers.com, mknight@pyklawyers.com |
| 13 | Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC |
| 14 | , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| 15 | Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group<br>sakay@ryanlaw.com, docketing@ryanlaw.com |
| 16 | |
| 17 | Dominique R Scalia on behalf of Attorney DBS Law<br>dscalia@lawdbs.com, paralegal@lawdbs.com |
| 18 | Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. |
| 19 | dscalia@lawdbs.com, paralegal@lawdbs.com |
| 20 | |
| 21 | Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.<br>tara.schleicher@foster.com, kesarah.rhine@foster.com |
| 22 | US Trustee |
| 23 | USTP.REGION18.SP.ECF@usdoj.gov |
| 24 | Mark Waldron<br>trustee@mwaldronlaw.com, mark@mwaldronlaw.com |
| 25 | |
| 26 | Brian A. Walker on behalf of Defendant Jeffrey Field |

PROOF OF SERVICE – 4

EXE001-0005 6365834

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

bwalker@omwlaw.com, rgrim@omwlaw.com

I further certify that on October 5, 2020, I caused a true and correct copy of the foregoing document to be sent via U.S. Mail postage prepaid to the all parties listed below and on the matrix filed in this case as referenced in the attached matrix (list of creditors), except for those indicated with an X.

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Jun Dam
237 Kearny #9096
San Francisco, CA 94108

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801

Randy Michelson
Michelson Law Group
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St, #426
Spokane, WA 99218

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359

SIGNED at Seattle, Washington this 5th day of October, 2020.

                                                */s/Elizabeth C. Fuhrmann*
                                                Elizabeth C. Fuhrmann, PLS
                                                Legal Assistant/Paralegal to Scott R. Weaver

PROOF OF SERVICE – 5

EXE001-0005 6365834

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 750    Filed 10/05/20    Entered 10/05/20 08:33:53    Pg 5 of 20

Label Matrix for local noticing
0980-2
Case 18-03197-FPC7
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Fri Oct  2 10:37:47 PDT 2020

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359-0206

Clever Capital, LLC
630 VALLEY MALL PKWY
#157
East Wenatchee, WA 98802-4838

DBS Law
155 NE 100th St
Suite 205
Seattle, WA 98125-8015

Douglas County PUD
C/O Kathryn R McKinley
Paine Hamblen LLP
717 W Sprague Ave
Ste 1200
Spokane, WA 99201-3905

ECO Diversified Holdings, Inc.
4625 West Nevso Dr, Ste 2
Las Vegas, NV 89103-3763

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt
1000 Second Ave Suite 2950
Seattle, WA 98104-3604

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801-1599

Giga Plex, LLC
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
C/O David A. Kazemba
Wenatchee, WA 98801-2263

MLDC1, LLC
Overcast Law Offices, PS
C/O David A. Kazemba
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801-2263

NC Machinery Co.
17035 West Valley Highway
Tukwila, WA 98188-5519

Neppel Electrical & Controls, LLC
Moses Lake, WA 98837

Non-Profit Creditors' Committee of WTT
12128 N Division St
#426
Spokane, WA 99218-1905

Port of Douglas County
Port of Douglas County
1 Campbell Parkway
Suite D
East Wenatchee, WA 98802-9290

Washington State Taxing Agencies
Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA 98104-3188

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359-0206

Spokane-Yakima
904 W Riverside Ave, Suite 304
PO Box 2164
Spokane, WA 99210-2110

ANATOLY CHECHERIN
BEGOVAYA, 3, BUILDING 1, 36 FLOOR
MOSCOW, RUSSIA, ZIP 125284

Aaron Krivitzky
1810 Linson Ct SE
GRAND RAPIDS, MI 49546-6457

Adam Schainblatt
8809 Walking Stick Trail
Raleigh, NC 27615-4037

Ahmed Shah
12209 Youngdale Ave.
Los Angeles, CA 91342-5263

Alan Norman
341 S. Maple Ave.
Webster Groves
United States
Webster Groves, MO 63119-3841

Alan Walnoha
350 Gran Via
Apt 2067
Irving, TX 75039-0137

Alberto Jose Faria Camacho
Av. Garcilazo, Centro Polo 1, Torre A, p
apto 75. Colinas de Bello Monte. Caracas
Venezuela

Aleksey Danishevsky
450 Cloverly Lane
Horsham, PA 19044-1831

Alex Filippov
12 Sherborne Cir
United States
Ashland, MA 01721-2313

Alex Kutas
6761 Corral Circle
Huntington Beach, CA 92648-1532

Alex McVicker
1489 Windsor River Road
Windsor, CA 95492-8987

Allrise Financial Group
Joseph AG Sakay
999 Third Avenue Suite 4600
Seattle, WA 98104-4084

