UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**OBJECTION TO MOTION (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES (III) SHORTENING TIME TO OBJECT**

## MOTION

**COMES NOW** creditors and mining machine owners Jun Dam et al. ("Respondents"), in propria persona, collectively move to request the Court to deny motions: (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES (III) SHORTENING TIME TO OBJECT

## ARGUMENT

I. Under FRB 2002 and 6004, 21 days notice is required for the sale of property not used in the ordinary course of business. Respondents have either only recently received official notice or have not received official notice at all. The US postal service has been delayed due to COVID19. Respondents object to the shortened time and request continuation of hearing until the proper 21 days notice is given to Respondents and other creditors and owners of mining equipment so each person can receive adequate protection.

II. The Trustee and counsel have continued to commit acts of theft and conversion of personal property against Respondents and mining equipment owners who have invoices for their purchases listed on each of their proof of claims that have been filed with the court. Respondents object to the sale of mining equipment and request adequate protection under 11 U.S. Code 363(e) and reasonable compensation for the sale of any mining equipment. In fact, the proceeds of the TNT sale were put aside upon determination of ownership.

III. The estimated proceeds for the estate is up to $700,000 or more based on comparable sales on Ebay and the equipment sale would be a detriment to the estate if sold for $42,000 and the prorated amounts that each individual miner owner would be reimbursed would be de minimus if sold for that amount.

## CONCLUSION

**WHEREFORE,** upon facts and considerations of law the Court should enter an order to deny motions until proper notice is given, a proper bidding process occurs and miner owners are given adequate protection.

Dated this 7th day of October, 2020

*Jun Dam*

Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com
Proof of Claim #: 52

*Shawn J. Dyck*

Shawn Jackson Dyck (*Pro Se*)
40100 Willow Crescent #308
Squamish, BC, V8B0L8, Canada
Phone: (604) 213-2285
Email: shawn.dyck@protonmail.com
Proof of Claim #: 199

*Andrew Molitor*

Andrew Molitor (*Pro Se*)
760 South Barrington Ave Apt. 6
Los Angeles, CA 90049
Phone: (925) 586-1011
Email: awmolitor@gmail.com
Proof of Claim #: 344



Krishna Karthik Reddy(*Pro Se*)
1700 Halford Ave
Santa Clara CA 95051
Phone: (510) 363-5032
Email: kay.reddy.3399@gmail.com
Proof of Claim #: 119

*Mark Ellis*

Mark Ellis (*Pro Se*)
Flat 19 Rainier Apartments
43 Cherry Orchard Road
Croydon, CR06FA - United Kingdom
Phone: +44 (0) 7545053564
Email: queenshousecapital@gmail.com
Proof of Claim #: 273
Assets: 3x D3, 4x L3+, 2x S9, 6528 WTT



David Dawson (*Pro Se*)
120 98th ave
Treasure Island, Fl 33706
United States of America
Phone: (727)723-4228
Email: Dawsond88@gmail.com
Proof of Claim #:
Assets: 2x L3+, 1x S9, 8x D3

Clinton Luckinbill
1054 Waterleaf Way
San Jacinto Ca. 92582-3020
Phone: 847-773-5189
Email: clintluck99@yahoo.com
Proof of Claim #: 79

Hiroaki Yamamoto

Hiroaki Yamamoto (*Pro Se*)
Asahi Plaza Arbonate Nara One #606
119-4 Nishikitsuji Street
Nara, Japan. 630-8325
Phone: +81 90 1079 7727
Email: gigawatt@hysoftware.net
Proof of Claim #: 198, 285

Gregory Klumov (*Pro Se*)
117639 Balaklavsky Av 93
Moscow, Russia
Phone: +19173985298
Email: gk@rondex.eu
Proof of Claim #: 73

*Khurshid Alam*

Khurshid Alam (*Pro Se*)
2/19 Chikameena St, Logan Reserve
4133,QLD Australia
Phone: +61448543251
Email: khurshidalam1976@gmail.com
Proof of Claim #: 220

*Ken M. Coy* (signature)

