**So Ordered.**

**Dated: October 13th, 2020**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | **ORDER DENYING MOTION TO SHORTEN TIME AND SCHEDULING HEARING** |

THIS MATTER came before the court on the Trustee's Motion to Sell Property Free and Clear of Liens: Equipment; Approving Bid Procedures; Shortening Time to Object ("Motion") (ECF No. 720). The court reviewed the files and records herein, and was fully advised in the premises,

IT IS ORDERED:

1. That portion of the Motion requesting shortened time is **DENIED,** and

2. The Motion is continued for further hearing on October 19, 2020 at 10:00 a.m. PST via telephone conference call to (877) 402-9753 Access Code 3001392.

///End of Order///

**ORDER DENYING MOTION …**