# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

4035639     Jacqueline Bussey     Percheron     Goudhurst Road     Cranbrook TN17 2PN     United Kingdom

4036086     John Scevola     8768 SW Iroquois Drive     Tualatin, OR 97062

4035412     Jun Dam     2116 L Street No. 2     Antioch, CA 94509

     TOTAL: 3