United States Bankruptcy Court
Eastern District of Washington

In re:                                                                                   Case No. 18-03197-FPC
GIGA WATT INC                                           Chapter 7
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0980-2                                   User: notice                                          Page 1 of 3
Date Rcvd: Oct 13, 2020                          Form ID: pdf002                              Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4035639 | | Jacqueline Bussey, Percheron, Goudhurst Road, Cranbrook TN17 2PN, United Kingdom |
| 4036086 | + | John Scevola, 8768 SW Iroquois Drive, Tualatin, OR 97062-9304 |
| 4035412 | + | Jun Dam, 2116 L Street No. 2, Antioch, CA 94509-3434 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Doupe | on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com doupear96329@notify.bestcase.com |
| Angie Lee | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com |
| Benjamin J McDonnell | on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, |

lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Creditor David M Carlson ben@pyklawyers.com
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com,
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Christopher F Ries
on behalf of Creditor Neppel Electrical & Controls LLC ,
diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris
on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com

David A Kazemba
on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com,
amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba
on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com,
amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David R Law
on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com

Dominique R Scalia
on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com

Dominique R Scalia
on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com

Douglas A. Hofmann
on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com

Gary W Dyer
on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov

Gretchen J. Hoog
on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com

James D Perkins
on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov

Jason T Piskel
on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel
on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel
on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel
on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel
on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

John Knox
on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com

Joseph A.G. Sakay
on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com

Kathryn R McKinley
on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com

Mark Waldron
trustee@mwaldronlaw.com mark@mwaldronlaw.com

Pamela Marie Egan
on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com

Pamela Marie Egan
on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Quentin D Batjer
    on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com

Ralph E Cromwell, Jr
    on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com
    lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Roberto H Castro
    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com

Scott Weaver
    on behalf of Creditor Executive Flight Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com

Scott B Henrie
    on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com

Shauna S Brennan
    on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher
    on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce
    on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce
    on behalf of Creditor Clever Capital LLC vprollins@gmail.com

William L Hames
    on behalf of Creditor Port of Douglas County billh@hawlaw.com
    mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

TOTAL: 44

So Ordered.

Dated: October 13th, 2020



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197-FPC7

**ORDER DENYING MOTION TO SHORTEN TIME AND SCHEDULING HEARING**

THIS MATTER came before the court on the Trustee's Motion to Sell Property Free and Clear of Liens: Equipment; Approving Bid Procedures; Shortening Time to Object ("Motion") (ECF No. 720). The court reviewed the files and records herein, and was fully advised in the premises,

IT IS ORDERED:

1. That portion of the Motion requesting shortened time is **DENIED,** and

2. The Motion is continued for further hearing on October 19, 2020 at 10:00 a.m. PST via telephone conference call to (877) 402-9753 Access Code 3001392.

///End of Order///

**ORDER DENYING MOTION …**