# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 10/20/2020 |
| Case: 18−03197−FPC7 | Form ID: pdf002 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Mark Waldron     trustee@mwaldronlaw.com
aty    James D Perkins     james.perkins@usdoj.gov
aty    Tara J. Schleicher     tara.schleicher@foster.com

                                      TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Mark Waldron    Mark D. Waldron    6711 Regents Blvd. W., Suite B    Tacoma, WA 98466

                                      TOTAL: 1