# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 10/20/2020 | |
| Case: 18−03197−FPC7 | Form ID: pdf002 | Total: 6 | |

**Recipients of Notice of Electronic Filing:**
tr     Mark Waldron     trustee@mwaldronlaw.com
aty     James D Perkins     james.perkins@usdoj.gov
aty     Tara J. Schleicher     tara.schleicher@foster.com

                                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     237 Kearny #9096     San Francisco, CA 94108
aty     Mark Waldron     Mark D. Waldron     6711 Regents Blvd. W., Suite B     Tacoma, WA 98466
4035131     Pamela M Egan     Paul H Beattie     CKR Law LLP     506 2nd Avenue, 14th Floor     Seattle, WA 98104

                                                                                                            TOTAL: 3