# Notice Recipients

District/Off: 0980−2 | User: notice | Date Created: 10/20/2020
Case: 18−03197−FPC7 | Form ID: pdf002 | Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| 4035412 | Jun Dam | 2116 L Street No. 2 | Antioch, CA 94509 | | |
| 4035131 | Pamela M Egan | Paul H Beattie | CKR Law LLP | 506 2nd Avenue, 14th Floor | Seattle, WA 98104 |

TOTAL: 2