MARK D. WALDRON
Former Chapter 11 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT INC.

    Debtor.

Case No. 18-03197-FPC11

**SCHEDULE OF UNPAID DEBTS INCURRED AFTER FILING PETITION AND BEFORE CONVERSION OF CASE PURSUANT TO FRBP 1019(5)(A)(i)**

**COMES NOW** Mark D. Waldron, as the formerly Court-appointed Chapter 11 Trustee in the above proceeding, and files this schedule of unpaid debts which were incurred after Debtor's filing of the Chapter 11 petition and before the conversion of this case to a Chapter 7 proceeding, pursuant to the Federal Rules of Bankruptcy Procedure (FRBP) 1019(5)(A)(i).

Attached hereto and incorporated herein by reference as Exhibit 1 is the schedule of unpaid debts (administrative claims) which were incurred after Debtor's filing of the Chapter 11 petition and before the conversion of this case to a Chapter 7 proceeding by Order entered by this Court on September 30, 2020 (Docket No. 744).

**DATED** this 21st day of October, 2020.

    /s/ MARK D. WALDRON
MARK D. WALDRON, WSBA# 9578
Former Chapter 11 Trustee for the Estate of Giga Watt Inc.

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Schedule of Unpaid Debts