# EXHIBIT 1
## Schedule of Unpaid Debts (Administrative Claims)
## Incurred After Filing of the Petition and Before Conversion of the Case

| Name & Address of Creditor | Amount Due | Description |
|---|---|---|
| U.S. Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | $ 325.00 | U.S. Trustee Fees due for 3rd Quarter 2020 |
| Mark D. Waldron<br>Chapter 11 Trustee<br>6711 Regents Blvd W, Suite B<br>Tacoma, WA 98466 | $ 103,674.19 | Unpaid Chapter 11 Trustee fees through 6/30/20 (Docket Nos. 384, 422, 640, and 669) |
| Potomac Law Group, PLLC<br>Attn: Pamela Egan<br>Attorneys for Chapter 11 Trustee<br>1905 7th Ave. W.<br>Seattle, WA 98119 | $ 953,067.75 | Fees ($952,636.50) and costs ($431.25) as attorneys for Chapter 11 Trustee through 9/27/20 (includes CKR Law, Pamela Egan's prior firm) |
| DBS Law<br>155 NE 100th St., Suite 205<br>Seattle, WA 98125 | $ 87,081.95 | Fees ($84,954.00) and costs ($2,127.95) as attorneys for Unsecured Creditors Committee (Docket Nos. 413 and 472) |
| Salish Sea Legal<br>Benjamin Ellison<br>2212 Queen Anne Ave N #719<br>Seattle, WA 98109 | $35,000-50,000 | Estimated fees and costs as attorneys for Unsecured Creditors Committee commencing on 9/13/19. |

| Name & Address of Creditor | Amount Due | Description |
|---|---|---|
| Beveridge & Diamond P.C.<br>600 University St., Suite 1601<br>Seattle, WA 98101 | $ 20,000.00 | Attorneys for Chapter 11 Trustee re: Douglas County PUD investigation. (See Docket Nos. 436 and 492) |
| TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802 | $ 65,400.00 | Landlord at TNT facility. Per Settlement Agreement executed on 9/28/20, this is a compromise and replacement of Proof of Claim No. 40-3 (to be noted for Court approval). |
| Giga Plex, LLC / MLDC 1, LLC<br>c/o Overcast Law Offices, PS<br>23 So Wenatchee Ave, Ste 320<br>Wenatchee, WA 98801 | $ 169,128.43 | Landlord at Moses Lake facility. Per Settlement Agreement and Release executed on 8/3/20, this is a compromise and replacement of Proof of Claim No. 283-1. |
| DP&C<br>Attn: Roger Lilley, CPA<br>1940 East D St., Suite 200<br>Tacoma, WA 98421 | $ 8,505.00 | Unpaid fees due the Court-appointed CPA for the Chapter 11 Trustee. |
| WTT Token Holders and Miner Owners<br>c/o Samuel J. Dart<br>Eisenhower Carlson PLLC<br>1201 Pacific Ave., Suite 1200<br>Tacoma, WA 98402 | $ Unknown/Disputed | Disputed Application for Administrative Expense claim filed by former attorneys for Creditors' Committee of WTT Token Holders and Miners (Docket No. 547). |

| Name & Address of Creditor | Amount Due | Description |
|---|---|---|
| Bankruptcy Mngt. Solutions Inc. d/b/a Stretto 410 Exchange, Suite 100 Irvine, CA 92602 | $ 3,513.27 | Court-appointed noticing agent and administrative advisor to the Chapter 11 Trustee |
| Insta Stor Inc. Jordan Burgess 3402 Citation Rd. NE Moses Lake, WA 98837 | $ 135.25 | Invoice dated 9/30/20 for trailer rental for October 2020 at the Moses Lake facility. |