United States Bankruptcy Court

Eastern District of Washington

| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT INC | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0980-2 | User: notice | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf002 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Mark Waldron, Mark D. Waldron, 6711 Regents Blvd. W., Suite B, Tacoma, WA 98466-5421 |
| cr | + Jun Dam, 237 Kearny #9096, San Francisco, CA 94108-4502 |
| 4035131 | + Pamela M Egan, Paul H Beattie, CKR Law LLP, 506 2nd Avenue, 14th Floor, Seattle, WA 98104-2343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Doupe | on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com   doupear96329@notify.bestcase.com |
| Angie Lee | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com |
| Benjamin J McDonnell | on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, |

| | |
|---|---|
| | lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Christopher F Ries | on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| Danial D Pharris | on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com |
| David A Kazemba | on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David A Kazemba | on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David R Law | on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com |
| Dominique R Scalia | on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com |
| Dominique R Scalia | on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com |
| Douglas A. Hofmann | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com |
| Gary W Dyer | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com |
| James D Perkins | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| John Knox | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |
| Joseph A.G. Sakay | on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com |
| Kathryn R McKinley | on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com |
| Mark Waldron | trustee@mwaldronlaw.com mark@mwaldronlaw.com |
| Pamela Marie Egan | on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |

Pamela Marie Egan
    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Quentin D Batjer
    on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com

Ralph E Cromwell, Jr
    on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Roberto H Castro
    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com

Scott Weaver
    on behalf of Creditor Executive Flight Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com

Scott B Henrie
    on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com

Shauna S Brennan
    on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher
    on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce
    on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce
    on behalf of Creditor Clever Capital LLC vprollins@gmail.com

William L Hames
    on behalf of Creditor Port of Douglas County billh@hawlaw.com mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

TOTAL: 44

**So Ordered.**

**Dated: October 20th, 2020**

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 7 |
| Debtor. | **ORDER: (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES, AND (III) SHORTENING TIME TO OBJECT** |

This matter came to be heard on the *Chapter 11 Trustee's Motion for Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, and (iii) Shortening Time to Object* (the "Motion") [Doc No. 720] on October 19, 2020 at 10:00 a.m. (the "Hearing"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Order: (i) Approving
Sale of Moses Lake Equipment, etc. – Page 1

Based upon the Motion, the record before the Court, and the Objection to the Motion, filed on October 8, 2020 [Doc 753], the Court made the following findings of fact and conclusions of law at the Hearing:

1. On September 30, 2020, this case converted to one under Chapter 7 of the Bankruptcy Code by Order of this Court. Mark D. Waldron is the duly appointed Chapter 7 Trustee herein.

2. The interests asserted in the Objection will be adequately protected if the Chapter 7 Trustee holds the Sale proceeds until those asserted interests are resolved.

3. Delay is not possible. The ML Equipment will be lost upon delay.

4. Mr. Jun Dam is not a miner owner.

5. Mr. Jun Dam is not a lawyer.

6. Mr. Jun Dam has synthesized the arguments of those who signed the Objection.

7. The Sale is in good faith.

8. The Chapter 7 Trustee is exercising reasonable business judgment with respect to the Sale.

9. Notice of the Sale is sufficient. The request for shortened notice was denied to allow more time for any objecting parties or interested bidders to participate.

10. Pursuant to 11 U.S.C. § 704(a)(1), the Chapter 7 Trustee has a duty to collect and reduce to money all property of the estate.

11. The ML Equipment is property of the estate pursuant to 11 U.S.C. § 541(a)(1) which provides that the estate is comprised of "all legal or equitable interests of the debtor in property as of the commencement of the case." *Id.*

12. Pursuant to 11 U.S.C. §§ 363(b) and (f), the Chapter 7 Trustee has the authority to complete the Sale free and clear of any interest in the ML Equipment. The interest asserted in the Objection is in *bona fide* dispute. 11 U.S.C. § 363(f)(4). The parties signing the Objection "could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest." 11 U.S.C. § 363(f)(5).

13. It is appropriate in a liquidation case to provide that an asserted interest in property sold will attach to the sale proceeds to the extent of the asserted interest.

14. An appropriate way to determine the value of property to be sold is to put the property up for sale and learn what people are willing to pay.

Any other findings of fact and conclusions of law made by the Court at the Hearing and in the contemporaneous Findings of Fact and Conclusions of Law In Support of Order Authorizing Sale of Moses Lake Equipment are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND FURTHER ORDERED THAT

1. The Sale Agreement is approved.

2. The Chapter 7 Trustee is authorized to proceed with the Sale on terms that are no less favorable to the estate than the terms of the Sale Agreement pursuant to an oral auction to be conducted by the Chapter 7 Trustee.

3. The Bidding Procedures are approved. No credit bids will be allowed or accepted.

4. The form of the Notice and the manner of its service are approved.

5. The Sale is found and is deemed to have been made in good faith.

6. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy is waived.

7. The Trustee shall hold the Sale proceeds until further Order of this Court so that the ownership rights of creditors in the property sold, if any, will attach to the sale proceeds.

8. This Order shall be valid and fully effective immediately upon its entry.

/// END OF ORDER ///

**PRESENTED BY:**
Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com
   *Proposed Attorneys for Mark D. Waldron,*
   *as Chapter 7 Trustee*

Order: (i) Approving
Sale of Moses Lake Equipment, etc. – Page 4