# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 10/23/2020
Case: 18–03197–FPC7     Form ID: ntcnfee     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     237 Kearny #9096     San Francisco, CA 94108

TOTAL: 1