MARK D. WALDRON  
Chapter 7 Trustee  
6711 Regents Blvd. W., Suite B  
Tacoma, WA 98466  
Telephone: (253) 565-5800

The Honorable Frederick P. Corbit  
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re: )
)
GIGA WATT INC. )
)
)
)
Debtor. )
)

Case No. 18-03197-FPC11

**CHAPTER 7 TRUSTEE'S REPORT OF SALE OF MOSES LAKE INVENTORY / EQUIPMENT**

**COMES NOW** Mark D. Waldron, as Chapter 7 Trustee in the above proceeding, and reports that the Moses Lake inventory/equipment listed on Exhibit 1, attached hereto and incorporated herein by reference, was sold to Soluna Technologies, Ltd. for the sum of $112,000.00, pursuant to Notice (Docket No. 723) and Order (Docket No. 765).

A telephonic auction was conducted by the Trustee on October 20, 2020 and Soluna provided the high bid. The Trustee received the funds and executed a Bill of Sale to the buyer. There were no underlying liens and the net proceeds of $112,000.00 were received by the estate.

**DATED** this 23rd day of October, 2020.

_____  
MARK D. WALDRON, WSBA# 9578  
Chapter 7 Trustee for the Estate of  
Giga Watt Inc.

Report of Sale

Law Offices of Mark D. Waldron  
6711 Regents Blvd. W., #B  
Tacoma, WA 98466  
Telephone: 253.565.5800  
email: mark@mwaldronlaw.com

18-03197-FPC7    Doc 776    Filed 10/23/20    Entered 10/23/20 10:19:23    Pg 1 of 2

# EXHIBIT 1

## Miner Inventory
| | |
|---|---|
| 2,765 | L3 Miners |
| 2,415 | S9 Miners |
| 626 | AMD Miners (4GB) |
| 103 | Nvidia Miners |
| Unknown | D3 Miners in storage container at Moses Lake Facility |

## Additional Inventory / Equipment
All computers
All computer screens
All servers
All Power Supply Units (PSUs)
All power cables
All power cords