# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: )
) Case No. 18-03197-FPC7
GIGA WATT INC, )
) **CERTIFICATE OF MAILING**
)
)
_____ Debtor(s) )

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Washington certifies that a copy of the document identified as document, Appeal Transmittal to District Court, ECF 774, on the above referenced case docket kept by the clerk pursuant to Federal Rules of Bankruptcy Procedure 5003(a) was mailed this date to the parties on the attached mailing list.

The following parties do not have mailing addresses with the court and did not receive a copy of the document, Appeal Transmittal to District Court:

    Mike Ilyankoff

    Jesse S Wheeler

Date: October 23, 2020

                                          Clerk, U.S. Bankruptcy Court

                                          by: /s/Tiffany James
                                          Deputy Clerk

Jun Dam (Pro Se)
237 Kearny #9096
San Francisco, CA 94108

Krishna Karthik Reddy (Pro Se)
1700 Halford Ave
Santa Clara, CA 95051

Filip Scheperjans (Pro Se)
Pellonperäntie 1 B
00830 Helsinki, Finland

Roger Sutton
716 Contessa
Irvine, CA 92620

Pablo Hernandez (Pro Se)
Calle este Res. Mi Refugio
P9 Apto 9A Urb Manzanares Caracas

Jacqueline Bussey (Pro Se)
Percheron House, Goudhurst Road
Cranbrook, Kent TN17 2PA
United Kingdom

Niva Johnson ( Pro Se )
119 Ridgmar Trail
Hendersonville, TN 37075 USA

Bryant Johnson ( Pro Se )
1360 Whitetail Glen Ct
Hebron, KY 41048 USA

Andrea Sharp ( Pro Se )
268 Bush Street #2520
San Francisco, California 94104

Clinton F. Sikes ( Pro Se )
4206 Brazos Bend Dr.
Pearland, TX 77584

John Scevola ( Pro Se )
8768 SW Iroquois Drive
Tualatin, Oregon 97062

Adam Schainblatt (Pro Se)
8809 Walking Stick Trail
Raleigh, NC 27615

Mark Weitzel ( Pro Se )
15460 W 199th St
Spring Hill, KS 66083

John T. Winslow ( Pro Se )
5544 Las Virgenes Rd. #99
Calabasas, CA 91302

Scott Glasscock ( Pro Se )
229 Craft Road
Brandon, FL 33511

Primož Njegač
Stojnci 140g
2281 Markovci

Omar Monsalve
Avenida Cónego Bernardo Chouzal
284 1o. Dto Paredes de Coura
Portugal 4940-520

Likuo Lin
1192 Queen Ann Dr
Sunnyvale CA, 94087

Cesar Diaz
8137 Malachite Ave Suite G
Rancho Cucamonga, CA 91730

Georgios Lignos ( Pro Se )
Kritis 25
Aegaleo, 12243
Attiki, Greece

Glen Bradley ( Pro Se )
Lerstadvegen 250 6014 Alesund
Norway

James Kennard ( Pro Se )
44 Coopers Shoot Rd
Coopers Shoot, NSW 2479 Australia.

Viken Chouchanian ( Pro Se )
17429 Lahey St
LA, CA 91344

Alex Garnock ( Pro Se )
Coombs ACT Australia

Steve Delassus( Pro Se )
685 Rue de la Mairie
01170 Cessy France

Andrew Blyler ( Pro Se )
603 W Washington St
Ann Arbor, MI 48103

John Rodriquez
2688 W. 12th Place
Yuma, AZ

Gregory Klumov ( Pro Se )
117639 Balaklavsky Av 93
Moscow, Russia

Larry Baggs (Pro Se)
1502 Sharon Drive
Duncanville, TX