LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** GIGA WATT INC     **Case Number** 18-03197-FPC7

- **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____
- **Debtors** – is debtor a DeBN participant? Yes _____ No _____
- **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both X

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Peter Mooney <br> (Name) | Peter Mooney <br> (Name) |
| 506 Felicia St <br> (Address) | 30127 Moccasin Dr <br> (Address) |
| Durham        NC    27704 <br> (City)    (State)  (Zip) | Burlington    WI    53105 <br> (City)    (State)  (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

_____
Signature

10/19/20
Date

ADDRESS CHANGE FORM - 1