**So Ordered.**

**Dated: October 26th, 2020**



Frederick P. Corbit
Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC7 |
|---|---|
| GIGA WATT INC., | NOTICE RE: FAILURE TO NOTE MOTION FOR STAY PENDING APPEAL |
| Debtor. | |

TO: Jun Dam, Creditor;
      Mark Waldron, Chapter 7 Trustee;
      U.S. Trustee; and
      Other parties in interest.

NOTICE IS HEREBY GIVEN that the Court will not consider at this time Creditor Jun Dam's Motion for Stay Pending Appeal of Order (I) Approving the Sale of Moses Lake Equipment and Related Relief, (II) Approving Bid Procedures (ECF No. 769). The Motion will not be considered by the Court until proper notice is given pursuant to Local Bankruptcy Rule ("LBR") 2002-1(a), (b), and (c).

If Mr. Dam gives appropriate notice of the Motion, and an objection is filed with the Court within the appropriate notice period pursuant to LBR 2002-1(f), then a date for a hearing on the Motion will be set by the Court. If appropriate notice is given and no objection is filed with the Court within the appropriate notice period pursuant to LBR 2002-1(f), an order may be submitted to the Court for consideration in accordance with LBR 2002-1(e).

      DATED: October 26, 2020
      The Honorable Frederick. P. Corbit

**NOTICE RE: FAILURE TO NOTE MOTION**