# Notice Recipients

District/Off: 0980–2   User: notice   Date Created: 10/26/2020
Case: 18–03197–FPC7   Form ID: pdf002   Total: 4

**Recipients of Notice of Electronic Filing:**
ust   US Trustee   USTP.REGION18.SP.ECF@usdoj.gov
tr   Mark Waldron   trustee@mwaldronlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr   Jun Dam   237 Kearny #9096   San Francisco, CA 94108
aty   Mark Waldron   Mark D. Waldron   6711 Regents Blvd. W., Suite B   Tacoma, WA 98466

TOTAL: 2