# Notice Recipients

District/Off: 0980−2         User: notice                Date Created: 10/27/2020
Case: 18−03197−FPC7          Form ID: pdf002             Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| 4029692 | Georgios Lignos | 25 Kritis Str.   12243 Egaleo   Greece |
| 4032866 | Andrea Sharp | 268 Bush Street #2520   San Francisco, CA 94104 |
| 4035504 | Cesar Diaz, JRD Funding LLC | 8137 Malchite Avenue, Suite E   Rancho Cucamunga, CA 91730 |
| 4035630 | Bryant Johnson | 1360 WHITETAIL GLEN Ct   HEBRON, KY 41048 |
| 4035638 | John T. Winslow | 5544 Las Virgenes Road #99   Calabasas, CA 91302 |
| 4035639 | Jacqueline Bussey | Percheron   Goudhurst Road   Cranbrook TN17 2PN   United Kingdom |
| 4036086 | John Scevola | 8768 SW Iroquois Drive   Tualatin, OR 97062 |
| 4036116 | Pablo Hernandez Guevara | Calle Este Res Mi Refugio P 9 Apto. 9A   Urb. Manzanares Caracas   Venezuela   Zip code 1070 |
| 4036120 | Krishna Karthik Reddy Adapala | 5106 Kino Ct   Dublin, CA 94568 |
| 4036846 | Glen Allan Bradley | Lerstadveien 250   6014 Alesund   Norway |
| 4039520 | OMAR JAVIER MONSALVE SANCHEZ | AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2 , 1 DT   PAREDES DE COURA, VIANA DO CASTELO, PORTUGAL   4940−520 |
| 4039925 | Adam Schainblatt | 8809 Walking Stick Trail   Raleigh, NC 27615 |
| 4035807 | Scott Glasscock | 229 Craft Road   Brandon, FL 33511 |
| 4042893 | Primo Njega | BUKOVCI 100f   SI−2281 Makovci   Slovenija   Slovenija |
| 4043570 | Filip Scheperjans | Pellonperntie 1 B   00830 Helsinki   Finland |
| 4047743 | Likuo Lin | 1192 Queen Ann Dr   Sunnyvale, CA 94087 |
| 4048348 | Steve Delassus | 215 Avenue Marcel Anthonioz   01220 DIVONNE LES BAINS   France |
| 4049047 | Viken Chouchanian | 8741 Darby Ave #3   Northridge, CA 91325 |
| 4049113 | Clinton F Sikes | 4206 Brazos Bend Dr   Pearland, TX 77584−5558 |
| 4050088 | Roger L. Sutton | 716 Contessa   Irvine, CA 92620 |
| 4050576 | Niva Johnson | 119 Ridgmar Trail   Hendersonville, TN 37075 |
| 4050830 | John Rodriguez | 2688 W. 12th Place   Yuma, AZ 85364 |
| 4149502 | Viken Chouchanian | 17429 Lahey St   LA, CA 91344 |
| 4149503 | James Kennard | 44 Coopers Shoot Rd   Coopers Shoot, NSW 2479 Australia |
| 4149504 | Krishna Karthik Reddy | 1700 Halford Ave   Santa Clara, CA 95051 |
|  | Larry Baggs | 1502 Sharon Drive   Duncanville, TX 75137−4014 |
|  | Gregory Klumov | 117639 Balaklavsky Av 93   Moscow RUSSIA |
|  | Alex Garnock | Coombs   ACT AUSTRALIA |
|  | Mark Weitzel | 15460 W 199th St   Spring Hills, KS 66083 |
|  | Andrew Blyler | 603 W Washington St   Ann Arbor, MI 48103 |

TOTAL: 30