## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:                                    )
                                          )       Case No. 18-03197
GIGA WATT, INC.                           )
                                          )
                                          )       **ORDER APPROVING EMPLOYMENT**
                                          )       **UNDER 11 U.S.C. §327 BY TRUSTEE/**
                          Debtor(s)        )       **DEBTOR-IN-POSSESSION**

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of the Potomac Law Group _____ as
   counsel _____ for trustee/debtor-in-possession is
   approved subject to the terms and conditions set forth in the application and 11 U.S.C. §328.

2. That any actual award of compensation is subject to further order of the court, pursuant to
   11 U.S.C. §330.

///End of Order///

Presented by:
Mr WALDRON, Trustee
(Signature/address/phone)
6711 Regents Blvd.
Tacoma, Washington 98466
(253) 565-5800

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. §327 - 1