**EXHIBIT 2**

Printed: 10/22/20 10:20 AM         Page: 1

# GIGA WATT INC. (18-03197-FPC11)
## Operating Statement
Period: 01/13/19 - 10/08/20

**Income**

| | | |
|---|---|---|
| 4001-000 | Revenue from Operating Business | $3,928,663.16 |
| 4002-00  | Rents | $117,000.00 |
| 4004-000 | Tax Refunds | $1,429.01 |
| 4007-000 | Liquidation of Personal Property | $387,005.12 |
| 4009-000 | Litigation and Settlements | $42,576.00 |
| 4099-000 | Other Receipts | $508,006.22 |
| **Total Income** | | **$4,984,679.51** |

**Expenses**

| | | | |
|---|---|---|---|
| 6001-000 | US Trustee Fees | | $41,405.15 |
| 6002-000 | Trustee Fees & Expenses | | |
| | 6002-001 Trustee Compensation | $57,146.56 | |
| | 6002-002 Trustee Expenses | $7,807.10 | |
| | 6002-003 Bond Payments | $500.00 | |
| | | | $65,453.66 |
| 6003-000 | Admin. Rent | | $3,040,220.50 |
| 6004-000 | Costs to Secure/Maintain Property | | $261,276.07 |
| 6006-002 | Taxes - State | | $60,889.22 |
| 6007-000 | Professional Fees & Expenses | | |
| | 6007-000 Professional Fees & Expenses | $54,722.53 | |
| | 6007-013 Consultant for Trustee Fees | $596,887.99 | |
| | 6007-014 Consultant for Trustee Expenses | $4,800.33 | |
| | | | $656,410.85 |
| 6010-000 | Other Expenses | | $473,774.55 |
| 9999-00  | Account Transfers | | $385,249.51 |
| **Total Expenses** | | | **$4,984,679.51** |

**Net Income**                                                                                         **$0.00**