EXHIBIT 3



DDA9625 GIGA WATT INC – ******9625

## Search Transactions

**Activity:** Date range; **Start date:** Sep 01, 2020; **End date:** Oct 09, 2020; **Type:** All

## Transactions

○ Pending   ● Posted

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| Oct 09, 2020 | CHECK NUMBER 3005100 | 385,249.51 | | 0.00 |
| Oct 05, 2020 | CHECK NUMBER 466 | 20.00 | | 385,249.51 |
| Oct 01, 2020 | CHECK NUMBER 467 | 3,112.11 | | 385,269.51 |
| Oct 01, 2020 | CHECK NUMBER 465 | 1,104.09 | | 388,381.62 |
| Sep 18, 2020 | CHECK NUMBER 464 | 33.16 | | 389,485.71 |
| Sep 17, 2020 | CHECK NUMBER 463 | 135.25 | | 389,518.87 |
| Sep 08, 2020 | CHECK NUMBER 462 | 2,367.30 | | 389,654.12 |