United States Bankruptcy Court
Eastern District of Washington

In re:            Case No. 18-03197-FPC
GIGA WATT INC            Chapter 7
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0980-2            User: notice            Page 1 of 4
Date Rcvd: Oct 27, 2020            Form ID: pdf002            Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | Alex Garnock, Coombs, ACT, AUSTRALIA |
| | + | Andrew Blyler, 603 W Washington St, Ann Arbor, MI 48103-4233 |
| | | Gregory Klumov, 117639 Balaklavsky Av 93, Moscow, RUSSIA |
| | | Larry Baggs, 1502 Sharon Drive, Duncanville, TX 75137-4014 |
| | + | Mark Weitzel, 15460 W 199th St, Spring Hills, KS 66083-8528 |
| 4039925 | + | Adam Schainblatt, 8809 Walking Stick Trail, Raleigh, NC 27615-4037 |
| 4032866 | + | Andrea Sharp, 268 Bush Street #2520, San Francisco, CA 94104-3503 |
| 4035630 | + | Bryant Johnson, 1360 WHITETAIL GLEN Ct, HEBRON, KY 41048-7965 |
| 4035504 | + | Cesar Diaz, JRD Funding LLC, 8137 Malchite Avenue, Suite E, Rancho Cucamunga, CA 91730-3571 |
| 4049113 | | Clinton F Sikes, 4206 Brazos Bend Dr, Pearland, TX 77584-5558 |
| 4043570 | | Filip Scheperjans, Pellonperntie 1 B, 00830 Helsinki, Finland |
| 4029692 | | Georgios Lignos, 25 Kritis Str., 12243 Egaleo, Greece |
| 4036846 | | Glen Allan Bradley, Lerstadveien 250, 6014 Alesund, Norway |
| 4035639 | | Jacqueline Bussey, Percheron, Goudhurst Road, Cranbrook TN17 2PN, United Kingdom |
| 4149503 | | James Kennard, 44 Coopers Shoot Rd, Coopers Shoot, NSW 2479 Australia |
| 4050830 | + | John Rodriguez, 2688 W. 12th Place, Yuma, AZ 85364-4258 |
| 4036086 | + | John Scevola, 8768 SW Iroquois Drive, Tualatin, OR 97062-9304 |
| 4035638 | + | John T. Winslow, 5544 Las Virgenes Road #99, Calabasas, CA 91302-3446 |
| 4149504 | + | Krishna Karthik Reddy, 1700 Halford Ave, Santa Clara, CA 95051-2664 |
| 4036120 | + | Krishna Karthik Reddy Adapala, 5106 Kino Ct, Dublin, CA 94568-8719 |
| 4047743 | + | Likuo Lin, 1192 Queen Ann Dr, Sunnyvale, CA 94087-2239 |
| 4050576 | + | Niva Johnson, 119 Ridgmar Trail, Hendersonville, TN 37075-9629 |
| 4036116 | | Pablo Hernandez Guevara, Calle Este Res Mi Refugio P 9 Apto. 9A, Urb. Manzanares Caracas Venezuela, Zip code 1070 |
| 4050088 | + | Roger L. Sutton, 716 Contessa, Irvine, CA 92620-1724 |
| 4035807 | + | Scott Glasscock, 229 Craft Road, Brandon, FL 33511-7588 |
| 4048348 | | Steve Delassus, 215 Avenue Marcel Anthonioz, 01220 DIVONNE LES BAINS, France |
| 4149502 | + | Viken Chouchanian, 17429 Lahey St, LA, CA 91344-3426 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4039520 | | OMAR JAVIER MONSALVE SANCHEZ, AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2, PAREDES DE COURA, VIANA DO CASTELO, PORT, 4940-520 |
| 4042893 | | Primo Njega, BUKOVCI 100f, SI-2281 Makovci, Slovenija, Slovenija |
| 4049047 | ##+ | Viken Chouchanian, 8741 Darby Ave #3, Northridge, CA 91325-3089 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

**Name** | **Email Address**

Adam C. Doupe
on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com doupear96329@notify.bestcase.com

Angie Lee
on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov

Benjamin A Ellison
on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com

Benjamin J McDonnell
on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Christopher F Ries
on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris
on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com

David A Kazemba
on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba
on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David R Law
on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com

Dominique R Scalia
on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com

Dominique R Scalia
on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com

Douglas A. Hofmann

| | |
| --- | --- |
| | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com  kmejia@williamskastner.com |
| Gary W Dyer | |
| | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | |
| | on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com  danderson@pcslegal.com |
| James D Perkins | |
| | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | |
| | on behalf of Defendant Enterprise Focus  Inc. jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Creditor David M Carlson jtp@pyklawyers.com  mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com  mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Defendant Clever Capital  LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Creditor Clever Capital  LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| John Knox | |
| | on behalf of Creditor Refael Sofair jknox@williamskastner.com  rnelson@williamskastner.com |
| Joseph A.G. Sakay | |
| | on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com  docketing@ryanlaw.com |
| Kathryn R McKinley | |
| | on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com  ads@painehamblen.com |
| Mark Waldron | |
| | trustee@mwaldronlaw.com  mark@mwaldronlaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant The Potomac Law Group  a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com |
| Quentin D Batjer | |
| | on behalf of Creditor Port of Douglas County pam@dadkp.com  quentin@dadkp.com |
| Ralph E Cromwell, Jr | |
| | on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com  lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Roberto H Castro | |
| | on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com  castro.ava@gmail.com |
| Scott Weaver | |
| | on behalf of Creditor Executive Flight  Inc. weaver@carneylaw.com, fuhrmann@carneylaw.com |
| Scott B Henrie | |
| | on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com  DLevitin@williamskastner.Com |
| Shauna S Brennan | |
| | on behalf of Creditor ECO Diversified Holdings  Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| Tara J. Schleicher | |
| | on behalf of Interested Party EcoChain  Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com |
| US Trustee | |
| | USTP.REGION18.SP.ECF@usdoj.gov |
| Vanessa Pierce | |
| | on behalf of Creditor David M Carlson vprollins@gmail.com |
| Vanessa Pierce | |
| | on behalf of Creditor Clever Capital  LLC vprollins@gmail.com |

William L Hames
    on behalf of Creditor Port of Douglas County billh@hawlaw.com
    mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com

TOTAL: 44

So Ordered.

Dated: October 26th, 2020



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor.

Case No. 18-03197-FPC7

NOTICE RE: FAILURE TO NOTE MOTION FOR STAY PENDING APPEAL

TO: Jun Dam, Creditor;
Mark Waldron, Chapter 7 Trustee;
U.S. Trustee; and
Other parties in interest.

NOTICE IS HEREBY GIVEN that the Court will not consider at this time Creditor Jun Dam's Motion for Stay Pending Appeal of Order (I) Approving the Sale of Moses Lake Equipment and Related Relief, (II) Approving Bid Procedures (ECF No. 769). The Motion will not be considered by the Court until proper notice is given pursuant to Local Bankruptcy Rule ("LBR") 2002-1(a), (b), and (c).

If Mr. Dam gives appropriate notice of the Motion, and an objection is filed with the Court within the appropriate notice period pursuant to LBR 2002-1(f), then a date for a hearing on the Motion will be set by the Court. If appropriate notice is given and no objection is filed with the Court within the appropriate notice period pursuant to LBR 2002-1(f), an order may be submitted to the Court for consideration in accordance with LBR 2002-1(e).

DATED: October 26, 2020
The Honorable Frederick. P. Corbit

**NOTICE RE: FAILURE TO NOTE MOTION**