UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| In re:<br><br>GIGA WATT INC.,<br><br>Debtor. | NO. 18-03197<br><br>ORDER GRANTING MOTION TO WITHDRAW |
|---|---|

**THIS MATTER** having come before the Court upon the Motion to Withdraw of Scott R. Weaver and the law firm of Carney Badley Spellman PS as Counsel of Record for Creditor Executive Flight, Inc. (the "Motion"), and the Court having found sufficient notice of the Motion has been given, and the Court having considered the Motion and the other records and pleadings on file herein, and having found that good cause exists to grant the Motion, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED in its entirety and that Scott R. Weaver and the law firm of Carney Badley Spellman, PS are hereby withdrawn as counsel of record for Creditor Executive Flight, Inc. in this proceeding.

/// End of Order ///

ORDER GRANTING MOTION TO WITHDRAW – 1

EXE001-0005 6353359

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 792    Filed 10/30/20    Entered 10/30/20 10:50:01    Pg 1 of 2

1 | Presented by:

2 | Scott R. Weaver
Carney Badley Spellman, P.S.
3 | 701 Fifth Avenue, suite 3600
Seattle, WA 98104
4 | (206) 622-8080
5 | weaver@carneylaw.com

ORDER GRANTING MOTION TO WITHDRAW – 2

EXE001-0005 6353359

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

18-03197-FPC7    Doc 792    Filed 10/30/20    Entered 10/30/20 10:50:01    Pg 2 of 2