IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:
GIGA WATT, INC.

CASE NO. 18-03197-FPC7

ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

Debtor

This matter coming before the court on the Landlords' Motion to Enforce Settlement Agreement, the court having reviewed the pleadings and files herein and being fully advised in the premises, the court finds as follows:

1. On September 23, 2020, the Chapter 11 Trustee filed his Motion for Entry of Order Granting Motion of the Chapter 11 Trustee for an Order (i) Approving ML and EDH Settlement and Granting Related Relief and (ii) Shortening Time ("Motion") (ECF No. 724).

2. Attached as an exhibit to the Motion was the Settlement Agreement and Release ("Agreement") which stated the relevant facts of the matter, and the terms for the Court's approval.

3. Paragraph 1(a) of the Agreement provides as follows:  1. <u>Settlement Payments.</u> (a) Payment by the Trustee. The Trustee shall pay the Landlords the sum of One Hundred Sixty-Nine Thousand One Hundred Twenty-Eight and 43/100 Dollars ($169,128.43).

ORDER ON MOTION TO ENFORCE
SETTLEMENT AGREEMENT - 1

**OVERCAST LAW OFFICES-NCW, PLLC**
**23 South Wenatchee Avenue, Suite 320**
**Wenatchee, Washington 98801**
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 793-2    Filed 11/02/20    Entered 11/02/20 10:46:03    Pg 1 of 2

4. Paragraph 1(c) provides: <u>Timing of Payment.</u> The payments provided herein shall be paid by wire transfer not later than five (5) business days after entry of an order in the Bankruptcy Case approving this Agreement (the "Approval Order").

5. On August 3, 2020, the United States Trustee filed Motion to Convert the Chapter 11 Case to a Chapter 7 (ECF No. 659).

6. On September 29, 2020, this Court entered the Order Converting Case to Chapter 7.

7. On October 8, 2020, a hearing was held on the Motion to Approve Compromise (ECF No. 724) and the Motion to Sell Free and Clear (ECF No. 720).

8. The Motion to Approve Compromise was granted orally on October 8, 2020 (ECF No. 752).

9. The above-captioned case was converted to a Chapter 7 when the Agreement was approved, and therefore there should be no cause for further delay.

THEREFORE, IT IS HEREBY ORDERED ADJUDGED AD DECREED that that the Motion to Enforce the Parties' Settlement Agreement is hereby GRANTED;

IT IS FURTHER ORDERED that the Chapter 7 Trustee is directed to make the disbursement to Landlords pursuant to this Order within seven (7) days of entry.

///End of Order///

PRESENTED BY:     OVERCAST LAW OFFICES-NCW, PLLC

/s/ David A. Kazemba
David A. Kazemba, WSBA #48049
Attorneys for Creditors, Giga Plex, LLC
and MLDC1, LLC

ORDER ON MOTION TO ENFORCE
SETTLEMENT AGREEMENT - 2

OVERCAST LAW OFFICES-NCW, PLLC
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

18-03197-FPC7    Doc 793-2    Filed 11/02/20    Entered 11/02/20 10:46:03    Pg 2 of 2