UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: GIGA WATT, INC | CASE NO: 18-03197-FPC7 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 793 |

On 11/3/2020, I did cause a copy of the following documents, described below,

Motion to Enforce Settlement Agreement and Notice Thereof ECF Docket Reference No. 793

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2020

/s/ David A. Kazemba
David A. Kazemba  48049
Attorneys for Creditor
Overcast Law Offices-NCW, PLLC
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA  98801
509 663 5588

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: GIGA WATT, INC | CASE NO: 18-03197-FPC7 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 793 |

On 11/3/2020, a copy of the following documents, described below,

Motion to Enforce Settlement Agreement and Notice Thereof ECF Docket Reference No. 793

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Kazemba
Overcast Law Offices-NCW, PLLC
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA  98801

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>09802<br>CASE 18-03197-FPC7<br>EASTERN DISTRICT OF WASHINGTON<br>SPOKANEYAKIMA<br>TUE NOV 3 07-28-40 PST 2020 | 507 CAPITAL LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 | INTERNATIONAL<br>ANATOLY CHECHERIN<br>BEGOVAYA 3 BUILDING 1 36 FLOOR<br>MOSCOW RUSSIA ZIP 125284 |
| AARON KRIVITZKY<br>1810 LINSON CT SE<br>GRAND RAPIDS MI 49546-6457 | ADAM SCHAINBLATT<br>8809 WALKING STICK TRAIL<br>RALEIGH NC 27615-4037 | AHMED SHAH<br>12209 YOUNGDALE AVE<br>LOS ANGELES CA 91342-5263 |
| ALAN NORMAN<br>341 S MAPLE AVE<br>WEBSTER GROVES<br>UNITED STATES<br>WEBSTER GROVES MO 63119-3841 | ALAN WALNOHA<br>350 GRAN VIA<br>APT 2067<br>IRVING TX 75039-0137 | INTERNATIONAL<br>ALBERTO JOSE FARIA CAMACHO<br>AV GARCILAZO CENTRO POLO 1 TORRE A P<br>APTO 75 COLINAS DE BELLO MONTE CARACAS<br>VENEZUELA |
| ALEKSEY DANISHEVSKY<br>450 CLOVERLY LANE<br>HORSHAM PA 19044-1831 | ALEX FILIPPOV<br>12 SHERBORNE CIR<br>UNITED STATES<br>ASHLAND MA 01721-2313 | ALEX KUTAS<br>6761 CORRAL CIRCLE<br>HUNTINGTON BEACH CA 92648-1532 |
| ALEX MCVICKER<br>1489 WINDSOR RIVER ROAD<br>WINDSOR CA 95492-8987 | ALLRISE FINANCIAL GROUP<br>JOSEPH AG SAKAY<br>999 THIRD AVENUE SUITE 4600<br>SEATTLE WA 98104-4084 | AMPHENOL CUSTOM CABLE<br>3221 CHERRY PALM DR<br>TAMPA FL 33619-8359 |
| ANDREA SHARP<br>268 BUSH STREET 2520<br>SAN FRANCISCO CA 94104-3503 | ANDREW BLYLER<br>603 W WASHINGTON ST<br>ANN ARBOR MI 48103-4233 | CANADA<br>ANDREW JAMES<br>46 BROCK ST S<br>CANADA<br>CANADA |
| ANDREW MARK CAMPBELL BOROSS<br>FLORIDA 7<br>AGUADULCE<br>SPAIN | ANDREW MOLITOR<br>760 S BARRINGTON AVE APT 6<br>LOS ANGELES<br>UNITED STATES<br>LOS ANGELES CA 90049-4507 | ANDREW STOCK<br>1870 EAST NIXON AVENUE<br>PLACENTIA CA 92870-7444 |
| ANDREW THANH QUOC LE<br>10702 HENDERSON AVE<br>GARDEN GROVE CA 92843-5261 | ANDREY KUZENNY<br>10000 SANTA MONICA BLVD UNIT 3302<br>SANTA MONICA CA 90067-7032 | ANDREY KUZENNY<br>1687 STONE CANYON RD<br>LOS ANGELES CA 90077-1912 |
| ANTHONY MARTINEZ<br>4109 MASON STREET<br>SAN DIEGO CA 92110-2720 | INTERNATIONAL<br>ANTONY GISHOLT<br>72 JOHN TRUNDLE COURT<br>BARBICAN LONDON EC2Y 8NE<br>UNITED KINGDOM | ARTHUR N MARODIS<br>106 SOUTHERNWOOD DR<br>LADSON SC 29456-3940 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BASHAR BEN ASSAD<br>11714 OAK KNOLL DR<br>AUSTIN TX 78759-3823 | QUENTIN D BATJER<br>DAVIS ARNEIL LAW FIRM LLP<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 | BELYEA COMPANY<br>2200 NORTHWOOD AVE<br>EASTON PA 18045-2208 |
| BENJAMIN E KELLY<br>LAW OFFICE OF BENJAMIN E KELLY<br>9218 ROOSEVELT WAY NE<br>SEATTLE WA 98115-2842 | BENJAMIN RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 | BERTHA GOEHNER<br>215 ELLER ST SE<br>EAST WENATCHEE WA 98802-5325 |
| BILL SCHMIDT<br>105 JULIE ANN CT<br>CASHMERE WA 98815-1316 | BLOCKCHAIN SYSTEMS LLC<br>124 W 60 ST UNIT 29A<br>NEW YORK NY 10023-7475 | BAR CODES TALK LLC<br>ATTN BRANDON GORDON<br>924 HALE AVENUE<br>BROOKSVILLE FL 34601-3642 |
| BRANDON ROBINSON<br>1997 TALL TREE DR<br>ATLANTA GA 30324-2723 | SHAUNA S BRENNAN<br>BRENNAN LEGAL COUNSEL GROUP PLLC<br>14900 INTERURBAN AVE S<br>STE 271<br>TUKWIA WA 98168-4654 | BRENT WOODWARD INC<br>14103 STEWART RD<br>SUMNER WA 98390-9641 |
| BRIAN J DONN<br>4254 SW 92ND AVE<br>DAVIE FL 33328-2408 | BRIAN M PACKARD<br>7191 96TH ST NE<br>MONTICELLO<br>UNITED STATES<br>MONTICELLO MN 55362-2911 | INTERNATIONAL<br>BRYAN MACCALLUM<br>PO BOX 1704<br>RIVONIA<br>2128<br>SOUTH AFRICA |
| BRYANT JOHNSON<br>1360 WHITETAIL GLEN CT<br>HEBRON KY 41048-7965 | BUSBY INTERNATIONAL INC<br>PO BOX 1457<br>MOSES LAKE WA 98837-0225 | CARLOS ENRIQUE FERNANDEZ CASTELLANO<br>5630 SW 163RD AVE<br>SOUTHWEST RANCHES FL 33331-1446 |
| CT FREIGHT USA INC<br>20202 HWY 59 N<br>HUMBLE TX 77338-2400 | CTC ENGINEERING<br>2290 BISHOP CIRCLE EAST<br>DEXTER MI 48130-1564 | CTC ENGINEERING INC<br>BODMAN PLC<br>ATTN- HARVEY W BERMAN<br>201 SOUTH DIVISION STREET STE 400<br>ANN ARBOR MI 48104-2259 |
| CALEB KOCH FORZA2<br>1000 N GREEN VALLEY PKWY STE440 251<br>HENDERSON<br>UNITED STATES<br>HENDERSON NV 89074-6172 | CAMERON SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 | CARLOS GAGLIANO<br>8200 OFFENHAUSER DR 105G<br>RENO NV 89511<br>RENO NV 89511-1717 |
