UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
904 WEST RIVERSIDE AVENUE, SUITE 304
SPOKANE, WASHINGTON 99201-1011

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Krishna Karthik Reddy (Pro Se)
1700 Halford Ave
Santa Clara, CA 95051

$0.50
US POSTAGE
FIRST-CLASS
PITNEY BOWES
9065543335
99201
OCT 23 2020

SPOKANE WA 990
23 OCT 2020PM 3 L