MARK D. WALDRON
Chapter 7 Trustee
6711 Regents Blvd. W., Suite B
Tacoma, WA 98466
Telephone: (253) 565-5800

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | |
|---|---|
| GIGA WATT, INC., | Case No.: 18-03197 - FPC7 |
| Debtor, | TRUSTEE'S REPORT OF SALE RE: REAL PROPERTY |

**COMES NOW** the Chapter 7 Trustee, Mark D. Waldron, hereby reports that the real property located at 23684 NW Cliffe Pointe Road, Unit 8B, Quincy, Washington 98848, was sold pursuant to notice and order. The distribution received by the estate is attached hereto as Exhibit "A" and incorporated herein by this reference.

**DATED** this 16th day of November, 2020.

/s/ Mark D. Waldron
MARK D. WALDRON (WSBA# 9578)
Chapter 7 Trustee



Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Trustee's Report of Sale Re: Real Property - 1