File No./Escrow No.: 20-274885
Print Date & Time: 11/10/2020 5:49:40 PM
Officer/Escrow Officer: Maschel Halverson

WFG National Title Company of Washington, LLC
2102 N Pearl Street
Suite 105
Tacoma, WA 98406

Property Address: 23684 NW CLIFFE POINTE ROAD UNIT 8B
QUINCY, WA 98848 (GRANT)
(320350237)

Borrower: RENEE M. HAWKES AND GREGORY LAWRENCE GRIFFITH
9617 NE 28th St
Clyde Hill, WA 98004

Seller: MARK D. WALDRON, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIGA WATT, INC.
6711 Regents Blvd W Suite B
Tacoma, WA 98466

Lender: Fairway Independent Mortgage Corporation ISAOA/ATIMA
4201 Marsh Lane, Carrollton, TX 75007

Settlement Date: 11/10/2020
Disbursement Date: 11/10/2020

| Description | Seller P.O.C. | Seller Debit | Seller Credit |
|---|---|---|---|
| **Deposits, Credits, Debits** | | | |
| Sale Price of Property | | | $277,500.00 |
| **Prorations** | | | |
| HOA Dues (Paid) 11/10/2020 to 12/1/2020 @ $195.00/Month | | | $136.50 |
| County Taxes 11/10/2020 to 1/1/2021 @ $1,879.86/Year | | | $267.08 |
| **Commissions** | | | |
| Real Estate Commission 2.50 % to Compass Washington | | $6,937.50 | |
| Real Estate Commission 3.50 % to Re/Max Northwest | | $9,712.50 | |
| **Title Charges** | | | |
| Title - Owner's Title Insurance to Frontier Title - Grant | | $721.94 | |
| Title - Settlement or Closing Fee to WFG National Title Company of Washington, LLC | | $800.00 | |
| Title - Sales Tax on Settlement Fee Charges to WFG National Title Company of Washington, LLC | | $81.60 | |
| **Government Recording and Transfer Charges** | | | |
| Excise Tax Affidavit to Grant County Auditor | | $4,445.00 | |
| **Additional Settlement Charges** | | | |
| Property Tax Due (Seller) to Grant County Treasurer | | $939.93 | |
| Payoff: Electricity to Grant County PUD | | $40.00 | |
| HOA 2nd half 2020 special assessment to Cave B Ridge Condo | | $909.09 | |
| HOA Transfer Fee (Seller) to Accolade Property Management | | $150.00 | |
| HOA Dues for November to Cave B Ridge Condo | | $195.00 | |
| Reimbursement for BoxBrownie to Kari Roberts | | $288.00 | |
| | P.O.C. | Debit | Credit |
| Subtotals | $0.00 | $25,220.56 | $277,903.58 |
| Due To Seller | | $252,683.02 | |
| Totals | $0.00 | $277,903.58 | $277,903.58 |

# EXHIBIT "A"