Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

Judge Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | |
| GIGA WATT INC., | Case No.: 18-03197 |
| Debtor | District Case No.: 20-cv-00391-SAB |
| | **MOTION TO AUGMENT DESIGNATION OF RECORD** |
| JUN DAM et al, appellants | |
| vs. | |
| MARK D. WALDRON, Chapter 7 Trustee, appellee | |

## MOTION

COMES NOW appellant Jun Dam, in propria persona, moves to augment the Designation of Record of Appeal for the District Court with the Memorandum in Support of Motion for Stay Pending Appeal Of Order (I) Approving The Sale Of Moses Lake Equipment And Related Relief, (II) Approving Bid Procedures (ECF Docket #805 filed on 11/17/20)

DATED this 18th day of November, 2020

Jun Dam (*Pro Se*)

# CERTIFICATE OF SERVICE

I certify that on the 18th day of November, 2020, I filed the **MOTION TO AUGMENT DESIGNATION OF RECORD** with the Clerk of the Court. I certify a true and correct copy of said Memo was sent electronically to:

Ben Ellison, on behalf of the Official Committee of Unsecured Creditors - salishsealegal@outlook.com, benaellison@gmail.com

James D Perkins on behalf of The United States Trustee - James.Perkins@usdoj.gov

Samuel Dart as attorney for Creditors' Committee of WTT Token Holders and Miners - sdart@eisenhowerlaw.com

Quentin D Batjer on behalf of Port of Douglas County - pam@dadkp.com, quentin@dadkp.com

William L Hames on behalf of Port of Douglas County - billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com

David R Law on behalf of Port of Douglas County - david@dadkp.com, amy@dadkp.com

Shauna S Brennan on behalf of ECO Diversified Holdings, Inc. - sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Robert H Castro on behalf of Interested Party Nathan Welling - rcastro@rcastrolaw.com, castro.ava@gmail.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group - doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of US Trustee - gary.w.dyer@usdoj.gov

Pamela Marie Egan on behalf of Trustee Mark Waldron - pegan@potomaclaw.com

Scott B Henrie on behalf of Creditor Refael Sofair - shenrie@williamskastner.com, dlevitin@williamskastner.com

Douglas A. Hofmann on behalf of Creditor Refael Sofair - dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Emerald City Statewide LLC - ghoog@pcslegal.com, danderson@pcslegal.com

David Kazemba on behalf of Creditor Giga Plex, LLC and MLDC1, LLC - dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, debbie@overcastlaw.com; kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refeal Sofair - jknox@williamskastner.com, rnelson@williamskastner.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies - bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D Pharris on behalf of Creditor NC Machinery Co. - pharris@lasher.com, lukesetich@lasher.com

Jason T Piskol on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - jtp@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC - diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins on behalf of Clever Capital, LLC, David M Carlson - vprollins@gmail.com

Joseph A. G. Sakay on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of interested party EcoChain, Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

US Trustee
ustp.region18.sp.ecf@usdoj.gov
Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com
Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com
Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Date Served: 11/18/2020

Sign your name: *[signature]*

Print name: Jun Dam