Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | Reference to BAP No.: 20-1156 |
| | **SUPPLEMENT TO CHAPTER 11 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009(a)(2) AND REQUEST FOR TRANSCRIPTS** |

Mark D. Waldron, in his official capacity as the Chapter 7 Trustee (the "Trustee"), hereby supplements the *Chapter 11 Trustee's Designation of Additional Items Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2) and Request for Transcripts* (the "Designation") [ECF No. 648] filed in this Court pre-conversion regarding the appellate proceeding, BAP No.: 20-1156 (the "TNT Sale Appeal"), commenced by Jun Dam's filing of the *Notice of Appeal and Statement of Election*

SUPPLEMENT TO
Chapter 11 Trustee's Designation of Additional
Items To Be Included in the Record on Appeal - Page 1

on June 25, 2020 [ECF No. 626] of the *Order Approving: (i) Sale of TNT Facility and Trailer Equipment Free and Clear of Liens, Claims and Interests, Subject to Overbidding, Approving Notice Thereof; (ii) Assumption and Assignment of Leases and Power Contract and (iii) Granting Request for Shortened Notice Thereon*, entered on this Court's docket on May 19, 2020. [ECF No. 602]. The Designation requested transcripts as follows:

**REQUEST FOR TRANSCRIPTS**

| Docketing Date | Docket No. | Transcript |
|---|---|---|
| 5/10/19 | 296 | Hearing on Moses Lake (Two Way) (260) |
| 8/29/2019 | 362 | Hearing on Motion to Obtain Credit (353) (Interim) |
| 9/24/2019 | 376 | Hearing on Motion to Obtain Credit (353) (Final) |
| 1/23/2020 | 453 | Hearing on Disclosure Statement, et al. |

The Trustee did not order the foregoing transcripts and does not wish to order them for the TNT Sale Appeal. Oral argument was heard on October 21, 2020. The foregoing request for transcript by the Trustee in the TNT Sale Appeal is withdrawn.

Counsel apologizes for the inconvenience to the Court.

Dated: November 20, 2020         POTOMAC LAW GROUP PLLC

By:    /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

SUPPLEMENT TO
Chapter 11 Trustee's Designation of Additional
Items To Be Included in the Record on Appeal - Page 2