# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC7 |
| GIGA WATT, Inc., a Washington corporation, | NOTICE OF HEARING |
| Debtor. | |

TO: Applicants/WTT TOKEN HOLDERS and MINER OWNERS
Chapter 7 Trustee
U.S. Trustee

NOTICE IS HEREBY GIVEN that a hearing is scheduled on the Application of WTT Token Holders and Miner Owners for Administrative Expenses and For Declaratory Relief (ECF No. 758) on **December 17, 2020 at 2:30 p.m.** PST, by telephone conference call to (877) 402-9753/Access Code 3001392. The court will hear argument on three legal issues: (1) whether an adversary proceeding is necessary to resolve other issues raised; (2) whether certain movants can appear pro se; and (3) whether token holders who own no miners have standing to bring a motion for administrative expenses. If necessary, other substantive issues will be heard at another time.

DATED: 11/20/20

Clerk, U.S. Bankruptcy Court
/s/Jolene Britton
Deputy Clerk