Pamela M. Egan, WSBA No. 54736 (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 11

The Honorable Frederick P. Corbit

Chapter 7

**DECLARATION OF MARK D. WALDRON IN SUPPORT OF OBJECTION OF THE CHAPTER 7 TRUSTEE TO MOTION FOR STAY PENDING APPEAL OF ORDER (I) APPROVING THE SALE OF MOSES LAKE EQUIPMENT AND RELATED RELIEF, (II) APPROVING BID PROCEDURES**

I, Mark D. Waldron, declare as follows:

1. I submit this declaration in my official capacity as the duly-appointed Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy case and in support of the *Objection of the Chapter 7 Trustee to Motion for Stay Pending Appeal of Order (i) Approving the Sale of Moses Lake Equipment and Related*

Waldron Declaration in Support of
Trustee's Objection to Motion for Stay
Re ML Equipment Sale -- P a g e | 1

18-03197-FPC7    Doc 813    Filed 11/23/20    Entered 11/23/20 17:25:52    Pg 1 of 2

1. *Relief, (ii) Approving Bid Procedures* (the "Objection"), which I have read and approved. The statements set forth herein are based on my personal knowledge. If called as a witness, I would and could competently testify thereto.

2. On October 23, 2020, I filed the *Chapter 7 Trustee's Report of Sale of Moses Lake Inventory / Equipment* [Doc 776], in which I reported that pursuant to the Sale Approval Order, I held an oral auction on October 20, 2020. Soluna Technologies Ltd. ("Soluna") made the winning bid in the amount of $112,000.

3. The sale closed on October 22, 2020 with the receipt of the purchase price in the amount of $112,000, the delivery of a Bill of Sale to Soluna, and the delivery of the assets to Soluna.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of November 2020 in Tacoma, Washington.

*/s/ Mark D. Waldron*
Mark D. Waldron, in his official capacity as
Chapter 7 Trustee in the above-captioned case

Waldron Declaration in Support of
Trustee's Objection to Motion for Stay
Re ML Equipment Sale -- P a g e | 2