# Notice Recipients

District/Off: 0980–2   User: notice   Date Created: 11/24/2020
Case: 18–03197–FPC7   Form ID: pdf002   Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| 4032866 | Andrea Sharp | 268 Bush Street #2520, San Francisco, CA 94104 |
| 4034896 | Kenneth D McCoy | 1401 Woodstock Way #103H, Bellingham, WA 98226 |
| 4035412 | Jun Dam | 2116 L Street No. 2, Antioch, CA 94509 |
| 4035630 | Bryant Johnson | 1360 WHITETAIL GLEN Ct, HEBRON, KY 41048 |
| 4035638 | John T. Winslow | 5544 Las Virgenes Road #99, Calabasas, CA 91302 |
| 4035639 | Jacqueline Bussey | Percheron, Goudhurst Road, Cranbrook TN17 2PN, United Kingdom |
| 4036072 | Koji Michiwaki | Zip code:428–0313, Shizuoka–ken Haibara–gun Kawanehon–cho, Kaminagao 380–3 Japan |
| 4036086 | John Scevola | 8768 SW Iroquois Drive, Tualatin, OR 97062 |
| 4036094 | Matteo Romani | Via Flaminia 66, fossombrone, WA 61034 |
| 4036119 | Rietveld Global Business Group B.V. | Postbus 9607 (Box G58), 1006 GC, Amsterdam, The Netherlands |
| 4036120 | Krishna Karthik Reddy Adapala | 5106 Kino Ct, Dublin, CA 94568 |
| 4036218 | Patrick Blount | 848 N Rainbow Blvd Suite 1800, Las Vegas, NV 89107 |
| 4037104 | Howard Jones | 21 Sandiways Road, Wallasey, WIRRAL, United Kingdom CH45 3HJ |
| 4036114 | Carmen Jacqueline Hernandez Guevara | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 APT 15D Urb Guaicay, Baruta, Caracas Zip code 1080 Venezuela |
| 4039925 | Adam Schainblatt | 8809 Walking Stick Trail, Raleigh, NC 27615 |
| 4035807 | Scott Glasscock | 229 Craft Road, Brandon, FL 33511 |
| 4041890 | Shawn Jackson Dyck | 40100 Willow Crescent Apt 308, Squamish, BC, V8B0L8, Canada |
| 4043180 | Anton Shamanaev | Vvedenskogo st 24k2 162 apt, Moscow, Russian Federation, 117279 |
| 4043570 | Filip Scheperjans | Pellonperntie 1 B, 00830 Helsinki, Finland |
| 4045104 | Richard Wulliens | Rue de l'Eglise 13a, 1958 St Lonard, CH – Switzerland |
| 4045776 | Michael Papenfuse | 1291 Queensway, United States, Lake Isabella, MI 48893 |
| 4046971 | Carmen J Hernandez G | CALLE LA PEDRERA RES VISTA PLAZA T B P 15 APT 15D CARACAS Venezuela Venezuela 1080 |
| 4047722 | William Stephen Davis | 7281 Rooses Drive, Indianapolis, IN 46217 |
| 4048064 | Pablo V Hernandez G | Calle Este Res. Mi Refugio P9 Apt 9A, Urb. Mazanares Caracas Venezuela 1070 |
| 4049050 | Aaron Krivitzky | 1810 Linson Ct SE, GRAND RAPIDS, MI 49546 |
| 4049113 | Clinton F Sikes | 4206 Brazos Bend Dr, Pearland, TX 77584–5558 |
| 4049122 | Leon de Fleuriot de la Coliniere | 16 Rankdoring Avenue, Johannesburg, South Africa |
| 4050088 | Roger L. Sutton | 716 Contessa, Irvine, CA 92620 |
| 4050089 | Lodog Corp, Mark Weitzel, President | 15460 W 199th ST, spring hill, KS 66083 |
| 4050576 | Niva Johnson | 119 Ridgmar Trail, Hendersonville, TN 37075 |
| 4052906 | Andrew Molitor | 760 S BARRINGTON AVE, APT 6, LOS ANGELES, United States, LOS ANGELES, CA 90049 |
| 4149504 | Krishna Karthik Reddy | 1700 Halford Ave, Santa Clara, CA 95051 |

TOTAL: 32