In re:                                                                                  Case No. 18-03197-FPC
GIGA WATT INC                                                                           Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0980-2            User: notice            Page 1 of 4
Date Rcvd: Nov 24, 2020      Form ID: pdf002      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4049050 | + | Aaron Krivitzky, 1810 Linson Ct SE, GRAND RAPIDS, MI 49546-6457 |
| 4039925 | + | Adam Schainblatt, 8809 Walking Stick Trail, Raleigh, NC 27615-4037 |
| 4032866 | + | Andrea Sharp, 268 Bush Street #2520, San Francisco, CA 94104-3503 |
| 4052906 | + | Andrew Molitor, 760 S BARRINGTON AVE, APT 6, LOS ANGELES, United States, LOS ANGELES, CA 90049-4507 |
| 4035630 | + | Bryant Johnson, 1360 WHITETAIL GLEN Ct, HEBRON, KY 41048-7965 |
| 4046971 | | Carmen J Hernandez G, CALLE LA PEDRERA RES VISTA PLAZA T B P 1, CARACAS, Venezuela, Venezuela |
| 4036114 | | Carmen Jacqueline Hernandez Guevara, CALLE LA PEDRERA RES VISTA PLAZA T B P 1, APT 15D Urb Guaicay, Baruta, Caracas, Zip code 1080, Venezuela |
| 4049113 | | Clinton F Sikes, 4206 Brazos Bend Dr, Pearland, TX 77584-5558 |
| 4043570 | | Filip Scheperjans, Pellonperntie 1 B, 00830 Helsinki, Finland |
| 4037104 | | Howard Jones, 21 Sandiways Road, Wallasey, WIRRAL, United Kingdom, CH45 3HJ |
| 4035639 | | Jacqueline Bussey, Percheron, Goudhurst Road, Cranbrook TN17 2PN, United Kingdom |
| 4036086 | + | John Scevola, 8768 SW Iroquois Drive, Tualatin, OR 97062-9304 |
| 4035638 | + | John T. Winslow, 5544 Las Virgenes Road #99, Calabasas, CA 91302-3446 |
| 4035412 | + | Jun Dam, 2116 L Street No. 2, Antioch, CA 94509-3434 |
| 4034896 | + | Kenneth D McCoy, 1401 Woodstock Way, #103H, Bellingham, WA 98226-3577 |
| 4036072 | | Koji Michiwaki, Zip code:428-0313, Shizuoka-ken Haibara-gun Kawanehon-cho, Kaminagao 380-3 Japan |
| 4149504 | + | Krishna Karthik Reddy, 1700 Halford Ave, Santa Clara, CA 95051-2664 |
| 4036120 | + | Krishna Karthik Reddy Adapala, 5106 Kino Ct, Dublin, CA 94568-8719 |
| 4049122 | | Leon de Fleuriot de la Coliniere, 16 Rankdoring Avenue, Johannesburg, South Africa |
| 4050089 | + | Lodog Corp, Mark Weitzel, President, 15460 W 199th ST, spring hill, KS 66083-8528 |
| 4036094 | | Matteo Romani, Via Flaminia 66, fossombrone, WA 61034 |
| 4045776 | + | Michael Papenfuse, 1291 Queensway, United States, Lake Isabella, MI 48893-9356 |
| 4050576 | + | Niva Johnson, 119 Ridgmar Trail, Hendersonville, TN 37075-9629 |
| 4048064 | | Pablo V Hernandez G, Calle Este Res. Mi Refugio P9 Apt 9A, Urb. Mazanares Caracas Venezuela 1070 |
| 4036218 | + | Patrick Blount, 848 N Rainbow Blvd, Suite 1800, Las Vegas, NV 89107-1103 |
| 4045104 | | Richard Wulliens, Rue de l'Eglise 13a, 1958 St Lonard, CH - Switzerland |
| 4036119 | | Rietveld Global Business Group B.V., Postbus 9607 (Box G58), 1006 GC, Amsterdam, The Netherlands |
| 4050088 | + | Roger L. Sutton, 716 Contessa, Irvine, CA 92620-1724 |
| 4035807 | + | Scott Glasscock, 229 Craft Road, Brandon, FL 33511-7588 |
| 4041890 | | Shawn Jackson Dyck, 40100 Willow Crescent, Apt 308, Squamish, BC, V8B0L8, Canada |
| 4047722 | + | William Stephen Davis, 7281 Rooses Drive, Indianapolis, IN 46217-7411 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4043180 | | Anton Shamanaev, Vvedenskogo st 24k2, 162 apt, Moscow, Russian Federation, 117279 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

**Name** — **Email Address**

Adam C. Doupe
on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com  doupear96329@notify.bestcase.com

Angie Lee
on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov

Benjamin A Ellison
on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com

Benjamin J McDonnell
on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Christopher F Ries
on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris
on behalf of Creditor NC Machinery Co. pharris@lasher.com  luksetich@lasher.com

David A Kazemba
on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba
on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David R Law
on behalf of Creditor Port of Douglas County david@dadkp.com  amy@dadkp.com

Dominique R Scalia
on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com  paralegal@lawdbs.com

Dominique R Scalia
on behalf of Attorney DBS Law dscalia@lawdbs.com  paralegal@lawdbs.com

Douglas A. Hofmann

| | |
|---|---|
| | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com |
| Gary W Dyer | |
| | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | |
| | on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com |
| James D Perkins | |
| | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | |
| | on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | |
| | on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| John Knox | |
| | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |
| Joseph A.G. Sakay | |
| | on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com |
| Kathryn R McKinley | |
| | on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com |
| Mark Waldron | |
| | trustee@mwaldronlaw.com mark@mwaldronlaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com |
| Pamela Marie Egan | |
| | on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com |
| Quentin D Batjer | |
| | on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com |
| Ralph E Cromwell, Jr | |
| | on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | |
| | on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | |
| | on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Roberto H Castro | |
| | on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com |
| Scott B Henrie | |
| | on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com |
| Shauna S Brennan | |
| | on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| Tara J. Schleicher | |
| | on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com |

| | |
|---|---|
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| Vanessa Pierce | on behalf of Creditor David M Carlson vprollins@gmail.com |
| Vanessa Pierce | on behalf of Creditor Clever Capital LLC vprollins@gmail.com |
| William L Hames | on behalf of Creditor Port of Douglas County billh@hawlaw.com mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com |

TOTAL: 46

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>                      Debtor. | Case No. 18-03197-FPC7<br><br>NOTICE OF HEARING |

TO:   Applicants/WTT TOKEN HOLDERS and MINER OWNERS
       Chapter 7 Trustee
       U.S. Trustee

    NOTICE IS HEREBY GIVEN that a hearing is scheduled on the Application of WTT Token Holders and Miner Owners for Administrative Expenses and For Declaratory Relief (ECF No. 758) on **December 17, 2020 at 2:30 p.m.** PST, by telephone conference call to (877) 402-9753/Access Code 3001392. The court will hear argument on three legal issues: (1) whether an adversary proceeding is necessary to resolve other issues raised; (2) whether certain movants can appear pro se; and (3) whether token holders who own no miners have standing to bring a motion for administrative expenses. If necessary, other substantive issues will be heard at another time.

    DATED:  11/20/20

                                                                       Clerk, U.S. Bankruptcy Court
                                                                       /s/Jolene Britton
                                                                           Deputy Clerk