# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 11/30/2020
Case: 18–03197–FPC7 | Form ID: pdf002 | Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4039235   CryptoDigger LLC   3476 E Tiffany Way   Gilbert, AZ 85298
          Oksana Novikova    35004, 5 Tulskaya Street   Krasnodar RUSSIA
          Todd Heckman       Talents 633 Ministries   12113 Breda Lane   Orlando, FL 32827

TOTAL: 3