So Ordered.

Dated: December 2nd, 2020



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC7 |
|---|---|
| GIGA WATT, INC., | **ORDER ALLOWING CHAPTER 11 ADMINISTRATIVE CLAIM OF GIGA PLEX, LLC AND MLDC1, LLC** |
| Debtor. | |

THIS MATTER came before the court on Giga Plex LLC and MLDC1 LLC's Motion to Enforce Settlement Agreement (ECF No. 793). The court having reviewed the files and records herein, and having heard argument of David Kazemba of Overcast Law Offices, PLLC, for Giga Plex, LLC and MLDC1, LLC ("Moving Parties"); Pamela Egan of Potomac Law Group PLLC; and Jim Perkins for the United States Trustee's Office; finds and concludes as follows:

Pursuant to Fed. R. Bankr. P. 9014(c) and 7052, the court's oral ruling constitutes its findings of fact and conclusions of law. Therefore,

IT IS ORDERED the Motion to Enforce Settlement Agreement is DENIED.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 503(b), the Court allows a Chapter 11 administrative expense claim for the Moving Parties in the amount of $169,128.43.

///End of Order///

ORDER ALLOWING ADMINISTRATIVE CLAIM – PAGE 1