Honorable Frederick P. Corbit

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC.,<br><br>      Debtor. | In Chapter 7 Proceeding<br><br>Case No. 18-03197-FPC11<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**<br><br>[Clerk's Action Required] |

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM - 1

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7  Doc 837  Filed 12/11/20  Entered 12/11/20 16:11:19  Pg 1 of 3

1    TO:    The United States Trustee; and

2    TO:    The Chapter 7 Trustee.

PLEASE TAKE NOTICE that creditor Allrise Financial Group ("Allrise") is withdrawing its Proof of Claim filed on April 19, 2019 (Claim No. 327-1).

DATED this 11th day of December, 2020.

By    /s/ *Adam C. Doupé*
Joseph A.G. Sakay, WSBA #24667
Adam C. Doupé, WSBA #55483
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
sakay@ryanlaw.com
doupe@ryanlaw.com

*Attorneys for Allrise Financial Group*

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM - 2

2053288.01

## CERTIFICATE OF SERVICE

I, Patricia Herzog, declare that I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, that I am over 18 years of age, and not a party to this action.

On December 11, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who are registered ECF participants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this day 11th of December, 2020.

*/s/ Patricia Herzog*
Patricia Herzog

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM - 3

2053288.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

18-03197-FPC7    Doc 837    Filed 12/11/20    Entered 12/11/20 16:11:19    Pg 3 of 3