# Notice Recipients

District/Off: 0980−2 | User: notice | Date Created: 12/22/2020
Case: 18−03197−FPC7 | Form ID: pdf002 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Jun Dam      237 Kearny #9096      San Francisco, CA 94108

TOTAL: 1