United States Bankruptcy Court
Eastern District of Washington

In re:                                                                    Case No. 18-03197-FPC
GIGA WATT INC                               Chapter 7
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0980-2                                User: notice                              Page 1 of 3
Date Rcvd: Dec 22, 2020                    Form ID: pdf002                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID**            **Recipient Name and Address**
cr                   +    Jun Dam, 237 Kearny #9096, San Francisco, CA 94108-4502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Doupe | on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com doupear96329@notify.bestcase.com |
| Angie Lee | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | on behalf of Creditor Committee Unsecured Creditors' Committee benaellison@gmail.com |
| Benjamin J McDonnell | on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |

Benjamin J McDonnell
: on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
: on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell
: on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Christopher F Ries
: on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris
: on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com

David A Kazemba
: on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba
: on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,lindat@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David R Law
: on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com

Dominique R Scalia
: on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com

Dominique R Scalia
: on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com

Douglas A. Hofmann
: on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com

Gary W Dyer
: on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov

Gretchen J. Hoog
: on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com

James D Perkins
: on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov

Jason T Piskel
: on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel
: on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel
: on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com

Jason T Piskel
: on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel
: on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com

John Knox
: on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com

John D Munding
: on behalf of Defendant Lowell Ness John@Mundinglaw.com Karen@mundinglaw.com

John D Munding
: on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com Karen@mundinglaw.com

John W. O'Leary
: on behalf of Creditor Port of Douglas County johno@hawlaw.com mecqueh@hawlaw.com;juliem@hawlaw.com;frontdesk@hawlaw.com;debbies@hawlaw.com;carmenb@hawlaw.com;katies@hawlaw.com

Joseph A.G. Sakay
: on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com

Kathryn R McKinley
: on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com

| | |
|---|---|
| Mark Waldron | trustee@mwaldronlaw.com  mark@mwaldronlaw.com |
| Pamela Marie Egan | on behalf of Defendant The Potomac Law Group  a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com |
| Quentin D Batjer | on behalf of Creditor Port of Douglas County pam@dadkp.com  quentin@dadkp.com |
| Ralph E Cromwell, Jr | on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Roberto H Castro | on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com  castro.ava@gmail.com |
| Scott B Henrie | on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com  DLevitin@williamskastner.Com |
| Shauna S Brennan | on behalf of Creditor ECO Diversified Holdings  Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| Tara J. Schleicher | on behalf of Interested Party EcoChain  Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com |
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| Vanessa Pierce | on behalf of Creditor David M Carlson vprollins@gmail.com |
| Vanessa Pierce | on behalf of Creditor Clever Capital  LLC vprollins@gmail.com |
| William L Hames | on behalf of Creditor Port of Douglas County billh@hawlaw.com mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com,katies@hawlaw.com |

TOTAL: 49

**So Ordered.**

**Dated: December 22nd, 2020**



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC11 |
|---|---|
| GIGA WATT, Inc., a Washington Corporation,<br><br>              Debtor. | **ORDER CONVERTING APPLICATION FOR ADMINISTRATIVE EXPENSES AND DECLARATORY RELIEF TO AN ADVERSARY PROCEEDING** |

     THIS MATTER came before the Court on Creditor Jun Dam's Application of WTT Token Holders and Miner Owners for Administrative Expenses and for Declaratory Relief (ECF No. 758) (the "Application") and the Chapter 7 Trustee's Objection to the Application (ECF No. 800). The Court reviewed the files and records herein, heard argument of Jun Dam, Pamela Egan of Potomac Law, LLC for the Chapter 7 Trustee, and Jim Perkins for the United States Trustee's Office, and was fully advised in the premises and finds that the issues raised by the Application are not appropriately resolved in the posture presented to the Court.

     Therefore, IT IS ORDERED:

     1. All findings of fact and conclusions of law made by the Court at the

ORDER CONVERTION APPLICATION - 1

Hearing on December 17, 2020 (ECF No. 843) are incorporated herein by reference as if set forth fully herein as provided in Rule 9014(c) of the Federal Rules of Bankruptcy Procedure.

2. The issues raised by the Application should be resolved as an Adversary Proceeding pursuant to part VII of the Federal Rules of Bankruptcy Procedure.

3. Upon the entry of this order, if Mr. Dam wants to pursue his demands set forth in the Application, he must file an adversary case cover sheet, with the Application attached thereto, and pay the $350 filing fee.

4. If Mr. Dam proceeds as described in paragraph 3 above, the Application will be treated as the complaint and Trustee's Objection (ECF No. 800) will be treated as the answer.

5. In the above described adversary proceeding and all other matters in the Court, Mr. Dam may not pursue claims for other parties, as he is not a licensed attorney.[1]

6. If Mr. Dam proceeds as described in paragraph 3 above, the Court shall issue a Notice of Scheduling Conference.

7. If Mr. Dam proceeds as described above in paragraph 3, and in the event parties other than Mr. Dam commence adversary proceedings in this Court that raise issues similar to those raised in the Application, the Court may consider on its own motion, or on the motion of an interested party, consolidating the proceedings.

///End of Order///

---

[1] The privilege to represent oneself *pro se* under 28 U.S.C. § 1654 is personal to a litigant and does not extend to other parties or entities. *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966); *see also Simon v. Hartford Life & Accident Ins. Co.,* 546 F.3d 661, 664 (9th Cir. 2008). Moreover, corporate entities, including but not limited to Limited Liability Companies, cannot commence adversary actions without representation by an attorney admitted to this Court. "It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993), quoting *Osborn v. President of Bank of United States,* 22 U.S. 738 (1824).

ORDER CONVERTION APPLICATION - 2