Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT (RI LANDLORD)** |

Mark D. Waldron, in his official capacity as the Chapter 7 Trustee (the "Trustee"), hereby moves (the "Motion") the Court pursuant to 11 U.S.C. § 363, Fed. R Bankr. Proc. 9019 and LBR 9019-1 for an Order, as proposed in **Exhibit A** attached hereto, approving that certain *Settlement of Administrative Claim* (the "Agreement"), a copy of which is attached hereto as **Exhibit B**.

This Motion is supported by the *Memorandum of Points and Authorities in Support of the Chapter 7 Trustee's Motion for Order Approving Settlement Agreement (RI Landlord)* ("Memorandum") and the *Declaration of Mark D. Waldron in Support of the Chapter 7 Trustee's Motion for Order Approving Settlement Agreement (RI Landlord)*, filed herewith.

Ch. 7 Trustee's Motion for Order
Approving Settlement Agreement
(RI Landlord) - Page 1

As set forth in the Memorandum filed herewith and subject to the Court's approval, the Agreement resolves the administrative claims of the TNT Business Complexes, LLC (the "RI Landlord") in which they asserted the right to pay of $83,250 on an administrative basis for post-petition, pre-conversion rent, fees and damages allegedly arising from the Debtor's lease of a warehouse from the RI Landlord. The warehouse is located in Rock Island, Douglas County, Washington. Pursuant to the Agreement, the RI Landlord will have one administrative claim in the amount of $65,400. Payment of this settled administrative claim would be subject to further Court order. The Agreement also provides for mutual releases of all issues related to the RI Lease.

WHEREFORE, the Trustee respectfully requests entry of an Order:

1. Granting the Motion;

2. Approving the Agreement; and,

3. Granting such other and further relief as the Court deems necessary and just.

Dated: February 8, 2021          POTOMAC LAW GROUP PLLC

                                 By:    /s/ Pamela M. Egan
                                        Pamela M. Egan (WSBA No. 54736)

                                 *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Ch. 7 Trustee's Motion for Order
Approving Settlement Agreement
(RI Landlord) - Page 2