Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>            Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER ALLOWING, BUT NOT AUTHORIZING PAYMENT OF, CHAPTER 11 ADMINISTRATIVE EXPENSE (STRETTO)** |

Mark D. Waldron, in his capacity as the duly-appointed Chapter 7 Trustee, by and through his attorneys, moves the Court to allow, but not authorize payment of, the chapter 11 administrative claim of Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") in the amount of $3,513.27. A proposed Order is attached hereto as **Exhibit A**.

This Motion is brought pursuant to 11 U.S.C. §§ 363, 503(b)(1), and 726(b). Before this case converted to one under Chapter 7 on September 30, 2020 pursuant to the *Order Converting Case,* ECF No. 744, Stretto served as the estate's claims and noticing agent pursuant to the *Order Appointing Bankruptcy*

Ch. 7 Trustee's Motion To
Allow But Not Pay Chapter 11
Administrative Expense (Stretto) - P a g e | **1**

*Management Solutions, Inc. d/b/a/ Stretto as Claims and Noticing Agent and Administrative Advisor,* filed on June 3, 2019, ECF No. 324. In the last month before conversion, that is, in September 2020, Stretto performed its claims and noticing services. However, in accordance with ordinary business practice, Stretto did not bill the estate for the services provided in September 2020 until October 2020. The Chapter 7 Trustee did not have the authority to pay Stretto for its pre-conversion services and did not pay Stretto's invoice. Stretto is not performing services in the Chapter 7 case. A copy of the invoice from Stretto is attached hereto as **Exhibit B**.

In the Trustee's judgment, this expense was reasonable and necessary.

Wherefore, the Plaintiff respectfully requests that the Court allow the claim of Stretto in the amount of $3,513.27 as an administrative claim incurred pre-conversion, without authority to pay the claim pending further Order of this Court; and grant such other and further relief as the Court considers just and appropriate.

Dated: February 15, 2021        POTOMAC LAW GROUP PLLC

By: _____/s/ Pamela M. Egan_____
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

I, Mark D. Waldron, declare based on my personal knowledge, that the foregoing is true and correct.

Dated this 17th day February 2021 in Tacoma, Washington.

_____
Mark D. Waldron, Ch. 7 Trustee

Ch. 7 Trustee's Motion To
Allow But Not Pay Chapter 11
Administrative Expense (Stretto) - P a g e | 2