EXHIBIT A
(Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

        Debtor.

Case No. 18-03197 FPC 7

The Honorable Frederick P. Corbit

Chapter 7 Case

**[PROPOSED] ORDER ALLOWING, BUT NOT AUTHORIZING PAYMENT OF, CHAPTER 11 ADMINISTRATIVE CLAIM OF STRETTO**

    This matter came before the Court on the *Chapter 7 Trustee's Motion To Allow But Not Pay Chapter 11 Administrative Expense (Stretto)*, filed on February __, 2021, ECF No. [] (the "Motion") by Mark D. Waldron, in his official capacity as the Chapter 7 Trustee (the "Trustee"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

[Proposed] Order Allowing, But Not Authorizing
Payment Of, Chapter 11
Administrative Claim Of Stretto - Page 1

The Court has considered the Motion and any objections thereto. Any findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure, applicable hereto by Bankruptcy Rule 9014(c).

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED:

1. Stretto shall have an allowed Chapter 11 administrative in the amount of $3,513.27;

2. The Trustee is not authorized to pay the foregoing Chapter 11 administrative claim without further Order of the Court.

/// END OF ORDER ///

Pamela M. Egan (WSBA No. 54736)
Potomac Law Group PLLC
1905 7th Ave. W.
Seattle, WA 98119
Email: pegan@potomaclaw.com
Tel.: 415-297-0132
*Attorneys for Mark D. Waldron, as Chapter 7 Trustee*

[Proposed] Order Allowing, But Not Authorizing Payment Of, Chapter 11 Administrative Claim Of Stretto - Page 2