EXHIBIT B
(Stretto Invoice)

| | | |
|---|---|---|
| **Stretto** | **Invoice 4038** |  |
| 410 Exchange, Ste 100 | | |
| Irvine, CA 92602 | | |
| (855) 812-6112 | | |
| StrettoCR-Billing@stretto.com | | |



Law Offices of Mark D. Waldron, PLLC

| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Giga Watt, Inc.<br>c/o CKR Law<br>506 2nd Avenue \| 14th Floor<br>Seattle, WA 98104 | 09/30/2020 | $3,513.27 | 10/30/2020 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 08/31/2020 | Balance Forward | 5,479.41 |
| | Other payments and credits after 08/31/2020 through 09/29/2020 | -5,479.41 |
| 09/30/2020 | Other invoices from this date | 0.00 |
| | New charges (details below) | 3,513.27 |
| | Total Amount Due | 3,513.27 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly Fees | | | 2,681.50 |
| Client Courtesy Discount (15% of fees) | | | -402.53 |
| Printing | 3,773 | 0.10 | 377.30 |
| Postage | | | 668.15 |
| Envelopes | | | 137.55 |
| Electronic Imaging | 10 | 0.10 | 1.00 |
| License Fee and Data Storage | 503 | 0.10 | 50.30 |
| | TOTAL OF NEW CHARGES | | 3,513.27 |
| | TOTAL DUE | | $3,513.27 |

THANK YOU.

RECEIVED OCT 1 4 2020

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602

Exh. B
Page 001 of 6



Case Name: Giga Watt, Inc.
Case No: 18-03197

# Time Detail

Date Range: 09/01/2020 - 09/30/2020

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/03/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Record and track undeliverable mail re: various mailings | 0.1 |
| 09/03/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Capture and track undeliverable mail images | 0.1 |
| | | | | Subtotal 09/03/2020 | 0.2 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/04/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Record and track undeliverable mail re: various mailings | 0.1 |
| 09/04/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Capture and track undeliverable mail images | 0.1 |
| | | | | Subtotal 09/04/2020 | 0.2 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/08/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Record and track undeliverable mail re: various mailings | 0.1 |
| 09/08/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Capture and track undeliverable mail images | 0.1 |
| | | | | Subtotal 09/08/2020 | 0.2 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/10/2020 | Alberto Chachagua | Associate | Noticing | Generate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing including printing and fulfillment | 0.7 |
| 09/10/2020 | Charles Wheeler | Associate | Noticing | Generate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing including printing and fulfillment | 0.6 |
| 09/10/2020 | Darnell Jones | Associate | Noticing | Generate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing including printing and fulfillment | 0.5 |
| 09/10/2020 | David Bribiesca | Associate | Noticing | Generate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing including printing and fulfillment | 0.7 |
| 09/10/2020 | Fred Brown | Managing Director | Noticing | Facilitate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing | 0.5 |
| 09/10/2020 | Giovanna Luciano | Associate | Noticing | Correspondence with P. Egan re: service of docket no. 703 | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/10/2020 | Giovanna Luciano | Associate | Noticing | Coordinate service re: docket no. 703; review Master Mailing list from PACER, compare to names in Stretto case management system, update re: same; correspondence with Stretto team re: same | 2.3 |
| 09/10/2020 | Melissa Membrino | Director | Noticing | Coordinate service of Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) mailing including printing and fulfillment | 0.3 |
| 09/10/2020 | Robert Klamser | Managing Director | Case Management | Oversight and review of project related correspondence and daily case activity | 0.5 |
| | | | | **Subtotal 09/10/2020** | **6.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/11/2020 | Giovanna Luciano | Associate | Noticing | Prepare the Affidavit of Service re: docket no. 703; correspondence with Stretto team re: same | 0.6 |
| 09/11/2020 | Giovanna Luciano | Associate | Noticing | Correspondence with P. Egan re: Certificate of Service for filing | 0.1 |
| 09/11/2020 | Robert Klamser | Managing Director | Case Management | Oversight and review of project related correspondence and daily case activity | 0.1 |
| | | | | **Subtotal 09/11/2020** | **0.8** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/14/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Record and track undeliverable mail re: various mailings | 0.1 |
| 09/14/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Capture and track undeliverable mail image | 0.1 |
| | | | | **Subtotal 09/14/2020** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/16/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Record and track undeliverable mail re: various mailings | 0.1 |
| 09/16/2020 | Natalie Ayres | Analyst | Undeliverable Mail | Capture and track undeliverable mail images | 0.1 |
| | | | | **Subtotal 09/16/2020** | **0.2** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/23/2020 | Alberto Chachagua | Associate | Noticing | Generate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing including printing and fulfillment | 0.7 |
| 09/23/2020 | Charles Wheeler | Associate | Noticing | Generate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing including printing and fulfillment | 0.5 |
| 09/23/2020 | David Bribiesca | Associate | Noticing | Generate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing including printing and fulfillment | 0.8 |
| 09/23/2020 | Fred Brown | Managing Director | Noticing | Facilitate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing | 0.5 |
| 09/23/2020 | Giovanna Luciano | Associate | Noticing | Correspondence with P. Egan re: service today | 0.1 |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/23/2020 | Giovanna Luciano | Associate | Noticing | Review master mailing list on PACER for additional/updated address, compare to names/addresses in Stretto case management system; update re: same | 1.6 |
| 09/23/2020 | Giovanna Luciano | Associate | Noticing | Coordinate service of docket no. 723, 727; correspondence with Stretto team re: same | 0.6 |
| 09/23/2020 | Melissa Membrino | Director | Noticing | Coordinate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing including printing and fulfillment | 0.3 |
| 09/23/2020 | Raymundo Manjarrez | Associate | Noticing | Generate service of Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) mailing including printing and fulfillment | 0.8 |
| 09/23/2020 | Robert Klamser | Managing Director | Case Management | Oversight and review of project related correspondence and daily case activity | 0.5 |
| | | | | **Subtotal 09/23/2020** | **6.4** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/25/2020 | Alexa Westmoreland | Senior Associate | Noticing | Review and edit the Certificate of Service re: docket nos. 723 and 727 | 0.2 |
| 09/25/2020 | James Nguyen-Phan | Associate | Noticing | Prepare and file the Certificate of Service re: docket nos. 723, 727 | 0.7 |
| 09/25/2020 | Robert Klamser | Managing Director | Case Management | Oversight and review of project related correspondence and daily case activity | 0.1 |
| | | | | **Subtotal 09/25/2020** | **1.0** |

