Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CHAPTER 7 TRUSTEE'S MOTION FOR ALLOWANCE OF AND AUTHORITY TO PAY CHAPTER 7 ADMINISTRATIVE CLAIMS (STORAGE AND EQUIPMENT)** |

Mark D. Waldron, in his capacity as the duly-appointed Chapter 7 Trustee, by and through his attorneys, moves the Court for an Order, in the form attached hereto as **Exhibit A**, granting the authority to pay the following two invoices for necessary and reasonable services rendered post-conversion, i.e., on or after October 1, 2020:

| Provider Name | Service Provided | Date of Service | Amount |
|---|---|---|---|
| Insta-Stor | Storage Rental (2 mos.) | Oct.-Nov. 2020 | $270.50 |
| NCW | Record Storage (1 month) | October 2020 | $75.00 |
| | Supervision of Allrise Equipment Removal (5 hr. @ $125/hr.) | October 15, 2020 | $625.00 |

Motion for Authority to Pay
Chapter 7 Administrative Expenses
(Storage and Equipment Removal) - P a g e | 1

This Motion is brought pursuant to 11 U.S.C. §§ 363, 503(b)(1), and 726(b). This case converted to one under Chapter 7 on September 30, 2020. *See* Order Converting Case, ECF No. 744. The estate has $796,359.66 in cash.

A copy of the invoice from Insta-Stor, Inc. ("Insta-Stor") is attached hereto as **Exhibit B**. This invoice reflects the cost to the estate of renting two trailers for storage purposes for two months post-conversion: October 2020 through November 2020.

A copy of the invoice from NCW Consulting LLC ("NCW") is attached hereto as **Exhibit C**. The principal of NCW is Lauren Miehe, who managed and operated the Debtor's Moses Lake and TNT facilities before conversion. NCW held various records of the estate for one month after conversion. NCW held the records in a locked facility in Wenatchee, Washington, until Mr. Miehe delivered the records to the Trustee in Tacoma, Washington. The Trustee has since been holding the records in a locked area that has a security camera. NCW has charged $75 for its post-conversion services with respect to the records.

Furthermore, on October 15, 2020, NCW supervised the removal by Allrise Financial Group of various equipment pursuant to the *Order Granting Motion of the Chapter 11 Trustee for An Order Approving Settlement With Allrise and Granting Relate Relief*, filed on September 24, 2020, ECF No. 733. NCW charged the rate of $125 per hour and spent five hours supervising the equipment removal.

In the Trustee's judgment, these expenses were reasonable and necessary.

Motion for Authority to Pay
Chapter 7 Administrative Expenses
(Storage and Equipment Removal) - P a g e | **2**

Wherefore, the Plaintiff respectfully requests that the Court enter an Order in the form attached hereto a:

1. Allow the claim of Insta-Stor in the amount of $270.50 as an administrative claim of the Chapter 7 estate and authorize the Trustee to pay $270.50 to Insta-Stor from funds of the estate;

2. Allow the claim of NCW in the aggregate amount of $700 as an administrative claim of the Chapter 7 estate and authorize the Trustee to pay $700 to NCW from funds of the estate; and

3. Grant such other and further relief as the Court considers just and appropriate.

Dated: February 15, 2021   POTOMAC LAW GROUP PLLC

By: /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

I, Mark D. Waldron, declare based on my personal knowledge, that the foregoing is true and correct.

Dated this 17th day February 2021 in Tacoma, Washington.

Mark D. Waldron, as Ch. 7 Trustee

Motion for Authority to Pay
Chapter 7 Administrative Expenses
(Storage and Equipment Removal) - P a g e | 3