EXHIBIT B
(Insta-Stor Invoice)

| | | | |
|---|---|---|---|
| | | Date | Invoice # |
| | | 12/8/2020 | 1510 |

INSTA STOR INC

JORDAN BURGESS
509-765-1376
3402 CITATION RD. NE
MOSES LAKE, WA 98837

# Invoice

| Bill To | Ship To |
|---|---|
| GIGI WATT INC.<br>ATTN: DIANA ATKINS<br>6711 REGENTS BLVD., W., STE. B<br>TACOMA, WA  98466 | GIGI WATT INC.<br>7096 RANDOLPH RD.<br>MOSES LAKE, WA 98837 |

| P.O. Number | Terms |
|---|---|
| | Due on receipt |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| OCTOBER & NOVEMBER 40' CONTAINER RENTAL ~ $125.00/MO<br>CONT#: 141615<br><br>WE WISH YOU A VERY MERRY CHRISTMAS!<br>Sales Tax | 2 | 125.00<br><br>8.20% | 250.00T<br><br>20.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $270.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $270.50 |

Exh. B, 1 of 1