EXHIBIT C
(NCW - Lauren Miehe - Invoice)

# NCW Consulting LLC
630 Valley Mall Pkwy  PMB#122
East Wenatchee, WA 98802

RECEIVED
OCT 16 2020

Law Offices of
Mark D. Waldron, PLLC

Invoice: GW001
Invoice Date: October 15th 2020

| Sender: | Consignee: |
|---|---|
| NCW Consulting LLC<br>630 Valley Mall Pkwy  PMB#122<br>East Wenatchee WA 98802 | Giga Watt, Inc.<br>6711 Regents Blvd<br>Tacoma, WA 98466 |

| Item No. | Quantity | Description | Value Per Item | Total Value |
|---|---|---|---|---|
| 1 | 5 | Allrise Miner Pickup Supervision | $125.00 | $625.00 |
| 2 | 2 | Giga Watt Records Storage (Sept - Oct) | $75.00 | $150.00 |

Total Value:  $775.00
-$75.00*
_____

*Deduction for September, preconversion, storage.          $705.00

Official Invoicing Document

Exh. C, 1 of 1