EXHIBIT A
(Proposed Order)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**[PROPOSED] ORDER (I) ESTABLISHING CASE NOTICE PROCEDURES AND (II) APPROVING LIMITED NOTICE REGARDING SPECIFIC MOTIONS** |

This matter came before the Court on the *Chapter 7 Trustee's Motion (i) to Establish Case Notice Procedures and (ii) Approve Limited Notice Regarding Specific Motions* (the "Motion"), filed on February 17, 2021. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion. The Court finds that the service proposed in the Motion is proper and sufficient notice of the Motion, the TNT Landlord Settlement Approval Motion, the Chapter 7 Administrative Claim Motion, and the Chapter 11 Administrative Claim Motion.

[Proposed] Order (i) Establishing
Case Notice Procedures and
(ii) Approving Limited Notice, etc. - P a g e | 1

THE COURT HEREBY ORDERS:

1. The Motion is granted;

2. The Trustee is authorized to limit notice of the Limited Notice Matters to those entities included on the Limited Notice Service List;

3. The form and manner of service of the Motion, the TNT Settlement Motion, the Chapter 7 Administrative Claim Motion, and the Chapter 11 Administrative Claim Motion is approved.

///END OF ORDER///

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

[Proposed] Order (i) Establishing Case Notice Procedures and (ii) Approving Limited Notice, etc. - P a g e | 2