EXHIBIT B
(Top 10 Trade; Top 10 TH / Miners)

# TOP TEN TRADE CLAIMS

| | Creditor Name | Claim No. | Amount | Description |
|---|---|---|---|---|
| 1 | RARITAN, INC.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932 | 182-1 | $836,680.51 | GOODS SOLD |
| 2 | FEDEX CORPORATE SERVICES INC<br>3965 Airways Blvd., Module G, 3rd Fl.<br>Memphis, TN 38116-5017 | 5-2 | $490,990.99 | SERVICES |
| 3 | NEPPEL ELECTRICAL & CONTROLS, LLC<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837<br>Attn: Christopher Ries | 121-2 | $479,959.63 | SERVICES AND MATERIALS PROVIDED AT PANGBORN |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>Attn: Jack Doyle<br>650 Page Mill Road<br>Palo Alto, CA 94304 | 16-1 | $477,204.45 | LEGAL SERVICES PERFORMED |
| 5 | EXECUTIVE FLIGHT, INC.<br>Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave., Ste 3600<br>Seattle, WA 98104 | 36-2 | $152,652.74 | COMMERCIAL REAL ESTATE LEASE AT PANGBORN |
| 6 | TALOS CONSTRUCTION LLC<br>Todd Reuter<br>Foster Pepper PLLC<br>618 W. Riverside Ave., Ste. 300<br>Spokane, WA 99201 | 62-1 | $96,165.40 | CONSTRUCTION – PANGBORN & ML |
| 7 | ELECTRICAL POWER PRODUCTS INC<br>4240 Army Post Rd.<br>Des Moines, IA 50321 | 177-1 | $81,401.00 | 3 BAY OUTDOOR ENCLOSURE |
| 8 | SCHMITT ELECTRIC, INC.<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801<br>Attn; Jonathan Buschbach | 43-1 | $67,530.45 | ELECTRICAL CONSTRUCTION SERVICES AT PANGBORN |
| 9 | BRENT WOODWARD, INC.<br>14103 Stewart Rd.<br>Sumner, WA 98390<br>Attn: Brent McCoy | 290-1 | $57,346.00 | EXCAVATION & INSTALLATION OF 2 - 6' X 18' DEEP CMP SHAFTS AT PANGBORN |
| 10 | LEXON INSURANCE COMPANY<br>Harris Beach PLLC<br>Attn: Lee E. Woodard<br>333 West Washington St., Ste. 200<br>Syracuse, NY 13202 | 28-1 | $50,000.00 | Customs Bond |

**TOTAL   $2,789,931.17**

# TOP TEN TOKEN HOLDERS CLAIMS

| | Creditor Name | Claim No. | Amount | Description |
|---|---|---|---|---|
| 1 | MCVICKER v. GIGA WATT<br>Levi & Korsinsky, LLP<br>1101 30th St. NW, Ste. 115<br>Washington, DC 20007<br>Attn: Donald J. Enright | 129-1 | $30,000,000.00 | PRE-PETITION CLASS ACTION TO RESCIND TOKEN PURCHASE AGREEMENTS |
| 2 | QUARK LLC<br>4283 Express Lane, Ste. 3842-078<br>Sarasota, FL 34249<br>Attn: Gary Le | 205-1 | $6,000,000.00 | TOKENS & LOANS |
| 3 | JUN DAM<br>237 Kearny #996<br>San Francisco, CA 94108 | 52-1 | $5,391,720.37 | TOKENS |
| 4 | ANDREA SHARP<br>268 Bush Street #2520<br>San Francisco, CA 94104 | 20-6 | $2,073,053.17 | TOKENS / MINERS |
| 5 | JOHN T. WINSLOW<br>5544 Las Virgenes Road #99<br>Calabasas, CA 91302 | 60-1 | $1,616,527.00 | TOKENS / MINERS |
| 6 | SINH DU<br>818 SW 3rd Ave., #221-2313<br>Portland, OR 97204 | 46-1 | $1,196,504.20 | TOKENS / MINERS |
| 7 | INTERFLOW LLC<br>5465 S. Dorchester<br>Chicago, IL 60615 | 39-2 | $1,114,244.92 | TOKENS / MINERS |
| 8 | CRAIG BEECH<br>Kingswood, Gorse Ave.<br>Littlehampton BN 16 1SG<br>United Kingdom | 159-1 | $1,092,284.83 | TOKENS / MINERS |
| 9 | SCOTT GLASSCOCK<br>229 Craft Road<br>Brandon, FL 33511 | 64-1 | $985,213.00 | TOKENS / MINERS |
| 10 | JRD Funding LLC<br>Attn: Cesar Diaz<br>8137 Malchite Avenue, Suite E<br>Rancho Cucamunga, CA 91730 | 53-1 | $737,885.96 | TOKENS / MINERS |
| | | **TOTAL** | **$50,207,433.45** | |