TRUSTEES APPLICATION TO EMPLOY ACCOUNTANT

**EXHIBIT A**

|  |  | Hourly Billing Rate |
|---|---|---|
| ROGER C. LILLEY, CPA | PRINICPAL | $340 |
| MICHAEL ANTHONY, CPA | SR MANAGER | $305 |
| BRYCE COMFORT, CPA | SHAREHOLDER | $350 |
| JANSEN LEE, CPA | SENIOR ACCOUTANT | $180 |
| KRISTIN KIEHL | ABC SUPERVISOR | $160 |
| JONI LARSON | ADMINISTRATION | $100 |
| JACQUELINE LELEISIUAO | ADMINISTRATION | $100 |