### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

Case Name: _____     Case Number: _____

## STATEMENT OF MONEY OR PROPERTY RECEIVED OR PROMISED
## IN CONNECTION WITH THIS CASE OTHER THAN BY APPLICATION OR A PLAN

Name of Applicant:        _____
Position of Applicant:    _____
Application Number:       _____

No Money or property was received or promised other than by application as a part of a Chapter 13 Plan.

(a)     Money or things of value received other than by application or as part of a Chapter 13 Plan:

     (1)     Amount received by attorney or firm for filing fee          $_____

     (2)     Amount received before the order for relief by
           attorney or firm for services and costs                    $_____

     (3)     Amount received after the order for relief by
           attorney or firm for services and costs                    $_____

     (4)     Value of any property or service given to attorney
           or firm as payment of fees and costs                       $_____
           Description:

     (5)     Total of entries 1, 2, 3 and 4                                          $_____

     (6)     Amount remaining in client trust account                   $_____

(b)     Amount applied to filing fee and services                     $_____
     *(Subtract entry (a)(6) from entry (a)(5))*

(c)     Money promised:                                                                  $_____
     Nature of arrangement for promise of payment:
     _____

(d)     Total amount and value of all money or property received or promised
     other than by Application or a Chapter 13 Plan *(items (a)(5) and (c))*     $_____

(e)     Other Items *(Value and description of any liens, guarantees,*
     *security interests or promissory notes):*
     _____

(f)     Source of Payment of Promise *(If other than the debtor,*
     *identify entity and relationship to the debtor):*
     _____

STATEMENT OF MONEY OR PROPERTY RECEIVED