Local Form 2016B (3/02)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: _____  Case Number: _____

# SUMMARY SUPPORTING APPLICATION FOR COMPENSATION FOR SERVICES OR REIMBURSEMENT OF EXPENSES

Name of Applicant: _____
Position of Applicant: _____
Application Number: _____

| Sequential # | | Applied for | Awarded | Received |
|---|---|---|---|---|
| A<br>Receipts other than by Application<br>*(Transfer from (b) of Application LF 2016A)* | **Date**<br>**Compensation**<br>**Expenses** | | | _____<br>$_____<br>$_____ |
| Prior Application<br><br>#_____ | **Date**<br>**Compensation**<br>**Expenses** | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ |
| Prior Application<br><br>#_____ | **Date**<br>**Compensation**<br>**Expenses** | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ |
| Prior Application<br><br>#_____ | **Date**<br>**Compensation**<br>**Expenses** | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ | _____<br>$_____<br>$_____ |
| Present Application<br>*(Transfer totals from III & IV of Application)*<br>#_____ | **Date**<br>**Compensation**<br>**Expenses** | _____<br>$_____<br>$_____ | | |
| **Totals**<br><br>B | **Compensation**<br>**Expenses**<br><br>**Total Comp. + Exp.** | $_____<br>$_____<br><br>$_____ | $_____<br>$_____<br><br>$_____ | $_____<br>$_____<br><br>$_____ |

SUMMARY SUPPORTING APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES