| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|

**B110 - Case Administration**

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/01/2020 | P. Egan | Confirmation with Courtroom Deputy re calendaring, logistics of hearing on motion to sell ML equipment and motion to approve ML-EDH settlement | $0 hr | 0.10 | 0.00 | $0.00 |
| 10/05/2020 | P. Egan | Correspondence with Courtroom Deputy re request for shortened time on motion to sell ML equipment and related issues | $0 hr | 0.10 | 0.00 | $0.00 |
| 10/07/2020 | P. Egan | Telephone conference with Courtroom Deputy, J. Britton, re scheduling of hearing on ML Equipment sale | $0 hr | 0.10 | 0.00 | $0.00 |
| 10/08/2020 | P. Egan | Correspondence with Courtroom Deputy to reschedule hearing on ML Equipment sale | $0 hr | 0.10 | 0.00 | $0.00 |
| 10/15/2020 | P. Egan | Participate in BAP Zoom testing session in preparation for oral argument on TNT Sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/29/2020 | P. Egan | Review Chapter 11 final accounting of Trustee and attachments | $0 hr | 0.20 | 0.00 | $0.00 |
| 11/05/2020 | P. Egan | Reviewing calendaring for 2 motions to stay appeal (one filed in Bankruptcy Court; one filed in District Court), for ML Landlord's motion to compel payment under the ML Settlement Agreement; and for motion by J. Dam and his client group for payment of administrative expense | $400.00 hr | 0.10 | 0.10 | $40.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 11/17/2020 | P. Egan | Correspondence with Courtroom Deputy and J. Dam re hearing on J. Dam and his client group's motion for payment of administrative expense | $0 hr | 0.10 | 0.00 | $0.00 |
| 11/20/2020 | P. Egan | Draft supplement to designation of record in TNT sale appeal in order to inform court reporter that transcript not needed | $0 hr | 0.30 | 0.00 | $0.00 |
| 12/02/2020 | P. Egan | Telephone conference with Courtroom Deputy re Order | $0 hr | 0.10 | 0.00 | $0.00 |
| 12/03/2020 | P. Egan | Telephone conference with J. Britton, Courtroom Deputy, re motion to approve ML settlement and need to resolve on the docket | $0 hr | 0.20 | 0.00 | $0.00 |
| 12/08/2020 | P. Egan | Telephone conference with M. Waldron re main case status | $400.00 hr | 0.40 | 0.40 | $160.00 |
| 12/14/2020 | P. Egan | Correspondence with D. Vitter and D. Kazemba regarding clarifying docket entries re motion to approve ML settlement (Doc No. 724] | $0 hr | 0.10 | 0.00 | $0.00 |
| | | **B110 - Case Administration Sub Totals:** | | **2.10** | **0.70** | **$280.00** |

**B120 - Asset Analysis and Recovery**

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 12/14/2020 | P. Egan | Review and analysis of issues and records re Winston & Cashatt's receipt of $50,000 from the Debtor and re Trustee's demand for disgorgement of fees/costs: $16,802, paid to Winston & Cashatt plus amounts held in trust by Winston & Cashatt ($33,198) for a total of $50,000 | $400.00 hr | 4.40 | 4.40 | $1,760.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 12/14/2020 | P. Egan | Telephone conference with T. Fischer re disgorgement | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/14/2020 | P. Egan | Correspondence with M. Waldron updating him on disgorgement issue re Winston & Cashatt | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/15/2020 | P. Egan | Correspondence with client re disgorgement of $50,000 from Winston & Cashatt (.1); correspondence with T. Fischer re disgorgement (.1) | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/15/2020 | P. Egan | Correspondence with Trustee regarding disgorgement by Winston & Cashatt of $50,000 retainer | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/18/2020 | P. Egan | Telephone conference with T. Fischer re disgorgement of $50,000 in fees by Winston &Cashatt, former counsel to the Debtor (.1); correspondence with client re disgorgement claim against W&C (.1) | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/22/2020 | P. Egan | Correspondence with T. Fischer re disgorgement of $50,000 by W&C, Debtor's former counsel | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/23/2020 | P. Egan | Correspondence with T. Fischer re disgorgement by W&C of $50,000 retainer; follow up correspondence with client | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **B120 - Asset Analysis and Recovery Sub Totals:** | | **5.60** | **5.60** | **$2,240.00** |

