# EXHIBIT A
# (Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **[PROPOSED] ORDER (I) ESTABLISHING CASE NOTICE PROCEDURES AND (II) APPROVING LIMITED NOTICE REGARDING SPECIFIC MOTIONS** |

This matter came before the Court on the *Chapter 7 Trustee's Motion TO Limit Notice of First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 – January 29, 2021)* (the "Motion"), filed on March 8, 2021. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Having reviewed any objections, read the Motion and related documents, and listened to any oral argument, the Court finds that the form of and manner of service of the Notice, as proposed in the Motion, is proper and sufficient. The

[Proposed] Order Approving Limited Notice of PLG First Interim Fee Application - Page | 1

Exh. A, 1 of 2

Court further finds that the Limited Mailing List is calculated to reach all those who would have a good faith objection to the PLG First Interim Fee Application. All findings of fact and conclusions of law made at a hearing are incorporated herein by reference as if set forth fully herein, pursuant to Fed.R.Bank.P. 7052, applicable hereto pursuant to Fed.R.Bank.P. 9014.

WHEREFORE, the Court Orders as follows:

1. The Motion is granted in its entirety;

2. The Trustee is authorized to limit notice of the Limited Notice Matters to those entities included on the Limited Notice Service List;

3. The form and manner of service of the PLG First Interim Fee Application is sufficient and proper.

/// END OF ORDER ///

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

[Proposed] Order Approving Limited Notice of PLG First Interim Fee Application - P a g e | **2**

Exh. A, 2 of 2