Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | NOTICE OF: (I) FIRST INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (OCTOBER 1, 2020 – JANUARY 29, 2021); AND (II) TRUSTEE'S MOTION TO LIMIT NOTICE OF FIRST INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (OCTOBER 1, 2020 – JANUARY 29, 2021) |
| | **Telephonic Hearing Date:<br>Date: April 13, 2021<br>Time: 1:30 p.m. PT<br>Call-In: 877-402-9753, access code 3001392** |

**PLEASE TAKE NOTICE** that the Potomac Law Group, PLLC has filed its *First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 – January 29, 2021)* (the "PLG Fee Application"). Applicant is counsel to Mark D. Waldron in his capacity as the Chapter 7 Trustee. The Court approved Applicant's employment as counsel to the Chapter 7 Trustee on October 27, 2020, ECF No. 785. The Applicant is seeking compensation in the amount of $30,040 for work performed during the period October 1, 2020 to January 29,

Notice of PLG Fee Application
for Compensation - P a g e | 1

2021. No request for expense reimbursement is being made. No compensation or reimbursement has previously been received or allowed. The basis for the compensation is 11 U.S.C. §§ 327, 330 and 331. The Application is available from the Court. **PLEASE TAKE FURTHER NOTICE THAT** the Trustee has also filed a motion (the "Motion") to limit notice of the PLG Fee Application by sending this only to: (1) the United States Trustee's Office, (2) David Carlson, the Debtor's director; (3) Andrey Kuzenny, who signed the petition and schedules on the Debtor's behalf; (4) holders of allowed Chapter 11 administrative claims; (5) holders of the ten largest trade claims; and (6) holders of the ten largest token and miner claims. The Motion may be obtained from the Court. A telephonic hearing will be held on the Application and the Motion on April 13, 2021 at 1:30 p.m. pt., call-in: 877-402-9753, access code 3001392. If you wish to object to the Application and/or the Motion, you must timely (1) file an objection with the U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Avenue Suite 304, Spokane, WA 99201 and (2) serve upon undersigned an objection. The deadline to file an objection is April 5, 2021. The Court may strike the Hearing and/or enter an Order or Orders without further notice unless a written objection is timely served and filed.

Dated: March 10, 2021           POTOMAC LAW GROUP PLLC

                                By:  /s/ Pamela M. Egan
                                Pamela M. Egan (WSBA No. 54736)
                                *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Notice of PLG Fee Application
for Compensation - P a g e | 2