Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 2:18-bk-3197 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
|  | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years old. On March 11, 2021, I served a copy of the *Notice of: (i) First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 – January 29, 2021); and (ii) Chapter 7 Trustee's Motion to Limit Notice of First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 – January 29, 2021)*, ECF No. 865, on the persons listed on the Limited Notice List, appended hereto, (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, appended hereto or (ii) via ECF registration as indicated in the appended Limited Notice List. The Notice is omnibus providing notice of the following two motions: (1) *First Interim Chapter 7 Fee Application of the Potomac Law Group*

CERTIFICATE OF SERVICE
Page 1

*PLLC (October 1, 2020- January 29, 2021)*, ECF No. 863; and (2) *Chapter 7 Trustee's Motion to Limit Notice of First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020- January 29, 2021)*, ECF No. 864.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 17th day of March 20201 in Seattle, Washington.

By:     /s/ Pamela M. Egan
        Pamela M. Egan (WSBA No. 54736)
        *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

# LIMITED NOTICE LIST

## TOP TEN TRADE CLAIMS

| | |
|---|---|
| RARITAN, INC.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932 | FEDEX CORPORATE SERVICES INC<br>3965 Airways Blvd., Module G, 3rd Fl.<br>Memphis, TN 38116-5017 |
| NEPPEL ELECTRICAL & CONTROLS, LLC<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837<br>Attn: Christopher Ries | WILSON SONSINI GOODRICH & ROSATI<br>Attn: Jack Doyle<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| EXECUTIVE FLIGHT, INC.<br>Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave., Ste 3600<br>Seattle, WA 98104 | TALOS CONSTRUCTION LLC<br>Todd Reuter<br>Foster Pepper PLLC<br>618 W. Riverside Ave., Ste. 300<br>Spokane, WA 99201 |
| ELECTRICAL POWER PRODUCTS INC<br>4240 Army Post Rd.<br>Des Moines, IA 50321 | SCHMITT ELECTRIC, INC.<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801<br>Attn; Jonathan Buschbach |
| BRENT WOODWARD, INC.<br>14103 Stewart Rd.<br>Sumner, WA 98390<br>Attn: Brent McCoy | LEXON INSURANCE COMPANY<br>Harris Beach PLLC<br>Attn: Lee E. Woodard<br>333 West Washington St., Ste. 200<br>Syracuse, NY 13202 |

## TOP TEN TOKEN HOLDERS CLAIMS

| | |
|---|---|
| MCVICKER v. GIGA WATT<br>Levi & Korsinsky, LLP<br>1101 30th St. NW, Ste. 115<br>Washington, DC 20007<br>Attn: Donald J. Enright | QUARK LLC<br>4283 Express Lane, Ste. 3842-078<br>Sarasota, FL 34249<br>Attn: Gary Le |
| JUN DAM<br>237 Kearny #996<br>San Francisco, CA 94108 | ANDREA SHARP<br>268 Bush Street #2520<br>San Francisco, CA 94104 |
| JOHN T. WINSLOW<br>5544 Las Virgenes Road #99<br>Calabasas, CA 91302 | SINH DU<br>818 SW 3rd Ave., #221-2313<br>Portland, OR 97204 |
| INTERFLOW LLC<br>5465 S. Dorchester<br>Chicago, IL 60615 | CRAIG BEECH<br>Kingswood, Gorse Ave.<br>Littlehampton BN 16 1SG<br>United Kingdom |

LNL - 1

# LIMITED NOTICE LIST

| | |
|---|---|
| SCOTT GLASSCOCK<br>229 Craft Road<br>Brandon, FL 33511 | JRD Funding LLC<br>Attn: Cesar Diaz<br>8137 Malchite Avenue, Suite E<br>Rancho Cucamunga, CA 91730 |

## 18-03197-FPC7 ECF ELECTRONICALLY MAILED

The United States Trustees Office (USTO):
USTP.REGION18.SP.ECF@usdoj.gov

James D Perkins on behalf of USTOO
james.perkins@usdoj.gov

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com,
lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com,
lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com,
lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

# LIMITED NOTICE LIST

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

William L Hames on behalf of Creditor Port of Douglas County
BHames@gravislaw.com, mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com,brenda@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com, amber@overcastlaw.com,brenda@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC

# LIMITED NOTICE LIST

ben@pyklawyers.com,
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com,
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com,
lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

John W. O'Leary on behalf of Creditor Port of Douglas County
JOLeary@gravislaw.com,
mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jtp@pyklawyers.com, mknight@pyklawyers.com

# LIMITED NOTICE LIST

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

## SPECIAL NOTICE PARTIES

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St
#426
Spokane, WA 99218

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359

LNL - 5