# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>           Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 Case<br><br>**ORDER ALLOWING, AND AUTHORIZING PAYMENT OF CH. 7 ADMINISTRATIVE CLAIMS (STORAGE AND EQUIPMENT REMOVAL)** |

This matter came before the Court on the *Chapter 7 Trustee's Motion for Allowance and Payment of Chapter 7 Administrative Claims (Storage and Equipment Removal)*, filed on February 17, 2021, ECF No. 856 (the "Motion") by Mark D. Waldron, in his official capacity as the Chapter 7 Trustee (the "Trustee"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

Order Allowing and Authorizing
Payment of Chapter 7 Administrative
Claims (Storage and Equipment Removal) - Page 1

The Court has considered the Motion and any objections thereto. Any findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure, applicable hereto by Bankruptcy Rule 9014(c).

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED:

1. Insta-Stor, Inc. shall have an allowed Chapter 7 administrative claim in the amount of $270.50 (the "Insta-Stor Claim") and the Trustee is authorized to pay the Insta-Stor Claim.

2. NCW Consulting LLC shall have an allowed Chapter 7 administrative claim in the amount of $700 (the "NCW Claim") and the Trustee is authorized to pay the NCW Claim.

/// END OF ORDER ///

Pamela M. Egan (WSBA No. 54736)
Potomac Law Group PLLC
1905 7th Ave. W.
Seattle, WA 98119
Email: pegan@potomaclaw.com
Tel.: 415-297-0132
*Attorneys for Mark D. Waldron, as Chapter 7 Trustee*

Order Allowing and Authorizing Payment of Chapter 7 Administrative Claims (Storage and Equipment Removal) - Page 2