**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT (RI LANDLORD)** |

This matter came to be heard on the *Chapter 7 Trustee's Motion for an Order Approving Settlement Agreement (RI Landlord)* (the "Motion"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion. The Court has considered the Motion and the declaration and memorandum filed in support of the Motion and any objection(s) thereto. The Court has also completed any scheduled hearing.

Order Granting Chapter 7 Trustee's Motion
for Order Approving Settlement Agreement
(RI Landlord) - Page 1

This Order is based upon the Motion, the record before the Court, any testimony and arguments made and heard at any hearing, and the filings with the Court.

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND IT IS FURTHER ORDERED THAT:

1. The Agreement and the settlement contained therein are approved.

2. The Chapter 7 Trustee is authorized to enter into the Agreement and to perform pursuant to its terms.

3. This Order shall be effective immediately upon entry onto the Court's docket.

///END OF ORDER///

**PRESENTED BY:**
Pamela M. Egan, Esq.
Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 7 Trustee*

Order Granting Chapter 7 Trustee's Motion
for Order Approving Settlement Agreement
(RI Landlord) - Page 2