# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO LIMIT NOTICE OF FIRST INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (OCTOBER 1, 2020 – JANUARY 29, 2021)** |

This matter came before the Court on the *Chapter 7 Trustee's Motion to Limit Notice of First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 - January 29, 2021)* (the "Motion") [ECF 864], filed on March 10, 2021. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

There being no objections and having read the Motion and related documents, the Court finds that the form of and manner of service of the *Notice of: (i) First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC*

Order Approving
Limited Notice of PLG First
Interim Fee Application - P a g e | **1**

*(October 1, 2020 – January 29, 2021); and (ii) Trustee's Motion to Limit Notice of First Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (October 1, 2020 - January 29, 2021)* (the "Notice") [ECF 865], as proposed in the Motion, is proper and sufficient. The Court further finds that the Limited Mailing List is calculated to reach all those who would have a good faith objection to either the PLG First Interim Fee Application or the Motion.

WHEREFORE, the Court Orders that:

1. The Motion is granted in its entirety;
2. The form of the Notice and the manner of its service is approved.

/// END OF ORDER ///

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Order Approving
Limited Notice of PLG First
Interim Fee Application - P a g e | **2**