KATHRYN R MCKINLEY
DANIEL W. SHORT
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 838-0007
kathryn.mckinley@painehamblen.com
dan.short@painehamblen.com

Attorneys for Creditor Public Utility District No. 1 of Douglas County

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**GIGA WATT INC, a Washington corporation,**<br><br>Debtor. | No. 18-03197-FPC11<br><br>**CHAPTER 11**<br><br>**NOTICE OF UNAVAILABILITY** |

Counsel for Creditor, Douglas County PUD, hereby files this Notice of Unavailability stating that the Kathryn R. McKinley will be unavailable from June 7, 2021 through July 9, 2021. Counsel for Douglas County PUD requests that no hearings, depositions, mediations, or other proceedings requiring Douglas County PUD's attendance, be scheduled during that time period.

/////

/////

NOTICE OF UNAVAILABILITY - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

RESPECTFULLY SUBMITTED this 2nd day of June, 2021.

    PAINE HAMBLEN LLP

By: /s/ *Kathryn R. McKinley*
Kathryn R McKinley, WSBA #25105
Daniel W. Short, WSBA #7945
Attorneys for Public Utility District
No. 1 of Douglas County

I:\Spodocs\42020\00001\PLEAD\02030355.DOCX

NOTICE OF UNAVAILABILITY - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 838-0007

18-03197-FPC7    Doc 888    Filed 06/02/21    Entered 06/02/21 15:03:58    Pg 2 of 2