Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Facsimile: (202) 318 7707
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | **TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY** |

Mark D. Waldron, the chapter 7 trustee herein, hereby moves for an Order to Show Cause why Jun Dam ("Dam") should not be sanctioned for violating the automatic stay. This Motion is brought pursuant to 11 U.S.C. §§ 105 and 362(a)(3), Rule 9020 of the Federal Rules of Bankruptcy Procedure and the points and authorities set forth in the Memorandum filed herewith.

TRUSTEE'S MOTION FOR
ORDER TO SHOW CAUSE

WHEREFORE, the Trustee requests entry of an Order requiring Dam to appear and show cause why he should not be held in contempt for violating the automatic stay.

Date: June 18, 2021          POTOMAC LAW GROUP

By:    */s/ Pamela M. Egan*
      Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

TRUSTEE'S MOTION FOR
ORDER TO SHOW CAUSE – Page 2