Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Avenue W.
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT** |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, in his official capacity as the Chapter 7 Trustee (the "Trustee") in the above-captioned case, has filed the *Chapter 7 Trustee's Motion for Order to Show Cause Why Jun Dam Should Not Be Sanctioned for Violating the Automatic Stay* [ECF 889] (the "Motion") and supporting Memorandum [ECF 890], pursuant to which the Trustee seeks an Order to Show Cause why Jun Dam should not be sanctioned for violating the automatic stay by filing and prosecuting the action, *Jun Dam v. Perkins Coie LLP, et al*, in the US District Court for the E.D. WA., Case No. 2:2020-cv-00464 (the "District Court Action"). As explained more fully in the

Notice of Motion and
Opportunity to Object – Page 1

Motion, the District Court Action violates the automatic stay because it asserts a cause of action that belongs exclusively to the estate.

The Motion and their supporting papers, if any, are located on the Court's docket and may be obtained from the Court clerk. **Any objection to the Settlement must be served on undersigned counsel and filed with the Court on or before July 15, 2021.** The Motion may be granted and the Court may enter an Order without an actual hearing or further notice unless a written objection is timely served and filed.

Dated: June 21, 2021  POTOMAC LAW GROUP PLLC

By: /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Notice of Motion and
Opportunity to Object – Page 2