Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 2:18-bk-3197 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On June 21, 2021, I served a copy of the *Notice of Trustee's Motion for Order to Show Cause Why Dam Should Not Be Sanctioned for Violating the Automatic Stay*, ECF No. 891 on the persons listed on the Limited Notice List appended hereto (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, appended hereto or (ii) via NEF as indicated in the appended Limited Notice List.

Under penalty of perjury, I certify that the foregoing is true and correct. Executed this 22nd day of June 2021 in Seattle, Washington.

By: /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

CERTIFICATE OF SERVICE

# LIMITED NOTICE LIST

## TOP TEN TRADE CLAIMS

| | |
|---|---|
| RARITAN, INC.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932 | FEDEX CORPORATE SERVICES INC<br>3965 Airways Blvd., Module G, 3rd Fl.<br>Memphis, TN 38116-5017 |
| NEPPEL ELECTRICAL & CONTROLS, LLC<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837<br>Attn: Christopher Ries<br><br>Counsel to this entity is a registered participant in the CM/ECF system in the case. Served via NEF on edg@rieslawfirm.com | WILSON SONSINI GOODRICH & ROSATI<br>Attn: Jack Doyle<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| EXECUTIVE FLIGHT, INC.<br>Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave., Ste 3600<br>Seattle, WA 98104 | TALOS CONSTRUCTION LLC<br>Todd Reuter<br>Foster Pepper PLLC<br>618 W. Riverside Ave., Ste. 300<br>Spokane, WA 99201 |
| ELECTRICAL POWER PRODUCTS INC<br>4240 Army Post Rd.<br>Des Moines, IA 50321 | SCHMITT ELECTRIC, INC.<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801<br>Attn; Jonathan Buschbach |
| BRENT WOODWARD, INC.<br>14103 Stewart Rd.<br>Sumner, WA 98390<br>Attn: Brent McCoy | LEXON INSURANCE COMPANY<br>Harris Beach PLLC<br>Attn: Lee E. Woodard<br>333 West Washington St., Ste. 200<br>Syracuse, NY 13202 |

## TOP TEN TOKEN HOLDERS CLAIMS

| | |
|---|---|
| MCVICKER v. GIGA WATT<br>Levi & Korsinsky, LLP<br>1101 30th St. NW, Ste. 115<br>Washington, DC 20007<br>Attn: Donald J. Enright | QUARK LLC<br>4283 Express Lane, Ste. 3842-078<br>Sarasota, FL 34249<br>Attn: Gary Le |

Limited Notice List – Page 1

# LIMITED NOTICE LIST

| | |
|---|---|
| JUN DAM<br>237 Kearny #996<br>San Francisco, CA 94108 | ANDREA SHARP<br>268 Bush Street #2520<br>San Francisco, CA 94104 |
| JOHN T. WINSLOW<br>5544 Las Virgenes Road #99<br>Calabasas, CA 91302 | SINH DU<br>818 SW 3rd Ave., #221-2313<br>Portland, OR 97204 |
| INTERFLOW LLC<br>5465 S. Dorchester<br>Chicago, IL 60615 | CRAIG BEECH<br>Kingswood, Gorse Ave.<br>Littlehampton BN 16 1SG<br>United Kingdom |
| SCOTT GLASSCOCK<br>229 Craft Road<br>Brandon, FL 33511 | JRD Funding LLC<br>Attn: Cesar Diaz<br>8137 Malchite Avenue, Suite E<br>Rancho Cucamunga, CA 91730 |

## HOLDERS OF ALLOWED CHAPTER 11 ADMINISTRATION CLAIMS

| | |
|---|---|
| Giga Plex LLC and MLDC 1, LLP, Counsel for these entities, David Kazemba, is a registered participant in the CM/ECF system in the case. Served via NEF, dkazemba@overcastlaw.com | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92601 |
| Kelly Thompson<br>TNT Business Complex LLC<br>380 Leslie Way<br>E. Wenatchee, WA 98802 | DBS Law -registered participant in the CM/ECF system in the case, served via NEF, dscalia@lawdbs.com |

## SPECIAL NOTICE PARTIES

| | |
|---|---|
| Non-Profit Creditors' Committee of WTT Token Holders and Miners<br>12128 N Division St.<br>#426<br>Spokane, WA 99218 | 507 Capital LLC<br>Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 |

# LIMITED NOTICE LIST

## AFFECTED PARTIES

Parties to the action, *Dam v. Perkins Coie LLP, et al,* Case No. 2:20-cv-00148-SAB, pending in the US District Court, ED WA, were served as follows:

1. Counsel of Jun Dam in the District Court Action, via USPS First Class mail by depositing a sealed, postage paid, envelope addressed as follows:

| |
|---|
| Timothy G Blood<br>Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101 |

2. Perkins Coie LLP, Perkins Coie California, PC, Perkins Coie California, II, PC; Perkins Coie I, PC, and Lowell Ness, via NEF to Ralph Cromwell, rcromwell@byrneskeller.com

Limited Notice List – Page 3

# Pamela M. Egan

**From:** ECFilings@waeb.uscourts.gov
**Sent:** Monday, June 21, 2021 10:36 AM
**To:** cmecf@waeb.uscourts.gov
**Subject:** 18-03197-FPC7 Notice of Motion and Time to Object

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 6/21/2021 at 10:35 AM PDT and filed on 6/21/2021
**Case Name:** GIGA WATT INC
**Case Number:** 18-03197-FPC7
**Document Number:** 891

**Docket Text:**
NOTICE of Motion and Time to Object. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion for Contempt[889]). (Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Motion for OSC - FILE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=6/21/2021] [FileNumber=11172408-0] [2236b7355696de0a6f038d5c1fc633e1ff3cc6142b6c614def9d053d9e68d1a0dd 9b2311e6edaf9263571ad2e5829c2a1fe4c87f917f451779557c5d80fdce41]]

**18-03197-FPC7 Notice will be electronically mailed to:**

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Limited Notice List - Page 4
18-03197-FPC7    Doc 892    Filed 06/22/21    Entered 06/22/21 10:43:34    Pg 5 of 8

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Mark D. Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Pamela M Eagan
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

William L Hames on behalf of Creditor Port of Douglas County
BHames@gravislaw.com,
mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@pcslegal.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com,
amber@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com,
amber@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

John W. O'Leary on behalf of Creditor Port of Douglas County
JOLeary@gravislaw.com,
mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jtp@pyklawyers.com, mknight@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jtp@pyklawyers.com, mknight@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com