WESTERN WASHINGTON LAW GROUP PLLC
DENNIS J. MCGLOTHIN (#28177)
ROBERT J. CADRANELL (#41773)
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296, ext. 4
dennis@westwalaw.com
docs@westwalaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II (*pro hac vice*)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Jun Dam*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No: 18-03197 FPC 7<br><br>Chapter 7<br><br>**MOTION FOR EXTENSION OF TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY** |

Jun Dam moves the Court as follows:

**I.  MOTION**

The Chapter 7 Trustee, through counsel Pamela Egan, has filed a Motion for Order to Show Cause Why Jun Dam Should not be Sanctioned for Violating the Automatic Stay [ECF No. 889] along with a supporting Memorandum [ECF No. 890] and a Notice of Motion and

MOTION FOR EXTENSION OF TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY - 1

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 894    Filed 07/14/21    Entered 07/14/21 19:35:53    Pg 1 of 3

Opportunity to Object [ECF No. 891]. The Notice of Motion and Opportunity to Object states that any objections must be served on and filed with the Court on or before July 15, 2021.

Due to the workload of counsel and complexity of the issues, counsel for Jun Dam requests an additional week, until July 22, 2021, to file an objection. Counsel for Jun Dam has conferred telephonically today with Pamela Egan, who has agreed to this enlargement of time.

DATED this 14th day of July, 2021.

WESTERN WASHINGTON LAW GROUP

*/s/ Dennis McGlothin*
Robert J. Cadranell, WSBA No. 41773
Dennis J. McGlothin, WSBA No. 28177
WESTERN WASHINGTON LAW
   GROUP, PLLC
P.O. Box 468
Snohomish, WA 98291
Tel:   425-728-7296
Fax:   425-955-5300
Email: robert@westwalaw.com
       dennis@westwalaw.com

Timothy G. Blood (*pro hac vice*)
Thomas J. O'Reardon II (*pro hac vice*)
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel:   619-338-1100
Fax:   619-338-1101
Email: tblood@bholaw.com
       toreardon@bholaw.com

*Attorneys for Jun Dam*

MOTION FOR EXTENSION OF TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY - 2

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7   Doc 894   Filed 07/14/21   Entered 07/14/21 19:35:53   Pg 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on July 14, 2021.

*s/ Dennis McGlothin*
DENNIS J. McGLOTHIN

MOTION FOR EXTENSION OF TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY - 3

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 894    Filed 07/14/21    Entered 07/14/21 19:35:53    Pg 3 of 3