# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No: 18-03197 FPC 7<br><br>Chapter 7<br><br>**ORDER EXTENDING TIME FOR JUN DAM TO SERVE AND FILE OBJECTION TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY** |

THIS MATTER came before the Court on Jun Dam's Motion for Order Extending Time for Jun Dam to Serve and File Objection to Trustee's Motion for Order to Show Cause Why Jun Dam Should not be Sanctioned for Violating the Automatic Stay. The Court finding that the Chapter 7 Trustee's Notice of Motion and Opportunity to Object [ECF No. 891] stated a deadline of July 15, 2021, and that counsel for Jun Dam and Pamela Egan, Counsel for the Chapter 7 Trustee, have agreed to a one week extension of this deadline, until July 22, 2021, for Jun Dam to file his objection to the Trustee's Motion for Order to Show Cause, now therefore it is hereby

ORDER EXTENDING TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY - 1

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 895    Filed 07/14/21    Entered 07/14/21 19:45:02    Pg 1 of 2

ORDERED that Jun Dam's time in which to serve and file any objection to the Trustee's Motion for Order to Show Cause Why Jun Dam Should not be Sanctioned for Violating the Automatic Stay is extended for an additional week, until July 22, 2021.

/// End of Order ///

*Presented by:*
WESTERN WASHINGTON LAW GROUP

*/s/ Dennis McGlothin*
Dennis J. McGlothin, WSBA No. 28177
Robert J. Cadranell, WSBA No. 41773
WESTERN WASHINGTON LAW
  GROUP, PLLC
P.O. Box 468
Snohomish, WA 98291
Tel:   425-728-7296
Fax:  425-955-5300
Email: robert@westwalaw.com
        dennis@westwalaw.com

Timothy G. Blood (*pro hac vice*)
Thomas J. O'Reardon II (*pro hac vice*)
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel:   619-338-1100
Fax:  619-338-1101
Email: tblood@bholaw.com
        toreardon@bholaw.com

*Attorneys for Jun Dam*

ORDER EXTENDING TIME TO OBJECT TO TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY JUN DAM SHOULD NOT BE SANCTIONED FOR VIOLATING THE AUTOMATIC STAY - 2

00179168

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

18-03197-FPC7   Doc 895   Filed 07/14/21   Entered 07/14/21 19:45:02   Pg 2 of 2