Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br> Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>NOTICE OF SECOND INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (JANUARY 30, 2021-MAY 30, 2021)<br><br>**Telephonic Hearing Date:**<br>**Date: August 17, 2021**<br>**Time: 10:00 a.m.**<br>**Call-In: (509) 353-3183** |

**PLEASE TAKE NOTICE** that the Potomac Law Group, PLLC ("PLG" or "Applicant") has filed its *Second Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (January 30, 2021 – May 30, 2021)* (the "PLG Fee Application"). Applicant is counsel to Mark D. Waldron in his capacity as the Chapter 7 Trustee. The Court approved Applicant's employment as counsel to the Chapter 7 Trustee on October 27, 2020, ECF No. 785. The Applicant is seeking compensation in the amount of $42,680 for work performed during the period January 30, 2021 to May 30, 2021. On April 14, 2021, the Court previously

awarded PLG $30,040 in compensation for work performed during the period October 1, 2020 to January 29, 2021. Those fees were paid on April 21, 2021. No request for expense reimbursement is being made. No other compensation or reimbursement has previously been received or allowed. The basis for the compensation is 11 U.S.C. §§ 327, 330 and 331. The Application is available from the Court. **A telephonic hearing is set for August 17, 2021 at 10 a.m. PT, telephone number (509) 353-3183** (the "Hearing"). If you wish to object to the Application, you must timely (1) file an objection with the U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Avenue Suite 304, Spokane, WA 99201 and (2) serve the objection upon undersigned counsel. **The deadline to file an objection is August 10, 2021.** The Court may strike the Hearing and/or enter an Order without further notice unless a written objection is timely served and filed.

Dated: July 16, 2021          POTOMAC LAW GROUP PLLC

By:    /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*