BLOOD HURST & O' REARDON, LLP

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>Debtor. | Case No: 18-03197 FPC 7<br><br>Hon. Frederick P. Corbit<br>Chapter 7<br><br>**ORDER GRANTING MOTION TO ADMIT ATTORNEY TIMOTHY G. BLOOD *PRO HAC VICE*** |

This matter came before the court on the Application of Timothy G. Blood for Leave to Appear *Pro Hac Vice* (the "Application"), submitted by local counsel Dennis McGlothin, Esq., seeking permission to appear and participate in the above-captioned matter. The Court having reviewed the Application, it is hereby:

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

Presented by:

*s/ Dennis McGlothin*
Dennis McGlothin (WSBA No. 28177)
Western Washington Law Group PLLC

---

ORDER GRANTING MOTION TO ADMIT ATTORNEY
TIMOTHY G. BLOOD *PRO HAC VICE* - 1

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00180297