# EXHIBIT 2

**26**

18-03197-FPC7    Doc 904-2    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 1 of 2

# Tim Blood

| | |
|---|---|
| From: | Pamela M. Egan <pegan@potomaclaw.com> |
| Sent: | Wednesday, December 30, 2020 3:36 PM |
| To: | Tim Blood |
| Subject: | GW/Perkins Coie |

Dear Timothy,

My firm represents Mark D. Waldron, in his capacity as the Chapter 11 Trustee, in the bankruptcy case of Giga Watt, Inc., Case No. 18-03197, pending in the US Bankruptcy Court for the Eastern District of Washington.

Mark and I would like to touch base with you regarding the two lawsuits against Perkins that are pending in the Bankruptcy Court and the District Court.

Would you have some time for a call next week Monday or Tuesday afternoon?

Best regards,

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

1

**27**

18-03197-FPC7    Doc 904-2    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 2 of 2