# EXHIBIT 3

**Tim Blood**

| | |
|---|---|
| From: | Pamela M. Egan <pegan@potomaclaw.com> |
| Sent: | Tuesday, January 5, 2021 5:06 PM |
| To: | Tim Blood; Dennis McGlothin |
| Cc: | mark; Teresa Vannice |
| Subject: | GW/Perkins Coie - Withdrawal of Reference/Referral to Bankruptcy Court |

Dear Tim and Dennis,

Thank you for talking with Mark and me yesterday. This email sends the list of appeals commenced by Jun Dam and also provides more information regarding a transfer to the Bankruptcy Court of the case currently pending in the District Court.

### JUN DAM APPEALS

| Case No. | Subject | Court | Date Filed | Status |
|---|---|---|---|---|
| 0:2020bk01156 | TNT Sale Appeal | U.S. Court Of Appeals, Ninth Circuit – BAP | 6/29/2020 | Briefed and argued; awaiting decision |
| 2:2020cv00351 | JD Adversary Appeal | Washington Eastern District Court | 09/29/2020 | Appellants' Brief due 1/29/2021 |
| 2:2020cv00391 | ML Equipment Sale Appeal | Washington Eastern District Court | 10/23/2020 | Appellants' brief due 1/21/2021 |

Furthermore, the District Court can transfer the Token Holders' case to the Bankruptcy Court (on a "motion to refer"). Alternatively, it can transfer the Trustee's case to the District Court (on a "motion to withdraw the reference"). The statutory authority for referring the case to the Bankruptcy Court is 28 U.S.C. § 157(a), which states:

> (a) Each district court may provide that any or all cases under title 11 and any or all proceedings arising under title 11 or arising in *or related to a case under title 11 shall be referred to the bankruptcy judges for the district.*

1

18-03197-FPC7    Doc 904-3    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 2 of 3

*Id.* (Emphasis added.) The Token Holders' case is related to the bankruptcy case. Moreover, it implicates certain "core" issues that would be decided by the Bankruptcy Court. Therefore, it fits squarely within this ambit.

January 14, 2021 is the Trustee's deadline to respond to Perkins Coie's motion to withdraw the reference. However, the Rule 26(f) report is due on January 7, 2021 and I would like, if possible, to provide the court with information/notice re this issue.

Would you be available tomorrow, Wednesday 1/6/21, late morning or afternoon? If so, I will circulate a call in and invite. I can do earlier in the morning, as well.

Best,

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*