# EXHIBIT 4

# Tim Blood

| | |
|---|---|
| **From:** | Pamela M. Egan <pegan@potomaclaw.com> |
| **Sent:** | Thursday, January 7, 2021 7:46 PM |
| **To:** | Tim Blood; Dennis McGlothin |
| **Cc:** | mark; Teresa Vannice |
| **Subject:** | FW: GW/PC |
| **Attachments:** | CONFIDENTIAL Complaint UNREDACTED WITH ALL HYPERLINKS.pdf |

Please see attached and below.

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

**From:** Ralph Cromwell <rcromwell@byrneskeller.com>
**Sent:** Thursday, January 7, 2021 7:42 PM
**To:** Pamela M. Egan <pegan@potomaclaw.com>
**Subject:** Re: GW/PC

⚠ **EXTERNAL**

No. Go ahead.

Sent from my iPhone

> On Jan 7, 2021, at 7:29 PM, Pamela M. Egan <pegan@potomaclaw.com> wrote:
>
> Dear Ralph,

1

Would Perkins Coie (PC) object if I sent the unredacted hyperlinked complaint to Timothy Blood, counsel for plaintiffs in the District Court action against PC brought by Token Holders?

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com

<image003.jpg>

*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*