# EXHIBIT 5

## Tim Blood

| | |
|---|---|
| **From:** | Pamela M. Egan <pegan@potomaclaw.com> |
| **Sent:** | Sunday, January 10, 2021 8:52 PM |
| **To:** | Tim Blood; Dennis McGlothin |
| **Cc:** | mark; Teresa Vannice |
| **Subject:** | RE: GW/PC |

Understood.

Another option is that the token holders move to refer the case to the Bankruptcy Court.

So:

1. Token holders move to refer the case and the cases essentially stay separate but would be managed together; or
2. Trustee intervenes, moves to refer, and the cases are joined.

Both Rules 19 and 24 are implicated.

Could we have a call tomorrow, including Dennis, after you've conferred internally?

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

**From:** Tim Blood <TBlood@bholaw.com>
**Sent:** Sunday, January 10, 2021 8:45 PM

**To:** Pamela M. Egan <pegan@potomaclaw.com>; Dennis McGlothin <Dennis@WestWaLaw.com>
**Cc:** mark <mark@mwaldronlaw.com>; Teresa Vannice <teresa@mwaldronlaw.com>
**Subject:** RE: GW/PC

⚠ EXTERNAL

Hi Pam.

We are a bit too close for comfort to a possible statute of limitations for option number 1.

**From:** Pamela M. Egan <pegan@potomaclaw.com>
**Sent:** Sunday, January 10, 2021 8:34 PM
**To:** Tim Blood <TBlood@bholaw.com>; Dennis McGlothin <Dennis@WestWaLaw.com>
**Cc:** mark <mark@mwaldronlaw.com>; Teresa Vannice <teresa@mwaldronlaw.com>
**Subject:** GW/PC

I see at least two options:

1. Token holders dismiss D. Ct. action without prejudice and file in Bankruptcy Court. The Bankruptcy Court has "related to" jurisdiction. Judge Corbit would manage both cases. If they go to trial, the reference would be withdrawn for that purpose.

2. Trustee intervenes in D. Ct. action for purpose of moving to refer District Court action to Bankruptcy Court. Under FRCP 24, intervention would be mandatory.

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

**37**

## CONFIDENTIAL



8100 Von Karman Avenue Suite 850
Irvine, California 92612