# EXHIBIT 6

**Tim Blood**

**From:** Pamela M. Egan <pegan@potomaclaw.com>
**Sent:** Tuesday, January 19, 2021 2:22 PM
**To:** Ralph Cromwell; John Munding
**Cc:** Elon Berk; Tim Blood
**Subject:** GW/PC

Dear Ralph and John,

I am writing to set up the Rule 26(f) Conference. Would you be available tomorrow afternoon or anytime Thursday or Friday to hold the Conference? I'll take the first cut at drafting the report. It is due a week from Thursday at noon.

Thank you.

Pam

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com




*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*