# EXHIBIT 7

| | |
|---|---|
| **From:** | Pamela M. Egan <pegan@potomaclaw.com> |
| **Sent:** | Tuesday, January 19, 2021 5:10 PM |
| **To:** | Tim Blood; Dennis McGlothin |
| **Subject:** | GW/PC |
| **Attachments:** | Trustee_s Objection...draw Reference - FILE STAMPED.pdf; GW.PC Motion to Withdraw Reference.pdf; GW PC Memorandum in Support of Withdrawal Motion.pdf |

Please see attached papers regarding the withdrawal of the reference. The bankruptcy court may write an analysis before transmitting the papers to the district court for decision.

The most efficient method to combine the two cases is for the plaintiffs in the class action to file a motion to refer the case to the bankruptcy court. Please confirm your agreement or call me with any questions. Would be best to do so soon and include these withdrawal papers so the district court can see everything together.

The Trustee and I would be happy to review and provide comments on your motion, if you'd wish.

Pam
**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com




*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

1