# EXHIBIT 8

| | |
|---|---|
| **From:** | Pamela M. Egan <pegan@potomaclaw.com> |
| **Sent:** | Tuesday, January 19, 2021 6:38 PM |
| **To:** | Tim Blood |
| **Subject:** | FW: Question re : In re Giga Watt, Inc., |

See below. For information re class candidates.

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

**From:** REDACTED
**Sent:** Tuesday, January 19, 2021 6:04 PM
**To:** Pamela M. Egan <pegan@potomaclaw.com>
**Subject:** Re: Question re : In re Giga Watt, Inc.,

⚠ EXTERNAL

Yes I bought tokens and transferred them to giga-watt.com to be rented out. I did receive rent for a while (tiny amounts) but wasn't convinced the site was working as it should as my tokens weren't always fully rented out even if I chose the lowest rate.The explanations I was given seemed a bit strange.

Finally found out about the bankruptcy when they weren't able to be rented out at all.

REDACTED

REDACTED

1

On Tue, Jan 19, 2021 at 5:54 PM Pamela M. Egan <pegan@potomaclaw.com> wrote:

I'm not sure whether the timing will matter. If one didn't receive notice of the bar date, then, generally, the notice doesn't apply.

Please tell me: did you buy tokens? And if so, did the tokens ever work? Am asking because a class action for those token holders is pending.

Pam

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

From: REDACTED
Sent: Tuesday, January 19, 2021 5:30 PM
To: Pamela M. Egan <pegan@potomaclaw.com>
Subject: Question re : In re Giga Watt, Inc.,

⚠ EXTERNAL

2

Hi Ms. Egan,

I hope you don't mind answering a question regarding my claim in the above case.

Upon learning of the bankruptcy, I filed a Proof of Claim REDACTED dated REDACTED Is there anything else I need to do? Was that too late to file in any case?

By the way, I questioned the company before that date as to why the website was not functioning as advertised and was not told about the bankruptcy filing.

Thank you,

REDACTED

REDACTED

3