# EXHIBIT 9

**Tim Blood**

| | |
|---|---|
| From: | Pamela M. Egan <pegan@potomaclaw.com> |
| Sent: | Wednesday, January 20, 2021 5:41 PM |
| To: | REDACTED |
| Cc: | Tim Blood; jun dam |
| Subject: | RE: Automatic reply: In re: Giga Watt, Inc., Case No. 18-03197 |

If you purchased tokens, you may be able to join the token holders' class action. I am copying the proposed lead plaintiff, Jun Dam, and his attorney, Timothy Blood.

The estate also has a cause of action arising from the depleted escrow. It is in the early stages. Those two actions will hopefully fund a recovery for creditors.

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com




*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

From: REDACTED
Sent: Wednesday, January 20, 2021 5:32 PM
To: Pamela M. Egan <pegan@potomaclaw.com>
Subject: Re: Automatic reply: In re: Giga Watt, Inc., Case No. 18-03197

⚠ EXTERNAL

Pamela
Thank you so much for your reply!

Hello my name is  REDACTED I bought REDACTED worth of miners in giga watt back in 2017. i also paid Giga-Watt to mine for me. Does this make me a part of the unsecured creditor's committee? If so, can you

1

**47**

18-03197-FPC7    Doc 904-9    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 2 of 5

share any info with me about how i might get my mining equipment and any profits that were made from it (since the start of bankruptcy).

I have talked to quite a few people and they have directed me in your direction. I have also emailed you in the past, dating back to 2019 as part of the group email. I hope I can get something out of this investment and if so, my father and two friends also are in the same position. It would be such a blessing for our family if you can help in this matter.

Feels truly like theft on the part of Giga-Watt considering that my physical property should have been returned to me. It was not their property to mine with or hold onto.

Thank you fo much for your help.


REDACTED Cell

On Jan 20, 2021, at 5:08 PM, Pamela M. Egan <pegan@potomaclaw.com> wrote:

Hi 

Please state your question.

Pamela M. Egan | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com

<image005.jpg>
<image006.png>

*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

From: REDACTED
Sent: Wednesday, January 20, 2021 4:59 PM
To: Pamela Egan <pegan@ckrlaw.com>; Pamela M. Egan <pegan@potomaclaw.com>
Subject: Re: Automatic reply: In re: Giga Watt, Inc., Case No. 18-03197

⚠ EXTERNAL



2

**48**
18-03197-FPC7    Doc 904-9    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 3 of 5

As this is now Chapter 7 case, you should contact the counsel for the Chapter 7 Trustee. Her name is Pamela Egan.

There have been no distributions to any creditor so far in this case.

Ben

> On Jan 3, 2021, at 9:31 PM, REDACTED wrote:
>
> Please respond
>
>> On Aug 9, 2019, at 8:17 AM, REDACTED wrote:
>>
>> This is regarding the Giga Watt suit.
>>
>>> On Aug 9, 2019, at 7:59 AM, Pamela Egan <pegan@ckrlaw.com> wrote:
>>>
>>> Pamela Egan is no longer with CKR Law. If you need to contact her directly her information is below:
>>>
>>> Pamela M. Egan | Partner | Potomac Law Group, PLLC
>>>
>>> Tel: (415) 297-0132 | Fax: (202) 318-7707
>>>
>>> pegan@potomaclaw.com | www.potomaclaw.com

3

**49**

18-03197-FPC7    Doc 904-9    Filed 07/22/21    Entered 07/22/21 16:45:21    Pg 4 of 5

**CONFIDENTIAL**



8100 Von Karman Avenue Suite 850
Irvine, California 92612