# EXHIBIT 10

| | |
|---|---|
| **From:** | Pamela M. Egan <pegan@potomaclaw.com> |
| **Sent:** | Tuesday, April 13, 2021 12:20 PM |
| **To:** | Tim Blood |
| **Cc:** | Tommy O'Reardon |
| **Subject:** | Re: Dam v. Perkins |

Hi Tim,

I won't be able to talk for a couple of weeks. In the meantime, you might read the briefing re arbitration in the bankruptcy adversary. Also, please consider the serious stay issues involved in your case with Jun Dam as the lead plaintiff.

Pam

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

---

**From:** Tim Blood <TBlood@bholaw.com>
**Sent:** Tuesday, April 13, 2021 11:19 AM
**To:** Pamela M. Egan <pegan@potomaclaw.com>
**Cc:** Tommy O'Reardon <TOReardon@bholaw.com>
**Subject:** Dam v. Perkins

⚠ EXTERNAL
Hi Pam

Hope all is well. The Court just held the Rule 16 conference. When you get a chance I can fill you in. No rush. Essentially the parties will focus on Perkin's motion to compel arbitration, which is due in about 60 days. I raised the issue of the bankruptcy court handling aspects of the case. The judge said typically he would handle everything, including all pretrial matters and wouldn't use a magistrate, but is open to discussing it further if he ultimately denies the motion to compel arbitration.

Look forward to speaking with you.

- Tim

Timothy G. Blood
**Blood Hurst & O'Reardon, LLP**

BLOOD
HURST &
O'REARDON | LLP

501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
tblood@bholaw.com | www.bholaw.com

-----------------------------------------------------------------------------------
NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.