Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Avenue W.
Seattle, Washington 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br>The Honorable Frederick P. Corbit<br>Chapter 7<br><br>**NOTICE OF HEARING**<br><br>**Hearing Information**<br>Date: August 17, 2021<br>Time: 11:00 a.m., PT<br>**ZOOM LINK TO BE PROVIDED BY COURT** |

**PLEASE TAKE NOTICE THAT** a hearing ("Hearing") will be held on August 17, 2021, at 11:00 a.m., PT on the *Chapter 7 Trustee's Motion for Order to Show Cause Why Jun Dam Should Not Be Sanctioned for Violating the Automatic Stay* [ECF 889]. The Hearing will take place via Zoom. The Court will provide the Zoom link separately.

Dated: August 9, 2021          POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
          Pamela M. Egan (WSBA No. 54736)
          *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Notice of Hearing – Page 1