**So Ordered.**

LF 2016D (6/15)

**Dated: August 17th, 2021**



Frederick P. Corbit
Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
         ) Case No. 18-03197
Giga Watt, Inc. )
         ) **ORDER AWARDING COMPENSATION**
         ) **FOR SERVICES RENDERED AND**
         ) **REIMBURSEMENT OF EXPENSES**
         ) **PURSUANT TO 11 U.S.C. §330 or §331,**
         ) **AND APPROVING THE PAYMENT OF**
         ) **BANK FEES**
         Debtor(s) )

THIS MATTER HAVING come before the Court on the # First (☒interim ☐ final) application of Potomac Law Group, PLLC dated July 14, 2021, docket # 897, notice docket # 898 and certificate of service docket # 899, for an order allowing compensation for services rendered and reimbursement of expenses in the above entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC §330 or §331, and approved as bank fees pursuant to §363 and §503(b), to the above-named applicant and are authorized to be disbursed or transferred from funds of the above entitled estate, subject to the availability of funds and the provision of any confirmed plan. *

|  |  |
|---|---|
| Compensation in the amount | $ 42680 |
| Reimbursement in the amount of | $ 0 |
| Bank fees | $ 0 |
| TOTAL | $ 42680 |

\* If for first application, includes compensation earned pre-petition and filing fees and other costs incurred pre-petition.

ORDER AWARDING COMPENSATION - 1

LF 2016D (6/15)

Summary of all prior awards and approvals on previous applications:

| | | |
|---|---|---|
| Compensation | $ | 30040 |
| Reimbursement | $ | 0 |
| Bank fees | $ | 0 |
| Total | $ | 30040 |

Disbursement information for this award:

| | |
|---|---|
| Received directly from debtor by application (if for first application) | $ |
| To be paid by transfer from attorney trust account: | $ |
| To be paid by trustee | $ 42680 |
| Total | $ 42680 |

///End of Order///

Presented by:

s/ Pamela M. Egan

(Signature/address/phone)

Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98119
(415) 297-0132

ORDER AWARDING COMPENSATION - 2

18-03197-FPC7    Doc 913    Filed 08/17/21    Entered 08/17/21 15:41:54    Pg 2 of 2