# Notice Recipients

District/Off: 0980−2            User: notice            Date Created: 8/17/2021
Case: 18−03197−FPC7          Form ID: pdf002         Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Pamela Marie Egan          pegan@potomaclaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Potomac Law Group PLLC          1905 7th Ave. W          Seattle, WA 98119

TOTAL: 1