United States Bankruptcy Court
Eastern District of Washington

In re:  Case No. 18-03197-FPC
GIGA WATT INC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2     User: notice     Page 1 of 3
Date Rcvd: Aug 17, 2021     Form ID: pdf002     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Potomac Law Group PLLC, 1905 7th Ave. W, Seattle, WA 98119-2815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Doupe | on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com   doupear96329@notify.bestcase.com |
| Angie Lee | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | on behalf of Creditor Committee Unsecured Creditors' Committee salishsealegal@outlook.com |
| Benjamin J McDonnell | on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |

| | |
|---|---|
| Benjamin J McDonnell | on behalf of Creditor David M Carlson ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com |
| Christopher F Ries | on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| Danial D Pharris | on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com |
| Daniel William Short | on behalf of Creditor Douglas County PUD dan.short@painehamblen.com sheila.espinoza@painehamblen.com |
| David A Kazemba | on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David A Kazemba | on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, amber@overcastlaw.com,debbie@overcastlaw.com;kazembadr92395@notify.bestcase.com |
| David R Law | on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com |
| Dennis J. McGlothin | on behalf of Creditor Jun Dam dennis@westwalaw.com |
| Dominique R Scalia | on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com |
| Dominique R Scalia | on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com |
| Donald A Boyd | on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com kvoelker@hummerboyd.com |
| Douglas A. Hofmann | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com kmejia@williamskastner.com |
| Gary W Dyer | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | on behalf of Attorney Emerald City Statewide LLC ghoog@pcslegal.com danderson@pcslegal.com |
| James D Perkins | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | on behalf of Defendant Enterprise Focus Inc. jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor David M Carlson jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant David M. Carlson and Jane Doe 1 jtp@pyklawyers.com mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor Clever Capital LLC jtp@pyklawyers.com, mknight@pyklawyers.com |
| John Knox | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |
| John D Munding | on behalf of Defendant Lowell Ness John@Mundinglaw.com Karen@mundinglaw.com |
| John D Munding | on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com Karen@mundinglaw.com |
| John W. O'Leary | on behalf of Creditor Port of Douglas County JOLeary@gravislaw.com |

| | |
|---|---|
| | mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com |
| Joseph A.G. Sakay | on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com |
| Kathryn R McKinley | on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com ads@painehamblen.com |
| Mark Waldron | trustee@mwaldronlaw.com mark@mwaldronlaw.com |
| Pamela Marie Egan | on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Attorney Potomac Law Group PLLC pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com |
| Quentin D Batjer | on behalf of Creditor Port of Douglas County pam@dadkp.com quentin@dadkp.com |
| Ralph E Cromwell, Jr | on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Roberto H Castro | on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com |
| Scott B Henrie | on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com |
| Shauna S Brennan | on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| Tara J. Schleicher | on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com |
| Timothy G. Blood | on behalf of Creditor Jun Dam tblood@bholaw.com efile@bholaw.com;toreardon@bholaw.com |
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| Vanessa Pierce | on behalf of Creditor David M Carlson vprollins@gmail.com |
| Vanessa Pierce | on behalf of Creditor Clever Capital LLC vprollins@gmail.com |
| William L Hames | on behalf of Creditor Port of Douglas County BHames@gravislaw.com mhess@gravislaw.com;cblanco@gravislaw.com;dsmith@gravislaw.com;chansen@gravislaw.com |

TOTAL: 54

**So Ordered.**

LF 2016D (6/15)

**Dated: August 17th, 2021**



**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
) Case No. **18-03197**
**Giga Watt, Inc.** )
) **ORDER AWARDING COMPENSATION**
) **FOR SERVICES RENDERED AND**
) **REIMBURSEMENT OF EXPENSES**
) **PURSUANT TO 11 U.S.C. §330 or §331,**
) **AND APPROVING THE PAYMENT OF**
) **BANK FEES**
Debtor(s) )

THIS MATTER HAVING come before the Court on the # **First** (☒ interim ☐ final) application of **Potomac Law Group, PLLC** dated **July 14, 2021**, docket # **897**, notice docket # **898** and certificate of service docket # **899**, for an order allowing compensation for services rendered and reimbursement of expenses in the above entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC §330 or §331, and approved as bank fees pursuant to §363 and §503(b), to the above-named applicant and are authorized to be disbursed or transferred from funds of the above entitled estate, subject to the availability of funds and the provision of any confirmed plan. *

| | |
|---|---|
| Compensation in the amount | $ 42680 |
| Reimbursement in the amount of | $ 0 |
| Bank fees | $ 0 |
| TOTAL | $ 42680 |

* If for first application, includes compensation earned pre-petition and filing fees and other costs incurred pre-petition.

ORDER AWARDING COMPENSATION - 1


LF 2016D (6/15)

Summary of all prior awards and approvals on previous applications:

| | |
|---|---|
| Compensation | $ 30040 |
| Reimbursement | $ 0 |
| Bank fees | $ 0 |
| Total | $ 30040 |

Disbursement information for this award:

| | |
|---|---|
| Received directly from debtor by application (if for first application) | $ |
| To be paid by transfer from attorney trust account: | $ |
| To be paid by trustee | $ 42680 |
| Total | $ 42680 |

///End of Order///

Presented by:

s/ Pamela M. Egan

(Signature/address/phone)

Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98119
(415) 297-0132

ORDER AWARDING COMPENSATION - 2