## File a Court Document:

<u>18-03197-FPC7 GIGA WATT INC</u> **Converted** 09/30/2020

Type: bk      Chapter: 7 v      Office: 2 (Spokane/Yakima)

Assets: y      Judge: FPC

Case Flag: ProSe, NtcAgent, LMTDMML, APPEAL, CONVERTED, APLDIST

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from TLJ entered on 10/23/2020 at 8:39 AM PDT and filed on 10/23/2020
**Case Name:**      GIGA WATT INC
**Case Number:**      <u>18-03197-FPC7</u>
**Document Number:** 774

**Docket Text:**
APPEAL Transmittal to District Court. Appellant(s): Jun Dam, et al. Appellee(s): Mark D. Waldron, Chapter 7 Trustee. Case County: Douglas. Date Notice of Appeal Filed: 10/22/2020. Date of Entry of Order on Appeal: 10/20/2020. Date Bankruptcy Case Filed: 11/19/2018. Fee Paid: No. Transmittal of Notice of Appeal mailed 10/23/2020 to Jun Dam, et al., see Notice of Appeal attachment ECF [770]. All other parties, including the US Trustee, were electronically served (RE: Order on Motion to Sell Property Free and Clear[765]. Notice of Appeal




ATES BANKRUPTCY COURT
N DISTRICT OF WASHINGTON
RIVERSIDE AVENUE, SUITE 304
NE, WASHINGTON 99201-1011

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Alex Garnock ( Pro Se )
Coombs ACT Australia

NIXIE    100    5E 1      0108/07/21
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 99201101179    *2402-11401-26-31

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com