WESTERN WASHINGTON LAW GROUP PLLC
DENNIS J. MCGLOTHIN (#28177)
ROBERT J. CADRANELL (#41773)
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296, ext. 4
docs@westwalaw.com
robert@westwalaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II (*pro hac vice*)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Jun Dam*

Hon. Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No: 18-03197-FPC7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | Chapter 7 |
| Debtor. | **NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE DISTRICT COURT HEAR APPEAL** |

Pursuant to Fed. R. Bankr. P. 8003, Jun Dam, on behalf of himself and all others similarly situated, hereby appeals, under 28 U.S.C. § 158(a), the following order of the Bankruptcy Court in this matter: Memorandum Opinion and Order Regarding Stay and Motion for Order to Show Cause [ECF no. 921], entered September 27, 2021. A copy of this Order is attached hereto as **Exhibit A**.

NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE DISTRICT COURT HEAR APPEAL - 1

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 922    Filed 10/07/21    Entered 10/07/21 12:03:05    Pg 1 of 4

## Part 1: Identify the appellant(s)

1. Name of appellant: Jun Dam, on behalf of himself and all others similarly situated.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
X Other (describe) Third-party claimant and absent class members.

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order or decree appealed from:

   Memorandum Opinion and Order Regarding Stay and Motion for Order to Show Cause [ECF no. 921], *see* Ex. A hereto.

2. State the date on which the judgment, order or decree was entered: September 27, 2021.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  
   Mark D. Waldron,  
   Chapter 7 Trustee

   Attorney:  
   Pamela M. Egan  
   Potomac Law Group  
   1905 7th Ave. W., Seattle, WA 98119  
   415-297-0132

## Part 4: Optional election to have appeal heard by District Court

Appellants hereby elect pursuant to 28 U.S.C. § 158(c)(1) to have the appeal heard by the United States District Court for the Eastern District of Washington rather than by the Bankruptcy Appellate Panel.

NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE DISTRICT COURT HEAR APPEAL - 2

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 922    Filed 10/07/21    Entered 10/07/21 12:03:05    Pg 2 of 4

**Part 5: Sign below**

*/s/ Dennis McGlothin*　　　　　　　　　　　　　　　　　Date: October 7, 2021
Dennis McGlothin, WSBA #28177
Attorney for Appellants

Name, address, and telephone number of attorney for appellants:

Dennis J. McGlothin, WSBA No. 28177
Robert J. Cadranell, WSBA No. 41773
WESTERN WASHINGTON LAW GROUP, PLLC
P.O. Box 468
Snohomish, WA 98291
Tel:　　425-728-7296
Fax:　　425-955-5300
Email: robert@westwalaw.com
　　　　docs@westwalaw.com


Timothy G. Blood (*pro hac vice*)
Thomas J. O'Reardon II (*pro hac vice*)
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel:　　619-338-1100
Fax:　　619-338-1101
Email: tblood@bholaw.com
　　　　toreardon@bholaw.com

*Attorneys for Appellants*

NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE DISTRICT COURT HEAR APPEAL - 3

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7　　Doc 922　　Filed 10/07/21　　Entered 10/07/21 12:03:05　　Pg 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on October 7, 2021.

By */s/ Dennis McGlothin*
DENNIS J. McGLOTHIN
*Attorney for Appellants*
P.O. Box 468
Snohomish, WA 98291
425-728-7296
Email: docs@westwalaw.com

BLOOD HURST & O' REARDON, LLP

00179168

NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE DISTRICT COURT HEAR APPEAL - 4

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

18-03197-FPC7    Doc 922    Filed 10/07/21    Entered 10/07/21 12:03:05    Pg 4 of 4