John W. O'Leary, WSBA #33004
Gravis Law, PLLC
601 W. Kennewick Avenue
Kennewick, WA 99336
(509) 588-0431 / (866) 419-9269 fax
JOLeary@gravislaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>               Debtor. | Case No. 18-03197-FPC11<br><br>MOTION TO WITHDRAW AS COUNSEL<br>OF RECORD AND NOTICE THEREOF |

COME NOW William L. Hames and John W. O'Leary, counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port"), former landlord of Debtor herein, and request the court enter an order, in the form proposed, authorizing the withdrawal of William L. Hames, John W. O'Leary and the law firm of Gravis Law, PLLC (the "Firm"), as attorneys of record for the Port. No deadlines are currently pending or anticipated. There are no motions, trials or any other proceedings that will require a continuance as a result of this motion. Notice of the Firm's intent to withdraw was also provided to the Port prior to the filing of this Motion.

As required by Local Rule 9010-1, the name and last known address of creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County is as follows:

    Chelan Douglas Regional Port Authority
    One Campbell Parkway, Suite A
    East Wenatchee, WA 98802

MOTION TO WITHDRAW AS COUNSEL
OF RECORD AND NOTICE THEREOF

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE/P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7     Doc 924     Filed 10/12/21     Entered 10/12/21 13:48:57     Pg 1 of 4

WHEREFORE, the Firm requests that the court enter an order authorizing its withdrawal as counsel of record in the form proposed and for such other and further relief as may be just and proper.

## NOTICE

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-1, William L. Hames, John W. O'Leary and Gravis Law, PLLC (the "Firm" intend to withdraw as counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County.

The Firm intends to withdraw effective October 29, 2021. Any withdrawal shall only become effective upon entry of an order by the United States Bankruptcy Court for the Eastern District of Washington. If you oppose the Motion, you must file an objection to the withdrawal within 17 days (14 days plus 3 mailing days) from the date of this notice. Failure to object may result in the Firm submitting an order *ex parte* without further notice authorizing the withdrawal.

DATED THIS 12th day of October 2021.

> GRAVIS LAW, PLLC
> Attorneys for Creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County
>
> BY: /s/ *John W. O'Leary*
> JOHN W. O'LEARY, WSBA #33004

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE THEREOF

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE/P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

18-03197-FPC7    Doc 924    Filed 10/12/21    Entered 10/12/21 13:48:57    Pg 2 of 4

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>           Debtor. | Case No. 18-03197-FPC11<br><br>[PROPOSED] ORDER GRANTING<br>MOTION TO WITHDRAW |

THIS MATTER having come before the above-entitled court upon the Motion to Withdraw of William L. Hames and John W. O'Leary of Gravis Law, PLLC, as counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Motion"), and the court having found sufficient notice of the Motion has been given, and the court having considered the Motion and the other records and pleadings on file herein, and having found that good cause exists to grant the Motion, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the Motion is Granted.

ORDER GRANTING MOTION TO
WITHDRAW - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 924    Filed 10/12/21    Entered 10/12/21 13:48:57    Pg 3 of 4

IT IS FURTHER ORDERED that William L. Hames, John W. O'Leary and Gravis Law, PLLC, are hereby withdrawn as counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County in this proceeding.

PRESENTED BY:

GRAVIS LAW, PLLC
Attorneys for creditor Chelan Douglas
Regional Port Authority, formerly the
Port of Douglas County

BY:_____
    JOHN W. O'LEARY, WSBA #33004

ORDER GRANTING MOTION TO WITHDRAW - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 924    Filed 10/12/21    Entered 10/12/21 13:48:57    Pg 4 of 4