John W. O'Leary, WSBA #33004
Gravis Law, PLLC
601 W. Kennewick Avenue
Kennewick, WA  99336
(509) 588-0431 / (866) 419-9269 fax
JOLeary@gravislaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>Debtor. | Case No. 18-03197-FPC11<br><br>MOTION AND NOTICE TO LIMIT NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE THEREOF |

Come now William L. Hames and John W. O'Leary of Gravis Law, PLLC, (the "Firm") attorneys of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port"), former landlord of Debtor herein, and hereby requests the court's authorization to limit notice of their Motion to Withdraw as Counsel of Record and Notice Thereof filed simultaneously herewith.  The Firm seeks to limit notice to the following:

a) Chapter 11 Trustee

b) the US Trustee's office,

c) Benjamin A. Ellison, on behalf of the unsecured creditors' committee,

d) All parties receiving ECF notice and

e) the 20 largest creditors as designated on the Debtor's schedules

The Chapter 11 Trustee and the unsecured Creditors' Committee are both represented by counsel.  The Firm submits that limiting notice will not prejudice any creditor. Further, the costs of serving all creditors in this case would be prohibitive.

MOTION AND NOTICE TO LIMIT NOTICE OF
MOTION TO WITHDRAW AS COUNSEL OF
RECORD AND NOTICE THEREOF - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA  99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 926    Filed 10/12/21    Entered 10/12/21 13:59:51    Pg 1 of 4

LBR 2002-1 permits less inclusive notice to be given "if not prohibited by the Code or Rules, and specifically allowed by the Court…" LBR 2002-1(b)(1)(B). The Firm is not aware of any specific prohibitions against the court entering an order permitting limitation of notice as requested herein and submits that good cause exists for so doing.

## NOTICE

**IF YOU OBJECT TO THE RELIEF REQUESTED ABOVE, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE ABOVE-ENTITLED COURT AND REQUEST A HEARING AT P.O. BOX 2164, W. 904 RIVERSIDE, ROOM 321, SPOKANE, WASHINGTON 99210, ON OR BEFORE 17 DAYS (14 DAYS PLUS 3 DAYS FOR MAILING) FROM THE DATE OF THIS NOTICE AND SERVE A COPY ON THE UNDERSIGNED AT 601 W. KENNEWICK AVENUE, KENNEWICK, WASHINGTON 99336; MARK WALDRON, CHAPTER 11 TRUSTEE, AT 6711 REGENTS BOULEVARD WEST, SUITE B, TACOMA, WA 98466; AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, 920 W. RIVERSIDE, STE. 593, SPOKANE, WA 99201.**

**SHOULD YOU FAIL TO OBJECT AS SET FORTH ABOVE, PLEASE FURTHER BE ADVISED THAT THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

DATED this 12th day of October 2021.

>GRAVIS LAW, PLLC
>Attorneys for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County
>
>BY: /s/ *John W. O'Leary*
>JOHN W. O'LEARY, WSBA #33004

MOTION AND NOTICE TO LIMIT NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE THEREOF - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 926    Filed 10/12/21    Entered 10/12/21 13:59:51    Pg 2 of 4

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 18-03197-FPC11
) 
GIGA WATT INC, ) [PROPOSED] ORDER LIMITING NOTICE
) OF MOTION TO WITHDRAW AS
Debtor. ) COUNSEL OF RECORD AND NOTICE
) THEREOF
)

This matter having come before the above-entitled court on the motion of William L. Hames and John W. O'Leary of Gravis Law, PLLC, to limit notice of their Motion to Withdraw as Counsel of Record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Port"), and the court finding that good cause exists to grant the relief requested, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the counsels' motion is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notice of William L. Hames, John W. O'Leary and Gravis Law, PLLC's Motion to Withdraw as Counsel of Record may be limited to:

a) Chapter 11 Trustee;

ORDER LIMITING NOTICE OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD AND
NOTICE THEREOF - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 926    Filed 10/12/21    Entered 10/12/21 13:59:51    Pg 3 of 4

1   b)  Office of the US Trustee;

2   c)  The Unsecured Creditor's Committee;

3   d)  All parties receiving ECF notice; and,

4   e)  20 largest creditors as listed on Debtor's schedules.

5                   / / / END OF ORDER / / /

6 Presented by:

7 GRAVIS LAW, PLLC
  Attorneys for Creditor Chelan Douglas
8 Regional Port Authority, formerly the
  Port of Douglas County
9

10 By:_____
      JOHN W. O'LEARY, WSBA #33004
11

ORDER LIMITING NOTICE OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD AND
NOTICE THEREOF - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 926    Filed 10/12/21    Entered 10/12/21 13:59:51    Pg 4 of 4