John W. O'Leary, WSBA #33004
Gravis Law, PLLC
601 W. Kennewick Avenue
Kennewick, WA  99336
(509) 588-0431 / (866) 419-9269 fax
JOLeary@gravislaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,,<br><br>          Debtor. | Case No. 18-03197-FPC11<br><br>CERTIFICATION OF SERVICE |

    I, Mecqué M. Hess, am a paralegal in the offices of Gravis Law, PLLC, attorneys for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County.  I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration:

    On October 12, 2021, I filed a *Motion and Notice to Limit Notice of Motion to Withdraw as Counsel of Record and Notice Thereof* and this *Certification of Service* and served true and correct copies thereof of by email via PACER to:

    US Trustee:  USTP.REGION18.SP.ECF@usdoj.gov

    Gary W. Dyer on behalf of U.S. Trustee:  Gary.W.Dyer@usdoj.gov

    James D. Perkins on behalf of U.S. Trustee:  james.perkins@usdoj.gov

    Quentin D. Batjer:  pam@dadkp.com, quentin@dadkp.com

    Timothy G. Blood:  tblood@bholaw.com, efile@bholaw.com, toreardon@bholaw.com

    Donald A. Boyd:  dboyd@hummerboyd.com, kvoelker@hummerboyd.com

    Shauna S. Brennan:  sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

    Roberto H. Castro:  rcastro@rcastrolaw.com, castro.ava@gmail.com

CERTIFICATION OF SERVICE - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA  99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 927    Filed 10/12/21    Entered 10/12/21 14:02:14    Pg 1 of 5

| | |
|---|---|
| 1 | Ralph E. Cromwell, Jr.: rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com |

Ralph E. Cromwell, Jr.:  rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com

Adam C. Doupe:  doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Pamela Marie Egan:  pegan@potomaclaw.com

Benjamin A. Ellison:  salishsealegal@outlook.com

Scott B. Henrie:  SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann:  dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog:  ghoog@pcslegal.com, danderson@pcslegal.com

David A. Kazemba:  dkazemba@overcastlaw.com, amber@overcastlaw.com, debbie@overcastlaw.com, kazembadr92395@notify.bestcase.com

John Knox:  jknox@williamskastner.com, rnelson@williamskastner.com

David R. Law:  david@dadkp.com, amy@dadkp.com

Angie Lee:  bculee@atg.wa.gov

Benjamin J. McDonnell:  ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Dennis J. McGlothin:  docs@westwalaw.com

Kathryn R. McKinley:  kathryn.mckinley@painehamblen.com, ads@painehamblen.com

John D. Munding:  John@Mundinglaw.com, Karen@mundinglaw.com

Danial D. Pharris:  pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce:  vprollins@gmail.com

Jason T. Piskel:  jtp@pyklawyers.com, mknight@pyklawyers.com

Christopher F. Ries:  diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Joseph A.G. Sakay:  sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R. Scalia:  dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher:  tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel W. Short:  dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

CERTIFICATION OF SERVICE - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA  99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 927    Filed 10/12/21    Entered 10/12/21 14:02:14    Pg 2 of 5

Mark Waldron: trustee@mwaldronlaw.com, mark@mwaldronlaw.com

and to all parties at the addresses listed on the mailing matrix attached hereto by depositing true and correct copies at the United States Post Office in Kennewick, Washington on October 12, 2021, properly addressed and sealed, with sufficient postage thereon to carry it through the mails.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 12th day of October 2021.

            /s/ *Mecqué M. Hess*
            Mecqué M. Hess

CERTIFICATION OF SERVICE - 3

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7  Doc 927  Filed 10/12/21  Entered 10/12/21 14:02:14  Pg 3 of 5

# MAILING MATRIX

| | |
|---|---|
| Amphenol Custom Cable<br>3221 Cherry Palm Drive<br>Tampa, FL  33619 | NC Machinery<br>PO Box 58201<br>Tukwila, WA  98138 |
| Belyea Company<br>2200 Northwood Avenue<br>Easton, PA  18045 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA  98837 |
| Brent Woodward, Inc.<br>14103 Steward Road<br>Sumner, WA  98390 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA  90074 |
| Consolidated Electric Dist. Inc.<br>PO Box 398830<br>San Francisco, CA  94139 | Pacific Security<br>2009 Iron Street<br>Bellingham, WA  98225 |
| Consolidated Electric Dist. Inc.<br>c/o Douglas R. Hookland, Attorney<br>Scott Hookland, LLO<br>PO Box 23414<br>Tigard, OR  97281-3414 | Raritan, Inc.<br>c/o Drinker, Biddle & Reath, LLP<br>Attn:  Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 |
| Cryptonomos PTE, Ltd.<br>1 Magazine Road, #04-11<br>Central Mall<br>Singapore 059567 | Raritan<br>400 Cottontail Lane<br>Somerset, NJ  00873 |
| Cryptonomos PTE, Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore179803 | Gigwatt PTE, Ltd.<br>The Adelphi #08-07<br>Singapore 179803 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA  98813 | Schmitt Electric<br>1114 Walla Walla Avenue<br>Wenatchee, WA  98801 |

| | |
|---|---|
| FedEx Corporate Services, Inc.<br>As Assignee of FedEx Express/Ground/Freight<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN  38116-5017 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA  98816 |
| Gigwatt PTE, Ltd.<br>Attn:  Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore 059567 | Talos Construction, LLC<br>c/o Foster Pepper, PLLC<br>Attn:  Todd Reuter<br>618 W. Riverside Avenue, Ste. 300<br>Spokane, WA  99201-5102 |
| JDSA<br>PO Box 1688<br>Wenatchee, WA  98807 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH  03101 |
| Lighthouse (formerly Discovia)<br>250 Montgomery Street, Ste. 300<br>San Francisco, CA  94104 | US Customs<br>PO Box 979126<br>St. Louis, MO  63197-9001 |
| US Customs and Border Protection<br>Attn:  Revenue Div., Bankruptcy Team<br>6650 Telecom Drive, Ste. 100<br>Indianapolis, IN  46278-2010 | Wilson Sonsini<br>Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA  94304 |
| Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359 | |