| | |
|---|---|
| WESTERN WASHINGTON LAW GROUP PLLC | Hon. Frederick P. Corbit |
| DENNIS J. MCGLOTHIN (#28177) | |
| ROBERT J. CADRANELL (#41773) | |
| P.O. Box 468 | |
| Snohomish, WA 98291 | |
| Tel: 425/728-7296, ext. 4 | |
| docs@westwalaw.com | |
| robert@westwalaw.com | |

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II (*pro hac vice*)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Jun Dam*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No: 18-03197-FPC7 |
| | Chapter 7 |
| GIGA WATT, Inc., a Washington corporation, | **APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** |
| Debtor. | Appellate Case No: 21-cv-00291-SAB (E.D. Wash.) |

Pursuant to Fed. R. Bankr. P. 8009, Appellant Jun Dam on behalf of himself and all other similarly situated persons in the proposed Class hereby files this Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal to the United States District Court for the Eastern District of Washington on his appeal from the following order of the Bankruptcy Court:

- Memorandum Opinion and Order Regarding Stay and Motion for Order to Show Cause [ECF No. 921] entered in Bankruptcy proceeding no. 18-03197-

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 1

00179168

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 1 of 8

FPC7 by the Bankruptcy Court, the Hon. Frederick P. Corbit, on September 27, 2021.

I. STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erroneously held Class Complaint Counts I, II, and III belong to the estate and the automatic stay applies to them.

II. DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

A. Items from *Waldron v. Perkins Coie LLP*, Adversary Case No. 20-80031

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| 1 | 11/19/2020 | 6 | COMPLAINT. Filed by Pamela Marie Egan on behalf of Mark D. Waldron against all defendants (Re1 Complaint). (Attachments: # 1 Exhibit A) (Egan, Pamela) DEPUTY Clerk Note: Redacted Adversary Complaint. Modified on 11/19/2020 (CMR). (Entered: 11/19/2020) |

B. Items from *In re Giga Watt, Inc.*, Case No. 18-03197-FPC7

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| 1 | 06/15/2021 | 889 | MOTION For Contempt Against Jun Dam. Filed by Pamela Marie Egan on behalf of Mark Waldron. (Egan, Pamela) (Entered: 06/18/2021) |
| 2 | 06/18/2021 | 890 | MEMORANDUM signed by Pamela M. Egan (RE: Motion for Contempt889). Filed by Pamela Marie Egan on behalf of Mark Waldron (Egan, Pamela) (Entered: 06/18/2021) |
| 3 | 06/21/2021 | 891 | NOTICE of Motion and Time to Object. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion for Contempt889). (Egan, Pamela) (Entered: 06/21/2021) |
| 4 | 06/22/2021 | 892 | CERTIFICATE of Service to Limited Mailing List Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Notice of Motion and Time to Object891). (Egan, Pamela) (Entered: 06/22/2021) |
| 5 | 07/13/2021 | 893 | OBJECTION (RE: Motion for Contempt889). Filed by Ralph E Cromwell Jr on behalf of Perkins Coie LLP (Cromwell, Ralph) (Entered: 07/13/2021) |
| 6 | 07/14/2021 | 894 | MOTION to Extend Time to File Document: Objection to Trustee's Motion for Order to Show |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 2
Case No. 2:20-cv-00464

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 2 of 8

BLOOD HURST & O' REARDON, LLP

| | | | |
|---|---|---|---|
| | | | Cause re Jun Dam to July 22, 2021. (RE: MOTION For Contempt Against Jun Dam 889). Filed by Dennis J. McGlothin on behalf of Jun Dam. (Attachments: # 1 Proposed Form of Order) (McGlothin, Dennis). DEPUTY Clerk Note: Related transaction added to docket text. Modified on 7/15/2021 (NNU). (Entered: 07/14/2021) |
| 7 | 07/14/2021 | 895 | ORDER Uploaded. Filed by McGlothin, Dennis. (RE: 894 ) (Entered: 07/14/2021) |
| 8 | 07/15/2021 | 896 | ORDER Granting Motion to Extend Time to Serve and File an Objection to Trustee's Motion for Order to Show Cause re Jun Dam to July 22, 2021 (RE: 894). (NNU) (Entered: 07/15/2021) |
| 9 | 07/22/2021 | 900 | APPLICATION for Timothy G. Blood to Appear Pro Hac Vice. Filed by Dennis J. McGlothin on behalf of Jun Dam. (Attachments: # 1 Proposed Form of Order) (McGlothin, Dennis) (Entered: 07/22/2021) |
| 10 | 07/22/2021 | 901 | DECLARATION signed by Timothy G. Blood (RE: Application to Appear Pro Hac Vice900). Filed by Dennis J. McGlothin on behalf of Jun Dam (McGlothin, Dennis) (Entered: 07/22/2021) |
| 11 | 07/22/2021 | 902 | ORDER Uploaded. Filed by McGlothin, Dennis. (RE: 900 ) (Entered: 07/22/2021) |
| 12 | 07/22/2021 | 903 | OBJECTION (RE: Motion for Contempt889). Filed by Dennis J. McGlothin on behalf of Jun Dam (McGlothin, Dennis) (Entered: 07/22/2021) |
| 13 | 07/22/2021 | 904 | DECLARATION Supporting Jun Dam's Opposition to Motion for Order to Show Cause signed by Timothy G. Blood (RE: Motion for Contempt889, Objection 903). (Attachments: # 1 Exhibit 01 # 2 Exhibit 2 # 3 Exhibit 03 # 4 Exhibit 04 # 5 Exhibit 05 # 6 Exhibit 06 # 7 Exhibit 07 # 8 Exhibit 08 # 9 Exhibit 09 # 10 Exhibit 10) Filed by Dennis J. McGlothin on behalf of Jun Dam (McGlothin, Dennis). Modified on 7/23/2021 (NNU). (Entered: 07/22/2021) |
| 14 | 07/23/2021 | 905 | ORDER Granting Application to Appear Pro Hac Vice. Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Attorney Timothy G Blood for Jun Dam Plaintiff in Dam v. Perkins Coie, LLP, et al., Case No. 2:20-cv-00464-SAB is hereby admitted pro hac vice to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases and adversary proceedings. Counsel of record, Dennis McGlothin, shall sign all pleadings, motions, and other papers |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 3
Case No. 2:20-cv-00464

