UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC,<br><br>               Debtor. | Case No. 18-03197-FPC11<br><br>ORDER LIMITING NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE THEREOF |

This matter having come before the above-entitled court on the motion of William L. Hames and John W. O'Leary of Gravis Law, PLLC, to limit notice of their Motion to Withdraw as Counsel of Record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County, and the court finding that good cause exists to grant the relief requested, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the counsels' motion is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notice of William L. Hames, John W. O'Leary and Gravis Law, PLLC's Motion to Withdraw as Counsel of Record may be limited to:

    a)    Chapter 11 Trustee

ORDER LIMITING NOTICE OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD AND
NOTICE THEREOF - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 932    Filed 11/01/21    Entered 11/01/21 15:15:02    Pg 1 of 2

b) Office of the US Trustee

c) The Unsecured Creditor's Committee

d) All parties receiving ECF notice; and,

e) 20 largest creditors as listed on Debtor's schedules.

/ / / END OF ORDER / / /

Presented by:

GRAVIS LAW, PLLC
Attorneys for Creditor Chelan Douglas
Regional Port Authority, formerly the
Port of Douglas County

By: /s/ *John W. O'Leary*
   JOHN W. O'LEARY, WSBA #33004

ORDER LIMITING NOTICE OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD AND
NOTICE THEREOF - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 932    Filed 11/01/21    Entered 11/01/21 15:15:02    Pg 2 of 2