# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 18-03197-FPC11
)
GIGA WATT INC, ) ORDER GRANTING MOTION TO
) WITHDRAW
Debtor. )
)

THIS MATTER having come before the above-entitled court upon the Motion to Withdraw of William L. Hames and John W. O'Leary of Gravis Law, PLLC, as counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County (the "Motion"), and the court having found sufficient notice of the Motion has been given, and the court having considered the Motion and the other records and pleadings on file herein, and having found that good cause exists to grant the Motion, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the Motion is Granted.

ORDER GRANTING MOTION TO WITHDRAW - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 933    Filed 11/01/21    Entered 11/01/21 15:15:03    Pg 1 of 2

1  IT IS FURTHER ORDERED that William L. Hames, John W. O'Leary and Gravis Law, PLLC, are hereby withdrawn as counsel of record for creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County in this proceeding.

PRESENTED BY:

GRAVIS LAW, PLLC
Attorneys for creditor Chelan Douglas
Regional Port Authority, formerly the
Port of Douglas County

BY:  /s/ John W. O'Leary
     JOHN W. O'LEARY, WSBA #33004

ORDER GRANTING MOTION TO
WITHDRAW - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509)588-0431 / (866)419-9269 fax

18-03197-FPC7    Doc 933    Filed 11/01/21    Entered 11/01/21 15:15:03    Pg 2 of 2