# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>Debtor. | Case No: 18-03197 FPC 7<br><br>Hon. Frederick P. Corbit<br>Chapter 7<br><br>**ORDER GRANTING MOTION TO ADMIT ATTORNEY THOMAS J. O'RERDON II *PRO HAC VICE*** |

This matter came before the court on the Application of Thomas J. O'Reardon II for Leave to Appear *Pro Hac Vice* (the "Application"), submitted by local counsel Dennis McGlothin, Esq., seeking permission to appear and participate in the above-captioned matter. The Court having reviewed the Application, it is hereby:

ORDERED that the Application be GRANTED.

// END OF ORDER //

Presented by:

*s/ Dennis McGlothin*
Dennis McGlothin (WSBA No. 28177)
Western Washington Law Group PLLC

ORDER GRANTING MOTION TO ADMIT ATTORNEY
THOMAS J. O'REARDON II *PRO HAC VICE* - 1

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00184512

18-03197-FPC7    Doc 937-1    Filed 12/13/21    Entered 12/13/21 16:57:09    Pg 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on December 13, 2021.

                                            *s/ Dennis McGlothin*
                                            DENNIS J. McGLOTHIN

BLOOD HURST & O' REARDON, LLP

ORDER GRANTING MOTION TO ADMIT ATTORNEY
THOMAS J. O'REARDON II *PRO HAC VICE* - 2

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00184512

18-03197-FPC7    Doc 937-1    Filed 12/13/21    Entered 12/13/21 16:57:09    Pg 2 of 2