Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 2:18-bk-03197-FPC-C |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On April 1, 2022, I served a copy of the *Notice of Hearing and Time to Object re: Third Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (May 31, 2021-January 26, 2022),* ECF No. 941, on the persons listed on the Limited Notice List appended hereto (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, or (ii) via ECF registration as indicated in the appended Limited Notice List.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 1st day of April 2022 in Seattle, Washington.

By: /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

CERTIFICATE OF SERVICE – Page 1

| | | |
|---|---|---|
| BRENT WOODWARD, INC<br>14103 STEWART RD.<br>SUMNER WA<br>98390-9641 | ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN 4240 ARMY POST ROAD<br>DES MOINES IA<br>50321-9609 | EXECUTIVE FLIGHT, INC<br>CARNEY BADLEY SPELLMAN P.S. ATTN: SCOTT R. WEAVER<br>701 5TH AVENUE STE 3600<br>SEATTLE WA<br>98104-7010 |
| FEDEX CORPORATE SERVICES INC<br>AS ASSIGNEE OF FEDEX EXPRESS / GROUND / FREIGHT/ OFFICE 3965 AIRWAYS BLVD<br>MODULE G 3RD FLOOR<br>MEMPHIS TN<br>38116-5017 | LEXON INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC ATTN: LEE E. WOODARD<br>333 WEST WASHINGTON ST. SUITE 200<br>SYRACUSE NY<br>13202-5202 | MCVICKER, MOSS, ETL<br>MCVICKER, MOSS, BALESTRO, ET AL IN CLASS ACTION C/O LEVI & KORSINSKY LLP<br>1101 30TH STREET NORTHWEST SUITE 115 DC<br>20007-3740 |
| NEPPEL ELECTRICAL & CONTROLS, LLC<br>C/O RIES LAW FIRM ATTN: CHRISTOPHER F. RIES<br>PO BOX 2119<br>MOSES LAKE WA<br>98837-0519 | RARITAN, INC<br>C/O DRINKER BIDDLE & REATH LLP ATTN: FRANK VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ<br>07932-1096 | SCHMITT ELECTRIC, INC<br>1114 WALLA WALLA AVENUE<br>WENATCHEE WA<br>98801 |
| TALOS CONSTRUCTION LLC<br>C/O FOSTER PEPPER PLLC ATTN: TODD REUTER<br>618 W RIVERSIDE AVE SUITE 300<br>99201-5102 | WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL RD.<br>PALO ALTO CA<br>94304-1050 | |

# TOP TEN WTT TOKEN & MINERS
# SPECIAL NOTICE

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St #426
Spokane WA 99218

507 Capital LLC
PO Box 206
N Stonington CT 06359

Interflow LLC
5465 S. Dorchester
Chicago IL 60615

Winland Credit Partners LLC
PO Box 206
N. Stonington CT 06359

Quark LLC ATTN: Gary Le
4283 Express Lane, Ste. 3482-078
Sarasota FL 34249

JRD FUNDING LLC AttN Cesar Diaz
8137 Malchite Avenue, Ste E
Ranco Cucamunga CA 91730

CRAIG BEECH
KINGSWOOD GORSE AVENUE
LITTLEHAMPTON  BN16 1SG
UNITED KINGDOM

JUN DAM
237 Kearny #996
San Francisco CA 94108

SINH DU2
818 SW 3RD AVE #221-2313
PORTLAND OR 97204-2405

SCOTT GLASSCOCK
229 CRAFT ROAD
BRANDON FL 33511-7588

ANDREA SHARP
268 BUSH STREET #2520
SAN FRANCISCO CA 94104-3503

JOHN WINSLOW
5544 LAS VIRGENES ROAD #99
CALABASAS CA 91302-3446

From: ECFilings@waeb.uscourts.gov
To: cmecf@waeb.uscourts.gov
Subject: 18-03197-FPC7 Notice of Hearing
Date: Friday, April 1, 2022 2:42:35 PM

⚠ **EXTERNAL**

TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 4/1/2022 at 2:41 PM PDT and filed on 4/1/2022
**Case Name:** GIGA WATT INC
**Case Number:** 18-03197-FPC7
**Document Number:** 941

**Docket Text:**
NOTICE of Hearing. Filed by Pamela Marie Egan on behalf of Potomac Law Group PLLC (RE: Application for Award of Compensation[940]). The Hearing date is set for 5/3/2022 at 11:00 AM at (509) 353-3183 for Telephonic Conference with Judge Corbit. (Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 1. Notice of PLG Third Interim Fee Application FILE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=4/1/2022] [FileNumber=11326390-0
] [c4af16ad39e1c3527c22c6c32b148ce402fceab6f8b9b0e5a1a65e0472b78b3dc53
5e29efad27b56c8dc3ea90db51197128d98d77b819bc6cde2c16fa594f608]]

**18-03197-FPC7 Notice will be electronically mailed to:**

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood on behalf of Defendant Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Attorney Potomac Law Group PLLC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Mark D. Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Pamela M Eagan
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@corrdowns.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Dennis J. McGlothin on behalf of Creditor Jun Dam
docs@westwalaw.com

Dennis J. McGlothin on behalf of Defendant Jun Dam
docs@westwalaw.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

**18-03197-FPC7 Notice will not be electronically mailed to:**

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Paul A Baum
,

Timothy G Blood on behalf of Creditor Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101

Timothy G Blood on behalf of Defendant Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490

San Diego, CA 92101

Executive Flight, Inc.
,

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St
#426
Spokane, WA 99218

Thomas J. O'Reardon, II on behalf of Creditor Jun Dam
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359