Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>　　　　　　　　　Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF ERRATA RE THIRD INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (MAY 31, 2022-JANUARY 26, 2022)**<br><br><u>**Telephonic Hearing Date:**</u><br>Date: May 3, 2022<br>Time: 11:00 a.m.<br>Call-In: (509) 353-3183 |

**PLEASE TAKE NOTICE** that the *Third Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (May 31, 2021 – January 26, 2021)* (the "PLG Fee Application"), filed on April 1, 2022, ECF 940, contains the following errors with respect to Accrued Unpaid Administrative Fees listed in the Narrative Statement, Section II.C.3, pp. 8-9 (pp. 18-19 of the entire PLG Fee Application).

　　　The total of Accrued Unpaid Administrative Fees is incorrect for two reasons: (1) the total was miscalculated; and (2) the accountants fees were overstated.

NOTICE OF ERRATA  - Page 1

The following table shows the corrections:

| Expense Description | Amount in PLG Fee Application | Correct Amount |
|---|---|---|
| Deposition Costs incurred in Perkins Adversary – Perkins has agreed to pay $843.75 of these costs, representing ½ the cost of having an interpreter | $5,350.75 | $5,350.75 |
| Accountants' Fees | $14,000.00 | $5,208.75 |
| Attorneys' Fees accrued after Application Period | $3,00000 | $3,000.00 |
| Total | [$22,350.75][1] | $13,559.50 |

Dated: April 5, 2022

POTOMAC LAW GROUP PLLC

By:     /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

---

[1] The PLG Fee Application incorrectly stated $22,530.00.

NOTICE OF ERRATA - Page 2