WESTERN WASHINGTON LAW
   GROUP PLLC
Dennis McGlothin (WSBA No. 28177)
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296
425/955-5300 (fax)
Dennis@westwalaw.com

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (*admitted pro hac vice*)
Leslie E. Hurst (CA178432)
(*Applicant for pro hac vice admission*)
Thomas J. O'Reardon II (*admitted pro hac vice*)
Paula R. Brown (CA 254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Jun Dam and the Class in Dam v. Perkins Coie, LLP, et al., Case No. 2:20-cv-00464-SAB (E.D. Wash.)*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No: 18-03197 FPC 7 |
|---|---|
| GIGA WATT, INC., a Washington corporation, | Hon. Frederick P. Corbit<br>Chapter 7 |
| Debtor. | Adv. Proc. 21-80053 |
| | **MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* UNDER LOCAL CIVIL RULE 83.2(c)(3)** |
| | **[No Hearing Requested]** |

Attorney Leslie E. Hurst, a member of Blood, Hurst & O'Reardon, LLP, respectfully moves this Court under Eastern District of Washington LBR 9010-1 and Eastern District L. Civ. R. 83.2(c) for an order granting the *pro hac vice* admission of Leslie E. Hurst ("Applicant").

**Local Civil Rule 83.2(c)(3) Compliance**

Movant and Applicant submit the following information as required by Eastern District L. Civ. R. 8.2(c)(3). The information is confirmed and attested to in the accompanying Declaration of Leslie E. Hurst.

**A.  Applicant's address and telephone number**

> Blood Hurst & O'Reardon, LLP
> 501 West Broadway, Suite 1490
> San Diego, CA 92101
> Tel: (619) 338-1100

**B.  Dates of admission to practice before other courts**

- California Supreme Court (12/6/1995)
- United States District Courts for the S.D. California (10/25/1996), C.D. California (10/25/1996), N.D. California (11/11/1996), E.D. California (5/08/2014)
- United States Appellate Courts for the Second (10/20/17), Sixth (1/06/2015), Seventh (8/29/2019); Eighth (11/19/2017), and Ninth (10/31/2011) Circuits

**C.  Name, address and telephone number of admitted counsel with whom the Applicant will be associated**

> Dennis McGlothin (WSBA No. 28177)
> Western Washington Law Group PLLC
> P.O. Box 468
> Snohomish, WA 98291
> Tel: 425/728-7296
> 425/955-5300 (fax)
> Dennis@westwalaw.com

MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* - 2

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00189430

18-03197-FPC7    Doc 944    Filed 04/12/22    Entered 04/12/22 15:42:32    Pg 2 of 4

### D. Necessity for appearance by Applicant

Ms. Hurst is a member of Blood Hurst & O'Reardon, LLP and specializes in class action litigation and appeals in state and federal courts. Ms. Hurst will be primarily responsible for the two appeals arising from this action, 2:21-cv-00291-SAB and 2:22-cv-00040-SAB, Adversary Proceeding 21-80053. Ms. Hurst was informed and believes that to represent and appear in the appeals from the bankruptcy proceedings requires her admission *pro hac vice* in the bankruptcy proceeding.

### E. Disciplinary actions or sanctions

Ms. Hurst has no pending disciplinary sanction or actions and has never been subject to disciplinary sanctions by any court or Bar Association.

### Conclusion

WHEREFORE, Applicant and Movant respectfully request that the Court enter an Order:

1. Granting the Application in its entirety;

2. Allowing Applicant Leslie E. Hurst to participate in this case on a *pro hac vice* basis; and

3. Granting any further relief the Court deems to be appropriate and just.

Respectfully submitted on April 11, 2022.

*s/ Dennis McGlothin*
Dennis McGlothin (WSBA No. 28177)
Western Washington Law Group PLLC
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296
425/955-5300 (fax)
Dennis@westwalaw.com

**Attorneys for Jun Dam and the Class in Dam v. Perkins Coie, LLP, et al., Case No. 2:20-cv-00464-SAB (E.D. Wash.)**

MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* - 3

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on April 11, 2022.

*s/ Dennis McGlothin*
DENNIS J. McGLOTHIN

MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* - 4

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00189430

18-03197-FPC7    Doc 944    Filed 04/12/22    Entered 04/12/22 15:42:32    Pg 4 of 4