# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No: 18-03197 FPC 7 |
| GIGA WATT, INC., a Washington corporation, | Hon. Frederick P. Corbit<br>Chapter 7 |
| Debtor. | Adv. Proc. 21-80053 |
| | **ORDER GRANTING MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE*** |

This matter came before the court on the Application of Leslie E. Hurst for Leave to Appear *Pro Hac Vice* (the "Application"), submitted by local counsel Dennis McGlothin, Esq., seeking permission to appear and participate in the above-captioned matter. The Court having reviewed the Application, it is hereby:

ORDERED that the Application be GRANTED.

// END OF ORDER //

Presented by:

*s/ Dennis McGlothin*
Dennis McGlothin (WSBA No. 28177)
Western Washington Law Group PLLC

ORDER GRANTING MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* - 1

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on April 11, 2022.

*s/ Dennis McGlothin*
DENNIS J. McGLOTHIN

ORDER GRANTING MOTION TO ADMIT ATTORNEY LESLIE E. HURST *PRO HAC VICE* - 2

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00189432

18-03197-FPC7    Doc 944-1    Filed 04/12/22    Entered 04/12/22 15:42:32    Pg 2 of 2

BLOOD HURST & O'REARDON, LLP