BLOOD HURST & O' REARDON, LLP

1  WESTERN WASHINGTON LAW
   GROUP PLLC
2  Dennis McGlothin (WSBA No. 28177)
   P.O. Box 468
3  Snohomish, WA 98291
   Tel: 425/728-7296
4  425/955-5300 (fax)
   Dennis@westwalaw.com

5  BLOOD HURST & O'REARDON, LLP
   Timothy G. Blood (*admitted pro hac vice*)
6  Leslie E. Hurst (CA178432)
   (*Applicant for pro hac vice admission*)
7  Thomas J. O'Reardon II (*admitted pro hac vice*)
   Paula R. Brown (CA 254142)
8  501 West Broadway, Suite 1490
   San Diego, CA 92101
9  Tel: 619/338-1100
   619/338-1101 (fax)
10 tblood@bholaw.com
   lhurst@bholaw.com
11 toreardon@bholaw.com
   pbrown@bholaw.com

12 *Attorneys for Jun Dam and the Class in*
   *Dam v. Perkins Coie, LLP, et al.,*
13 *Case No. 2:20-cv-00464-SAB (E.D. Wash.)*

14 **UNITED STATES BANKRUPTCY COURT**

15 **EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| 16 In re: | Case No: 18-03197 FPC 7 |
| 17 GIGA WATT, INC., a Washington corporation, | Hon. Frederick P. Corbit Chapter 7 |
| 18 Debtor. | Adv. Proc. 21-80053 |
| 19 | **DECLARATION OF LESLIE E. HURST IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*** |
| 20 | |
| 21 | **[No Hearing Requested]** |

22

23

24

25

DECLARATION OF LESLIE E. HURST IN SUPPORT OF
MOTION TO ADMIT *PRO HAC VICE* - 1

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00189431

I, Leslie E. Hurst, under penalty of perjury, declare the following statements to be true and correct, based on my personal knowledge and information:

1.      I am a member of Blood Hurst & O'Reardon, LLP, and one of the attorneys of record for Jun Dam, creditor in the bankruptcy proceeding and defendant in an adversary action.

2.      I make this declaration in support of the motion for my admission to practice *pro hac vice* before this Court for the limited purpose of this litigation.

**A.      Applicant's address and telephone number**

Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 338-1100

**B.      Dates of admission to practice before other courts**

I am admitted to practice in the following courts:

- California Supreme Court (12/6/1995)

- United States District Courts for the S.D. California (10/25/1996), C.D. California (10/25/1996), N.D. California (11/11/1996), E.D. California (5/08/2014)

- United States Appellate Courts for the Second (10/20/17), Sixth (1/06/2015), Seventh (8/29/2019); Eighth (11/19/2017), and Ninth (10/31/2011) Circuits

**C.      Name, address and telephone number of associated admitted counsel**

Dennis McGlothin (WSBA No. 28177)
Western Washington Law Group PLLC
P.O. Box 468
Snohomish, WA  98291
Tel: 425/728-7296

BLOOD HURST & O' REARDON, LLP

DECLARATION OF LESLIE E. HURST IN SUPPORT OF
MOTION TO ADMIT *PRO HAC VICE* - 2

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00189431

425/955-5300 (fax)
Dennis@westwalaw.com

**D.    Necessity for appearance by applicant**

I am a member of Blood Hurst & O'Reardon, LLP and specialize in class action litigation. I will be primarily responsible for two of the appeals arising from this action, 2:21-cv-00291-SAB and 2:22-cv-00040-SAB, Adversary Proceeding 21-80053. I am informed and believe that to represent and appear in the appeals from the bankruptcy proceedings requires my admission *pro hac vice* in the bankruptcy proceeding.

**E.    Disciplinary actions or sanctions**

I have no pending disciplinary sanction or actions and have never been subject to disciplinary sanctions by any court or Bar Association.

I declare under penalty of perjury under the laws of the United States of America and the state of Washington, that the foregoing is true and correct.

Respectfully submitted on April 11, 2022.

*s/ Leslie E. Hurst*
Leslie E. Hurst (CA 178432)
*Applicant for pro hac vice admission*
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 338-1100
lhurst@bholaw.com

BLOOD HURST & O' REARDON, LLP

00189431

DECLARATION OF LESLIE E. HURST IN SUPPORT OF
MOTION TO ADMIT *PRO HAC VICE* - 3

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

**CERTIFICATE OF SERVICE**

1

2    I hereby certify that on April 11, 2022, I electronically filed the foregoing

3    with the Clerk of the Court using the CM/ECF System, which will in turn

4    automatically generate a Notice of Electronic Filing (NEF) to all parties in the

5    case who are registered users of the CM/ECF System. The NEF for the foregoing

6    specifically identifies recipients of electronic notice.

7    Executed on April 11, 2022.

8

9                                                    *s/ Dennis McGlothin*

10                                                   DENNIS J. McGLOTHIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BLOOD HURST & O' REARDON, LLP

00189431

DECLARATION OF LESLIE E. HURST IN SUPPORT OF
MOTION TO ADMIT *PRO HAC VICE* - 4

**Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296