Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Ch. 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | Chapter 7 |
| Debtor. | **NOTICE OF (I) TRUSTEE'S MOTION FOR AUTHORITY TO INCUR AND PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY AND (II) HEARING THEREON** |
| | <u>**Telephonic Hearing**</u><br>Date: May 3, 2022<br>Time: 10:30 a.m. PT<br>Telephone: (509) 353-3183 |

**PLEASE TAKE NOTICE THAT** Mark D. Waldron, as Trustee ("<u>Trustee</u>") has filed the *Trustee's Motion for Authority to Incur and Pay Expenses Incident to Discovery in Perkins Adversary* (the "<u>Motion</u>"), dated April 20, 2022, ECF 946. The Motion and supporting papers may be obtained from the Court's clerk. A telephonic hearing (the "<u>Telephonic Hearing</u>") will be held on the Motion on May 3, 2022, at 10:30 a.m., Pacific Time. The call-in information is set forth in the caption of this Notice. Pursuant to the Court's oral ruling on April 20,

Notice of (i) Trustee's Mot. for Auth, to Incur
Discovery Exp. in Perkins Adversary, etc. - Page 1

2022, if you wish to object to the Motion, you must file an **Objection** with the Court and serve it upon undersigned counsel on or before **April 29, 2022**. The Telephonic Hearing will be held even if no objection is timely filed and served. However, untimely objections may not be considered without the Court's permission.

By the Motion the Trustee is seeking authority to incur and pay the following expenses incident to discovery in the Perkins Adversary:

|  | Comments | Subtotal | Total |
|---|---|---|---|
| **Incurred Deposition Expense – Timur Usmanov** | Transcript: | $1,925.75 | |
| | Video: | $1,737.50 | |
| | One half the cost of the interpreter; Perkins Coie LLP ("Perkins") has agreed to pay the other half. | $843.75 | **$4,507.00** |
| **Anticipated Deposition Expenses** | **1**. Timur Usmanov (cont'd) – Giga Watt CFO from 1/1/2017 to 8/15/2017 (circa) | $1,000.00 | |
| | **2**. David Carlson, Giga Watt's CEO from 1/1/2017 to 8/15/2017 (circa) | $2,500.00 | |
| | **3**. Mike Olmstead, a governor of Giga Watt who worked in the accounting department | $2,500.00 | |
| | **4**. Jeff Field – actively involved in construction of new facilities for WTT tokens | $2,500.00 | |
| | **5**. Travis Hibbard, principal of LT Equities LLC and Talos Construction, Inc. – who built the Giga Pods. | $2,500.00 | |
| | **6**. Katrina Arden – attorney for Giga Watt, Inc. before and during GW ICO (introduced the escrow concept to the GW ICO) | $2,500.00 | |

| | Comments | Subtotal | Total |
|---|---|---|---|
| | 7. Lowell Ness – attorney at Perkins Coie overseeing escrow | $2,500.00 | $16,000.00 |
| E-Disc. Processing | Lighthouse, extraction, and processing as described in Section III hereof | $9,600.00 | $9,600.00 |
| Misc. | Circle, Intuit, and LT Equities, reasonable subpoena expense | $2,000.00 | $2,000.00 |
| | | | $32,107.00 |

Dated: April 22, 2022

POTOMAC LAW GROUP PLLC

By:    */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Notice of (i) Trustee's Mot. for Auth, to Incur Discovery Exp. in Perkins Adversary, etc. - Page 3