Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 2:18-bk-03197-FPC-C |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On April 22, 2022, I served a copy of the *Notice of (i) Trustee's Motion for Authority to Incur and Pay Expenses Incident to Discovery in Perkins Adversary and (ii) Hearing Thereon,* April 22, 2022, ECF No. 948, on the persons listed on the Limited Notice List appended hereto (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, or (ii) via ECF registration as indicated in the appended Limited Notice List.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 22nd day of April 2022 in Seattle, Washington.

By: /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

CERTIFICATE OF SERVICE – Page 1

BRENT WOODWARD, INC
14103 STEWART RD.
SUMNER WA
98390-9641

ELECTRICAL POWER
PRODUCTS INC
ATTN MARY GILMAN 4240
ARMY POST ROAD
DES MOINES IA
50321-9609

EXECUTIVE FLIGHT, INC
CARNEY BADLEY
SPELLMAN P.S. ATTN:
SCOTT R. WEAVER
701 5TH AVENUE STE 3600
SEATTLE WA
98104-7010

FEDEX CORPORATE
SERVICES INC
AS ASSIGNEE OF FEDEX
EXPRESS / GROUND /
FREIGHT/ OFFICE 3965
AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS TN
38116-5017

LEXON INSURANCE
COMPANY
C/O HARRIS BEACH PLLC
ATTN: LEE E. WOODARD
333 WEST WASHINGTON
ST. SUITE 200
SYRACUSE NY
13202-5202

MCVICKER, MOSS, ETL
MCVICKER, MOSS,
BALESTRO, ET AL IN
CLASS ACTION C/O LEVI
& KORSINSKY LLP
1101 30TH STREET
NORTHWEST SUITE
115 DC
20007-3740

NEPPEL ELECTRICAL &
CONTROLS, LLC
C/O RIES LAW FIRM
ATTN: CHRISTOPHER F.
RIES
PO BOX 2119
MOSES LAKE WA
98837-0519

RARITAN, INC
C/O DRINKER BIDDLE &
REATH LLP ATTN: FRANK
VELOCCI
600 CAMPUS DRIVE
FLORHAM PARK NJ
07932-1096

SCHMITT ELECTRIC, INC
1114 WALLA WALLA
AVENUE
WENATCHEE WA
98801

TALOS CONSTRUCTION
LLC
C/O FOSTER PEPPER
PLLC ATTN: TODD
REUTER
618 W RIVERSIDE AVE
SUITE 300
99201-5102

WILSON SONSINI
GOODRICH & ROSATI
650 PAGE MILL RD.
PALO ALTO CA
94304-1050

# TOP TEN WTT TOKEN & MINERS
# SPECIAL NOTICE

Non-Profit Creditors'
Committee of WTT Token
Holders and Miners
12128 N Division St #426
Spokane WA 99218

507 Capital LLC
PO Box 206
N Stonington CT 06359

Interflow LLC
5465 S. Dorchester
Chicago IL 60615

Winland Credit Partners LLC
PO Box 206
N. Stonington CT 06359

Quark LLC ATTN: Gary Le
4283 Express Lane, Ste.
3482-078
Sarasota FL 34249

JRD FUNDING LLC AttN
Cesar Diaz
8137 Malchite Avenue, Ste E
Ranco Cucamunga CA
91730

CRAIG BEECH
KINGSWOOD GORSE
AVENUE
LITTLEHAMPTON  BN16
1SG
UNITED KINGDOM

JUN DAM
237 Kearny #996
San Francisco CA 94108

SINH DU2
818 SW 3RD AVE #221-
2313
PORTLAND OR 97204-2405

SCOTT GLASSCOCK
229 CRAFT ROAD
BRANDON FL 33511-7588

ANDREA SHARP
268 BUSH STREET #2520
SAN FRANCISCO CA
94104-3503

JOHN WINSLOW
5544 LAS VIRGENES
ROAD #99
CALABASAS CA 91302-
3446

| From: | ECFilings@waeb.uscourts.gov |
|---|---|
| To: | cmecf@waeb.uscourts.gov |
| Subject: | 18-03197-FPC7 Notice of Motion and Time to Object |
| Date: | Friday, April 22, 2022 6:26:22 PM |

⚠ **EXTERNAL**

TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 4/22/2022 at 6:25 PM PDT and filed on 4/22/2022
**Case Name:** GIGA WATT INC
**Case Number:** 18-03197-FPC7
**Document Number:** 948

**Docket Text:**
NOTICE of Motion and Time to Object. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion to Authorize Payments[946]). (Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of (i) Motion to Shorten Time on Motion to Incur Discovery Expenses and (ii) Motion to Incur Discovery Expenses.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=4/22/2022] [FileNumber=11337501-0] [d1232aeb694e4ff92c88fa1f03028149eac691a2e6e4092d0de47679a121aecb05 e4ba4e47908c9af40d7f411cee6313ea312050f3d13274d12ac7678d63541d]]

**18-03197-FPC7 Notice will be electronically mailed to:**

Quentin D Batjer on behalf of Creditor Port of Douglas County
pam@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood on behalf of Defendant Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Attorney Potomac Law Group PLLC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Mark D. Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Pamela M Eagan
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@corrdowns.com, danderson@pcslegal.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, lauren@pyklawyers.com,eboudreau@pyklawyers.com,ncross@pyklawyers.com

Dennis J. McGlothin on behalf of Creditor Jun Dam
docs@westwalaw.com

Dennis J. McGlothin on behalf of Defendant Jun Dam
docs@westwalaw.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD
kathryn.mckinley@painehamblen.com, ads@painehamblen.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jpiskel@pyklawyers.com, rbrooke@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

**18-03197-FPC7 Notice will not be electronically mailed to:**

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Paul A Baum
,

Timothy G Blood on behalf of Creditor Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101

Timothy G Blood on behalf of Defendant Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490

San Diego, CA 92101

Executive Flight, Inc.
,

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St
#426
Spokane, WA 99218

Thomas J. O'Reardon, II on behalf of Creditor Jun Dam
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359