Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation,<br>Debtor. | The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF HEARING AND TIME TO OBJECT RE FOURTH INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (JANUARY 27, 2022 – MAY 26, 2022)**<br><br><u>**Telephonic Hearing Date:**</u><br>Date: September 20, 2022<br>Time: 11:00 a.m.<br>Call-In: (509) 353-3183 |

**PLEASE TAKE NOTICE** that the Potomac Law Group, PLLC ("<u>PLG</u>" or "<u>Applicant</u>") has filed its *Fourth Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (January 27, 2022 – May 26, 2022)* (the "<u>PLG Fee Application</u>"). Applicant is counsel to Mark D. Waldron in his capacity as the Chapter 7 Trustee in the above-captioned case. The Court approved Applicant's employment as counsel to the Chapter 7 Trustee on October 27, 2020, ECF No. 785. Applicant is seeking compensation in the amount of $65,320 for work performed and $31.71 in expense reimbursement for the period January 27, 2022 to May 26, 2022, for a total of $65,351.71.

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fourth Interim Fee Application- P a g e | **1**

Previously awarded fees and expenses:

|  |  | Applied For | Awarded |
|---|---|---|---|
| **Prior Application #1** | Date: | 3/10/2021 | 4/14/2021 |
|  | Compensation: | $30,040.00 | $30,040.00 |
|  | Expenses: | $0 | $0 |
| **Prior Application #2** | Date: | 7/16/2021 | 8/20/2021 |
|  | Compensation: | $42,680.00 | $42,680.00 |
|  | Expenses: | $0 | $0 |
| **Prior Application #3** | Date: | 4/1/2022 | 05/03/2022 |
|  | Compensation: | $65,360 | $65,360 |
|  | Expenses: | $350 | $350 |

No other compensation or reimbursement has previously been received or allowed. The basis for the compensation is 11 U.S.C. §§ 327, 330 and 331. The PLG Fee Application is available from the Court. **A telephonic hearing is set for September 20, 2022 at 11:00 a.m. PT, telephone number (509) 353-3183** (the "<u>Hearing</u>"). If you wish to object to the PLG Fee Application, you must timely (1) file an objection with the U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Avenue Suite 304, Spokane, WA 99201 and (2) serve the objection upon undersigned counsel. **The deadline to file an objection is September 15, 2022.** The Court may strike the Hearing and/or enter an Order without further notice unless a written objection is timely served and filed.

Dated: August 22, 2022

POTOMAC LAW GROUP PLLC

By:    /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fourth Interim Fee Application- P a g e | 2