**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

In re:                                                              )
                                                                        )        Case No.
                                                                        )
                                                                        )        **ORDER AWARDING COMPENSATION**
                                                                        )        **FOR SERVICES RENDERED AND**
                                                                        )        **REIMBURSEMENT OF EXPENSES**
                                                                        )        **PURSUANT TO 11 U.S.C. §330 or §331,**
                                                                        )        **AND APPROVING THE PAYMENT OF**
                                                                        )        **BANK FEES**
                                                                        )
_____ Debtor(s)     )

THIS MATTER HAVING come before the Court on the # _____ (☐ interim ☐ final) application of _____ dated _____, docket # _____, notice docket # _____ and certificate of service docket # _____, for an order allowing compensation for services rendered and reimbursement of expenses in the above entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC §330 or §331, and approved as bank fees pursuant to §363 and §503(b), to the above-named applicant and are authorized to be disbursed or transferred from funds of the above entitled estate, subject to the availability of funds and the provision of any confirmed plan. *

| | |
|---|---|
| Compensation in the amount | $ _____ |
| Reimbursement in the amount of | $ _____ |
| Bank fees | $ _____ |
| **TOTAL** | $ _____ |

* If for first application, includes compensation earned pre-petition and filing fees and other costs incurred pre-petition.

ORDER AWARDING COMPENSATION  - 1

LF 2016D (6/15)

Summary of all prior awards and approvals on previous applications:

    Compensation     $ _____
    Reimbursement     $ _____
    Bank fees     $ _____
    Total     $ _____

Disbursement information for this award:

    Received directly from debtor by application
        (if for first application)     $ _____
    To be paid by transfer from attorney trust account:   $ _____
    To be paid by trustee     $ _____
    Total     $ _____

                ///End of Order///

Presented by:

_____
(Signature/address/phone)

Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98119
(415) 297-0132