# EXHIBIT 2

18-03197-FPC7 Doc 967-2 Filed 12/13/22 Entered 12/13/22 21:48:20 Pg 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUN DAM,<br><br>      Appellant,<br><br>      v.<br><br>MARK D. WALDRON, Chapter 7 Trustee,<br><br>      Appellee. | No. 2:21-CV-00291-SAB<br><br>**ORDER CANCELLING STATUS CONFERENCE; STRIKING MOTIONS; STAYING CASE** |

      The parties in this case are pursuing mediation with the Honorable Benjamin P. Hursh in the related case of *Waldron v. Perkins*, Adv. Proc. No. 20-80031. Thus, the Court strikes the pending motions and stays the above-captioned matter pending mediation before Judge Hursh.

//
//
//
//
//
//
//
//
//

Exhibit 2, Page 1 of 2

**ORDER CANCELLING STATUS CONFERENCE; STRIKING MOTIONS; STAYING CASE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The status conference set for August 2, 2022 is **STRICKEN**.

2. The parties' pending motions, ECF Nos. 24, 43, 48, 49, are **STRICKEN** with leave to renew.

3. The above-captioned matter is **STAYED**.

4. On or before **October 31, 2022**, the parties **shall** file a status report, updating the Court on the status of mediation.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 1st day of August 2022.



Stanley A. Bastian
Chief United States District Judge

Exhibit 2, Page 2 of 2

**ORDER CANCELLING STATUS CONFERENCE; STRIKING MOTIONS; STAYING CASE # 2**