Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 11 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **TRUSTEE'S MOTION TO FIND THE PERKINS GROUP IN CONTEMPT AND TO IMPOSE SANCTIONS; NOTICE THEREON** |

Mark D. Waldron, the duly appointed Chapter 7 Trustee ("Trustee") in the above-captioned case, hereby moves for an Order imposing civil contempt sanctions against Perkins Coie LLP, Lowell Ness (collectively, "Perkins"), Byrnes Keller Cromwell LLP, Ralph E. Cromwell, Jr., and Joffrey McWilliam (together with Perkins, "Perkins Group"). This Motion is supported by the Memorandum of

TRUSTEE'S MOTION TO FIND
THE PERKINS GROUP IN CONTEMPT
AND TO IMPOSE SANCTIONS

Points and Authorities, Request for Judicial Notice ("RJN"), and Declaration of Pamela M. Egan ("Egan Decl."), filed herewith.

## NOTICE

**If you wish to object to the foregoing Motion, an objection must be filed and served upon undersigned counsel by January 3, 2023**. If no objection is received, then the Court may enter an Order without actual hearing or further notice unless a written objections is timely served and filed.

WHEREFORE, the Trustee requests an Order:

1. Finding that the Perkins Group is in contempt;

2. Sanctioning the Perkins Group by requiring Perkins Coie LLP, Lowell Ness, Brynes Keller Cromwell LLP, Ralph E. Cromwell, Jr., and Joffrey McWilliam, jointly and severally, to pay to the estate $1,000 per day from the date they filed the Third-Party Complaint (December 7, 2022) to the date the Third-Party Complaint is dismissed with prejudice; and

3. Granting such other and further relief as the Court deems equitable and just.

Dated: December 13, 2022          POTOMAC LAW GROUP PLLC

By:     s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

TRUSTEE'S MOTION TO FIND
THE PERKINS GROUP IN CONTEMPT
AND TO IMPOSE SANCTIONS