SCOTT R SMITH WSBA #14159
PAINE HAMBLEN LLP
717 West Sprague Avenue Suite 1200
Spokane WA 99201
T (509) 455-6000
F (509) 357-2298
srs@painehamblen.com

Attorneys for Creditor Douglas County PUD

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-03197-FPC11 |
| **GIGA WATT INC, a Washington corporation,** | CHAPTER 11 |
| Debtor. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO: Clerk of the above – entitled Court;

AND TO: All parties and their attorneys of record:

PLEASE TAKE NOTICE THAT Kathryn R. McKinley, hereby withdraws as counsel of record for the above-named Creditor, Douglas County PUD, and consents to the substitution of Scott R. Smith as the new attorney of record for Creditor, Douglas County PUD. All future pleadings, papers and correspondence shall be served on said attorney at the following address:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 357-2298

18-03197-FPC7    Doc 975    Filed 12/28/22    Entered 12/28/22 09:29:16    Pg 1 of 2

Scott R. Smith, WSBA #14159
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
srs@painehamblen.com

This Notice of Withdrawal and Substitution of Counsel shall be effective immediately.

DATED this 28th day of December, 2022.

| PAINE HAMBLEN LLP | PAINE HAMBLEN LLP |
|---|---|
| By:/s/ *Kathryn R. McKinley* <br> Kathryn R. McKinley, WSBA #25105 <br> Paine Hamblen LLP <br> 717 W. Sprague Ave., Ste. 1200 <br> Spokane, Washington 99201-3505 <br> kathryn.mckinley@painehamblen.com | By:/s/ *Scott R. Smith* <br> Scott R. Smith, WSBA #14159 <br> Paine Hamblen LLP <br> 717 W. Sprague Ave., Ste. 1200 <br> Spokane, Washington 99201-3505 <br> srs@painehamblen.com |
| **Withdrawing Attorney for Douglas County PUD** | **Substituting Attorney for Douglas County PUD** |

I:\Spodocs\42020\00001\PLEAD\02230979.DOCX

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000
FAX (509) 357-2298

18-03197-FPC7    Doc 975    Filed 12/28/22    Entered 12/28/22 09:29:16    Pg 2 of 2