Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, as Ch. 7 Trustee,*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 11 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | CERTIFICATE OF SERVICE |

I, Pamela M. Egan, certify that I am more than 18 years of age and not a party to the above-captioned main case or adversary proceeding. I further certify that service of the following documents filed in the above-captioned case

- Trustee's Motion to Find the Perkins Group in Contempt and to Impose Sanctions; Notice Thereon, ECF No. 970

- Memorandum of Points and Authorities in Support of Trustee's Motion to Find the Perkins Group In Contempt and to Impose Sanctions, ECF No. 971

- Trustee's Request for Judicial Notice in Support of Trustee's Motion to Find the Perkins Group in Contempt and to Impose Sanctions, ECF No. 972

- Declaration of Pamela M. Egan in Support of Trustee's Motion to Find the Perkins Group in Contempt and to Impose Sanctions, ECF No. 973

CERTIFICATE OF SERVICE – Page 1

- Amended Declaration of Pamela M. Egan in Support of Trustee's Motion to Find the Perkins Group in Contempt and to Impose Sanctions, ECF No. 974

- Trustee's Reply To Objection / Opposition Of "Perkins Group" To Motion for Contempt and Sanctions, ECF No. 979

- Trustee's Motion to Strike Declaration of Armand J. Kornfeld Re Objection / Opposition Of "Perkins Group" to Motion for Contempt and Sanctions, ECF No. 980

was made on January 11, 2023 by First Class United States Postal Service mail, postage fully pre-paid in sealed envelopes at the addresses listed below:

| | |
|---|---|
| Registered Agent for Byrnes Keller LLP<br>Bradley S. Keller<br>1000 Second Ave., 38th Fl.<br>Seattle, WA 98104 | Ralph E. Cromwell, Jr.<br>Byrnes Keller LLP<br>1000 Second Ave., 38th Fl.<br>Seattle, WA 98104 |
| Joffrey McWilliam<br>Byrnes Keller LLP<br>1000 Second Ave., 38th Fl.<br>Seattle, WA 98104 | Registered Agent for Perkins Coie LLP<br>Lawco of Washington, Inc.<br>1201 Third Ave., Suite 4900<br>Seattle, WA 98101-3095 |
| Lowell Ness, Esq.<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed this 11th day of January 2023 in Seattle, Washington.

                         s/ Pamela M. Egan
                         _____
                         Pamela M. Egan (WSBA No. 54736)
                         Potomac Law Group PLLC
                         1905 7th Avenue W.
                         Seattle, WA 98119

CERTIFICATE OF SERVICE – Page 2