Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**EGAN DECLARATION IN SUPPORT OF TRUSTEE'S REPLY TO PERKINS GROUP'S OPPOSITION TO TRUSTEE'S MOTION TO STRIKE DECLARATION OF ARMAND J. KORNFELD** |

I, Pamela M. Egan, declare as follows:

1. I submit this declaration in support of the *Trustee's Reply to Opposition to Trustee's Motion to Strike Declaration of Armand J. Kornfeld*, filed herewith.

2. The Potomac Law Group PLLC, in which I am a partner, is counsel to the Trustee.

EGAN DECLARATION IN SUPPORT
OF TRUSTEE'S REPLY TO PERKINS
GROUP'S OPPOSITION TO TRUSTEE'S
MOTION TO STRIKE DECLARATION
OF ARMAND J. KORNFELD -- 1

3. The statements set forth herein are based on my personal knowledge or my review of the books and records of Giga Watt, Inc. "Debtor"). If called as a witness, I would and could competently testify thereto.

4. Unknown representatives of the Debtor contacted Mr. Kornfeld's law firm twice seeking representation of the Debtor in this bankruptcy case. Mr. Kornfeld has failed to answer the Trustee's questions regarding these contacts. He has failed to say who contacted his firm and what was said. He has also failed to turn over to the Trustee the information that was exchanged with Mr. Kornfeld's law firm.

5. Pending mediation, which is ongoing, the Trustee has refrained from moving to compel turnover from Mr. Kornfeld and his law firm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January 2023 in Seattle, Washington.

_s/ Pamela M. Egan_
Pamela M. Egan

EGAN DECLARATION IN SUPPORT OF TRUSTEE'S REPLY TO PERKINS GROUP'S OPPOSITION TO TRUSTEE'S MOTION TO STRIKE DECLARATION OF ARMAND J. KORNFELD -- 2

18-03197-FPC7    Doc 987    Filed 01/26/23    Entered 01/26/23 18:54:41    Pg 2 of 2