## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

Case Name: _____     Case Number: _____

## APPLICATION FOR AWARD OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 USC 330, AND FOR APPROVAL OF THE PAYMENT OF BANK FEES

Name of Applicant: _____

Position of Applicant: _____

Application Number: _____     ☐ Interim     ☐ Final

The undersigned applicant applies to the court for an award or allowance of compensation for services rendered and for reimbursement of expenses incurred in the above entitled case pursuant to 11 USC 330 *(or USC 331 if an interim application)*, and for approval of the payment of bank fees pursuant to sections 363 and 503(b). This application is supported by the following information and attached documents.

I.   *(If applicant is employee of trustee, debtor in possession or creditors committee)*
     Date of Entry of Order Approving Employment: _____

II.  Dates Covered by this Application: _____ to _____

III. The name, position, hourly rate, total time spent and amount requested for all compensation for services rendered by each person covered by this application, in connection with this case, is as follows *(if this is the FIRST Application, include **ALL** time and amounts, both pre- and post-petition in this Application):*

| Name | Position | Hourly Rate | Total Time | Amount Requested |
|------|----------|-------------|------------|------------------|
|      |          | $           |            | $                |
|      |          | $           |            | $                |
|      |          | $           |            | $                |
|      |          | $           |            | $                |
|      |          | $           |            | $                |
|      |          | $           |            | $                |
| Totals |        |             |            | $                |

IV.  Total amount of REIMBURSEMENT of expenses requested by this application in connection with this case *[if this is the **FIRST** Application, include **ALL** costs (including filing fees), both pre- and post-petition]:*     $ _____

V.   Total of Compensation and Reimbursement requested:     $ _____

APPLICATION FOR COMPENSATION AND REIMBURSEMENT - 1

VI.    *(If applicant is a trustee)*  The maximum amount of compensation allowable under 11 USC 326(a) is:  $ _____ .

VII.   *(If applicant is an employee of trustee, debtor in possession or creditors committee).*  All compensation for services rendered and reimbursement of expenses incurred for which award were sought were necessary to the administration of the case, beneficial to the estate, and does not include any unnecessary duplication of services.

☐ Yes          ☐ No          ☐ N/A          *(If answer is NO, attach an explanation.)*

VIII.  *(If applicant is the attorney for the debtor)*  All compensation for services rendered and reimbursement for expenses incurred for which award is sought for representing the interests of the debtor(s) were necessary and beneficial to the debtor(s) in connection with the case.

☐ Yes          ☐ No          ☐ N/A          *(If answer is NO, attach an explanation.)*

IX.    Compensation or reimbursement previously received has been shared with another entity, or an agreement or understanding exists between the applicant and any other entity for sharing of compensation received or to be received for services rendered in or in connection with this case, except as a member or regular associate of a firm of lawyers.

☐ Yes          ☐ No          *(If answer is YES, attach an explanation.)*

X.     Attached to this application, and made part of this application are the following supporting documents:

a.  ☐  Statement of Money or Property Received or Promised Other than by Applicant *(required in all cases, LF 2016A);*

b.  ☐  Summary Supporting Application for Compensation for Services or Reimbursement of Expenses *(required in all cases, LF 2016B);*

c.  ☐  Itemization of Services Rendered *(required; itemization must be by project category if cumulative compensation exceeds $10,000);*

d.  ☐  Itemization of Expenses *(required);* and

e.  ☐  Narrative Summary *(required if cumulative compensation exceeds $10,000, LF 2016C).*

XI.    Bank Fees:  $ _____

The undersigned Applicant states under penalty of perjury that the representations contained in this application and attachments are true and correct to the best of the applicant's knowledge and belief.

DATED: _____          _____
                                                        *(Signature of Applicant)*

Name: _____
Position: _____
Address: _____
Phone: _____
Fax: _____
Email: _____

APPLICATION FOR COMPENSATION AND REIMBURSEMENT - 2

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

Case Name: _____     Case Number: _____

## STATEMENT OF MONEY OR PROPERTY RECEIVED OR PROMISED
## IN CONNECTION WITH THIS CASE OTHER THAN BY APPLICATION OR A PLAN

Name of Applicant: _____
Position of Applicant: _____
Application Number: _____

No Money or property was received or promised other than by application as a part of a Chapter 13 Plan.

(a)     Money or things of value received other than by application or as part of a Chapter 13 Plan:

     (1)     Amount received by attorney or firm for filing fee          $_____

     (2)     Amount received before the order for relief by
             attorney or firm for services and costs          $_____

     (3)     Amount received after the order for relief by
             attorney or firm for services and costs          $_____

     (4)     Value of any property or service given to attorney
             or firm as payment of fees and costs          $_____
             Description:

     (5)     Total of entries 1, 2, 3 and 4                              $_____

     (6)     Amount remaining in client trust account          $_____

(b)     Amount applied to filing fee and services          $_____
*(Subtract entry (a)(6) from entry (a)(5))*

(c)     Money promised:                                              $_____
Nature of arrangement for promise of payment:
_____

(d)     Total amount and value of all money or property received or promised
other than by Application or a Chapter 13 Plan *(items (a)(5) and (c))*          $_____

(e)     Other Items *(Value and description of any liens, guarantees,*
*security interests or promissory notes):*
_____

(f)     Source of Payment of Promise *(If other than the debtor,*
*identify entity and relationship to the debtor):*
_____

STATEMENT OF MONEY OR PROPERTY RECEIVED

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

Case Name: *In re Giga Watt, Inc.*                    Case Number: 18-03197

Name of Applicant:        Potomac Law Group PLLC, Pamela M. Egan
Position of Applicant:    Counsel to Mark D. Waldron, in his capacity as Chapter 7 Trustee
Application Number:       Five (5)

| Sequential # | | Applied For | Awarded | Received |
|---|---|---|---|---|
| **A** Receipts other than by Application *(Transfer from (b) of Application LF 2016A)* | **Date** | | | n/a |
| | **Compensation** | | | $0.00 |
| | **Expenses** | | | $0.00 |
| Prior Application #1 | **Date** | 3/10/2021 | 4/14/2021 | 4/21/2021 |
| | **Compensation** | $30,040.00 | $30,040.00 | $30,040.00 |
| | **Expenses** | $0.00 | $0.00 | $0.00 |
| Prior Application #2 | **Date** | 7/16/2021 | 8/17/2021 | 8/20/2021 |
| | **Compensation** | $42,680.00 | $42,680.00 | $42,680.00 |
| | **Expenses** | $0.00 | $0.00 | $0.00 |
| Prior Application #3 | **Date** | 4/1/2022 | 5/3/2022 | 5/4/2022 |
| | **Compensation** | $65,360.00 | $65,360.00 | $65,360.00 |
| | **Expenses** | $350.00 | $350.00 | $350.00 |
| Prior Application #4 | **Date** | 8/22/2022 | 9/21/2022 | 9/26/2022 |
| | **Compensation** | $65,320.00 | $65,320.00 | $65,320.00 |
| | **Expenses** | $31.71 | $31.71 | 31.71 |
| Present Application *(Transfer totals from III &IV of Application)* #5 | **Date** | 1/31/2023 | | |
| | **Compensation** | $74,800.00 | | |
| | **Expenses** | $482.31 | | |
| **Totals** **B** | **Compensation** | $ 278,200.00 | $ 203,400.00 | $ 203,400.00 |
| | **Expenses** | $      864.02 | $      381.71 | $      381.71 |
| | **Total Comp. + Exp.** | $ 279,064.02 | $ 203,781.71 | $ 203,781.71 |

