Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF HEARING AND TIME TO OBJECT RE FIFTH INTERIM CHAPTER 7 FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (MAY 27, 2022 – JANUARY 21, 2023)** |
| | <u>Zoom Hearing Date:</u><br>**Date: March 7, 2023<br>Time: 1:30 p.m. PST<br>Zoom Link:**<br>https://www.zoomgov.com/j/1606922376<br>**Meeting ID: 160 692 2376**<br>*See* **attached for more Zoom information.** |

**PLEASE TAKE NOTICE** that the Potomac Law Group, PLLC ("<u>PLG</u>" or "<u>Applicant</u>") has filed its *Fifth Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (May 27, 2022 – January 21, 2023)* (the "<u>PLG Fee Application</u>"). Applicant is counsel to Mark D. Waldron in his capacity as the Chapter 7 Trustee in the above-captioned case. The Court approved Applicant's employment as counsel to the Chapter 7 Trustee on October 27, 2020, ECF No.

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fifth Interim Fee Application- 1

785. Applicant is seeking compensation in the amount of $74,800.00 for work performed and $482.31 in expense reimbursement for the eight month, or 240-day period May 27, 2022 to January 21, 2023, for a total of $75,282.31. Previously awarded fees and expenses:

|  |  | Applied For | Awarded |
|---|---|---|---|
| **Prior Application #1** | Date: | 3/10/2021 | 4/14/2021 |
|  | Compensation: | $30,040.00 | $30,040.00 |
|  | Expenses: | $0 | $0 |
| **Prior Application #2** | Date: | 7/16/2021 | 8/17/2021 |
|  | Compensation: | $42,680.00 | $42,680.00 |
|  | Expenses: | $0 | $0 |
| **Prior Application #3** | Date: | 4/1/2022 | 05/03/2022 |
|  | Compensation: | $65,360.00 | $65,360.00 |
|  | Expenses: | $350.00 | $350.00 |
| **Prior Application #4** | Date: | 8/22/2022 | 9/21/2022 |
|  | Compensation: | $65,320.00 | $65,320.00 |
|  | Expenses: | $31.71 | $31.71 |
| **Total Priors** | Compensation & Expenses: | $203,400.00 $381.71 | $203,400.00 $381.71 |

No other compensation or reimbursement has previously been received or allowed. The basis for the compensation is 11 U.S.C. §§ 327, 330, and 331. The PLG Fee Application is available from the Court. **A Zoom hearing ("Hearing") is set for March 7, 2023 at 1:30 p.m. PT. The Zoom hearing access information is appended to this Amended Notice.** If you wish to object to the PLG Fee Application, you must timely (1) file an objection with the U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Avenue, Suite 304, Spokane, WA 99201 and (2) serve the objection upon undersigned counsel. **The deadline to file an objection is February 27, 2023.** The Court may strike the Hearing and/or

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fifth Interim Fee Application- 2

enter an Order without further notice unless a written objection is timely served and filed.

Dated: February 2, 2023   POTOMAC LAW GROUP PLLC

By:  /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
Attorneys for Mark D. Waldron, Chapter 7 Trustee

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fifth Interim Fee Application- 3

## ZOOM MEETING ACCESS

Topic: Judge Corbit recurring Zoom Meeting ID and Passcode
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376

One tap mobile
+16692545252,,1606922376# US (San Jose)
+16692161590,,1606922376# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
    +1 646 828 7666 US (New York)

Meeting ID: 160 692 2376

Find your local number: https://www.zoomgov.com/u/abY28Cfi9z

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fifth Interim Fee Application- 4

4819-8605-1314, v. 1

Notice of Hearing and Time to Object Re
PLG Ch. 7 Fifth Interim Fee Application- 5