Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 2:18-bk-03197-FPC-C |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On February 2, 2023, I served a copy of the *Notice of Hearing and Time to Object re: Fifth Interim Chapter 7 Fee Application of the Potomac Law Group PLLC (May 27, 2022-January 21, 2023),* ECF No. 990, on the persons listed on the Limited Notice List appended hereto (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, or (ii) via ECF registration as indicated in the appended Limited Notice List.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 3rd day of February 2023 in Seattle, Washington.

By:     /s/ Pamela M. Egan
        Pamela M. Egan (WSBA No. 54736)
        *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

CERTIFICATE OF SERVICE – Page 1

| | | |
|---|---|---|
| BRENT WOODWARD, INC<br>14103 STEWART RD.<br>SUMNER WA<br>98390-9641 | ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN 4240 ARMY POST ROAD<br>DES MOINES IA<br>50321-9609 | EXECUTIVE FLIGHT, INC<br>CARNEY BADLEY SPELLMAN P.S. ATTN: SCOTT R. WEAVER<br>701 5TH AVENUE STE 3600<br>SEATTLE WA<br>98104-7010 |
| FEDEX CORPORATE SERVICES INC<br>AS ASSIGNEE OF FEDEX EXPRESS / GROUND / FREIGHT/ OFFICE 3965 AIRWAYS BLVD<br>MODULE G 3RD FLOOR<br>MEMPHIS TN<br>38116-5017 | LEXON INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC ATTN: LEE E. WOODARD<br>333 WEST WASHINGTON ST. SUITE 200<br>SYRACUSE NY<br>13202-5202 | MCVICKER, MOSS, ETL<br>MCVICKER, MOSS, BALESTRO, ET AL IN CLASS ACTION C/O LEVI & KORSINSKY LLP<br>1101 30TH STREET NORTHWEST SUITE 115 DC<br>20007-3740 |
| NEPPEL ELECTRICAL & CONTROLS, LLC<br>C/O RIES LAW FIRM ATTN: CHRISTOPHER F. RIES<br>PO BOX 2119<br>MOSES LAKE WA<br>98837-0519 | RARITAN, INC<br>C/O DRINKER BIDDLE & REATH LLP ATTN: FRANK VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ<br>07932-1096 | SCHMITT ELECTRIC, INC<br>1114 WALLA WALLA AVENUE<br>WENATCHEE WA<br>98801 |
| TALOS CONSTRUCTION LLC<br>C/O FOSTER PEPPER PLLC ATTN: TODD REUTER<br>618 W RIVERSIDE AVE SUITE 300<br>99201-5102 | WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL RD.<br>PALO ALTO CA<br>94304-1050 | |

# TOP TEN WTT TOKEN & MINERS
# SPECIAL NOTICE

| | | |
|---|---|---|
| Non-Profit Creditors' Committee of WTT Token Holders and Miners<br>12128 N Division St #426<br>Spokane WA 99218 | 507 Capital LLC<br>PO Box 206<br>N Stonington CT 06359 | Interflow LLC<br>5465 S. Dorchester<br>Chicago IL 60615 |
| Winland Credit Partners LLC<br>PO Box 206<br>N. Stonington CT 06359 | ~~Quark LLC ATTN: Gary Le~~<br>~~4283 Express Lane, Ste.~~<br>~~3482-078~~<br>~~Sarasota FL 34249~~<br>[Mail returned; no forwarding address; no updated address on file.] | JRD FUNDING LLC AttN Cesar Diaz<br>8137 Malchite Avenue, Ste E<br>Ranco Cucamunga CA 91730 |
| CRAIG BEECH<br>KINGSWOOD GORSE AVENUE<br>LITTLEHAMPTON BN16 1SG<br>UNITED KINGDOM | JUN DAM<br>237 Kearny #996<br>San Francisco CA 94108<br>[Served on counsel, Blood Hurst & O'Reardon, by ECF] | SINH DU2<br>818 SW 3RD AVE #221-2313<br>PORTLAND OR 97204-2405 |
| SCOTT GLASSCOCK<br>229 CRAFT ROAD<br>BRANDON FL 33511-7588 | ANDREA SHARP<br>268 BUSH STREET #2520<br>SAN FRANCISCO CA 94104-3503 | JOHN WINSLOW<br>5544 LAS VIRGENES ROAD #99<br>CALABASAS CA 91302-3446 |

| From: | ECFilings@waeb.uscourts.gov |
|---|---|
| To: | cmecf@waeb.uscourts.gov |
| Subject: | 18-03197-FPC7 Notice of Hearing |
| Date: | Thursday, February 2, 2023 1:17:14 PM |

**WARNING:** External email, do not click on links or open attachments unless you recognize the sender's full email address and expect the attachments.

TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 2/2/2023 at 1:16 PM PST and filed on 2/2/2023
**Case Name:** GIGA WATT INC
**Case Number:** 18-03197-FPC7
**Document Number:** 990

**Docket Text:**
NOTICE of Hearing. Filed by Pamela Marie Egan on behalf of Potomac Law Group PLLC (RE: Application for Award of Compensation[989]). The Hearing date is set for 3/7/2023 at 01:30 PM at Zoomgov.com or call 669-254-5252, Meeting ID: 160 692 2376. (Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of PLG Fifth Interim Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=2/2/2023] [FileNumber=11469791-0
] [5ba1e1bbf6246be158abd96539d3eb88b1f81285f633c1b5469529fd46232db9a04
978dbd704c608d5dba94b2ad06dba367eecf90adefd52f02ab731f66099ff]]

**18-03197-FPC7 Notice will be electronically mailed to:**

Quentin D Batjer on behalf of Creditor Port of Douglas County
toni@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood on behalf of Defendant Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Attorney Potomac Law Group PLLC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Mark D. Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Pamela M Eagan
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@corrdowns.com, dhutchings@corrdowns.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Dennis J. McGlothin on behalf of Creditor Jun Dam
docs@westwalaw.com

Dennis J. McGlothin on behalf of Defendant Jun Dam
docs@westwalaw.com

Jofrey M McWilliam on behalf of Defendant Perkins Coie LLP
jmcwilliam@byrneskeller.com,jmcwilliam@byrneskeller.com, ssandusky@byrneskeller.com,docket@byrneskeller.com

Jofrey M McWilliam on behalf of Defendant Lowell Ness
jmcwilliam@byrneskeller.com, ssandusky@byrneskeller.com,docket@byrneskeller.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jpiskel@pyklawyers.com, emily@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

Scott R. Smith on behalf of Creditor Douglas County PUD
ssmith@bsslslawfirm.com, hnelson@bsslslawfirm.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

**18-03197-FPC7 Notice will not be electronically mailed to:**

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Paul A Baum
,

Timothy G Blood on behalf of Creditor Jun Dam
Blood, Hurst & O'Reardon LLP

501 West Broadway Suite 1490
San Diego, CA 92101

Timothy G Blood on behalf of Defendant Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101

Executive Flight, Inc.
,

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801

Leslie E Hurst on behalf of Creditor Jun Dam
Blood Hurst & OReardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St
#426
Spokane, WA 99218

Thomas J. O'Reardon, II on behalf of Creditor Jun Dam
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359