Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Blvd., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com
   *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the mailing address for Pamela M. Egan of Potomac Law Group, PLLC, counsel to Mark D. Waldron, as the Chapter 7 Trustee ("Trustee"), has changed. The new address is **2212 Queen Anne Blvd. N., #836, Seattle, Washington 98109**. Counsel's email, telephone and fax numbers remain unchanged.

DATED this 3rd day of April 2023.

   POTOMAC LAW GROUP PLLC

   By:   */s/ Pamela M. Egan*
      Pamela M. Egan (WSBA No. 54736)
      *Attorneys for Mark D. Waldron,
      Chapter 7 Trustee*

NOTICE OF CHANGE OF ADDRESS – Page 1