Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Blvd., No. 836
Seattle, WA 98109
Telephone: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **TRUSTEE'S MOTION FOR AUTHORITY TO PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY PENDING SETTLEMENT NEGOTIATIONS** |

Mark D. Waldron, as the Chapter 7 Trustee ("Trustee"), hereby moves for an Order pursuant to § 363(b) of the Bankruptcy Code, in substantially the form attached hereto as **Exhibit A**, authorizing the Trustee (i) to pay expenses incident to fact discovery in the adversary proceeding, *Waldron v. Perkins Coie, et al.*, pending in this case, as Adv. Proc. No. 2:20-ap-80031 ("Perkins Adversary") and (ii) to enter into an agreement with LexBe, Inc. pursuant to which the discovery database which holds the Lighthouse documents will be put in hibernation at the

TRUSTEE'S MOTION FOR AUTHORITY
TO PAY EXPENSES INCIDENT TO
DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 1

18-03197-FPC7    Doc 998    Filed 04/03/23    Entered 04/03/23 16:00:26    Pg 1 of 5

reduced price of $100 per month pending finalization of the settlement of the Perkins Adversary and the WTT Token class action pending in the United States District Court for the Eastern District of Washington, captioned, *Dam v. Perkins, et al.*, Case No. 2:20-cv-00464-SAB. The total amount requested is $7,100.

## JURISDICTION

This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This motion is a core matter under 28 U.S.C. §§ 157(b)(2)(A), (M), and (O).

## BACKGROUND

On May 3, 2022, this Court authorized the Trustee to pay up to $32,107 in discovery expenses in the Perkins Adversary pursuant to the *Order Granting Trustee's Motion for Authority to Incur and Pay Expenses Incident to Discovery in Perkins Adversary*, ECF No. 958. Of that amount, $22,507 was designated for depositions and $9,600 was designated for extracting, processing and storing the documents obtained from Lighthouse, Inc. in a database.

Discovery expenses are less than the budged amount. Total expenses are $19,107, leaving a budget balance of $13,000. Expenses for depositions were only $4,507. However, fees for electronic document extraction, processing, and storing have exceeded the $9,600 that was allocated for this category of discovery expenses. The excess amount totals $6,600 as set forth below:

| Payee | Description | Amount |
|---|---|---|
| Lighthouse, Inc. | Extraction costs | $1,400 |
| LexBe, Inc. | Database management | $4,200 |
| Total | | $6,600 |

TRUSTEE'S MOTION FOR AUTHORITY
TO PAY EXPENSES INCIDENT TO
DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 2

The fees for database management accrue at the rate of $600 a month. The estate currently owes LexBe, Inc. $2,400 for fees accrued from November 2022 through February 2023 (4 x $600 = $2,400). March has not been billed, yet. However, $600 will be due for March. Additional fees will be incurred for the months of April and May 2023 (2 x $600 = $1,200) pursuant to the LexBe database subscription agreement which expires in May 2023.

In addition to permission to pay the $6,600 as described above, the Trustee requests permission to pay an additional $500 to LexBe, Inc. in fees to maintain the Lighthouse document database in a "hibernation" state starting on June 1, 2023 and ending on October 31, 2023 at the rate of $100 per month. This is appropriate and necessary while the Trustee finalizes the settlement of the Perkins Adversary and the WTT Token class action. Converting the database to a hibernation state pending finalizing the settlement will reduce the estate's monthly overhead while retaining the ability to resurrect the database efficiently should the parties not be able to finalize their agreement and obtain the necessary Court approvals.

[*This Motion continues on the next page.*]

TRUSTEE'S MOTION FOR AUTHORITY
TO PAY EXPENSES INCIDENT TO
DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 3

18-03197-FPC7    Doc 998    Filed 04/03/23    Entered 04/03/23 16:00:26    Pg 3 of 5

The foregoing chart compares the cost of resurrecting the database after hibernation with the cost of resurrecting the database after cancellation:

|  | Hibernation Option | Cancellation Option |
|---|---:|---:|
| **June – October 2023** | $500 | $0 |
| **Resurrecting** | | |
| Archiving | | $975 |
| Processing | | $900 |
| Hard Drive Disk | | $150 |
| **Total Amount** | $500 | $2,025 |
| **Days to Resurrect** | 3 | 7-10 days |

As set forth in the chart above, it will take less time to resurrect the database from hibernation than from cancellation. The Trustee will also have the ability to cancel the hibernation by providing notice. The termination will occur at the end of the month when the notice is provided. Thus, if the settlement is finalized before October 2023, then the estate will not have to pay for the remaining months. The hibernation will automatically end on October 31, 2023.

**CURRENT FUNDS AND CHAPTER 7 ADMINISTRATIVE EXPENSES**

The estate has a total of $492,837.09 in cash on hand. Pursuant to the *Order: (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, and (iii) Shortening Time to Object*, ECF 765, dated October 20, 2020, $112,000 of that amount is encumbered, leaving $380,837.09 in

TRUSTEE'S MOTION FOR AUTHORITY
TO PAY EXPENSES INCIDENT TO
DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 4

unencumbered funds. Outstanding Chapter 7 administrative expenses are as follows:

| Pending Chapter 7 Administrative Expenses | Amount |
|---|---|
| Attorneys Fees Incurred but Not Paid (for the period January 27, 2023 to March 28, 2023) | $3,000[1] |
| Accountants' Fees (estimated) | $10,000 |
| **Total** | $13,000 |

Based on the foregoing, incurring and paying the foregoing expenses is a prudent exercise of the Trustee's business judgment under the circumstances of this case and is in the best interests of the Debtor's estate and its creditors.

The Trustee respectfully requests that the Court grant the Motion and grant such other and further relief as the Court finds equitable and just.

DATED this 3rd day of April 2023.

POTOMAC LAW GROUP PLLC

By: */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
2212 Queen Anne Blvd., #836
Seattle, WA 98109
Tel.: (415) 297-0132
Fax.: (202) 318-7707
E: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

---

[1] This amount is for hourly attorneys' fees incurred for the period January 22, 2023 through March 31, 2023. Hourly fees incurred before January 22, 2023 have been paid pursuant to Court Orders.

TRUSTEE'S MOTION FOR AUTHORITY
TO PAY EXPENSES INCIDENT TO
DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 5

18-03197-FPC7    Doc 998    Filed 04/03/23    Entered 04/03/23 16:00:26    Pg 5 of 5