1  Pamela M. Egan, WSBA No. 54736
   POTOMAC LAW GROUP PLLC
2  2212 Queen Anne Blvd., #836
   Seattle, WA 98109
3  Telephone: (415) 297-0132
   Fax: (202) 318-7707
4  Email: pegan@potomaclaw.com
     *Attorneys for Mark D. Waldron, Chapter 7 Trustee*
5

6                **UNITED STATES BANKRUPTCY COURT**

7                **EASTERN DISTRICT OF WASHINGTON**

8  In re:                                Case No. 18-03197-FPC

9  GIGA WATT, Inc., a Washington         The Honorable Frederick P. Corbit
   corporation,
10                         Debtor.        Chapter 7

11                                        **SUBMISSION OF EXHIBIT**

12        Mark D. Waldron, Chapter 7 Trustee, hereby submits Exhibit A to the

13  Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins

14  Adversary Pending Settlement Negotiations, filed on April 3, 2023, ECF No. 998.

15        DATED this 3rd day of April 2023.

16                                POTOMAC LAW GROUP PLLC

17                                By:    */s/ Pamela M. Egan*
                                         Pamela M. Egan (WSBA No. 54736)
18                                       *Attorneys for Mark D. Waldron,*
                                         *Chapter 7 Trustee*
19

20

21

22

23

24
   SUBMISSION OF EXHIBIT  – Page 1
25

1

2

3

4

5

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **[Proposed] ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY PENDING SETTLEMENT NEGOTIATIONS** |

This matter came before the Court pursuant to the *Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins Adversary* ("Motion"), ECF No. [*], as well as the supporting declaration of Mark D. Waldron.

The Court FINDS that the expenses described in the Motion are necessary and reasonable and that there are sufficient funds in the estate to pay these

[Proposed] ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY
EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING
SETTLEMENT NEGOTIATIONS – Page 1

Exhibit A, Page 1 of 2

1 expenses. The Court further FINDS that notice was proper, reasonable, and

2 sufficient.

3      WHEREFORE, the Court ORDERS as follows:

4      1.    The Motion is granted;

5      2.    The Trustee is authorized to pay $6,600 in discovery expenses,

6 itemized as follows:

| Payee | Description | Amount |
|---|---|---|
| Lighthouse, Inc. | Extraction costs | $1,400 |
| LexBe, Inc. | Database management | $4,200 |
| | | $6,600 |

11      3.    The Trustee is further authorized to pay $500 to LexBe, Inc. for

12 hibernating the Lighthouse documents database through October 31, 2023.

13             ///END OF ORDER///

16

17 Presented by:
Pamela M. Egan  (WSBA No. 54736)
2212 Queen Anne Blvd., #836

18 Seattle, WA 98109
Tel.: (415) 297-0132

19 Fax.: (202) 318-7707
E: pegan@potomaclaw.com

20

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

21

22 [Proposed] ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY

23 EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING

24 SETTLEMENT NEGOTIATIONS – Page 2