Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Blvd., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY PENDING SETTLEMENT NEGOTIATIONS** |

PLEASE TAKE NOTICE that Mark D. Waldron, as the Chapter 7 Trustee ("Trustee"), has filed the *Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins Adversary Pending Settlement Negotiations* in the above-captioned case. The Motion seeks permission to pay $7,100 in expenses incident to fact discovery in the adversary proceeding, *Waldron v. Perkins Coie, et al.*, pending in this case, as Adv. Proc. No. 20-80031 ("Perkins Adversary"). Specifically, $1,400 will be paid to Lighthouse, Inc. for electronic document

NOTICE OF TRUSTEE'S MOTION FOR
AUTHORITY TO PAY EXPENSES INCIDENT
TO DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 1

extraction and $6,600 will be paid to Lexbe, Inc. for storing and managing documents in a database. In addition, the Trustee is seeking permission to pay $500 to LexBe, Inc. to "hibernate" the Lighthouse document database pending settlement negotiations in the adversary proceeding, *Waldron v. Perkins, et al.*, Case No. 2:20-ap-80031 and the WTT Token class action proceeding, *Dam v. Perkins, et al.*, Case No. 2:20-cv-00464.

**If you wish to object to the Motion, you must file an Objection with the Bankruptcy Court and serve the objection upon undersigned counsel by <u>April 28, 2023</u>. The Court may enter an order granting the Motion without an actual hearing or further notice unless a written objection is timely served and filed.** If an objection is received, then a hearing will be set and notice of that hearing will be provided.

DATED this 3rd day of April 2023.

POTOMAC LAW GROUP PLLC

By:   */s/ Pamela M. Egan*
      Pamela M. Egan (WSBA No. 54736)
      2212 Queen Anne Blvd.
      Seattle, WA 98109
      Tel.: (415) 297-0132
      Fax.: (202) 318-7707
      E: pegan@potomaclaw.com

      *Attorneys for Mark D. Waldron,*
      *Chapter 7 Trustee*

NOTICE OF TRUSTEE'S MOTION FOR
AUTHORITY TO PAY EXPENSES INCIDENT
TO DISCOVERY IN PERKINS ADVERSARY
PENDING SETTLEMENT NEGOTIATIONS – Page 2

18-03197-FPC7    Doc 1001    Filed 04/03/23    Entered 04/03/23 16:21:47    Pg 2 of 2