Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 2:18-bk-03197-FPC-C |
| GIGA WATT, Inc., a Washington corporation,<br>Debtor. | The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On April 4, 2023, I served a copy of the *Notice of Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins Adversary Pending Settlement Negotiations*, ECF No. 1001, on the persons listed on the Limited Notice List appended hereto (i) by U.S.P.S. first class mail in a sealed, stamped envelope to the street addresses listed on the Limited Notice List, or (ii) via ECF registration as indicated in the appended Limited Notice List.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 18th day of April 2023 in Seattle, Washington.

By:     /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

CERTIFICATE OF SERVICE – Page 1

# TOP TEN TRADE

BRENT WOODWARD, INC
14103 STEWART RD.
SUMNER WA
98390-9641

ELECTRICAL POWER
PRODUCTS INC
ATTN MARY GILMAN 4240
ARMY POST ROAD
DES MOINES IA
50321-9609

EXECUTIVE FLIGHT, INC
CARNEY BADLEY
SPELLMAN P.S. ATTN:
SCOTT R. WEAVER
701 5TH AVENUE STE 3600
SEATTLE WA
98104-7010

FEDEX CORPORATE
SERVICES INC
AS ASSIGNEE OF FEDEX
EXPRESS / GROUND /
FREIGHT/ OFFICE 3965
AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS TN
38116-5017

LEXON INSURANCE
COMPANY
C/O HARRIS BEACH PLLC
ATTN: LEE E. WOODARD
333 WEST WASHINGTON
ST. SUITE 200
SYRACUSE NY
13202-5202

MCVICKER, MOSS, ETL
MCVICKER, MOSS,
BALESTRO, ET AL IN
CLASS ACTION C/O LEVI
& KORSINSKY LLP
1101 30TH STREET
NORTHWEST SUITE
115 DC
20007-3740

NEPPEL ELECTRICAL &
CONTROLS, LLC
C/O RIES LAW FIRM
ATTN: CHRISTOPHER F.
RIES
PO BOX 2119
MOSES LAKE WA
98837-0519

RARITAN, INC
C/O DRINKER BIDDLE &
REATH LLP ATTN: FRANK
VELOCCI
600 CAMPUS DRIVE
FLORHAM PARK NJ
07932-1096

SCHMITT ELECTRIC, INC
1114 WALLA WALLA
AVENUE
WENATCHEE WA
98801

TALOS CONSTRUCTION
LLC
C/O FOSTER PEPPER
PLLC ATTN: TODD
REUTER
618 W RIVERSIDE AVE
SUITE 300
99201-5102

WILSON SONSINI
GOODRICH & ROSATI
650 PAGE MILL RD.
PALO ALTO CA
94304-1050

| | | |
|---|---|---|
| Non-Profit Creditors' Committee of WTT Token Holders and Miners<br>12128 N Division St #426<br>Spokane WA 99218 | 507 Capital LLC<br>PO Box 206<br>N Stonington CT 06359 | Interflow LLC<br>5465 S. Dorchester<br>Chicago IL 60615 |
| Winland Credit Partners LLC<br>PO Box 206<br>N. Stonington CT 06359 | ~~Quark LLC ATTN: Gary Le~~<br>~~4283 Express Lane, Ste.~~<br>~~3482-078~~<br>~~Sarasota FL 34249~~<br>[Mail returned; no forwarding address; no updated address on file.] | JRD FUNDING LLC AttN Cesar Diaz<br>8137 Malchite Avenue, Ste E<br>Ranco Cucamunga CA 91730 |
| CRAIG BEECH<br>KINGSWOOD GORSE AVENUE<br>LITTLEHAMPTON BN16 1SG<br>UNITED KINGDOM | JUN DAM<br>237 Kearny #996<br>San Francisco CA 94108<br>[Served on counsel, Blood Hurst & O'Reardon, by ECF] | SINH DU2<br>818 SW 3RD AVE #221-2313<br>PORTLAND OR 97204-2405 |
| SCOTT GLASSCOCK<br>229 CRAFT ROAD<br>BRANDON FL 33511-7588 | ANDREA SHARP<br>268 BUSH STREET #2520<br>SAN FRANCISCO CA 94104-3503 | JOHN WINSLOW<br>5544 LAS VIRGENES ROAD #99<br>CALABASAS CA 91302-3446 |

