# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>            Debtor. | Case No. 18-03197-FPC<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY PENDING SETTLEMENT NEGOTIATIONS** |

This matter came before the Court pursuant to the *Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins Adversary* ("Motion"), ECF No. 998, as well as the supporting declaration of Mark D. Waldron.

The Court FINDS that the expenses described in the Motion are necessary and reasonable and that there are sufficient funds in the estate to pay these expenses. The Court further FINDS that notice was proper, reasonable, and sufficient.

ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY
EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING
SETTLEMENT NEGOTIATIONS – Page 1

WHEREFORE, the Court ORDERS as follows:

1. The Motion is granted;

2. The Trustee is authorized to pay $6,600 in discovery expenses, itemized as follows:

| Payee | Description | Amount |
|---|---|---|
| Lighthouse, Inc. | Extraction costs | $1,400 |
| LexBe, Inc. | Database management | $4,200 |
| | | $6,600 |

3. The Trustee is further authorized to pay $500 to LexBe, Inc. for hibernating the Lighthouse documents database through October 31, 2023.

///END OF ORDER///

Presented by:
Pamela M. Egan (WSBA No. 54736)
2212 Queen Anne Blvd., #836
Seattle, WA 98109
Tel.: (415) 297-0132
Fax.: (202) 318-7707
E: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY
EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING
SETTLEMENT NEGOTIATIONS – Page 2