# Notice Recipients

District/Off: 0980–2   User: notice   Date Created: 5/5/2023
Case: 18–03197–FPC7   Form ID: pdf002   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  GIGA WATT INC  1250 N Wenatchee Ave., Suite H #147  Wenatchee, WA 98801

TOTAL: 1