United States Bankruptcy Court
Eastern District of Washington

In re:                                                                 Case No. 18-03197-FPC
GIGA WATT INC                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2      User: notice      Page 1 of 4
Date Rcvd: May 05, 2023      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

**Recip ID**     **Recipient Name and Address**
db     +   GIGA WATT INC, 1250 N Wenatchee Ave., Suite H #147, Wenatchee, WA 98801-1599

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Adam C. Doupe
     on behalf of Interested Party Allrise Financial Group doupe@ryanlaw.com doupear96329@notify.bestcase.com

Angie Lee
     on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov

Benjamin A Ellison
     on behalf of Creditor Committee Unsecured Creditors' Committee salishsealegal@outlook.com

Benjamin J McDonnell
     on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell
     on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com

Benjamin J McDonnell
     on behalf of Creditor David M Carlson ben@pyklawyers.com eboudreau@pyklawyers.com,knims@pyklawyers.com

| | |
|---|---|
| Benjamin J McDonnell | on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com eboudreau@pyklawyers.com,knims@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, eboudreau@pyklawyers.com,knims@pyklawyers.com |
| Christopher F Ries | on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| Danial D Pharris | on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com |
| Daniel William Short | on behalf of Creditor Douglas County PUD dan.short@painehamblen.com sheila.espinoza@painehamblen.com |
| David A Kazemba | on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com |
| David A Kazemba | on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,dusty@overcastlaw.com,zachary@overcastlaw.com,kazembadr92395@notify.bestcase.com |
| David R Law | on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com |
| Dennis J. McGlothin | on behalf of Creditor Jun Dam docs@westwalaw.com |
| Dennis J. McGlothin | on behalf of Defendant Jun Dam docs@westwalaw.com |
| Dominique R Scalia | on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com |
| Dominique R Scalia | on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com |
| Donald A Boyd | on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com kvoelker@hummerboyd.com |
| Douglas A. Hofmann | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com tdondero@williamskastner.com |
| Gary W Dyer | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | on behalf of Attorney Emerald City Statewide LLC hoog@ryanlaw.com dhutchings@corrdowns.com |
| James D Perkins | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | on behalf of Defendant Enterprise Focus Inc. jpiskel@pyklawyers.com, emily@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor David M Carlson jpiskel@pyklawyers.com emily@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant David M. Carlson and Jane Doe 1 jpiskel@pyklawyers.com emily@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant Clever Capital LLC jpiskel@pyklawyers.com, emily@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor Clever Capital LLC jpiskel@pyklawyers.com, emily@pyklawyers.com |
| Jofrey M McWilliam | on behalf of Defendant Perkins Coie LLP jmcwilliam@byrneskeller.com jmcwilliam@byrneskeller.com, jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com |
| Jofrey M McWilliam | on behalf of Defendant Lowell Ness jmcwilliam@byrneskeller.com jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com |
| John Knox | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |

John D Munding
    on behalf of Defendant Lowell Ness John@Mundinglaw.com Karen@mundinglaw.com

John D Munding
    on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com Karen@mundinglaw.com

Joseph A.G. Sakay
    on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com docketing@ryanlaw.com

Mark Waldron
    trustee@mwaldronlaw.com mark@mwaldronlaw.com

Pamela Marie Egan
    on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Other Professional Potomac Law Group PLLC pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Attorney Potomac Law Group PLLC pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Quentin D Batjer
    on behalf of Creditor Port of Douglas County toni@dadkp.com quentin@dadkp.com

Ralph E Cromwell, Jr
    on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr
    on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr
    on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Reid G Johnson
    on behalf of Defendant Timur Usmanov rjohnson@lukins.com

Roberto H Castro
    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com

Scott B Henrie
    on behalf of Creditor Refael Sofair SHenrie@williamskastner.Com DLevitin@williamskastner.Com

Scott R. Smith
    on behalf of Creditor Douglas County PUD ssmith@bsslslawfirm.com hnelson@bsslslawfirm.com

Shauna S Brennan
    on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher
    on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kesarah.rhine@foster.com

Timothy G. Blood
    on behalf of Defendant Jun Dam tblood@bholaw.com efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood
    on behalf of Creditor Jun Dam tblood@bholaw.com efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce
    on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce
    on behalf of Creditor Clever Capital LLC vprollins@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY PENDING SETTLEMENT NEGOTIATIONS** |

This matter came before the Court pursuant to the *Trustee's Motion for Authority to Pay Expenses Incident to Discovery in Perkins Adversary* ("Motion"), ECF No. 998, as well as the supporting declaration of Mark D. Waldron.

The Court FINDS that the expenses described in the Motion are necessary and reasonable and that there are sufficient funds in the estate to pay these expenses. The Court further FINDS that notice was proper, reasonable, and sufficient.

ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY
EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING
SETTLEMENT NEGOTIATIONS – Page 1

WHEREFORE, the Court ORDERS as follows:

1. The Motion is granted;

2. The Trustee is authorized to pay $6,600 in discovery expenses, itemized as follows:

| Payee | Description | Amount |
|---|---|---|
| Lighthouse, Inc. | Extraction costs | $1,400 |
| LexBe, Inc. | Database management | $4,200 |
| | | $6,600 |

3. The Trustee is further authorized to pay $500 to LexBe, Inc. for hibernating the Lighthouse documents database through October 31, 2023.

///END OF ORDER///

Presented by:
Pamela M. Egan (WSBA No. 54736)
2212 Queen Anne Blvd., #836
Seattle, WA 98109
Tel.: (415) 297-0132
Fax.: (202) 318-7707
E: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

ORDER GRANTING TRUSTEE'S
MOTION FOR AUTHORITY TO PAY
EXPENSES INCIDENT TO DISCOVERY
IN PERKINS ADVERSARY PENDING
SETTLEMENT NEGOTIATIONS – Page 2