Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 7<br><br>**LIST OF EXHIBITS IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENTS** |
|---|---|

The Trustee respectfully submits the following list of Exhibits which are referenced in the Memorandum of Points and Authorities in Support of Chapter 7 Trustee's Motion for Order Approving Settlement.

| Exhibit No. | Document |
|---|---|
| 1 | Settlement Agreement and Release between the Trustee and Perkins ("Trustee Settlement") |
| 1.1 | Stipulation of Settlement between Eric Blomquist and Perkins Coie, LLP and affiliates ("Class Settlement Agreement") |
| 1.1.A | Long Form Notice (Class Settlement) |

| Exhibit No. | Document |
|---|---|
| 1.1.B | Email Notice – To Be Submitted (Class Settlement) |
| 1.1.C | Postcard Notice (Class Settlement) |
| 1.1.D | Final Approval Order (Class Settlement) |
| 1.1.E | Preliminary Approval Order (Class Settlement) |
| 1.1.F | Claim Form (Class Settlement) |
| 1.2 | Sofair Stipulation |
| 1.2.A | Notice of Withdrawal of Sofair Claim |
| 1.2.B | Notice of Dismissal of Sofair RICO Action |
| 2. | Usmanov Stipulation |
| 2.A | Notice of Dismissal of Claims Against Usmanov |
| 3 | Letter from Stephanie Jensen, Of Counsel, Wilson Sonsini Goodrich & Rosati, to Belina Mathie, United States Securities Exchange Commission (August 2, 2018) (addenda omitted) |
| 4 | Pete Rizzo, *Tokenized Bitcoin Mines? New Startup Giga Watt Unveils ICO Plan*, CoinDesk, May 11, 2017 |
| 5 | Videotape: 2017 Entrepreneur of the Year (Giga Watt Project 2017) |
| 6 | Videotape: Mining for Dummies, A Cryptominer's Thorny Path, Consensus Conference (Giga Watt Project May 20, 2017) |
| 7 | Giga Watt Token Launch White Paper |

List of Exhibits in Support of
Appellee Chapter 7 Trustee's Motion
for Order Approving Settlements – Page 2

| Exhibit No. | Document |
|---|---|
| 8 | Videotape: Giga Pod Up Close (Giga Watt Project 2017) |
| 9 | E-mail from David Carlson to Rob Taves and Jeffrey Field (March 9, 2017, 5:33 PM) |
| 10 | *Cryptocurrencies: Oversight of New Assets in the Digital Age:* Hearing Before the H. Committee on Agriculture, 115th Congress 48-73 (2018) (statement of Lowell Ness) |
| 11 | Letter from Lowell Ness, Partner, Perkins Coie LLP, to Katarina [sic] Grant, Cryptonomos Pte. Ltd. (March 3, 2017) |
| 12 | E-mail from Jean-Jacques "J" Cabou, Partner, Perkins Coie LLP to Ronan McGee, U.S. Secret Service – CID (August 8, 2018, 09:16 AM) |

Dated: August 28, 2023      POTOMAC LAW GROUP PLLC

By:   s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

List of Exhibits in Support of
Appellee Chapter 7 Trustee's Motion
for Order Approving Settlements – Page 3