TO BE SUBMITTED

EXHIBIT 1.1 B – TO BE PROVIDED