Giga Watt Token Settlement Administrator
P.O. Box 0000
City, State, 00000-0000

**Court-Ordered Legal Notice**

**If you owned one or more Giga Watt Tokens on November 19, 2018 you may be entitled to a cash award from a class action settlement.**

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

**To qualify for a cash payment you must return a claim form by Month, Day, 2023.**

www.GigaWattTokenSettlement.com

1-xxx-xxx-xxxx

---

Forwarding Service Requested

|||..||...|..|...||....||...||.||

Postal Service: Please do not mark barcode
Claim No.:

[CLASS MEMBER INFO]

---

You are receiving this because records indicate you may have owned one or more "Tokens" that were supposed to provide access to "Giga Watt" cryptocurrency mining facilities in Eastern Washington. If so, you may be a "Class Member" and entitled to receive a cash award from a class action settlement. In *Dam v. Perkins Coie, LLP, et al.*, Case No. 2:20-cv-00464-SAB (E.D. Wash.), the court preliminarily approved the Settlement of a class action lawsuit over whether Defendants improperly released money deposited in its escrow account that was paid to purchase Tokens representing the right to use the Giga Watt Project's cryptocurrency mining facilities. The Defendants in the lawsuit deny these claims.

**What does the Settlement Provide?** The Settlement will create a $4,500,000 Common Fund from which Class Members who submit a valid claim will receive a cash payment. Class notice and settlement administration expenses, Plaintiff's Counsel's fees and expenses and any Class Representative service award as approved by the Court will also be paid out of the Common Fund.

**How do I get a cash payment?** You must submit a Claim Form to qualify for a cash payment. The Claim Form is available at www.GigaWattTokenSettlement.com. Claim Forms can be submitted online at www.GigaWattTokenSettlement.com or by mail. The deadline to submit a Claim Form is **MONTH, DAY, 2023**.

**What are my other options?** If you don't want any cash payment or to be legally bound by the Settlement, you must submit a "Request for Exclusion" mailed ~~postmarked~~ or submitted online at www.GigaWattTokenSettlement.com so the request is recieved by **MONTH DAY, 2023**. If you do not exclude yourself, you have the right to object to the Settlement. The deadline for filing objections is **MONTH DAY, 2023**~~, and T~~the requirements for submitting an objection and an exclusion request can be found in the Settlement Agreement and Detailed Notice available at **www.GigaWattTokenSettlement.com**. If you exclude yourself, you cannot receive any cash payment, but you do not release any potential rights to sue Defendants relating to the claims in the lawsuit.

The Court will hold a hearing on **MONTH, DAY, 2023** at **TIME**. At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Common Fund plus reimbursement of costs and a $5,000 service award to the Class Representative. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

**For more information or for a Claim Form**, please visit www.GigaWattTokenSettlement.com or call 1-xxx-xxx-xxxx.