*Giga Watt Token Settlement*
c/o Epiq
P.O. Box XXXX
Portland, OR 97208-3770
U.S & Canada Toll-Free Number: XXXX
International Number: XXXX
Email: info@GigaWattTokenSettlement.com
Website: www.GigaWattTokenSettlement.com

## CLAIM FORM

### PART I – GENERAL INSTRUCTIONS

1. To be eligible to receive a share of the net fund in the Giga Watt Token settlement, you must either (a) mail a completed and signed claim form to the above address via U.S. mail, postmarked on or before **[date]**, or (b) complete and submit the claim form through the settlement website, www.gigawatttokensettlement.com, on or before **[date]**.

2. Complete this claim form only if you owned Tokens as of November ___, 2018. Any Tokens you sold prior to November ___, 2018, or acquired after November ___, 2018, are not covered by this settlement.

3. Separate claim forms should be submitted for each separate legal entity. Conversely, a single claim form should be submitted on behalf of one legal entity no matter how many separate accounts or transactions that entity has.

4. Agents, executors, administrators, guardians, and trustees must complete and sign the claim form on behalf of persons represented by them.

5. Your claim is not deemed submitted until you receive an acknowledgement email. The settlement administrator will acknowledge receipt of your claim form by email, within ___ days. If you do not receive an acknowledgement email within ___ days, please call the settlement administrator at the numbers listed on the top of this form.

6. If you have questions concerning the claim form or need additional copies of the Claim Form or the Notice, you may contact the Settlement Administrator, Epiq. The contact information is above.

## PART II – CLAIMANT IDENTIFICATION

The settlement administrator will use this information for all communications regarding this claim form. If this information changes, you must notify the settlement administrator in writing at the address above.

Token Owner's First Name | MI | Token Owner's Last Name

Co-Owner's First Name | MI | Co-Owner's Last Name

Entity Name (if Token Owner is not an individual)

Representative or Custodian Name (if different from Owner(s) listed above) Address 1

(street name and number)

Address 2 (apartment, unit or box number)

City | State | ZIP Code

Country

Primary Phone Number | Alternate Phone Number

Email Address

Claimant Account Type

☐ Individual (includes joint owner accounts)　　☐ Other (please specify) _____

☐ Corporation

# PART III – TOKEN OWNERSHIP

The Settlement Administrator may email you with instructions to confirm the cryptocurrency wallet address used to purchase or acquire the Tokens. If you no longer have ownership or control of this wallet address, please provide documentation sufficient to show evidence of the fiat currency used to purchase the Tokens.

## STEP 1.
### STATE HOW MANY GIGAWATT TOKENS YOU OWNED AS OF NOVEMBER 19, 2018:

<u>Wallet Address in Which You Hold The Gigawatt Tokens</u>

## STEP 2.
### PROVIDE INFORMATION ON THE DATE YOU PURCHASED OR ACQUIRED THE TOKENS.

| Date (MMDDYY) | Number of Tokens Purchased | Blockchain Hosting the Transaction (BTC, ETH, other) | Total Consideration Paid for Tokens |
|---|---|---|---|
| | | | |

<u>Wallet Address from Which Crypto Was Contributed for Purchase</u>

3

# STEP 3.
## PROVIDE INFORMATION ON THE DATE YOU SOLD OR TRANSFERRED THE TOKENS.

| Date (MMDDYY) | Number of Tokens Purchased | Blockchain Hosting the Transaction (BTC, ETH, other) | Total Consideration Received for Token |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Wallet Address from Which Crypto Was Sold or Transferred From

| | | |
|---|---|---|
| | | |

# STEP 4.
## PROVIDE DOCUMENTATION SUFFICIENT TO SHOW THAT YOU OWNED THE NUMBER OF TOKENS IDENTIFIED IN STEP 1 AS OF NOVEMBER 19, 2018.

4

IF YOU NEED ADDITIONAL SPACE FOR THE INFORMATION REQUESTED, ATTACH EXTRA PAGES IN THE SAME FORMAT. PRINT THE OWNER'S FULL NAME ON EACH ADDITIONAL PAGE.

5