Douglas A. Hofmann, WSBA #6393
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
*Attorneys for Refael Sofair, Plaintiff*

Timothy G. Blood (PHV)
Blood Hurst & O'Reardon, LLP
501 W. Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
Email:tblood@bholaw.com
*Attorneys for Refael Sofair, Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF WITHDRAWAL OF CLAIM OF REFAEL SOFAIR, CLAIM NO. 70-1** |

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Refael Sofair, hereby withdraws his Claim No. 70-1 filed in this case, subject to the terms of the Stipulation between Mr. Sofair and the Trustee, dated [*] __, 2023 and approved by the Court pursuant to that certain Order dated _____, ECF No. [*].

DATED this ___ day of [*] 2023.

WILLIAMS, KASTNER & GIBBS PLLC


By: ___/s/ Douglas A. Hofmann_____
Douglas A. Hofmann, WSBA #6393

NOTICE OF WITHDRAWAL OF CLAIM OF REFAEL SOFAIR, CLAIM NO. 70-1 – Page 1

Exhibit 1.2.A, Page 1 of 1