Douglas A. Hofmann, WSBA #6393
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
*Attorneys for Refael Sofair, Plaintiff*

Timothy G. Blood (PHV)
Blood Hurst & O'Reardon, LLP
501 W. Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
Email:tblood@bholaw.com
*Attorneys for Refael Sofair, Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFAEL SOFAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, Inc., *et al.*,<br><br>Defendants. | Case No. 18-00308<br><br>The Honorable Stanley A. Bastian<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Refael Sofair, Plaintiff hereby dismisses this action with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion for summary judgment.

DATED this ___ day of [*] 2023.

WILLIAMS, KASTNER & GIBBS PLLC

By: */s/ Douglas A. Hofmann*
    Douglas A. Hofmann, WSBA #6393