# EXHIBIT 2

18-03197-FPC7    Doc 1011-12    Filed 08/28/23    Entered 08/28/23 22:10:41    Pg 1 of 7

Pamela M. Egan, WSBA #54736
Potomac Law Group PLLC
2212 Queen Anne Ave., #836
Seattle, WA 98109
Tel: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorney for Mark D. Waldron, as
Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, and TIMUR USMANOV, a citizen of the Russian Federation,<br><br>Defendants. | Adv. Case No. 20-80031<br><br>**STIPULATION TO DISMISS TRUSTEE'S CLAIM AGAINST TIMUR USMANOV** |

Mark D. Waldron, Chapter 7 Trustee, and Timur Usmanov (individually each a "Party" and collectively the "Parties") hereby stipulate to the following:

1.  Within five business days after the Effective Date (defined below) the Trustee shall file with the Court a Notice of Dismissal in substantially the form

STIPULATION TO DISMISS TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 1

attached hereto as **Exhibit A**, dismissing the Trustee's claims against Timur Usmanov with prejudice and without fees or costs to either Party.

2. <u>"Effective Date"</u> means the latest in time of:

    a.    The date on which the time to appeal an Order of this Court approving the Trustee's settlement ("<u>Perkins Settlement</u>") with the remaining defendants in this adversary proceeding has expired, if no appeal has been taken from such Order.

    b.    The date on which the time to appeal an Order of the United States District Court for the Eastern District of Washington ("<u>District Court</u>") approving the settlement of the action ("Class Settlement") pending in the District Court captioned, *Dam v. Perkins Coie LLP, et al.*, Case No. 20-cv-00464 SAB, has expired, if no appeal has been taken from such Order.

    c.    In the event that an appeal or other effort to obtain review of either the Order approving the Perkins Settlement or the Order approving the Class Settlement has been initiated, the date after all such appeals or requests for other review have finally concluded on terms that affirm such Orders, as applicable, and all such appeals or reviews are no longer subject to further review.

    d.    The dismissal of the appeal pending in the District Court on a consolidated basis under *Dam v. Waldron*, Case No. 2:21-cv-0291.

STIPULATION TO DISMISS TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 2

| | |
|---|---|
| 1 | e. The dismissal with prejudice of all claims against Giga Watt, |
| 2 | Inc. in the action pending in the District Court, *Sofair v. Giga* |
| 3 | *Watt, Inc., GigaWatt Pte. Ltd., David Matthew Carlson and* |
| 4 | *Does 1-10*, Case No. 2:18-cv-00308-SAB. |
| 5 | f. If the Parties agree in writing, any other agreed date that is |
| 6 | earlier than the Effective Date. |
| 7 | 3. <u>Mutual Release</u>. The Trustee and Mr. Usmanov hereby mutually |
| 8 | release each other and each other's insurers, former or current partners, |
| 9 | shareholders, employees, affiliate entities, agents, attorneys, officers, directors, |
| 10 | and/or any such person or entity acting on their behalf from any and all claims, |
| 11 | losses, damages, attorneys' fees, expenses and costs, sanctions, disgorgement of |
| 12 | fees, fines or penalties, whether accrued or not, whether known or unknown, of any |
| 13 | type or nature. For the avoidance of doubt, Mr. Usmanov will not receive or share |
| 14 | in any distribution from the Giga Watt estate. |
| 15 | a. <u>Broad Intent</u>. This mutual release is intended to be broad, and to |
| 16 | include every dispute or claim of any type, as well as any and |
| 17 | all claims arising from unknown or unsuspected facts. In this |
| 18 | regard, the Parties acknowledge that discovery has not been |
| 19 | completed in this proceeding and that there may be additional |
| 20 | facts, unknown to them at the time of entering into this |
| 21 | Stipulation, which would influence or perhaps change their |
| 22 | willingness to enter into this Stipulation. Nevertheless, given |
| 23 | the cost and uncertainty of litigation, the parties have decided to |
| 24 | |
| 25 | |

STIPULATION TO DISMISS TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 3

1    proceed, based on their present knowledge, and enter into this

2    Stipulation.

3    b.    <u>1542 Waiver</u>. In addition, with respect to the claims released by

4    this Stipulation, the Parties specifically acknowledge and

5    affirmatively waive any rights or benefits available to them

6    under California Civil Code Section 1542. California Civil

7    Code Section 1542 provides:

8    A GENERAL RELEASE DOES NOT EXTEND TO

9    CLAIMS THAT THE CREDITOR OR RELEASING

10    PARTY DOES NOT KNOW OR SUSPECT TO EXIST

11    IN HIS OR HER FAVOR AT THE TIME OF

12    EXECUTING THE RELEASE AND THAT IF KNOWN

13    BY HIM OR HER, WOULD HAVE MATERIALLY

14    AFFECTED HIS OR HER SETTLEMENT WITH THE

15    DEBTOR OR RELEASED PARTY.

16    c.    The Parties hereby waive any and all federal and state statutes

17    similar in substance, meaning, or application to California Civil

18    Code section 1542.

19    d.    For the avoidance of doubt, Mr. Usmanov will not receive or

20    share in any distribution from the estate.

21    4.    The Trustee will ask the Court to approve this Stipulation in the same

22 motion in which he seeks approval of the Perkins Settlement.

23    5.    This Stipulation is subject to the occurrence of the Effective Date.

24

25 STIPULATION TO DISMISS TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 4

1       6.    The Stipulation may not be changed, modified, or amended except in

2 a writing signed by Mr. Usmanov and the Trustee or their counsel, and, if required,

3 approved by this Court.

4       7.    The determination of the terms and conditions contained herein and

5 the drafting of the provisions of this Stipulation have been by mutual

6 understanding after negotiation, with consideration by and participation of Mr.

7 Usmanov, the Trustee and their counsel. This Stipulation shall not be construed

8 against any Party on the basis that the Party was the drafter or participated in the

9 drafting. Any statute or rule of construction that ambiguities are to be resolved

10 against the drafting party shall not be employed in the implementation of this

11 Stipulation and the Parties agree that the drafting of this Stipulation has been a

12 mutual undertaking.

13       8.    This Stipulation, including all exhibits, shall constitute the entire

14 agreement between the Trustee and Mr. Usmanov with respect to the Trustee's

15 claim against him.

16       9.    Nothing in this Stipulation shall be construed as, or constitute, a

17 release of any Party's rights to enforce the terms of this Stipulation.

18       10.    The Stipulation may be executed by the Parties in one or more

19 counterparts, each of which shall be deemed an original but all of which together

20 shall constitute one and the same instrument. Facsimile signatures or signatures

21 sent by email be treated as original signatures and shall be binding.

22

23

24 STIPULATION TO DISMISS TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 5

25

September [*], 2023                    POTOMAC LAW GROUP PLLC


                              By:   /s/ Pamela M. Egan
                                   Pamela M. Egan
                                   2219 Queen Anne Ave., #836
                                   Seattle, WA 98109
                                   Tel.: (415) 297-0132
                                   Email: pegan@potomaclaw.com

                                   *Attorneys for Mark D. Waldron, Trustee*


September [*], 2023                    LUKINS & ANNIS, P.C.



                              By:   /s/ Reid Johnson
                                   717 W. Sprague Ave., Suite 1600
                                   Spokane, WA 99201
                                   Tel.: (509) 455-9555
                                   Email: rjohnson@lukins.com
                                   *Attorneys for Timur Usmanov, Defendant.*

STIPULATION TO DISMISS TRUSTEE'S                    Exhibit 2, Page 6 of 6
CLAIM AGAINST TIMUR USMANOV – Page 6