# EXHIBIT 2A

Pamela M. Egan, WSBA #54736
Potomac Law Group PLLC
2212 Queen Anne Ave., #836
Seattle, WA 98109
Tel: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorney for Mark D. Waldron, as Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>                Debtor. | Case No. 18-03197<br><br>The Honorable Frederick P. Corbit |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, and TIMUR USMANOV, a citizen of the Russian Federation,<br><br>                Defendants. | Adv. Case No. 20-80031<br><br>**NOTICE OF DISMISSAL OF TRUSTEE'S CLAIM AGAINST TIMUR USMANOV** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy and further pursuant to that Order approving the Stipulation between the Trustee and Timur

NOTICE OF DISMISSAL OF TRUSTEE'S
CLAIM AGAINST TIMUR USMANOV – Page 1

Usmanov, Plaintiff hereby dismisses and provides this Notice of Dismissal of all claims asserted herein against Timur Usmanov. This dismissal is with prejudice.

DATED this ___ day of [*] 2023.

POTOMAC LAW GROUP PLLC

By: /s/ Pamela M. Egan
Pamela M. Egan
2219 Queen Anne Ave., #836
Seattle, WA 98109
Tel.: (415) 297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Trustee*