EXHIBIT 3



701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036

PHONE 206.883.2500
FAX 206.883.2699

www.wsgr.com

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

STEPHANIE L. JENSEN
sjensen@wsgr.com
Direct Dial: (206) 883-2556

August 2, 2018

**FOIA CONFIDENTIAL
TREATMENT REQUESTED**

*Via Email (mathieb@sec.gov)*

BeLinda I. Mathie
Senior Attorney, Division of Enforcement
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604

Re: **In the Matter of Giga Watt, Inc. (MC-08502)**

Dear Ms. Mathie:

As you know, this firm represents Giga Watt, Inc. ("Giga Watt") in connection with the U.S. Securities and Exchange Commission's ("SEC") May 2, 2018 letter requesting a voluntary production of documents and information in the above-referenced matter. In this letter, we first provide written responses to certain Information and Documents to be Produced ("Requests") contained in your May 2, 2018 letter. Second, we write to follow up regarding certain information presented during our June 20, 2018 meeting. And finally, we provide responses to certain questions raised by the Staff during the June 20, 2018 meeting.

I.   **RESPONSES TO REQUESTS**

   **Request No. 1**:

   A description of the corporate structure and management of Giga Watt, including, without limitation, the date and place of establishment, organization, and, if applicable, incorporation or formation.

   Response to Request No. 1:

   Giga Watt is a closely held corporation formed under the laws of the state of Washington on December 15, 2016. Certain of Giga Watt's corporate documents have now been produced.

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

GWTEE099978

18-03197-FPC7   Doc 1011-14   Filed 08/28/23   Entered 08/28/23 22:10:41   Pg 2 of 18

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission  FOIA CONFIDENTIAL
August 2, 2018                            TREATMENT REQUESTED
Page 2

Giga Watt is managed by the following directors and officers:

| Individual | Position |
| --- | --- |
| David M. Carlson | Chief Executive Officer, Director |
| Timur Usmanov | Chief Financial Officer, Secretary |
| Andrey Kuzenny | Chief Operation Officer |

Giga Watt's current share ownership is as follows:

| Shareholder | No. of shares |
| --- | --- |
| David M. Carlson | 1,000 |
| Silaren Limited | 3,020 |
| Leonid Markin | 1,660 |
| Andrey Kuzenny | 1,660 |
| Eduard Khaptakhaev | 1,660 |
| The Goldcoin Trust | 500 |

Giga Watt believes this responds in full to Request No. 1. If you seek additional information, please let us know.

**Request No. 2**:

A list of all officers, directors, principals, owners, shareholders, employees, and all others acting on behalf of Giga Watt, including each person's title/role.

Response to Request No. 2:

In addition to the information provided in Response to Request No. 1, the requested information is attached hereto as Addendum A.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Giga Watt believes this responds in full to Request No. 2. If you seek additional information, please let us know.

**Request No. 3**:

A list of all domestic and foreign bank, brokerage, cryptocurrency, or other financial accounts held by or on behalf of or controlled by Giga Watt, including its owners, officers, employees and agents.

Response to Request No. 3:

Giga Watt currently holds the following accounts:

- Bank of America, Account No. 325104121544, Routing No. 122000661/121000358; and

- Washington Trust Bank, Account Nos. 1000622587, 1000624864, and 1000624930, Routing No. 125100089.

Giga Watt believes this responds in full to Request No. 3. If you seek additional information, please let us know.

**Request No. 4**:

To the extent not covered by Request #3 above, a list of all cryptocurrency digital wallet addresses that were used to send assets to Giga Watt, including any virtual currency, or other token or coin, in connection with any digital token or coin, or any membership interest or asset, sold or contemplated to be sold by Giga Watt.

Response to Request No. 4:

No funds were paid to Giga Watt in cryptocurrency in connection with the token sale. As we explained on June 20, 2018, Cryptonomos provided the platform for GigaWatt Pte. Ltd.'s ("GW Singapore") WTT token sale and was authorized by GW Singapore to collect the sales proceeds paid in cryptocurrency, convert it to fiat currency, and transfer it to the designated escrow account.

Conversely, Giga Watt received fiat currency either from GW Singapore directly, or from the escrow account at the direction of GW Singapore.

