NATIVE FILE PRODUCED

~~SEE ATTACHED .MP4~~

CLICK ON THIS LINK TO SEE VIDEO