NATIVE FILE PRODUCED

~~SEE ATTACHED .MP4~~

CLICK ON THIS LINK TO SEE VIDEO, MINING FOR DUMMIES

GWTEE099872
Exhibit 6, Page 1 of 1
18-03197-FPC7    Doc 1011-17    Filed 08/28/23    Entered 08/28/23 22:10:41    Pg 1 of 1