NATIVE FILE FORMAT PRODUCED

~~SEE ATTACHED .MP4~~

CLICK ON THIS LINK TO SEE VIDEO GIGA
POD UP CLOSE OR CLICK ON NAME OF
VIDEO IN MEMORANDUM

GWTEE099865