# EXHIBIT 9

| From: | "Dave Carlson" <dave@giga-watt.com> |
|---|---|
| Sent: | Mon, 13 Mar 2017 16:11:41 +0000 |
| To: | "Rob Taves" <taves.rob@gmail.com> |
| Subject: | Re: Delayed payments for MBP acquisition |

Thanks, I'll keep you informed of our progress...
We've signed a deal with the PUD for 30MW, and another deal with the Port for 8 acres to build the pod farm. Investor feedback on the token is very positive, but we continue to wait for Perkins Coie to finish their opinion letter so that we can launch the PR campaign.
Deal with BitFury is also 99% done. They are getting a big piece of equity for very little cash, but just about everything else we need such as equipment supply, co-branding, engineering support for our pool, marketing & sales support for our token, etc.

Should get interesting real soon!

Oh, and we are finally pursuing the operator-partner(franchise) program, so check your power price!

Cheers
Dave

On Fri, Mar 10, 2017 at 11:20 PM, Rob Taves <taves.rob@gmail.com> wrote:
> Here's the signed doc.
>
> Cheers,
> Rob
>
> On Fri, Mar 10, 2017 at 1:51 PM, Dave Carlson <dave@giga-watt.com> wrote:
>> Sorry buddy, here's the doc
>>
>> ---------- Forwarded message ----------
>> From: **Dave Carlson** <dave@giga-watt.com>
>> Date: Thu, Mar 9, 2017 at 5:33 PM
>> Subject: Delayed payments for MBP acquisition
>> To: rob.taves@gmail.com, "field. jeffreya" <field.jeffreya@gmail.com>
>>
>>
>> Guys, we've had some delays getting the token launched, mainly due to the legal process required to allow us to sell our tokens to non accredited investors in the US and Europe.
>> In order to avoid the Great Eye of SECron, we have to productize the offer, and this has taken time.
>> Buyer proposes to delay payments but I asked for a peg of the btc price at the payment date as if they did pay on time in BTC.