Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com
   *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENTS** |

I, Pamela M. Egan, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I submit this declaration in support of the *Chapter 7 Trustee's Motion for Order Approving Settlements* ("Motion"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Memorandum filed in support of the Motion.

3. Exhibit 1 is a true and correct copy of the settlement agreement that the Trustee negotiated with Perkins Coie LLP and Lowell Ness.

4. Exhibits 1.2, 1.2.A, and 1.2.B are true and correct copies of the stipulation that the Trustee negotiated with Refael Sofair.

5. Exhibits 2 and 2.A are true and correct copies of the stipulation that the Trustee negotiated with Timur Usmanov.

6. Exhibits 1.1 and Exhibit 1.1.A through 1.1.F are true and correct copies of the drafts provided to me of the settlement agreement between Perkins and Mr. Dam and/or Mr. Blomquist.

7. Exhibits 3 through 9 and Exhibits 11 through 12 submitted with the Motion are true and correct copies of the Debtor's books and records.

8. Exhibit 10 is a true and correct copy of the testimony and statement provided by Perkins Coie LLP and Lowell Ness to the House Committee on Agriculture, 115th Congress on July 18, 2018, as published by the U.S. Government Publishing Office.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2023 in Seattle, Washington.

                                        s/ Pamela M. Egan
                                        Pamela M. Egan