Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys For Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>　　　　　　　　　　Debtor | Case No. 18-03197-FPC<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF CH. 7 TRUSTEE'S MOTION FOR ORDERS APPROVING SETTLEMENTS AND OF HEARING THEREON**<br><br><u>Hearing Information</u><br>Date:　　**October 3, 2023**<br>Time:　　**2:00 p.m. (Pacific Time)**<br>Location: Zoomgov.com or (669) 254-5252; Meeting ID: 1606922376 (see below) |

　　　The Trustee has filed the *Ch. 7 Trustee's Motion for Order Approving Settlements*, ECF No. 1007 ("Motion") requesting approval of a settlement ("Trustee Settlement") with Perkins Coie LLP, Lowell Ness (collectively, "Perkins") of Adv. Proc. No. 20-80031. <u>The Motion and supporting papers may be obtained from the Court's clerk.</u> **A Zoom hearing will be held on the Motion on October 3, 2023, 2:00 p.m., PT. Hearing access information is set forth below. If you wish to object to the Motion, you must file an objection in the above-captioned case and serve a copy of the objection on the undersigned counsel by September 25, 2023.** The Court may enter an Order approving the

NOTICE OF MOTION AND HEARING – Page 1

Trustee Settlement without an actual hearing or further notice unless a written objection is timely served and filed.

Pursuant to the Trustee Settlement, Perkins will pay the Giga Watt estate $3 million contingent on: (1) a final and nonappealable Order of this Court approving the Trustee Settlement; (2) the withdrawal of Claim No. 70-1 filed by Refael Sofair in this bankruptcy case, the dismissal of Mr. Sofair's putative RICO class action in the U.S. District Court (EDWA) ("District Court"), Case No. 2:18-cv-308-SMJ, and the allowance of Mr. Sofair's Claim No. 70-1 on a general unsecured basis in the amount of $16,977; (3) the dismissal of two consolidated appeals pending in the District Court, Case No. 2:21-cv-291, of Orders staying and enjoining a putative class action ("Class Action"), Case No. 2:20-cv-464, brought on behalf of WTT token holders against Perkins and affiliates; and (4) a final and nonappealable Order of the District Court approving the settlement ("Class Settlement") of the Class Action pursuant to which Perkins has agreed to pay WTT token holders $4.5 million, subject to the terms of the Class Settlement. The Class Settlement is contingent on Court approval of the Trustee Settlement. In the Class Settlement, WTT token holders are releasing the Giga Watt estate of all claims that arise from or relate to the facts giving rise to the Class Action. Pursuant to the Trustee Settlement, the Trustee is also proposing to dismiss his claims against Timur Usmanov in exchange for mutual releases.

Dated this 28th day of August 2023.

POTOMAC LAW GROUP PLLC
By:    /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)

*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

NOTICE OF MOTION AND HEARING – Page 2

# ZOOM MEETING ACCESS

Topic: Judge Corbit recurring Zoom Meeting ID and Passcode
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376

One tap mobile
 +16692545252,,1606922376# US (San Jose)
 +16692161590,,1606922376# US (San Jose)

Dial by your location
 +1 669 254 5252 US (San Jose)
 +1 669 216 1590 US (San Jose)
 +1 551 285 1373 US
 +1 646 828 7666 US (New York)

Meeting ID: 160 692 2376

Find your local number: https://www.zoomgov.com/u/abY28Cfi9z