Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Attorneys For Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>　　　　　　　　　Debtor | Case No. 18-03197-FPC<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE OF CH. 7 TRUSTEE'S MOTION FOR INDICATIVE RULING**<br><br><u>**Hearing Information**</u><br>Date:　　**October 3, 2023**<br>Time:　　**2:00 p.m. (Pacific Time)**<br>Location: Zoomgov.com or (669) 254-5252; Meeting ID: 1606922376 (see below) |

　　The Trustee has filed the *Ch. 7 Trustee's Motion for Indicative Ruling* ("Motion") pursuant to which the Trustee seeks an Indicative Ruling that the Court would grant the *Chapter 7 Trustee's Motion for Order Approving Settlements*, ECF No. 1007, if the District Court were to remand Perkins' arbitration appeal for that purpose. <u>The Motion may be obtained from the Court's clerk</u>. **A Zoom hearing will be held on the Motion on <u>October 3, 2023, 2:00 p.m., PT</u>. Hearing access information is set forth below. If you wish to object to the Motion, you must file an objection in the above-captioned case and**

NOTICE OF MOTION AND HEARING – Page 1

serve a copy of the objection on the undersigned counsel by **September 25, 2023**. The Court may enter an Order granting the Motion without an actual hearing or further notice unless a written objection is timely served and filed.

Dated this 30th day of August 2023.

> POTOMAC LAW GROUP PLLC
> By: */s/ Pamela M. Egan*
> Pamela M. Egan (WSBA No. 54736)
>
> *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

## ZOOM MEETING ACCESS

Topic: Judge Corbit recurring Zoom Meeting ID and Passcode
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376

One tap mobile
 +16692545252,,1606922376# US (San Jose)
 +16692161590,,1606922376# US (San Jose)

Dial by your location
 +1 669 254 5252 US (San Jose)
 +1 669 216 1590 US (San Jose)
 +1 551 285 1373 US
 +1 646 828 7666 US (New York)

Meeting ID: 160 692 2376

Find your local number: https://www.zoomgov.com/u/abY28Cfi9z

NOTICE OF MOTION AND HEARING – Page 2