**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Chapter 7 |
| Giga Watt Inc., a Washington corporation | Case No.: 18-03197-FPC |
| | The Honorable Frederick P. Corbit |
| Debtor. | ECF Docket Reference No.: 1013 & 1015 |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA)
                        ) ss.:
COUNTY OF ORANGE)

Staphany Alcantar, being duly sworn, deposes and says:

I am not a party to this proceeding and am over 18 years of age. On the 31st day of August 2023, I served true and correct copies of:

**Notice of Ch.7 Trustee's Motion for Orders Approving Settlements and of Hearing Thereon ECF Dk. 1013**

**AND**

**Notice of Ch.7 Trustee's Motion for Indicative Ruling ECF Dk. 1015**

by first class mail on each of the parties on the annexed service list.

_____
Staphany Alcantar
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

Label Matrix for local noticing
0980-2
Case 18-03197-FPC7
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Tue Aug 22 12:13:56 PDT 2023

507 Capital LLC
P.O. Box #206
N. Stonington, CT 06359-0206

Aaron Krivitzky
1810 Linson Ct SE
GRAND RAPIDS, MI 49546-6457

Adam Schainblatt
8809 Walking Stick Trail
Raleigh, NC 27615-4037

Ahmed Shah
12209 Youngdale Ave.
Los Angeles, CA 91342-5263

Alan Norman
341 S. Maple Ave.
Webster Groves
United States
Webster Groves, MO 63119-3841

Alan Walnoha
350 Gran Via
Apt 2067
Irving, TX 75039-0137

Alberto Jose Faria Camacho
Av. Garcilazo, Centro Polo 1, Torre A, p
apto 75. Colinas de Bello Monte. Caracas
Venezuela

Aleksey Danishevsky
450 Cloverly Lane
Horsham, PA 19044-1831

Alex Filippov
12 Sherborne Cir
United States
Ashland, MA 01721-2313

Alex Kutas
6761 Corral Circle
Huntington Beach, CA 92648-1532

Alex McVicker
1489 Windsor River Road
Windsor, CA 95492-8987

Allrise Financial Group
Joseph AG Sakay
999 Third Avenue Suite 4600
Seattle, WA 98104-4084

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa, FL 33619-8359

Andrea Sharp
268 Bush Street #2520
San Francisco, CA 94104-3503

Andrew Blyler
603 W Washington St
Ann Arbor, MI 48103-4233

Andrew James
46 Brock st S
Canada
Canada

Andrew Mark Campbell-Boross
Florida 7
Aguadulce
Spain

Andrew Molitor
760 S BARRINGTON AVE, APT 6
LOS ANGELES
United States
LOS ANGELES, CA 90049-4507

Andrew Stock
1870 East Nixon Avenue
Placentia, CA 92870-7444

Andrew Thanh Quoc Le
10702 Henderson Ave
Garden Grove, CA 92843-5261

Andrey Kuzenny
10000 Santa Monica Blvd., Unit 3302
Santa Monica, CA 90067-7032

Andrey Kuzenny
1687 Stone Canyon Rd.
Los Angeles, CA 90077-1912

Anthony Martinez
4109 Mason Street
San Diego, CA 92110-2720

Antony Gisholt
72 John Trundle Court
Barbican London EC2Y 8NE
United Kingdom

Arthur N Marodis
106 Southernwood Dr
Ladson, SC 29456-3940

Bashar (Ben) Assad
11714 Oak Knoll Dr
Austin TX 78759-3823

Quentin D Batjer
Davis, Arneil Law Firm, LLP
617 Washington St
Wenatchee, WA 98801-2600

Belyea Company
2200 Northwood Ave.
Easton, PA 18045-2208

Benjamin E. Kelly
Law Office of Benjamin E. Kelly
9218 Roosevelt Way NE
Seattle, WA 98115-2842

Benjamin Russell
971 Providence Pike
United States
Danielson, CT 06239-4003

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Bill Schmidt
105 Julie Ann Ct.
Cashmere, WA 98815-1316

Blockchain Systems LLC
124 W 60 St. Unit 29A
New York, NY 10023-7475

Timothy G Blood
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101-8567

(p)BAR CODES TALK LLC
ATTN BRANDON GORDON
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

Brandon Robinson
1997 Tall Tree Dr
Atlanta, GA 30324-2723

Shauna S Brennan
Brennan Legal Counsel Group, PLLC
14900 Interurban Ave S.
Ste 271
Tukwia, WA 98168-4654

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Brian J Donn
4254 SW 92nd Ave
Davie, FL 33328-2408

Brian M Packard
7191 96th St Ne
Monticello
United States
Monticello, MN 55362-2911

Bryan MacCallum
PO BOX 1704
Rivonia
2128
South Africa

Bryant Johnson
1360 WHITETAIL GLEN Ct
HEBRON, KY 41048-7965

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CARLOS ENRIQUE FERNANDEZ CASTELLANO
5630 SW 163RD AVE
SOUTHWEST RANCHES, FL 33331-1446

CT Freight USA Inc
20202 Hwy 59 N
Humble, TX 77338-2400

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

CTC Engineering, Inc.
Bodman PLC
Attn: Harvey W. Berman
201 South Division Street, Ste. 400
Ann Arbor, MI 48104-2259

Caleb Koch, Forza2
1000 N. Green Valley Pkwy Ste.440, #251
Henderson
United States
Henderson, NV 89074-6172

Cameron Schmidt
1204 COLUMBINE ST
WENATCHEE, WA 98801-6210

Carlos Gagliano
8200 Offenhauser Dr. 105G
Reno, NV, 89511
Reno, NV 89511-1717

Carmen J Hernandez G
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
CARACAS
Venezuela
Venezuela

Carmen Jacqueline Hernandez Guevara
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
APT 15D Urb Guaicay, Baruta, Caracas
Zip code 1080
Venezuela

