**Jacqueline Bussey**
The Oaks
Clapper Lane
Staplehurst
Kent
TN12 0JT
United Kingdom

44 1580 893562
44 7717 855526
jackie.bussey@gmail.com

12th September 2023

**United States Bankruptcy Court**

**Eastern District of Washington**
Case number 18-03197
Debtor Giga Watt inc.

To Whom It May Concern

Please treat this letter as my formal notice of change of address (both residential and business) following my move of family home in July 2021.

The former address (now expired) which was originally filed with claim was Percheron Goudhurst Road Cranbrook TN17 2PA.

New address for all correspondence relating to this claim is

**The Oaks Clapper Lane Staplehurst Kent TN12 0JT United Kingdom.**

I would be very grateful if you could update all of your records accordingly. Please note that I am unable to access any mail sent to the previous address. The original claim number 61 was filed 08/09/2019, and this is the one that I am supplementing, but you may also wish to apply this to claim 357, filed 10.25.2022, which was a failed attempt to update my contact details via the filing system.

Please note that my email address and cellphone number remain unchanged, and I am happy for correspondence to be sent electronically.

Sincerely,

**Jacqueline Bussey**