Pamela M. Egan, WSB No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re Giga Watt, Inc., a Washington corporation,<br><br>Debtor | Case No. 18-03197-FPC<br><br>The Honorable Frederick P. Corbit<br><br>**NOTICE REGARDING STATUS IN RELATED ACTION** |

The Trustee hereby provides notice to the Court that the United States District Court for the Eastern District of Washington has set a hearing on the *Joint Request for Status Conference* filed by counsel for Mr. Dam and Perkins Coie LLP in the putative class action, *Dam v Perkins*, Case No. 2:20-cv-00464-SAB. The hearing will take place by Zoom on October 5, 2023 at 10:00 PT.

The related submissions by the parties are included herewith:

1. Chapter 7 Trustee's Status Conference Statement, ECF No. 40, attached hereto as **Exhibit 1**;

2. Declaration of Pamela M. Egan in Support of Chapter 7 Trustee's Status Conference Statement, ECF No. 41, attached hereto as **Exhibit 2**;

3. Request for Judicial Notice in Support of Chapter 7 Trustee's Status Conference Statement, ECF No. 42, attached hereto as **Exhibit 3**.

4. Joint Request for Status Conference, ECF No. 38, attached hereto as **Exhibit 4**, filed by counsel for Mr. Dam and Perkins Coie LLP in the

NOTICE REGARDING
STATUS IN RELATED ACTION – Page 1

1   putative class action referenced above. This notice does not include the

2   lengthy exhibits filed by counsel for Mr. Dam and Perkins Coie LLP.

3   Dated this 20th day of September 2023.

                          POTOMAC LAW GROUP PLLC

5                    By:    _____*/s/ Pamela M. Egan*_____
                            Pamela M. Egan (WSB No. 54736)

6                    *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

NOTICE REGARDING
STATUS IN RELATED ACTION – Page 2