# EXHIBIT 4

18-03197-FPC7 Doc 1020-5 Filed 09/20/23 Entered 09/20/23 11:06:00 Pg 1 of 7

| | |
|---|---|
| WESTERN WASHINGTON LAW GROUP PLLC<br>DENNIS J. MCGLOTHIN (#28177)<br>ROBERT J. CADRANELL (41773)<br>P.O. Box 468<br>Snohomish, WA  98291<br>Tel: 425/728-7296, ext. 4<br>dennis@westwalaw.com<br>robert@westwalaw.com<br>docs@westwalaw.com | BYRNES KELLER CROMWELL LLP<br>RALPH E. CROMWELL, JR. (11784)<br>1000 2nd Avenue, 38th Floor<br>Seattle, WA  98105<br>Tel: 206/622-2000<br>rcromwell@byrneskeller.com<br><br>Attorneys for Defendants |
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (*pro hac vice*)<br>THOMAS J. O'REARDON II<br>    (*pro hac vice*)<br>PAULA R. BROWN (254142)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC BLOMQUIST, individually and on behalf of all others similarly situated, and JUN DAM, individually,<br><br>          Plaintiffs,<br><br>     v.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; PERKINS COIE CALIFORNIA, P.C., a California corporation; PERKINS COIE U.S., P.C.; and LOWELL NESS, individually,<br><br>          Defendants. | Case No: 2:20-cv-00464-SAB<br><br>**CLASS ACTION**<br><br>**JOINT REQUEST FOR STATUS CONFERENCE**<br><br><br>Chief Judge Stanley A. Bastian<br><br>Complaint Filed:   December 16, 2020<br>Trial Date:              Not Yet Set<br><br>**JURY TRIAL DEMANDED** |

Exhibit 4

JOINT REQUEST FOR STATUS CONFERENCE

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA  98291
(425) 728-7296, ext. 4

00206538

18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 2 of 7

1     Plaintiff Eric Blomquist and Defendants ("Perkins Coie") request that the Court set a status conference at its earliest convenience to discuss approval of the parties' proposed class action settlement.

4     Attached to this Joint Request are the (i) proposed class action settlement executed by the parties, (ii) the motion for preliminary approval and supporting declarations, and (iii) plaintiff's first amended complaint and Rule 15 stipulation regarding same.

8     The class settlement is one of two settlements involving Perkins Coie. The other settlement is between Perkins Coie and Mark D. Waldron, in his capacity as Trustee in the bankruptcy case *In re Gigawatt, Inc.*, No. 18-03197. ("Trustee settlement"). The class and Trustee settlements are separate however, each is conditioned upon the successful approval of the other. The class settlement addresses harm to Giga Watt token purchasers (class members) allegedly caused by Perkins Coie's premature release from escrow of token purchaser funds. The Trustee settlement addresses alleged harm to the Giga Watt, Inc. estate caused by Perkins Coie's release of the class member's funds.

17     The class settlement must be approved by this Court. The Trustee will seek approval of his settlement in the bankruptcy court. The Trustee has filed his settlement agreement in the bankruptcy court. A hearing on the Trustee settlement is scheduled for October 3, 2023.

21     The parties here are eager to start the settlement approval process with this Court. However, they are struggling with some procedural and jurisdictional issues. Although not a party to the class settlement, the Trustee has stated it will object if his view of the procedures for permitting this Court to consider approval of the class action settlement are not followed. The parties here believe those procedures are unnecessary and time-consuming but wish to avoid yet more

00206538 | JOINT REQUEST FOR STATUS CONFERENCE - 1    Exhibit 4    **Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296, ext. 4

BLOOD HURST & O'REARDON, LLP

18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 3 of 7

unnecessary litigation so the class members can receive their settlement payments.

Briefly, the bankruptcy court issued orders staying/enjoining this class action *until the adversary proceeding between the Trustee and Perkins Coie is resolved*. Those orders are on appeal in this Court. The appeal is currently stayed. It is unclear whether the bankruptcy court orders staying/enjoining the class case must be modified for this Court to consider the class settlement, and if so, an appropriate procedure.

The Trustee asserts that this Court cannot consider the class settlement until the bankruptcy court modifies the stay/preliminary injunction. And that the bankruptcy court lacks jurisdiction to modify its stay/injunction orders given the pending appeal.

