# Salishsealegal@outlook.com

**From:** salishsealegal@outlook.com
**To:** Pamela M. Egan
**Subject:** RE: Gigawatt

---

**From:** Pamela M. Egan <pegan@potomaclaw.com>
**Sent:** Monday, May 1, 2023 9:00 AM
**To:** salishsealegal@outlook.com
**Subject:** FW: Gigawatt

Dear Ben:

We are in receipt of your email regarding your intent to file a fee application and your statement that you have a potentially helpful line of "testimony" and "questions" to "leverage" the Perkins litigation.

The Trustee expects to object to your fee application. Jim Perkins of the United States Trustee Office will testify that your activities burdened the estate more than they benefitted it.

However, feel free to send me your detailed fee request. The Trustee will make his final decision then.

Regarding your testimony or line of questioning, the Trustee neither needs not wants either.

**Pamela M. Egan** | Partner | Potomac Law Group, PLLC
Tel: (415) 297-0132 | Fax: (202) 318-7707
pegan@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

---

**From:** Benjamin Ellison <Salishsealegal@outlook.com>
**Sent:** Wednesday, April 26, 2023 9:50:37 AM
**To:** mark <mark@mwaldronlaw.com>; diana <diana@mwaldronlaw.com>; Pamela M. Egan <pegan@potomaclaw.com>
**Cc:** Benjamin Ellison <Salishsealegal@outlook.com>
**Subject:** RE: Gigawatt

**WARNING:** External email, do not click on links or open attachments unless you recognize the sender's full email address and expect the attachments.

Dear All

I wanted to put the Trustee on notice that predecessor Committee counsel will be submitting its application for compensation this week.
I think our total bill is around $40k.

In other news, if there is much more to litigate over with Perkins, I may have a line of testimony /questioning that would leverage your position.

Let me know if you would like to set up a call.

Ben