# EXHIBIT A

WESTERN WASHINGTON LAW
 GROUP PLLC
Dennis McGlothin (WSBA No. 28177)
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296
425/955-5300 (fax)
Dennis@westwalaw.com

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (*admitted pro hac vice*)
Thomas J. O'Reardon II (*pro hac vice to be filed*)
Paula R. Brown (CA 254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Adversary Proceeding
Defendant Jun Dam*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No: 18-03197 FPC 7 |
| GIGA WATT, INC., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adversary Proceeding No. 21-80053 |
| Plaintiff, | |
| v. | **DEFENDANT'S OPPOSITION TO TRUSTEE'S MOTION FOR INJUNCTIVE RELIEF** |
| JUN DAM, a California resident, on behalf of himself and a purported class of similarly situated parties, | |
| Defendant. | **REDACTED VERSION** |

OPPOSITION TO MOTION
FOR INJUNCTIVE RELIEF

Exhibit A, Page 1 of 4

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00184412

18-03197-FPC7    Doc 1022-1    Filed 09/26/23    Entered 09/26/23 08:37:14    Pg 2 of 5

According to these bank records, the Debtor received the Class Members' $21 million. Trustee Ex. J at 2. Trustee Ex. C at 14; Blood Decl., Exs. 2-3.

Records, emails, and the timing of payments show that the Debtor received the Class Members' escrowed money. Of the $10.8 million that Perkins Coie wired to GW Singapore, about $9.4 million was transferred by GW Singapore to GW Washington in the same time period that Perkins was releasing the money from the Escrow. According to the records, GW Singapore sent its first wire to GW Washington within 48 hours of Perkins' first payment to GW Washington, and GW Singapore sent its last wire to GW Washington 24 hours after Perkins' last payment to GW Singapore. *Id.* The most money ever maintained in the Escrow was about $22.3 million. Blood Decl., Ex. 4. Based on the Debtor's bank records, this same amount was wired to GW Washington between August 9, 2017 and February 23, 2018. Blood Decl., Exs. 2-3.

Further, emails produced by the Trustee detail the requests to send the Class Members' improperly released escrowed money directly to the Debtor. *See* Blood Decl., Exs. 5-9.

### B. The Perkins Coie Lawsuits

On December 16, 2020, proposed class representative Jun Dam, on behalf of himself and all others who purchased Giga Watt Tokens, filed a class action complaint in the Eastern District of Washington against five Perkins Coie-related parties to recover the portion of their payments into the escrow that were improperly released by Perkins (the "Class Action"). *See* Blood Decl., Ex. 10. The Class Action seeks from Perkins the recovery of the Class Members' money Perkins' improperly disbursed from escrow.

On September 17, 2020, just two months before he filed the adversary proceeding against Perkins, the Trustee was deposed pursuant to FRBP 7004. The Trustee testified the Class Members—not the Estate—were the ones damaged by Perkins' conduct. As detailed in Exhibit 11, the Trustee has

OPPOSITION TO MOTION
FOR INJUNCTIVE RELIEF - 6

Exhibit A, Page 2 of 4

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

repeatedly testified the Class, not the Estate has claims arising from Perkin's conduct. Blood Decl., Ex. 12 (Waldron Depo.) at 42:13 – 43:16 ("[Y]ou have these watt token holders. They clearly have a claim. If there was an escrow breach, they would have independent claims … Giga Watt USA, the debtor, does not appear to have a straightforward claim here."). The Trustee repeatedly noted the reasons the Estate lacks standing to assert the claims it only now says it owns and those it now seeks to enjoin. *Id.* at 48:2-3, 49:17 – 50:12, 54:21 – 56:12. The Trustee also testified he did not have knowledge that Perkins was a fiduciary to the Debtor. *Id.* at 51:10-15, 51:23 – 52:12. The Trustee did not know if the Estate was a third-party beneficiary to the escrow agreement, but testified that regardless, the Class Members (Token Holders) had claims "ahead" of the Estate. *Id.* at 57:7-24.

In his September 14, 2020, response to the motion to convert to Chapter 7, the Trustee emphasized again that the Class Members are the ones with a case, not the Estate. *Id.*, Ex. 13 ("It should be noted that if such viable claims exist, the watt token claimants likely hold independent causes of action, separate and apart from the bankruptcy estate. The bankruptcy estate's claims, if any exist, are likely limited in scope and amount.").

Nevertheless, on November 19, 2020, the Trustee filed a verified adversary complaint captioned *Waldron v. Perkins Coie LLP*, Adv. Proc. No. 20-80031 (ECF Nos. 1, 6) that contradicts the Trustee's sworn testimony. Although the theory of the case is unclear and continues to shift as its theories are challenged, the Perkins Adversary Complaint alleged that Perkins, GW Singapore, and Andrey Kuzenny breached their fiduciary duties owed directly to the Debtor when the escrowed funds were improperly released and aided and abetted each other in the process. *See* Perkins Adversary Complaint, *e.g.*, ¶¶ 31 ("By disbursing money to GW Singapore in violation of the Escrow terms, Perkins substantially assisted GW Singapore's breach of its fiduciary duty to

OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF - 7

Exhibit A, Page 3 of 4

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

00184412

18-03055-FPC7   Doc 1822-1   Filed 09/26/23   Entered 09/26/23 08:37:14   Pg 4 of 5

## VI. THE TRUSTEE'S CONDUCT HAS RESULTED IN UNAVOIDABLE CONFLICTS

The Trustee is elevating one group of creditors above another for his own benefit. Through his litigation tactics the Trustee has created an irreconcilable conflict which must be addressed in the unlikely event this Motion is granted.

Respectfully submitted,

Dated: December 9, 2021

BLOOD HURST & O'REARDON, LLP

By:    *s/ Timothy G. Blood*
Timothy G. Blood (*admitted pro hac vice*)
Thomas J. O'Reardon II
   (*pro hac vice to be filed*)
Paula R. Brown (CA 254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

WESTERN WASHINGTON LAW
  GROUP PLLC
Dennis McGlothin (WSBA No. 28177)
P.O. Box 468
Snohomish, WA 98291
Tel: 425/728-7296
425/955-5300 (fax)
Dennis@westwalaw.com

*Attorneys for Adversary Proceeding Defendant Jun Dam*