# EXHIBIT B

18-03197-FPC7 Doc 1022-2 Filed 09/26/23 Entered 09/26/23 08:37:14 Pg 1 of 3

Case 2:21-cv-00291-SAB    ECF No. 36    filed 06/08/22    PageID.2923    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUN DAM,<br><br>      Appellant,<br><br>      v.<br><br>MARK D. WALDRON, Chapter 7 Trustee,<br><br>      Appellee. | No. 2:21-CV-00291-SAB<br>2:22-CV-00040-SAB<br><br>**ORDER DENYING APPELLANT'S MOTION TO SEAL** |

    Before the Court is Appellant's Motion to Seal, ECF No. 27. The motion was considered without oral argument.

    Appellant requests that the Court (1) allow him to file under seal documents that were previously filed under seal in the Bankruptcy Court; and (2) also allow him to file under seal the portions of his Opening Brief which reference or quote from these sealed documents.

    The Court denies Appellant's motion. The public's presumption of access to court records is "based on the need for federal courts, although independent—indeed, particularly because they are independent—to have a measure of accountability and for the public to have confidence in the administration of justice." *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995)). Thus, this Court, as a court of public record, generally will not seal documents

absent good cause. *See Nixon v. Warner Commnc'ns, Inc.*, 435 U.S. 589, 597 (1978).

Accordingly, **IT IS HEREBY ORDERED:**

1. Appellant's Motion to Seal, ECF No. 27, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 8th day of June 2022.



　　　　　　　　　　Stanley A. Bastian
　　　　　　　　Chief United States District Judge

Exhibit B, Page 2 of 2

**ORDER DENYING APPELLANT'S MOTION TO SEAL** # 2