# EXHIBIT C

# FILED UNDER SEAL

CONFIDENTIAL

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | [ALL HYPERLINKS] |
| vs. | AMENDED VERIFIED COMPLAINT FOR (I) BREACH OF FIDUCIARY DUTY TO GIGA WATT, INC., (DEFENDANT PERKINS COIE LLP AND LOWELL NESS) (II) AIDING AND ABETTING GIGA WATT PTE. LTD.'S BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT PERKINS COIE LLP AND LOWELL NESS), (III) BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT GIGA WATT PTE. LTD. )AND (IV) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY (DEFENDANT ANDREY KUZENNY) |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

[HYPERLINKS] VERIFIED COMPLAINT – Page 1

Exhibit C, Page 2 of 5

AA236
18-03197-FPC7    Doc 1022-3    Filed 09/26/23    Entered 09/26/23 08:37:14    Pg 3 of 6

1  Mark D. Waldron, in his capacity as the duly-appointed Chapter 7 Trustee,
2  by and through his attorneys, the Potomac Law Group PLLC, for his Complaint
3  against Perkins Coie LLP ("Perkins Coie") alleges as follows:

## JURISDICTION AND VENUE

5  1.  This Court has jurisdiction over this action pursuant to 28 U.S.C.
6  §§ 1334(b) and 157(a). This action is related to the bankruptcy case.
7  2.  GW Singapore submitted to the personal jurisdiction of this Court by
8  filing Claim No. 135 in the above-captioned bankruptcy case.
9  3.  Kuzenny submitted to the personal jurisdiction of this Court by filing
10 Claim Nos. 133, and 255.
11 4.  Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

## PARTIES

13 5.  Plaintiff is the duly-appointed trustee in the above-captioned
14 bankruptcy case pursuant to the *Appointment of Trustee*, dated September 30,
15 2020. [ECF No. 745.] Plaintiff also served as the Chapter 11 Trustee pursuant to
16 the *Order Approving Appointment of Chapter 11 Trustee*, entered on June 24,
17 2019 [ECF No. 146.] before the case converted to chapter 7 pursuant to the *Order*
18 *Converting Case to Chapter 7*, entered on September 30, 2020. [ECF No. 744.]
19 6.  Perkins Coie is a limited liability partnership formed under the laws
20 of Washington State. It maintains offices in Seattle, Palo Alto, and numerous
21 other cities worldwide. Perkins Coie is the 16th largest law firm in the United
22 States. It was named one of the "Top Five Law Firms for Startups" in 2019

[HYPERLINKS] VERIFIED COMPLAINT – Page 2

Exhibit C, Page 3 of 5

(Kruze) and won the Technology/Telecom Deal of the Year" by The Deal Awards in 2019.

7. Upon information and belief, Lowell Ness resides in or around Palo Alto, California. He is a partner of Perkins Coie in the firm's Corporate practice, regularly acting as either company counsel or investors' counsel in venture capital financings. Perkins Coie's website adds that Ness is:

> a core member of the Blockchain Technology and Digital Currency industry group where he focuses part of his practice on assisting Blockchain, Bitcoin and other cryptocurrency clients raise money by maintaining relationships with key venture capital groups and other potential investors in the industry.

Ness earned a B.A. (*cum laude*) from the University of Pennsylvania in 1989. He earned a J.D. (*cum laude*) in 1994 from Georgetown University Law Center. He speaks French and Russian. Ness and Perkins Coie are referred to herein collectively as "Perkins Coie."

8. GW Singapore was incorporated under the laws of Singapore on December 28, 2016. As of March 2017, Sergey Pashentsev, a Russian citizen and, oddly, an auto mechanic in rural Russia, was GW Singapore's director, sole member, and sole shareholder. GW Singapore has failed to respond to correspondence sent to the email listed on its proof of claim filed in this case. Mail sent to the address listed on the proof of claim has been returned as undeliverable with no forwarding address. Perkins Coie is also unable to reach GW Singapore.

9. Andrey Kuzenny is a citizen of the Russian Federation. Upon information and belief, he is a shareholder of Giga Watt. In August 2018, he acted

[HYPERLINKS] VERIFIED COMPLAINT – Page 3

Exhibit C, Page 4 of 5

2. Grant such other and further relief as the Court deems necessary and just.

Dated: November 19, 2020          POTOMAC LAW GROUP PLLC

By: ___/s/ Pamela M. Egan___
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

[HYPERLINKS] VERIFIED COMPLAINT – Page 31

Exhibit C, Page 5 of 5