Pamela M. Egan, WSB No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>Chapter 7<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHAPTER 7 TRUSTEE'S REPLY TO OBJECTION FILED BY MR. ELLISON [ECF 1021]** |
|---|---|

Pursuant to Rule 201 of the Federal Rules of Evidence, the Trustee respectfully requests that the Court take judicial notice of the following documents, which are organized in chronological order, in considering the Trustee's Reply to Objection Filed by Mr. Ellison [ECF 1021], ECF No. 1022, filed herewith.

The table below lists the documents subject to this request.

| RJN No. | Document |
|---|---|
| 1. | Order Converting Case to Chapter 7, dated September 30, 2020, filed in this bankruptcy case, ECF No. 744 |

Request for Judicial Notice
in Support of Chapter 7
Trustee's Reply Filed by Mr.
Ellison [ECF 1021] – Page 1

18-03197-FPC7    Doc 1024    Filed 09/26/23    Entered 09/26/23 08:57:31    Pg 1 of 4

| RJN No. | Document |
|---|---|
| 2. | [Order Granting Unsecured Creditor Committee's Application to Employ DBS Law as Counsel Nunc Pro Tunc to January 11, 2019](), filed January 24, 2019, filed in this bankruptcy case, ECF No. 145 |
| 3. | [Order Approving Employment Under 11 U.S.C. § 1103 for Counsel for the Unsecured Creditors Committee](), dated December 17, 2019, filed in this bankruptcy case, ECF No. 439 |
| 4. | [*Defendant's Opposition to Trustee's Motion for Injunctive Relief*](), dated December 9, 2021, *Waldron v. Dam*, this Court, Case No. 2:21-ap-80053, ECF No. 28 |
| 5. | [Order Denying Appellant's Motion to Seal](), dated June 8, 2022, *Dam v. Waldron*, U.S. District Court, E.D.W.A., Case No. 2:21-cv-00291-SAB, ECF No. 36 |
| 6. | [Appellant's Index, Vol. 1 of 2, AA236-266](), dated June 9, 2022, *Dam v. Waldron,* U.S. District Court, E.D.W.A., Case No. 2:21-cv-00291, [ECF No. 38]() at 241-271. |
| 7. | [Trustee's First Amended Complaint](), dated November 23, 2022, *Dam v. Perkins*, this Court, Adv. Proc. No. 20-80031, ECF No. 135 |
| 8. | Minute Entry, dated April 25, 2023, *Waldron v. Perkins*, Adv. Proc. No. 20-80031 ECF No. 168 |

Request for Judicial Notice
in Support of Chapter 7
Trustee's Reply Filed by Mr.
Ellison [ECF 1021] – Page 2

The foregoing documents fit squarely within the ambit of Evidence Rule 201, which provides, "The Court may judicially notice a fact that is not subject to reasonable dispute because it: . . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." F.R.E. 201. *See also Metropolitan Creditors' Trust v. Pricewaterhouse-Coopers, LLP*, 463 F. Supp. 2d 1193, 1197–98 (E.D. Wash. 2006) ("[A] court may take judicial notice of the existence of another court's opinion."). The Court may also take judicial notice of its own docket. S*ee State Bank of San Pedro v. Marincovich* (*The Golden Gate)*, 286 F. 105, 106 (9th Cir. 1923) ("Every court takes judicial notice of its own records in the same case.") (admiralty case); *Credit Alliance Corporation v. Idaho Asphalt Supply, Inc. (In re Blumer)*, 95 B.R. 143, 146 (B.A.P. 9th Cir. 1988).

To determine the accuracy of the documents subject to this Request, one need only review the dockets of this Court and of the U.S. District Court for the Eastern District of Washington.

Finally, the Trustee is not asking the Court to accept or reject the truth (or falsity) of the arguments or assertions made in the documents that are the subject of this Request. The Trustee is only asking that the Court take judicial notice of the existence of the arguments, motions, Orders, and opinions. Their authenticity is not subject to reasonable dispute.

Request for Judicial Notice
in Support of Chapter 7
Trustee's Reply Filed by Mr.
Ellison [ECF 1021] – Page 3

Wherefore, the Trustee respectfully requests that the Court grant this Request for Judicial Notice.

Dated: September 26, 2023

POTOMAC LAW GROUP PLLC

By: *s/ Pamela M. Egan*
Pamela M. Egan (WSB No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*