Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S REPLY TO OBJECTION FILED BY MR. ELLISON [ECF NO. 1021]** |

I, Pamela M. Egan, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I submit this declaration in support of the *Chapter 7 Trustee's Reply to Objection Filed by Mr. Ellison [ECF No. 1021]* ("Reply"), ECF No. 1022,

3. Exhibit A to the Reply is a true and correct copy of excerpts of the *Defendant's Opposition to Trustee's Motion for Injunctive Relief*, dated December

EGAN DECL. IN SUPP. OF CHAPTER
7 TRUSTEE'S REPLY TO OBJECTION
FILED BY MR. ELLISON [ECF NO. 1021] – Page 1

9, 2021, filed in this Court in *Waldron v. Dam*, Case No. 2:21-ap-80053, ECF No. 28 at 6:25-28, 7:1-12.

    4.    Exhibit B to the Reply is a true and correct copy of the Order Denying Appellant's Motion to Seal, *Dam v. Waldron*, dated June 8, 2022, U.S. District Court, E.D.W.A., Case No. 2:21-cv-00291-SAB, ECF No. 36.

    5.    Exhibit C to the Reply is a true and correct copy of excerpts of the Trustee's unredacted Verified Complaint that Mr. Dam filed with his Appellant's Index, Vol. 1 of 2, AA235-266, *Dam v. Waldron*, U.S. District Court, E.D.W.A., Case No. 2:21-cv-00291, ECF No. 38 at 240-271.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of September 2023 in Seattle, Washington.

                            s/ Pamela M. Egan
                            Pamela M. Egan