Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP
and Lowell Ness

The Honorable Frederick P. Corbit
Chapter: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC.,

Debtor.

No. 18-03197-FPC7

**PERKINS STATEMENT REGARDING OBJECTION OF THE UNSECURED CREDITORS COMMITTEE**

At the Trustee's request, Perkins is filing this brief statement regarding the objections of the Unsecured Creditor's Committee that it has additional information that should be explored before settlement between Perkins and the Trustee is approved. Although no explanation is given regarding the nature of this additional information, it is very unlikely that Perkins would have paid any additional sums to the Trustee in settlement based on this unidentified information.

In the spring of 2018, the law firm of Wilson Sonsini imaged virtually all of the data then existing in the electronic files of the debtor, Giga Watt, Inc. This data, consisting of approximately 1.2 terabytes of information, was eventually produced by the Trustee in this litigation. Counsel for Perkins, with the aid of computer assisted searches, spent months reviewing this data before engaging in settlement negotiations. As a result, Perkins entered settlement discussions with

PERKINS STATEMENT REGARDING OBJECTION OF THE
UNSECURED CREDITORS COMMITTEE - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 1028    Filed 09/29/23    Entered 09/29/23 13:46:13    Pg 1 of 3

carefully derived views about the merits of the Trustee's case, based on extensive documentation contained in the 1.2 terabytes of files produced by the debtor, and from other sources, such as documents obtained from third parties and informal interviews of potential witnesses. Moreover, the settlement process itself was comprehensive, occurring over months with the assistance of a United States Bankruptcy Judge as mediator.

Perkins will not explicate all of the problems faced by the debtor in pursuing its claims because the point is not to re-argue the merits which are now settled. Rather, the point is simply that Perkins negotiated the settlement being submitted for approval on the basis of very extensive evidence which was carefully considered. Whatever additional facts the Unsecured Creditor's Committee purports to now have, it almost certainly would not have changed the total mix of the information on which Perkins based its decisions.

There is no need to further delay resolving this matter to allow speculative investigations of information that would not have made a difference to Perkins. At this point, the settlement process has dragged on for months and should be promptly concluded for the benefit of all concerned.

DATED this 29th day of September, 2023.

BYRNES KELLER CROMWELL LLP

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr., WSBA #11784
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax:    (206) 622-2522
Email: rcromwell@byrneskeller.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

MUNDING, P.S.

By /s/ John Munding
John Munding, WSBA #21734
309 E. Farwell Rd., Suite 310
Spokane, Washington 99218
Phone: (509) 590-3849
Fax:    (509) 624-6155
Email: john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

PERKINS STATEMENT REGARDING OBJECTION OF THE
UNSECURED CREDITORS COMMITTEE - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 1028    Filed 09/29/23    Entered 09/29/23 13:46:13    Pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone: 206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

PERKINS STATEMENT REGARDING OBJECTION OF THE
UNSECURED CREDITORS COMMITTEE - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

18-03197-FPC7    Doc 1028    Filed 09/29/23    Entered 09/29/23 13:46:13    Pg 3 of 3