# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 10/5/2023
Case: 18–03197–FPC7     Form ID: pdf002     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4036100     Ruben del Muro     1923–1 Nishidera, Kikuchi, Kumamoto     861–1323     Japan

TOTAL: 1