## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 18-03197 FPC 11 |
| Giga Watt, Inc., a Washington corporation, | Chapter 7 |
| Debtor. | ECF Docket Reference No.: 1034 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/20/2023, I did cause a copy of the following document, described below.

Notice of Chapter 7 Trustee's Motion for Relief from stay and Opportunity for Hearing ECF Dk. 1034

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/20/2023

                                         */s/ Pamela M. Egan*
                                         Pamela M. Egan (WSB No. 54736)
                                         POTOMAC LAW GROUP PLLC
                                         2212 Queen Anne Ave. N., #836
                                         Seattle, WA 98109
                                         Telephone: (415)-297-0132
                                         Email: pegan@potomaclaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 18-03197 FPC 11 |
| Giga Watt, Inc., a Washington corporation, | Chapter 7 |
| Debtor. | ECF Docket Reference No.: 1034 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/20/2023, I did cause a copy of the following document, described below.

Notice of Chapter 7 Trustee's Motion for Relief from stay and Opportunity for Hearing ECF Dk. 1034

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2023

*Staphany Alcantar*

Staphany Alcantar
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on October 20, 2023, I caused a copy of the Notice of Chapter 7 Trustee's Motion for Relief from stay and Opportunity for Hearing to be served by first class, United States mail service, with adequate postage to ensure delivery to:

Pablo Hernandez Guevara
Calle Este Res Mi Refugio P 9 Apto. 9A
Urb. Manzanares Caracas Venezuela
Zip code 1070
Venezuela

Antony Gisholt
72 John Trundle Court
Barbican London EC2Y 8NE
United Kingdom

Craig Beech
Kingswood Gorse Avenue
Littlehampton BN16 1SG
United Kingdom

Ross Tavakoli
8 Oakfield Close Alderley Edge Cheshir
England
United Kingdom

Neil Hutchings
5 Bedwas Close
St. Mellons
Cardiff. CF3 0HP.
United Kingdom

Howard Jones
21 Sandiways Road Wallasey
WIRRAL
CH45 3HJ
United Kingdom

RAVJI PATEL
16 home mead
HA7 1AF
United Kingdom

Sergiy Dzvonyk
28 Yaroslavov Val str. ap.29
Kiev - 01034
Ukraine

H.J. van Nuijssenborgh
Patrimoniumlaan 126
3904AH Veenendaal
The Netherlands

Joseph Smits
westerlanderweg 40
Westerland 1778KL Westerland
The Netherlands

Rietveld Global Business Group B.V.
Postbus 9607 (Box G58)
1006 GC Amsterdam
The Netherlands

Wilhelmus Appel
Lupinelaan 15
5582 CG Waalre
The Netherlands

Levi
street: Vinkenhof 7
postal code: 4332 DM
The Netherlands

Jeffrey Chin
42 Pepper Tree Road
Lidcombe NSW
Sydney Australia

Theatherstrasse 27c
Theaterstrasse 27c
8400 Winterthur
Switzerland

Shawn Jackson Dyck
40100 Willow Crescent
Apt 308
Squamish BC V8B0L8 Canada

Andrew Mark Campbell-Boross
Florida 7
Aguadulce
Spain

Leon de Fleuriot de la Coliniere
16 Rankdoring Avenue
Johannesburg
South Africa

caleb maistry
Van hoof street 2 willow view estate r
Gauteng Johannesburg
South Africa

Grant Herholdt
5 York Avenue
Craighall Park 2196
2196
South Africa

Cryptonomos Pte Ltd.
1 Coleman Street
The Adelphi #08-07
Singapore 179803

Gigawatt Pte Ltd.
1 Coleman Street
The Adelphi #08-07
Singapore 179803

Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singapore

Gigawatt PTE Ltd Attn Mikhaylyuta
1 Magazine Rd #04-11
Central Mall
Singapore

James King
1b Links Court Langland Bay Road
Swansea
SA3 4QR United Kingdom

Danila Rusi Gagarina 5 liniya 9a-6
Zlatoust
Chelyabinskaya oblast
Russia 456219

Radomir Kalinin
Stanyukovicha 54G-55
Vladivostok city (Zip code 690003)
Russia

George Sorin Lascu
str. Calugarului 16
077151 Balteni Ilfov
Romania

Ilja Filipovs
Staiceles iela 13-11 Riga Latvia LV-1
Staiceles iela 13-11 Riga Latvia LV-1
Riga

PHAM SONG TOAN
Toneyama 2-5-6
Toyonaka
Osaka Japan

Serhii Komar
Alexandra Nevskogo 35
ap. 55
65088
Odessa Ukraine

Glen Allan Bradley
Lerstadveien 250
6014 Alesund
Norway

Rolf Jakobsen
Wessels Gate 25C
H0202
Norway

Luke McIntyre
4 Rose Road
Grey Lynn Auckland 1021
New Zealand

Per Martin Sundberg
Calcada de santo andre 33 Bloco2 Letra F
1100-495
Lisbon Portugal

Ibrahim Issa
Lebanon Beirut Riad el soloh Square
Lebanon

Ruben del Muro
1923-1 Nishidera Kikuchi Kumamoto
861-1323
Japan

Hiroaki Yamamoto
119-4 Nishikitsuji street
Asahi Plaza Arbonate Nara One #606
Nara Japan 630-8325
Japan

Koji Michiwaki
Zip code:428-0313
Shizuoka-ken Haibara-gun Kawanehon-cho
Kaminagao 380-3 Japan
Japan

fabio todeschini
16 via gran san bernardo
milan
italy

Piervanni Ugolini Mugelli
Via di Nizzano 2
Impruneta
50023
Florence
Italy

lior sharabi
eshkolit 28/22 - Pardes Hana - Israel
eshkolit 28/22 - Pardes Hana -
Israel

