# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR RELIEF FROM THE STAY AND WAIVER OF 14-DAY STAY** |

Upon the Chapter 7 Trustee's motion ("Motion") for entry of an order pursuant to section 362(d)(1) of the Bankruptcy Code and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure granting relief from the automatic stay for the limited purpose of settling the Class Action; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and Local Civil Rule 83.5 of the United States District Court for the Eastern District of Washington,; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of the Motion is proper pursuant to 28 U.S.C. § 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice

Order Granting Chapter 7 Trustee's Motion
for Relief From Stay. etc. - Page 1

need be given; and the Court having found that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and after due deliberation, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Movant is granted relief from the automatic stay to (a) amend by stipulation Mr. Dam's putative class action complaint in substantially the form attached to the Motion as **Exhibit A**; and (b) seek the District Court's approval of the Class Settlement in substantially the form attached to the Motion as **Exhibit B**.

3. The automatic stay is not lifted for any other purpose. If the Class Settlement is not approved, then the stay will be in effect and will prevent any party from litigating the first three claims asserted in the Class Action.

4. This Order shall be effective immediately upon entry. The fourteen-day stay of Rule 4001(a)(3) of the Federal Rule of Bankruptcy Procedure is hereby waived.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

///END OF ORDER///

**PRESENTED BY:**
Pamela M. Egan, Esq.
Potomac Law Group PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Counsel to Mark D. Waldron, Chapter 7 Trustee*