# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** Giga Watt Estate      **Case Number** No. 2:20-cv-00464-SAB

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✓

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Ruben del Muro<br>(Name) | Ruben del Muro<br>(Name) |
| 1923-1 Nishidera<br>(Address) | 375-3 Yatani Kikuka-machi<br>(Address) |
| Kikuchi City, Kumamoto 861-1323<br>(City)        (State)   (Zip) | Yamaga City, Kumamoto, Japan   861-0413<br>(City)        (State)   (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

Ruben del Muro
_____
**Signature**
Ruben del Muro
_____
**Date**