# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** John T. Winslow      **Case Number** 18-03197-FPC7

❖ **Debtors** – is this change for:  Debtor _____  Joint Debtor _____  Both _____

❖ **Debtors** – is debtor a DeBN participant?  Yes _____  No _____

❖ **Creditors** – is this change for: Noticing Address __✔__  Payment Address __✔__  Both __✔__

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| 5544 Las Virgenes Road #99 | 112 Weisbrook Ct. |
| (Name)<br><br>John T. Winslow | (Name)<br><br>John T. Winslow |
| (Address)<br><br>Calabasas, CA 91302 | (Address)<br><br>Henderson, NV 89011 |
| (City)    (State)  (Zip) | (City)    (State)  (Zip) |

**ECF Filers:  You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

John T. Winslow

**Signature**

1/22/24

**Date**

ADDRESS CHANGE FORM - 1