RECEIVED JUL 0 1 2024



8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

06-25-2024

United States Bankruptcy Court
for the Eastern District of Washington
Attn: Clerk of the Court
P.O. Box 2164
Spokane, Washington 99201

Re:   Giga Watt, Inc.
       Case Number: 18-03197

Dear Sir or Madam:

U.S. Customs and Border Protection has moved to a new office location and is no longer at 6650 Telecom Drive in Indianapolis, IN. The address should be updated to

U.S. Customs and Border Protection
Attn: REV-Bankruptcy–203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Please update your records accordingly for U.S. Customs and Border Protection. If you have any questions about the request, please contact the bankruptcy team at BankruptcyTeam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Revenue Protection Branch
Revenue Division