Douglas A. Hofmann
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: 206/628-6600

Timothy G. Blood (*PHV*)
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

*Attorneys for Refael Sofair, Plaintiff*

*Attorneys for Refael Sofair, Plaintiff*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC., a Washington corporation,

Debtor.

Case No: 18-03197 FPC 7

Hon. Frederick P. Corbit
Chapter 7

**NOTICE OF WITHDRAWAL OF CLAIM OF RAFAEL SOFAIR, CLAIM NO. 70-1**

Pursuant to Rule 3006 of the Federal rules of Bankruptcy Procedure, Refael Sofair hereby withdraws his Claim No. 70-1 filed in this case, subject to the terms of the Stipulation between Mr. Sofair and the Trustee, dated June 28, 2024, and previously approved by the Court pursuant to that certain Order dated October 5, 2023, ECF No. 1031.

Respectfully submitted,

Dated: July 8, 2024

BLOOD HURST & O'REARDON, LLP

By:      *s/ Timothy G. Blood*
Timothy G. Blood (*pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00215282

18-03197-FPC7    Doc 1043    Filed 07/08/24    Entered 07/08/24 16:16:12    Pg 1 of 2

BLOOD HURST & O' REARDON, LLP

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed on July 8, 2024.

_s/ Timothy G. Blood_
TIMOTHY G. BLOOD

NOTICE OF WITHDRAWAL OF CLAIM OF REFAEL SOFAIR,
CLAIM NO. 70-1 - 2

002115282