# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Case No. 18-03197

Chapter 7

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 07/29/2024, I did cause a copy of the following document, described below.

NOTICE OF FIRST AND FINAL CONTINGENCY FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (PERKINS ADVERSARY PROCEEDING)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 07/29/2024

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Email: pegan@potomaclaw.com
Attorney for Mark D. Waldron, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Case No. 18-03197
Chapter 7

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 07/29/2024, I did cause a copy of the following document, described below.

**NOTICE OF FIRST AND FINAL CONTINGENCY FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (PERKINS ADVERSARY PROCEEDING)**

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 07/29/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

```
Label Matrix for local noticing              507 Capital LLC                              Aaron Krivitzky
0980-2                                       P.O. Box #206                                1810 Linson Ct SE
Case 18-03197-FPC7                           N. Stonington, CT 06359-0206                 GRAND RAPIDS, MI 49546-6457
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Fri Jul 26 18:44:07 PDT 2024

Adam Schainblatt                             Ahmed Shah                                   Alan Norman
8809 Walking Stick Trail                     12209 Youngdale Ave.                         341 S. Maple Ave.
Raleigh, NC 27615-4037                       Los Angeles, CA 91342-5263                   Webster Groves
                                                                                          United States
                                                                                          Webster Groves, MO 63119-3841

Alan Walnoha                                 Alberto Jose Faria Camacho                   Aleksey Danishevsky
350 Gran Via                                 Av. Garcilazo, Centro Polo 1, Torre A, p     450 Cloverly Lane
Apt 2067                                     apto 75. Colinas de Bello Monte. Caracas     Horsham, PA 19044-1831
Irving, TX 75039-0137                        Venezuela

Alex Filippov                                Alex Kutas                                   Alex McVicker
12 Sherborne Cir                             6761 Corral Circle                           1489 Windsor River Road
United States                                Huntington Beach, CA 92648-1532              Windsor, CA 95492-8987
Ashland, MA 01721-2313

Allrise Financial Group                      Amphenol Custom Cable                        Andrea Sharp
Joseph AG Sakay                              3221 Cherry Palm Dr.                         268 Bush Street #2520
999 Third Avenue Suite 4600                  Tampa, FL 33619-8359                         San Francisco, CA 94104-3503
Seattle, WA 98104-4084

Andrew Blyler                                Andrew James                                 Andrew Mark Campbell-Boross
603 W Washington St                          46 Brock st S                                Florida 7
Ann Arbor, MI 48103-4233                     Canada                                       Aguadulce
                                             Canada                                       Spain

Andrew Molitor                               Andrew Stock                                 Andrew Thanh Quoc Le
760 S BARRINGTON AVE, APT 6                  1870 East Nixon Avenue                       10702 Henderson Ave
LOS ANGELES                                  Placentia, CA 92870-7444                     Garden Grove, CA 92843-5261
United States
LOS ANGELES, CA 90049-4507

Andrey Kuzenny                               Andrey Kuzenny                               Anthony Martinez
10000 Santa Monica Blvd., Unit 3302          1687 Stone Canyon Rd.                        4109 Mason Street
Santa Monica, CA 90067-7032                  Los Angeles, CA 90077-1912                   San Diego, CA 92110-2720

Antony Gisholt                               Arthur N Marodis                             Bashar (Ben) Assad
72 John Trundle Court                        106 Southernwood Dr                          11714 Oak Knoll Dr
Barbican London EC2Y 8NE                     Ladson, SC 29456-3940                        Austin TX 78759-3823
United Kingdom

Quentin D Batjer                             Belyea Company                               Benjamin E. Kelly
Davis, Arneil Law Firm, LLP                  2200 Northwood Ave.                          Law Office of Benjamin E. Kelly
617 Washington St                            Easton, PA 18045-2208                        9218 Roosevelt Way NE
Wenatchee, WA 98801-2600                                                                  Seattle, WA 98115-2842
```

Benjamin Russell
971 Providence Pike
United States
Danielson, CT 06239-4003

Bertha Goehner
215 Eller St. SE
East Wenatchee, WA 98802-5325

Bill Schmidt
105 Julie Ann Ct.
Cashmere, WA 98815-1316

Blockchain Systems LLC
124 W 60 St. Unit 29A
New York, NY 10023-7475

Timothy G Blood
Blood, Hurst & O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101-8567

(p)BAR CODES TALK LLC
ATTN BRANDON GORDON
924 HALE AVENUE
BROOKSVILLE FL 34601-3642

Brandon Robinson
1997 Tall Tree Dr
Atlanta, GA 30324-2723

Shauna S Brennan
Brennan Legal Counsel Group, PLLC
14900 Interurban Ave S.
Ste 271
Tukwia, WA 98168-4654

Brent Woodward, Inc.
14103 Stewart Rd.
Sumner, WA 98390-9641

Brian J Donn
4254 SW 92nd Ave
Davie, FL 33328-2408

Brian M Packard
7191 96th St Ne
Monticello
United States
Monticello, MN 55362-2911

Bryan MacCallum
PO BOX 1704
Rivonia
2128
South Africa

Bryant Johnson
1360 WHITETAIL GLEN Ct
HEBRON, KY 41048-7965

Busby International, Inc.
PO Box 1457
Moses Lake, WA 98837-0225

CARLOS ENRIQUE FERNANDEZ CASTELLANO
5630 SW 163RD AVE
SOUTHWEST RANCHES, FL 33331-1446

CT Freight USA Inc
20202 Hwy. 59 N
Humble, TX 77338-2400

CTC Engineering
2290 Bishop Circle East
Dexter, MI 48130-1564

CTC Engineering, Inc.
Bodman PLC
Attn: Harvey W. Berman
201 South Division Street, Ste. 400
Ann Arbor, MI 48104-2259

Caleb Koch, Forza2
1000 N. Green Valley Pkwy Ste.440, #251
Henderson
United States
Henderson, NV 89074-6172

Cameron Schmidt
1204 COLUMBINE ST
WENATCHEE, WA 98801-6210

Carlos Gagliano
8200 Offenhauser Dr. 105G
Reno, NV, 89511
Reno, NV 89511-1717

Carmen J Hernandez  G
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
CARACAS
Venezuela
Venezuela

Carmen Jacqueline  Hernandez Guevara
CALLE LA PEDRERA RES VISTA PLAZA T B P 1
APT 15D Urb Guaicay, Baruta, Caracas
Zip code 1080
Venezuela

Castagneto Trading LLC
3211 Kellen Circle
Nampa, ID 83686-8685

Roberto H Castro
Law Office of Roberto H Castro
385 E Penny Road
Ste B
Wenatchee, WA 98801-8123

