The Honorable Frederick P. Corbit
Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 18-03197 FPC 7 |
|---|---|
| GIGA WATT, INC., a Washington corporation, | NOTICE OF APPEARANCE |
| Debtor. | |

PLEASE TAKE NOTICE that Douglas R. Cameron of Hanson Baker Ludlow Drumheller, P.S. enters his appearance on behalf of creditor Jun Dam and pursuant to Bankruptcy Rules 2002 and 9010(b), respectfully requests that all papers or pleadings filed herein, except process, and including but not limited to all notices required to be sent to creditors pursuant to Fed. R. Bankr. P. 2002, 4001 and 9007, be served upon the said creditor through his undersigned attorneys at the address stated below.

The Clerk of the Bankruptcy Court is further requested to add the name and address below to the master mailing list in this case:

>Jun Dam
>c/o Douglas R. Cameron
>Hanson Baker Ludlow Drumheller P.S.
>2229 112th Ave. N.E., Ste. 200
>Bellevue, WA 98004

NOTICE OF APPEARANCE - 1

1     DATED this 22nd day of August, 2024.

2                          HANSON BAKER LUDLOW DRUMHELLER P.S.

5                        By: */s/ Douglas R. Cameron*
                           Douglas R. Cameron, WSBA # 43091
                           Lacee L. Curtis, WSBA # 49953

6                            Attorneys for Jun Dam

NOTICE OF APPEARANCE - 2

**Hanson Baker Ludlow Drumheller P.S.**
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374