|  | The Honorable Frederick P. Corbit |
|---|---|
|  | Chapter 7 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Case No. 18-03197 FPC 17 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | |
| Debtor. | ORDER DENYING FIRST AND FINAL CONTINGENCY FEE APPLICATION OF THE POTOMAC LAW GROUP PLLC (PERKINS ADVERSARY PROCEEDING) |
|  | [PROPOSED] |

THIS MATTER came before the Court on the application for award of compensation for services rendered and reimbursement of expenses pursuant to 11 USC § 330 filed by the Potomac Law Group, PLLC ("Contingency Fee Application"). The Court reviewed and considered the application; the objections, declarations, exhibits, and other evidence on file herein; the replies, if any; the arguments of counsel; and

The Court, being duly informed, and based on the totality of the circumstances, finds good cause exists for entry of this order. For the reasons stated on the record and incorporated herein by this reference, it is hereby

ORDER DENYING CONTINGENCY FEE APPLICATION - 1

Hanson Baker Ludlow Drumheller P.S.
2229 – 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

1   ORDERED that, pursuant to 11 U.S.C. § 330, the Contingency Fee Application is denied

2   WITHOUT PREJUDICE.  It is further

3       ORDERED that _____.

4                           / / / END OF ORDER / / /

5

6   Presented by:

7   HANSON BAKER LUDLOW
    DRUMHELLER P.S.
8

9

    By: /s/ Lacee L. Curtis
10      Douglas R. Cameron
        WSBA No. 43091
11      dcameron@hansonbaker.com
        Lacee L. Curtis
12      WSBA No. 49953
        lcurtis@hansonbaker.com
13      Attorneys for Jun Dam

ORDER DENYING CONTINGENCY FEE APPLICATION - 2

Hanson Baker Ludlow Drumheller P.S.
2229 – 112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374