FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUN DAM,<br><br>    Appellant,<br><br>    v.<br><br>MARK D. WALDRON, Chapter 7 Trustee,<br><br>    Appellee/Trustee. | No. 2:21-CV-00291-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulated Dismissal of Consolidated Appeals, ECF No. 65. Appellant is represented by Dannis J. McGLothin, Leslie E. Hurst, Robert J. Cadranell, II, Thomas J. O'Reardon, and Timothy G. Blood. Appellee/Trustee is represented by Pamela M. Egan.

    The parties stipulate to voluntary dismissal of the consolidated appeal. Federal Rule of Bankruptcy Procedure, Rule 8023(a) provides that "[t]he clerk of the district court … must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due." Fed. R. Bankr. P., Rule 8023(c).

//

//

//

//

EXHIBIT D, Page 1 of 2

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Dismissal of Consolidated Appeals, ECF No. 65, is **GRANTED**, pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure.

2. The above-captioned appeal is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. No Court fees are due by either party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 2nd day of August 2024.



Stanley A. Bastian
Chief United States District Judge

EXHIBIT D, Page 2 of 2