# EXHIBIT F

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

MAR 2 2021

FILED _____
DOCKETED _____
AT _____ INITIAL
11:00 a.m.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 5. Notice of Appeal from a Judgment or Order of the Bankruptcy Appellate Panel

Name of debtor: Giga Watt Inc.

Bankruptcy Appellate Panel (BAP) case number: EW-20-1156-FBG

Date case was first filed in BAP: 06/29/2020

Date of judgment or order you are appealing: 01/29/2021

Fee paid for appeal?  ○ Yes  ● No

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jun Dam

Is this a cross-appeal?  ○ Yes  ● No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?  ○ Yes  ● No

If Yes, what is the prior appeal case number? _____

Your mailing address:

237 Kearny St #9096

City: San Francisco   State: CA   Zip Code: 94108

Prisoner Inmate or A Number (if applicable): _____

Signature: [signature]   Date: 2/27/21

*Complete and file with the attached representation statement in the BAP*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

EXHIBIT F, 1 of 1

Form 5                                                      Rev. 12/01/2018