# EXHIBIT G

Jun Dam (*Pro Se*)
237 Kearny #9096
San Francisco, CA 94108
Phone: (415) 429-1177
Email: jundam@hotmail.com

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 30 2021

FILED_____
DOCKETED_____
DATE    INITIAL

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor<br><br>JUN DAM, Appellant,<br><br>v.<br><br>MARK D. WALDRON,<br>Chapter 11 Trustee, Appellee. | No. 21-60016<br><br>BAP No. 20-1156<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

### MOTION

COMES NOW appellant Jun Dam, in propria persona, responds to Order to Show Cause. The Court does have jurisdiction notwithstanding that no party has even raised objections based on non-jurisdictional claim-processing rules. Appellant shall not forfeit right to appeal. Appellant asserts that this current appeal should be under Article III jurisdiction under Federal Rules of Civil Procedure 60(b) and within the statutes of limitations thereof. Lastly, attached in Ex. A is proof that the Notice of Appeal was sent by FedEx to be delivered to the BAP court by 3/1/2021.

DATED this 30th day of March, 2021

*/s/ Jun Dam*

Jun Dam (*Pro Se*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

<u>Exhibit A - Notice of Appeal FedEx Receipt</u>



| | |
|---|---|
| Address: | 671 MALL RING CIR |
| | HENDERSON |
| | NV 89014 |
| Location: | LASKK |
| Device ID: | -BTC01 |
| Transaction: | 940293250770 |

**FedEx Standard Overnight**
784186418757   .10 lb (S)   29.55
   No Signature Required
   Declared Value   0

Recipient Address:
   ATTN VINCENT BARBATO
   USBANKRUPTCY APPELLATE PANEL OF 9TH
   125 S GRAND AVE
   Pasadena, CA 91105
   6262297220

Scheduled Delivery Date 03/01/2021

Pricing option:
   ONE RATE

Package Information:
   FedEx Envelope

|   |   |
|---|---|
| Shipment subtotal: | $29.55 |
| **Total Due:** | **$29.55** |
| (K) CreditCard: | $29.55 |

DUPLICATE

N = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Mar 02, 2021 1:50:54 PM

EXHIBIT G, 3 of 3