# EXHIBIT H

18-03197-FPC7    Doc 1056-8    Filed 09/03/24    Entered 09/03/24 17:48:00    Pg 1 of 3

FILED

JUN 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: GIGA WATT INC.,

    Debtor.

_____

JUN DAM,

    Appellant,

  v.

MARK D. WALDRON, Chapter 11 Trustee,

    Appellee.

No. 21-60016

BAP No. 20-1156

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

    A review of the record and the parties' responses to this court's March 10, 2021 order to show cause demonstrates that this court lacks jurisdiction over this appeal because the March 2, 2021 notice of appeal was not filed within 30 days after the Bankruptcy Appellate Panel's judgment was entered on January 29, 2021. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 6(b)(1); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Bowles v. Russell*, 551 U.S. 205 (2007) (court lacks authority to create equitable exceptions to jurisdictional requirement of timely notice of appeal).

EXHIBIT H, 1 of 2

MF/Pro Se

Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**