Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>　　　　　　　　　Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM** |

I, Pamela M. Egan pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am a partner with the law firm of Potomac Law Group PLLC ("PLG"), which represents Mark D. Waldron, the Chapter 7 Trustee, as general counsel in the above-captioned case. I submit this declaration in support of the *Chapter 7 Trustee's Motion for a Pre-Filing Review Order and/or Sanctions Against Jun Dam* (the "Motion"), filed herewith.

18-03197-FPC7    Doc 1057    Filed 09/03/24    Entered 09/03/24 17:52:46    Pg 1 of 4

3. The statements made herein are based on my personal knowledge. If called to testify I would and could testify competently to the statements made herein.

4. A true and correct copy of the Motion for Stay Pending Appeal of Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, District Court, Case No. 2:20-cv-00391-SAB (filed November 2, 2020), D.Ct. ECF No. 4, is attached to the Motion as Exhibit A.

5. A true and correct copy of the Memorandum in Support of Motion for Stay Pending Appeal of Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, District Court, Case No. 2:20-cv-00391-SAB (filed November 30, 2020) (without the approx. 300 pages of exhibits), Dt. Ct. ECF No. 14, is attached to the Motion as Exhibit B.

6. A true and correct of the Class Action Complaint, District Court, Case No. 2:20-cv-00464-SAB (filed December 16, 2020), D.Ct. ECF No. 1, is attached to the Motion as Exhibit C.

7. A true correct copy of the Order Denying Motions as Moot, Case No. 2:20-cv-00391-SAB (relating to mot. to stay ML Equipment sale) (filed January 21, 2021), D.Ct. ECF No. 18, is attached to the Motion as Exhibit D.

8. A true and correct copy of the Memorandum, Dam v. Waldron, U.S. BAP, 9th. Cir., Case No. 20-1156 (TNT Sale appeal) (filed January 29, 2021), BAP ECF No. 20-1, is attached to the Motion as Exhibit E.

EGAN DECL. IN SUPPORT OF CH. 7
TRUSTEE'S MOTION FOR A PRE-FILING
REVIEW ORDER/SANCTIONS AGAINST JUN DAM -- P a g e | 2

18-03197-FPC7    Doc 1057    Filed 09/03/24    Entered 09/03/24 17:52:46    Pg 2 of 4

9. A true and correct copy of the Notice of Appeal (appeal of TNT Sale Order to 9th Cir.), BAP 9th Cir., Case No. 20-1156 (filed March 2, 2021), BAP ECF No. 25, is attached to the Motion as Exhibit F.

10. A true and correct copy of the Response to Order to Show Cause, 9th Cir. Court of Appeals, Case No. 21-60016 (TNT Sale appeal) (filed March 30, 2021), Ct. App. 9th Cir. ECF No. 3, is attached to the Motion as Exhibit G.

11. A true and correct copy of the Order, U.S. Ct. App., 9th Cir., App. Case No. 21-60016, (filed June 11, 2021), Ct. App. 9th Cir. ECF No. 6, is attached to the Motion as Exhibit H.

12. A true and correct copy of the Order Affirming the Bankruptcy Court's Order Granting Appellee's Motion to Dismiss, U.S. Dist. Ct., EDWA, Case No. 20-351 (re dismissal of complaint against Trustee and PLG) (filed July 30, 2021), D.Ct. ECF No. 15, is attached to the Motion as Exhibit I.

13. A true and correct copy of the Order Affirming the Bankruptcy Court's Sale Approval Order, *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB (ML Equipment Sale appeal), (filed July 30, 2021), D.Ct. ECF No. 21, is attached to the Exhibit J.

14. A true and correct copy of the Stipulation of Settlement, District Court, Case No. 2:20-cv-464-SAB (filed November 29, 2023) (without attached exhibits), D.Ct. ECF No. 61-4, is attached to the Motion as Exhibit K.

15. A true and correct copy of the Stipulated Dismissal of Consolidated Appeals, District Court, Case No. 2:21-cv-00291-SAB (filed June 28, 2024), D.Ct.

ECF No. 65, together with D.Ct. ECF No. 66, Order Granting Dismissal and Closing File, Dam v. Waldron, U.S. D. Ct. EDWA, Case No. 2:21-cv-00291-SAB (filed August 2, 2024) is attached to the Motion as <u>Exhibit L</u>.

16. Of the Chapter 7 fees paid to PLG, $141,833 is attributable to Mr. Dam's actions.

17. PLG has accrued $150,000 in unpaid fees relating to Mr. Dam's vexatious litigation in the Chapter 11 case.

18. PLG has incurred an additional $43,200 in unpaid fees relating to Mr. Dam's objection to PLG's fees and this Motion. These fees are accruing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September 2024 in Seattle, Washington.

*Pamela M. Egan*
_____
Pamela M. Egan