Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>               Debtor. | Case No. 18-03197 FPC 7<br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM** |

Please take notice that Mark D. Waldron, as the Chapter 7 Trustee in the above-captioned case, has filed his Chapter 7 Trustee's Motion for a Pre-Filing Review Order and/or Sanctions Against Jun Dam ("Motion") pursuant to which the Trustee requests an Order declaring Mr. Dam to be a vexatious litigant, limiting Mr. Dam's ability to file documents in this Court, and awarding monetary sanctions against him.

If you wish to object to the Motion, you must file an objection with the Court and serve it upon undersigned by **September 24, 2024**. The Court may enter

Notice of Ch. 7 Trustee's Motion
For a Pre-Filing Review Order and/or Sanctions
Against Jun Dam- P a g e | **1**

an Order or Orders without further notice or actual hearing unless a written objection is timely served and filed.

Dated: September 3, 2024     POTOMAC LAW GROUP PLLC

By:     /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Notice of Ch. 7 Trustee's Motion
For a Pre-Filing Review Order and/or Sanctions
Against Jun Dam- P a g e | **2**