Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>　　　　　　　　　Debtor. | Case No. 18-03197 FPC 7<br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF ERRATA RE: CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM** |

Please take notice of the following correction to the *Chapter 7 Trustee's Motion for a Pre-Filing Review Order and/or Sanctions Against Jun Dam,* filed on September 3, 2024, ECF No. 1056 (the "Motion"):

Motion, ECF No. 1056 at 40:7 should state, "WHEREFORE, the Trustee respectfully requests. . . ." instead of incorrectly stating, "WHEREFORE, PLG respectfully requests. . . ."

Dated: September 4, 2024　　　　　　　　　POTOMAC LAW GROUP PLLC


By:　　/s/ Pamela M. Egan
　　　Pamela M. Egan (WSBA No. 54736)
　　　*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Notice of Errata re: Ch. 7 Trustee's Motion
For a Pre-Filing Review Order and/or Sanctions
Against Jun Dam- P a g e | **1**