Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**DECLARATION OF PAMELA M. EGAN IN SUPPORT OF NOTICE OF MOTION AND MOTION OF THE POTOMAC LAW GROUP PLLC FOR SANCTIONS AGAINST HANSON BAKER LUDLOW DRUMHELLER, P.S., LACEE L. CURTIS AND DOUGLAS R. CAMERON PURSUANT TO BANKRUPTCY RULE 9011; NOTICE THEREON** |

I, Pamela M. Egan pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am a partner with the law firm of Potomac Law Group PLLC ("PLG"), which represents Mark D. Waldron, the Chapter 7 Trustee, as general counsel in the above-captioned case. I submit this declaration in support of the *Notice of Motion and Motion of the Potomac Law Group PLLC for Sanctions Against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R.*

EGAN DECL. IN SUPPORT OF
RULE 9011 MOTION (HANSON BAKER) -- P a g e | **1**

*Cameron Pursuant to Bankruptcy Rule 9011; Notice Thereon* (the "Motion"), filed herewith.

3. The statements made herein are based on my personal knowledge. If called to testify I would and could testify competently to the statements made herein.

4. On September 3, 2024, I sent a letter and a copy of the Motion which are attached hereto as **Exhibit A** to Douglas Cameron and Lacee Curtis, Jun Dam's attorneys.

5. On September 6, 2024, Douglas Cameron and I conferred regarding the facts and circumstances underlying the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September 2024 in Seattle, Washington.

*Pamela M. Egan*
───────────────────────────
Pamela M. Egan

EGAN DECL. IN SUPPORT OF
RULE 9011 MOTION (HANSON BAKER) -- P a g e | **2**

TRUSTEE'S MOTION FOR A
PRE-FILING REVIEW ORDER
AGAINST JUN DAM - P a g e | **1**

18-03197-FPC7    Doc 1062    Filed 09/06/24    Entered 09/06/24 17:10:03    Pg 3 of 3