# EXHIBIT H

District Court Appeal No. 2:21-cv-00291-SAB Consolidated with
District Court Appeal No. 2:22-cv-00040-SAB
[Bankruptcy Court Case No. 18-03197-FPC7, Adv. Proceeding No. 21-80053]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC., a Washington corporation,

Debtor.

JUN DAM,

Appellant,

vs.

MARK D. WALDRON, Chapter 7 Trustee,

Appellee.

### STIPULATED DISMISSAL OF CONSOLIDATED APPEALS

| BLOOD HURST & O'REARDON, LLP | POTOMAC LAW GROUP PLLC |
|---|---|
| Timothy G. Blood | Pamela M. Egan |
| Leslie E. Hurst | 2212 Queen Anne Ave., N., #836 |
| Thomas J. O'Reardon II | Seattle, WA   98109 |
| Paula R. Brown | T: 415/297-0132 |
| 501 West Broadway, Suite 1490 | pegan@potomaclaw.com |
| San Diego, CA   92101 | |
| T: 619/338-1100 | *Attorneys for Mark D. Waldron,* |
| F: 619/338-1101 | *Chapter 7 Trustee* |
| tblood@bholaw.com | |
| lhurst@bholaw.com | |
| toreardon@bholaw.com | |
| pbrown@bholaw.com | |

*Attorneys for Appellant JUN DAM*

The parties to the above captioned consolidated appeal hereby stipulate to voluntary dismissal of the consolidated appeal.

WHEREAS, Federal Rule of Bankruptcy Procedure, Rule 8023(a) provides that "[t]he clerk of the district court … must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due."

WHEREAS, the parties agree that dismissal of the consolidated appeal is to be with prejudice and without fees or costs to either party.

WHEREAS, no court fees are due by either party.

WHEREAS, the parties seek no relief beyond the dismissal of the consolidated appeal and therefore a court order is not required for the clerk to enter dismissal of the appeal. Fed. R. Bankr. Pro., Rule 8023(c).

THEREFORE the parties stipulate to dismissal of Appeal No. 2:21-cv-00291-SAB and Appeal No. 2:22-cv-00040-SAB.

                                              Respectfully submitted,

Dated: June 28, 2024         BLOOD HURST & O'REARDON, LLP
                                        Timothy G. Blood
                                        Leslie E. Hurst
                                        Thomas J. O'Reardon II
                                        Paula R. Brown

                                        By:       *s/  Leslie E. Hurst*
                                                      LESLIE E. HURST

                                        501 West Broadway, Suite 1490
                                        San Diego, CA   92101

1

            T: 619/338-1100
            F: 619/338-1101

            *Attorneys for Appellant JUN DAM*

Dated: June 28, 2024      POTOMAC LAW GROUP PLLC
            Pamela M. Egan

            By:  *s/ Pamela M. Egan*
               PAMELA M. EGAN

            2212 Queen Anne Ave., N., #836
            Seattle, WA  98109
            T: 415/297-0132

            *Attorney for Mark D. Waldron, Chapter 7 Trustee*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 1, 2024      By:  *s/ Leslie E. Hurst*
               LESLIE E. HURST

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, I caused to be electronically filed the **STIPULATED DISMISSAL OF CONSOLIDATED APPEALS** with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing to all parties in the case who are registered to receive electronic service in this appeal through the District Court's electronic filing system.

Dated: July 1, 2024                    By:        *s/ Leslie E. Hurst*
                                                          LESLIE E. HURST

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUN DAM,<br><br>      Appellant,<br><br>      v.<br><br>MARK D. WALDRON, Chapter 7 Trustee,<br><br>      Appellee/Trustee. | No. 2:21-CV-00291-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulated Dismissal of Consolidated Appeals, ECF No. 65. Appellant is represented by Dannis J. McGLothin, Leslie E. Hurst, Robert J. Cadranell, II, Thomas J. O'Reardon, and Timothy G. Blood. Appellee/Trustee is represented by Pamela M. Egan.

    The parties stipulate to voluntary dismissal of the consolidated appeal. Federal Rule of Bankruptcy Procedure, Rule 8023(a) provides that "[t]he clerk of the district court … must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due." Fed. R. Bankr. P., Rule 8023(c).

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Dismissal of Consolidated Appeals, ECF No. 65, is **GRANTED**, pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure.

2. The above-captioned appeal is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. No Court fees are due by either party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 2nd day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**