Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW** |

I, Pamela M. Egan pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am a partner with the law firm of Potomac Law Group PLLC ("PLG"), which represents Mark D. Waldron, the Chapter 7 Trustee, as general counsel in the above-captioned case. I submit this declaration in support of the *Chapter 7 Trustee's Motion for Sanctions Against John T. Waldron* (the "Motion"), filed herewith.

EGAN DECL. IN SUPPORT OF CH. 7
TRUSTEE'S MOTION FOR SANCTIONS
AGAINST JOHN T. WINSLOW -- P a g e | **1**

3. The statements made herein are based on my personal knowledge. If called to testify I would and could testify competently to the statements made herein.

4. A true and correct copy of the Motion for Stay Pending Appeal of Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, U.S. District Court, ED WA ("District Court"), *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB, filed on November 2, 2020, D.Ct. ECF No. 4 is attached to the Motion as Exhibit A.

5. A true and correct copy of the Memorandum in Support of Motion for Stay Pending Appeal of Order (i) Approving the Sale of Moses Lake Equipment and Related Relief, (ii) Approving Bid Procedures, District Court (without the approx. 300 pages of exhibits), *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB, filed on November 30, 2020, Dt. Ct. ECF No. 14 is attached to the Motion as Exhibit B.

6. A true and correct copy of the Appellant's Opening Brief, District Court, *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB (relating to the ML Equipment Sale), filed on January 19, 2021, D.Ct. ECF No. 17 is attached to the Motion as Exhibit C.

7. A true and correct copy of the Order Denying Motions as Moot, District Court, *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB (relating to the motion to stay the ML Equipment sale), filed on January 21, 2021), D.Ct. ECF No. 18 is attached to the Motion as Exhibit D.

EGAN DECL. IN SUPPORT OF CH. 7
TRUSTEE'S MOTION FOR SANCTIONS
AGAINST JOHN T. WINSLOW -- P a g e | 2

8. A true and correct copy of the Order Affirming the Bankruptcy Court's Sale Approval Order, *Dam v. Waldron*, Case No. 2:20-cv-00391-SAB (ML Equipment Sale appeal), filed on July 30, 2021, D.Ct. ECF No. 21 is attached to the Motion as <u>Exhibit E</u>.

9. A true and correct copy of the Stipulation of Settlement, District Court (without attached exhibits), *Blomquist and Dam v. Perkins et al*, D.Ct. Case No. 2:20-cv-464-SAB, filed on November 29, 2023, D.Ct. ECF No. 61-4 is attached to the Motion as <u>Exhibit F</u>.

10. A true and correct copy of the Order Granting Final Approval of Class Action Settlement, District Court, *Blomquist and Dam v. Perkins et al.*, D.Ct. Case No. 2:20-cv-464-SAB, filed on May 23, 2024, D.Ct. ECF No. 83 is attached the Motion as <u>Exhibit G</u>.

11. A true and correct copy of the Stipulated Dismissal of Consolidated Appeals, District Court, *Dam v. Waldron*, Case No. 2:21-cv-00291-SAB, filed on June 28, 2024, D.Ct. ECF No. 65, together with the Order Granting Dismissal and Closing File, District Court, *Dam v. Waldron*, D.Ct. Case No. 2:21-cv-00291-SAB, filed on August 2, 2024, D.Ct. ECF No. 66 is attached to the Motion as <u>Exhibit H</u>.

12. PLG has accrued $40,936.50 in unpaid fees relating to Mr. Winslow's vexatious litigation in the Chapter 11 case.

13. Of the Chapter 7 fees paid to PLG, $24,720 is attributable to Mr. Winslow's vexatious litigation.

18-03197-FPC7    Doc 1066    Filed 09/07/24    Entered 09/07/24 15:12:36    Pg 3 of 4

14. PLG has incurred an additional $46,040.00 in unpaid fees relating to the tandem objections of Messrs. Winslow and Dam to PLG's fees (ECF Nos. 1048 and 1051), the *Chapter 7 Trustee's Motion for a Pre-Filing Review Order and/or Sanctions Against Jun Dam* (ECF No. 1056) and this Motion. These fees are accruing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September 2024 in Seattle, Washington.

*Pamela M. Egan*
Pamela M. Egan