Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW** |

Please take notice that Mark D. Waldron, as the Chapter 7 Trustee in the above-captioned case, has filed his Chapter 7 Trustee's Motion for Sanctions Against John T. Winslow ("<u>Motion</u>") pursuant to which the Trustee requests monetary sanctions against John T. Winslow in an amount of not less than $111,696.50 and accruing pursuant to the Court's inherent power and 28 U.S.C. § 1927. As set forth in the Motion, which is available from the clerk of the Court, the Trustee seeks sanctions against Mr. Winslow asserting that he has engaged and is continuing to engage in bad faith litigation and in litigation that unreasonably and vexatiously multiplies this bankruptcy proceeding.

If you wish to object to the Motion, you must file an objection with the Court and serve it upon undersigned by **October 3, 2024**. If an objection is filed,

Notice of Ch. 7 Trustee's Motion
for Sanctions Against John T. Winslow - P a g e | **1**

the moving party shall promptly request a hearing date from the Clerk and serve Notice of the hearing upon you.

The Court may enter an Order or Orders without further notice or actual hearing unless a written objection is timely served and filed.

Dated: September 7, 2024        POTOMAC LAW GROUP PLLC


By:      /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

Notice of Ch. 7 Trustee's Motion
for Sanctions Against John T. Winslow - P a g e | **2**