Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action, am over 18 years of age, and am a partner with the Potomac Law Group PLLC.

2. On September 4, 2024, I served a true copy of the following documents:

> CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM, ECF NO. 1056
>
> DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM, ECF NO. 1057
>
> NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR A PRE-FILING REVIEW ORDER AND/OR SANCTIONS AGAINST JUN DAM, ECF NO. 1058

CERTIFICATE OF SERVICE - P a g e | **1**

3. I made such service by personally enclosing the aforementioned documents in a prepaid priority U.S. mail wrapper addressed to JUN DAM, 2420 AVENIDA PEDRO ALBIZO CAMP, RINCON 00677, PUERTO RICO and depositing it into an official depository of the United States Postal Service within the State of Washington.

4. Further, on September 3, 2024, I served the aforementioned documents upon all the participants in the Court's Electronic Court Filing system as listed in **Exhibit A** attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September 2024 in Seattle Washington.

By: _/s/ Pamela M. Egan_
Pamela M. Egan

CERTIFICATE OF SERVICE - Page | 2