**EXHIBIT A**

Quentin D Batjer on behalf of Creditor Port of Douglas County
quentin@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Jun Dam
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood on behalf of Creditor Refael Sofair
tblood@bholaw.com, efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Douglas R Cameron on behalf of Creditor Jun Dam
dcameron@hansonbaker.com, hwatson@hansonbaker.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com,
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com,
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com,
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
adoupe@buchalter.com, doupear96329@notify.bestcase.com,simmel@ryanlaw.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

Scott B Henrie on behalf of Creditor Refael Sofair
scott@scotthenrie.com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, tdondero@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
hoog@ryanlaw.com, dhutchings@corrdowns.com

Reid G Johnson on behalf of Defendant Timur Usmanov
rjohnson@lukins.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com,
shanson@pyklawyers.com,cclaeson@pyklawyers.com,rroller@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com,
shanson@pyklawyers.com,cclaeson@pyklawyers.com,rroller@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com,
shanson@pyklawyers.com,cclaeson@pyklawyers.com,rroller@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com,
shanson@pyklawyers.com,cclaeson@pyklawyers.com,rroller@pyklawyers.com

Dennis J. McGlothin on behalf of Creditor Jun Dam
docs@westwalaw.com

Jofrey M McWilliam on behalf of Defendant Perkins Coie LLP
jmcwilliam@byrneskeller.com,jmcwilliam@byrneskeller.com,
jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

Jofrey M McWilliam on behalf of Defendant Lowell Ness
jmcwilliam@byrneskeller.com,
jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karenchpt7@gmail.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karenchpt7@gmail.com

James D Perkins on behalf of U.S. Trustee US Trustee
james.perkins@usdoj.gov

Danial D Pharris on behalf of Creditor NC Machinery Co.
pharris@lasher.com, luksetich@lasher.com

Vanessa Pierce on behalf of Creditor Clever Capital, LLC
vprollins@gmail.com

Vanessa Pierce on behalf of Creditor David M Carlson
vprollins@gmail.com

Jason T Piskel on behalf of Creditor Clever Capital, LLC
jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jason T Piskel on behalf of Creditor David M Carlson
jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.
jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1
jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC
, diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group
jsakay@buchalter.com, pmcvay@buchalter.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com

Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.
dscalia@lawdbs.com, paralegal@lawdbs.com

Tara J. Schleicher on behalf of Interested Party EcoChain, Inc.
tara.schleicher@foster.com,
kim.fergin@foster.com,kathy.meyer@foster.com,estela.acosta@foster.com

Daniel William Short on behalf of Creditor Douglas County PUD
dan.short@painehamblen.com, sheila.espinoza@painehamblen.com

Scott R. Smith on behalf of Creditor Douglas County PUD
srs@painehamblen.com

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com