Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Richard G. Voorhees, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action and am over 18 years of age.

2. On September 9, 2024, I served a true copy of the following documents:

CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW, ECF NO. 1065

DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW, ECF NO. 1066

NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW, ECF NO. 1067

CERTIFICATE OF SERVICE - P a g e | **1**

3. I made such service by personally enclosing the aforementioned documents in a prepaid priority U.S. mail wrapper addressed to JOHN T. WINSLOW, 112 WEISBROOK CT., HENDERSON, NV 89011 and depositing it into an official depository of the United States Postal Service within the State of Washington.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September 2024 in Seattle Washington.

By: /s/ Richard G. Voorhees
Richard G. Voorhees

CERTIFICATE OF SERVICE - Page | 2