Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**SECOND AMENDED NOTICE OF MOTION OF THE POTOMAC LAW GROUP PLLC FOR SANCTIONS AGAINST HANSON BAKER LUDLOW DRUMHELLER, P.S., LACEE L. CURTIS, AND DOUGLAS R. CAMERON PURSUANT TO BANKRUPTCY RULE 9011; NOTICE THEREON** |
|---|---|

Please take notice that the Potomac Law Group PLLC has filed *Motion of the Potomac Law Group PLLC for Sanctions Against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron Pursuant to Bankruptcy Rule 9011* (the "Motion"). The Motion requests sanctions as set forth in the Motion.

**Please take further notice that the time to object to the Motion has been amended. The deadline to file an objection is October 3, 2024.**

SECOND AMENDED NOTICE OF MOTION FOR ORDER
OF RULE 9011 SANCTIONS
AGAINST HANSON BAKER, ET AL - P a g e | **1**

If you wish to object to the Motion, you must file with the U.S. Bankruptcy Court, Eastern District of Washington, 904 West Riverside Avenue Suite 304, Spokane, WA 99201 and serve upon undersigned an objection. If a timely objection is filed and served, the movant will obtain a hearing date and serve notice thereof. The Court may enter an Order without further notice or hearing unless a written objection is timely served and filed.

Dated:  September 9, 2024   POTOMAC LAW GROUP PLLC

By:  /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

SECOND AMENDED NOTICE OF MOTION FOR ORDER OF RULE 9011 SANCTIONS
AGAINST HANSON BAKER, ET AL - P a g e | 2