The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | STIPULATED MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| Debtor. | |

PLEASE TAKE NOTICE that the undersigned, whose addresses are stated below, hereby withdraw as Attorneys of Record for Jun Dam, pursuant to Rule 9010-1(b)(5). Jun Dam certifies that he understands that no deadlines, hearings, or trials will be automatically continued as a result of this withdrawal, and that he has been informed that he may not appear or file pleadings *pro se* in this matter unless he files a statement or notice of appearance *pro se* in accordance with Rule 9010-1(b)(2) and (3). The withdrawal shall be effective upon entry of an order of this Court.

STIPULATED MOTION FOR WITHDRAWAL OF COUNSEL - 1

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

DATED this 12th day of September, 2024.

HANSON BAKER LUDLOW DRUMHELLER, P.S.
2229 112th Ave. N.E., Ste. 200
Bellevue, WA 98004

By: /s/ Douglas R. Cameron
    Douglas R. Cameron
    WSBA No. 43091
    dcameron@hansonbaker.com
    Withdrawing attorney

DATED this 11th day of September, 2024.

JUN DAM
2420 AVENIDA PEDRO ALBIZO CAMP
RINCON 00677
PUERTO RICO

By: _/s/ Jun Dam_____
    Jun Dam

STIPULATED MOTION FOR WITHDRAWAL OF COUNSEL - 2

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374