The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | NOTICE OF STIPULATED MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| Debtor. | |

**TO THE CLERK OF THE COURT**, and

TO: Jun Dam;
and
TO: Pamela Marie Egan, Counsel for Trustee;
and
TO: John Winslow.

PLEASE TAKE NOTICE THAT the undersigned intends to withdraw as attorney of record for creditor Jun Dam as of September 27, 2024. Said date is at least 14 days after service of this notice. This withdrawal shall be effective upon entry of an order of the court.

Hearings on the Chapter 7 Trustee's three Motions for a Pre-Filing Review Order and/or Sanctions against Jun Dam, Hanson Baker and John Winslow are currently set for October 8, 2024 (ECF No. 1056, 1061, and 1065).

NOTICE OF STIPULATED MOTION FOR ORDER
PERMITTING WITHDRAWAL OF COUNSEL - 1

**HB**
**Hanson Baker Ludlow Drumheller P.S.**
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

4890-3861-3572, v. 2

18-03197-FPC7    Doc 1077    Filed 09/12/24    Entered 09/12/24 15:12:07    Pg 1 of 3

1     The last known address of creditor Jun Dam is:

2     Jun Dam
       2420 Avenida Pedro Albizo Camp
3     Rincon 00677
       Puerto Rico

4

and all future pleadings in this matter should be directed to him at said address.

5
       DATED this 12th day of September, 2024.
6
                               HANSON BAKER LUDLOW
7                                DRUMHELLER P.S.

8
                               By:  */s/ Douglas R. Cameron*
9                                     Douglas R. Cameron
                                    WSBA No. 43091
10                                  dcameron@hansonbaker.com
                                    Withdrawing attorney

NOTICE OF STIPULATED MOTION FOR ORDER
PERMITTING WITHDRAWAL OF COUNSEL - 2

**Hanson Baker Ludlow Drumheller P.S.**
2229   112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

19-03615-FPC7    Doc 1077    Filed 09/12/24    Entered 09/12/24 15:12:07    Pg 2 of 3

# CERTIFICATE OF SERVICE

The undersigned certifies that on this day she caused to be served in the manner noted below, a copy of the document to which this certificate is attached, on the following counsel of record:

**Via Email Only**

Pamela Marie Egan
Potomac Law Group
2212 Queen Anne Ave. N., Ste 836
Seattle, WA 98109
pegan@potomaclaw.com
Attorney for Chapter 7 Trustee

**Via U.S. First Class Mail and Email**

Jun Dam
2420 Avenida Pedro Albizo Camp
Rincon 00677
Puerto Rico
jundam@hotmail.com

**Via U.S. First Class Mail and Email**
John T. Winslow
112 Weisbrook Ct.
Henderson, NV 89011
jtwinslow@live.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 12th day of September, 2024.


  /s/ Heather Watson
Print Name:  Heather Watson, Paralegal
Signed at Bellevue, Washington

NOTICE OF STIPULATED MOTION FOR ORDER
PERMITTING WITHDRAWAL OF COUNSEL - 3

**Hanson Baker Ludlow Drumheller P.S.**
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374