# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 9/18/2024
Case: 18–03197–FPC7     Form ID: pdf002     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     John T. Winslow     112 Weisbrook Ct.     Henderson, NV 89011

TOTAL: 1