# CERTIFICATE OF SERVICE

I certify that on the 16th day of September, 2024, I filed the **MOTION FOR WITHDRAWAL OF OBJECTION TO ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §330 or §331, AND APPROVING THE PAYMENT OF BANK FEES** with the Clerk of the Court.

I certify a true and correct copy of said Notice was sent electronically to:

Ben Ellison, on behalf of the Official Committee of Unsecured Creditors - salishsealegal@outlook.com, benaellison@gmail.com

James D Perkins on behalf of The United States Trustee - James.Perkins@usdoj.gov

Samuel Dart as attorney for Creditors' Committee of WTT Token Holders and Miners - sdart@eisenhowerlaw.com

Quentin D Batjer on behalf of Port of Douglas County - pam@dadkp.com, quentin@dadkp.com

William L Hames on behalf of Port of Douglas County - billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com

David R Law on behalf of Port of Douglas County - david@dadkp.com, amy@dadkp.com

Shauna S Brennan on behalf of ECO Diversified Holdings, Inc. - sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Robert H Castro on behalf of Interested Party Nathan Welling - rcastro@rcastrolaw.com, castro.ava@gmail.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group - doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of US Trustee - gary.w.dyer@usdoj.gov

Pamela Marie Egan on behalf of Trustee Mark Waldron - pegan@potomaclaw.com

Scott B Henrie on behalf of Creditor Rafael Sofair - shenrie@williamskastner.com, dlevitin@williamskastner.com

Douglas A. Hofmann on behalf of Creditor Rafael Sofair - dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Emerald City Statewide LLC - ghoog@pcslegal.com, danderson@pcslegal.com

David Kazemba on behalf of Creditor Giga Plex, LLC and MLDC1, LLC - dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, debbie@overcastlaw.com; kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Rafeal Sofair - jknox@williamskastner.com, rnelson@williamskastner.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies - bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D Pharris on behalf of Creditor NC Machinery Co. - pharris@lasher.com, lukesetich@lasher.com

Jason T Piskol on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - jtp@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC - diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins on behalf of Clever Capital, LLC, David M Carlson - vprollins@gmail.com

Joseph A. G. Sakay on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com
Tara J. Schleicher on behalf of interested party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com
US Trustee
ustp.region18.sp.ecf@usdoj.gov
Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com
Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com
Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com


Date Served: 9/16/2024


Sign your name: *John T. Winslow*


Print name: John T. Winslow