The Honorable Frederick P. Corbit
Chapter 7

John Winslow (*Pro Se*)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197 FPC

**NOTICE OF WITHDRAWAL OF OBJECTION TO ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §330 OR §331, AND APPROVING THE PAYMENT OF BANK FEES TO THE HONORABLE FREDERICK P. CORBIT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ALL CREDITORS, AND ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that John Winslow, a creditor in the above-captioned case, hereby withdraws his previously filed Objection to the Order Awarding Compensation for Services Rendered and Reimbursement of Expenses Pursuant to 11 U.S.C. §330 or §331, and Approving the Payment of Bank Fees ("Objection"), which was filed on August 22, 2024.

This withdrawal applies to the entire Objection and any statements or arguments made therein, including the intent to file an adversarial complaint regarding the $3,000,000 tokenholder class action settlement award.

I recognize that the Objection I previously filed included a statement of intention to pursue an adversarial complaint. After further review and consideration of the facts and legal issues, I have decided not to pursue the adversarial complaint. I apologize to the Court and the parties for any inconvenience this may have caused. My intention was always to protect my interests as a creditor, and I remain committed to participating in this process in good faith.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was served on all parties of interest via the Court's ECF system and/or by mail as appropriate on this 17th day of September, 2024.

Dated: September 17, 2024

Respectfully submitted,

*John T. Winslow*

John T. Winslow (*Pro Se*)
112 Weisbrook Ct.
Henderson, NV 89011
Phone: (818) 862-1257
Email: jtwinslow@live.com
Proof of Claim #: 60

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I certify that on the 17th day of September, 2024, I filed the **NOTICE OF WITHDRAWAL OF OBJECTION TO ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §330 OR §331, AND APPROVING THE PAYMENT OF BANK FEES TO THE HONORABLE FREDERICK P. CORBIT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ALL CREDITORS, AND ALL PARTIES IN INTEREST** with the Clerk of the Court. I certify a true and correct copy of said Notice was sent electronically to:

Ben Ellison, on behalf of the Official Committee of Unsecured Creditors - salishsealegal@outlook.com, benaellison@gmail.com

James D Perkins on behalf of The United States Trustee - James.Perkins@usdoj.gov

Samuel Dart as attorney for Creditors' Committee of WTT Token Holders and Miners - sdart@eisenhowerlaw.com

Quentin D Batjer on behalf of Port of Douglas County - pam@dadkp.com, quentin@dadkp.com

William L Hames on behalf of Port of Douglas County - billh@hawlaw.com, mecqueh@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com

David R Law on behalf of Port of Douglas County - david@dadkp.com, amy@dadkp.com

Shauna S Brennan on behalf of ECO Diversified Holdings, Inc. - sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Robert H Castro on behalf of Interested Party Nathan Welling - rcastro@rcastrolaw.com, castro.ava@gmail.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group - doupe@ryanlaw.com, doupear96329@notify.bestcase.com

Gary W Dyer on behalf of US Trustee - gary.w.dyer@usdoj.gov

Pamela Marie Egan on behalf of Trustee Mark Waldron - pegan@potomaclaw.com

Scott B Henrie on behalf of Creditor Rafael Sofair - shenrie@williamskastner.com, dlevitin@williamskastner.com

Douglas A. Hofmann on behalf of Creditor Rafael Sofair - dhofmann@williamskastner.com, kmejia@williamskastner.com

Gretchen J. Hoog on behalf of Emerald City Statewide LLC - ghoog@pcslegal.com, danderson@pcslegal.com

David Kazemba on behalf of Creditor Giga Plex, LLC and MLDC1, LLC - dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, debbie@overcastlaw.com; kazembadr92395@notify.bestcase.com

John Knox on behalf of Creditor Rafeal Sofair - jknox@williamskastner.com, rnelson@williamskastner.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies - bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com

Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com

Danial D Pharris on behalf of Creditor NC Machinery Co. - pharris@lasher.com, lukesetich@lasher.com

Jason T Piskol on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - jtp@pyklawyers.com

Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC - diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com

Vanessa Pierce Rollins on behalf of Clever Capital, LLC, David M Carlson -

vprollins@gmail.com
Joseph A. G. Sakay on behalf of Interested Party Allrise Financial Group
sakay@ryanlaw.com, docketing@ryanlaw.com

Dominique R Scalia on behalf of Attorney DBS Law
dscalia@lawdbs.com, paralegal@lawdbs.com
Tara J. Schleicher on behalf of interested party EcoChain, Inc.
tara.schleicher@foster.com, kesarah.rhine@foster.com
US Trustee
ustp.region18.sp.ecf@usdoj.gov
Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com
Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com
Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Douglas R. Cameron on behalf of Jun Dam
dcameron@hansonbaker.com

Date Served: 9/17/2024

Sign your name: *John T. Winslow*

Print name: John T. Winslow