The Honorable Frederick P. Corbit
Chapter 11

John Winslow (*Pro Se*)

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197 FPC

**MOTION FOR WITHDRAWAL OF OBJECTION TO ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §330 or §331, AND APPROVING THE PAYMENT OF BANK FEES**

## MOTION

COMES NOW John Winslow, in propria persona, a creditor in the above-captioned bankruptcy case, and respectfully moves this Court for an order to withdraw his objection to the order awarding compensation for services rendered and reimbursement of expenses pursuant to 11 U.S.C. §330 or §331, and approving the payment of bank fees (the "Objection") filed on August 22, 2024. This motion is made with prejudice, meaning that the objection shall be withdrawn permanently and cannot be refiled.

**1. Background**

On August 22, 2024, I, John Winslow, filed an objection to the order awarding compensation and approving payment of bank fees related to the bankruptcy estate of Giga Watt Inc. The objection was based on several arguments concerning the handling of a $3,000,000 settlement award and related issues.

## 2. Grounds for Withdrawal

After further review and consideration, I have decided to withdraw my objection for the following reasons:

- After discussion of the Objection and related issues with Pamela Egan, and therein becoming aware of new background information related to the case relevant to the settlement agreement and related compensation award, the arguments presented in the Objection are no longer relevant, viable, or necessary.

- After discussion of the Objection and related issues with Pamela Egan, I believe that Pamela Egan and Potomoc Law Group, PLLC should be paid the requested amount of $900,000 or the appropriate amount as determined by the court.

- I believe that withdrawing the Objection will not prejudice my rights or claims related to the bankruptcy estate or the settlement award.

## 3. Request for Relief

I request that the Court enter an order withdrawing the Objection with prejudice, thereby ensuring that the Objection is permanently removed from consideration and cannot be refiled.

**4. Conclusion**

For the reasons stated above, I respectfully request that the Court grant this motion and enter an order withdrawing the Objection with prejudice.

DATED this 15th day of September, 2024.

*John T. Winslow*

John T. Winslow (*Pro Se*)
112 Weisbrook Ct.
Henderson, NV 89011
Phone: (818) 862-1257
Email: jtwinslow@live.com
Proof of Claim #: 60