Jun Dam (*Pro Se*)  
5432 Geary Blvd #535  
San Francisco, CA 94121  
Phone: (415) 748-1113  
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit  
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor | Case No. 18-03197-FPC<br><br>**NOTICE OF PRO SE APPEARANCE** |

I, Jun Dam, hereby notify the Court and all interested parties that I will be representing myself (pro se) in the above-captioned bankruptcy case. I request that all notices, pleadings, and other documents related to this case be served to me at the following address:

Jun Dam (*Pro Se*)  
5432 Geary Blvd #535  
San Francisco, CA 94121  
Phone: (415) 748-1113  
Email: jundam@hotmail.com

I understand that as a pro se litigant, I am responsible for complying with all applicable bankruptcy rules, procedures, and court orders. I acknowledge that failure to comply may affect the outcome of my case.

Respectfully submitted,

Dated this 18th day of September, 2024

_____
Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com