Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Jun Dam

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
   |---|---|
   | ☐ Plaintiff | ☐ Debtor |
   | ☐ Defendant | ☒ Creditor |
   | ☐ Other (describe) _____ | ☐ Trustee |
   | | ☐ Other (describe) _____ |

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   ORDER GRANTING FINAL APPLICATION FOR SERVICES RENDERED (ECF No. 1079)

2. State the date on which the judgment—or the appealable order or decree—was entered:
   September 17th, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Pamela M. Egan   Attorney: Pamela M. Egan
   Potomac Law Group PLLC - (415) 297-0132
   2212 Queen Anne Ave. N., #836
   Seattle, WA 98109

2. Party: Giga Watt Inc.   Attorney: Mark D. Waldron / Chapter 7 Trustee
   Law Offices of Mark D. Waldron - (253) 565-5800
   6824 19th St. W., PMB 250
   University Place, WA 98466

# Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

# Part 5: Sign below

_[signature]_

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 9/24/2024

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Jun Dam
5432 Geary Blvd #535
San Francisco, CA 94121
(415) 748-1113

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]