

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**GIGA WATT INC**
(Debtor)

Case Number: **18–03197–FPC7**

**NOTICE OF FEES DUE**

To: Jun Dam, Creditor

A $298.00 filing fee was not received with a recently filed notice of appeal and statement of election.

PAYMENT OPTIONS AND INSTRUCTIONS: **Online** – Payment of the remaining filing fees from debtors may be paid using a debit card, ACH, or PayPal. Visit www.waeb.uscourts.gov and select *Online Payments* from the main page. **Mail** – Payment of the fee from debtors must be in the form of cashier's check or money order in U.S. funds, and made payable to: CLERK, UNITED STATES COURT. Payments should be mailed to U.S. Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210–2164. No cash accepted.

Date: September 26, 2024

CLERK OF COURT

/s/ Cassandra Rehn

Deputy Clerk