# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Jun Dam          5432 Geary Blvd #535          San Francisco, CA 94121

                                                                    TOTAL: 1