Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No.: 18-03197 FPC 7

ORDER APPROVING WITHDRAWAL OF COUNSEL WITHOUT SUBSTITUTION

This matter came before the court on the stipulated motion for an order permitting withdrawal of counsel. The court reviewed the motion and other records on file and finds that all requirements of Rule 9010-1(b)(5) have been met.

Therefore, the Court hereby ORDERS that the undersigned attorneys are granted leave to withdraw as counsel of record for Jun Dam and that they shall be removed from the record as attorneys of record by the clerk of this court. The withdrawal is effective as of the date of this order.

DATED this 12th day of September, 2024.

    HANSON BAKER LUDLOW DRUMHELLER, P.S.

ORDER APPROVING WITHDRAWAL OF COUNSEL - 1

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

2229 112th Ave. N.E., Ste. 200
Bellevue, WA 98004

By: _/s/ Douglas R. Cameron_
    Douglas R. Cameron
    WSBA# 43091
    dcameron@hansonbaker.com
    Withdrawing attorney

DATED this __11th__ day of September, 2024.

JUN DAM
2420 AVENIDA PEDRO ALBIZO CAMP
RINCON 00677
PUERTO RICO

By: _____
    Jun Dam

ORDER APPROVING WITHDRAWAL OF COUNSEL - 2