# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 10/2/2024
Case: 18–03197–FPC7     Form ID: pdf002     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     5432 Geary Blvd #535     San Francisco, CA 94121

TOTAL: 1