# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **[PROPOSED] ORDER SUSTAINING CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (RELEASED)** |

Upon the first omnibus claims objection of Mark D. Waldron, as Chapter 7 Trustee herein, for entry of an order (this "Order"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, disallowing and expunging from the claims register the Claims identified on **Exhibit 1** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and finding that the response deadline to the Objection expired on November 6, 2024; and that objections (if any) to the Objection have been withdrawn, resolved or overruled;

[Proposed] Order Granting Trustee's
First Omnibus Objection
(Released Claims)         - P a g e | **1**

18-03197-FPC7    Doc 1098-1    Filed 10/02/24    Entered 10/02/24 14:24:47    Pg 1 of 3

and that proper and adequate notice of the Objection and the relief requested therein has been provided; and that the relief sought in the Objection is in the best interests of the estate and all other parties-in-interest; and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that any findings of fact or conclusions of law made at any hearing on this Objection are incorporated herein by reference as if set forth fully herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED as set forth therein.

2. Each Claim identified on **Exhibit 1** attached hereto is disallowed and expunged from the claims register in its entirety.

3. The clerk of the Court is directed to reflect the disallowance of the Claims listed on **Exhibit 1**.

4. The Trustee has provided notice to the claimants listed on **Exhibit 1** that complies with due process, the Bankruptcy Rules, and the local rules of this Court.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any claim filed in this case; (b) a waiver of the Trustee's rights to dispute any claim on any grounds; or (c) a waiver of the Trustee's rights under the Bankruptcy Code or any other applicable law.

6. The Trustee is authorized and empowered to take all actions necessary to implement the relief grants in this Order.

7. This Court shall retain exclusive jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Objection or the implementation of this Order.

///END OF ORDER///

By:

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
Counsel to the Chapter 7 Trustee

[Proposed] Order Granting Trustee's
First Omnibus Objection
(Released Claims)   - P a g e | **3**