| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 1 | AARON KRIVITZKY | 270 | 4/14/2019 | UNSECURED | $3,599.33 | $3,599.33 | | |
| 2 | ADAM SCHAINBLATT | 183 | 3/9/2019 | UNSECURED | $35,186.77 | $35,186.77 | | |
| 3 | AHMED SHAH | 312 | 4/18/2019 | UNSECURED | $150,000.00 | $150,000.00 | | |
| 4 | ALAN NORMAN | 231 | 4/4/2019 | UNSECURED | $126,000.00 | $126,000.00 | | |
| 5 | ALAN WALNOHA | 130 | 2/18/2019 | UNSECURED | $352,733.93 | $352,733.93 | | |
| 6 | ALBERTO JOSE FARIA CAMACHO | 326 | 4/19/2019 | UNSECURED | $10,859.00 | $10,859.00 | | |
| 7 | ALEKSEY DANISHEVSKY | 241 | 4/7/2019 | UNSECURED | $64,293.00 | $64,293.00 | | |
| 8 | ALEX FILIPPOV | 175 | 3/7/2019 | UNSECURED | $58,389.74 | $58,389.74 | | |
| 9 | ALEX KUTAS | 289 | 4/17/2019 | UNSECURED | $299,576.80 | $299,576.80 | | |
| 10 | ALEX MCVICKER | 197 | 3/17/2019 | UNSECURED | $21,000.00 | $21,000.00 | | |
| 11 | ALIAKSEI VOLNOV | 209 | 3/24/2019 | UNSECURED | $91,749.09 | $91,749.09 | | |
| 12 | ALIAKSEI VOLNOV | 210 | 3/24/2019 | UNSECURED | $91,749.09 | $91,749.09 | | |
| 13 | ANATOLY CHECHERIN | 83 | 2/17/2019 | UNSECURED | $90,929.48 | $90,929.48 | | |
| 14 | ANDREA SHARP | 20 | 5/29/2019 | UNSECURED | $2,073,053.17 | $2,073,053.17 | | |
| 15 | ANDREW BLYLER | 42 | 2/11/2019 | UNSECURED | $7,710.20 | $7,710.20 | | |
| 16 | ANDREW JAMES | 181 | 3/8/2019 | UNSECURED | $2,199.00 | $2,199.00 | | |
| 17 | ANDREW MARK CAMPBELL-BOROSS | 154 | 2/26/2019 | UNSECURED | $3,302.50 | $3,302.50 | | |
| 18 | ANDREW MOLITOR | 344 | 4/26/2019 | UNSECURED | $7,919.00 | $7,919.00 | | |
| 19 | ANDREW STOCK | 235 | 4/5/2019 | UNSECURED | $7,084.41 | $7,084.41 | | |
| 20 | ANDREW THANH QUOC LE | 342 | 4/21/2019 | UNSECURED | $246,468.36 | $246,468.36 | | |
| 21 | ANTHONY MARTINEZ | 94 | 2/17/2019 | UNSECURED | $34,417.23 | $34,417.23 | | |
| 22 | ANTON SHAMANAEV | 204 | 3/22/2019 | UNSECURED | $14,806.00 | $14,806.00 | | |
| 23 | ANTONY GISHOLT | 25 | 3/8/2019 | UNSECURED | UNLIQUIDATED | | | |
| 24 | ARTHUR N MARODIS | 269 | 4/14/2019 | UNSECURED | $0.00 | $0.00 | | |
| 25 | BASHAR (BEN) ASSAD | 66 | 2/15/2019 | UNSECURED | $40,199.00 | $40,199.00 | | |
| 26 | BENJAMIN RUSSELL | 212 | 3/24/2019 | UNSECURED | $27,968.48 | $27,968.48 | | |
| 27 | BILL SCHMIDT | 100 | 2/17/2019 | UNSECURED | $2,000.00 | $2,000.00 | | |
| 28 | BLOCKCHAIN SYSTEMS LLC | 115 | 2/18/2019 | SECURED | $324,909.52 | | $324,909.52 | |
| 29 | BRANDON GORDON | 29 | 2/6/2019 | UNSECURED | $100,000.00 | $100,000.00 | | |
| 30 | BRANDON ROBINSON | 98 | 2/17/2019 | UNSECURED | $126,123.68 | $126,123.68 | | |
| 31 | BRIAN J DONN | 176 | 3/7/2019 | UNSECURED | $56,298.74 | $56,298.74 | | |
| 32 | BRIAN M PACKARD | 286 | 4/17/2019 | UNSECURED | $14,299.06 | $14,299.06 | | |
| 33 | BRYAN MACCALLUM | 189 | 3/12/2019 | UNSECURED | $23,679.01 | $23,679.01 | | |

| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 34 | BRYANT JOHNSON | 56 | 2/14/2019 | UNSECURED | $335,245.78 | $335,245.78 | | |
| 35 | CALEB MAISTRY | 297 | 4/18/2019 | UNSECURED | $13,479.00 | $13,479.00 | | |
| 36 | CAMERON SCHMIDT | 88 | 2/17/2019 | UNSECURED | $1,412.00 | $1,412.00 | | |
| 37 | CARLOS ENRIQUE FERNANDEZ CASTELLANO | 101 | 2/17/2019 | UNSECURED | $65,856.24 | $65,856.24 | | |
| 38 | CARLOS GAGLIANO | 103 | 2/17/2019 | UNSECURED | $10,100.00 | $10,100.00 | | |
| 39 | CARMEN J HERNANDEZ G | 232 | 4/5/2019 | UNSECURED | $116,479.21 | $116,479.21 | | |
| 40 | CASTAGNETO TRADING LLC | 335 | 4/19/2019 | UNSECURED | $38,406.00 | $38,406.00 | | |
| 41 | CESAR DIAZ, JRD FUNDING | 53 | 2/14/2019 | UNSECURED, SECURED | $737,885.96 | $554,471.96 | $183,414.00 | |
| 42 | CHARLES F V DHAUSSY | 315 | 4/19/2019 | UNSECURED | $43,337.50 | $43,337.50 | | |
| 43 | CHEN DU | 165 | 3/5/2019 | UNSECURED | $11,949.00 | $11,949.00 | | |
| 44 | CHRIS FEATHERSTONE | 302 | 4/18/2019 | UNSECURED | $16,100.00 | $16,100.00 | | |
| 45 | CHRISTIAN EICHERT | 329 | 4/19/2019 | UNSECURED | $166,944.93 | $166,944.93 | | |
| 46 | CHRISTIAN SCHIFFER | 239 | 4/6/2019 | UNSECURED | UNLIQUIDATED | | | |
| 47 | CLINTON DOUGLAS LUCKINBILL | 79 | 2/16/2019 | UNSECURED | $56,206.66 | $56,206.66 | | |
| 48 | CLINTON F SIKES | 275 | 4/14/2019 | UNSECURED | $16,628.00 | $16,628.00 | | |
| 49 | CODY FORREST QUINN | 81 | 2/16/2019 | UNSECURED | $1,237.00 | $1,237.00 | | |
| 50 | CODY SCHMIDT | 99 | 2/17/2019 | UNSECURED | $1,684.32 | $1,684.32 | | |
| 51 | COSTANTINI FREDERIC | 218 | 4/16/2019 | UNSECURED | $2,991.00 | $2,991.00 | | |
| 52 | CRAIG BEECH | 159 | 3/3/2019 | UNSECURED | $1,092,284.83 | $1,092,284.83 | | |
| 53 | CRYPTODIGGER LLC | 167 | 3/5/2019 | UNSECURED | $5,070.29 | $5,070.29 | | |
| 54 | DANIEL JAMES RYSER | 213 | 3/25/2019 | UNSECURED | $55,526.00 | $55,526.00 | | |
| 55 | DANIEL TOKLE | 224 | 3/31/2019 | UNSECURED | $4,454.00 | $4,454.00 | | |
| 56 | DANILA RUSIN | 325 | 4/19/2019 | UNSECURED | $27,097.42 | $27,097.42 | | |
| 57 | DARREN JAMES WURF | 86 | 2/17/2019 | UNSECURED | $22,495.00 | $22,495.00 | | |
| 58 | DARYL OLSEN | 236 | 4/5/2019 | UNSECURED | $9,500.00 | $9,500.00 | | |
| 59 | DAVID J LUTZ | 90 | 2/17/2019 | UNSECURED | $13,907.11 | $13,907.11 | | |
| 60 | DAVID R. MITCHELL | 250 | 4/9/2019 | UNSECURED | UNLIQUIDATED | $3,990.00 | | |
| 61 | DAVID TYCHSEN-SMITH | 144 | 2/20/2019 | UNSECURED | $30,755.84 | $30,755.84 | | |
| 62 | DENIS VESELOVSKY | 230 | 4/3/2019 | UNSECURED | $8,174.00 | $8,174.00 | | |
| 63 | DMITRY BENKOVICH | 195 | 3/14/2019 | UNSECURED | $158,400.00 | $158,400.00 | | |
| 64 | DMITRY KHUSIDMAN | 313 | 4/18/2019 | UNSECURED | $56,629.47 | $56,629.47 | | |
| 65 | DONALD J SULLIVAN | 328 | 4/19/2019 | UNSECURED | $89,750.00 | $89,750.00 | | |

| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 66 | DOUGLAS BERGER | 80 | 2/16/2019 | UNSECURED | $11,260.00 | $11,260.00 | | |
| 67 | EDMUND LEE | 350 | 6/7/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |
| 68 | EERO KOSKINEN | 82 | 2/17/2019 | UNSECURED | $385,046.00 | $385,046.00 | | |
| 69 | ELDER YOSHIDA | 249 | 4/9/2019 | UNSECURED | $78,310.10 | $78,310.10 | | |
| 70 | ELIESHAY TOUBOUL | 256 | 4/10/2019 | UNSECURED | $100,678.50 | $100,678.50 | | |
| 71 | ELISA U | 194 | 3/12/2019 | UNSECURED | $2,890.65 | $2,890.65 | | |
| 72 | EMIL PETROV STANEV | 156 | 2/27/2019 | UNSECURED | $73,729.19 | $73,729.19 | | |
| 73 | ERIC FERRARI | 287 | 4/17/2019 | UNSECURED | $44,060.00 | $44,060.00 | | |
| 74 | ERNESTO PEDRERA | 27 | 4/18/2019 | UNSECURED | $34,836.73 | $34,836.73 | | |
| 75 | EVGENY SKOROPISOV | 222 | 3/30/2019 | UNSECURED | $53,060.00 | $53,060.00 | | |
| 76 | FABIO TODESCHINI | 75 | 2/16/2019 | UNSECURED | $87,187.31 | $87,187.31 | | |
| 77 | FILIP SCHEPERJANS | 208 | 3/24/2019 | UNSECURED | $7,594.75 | $7,594.75 | | |
| 78 | FILIP SCHEPERJANS | 207 | 3/24/2019 | UNSECURED | $14,394.00 | $14,394.00 | | |
| 79 | FORZA 2 | 259 | 4/11/2019 | UNSECURED | $49,489.00 | $49,489.00 | | |
| 80 | FRANK DANIEL | 229 | 4/3/2019 | UNSECURED | $0.00 | $0.00 | | |
| 81 | FRANZ ALLIOD | 160 | 3/4/2019 | UNSECURED | $2,650.00 | $2,650.00 | | |
| 82 | FRANZ ALLIOD | 161 | 3/4/2019 | UNSECURED | $2,650.00 | $2,650.00 | | |
| 83 | FRED NOLTE | 266 | 4/13/2019 | UNSECURED | $369,349.00 | $369,349.00 | | |
| 84 | GENNADY ZHILYAEV | 265 | 4/13/2019 | UNSECURED | $524,850.00 | $524,850.00 | | |
| 85 | GEORGE SORIN LASCU | 252 | 4/9/2019 | UNSECURED | $136,546.81 | $136,546.81 | | |
| 86 | GEORGIOS LIGNOS | 12 | 4/17/2019 | UNSECURED | $54,660.15 | $54,660.15 | | |
| 87 | GLEB NESIS | 126 | 2/18/2019 | UNSECURED | $32,245.38 | $32,245.38 | | |
| 88 | GLEN ALLAN BRADLEY | 146 | 2/22/2019 | UNSECURED | $6,274.00 | $6,274.00 | | |
| 89 | GRANT HERHOLDT | 280 | 4/16/2019 | UNSECURED | $12,437.00 | $12,437.00 | | |
| 90 | GRIGORY KLUMOV | 73 | 2/15/2019 | UNSECURED | $454,678.00 | $454,678.00 | | |
| 91 | GRONSKI, JEFFREY G & ROBIN L | 218 | 3/28/2019 | UNSECURED | $13,035.46 | $13,035.46 | | |
| 92 | HANS-PETER EDENSTRASSER | 107 | 2/18/2019 | UNSECURED | $162,359.00 | $162,359.00 | | |
| 93 | HARI KRISHNA PRASAD MENTA VENKATA | 311 | 4/18/2019 | UNSECURED | $35,541.00 | $35,541.00 | | |

| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 94 | HARLAN ROBINSON | 11 | 2/15/2019 | UNSECURED | $204,021.12 | $204,021.12 | | |
| 95 | HASHVIN DARYANANI | 132 | 2/18/2019 | UNSECURED | $110,205.43 | $110,205.43 | | |
| 96 | LJUPCO NIKOLOVSKI | 225 | 4/1/2019 | UNSECURED | $18,400.00 | $18,400.00 | | |
| 97 | THEATHERSTRASSE 27c | 327 | 4/11/2019 | UNSECURED | $3,247.20 | $3,247.20 | | |