| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 1 | HIROAKI YAMAMOTO | 138 | 3/17/2019 | UNSECURED | $11,128.42 | $11,128.42 | | |
| 2 | HIROAKI YAMAMOTO | 198 | 3/17/2019 | UNSECURED | $24,608.00 | $24,608.00 | | |
| 3 | HIROAKI YAMAMOTO | 285 | 4/16/2019 | UNSECURED | $54,016.08 | $54,016.08 | | |
| 4 | HOWARD JONES | 148 | 2/24/2019 | UNSECURED | $28,156.00 | $28,156.00 | | |
| 5 | HUMERA SURTI | 334 | 4/19/2019 | UNSECURED | $3,500.00 | $3,500.00 | | |
| 6 | IAN M KENNEDY | 226 | 4/1/2019 | UNSECURED | $32,500.00 | $32,500.00 | | |
| 7 | IBRAHIM ISSA | 124 | 2/18/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |
| 8 | IBRAHIM ISSA | 157 | 3/1/2019 | UNSECURED | $10,850.00 | $10,850.00 | | |
| 9 | IGOR MARTIROSIAN | 131 | 2/18/2019 | UNSECURED | $63,000.00 | $63,000.00 | | |
| 10 | ILJA FILIPOVS | 142 | 2/20/2019 | UNSECURED | $18,446.21 | $18,446.21 | | |
| 11 | INTELLIAPPS LTD | 72 | 2/15/2019 | UNSECURED | $29,900.00 | $29,900.00 | | |
| 12 | INTERFLOW LLC | 39 | 2/16/2019 | UNSECURED | $1,114,244.92 | $1,114,244.92 | | |
| 13 | IOANNIS VIOLIDAKIS | 93 | 2/17/2019 | UNSECURED | $7,843.99 | $7,843.99 | | |
| 14 | IVAN MARCAK | 97 | 2/17/2019 | UNSECURED | $9,240.62 | $9,240.62 | | |
| 15 | JACQUELINE BUSSEY | 61 | 2/15/2019 | UNSECURED | $152,734.39 | $152,734.39 | | |
| 16 | JAMES C LUTZ | 309 | 4/18/2019 | UNSECURED | $155,178.00 | $155,178.00 | | |
| 17 | JAMES KING | 307 | 4/18/2019 | UNSECURED | $7,397.04 | $7,397.04 | | |
| 18 | JAMES MACCORNACK | 323 | 4/19/2019 | UNSECURED | $2,020.00 | $2,020.00 | | |
| 19 | JAMIE DARIO MEJIA MARTINEZ | 310 | 4/18/2019 | UNSECURED | $14,000.00 | $14,000.00 | | |
| 20 | JAN FALTYS | 187 | 3/11/2019 | SECURED | $9,596.00 | | $9,596.00 | |
| 21 | JANN SO | 264 | 4/12/2019 | UNSECURED | $9,430.29 | $9,430.29 | | |
| 22 | JARED MORRISSEY | 337 | 4/19/2019 | UNSECURED | $5,000.00 | $5,000.00 | | |
| 23 | JARNO HOGEWEG | 59 | 2/15/2019 | UNSECURED | $134,266.00 | $134,266.00 | | |
| 24 | JARRED HUTTO | 137 | 2/19/2019 | UNSECURED | $11,645.00 | $11,645.00 | | |
| 25 | JAY ROBERT STAHLE | 171 | 3/6/2019 | UNSECURED | $4,040.00 | $4,040.00 | | |
| 26 | JEFFREY ALAN MOODY | 172 | 3/6/2019 | UNSECURED | $28,616.50 | $28,616.50 | | |
| 27 | JEFFREY C LUTZ | 63 | 2/15/2019 | UNSECURED | $415,381.86 | $415,381.86 | | |
| 28 | JEFFREY CHIN | 51 | 2/14/2019 | UNSECURED | $51,136.03 | $51,136.03 | | |
| 29 | JEFFREY KUTAS | 266 | 4/17/2019 | UNSECURED | $64,540.05 | $64,540.05 | | |
| 30 | JEFFREY WALDOCK | 174 | 3/7/2019 | UNSECURED | $5,822.00 | $5,822.00 | | |
| 31 | JESSE SAMUEL WHEELER | 192 | 3/12/2019 | UNSECURED | $5,657.75 | $5,657.75 | | |
| 32 | JOHN GUILLE | 58 | 2/15/2019 | UNSECURED | $33,133.90 | $33,133.90 | | |
| 33 | JOHN HARTLEIB | 274 | 4/14/2019 | UNSECURED | $59,486.40 | $59,486.40 | | |
