Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS (RELEASED)** |
| | <u>Hearing Information</u><br>Date: November 13, 2024<br>Time: 11:30 a.m.<br>Location: Zoomgov.com<br>Meeting ID: 1606922376 |

**CLAIMANTS RECEIVING THIS NOTICE OF OMNIBUS OBJECTION SHOULD LOCATE THEIR NAMES AND CORRESPONDING CLAIMS ON <u>EXHIBIT 1</u> TO THE PROPOSED ORDER TO THE OMNIBUS OBJECTION SERVED WITH THIS NOTICE**

PLEASE TAKE NOTICE that Mark Waldron, the Chapter 7 Trustee, has filed his second omnibus objection (the "<u>Objection</u>") for entry of an order, substantially in the form attached to the Objection as **Exhibit A** (the "<u>Proposed Order</u>"), pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "<u>Bankruptcy Code</u>") and rule 3007 of the Federal Rules of

Notice of Trustee's Second Omnibus
Objection (Released Claims)      P a g e | 1

18-03197-FPC7    Doc 1101    Filed 10/02/24    Entered 10/02/24 14:37:06    Pg 1 of 2

Bankruptcy Procedure ("Bankruptcy Rules"), disallowing and expunging from the claims register each of the claims identified on **Exhibit 1** to the Proposed Order (collectively, the "Claims" or "Proofs of Claims") in their entirety. Each of the Claims have been released pursuant to the *Order Granting Final Approval of Class Action Settlement*, D.Ct. ECF No. 83 (the "Final Approval Order"), on May 23, 2024, entered by the U.S. District Court for the Eastern District of Washington in the case entitled, *Blomquist, Dam v. Perkins*, Case No. 2:20-cv-00464-SAB (the "Class Action"). In support of the Objection, the Trustee has also filed the *Declaration of Mark D. Waldron in Support of Debtor's First, Second, and Third Omnibus Objections to Claims (Released)*, filed herewith.

If you wish to object to the foregoing relief, then you must file with the above-captioned court and serve upon undersigned an Objection by November 6, 2024. A hearing on the Objection will be held on November 13, 2024 at 11:30 a.m. as set forth in the caption above. The Court may enter an order without an actual hearing or further notice unless a written objection is timely served and filed. Failure to file a response shall be deemed as consent to have the Court consider and determine the issue on the pleadings without oral argument.

Dated: October 2, 2024     POTOMAC LAW GROUP PLLC

By:     */s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)

*Counsel to the Chapter 7 Trustee*