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

| | | |
|---|---|---|
| Andrea Sharp<br>268 Bush Street #2520<br>San Francisco, CA 94104-3503 | Andrew Blyler<br>603 W Washington St<br>Ann Arbor, MI 48103-4233 | Andrew James<br>46 Brock st S<br>Canada<br>Canada |
| Andrew Mark Campbell-Boross<br>Florida 7<br>Aguadulce<br>Spain | Andrew Molitor<br>760 S BARRINGTON AVE, APT 6<br>LOS ANGELES<br>United States<br>LOS ANGELES, CA 90049-4507 | Andrew Stock<br>1870 East Nixon Avenue<br>Placentia, CA 92870-7444 |
| Andrew Thanh Quoc Le<br>10702 Henderson Ave<br>Garden Grove, CA 92843-5261 | Andrey Kuzenny<br>10000 Santa Monica Blvd., Unit 3302<br>Santa Monica, CA 90067-7032 | Andrey Kuzenny<br>1687 Stone Canyon Rd.<br>Los Angeles, CA 90077-1912 |
| Anthony Martinez<br>4109 Mason Street<br>San Diego, CA 92110-2720 | Antony Gisholt<br>72 John Trundle Court<br>Barbican London EC2Y 8NE<br>United Kingdom | Arthur N Marodis<br>106 Southernwood Dr<br>Ladson, SC 29456-3940 |
| Bashar (Ben) Assad<br>11714 Oak Knoll Dr<br>Austin TX 78759-3823 | Belyea Company<br>2200 Northwood Ave.<br>Easton, PA 18045-2208 | Benjamin E. Kelly<br>Law Office of Benjamin E. Kelly<br>9218 Roosevelt Way NE<br>Seattle, WA 98115-2842 |
| Benjamin Russell<br>971 Providence Pike<br>United States<br>Danielson, CT 06239-4003 | Bertha Goehner<br>215 Eller St. SE<br>East Wenatchee, WA 98802-5325 | Bill Schmidt<br>105 Julie Ann Ct.<br>Cashmere, WA 98815-1316 |
| Blockchain Systems LLC<br>124 W 60 St. Unit 29A<br>New York, NY 10023-7475 | (p)BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 | Brandon Robinson<br>1997 Tall Tree Dr<br>Atlanta, GA 30324-2723 |
| Brent Woodward, Inc.<br>14103 Stewart Rd.<br>Sumner, WA 98390-9641 | Brian J Donn<br>4254 SW 92nd Ave<br>Davie, FL 33328-2408 | Brian M Packard<br>7191 96th St Ne<br>Monticello<br>United States<br>Monticello, MN 55362-2911 |
| Bryan MacCallum<br>PO BOX 1704<br>Rivonia<br>2128<br>South Africa | Bryant Johnson<br>1360 WHITETAIL GLEN Ct<br>HEBRON, KY 41048-7965 | Busby International, Inc.<br>PO Box 1457<br>Moses Lake, WA 98837-0225 |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES, FL 33331-1446 | CT Freight USA Inc<br>20202 Hwy 59 N<br>Humble, TX 77338-2400 | CTC Engineering<br>2290 Bishop Circle East<br>Dexter, MI 48130-1564 |

| | | |
|---|---|---|
| CTC Engineering, Inc.<br>Bodman PLC<br>Attn: Harvey W. Berman<br>201 South Division Street, Ste. 400<br>Ann Arbor, MI 48104-2259 | Caleb Koch, Forza2<br>1000 N. Green Valley Pkwy Ste.440, #251<br>Henderson<br>United States<br>Henderson, NV 89074-6172 | Cameron Schmidt<br>1204 COLUMBINE ST<br>WENATCHEE, WA 98801-6210 |
| Carlos Gagliano<br>8200 Offenhauser Dr. 105G<br>Reno, NV, 89511<br>Reno, NV 89511-1717 | Carmen J Hernandez  G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P 1<br>CARACAS<br>Venezuela<br>Venezuela | Carmen Jacqueline  Hernandez Guevara<br>CALLE LA PEDRERA RES VISTA PLAZA T B P 1<br>APT 15D Urb Guaicay, Baruta, Caracas<br>Zip code 1080<br>Venezuela |
| Castagneto Trading LLC<br>3211 Kellen Circle<br>Nampa, ID 83686-8685 | Cesar Diaz, JRD Funding LLC<br>8137 Malchite Avenue, Suite E<br>Rancho Cucamunga, CA 91730-3571 | Charles F V DHAUSSY<br>7B., Yardley Commercial Building, 3 Conn<br>Hong Kong |
| Chen Du<br>3269 Range Ct<br>Mason, OH 45040-8741 | Chris Featherstone<br>8450 54th Ave W<br>Mukilteo, WA 98275-3138 | Christian Eichert<br>Emil-Klumpp-Str. 7<br>74321 Bietigheim-Bissingen GERMANY |
| Christian Schiffer<br>Meindlstrae 15<br>81373 Munich<br>Germany | Clever Capital, LLC<br>630 Valley Mall PKwy #157<br>Wenatchee, WA 98802-4838 | Clinton Douglas Luckinbill<br>1054 Waterleaf Way<br>San Jacinto, CA 92582-3020 |
| Clinton F Sikes<br>4206 Brazos Bend Dr<br>Pearland, TX 77584-5558 | Cody Forrest Quinn<br>5920 Kimber Road<br>Cashmere, WA 98815-9526 | Cody Schmidt<br>1204 Columbine St.<br>Wenatchee, WA 98801-6210 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA 94139-8830 | Consolidated Electrical Distributors, Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland LLP<br>P.O. Box 23414<br>Tigard, OR 97281-3414 | Craig Beech<br>Kingswood, Gorse Avenue<br>Littlehampton BN16 1SG<br>United Kingdom |
| CryptoDigger LLC<br>3476 E Tiffany Way<br>Gilbert, AZ 85298 | Cryptonomos PTE Ltd<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Cryptonomos Pte Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore  179803 |
| DUFFY KRUSPODIN, LLP<br>21600 OXNARD ST. SUITE 2000<br>WOODLAND HILLS, CA 91367-4969 | Daniel James Ryser<br>7614 N AUDUBON ST.<br>SPOKANE, WA 99208-8817 | Daniel Tokle<br>25 VIA LUCCA<br>APT J345<br>IRVINE, CA 92612-0674 |
| Danila Rusin<br>Gagarina, 5 liniya, 9a-6<br>Zlatoust<br>Chelyabinskaya oblast, Russia<br>456219 | Darren James Wurf<br>2/41 Osborne Avenue<br>Glen Iris<br>Victoria 3146<br>Australia | Daryl Olsen<br>270 W 1450 N<br>United States<br>Centerville, UT 84014-3308 |