Ken McCoy (*Pro Se*)
1401 Woodstock Way #103H
Bellingham, Wa 98226
C: 360-739-4837      :
Email: ken@northentier.com
Proof of Claim #: 37

*Wendy King* (signature)

Wendy King
Path of Four Winds, LLC (*Pro Se*)
3638 Lake Breeze Lane
Crosby, Texas 77532
Phone: c: 832-694-5800
Email: wktrader@aol.com
Proof of claim #: 54

*Larry E. Baggs* (signature)

Larry Baggs (*Pro Se*)
1502 Sharon Drive
Duncanville, TX
Phone: c. 972-460-6806
Email: baileren@yahoo.com
Claim: filed 2/2019, # unknown
Proof of Claim #: 116

*Ken Koh* (signature)

Ken Li Koh (*Pro Se*)
Unit 2 / 137 Hull Road
Croydon VIC 3136 Australia
Phone: +61 4043622686
Email: kenlikoh@yahoo.com.au
Proof of Claim #: 242

*pablo hernandez* (signature)

Pablo Hernandez(*Pro Se*)
Calle este Res. Mi Refugio
P9 Apto 9A Urb Manzanares Caracas
Phone:+58 4142577872
Email: pablovhg@gmail.com
Proof of Claim #: 116

*Andrea Sharp* (signature)

Andrea Sharp (*Pro Se*)
268 Bush Street #2520
San Francisco, California 94104
Proof of Claim #: 20

*Carmen Hernandez* (signature)

Carmen Hernandez (*Pro Se*)
Cll La Pedrera Res Vista Plaza
Torre B P 15 apto 15 D Caracas
Phone: +584143303573
Email: jacquilinehg@gmail.com
Proof of Claim #: 234

*Alex Garnock* (signature)

Alex Garnock (*Pro Se*)
Coombs ACT Australia
Phone: +61416469080
Phone: +61416469080
Email: axiomax01@gmail.com
Proof of Claim #:106
Assets: 10x S9 and 3x misc

*/s/*

James Kennard (*Pro Se*)
44 Coopers Shoot Rd
Coopers Shoot, NSW 2479 Australia.
Phone: +61 414 526 679
Email: jim@kss.com.au
Proof of Claim #:
Assets: 10x Alpha 100 - PSU, 10x Antminer S9

*/s/ John Scevola*

John Scevola (*Pro Se*)
8768 SW Iroquois Drive
Tualatin, Oregon 97062
Phone: 503-334-9144
Email: jscevola@gmail.com
Proof of Claim #: 96
Assets: 78x Miners

*/s/*

Koji Michiwaki(*Pro Se*)
Shizuoka-ken Haibara-gun
Kawanehon-cho Kaminagao 380-3 Japan
Phone: +81(0)9017243806
Phone: +81(0)547560379
Email: hangloose646@gmail.com
Proof of Claim #: 85
Assets: 5x Alpha 200s - PSU inc, 1x S9 13.5 TH/s

*/s/*

Jaime D Mejia M(*Pro Se*)
Calle 44 no 10E - 11
Barranquilla, Colombia
Phone: 573012197321
Email: zensei@protonmail.com
Proof of Claim #: 310

*/s/ HGJones*

Howard Jones (*Pro Se*)
21 Sandiways Road
Wallasey
WIRRAL UK
Phone: +97433688649
Email: woolyback39@hotmail.com
Proof of Claim #: 148
Assets: 3x S9

*/s/*

Patrick Blount (*Pro Se*)
848 N Rainbow Blvd #1800
Las Vegas, NV 89107
Phone: 212.380.8019
Email: hagan.blount@gmail.com
Proof of Claim #: 127
Assets: 13x L3+ miners

*/s/*

Viken Chouchanian (*Pro Se*)
17429 Lahey St
LA, CA 91344
Phone: 818-292-5173
Email: chouchanian@gmail.com
Proof of Claim #:
Assets: 30x LTC Miners

*/s/*

George Sorin Lascu (*Pro Se*)
str. Calugarului 16
0077151 Balteni, Ilfov, Romania
Phone: +40 769 881118
Email: sorin@lascu.com
Proof of Claim #: 252