| INTERNATIONAL<br>CARMEN J HERNANDEZ G<br>CALLE LA PEDRERA RES VISTA PLAZA T B P 1<br>CARACAS<br>VENEZUELA<br>VENEZUELA | INTERNATIONAL<br>CARMEN JACQUELINE HERNANDEZ GUEVARA<br>CALLE LA PEDRERA RES VISTA PLAZA T B P 1<br>APT 15D URB GUAICAY BARUTA CARACAS<br>ZIP CODE 1080<br>VENEZUELA | CASTAGNETO TRADING LLC<br>3211 KELLEN CIRCLE<br>NAMPA ID 83686-8685 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERTO H CASTRO<br>UPRIGHT LAW LLC<br>PO BOX 747<br>CHELAN WA 98816-0747 | CESAR DIAZ JRD FUNDING LLC<br>8137 MALCHITE AVENUE SUITE E<br>RANCHO CUCAMUNGA CA 91730-3571 | INTERNATIONAL<br>CHARLES F V DHAUSSY<br>7B YARDLEY COMMERCIAL BUILDING 3 CONN<br>HONG KONG |
| CHEN DU<br>3269 RANGE CT<br>MASON OH 45040-8741 | CHRIS FEATHERSTONE<br>8450 54TH AVE W<br>MUKILTEO WA 98275-3138 | INTERNATIONAL<br>CHRISTIAN EICHERT<br>EMILKLUMPPSTR 7<br>74321 BIETIGHEIM-BISSINGEN GERMANY |
| INTERNATIONAL<br>CHRISTIAN SCHIFFER<br>MEINDLSTRAE 15<br>81373 MUNICH<br>GERMANY | CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY<br>157<br>EAST WENATCHEE WA 98802-4838 | CLEVER CAPITAL LLC<br>630 VALLEY MALL PKWY 157<br>WENATCHEE WA 98802-4838 |
| CLINTON DOUGLAS LUCKINBILL<br>1054 WATERLEAF WAY<br>SAN JACINTO CA 92582-3020 | CLINTON F SIKES<br>4206 BRAZOS BEND DR<br>PEARLAND TX 77584-5558 | CODY FORREST QUINN<br>5920 KIMBER ROAD<br>CASHMERE WA 98815-9526 |
| CODY SCHMIDT<br>1204 COLUMBINE ST<br>WENATCHEE WA 98801-6210 | CONSOLIDATED ELECTRIC DIST INC<br>PO BOX 398830<br>SAN FRANCISCO CA 94139-8830 | CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>INC<br>CO DOUGLAS R HOOKLAND ATTORNEY<br>SCOTT HOOKLAND LLP<br>PO BOX 23414<br>TIGARD OR 97281-3414 |
| INTERNATIONAL<br>CRAIG BEECH<br>KINGSWOOD GORSE AVENUE<br>LITTLEHAMPTON BN16 1SG<br>UNITED KINGDOM | RALPH E CROMWELL JR<br>BYRNES KELLER CROMWELL LLP<br>1000 SECOND AVENUE 38TH FLOOR<br>SEATTLE WA 98104-1062 | CRYPTODIGGER LLC<br>3476 E TIFFANY WAY<br>GILBERT AZ 85298 |
| INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 MAGAZINE RD 0411<br>CENTRAL MALL<br>SINGAPORE | INTERNATIONAL<br>CRYPTONOMOS PTE LTD<br>1 COLEMAN STREET<br>THE ADELPHI 08-07<br>SINGAPORE 179803 | DBS LAW<br>155 NE 100TH ST<br>SUITE 205<br>SEATTLE WA 98125-8015 |
| DUFFY KRUSPODIN LLP<br>21600 OXNARD ST SUITE 2000<br>WOODLAND HILLS CA 91367-4969 | JUN DAM<br>237 KEARNY 9096<br>SAN FRANCISCO CA 94108-4502 | DANIEL JAMES RYSER<br>7614 N AUDUBON ST<br>SPOKANE WA 99208-8817 |
| DANIEL TOKLE<br>25 VIA LUCCA<br>APT J345<br>IRVINE CA 92612-0674 | INTERNATIONAL<br>DANILA RUSIN<br>GAGARINA 5 LINIYA 9A6<br>ZLATOUST<br>CHELYABINSKAYA OBLAST RUSSIA<br>456219 | INTERNATIONAL<br>DARREN JAMES WURF<br>241 OSBORNE AVENUE<br>GLEN IRIS<br>VICTORIA 3146<br>AUSTRALIA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DARYL OLSEN<br>270 W 1450 N<br>UNITED STATES<br>CENTERVILLE UT 84014-3308 | DAVE CARLSON<br>630 VALLEY MALL PARKWAY<br>157<br>EAST WENATCHEE WA 98802-4838 | DAVID J LUTZ<br>916 CONFIDENCE DR<br>LONGMONT CO 80504-8526 |
| DAVID KAZEMBA<br>OVERCAST LAW OFFICES PS<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 | DAVID MITCHELL<br>1410 RIVERVIEW RD<br>CRESCENT PA 15046-5428 | INTERNATIONAL<br>DAVID TYCHSEN SMITH<br>13 DOBSON PLACE<br>WATSON<br>ACT 2602<br>AUSTRALIA |
| INTERNATIONAL<br>DENIS VESELOVSKY<br>125252 RUSSIA<br>MOSCOW<br>ZORGE ST 28 52<br>RUSSIA | DMITRY KHUSIDMAN<br>70 OCEANA DRIVE WEST APT 4A<br>BROOKLYN NY 11235-6674 | DONALD J ENRIGHT<br>1101 30TH STREET NORTHWEST<br>SUITE 115<br>WASHINGTON DC 20007-3740 |
| DONALD J SULLIVAN<br>4646 LOS POBLANOS CIRCLE NW<br>LOS RANCHOS DE ALBUQUERQUE NM 87107<br>-5555 | DOUG BLACK<br>225 LINDA LANE<br>WENATCHEE WA 98801-6010 | DOUGLAS BERGER<br>371 CATSKILL CT<br>MAHWAH NJ 07430-2736 |
| DOUGLAS COUNTY PUD<br>CO KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVE<br>STE 1200<br>SPOKANE WA 99201-3905 | DOUGLAS COUNTY PUD<br>PO BOX 1119<br>BRIDGEPORT WA 98813-1119 | ADAM C DOUPE<br>RYAN SWANSON CLEVELAND PLLC<br>1201 THIRD AVENUE SUITE 3400<br>SEATTLE WA 98101-3034 |
| DREW BEHRENS<br>525 N LARCH AVE<br>EAST WENATCHEE WA 98802-5047 | GARY W DYER<br>U S TRUSTEES OFFICE<br>920 W RIVERSIDE AVE<br>SUITE 593<br>SPOKANE WA 99201-1012 | EAN SERVICES LLC<br>MARY E BUSHYHEAD<br>14002 E 21ST ST SUITE 1500<br>TULSA OK 74134-1424 |
| ECO DIVERSIFIED HOLDINGS INC<br>4625 WEST NEVSO DR STE 2<br>LAS VEGAS NV 89103-3763 | EDMUND LEE<br>4364 CALLE MEJILLONES<br>SAN DIEGO<br>UNITED STATES<br>SAN DIEGO CA 92130-4818 | INTERNATIONAL<br>EDUARD KHAPTAKHAEV<br>LENKINKKGRADSKY PRT 76149<br>MOSCOW<br>RUSSIA |
| INTERNATIONAL<br>EERO KOSKINEN<br>NIITTYPOLKU 21<br>02460 KANTVIK<br>FINLAND<br>FINLAND | ELDER YOSHIDA<br>1147 NW 57TH ST<br>SEATTLE WA 98107-3720 | ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 |
| ELISA U<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 | BENJAMIN A ELLISON<br>SALISH SEA LEGAL<br>2212 QUEEN ANNE AVE N<br>SEATTLE WA 98109-2383 | EMERALD CITY STATEWIDE LLC<br>CO PEPPLE CANTU SCHMIDT<br>1000 SECOND AVE SUITE 2950<br>SEATTLE WA 98104-3604 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
EMERALD CITY STATEWIDE LLC              INTERNATIONAL                           ERIC FERRARI
CO PEPPLE CANTU SCHMIDT PLLC            EMIL PETROV STANEV                      8962 FORKED CREEK WAY
1000 SECOND AVE SUITE 2950              41 DOROSTOL STREET                      ELK GROVE CA 95758-5732
SEATTLE WA 98104-3604                   RUSE 7004 RUSE
                                        BULGARIA