| Date | Employee Name | Role | Task | Description | Hours |
|---|---|---|---|---|---|
| 09/30/2020 | Giovanna Luciano | Associate | Website Updates and Maintenance | Review court docket; download pleadings and post to public website; correspondence with Stretto team re: same | 2.9 |
| 09/30/2020 | Robert Klamser | Managing Director | Case Management | Oversight and review of project related correspondence and daily case activity | 0.2 |
| | | | | **Subtotal 09/30/2020** | **3.1** |
| | | | | **Total 09/01/2020 - 09/30/2020** | **18.5** |

Exh. B
Page 004 of 6

Page 4 of 4

18-03197-FPC7   Doc 855-2   Filed 02/17/21   Entered 02/17/21 12:54:17   Pg 5 of 7



## Noticing Detail

| Date of Service | Document(s) or Mailing Description | Number of Recipients | Method(s) of Service |
|---|---|---|---|
| 9/10/2020 | Notice of Chapter 11 Trustee's Motion for Order Enlarging Time to Oppose Condominium Sale Motion and Notice of Amendment to Sale Motion (DN 703) | 456 | First Class |
| 9/23/2020 | Notice of Motion to Sell ML Equipment/Shortened Time Request (DN 723), Notice of Motion for Approval of ML-EDH Settlement/Shortened Time Request (DN 727) | 461 | First Class |

Exh. B
Page 005 of 6



**Case Name:** Giga Watt, Inc.
**Case No:** 18-03197

# Summary of Hourly Fees

**Date Range:** 09/01/2020 - 09/30/2020

| Role | Hours | Rate | Total |
|---|---|---|---|
| Analyst III | 1.0 | $49.00 | $49.00 |
| Associate I | 5.3 | $135.00 | $715.50 |
| Associate III | 9.0 | $135.00 | $1,215.00 |
| Director I | 0.6 | $190.00 | $114.00 |
| Managing Director III | 2.4 | $230.00 | $552.00 |
| Senior Associate III | 0.2 | $180.00 | $36.00 |
| | | Total | $2,681.50 |

Exh. B
Page 006 of 6