18-03197-FPC7   Doc 863-3   Filed 03/10/21   Entered 03/10/21 14:49:39   Pg 3 of 17

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| | | **B130 - Asset Disposition - ML Equipment Sale** | | | | |
| 10/01/2020 | P. Egan | Correspond with B. McBee regarding his interest in bidding on ML Equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/02/2020 | P. Egan | Correspondence with Trustee re offer for ML Equipment and status of the bidding | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/05/2020 | P. Egan | Correspondence with S. Brennan of EcoDiversified re upcoming hearing on ML Equipment sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/06/2020 | P. Egan | Review materials submitted by T. Schleicher in support of Soluna becoming a qualified bidder for the ML Equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/06/2020 | P. Egan | Prepare for hearing on ML Equipment sale and ML settlement motion (.4); Attend hearing on sale of ML Equipment and hearing on ML settlement (disrupted by token holders) (.5) | $400.00 hr | 0.90 | 0.90 | $360.00 |
| 10/06/2020 | P. Egan | Correspondence with T. Schleicher requirements of qualified bidder | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/07/2020 | P. Egan | Draft summary memo to Trustee re J. Dam's objection to ML Equipment sale | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/07/2020 | P. Egan | Review materials submitted by J. Dam to his client group re the ML Equipment sale and their success in disrupting the hearing | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/07/2020 | P. Egan | Communication from A. Doupe re removing equipment from Allrise pod | $400.00 hr | 0.10 | 0.10 | $40.00 |

18-03197-FPC7    Doc 863-3    Filed 03/10/21    Entered 03/10/21 14:49:39    Pg 4 of 17

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/07/2020 | P. Egan | Review and consider objection of J. Dam to sale of ML Equipment | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/07/2020 | P. Egan | Review minute entry on motion for ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/07/2020 | P. Egan | Correspondence with Trustee re status of the bidding on ML Equipment and queries from T. Schleicher (counsel for Soluna) re same | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/07/2020 | P. Egan | Review emails re equipment transfer to Allrise | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/08/2020 | P. Egan | Memo to client re J. Dam objection to the ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/09/2020 | P. Egan | Attend hearing on ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/09/2020 | P. Egan | Prepare for hearing on ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/13/2020 | P. Egan | Review correspondence and issues re ML Equipment sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/14/2020 | P. Egan | Memo to client re auction bidding procedures and qualified bidders (ML Equipment sale) | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/16/2020 | P. Egan | Review and consider correspondence from J. Dam in which he offers on behalf of his client group to "credit bid" for the ML Equipment versus the stated alternative of "a quick appeal with the District Court" and stay pending appeal | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/18/2020 | P. Egan | Correspondence with M. Waldron re ML Equipment sale and token holders' offer / non-offer re same | $400.00 hr | 0.10 | 0.10 | $40.00 |

18-03197-FPC7    Doc 863-3    Filed 03/10/21    Entered 03/10/21 14:49:39    Pg 5 of 17