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 3 of 8

Blood Hurst & O' Reardon, LLP

| | | | | |
|---|---|---|---|---|
| | | | | prior to filing, and shall meaningfully participate in this case. SO ORDERED. Frederick P. Corbit, U.S. Bankruptcy Judge. TEXT-ONLY ENTRY; NO PDF DOCUMENT WILL BE ISSUED. RECEIPT Number 26SPNKM9, Fee Amount $200.00 (RE: 900) . (NNU) (Entered: 07/23/2021) |
| 15 | 07/29/2021 | 906 | | REPLY to J Dam's Objection to Trustee's Motion for Order to Show Cause signed by Pamela M. Egan (RE: Motion for Contempt889, Objection 903). Filed by Pamela Marie Egan on behalf of Mark Waldron (Egan, Pamela). Modified on 7/30/2021 (NNU). (Entered: 07/29/2021) |
| 16 | 08/03/2021 | 907 | | NOTICE of Appearance. Please take notice that Timothy G. Blood hereby enters an appearance in this case on behalf of Jun Dam, and requests that all papers and pleadings relevant to this action be directed to: Timothy G. Blood 501 West Broadway, Suite 1490 San Diego, CA 92101 tblood@bholaw.com 619-338-1100. Filed by Timothy G. Blood on behalf of Jun Dam (Blood, Timothy) (Entered: 08/03/2021) |
| 17 | 08/09/2021 | 908 | | NOTICE of Hearing. Hearing scheduled 8/17/2021 at 11:00 AM via Zoom with Judge Corbit. A Zoom link will be provided separately. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion for Contempt889). (Egan, Pamela) DEPUTY Clerk Note: Hearing information added to docket text. Modified on 8/10/2021 (NNU). (Entered: 08/09/2021) |
| 18 | 08/09/2021 | 909 | | CERTIFICATE of Service. I, Pamela M. Egan, certify under penalty of perjury that the following is true and correct. I am over the age of eighteen. On 8/9/2021, I filed the following document(s): Notice of Hearing [ECF 908]. The recipient(s) name, address and/or email: pam@dadkp.com, quentin@dadkp.com, tblood@bholaw.com, efile@bholaw.com, toreardon@bholaw.com, dboyd@hummerboyd.com, kvoelker@hummerboyd.com, sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com, rcastro@rcastrolaw.com, castro.ava@gmail.com, rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com, doupe@ryanlaw.com, doupear96329@notify.bestcase.com, Gary.W.Dyer@usdoj.gov, salishsealegal@outlook.com, SHenrie@williamskastner.Com, |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 4
Case No. 2:20-cv-00464