Potomac Law Group Fifth Interim Fee Application

Project Summary

| Project Description | Total Time | Billable Amt |
|---|---|---|
| Meetings of and Communications with Creditors | 0.8 | $ 320.00 |
| Fee/Employment Applications | 4.6 | $ 1,840.00 |
| Communications with USTO | 7.9 | $ 3,160.00 |
| Preliminary Injunctions | 2.4 | $ 960.00 |
| Perkins' Appeal | 89.7 | $ 35,880.00 |
| Mr. Dam's Two Appeals | 81.6 | $ 32,640.00 |
| Totals | 187.0 | $ 74,800.00 |

# POTOMAC LAW GROUP, PLLC - Time Entry

Date Start: 5/27/2022 | Date End: 1/23/2023 | Clients: Law Offices of Mark D. Waldron, PLLC | Matters: Chapter 7 Trustee | Users: All - Pamela M. Egan |

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Tot. Time (Subtotal) | Billable Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|------|-----------|-------------|---------------|-----------|--------------|-------------------------------|-------------------------------|--------------------------|
| **Chapter 7 Trustee** | | | | | | | | |
| 12/07/2022 | Creditor Communications | Telephone conference with K. McKinley providing an update | 0.80 | 0.80 | $320.00 | 0.80 | 0.80 | $320.00 |
| 08/21/2022 | Fee/Employment Applications | Draft fourth interim fee application (4.0); confer with client | 4.00 | 4.00 | $1,600.00 | | | |
| 09/20/2022 | Fee/Employment Applications | Prepare for hearing on PLG's Fourth Interim Fee Application (.3); attend hearing on PLG's Fourth Interim Fee Application (.3) | 0.60 | 0.60 | $240.00 | | 4.60 | $1,840.00 |
| 08/22/2022 | Communications With USTO | Prepare confidential package of information for review by USTO regarding facts of case (7.3); conference with client (.2) | 7.50 | 7.50 | $3,000.00 | | | |
| 08/23/2022 | Communications With USTO | Finalize Usmanov packet for USTO | 0.40 | 0.40 | $160.00 | | 7.90 | $3,160.00 |
| 06/12/2022 | Preliminary Injunction | Review Mr. Dam's opposition to Trustee's motion to modify preliminary injunction (.4); confer with client | 0.40 | 0.40 | $160.00 | | | |
| 06/21/2022 | Preliminary Injunction | Draft Notice of Hearing on Motion to Modify Preliminary Injunction | 0.10 | 0.10 | $40.00 | | | |
| 06/28/2022 | Preliminary Injunction | Prepare for oral argument on motion to modify preliminary injunction to allow Trustee to intervene in District Court action by J. Dam against Perkins (.9); attend Oral argument on motion to modify preliminary injunction (.7); confer with client before and after | 1.60 | 1.60 | $640.00 | | | |
| 08/02/2022 | Preliminary Injunction | Skim supplemental brief and declaration filed by Mr. Dam regarding the Trustee's motion to modify preliminary injunction | 0.20 | 0.20 | $80.00 | | | |
| 08/11/2022 | Preliminary Injunction | Hearing on motion to modify preliminary injunction against J. Dam to allow Trustee to intervene in District Court action; confer with client | 0.10 | 0.10 | $40.00 | | 2.40 | $960.00 |
| 07/03/2022 | Perkins 9th Circuit Appeal | Analyze issues related to and outline appellee's brief on arbitration appeal | 6.50 | 6.50 | $2,600.00 | | | |
| 07/04/2022 | Perkins 9th Circuit Appeal | Work on appellee's brief re arbitration | 9.30 | 9.30 | $3,720.00 | | | |

## FEE ITEMIZATION (BY PROJECT)

**Chapter 7 Trustee**

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|
| 07/05/2022 | Perkins 9th Circuit Appeal | Draft appellee's brief re arbitration (9.3); confer with client (.2) | 9.50 | 9.50 | $3,800.00 | | |
| 07/23/2022 | Perkins 9th Circuit Appeal | Review notice of appeal of Order Denying Arbitration (.2); confer with client re same (.2) | 0.40 | 0.40 | $160.00 | | |
| 09/19/2022 | Perkins 9th Circuit Appeal | Review 9th Circuit Rules before drafting motion to dismiss arbitration appeal (.2); review rules of appellate procedure re motions (.2); draft motion to dismiss (5.3) | 0.00 | 5.70 | $0.00 | | |
| 10/02/2022 | Perkins 9th Circuit Appeal | Work on motion to dismiss arbitration appeal | 0.00 | 1.70 | $0.00 | | |
| 10/03/2022 | Perkins 9th Circuit Appeal | Create index of new evidence matched to complaint paragraphs as exhibit to motion to dismiss/remand appeal | 0.00 | 4.50 | $0.00 | | |
| 10/05/2022 | Perkins 9th Circuit Appeal | Draft motion to remand and dismissal | 0.00 | 7.60 | $0.00 | | |
| 10/06/2022 | Perkins 9th Circuit Appeal | Finalize motion to dismiss/remand; draft and compile Request for Judicial notice; draft and compile exhibit book | 0.00 | 7.70 | $0.00 | | |
| 10/07/2022 | Perkins 9th Circuit Appeal | Compile evidence for motion for remand | 0.00 | 8.10 | $0.00 | | |
| 10/09/2022 | Perkins 9th Circuit Appeal | Compile new evidence for motion for remand; confer with client | 0.00 | 8.50 | $0.00 | | |
| 10/09/2022 | Perkins 9th Circuit Appeal | Finish compiling evidence for motion for remand; | 0.00 | 2.10 | $0.00 | | |
| 10/12/2022 | Perkins 9th Circuit Appeal | Finalize file packet for motion for remand | 0.00 | 8.40 | $0.00 | | |
| 11/23/2022 | Perkins 9th Circuit Appeal | Notice of Acknowledgement of Oral Argument | 0.10 | 0.10 | $40.00 | | |
| 11/28/2022 | Perkins 9th Circuit Appeal | Draft motion to dismiss appeal | 3.00 | 3.00 | $1,200.00 | | |
| 11/29/2022 | Perkins 9th Circuit Appeal | Draft motion to dismiss appeal (8.2); confer with client (.4) | 8.60 | 8.60 | $3,440.00 | | |
| 11/30/2022 | Perkins 9th Circuit Appeal | Finalize motion to dismiss (7.7); draft email to clerk of court re mootness per local rules (.2); draft email to Cromwell and other attorneys regarding intent to file motion to dismiss appeal as moot (.2); finalize Request for Judicial Notice (.6); draft supporting Egan Declaration (1.0); finalize papers for filing | 9.70 | 9.70 | $3,880.00 | | |
| 12/03/2022 | Perkins 9th Circuit Appeal | Prepare for oral argument; develop argument re collateral attack doctrine | 3.60 | 3.60 | $1,440.00 | | |