From: ECFilings@waeb.uscourts.gov
To: cmecf@waeb.uscourts.gov
Subject: 18-03197-FPC7 Notice of Motion and Time to Object
Date: Monday, April 3, 2023 4:23:14 PM

**WARNING:** External email, do not click on links or open attachments unless you recognize the sender's full email address and expect the attachments.

TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 4/3/2023 at 4:21 PM PDT and filed on 4/3/2023

**Case Name:** GIGA WATT INC
**Case Number:** 18-03197-FPC7
**Document Number:** 1001

**Docket Text:**
NOTICE of Motion and Time to Object. Filed by Pamela Marie Egan on behalf of Mark Waldron (RE: Motion to Authorize Payments[998]). (Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 4. Notice of Motion for Authority to Pay Lighthouse and LexBe.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=4/3/2023] [FileNumber=11499032-0
] [3548d65f79e4bd4c0b110d4c8748720e95b2c0462893090daf93be65acf770b9022
e2131b7dd4b2d6a132f2baa355242c684e2bb4ea2598e168c09ee7fce9cd8]]

**18-03197-FPC7 Notice will be electronically mailed to:**

Quentin D Batjer on behalf of Creditor Port of Douglas County
toni@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood on behalf of Defendant Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Pamela Marie Egan on behalf of Attorney Potomac Law Group PLLC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant GIGA WATT INC
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant The Potomac Law Group, a Washington DC Limited Liability Partnership
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Mark D. Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Defendant Pamela M Eagan
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark Waldron
pegan@potomaclaw.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

Scott B Henrie on behalf of Creditor Refael Sofair
SHenrie@williamskastner.Com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, tdondero@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
ghoog@corrdowns.com, dhutchings@corrdowns.com

Reid G Johnson on behalf of Defendant Timur Usmanov
rjohnson@lukins.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Dennis J. McGlothin on behalf of Creditor Jun Dam
docs@westwalaw.com

Dennis J. McGlothin on behalf of Defendant Jun Dam
docs@westwalaw.com

Jofrey M McWilliam on behalf of Defendant Perkins Coie LLP
jmcwilliam@byrneskeller.com,jmcwilliam@byrneskeller.com, jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

Jofrey M McWilliam on behalf of Defendant Lowell Ness
jmcwilliam@byrneskeller.com, jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant Clever Capital, LLC
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jpiskel@pyklawyers.com, emily@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jpiskel@pyklawyers.com, emily@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

Scott R. Smith on behalf of Creditor Douglas County PUD
ssmith@bsslslawfirm.com, hnelson@bsslslawfirm.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com

**18-03197-FPC7 Notice will not be electronically mailed to:**

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359

Paul A Baum

,

Timothy G Blood on behalf of Creditor Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101

Timothy G Blood on behalf of Defendant Jun Dam
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101

Executive Flight, Inc.
,

GIGA WATT INC
1250 N Wenatchee Ave., Suite H #147
Wenatchee, WA 98801

Leslie E Hurst on behalf of Creditor Jun Dam
Blood Hurst & OReardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104

Non-Profit Creditors' Committee of WTT Token Holders and Miners
12128 N Division St
#426
Spokane, WA 99218

Thomas J. O'Reardon, II on behalf of Creditor Jun Dam
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Christopher F. Ries
Ries Law Firm, P.S.
Post Office Box 2119
Moses Lake, WA 98837

Winland Credit Partners LLC
P.O. Box #206
N. Stonington, CT 06359