Giga Watt believes this responds in full to Request No. 4. If you seek additional information, please let us know.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission
August 2, 2018
Page 4

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**Request No. 5**:

To the extent not covered by Requests #3 and #4 above, a list of all cryptocurrency digital wallet addresses that were used to send assets to a third party to be transmitted to Giga Watt, including any virtual currency, or other token or coin, in connection with any digital token or coin, or any membership interest or asset, sold or contemplated to be sold by Giga Watt.

Response to Request No. 5:

As explained above in Response to Request No. 4, Giga Watt did not sell the WTT tokens; they were sold through Cryptonomos' platform for the benefit of GW Singapore. However, the list of cryptocurrency digital wallet addresses used to purchase WTT is attached hereto as Addendum B.

Giga Watt believes this responds in full to Request No. 5. If you seek additional information, please let us know.

**Request No. 6**:

A description of Giga Watt's operations, including without limitation any actual or contemplated products and services to be provided by Giga Watt.

Response to Request No. 6:

The most comprehensive description of Giga Watt's operations is set forth in the White Paper, which was produced at production number range GWSEC00000003–GWSEC00000031 on June 1, 2018.

At the time of the pre-sale and throughout the ICO, there were two large warehouses in East Wenatchee and one in Moses Lake, with a total of approximately 3 MW of capacity. At present, total mining capacity (including temporary arrangements pending delivery of power to all constructed Giga Pods) is 22 MW, with 18 MW currently obligated by WTT holders.

Currently energized Giga Pods and other facilities, and the approximate dates they were energized, are set forth in the following chart.

| Energized Hosting Facilities | Approximate Dates Facilities Were Energized |
|---|---|
| Pre-existing Moses Lake facilities | Before pre-sale |
| Moses Lake Pods 1 and 2 | November 1, 2017 |

| | |
|---|---|
| Pangborn Pod 1 and Building A | November 13, 2017 |
| Moses Lake Pod 3 | December 20, 2017 |
| Moses Lake Pods 4 and 5 | January 3, 2018 |
| Ephrata temporary facility | January 7, 2018 |
| George temporary facility | February 1, 2018 |
| Moses Lake Pod 6 | February 6, 2018 |
| Moses Lake Pod 7 | February 17, 2018 |
| Moses Lake Pod 8 | April 25, 2018 |

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 7**:

A description of the purpose and utility (both actual and intended) of the Giga Watt token, including the rights and privileges held or contemplated to be held by purchasers or holders of Giga Watt tokens.

Response to Request No. 7:

The most comprehensive description of the purpose and utility of WTT tokens is set forth in the White Paper, which was produced at production number range GWSEC00000003–GWSEC00000031 on June 1, 2018. A WTT token represents the right to use Giga Watt's mining facility capacity rent free for 50 years, and entitles token holders to receive 1 Watt worth of mining equipment power consumption. This allows prospective miners of any size to participate in mining at the low energy rates available in Wenatchee, Washington while allowing them to save on the costs of running individual mining operations.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded

request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 8**:

A list of all Persons that purchased any membership interest, token, or coin, offered by Giga Watt, including names and contact information (addresses, email addresses and telephone numbers).

Response to Request No. 8:

As explained above in Response to Request No. 4, Giga Watt did not sell the WTT tokens; they were sold through Cryptonomos' platform for the benefit of GW Singapore. However, the requested list is attached hereto as Addendum C.

Giga Watt believes this responds in full to Request No. 8. If you seek additional information, please let us know.

**Request No. 9**:

Giga Watt's policies and procedures to verify the Accredited Investor status of purchasers of any Giga Watt token. Include a description of any such procedures actually followed during Giga Watt's presale and Giga Watt Initial Coin Offering ("ICO"), or other sales or grants of Giga Watt tokens.

Response to Request No. 9:

As explained above in Response to Request No. 4, Giga Watt did not sell the WTT tokens. Giga Watt believes that it was not required to verify the Accredited Investor status of purchasers of WTT tokens, and it does not have any policies for doing so.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 10**:

Giga Watt's Know Your Customer ("KYC") policies and procedures.

Response to Request No. 10:

Giga Watt believes that it was not required to adopt KYC policies and procedures, and it has not adopted any such policies or procedures.

Giga Watt believes this responds in full to Request No. 10. If you seek additional information, please let us know.

**Request No. 11**:

A list of platforms, exchanges and/or secondary markets for actual or intended trading of Giga Watt digital tokens or coins.