Castagneto Trading LLC
3211 Kellen Circle
Nampa, ID 83686-8685

Roberto H Castro
Law Office of R H Castro
636 Valley Mall Parkway Suite 200
Suite 200
East Wenatchee, WA 98802-4875

Cesar Diaz, JRD Funding LLC
8137 Malchite Avenue, Suite E
Rancho Cucamunga, CA 91730-3571

Charles F V DHAUSSY
7B., Yardley Commercial Building, 3 Conn
Hong Kong

Chen Du
3269 Range Ct
Mason, OH 45040-8741

Chris Featherstone
8450 54th Ave W
Mukilteo, WA 98275-3138

Christian Eichert
Emil-Klumpp-Str. 7
74321 Bietigheim-Bissingen GERMANY

Christian Schiffer
Meindlstrae 15
81373 Munich
Germany

Clever Capital, LLC
630 VALLEY MALL PKWY
#157
East Wenatchee, WA 98802-4838

Clever Capital, LLC
630 Valley Mall PKwy #157
Wenatchee, WA 98802-4838

Clinton Douglas Luckinbill
1054 Waterleaf Way
San Jacinto, CA 92582-3020

Clinton F Sikes
4206 Brazos Bend Dr
Pearland, TX 77584-5558

Cody Forrest Quinn
5920 Kimber Road
Cashmere, WA 98815-9526

Cody Schmidt
1204 Columbine St.
Wenatchee, WA 98801-6210

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Consolidated Electrical Distributors, Inc.
c/o Douglas R. Hookland, Attorney
Scott Hookland LLP
P.O. Box 23414
Tigard, OR 97281-3414

Craig Beech
Kingswood, Gorse Avenue
Littlehampton BN16 1SG
United Kingdom

Ralph E Cromwell Jr
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-1062

(p)CRYPTODIGGER LLC
3476 E Tiffany Way
Gilbert, AZ 85298

Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singapore

Cryptonomos Pte Ltd.
1 Coleman Street
The Adelphi #08-07
Singapore  179803

DBS Law
155 NE 100th St
Suite 205
Seattle, WA 98125-8015

DUFFY KRUSPODIN, LLP
21600 OXNARD ST. SUITE 2000
WOODLAND HILLS, CA 91367-4969

Jun Dam
237 Kearny #9096
San Francisco, CA 94108-4502

Daniel James Ryser
7614 N AUDUBON ST.
SPOKANE, WA 99208-8817

Daniel Tokle
25 VIA LUCCA
APT J345
IRVINE, CA 92612-0674

Danila Rusin
Gagarina, 5 liniya, 9a-6
Zlatoust
Chelyabinskaya oblast, Russia
456219

Darren James Wurf
2/41 Osborne Avenue
Glen Iris
Victoria 3146
Australia

Daryl Olsen
270 W 1450 N
United States
Centerville, UT 84014-3308

Dave Carlson
630 Valley Mall Parkway
#157
East Wenatchee, WA 98802-4838

David J Lutz
916 Confidence Dr
Longmont, CO 80504-8526

David Kazemba
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801-2263

David Mitchell
1410 Riverview Rd
Crescent, PA 15046-5428

David Tychsen-Smith
13 Dobson Place
Watson
ACT 2602
Australia

Dmitry Khusidman
70 Oceana Drive West, Apt. 4-A
Brooklyn, NY 11235-6674

Donald J. Enright
1101 30th Street Northwest
Suite 115
Washington 20007-3740

Donald J. Sullivan
4646 Los Poblanos Circle NW
Los Ranchos de Albuquerque, NM 87107-5555

| | | |
|---|---|---|
| Doug Black<br>225 Linda Lane<br>Wenatchee, WA 98801-6010 | Douglas Berger<br>371 Catskill Ct.<br>Mahwah, NJ 07430-2736 | Douglas County PUD<br>C/O Scott R Smith<br>Paine Hamblen LLP<br>717 W Sprague Ave, Ste 1200<br>Spokane, WA 99201-3905 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813-1119 | Adam C. Doupe<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3034 | Drew Behrens<br>525 N Larch Ave.<br>East Wenatchee, WA 98802-5047 |
| Gary W Dyer<br>U S Trustee's Office<br>920 W Riverside Ave<br>Suite 593<br>Spokane, WA 99201-1012 | EAN Services, LLC<br>Mary E Bushyhead<br>14002 E 21st St, Suite 1500<br>Tulsa, OK 74134-1424 | ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr, Ste 2<br>Las Vegas, NV 89103-3763 |
| Edmund Lee<br>4364 Calle Mejillones<br>SAN DIEGO<br>United States<br>SAN DIEGO, CA 92130-4818 | Eero Koskinen<br>Niittypolku 21<br>02460 Kantvik<br>Finland<br>Finland | Pamela Marie Egan<br>Potomac Law Group<br>2212 Queen Anne Ave. N.<br>Ste 836<br>Seattle, WA 98109-2383 |
| Elder Yoshida<br>1147 NW 57th St<br>Seattle, WA 98107-3720 | (p)ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 | Elisa U<br>2405 Acacia St.<br>Richardson, TX 75082-3319 |
| Benjamin A Ellison<br>Salish Sea Legal PLLC<br>2212 Queen Anne Ave N, No. 719<br>Seattle, WA 98109-2383 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt PLLC<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 |
| Emil Petrov Stanev<br>41 Dorostol street<br>Ruse, 7004 Ruse<br>Bulgaria | Eric Ferrari<br>8962 Forked Creek Way<br>Elk Grove, CA 95758-5732 | Ernesto Pedrera<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 |
| Evansont Insurance Carrier<br>c/o Mitchell, Reed & Schmitten Ins.<br>PO Box D<br>Cashmere, WA 98815-0515 | Executive Flight<br>1 Campbell Pkwy<br>East Wenatchee, WA 98802-9290 | Executive Flight, Inc.<br>Scott R. Weaver, Carney Badley Spellman<br>701 5th Avenue Ste 3600<br>Seattle, WA 98104-7010 |
| Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: Legal Dept.<br>Winona, MN 55987-9902 | Fastenal Company<br>PO Box 1286<br>WInona, MN 55987-7286 | FedEx Corporate Services Inc<br>as Assignee of FedEx Express/Ground/Frei<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis TN 38116-5017 |
| Filip Scheperjans<br>Pellonperntie 1 B<br>00830 Helsinki<br>Finland | Forza 2<br>1000 N. Green Valley Pkwy Ste.440, #251<br>Henderson<br>United States<br>Henderson, NV 89074-6172 | Frank Daniel<br>Zollstrasse, 22<br>Mhring<br>Deutschland<br>Zollstrasse, 22 95695 Mhring Germany |