Plaintiff and Perkins Coie believe that once the Trustee settlement is approved by the bankruptcy court (hearing on October 3, 2023), the Trustee-Perkins adversary proceeding is de facto resolved, hence terminating or mooting the bankruptcy court's stay/injunction of the class case.

However, if the stay/injunction must be modified by the bankruptcy court for this Court to consider the class settlement, it is unclear whether the bankruptcy court has jurisdiction to do so. Ordinarily, appeal divests the bankruptcy court of jurisdiction to alter its orders absent remand from the court of appeal. However, the basis of this rule is to permit the appellate court to review orders as issued, without modification by the issuing court that could nullify or change the issues on appeal. *See e.g., Griggs v. Provident Consumer Disc. Co.,* 459 U.S. 56 (1982). Here, these concerns are not at issue because the class and Trustee settlements are clear that all parties are restored to their former positions (including the appeal) if both settlements are not approved.

00206538

BLOOD HURST & O' REARDON, LLP

JOINT REQUEST FOR STATUS CONFERENCE - 2    Exhibit 4

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296, ext. 4

18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 4 of 7

1  Plaintiff and Perkins Coie will make themselves available for a status
2  conference at the Court's convenience.
3
4                                          Respectfully submitted,
5  Dated: September 13, 2023               WESTERN WASHINGTON LAW
                                              GROUP PLLC
6                                          DENNIS J. MCGLOTHIN (28177)
                                           ROBERT J. CADRANELL (41773)
7
8                                          By:    s/ Dennis J. McGlothin
                                                  DENNIS J. MCGLOTHIN
9
                                           P.O. Box 468
10                                         Snohomish, WA 98291
                                           Tel: 425/728-7296, ext. 4
11                                         dennis@westwalaw.com
                                           robert@westwalaw.com
12                                         docs@westwalaw.com

13                                         BLOOD HURST & O'REARDON, LLP
                                           TIMOTHY G. BLOOD (*pro hac vice*)
14                                         THOMAS J. O'REARDON II
                                              (*pro hac vice*)
15                                         PAULA R. BROWN
                                           501 West Broadway, Suite 1490
16                                         San Diego, CA 92101
                                           Tel: 619/338-1100
17                                         619/338-1101 (fax)
                                           tblood@bholaw.com
18                                         toreardon@bholaw.com
                                           pbrown@bholaw.com

19                                         *Attorneys for Plaintiffs*

20  Dated: September 13, 2023              BYRNES KELLER CROMWELL LLP
                                           RALPH E. CROMWELL, JR. (11784)
21
22                                         By:    s/ Ralph E. Cromwell, Jr.
                                                  RALPH E. CROMWELL, JR.
23
                                           1000 2nd Avenue, 38th Floor
24                                         Seattle, WA 98105
                                           Tel: 206/622-2000
25                                         rcromwell@byrneskeller.com

26                                         MUNDING, P.S.
                                           John D. Munding

BLOOD HURST & O' REARDON, LLP

00206538

JOINT REQUEST FOR STATUS CONFERENCE - 3    Exhibit 4    Western Washington Law Group PLLC
                                                         P.O. Box 468, Snohomish, WA 98291
                                                         (425) 728-7296, ext. 4

18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 5 of 7

|   |   |
|---|---|
| | 309 E. Farwell Rd., Ste. 310<br>Spokane, WA 99218-1152<br>Tel: 509/624-6464<br>john@mundinglaw.com |

*Attorneys for Defendants PERKINS COIE, LLP,; PERKINS COIE CALIFORNIA, P.C.,; PERKINS COIE U.S., P.C.; and LOWELL NESS*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 13, 2023        By:    *s/ Dennis J. McGlothin*
                                              DENNIS J. MCGLOTHIN

00206538

JOINT REQUEST FOR STATUS CONFERENCE - 4    Exhibit 4    **Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296, ext. 4

18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 6 of 7

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on September 13, 2023.

*s/ Dennis McGlothin*
DENNIS J. McGLOTHIN

JOINT REQUEST FOR STATUS CONFERENCE - 5     Exhibit 4     **Western Washington Law Group PLLC**
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296, ext. 4
00206538
18-03197-FPC7    Doc 1020-5    Filed 09/20/23    Entered 09/20/23 11:06:00    Pg 7 of 7

BLOOD HURST & O' REARDON, LLP