Nitin Limaye
401 Manorath Apartments
9-B Pratapgunj Society Vadodara 390002
India

Charles F V DHAUSSY
7B. Yardley Commercial Building 3 Conn
Hong Kong

Yuet Choi Cheng
22F Nam Hoi Mansion Taikoo Shing
HONG KONG

Wong Chun Ming
Sham Shui Po Fuk Wing st 133
Flat A 10/F 5/Block Golden Bldg
Sham Shui Po Fuk Wing st 133
Flat A 10/F
Hong Kong

Georgios Lignos
25 Kritis Str. 12243
Egaleo
Greece

Theocharis Aslanidis
Doridos 44
12242 Egaleo
Greece

Ioannis Violidakis
Kimonos 11
Athens  P.Code: GR-10441
Greece

Christian Schiffer
Meindlstrae 15
81373 Munich
Germany

Christian Eichert
Emil-Klumpp-Str. 7
74321 Bietigheim-Bissingen
GERMANY

Mr Touboul
59 RUE DE DE MARIGNAN
ST MAUR DES FOSSES
France

Steve Delassus
215 Avenue Marcel Anthonioz
01220 DIVONNE LES BAINS
France

Filip Scheperjans
Pellonperntie 1 B
00830 Helsinki
Finland

Lasse Kaihlavirta
Piiriniitynkatu 4 H 3
Tampere 33340
FINLAND

Stefano Musumeci
Uuslinna tn 9/4-52
11415 Tallinn
Estonia

Ivan Marcak
Dlouha Trida 474/25
73601 Havirov
Czech Republic

Jan Faltys
Slavkova 29
Praha 2 - 12000
Czech Republic

Jaime Dario Mejia Martinez
Calle 44 No 10E - 11 La Victoria
Barranquilla Atlantico -
Colombia

Richard Wulliens
Rue de l Eglise 13a
1958 St Lonard
CH - Switzerland

Humera Surti
2200 Russet Cresent
Burlington ON
Canada L7L6Z2

Andrew James
46 Brock st S
Canada
Canada

Kamran Beg
2200 Russet Cres
Burlington ON L7L 6Z2
Canada

Steven William Sweeney
7 LENT CRESCENT
BRAMPTON ONTARIO L6Y 5E5
CANADA

Mohammad Mehdi Toozhy
11 Justus Dr.
Richmond Hill Ontario L4c9z4
Canada

Emil Petrov Stanev
41 Dorostol street
Ruse 7004 Ruse
Bulgaria

Laurent HAMERS
Avenue Van Beethoven 24
1331 Rosieres
Belgium

Smeets Gert
Sapstraat 40
Grote Spouwen
Belgium
Belgium

Hans-Peter Edenstrasser
Rupert Hagleitner Strasse 1d 54
6300 Woergl Tirol
Austria

Jeffrey Waldock
Tomaschekstrasse 30
A-1210 Vienna
Austria

Joshua Mapperson
92 Oakbank Boulevard
Whittlesea 3757
AUSTRALIA

Ken Li Koh
Unit 2 137 Hull Road
Croydon VIC 3136
Australia

Khurshid Alam
Unit-2 65 Church Street
West Tamworth
2340 NSW
Australia

Mr Alexander Garnock
13 Buttfield St Coombs ACT
2611 Australia
13 Buttfield St Coombs ACT Canberra Aust
Australia

hari krishna prasad menta venkata
116 CANADIAN LAKES BLVD
CANADIAN BALLARAT
116 canadian lakes blvd canadian 3350
Australia

Shaun Leech
49a winfiled road
Balwyn North
Victoria 3144
Australia

Gennady Zhilyaev
C. De Les Grandalles Edif. Xalet 4T 3A
AD 300 D Ordino
Andorra

Takeshi Kawai
3-9-2-403 Shimorenjaku
Mitaka City Tokyo
181-0013 Japan

Carmen Jacqueline
 Hernandez Guevara
CALLE LA PEDRERA RES
VISTA PLAZA T B P 1
APT 15D Urb Guaicay Baruta Caracas
Zip code 1080
Venezuela

Jacqueline Bussey
Percheron
Goudhurst Road
Cranbrook TN17 2PN
United Kingdom

Mark Ellis
Flat 19 Rainier Apartments
43 Cherry Orchard Road
Croydon CR06FA
United Kingdom

Vyacheslav Levin
4A Stoke Row
Coventry Westmidlands
CV2 4JQ
United Kingdom

Yurii Kuzmin
10-B Urozhaynaya str.
Odessa
65016
Ukraine

Robert Ilievski
Nypongatan 18
212 31 Malmo
Skane
Sweden

Jordi Grau
C/ Sant Jordi
37228
08500 - VIC
SPAIN

Bryan MacCallum
PO BOX 1704
Rivonia
2128
South Africa

elieshay touboul
amos 221
tekoa
Israel
israel

Intelliapps Ltd
Unit 272 CoLab Center
Port Road
Letterkenny CO Dongal EIRCODE F92 RKC7
Ireland

ljupco nikolovski
mercurius 15
1188 GA
Amstelveen
Holland

Frank Daniel
Zollstrasse 22
Mhring
Deutschland
Zollstrasse
22 95695 Mhring
Germany