Cesar Diaz, JRD Funding LLC
8137 Malchite Avenue, Suite E
Rancho Cucamunga, CA 91730-3571

Charles F V DHAUSSY
7B., Yardley Commercial Building, 3 Conn
Hong Kong

Chen Du
3269 Range Ct
Mason, OH 45040-8741

Chris Featherstone
8450 54th Ave W
Mukilteo, WA 98275-3138

Christian Eichert
Emil-Klumpp-Str. 7
74321 Bietigheim-Bissingen GERMANY

Christian Schiffer
Meindlstrae 15
81373 Munich
Germany

Clever Capital, LLC
630 VALLEY MALL PKWY
#157
East Wenatchee, WA 98802-4838

Clever Capital, LLC
630 Valley Mall PKwy #157
Wenatchee, WA 98802-4838

Clinton Douglas Luckinbill
1054 Waterleaf Way
San Jacinto, CA 92582-3020

Clinton F Sikes
4206 Brazos Bend Dr
Pearland, TX 77584-5558

Cody Forrest Quinn
5920 Kimber Road
Cashmere, WA 98815-9526

Cody Schmidt
1204 Columbine St.
Wenatchee, WA 98801-6210

Consolidated Electric Dist. Inc.
PO Box 398830
San Francisco, CA 94139-8830

Consolidated Electrical Distributors, Inc.
c/o Douglas R. Hookland, Attorney
Scott Hookland LLP
P.O. Box 23414
Tigard, OR 97281-3414

Craig Beech
Kingswood, Gorse Avenue
Littlehampton BN16 1SG
United Kingdom

Ralph E Cromwell Jr
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-1062

(p)CRYPTODIGGER LLC
3476 E Tiffany Way
Gilbert, AZ 85298

Cryptonomos PTE Ltd
1 Magazine Rd #04-11
Central Mall
Singapore

Cryptonomos Pte Ltd.
1 Coleman Street
The Adelphi #08-07
Singapore  179803

DBS Law
155 NE 100th St
Suite 205
Seattle, WA 98125-8015

DUFFY KRUSPODIN, LLP
21600 OXNARD ST. SUITE 2000
WOODLAND HILLS, CA 91367-4969

Jun Dam
237 Kearny #9096
San Francisco, CA 94108-4502

Daniel James Ryser
7614 N AUDUBON ST.
SPOKANE, WA 99208-8817

Daniel Tokle
25 VIA LUCCA
APT J345
IRVINE, CA 92612-0674

Danila Rusin
Gagarina, 5 liniya, 9a-6
Zlatoust
Chelyabinskaya oblast, Russia
456219

Darren James Wurf
2/41 Osborne Avenue
Glen Iris
Victoria 3146
Australia

Daryl Olsen
270 W 1450 N
United States
Centerville, UT 84014-3308

Dave Carlson
630 Valley Mall Parkway
#157
East Wenatchee, WA 98802-4838

David J Lutz
916 Confidence Dr
Longmont, CO 80504-8526

David Kazemba
Overcast Law Offices, PS
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801-2263

David Mitchell
1410 Riverview Rd
Crescent, PA 15046-5428

David Tychsen-Smith
13 Dobson Place
Watson
ACT 2602
Australia

Dmitry Khusidman
70 Oceana Drive West, Apt. 4-A
Brooklyn, NY 11235-6674

Donald J. Enright
1101 30th Street Northwest
Suite 115
Washington 20007-3740

Donald J. Sullivan
4646 Los Poblanos Circle NW
Los Ranchos de Albuquerque, NM 87107-5555

| | | |
|---|---|---|
| Doug Black<br>225 Linda Lane<br>Wenatchee, WA 98801-6010 | Douglas Berger<br>371 Catskill Ct.<br>Mahwah, NJ 07430-2736 | Douglas County PUD<br>C/O Scott R Smith<br>Paine Hamblen LLP<br>717 W Sprague Ave, Ste 1200<br>Spokane, WA 99201-3905 |
| Douglas County PUD<br>PO Box 1119<br>Bridgeport, WA 98813-1119 | Adam C. Doupe<br>Ryan, Swanson & Cleveland, PLLC<br>401 Union Street, Suite 1500<br>Seattle, WA 98101-2645 | Drew Behrens<br>525 N Larch Ave.<br>East Wenatchee, WA 98802-5047 |
| Gary W Dyer<br>U S Trustee's Office<br>920 W Riverside Ave<br>Suite 593<br>Spokane, WA 99201-1012 | EAN Services, LLC<br>Mary E Bushyhead<br>14002 E 21st St, Suite 1500<br>Tulsa, OK 74134-1424 | ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr, Ste 2<br>Las Vegas, NV 89103-3763 |
| Edmund Lee<br>4364 Calle Mejillones<br>SAN DIEGO<br>United States<br>SAN DIEGO, CA 92130-4818 | Eero Koskinen<br>Niittypolku 21<br>02460 Kantvik<br>Finland<br>Finland | Pamela Marie Egan<br>Potomac Law Group<br>2212 Queen Anne Ave. N.<br>Ste 836<br>Seattle, WA 98109-2383 |
| Elder Yoshida<br>1147 NW 57th St<br>Seattle, WA 98107-3720 | (p)ELECTRICAL POWER PRODUCTS INC<br>ATTN MARY GILMAN<br>4240 ARMY POST ROAD<br>DES MOINES IA 50321-9609 | Elisa U<br>2405 Acacia St.<br>Richardson, TX 75082-3319 |
| Benjamin A Ellison<br>Salish Sea Legal PLLC<br>2212 Queen Anne Ave N, No. 719<br>Seattle, WA 98109-2383 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 | Emerald City Statewide LLC<br>c/o Pepple Cantu Schmidt PLLC<br>1000 Second Ave Suite 2950<br>Seattle, WA 98104-3604 |
| Emil Petrov Stanev<br>41 Dorostol street<br>Ruse, 7004 Ruse<br>Bulgaria | Eric Ferrari<br>8962 Forked Creek Way<br>Elk Grove, CA 95758-5732 | Ernesto Pedrera<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 |
| Evansont Insurance Carrier<br>c/o Mitchell, Reed & Schmitten Ins.<br>PO Box D<br>Cashmere, WA 98815-0515 | Executive Flight<br>1 Campbell Pkwy<br>East Wenatchee, WA 98802-9290 | Executive Flight, Inc.<br>Scott R. Weaver, Carney Badley Spellman<br>701 5th Avenue Ste 3600<br>Seattle, WA 98104-7010 |
| Fastenal Company<br>2001 Theurer Blvd.<br>ATTN: Legal Dept.<br>Winona, MN 55987-9902 | Fastenal Company<br>PO Box 1286<br>WInona, MN 55987-7286 | FedEx Corporate Services Inc<br>as Assignee of FedEx Express/Ground/Frei<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis TN 38116-5017 |
| Filip Scheperjans<br>Pellonperntie 1 B<br>00830 Helsinki<br>Finland | Forza 2<br>1000 N. Green Valley Pkwy Ste.440, #251<br>Henderson<br>United States<br>Henderson, NV 89074-6172 | Frank Daniel<br>Zollstrasse, 22<br>Mhring<br>Deutschland<br>Zollstrasse, 22 95695 Mhring Germany |