| 34 | JOHN HEINITZ | 347 | 5/2/2019 | UNSECURED | $2,800.00 | $2,800.00 | | |
| 35 | JOHN KOWALSKI | 193 | 3/12/2019 | UNSECURED | $3,837.00 | $979.00 | | |
| 36 | JOHN RODRIGUEZ | 333 | 4/19/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |

| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 37 | JOHN SCEVOLA | 96 | 2/17/2019 | UNSECURED | $150,000.00 | $150,000.00 | | |
| 38 | JONATHAN GOULD | 31 | 2/6/2019 | UNSECURED | $1,000.00 | $1,000.00 | | |
| 39 | JONATHAN J LUTZ | 91 | 2/17/2019 | UNSECURED | $19,783.96 | $19,783.96 | | |
| 40 | JONATHAN WILSON | 338 | 4/19/2019 | UNSECURED | $464.00 | $464.00 | | |
| 41 | JORDI GRAU | 238 | 4/6/2019 | UNSECURED | $9,567.70 | $9,567.70 | | |
| 42 | JOSE A. HERRERA | 128 | 2/18/2019 | UNSECURED | $100,000.00 | $100,000.00 | | |
| 43 | JOSE ANTONIO CARAPETO SIERRA | 341 | 4/20/2019 | UNSECURED | $16,522.00 | $16,522.00 | | |
| 44 | JOSE LUIS BLANCO | 215 | 3/26/2019 | UNSECURED | $23,663.00 | $23,663.00 | | |
| 45 | JOSEPH BRODSKY | 120 | 2/18/2019 | UNSECURED | $15,000.00 | | | |
| 46 | JOSEPH BRODSKY | 271 | 4/14/2019 | UNSECURED | $47,800.00 | $47,800.00 | | |
| 47 | JOSEPH BRODSKY | 299 | 4/18/2019 | UNSECURED | $47,888.00 | $47,888.00 | | |
| 48 | JOSEPH ERRIGO | 49 | 2/14/2019 | UNSECURED | $69,752.27 | $69,752.27 | | |
| 49 | JOSEPH M DUNN | 180 | 3/8/2019 | UNSECURED | $4,789.00 | $4,789.00 | | |
| 50 | JOSEPH SMITS | 292 | 4/17/2019 | UNSECURED | $77,364.59 | $77,364.59 | | |
| 51 | JOSHUA HESTER | 303 | 4/18/2019 | UNSECURED | $12,108.62 | $12,108.62 | | |
| 52 | JOSHUA MAPPERSON | 294 | 4/18/2019 | UNSECURED | $5,954.49 | $5,954.49 | | |
| 53 | JUAN BAUTISTA IBARRA ARANA | 84 | 2/17/2019 | UNSECURED | $19,049.24 | $19,049.24 | | |
| 54 | JUNG H. CHO | 104 | 2/17/2019 | UNSECURED | $347,792.70 | $347,792.70 | | |
| 55 | KAMRAN BEG | 332 | 4/19/2019 | UNSECURED | $7,600.00 | $7,600.00 | | |
| 56 | KEN LI KOH | 242 | 4/8/2019 | UNSECURED | $21,634.19 | $21,634.19 | | |
| 57 | KENNETH D MCCOY | 37 | 2/15/2019 | UNSECURED | $403,338.74 | $403,338.74 | | |
| 58 | KEVIN REINSCH | 321 | 4/19/2019 | UNSECURED | $8,294.94 | $8,294.94 | | |
| 59 | KEVIN TAVERNE | 125 | 2/18/2019 | UNSECURED | $267,801.33 | $267,801.33 | | |
| 60 | KHURSHID ALAM | 220 | 3/30/2019 | UNSECURED | $14,460.00 | $14,460.00 | | |
| 61 | KOJI MICHIWAKI | 84 | 2/24/2019 | UNSECURED | $33,746.00 | $33,746.00 | | |
| 62 | KOOMBEA INC. | 216 | 3/27/2019 | UNSECURED | $139,320.00 | $139,320.00 | | |
| 63 | KRISHNA KARTHIK REDDY ADAPALA | 119 | 2/18/2019 | UNSECURED | $193,368.27 | $193,368.27 | | |
| 64 | KYLE SPESARD | 272 | 4/14/2019 | UNSECURED | $3,299.00 | $3,299.00 | | |
| 65 | KYLE WHEELAN | 317 | 4/19/2019 | UNSECURED | $18,339.00 | $18,339.00 | | |
| 66 | LARRY EUGENE BAGGS | 147 | 2/22/2019 | UNSECURED | $13,041.50 | $13,041.50 | | |
| 67 | LASSE KAIHLAVIRTA | 38 | 2/12/2019 | UNSECURED | $39,914.00 | $39,914.00 | | |