| | | |
|---|---|---|
| Dave Carlson<br>630 Valley Mall Parkway<br>#157<br>East Wenatchee, WA 98802-4838 | David J Lutz<br>916 Confidence Dr<br>Longmont, CO 80504-8526 | David Kazemba<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 |
| David Mitchell<br>1410 Riverview Rd<br>Crescent, PA 15046-5428 | David Tychsen-Smith<br>13 Dobson Place<br>Watson<br>ACT 2602<br>Australia | Denis Veselovsky<br>125252 Russia<br>Moscow<br>Zorge st, 28, 52<br>Russia |
| Dmitry Khusidman<br>70 Oceana Drive West, Apt. 4-A<br>Brooklyn, NY 11235-6674 | Donald J. Enright<br>1101 30th Street Northwest<br>Suite 115<br>Washington 20007-3740 | Donald J. Sullivan<br>4646 Los Poblanos Circle NW<br>Los Ranchos de Albuquerque, NM 87107-5555 |
| Doug Black<br>225 Linda Lane<br>Wenatchee, WA 98801-6010 | Douglas Berger<br>371 Catskill Ct.<br>Mahwah, NJ 07430-2736 | Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813-1119 |
| Drew Behrens<br>525 N Larch Ave.<br>East Wenatchee, WA 98802-5047 | EAN Services, LLC<br>Mary E Bushyhead<br>14002 E 21st St, Suite 1500<br>Tulsa, OK 74134-1424 | Edmund Lee<br>4364 Calle Mejillones<br>SAN DIEGO<br>United States<br>SAN DIEGO, CA 92130-4818 |
| Eduard Khaptakhaev<br>Lenkinkkgradsky pr-t 76/1/49<br>Moscow<br>Russia | Eero Koskinen<br>Niittypolku 21<br>02460 Kantvik<br>Finland<br>Finland | Elder Yoshida<br>1147 NW 57th St<br>Seattle, WA 98107-3720 |
| (p)ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 | Elisa U<br>2405 Acacia St.<br>Richardson, TX 75082-3319 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt PLLC<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 |
| Emil Petrov Stanev<br>41 Dorostol street<br>Ruse, 7004 Ruse<br>Bulgaria | Eric Ferrari<br>8962 Forked Creek Way<br>Elk Grove, CA 95758-5732 | Ernesto Pedrera<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 |
| Evansont Insurance Carrier<br>c/o Mitchell, Reed & Schmitten Ins.<br>PO Box D<br>Cashmere, WA 98815-0515 | Executive Flight<br>1 Campbell Pkwy<br>East Wenatchee, WA 98802-9290 | ~~Executive Flight, Inc.~~<br>~~Scott R. Weaver, Carney Badley Spellman~~<br>~~701 5th Avenue Ste 3600~~<br>~~Seattle, WA 98104-7010~~ |
| Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: Legal Dept.<br>Winona, MN 55987-9902 | Fastenal Company<br>PO Box 1286<br>WInona, MN 55987-7286 | FedEx Corporate Services Inc<br>as Assignee of FedEx Express/Ground/Frei<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis TN 38116-5017 |

| | | |
|---|---|---|
| Filip Scheperjans<br>Pellonperntie 1 B<br>00830 Helsinki<br>Finland | Forza 2<br>1000 N. Green Valley Pkwy Ste.440, #251<br>Henderson<br>United States<br>Henderson, NV 89074-6172 | Frank Daniel<br>Zollstrasse, 22<br>Mhring<br>Deutschland<br>Zollstrasse, 22 95695 Mhring Germany |
| Frankie Guerra<br>1812 E Oakland Park Blvd Apt 32<br>United States<br>Oakland Park, FL 33306-1126 | Franz Alliod<br>176, route de la cendire<br>01630, Saint Jean de Gonville, Ain<br>France | Fred Nolte<br>10812 La Batista<br>Fountain Valley, CA 92708-3943 |
| Gennady Zhilyaev<br>C. De Les Grandalles, Edif. Xalet, 4T 3A<br>AD 300 D'Ordino, Andorra | George Sorin Lascu<br>str. Calugarului 16<br>077151 Balteni, Ilfov<br>Romania | Georgios Lignos<br>25 Kritis Str.<br>12243 Egaleo<br>Greece |
| Giga Plex LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | Giga Plex, LLC/MLDC1, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore |
| Gigawatt Pte Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore  179803 | Gleb Nesis<br>3419 IRWIN AVE<br>Apt 708<br>BRONX, NY 10463-3754 | Glen Allan Bradley<br>Lerstadveien 250<br>6014 Alesund<br>Norway |
| Grant Herholdt<br>5 York Avenue<br>Craighall Park, 2196<br>South Africa<br>2196 | Grigory Klumov<br>Balaklavsky avenue 12-3-93<br>117639<br>Moscow Russia | Gronski, Jeffrey G & Robin L<br>711 4th St S<br>Wisconsin Rapids WI 54494-4310 |
| H.J. van Nuijssenborgh<br>Patrimoniumlaan 126<br>3904AH  Veenendaal<br>The Netherlands | H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9408 | Hans-Peter Edenstrasser<br>Rupert Hagleitner Strasse 1d 54<br>6300 Woergl , Tirol<br>Austria<br>6300 Woergl, Tirol,  Austria |
| Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Hashvin Daryanani<br>56B Seroe Blanco<br>Box# 393<br>Oranjesatad, Aruba<br>Aruba | Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 |
| Helen Erskine<br>P O Box 1745<br>United States<br>Topanga, CA 90290-1745 | Hiroaki Yamamoto<br>119-4 Nishikitsuji street<br>Asahi Plaza Arbonate Nara One #606<br>Nara, Japan 630-8325 | Howard Jones<br>21 Sandiways Road, Wallasey<br>WIRRAL<br>United Kingdom<br>CH45 3HJ |
| Humera Surti<br>2200 Russet Cresent<br>Burlington, ON<br>Canada L7L6Z2 | Ian M Kennedy<br>2620 Fairmount St.<br>Colorado Springs, CO 80909-2032 | Ibrahim Issa<br>Lebanon Beirut ,Riad el soloh Square |