*Philip McCollum*

Philip McCollum (*Pro Se*)
14391 Warren St
Westminster CA 92683
Phone: (714) 220-7628
Email: philipmccollum@yahoo.com
Proof of Claim #: 240

Filip Scheperjans (*Pro Se*)
Pellonperäntie 1 B
00830 Helsinki, Finland
Phone: +358-40-7791575
Email: filip@gmx.net
Proof of Claim #: 207, 208
Assets: 6x L3+ + PSU, (6404 WTT)

*Shaun Declan Leech*
All rights reserved, none waived ever.

Shaun Declan Leech (*Pro Se*)
PO Box 87
Woolgoolga, NSW
Australia 2456
Phone +61 438 003 458
Email shaun246810@gmail.com
Proof of Claim #: 206

*Luigi Arcadi*

Luigi Arcadi (*Pro Se*)
Via Luigi Cadorna 8/A
Como, Italy 22066
Phone: +0039 3385762013
Email: arcadiluigi@gmail.com
Proof of Claim #:
Assets: 2x S9

*Michael Detrinidad*

Michael Detrinidad(*Pro Se*)
726 Balsam Dr.
Newman, California 95360
Phone: 408-616-0100
Email: thedetrinidads@sbcglobal.net
Proof of Claim #: 150



Ruben del Muro Gonzalez(*Pro Se*)
1923-1 Nishidera,
Kikuchi City. 861-1323
Phone: 07043510988
Email: jmejiamar@gmail.com
Proof of Claim #: 108

*Ugolini Mugelli P*

Piervanni Ugolini Mugelli (*Pro Se*)
Via Nizzano, 2, Impruneta,
Florence, 50023, Italy.
Phone: +39 3456860370
Email: ugolinipv@gmail.com
Proof of Claim #: 276

*Leon de Fleuriot*

Leon de Fleuriot de la Colinière (*Pro Se*)
16 Rankdoring Avenue, Randpark Ridge,
Gauteng, 2169, South Africa
Phone: +27824160124
Email: leondefleuriot@gmail.com
Proof of Claim #: 277
Assets: 35xS9/15xL3+/4xD3/1xA200/, WTT:40156

*Signature*

Steve Delassus(*Pro Se*)
685 Rue de la Mairie
01170 Cessy France
Phone: +33 668611493
Email: delassus.steve@gmail.com
Proof of Claim #: 262
Assets: 4x LTC Miners and 1x Dash Miner

*abhishek singhal*

Abhishek Singhal(*Pro Se*)
8A - Street No.3
Vasant Vihar Enclave
Dehradun, UK 248006
India
Phone: +919760065555
Email: abhishek@alderbiochem.com
Proof of Claim #:

*R. Rietveld*

R.Rietveld (*Pro Se*)
Postbus 9607 (Box G58)
1006 GC, Amsterdam
The Netherlands
Proof of Claim #: 118

*Matteo Romani signature*

Matteo Romani (*Pro Se*)
Via Flaminia 66
61034 Fossombrone
Italy
Email: anfara@hotmail.it
Phone: +39 3280372322
Proof of Claim #: 117
Assets: 16297 WTT tokens, 5x S9, 3x D3



Andrew Mark Campbell-Boross (*Pro Se*)
04720 Aguadulce (Almería), SPAIN
Phone: 0034645818419
Email: andrew.campbell.boross@gmail.com
Proof of Claim #:
Assets: 3153 WTT tokens

*Signature*

Novikova Oksana Vladimirovna (*Pro Se*)
350004, 5 Tulskaya street
Krasnodar, Russia
Phone: +79184994929 and +79002901919
e-mail: ks.70@list.ru
Proof of Claim #:
Assets: 3983 WTT, 1x D3, 2x L3+, 2x D9

*Primož Njegač signature*

Primož Njegač (*Pro Se*)
Bukovci 100g,
SI-2281 Markovci
Slovenia
Email: primoz@njegac.si
Phone: +386 41 611 896
Proof of Claim #: 203