ERNESTO PEDRERA                         EVANSONT INSURANCE CARRIER              EXECUTIVE FLIGHT
7601 E TREASURE DR APT 1023             CO MITCHELL REED  SCHMITTEN INS         1 CAMPBELL PKWY
APT 1023                                PO BOX D                                EAST WENATCHEE WA 98802-9290
NORTH BAY VILLAGE FL 33141-4362         CASHMERE WA 98815-0515


EXECUTIVE FLIGHT INC                    FASTENAL COMPANY                        FASTENAL COMPANY
SCOTT R WEAVER CARNEY BADLEY SPELLMAN   2001 THEURER BLVD                       PO BOX 1286
701 5TH AVENUE STE 3600                 ATTN- LEGAL DEPT                        WINONA MN 55987-7286
SEATTLE WA 98104-7010                   WINONA MN 55987-9902


FEDEX CORPORATE SERVICES INC            INTERNATIONAL                           FORZA 2
AS ASSIGNEE OF FEDEX EXPRESSGROUNDFREI   FILIP SCHEPERJANS                      1000 N GREEN VALLEY PKWY STE440 251
3965 AIRWAYS BLVD MODULE G 3RD FLOOR    PELLONPERNTIE 1 B                       HENDERSON
MEMPHIS TN 38116-5017                   00830 HELSINKI                          UNITED STATES
                                        FINLAND                                 HENDERSON NV 89074-6172


INTERNATIONAL                           FRANKIE GUERRA                          INTERNATIONAL
FRANK DANIEL                            1812 E OAKLAND PARK BLVD APT 32         FRANZ ALLIOD
ZOLLSTRASSE 22                          UNITED STATES                           176 ROUTE DE LA CENDIRE
MHRING                                  OAKLAND PARK FL 33306-1126              01630 SAINT JEAN DE GONVILLE AIN
DEUTSCHLAND                                                                     FRANCE
ZOLLSTRASSE 22 95695 MHRING GERMANY


FRED NOLTE                              DEBTOR                                  INTERNATIONAL
10812 LA BATISTA                        GIGA WATT INC                           GENNADY ZHILYAEV
FOUNTAIN VALLEY CA 92708-3943           1250 N WENATCHEE AVE SUITE H 147        C DE LES GRANDALLES EDIF XALET 4T 3A
                                        WENATCHEE WA 98801-1599                 AD 300 DORDINO ANDORRA


INTERNATIONAL                           INTERNATIONAL                           GIGA PLEX LLC
GEORGE SORIN LASCU                      GEORGIOS LIGNOS                         7906 RANDOLPH RD
STR CALUGARULUI 16                      25 KRITIS STR                           MOSES LAKE WA 98837-5122
077151 BALTENI ILFOV                    12243 EGALEO
ROMANIA                                 GREECE


GIGA PLEX LLC                           GIGA PLEX LLCMLDC1 LLC                  INTERNATIONAL
OVERCAST LAW OFFICES PS                 OVERCAST LAW OFFICES PS                 GIGAWATT PTE LTD ATTN MIKHAYLYUTA
23 S WENATCHEE AVE SUITE 320            23 S WENATCHEE AVE SUITE 320            1 MAGAZINE RD 0411
CO DAVID A KAZEMBA                      WENATCHEE WA 98801-2263                 CENTRAL MALL
WENATCHEE WA 98801-2263                                                         SINGAPORE


INTERNATIONAL                           GLEB NESIS                              INTERNATIONAL
GIGAWATT PTE LTD                        3419 IRWIN AVE                          GLEN ALLAN BRADLEY
1 COLEMAN STREET                        APT 708                                 LERSTADVEIEN 250
THE ADELPHI 08-07                       BRONX NY 10463-3754                     6014 ALESUND
SINGAPORE 179803                                                                NORWAY
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNATIONAL<br>GRANT HERHOLDT<br>5 YORK AVENUE<br>CRAIGHALL PARK 2196<br>SOUTH AFRICA<br>2196 | INTERNATIONAL<br>GRIGORY KLUMOV<br>BALAKLAVSKY AVENUE 12393<br>117639<br>MOSCOW RUSSIA | GRONSKI JEFFREY G  ROBIN L<br>711 4TH ST S<br>WISCONSIN RAPIDS WI 54494-4310 |
| INTERNATIONAL<br>HJ VAN NUIJSSENBORGH<br>PATRIMONIUMLAAN 126<br>3904AH VEENENDAAL<br>THE NETHERLANDS | H2 PRE CAST INC<br>3835 N CLEMONS ST<br>EAST WENATCHEE WA 98802-9408 | WILLIAM L HAMES<br>HAMES ANDERSON  WHITLOWS PS<br>PO BOX 5498<br>KENNEWICK WA 99336-0498 |
| INTERNATIONAL<br>HANS PETER EDENSTRASSER<br>RUPERT HAGLEITNER STRASSE 1D 54<br>6300 WOERGL  TIROL<br>AUSTRIA<br>6300 WOERGL TIROL AUSTRIA | HARLAN ROBINSON<br>736 N LAGUNA<br>GILBERT AZ 85233-3620 | INTERNATIONAL<br>HASHVIN DARYANANI<br>56B SEROE BLANCO<br>BOX 393<br>ORANJESATAD ARUBA<br>ARUBA |
| HEATHER MULHALL<br>312 N NEWTON AVE<br>EAST WENATCHEE WA 98802-8444 | HELEN ERSKINE<br>P O BOX 1745<br>UNITED STATES<br>TOPANGA CA 90290-1745 | SCOTT B HENRIE<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION ST<br>SUITE 4100<br>SEATTLE WA 98101-2380 |
| INTERNATIONAL<br>HIROAKI YAMAMOTO<br>1194 NISHIKITSUJI STREET<br>ASAHI PLAZA ARBONATE NARA ONE 606<br>NARA JAPAN 630-8325 | DOUGLAS A HOFMANN<br>WILLIAMS KASTNER  GIBBS PLLC<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 | GRETCHEN J HOOG<br>PEPPLE CANTU SCHMIDT PLLC<br>1000 SECOND AVENUE<br>SUITE 2950<br>SEATTLE WA 98104-3604 |
| INTERNATIONAL<br>HOWARD JONES<br>21 SANDIWAYS ROAD WALLASEY<br>WIRRAL<br>UNITED KINGDOM<br>CH45 3HJ | CANADA<br>HUMERA SURTI<br>2200 RUSSET CRESENT<br>BURLINGTON ON<br>CANADA L7L6Z2 | IAN M KENNEDY<br>2620 FAIRMOUNT ST<br>COLORADO SPRINGS CO 80909-2032 |
| INTERNATIONAL<br>IBRAHIM ISSA<br>LEBANON BEIRUT RIAD EL SOLOH SQUARE | IGOR MARTIROSIAN<br>36 WASHINGTON AVENUE 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010-3025 | INTERNATIONAL<br>ILJA FILIPOVS<br>STAICELES IELA 1311 RIGA LATVIA LV1<br>STAICELES IELA 13-11 RIGA LATVIA LV-1 |
| INTERNATIONAL<br>INTELLIAPPS LTD<br>UNIT 272 COLAB CENTER<br>PORT ROAD<br>LETTERKENNY CO DONGAL EIRCODE F92 RKC7<br>IRELAND | INTERFLOW LLC<br>5465 S DORCHESTER<br>CHICAGO IL 60615-5316 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNATIONAL<br>IOANNIS VIOLIDAKIS<br>KIMONOS 11<br>ATHENS GREECE PCODE- GR-10441 | INTERNATIONAL<br>IVAN MARCAK<br>DLOUHA TRIDA 47425<br>73601 HAVIROV<br>CZECH REPUBLIC | JDSA<br>PO BOX 1688<br>WENATCHEE WA 98807-1688 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
JACQUELINE BUSSEY
PERCHERON
GOUDHURST ROAD
CRANBROOK TN17 2PN
UNITED KINGDOM