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/19/2020 | P. Egan | Telephone conference with M. Waldron in advance of hearing on ML Equipment sale | $400.00 hr | 0.60 | 0.60 | $240.00 |
| 10/19/2020 | P. Egan | Attend hearing on ML Equipment sale | $400.00 hr | 1.70 | 1.70 | $680.00 |
| 10/19/2020 | P. Egan | Telephone conference with M. Waldron recapping hearing | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/19/2020 | P. Egan | Draft Order granting ML Equipment sale motion | $400.00 hr | 0.90 | 0.90 | $360.00 |
| 10/19/2020 | P. Egan | Review findings of fact and conclusions of law by Court on ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/21/2020 | P. Egan | Correspondence with client re and in conjunction review and consider J. Dam's correspondence re asserted impropriety of ML Equipment sale | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/22/2020 | P. Egan | Address with client issues raised by J. Dam re his assertions of impropriety in ML Equipment sale | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/22/2020 | P. Egan | Finalize Bill of Sale for ML Equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/11/2020 | P. Egan | Correspondence with purchaser of ML Equipment and with ML Landlord's counsel, D. Visser, regarding pick up of ML Equipment and of Allrise equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/12/2020 | P. Egan | Review correspondence from M. Waldron to Soluna re inspection rights re ML Equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/16/2020 | P. Egan | Review Trustee's Report of Sale of ML Equipment | $400.00 hr | 0.10 | 0.10 | $40.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 12/16/2020 | P. Egan | Modify ML Settlement Approval Order | $400.00 hr | 1.50 | 1.50 | $600.00 |
| | | **B130 - Asset Disposition - ML Equipment Sub Totals:** | | **9.90** | **9.90** | **$3,960.00** |
| **B150 - Meetings of and Communications with Creditors** | | | | | | |
| 10/06/2020 | P. Egan | Correspondence from two token holders very shortly before hearing on ML Equipment sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/18/2020 | P. Egan | Correspondence from token holder, Joseph A. Smits, re money taken post-petition (couple hundred dollars) from his Giga Watt wallet | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/22/2020 | P. Egan | Review correspondence from Eyal Ben Cohen claiming re purchase of tokens or cryptocurrency from Cryptonomos | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 01/13/2021 | P. Egan | Review correspondence from Moksh Rajput, token holder, re his claim | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 01/20/2021 | P. Egan | Correspondence with token holder, Jered Solow, and Jun Dam re J. Solow's claim | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **B150 - Meetings of and Communications with Creditors Sub Totals:** | | **0.50** | **0.50** | **$200.00** |
| **B160 - Fee/Employment Applications** | | | | | | |
| 10/13/2020 | P. Egan | Draft PLG Employment Application | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/14/2020 | P. Egan | Draft proposed Order approving PLG employment in chapter 7 case | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/27/2020 | P. Egan | Review PLG Employment Order entered by Court | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **B160 - Fee/Employment Applications Sub Totals:** | | **0.50** | **0.50** | **$200.00** |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | | |
| 10/2/2020 | P. Egan | Review objection to PLG employment in Chapter 7 case that B. Ellison prepared and sent but never filed | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | B170 - Fee/Employment Objections Sub Totals: | | 0.10 | 0.10 | $40.00 |
| **B190 - Other Contested Matters** | | | | | | |
| 12/15/2020 | P. Egan | Research remedies for J. Dam's frivolous and vexatious conduct | $400.00 hr | 2.80 | 2.80 | $1,120.00 |
| | | B190 - Other Contested Matters Sub Totals: | | 2.80 | 2.80 | $1,120.00 |
| **B310 - Claims Administration and Objections - ML Landlords** | | | | | | |
| 10/08/2020 | P. Egan | Review and analyze issues re ML Landlords' demand for payment of chapter 11 administrative claim, including review of correspondence between M. Waldron and ML Landlord's counsel, D. Visser and D. Kazemba | $400.00 hr | 0.40 | 0.40 | $160.00 |
| 10/08/2020 | P. Egan | Confer with M. Waldron re ML settlement | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/09/2020 | P. Egan | Address issues re Moses Lake settlement and inability of Chapter 7 Trustee to pay chapter 11 admin: research, consider, analyze issue | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/09/2020 | P. Egan | Confer with client re ML Landlord's demand for payment | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/09/2020 | P. Egan | Correspondence with ML Landlords attorneys re same | $400.00 hr | 0.20 | 0.20 | $80.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/12/2020 | P. Egan | Telephone conference with D. Visser, D. Kazemba, and M. Waldron re inability to pay chapter 11 claims pursuant to the ML settlement agreement | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/13/2020 | P. Egan | Conferral with ML Landlords' counsel regarding the ML Landlords' claim for payment of the chapter 11 administrative claim created by the settlement agreement | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/14/2020 | P. Egan | Consider arguments raised by ML Landlords re payment of their chapter 11 claim and develop position for discussion with client | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 11/02/2020 | P. Egan | Review and analyze Motion to Compel Enforcement of ML Settlement filed by ML Landlords | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 11/25/2020 | P. Egan | Correspondence with M. Waldron re ML Landlords' motion to compel payment under ML Settlement Agreement | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/26/2020 | P. Egan | Review motion to compel performance of settlement agreement with ML Landlords | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 11/27/2020 | P. Egan | Prepare objection to motion to enforce ML Settlement Agreement | $400.00 hr | 4.40 | 4.40 | $1,760.00 |