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 4 of 8

BLOOD HURST & O' REARDON, LLP

| | | | |
|---|---|---|---|
| | | | DLevitin@williamskastner.Com, dhofmann@williamskastner.com, kmejia@williamskastner.com, ghoog@pcslegal.com, danderson@pcslegal.com, dkazemba@overcastlaw.com, amber@overcastlaw.com, debbie@overcastlaw.com, kazembadr92395@notify.bestcase.com, jknox@williamskastner.com, rnelson@williamskastner.com, david@dadkp.com, amy@dadkp.com, bculee@atg.wa.gov, ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com, dennis@westwalaw.com, kathryn.mckinley@painehamblen.com, ads@painehamblen.com, John@Mundinglaw.com, Karen@mundinglaw.com, JOLeary@gravislaw.com, mhess@gravislaw.com, cblanco@gravislaw.com, dsmith@gravislaw.com, chansen@gravislaw.com, james.perkins@usdoj.gov, pharris@lasher.com, luksetich@lasher.com, vprollins@gmail.com, jtp@pyklawyers.com, mknight@pyklawyers.com, diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com, sakay@ryanlaw.com, docketing@ryanlaw.com, dscalia@lawdbs.com, paralegal@lawdbs.com, tara.schleicher@foster.com, kesarah.rhine@foster.com, dan.short@painehamblen.com, sheila.espinoza@painehamblen.com, USTP.REGION18.SP.ECF@usdoj.gov, trustee@mwaldronlaw.com, mark@mwaldronlaw.com. Registered ECF participants are served upon filing of the document(s) based on receipt of a Notice of Electronic Filing. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion for Contempt889, Notice of Hearing908). (Egan, Pamela) (Entered: 08/09/2021) |
| 19 | 08/17/2021 | 916 | MINUTE Entry. Trustee's Motion for Sanctions. HELD. The court heard argument of counsel and took the matter under advisement. Appearances: Pamela Egan, attorney for trustee Waldron; Mark Waldron, trustee; Ralph Cromwell and John Munding, attorneys for Perkins Coie et al; Timothy G. Blood and Thomas J. O'Reardon, attorneys for Jun Dam. (related document(s): 889 Motion for Contempt filed by Mark Waldron) (JKB) (Entered: 08/17/2021) |
| 20 | 08/30/2021 | 920 | VERBATIM Report/Transcript from hearing held on 08/17/2021. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 5
Case No. 2:20-cv-00464

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 5 of 8

| | | | |
|---|---|---|---|
| | | | GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/29/2021. Until that time the transcript may be viewed at the Bankruptcy Court. For information about how to contact the transcriber, call the Clerk's Office. (RE: related document(s) 916 MINUTE Entry. Trustee's Motion for Sanctions. HELD. The court heard argument of counsel and took the matter under advisement. Appearances: Pamela Egan, attorney for trustee Waldron; Mark Waldron, trustee; Ralph Cromwell and John Munding, attorneys for Perkins Coie et al; Timothy G. Blood and Thomas J. O'Reardon, attorneys for Jun Dam. (related document(s): 889 Motion for Contempt filed by Mark Waldron) (JKB)). Notice of Intent to Request Redaction Deadline Due By 9/7/2021. Redaction Request Due By 09/20/2021. Redacted Transcript Submission Due By 09/30/2021. Transcript access will be restricted through 11/29/2021. (Cozza, Gina) (Entered: 08/30/2021) |
| 21 | 09/27/2021 | 921 | MEMORANDUM Opinion and Order Regarding Stay and Motion for Order To Show Cause (RE: Motion for Contempt889). (NNU) (Entered: 09/27/2021) |
| 22 | 10/07/2021 | 922 | NOTICE of Appeal and Statement of Election to District Court. Fee Amount $298. Filed by Dennis J. McGlothin on behalf of Jun Dam (RE: 921 Memorandum Decision, Written Opinion). (Attachments: # 1 Exhibit A)(McGlothin, Dennis) (Entered: 10/07/2021) |

## III. TRANSCRIPTS OF PROCEEDINGS

Fed. R. Bankr. P. 8009(b)(1)(A) requires an appellant to order in writing from the reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal, and file a copy of the order with the bankruptcy clerk. The docket for this case indicates that a transcript of the August 17, 2021, hearing regarding the Trustee's Motion for Sanctions before this Court in *In re Giga Watt, Inc.*, Case No. 18-03197-FPC7 is already on file at ECF No. 920, as above. Appellant has obtained a copy of the transcript from Gina Cozza of Invisible Business Solutions, 518 East Nebraska, Spokane, WA

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 6
Case No. 2:20-cv-00464

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 6 of 8

99208:on October 21, 2021, and determined that the entire hearing is included in the said transcript.

DATED this _21st day of October, 2021

*/s/ Dennis J. McGlothin*
Dennis McGlothin, WSBA #28177
Attorney for Appellants

Name, address, and telephone number of attorney for appellants:

Dennis J. McGlothin, WSBA No. 28177
Robert J. Cadranell, WSBA No. 41773
WESTERN WASHINGTON LAW GROUP, PLLC
P.O. Box 468
Snohomish, WA 98291
Tel:    425-728-7296
Fax:    425-955-5300
Email: robert@westwalaw.com
        docs@westwalaw.com


Timothy G. Blood (*pro hac vice*)
Thomas J. O'Reardon II (*pro hac vice*)
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel:    619-338-1100
Fax:    619-338-1101
Email: tblood@bholaw.com
        toreardon@bholaw.com

*Attorneys for Appellants*

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 7
Case No. 2:20-cv-00464

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7   Doc 928   Filed 10/21/21   Entered 10/21/21 18:02:44   Pg 7 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on October 21, 2021.

By */s/ Dennis J. McGlothin*
DENNIS J. McGLOTHIN
*Attorney for Appellants*
P.O. Box 468
Snohomish, WA 98291
425-728-7296
Email: docs@westwalaw.com

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL - 8
Case No. 2:20-cv-00464

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00179168

18-03197-FPC7    Doc 928    Filed 10/21/21    Entered 10/21/21 18:02:44    Pg 8 of 8