18-03197-FPC7    Doc 989    Filed 02/02/23    Entered 02/02/23 13:05:19    Pg 7 of 29

FEE ITEMIZATION (BY PROJECT)

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Tot. Time (Subtotal) | Billable Amt. Time (Subtotal) |
|---|---|---|---|---|---|---|---|
| **Chapter 7 Trustee** | | | | | | | |
| 12/04/2022 | Perkins 9th Circuit Appeal | Oral argument prep | 7.10 | 7.10 | $2,840.00 | | |
| 12/05/2022 | Perkins 9th Circuit Appeal | Research background of panel judges (.5); develop argument on issue preclusion (.3); read supplemental materials submitted by Perkins after briefing (.5); outline oral argument (5.7); confer with client (.3) | 7.30 | 7.30 | $2,920.00 | | |
| 12/06/2022 | Perkins 9th Circuit Appeal | Finalize and practice oral argument | 7.40 | 7.40 | $2,960.00 | | |
| 12/07/2022 | Perkins 9th Circuit Appeal | Oral argument prep and attendance (3.3); confer with client (.2) | 3.50 | 3.50 | $1,400.00 | | |
| 01/11/2023 | Perkins 9th Circuit Appeal | Review FRAP re motion for rehearing and motion for stay | 0.30 | 0.70 | $120.00 | | |
| 01/13/2023 | Perkins 9th Circuit Appeal | Research issues in prep for responding to motion to stay mandate pending writ of certiorari (3.2); confer with client (.3) | 3.50 | 7.00 | $1,400.00 | | |
| 01/14/2023 | Perkins 9th Circuit Appeal | Read majority view case law re divestment rule | 1.10 | 3.30 | $440.00 | | |
| 01/17/2023 | Perkins 9th Circuit Appeal | Work on opposition to motions to stay motion for panel rehearing and to stay mandate issuance pending petition for writ of certiorari | 4.20 | 8.50 | $1,680.00 | | |
| 01/18/2023 | Perkins 9th Circuit Appeal | Confer with client re opposition to stay motions (.1); finalize response to motion for stay pending Petition for Rehearing and motion to stay | 4.50 | 9.00 | $1,800.00 | | |
| 01/19/2023 | Perkins 9th Circuit Appeal | Review court order granting motion to stay; confer with client | 0.10 | 0.10 | $40.00 | | |
| | | mandate's issuance (4.4) | | | | 89.70 | |
| 05/27/2022 | J. Dam Consolidated Appeals | Finalize motion to dismiss appeal of Preliminary Injunction for lack of jurisdiction (interlocutory; no motion for permission) (3.9); finalize request for judicial notice in support thereof (.2); finalize Egan declaration in support thereof (.3); confer with client (.1) | 4.50 | 4.50 | $1,800.00 | | |
| 05/31/2022 | J. Dam Consolidated Appeals | Review J. Dam's motion to file documents under seal (.1); review J. Dam's appellate appendix (vol. 2 of 2) (not filed under seal) (.1) | 0.40 | 0.40 | $160.00 | | |
| 06/01/2022 | J. Dam Consolidated Appeals | Review J. Dam's motion to extend briefing schedule (.1) and draft response thereto (.2); confer with client | 0.30 | 0.30 | $120.00 | | |
| 06/01/2022 | J. Dam Consolidated Appeals | Research issues relevant to appeal in preparation for drafting answering appellate brief | 4.40 | 4.40 | $1,760.00 | | |
| 06/02/2022 | J. Dam Consolidated Appeals | Review appellate brief, including cases cited therein, in preparation for drafting responsive brief | 6.50 | 6.50 | $2,600.00 | | |
| | | | | | | 158.90 | $35,880.00 |

18-03197-FPC7   Doc 989   Filed 02/02/23   Entered 02/02/23 13:05:19   Pg 8 of 29

## FEE ITEMIZATION (BY PROJECT)

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|
| **Chapter 7 Trustee** | | | | | | | |
| 06/02/2022 | J. Dam Consolidated Appeals | Review appellate brief scheduling order (.1) | 0.10 | 0.10 | $40.00 | | |
| 06/03/2022 | J. Dam Consolidated Appeals | Outline/early drafting of appellee's brief re automatic stay | 7.40 | 7.40 | $2,960.00 | | |
| 06/05/2022 | J. Dam Consolidated Appeals | Draft appellee's brief in PI and AS appeal (6.3); confer with client (.2) | 6.50 | 6.50 | $2,600.00 | | |
| 06/06/2022 | J. Dam Consolidated Appeals | Draft appellee's brief automatic stay | 7.40 | 7.40 | $2,960.00 | | |
| 06/08/2022 | J. Dam Consolidated Appeals | Review order denying appellant's motion to seal | 0.10 | 0.10 | $40.00 | | |
| 06/09/2022 | J. Dam Consolidated Appeals | Draft appellee's brief on automatic stay and preliminary injunction (7.5); review appellant's appendix of record filed under seal (1.0) | 8.50 | 8.50 | $3,400.00 | | |
| 06/17/2022 | J. Dam Consolidated Appeals | Review Mr. Dam's memorandum in opposition to the Trustee's motion to dismiss the PI appeal for lack of jurisdiction (2.3); review J. Dam's request for judicial notice (.1); review Order denying Appellant's motion for judicial notice (.1); confer with client | 2.50 | 2.50 | $1,000.00 | | |
| 06/21/2022 | J. Dam Consolidated Appeals | Draft reply memorandum re motion to dismiss appeal (3.2); draft request for judicial notice re same (.3) | 3.80 | 3.80 | $1,520.00 | | |
| 06/22/2022 | J. Dam Consolidated Appeals | Review Mr. Dam's memorandum in opposition to Trustee's request for judicial notice | 0.10 | 0.10 | $40.00 | | |
| 06/24/2022 | J. Dam Consolidated Appeals | Draft reply re opposition to request for judicial notice | 0.50 | 0.50 | $200.00 | | |
| 06/27/2022 | J. Dam Consolidated Appeals | Draft appellee brief (3.3), motion to strike (2.4), and motion for sanctions (.8); finalize supplemental excerpt of record | 6.50 | 6.50 | $2,600.00 | | |
| 06/30/2022 | J. Dam Consolidated Appeals | Confer with client (.2); finalize Appellee's brief (5.5); finalize appendix (.8) | 6.50 | 6.50 | $2,600.00 | | |
| 06/30/2022 | J. Dam Consolidated Appeals | Finalize motion to strike noncomplying statement of the case | 3.50 | 3.50 | $1,400.00 | | |
| 07/02/2022 | J. Dam Consolidated Appeals | Draft motion for sanctions | 3.50 | 3.50 | $1,400.00 | | |
| 07/07/2022 | J. Dam Consolidated Appeals | Review J. Dam's opposition to motion to strike Appellant's Noncomplying Statement of the Case | 0.50 | 0.50 | $200.00 | | |
| 07/12/2022 | J. Dam Consolidated Appeals | Review J. Dam's opposition to motion for sanctions (.4) | 0.40 | 0.40 | $160.00 | | |
| 07/14/2022 | J. Dam Consolidated Appeals | Draft reply to opposition to motion to strike noncomplying statement of the case (2.5); draft reply to opposition to motion for sanctions (3.4); confer with client (.1) | 6.00 | 6.00 | $2,400.00 | | |