Response to Request No. 11:

WTT is listed on the YoBit, ForkDelta (formerly EtherDelta), and Idex exchanges.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 12**:

A description of any analysis by Giga Watt (or on its behalf) to determine whether any ICO or token sale or grant is a securities offering within the meaning of the U.S. federal securities laws, or regarding the application of the securities laws to Giga Watt's actual or contemplated ICOs, token sales, or grants.

Response to Request No. 12:

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 13**:

All promotional and/or marketing materials presented or provided by Giga Watt to any actual or potential purchaser of any digital token or coin, any membership interest, or any asset

sold or contemplated to be sold by Giga Watt, including without limitation any white paper, due diligence materials, sales presentation, script, proposal, summary, highlights or talking points, and any marketing Documents (including all pitch-books and pitch-decks), including all drafts or prior version, and any copies bearing notations or marks not found in the original.

Response to Request No. 13:

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 14**:

All public statements by Giga Watt concerning Giga Watt, including without limitation official statements, press releases, forum discussions, question and answers, and videos, issued by Giga Watt including but not limited to Documents sufficient to identify the date and medium of dissemination of any such statement.

Response to Request No. 14:

Giga Watt's counsel collected from publicly available internet sources public statements by Giga Watt concerning Giga Watt as available on platforms Giga Watt identified as having been utilized and through counsel's own search for news articles purporting to include public statements by Giga Watt. These documents were produced on the following dates at the following production number ranges.

- June 1, 2018—GWSEC00000032–GWSEC00016181;

- June 6, 2018—GWSEC00016182–GWSEC00020989; and

- June 29, 2018—GWSEC00021885–GWSEC00021926.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission
August 2, 2018
Page 9

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**Request No. 15**:

A description of any referral programs, incentive programs or promotional programs related to the actual or potential purchase of any digital token or coin, any membership interest, or any asset sold or contemplated to be sold by Giga Watt.

Response to Request No. 15:

As explained above in Response to Request No. 4, Giga Watt did not sell the WTT tokens; they were sold through Cryptonomos' platform for the benefit of GW Singapore.

Through the Cryptonomos platform, GW Singapore offered a 5% bonus to WTT purchasers who successfully referred the token sale to another. Cryptonomos posted the details of the referral program at the following URL:

https://bitcointalk.org/index.php?topic=1914900.msg19103130#msg19103130

Cryptonomos also announced a "bounty" program open to persons willing and able to translate the White Paper and other announcements into any of twenty-five listed languages. Cryptonomos posted the details of the bounty program at the following URL:

https://medium.com/cryptonomos/giga-watt-bounty-program-fe0f0bd498a6

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 16**:

Identify any threatened, pending, and settled litigation or arbitration concerning Giga Watt.

Response to Request No. 16:

On December 28, 2017, plaintiff StormsMedia, LLC filed a putative securities class action against Giga Watt and GW Singapore under the caption *StormsMedia, LLC v. Giga Watt, Inc. et al.*, No. 2:17-cv-00438-SMJ (E.D. Wash.). The complaint alleged claims of an unregistered offering of securities under sections 5(a) and (c) of the Securities Act of 1933 and of rescission of contract. Plaintiff and Giga Watt negotiated a settlement, pursuant to which the court dismissed the action on January 19, 2018.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission
August 2, 2018
Page 10

FOIA CONFIDENTIAL
TREATMENT REQUESTED

On March 19, 2018, plaintiff Mark Moss filed a securities action against Giga Watt and GW Singapore under the caption *Moss v. Giga Watt, Inc. et al.*, No. 2:18-cv-00100-SMJ (E.D. Wash.). The complaint alleges individual claims of an unregistered offering of securities under the Securities Act of 1933 and the Washington Securities Act and a claim for rescission of contract. By stipulation of the parties, on July 3, 2018, the court consolidated this case with an action titled *Balestra v. Giga Watt, Inc., et al.*, described below.

On March 20, 2018, plaintiff Raymond Balestra filed a putative securities class action against Giga Watt, GW Singapore, Cryptonomos, and Giga Watt CEO Dave Carlson under the caption *Balestra v. Giga Watt, Inc., et al.*, No. 2:18-cv-00103-SMJ (E.D. Wash.). The complaint alleges a claim of an unregistered offering of securities against all defendants under section 12(a)(1) and a control person claim against Dave Carlson under section 15(a) of the Securities Act of 1933 on behalf of a putative class of plaintiffs who purchased Giga Watt tokens during the Giga Watt ICO. On June 28, 2018, the court appointed Alex McVicker as lead plaintiff. By stipulation of the parties, on July 3, 2018, the court consolidated this case with the action titled *Moss v. Giga Watt, Inc. et al.* described above.