| | | |
|---|---|---|
| Frankie Guerra<br>1812 E Oakland Park Blvd Apt 32<br>United States<br>Oakland Park, FL 33306-1126 | Franz Alliod<br>176, route de la cendire<br>01630, Saint Jean de Gonville, Ain<br>France | Fred Nolte<br>10812 La Batista<br>Fountain Valley, CA 92708-3943 |
| GIGA WATT INC<br>1250 N Wenatchee Ave., Suite H #147<br>Wenatchee, WA 98801-1599 | Gennady Zhilyaev<br>C. De Les Grandalles, Edif. Xalet, 4T 3A<br>AD 300 D'Ordino, Andorra | George Sorin Lascu<br>str. Calugarului 16<br>077151 Balteni, Ilfov<br>Romania |
| Georgios Lignos<br>25 Kritis Str.<br>12243 Egaleo<br>Greece | Giga Plex LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | Giga Plex, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>C/O David A. Kazemba<br>Wenatchee, WA 98801-2263 |
| Giga Plex, LLC/MLDC1, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Gigawatt Pte Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore 179803 |
| Gleb Nesis<br>3419 IRWIN AVE<br>Apt 708<br>BRONX, NY 10463-3754 | Glen Allan Bradley<br>Lerstadveien 250<br>6014 Alesund<br>Norway | Grant Herholdt<br>5 York Avenue<br>Craighall Park, 2196<br>South Africa<br>2196 |
| Gronski, Jeffrey G & Robin L<br>711 4th St S<br>Wisconsin Rapids WI 54494-4310 | H.J. van Nuijssenborgh<br>Patrimoniumlaan 126<br>3904AH Veenendaal<br>The Netherlands | H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 |
| Hans-Peter Edenstrasser<br>Rupert Hagleitner Strasse 1d 54<br>6300 Woergl , Tirol<br>Austria<br>6300 Woergl, Tirol, Austria | Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Hashvin Daryanani<br>56B Seroe Blanco<br>Box# 393<br>Oranjesatad, Aruba<br>Aruba |
| Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 | Helen Erskine<br>P O Box 1745<br>United States<br>Topanga, CA 90290-1745 | Scott B Henrie<br>Williams Kastner & Gibbs PLLC<br>601 Union St<br>Suite 4100<br>Seattle, WA 98101-2380 |
| Hiroaki Yamamoto<br>119-4 Nishikitsuji street<br>Asahi Plaza Arbonate Nara One #606<br>Nara, Japan 630-8325 | Douglas A. Hofmann<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 | Gretchen J. Hoog<br>Ryan Swanson & Cleveland PLLC<br>1201 Third Avenue<br>Ste #3400<br>Seattle, WA 98101-3034 |
| Howard Jones<br>21 Sandiways Road, Wallasey<br>WIRRAL<br>United Kingdom<br>CH45 3HJ | Humera Surti<br>2200 Russet Cresent<br>Burlington, ON<br>Canada L7L6Z2 | Leslie E Hurst<br>Blood Hurst & OReardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101-8567 |

| | | |
|---|---|---|
| Ian M Kennedy<br>2620 Fairmount St.<br>Colorado Springs, CO 80909-2032 | Ibrahim Issa<br>Lebanon Beirut ,Riad el soloh Square | Igor Martirosian<br>36 Washington Avenue 2nd Floor<br>Cliffside Park, NJ 07010-3025 |
| Ilja Filipovs<br>Staiceles iela 13-11, Riga, Latvia, LV-1<br>Staiceles iela 13-11, Riga, Latvia, LV-1 | Intelliapps Ltd<br>Unit 272 CoLab Center<br>Port Road<br>Letterkenny CO Dongal EIRCODE F92 RKC7<br>Ireland | Interflow LLC<br>5465 S Dorchester<br>CHICAGO, IL 60615-5316 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Ioannis Violidakis<br>Kimonos 11<br>Athens, Greece, P.Code: GR-10441 | Ivan Marcak<br>Dlouha Trida 474/25<br>73601 Havirov<br>Czech Republic |
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 | Jacqueline Bussey<br>Percheron<br>Goudhurst Road<br>Cranbrook TN17 2PN<br>United Kingdom | Jaime Dario Mejia Martinez<br>Calle 44 No 10E - 11 La Victoria<br>Barranquilla, Atlantico - Colombia |
| James Bullis<br>4701 NE 72nd ave, Apt 141<br>VANCOUVER<br>United States<br>VANCOUVER, WA 98661-8103 | James C Lutz<br>609 Long Leaf Dr<br>Chapel Hill, NC 27517-3039 | James Kennard<br>44 Coopers Shoot Rd<br>Coopers Shoot, NSW 2479 Australia |
| James King<br>1b Links Court, Langland Bay Road<br>Swansea<br>SA3 4QR, United Kingdom | James MacCornack<br>1002 Bel Aire<br>Roswell, NM 88201-7715 | Jan Faltys<br>Slavkova 29<br>Praha 2 - 12000<br>Czech Republic |
| Jann So<br>1211 SW 5th Ave<br>#1000<br>Portland, OR 97204-3710 | Jared Morrissey<br>59 Rue Trudeau<br>Chteauguay, Quebec<br>J6J1M2<br>Canada | Jarred Hutto<br>6403 W Outlook Dr<br>Boise, ID 83714-8820 |
| Jay Robert Stahle<br>838 Campfire Dr<br>United States<br>Fort Collins, CO 80524-1991 | Jeffers, Danielson, Sonn & Aylward, P.S.<br>2600 Chester Kimm Rd<br>Wenatchee, WA 98801-8116 | Jeffrey Alan Moody<br>2528 Forest Oaks Point<br>Colorado Springs, CO 80906-5822 |
| Jeffrey C Lutz<br>916 Confidence Dr<br>LONGMONT, CO 80504-8526 | Jeffrey Chin<br>42 Pepper Tree Road<br>Lidcombe NSW<br>Sydney Australia | Jeffrey Kutas<br>6761 Corral Circle<br>Huntington Beach, CA 92648-1532 |
| Jeffrey Waldock<br>Tomaschekstrasse 30<br>A-1210 Vienna<br>Austria | Jered Solow<br>7556 Hampton ave<br>#101<br>Los Angeles, CA 90046-5531 | Jesse Samuel Wheeler<br>3601 Stillman Blvd<br>Tuscaloosa, AL 35401-2601 |