Thomas Mehlitz
SolRide GmbH
Yburgstr. 18
Germany
Germany

Franz Alliod
176 route de la cendire
1630
Saint Jean de Gonville Ain
France

Eero Koskinen
Niittypolku 21
02460 Kantvik
Finland
Finland

Juan Bautista Ibarra Arana
Calle 66 #510
Resid. La Carana Piedades
Santa Ana San Jose
Costa Rica

Jared Morrissey
59 Rue Trudeau
Chteauguay Quebec
J6J1M2
Canada

mathias brachet
darwingasse 37
top 1
1020 Vienna
Austria

Darren James Wurf
2/41 Osborne Avenue
Glen Iris
Victoria 3146
Australia

David Tychsen-Smith
13 Dobson Place
Watson
ACT 2602
Australia

James Kennard
44 Coopers Shoot Rd
Coopers Shoot NSW 2479
Australia

Hashvin Daryanani
56B Seroe Blanco
Box# 393
Oranjesatad Aruba
Aruba

Adam Schainblatt
8809 Walking Stick Trail
Raleigh NC 27615-4037

Alan Walnoha
350 Gran Via Apt 2067
Irving TX 75039-0137

Alex Filippov
12 Sherborne Cir
Ashland MA 01721-2313

Allrise Financial Group
Joseph AG Sakay
999 Third Avenue Suite 4600
Seattle WA 98104-4084

Andrew Blyler
603 W Washington St
Ann Arbor MI 48103-4233

Andrew Molitor
760 S BARRINGTON AVE
APT 6
LOS ANGELES CA 90049-4507

Andrey Kuzenny
10000 Santa Monica Blvd.
Unit 3302
Santa Monica CA 90067-7032

Quentin D Batjer Davis
Arneil Law Firm LLP
617 Washington St
Wenatchee WA 98801-2600

507 Capital LLC
P.O. Box #206
N. Stonington CT 06359-0206

Ahmed Shah
12209 Youngdale Ave.
Los Angeles CA 91342-5263

Alex Kutas
6761 Corral Circle
Huntington Beach CA 92648-1532

Amphenol Custom Cable
3221 Cherry Palm Dr.
Tampa FL 33619-8359

Andrew Stock
1870 East Nixon Avenue
Placentia CA 92870-7444

Andrey Kuzenny
1687 Stone Canyon Rd.
Los Angeles CA 90077-1912

Arthur N Marodis
106 Southernwood Dr
Ladson SC 29456-3940

Belyea Company
2200 Northwood Ave.
Easton PA 18045-2208

Aaron Krivitzky
1810 Linson Ct SE
GRAND RAPIDS MI 49546-6457

Alan Norman
341 S. Maple Ave.
Webster Groves MO 63119-3841

Aleksey Danishevsky
450 Cloverly Lane
Horsham PA 19044-1831

Alex McVicker
1489 Windsor River Road
Windsor CA 95492-8987

Andrea Sharp
268 Bush Street #2520
San Francisco
CA 94104-3503

Andrew Thanh Quoc Le
10702 Henderson Ave
Garden Grove CA 92843-5261

Anthony Martinez
4109 Mason Street
San Diego CA 92110-2720

Bashar (Ben) Assad
11714 Oak Knoll Dr
Austin TX 78759-3823

Benjamin E. Kelly
Law Office of Benjamin E. Kelly
9218 Roosevelt Way NE
Seattle WA 98115-2842

Benjamin Russell
971 Providence Pike
Danielson CT 06239-4003

Blockchain Systems LLC
124 W 60 St. Unit 29A
New York NY 10023-7475

Brandon Robinson
1997 Tall Tree Dr
Atlanta GA 30324-2723

Brian J Donn
4254 SW 92nd Ave
Davie FL 33328-2408

Bryant Johnson
1360 WHITETAIL GLEN Ct
HEBRO KY 41048-7965

CT Freight USA Inc
20202 Hwy 59 N
Humble TX 77338-2400

Caleb Koch
Forza2 1000 N. Green Valley Pkwy
Ste.440
#251
Henderson NV 89074-6172

Roberto H Castro
Law Office of R H Castro
636 Valley Mall Parkway
Suite 200
East Wenatchee WA 98802-4875

Chen Du
3269 Range Ct
Mason OH 45040-8741

Bertha Goehner
215 Eller St. SE
East Wenatchee WA 98802-5325

Timothy G Blood Blood
Hurst & O Reardon LLP
501 West Broadway Suite 1490
San Diego CA 92101-8567

Shauna S Brennan
Brennan Legal Counsel Group PLLC
14900 Interurban Ave S.
Ste 271
Tukwia WA 98168-4654

Brian M Packard
7191 96th St Ne
Monticello MN 55362-2911

Busby International Inc.
PO Box 1457
Moses Lake WA 98837-0225

CTC Engineering
2290 Bishop Circle
East Dexter MI 48130-1564

Cameron Schmidt
1204 COLUMBINE ST
WENATCHEE WA 98801-6210

Cesar Diaz
JRD Funding LLC
8137 Malchite Avenue
Suite E
Rancho Cucamunga CA 91730-3571

Chris Featherstone
8450 54th Ave W
Mukilteo
WA 98275-3138

Bill Schmidt
105 Julie Ann Ct.
Cashmere WA 98815-1316

BAR CODES TALK LLC
ATTN BRANDON GORDON
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

Brent Woodward Inc.
14103 Stewart Rd.
Sumner WA 98390-9641

CARLOS ENRIQUE FERNANDEZ CASTELLANO
5630 SW 163RD AVE
SOUTHWEST RANCHES FL 33331-1446

CTC Engineering Inc.
Bodman PLC
Attn: Harvey W. Berman
201 South Division Street
Ste. 400
Ann Arbor MI 48104-2259