| | | |
|---|---|---|
| Frankie Guerra<br>1812 E Oakland Park Blvd Apt 32<br>United States<br>Oakland Park, FL 33306-1126 | Franz Alliod<br>176, route de la cendire<br>01630, Saint Jean de Gonville, Ain<br>France | Fred Nolte<br>10812 La Batista<br>Fountain Valley, CA 92708-3943 |
| GIGA WATT INC<br>1250 N Wenatchee Ave., Suite H #147<br>Wenatchee, WA 98801-1599 | Gennady Zhilyaev<br>C. De Les Grandalles, Edif. Xalet, 4T 3A<br>AD 300 D'Ordino, Andorra | George Sorin Lascu<br>str. Calugarului 16<br>077151 Balteni, Ilfov<br>Romania |
| Georgios Lignos<br>25 Kritis Str.<br>12243 Egaleo<br>Greece | Giga Plex LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | Giga Plex, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>C/O David A. Kazemba<br>Wenatchee, WA 98801-2263 |
| Giga Plex, LLC/MLDC1, LLC<br>Overcast Law Offices, PS<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 | Gigawatt PTE Ltd Attn Mikhaylyuta<br>1 Magazine Rd #04-11<br>Central Mall<br>Singapore | Gigawatt Pte Ltd.<br>1 Coleman Street<br>The Adelphi #08-07<br>Singapore 179803 |
| Gleb Nesis<br>3419 IRWIN AVE<br>Apt 708<br>BRONX, NY 10463-3754 | Glen Allan Bradley<br>Lerstadveien 250<br>6014 Alesund<br>Norway | Grant Herholdt<br>5 York Avenue<br>Craighall Park, 2196<br>South Africa<br>2196 |
| Gronski, Jeffrey G & Robin L<br>711 4th St S<br>Wisconsin Rapids WI 54494-4310 | H.J. van Nuijssenborgh<br>Patrimoniumlaan 126<br>3904AH  Veenendaal<br>The Netherlands | H2 Pre-cast, Inc<br>3835 N. Clemons St.<br>East Wenatchee, WA 98802-9337 |
| Hans-Peter Edenstrasser<br>Rupert Hagleitner Strasse 1d 54<br>6300 Woergl , Tirol<br>Austria<br>6300 Woergl, Tirol,  Austria | Harlan Robinson<br>736 N. Laguna<br>Gilbert, AZ 85233-3620 | Hashvin Daryanani<br>56B Seroe Blanco<br>Box# 393<br>Oranjesatad, Aruba<br>Aruba |
| Heather Mulhall<br>312 N NEWTON AVE<br>EAST WENATCHEE, WA 98802-8444 | Helen Erskine<br>P O Box 1745<br>United States<br>Topanga, CA 90290-1745 | Scott B Henrie<br>Scott Henrie PLLC<br>4145 Chuckanut Drive<br>Bow, WA 98232-9259 |
| Hiroaki Yamamoto<br>119-4 Nishikitsuji street<br>Asahi Plaza Arbonate Nara One #606<br>Nara, Japan 630-8325 | Douglas A. Hofmann<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 | Gretchen J. Hoog<br>Ryan Swanson & Cleveland PLLC<br>1201 Third Avenue<br>Ste #3400<br>Seattle, WA 98101-3034 |
| Howard Jones<br>21 Sandiways Road, Wallasey<br>WIRRAL<br>United Kingdom<br>CH45 3HJ | Humera Surti<br>2200 Russet Cresent<br>Burlington, ON<br>Canada L7L6Z2 | Leslie E Hurst<br>Blood Hurst & OReardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101-8567 |

| | | |
|---|---|---|
| Ian M Kennedy<br>2620 Fairmount St.<br>Colorado Springs, CO 80909-2032 | Ibrahim Issa<br>Lebanon Beirut ,Riad el soloh Square | Igor Martirosian<br>36 Washington Avenue 2nd Floor<br>Cliffside Park, NJ 07010-3025 |
| Ilja Filipovs<br>Staiceles iela 13-11, Riga, Latvia, LV-1<br>Staiceles iela 13-11, Riga, Latvia, LV-1 | Intelliapps Ltd<br>Unit 272 CoLab Center<br>Port Road<br>Letterkenny CO Dongal EIRCODE F92 RKC7<br>Ireland | Interflow LLC<br>5465 S Dorchester<br>CHICAGO, IL 60615-5316 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Ioannis Violidakis<br>Kimonos 11<br>Athens, Greece, P.Code: GR-10441 | Ivan Marcak<br>Dlouha Trida 474/25<br>73601 Havirov<br>Czech Republic |
| JDSA<br>PO Box 1688<br>Wenatchee, WA 98807-1688 | Jacqueline Bussey<br>The Oaks Clapper Lane<br>Staplehurst, Kent<br>TN12 0JT<br>United Kingdom | Jaime Dario Mejia Martinez<br>Calle 44 No 10E - 11 La Victoria<br>Barranquilla, Atlantico - Colombia |
| James Bullis<br>4701 NE 72nd ave, Apt 141<br>VANCOUVER<br>United States<br>VANCOUVER, WA 98661-8103 | James C Lutz<br>609 Long Leaf Dr<br>Chapel Hill, NC 27517-3039 | James Kennard<br>44 Coopers Shoot Rd<br>Coopers Shoot, NSW 2479 Australia |
| James King<br>1b Links Court, Langland Bay Road<br>Swansea<br>SA3 4QR, United Kingdom | James MacCornack<br>1002 Bel Aire<br>Roswell, NM 88201-7715 | Jan Faltys<br>Slavkova 29<br>Praha 2 - 12000<br>Czech Republic |
| Jann So<br>1211 SW 5th Ave<br>#1000<br>Portland, OR 97204-3710 | Jared Morrissey<br>59 Rue Trudeau<br>Chteauguay, Quebec<br>J6J1M2<br>Canada | Jarred Hutto<br>6403 W Outlook Dr<br>Boise, ID 83714-8820 |
| Jay Robert Stahle<br>838 Campfire Dr<br>United States<br>Fort Collins, CO 80524-1991 | Jeffers, Danielson, Sonn & Aylward, P.S.<br>2600 Chester Kimm Rd<br>Wenatchee, WA 98801-8116 | Jeffrey Alan Moody<br>2528 Forest Oaks Point<br>Colorado Springs, CO 80906-5822 |
| Jeffrey C Lutz<br>916 Confidence Dr<br>LONGMONT, CO 80504-8526 | Jeffrey Chin<br>42 Pepper Tree Road<br>Lidcombe NSW<br>Sydney Australia | Jeffrey Kutas<br>6761 Corral Circle<br>Huntington Beach, CA 92648-1532 |
| Jeffrey Waldock<br>Tomaschekstrasse 30<br>A-1210 Vienna<br>Austria | Jered Solow<br>7556 Hampton ave<br>#101<br>Los Angeles, CA 90046-5531 | Jesse Samuel Wheeler<br>3601 Stillman Blvd<br>Tuscaloosa, AL 35401-2601 |