| 68 | LAURENT HAMERS | 139 | 2/20/2019 | UNSECURED | $27,751.68 | $27,751.68 | | |
| 69 | LEON DE FLEURIOT DE LA COLINIERE | 277 | 4/15/2019 | UNSECURED | $269,489.04 | $269,489.04 | | |

| | NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 70 | LESLIE HIBBARD | 304 | 4/18/2019 | UNSECURED | $14,871.00 | $14,871.00 | | |
| 71 | LESTER AYLLON | 163 | 3/5/2019 | UNSECURED | $40,000.00 | $40,000.00 | | |
| 72 | LESTER AYLLON | 164 | 3/5/2019 | UNSECURED | $61,000.00 | $61,000.00 | | |
| 73 | LEVI ILLIS | 343 | 4/23/2019 | UNSECURED | $28,889.00 | $28,889.00 | | |
| 74 | LI LIANG | 228 | 4/1/2019 | UNSECURED | $95,000.00 | $95,000.00 | | |
| 75 | LIKUO LIN | 248 | 4/9/2019 | UNSECURED | $279,111.41 | $279,111.41 | | |
| 76 | LIOR SHARABI | 316 | 4/19/2019 | UNSECURED | $132,299.00 | $132,299.00 | | |
| 77 | LODOG CORP | 296 | 4/18/2019 | UNSECURED | $128,320.00 | $128,320.00 | | |
| 78 | LUCA MONTERISI | 57 | 2/15/2019 | UNSECURED | $5,112.32 | $5,112.32 | | |
| 79 | LUCAS VELASQUEZ | 141 | 2/20/2019 | UNSECURED | $22,272.25 | $22,272.25 | | |
| 80 | LUIS ROMAN | 33 | 2/6/2019 | UNSECURED | $1,000.00 | $1,000.00 | | |
| 81 | LUKE MCINTYRE | 74 | 2/17/2019 | UNSECURED | $46,280.70 | $46,280.70 | | |
| 82 | MARC JOYCE | 78 | 2/16/2019 | PRIORITY | $48,669.41 | | | $48,669.41 |
| 83 | MARK ELLIS | 273 | 4/14/2019 | UNSECURED | $49,741.30 | $49,741.30 | | |
| 84 | MARK R. SHAPLAND | 246 | 4/9/2019 | UNSECURED | $48,226.00 | $48,226.00 | | |
| 85 | MARK VANGE | 293 | 4/17/2019 | UNSECURED | $64,862.83 | $64,862.83 | | |
| 86 | MASAYA FUJIOKA | 221 | 3/30/2019 | UNSECURED | $65,032.00 | $65,032.00 | | |
| 87 | MATHIAS BRACHET | 68 | 2/15/2019 | UNSECURED | $48,693.00 | $48,693.00 | | |
| 88 | MATHIAS BRACHET | 69 | 2/15/2019 | UNSECURED | $48,693.00 | $48,693.00 | | |
| 89 | MATTEO ROMANI | 117 | 2/18/2019 | UNSECURED | $91,474.10 | $91,474.10 | | |
| 90 | MATTEO ROMANI | 102 | 2/17/2019 | UNSECURED | $92,474.10 | $92,474.10 | | |
| 91 | MATTHEW HINE | 188 | 3/12/2019 | UNSECURED | $30,331.77 | $30,331.77 | | |
| 92 | MATTHEW R LUTZ | 89 | 2/17/2019 | UNSECURED | $8,385.44 | $8,385.44 | | |
| 93 | MAZAEVA MARIA | 110 | 2/18/2019 | UNSECURED | $9,124.18 | $9,124.18 | | |
| 94 | MCVICKER, MOSS, BALESTRA | 129 | 2/18/2019 | UNSECURED | $30,000,000.00 | $30,000,000.00 | | |
| 95 | MELISSA SPILLMAN | 152 | 2/25/2019 | UNSECURED | $4,789.00 | $4,789.00 | | |
| 96 | MICHAEL BENDETT | 233 | 4/5/2019 | UNSECURED | $85,577.82 | $85,577.82 | | |
| 97 | MICHAEL BHAGAT | 196 | 3/15/2019 | UNSECURED | $26,491.30 | $26,491.30 | | |
| 98 | MICHAEL CHU | 245 | 4/9/2019 | UNSECURED | $31,281.74 | $31,281.74 | | |
| 99 | MICHAEL DETRINIDAD | 150 | 2/24/2019 | UNSECURED | $71,948.00 | $71,948.00 | | |
| 100 | MICHAEL ILYANKOFF | 122 | 2/18/2019 | UNSECURED | $28,477.00 | $28,477.00 | | |