| | | |
|---|---|---|
| Igor Martirosian<br>36 Washington Avenue 2nd Floor<br>Cliffside Park, NJ 07010-3025 | Ilja Filipovs<br>Staiceles iela 13-11, Riga, Latvia, LV-1<br>Staiceles iela 13-11, Riga, Latvia, LV-1 | Intelliapps Ltd<br>Unit 272 CoLab Center<br>Port Road<br>Letterkenny CO Dongal EIRCODE F92 RKC7<br>Ireland |
| Interflow LLC<br>5465 S Dorchester<br>CHICAGO, IL 60615-5316 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Ioannis Violidakis<br>Kimonos 11<br>Athens, Greece, P.Code: GR-10441 |
| Ivan Marcak<br>Dlouha Trida 474/25<br>73601 Havirov<br>Czech Republic | JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 | Jacqueline Bussey<br>Percheron<br>Goudhurst Road<br>Cranbrook TN17 2PN<br>United Kingdom |
| Jaime Dario Mejia Martinez<br>Calle 44 No 10E - 11 La Victoria<br>Barranquilla, Atlantico - Colombia | James Bullis<br>4701 NE 72nd ave, Apt 141<br>VANCOUVER<br>United States<br>VANCOUVER, WA 98661-8103 | James C Lutz<br>609 Long Leaf Dr<br>Chapel Hill, NC 27517-3039 |
| James King<br>1b Links Court, Langland Bay Road<br>Swansea<br>SA3 4QR, United Kingdom | James MacCornack<br>1002 Bel Aire<br>Roswell, NM 88201-7715 | Jan Faltys<br>Slavkova 29<br>Praha 2 - 12000<br>Czech Republic |
| Jann So<br>1211 SW 5th Ave<br>#1000<br>Portland, OR 97204-3710 | Jared Morrissey<br>59 Rue Trudeau<br>Chteauguay, Quebec<br>J6J1M2<br>Canada | Jarred Hutto<br>6403 W Outlook Dr<br>Boise, ID 83714-8820 |
| Jay Robert Stahle<br>838 Campfire Dr<br>United States<br>Fort Collins, CO 80524-1991 | Jeffers, Danielson, Sonn & Aylward, P.S.<br>2600 Chester Kimm Rd<br>Wenatchee, WA 98801-8116 | Jeffrey Alan Moody<br>2528 Forest Oaks Point<br>Colorado Springs, CO 80906-5822 |
| Jeffrey C Lutz<br>916 Confidence Dr<br>LONGMONT, CO 80504-8526 | Jeffrey Chin<br>42 Pepper Tree Road<br>Lidcombe NSW<br>Sydney Australia | Jeffrey Kutas<br>6761 Corral Circle<br>Huntington Beach, CA 92648-1532 |
| Jeffrey Waldock<br>Tomaschekstrasse 30<br>A-1210 Vienna<br>Austria | Jesse Samuel Wheeler<br>3601 Stillman Blvd<br>Tuscaloosa, AL 35401-2601 | Jessica Langis<br>PO BOX 398<br>Dryden, WA 98821-0398 |
| John Guille<br>690 Covington Dr NW<br>Calabash, NC 28467-1892 | John Hartleib<br>17931 Shoreham Lane<br>Huntinngton Beach, CA 92649-4849 | John Heinitz<br>1210 2nd st se<br>East Wenatchee<br>United States<br>East Wenatchee, WA 98802-5526 |