*Havlik Marcell*

Havlik Marcell (*Pro Se*)
Hungary, Budapest Bérkocsi street 22.
Email: havlikmarcell@gmail.com
Phone: +36 30 370 8910
Proof of Claim #: maybe: #2938
Assets: 1x S9

Anton Shamanaev (*Pro Se*)
Vvedenskogo st., 24k2, 162, Moscow, Russia
Email: anton.shamanaev@gmail.com
Phone: +7 926 5603460
Proof of Claim #: 204
Assets: 3x S9, 10000 WTT tokens

Glen Bradley (*Pro Se*)
Lerstadvegen 250
6014 Alesund
Norway
Phone: +4792608643
Email: glen1@online.no
Proof of Claim #:
Assets: L3+ x1, S9 x1, Alpha x1 200

Levi Illis (*Pro Se*)
Vinkenhof 7, 4332 DM, Middelburg, Netherlands
Phone: +31646441085
Email: leviillis@gmail.com
Proof of Claim #: 343
Assets: 1.52719365 BTC, 7276 WTT tokens, 10x S9

Georgios Lignos (*Pro Se*)
Kritis 25
Aegaleo, 12243
Attiki, Greece
Phone: (+30) 693 26 16 894
Email: g.dlignos@gmail.com
Proof of Claim #: 12

Scott Glasscock (*Pro Se*)
229 Craft Road
Brandon, FL 33511
Phone: 813-689-2930
Email: sg_personal@live.com
Proof of Claim #: 64

Jarno Hogeweg (*Pro Se*)
Kaya Jacintho 6
Santa Barbara, Bonaire
Phone: +599-700-9246
Email: jhogeweg@gmail.com
Proof of Claim #: 59

Aaron Krivitzky (*Pro Se*)
1810 Linson Ct SE
Grand Rapids, MI 49546
Phone: (616) 723-0227
Email: krivitzky@gmail.com
Proof of Claim #: 270



Jason Pike (*Pro Se*)
250 E. 87th Street, Apt. 30G
New York, NY 10128
Phone: (917) 769-4726
Email: jasonwpike@gmail.com
Proof of Claim #:
Assets: 2x S9, 2x L3+, 2x D3

*Michael Papenfuse*

Michael Papenfuse (*Pro Se*)
1291 Queensway
Lake Isabella, MI 48893
Phone (989) 996-1196
Email: mfusedo@gmail.com
Proof of Claim #: 223

*DP*

Denis Petrov (*Pro Se*)
119017 Russia Moscow
Malaya Ordiynka 13-1-14
Phone +79680493284
Email: denkotik@gmail.com
Proof of Claim #:
Assets: 5x A200, 1x S9, 31x L3, 16x D3, 120380 WTT

*Joseph Smits*

Joseph A Smits (*Pro Se*)
Westerlanderweg 40
Westerland 1778KL
Netherlands
josephsmits@gmail.com
Phone 31-6-53331433
Proof of Claim #: 6685

*Jacqueline Bussey*

Jacqueline Bussey (*Pro Se*)
Percheron House, Goudhurst Road
Cranbrook, Kent TN17 2PA
United Kingdom
Email: jackie.bussey@gmail.com
Proof of Claim #61
Assets: 3x S9, 2x B3

*Todd M Heckman*

Talents 633 Ministries, NFP (*Pro Se*)
Todd M. Heckman
12113 Breda Lane
Orlando, FL 32827
Phone: (630) 445-3637
Email: talents633@gmail.com
Proof of Claim #: 9

*Andrew Blyler*

Andrew Blyler (*Pro Se*)
603 W Washington St
Ann Arbor, MI 48103
Phone: (734) 249-9315
Email: andy@blyler.cc
Proof of Claim #: 42
Assets: 1x L3+, 1099 WTT

*Niva Johnson*

Niva Johnson (*Pro Se*)
119 Ridgmar Trail
Hendersonville, TN 37075 USA
Phone: +1 615-337-4247
Email: niva_johnson@hotmail.com
Proof of Claim #: 314
Assets: 9 miners, 1500 WTT