INTERNATIONAL
JAIME DARIO MEJIA MARTINEZ
CALLE 44 NO 10E  11 LA VICTORIA
BARRANQUILLA ATLANTICO - COLOMBIA

JAMES BULLIS
4701 NE 72ND AVE APT 141
VANCOUVER
UNITED STATES
VANCOUVER WA 98661-8103

JAMES C LUTZ
609 LONG LEAF DR
CHAPEL HILL NC 27517-3039

INTERNATIONAL
JAMES KENNARD
44 COOPERS SHOOT RD
COOPERS SHOOT NSW 2479 AUSTRALIA

INTERNATIONAL
JAMES KING
1B LINKS COURT LANGLAND BAY ROAD
SWANSEA
SA3 4QR UNITED KINGDOM

JAMES MACCORNACK
1002 BEL AIRE
ROSWELL NM 88201-7715

INTERNATIONAL
JAN FALTYS
SLAVKOVA 29
PRAHA 2 - 12000
CZECH REPUBLIC

JANN SO
1211 SW 5TH AVE
1000
PORTLAND OR 97204-3710

CANADA
JARED MORRISSEY
59 RUE TRUDEAU
CHTEAUGUAY QUEBEC
J6J1M2
CANADA

JARRED HUTTO
6403 W OUTLOOK DR
BOISE ID 83714-8820

JAY ROBERT STAHLE
838 CAMPFIRE DR
UNITED STATES
FORT COLLINS CO 80524-1991

JEFFERS DANIELSON SONN  AYLWARD PS
2600 CHESTER KIMM RD
WENATCHEE WA 98801-8116

JEFFREY ALAN MOODY
2528 FOREST OAKS POINT
COLORADO SPRINGS CO 80906-5822

JEFFREY C LUTZ
916 CONFIDENCE DR
LONGMONT CO 80504-8526

INTERNATIONAL
JEFFREY CHIN
42 PEPPER TREE ROAD
LIDCOMBE NSW
SYDNEY AUSTRALIA

JEFFREY KUTAS
6761 CORRAL CIRCLE
HUNTINGTON BEACH CA 92648-1532

INTERNATIONAL
JEFFREY WALDOCK
TOMASCHEKSTRASSE 30
A-1210 VIENNA
AUSTRIA

JESSE SAMUEL WHEELER
3601 STILLMAN BLVD
TUSCALOOSA AL 35401-2601

JESSICA LANGIS
PO BOX 398
DRYDEN WA 98821-0398

JOHN GUILLE
690 COVINGTON DR NW
CALABASH NC 28467-1892

JOHN HARTLEIB
17931 SHOREHAM LANE
HUNTINNGTON BEACH CA 92649-4849

JOHN HEINITZ
1210 2ND ST SE
EAST WENATCHEE
UNITED STATES
EAST WENATCHEE WA 98802-5526

JOHN KOWALSKI
100 TANSBORO RD
UNIT B
BERLIN NJ 08009-1959

JOHN RODRIGUEZ
2688 W 12TH PLACE
YUMA AZ 85364-4258

JOHN SCEVOLA
8768 SW IROQUOIS DRIVE
TUALATIN OR 97062-9304

JOHN T WINSLOW
5544 LAS VIRGENES ROAD 99
CALABASAS CA 91302-3446

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JONATHAN B ALTER
THE TRAVELERS COMPANIES INC
1 TOWER SQUARE MS04
HARTFORD CT 06183-1050