| 11/27/2020 | P. Egan | Telephone conference with M. Waldron re objection to ML Landlords' claim | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/30/2020 | P. Egan | Correspondence with D. Visser re Trustee's objection to ML Landlords' motion to compel performance under ML Settlement Agreement | $400.00 hr | 0.10 | 0.10 | $40.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 11/30/2020 | P. Egan | Correspondence with Trustee regarding ML Landlords' demand to be paid pursuant to the ML Settlement | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/30/2020 | P. Egan | Review and consider reply by ML Landlords to Trustee's objection to ML Landlord's motion to compel payment pursuant to the ML Settlement Agreement | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 11/30/2020 | P. Egan | Draft synopsis for Trustee of ML Landlord's motion to compel performance under the Settlement Agreement | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 12/01/2020 | P. Egan | Prepare for hearing on motion to compel payment under ML Landlord settlement agreement | $400.00 hr | 0.90 | 0.90 | $360.00 |
| 12/01/2020 | P. Egan | Attend hearing on motion to compel immediate payment pursuant to chapter 11 ML Landlords settlement agreement | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 12/01/2020 | P. Egan | Draft summary re hearing on ML settlement for M. Waldron's review | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/01/2020 | P. Egan | Review court minutes re ML Equipment sale hearing and review appellate deadlines re same | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/02/2020 | P. Egan | Review Order on ML Landlords' motion to compel payment pursuant to the ML Settlement Agreement | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **B310 - Claims Administration and Objections - ML Landlords Sub Totals:** | | **10.30** | **10.30** | **$4,120.00** |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| **B320 - Claims Administration and Objections - Miscellaneous** | | | | | | |
| 11/04/2020 | P. Egan | Review proof of claim filed by USTO | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/11/2020 | P. Egan | Review withdrawal of claim filed by Allrise | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/15/2020 | P. Egan | Review Port's withdrawal of claim | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **B320 - Claims Administration and Objections - Miscellaneous Sub Totals:** | | **0.30** | **0.30** | **$120.00** |
| **B410 - Claims Administration and Objections - J. Dam Administrative Claim** | | | | | | |
| 10/15/2020 | P. Egan | Review and analyze motion for administrative expense filed by J. Dam on behalf of the token group and related papers (1.5); correspondence with client regarding same (.1) | $400.00 hr | 1.60 | 1.60 | $640.00 |
| 11/09/2020 | P. Egan | Review documents related to administrative claim asserted by Jun Dam et al | $400.00 hr | 4.50 | 4.50 | $1,800.00 |
| 11/09/2020 | P. Egan | Draft response to administrative claim (4.8); correspondence with Trustee re same (.1) | $400.00 hr | 4.90 | 4.90 | $1,960.00 |
| 11/16/2020 | P. Egan | Review and analyze correspondence from Court re three issues to be argued at the hearing on J. Dam Motion for Administrative Expense | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 11/20/2020 | P. Egan | Review court notice of hearing on J. Dam and his client groups motion for administrative expense | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/16/2020 | P. Egan | Review papers relating to WTT Token admin claimants | $400.00 hr | 1.20 | 1.20 | $480.00 |
| 12/17/2020 | P. Egan | Telephone conference with M. Waldron in preparation for hearing on J. Dam et al administrative claim | $400.00 hr | 0.20 | 0.20 | $80.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 12/17/2020 | P. Egan | Prepare for hearing on J. Dam administrative claim | $400.00 hr | 2.40 | 2.40 | $960.00 |
| 12/17/2020 | P. Egan | Attending hearing on J. Dam administrative expense claim | $400.00 hr | 0.80 | 0.80 | $320.00 |
| 12/17/2020 | P. Egan | Draft update to client re outcome of hearing on J. Dam administrative expense claim | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 12/18/2020 | P. Egan | Review minutes of hearing on J. Dam/TH group's motion for payment of administrative expense | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/22/2020 | P. Egan | Review Order on administrative expense claim of J. Dan and the TH Group which he represents | $400.00 hr | 0.10 | 0.10 | $40.00 |
| **B410 - Claims Administration and Objections - J. Dam Administrative Claim Subtotal:** | | | | **16.50** | **16.50** | **$6,600.00** |