## FEE ITEMIZATION (BY PROJECT)

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt. | Billable Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|
| **Chapter 7 Trustee** | | | | | | | |
| 07/19/2022 | J. Dam Consolidated Appeals | Review Order Setting Status Conference | 0.10 | 0.10 | $40.00 | | |
| 07/23/2022 | J. Dam Consolidated Appeals | Review motion to consolidate automatic stay and preliminary injunction appeals (.1); confer with client re same (.2) | 0.30 | 0.30 | $120.00 | | |
| 07/23/2022 | J. Dam Consolidated Appeals | Correspondence with L. Hurst, counsel for J. Dam, re briefing schedule on PI appeal | 0.10 | 0.10 | $40.00 | | |
| 07/30/2022 | J. Dam Consolidated Appeals | Review appellant's reply brief | 0.90 | 0.90 | $360.00 | | |
| 08/01/2022 | J. Dam Consolidated Appeals | Review District Court's Order staying AS and PI appeals pending mediation; confer with client | 0.10 | 0.10 | $40.00 | | |
| 10/31/2022 | J. Dam Consolidated Appeals | Review draft status report | 0.10 | 0.10 | $40.00 | | |
| 12/21/2022 | J. Dam Consolidated Appeals | Review draft status report | 0.10 | 0.10 | $40.00 | 81.60 | $32,640.00 |
| | | | **187.00** | **256.20** | **$74,800.00** | **187.00** | |
| | | | | | | **256.20** | **$74,800.00** |
| | | | | | | **81.60** | **$32,640.00** |

# POTOMAC LAW GROUP, PLLC - Time Entry - Chronological

Date Start: 5/27/2022 | Date End: 1/23/2023 | Clients: Law Offices of Mark D. Waldron, PLLC | Matters: Chapter 7 Trustee | Users: All - Pamela M. Egan |

**Chapter 7 Trustee**

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Time (subtotal) | Tot. Time (Subtotal) | Billable Amt. (subtotal) |
|---|---|---|---|---|---|---|---|---|
| 12/07/2022 | Creditor Communications | Telephone conference with K. McKinley providing an update | 0.80 | 0.80 | $320.00 | 0.80 | 0.80 | $320.00 |
| 08/21/2022 | Fee/Employment Applications | Draft fourth interim fee application (4.0); confer with client | 4.00 | 4.00 | $1,600.00 | | | |
| 09/20/2022 | Fee/Employment Applications | Prepare for hearing on PLG's Fourth Interim Fee Application (.3); attend hearing on PLG's Fourth Interim Fee Application (.3) | 0.60 | 0.60 | $240.00 | 4.60 | 4.60 | $1,840.00 |
| 08/22/2022 | Communications With USTO | Prepare confidential package of information for review by USTO regarding facts of case (7.3); conference with client | 7.50 | 7.50 | $3,000.00 | | | |
| 08/23/2022 | Communications With USTO | Finalize Usmanov packet for USTO | 0.40 | 0.40 | $160.00 | 7.90 | 7.90 | $3,160.00 |
| 06/12/2022 | Preliminary Injunction | Review Mr. Dam's opposition to Trustee's motion to modify preliminary injunction (.4); confer with client | 0.40 | 0.40 | $160.00 | | | |
| 06/21/2022 | Preliminary Injunction | Draft Notice of Hearing on Motion to Modify Preliminary Injunction | 0.10 | 0.10 | $40.00 | | | |
| 06/28/2022 | Preliminary Injunction | Prepare for oral argument on motion to modify preliminary injunction to allow Trustee to intervene in District Court action by J. Dam against Perkins (.9); attend Oral argument on motion to modify preliminary injunction (.7); confer with client before and after | 1.60 | 1.60 | $640.00 | | | |
| 08/02/2022 | Preliminary Injunction | Skim supplemental brief and declaration filed by Mr. Dam regarding the Trustee's motion to modify preliminary injunction | 0.20 | 0.20 | $80.00 | | | |
| 08/11/2022 | Preliminary Injunction | Hearing on motion to modify preliminary injunction against J. Dam to allow Trustee to intervene in District Court action (.1); confer with client | 0.10 | 0.10 | $40.00 | 2.40 | 2.40 | $960.00 |
| 07/03/2022 | Perkins 9th Circuit Appeal | Analyze issues related to and outline appellee's brief on arbitration appeal | 6.50 | 6.50 | $2,600.00 | | | |

Fee Itemization - Chronological

## Chapter 7 Trustee

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Time (subtotal) | Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|---|
| 07/04/2022 | Perkins 9th Circuit Appeal | Work on appellee's brief re arbitration | 9.30 | 9.30 | $3,720.00 | | | |
| 07/05/2022 | Perkins 9th Circuit Appeal | Draft appellee's brief re arbitration (9.3); confer with client (.2) | 9.50 | 9.50 | $3,800.00 | | | |
| 07/23/2022 | Perkins 9th Circuit Appeal | Review notice of appeal of Order Denying Arbitration (.2); confer with client re same (.2) | 0.40 | 0.40 | $160.00 | | | |
| 09/19/2022 | Perkins 9th Circuit Appeal | Review 9th Circuit Rules before drafting motion to dismiss arbitration appeal (.2); review rules of appellate procedure re motions (.2); draft motion to dismiss (5.3) | 0.00 | 5.70 | $0.00 | | | |
| 10/02/2022 | Perkins 9th Circuit Appeal | Work on motion to dismiss arbitration appeal | 0.00 | 1.70 | $0.00 | | | |
| 10/03/2022 | Perkins 9th Circuit Appeal | Create index of new evidence matched to complaint paragraphs as exhibit to motion to dismiss/remand appeal | 0.00 | 4.50 | $0.00 | | | |
| 10/05/2022 | Perkins 9th Circuit Appeal | Draft motion to remand and dismissal | 0.00 | 7.60 | $0.00 | | | |
| 10/06/2022 | Perkins 9th Circuit Appeal | Finalize motion to dismiss/remand; draft and compile Request for Judicial notice; draft and compile exhibit book | 0.00 | 7.70 | $0.00 | | | |
| 10/07/2022 | Perkins 9th Circuit Appeal | Compile evidence for motion for remand | 0.00 | 8.10 | $0.00 | | | |
| 10/09/2022 | Perkins 9th Circuit Appeal | Compile new evidence for motion for remand; confer with client | 0.00 | 8.50 | $0.00 | | | |
| 10/09/2022 | Perkins 9th Circuit Appeal | Finish compiling evidence for motion for remand | 0.00 | 2.10 | $0.00 | | | |
| 10/12/2022 | Perkins 9th Circuit Appeal | Finalize file packet for motion for remand | 0.00 | 8.40 | $0.00 | | | |
| 11/23/2022 | Perkins 9th Circuit Appeal | Notice of Acknowledgement of Oral Argument | 0.10 | 0.10 | $40.00 | | | |
| 11/28/2022 | Perkins 9th Circuit Appeal | Draft motion to dismiss appeal | 3.00 | 3.00 | $1,200.00 | | | |
| 11/29/2022 | Perkins 9th Circuit Appeal | Draft motion to dismiss appeal (8.2); confer with client (.4) | 8.60 | 8.60 | $3,440.00 | | | |
| 11/30/2022 | Perkins 9th Circuit Appeal | Finalize motion to dismiss (7.7); draft email to clerk of court re mootness per local rules (.2); draft email to Cromwell and other attorneys regarding intent to file motion to dismiss appeal as moot (.2); finalize Request for Judicial Notice (.6); draft supporting Egan Declaration (1.0); finalize papers for filing | 9.70 | 9.70 | $3,880.00 | | | |