The above does not include any actions brought in small claims court by unsatisfied customers, or threats of litigation communicated by customers to support staff without the involvement of an attorney.

Giga Watt believes this responds in full to Request No. 16. If you seek additional information, please let us know.

**Request No. 17**:

All compensation Agreements between Giga Watt and any of its officers, directors, principals, owners, shareholders, employees, agents, general partners, or limited partners.

Response to Request No. 17:

Giga Watt has produced the employment agreements between Giga Watt, Inc. and David M. Carlson, and between Giga Watt, Inc. and Andrey Kuzenny.

To the best of our current knowledge, we believe these are the only formal compensation agreements entered into by Giga Watt. If additional compensation agreements are located, they will be provided to you.

Subject to the above caveat, Giga Watt believes this responds in full to Request No. 17. If you seek additional information, please let us know.

**Request No. 18**:

Documents sufficient to show the amount, whether in fiat currency or cryptocurrency, raised in connection with the Giga Watt pre-sale and ICO.

Response to Request No. 18:

As explained above in Response to Request No. 4, Giga Watt did not conduct the pre-sale or ICO; these efforts were undertaken by Cryptonomos on behalf of GW Singapore. Total amounts raised during the pre-sale were 833.12983404 BTC, 3762.71675434 ETH, and $635,219.00 USD. Total amounts raised during the ICO were 3588.16195179405588140091 BTC, 21008.02428223565228806956 ETH, and $4,996,559.06 USD.

As discussed above, all cryptocurrency received in connection with the sale of WTT was converted to fiat and placed in escrow with Perkins Coie LLP.

The total revenue received as a result of the WTT token sale was $22,515,678.06, out of which $849,920.75 has been refunded to customers, leaving **$21,665,757.31**.

Giga Watt believes this responds in full to Request No. 18. If you seek additional information, please let us know.

**Request No. 19**:

Documents sufficient to identify any escrow Agreement or arrangement Concerning the proceeds of the Giga Watt pre-sale and ICO.

Response to Request No. 19:

As explained during our June 20, 2018 meeting, Perkins Coie LLP extended the use of its IOLTA account to GW Singapore to keep proceeds received from the WTT Token sale in escrow until WTT tokens were distributed to purchasers in step with construction of the respective hosting capacity. Perkins Coie LLP released the funds in accordance with the completion of construction of the Giga Pods and distribution of the WTT tokens in batches.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

**Request No. 20**:

Documents sufficient to show the use of the proceeds of the Giga Watt pre-sale and ICO.

Response to Request No. 20:

As stated in our July 13, 2018 email, all funds raised through the ICO were ultimately spent on construction.

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 21**:

Documents sufficient to show the actual and planned issuance of Giga Watt tokens, including the number of tokens and dates of issuance.

Response to Request No. 21:

The details of the planned issuance of WTT are included in the White Paper, produced at production number range GWSEC00000003–GWSEC00000031 on June 1, 2018. A total of 2,813,004 WTT were sold during the pre-sale. A net total of 20,154,783 WTT were sold during the ICO, comprised of the following:

2,813,004 (pre-sale) + 18,184,256 (ICO) – 842,477 (refunded) = 20,154,783 WTT

The number of tokens sold at each price point is as follows:

| Price | Tokens |
| --- | --- |
| $1.20 | 1,758,570 WTT |
| $1.15 | 3,293,194 WTT |
| $1.10 | 3,162,769 WTT |
| $1.05 | 3,652,050 WTT |
| $1.00 | 9,130,677 WTT |
| **TOTAL** | **20,997,260 WTT** |

The batches of tokens were issued as follows:

| Batch | WTT Issued | Date Issued |
| --- | --- | --- |
| 1 | 5,045,779 | August 7, 2017 |
| 2 | 900,000 | August 15, 2017 |
| 3 | 4,500,000 | September 22, 2017 |
| 4 | 7,730,093 | December 25, 2017 |
| 5 | 4,090,869 | February 28, 2018 |
| 6 | 911,259 | February 28, 2018 |
| **TOTAL** | **23,178,000 WTT** | |

Per our call on June 13, 2018, you asked Giga Watt to broaden this request to include documents concerning the subject of the initial request. Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this expanded request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

**Request No. 22**:

Communications between Giga Watt and any of its affiliates, including but not limited to Cryptonomos and GigaWatt, Concerning the Giga Watt pre-sale and ICO.