Jessica Langis
PO BOX 398
Dryden, WA 98821-0398

John Guille
690 Covington Dr NW
Calabash, NC 28467-1892

John Hartleib
17931 Shoreham Lane
Huntinngton Beach, CA 92649-4849

John Heinitz
1210 2nd st se
East Wenatchee
United States
East Wenatchee, WA 98802-5526

John Kowalski
100 Tansboro Rd
Unit B
Berlin, NJ 08009-1959

John Rodriguez
2688 W. 12th Place
Yuma, AZ 85364-4258

John Scevola
8768 SW Iroquois Drive
Tualatin, OR 97062-9304

John T. Winslow
5544 Las Virgenes Road #99
Calabasas, CA 91302-3446

Jonathan B. Alter
The Travelers Companies, Inc.
1 Tower Square, MS04
Hartford, CT 06183-1050

Jonathan Gould
924 Hale Avenue
BROOKSVILLE, FL 34601-3642

Jonathan J Lutz
916 Confidence Dr
Longmont, CO 80504-8526

Jonathan Wilson
118 Indian Valley Dr
Cherokee, NC 28719-4541

Jordi Grau
C/ Sant Jordi, 12-3-1
08500 - VIC
SPAIN

Jose A. Herrera
12801 Philadelphia Street
Suite B
Whittier, CA 90601-4126

Jose Luis Blanco
9307 Castlegap Dr.
Spring, TX 77379-4299

Joseph Brodsky
656 St.Nicholas av #35
New York, NY 10030-1086

Joseph Errigo
7 PRATT ST
FORT MONROE, VA 23651-1025

Joseph M Dunn
1105 Colonial Drive
Alabaster, AL 35007-9309

Joseph Smits
westerlanderweg 40
Westerland 1778KL Westerland
The Netherlands

Joshua Hester
1115 California St
Oceanside, CA 92054-5919

Joshua Mapperson
92 Oakbank Boulevard
Whittlesea 3757
AUSTRALIA

Juan Bautista Ibarra Arana
Calle 66 #510
Resid. La Carana, Piedades
Santa Ana, San Jose
Costa Rica

Julian Heere
500 J Street 1703
Sacramento, CA 95814-2335

Jun Dam
2116 L Street No. 2
Antioch, CA 94509-3434

Jung H. Cho
320A 7th St
Palisades Park, NJ 07650-2277

KYLE WHEELAN
7975 ORCHARD PATH RD
COLORADO SPRINGS, CO 80919-2925

Kamran Beg
2200 Russet Cres
Burlington, ON, L7L 6Z2
Canada
2200 Russet Cres, Burlington, On, Canada

David A Kazemba
Overcast Law Offices-NCW, PLLC
23 S. Wenatchee Ave. Ste. 320
Wenatchee, WA 98801-2263

Kelly Imaging
PO Box 660831
Dallas, TX 75266-0831

Ken Li Koh
Unit 2, 137 Hull Road
Croydon VIC 3136
Australia

Kenneth D McCoy
1401 Woodstock Way
#103H
Bellingham, WA 98226-3577

Kenneth Johnson
2452 Columbia Ave. NW #24
East Wenatchee, WA 98802-4198

Kevin Reinsch
3100 Pearl Parkway A317
Boulder, CO 80301-2453

Keyhole Security Inc
708 S Wenatchee Ave
Wenatchee, WA 98801-3072

Khurshid Alam
Unit-2,65 Church Street,West Tamworth
2340,NSW
Australia
Unit-2,65 Church Street,West Tamworth,23

John Knox
Williams Kastner
601 Union Street
Suite 4100
Seattle, WA 98101-2380

Koji Michiwaki
Zip code:428-0313
Shizuoka-ken Haibara-gun Kawanehon-cho
Kaminagao 380-3 Japan

Koombea Inc.
Mark D Taylor
VLP Law Group, LLP
1629 K Street NW, Suite 300
Washington, DC 20006-1631