Carlos Gagliano
8200 Offenhauser Dr. 105G
Reno NV 89511-1717

Castagneto Trading LLC
3211 Kellen Circle
Nampa ID 83686-8685

Clinton Douglas Luckinbill
1054 Waterleaf Way
San Jacinto CA 92582-3020

Cody Schmidt
1204 Columbine St.
Wenatchee WA 98801-6210

DUFFY KRUSPODIN LLP
21600 OXNARD ST. SUITE 2000
WOODLAND HILLS CA 91367-4969

Daniel Tokle
25 VIA LUCCA
APT J345
IRVINE CA 92612-0674

Daryl Olsen
270 W 1450 N
Centerville UT 84014-3308

David Kazemba
Overcast Law Offices PS
23 S. Wenatchee Ave. Suite 320
Wenatchee WA 98801-2263

Dmitry Khusidman
70 Oceana Drive West Apt. 4-A
Brooklyn NY 11235-6674

Clever Capital LLC
630 VALLEY MALL PKWY
#157
East Wenatchee WA 98802-4838

Clinton F Sikes
4206 Brazos Bend Dr
Pearland TX 77584-5558

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco CA 94139-8830

Ralph E Cromwell Jr
Byrnes Keller Cromwell LLP
1000 Second Avenue 38th Floor
Seattle WA 98104-1062

Jun Dam 237
Kearny #9096
San Francisco CA 94108-4502

Dave Carlson
630 Valley Mall Parkway #157
East Wenatchee WA 98802-4838

David Mitchell
1410 Riverview Rd
Crescent PA 15046-5428

Donald J. Enright
1101 30th Street Northwest
Suite 115
Washington 20007-3740

Clever Capital LLC
630 Valley Mall PKwy #157
Wenatchee WA 98802-4838

Cody Forrest Quinn
5920 Kimber Road
Cashmere WA 98815-9526

Consolidated Electrical Distributors Inc.
c/o Douglas R. Hookland Attorney
Scott Hookland LLP
P.O. Box 23414
Tigard OR 97281-3414

CRYPTODIGGER LLC
3476 E Tiffany Way
Gilbert AZ 85298

DBS Law
155 NE 100th St
Suite 205
Seattle WA 98125-8015

Daniel James Ryser
7614 N AUDUBON ST.
SPOKANE WA 99208-8817

David J Lutz
916 Confidence Dr
Longmont CO 80504-8526

Donald J. Sullivan
4646 Los Poblanos Circle NW
Los Ranchos de Albuquerque NM 87107-5555

Doug Black
225 Linda Lane
Wenatchee WA 98801-6010

Douglas County PUD
PO Box 1119
Bridgeport WA 98813-1119

Gary W Dyer
U S Trustees Office
920 W Riverside Ave
Suite 593
Spokane WA 99201-1012

Edmund Lee
4364 Calle Mejillones
SAN DIEGO CA 92130-4818

Elder Yoshida
1147 NW 57th St
Seattle WA 98107-3720

Benjamin A Ellison
Salish Sea Legal PLLC
2212 Queen Anne Ave N No. 719
Seattle WA 98109-2383

Evansont Insurance Carrier
c/o Mitchell Reed & Schmitten Ins.
PO Box D
Cashmere WA 98815-0515

Fastenal Company
2001 Theurer Blvd.
ATTN: Legal Dept.
Winona MN 55987-9902

Douglas Berger
371 Catskill Ct.
Mahwah NJ 07430-2736

Adam C. Doupe
Ryan Swanson & Cleveland PLLC
1201 Third Avenue Suite 3400
Seattle
WA 98101-3034

EAN Services LLC
Mary E Bushyhead
14002 E 21st St
Suite 1500
Tulsa OK 74134-1424

ELECTRICAL POWER PRODUCTS INC
ATTN MARY GILMAN
4240 ARMY POST ROAD
DES MOINES IA 50321-9609

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt
1000 Second Ave Suite 2950
Seattle WA 98104-3604

Eric Ferrari
8962 Forked Creek Way
Elk Grove CA 95758-5732

Executive Flight
1 Campbell Pkwy
East Wenatchee WA 98802-9290

Fastenal Company
PO Box 1286
Winona MN 55987-7286

Forza 2
1000 N. Green Valley Pkwy
Ste.440
#251
Henderson NV 89074-6172

Douglas County PUD
C/O Scott R Smith
Paine Hamblen LLP
717 W Sprague Ave Ste 1200
Spokane WA 99201-3905

Drew Behrens
525 N Larch Ave.
East Wenatchee WA 98802-5047

ECO Diversified Holdings Inc.
4625 West Nevso Dr Ste 2
Las Vegas NV 89103-3763

Pamela Marie Egan
Potomac Law Group
2212 Queen Anne Ave. N.
Ste 836
Seattle WA 98109-2383

Elisa U
2405 Acacia St.
Richardson TX 75082-3319

Emerald City Statewide LLC
c/o Pepple Cantu Schmidt PLLC
1000 Second Ave Suite 2950
Seattle WA 98104-3604

Ernesto Pedrera
7601 E Treasure DR
apt 102
North Bay Village FL 33141-4362

Executive Flight Inc.
Scott R. Weaver Carney Badley Spellman
701 5th Avenue Ste 3600
Seattle WA 98104-7010

FedEx Corporate Services Inc
as Assignee of FedEx
Express/Ground/Frei
3965 Airways Blvd Module G 3rd Floor
Memphis TN 38116-5017