| | | |
|---|---|---|
| Jessica Langis<br>PO BOX 398<br>Dryden, WA 98821-0398 | John Guille<br>690 Covington Dr NW<br>Calabash, NC 28467-1892 | John Hartleib<br>17931 Shoreham Lane<br>Huntinngton Beach, CA 92649-4849 |
| John Heinitz<br>1210 2nd st se<br>East Wenatchee<br>United States<br>East Wenatchee, WA 98802-5526 | John Kowalski<br>100 Tansboro Rd<br>Unit B<br>Berlin, NJ 08009-1959 | John Rodriguez<br>2688 W. 12th Place<br>Yuma, AZ 85364-4258 |
| John Scevola<br>8768 SW Iroquois Drive<br>Tualatin, OR 97062-9304 | John T. Winslow<br>112 Weisbrook Ct.<br>Henderson, NV 89011-2560 | Jonathan B. Alter<br>The Travelers Companies, Inc.<br>1 Tower Square, MS04<br>Hartford, CT 06183-1050 |
| Jonathan Gould<br>924 Hale Avenue<br>BROOKSVILLE, FL 34601-3642 | Jonathan J Lutz<br>916 Confidence Dr<br>Longmont, CO 80504-8526 | Jonathan Wilson<br>118 Indian Valley Dr<br>Cherokee, NC 28719-4541 |
| Jordi Grau<br>C/ Sant Jordi, 12-3-1<br>08500 - VIC<br>SPAIN | Jose A. Herrera<br>12801 Philadelphia Street<br>Suite B<br>Whittier, CA 90601-4126 | Jose Luis Blanco<br>9307 Castlegap Dr.<br>Spring, TX 77379-4299 |
| Joseph Brodsky<br>656 St.Nicholas av #35<br>New York, NY 10030-1086 | Joseph Errigo<br>7 PRATT ST<br>FORT MONROE, VA 23651-1025 | Joseph M Dunn<br>1105 Colonial Drive<br>Alabaster, AL 35007-9309 |
| Joseph Smits<br>westerlanderweg 40<br>Westerland 1778KL Westerland<br>The Netherlands | Joshua Hester<br>1115 California St<br>Oceanside, CA 92054-5919 | Joshua Mapperson<br>92 Oakbank Boulevard<br>Whittlesea 3757<br>AUSTRALIA |
| Juan Bautista Ibarra Arana<br>Calle 66 #510<br>Resid. La Carana, Piedades<br>Santa Ana, San Jose<br>Costa Rica | Julian Heere<br>500 J Street 1703<br>Sacramento, CA 95814-2335 | Jun Dam<br>2116 Z Street No. 2<br>Antioch, CA 94509-3434 |
| Jung H. Cho<br>320A 7th St<br>Palisades Park, NJ 07650-2277 | KYLE WHEELAN<br>7975 ORCHARD PATH RD<br>COLORADO SPRINGS, CO 80919-2925 | Kamran Beg<br>2200 Russet Cres<br>Burlington, ON, L7L 6Z2<br>Canada<br>2200 Russet Cres, Burlington, On, Canada |
| David A Kazemba<br>Overcast Law Offices-NCW, PLLC<br>23 S. Wenatchee Ave. Ste. 320<br>Wenatchee, WA 98801-2263 | Kelly Imaging<br>PO Box 660831<br>Dallas, TX 75266-0831 | Ken Li Koh<br>Unit 2, 137 Hull Road<br>Croydon VIC 3136<br>Australia |

| | | |
|---|---|---|
| Kenneth D McCoy<br>1401 Woodstock Way<br>#103H<br>Bellingham, WA 98226-3577 | Kenneth Johnson<br>2452 Columbia Ave. NW #24<br>East Wenatchee, WA 98802-4198 | Kevin Reinsch<br>3100 Pearl Parkway A317<br>Boulder, CO 80301-2453 |
| Keyhole Security Inc<br>708 S Wenatchee Ave<br>Wenatchee, WA 98801-3072 | Khurshid Alam<br>Unit-2,65 Church Street,West Tamworth<br>2340,NSW<br>Australia<br>Unit-2,65 Church Street,West Tamworth,23 | John Knox<br>Williams Kastner<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 |
| Koji Michiwaki<br>Zip code:428-0313<br>Shizuoka-ken Haibara-gun Kawanehon-cho<br>Kaminagao 380-3 Japan | Koombea Inc.<br>Mark D Taylor<br>VLP Law Group, LLP<br>1629 K Street NW, Suite 300<br>Washington, DC 20006-1631 | Krishna Karthik Reddy<br>1700 Halford Ave<br>Santa Clara, CA 95051-2664 |
| Krishna Karthik Reddy Adapala<br>5106 Kino Ct<br>Dublin, CA 94568-8719 | Kyle Spesard<br>625 N. Hawk St.<br>Palatine, IL 60067-3535 | Larry D. Gerbrandt<br>141 Seely Ave<br>Aromas, CA 95004-9501 |
| Larry Eugene Baggs<br>1502 Sharon Drive<br>Duncanville, TX 75137-4014 | Lasse Kaihlavirta<br>Piiriniitynkatu 4 H 3<br>Tampere 33340<br>FINLAND | Laurent HAMERS<br>Avenue Van Beethoven 24<br>1331 Rosieres<br>Belgium |
| David R Law<br>Davis, Arneil Law Firm, LLP<br>617 Washington Street<br>Wenatchee, WA 98801-2600 | Angie Lee<br>Office of the Attorney General<br>800 Fifth Ave<br>Suite 2000<br>Seattle, WA 98104-3188 | Lee E. Woodard<br>Harris Beach PLLC<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 |
| Leon de Fleuriot de la Coliniere<br>16 Rankdoring Avenue<br>Johannesburg<br>South Africa | Leonid Markin<br>714 North Rexford Dr.<br>Beverly Hills, CA 90210-3314 | Leslie Hibbard<br>PO BOX 2067<br>Chelan, WA 98816-2067 |
| Levi<br>street: Vinkenhof 7<br>postal code: 4332 DM<br>Country: The Netherlands<br>Levi Illis | Lexon Insurance Company<br>Harris Beach PLLC<br>Attn:  Lee E. Woodard<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202-5202 | Li Liang<br>1272 Glen Haven Dr<br>San Jose, CA 95129-4103 |
| (p)LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>51 UNIVERSITY STREET<br>SUITE 400<br>SEATTLE WA 98101-3614 | Likuo Lin<br>1192 Queen Ann Dr<br>Sunnyvale, CA 94087-2239 | Lodog Corp,  Mark Weitzel, President<br>15460 W 199th ST<br>spring hill, KS 66083-8528 |
| Lucas Velasquez<br>497 Lake Cameron Dr.<br>Pike Road, AL 36064-3959 | Luis Alberto Flores Ezparza<br>PO Box 4161<br>Wenatchee, WA 98807-4161 | Luis Roman<br>4633 White Bay Cir.<br>Wesley Chapel, FL 33545-5058 |