| | | |
|---|---|---|
| John Kowalski<br>100 Tansboro Rd<br>Unit B<br>Berlin, NJ 08009-1959 | John Rodriguez<br>2688 W. 12th Place<br>Yuma, AZ 85364-4258 | John Scevola<br>8768 SW Iroquois Drive<br>Tualatin, OR 97062-9304 |
| John T. Winslow<br>5544 Las Virgenes Road #99<br>Calabasas, CA 91302-3446 | Jonathan B. Alter<br>The Travelers Companies, Inc.<br>1 Tower Square, MS04<br>Hartford, CT 06183-1050 | Jonathan Gould<br>924 Hale Avenue<br>BROOKSVILLE, FL 34601-3642 |
| Jonathan J Lutz<br>916 Confidence Dr<br>Longmont, CO 80504-8526 | Jonathan Wilson<br>118 Indian Valley Dr<br>Cherokee, NC 28719-4541 | Jordi Grau<br>C/ Sant Jordi, 12-3-1<br>08500 - VIC<br>SPAIN |
| Jose A. Herrera<br>12801 Philadelphia Street<br>Suite B<br>Whittier, CA 90601-4126 | Jose Luis Blanco<br>9307 Castlegap Dr.<br>Spring, TX 77379-4299 | Joseph Brodsky<br>656 St.Nicholas av #35<br>New York, NY 10030-1086 |
| Joseph Errigo<br>7 PRATT ST<br>FORT MONROE, VA 23651-1025 | Joseph M Dunn<br>1105 Colonial Drive<br>Alabaster, AL 35007-9309 | Joseph Smits<br>westerlanderweg 40<br>Westerland 1778KL Westerland<br>The Netherlands |
| Joshua Hester<br>1115 California St<br>Oceanside, CA 92054-5919 | Joshua Mapperson<br>92 Oakbank Boulevard<br>Whittlesea 3757<br>AUSTRALIA | Juan Bautista Ibarra Arana<br>Calle 66 #510<br>Resid. La Carana, Piedades<br>Santa Ana, San Jose<br>Costa Rica |
| Julian Heere<br>500 J Street 1703<br>Sacramento, CA 95814-2335 | Jun Dam<br>2116 L Street No. 2<br>Antioch, CA 94509-3434 | Jung H. Cho<br>320A 7th St<br>Palisades Park, NJ 07650-2277 |
| KYLE WHEELAN<br>7975 ORCHARD PATH RD<br>COLORADO SPRINGS, CO 80919-2925 | Kamran Beg<br>2200 Russet Cres<br>Burlington, ON, L7L 6Z2<br>Canada<br>2200 Russet Cres, Burlington, On, Canada | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Ken Li Koh<br>Unit 2, 137 Hull Road<br>Croydon VIC 3136<br>Australia | Kenneth D McCoy<br>1401 Woodstock Way<br>#103H<br>Bellingham, WA 98226-3577 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 |
| Kevin Reinsch<br>3100 Pearl Parkway A317<br>Boulder, CO 80301-2453 | Keyhole Security Inc<br>708 S Wenatchee Ave<br>Wenatchee, WA 98801-3072 | Khurshid Alam<br>Unit-2,65 Church Street,West Tamworth<br>2340,NSW<br>Australia<br>Unit-2,65 Church Street,West Tamworth,23 |

Koji Michiwaki
Zip code:428-0313
Shizuoka-ken Haibara-gun Kawanehon-cho
Kaminagao 380-3 Japan

Koombea Inc.
Mark D Taylor
VLP Law Group, LLP
1629 K Street NW, Suite 300
Washington, DC 20006-1631

Krishna Karthik Reddy Adapala
5106 Kino Ct
Dublin, CA 94568-8719

Kyle Spesard
625 N. Hawk St.
Palatine, IL 60067-3535

Larry D. Gerbrandt
141 Seely Ave
Aromas, CA 95004-9501

Larry Eugene Baggs
1502 Sharon Drive
Duncanville, TX 75137-4014

Lasse Kaihlavirta
Piiriniitynkatu 4 H 3
Tampere 33340
FINLAND

Laurent HAMERS
Avenue Van Beethoven 24
1331 Rosieres
Belgium

Lee E. Woodard
Harris Beach PLLC
333 West Washington St., Suite 200
Syracuse, NY 13202-5202

Leon de Fleuriot de la Coliniere
16 Rankdoring Avenue
Johannesburg
South Africa

Leonid Markin
714 North Rexford Dr.
Beverly Hills, CA 90210-3314

Leslie Hibbard
PO BOX 2067
Chelan, WA 98816-2067

Levi
street: Vinkenhof 7
postal code: 4332 DM
Country: The Netherlands
Levi Illis

Lexon Insurance Company
Harris Beach PLLC
Attn: Lee E. Woodard
333 West Washington St., Suite 200
Syracuse, NY 13202-5202

Li Liang
1272 Glen Haven Dr
San Jose, CA 95129-4103

Lighthouse (formerly Discovia)
250 Montgomery St., Suite 300
San Francisco, CA 94104-3428

Likuo Lin
1192 Queen Ann Dr
Sunnyvale, CA 94087-2239

Lodog Corp, Mark Weitzel, President
15460 W 199th ST
spring hill, KS 66083-8528

Lucas Velasquez
497 Lake Cameron Dr.
Pike Road, AL 36064-3959

Luis Alberto Flores Ezparza
PO Box 4161
Wenatchee, WA 98807-4161

Luis Roman
4633 White Bay Cir.
Wesley Chapel, FL 33545-5058

Luke McIntyre
4 Rose Road
Grey Lynn, Auckland 1021
New Zealand

MLDC1 LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

Marc Joyce
4404 Highland Ave. Apt. C
Manhattan Beach, CA 90266-3094

Mark Ellis
Flat 19 Rainier Apartments
43 Cherry Orchard Road
Croydon, CR06FA
United Kingdom