*Bryant Johnson*

Bryant Johnson (*Pro Se*)
1360 Whitetail Glen Ct
Hebron, KY 41048 USA
Phone: +1 859-444-8227
Email: bk_johnson@hotmail.com
Proof of Claim #: 56
Assets: 47 Miners, 41,001 WTT

*Clinton Sikes*

Clinton F. Sikes (*Pro Se*)
4206 Brazos Bend Dr.
Pearland, TX 77584
Phone: (832) 289-6403
Email: csikes@nohome.net
Proof of Claim #: 275

*Jung H Cho*

Jung H Cho (*Pro Se*)
320A 7th St.
Palisades Park, NJ 07650
Phone (201) 739-7933
Email: ethminer74@gmail.com
Proof of Claim #:
Assets: 32x S9, WTT Token 58729

*[signature]*

Michael Bendett(*Pro Se*)
10191 W. Sample Rd #215
Coral Springs, FL 33065
Phone: (954) 425-6145
Email: michaelsbendett@gmail.com
Proof of Claim #:
Assets: 5x S9, 15x L3, 1x D3, 2x Panda miner
14572 WTT tokens

*[signature]*

Jeffrey C Lutz (*Pro Se*)
916 Confidence Dr
Longmont CO 80504
Phone: (303)956-0128
Email: jefflutz62@gmail.com
Proof of Claim #: 63

*Max F. Findel*

Max F. Findel (*Pro Se*)
Dr Manuel Barros Borgoño 71, #1105
Providencia, Chile 7500593
Phone: (+569) 7768-7826
Email: maxfindel@gmail.com
Proof of Claim #: xx
Assets: 1x S9, 1457 WTT Tokens

Ronald R. Johns, Jr. (*Pro Se*)
125 Frogfruit Way
San Marcos, TX 78666
Phone: (936) 499-7755
Email: rjohnsjr@me.com
Proof of Claim #: xx
Assets: 9x S9

*RRJagai*

Ramiro Jagai (*Pro Se*)
Dr. J. Presserstraat 25
2552 LR The Hague The Netherlands
Phone: +31624832876
Email: ramirojag@live.nl
Proof of Claim #4348
Assets: 1x S9 miner

*[signature]*

Richard Wulliens (*Pro Se*)
Rue de l Eglise 13a
1958 St Leonard CH-Switzerland
Phone: +41792824812
Email: wric48@hotmail.com
Proof of Claim #: 219
Assets: 1 x D3+PSU

*[signature]*

Frank Daniel (*Pro Se*)
Zollstrasse 22
95695 Maehring Germany
Phone: +499639-919622
Email: frank@windalf.de
Proof of Claim #:
Assets: 3x L3, 5x Antminer

*William S Davis*

William S Davis (*Pro Se*)
7281 Rooses Drive
Indianapolis, Indiana 46217
Phone: 239-233-3446
Email: sdavis4@twc.com
Proof of Claim #: 247
Assets: 22x L3, 3x Alpha 100 Miners, 9x S9i

*[signature]*

Joseph Brodsky *(Pro Se)*
656 St.Nicholas av, New York, N.Y. , 10030
Phone: 646 236 5562
Email: josephmbrodsky@gmail.com
Proof of Claim #:

Robert Ilievski

Robert Ilievski *(Pro Se)*
Nypongatan 18
212 31 Malmö
Skåne, Sweden
Phone: +46 70 093 37 98
Email: Robieilievski@gmail.com
Proof of Claim #: 92
Assets: 24x L3+

*Mark Weitzel*

Mark Weitzel (*Pro Se*)
15460 W 199th St
Spring Hill, KS 66083
Phone: (913) 490 8534
Email: admin@ip2p.io
Proof of Claim #: 296
Assets: 8x Panda B3, 2x L3+, 4x S9, 4x D3

*John T. Winslow*

John T. Winslow (*Pro Se*)
5544 Las Virgenes Rd. #99
Calabasas, CA 91302
Phone: (818) 880-9999
Email: jtwinslow@juno.com
Proof of Claim #: 60
Assets: 59x S9, 81x L3+, 58x D3