JONATHAN GOULD
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

JONATHAN J LUTZ
916 CONFIDENCE DR
LONGMONT CO 80504-8526

JONATHAN WILSON
118 INDIAN VALLEY DR
CHEROKEE NC 28719-4541

INTERNATIONAL
JORDI GRAU
C SANT JORDI 1231
08500 - VIC
SPAIN

JOSE A HERRERA
12801 PHILADELPHIA STREET
SUITE B
WHITTIER CA 90601-4126

JOSE LUIS BLANCO
9307 CASTLEGAP DR
SPRING TX 77379-4299

JOSEPH BRODSKY
656 STNICHOLAS AV 35
NEW YORK NY 10030-1086

JOSEPH ERRIGO
7 PRATT ST
FORT MONROE VA 23651-1025

JOSEPH M DUNN
1105 COLONIAL DRIVE
ALABASTER AL 35007-9309

INTERNATIONAL
JOSEPH SMITS
WESTERLANDERWEG 40
WESTERLAND 1778KL WESTERLAND
THE NETHERLANDS

JOSHUA HESTER
1115 CALIFORNIA ST
OCEANSIDE CA 92054-5919

INTERNATIONAL
JOSHUA MAPPERSON
92 OAKBANK BOULEVARD
WHITTLESEA 3757
AUSTRALIA

INTERNATIONAL
JUAN BAUTISTA IBARRA ARANA
CALLE 66 510
RESID LA CARANA PIEDADES
SANTA ANA SAN JOSE
COSTA RICA

JULIAN HEERE
500 J STREET 1703
SACRAMENTO CA 95814-2335

JUN DAM
2116 L STREET NO 2
ANTIOCH CA 94509-3434

JUNG H CHO
320A 7TH ST
PALISADES PARK NJ 07650-2277

KYLE WHEELAN
7975 ORCHARD PATH RD
COLORADO SPRINGS CO 80919-2925

CANADA
KAMRAN BEG
2200 RUSSET CRES
BURLINGTON ON L7L 6Z2
CANADA
2200 RUSSET CRES BURLINGTON ON CANADA

DAVID A KAZEMBA
OVERCAST LAW OFFICESNCW PLLC
23 S WENATCHEE AVE STE 320
98801
WENATCHEE WA 98801-2263

KELLY IMAGING
PO BOX 660831
DALLAS TX 75266-0831

INTERNATIONAL
KEN LI KOH
UNIT 2 137 HULL ROAD
CROYDON VIC 3136
AUSTRALIA

KENNETH D MCCOY
1401 WOODSTOCK WAY
103H
BELLINGHAM WA 98226-3577

KENNETH JOHNSON
2452 COLUMBIA AVE NW 24
EAST WENATCHEE WA 98802-4198

KEVIN REINSCH
3100 PEARL PARKWAY A317
BOULDER CO 80301-2453

KEYHOLE SECURITY INC
708 S WENATCHEE AVE
WENATCHEE WA 98801-3072

INTERNATIONAL
KHURSHID ALAM
UNIT265 CHURCH STREETWEST TAMWORTH
2340NSW
AUSTRALIA
UNIT-265 CHURCH STREETWEST TAMWORTH23

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JOHN KNOX                          INTERNATIONAL                              KOOMBEA INC
WILLIAMS KASTNER                   KOJI MICHIWAKI                             MARK D TAYLOR
601 UNION STREET                   ZIP CODE4280313                            VLP LAW GROUP LLP
SUITE 4100                         SHIZUOKA-KEN HAIBARA-GUN KAWANEHON-CHO     1629 K STREET NW SUITE 300
SEATTLE WA 98101-2380              KAMINAGAO 380-3 JAPAN                      WASHINGTON DC 20006-1631


KRISHNA KARTHIK REDDY              KRISHNA KARTHIK REDDY ADAPALA              KYLE SPESARD
1700 HALFORD AVE                   5106 KINO CT                               625 N HAWK ST
SANTA CLARA CA 95051-2664          DUBLIN CA 94568-8719                       PALATINE IL 60067-3535


LARRY D GERBRANDT                  LARRY EUGENE BAGGS                         INTERNATIONAL
141 SEELY AVE                      1502 SHARON DRIVE                          LASSE KAIHLAVIRTA
AROMAS CA 95004-9501               DUNCANVILLE TX 75137-4014                  PIIRINIITYNKATU 4 H 3
                                                                              TAMPERE 33340
                                                                              FINLAND


INTERNATIONAL                      DAVID R LAW                                ANGIE LEE
LAURENT HAMERS                     DAVIS ARNEIL LAW FIRM LLP                  OFFICE OF THE ATTORNEY GENERAL
AVENUE VAN BEETHOVEN 24            617 WASHINGTON STREET                      800 FIFTH AVE
1331 ROSIERES                      WENATCHEE WA 98801-2600                    SUITE 2000
BELGIUM                                                                       SEATTLE WA 98104-3188


LEE E WOODARD                      INTERNATIONAL                              LEONID MARKIN
HARRIS BEACH PLLC                  LEON DE FLEURIOT DE LA COLINIERE           714 NORTH REXFORD DR
333 WEST WASHINGTON ST SUITE 200   16 RANKDORING AVENUE                       BEVERLY HILLS CA 90210-3314
SYRACUSE NY 13202-5202             JOHANNESBURG
                                   SOUTH AFRICA


LESLIE HIBBARD                     INTERNATIONAL                              LEXON INSURANCE COMPANY
PO BOX 2067                        LEVI                                       HARRIS BEACH PLLC
CHELAN WA 98816-2067               STREET VINKENHOF 7                         ATTN- LEE E WOODARD
                                   POSTAL CODE- 4332 DM                       333 WEST WASHINGTON ST SUITE 200
                                   COUNTRY- THE NETHERLANDS                   SYRACUSE NY 13202-5202
                                   LEVI ILLIS


LI LIANG                           LIGHTHOUSE DOCUMENT TECHNOLOGIES           LIKUO LIN
1272 GLEN HAVEN DR                 250 MONTGOMERY STREET                      1192 QUEEN ANN DR
SAN JOSE CA 95129-4103             STE 300                                    SUNNYVALE CA 94087-2239
                                   SAN FRANCISCO CA 94104-3428


LODOG CORP MARK WEITZEL PRESIDENT  LUCAS VELASQUEZ                            LUIS ALBERTO FLORES EZPARZA
15460 W 199TH ST                   497 LAKE CAMERON DR                        PO BOX 4161
SPRING HILL KS 66083-8528          PIKE ROAD AL 36064-3959                    WENATCHEE WA 98807-4161