**L510 - Appeal to the District Court of JD Adversary Proceeding**

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/09/2020 | P. Egan | Review statement of appellate issues submitted by J. Dum on appeal of dismissal of lawsuit that he brought against Trustee, PLG and P. Egan (D. Ct. No. 20-351) | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 10/12/2020 | P. Egan | Annotate Statement of Issues filed by J. Dam in his appeal of the dismissal of his adversary against the Trustee and counsel (D. Ct. No. 20-351) (.3) and correspondence to client re same (no charge) | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 10/15/2020 | P. Egan | Review Statements of Issues, Designation of Record submitted by J. Dam in his appeal (D. Ct. No. 20-351) | $400.00 hr | 0.50 | 0.50 | $200.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 01/26/2021 | P. Egan | Review and analyze J. Dam's opening appellate brief on the dismissal of his adversary against the Trustee and his professionals | $400.00 hr | 0.80 | 0.80 | $320.00 |
| | | **L510 - Appeal to the District Court of JD Adversary Proceeding  Subtotal:** | | **1.80** | **1.80** | **$720.00** |

**L520 - Appeal to the District Court of the ML Equipment Sale**

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 10/16/2020 | P. Egan | Draft notice of appearance in appeal of ML Equipment Sale pending in District Court (D. Ct. No. 20-391) | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/23/2020 | P. Egan | Review and research J. Dam's motion to stay appeal of ML Equipment Sale and related papers (filed in the bankruptcy court) | $400.00 hr | 2.40 | 2.40 | $960.00 |
| 10/23/2020 | P. Egan | Review Notice of Appeal of ML Equipment Sale Order filed by J. Dam | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/23/2020 | P. Egan | Review deadlines and procedure on ML Equipment Sale appeal and send snapshot to client | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/26/2020 | P. Egan | Review Court's notice to J. Dam to notice motion to stay ML Equipment sale pending appeal | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/29/2020 | P. Egan | Review statement of issues and designation of record re ML Equipment Sale as filed by J. Dam | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/02/2020 | P. Egan | Review notice of motion to stay ML Equipment Sale pending appeal, submitted by J. Dam | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/03/2020 | P. Egan | Draft Notice of Appearance in appeal of ML Equipment Sale (D. Ct. 20-391) | $400.00 hr | 0.10 | 0.10 | $40.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 11/03/2020 | P. Egan | Review and research second motion to stay ML Equipment sale pending appeal, filed by J. Dam, this time in District Court | $400.00 hr | 1.50 | 1.50 | $600.00 |
| 11/10/2020 | P. Egan | Read/skim 66-page set of declarations filed by J. Dam and his investor group in support of motions to stay ML Equipment sale pending appeal | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 11/12/2020 | P. Egan | Review Order of Recusal in ML Equipment sale appeal, Order reassigning case and related documents (20-391) | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/22/2020 | P. Egan | Review and analyze J. Dam's memorandum in support of motion to stay ML Equipment sale pending appeal | $400.00 hr | 0.30 | 0.30 | $120.00 |
| 11/22/2020 | P. Egan | Outline Trustee's response to J. Dam's motion and memorandum in support of stay of ML Equipment sale pending appeal | $400.00 hr | 2.40 | 2.40 | $960.00 |
| 11/23/2020 | P. Egan | Draft objection to District Court-filed motion to stay closing of ML Equipment sale pending appeal | $400.00 hr | 1.40 | 1.40 | $560.00 |
| 11/23/2020 | P. Egan | Telephone conference with M Waldron re objection to motions by J. Dam to stay sale of ML Equipment pending appeal | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 11/23/2020 | P. Egan | Draft declaration in support of Trustee's objection to Bankruptcy Court-filed motion to stay | $400.00 hr | 0.40 | 0.40 | $160.00 |
| 11/23/2020 | P. Egan | Draft objection to Bankruptcy Court-filed motion to stay closing of ML Equipment sale pending appeal | $400.00 hr | 2.60 | 2.60 | $1,040.00 |