18-03197-FPC7    Doc 989    Filed 02/02/23    Entered 02/02/23 13:05:19    Pg 12 of 29

Fee Itemization - Chronological

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Time (subtotal) | Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|---|
| **Chapter 7 Trustee** | | | | | | | | |
| 12/03/2022 | Perkins 9th Circuit Appeal | Prepare for oral argument; develop argument re collateral attack doctrine | 3.60 | 3.60 | $1,440.00 | | | |
| 12/04/2022 | Perkins 9th Circuit Appeal | Oral argument prep | 7.10 | 7.10 | $2,840.00 | | | |
| 12/05/2022 | Perkins 9th Circuit Appeal | Research background of panel judges (.5); develop argument on issue preclusion (.3); read supplemental materials submitted by Perkins after briefing (.5); outline oral argument (5.7); confer with client (.3) | 7.30 | 7.30 | $2,920.00 | | | |
| 12/06/2022 | Perkins 9th Circuit Appeal | Finalize and practice oral argument | 7.40 | 7.40 | $2,960.00 | | | |
| 12/07/2022 | Perkins 9th Circuit Appeal | Oral argument prep and attendance (3.3); confer with client (.2) | 3.50 | 3.50 | $1,400.00 | | | |
| 01/11/2023 | Perkins 9th Circuit Appeal | Review FRAP re motion for rehearing and motion for stay | 0.30 | 0.70 | $120.00 | | | |
| 01/13/2023 | Perkins 9th Circuit Appeal | Research issues in prep for responding to motion to stay mandate pending writ of certiorari (3.2); confer with client (.3) | 3.50 | 7.00 | $1,400.00 | | | |
| 01/14/2023 | Perkins 9th Circuit Appeal | Read majority view case law re divestment rule | 1.10 | 3.30 | $440.00 | | | |
| 01/17/2023 | Perkins 9th Circuit Appeal | Work on opposition to motions to stay motion for panel rehearing and to stay mandate issuance pending petition for writ of certiorari | 4.20 | 8.50 | $1,680.00 | | | |
| 01/18/2023 | Perkins 9th Circuit Appeal | Confer with client re opposition to stay motions (1.1); finalize response to motion for stay pending Petition for Rehearing and motion to stay mandate's issuance (4.4) | 4.50 | 9.00 | $1,800.00 | | | |
| 01/19/2023 | Perkins 9th Circuit Appeal | Review court order granting motion to stay; confer with client | 0.10 | 0.10 | $40.00 | | | |
| | | | | | | 89.70 | | |
| 05/27/2022 | J. Dam Consolidated Appeals | Finalize motion to dismiss appeal of Preliminary Injunction for lack of jurisdiction (interlocutory, no motion for permission) (3.9); finalize request for judicial notice in support thereof (.2); finalize Egan declaration in support thereof (.3); confer with client (.1) | 4.50 | 4.50 | $1,800.00 | | | |
| 05/31/2022 | J. Dam Consolidated Appeals | Review J. Dam's motion to file documents under seal (.1); review J. Dam's appellate appendix (vol. 2 of 2) (not filed under seal) (.3) | 0.40 | 0.40 | $160.00 | | | |
| 06/01/2022 | J. Dam Consolidated Appeals | Review J. Dam's motion to extend briefing schedule (.1) and draft response thereto (.2); confer with client | 0.30 | 0.30 | $120.00 | | | |
| 06/01/2022 | J. Dam Consolidated Appeals | Research issues relevant to appeal in preparation for drafting answering appellate brief | 4.40 | 4.40 | $1,760.00 | | | |
| | | | | | | | 158.90 | $35,880.00 |

18-03197-FPC7   Doc 989   Filed 02/02/23   Entered 02/02/23 13:05:19   Pg 13 of 29