Response to Request No. 22:

Giga Watt believes it has produced all non-privileged documents not containing foreign language that are responsive to this request from the initial data set of 4,096 documents as described in my June 11, 2018 email. If you seek additional information, please let us know.

\* \* \*

In summary, Giga Watt believes it has responded in full to Request Nos. 1–5, 8, 10, and 16–18 through the information contained in this letter, and has produced all non-privileged documents not containing foreign language that are responsive to Request Nos. 6, 7, 9, 11–15, and 19–22 from the initial data set of 4,096 documents as described in my June 11, 2018 email.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission  
August 2, 2018  
Page 14

FOIA CONFIDENTIAL  
TREATMENT REQUESTED

**II.    INFORMATION PRESENTED VERBALLY DURING JUNE 20, 2018 MEETING**

To the extent not previously provided above, what follows relates to the information we presented during the June 20, 2018 meeting.

During the June 20, 2018 meeting, we stated that Anton Orlov is acting Chief Operations Officer ("COO") of Giga Watt, Inc. This was incorrect. Mr. Orlov is acting COO of GW Singapore, not Giga Watt, Inc. Additionally, please note that Mr. Orlov's salary is not paid by GW Singapore, but rather by Credio Financial.

We also need to correct the statement that Giga Watt, Inc. is owned by Mr. Carlson (10%) and his partners, Mr. Markin, Mr. Kuzenny, and Mr. Khaptakhaev (30% each). As set forth in Response to Request No. 1 above, while Mr. Carlson owns 1,000 shares (~10.5%) and Messrs. Markin, Kuzenny, and Khaptakhaev each own 1,660 shares (~17.5%), respectively, there are also two additional shareholders: Silaren Limited owns 3,020 shares (~31.8%) and The Goldcoin Trust owns 500 shares (~5.3%).

Additionally, during the June 20, 2018 meeting, we inadvertently provided inaccurate figures for the amounts of ETH and USD collected during the WTT pre-sale and ICO. We stated that 833.12983404 ETH were raised during the pre-sale, which was the precise amount of BTC raised during the pre-sale. We also stated that $692,897.00 USD was raised during the pre-sale and $5,094,227.55 USD was raised during the ICO. As accurately stated in response to Request No. 18 above, the pre-sale raised 833.12983404 BTC, 3762.71675434 ETH, and $635,219.00 USD, and the ICO raised 3588.16195179405588140091 BTC, 21008.02428223565228806956 ETH, and $4,996,559.06 USD. Please note that the figures we provided on June 20, 2018 for both the total amount of ETH raised during the entire ICO (21008.02428223565228806956) and the total amount of revenue raised as a result of the WTT token sale ($21,665,757.31) were accurate.

During the June 20, 2018 meeting, we noted that the marketing and promotion of WTT during the pre-sale and ICO was handled primarily by Cryptonomos and included the White Paper, websites, Bitcointalk, Telegram, Whatsapp, Slack, Twitter, Facebook, and Instagram. The specific URLs are provided below.

Promotion:
- https://bitcointalk.org/index.php?topic=1914900.0
- https://wtt.cryptonomos.com/

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

U.S. Securities and Exchange Commission
August 2, 2018
Page 15

FOIA CONFIDENTIAL
TREATMENT REQUESTED

Official Links for Token Buyers:
- Token Launch Website: https://cryptonomos.com/wtt/
- Twitter: https://twitter.com/WTTtoken
- Facebook: https://www.facebook.com/cryptonomos
- Telegram chat: https://t.me/wtt_token
- Instagram: https://www.instagram.com/cryptonomos
- Medium: https://medium.com/cryptonomos

Official Links for Giga Watt's Clients:
- Giga Watt Website: https://giga-watt.com/
- Facebook: https://www.facebook.com/gigawattcom
- Instagram: https://instagram.com/gigawatt_mining
- Twitter: https://twitter.com/gigawatt_mining
- Slack (support): https://slack.giga-watt.com/
- Blog: https://medium.com/gigawatt

Finally, you asked who provided legal advice regarding the pre-sale and ICO. As we stated on June 20, 2018, representation was provided by three firms: Blockchain Law Group PC (Katrina (Grant) Arden); Perkins Coie LLP (J. Dax Hansen and Lowell Ness); and Clyde & Co. Clasis Singapore Pte. Ltd. (Kai Young Tan).