Krishna Karthik Reddy
1700 Halford Ave
Santa Clara, CA 95051-2664

Krishna Karthik Reddy Adapala
5106 Kino Ct
Dublin, CA 94568-8719

Kyle Spesard
625 N. Hawk St.
Palatine, IL 60067-3535

Larry D. Gerbrandt
141 Seely Ave
Aromas, CA 95004-9501

Larry Eugene Baggs
1502 Sharon Drive
Duncanville, TX 75137-4014

Lasse Kaihlavirta
Piiriniitynkatu 4 H 3
Tampere 33340
FINLAND

Laurent HAMERS
Avenue Van Beethoven 24
1331 Rosieres
Belgium

David R Law
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801-2600

Angie Lee
Office of the Attorney General
800 Fifth Ave
Suite 2000
Seattle, WA 98104-3188

Lee E. Woodard
Harris Beach PLLC
333 West Washington St., Suite 200
Syracuse, NY 13202-5202

Leon de Fleuriot de la Coliniere
16 Rankdoring Avenue
Johannesburg
South Africa

Leonid Markin
714 North Rexford Dr.
Beverly Hills, CA 90210-3314

Leslie Hibbard
PO BOX 2067
Chelan, WA 98816-2067

Levi
street: Vinkenhof 7
postal code: 4332 DM
Country: The Netherlands
Levi Illis

Lexon Insurance Company
Harris Beach PLLC
Attn: Lee E. Woodard
333 West Washington St., Suite 200
Syracuse, NY 13202-5202

Li Liang
1272 Glen Haven Dr
San Jose, CA 95129-4103

(p)LIGHTHOUSE DOCUMENT TECHNOLOGIES
250 MONTGOMERY STREET
STE 300
SAN FRANCISCO CA 94104-3428

Likuo Lin
1192 Queen Ann Dr
Sunnyvale, CA 94087-2239

Lodog Corp, Mark Weitzel, President
15460 W 199th ST
spring hill, KS 66083-8528

Lucas Velasquez
497 Lake Cameron Dr.
Pike Road, AL 36064-3959

Luis Alberto Flores Ezparza
PO Box 4161
Wenatchee, WA 98807-4161

Luis Roman
4633 White Bay Cir.
Wesley Chapel, FL 33545-5058

Luke McIntyre
4 Rose Road
Grey Lynn, Auckland 1021
New Zealand

MLDC1 LLC
7906 Randolph Rd.
Moses Lake, WA 98837-5122

MLDC1, LLC
Overcast Law Offices, PS
C/O David A. Kazemba
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801-2263

Marc Joyce
4404 Highland Ave. Apt. C
Manhattan Beach, CA 90266-3094

Mark Ellis
Flat 19 Rainier Apartments
43 Cherry Orchard Road
Croydon, CR06FA
United Kingdom

Mark R. Shapland
18119 Bent Ridge Drive
Wildwood, MO 63038-1439

Mark Vange
10315 E Shangri La Rd
Scottsdale, AZ 85260-6375

Matteo Romani
Via Flaminia 66
fossombrone, WA 61034

Matthew Hine
2405 Acacia St.
Richardson, TX 75082-3319

Matthew R Lutz
916 Confidence Drive
Longmont, CO 80504-8526

Benjamin J McDonnell
Piskel Yahne Kovarik PLLC
522 W Riverside Avenue, Suite 700
Spokane, WA 99201-0581

Dennis J. McGlothin
Western Washington Law Group, PLLC
PO Box 468
Snohomish, WA 98291-0468

McVicker, Moss, Balestra, et al in class act
Levi & Korsinsky, LLP
1101 30th Street Northwest, Suite 115
Washington, DC 20007-3740

Melissa Spillman
612 Bois d Arc Ln
Franklin, TN 37069-4762

Melvin White
6091 GOLDDUST RD.
Brooksville, FL 34609-8705

Michael Bendett
7606 Lexington Lane
Parkland, FL 33067-1622

Michael Bhagat
1169 S. Calle Del Norte Dr.
Pueblo West, CO 81007-1907

Michael Chu
1113 8th Ave W
Seattle, WA 98119-3439

Michael Detrinidad
726 Balsam Dr
Newman, CA 95360-9522

Michael Ilyankoff
7425 156TH ST SE
SNOHOMISH, WA 98296-8771

Michael LaFontaine Jr
321 Napa Valley Dr
Milford, MI 48381-1053

Michael Papenfuse
1291 Queensway
United States
Lake Isabella, MI 48893-9356

Michael Russo
10310 WREN ROAD
WEEKI WACHEE, FL 34613

Michael Wagner
1253 Rock Hills St. Unit 102
Las Vegas, NV 89135-3576

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco, CA 94104-3502

Mikhail Filippov
2713 Prospect Street
Framingham, MA 01701

Mohammad Mehdi Toozhy
11 Justus Dr.
Richmond Hill, Ontario L4c9z4
Canada
11 justus dr. Richmond hill Ontraio L4c9

Molly Hunter
4347 Anna Lane
Wenatchee, WA 98801-9034

Mr Alexander Garnock
13 Buttfield St Coombs ACT
2611 Australia
13 Buttfield St Coombs ACT Canberra Aust