Frankie Guerra
1812 E Oakland Park Blvd Apt 32
Oakland Park FL 33306-1126

GIGA WATT INC
1250 N Wenatchee Ave. Suite H #147
Wenatchee WA 98801-1599

Giga Plex LLC/MLDC1 LLC
Overcast Law Offices PS
23 S. Wenatchee Ave. Suite 320
Wenatchee WA 98801-2263

Gleb Nesis
3419 IRWIN AVE Apt 708
BRONX NY 10463-3754

Gronski Jeffrey G & Robin L
711 4th St S
Wisconsin Rapids WI 54494-4310

Heather Mulhall
312 N NEWTON AVE
EAST WENATCHEE WA 98802-8444

Giga Plex LLC
7906 Randolph Rd.
Moses Lake WA 98837-5122

Harlan Robinson
736 N. Laguna
Gilbert AZ 85233-3620

Helen Erskine
P O Box 1745
Topanga CA 90290-1745

Douglas A. Hofmann
Williams Kastner & Gibbs PLLC
601 Union Street
Suite 4100
Seattle WA 98101-2380

Fred Nolte
10812 La Batista
Fountain Valley CA 92708-3943

Giga Plex LLC
Overcast Law Offices PS
23 S. Wenatchee Ave. Suite 320
C/O David A. Kazemba
Wenatchee WA 98801-2263

H2 Pre-cast Inc
3835 N. Clemons St.
East Wenatchee WA 98802-9337

Scott B Henrie
Williams Kastner & Gibbs PLLC
601 Union St Suite 4100
Seattle WA 98101-2380

Gretchen J. Hoog
Ryan Swanson & Cleveland PLLC
1201 Third Avenue Ste #3400
Seattle WA 98101-3034

Leslie E Hurst
Blood Hurst & OReardon LLP
501 West Broadway Suite 1490
San Diego CA 92101-8567

Ian M Kennedy
2620 Fairmount St.
Colorado Springs CO 80909-2032

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JDSA
PO Box 1688
Wenatchee WA 98807-1688

James Bullis
4701 NE 72nd ave Apt 141
VANCOUVER WA 98661-8103

Jann So
1211 SW 5th Ave
#1000
Portland OR 97204-3710

Jay Robert Stahle
838 Campfire Dr
Fort Collins CO 80524-1991

Jeffrey C Lutz
916 Confidence Dr
LONGMONT CO 80504-8526

James C Lutz
609 Long Leaf Dr
Chapel Hill NC 27517-3039

James MacCornack
1002 Bel Aire
Roswell NM 88201-7715

Jeffers Danielson Sonn & Aylward P.S.
2600 Chester Kimm Rd
Wenatchee WA 98801-8116

Jered Solow
7556 Hampton ave
#101
Los Angeles CA 90046-5531

Igor Martirosian
36 Washington Avenue
2nd Floor
Cliffside Park NJ 07010-3025

Interflow LLC
5465 S Dorchester
CHICAGO IL 60615-5316

Jarred Hutto
6403 W Outlook Dr
Boise ID 83714-8820

Jeffrey Alan Moody
2528 Forest Oaks Point
Colorado Springs CO 80906-5822

Jeffrey Kutas
6761 Corral Circle
Huntington Beach CA 92648-1532

Jesse Samuel Wheeler
3601 Stillman Blvd
Tuscaloosa AL 35401-2601

Jessica Langis
PO BOX 398
Dryden WA 98821-0398

John Heinitz
1210 2nd st se
East Wenatchee WA 98802-5526

John Scevola
8768 SW Iroquois Drive
Tualatin OR 97062-9304

Jonathan Gould
924 Hale Avenue
BROOKSVILLE FL 34601-3642

Joseph Brodsky
656 St.Nicholas av #35
New York NY 10030-1086

| | | |
|---|---|---|
| Jung H. Cho<br>320A 7th St<br>Palisades Park NJ 07650-2277 | David A Kazemba<br>Overcast Law Offices-NCW PLLC<br>23 S. Wenatchee Ave. Ste. 320<br>Wenatchee WA 98801-2263 | John Guille<br>690 Covington Dr NW<br>Calabash NC 28467-1892 |
| John Kowalski<br>100 Tansboro Rd Unit B<br>Berlin NJ 08009-1959 | John T. Winslow<br>5544 Las Virgenes Road #99<br>Calabasas CA 91302-3446 | Jonathan J Lutz<br>916 Confidence Dr<br>Longmont CO 80504-8526 |
| Jose A. Herrera<br>12801 Philadelphia Street Suite B<br>Whittier CA 90601-4126 | Joseph Errigo<br>7 PRATT ST<br>FORT MONROE VA 23651-1025 | Joshua Hester<br>1115 California St<br>Oceanside CA 92054-5919 |
| Julian Heere<br>500 J Street 1703<br>Sacramento CA 95814-2335 | KYLE WHEELAN<br>7975 ORCHARD PATH RD<br>COLORADO SPRINGS CO 80919-2925 | Kelly Imaging<br>PO Box 660831<br>Dallas TX 75266-0831 |
| John Hartleib<br>17931 Shoreham Lane<br>Huntinngton Beach CA 92649-4849 | John Rodriguez<br>2688 W. 12th Place<br>Yuma AZ 85364-4258 | Jonathan B. Alter<br>The Travelers Companies Inc.<br>1 Tower Square MS04<br>Hartford CT 06183-1050 |
| Jonathan Wilson<br>118 Indian Valley Dr<br>Cherokee NC 28719-4541 | Jose Luis Blanco<br>9307 Castlegap Dr.<br>Spring TX 77379-4299 | Joseph M Dunn<br>1105 Colonial Drive<br>Alabaster AL 35007-9309 |
| Jun Dam<br>2116 L Street No. 2<br>Antioch CA 94509-3434 | Kenneth D McCoy<br>1401 Woodstock Way<br>#103H<br>Bellingham WA 98226-3577 | Keyhole Security Inc<br>708 S Wenatchee Ave<br>Wenatchee WA 98801-3072 |
| Krishna Karthik Reddy Adapala<br>5106 Kino Ct<br>Dublin CA 94568-8719 | Larry Eugene Baggs<br>1502 Sharon Drive<br>Duncanville TX 75137-4014 | David R Law<br>Davis Arneil Law Firm LLP<br>617 Washington Street<br>Wenatchee WA 98801-2600 |
| LIGHTHOUSE DOCUMENT<br>TECHNOLOGIES<br>250 MONTGOMERY STREET<br>STE 300<br>SAN FRANCISCO CA 94104-3428 | Lucas Velasquez<br>497 Lake Cameron Dr.<br>Pike Road AL 36064-3959 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee WA 98802-4198 |
| Koombea Inc.<br>Mark D Taylor<br>VLP Law Group LLP<br>1629 K Street NW Suite 300<br>Washington DC 20006-1631 | Kyle Spesard<br>625 N. Hawk St.<br>Palatine IL 60067-3535 | Angie Lee<br>Office of the Attorney General<br>800 Fifth Ave<br>Suite 2000<br>Seattle WA 98104-3188 |