| | | |
|---|---|---|
| Luke McIntyre<br>4 Rose Road<br>Grey Lynn, Auckland 1021<br>New Zealand | MLDC1 LLC<br>7906 Randolph Rd.<br>Moses Lake, WA 98837-5122 | MLDC1, LLC<br>Overcast Law Offices, PS<br>C/O David A. Kazemba<br>23 S. Wenatchee Ave. Suite 320<br>Wenatchee, WA 98801-2263 |
| Marc Joyce<br>4404 Highland Ave. Apt. C<br>Manhattan Beach, CA 90266-3094 | Mark Ellis<br>Flat 19 Rainier Apartments<br>43 Cherry Orchard Road<br>Croydon, CR06FA<br>United Kingdom | Mark R. Shapland<br>18119 Bent Ridge Drive<br>Wildwood, MO 63038-1439 |
| Mark Vange<br>10315 E Shangri La Rd<br>Scottsdale, AZ 85260-6375 | Matteo Romani<br>Via Flaminia 66<br>fossombrone, WA 61034 | Matthew Hine<br>2405 Acacia St.<br>Richardson, TX 75082-3319 |
| Matthew R Lutz<br>916 Confidence Drive<br>Longmont, CO 80504-8526 | Benjamin J McDonnell<br>Piskel Yahne Kovarik, PLLC<br>612 W Main Avenue<br>Suite 207<br>Spokane, WA 99201-0645 | Dennis J. McGlothin<br>Western Washington Law Group, PLLC<br>10485 NE 6th Street<br>Apartment 1820<br>Bellevue, WA 98004-6889 |
| McVicker, Moss, Balestra, et al in class act<br>Levi & Korsinsky, LLP<br>1101 30th Street Northwest, Suite 115<br>Washington, DC 20007-3740 | Melissa Spillman<br>612 Bois d Arc Ln<br>Franklin, TN 37069-4762 | Melvin White<br>6091 GOLDDUST RD.<br>Brooksville, FL 34609-8705 |
| Michael Bendett<br>7606 Lexington Lane<br>Parkland, FL 33067-1622 | Michael Bhagat<br>1169 S. Calle Del Norte Dr.<br>Pueblo West, CO 81007-1907 | Michael Chu<br>1113 8th Ave W<br>Seattle, WA 98119-3439 |
| Michael Detrinidad<br>726 Balsam Dr<br>Newman, CA 95360-9522 | Michael Ilyankoff<br>7425 156TH ST SE<br>SNOHOMISH, WA 98296-8771 | Michael LaFontaine Jr<br>321 Napa Valley Dr<br>Milford, MI 48381-1053 |
| Michael Papenfuse<br>1291 Queensway<br>United States<br>Lake Isabella, MI 48893-9356 | Michael Russo<br>10310 WREN ROAD<br>WEEKI WACHEE, FL 34613 | Michael Wagner<br>1253 Rock Hills St. Unit 102<br>Las Vegas, NV 89135-3576 |
| Randy Michelson<br>Michelson Law Group<br>220 Montgomery Street<br>Suite 2100<br>San Francisco, CA 94104-3502 | Mikhail Filippov<br>2713 Prospect Street<br>Framingham, MA 01701 | Mohammad Mehdi Toozhy<br>11 Justus Dr.<br>Richmond Hill, Ontario L4c9z4<br>Canada<br>11 justus dr. Richmond hill Ontraio L4c9 |
| Molly Hunter<br>4347 Anna Lane<br>Wenatchee, WA 98801-9034 | Mr Alexander Garnock<br>13 Buttfield St Coombs ACT<br>2611 Australia<br>13 Buttfield St Coombs ACT Canberra Aust | Mr Touboul<br>59 RUE DE DE MARIGNAN<br>ST MAUR DES FOSSES<br>France |