Mark R. Shapland
18119 Bent Ridge Drive
Wildwood, MO 63038-1439

Mark Vange
10315 E Shangri La Rd
Scottsdale, AZ 85260-6375

Matteo Romani
Via Flaminia 66
fossombrone, WA 61034

Matthew Hine
2405 Acacia St.
Richardson, TX 75082-3319

Matthew R Lutz
916 Confidence Drive
Longmont, CO 80504-8526

| | | |
|---|---|---|
| Mazaeva Maria<br>Shokalskogo proezd<br>h.4 app.44<br>127642<br>Russia, Moscow | McVicker, Moss, Balestra, et al in class act<br>Levi & Korsinsky, LLP<br>1101 30th Street Northwest, Suite 115<br>Washington, DC 20007-3740 | Melissa Spillman<br>612 Bois d Arc Ln<br>Franklin, TN 37069-4762 |
| Melvin White<br>6091 GOLDDUST RD.<br>Brooksville, FL 34609-8705 | Michael Bendett<br>7606 Lexington Lane<br>Parkland, FL 33067-1622 | Michael Bhagat<br>1169 S. Calle Del Norte Dr.<br>Pueblo West, CO 81007-1907 |
| Michael Chu<br>1113 8th Ave W<br>Seattle, WA 98119-3439 | Michael Detrinidad<br>726 Balsam Dr<br>Newman, CA 95360-9522 | Michael Ilyankoff<br>7425 156TH ST SE<br>SNOHOMISH, WA 98296-8771 |
| Michael LaFontaine Jr<br>321 Napa Valley Dr<br>Milford, MI 48381-1053 | Michael Papenfuse<br>1291 Queensway<br>United States<br>Lake Isabella, MI 48893-9356 | (c)MICHAEL RUSSO<br>13022 CONVENT GARDEN RD<br>WEEKI WACHEE FL 34613-3868 |
| Michael Wagner<br>1253 Rock Hills St. Unit 102<br>Las Vegas, NV 89135-3576 | Mikhail Filippov<br>2713 Prospect Street<br>Framingham, MA 01701 | Mikhail Meshkov<br>Metallurgov ul. 11-52<br>Moscow, Russia, 111401 |
| Mohammad Mehdi Toozhy<br>11 Justus Dr.<br>Richmond Hill, Ontario L4c9z4<br>Canada<br>11 justus dr. Richmond hill Ontraio L4c9 | Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | Mr Alexander Garnock<br>13 Buttfield St Coombs ACT<br>2611 Australia<br>13 Buttfield St Coombs ACT Canberra Aust |
| Mr Touboul<br>59 RUE DE DE MARIGNAN<br>ST MAUR DES FOSSES<br>France | Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee, WA 98802-9162 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 |
| NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Nathan Welling<br>1887 Whitney Mesa Dr #5807<br>Henderson, NV 89014-2069 |
| Neil Hutchings<br>5 Bedwas Close<br>St. Mellons<br>Cardiff.  CF3 0HP.   United Kingdom | Nelson L. Kim<br>8305 Weeping Springs ave<br>Las Vegas, NV 89131-1450 | Nelson Prada<br>323 Sonoma Dr<br>Pooler, GA 31322-9792 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>c/o Ries Law Firm, P.S.<br>P.O. Box 2119<br>Moses Lake, WA 98837-0519 | Nitin Limaye<br>401 Manorath Apartments<br>9-B Pratapgunj Society, Vadodara 390002,<br>India |

Niva Johnson
119 Ridgmar Trail
Hendersonville, TN 37075-9629

Omar D. Ahmadi
13 Cherry Lane
Parsippany, NJ 07054-2216

Our Botanicals Worldwide LLC
8 The Green
Suite #7123
Dover, DE 19901-3618

PAUL ORLOFF
7909 Van Nuys blvd
Van Nuys, CA 91402-6073

PHAM SONG TOAN
Toneyama 2-5-6
Toyonaka
Osaka, Japan

Pablo Hernandez Guevara
Calle Este Res Mi Refugio P 9 Apto. 9A
Urb. Manzanares Caracas Venezuela
Zip code 1070

Pablo V Hernandez G
Calle Este Res. Mi Refugio P9 Apt 9A
Urb. Mazanares Caracas Venezuela 1070

Pacific Northwest Infrastructure In
PO Box 3363
Wenatchee, WA 98807-3363

Pacific Northwest Infrastructure Inc
PO Box 3363
Wenatchee, WA 98807-3363

(p)PARKER CORPORATE SERVICES
2009 IRON ST
BELLINGHAM WA 98225-4211

Pamela M Egan
Paul H Beattie
CKR Law LLP
506 2nd Avenue, 14th Floor
Seattle, WA 98104-2343

Path of Four Winds, LLC
3638 Lake Breeze Lane
Crosby, TX 77532-7202

Patrick Blount
848 N Rainbow Blvd
Suite 1800
Las Vegas, NV 89107-1103

Paul A Barrera
17713 15th Ave NE Ste 101
Shoreline, WA 98155-3839

Paul A. Barrera
North City Law, PC
17713 15th Ave NE
Suite 101
Shoreline, WA 98155-3839

Paul W Reinsch Jr
7 Salvatierra Trace
Hot Springs Village, AR 71909-7707

Per Martin Sundberg
Calcada de santo andre 33 Bloco2 Letra F
1100-495
Lisbon Portugal

Peter Mooney
506 Felicia St
Durham, NC 27704-6213

Phil A Dinwiddie
28122 Vine Cliff
Boerne, TX 78015-4881

Philip N McCollum
14391 Warren St
Westminster, CA 92683-5187

Piervanni Ugolini Mugelli
Via di Nizzano, 2
Impruneta, 50023
Florence, Italy

Port of Chelan
238 Olds Station Rd #A
Wenatchee, WA 98801-8131

Port of Douglas
643 Billingsly Dr. SE
East Wenatchee, WA 98802

Port of Douglas County
Davis Arneil Law Firm c/o David R Law
617 Washington St
Wenatchee, WA 98801-2600

Prija Phaphouampheng
5115 16th Street, A
Santa Ana
United States
Santa Ana, CA 92703-1190

Quark LLC
4283 Express Lane, Suite 3842-078
Sarasota, FL 34249-2602

RAVJI PATEL
16 home mead
United Kingdom
HA7 1AF

RICHARD BLOMQUIST
1425 BROADWAY #23240
SEATTLE, WA 98122-3854

Radomir Kalinin
Stanyukovicha, 54G-55
Vladivostok city (Zip code 690003)
Russia
Stanyukovicha, 54G-55, Vladivostok city,