*[signature]*

Joshua Hester (*Pro Se*)
1115 California St
Oceanside CA 92054
Phone: (619)208-0530
Email: hesterj@yahoo.com
Proof of claim#: 303
Asserts: 3x L3

Yuet Choi Cheng *(Pro Se)*
23 Appleton Drive
Basingstoke RG24 9RW
UK
Phone: (44) 7737 301 693
Email: ycc730@gmail.com
Proof of Claim #: 145
Assets: 1x S9, 1x Panda, 1x D3, 3x L3

*[signature: Adam Schainblatt]*

Adam Schainblatt *(Pro Se)*
8809 Walking Stick Trail Forte,
Raleigh, NC 27615
USA
Phone: 9194557770
Email: adamschainblatt@gmail.com
Proof of Claim #:
Assets: 2x L3, 1x Panda, 1x S9

*Edward Selmer*

Edward Selmer *(Pro Se)*
16703 Bastille Drive
Charlotte, NC 28278
USA
Phone: (980) 505-3603
Email: eselmer@gmail.com
Proof of Claim #:
Assets: 4x S9, 2x L3+, WTT tokens

*[signature: Yuri Henrique Galvão]*

Yuri Henrique Galvão *(Pro Se)*
Av. Mal. Hermes, 119, apt. 82, Canto do

Praia Grande - SP, 11700-250, Brazil
Phone: +55 13 991446907
Email: yhgalvao@gmail.com
Proof of Claim #:
Assets: 1x S9, 2x L3

# CERTIFICATE OF SERVICE

I certify that a copy of this **OBJECTION TO MOTION (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES (III) SHORTENING TIME TO OBJECT** was served by mail on the persons listed below:

Giga Watt Inc. - Chapter 11 Trustee
Mark D. Waldron
6711 Regents Blvd Ste B
Tacoma, WA 98466-5421

Notice will be electronically mailed to:

Ben Ellison, on behalf of the Official Committee of Unsecured Creditors - salishsealegal@outlook.com, benaellison@gmail.com
James D Perkins on behalf of The United States Trustee - James.Perkins@usdoj.gov
Samuel Dart as attorney for Creditors' Committee of WTT Token Holders and Miners - sdart@eisenhowerlaw.com
Quentin D Batjer on behalf of Port of Douglas County - pam@dadkp.com, quentin@dadkp.com
William L Hames on behalf of Port of Douglas County - billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com
David R Law on behalf of Port of Douglas County - david@dadkp.com, amy@dadkp.com
Shauna S Brennan on behalf of ECO Diversified Holdings, Inc. - sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
Robert H Castro on behalf of Interested Party Nathan Welling - rcastro@rcastrolaw.com, castro.ava@gmail.com
Adam C. Doupe on behalf of Interested Party Allrise Financial Group - doupe@ryanlaw.com, doupear96329@notify.bestcase.com
Gary W Dyer on behalf of US Trustee - gary.w.dyer@usdoj.gov
Pamela Marie Egan on behalf of Trustee Mark Waldron - pegan@potomaclaw.com
Scott B Henrie on behalf of Creditor Refael Sofair - shenrie@williamskastner.com, dlevitin@williamskastner.com
Douglas A. Hofmann on behalf of Creditor Refael Sofair - dhofmann@williamskastner.com, kmejia@williamskastner.com
Gretchen J. Hoog on behalf of Emerald City Statewide LLC - ghoog@pcslegal.com, danderson@pcslegal.com
David Kazemba on behalf of Creditor Giga Plex, LLC and MLDC1, LLC - dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, debbie@overcastlaw.com; kazembadr92395@notify.bestcase.com
John Knox on behalf of Creditor Refeal Sofair - jknox@williamskastner.com, rnelson@williamskastner.com
Angie Lee on behalf of Creditor Washington State Taxing Agencies - bculee@atg.wa.gov
Benjamin J McDonnell on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com
Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
Danial D Pharris on behalf of Creditor NC Machinery Co. - pharris@lasher.com, lukesetich@lasher.com
Jason T Piskol on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - jtp@pyklawyers.com