LUIS ROMAN                         INTERNATIONAL                              MLDC1 LLC
4633 WHITE BAY CIR                 LUKE MCINTYRE                              7906 RANDOLPH RD
WESLEY CHAPEL FL 33545-5058        4 ROSE ROAD                                MOSES LAKE WA 98837-5122
                                   GREY LYNN AUCKLAND 1021
                                   NEW ZEALAND
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MLDC1 LLC<br>OVERCAST LAW OFFICES PS<br>CO DAVID A KAZEMBA<br>23 S WENATCHEE AVE SUITE 320<br>WENATCHEE WA 98801-2263 | MARC JOYCE<br>4404 HIGHLAND AVE APT C<br>MANHATTAN BEACH CA 90266-3094 | INTERNATIONAL<br>MARK ELLIS<br>FLAT 19 RAINIER APARTMENTS<br>43 CHERRY ORCHARD ROAD<br>CROYDON CR06FA<br>UNITED KINGDOM |
| MARK R SHAPLAND<br>18119 BENT RIDGE DRIVE<br>WILDWOOD MO 63038-1439 | MARK VANGE<br>10315 E SHANGRI LA RD<br>SCOTTSDALE AZ 85260-6375 | MATTEO ROMANI<br>VIA FLAMINIA 66<br>FOSSOMBRONE WA 61034 |
| MATTHEW HINE<br>2405 ACACIA ST<br>RICHARDSON TX 75082-3319 | MATTHEW R LUTZ<br>916 CONFIDENCE DRIVE<br>LONGMONT CO 80504-8526 | INTERNATIONAL<br>MAZAEVA MARIA<br>SHOKALSKOGO PROEZD<br>H4 APP44<br>127642<br>RUSSIA MOSCOW |
| BENJAMIN J MCDONNELL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVENUE SUITE 700<br>SPOKANE WA 99201-0581 | KATHRYN R MCKINLEY<br>PAINE HAMBLEN LLP<br>717 W SPRAGUE AVENUE<br>SUITE 1200<br>SPOKANE WA 99201-3905 | MCVICKER MOSS BALESTRA ET AL IN CLASS ACT<br>LEVI KORSINSKY LLP<br>1101 30TH STREET NORTHWEST SUITE 115<br>WASHINGTON DC 20007-3740 |
| MELISSA SPILLMAN<br>612 BOIS D ARC LN<br>FRANKLIN TN 37069-4762 | MELVIN WHITE<br>6091 GOLDDUST RD<br>BROOKSVILLE FL 34609-8705 | MICHAEL BENDETT<br>7606 LEXINGTON LANE<br>PARKLAND FL 33067-1622 |
| MICHAEL BHAGAT<br>1169 S CALLE DEL NORTE DR<br>PUEBLO WEST CO 81007-1907 | MICHAEL CHU<br>1113 8TH AVE W<br>SEATTLE WA 98119-3439 | MICHAEL DETRINIDAD<br>726 BALSAM DR<br>NEWMAN CA 95360-9522 |
| MICHAEL ILYANKOFF<br>7425 156TH ST SE<br>SNOHOMISH WA 98296-8771 | MICHAEL LAFONTAINE JR<br>321 NAPA VALLEY DR<br>MILFORD MI 48381-1053 | MICHAEL PAPENFUSE<br>1291 QUEENSWAY<br>UNITED STATES<br>LAKE ISABELLA MI 48893-9356 |
| MICHAEL RUSSO<br>13022 CONVENT GARDEN RD<br>WEEKI WACHEE FL 34613-3868 | MICHAEL WAGNER<br>1253 ROCK HILLS ST UNIT 102<br>LAS VEGAS NV 89135-3576 | RANDY MICHELSON<br>MICHELSON LAW GROUP<br>220 MONTGOMERY STREET<br>SUITE 2100<br>SAN FRANCISCO CA 94104-3502 |
| MIKHAIL FILIPPOV<br>2713 PROSPECT STREET<br>FRAMINGHAM MA 01701 | INTERNATIONAL<br>MIKHAIL MESHKOV<br>METALLURGOV UL 1152<br>MOSCOW RUSSIA 111401 | CANADA<br>MOHAMMAD MEHDI TOOZHY<br>11 JUSTUS DR<br>RICHMOND HILL ONTARIO L4C9Z4<br>CANADA<br>11 JUSTUS DR RICHMOND HILL ONTRAIO L4C9 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MOLLY HUNTER<br>4347 ANNA LANE<br>WENATCHEE WA 98801-9034 | INTERNATIONAL<br>MR ALEXANDER GARNOCK<br>13 BUTTFIELD ST COOMBS ACT<br>2611 AUSTRALIA<br>13 BUTTFIELD ST COOMBS ACT CANBERRA<br>AUST | INTERNATIONAL<br>MR TOUBOUL<br>59 RUE DE DE MARIGNAN<br>ST MAUR DES FOSSES<br>FRANCE |
| MR MATTHEW EUGENE RISEN<br>1935 LEGACY PLACE SE<br>EAST WENATCHEE WA 98802-9162 | NC MACHINERY<br>PO BOX 58201<br>TUKWILA WA 98138-1201 | NC MACHINERY CO<br>17035 WEST VALLEY HIGHWAY<br>TUKWILA WA 98188-5519 |
| NC MACHINERY CO<br>DANIAL D PHARRIS<br>601 UNION STREET STE 2600 WA 98101 | NW HANDLING SYSTEMS<br>PO BOX 749861<br>LOS ANGELES CA 90074-9861 | NATHAN WELLING<br>1887 WHITNEY MESA DR 5807<br>HENDERSON NV 89014-2069 |
| INTERNATIONAL<br>NEIL HUTCHINGS<br>5 BEDWAS CLOSE<br>ST MELLONS<br>CARDIFF CF3 0HP UNITED KINGDOM | NELSON L KIM<br>8305 WEEPING SPRINGS AVE<br>LAS VEGAS NV 89131-1450 | NELSON PRADA<br>323 SONOMA DR<br>POOLER GA 31322-9792 |
| NEPPEL ELECTRIC<br>4703 KELLY PLACE<br>MOSES LAKE WA 98837-4306 | UNDELIVERABLE<br>NEPPEL ELECTRICAL CONTROLS LLC<br>MOSES LAKE WA 98837 | NEPPEL ELECTRICAL CONTROLS LLC<br>CO RIES LAW FIRM PS<br>PO BOX 2119<br>MOSES LAKE WA 98837-0519 |
| INTERNATIONAL<br>NITIN LIMAYE<br>401 MANORATH APARTMENTS<br>9-B PRATAPGUNJ SOCIETY VADODARA 390002<br>INDIA | NIVA JOHNSON<br>119 RIDGMAR TRAIL<br>HENDERSONVILLE TN 37075-9629 | NON PROFIT CREDITORS COMMITTEE OF WTT<br>12128 N DIVISION ST<br>426<br>SPOKANE WA 99218-1905 |
| OMAR D AHMADI<br>13 CHERRY LANE<br>PARSIPPANY NJ 07054-2216 | OUR BOTANICALS WORLDWIDE LLC<br>8 THE GREEN<br>SUITE 7123<br>DOVER DE 19901-3618 | PAUL ORLOFF<br>7909 VAN NUYS BLVD<br>VAN NUYS CA 91402-6073 |
| INTERNATIONAL<br>PHAM SONG TOAN<br>TONEYAMA 256<br>TOYONAKA<br>OSAKA JAPAN | INTERNATIONAL<br>PABLO HERNANDEZ GUEVARA<br>CALLE ESTE RES MI REFUGIO P 9 APTO 9A<br>URB MANZANARES CARACAS VENEZUELA<br>ZIP CODE 1070 | INTERNATIONAL<br>PABLO V HERNANDEZ G<br>CALLE ESTE RES MI REFUGIO P9 APT 9A<br>URB MAZANARES CARACAS VENEZUELA 1070 |