18-03197-FPC7   Doc 863-3   Filed 03/10/21   Entered 03/10/21 14:49:39   Pg 14 of 17

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 11/25/2020 | P. Egan | Draft Trustee's declaration in support of Trustee's objection to District Court-filed motion to stay sale of ML Equipment pending appeal | $400.00 hr | 0.80 | 0.80 | $320.00 |
| 11/25/2020 | P. Egan | Draft objection re Jun Dam's District Court motion to stay sale pending appeal | $400.00 hr | 3.10 | 3.10 | $1,240.00 |
| 11/25/2020 | P. Egan | Draft request for judicial notice with respect to objection to motion for stay pending appeal filed in district court | $400.00 hr | 1.00 | 1.00 | $400.00 |
| 12/09/2020 | P. Egan | Review notice of hearing in bankruptcy court on motion to stay sale of ML Equipment prepared by J. Dam | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/10/2020 | P. Egan | Prepare for hearing on Bankruptcy Court-filed motion to stay sale pending appeal | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 12/10/2020 | P. Egan | Confer with Trustee in preparation for hearing on Bankruptcy-Court filed motion to stay ML Equipment sale pending appeal | $400.00 hr | 0.20 | 0.20 | $80.00 |
| 12/10/2020 | P. Egan | Attend hearing on J. Dam's Bankruptcy Court-filed motion to stay sale of ML Equipment pending appeal | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 12/11/2020 | P. Egan | Review Order denying J. Dam motion to stay sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 12/22/2020 | P. Egan | Review issues related to appeal of ML Equipment (20-391) | $400.00 hr | 0.70 | 0.70 | $280.00 |
| 12/30/2020 | P. Egan | Review notice of docketing of appeal by J. Dam of ML Equipment Sale with related rules and deadlines, including FRBP 8010(b)(3) | $400.00 hr | 0.40 | 0.40 | $160.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 01/19/2021 | P. Egan | Read J. Dam's brief on appeal of ML Equipment Sale | $400.00 hr | 0.50 | 0.50 | $200.00 |
| 01/21/2021 | P. Egan | Review order denying motion to stay ML Equipment sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| | | **L520 - Appeal to the District Court of the ML Equipment Sale Subtotal** | | **20.40** | **20.40** | **$8,160.00** |
| **L530 - Appeal to the BAP of the TNT Sale** | | | | | | |
| 10/15/2020 | P. Egan | Review email from BAP re oral argument on J. Dam appeal of TNT Sale | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/20/2020 | P. Egan | Review and annotate briefs in preparation for oral argument on appeal of TNT Sale | $400.00 hr | 1.50 | 1.50 | $600.00 |
| 10/20/2020 | P. Egan | Read cases cited in briefs in preparation for oral argument before BAP on TNT Sale appeal | $400.00 hr | 1.50 | 1.50 | $600.00 |
| 10/20/2020 | P. Egan | Prepare arguments and presentation in preparation for oral argument before BAP on TNT Sale appeal | $400.00 hr | 0.90 | 0.90 | $360.00 |
| 10/20/2020 | P. Egan | Telephone conference with client re TNT Sale appeal | $400.00 hr | 0.10 | 0.10 | $40.00 |
| 10/21/2020 | P. Egan | Oral argument re TNT Sale appeal | $400.00 hr | 1.00 | 1.00 | $400.00 |
| 10/21/2020 | P. Egan | Correspondence with client re oral argument on TNT Sale appeal | $400.00 hr | 0.30 | 0.30 | $120.00 |

| Date | User | Description | Rate | Labor Time | Billable Time | Bill Amt |
|---|---|---|---|---|---|---|
| 01/29/2021 | P. Egan | Review opinion of BAP affirming TNT Sale Order (.1) and review deadlines/rules re next steps (.2) | $400.00 hr | 0.30 | 0.30 | $120.00 |
| | | **L530 - Appeal to the BAP of the TNT Sale Subtotal** | | **5.70** | **5.70** | **$2,280.00** |
| | | **Grand Total** | | **76.50** | **75.10** | **$30,040.00** |