## Chapter 7 Trustee

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Time (subtotal) | Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|---|
| 06/02/2022 | J. Dam Consolidated Appeals | Review appellate brief, including cases cited therein, in preparation for drafting responsive brief | 6.50 | 6.50 | $2,600.00 | | | |
| 06/02/2022 | J. Dam Consolidated Appeals | Review appellate brief scheduling order (.1) | 0.10 | 0.10 | $40.00 | | | |
| 06/03/2022 | J. Dam Consolidated Appeals | Outline/early drafting of appellee's brief re automatic stay | 7.40 | 7.40 | $2,960.00 | | | |
| 06/05/2022 | J. Dam Consolidated Appeals | Draft appellee's brief in PI and AS appeal (6.3); confer with client (.2) | 6.50 | 6.50 | $2,600.00 | | | |
| 06/06/2022 | J. Dam Consolidated Appeals | Draft appellee's brief automatic stay | 7.40 | 7.40 | $2,960.00 | | | |
| 06/08/2022 | J. Dam Consolidated Appeals | Review order denying appellant's motion to seal | 0.10 | 0.10 | $40.00 | | | |
| 06/09/2022 | J. Dam Consolidated Appeals | Draft appellee's brief on automatic stay and preliminary injunction (7.5); review appellant's appendix of record filed under seal (1.0) | 8.50 | 8.50 | $3,400.00 | | | |
| 06/17/2022 | J. Dam Consolidated Appeals | Review Mr. Dam's memorandum in opposition to the Trustee's motion to dismiss the PI appeal for lack of jurisdiction (2.3); review J. Dam's request for judicial notice (.1); review Order denying Appellant's motion for judicial notice (.1); confer with client | 2.50 | 2.50 | $1,000.00 | | | |
| 06/21/2022 | J. Dam Consolidated Appeals | Draft reply memorandum re motion to dismiss appeal (3.2); draft request for judicial notice re same (.3) | 3.80 | 3.80 | $1,520.00 | | | |
| 06/22/2022 | J. Dam Consolidated Appeals | Review Mr. Dam's memorandum in opposition to Trustee's request for judicial notice | 0.10 | 0.10 | $40.00 | | | |
| 06/24/2022 | J. Dam Consolidated Appeals | Draft reply re opposition to request for judicial notice | 0.50 | 0.50 | $200.00 | | | |
| 06/27/2022 | J. Dam Consolidated Appeals | Draft appellee brief (3.3), motion to strike (2.4), and motion for sanctions (.8); finalize supplemental excerpt of record | 6.50 | 6.50 | $2,600.00 | | | |
| 06/30/2022 | J. Dam Consolidated Appeals | Confer with client (.2); finalize Appellee's brief (5.5); finalize appendix (.8) | 6.50 | 6.50 | $2,600.00 | | | |
| 06/30/2022 | J. Dam Consolidated Appeals | Finalize motion to strike noncomplying statement of the case | 3.50 | 3.50 | $1,400.00 | | | |
| 07/02/2022 | J. Dam Consolidated Appeals | Draft motion for sanctions | 3.50 | 3.50 | $1,400.00 | | | |
| 07/07/2022 | J. Dam Consolidated Appeals | Review J. Dam's opposition to motion to strike Appellant's Noncomplying Statement of the Case | 0.50 | 0.50 | $200.00 | | | |
| 07/12/2022 | J. Dam Consolidated Appeals | Review J. Dam's opposition to motion for sanctions (.4) | 0.40 | 0.40 | $160.00 | | | |

18-03197-FPC7     Doc 989     Filed 02/02/23     Entered 02/02/23 13:05:19     Pg 14 of 29

Fee Itemization - Chronological

| Date | Task Code | Description | Billable Time | Tot. Time | Billable Amt | Billable Time (subtotal) | Tot. Time (Subtotal) | Billable Amt. (Subtotal) |
|---|---|---|---|---|---|---|---|---|
| **Chapter 7 Trustee** | | | | | | | | |
| 07/14/2022 | J. Dam Consolidated Appeals | Draft reply to opposition to motion to strike noncomplying statement of the case (2.5); draft reply to opposition to motion for sanctions (3.4); confer with client (.1) | 6.00 | 6.00 | $2,400.00 | | | |
| 07/19/2022 | J. Dam Consolidated Appeals | Review Order Setting Status Conference | 0.10 | 0.10 | $40.00 | | | |
| 07/23/2022 | J. Dam Consolidated Appeals | Review motion to consolidate automatic stay and preliminary injunction appeals (.1); confer with client re same (.2) | 0.30 | 0.30 | $120.00 | | | |
| 07/23/2022 | J. Dam Consolidated Appeals | Correspondence with L. Hurst, counsel for J. Dam, re briefing schedule on PI appeal | 0.10 | 0.10 | $40.00 | | | |
| 07/30/2022 | J. Dam Consolidated Appeals | Review appellant's reply brief | 0.90 | 0.90 | $360.00 | | | |
| 08/01/2022 | J. Dam Consolidated Appeals | Review District Court's Order staying AS and PI appeals pending mediation; confer with client | 0.10 | 0.10 | $40.00 | | | |
| 10/31/2022 | J. Dam Consolidated Appeals | Review draft status report | 0.10 | 0.10 | $40.00 | | | |
| 12/21/2022 | J. Dam Consolidated Appeals | Review draft status report | 0.10 | 0.10 | $40.00 | | | |
| | | | | | | 81.60 | 81.60 | $32,640.00 |
| | | Totals | 187.00 | 256.20 | $74,800.00 | 187.00 | 256.20 | $74,800.00 |

# POTOMAC LAW GROUP, PLLC - Expense Report

Date Start: 5/27/2022 | Date End: 1/21/2023 | Clients: Law Offices of Mark D. Waldron, PLLC | Matters: | Users: All |
Matter Type: All | Group By: Client

| Expense Date | Invoice Id | Client | Matter | User | Expense Type | Description | Status | Cost | Bill Price |
|---|---|---|---|---|---|---|---|---|---|
| **Law Offices of Mark D. Waldron, PLLC** | | | | | | | | | |
| 07/13/2022 | | Law Offices of Mark D. Waldron, PLLC | Chapter 7 Trustee | Pamela Egan | E102 - Outside printing | Six copies of appellee's brief and three copies of appellee's supplemental excerpt of record - 9th Cir., Perkins' Appeal - Arbitration | Ready For Billing | $210.08 | $210.08 |
| 08/22/2022 | | Law Offices of Mark D. Waldron, PLLC | Chapter 7 Trustee | Pamela Egan | E108 - Postage | Service of 4th Interim Fee App to Limited Notice List | Ready For Billing | $11.40 | $11.40 |
| 10/18/2022 | | Law Offices of Mark D. Waldron, PLLC | Chapter 7 Trustee | Pamela Egan | E108 - Postage | Registered Mail of Notice of Default to GW Sg. | Ready For Billing | $20.83 | $20.83 |
| 10/18/2022 | | Law Offices of Mark D. Waldron, PLLC | Chapter 7 Trustee | Pamela Egan | E108 - Postage | FedEx Briefs and Supplemental Excerpt of Record to 9th Circuit Court of Appeals | Ready For Billing | $213.35 | $213.35 |
| 01/06/2023 | | Law Offices of Mark D. Waldron, PLLC | Adversary Proceeding (20-80031) | Pamela Egan | E108 - Postage | Postage for Mailing: (1) FAC, (2) Reissued Summons, (3) Notc of Scheduling Conference to T. Usmanov at Temecula address | Ready For Billing | $12.75 | $12.75 |
| 01/11/2023 | | Law Offices of Mark D. Waldron, PLLC | Chapter 7 Trustee | Pamela Egan | E108 - Postage | Mail contempt papers to Perkins Group per their demand | Ready For Billing | $13.90 | $13.90 |
| | | | | | | **Totals Billable Amounts for Law Offices of Mark D. Waldron, PLLC** | | **$482.31** | **$482.31** |
| | | | | | | **Grand Total** | | **$482.31** | **$482.31** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Case Name: Giga Watt, Inc.                    Case Number: 18-03197 FPC

NARRATIVE SUMMARY
(Required by LBR 2016-1(b)(1)(A) where requested
compensation exceeds $10,000.00)

Name of Applicant:              Potomac Law Group PLLC
Position of Applicant:          General Insolvency Counsel to Chapter 7 Trustee
Application Number:             Fifth (5)
Application Period:             May 27, 2022 – January 21, 2023 – 240-Day
                                Period
Fees Requested:                 $74,800.00
Expenses Requested:             $    482.31

## I.    Introduction

This Application seeks fees accrued over an 8-month or 240-day period,

May 27, 2022 through January 21, 2023 (the "Application Period").