### III. RESPONSES TO QUESTIONS RAISED DURING JUNE 20, 2018 MEETING

During the June 20, 2018 meeting, we showed you three publicly available YouTube videos to help you picture Giga Watt's operations. You requested the date each such video was released. Below, we list the URL, name, duration, and date of release of each of these three videos.

1. https://youtu.be/_VYksAS2N1k
   Intro to Giga Pod
   6:17
   June 13, 2017

2. https://youtu.be/Tlhk3FwJaEc
   Giga Pod up close
   9:23
   July 21, 2017

U.S. Securities and Exchange Commission  FOIA CONFIDENTIAL
August 2, 2018  TREATMENT REQUESTED
Page 16

        3.   https://youtu.be/qpE2FqlgKG4
            Giga Watt's super high density racks
            2:09
            July 24, 2017

        You also asked whether the facility shown in the first two videos above was Pod 1. We confirmed that it is.

        You asked where the White Paper discloses that GW Singapore is the entity conducting the WTT token sale. The White Paper does not directly identify the entity issuing the WTT tokens. However, Page 12 of the White Paper explains that "[u]nder the existing partnership arrangements between Giga Watt and its Partner [previously defined as GW Singapore], the Partner is offered access to Giga Watt's facility at an unprecedentedly low hosting rate . . . . Now, through the tokenization process, this low hosting rate can be passed to all token holders." This language discloses the fact that GW Singapore is the entity that has negotiated for the low hosting rate, and is passing that low hosting rate along through tokenization to WTT token holders.

        Regarding the escrow account, you asked who at Perkins Coie was responsible for withdrawals. Perkins Coie Partner Lowell Ness approved the release of funds from the IOLTA account, while Trust Accountant Billy Gajdos administered the funds transfers.

        With respect to conversion, Cryptonomos converted cryptocurrency to fiat currency in batches throughout and immediately after the token sale through Circle Internet Financial Ltd., as set forth in the following table:

| Date | Fiat Amount |
| --- | --- |
| July 7 ,2017 | $780,000 |
| July 18, 2017 | $826,020 |
| July 21, 2017 | $1,287,500 |
| July 24, 2017 | $2,575,000 |
| July 28, 2017 | $95,000 |
| August 4, 2017 | $6,598,900 |
| August 4, 2017 | $5,000,000 |

EXHIBIT 3, Page 16 of 17

Finally, you asked us to provide an estimate of documents remaining to be reviewed. To date, with the exception of 360 documents containing foreign language, we have completed the review of the documents returned from our initial search. We sent the final production of non-foreign language documents on Wednesday, August 1, 2018, and anticipate providing you with logs of documents withheld or redacted on the grounds of privilege or privacy by August 15, 2018.

We believe this answers each of the questions you posed during the June 20, 2018 interview. We are in the process of preparing responses to the inquiries you sent on July 30, 2018. If you believe any other questions remain outstanding, or you believe additional document searches and review need to be conducted, please let us know.

*　　*　　*

Please note that, through this letter and addendums, Giga Watt does not intend to produce privileged documents, provide privileged information, or waive any applicable privilege or work product protection. Any inadvertent production or provision of such information is protected by Rule 502 of the Federal Rules of Evidence. On behalf of Giga Watt, we request that the SEC provide confidential and nonpublic treatment, pursuant to the Freedom of Information Act ("FOIA"), to this letter, the enclosed documents and all information contained therein. *See* 5 U.S.C. § 552(b); 18 U.S.C. § 1905; 17 C.F.R. § 200.80(b); 17 C.F.R. § 200.83; Letter to FOIA Officer (attached).

If you have any questions concerning this production, please feel free to contact me at (206) 883-2556.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　　　*Stephanie L. Jensen*

　　　　　　　　　　　　　　　　　　　　　　　　Stephanie L. Jensen

Enclosures

cc:　　FOIA Officer (without enclosures)