Mr Touboul
59 RUE DE DE MARIGNAN
ST MAUR DES FOSSES
France

```
Mr. Matthew Eugene Risen                NC Machinery                            NC Machinery Co.
1935 Legacy Place SE                    PO Box 58201                            17035 West Valley Highway
East Wenatchee, WA 98802-9162           Tukwila, WA 98138-1201                  Tukwila, WA 98188-5519


NC Machinery Co.                        NW Handling Systems                     Nathan Welling
Danial D. Pharris                       PO Box 749861                           1887 Whitney Mesa Dr #5807
601 Union STreet Ste. 2600, WA 98101    Los Angeles, CA 90074-9861              Henderson, NV 89014-2069


Neil Hutchings                          Nelson L. Kim                           Nelson Prada
5 Bedwas Close                          8305 Weeping Springs ave                323 Sonoma Dr
St. Mellons                             Las Vegas, NV 89131-1450                Pooler, GA 31322-9792
Cardiff.  CF3 0HP.   United Kingdom


Neppel Electric                         Neppel Electrical & Controls, LLC       Neppel Electrical & Controls, LLC
4703 Kelly Place                        Moses Lake, WA 98837                    c/o Ries Law Firm, P.S.
Moses Lake, WA 98837-4306                                                       P.O. Box 2119
                                                                                Moses Lake, WA 98837-0519


Nitin Limaye                            Niva Johnson                            Non-Profit Creditors' Committee of WTT
401 Manorath Apartments                 119 Ridgmar Trail                       12128 N Division St
9-B Pratapgunj Society, Vadodara 390002,Hendersonville, TN 37075-9629           #426
India                                                                           Spokane, WA 99218-1905


Thomas J. O'Reardon II                  Omar D. Ahmadi                          Our Botanicals Worldwide LLC
Blood Hurst & O'Reardon, LLP            13 Cherry Lane                          8 The Green
501 West Broadway, Suite 1490           Parsippany, NJ 07054-2216               Suite #7123
San Diego, CA 92101-8567                                                        Dover, DE 19901-3618


PAUL ORLOFF                             PHAM SONG TOAN                          Pablo Hernandez Guevara
7909 Van Nuys blvd                      Toneyama 2-5-6                          Calle Este Res Mi Refugio P 9 Apto. 9A
Van Nuys, CA 91402-6073                 Toyonaka                                Urb. Manzanares Caracas Venezuela
                                        Osaka, Japan                            Zip code 1070


Pablo V Hernandez G                     Pacific Northwest Infrastructure In     Pacific Northwest Infrastructure Inc
Calle Este Res. Mi Refugio P9 Apt 9A    PO Box 3363                             PO Box 3363
Urb. Mazanares Caracas Venezuela 1070   Wenatchee, WA 98807-3363                Wenatchee, WA 98807-3363


(p)PARKER CORPORATE SERVICES            Pamela M Egan                           Path of Four Winds, LLC
2009 IRON ST                            Paul H Beattie                          3638 Lake Breeze Lane
BELLINGHAM WA 98225-4211                CKR Law LLP                             Crosby, TX 77532-7202
                                        506 2nd Avenue, 14th Floor
                                        Seattle, WA 98104-2343


Patrick Blount                          Paul A Barrera                          Paul A. Barrera
848 N Rainbow Blvd                      17713 15th Ave NE Ste 101               North City Law, PC
Suite 1800                              Shoreline, WA 98155-3839                17713 15th Ave NE
Las Vegas, NV 89107-1103                                                        Suite 101
                                                                                Shoreline, WA 98155-3839
```

| | | |
|---|---|---|
| Paul W Reinsch Jr<br>7 Salvatierra Trace<br>Hot Springs Village, AR 71909-7707 | Per Martin Sundberg<br>Calcada de santo andre 33 Bloco2 Letra F<br>1100-495<br>Lisbon Portugal | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Peter Mooney<br>30127 Moccasin Dr<br>Burlington, WI 53105-9466 | Danial D Pharris<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle, WA 98101-4000 | Phil A Dinwiddie<br>28122 Vine Cliff<br>Boerne, TX 78015-4881 |
| Philip N McCollum<br>14391 Warren St<br>Westminster, CA 92683-5187 | Vanessa Pierce<br>Bowman Pierce, LLC<br>123 Springhill Drive<br>East Wenatchee, WA 98802-8560 | Piervanni Ugolini Mugelli<br>Via di Nizzano, 2<br>Impruneta, 50023<br>Florence, Italy |
| Jason T Piskel<br>Piskel Yahne Kovarik, PLLC<br>522 W Riverside Ave<br>Ste 700<br>Spokane, WA 99201-0581 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee, WA 98801-8131 | Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee, WA 98802 |
| Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee, WA 98802-9290 | Port of Douglas County<br>Davis Arneil Law Firm c/o David R Law<br>617 Washington St<br>Wenatchee, WA 98801-2600 | Potomac Law Group PLLC<br>1905 7th Ave. W<br>Seattle, WA 98119-2815 |
| Prija Phaphouampheng<br>5115 16th Street, A<br>Santa Ana<br>United States<br>Santa Ana, CA 92703-1190 | Quark LLC<br>4283 Express Lane, Suite 3842-078<br>Sarasota, FL 34249-2602 | RAVJI PATEL<br>16 home mead<br>United Kingdom<br>HA7 1AF |
| RICHARD BLOMQUIST<br>1425 BROADWAY #23240<br>SEATTLE, WA 98122-3854 | Radomir Kalinin<br>Stanyukovicha, 54G-55<br>Vladivostok city (Zip code 690003)<br>Russia<br>Stanyukovicha, 54G-55, Vladivostok city, | Raritan<br>400 Cottontail Lane<br>Somerset, NJ 08873-1238 |
| Raritan, Inc.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 | Refael Sofair, individually and on<br>behalf of all others similarly situated<br>c/o John A. Knox, Williams Kastner & Gib<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-1368 | Richard Shew<br>157 Slatewood Ct.<br>Bethel Park, PA 15102-2242 |
| Richard Wulliens<br>Rue de l'Eglise 13a<br>1958 St Lonard<br>CH - Switzerland | (p)RIES LAW FIRM  P S<br>P O BOX 2119<br>MOSES LAKE WA 98837-0519 | Rietveld Global Business Group B.V.<br>Postbus 9607 (Box G58)<br>1006 GC, Amsterdam<br>The Netherlands |
| Robert B Decker<br>918 CONFIDENCE DR<br>LONGMONT<br>United States<br>LONGMONT, CO 80504-8526 | Robert Ilievski<br>Nypongatan 18<br>212 31 Malmo<br>Skane<br>Sweden | Robert J. Hoyer<br>5940 Daltry Ln<br>United States<br>Colorado Springs, CO 80906-7802 |