Leonid Markin
714 North Rexford Dr.
Beverly Hills CA 90210-3314

Lexon Insurance Company
Harris Beach PLLC
Attn: Lee E. Woodard
333 West Washington St. Suite 200
Syracuse NY 13202-5202

Likuo Lin
1192 Queen Ann Dr
Sunnyvale CA 94087-2239

Luis Alberto Flores Ezparza
PO Box 4161
Wenatchee WA 98807-4161

Kevin Reinsch
3100 Pearl Parkway A317
Boulder CO 80301-2453

John Knox
Williams Kastner
601 Union Street
Suite 4100
Seattle WA 98101-2380

Krishna Karthik Reddy
1700 Halford Ave
Santa Clara CA 95051-2664

Larry D. Gerbrandt
141 Seely Ave
Aromas CA 95004-9501

Lee E. Woodard
Harris Beach PLLC
333 West Washington St. Suite 200
Syracuse NY 13202-5202

Leslie Hibbard
PO BOX 2067
Chelan WA 98816-2067

Li Liang
1272 Glen Haven Dr
San Jose CA 95129-4103

Lodog Corp Mark Weitzel President
15460 W 199th ST
spring hill KS 66083-8528

Luis Roman
4633 White Bay Cir.
Wesley Chapel FL 33545-5058

Marc Joyce
4404 Highland Ave. Apt. C
Manhattan Beach CA 90266-3094

Mark Vange
10315 E Shangri La Rd
Scottsdale AZ 85260-6375

Matthew R Lutz
916 Confidence Drive
Longmont CO 80504-8526

McVicker Moss Balestra et al in class act
Levi & Korsinsky LLP
1101 30th Street Northwest Suite 115
Washington DC 20007-3740

Michael Bendett
7606 Lexington Lane
Parkland FL 33067-1622

Michael Detrinidad
726 Balsam Dr
Newman CA 95360-9522

Michael Papenfuse
1291 Queensway
Lake Isabella MI 48893-9356

Randy Michelson
Michelson Law Group
220 Montgomery Street
Suite 2100
San Francisco CA 94104-3502

Molly Hunter
4347 Anna Lane
Wenatchee WA 98801-9034

MLDC1 LLC
7906 Randolph Rd.
Moses Lake WA 98837-5122

Matteo Romani
Via Flaminia 66
fossombrone WA 61034

Benjamin J McDonnell
Piskel Yahne Kovarik PLLC
522 W Riverside Avenue Suite 700
Spokane WA 99201-0581