| | | |
|---|---|---|
| Mr. Matthew Eugene Risen<br>1935 Legacy Place SE<br>East Wenatchee, WA 98802-9162 | NC Machinery<br>PO Box 58201<br>Tukwila, WA 98138-1201 | NC Machinery Co.<br>17035 West Valley Highway<br>Tukwila, WA 98188-5519 |
| NC Machinery Co.<br>Danial D. Pharris<br>601 Union STreet Ste. 2600, WA 98101 | NW Handling Systems<br>PO Box 749861<br>Los Angeles, CA 90074-9861 | Nathan Welling<br>1887 Whitney Mesa Dr #5807<br>Henderson, NV 89014-2069 |
| Neil Hutchings<br>5 Bedwas Close<br>St. Mellons<br>Cardiff.  CF3 0HP.   United Kingdom | Nelson L. Kim<br>8305 Weeping Springs ave<br>Las Vegas, NV 89131-1450 | Nelson Prada<br>323 Sonoma Dr<br>Pooler, GA 31322-9792 |
| Neppel Electric<br>4703 Kelly Place<br>Moses Lake, WA 98837-4306 | Neppel Electrical & Controls, LLC<br>Moses Lake, WA 98837 | Neppel Electrical & Controls, LLC<br>c/o Ries Law Firm, P.S.<br>P.O. Box 2119<br>Moses Lake, WA 98837-0519 |
| Nitin Limaye<br>401 Manorath Apartments<br>9-B Pratapgunj Society, Vadodara 390002,<br>India | Niva Johnson<br>119 Ridgmar Trail<br>Hendersonville, TN 37075-9629 | Non-Profit Creditors' Committee of WTT<br>12128 N Division St<br>#426<br>Spokane, WA 99218-1905 |
| Thomas J. O'Reardon II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101-8567 | Omar D. Ahmadi<br>13 Cherry Lane<br>Parsippany, NJ 07054-2216 | Our Botanicals Worldwide LLC<br>8 The Green<br>Suite #7123<br>Dover, DE 19901-3618 |
| PAUL ORLOFF<br>7909 Van Nuys blvd<br>Van Nuys, CA 91402-6073 | PHAM SONG TOAN<br>Toneyama 2-5-6<br>Toyonaka<br>Osaka, Japan | Pablo Hernandez Guevara<br>Calle Este Res Mi Refugio P 9 Apto. 9A<br>Urb. Manzanares Caracas Venezuela<br>Zip code 1070 |
| Pablo V Hernandez G<br>Calle Este Res. Mi Refugio P9 Apt 9A<br>Urb. Mazanares Caracas Venezuela 1070 | Pacific Northwest Infrastructure In<br>PO Box 3363<br>Wenatchee, WA 98807-3363 | Pacific Northwest Infrastructure Inc<br>PO Box 3363<br>Wenatchee, WA 98807-3363 |
| (p)PARKER CORPORATE SERVICES<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 | Pamela M Egan<br>Paul H Beattie<br>CKR Law LLP<br>506 2nd Avenue, 14th Floor<br>Seattle, WA 98104-2343 | Path of Four Winds, LLC<br>3638 Lake Breeze Lane<br>Crosby, TX 77532-7202 |
| Patrick Blount<br>848 N Rainbow Blvd<br>Suite 1800<br>Las Vegas, NV 89107-1103 | Paul A Barrera<br>17713 15th Ave NE Ste 101<br>Shoreline, WA 98155-3839 | Paul A. Barrera<br>North City Law, PC<br>17713 15th Ave NE<br>Suite 101<br>Shoreline, WA 98155-3839 |

Paul W Reinsch Jr
7 Salvatierra Trace
Hot Springs Village, AR 71909-7707

Per Martin Sundberg
Calcada de santo andre 33 Bloco2 Letra F
1100-495
Lisbon Portugal

James D Perkins
U S Dept of Justice/U S Trustee Office
920 W Riverside #593
Spokane, WA 99201-1012

Peter Mooney
30127 Moccasin Dr
Burlington, WI 53105-9466

Danial D Pharris
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street
Suite 2600
Seattle, WA 98101-4000

Phil A Dinwiddie
28122 Vine Cliff
Boerne, TX 78015-4881

Philip N McCollum
14391 Warren St
Westminster, CA 92683-5187

Vanessa Pierce
Bowman Pierce, LLC
123 Springhill Drive
East Wenatchee, WA 98802-8560

Piervanni Ugolini Mugelli
Via di Nizzano, 2
Impruneta, 50023
Florence, Italy

Jason T Piskel
Piskel Yahne Kovarik, PLLC
612 W. Main Ave.
Ste 207
Spokane, WA 99201-0645

Port of Chelan
238 Olds Station Rd #A
Wenatchee, WA 98801-8131

Port of Douglas
643 Billingsly Dr. SE
East Wenatchee, WA 98802

Port of Douglas County
Port of Douglas County
1 Campbell Parkway
Suite D
East Wenatchee, WA 98802-9290

Port of Douglas County
Davis Arneil Law Firm c/o David R Law
617 Washington St
Wenatchee, WA 98801-2600

Potomac Law Group PLLC
1905 7th Ave. W
Seattle, WA 98119-2815

Prija Phaphouampheng
5115 16th Street, A
Santa Ana
United States
Santa Ana, CA 92703-1190

Quark LLC
4283 Express Lane, Suite 3842-078
Sarasota, FL 34249-2602

RAVJI PATEL
16 holme mead
United Kingdom
HA7 1AF

RICHARD BLOMQUIST
1425 BROADWAY #23240
SEATTLE, WA 98122-3854

Radomir Kalinin
Stanyukovicha, 54G-55
Vladivostok city (Zip code 690003)
Russia
Stanyukovicha, 54G-55, Vladivostok city,

Raritan
400 Cottontail Lane
Somerset, NJ 08873-1238

Raritan, Inc.
c/o Drinker Biddle & Reath LLP
Attn: Frank Velocci
600 Campus Drive
Florham Park, NJ 07932-1096

Refael Sofair, individually and on
behalf of all others similarly situated
c/o John A. Knox, Williams Kastner & Gib
601 Union Street, Suite 4100
Seattle, WA 98101-1367

Richard Shew
157 Slatewood Ct.
Bethel Park, PA 15102-2242

Richard Wulliens
Rue de l'Eglise 13a
1958 St Lonard
CH - Switzerland

(p)RIES LAW FIRM  P S
P O BOX 2119
MOSES LAKE WA 98837-0519

Rietveld Global Business Group B.V.
Postbus 9607 (Box G58)
1006 GC, Amsterdam
The Netherlands