Raritan
400 Cottontail Lane
Somerset, NJ 08873-1238

| | | |
|---|---|---|
| Raritan, Inc.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 | Refael Sofair, individually and on<br>behalf of all others similarly situated<br>c/o John A. Knox, Williams Kastner & Gib<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-1368 | Richard Shew<br>157 Slatewood Ct.<br>Bethel Park, PA 15102-2242 |
| Richard Wulliens<br>Rue de l'Eglise 13a<br>1958 St Lonard<br>CH - Switzerland | Rietveld Global Business Group B.V.<br>Postbus 9607 (Box G58)<br>1006 GC, Amsterdam<br>The Netherlands | Robert B Decker<br>918 CONFIDENCE DR<br>LONGMONT<br>United States<br>LONGMONT, CO 80504-8540 |
| Robert Ilievski<br>Nypongatan 18<br>212 31 Malmo<br>Skane<br>Sweden | Robert J. Hoyer<br>5940 Daltry Ln<br>United States<br>Colorado Springs, CO 80906-7802 | Robert Russell<br>971 Providence Pike<br>United States<br>Danielson, CT 06239-4003 |
| Roger L. Sutton<br>716 Contessa<br>Irvine, CA 92620-1724 | Rolf Jakobsen<br>Wessels Gate 25C<br>H0202<br>Norway | Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 |
| Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 | Ross Shrestha<br>1259 N Lakeview Dr<br>palatine, IL 60067-2092 | Ross Tavakoli<br>8 Oakfield Close, Alderley Edge, Cheshir<br>England<br>United Kingdom |
| Ruben del Muro<br>1923-1 Nishidera, Kikuchi, Kumamoto<br>861-1323<br>Japan | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 |
| Scott Glasscock<br>229 Craft Road<br>Brandon, FL 33511-7588 | Scott Paul<br>1100 SW 7th St<br>Renton<br>Renton, WA 98057-2939 | Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave, Ste 3600<br>Seattle, WA 98104-7010 |
| Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | Sergiy Dzvonyk<br>28, Yaroslavov Val str., ap.29<br>Kiev - 01034<br>Ukraine | Serhii Komar<br>Alexandra Nevskogo 35<br>ap. 55<br>Odessa, Ukraine, 65088 |
| Shaun Leech<br>49a winfiled road<br>Balwyn North<br>Victoria Australia 3144 | Shawn Jackson Dyck<br>40100 Willow Crescent<br>Apt 308<br>Squamish, BC, V8B0L8, Canada | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 |
| Sinh Du<br>818 SW 3rd Ave #221-2313<br>Portland, OR 97204-2405 | Smeets Gert<br>Sapstraat 40<br>Grote Spouwen<br>Belgium<br>Belgium | Spencer Ross<br>215 11th Ave NE<br>Apt. 3<br>St. Petersburg, FL 33701-1961 |

| | | |
|---|---|---|
| Stefano Musumeci<br>Uuslinna tn 9/4-52<br>11415 Tallinn<br>Estonia | Steve Delassus<br>215 Avenue Marcel Anthonioz<br>01220 DIVONNE LES BAINS<br>France | Steven William Sweeney<br>7 LENT CRESCENT<br>BRAMPTON, ONTARIO L6Y 5E5<br>CANADA |
| Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 | TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 |
| Takeshi Kawai<br>3-9-2-403 Shimorenjaku<br>Mitaka City, Tokyo<br>181-0013, Japan | Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 | Talos Construction LLC<br>Todd Reuter, Foster Pepper PLLC<br>618 W Riverside Ave, Suite 300<br>Spokane, WA 99201-5102 |
| Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 | Taverne Kevin<br>13 rue kipling<br>91540 Mennecy , France | Theatherstrasse 27c<br>Theaterstrasse 27c<br>8400 Winterthur<br>Switzerland |
| Theocharis Aslanidis<br>Doridos 44<br>12242 Egaleo<br>Greece | Thomas Mehlitz<br>SolRide GmbH<br>Yburgstr. 18<br>Germany<br>Germany | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 |
| Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 | Travelers Property Casualty Co. of America<br>Jonathan B. Alter, Esq.<br>1 Tower Square, MS04<br>Hartford, CT 06183-1050 | Travis Hibbard<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 | Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 | US Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr Suite 100<br>Indianapolis, IN 46278-2010 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| Vanessa Pierce Rollins<br>123 Springhill Drive<br>East Wenatchee, WA 98802-8560 | Viken Chouchanian<br>8741 Darby Ave #3<br>Northridge, CA 91325-3089 | Vyacheslav Levin<br>4A Stoke Row<br>Coventry,Westmidlands<br>CV2 4JQ<br>UK |
| WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 |