The Honorable Frederick P. Corbit
Chapter 11

| | | |
|---|---|---|
| Jun Dam (*Pro Se*) | Andrew Molitor (*Pro Se*) | |
| Krishna Karthik Reddy (*Pro Se*) | Leon de Fleuriot de la Colinière (*Pro Se*) | |
| Shawn Jackson Dyck (*Pro Se*) | Andrew Mark Campbell-Boross (*Pro Se*) | |
| Clinton Luckinbill (*Pro Se*) | Piervanni Ugolini Mugelli (Pro Se) | |
| Pablo Hernandez (*Pro Se*) | Ruben del Muro Gonzalez (*Pro Se*) | |
| Georgios Lignos (*Pro Se*) | Novikova Oksana (*Pro Se*) | |
| Joseph Brodsky (*Pro Se*) | Adam Schainblatt *(Pro Se)* | |
| Jaime D Mejia M (*Pro Se*) | Anton Shamanaev (*Pro Se*) | |
| Mark Ellis (*Pro Se*) | David Dawson (*Pro Se*) | |
| Hiroaki Yamamoto (*Pro Se*) | Gregory Klumov (*Pro Se*) | |
| Khurshid Alam (*Pro Se*) | Ken McCoy (*Pro Se*) | |
| Todd M. Heckman *(Pro Se)* | Andrea Sharp (*Pro Se*) | Larry Baggs (*Pro Se*) |
| Wendy King | Carmen Hernandez (*Pro Se*) | Ken Li Koh (*Pro Se*) |
| Alex Garnock (*Pro Se*) | William S. Davis (*Pro Se*) | Frank Daniel (*Pro Se*) |
| James Kennard (*Pro Se*) | Koji Michiwaki (*Pro Se*) | John Scevola (*Pro Se*) |
| Joseph Errigo (*Pro Se*) | Patrick Blount (*Pro Se*) | Howard Jones (*Pro Se*) |
| Viken Chouchanian (*Pro Se*) | Philip McCollum (*Pro Se*) | Shaun Leech (*Pro Se*) |
| George Sorin Lascu (*Pro Se*) | Filip Scheperjans (*Pro Se*) | Ronald Rietveld |
| Steve Delassus (*Pro Se*) | Luigi Arcadi (*Pro Se*) | Primož Njegač (*Pro Se*) |
| Matteo Romani (*Pro Se*) | Levi Illis (*Pro Se*) | Joseph Smits (*Pro Se*) |
| Aaron Krivitzky (*Pro Se*) | Michael Papenfuse (*Pro Se*) | Denis Petrov (Pro Se) |
| Jason Pike (*Pro Se*) | Jacqueline Bussey *(Pro Se)* | Andrew Blyler *(Pro Se)* |
| Clinton F. Sikes *(Pro Se)* | Ronald R. Johns, Jr. *(Pro Se)* | Jung H Cho (*Pro Se*) |
| Max F. Findel (*Pro Se*) | Mark Weitzel (*Pro Se*) | Nina Johnson (*Pro Se*) |
| Bryant Johnson (*Pro Se*) | Michael Bendett (*Pro Se*) | Ramiro Jagai (*Pro Se*) |
| Jeffrey C Lutz (*Pro Se*) | Wulliens Richard (*Pro Se*) | Robert Ilievski *(Pro Se)* |
| John T. Winslow *(Pro Se)* | Yuet Choi Cheng *(Pro Se)* | Joshua Hester *(Pro Se)* |
| Yuri Henrique Galvão *(Pro Se)* | | |
| Edward Selmer *(Pro Se)* | | |

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC - diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com
Vanessa Pierce Rollins on behalf of Clever Capital, LLC, David M Carlson - vprollins@gmail.com
Joseph A. G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com
Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com
Tara J. Schleicher on behalf of interested party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com
US Trustee
ustp.region18.sp.ecf@usdoj.gov
Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com
Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com
Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Date Served: 10/7/2020


Sign your name: *Jun Dam*

Print name: Jun Dam