| PACIFIC NORTHWEST INFRASTRUCTURE IN<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 | PACIFIC NORTHWEST INFRASTRUCTURE INC<br>PO BOX 3363<br>WENATCHEE WA 98807-3363 | PARKER CORPORATE SERVICES<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAMELA M EGAN<br>PAUL H BEATTIE<br>CKR LAW LLP<br>506 2ND AVENUE 14TH FLOOR<br>SEATTLE WA 98104-2343 | PATH OF FOUR WINDS LLC<br>3638 LAKE BREEZE LANE<br>CROSBY TX 77532-7202 | PATRICK BLOUNT<br>848 N RAINBOW BLVD<br>SUITE 1800<br>LAS VEGAS NV 89107-1103 |
| PAUL A BARRERA<br>17713 15TH AVE NE STE 101<br>SHORELINE WA 98155-3839 | PAUL A BARRERA<br>NORTH CITY LAW PC<br>17713 15TH AVE NE<br>SUITE 101<br>SHORELINE WA 98155-3839 | PAUL W REINSCH JR<br>7 SALVATIERRA TRACE<br>HOT SPRINGS VILLAGE AR 71909-7707 |
| INTERNATIONAL<br>PER MARTIN SUNDBERG<br>CALCADA DE SANTO ANDRE 33 BLOCO2 LETRA F<br>1100-495<br>LISBON PORTUGAL | JAMES D PERKINS<br>U S DEPT OF JUSTICE U S TRUSTEE OFFICE<br>920 W RIVERSIDE 593<br>SPOKANE WA 99201-1012 | PETER MOONEY<br>30127 MOCCASIN DR<br>BURLINGTON WI 53105-9466 |
| DANIAL D PHARRIS<br>LASHER HOLZAPFEL SPERRY EBBERSON PLLC<br>601 UNION STREET<br>SUITE 2600<br>SEATTLE WA 98101-4000 | PHIL A DINWIDDIE<br>28122 VINE CLIFF<br>BOERNE TX 78015-4881 | PHILIP N MCCOLLUM<br>14391 WARREN ST<br>WESTMINSTER CA 92683-5187 |
| VANESSA PIERCE<br>BOWMAN PIERCE LLC<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | INTERNATIONAL<br>PIERVANNI UGOLINI MUGELLI<br>VIA DI NIZZANO 2<br>IMPRUNETA 50023<br>FLORENCE ITALY | JASON T PISKEL<br>PISKEL YAHNE KOVARIK PLLC<br>522 W RIVERSIDE AVE<br>STE 700<br>SPOKANE WA 99201-0581 |
| PORT OF CHELAN<br>238 OLDS STATION RD A<br>WENATCHEE WA 98801-8131 | PORT OF DOUGLAS<br>643 BILLINGSLY DR SE<br>EAST WENATCHEE WA 98802 | PORT OF DOUGLAS COUNTY<br>PORT OF DOUGLAS COUNTY<br>1 CAMPBELL PARKWAY<br>SUITE D<br>EAST WENATCHEE WA 98802-9290 |
| PORT OF DOUGLAS COUNTY<br>DAVIS ARNEIL LAW FIRM CO DAVID R LAW<br>617 WASHINGTON ST<br>WENATCHEE WA 98801-2600 | PRIJA PHAPHOUAMPHENG<br>5115 16TH STREET A<br>SANTA ANA<br>UNITED STATES<br>SANTA ANA CA 92703-1190 | QUARK LLC<br>4283 EXPRESS LANE SUITE 3842078<br>SARASOTA FL 34249-2602 |
| INTERNATIONAL<br>RAVJI PATEL<br>16 HOME MEAD<br>UNITED KINGDOM<br>HA7 1AF | RICHARD BLOMQUIST<br>1425 BROADWAY 23240<br>SEATTLE WA 98122-3854 | INTERNATIONAL<br>RADOMIR KALININ<br>STANYUKOVICHA 54G55<br>VLADIVOSTOK CITY ZIP CODE 690003<br>RUSSIA<br>STANYUKOVICHA 54G-55 VLADIVOSTOK CITY |
| RARITAN<br>400 COTTONTAIL LANE<br>SOMERSET NJ 08873-1238 | RARITAN INC<br>CO DRINKER BIDDLE REATH LLP<br>ATTN- FRANK VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-1096 | REFAEL SOFAIR INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>CO JOHN A KNOX WILLIAMS KASTNER GIB<br>601 UNION STREET SUITE 4100<br>SEATTLE WA 98101-1368 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RICHARD SHEW<br>157 SLATEWOOD CT<br>BETHEL PARK PA 15102-2242 | INTERNATIONAL<br>RICHARD WULLIENS<br>RUE DE LEGLISE 13A<br>1958 ST LONARD<br>CH - SWITZERLAND | RIES LAW FIRM P S<br>P O BOX 2119<br>MOSES LAKE WA 98837-0519 |
| INTERNATIONAL<br>RIETVELD GLOBAL BUSINESS GROUP BV<br>POSTBUS 9607 BOX G58<br>1006 GC AMSTERDAM<br>THE NETHERLANDS | ROBERT B DECKER<br>918 CONFIDENCE DR<br>LONGMONT<br>UNITED STATES<br>LONGMONT CO 80504-8540 | INTERNATIONAL<br>ROBERT ILIEVSKI<br>NYPONGATAN 18<br>212 31 MALMO<br>SKANE<br>SWEDEN |
| ROBERT J HOYER<br>5940 DALTRY LN<br>UNITED STATES<br>COLORADO SPRINGS CO 80906-7802 | ROBERT RUSSELL<br>971 PROVIDENCE PIKE<br>UNITED STATES<br>DANIELSON CT 06239-4003 | ROGER L SUTTON<br>716 CONTESSA<br>IRVINE CA 92620-1724 |
| INTERNATIONAL<br>ROLF JAKOBSEN<br>WESSELS GATE 25C<br>H0202<br>NORWAY | RONALD RICHARD JOHNS JR<br>354 CLEAR SPRINGS HOLLOW<br>BUDA TX 78610-2740 | ROOSEVELT SCOTT<br>802 HAWK VIEW COURT<br>FAIRVIEW HEIGHTS IL 62208-2967 |
| ROSS SHRESTHA<br>1259 N LAKEVIEW DR<br>PALATINE IL 60067-2092 | INTERNATIONAL<br>ROSS TAVAKOLI<br>8 OAKFIELD CLOSE ALDERLEY EDGE CHESHIR<br>ENGLAND<br>UNITED KINGDOM | INTERNATIONAL<br>RUBEN DEL MURO<br>19231 NISHIDERA KIKUCHI KUMAMOTO<br>861-1323<br>JAPAN |
| SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON TX 77064-4557 | JOSEPH AG SAKAY<br>RYAN SWANSON CLEVELAND PLLC<br>1201 THIRD AVENUE<br>SUITE 3400<br>SEATTLE WA 98101-3034 | DOMINIQUE R SCALIA<br>DBS LAW<br>155 NE 100TH ST<br>STE 205<br>SEATTLE WA 98125-8015 |
| TARA J SCHLEICHER<br>FOSTER GARVEY PC<br>121 SW MORRISON<br>11TH FLOOR<br>PORTLAND OR 97204-3141 | SCHMITT ELECTRIC<br>1114 WALLA WALLA AVE<br>WENATCHEE WA 98801-1525 | SCOTT GLASSCOCK<br>229 CRAFT ROAD<br>BRANDON FL 33511-7588 |
| SCOTT PAUL<br>1100 SW 7TH ST<br>RENTON<br>RENTON WA 98057-2939 | SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 5TH AVE STE 3600<br>SEATTLE WA 98104-7010 | SCOTT R WEAVER<br>CARNEY BADLEY SPELLMAN PS<br>701 FIFTH AVENUE SUITE 3600<br>SEATTLE WA 98104-7010 |
| INTERNATIONAL<br>SERGIY DZVONYK<br>28 YAROSLAVOV VAL STR AP29<br>KIEV - 01034<br>UKRAINE | INTERNATIONAL<br>SERHII KOMAR<br>ALEXANDRA NEVSKOGO 35<br>AP 55<br>ODESSA UKRAINE 65088 | INTERNATIONAL<br>SHAUN LEECH<br>49A WINFILED ROAD<br>BALWYN NORTH<br>VICTORIA AUSTRALIA 3144 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNATIONAL
SHAWN JACKSON DYCK
40100 WILLOW CRESCENT
APT 308
SQUAMISH BC V8B0L8 CANADA