The Potomac Law Group PLLC ("PLG") represents the Trustee pursuant to

two employment Orders: *Order Approving Employment Under 11 U.S.C. § 327*

*By Trustee/Debtor-in-Possession,* dated October 27, 2020 [ECF 785], pursuant to

which PLG was retained as counsel to the Chapter 7 Trustee ("Hourly

Employment Order"), and the *Order Approving Employment Under 11 U.S.C. §*

*327 By Trustee/Debtor-in-Possession,* dated December 14, 2020 [ECF 840]

("Contingent Fee Employment Order"), pursuant to which PLG was retained on a

contingent fee basis to represent the Debtor in an adversary proceeding that the

1

Trustee brought against Perkins Coie, LLP ("Perkins"), Lowell Ness ("Ness"), and others, Case No. 20-80053 ("Perkins Adversary").

This Application seeks compensation for work performed pursuant to the Hourly Employment Order, which includes appellate work in Mr. Dam's consolidated appeals in the District Court of this Court's Automatic Stay and Preliminary Injunction Order and Perkins' appeal to the Court of Appeals for the Ninth Circuit regarding the arbitrability of the Trustee's original complaint.

This Application seeks reimbursement of expenses as itemized below:

| Expense Date | Expense Type | Description | Cost |
|---|---|---|---|
| 07/13/2022 | E102 - Outside printing | Six copies of appellee's brief and three copies of appellee's supplemental excerpt of record - 9th Cir., Perkins' Appeal - Arbitration | $210.08 |
| 08/22/2022 | E108 - Postage | Service of 4th Interim Fee App to Limited Notice List | $11.40 |
| 10/18/2022 | E108 - Postage | Registered Mail of Notice of Default to GW Sg. | $20.83 |
| 10/18/2022 | E108 - Postage | FedEx Briefs and Supplemental Excerpt of Record to 9th Circuit Court of Appeals | $213.35 |
| 01/06/2023 | E108 - Postage | Postage for Mailing: (1) FAC, (2) Reissued Summons, (3) Notice of Scheduling Conference to T. Usmanov at Temecula address | $12.75 |
| 01/11/2023 | E108 - Postage | Mail contempt papers to Perkins Group per their demand | $13.90 |
| | | **Total** | $482.31 |

2

## II.    Background of the Case

### A.    <u>Conversion</u>

On November 19, 2018, Giga Watt, Inc. ("<u>Giga Watt</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On September 30, 2020, the Bankruptcy Court entered an Order converting the bankruptcy case from Chapter 11 to Chapter 7 of the Bankruptcy Code, <u>ECF No. 744</u>. The same day, the U.S. Trustee's Office appointed Mark D. Waldron as Trustee in the Chapter 7 case, <u>ECF No. 745</u>.

### B.    <u>Giga Watt Background</u>

The Trustee has previously provided the Court narratives regarding the facts as they developed, including in the Narrative Summaries set forth in the *First Interim Application for Award of Compensation for Services Rendered and Reimbursement of Expenses*, dated March 10, 2021, ECF 863, the *Second Interim Application for Award of Compensation for Services Rendered and Reimbursement of Expenses*, dated July 16, 2021, ECF 898, the *Third Interim Application for Award of Compensation for Services Rendered and Reimbursement of Expenses*, dated April 1, 2022, ECF No. 940 and the *Fourth Interim Application for Award of Compensation for Services Rendered and Reimbursement of Expenses,* dated August 22, 2022, ECF No. 959.  They are incorporated herein by reference as if set forth fully herein.

### C. **Financial Condition of the Estate**

    1.    <u>Profit and Loss</u>: Not applicable. Debtor is not operating.

    2.    <u>Amount of Cash on Hand or on Deposit</u>: $566,876.97.

    3.    <u>Amount of Accrued Unpaid Administrative Expenses</u>:

| **Expense Description** | **Amount** |
|---|---:|
| Accountants' Fees | $7,000.00 (est'd) |
| Attorneys' Fees accrued after Application Period (through date of filing of this Application) | $0.00 |
| Lighthouse Documents | $1,400.00 |
| **Total** | $8,400.00 |

The amount owed to Lighthouse for document processing will be offset entirely by a contribution from Perkins Coie LLP to share the cost of obtaining and processing the Lighthouse Documents.

    4.    <u>Amount of Unencumbered Funds in the Estate</u>: $454,876.97

Pursuant to the *Order: (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, and (iii) Shortening Time to Object*, ECF 765 ("<u>ML Equipment Sale Order</u>") the Trustee is holding an additional $112,000 in sales proceeds, subject to resolution of claims asserted by certain WTT Token and miner purchasers.

4

## III. Description of Projects for Which Compensation is Sought

| Project Description | Total Time | Billable Amt |
|---|---:|---|
| Meetings of and Communications with Creditors | 0.8 | $ 320.00 |
| Fee/Employment Applications | 4.6 | $ 1,840.00 |
| Communications with USTO | 7.9 | $ 3,160.00 |
| Preliminary Injunctions | 2.4 | $ 960.00 |
| Perkins' Appeal | 89.7 | $ 35,880.00 |
| Mr. Dam's Two Appeals | 81.6 | $ 32,640.00 |
| Totals | 187.0 | $ 74,800.00 |

### A. **Meetings of and Communications With Creditors**

During the Application Period, PLG conferred with counsel for the Douglas County Public Utility, which has filed a claim for more than $300,000.

*Time: .8*                                                    *Amount: $320.00*

### B. **Fee/Employment Applications**

During the Application Period, PLG drafted the Trustee's Fourth's Interim Fee Application, *Application for Award of Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. § 330, and for Approval of the Payment of Bank Fees,* dated August 22, 2022, ECF No. 959, which the Court granted. *See Order Awarding Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. § 330 and § 331, and*

5

*Approving the Payment of Bank Fees*, dated September 21, 2022, ECF No. 966. The amount requested for this project is less than 5% of the total awarded fees, which totaled $65,320.00.

*Time: 4.6*                                              *Amount: $1,600*

### C.  <u>Communication with USTO</u>

As the Court is aware, the Giga Watt Project raised issues including tax, bank, and immigration fraud, as well as indicia of money laundering, which the Trustee shared with the United States Trustee's Office.

*Time: 7.9*                                              *Amount: $3,160*

### D.  <u>Preliminary Injunction</u>

This project relates to the Trustee's motion to modify the Preliminary Injunction.

During the Application Period, the Trustee prepared for and attended oral argument. In light of the District Court's stay of Mr. Dam's two appeals relating to the Automatic Stay and Preliminary Injunction, this Court stayed the motion pending mediation, which is ongoing.