| | | |
|---|---|---|
| Robert Russell<br>971 Providence Pike<br>United States<br>Danielson, CT 06239-4003 | Roger L. Sutton<br>716 Contessa<br>Irvine, CA 92620-1724 | Rolf Jakobsen<br>Wessels Gate 25C<br>H0202<br>Norway |
| Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 | Ross Shrestha<br>1259 N Lakeview Dr<br>palatine, IL 60067-2092 |
| Ross Tavakoli<br>8 Oakfield Close, Alderley Edge, Cheshir<br>England<br>United Kingdom | Ruben del Muro<br>1923-1 Nishidera, Kikuchi, Kumamoto<br>861-1323<br>Japan | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 |
| Joseph A.G. Sakay<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue<br>Suite 3400<br>Seattle, WA 98101-3034 | Dominique R Scalia<br>DBS Law<br>155 NE 100th St<br>Ste 205<br>Seattle, WA 98125-8015 | Tara J. Schleicher<br>Foster Garvey P.C.<br>121 SW Morrison<br>11th Floor<br>Portland, OR 97204-3141 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Scott Glasscock<br>229 Craft Road<br>Brandon, FL 33511-7588 | Scott Paul<br>1100 SW 7th St<br>Renton<br>Renton, WA 98057-2939 |
| Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave, Ste 3600<br>Seattle, WA 98104-7010 | Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | Sergiy Dzvonyk<br>28, Yaroslavov Val str., ap.29<br>Kiev - 01034<br>Ukraine |
| Serhii Komar<br>Alexandra Nevskogo 35<br>ap. 55<br>Odessa, Ukraine, 65088 | Shaun Leech<br>49a winfiled road<br>Balwyn North<br>Victoria Australia 3144 | Shawn Jackson Dyck<br>40100 Willow Crescent<br>Apt 308<br>Squamish, BC, V8B0L8, Canada |
| Daniel William Short<br>Paine Hamblen LLP<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201-3905 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | Sinh Du<br>818 SW 3rd Ave #221-2313<br>Portland, OR 97204-2405 |
| Smeets Gert<br>Sapstraat 40<br>Grote Spouwen<br>Belgium<br>Belgium | Scott R. Smith<br>Bohrnsen Stocker Smith Luciani Adamson P<br>312 W Sprague Avenue<br>99201<br>Spokane, WA 99201-3711 | Spencer Ross<br>215 11th Ave NE<br>Apt. 3<br>St. Petersburg, FL 33701-1961 |
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Stefano Musumeci<br>Uuslinna tn 9/4-52<br>11415 Tallinn<br>Estonia | Steve Delassus<br>215 Avenue Marcel Anthonioz<br>01220 DIVONNE LES BAINS<br>France |

| | | |
|---|---|---|
| Steve Delassus<br>685 Rue de la Mairie<br>01170 Cessy France | Steven William Sweeney<br>7 LENT CRESCENT<br>BRAMPTON, ONTARIO L6Y 5E5<br>CANADA | Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 |
| TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 | Takeshi Kawai<br>3-9-2-403 Shimorenjaku<br>Mitaka City, Tokyo<br>181-0013, Japan |
| Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 | Talos Construction LLC<br>Todd Reuter, Foster Pepper PLLC<br>618 W Riverside Ave, Suite 300<br>Spokane, WA 99201-5102 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Taverne Kevin<br>13 rue kipling<br>91540 Mennecy , France | Theatherstrasse 27c<br>Theaterstrasse 27c<br>8400 Winterthur<br>Switzerland | Theocharis Aslanidis<br>Doridos 44<br>12242 Egaleo<br>Greece |
| Thomas Mehlitz<br>SolRide GmbH<br>Yburgstr. 18<br>Germany<br>Germany | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 |
| Travelers Property Casualty Co. of America<br>Jonathan B. Alter, Esq.<br>1 Tower Square, MS04<br>Hartford, CT 06183-1050 | Travis Hibbard<br>PO Box 2607<br>Chelan, WA 98816-2607 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 |
| Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr Suite 100<br>Indianapolis, IN 46278-2010 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | United States Trustee<br>920 West Riverside Avenue<br>Suite 593<br>Spokane, WA 99201-1012 |
| Vanessa Pierce Rollins<br>123 Springhill Drive<br>East Wenatchee, WA 98802-8560 | Viken Chouchanian<br>17429 Lahey St<br>LA, CA 91344-3426 | Viken Chouchanian<br>8741 Darby Ave #3<br>Northridge, CA 91325-3089 |
| Vyacheslav Levin<br>4A Stoke Row<br>Coventry,Westmidlands<br>CV2 4JQ<br>UK | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Mark Waldron<br>Mark Waldron, Chapter 7 Panel Trustee<br>6824 19th St. W.<br>Pmb 250<br>University Place, WA 98466-5528 |