Melissa Spillman
612 Bois d Arc Ln
Franklin TN 37069-4762

Michael Bhagat
1169 S. Calle Del Norte Dr.
Pueblo West CO 81007-1907

Michael Ilyankoff
7425 156TH ST SE
SNOHOMISH WA 98296-8771

Michael Russo
10310 WREN ROAD
WEEKI WACHEE FL 34613

Mikhail Filippov
2713 Prospect Street
Framingham MA 01701

| | | |
|---|---|---|
| MLDC1 LLC<br>Overcast Law Offices PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee WA 98801-2263 | Mark R. Shapland<br>18119 Bent Ridge Drive<br>Wildwood MO 63038-1439 | Matthew Hine<br>2405 Acacia St.<br>Richardson TX 75082-3319 |
| Dennis J. McGlothin<br>Western Washington Law Group PLLC<br>PO Box 468<br>Snohomish WA 98291-0468 | Melvin White<br>6091 GOLDDUST RD.<br>Brooksville FL 34609-8705 | Michael Chu<br>1113 8th Ave W<br>Seattle WA 98119-3439 |
| Michael LaFontaine Jr<br>321 Napa Valley<br>Dr Milford MI 48381-1053 | Michael Wagner<br>1253 Rock Hills St. Unit 102<br>Las Vegas NV 89135-3576 | Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee WA 98802-9162 |
| NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600<br>WA 98101 | Neppel Electric<br>4703 Kelly Place<br>Moses Lake WA 98837-4306 | Thomas J. O Reardon II<br>Blood Hurst & O Reardon LLP<br>501 West Broadway Suite 1490<br>San Diego CA 92101-8567 |
| PAUL ORLOFF<br>7909 Van Nuys blvd<br>Van Nuys CA 91402-6073 | PARKER CORPORATE SERVICES<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 | Patrick Blount<br>848 N Rainbow Blvd<br>Suite 1800<br>Las Vegas NV 89107-1103 |
| NC Machinery<br>PO Box 58201<br>Tukwila WA 98138-1201 | NW Handling Systems<br>PO Box 749861<br>Los Angeles CA 90074-9861 | Nelson L. Kim<br>8305 Weeping Springs ave<br>Las Vegas NV 89131-1450 |
| Neppel Electrical & Controls LLC<br>Moses Lake WA 98837 | Niva Johnson<br>119 Ridgmar Trail<br>Hendersonville TN 37075-9629 | Omar D. Ahmadi<br>13 Cherry Lane<br>Parsippany NJ 07054-2216 |
| Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee WA 98807-3363 | Pamela M Egan<br>Paul H Beattie<br>CKR Law LLP<br>506 2nd Avenue 14th Floor<br>Seattle WA 98104-2343 | Paul A Barrera<br>17713 15th Ave NE Ste 101<br>Shoreline WA 98155-3839 |
| NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila WA 98188-5519 | Nathan Welling<br>1887 Whitney Mesa Dr #5807<br>Henderson NV 89014-2069 | Nelson Prada<br>323 Sonoma Dr<br>Pooler GA 31322-9792 |
| Neppel Electrical & Controls LLC<br>c/o Ries Law Firm P.S.<br>P.O. Box 2119<br>Moses Lake WA 98837-0519 | Non-Profit Creditors Committee of WTT<br>12128 N Division St<br>#426<br>Spokane WA 99218-1905 | Our Botanicals Worldwide LLC<br>8 The Green<br>Suite #7123<br>Dover DE 19901-3618 |

| | | |
|---|---|---|
| Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee WA 98807-3363 | Path of Four Winds LLC<br>3638 Lake Breeze Lane<br>Crosby TX 77532-7202 | Paul A. Barrera<br>North City Law PC<br>17713 15th Ave NE<br>Suite 101<br>Shoreline WA 98155-3839 |
| Paul W Reinsch Jr<br>7 Salvatierra Trace<br>Hot Springs Village AR 71909-7707 | Peter Mooney<br>30127 Moccasin Dr<br>Burlington WI 53105-9466 | Philip N McCollum<br>14391 Warren St<br>Westminster CA 92683-5187 |
| Jason T Piskel<br>Piskel Yahne Kovarik PLL<br>C 522 W Riverside Ave<br>Ste 700<br>Spokane WA 99201-0581 | Port of Douglas County<br>Port of Douglas County<br>1 Campbell Parkway<br>Suite D<br>East Wenatchee WA 98802-9290 | Prija Phaphouampheng<br>5115 16th Street A<br>Santa Ana CA 92703-1190 |
| RICHARD BLOMQUIST<br>1425 BROADWAY #23240<br>SEATTLE WA 98122-3854 | Raritan Inc.<br>c/o Drinker Biddle & Reath LLP<br>Attn: Frank Velocci<br>600 Campus Drive<br>Florham Park NJ 07932-1096 | Robert B Decker<br>918 CONFIDENCE DR<br>LONGMONT CO 80504-8526 |
| Danial D Pharris<br>Lasher Holzapfel Sperry<br>& Ebberson PLLC<br>601 Union Street<br>Suite 2600<br>Seattle WA 98101-4000 | Vanessa Pierce<br>Bowman Pierce LLC<br>123 Springhill Drive<br>East Wenatchee WA 98802-8560 | Port of Chelan<br>238 Olds Station Rd #A<br>Wenatchee WA 98801-8131 |
| Port of Douglas County<br>Davis Arneil Law Firm c/o David R Law<br>617 Washington St<br>Wenatchee WA 98801-2600 | Quark LLC<br>4283 Express Lane Suite 3842-078<br>Sarasota FL 34249-2602 | Refael Sofair individually and on<br>behalf of all others similarly situated<br>c/o John A. Knox<br>Williams Kastner & Gib<br>601 Union Street Suite 4100<br>Seattle WA 98101-1368 |
| RIES LAW FIRM P S<br>P O BOX 2119<br>MOSES LAKE WA 98837-0519 | James D Perkins<br>U.S. Dept of Justice/U.S. Trustee Office<br>920 W Riverside #593<br>Spokane WA 99201-1012 | Phil A Dinwiddie<br>28122 Vine Cliff<br>Boerne TX 78015-4881 |
| Port of Douglas<br>643 Billingsly Dr. SE<br>East Wenatchee WA 98802 | Potomac Law Group PLLC<br>1905 7th Ave. W<br>Seattle WA 98119-2815 | Raritan<br>400 Cottontail Lane<br>Somerset NJ 08873-1238 |
| Richard Shew<br>157 Slatewood Ct.<br>Bethel Park PA 15102-2242 | Robert J. Hoyer<br>5940 Daltry Ln<br>Colorado Springs CO 80906-7802 | Robert Russell<br>971 Providence Pike<br>Danielson CT 06239-4003 |
| Ronald Richard Johns Jr.<br>354 Clear Springs Hollow<br>Buda TX 78610-2740 | Joseph A.G. Sakay<br>Ryan Swanson & Cleveland PLLC<br>1201 Third Avenue<br>Suite 3400<br>Seattle WA 98101-3034 | Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee WA 98801-1525 |