Robert B Decker
918 CONFIDENCE DR
LONGMONT
United States
LONGMONT, CO 80504-8526

Robert Ilievski
Nypongatan 18
212 31 Malmo
Skane
Sweden

Robert J. Hoyer
5940 Daltry Ln
United States
Colorado Springs, CO 80906-7802

| | | |
|---|---|---|
| Robert Russell<br>971 Providence Pike<br>United States<br>Danielson, CT 06239-4003 | Roger L. Sutton<br>716 Contessa<br>Irvine, CA 92620-1724 | Rolf Jakobsen<br>Wessels Gate 25C<br>H0202<br>Norway |
| Ronald Richard Johns, Jr.<br>354 Clear Springs Hollow<br>Buda, TX 78610-2740 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 | Ross Shrestha<br>1259 N Lakeview Dr<br>palatine, IL 60067-2092 |
| Ross Tavakoli<br>8 Oakfield Close, Alderley Edge, Cheshir<br>England<br>United Kingdom | Ruben del Muro<br>375-3 Yatani Kikuka-machi<br>Yamaga City, Kumamoto<br>861-0413<br>Japan | SCOTT ALAN WILSON<br>9303 WAVING FIELDS DR<br>HOUSTON, TX 77064-4557 |
| Joseph A.G. Sakay<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue<br>Suite 3400<br>Seattle, WA 98101-3034 | Dominique R Scalia<br>DBS Law<br>155 NE 100th St<br>Ste 205<br>Seattle, WA 98125-8015 | Tara J. Schleicher<br>Foster Garvey P.C.<br>121 SW Morrison<br>11th Floor<br>Portland, OR 97204-3141 |
| Schmitt Electric<br>1114 Walla Walla Ave.<br>Wenatchee, WA 98801-1525 | Scott Glasscock<br>229 Craft Road<br>Brandon, FL 33511-7588 | Scott Paul<br>1100 SW 7th St<br>Renton<br>Renton, WA 98057-2939 |
| Scott R. Weaver<br>Carney Badley Spellman P.S.<br>701 5th Ave, Ste 3600<br>Seattle, WA 98104-7010 | Scott R. Weaver<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | Sergiy Dzvonyk<br>28, Yaroslavov Val str., ap.29<br>Kiev - 01034<br>Ukraine |
| Serhii Komar<br>Alexandra Nevskogo 35<br>ap. 55<br>Odessa, Ukraine, 65088 | Shaun Leech<br>49a winfiled road<br>Balwyn North<br>Victoria Australia 3144 | Shawn Jackson Dyck<br>40100 Willow Crescent<br>Apt 308<br>Squamish, BC, V8B0L8, Canada |
| Daniel William Short<br>Paine Hamblen LLP<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201-3905 | Show Me Cables<br>115 Chesterfield Industrial Blvd.<br>Chesterfield, MO 63005-1219 | Sinh Du<br>818 SW 3rd Ave #221-2313<br>Portland, OR 97204-2405 |
| Smeets Gert<br>Sapstraat 40<br>Grote Spouwen<br>Belgium<br>Belgium | Scott R. Smith<br>Paine Hamblen LLP<br>717 W. Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201-3905 | Spencer Ross<br>215 11th Ave NE<br>Apt. 3<br>St. Petersburg, FL 33701-1961 |
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Stefano Musumeci<br>Uuslinna tn 9/4-52<br>11415 Tallinn<br>Estonia | Steve Delassus<br>215 Avenue Marcel Anthonioz<br>01220 DIVONNE LES BAINS<br>France |

| | | |
|---|---|---|
| Steve Delassus<br>685 Rue de la Mairie<br>01170 Cessy France | Steven William Sweeney<br>7 LENT CRESCENT<br>BRAMPTON, ONTARIO L6Y 5E5<br>CANADA | Susan Ramaker<br>PO Box 3272<br>.<br>Wenatchee, WA 98807-3272 |
| TNT Business Complexes LLC<br>380 Leslie Way<br>East Wenatchee, WA 98802-5624 | TUOMAS J KARJALAINEN<br>7601 E Treasure DR, apt 1023<br>apt 1023<br>North Bay Village, FL 33141-4362 | Takeshi Kawai<br>3-9-2-403 Shimorenjaku<br>Mitaka City, Tokyo<br>181-0013, Japan |
| Talents 633 Ministries, NFP<br>24206 Walnut Circle<br>Plainfield, IL 60585-2261 | Talos Construction LLC<br>Todd Reuter, Foster Pepper PLLC<br>618 W Riverside Ave, Suite 300<br>Spokane, WA 99201-5102 | Talos Construction, LLC<br>PO Box 2607<br>Chelan, WA 98816-2607 |
| Taverne Kevin<br>13 rue kipling<br>91540 Mennecy , France | Theatherstrasse 27c<br>Theaterstrasse 27c<br>8400 Winterthur<br>Switzerland | Theocharis Aslanidis<br>Doridos 44<br>12242 Egaleo<br>Greece |
| Thomas Mehlitz<br>SolRide GmbH<br>Yburgstr. 18<br>Germany<br>Germany | Total Employment Management<br>723 W. Broadway<br>Moses Lake, WA 98837-1920 | Town Toyota Center<br>1300 Walla Walla<br>Wenatchee, WA 98801-1529 |
| Travelers Property Casualty Co. of America<br>Jonathan B. Alter, Esq.<br>1 Tower Square, MS04<br>Hartford, CT 06183-1050 | Travis Hibbard<br>PO Box 2607<br>Chelan, WA 98816-2607 | Treehouse Technology Group, LLC<br>300 Bedford Street, Unit 214<br>Manchester, NH 03101-1102 |
| Tyler Domer<br>91 NE 17 St<br>East Wenatchee, WA 98802-4147 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Customs<br>PO Box 979126<br>St. Louis, MO 63197-9001 |
| US Customs and Border Protection<br>Attn: REV-Bankruptcy-203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249-0002 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | United States Trustee<br>920 West Riverside Avenue<br>Suite 593<br>Spokane, WA 99201-1012 |
| Vanessa Pierce Rollins<br>123 Springhill Drive<br>East Wenatchee, WA 98802-8560 | Viken Chouchanian<br>17429 Lahey St<br>LA, CA 91344-3426 | Viken Chouchanian<br>8741 Darby Ave #3<br>Northridge, CA 91325-3089 |
| Vyacheslav Levin<br>4A Stoke Row<br>Coventry,Westmidlands<br>CV2 4JQ<br>UK | WA Department of Revenue<br>Attn: Sam Seal<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | Mark Waldron<br>Mark Waldron, Chapter 7 Panel Trustee<br>6824 19th St. W.<br>Pmb 250<br>University Place, WA 98466-5528 |