| | | |
|---|---|---|
| Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 | Wilhelmus Appel<br>Lupinelaan 15<br>5582 CG Waalre<br>The Netherlands | William M Patton<br>6821 Sky Circle<br>United States<br>Anchorage, AK 99502-3979 |
| William Stephen Davis<br>7281 Rooses Drive<br>Indianapolis, IN 46217-7411 | William Tran<br>403 W Ramona Rd<br>Alhambra, CA 91803-3548 | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 |
| Wong Chun Ming<br>Sham Shui Po,Fuk Wing st 133<br>Flat A 10/F 5/Block Golden Bldg<br>Hong Kong<br>Sham Shui Po,Fuk Wing st 133 Flat A 10/F | Xiaoming Lu<br>3269 Range Ct<br>Mason, OH 45040-8741 | Yuet Choi Cheng<br>22F Nam Hoi Mansion, Taikoo Shing<br>HONG KONG |
| Yurii Kuzmin<br>10-B, Urozhaynaya str.,<br>Odessa<br>65016<br>Ukraine | caleb maistry<br>Van hoof street, 2 willow view estate, r<br>Gauteng,Johannesburg<br>South Africa | elieshay touboul<br>amos 221<br>tekoa<br>Israel<br>israel |
| fabio todeschini<br>16 via gran san bernardo<br>milan<br>italy | hari krishna prasad menta venkata<br>116 CANADIAN LAKES BLVD<br>CANADIAN, BALLARAT<br>Australia<br>116 canadian lakes blvd, canadian, 3350 | lior sharabi<br>eshkolit 28/22 - Pardes Hana - Israel<br>eshkolit 28/22 - Pardes Hana - Israel |
| ljupco nikolovski<br>mercurius 15<br>1188 GA<br>Amstelveen<br>Holland | mathias brachet<br>darwingasse 37<br>top 1<br>1020 Vienna<br>Austria | nick nguyen<br>3411 Greentree Dr<br>Falls Church, VA 22041-1405 |
| pamelyn chee<br>po box 18771<br>United States<br>los angeles, CA 90018-0771 | (p)RIES LAW FIRM  P S<br>P O BOX 2119<br>MOSES LAKE WA 98837-0519 | Jun Dam<br>237 Kearny #9096<br>San Francisco, CA 94108-4502 |
| Mark Waldron<br>Mark D. Waldron<br>6711 Regents Blvd. W., Suite B<br>Tacoma, WA 98466-5421 | Nathan Welling<br>340 S. Lemon Avenue<br>Unit 5807<br>Walnut, CA 91789-2706 | Randy Michelson<br>Michelson Law Group<br>220 Montgomery Street<br>Suite 2100<br>San Francisco, CA 94104-3502 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brandon Gordon<br>601 Seven Oaks Ct<br>Brooksville, FL 34601 | Electrical Power Products, Inc.<br>4240 Army Post Rd<br>United States<br>Des Moines, IA 50321 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225 |

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Michael Russo
10310 WREN ROAD
WEEKI WACHEE, FL 34613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allrise Financial Group | (u)EcoChain, Inc. | (u)Executive Flight, Inc. |
| (u)Perkins Coie LLP | (u)Unsecured Creditors' Committee | (d)507 Capital LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 |
| (u)Aliaksei Volnov<br>18-34 Lesi Ukrainki str.<br>Minsk<br>Belarus<br>18-34 Lesi Ukrainki str., Minsk, Belarus | (u)Anton Shamanaev<br>Vvedenskogo st 24k2<br>162 apt<br>Moscow, Russian Federation, 117279 | (u)COSTANTINI frederic<br>29 BIS rue Emile Duclaux 92150 Suresnes<br>29 BIS rue Emile Duclaux 92150 Suresnes |
| (u)Dmitry Benkovich<br>12, Trubetskaya str, app.1A, Moscow, Rus | (d)ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr Suite 2<br>Las Vegas, NV 89103-3763 | (u)Evgeny Skoropisov<br>32 Moo11, Soi Hua Hin 112, Tabtai, MEUAN<br>Hua Hin, Prachuap Khiri Khan, 77140 Thai |
| (u)Jarno Hogeweg<br>Kaya Sirena 18<br>Kralendijk<br>Bonaire | (u)Jose Antonio Carapeto Sierra<br>Calle Pirra, 14 - Portal H - 3A C.P 2802<br>Madrid<br>Espaa | (u)Lester Ayllon<br>Rua Adele, 119 AP 264 BL 2<br>Rua Adele 119, AP 264 BL 2 |
| (u)Luca Monterisi<br>Sveti Martin, 142<br>Podstrana  21312<br>Croatia | (u)MASAYA FUJIOKA<br>Ookayamamanshion319<br>Meguro-ku1-36-31,Tokyo 152-0033 | (u)Nicolas Colombera<br>Santa Cruz 88<br>Santiago del Estero, Capital<br>Zip: 4200 |

| | | |
|---|---|---|
| (u)OMAR JAVIER MONSALVE SANCHEZ<br>AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2<br>PAREDES DE COURA, VIANA DO CASTELO, PORT<br>4940-520 | (d)Paul A. Barrera<br>17713 15th Ave NE<br>Ste 101<br>Shoreline, WA 98155-3839 | (u)Petr Bohacek<br>Kloboucnicka 1440/8<br>Czechia<br>Czechia |
| (u)Primo Njega<br>BUKOVCI 100f<br>SI-2281 Makovci<br>Slovenija<br>Slovenija | (u)Rolan Burykin<br>Thomas-Diewald Str 2, 82152 Planegg, Ger<br>Thomas-Diewald Str 2, 82152 Planegg, Ger | (d)Schmitt Electric, Inc<br>1114 Walla Walla Avenue<br>Wenatchee, WA 98801-1525 |
| (d)Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 | (u)Valerijs Sidoriks<br>63 Addison Road, Guildford, Surrey, GU1 | (u)Vladislav Manitskiy<br>Garazhnaya street 67/396<br>Krasnodar city, Krasnodar region<br>Russian Federation, 350000 |
| (d)Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | (u)David M Carlson | (u)Paul A Baum |
| (u)Refael Sofair | End of Label Matrix<br>Mailable recipients    383<br>Bypassed recipients     31<br>Total                  414 | |