SHOW ME CABLES
115 CHESTERFIELD INDUSTRIAL BLVD
CHESTERFIELD MO 63005-1219

SINH DU
818 SW 3RD AVE 2212313
PORTLAND OR 97204-2405

INTERNATIONAL
SMEETS GERT
SAPSTRAAT 40
GROTE SPOUWEN
BELGIUM
BELGIUM

SPENCER ROSS
215 11TH AVE NE
APT 3
ST PETERSBURG FL 33701-1961

STATE OF WASHINGTON
DEPARTMENT OF REVENUE
2101 4TH AVE STE 1400
SEATTLE WA 98121-2300

INTERNATIONAL
STEFANO MUSUMECI
UUSLINNA TN 9452
11415 TALLINN
ESTONIA

INTERNATIONAL
STEVE DELASSUS
215 AVENUE MARCEL ANTHONIOZ
01220 DIVONNE LES BAINS
FRANCE

INTERNATIONAL
STEVE DELASSUS
685 RUE DE LA MAIRIE
01170 CESSY FRANCE

CANADA
STEVEN WILLIAM SWEENEY
7 LENT CRESCENT
BRAMPTON ONTARIO L6Y 5E5
CANADA

SUSAN RAMAKER
PO BOX 3272
WENATCHEE WA 98807-3272

TNT BUSINESS COMPLEXES LLC
380 LESLIE WAY
EAST WENATCHEE WA 98802-5624

TUOMAS J KARJALAINEN
7601 E TREASURE DR APT 1023
APT 1023
NORTH BAY VILLAGE FL 33141-4362

INTERNATIONAL
TAKESHI KAWAI
392403 SHIMORENJAKU
MITAKA CITY TOKYO
181-0013 JAPAN

TALENTS 633 MINISTRIES NFP
24206 WALNUT CIRCLE
PLAINFIELD IL 60585-2261

TALOS CONSTRUCTION LLC
TODD REUTER FOSTER PEPPER PLLC
618 W RIVERSIDE AVE SUITE 300
SPOKANE WA 99201-5102

TALOS CONSTRUCTION LLC
PO BOX 2607
CHELAN WA 98816-2607

INTERNATIONAL
TAVERNE KEVIN
13 RUE KIPLING
91540 MENNECY   FRANCE

INTERNATIONAL
THEATHERSTRASSE 27C
THEATERSTRASSE 27C
8400 WINTERTHUR
SWITZERLAND

INTERNATIONAL
THEOCHARIS ASLANIDIS
DORIDOS 44
12242 EGALEO
GREECE

INTERNATIONAL
THOMAS MEHLITZ
SOLRIDE GMBH
YBURGSTR 18
GERMANY
GERMANY

TOTAL EMPLOYMENT MANAGEMENT
723 W BROADWAY
MOSES LAKE WA 98837-1920

TOWN TOYOTA CENTER
1300 WALLA WALLA
WENATCHEE WA 98801-1529

TRAVELERS PROPERTY CASUALTY CO OF
AMERICA
JONATHAN B ALTER ESQ
1 TOWER SQUARE MS04
HARTFORD CT 06183-1050

TRAVIS HIBBARD
PO BOX 2607
CHELAN WA 98816-2607

TREEHOUSE TECHNOLOGY GROUP LLC
300 BEDFORD STREET UNIT 214
MANCHESTER NH 03101-1102

TYLER DOMER
91 NE 17 ST
EAST WENATCHEE WA 98802-4147

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 | US CUSTOMS<br>PO BOX 979126<br>ST LOUIS MO 63197-9001 | US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS IN 46278-2010 |
| US TRUSTEE<br>US COURT HOUSE<br>920 W RIVERSIDE AVE SUITE 593<br>SPOKANE WA 99201-1012 | VANESSA PIERCE ROLLINS<br>123 SPRINGHILL DRIVE<br>EAST WENATCHEE WA 98802-8560 | VIKEN CHOUCHANIAN<br>17429 LAHEY ST<br>LA CA 91344-3426 |
| VIKEN CHOUCHANIAN<br>8741 DARBY AVE 3<br>NORTHRIDGE CA 91325-3089 | INTERNATIONAL<br>VYACHESLAV LEVIN<br>4A STOKE ROW<br>COVENTRYWESTMIDLANDS<br>CV2 4JQ<br>UK | WA DEPARTMENT OF REVENUE<br>ATTN SAM SEAL<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 |
| MARK WALDRON<br>MARK D WALDRON<br>6711 REGENTS BLVD W SUITE B<br>TACOMA WA 98466-5421 | WASHINGTON DEPARTMENT OF REVENUE<br>2101 FOURTH AVENUE 1400<br>SEATTLE WA 98121-2300 | WASHINGTON EMPLOYMENT SECURITY DEPT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 |
| WASHINGTON STATE LABOR INDUSTRIES<br>PO BOX 44170<br>OLYMPIA WA 98504-4170 | WASHINGTON STATE TAXING AGENCIES<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | NATHAN WELLING<br>340 S LEMON AVENUE<br>UNIT 5807<br>WALNUT CA 91789-2706 |
| INTERNATIONAL<br>WILHELMUS APPEL<br>LUPINELAAN 15<br>5582 CG WAALRE<br>THE NETHERLANDS | WILLIAM M PATTON<br>6821 SKY CIRCLE<br>UNITED STATES<br>ANCHORAGE AK 99502-3979 | WILLIAM STEPHEN DAVIS<br>7281 ROOSES DRIVE<br>INDIANAPOLIS IN 46217-7411 |
| WILLIAM TRAN<br>403 W RAMONA RD<br>ALHAMBRA CA 91803-3548 | WILSON SONSINI GOODRICH ROSATI<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 | WINLAND CREDIT PARTNERS LLC<br>PO BOX 206<br>N STONINGTON CT 06359-0206 |
| INTERNATIONAL<br>WONG CHUN MING<br>SHAM SHUI POFUK WING ST 133<br>FLAT A 10F 5BLOCK GOLDEN BLDG<br>HONG KONG<br>SHAM SHUI POFUK WING ST 133 FLAT A 10F | XIAOMING LU<br>3269 RANGE CT<br>MASON OH 45040-8741 | INTERNATIONAL<br>YUET CHOI CHENG<br>22F NAM HOI MANSION TAIKOO SHING<br>HONG KONG |
| INTERNATIONAL<br>YURII KUZMIN<br>10B UROZHAYNAYA STR<br>ODESSA<br>65016<br>UKRAINE | INTERNATIONAL<br>CALEB MAISTRY<br>VAN HOOF STREET 2 WILLOW VIEW ESTATE R<br>GAUTENGJOHANNESBURG<br>SOUTH AFRICA | INTERNATIONAL<br>ELIESHAY TOUBOUL<br>AMOS 221<br>TEKOA<br>ISRAEL<br>ISRAEL |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| INTERNATIONAL | CANADA | INTERNATIONAL |
|---|---|---|
| FABIO TODESCHINI<br>16 VIA GRAN SAN BERNARDO<br>MILAN<br>ITALY | HARI KRISHNA PRASAD MENTA VENKATA<br>116 CANADIAN LAKES BLVD<br>CANADIAN BALLARAT<br>AUSTRALIA<br>116 CANADIAN LAKES BLVD CANADIAN 3350 | LIOR SHARABI<br>ESHKOLIT 2822   PARDES HANA  ISRAEL<br>ESHKOLIT 2822 - PARDES HANA - ISRAEL |

| INTERNATIONAL | INTERNATIONAL | |
|---|---|---|
| LJUPCO NIKOLOVSKI<br>MERCURIUS 15<br>1188 GA<br>AMSTELVEEN<br>HOLLAND | MATHIAS BRACHET<br>DARWINGASSE 37<br>TOP 1<br>1020 VIENNA<br>AUSTRIA | NICK NGUYEN<br>3411 GREENTREE DR<br>FALLS CHURCH VA 22041-1405 |

PAMELYN CHEE
PO BOX 18771
UNITED STATES
LOS ANGELES CA 90018-0771