*Time: 2.4*                                              *Amount: $960*

18-03197-FPC7     Doc 989     Filed 02/02/23     Entered 02/02/23 13:05:19     Pg 22 of 29

### E.  Perkins' Appeal to the Ninth Circuit of the Arbitration Order

Perkins has appealed the District Court's *Order Denying Motions and Appeals*, dated January 7, 2022, ECF No. 21. The *Order Denying Motions and Appeals* affirmed this *Court's Order Denying Perkins' and Ness' Motion to Compel Arbitration and Stay*, dated April 22, 2021, ECF No. 51. The appeal is *Waldron v. Perkins*, Case No. 22-35104 pending in the United State Court of Appeals for the Ninth Circuit.

During the Application Period, PLG drafted the appellee's brief, filed two motions to dismiss the appeal as moot, and opposed three post-petition motions filed by Perkins after the Court of Appeals dismissed the appeal as moot.

Applicant filed the Trustee's first motion to dismiss the appeal as moot before this Court entered its Order granting the Trustee's motion to amend its complaint. The Court of Appeals denied this motion. Applicant is not seeking fees incurred on this motion.

After this Court granted the Trustee's motion to amend his complaint, Applicant renewed the Trustee's motion to dismiss the appeal as moot. The Court of Appeals again denied the motion, but it instructed the parties to be prepared to argue mootness at oral argument.

Oral argument took place on December 7, 2022. The Trustee won the oral argument and the panel dismissed the appeal as moot on December 23, 2022.

18-03197-FPC7    Doc 989    Filed 02/02/23    Entered 02/02/23 13:05:19    Pg 23 of 29

However, in its Order dismissing the appeal, the panel pointed out that on December 9, 2022, the United States Supreme Court had granted the petition for a writ of certiorari in *Coinbase, Inc. Bielski, No.* 22-105, 2022 WL 17544994 (Dec. 9, 2022). The question presented by the petition is: "Does a non-frivolous appeal of the denial of a motion to compel arbitration oust a district court's jurisdiction to proceed with litigation pending appeal, as the Third, Fourth, Seventh, Tenth, Eleventh and D.C. Circuits have held, or does the district court retain discretion to proceed with litigation while the appeal is pending, as the Second, Fifth, and Ninth Circuits have held?" Joint Petition for a Writ of Certiorari at i, *Coinbase*, No. 22-105, 2022 WL 3107708, at *i (July 29, 2022). The Court of Appeals added, "Unless the Supreme Court holds otherwise, we are bound to our precedent in *Britton* on this issue." Memorandum, Court of Appeals, *Waldron v. Perkins Coie LLP*, No. 22-35104, ECF 52-1 at 1, n. 1.

Perkins filed three post-Order motions: (1) for reconsideration by the panel, (2) to stay the reconsideration motion pending the Supreme Court's resolution of the *Coinbase* appeal, and (3) to stay the issuance of the mandate. Applicant drafted an opposition to the motion to stay the motion for reconsideration. Applicant did not oppose the reconsideration motion in light of the Federal Rules of Appellate Procedure, which provide that a party may not oppose a motion for

panel reconsideration unless the Court of Appeals requests a response. The Court of Appeals granted the motion to stay the reconsideration motion.

Despite winning the oral argument regarding mootness, Applicant is voluntarily reducing its fees in this project. PLG is not billing for time spent on the first motion for remand and it is billing only 50% for time spent opposing Perkins' motion to stay its panel reconsideration motion pending the Supreme Court's resolution of the *Coinbase* appeal.

*Time Spent: 89.70*                                    *Amount: $35,880*

### F. <u>Mr. Dam's Two Appeals to District Court of Automatic Stay and Preliminary Injunction</u>

This project relates to Jun Dam's appeal of two Orders of this Court: (1) *Memorandum Opinion and Order Regarding Stay and Motion for Order to Show Cause*, dated September 27, 2021, ECF No. 921; and (2) *Order Denying Mr. Dam's Motion to Dismiss and Granting Trustee's Motion for Preliminary Injunction*, dated February 23, 2022, ECF No. 39 in Adversary Proceeding No. 21-80053. Both Orders relate to Mr. Dam's lawsuit against Perkins Coie LLP, Lowell Ness, and affiliates.

During the Application Period, PLG drafted the appellee's brief, moved to strike noncomplying portions of appellant's statement of the case in his opening brief, and moved for sanctions for frivolous arguments.

9

The District Court has stayed the appeal pending mediation and struck the Trustee's motions without prejudice to re-filing them if mediation is unsuccessful.

*Time: 81.6*                                                      *Amount: $32,640.00*

**IV.**     **[Intentionally omitted. Only Applies in Chapter 11.]**

**V.**      **Other Information: None.**

18-03197-FPC7     Doc 989     Filed 02/02/23     Entered 02/02/23 13:05:19     Pg 26 of 29

## **VERIFICATION**

I, Mark D. Waldron, hereby under penalty of perjury verify that I have reviewed and approved the foregoing Narrative Summary and accompanying Fifth Interim Fee Application of the Potomac Law Group PLLC

Executed this 2 day of ~~January~~ February 2023 in Tacoma, Washington.

_____
Mark D. Waldron

Mark D. Waldron
Chapter 7 Trustee
6824 19th St. W., PMB 250
University Place, WA 98466
Phone: (253) 565-5800
trustee@mwaldronlaw.com

11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:                                          )
                                                )        Case No.
                                                )
                                                )        **ORDER AWARDING COMPENSATION**
                                                )        **FOR SERVICES RENDERED AND**
                                                )        **REIMBURSEMENT OF EXPENSES**
                                                )        **PURSUANT TO 11 U.S.C. §330 or §331,**
                                                )        **AND APPROVING THE PAYMENT OF**
                                                )        **BANK FEES**
                                    Debtor(s)   )
_____

THIS MATTER HAVING come before the Court on the # _____ (☐interim ☐ final)
application of _____ dated _____, docket # _____, notice
docket # _____ and certificate of service docket # _____, for an order allowing compensation
for services rendered and reimbursement of expenses in the above entitled case; and the court
being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation
and reimbursement pursuant to 11 USC §330 or §331, and approved as bank fees pursuant to
§363 and §503(b), to the above-named applicant and are authorized to be disbursed or
transferred from funds of the above entitled estate, subject to the availability of funds and the
provision of any confirmed plan. *

    Compensation in the amount           $ _____
    Reimbursement in the amount of       $ _____
    Bank fees                            $ _____
        **TOTAL**                        $ _____

* If for first application, includes compensation earned pre-petition and filing fees and other costs incurred pre-petition.

ORDER AWARDING COMPENSATION  - 1

Summary of all prior awards and approvals on previous applications:

       Compensation      $ _____

       Reimbursement    $ _____

       Bank fees           $ _____

       Total                $ _____

Disbursement information for this award:

       Received directly from debtor by application

         (if for first application)            $ _____

       To be paid by transfer from attorney trust account: $ _____

       To be paid by trustee             $ _____

       Total                      $ _____

///End of Order///

Presented by:

_____

(Signature/address/phone)

Potomac Law Group PLLC

1905 7th Ave. W.

Seattle, WA 98119

(415) 297-0132

ORDER AWARDING COMPENSATION  - 2