| | | |
|---|---|---|
| Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| Washington State Taxing Agencies<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Nathan Welling<br>340 S. Lemon Avenue<br>Unit 5807<br>Walnut, CA 91789-2706 | Wilhelmus Appel<br>Lupinelaan 15<br>5582 CG Waalre<br>The Netherlands |
| William M Patton<br>6821 Sky Circle<br>United States<br>Anchorage, AK 99502-3979 | William Stephen Davis<br>7281 Rooses Drive<br>Indianapolis, IN 46217-7411 | William Tran<br>403 W Ramona Rd<br>Alhambra, CA 91803-3548 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | Wong Chun Ming<br>Sham Shui Po,Fuk Wing st 133<br>Flat A 10/F 5/Block Golden Bldg<br>Hong Kong<br>Sham Shui Po,Fuk Wing st 133 Flat A 10/F |
| Xiaoming Lu<br>3269 Range Ct<br>Mason, OH 45040-8741 | Yuet Choi Cheng<br>22F Nam Hoi Mansion, Taikoo Shing<br>HONG KONG | Yurii Kuzmin<br>10-B, Urozhaynaya str.,<br>Odessa<br>65016<br>Ukraine |
| caleb maistry<br>Van hoof street, 2 willow view estate, r<br>Gauteng,Johannesburg<br>South Africa | elieshay touboul<br>amos 221<br>tekoa<br>Israel<br>israel | fabio todeschini<br>16 via gran san bernardo<br>milan<br>italy |
| hari krishna prasad menta venkata<br>116 CANADIAN LAKES BLVD<br>CANADIAN, BALLARAT<br>Australia<br>116 canadian lakes blvd, canadian, 3350 | lior sharabi<br>eshkolit 28/22 - Pardes Hana - Israel<br>eshkolit 28/22 - Pardes Hana - Israel | ljupco nikolovski<br>mercurius 15<br>1188 GA<br>Amstelveen<br>Holland |
| mathias brachet<br>darwingasse 37<br>top 1<br>1020 Vienna<br>Austria | nick nguyen<br>3411 Greentree Dr<br>Falls Church, VA 22041-1405 | pamelyn chee<br>po box 18771<br>United States<br>los angeles, CA 90018-0771 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brandon Gordon<br>601 Seven Oaks Ct<br>Brooksville, FL 34601 | CryptoDigger LLC<br>3476 E Tiffany Way<br>Gilbert, AZ 85298 | Electrical Power Products, Inc.<br>4240 Army Post Rd<br>United States<br>Des Moines, IA 50321 |

| | | |
|---|---|---|
| Lighthouse (formerly Discovia)<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837 |
| (d)Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)507 Capital LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | (u)ANATOLY CHECHERIN<br>BEGOVAYA, 3, BUILDING 1, 36 FLOOR<br>MOSCOW, RUSSIA, ZIP 125284 | (u)Aliaksei Volnov<br>18-34 Lesi Ukrainki str.<br>Minsk<br>Belarus<br>18-34 Lesi Ukrainki str., Minsk, Belarus |
| (u)Allrise Financial Group | (u)Anton Shamanaev<br>Vvedenskogo st 24k2<br>162 apt<br>Moscow, Russian Federation, 117279 | (u)Paul A Baum |
| (d)Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway<br>Suite 1490<br>San Diego, CA 92101-8567 | (u)COSTANTINI frederic<br>29 BIS rue Emile Duclaux 92150 Suresnes<br>29 BIS rue Emile Duclaux 92150 Suresnes | (u)David M Carlson |
| (u)Denis Veselovsky<br>125252 Russia<br>Moscow<br>Zorge st, 28, 52<br>Russia | (u)Dmitry Benkovich<br>12, Trubetskaya str, app.1A, Moscow, Rus | (d)ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr Suite 2<br>Las Vegas, NV 89103-3763 |
| (u)EcoChain, Inc. | (u)Eduard Khaptakhaev<br>Lenkinkkgradsky pr-t 76/1/49<br>Moscow<br>Russia | (u)Evgeny Skoropisov<br>32 Moo11, Soi Hua Hin 112, Tabtai, MEUAN<br>Hua Hin, Prachuap Khiri Khan, 77140 Thai |
| (u)Executive Flight, Inc. | (u)Grigory Klumov<br>Balaklavsky avenue 12-3-93<br>117639<br>Moscow Russia | (u)Jarno Hogeweg<br>Kaya Sirena 18<br>Kralendijk<br>Bonaire |
| (u)Jose Antonio Carapeto Sierra<br>Calle Pirra, 14 - Portal H - 3A C.P 2802<br>Madrid<br>Espaa | (u)Lester Ayllon<br>Rua Adele, 119 AP 264 BL 2<br>Rua Adele 119, AP 264 BL 2 | (u)Luca Monterisi<br>Sveti Martin, 142<br>Podstrana 21312<br>Croatia |

| | | |
|---|---|---|
| (u)MASAYA FUJIOKA<br>Ookayamamanshion319<br>Meguro-ku1-36-31,Tokyo 152-0033 | (u)Mazaeva Maria<br>Shokalskogo proezd<br>h.4 app.44<br>127642<br>Russia, Moscow | (u)Mikhail Meshkov<br>Metallurgov ul. 11-52<br>Moscow, Russia, 111401 |
| (u)Nicolas Colombera<br>Santa Cruz 88<br>Santiago del Estero, Capital<br>Zip: 4200 | (u)OMAR JAVIER MONSALVE SANCHEZ<br>AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2<br>PAREDES DE COURA, VIANA DO CASTELO, PORT<br>4940-520 | (d)Paul A. Barrera<br>17713 15th Ave NE<br>Ste 101<br>Shoreline, WA 98155-3839 |
| (u)Perkins Coie LLP | (u)Petr Bohacek<br>Kloboucnicka 1440/8<br>Czechia<br>Czechia | (u)Primo Njega<br>BUKOVCI 100f<br>SI-2281 Makovci<br>Slovenija<br>Slovenija |
| (u)Rolan Burykin<br>Thomas-Diewald Str 2, 82152 Planegg, Ger<br>Thomas-Diewald Str 2, 82152 Planegg, Ger | (d)Schmitt Electric, Inc<br>1114 Walla Walla Avenue<br>Wenatchee, WA 98801-1525 | (u)Refael Sofair |
| (d)Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 | (u)Unsecured Creditors' Committee | (u)Valerijs Sidoriks<br>63 Addison Road, Guildford, Surrey, GU1 |
| (u)Vladislav Manitskiy<br>Garazhnaya street 67/396<br>Krasnodar city, Krasnodar region<br>Russian Federation, 350000 | (d)Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | End of Label Matrix<br>Mailable recipients   413<br>Bypassed recipients    38<br>Total                  451 |