Scott R. Weaver
Carney Badley Spellman P.S.
701 5th Ave Ste 3600
Seattle WA 98104-7010

Daniel William Short
Paine Hamblen LLP
717 W. Sprague Avenue Suite 1200
Spokane WA 99201-3905

State of Washington
Department of Revenue
2101 4th Ave Ste 1400
Seattle WA 98121-2300

Roger L. Sutton
716 Contessa
Irvine CA 92620-1724

Roosevelt Scott 802 Hawk View Court
Fairview Heights IL 62208-2967

Dominique R Scalia
DBS Law
155 NE 100th St
Ste 205
Seattle WA 98125-8015

Scott Glasscock
229 Craft Road
Brandon FL 33511-7588

Scott R. Weaver
Carney Badley Spellman P.S.
701 Fifth Avenue Suite 3600
Seattle WA 98104-7010

Show Me Cables
115 Chesterfield Industrial Blvd.
Chesterfield MO 63005-1219

Scott R. Smith
Bohrnsen Stocker Smith Luciani
Adamson P
312 W Sprague Avenue
99201
Spokane WA 99201-3711

Ross Shrestha
1259 N Lakeview Dr
palatine IL 60067-2092

SCOTT ALAN WILSON
9303 WAVING FIELDS DR
HOUSTON TX 77064-4557

Tara J. Schleicher
Foster Garvey P.C.
121 SW Morrison
11th Floor
Portland OR 97204-3141

Scott Paul
1100 SW 7th St
Renton WA 98057-2939

Sinh Du
818 SW 3rd Ave #221-2313
Portland OR 97204-2405

Spencer Ross
215 11th Ave NE
Apt. 3
St. Petersburg FL 33701-1961

Steve Delassus
685 Rue de la Mairie
01170 Cessy France

TNT Business Complexes LLC
380 Leslie Way
East Wenatchee WA 98802-5624

Talents 633 Ministries NFP
24206 Walnut Circle
Plainfield IL 60585-2261

Taverne Kevin
13 rue kipling
91540 Mennecy France

Travelers Property Casualty
Co. of America
Jonathan B. Alter Esq.
1 Tower Square MS04
Hartford CT 06183-1050

Tyler Domer
91 NE 17 St
East Wenatchee
WA 98802-4147

US Customs and Border Protection
Attn: Revenue Division Bankruptcy Team
6650 Telecom Dr
Suite 100
Indianapolis IN 46278-2010

Vanessa Pierce Rollins
123 Springhill Drive
East Wenatchee WA 98802-8560

TUOMAS J KARJALAINEN
7601 E Treasure DR apt 1023
North Bay Village FL 33141-4362

Talos Construction LLC
Todd Reuter Foster Pepper PLLC
618 W Riverside Ave Suite 300
Spokane WA 99201-5102

Total Employment Management
723 W. Broadway
Moses Lake WA 98837-1920

Travis Hibbard
PO Box 2607
Chelan WA 98816-2607

UPS
28013 Network Place
Chicago IL 60673-1280

US Trustee
US Court House
920 W Riverside Ave Suite 593
Spokane WA 99201-1012

| | | |
|---|---|---|
| Viken Chouchanian<br>17429 Lahey St<br>LA CA 91344-3426 | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave Ste 1400<br>Seattle WA 98121-2300 | Susan Ramaker<br>PO Box 3272<br>Wenatchee WA 98807-3272 |
| Talos Construction LLC<br>PO Box 2607<br>Chelan WA 98816-2607 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee WA 98801-1529 | Treehouse Technology Group LLC<br>300 Bedford Street Unit 214<br>Manchester NH 03101-1102 |
| US Customs<br>PO Box 979126<br>St. Louis MO 63197-9001 | Unites States Trustee<br>920 West Riverside Avenue<br>Suite 593<br>Spokane WA 99201-1012 | Viken Chouchanian<br>8741 Darby Ave #3<br>Northridge CA 91325-3089 |
| Mark Waldron<br>Mark Waldron<br>Chapter 7 Panel Trustee<br>6824 19th St. W.<br>Pmb 250<br>University Place WA 98466-5528 | Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle WA 98121-2300 | Washington State Taxing Agencies<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle WA 98104-3188 |
| William M Patton<br>6821 Sky Circle<br>Anchorage AK 99502-3979 | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto CA 94304-1050 | Xiaoming Lu<br>3269 Range Ct<br>Mason OH 45040-8741 |
| Washington Employment Security Dept<br>PO Box 9046<br>Olympia WA 98507-9046 | Nathan Welling<br>340 S. Lemon Avenue<br>Unit 5807<br>Walnut CA 91789-2706 | William Stephen Davis<br>7281 Rooses Drive<br>Indianapolis IN 46217-7411 |
| Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington CT 06359-0206 | nick nguyen<br>3411 Greentree Dr<br>Falls Church VA 22041-1405 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia WA 98504-4170 |
| William Tran<br>403 W Ramona Rd<br>Alhambra CA 91803-3548 | pamelyn chee<br>po box 18771<br>los angeles CA 90018-0771 | Carmen J Hernandez<br>G CALLE LA PEDRERA RES<br>VISTA PLAZA T B P 1<br>CARACAS<br>Venezuela Venezuela |
| Alberto Jose Faria<br>Camacho Av. Garcilazo Centro<br>Polo 1 Torre A p<br>apto 75. Colinas de<br>Bello Monte. Caracas<br>Venezuela | Pablo V Hernandez G<br>Calle Este Res. Mi Refugio P9 Apt 9A<br>Urb. Mazanares Caracas Venezuela 1070<br>Venezuela | |