| | | |
|---|---|---|
| Washington Department of Revenue<br>2101 Fourth Avenue #1400<br>Seattle, WA 98121-2300 | Washington Employment Security Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| Washington State Taxing Agencies<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Nathan Welling<br>340 S. Lemon Avenue<br>Unit 5807<br>Walnut, CA 91789-2706 | Wilhelmus Appel<br>Lupinelaan 15<br>5582 CG Waalre<br>The Netherlands |
| William M Patton<br>6821 Sky Circle<br>United States<br>Anchorage, AK 99502-3979 | William Stephen Davis<br>7281 Rooses Drive<br>Indianapolis, IN 46217-7411 | William Tran<br>403 N Ramona Rd<br>Alhambra, CA 91803-3548 |
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 | Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | Wong Chun Ming<br>Sham Shui Po,Fuk Wing st 133<br>Flat A 10/F 5/Block Golden Bldg<br>Hong Kong<br>Sham Shui Po,Fuk Wing st 133 Flat A 10/F |
| Xiaoming Lu<br>3269 Range Ct<br>Mason, OH 45040-8741 | Yuet Choi Cheng<br>22F Nam Hoi Mansion, Taikoo Shing<br>HONG KONG | Yurii Kuzmin<br>10-B, Urozhaynaya str.,<br>Odessa<br>65016<br>Ukraine |
| caleb maistry<br>Van hoof street, 2 willow view estate, r<br>Gauteng,Johannesburg<br>South Africa | elieshay touboul<br>amos 221<br>tekoa<br>Israel<br>israel | fabio todeschini<br>16 via gran san bernardo<br>milan<br>italy |
| hari krishna prasad menta venkata<br>116 CANADIAN LAKES BLVD<br>CANADIAN, BALLARAT<br>Australia<br>116 canadian lakes blvd, canadian, 3350 | lior sharabi<br>eshkolit 28/22 - Pardes Hana - Israel<br>eshkolit 28/22 - Pardes Hana - Israel | ljupco nikolovski<br>mercurius 15<br>1188 GA<br>Amstelveen<br>Holland |
| mathias brachet<br>darwingasse 37<br>top 1<br>1020 Vienna<br>Austria | nick nguyen<br>3411 Greentree Dr<br>Falls Church, VA 22041-1405 | pamelyn chee<br>po box 18771<br>United States<br>los angeles, CA 90018-0771 |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brandon Gordon<br>601 Seven Oaks Ct<br>Brooksville, FL 34601 | CryptoDigger LLC<br>3476 E Tiffany Way<br>Gilbert, AZ 85298 | Electrical Power Products, Inc.<br>4240 Army Post Rd<br>United States<br>Des Moines, IA 50321 |

| | | |
|---|---|---|
| Lighthouse (formerly Discovia)<br>250 Montgomery St., Suite 300<br>San Francisco, CA 94104 | Pacific Security<br>2009 Iron St.<br>Bellingham, WA 98225 | Christopher F Ries<br>Ries Law Firm<br>312 Balsam Suite D<br>P O Box 2119<br>Moses Lake, WA 98837 |
| (d)Christopher F. Ries<br>Ries Law Firm, P.S.<br>Post Office Box 2119<br>Moses Lake, WA 98837 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)507 Capital LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | (u)ANATOLY CHECHERIN<br>BEGOVAYA, 3, BUILDING 1, 36 FLOOR<br>MOSCOW, RUSSIA, ZIP 125284 | (u)Aliaksei Volnov<br>18-34 Lesi Ukrainki str.<br>Minsk<br>Belarus<br>18-34 Lesi Ukrainki str., Minsk, Belarus |
| (u)Allrise Financial Group | (u)Anton Shamanaev<br>Vvedenskogo st 24k2<br>162 apt<br>Moscow, Russian Federation, 117279 | (u)Paul A Baum |
| (d)Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway<br>Suite 1490<br>San Diego, CA 92101-8567 | (u)COSTANTINI frederic<br>29 BIS rue Emile Duclaux 92150 Suresnes<br>29 BIS rue Emile Duclaux 92150 Suresnes | (u)David M Carlson |
| (u)Denis Veselovsky<br>125252 Russia<br>Moscow<br>Zorge st, 28, 52<br>Russia | (u)Dmitry Benkovich<br>12, Trubetskaya str, app.1A, Moscow, Rus | (d)ECO Diversified Holdings, Inc.<br>4625 West Nevso Dr Suite 2<br>Las Vegas, NV 89103-3763 |
| (u)EcoChain, Inc. | (u)Eduard Khaptakhaev<br>Lenkinkkgradsky pr-t 76/1/49<br>Moscow<br>Russia | (u)Evgeny Skoropisov<br>32 Moo11, Soi Hua Hin 112, Tabtai, MEUAN<br>Hua Hin, Prachuap Khiri Khan, 77140 Thai |
| (u)Executive Flight, Inc. | (u)Grigory Klumov<br>Balaklavsky avenue 12-3-93<br>117639<br>Moscow Russia | (u)Jarno Hogeweg<br>Kaya Sirena 18<br>Kralendijk<br>Bonaire |
| (u)Jose Antonio Carapeto Sierra<br>Calle Pirra, 14 - Portal H - 3A C.P 2802<br>Madrid<br>Espaa | (u)Lester Ayllon<br>Rua Adele, 119 AP 264 BL 2<br>Rua Adele 119, AP 264 BL 2 | (u)Luca Monterisi<br>Sveti Martin, 142<br>Podstrana  21312<br>Croatia |

| | | |
|---|---|---|
| (u)MASAYA FUJIOKA<br>Ookayamamanshion319<br>Meguro-ku1-36-31,Tokyo 152-0033 | (u)Mazaeva Maria<br>Shokalskogo proezd<br>h.4 app.44<br>127642<br>Russia, Moscow | (u)Mikhail Meshkov<br>Metallurgov ul. 11-52<br>Moscow, Russia, 111401 |
| (u)Nicolas Colombera<br>Santa Cruz 88<br>Santiago del Estero, Capital<br>Zip: 4200 | (u)OMAR JAVIER MONSALVE SANCHEZ<br>AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2<br>PAREDES DE COURA, VIANA DO CASTELO, PORT<br>4940-520 | (d)Paul A. Barrera<br>17713 15th Ave NE<br>Ste 101<br>Shoreline, WA 98155-3839 |
| (u)Perkins Coie LLP | (u)Petr Bohacek<br>Kloboucnicka 1440/8<br>Czechia<br>Czechia | (u)Primo Njega<br>BUKOVCI 100f<br>SI-2281 Makovci<br>Slovenija<br>Slovenija |
| (u)Rolan Burykin<br>Thomas-Diewald Str 2, 82152 Planegg, Ger<br>Thomas-Diewald Str 2, 82152 Planegg, Ger | (d)Schmitt Electric, Inc<br>1114 Walla Walla Avenue<br>Wenatchee, WA 98801-1525 | (u)Refael Sofair |
| (d)Tuomas J Karjalainen<br>7601 E treasure DRIVE, APT 1023<br>APT 1023<br>North Bay Village, FL 33141-4362 | (u)Unsecured Creditors' Committee | (u)Valerijs Sidoriks<br>63 Addison Road, Guildford, Surrey, GU1 |
| (u)Vladislav Manitskiy<br>Garazhnaya street 67/396<br>Krasnodar city, Krasnodar region<br>Russian Federation, 350000 | (d)Winland Credit Partners LLC<br>P.O. Box #206<br>N. Stonington, CT 06359-0206 | End of Label Matrix<br>Mailable recipients   413<br>Bypassed recipients    38<br>Total                 451 |