| | NAME | CLAIM NO. | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 1 | MICHAEL LAFONTAINE JR | 305 | 4/18/2019 | UNSECURED | $20,748.00 | $20,748.00 | | |
| 2 | MICHAEL PAPENFUSE | 223 | 3/30/2019 | UNSECURED | $69,680.00 | $69,680.00 | | |
| 3 | MICHAEL RUSSO | 32 | 2/6/2019 | UNSECURED | $1,250.00 | $1,250.00 | | |
| 4 | MICHAEL WAGNER | 170 | 3/6/2019 | UNSECURED, SECURED | $73,000.00 | $48,000.00 | $25,000.00 | |
| 5 | MIKHAIL FILIPPOV | 140 | 2/20/2019 | UNSECURED | $59,609.00 | $59,609.00 | | |
| 6 | MIKHAIL MESHKOV | 279 | 4/15/2019 | UNSECURED | $179,247.43 | $179,247.43 | | |
| 7 | MOHAMMAD MEHDI TOOZHY | 227 | 4/1/2019 | UNSECURED | $19,693.00 | $19,693.00 | | |
| 8 | MR ALEXANDER GARNOCK | 106 | 2/18/2019 | UNSECURED | $28,250.00 | $28,250.00 | | |
| 9 | MR TOUBOUL | 308 | 4/19/2019 | UNSECURED | $73,499.60 | $73,499.60 | | |
| 10 | NATHAN WELLING | 109 | 2/18/2019 | UNSECURED | $709,396.50 | $709,396.50 | | |
| 11 | NATHAN WELLING | 244 | 4/8/2019 | UNSECURED | UNLIQUIDATED | | | |
| 12 | NEIL HUTCHINGS | 186 | 3/11/2019 | UNSECURED | $9,098.01 | $9,098.01 | | |
| 13 | NELSON L. KIM | 111 | 2/18/2019 | UNSECURED | $27,436.65 | $27,436.65 | | |
| 14 | NELSON PRADA | 261 | 4/11/2019 | UNSECURED | $41,930.75 | $41,930.75 | | |
| 15 | NICK NGUYEN | 77 | 2/16/2019 | SECURED | $2,199.00 | | $2,199.00 | |
| 16 | NICOLAS COLOMBERA | 162 | 3/4/2019 | UNSECURED | $2,625.00 | $2,625.00 | | |
| 17 | NITIN LIMAYE | 47 | 2/13/2019 | UNSECURED | $494,500.00 | $494,500.00 | | |
| 18 | NIVA JOHNSON | 314 | 4/19/2019 | UNSECURED | $39,327.07 | $39,327.07 | | |
| 19 | OMAR D. AHMADI | 155 | 2/26/2019 | UNSECURED | $14,742.35 | $14,742.35 | | |
| 20 | OMAR JAVIER MONSALVE SANCHEZ | 178 | 3/7/2019 | UNSECURED | $9,000.00 | $9,000.00 | | |
| 21 | OUR BOTANICALS WORLDWIDE LLC | 21 | 2/27/2019 | UNSECURED | $541,636.00 | $541,636.00 | | |
| 22 | PABLO HERNANDEZ GUEVARA | 257 | 4/11/2019 | UNSECURED | $79,465.64 | $79,465.64 | | |
| 23 | PAMELYN CHEE | 200 | 3/20/2019 | UNSECURED | $2,238.00 | $2,238.00 | | |
| 24 | PATH OF FOUR WINDS, LLC | 54 | 2/14/2019 | UNSECURED | $45,219.00 | $45,219.00 | | |
| 25 | PATRICK BLOUNT | 127 | 2/18/2019 | UNSECURED | $82,837.01 | $82,837.01 | | |

3rd Omnibus Objection (Released Claims)     1 of 4     Exhibit 1
18-03197-FPC7   Doc 1102-2   Filed 10/02/24   Entered 10/02/24 14:39:37   Pg 1 of 4

| | NAME | CLAIM NO. | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 26 | PAUL W REINSCH JR | 263 | 4/12/2019 | UNSECURED | $40,840.50 | $40,840.50 | | |
| 27 | PER MARTIN SUNDBERG | 340 | 4/20/2019 | UNSECURED | $293,741.00 | $293,741.00 | | |
| 28 | PETER MOONEY | 153 | 2/26/2019 | UNSECURED | $28,053.09 | $28,053.09 | | |
| 29 | PHAM SONG TOAN | 105 | 2/18/2019 | UNSECURED | $14,399.00 | $14,399.00 | | |
| 30 | PHIL A DINWIDDIE | 298 | 4/18/2019 | UNSECURED | $61,430.00 | $61,430.00 | | |
| 31 | PHILIP N MCCOLLUM | 240 | 4/6/2019 | UNSECURED | $31,600.30 | $31,600.30 | | |
| 32 | PIERVANNI UGOLINI MUGELLI | 276 | 4/15/2019 | UNSECURED | $35,531.09 | $35,531.09 | | |
| 33 | PRIJA PHANPHOUAMPHENG | 348 | 5/7/2019 | UNSECURED | $3,400.00 | $3,400.00 | | |
| 34 | PRIMO NJEGA | 202 | 3/21/2019 | UNSECURED | $24,484.82 | $24,484.82 | | |
| 35 | PRIMO NJEGA | 203 | 3/21/2019 | UNSECURED | $24,484.82 | $24,484.82 | | |
| 36 | QUARK LLC | 205 | 3/22/2019 | UNSECURED, SECURED | $6,000,000.00 | $3,000,000.00 | $3,000,000.00 | |
| 37 | RADOMIR KALININ | 268 | 4/14/2019 | UNSECURED | $49,300.00 | $49,300.00 | | |
| 38 | RAVJI PATEL | 190 | 3/12/2019 | UNSECURED | $2,302.00 | $2,302.00 | | |
| 39 | RICHARD BLOMQUIST | 324 | 4/19/2019 | UNSECURED | $163,177.36 | $163,177.36 | | |
| 40 | RICHARD SHEW | 331 | 4/19/2019 | UNSECURED | $5,280.00 | $5,280.00 | | |
| 41 | RICHARD WULLIENS | 219 | 3/29/2019 | UNSECURED | $2,299.00 | $2,299.00 | | |
| 42 | RIETVELD GLOBAL BUSINESS GROUP B.V. | 382 | 2/18/2019 | UNSECURED | $103,151.00 | $103,151.00 | | |
| 43 | ROBERT B DECKER | 243 | 4/8/2019 | UNSECURED | $16,065.88 | $16,065.88 | | |
| 44 | ROBERT ILIEVSKI | 92 | 2/18/2019 | UNSECURED | $142,668.99 | $142,668.99 | | |
| 45 | ROBERT J. HOYER | 149 | 2/24/2019 | UNSECURED | $21,424.20 | $21,424.20 | | |
| 46 | ROBERT RUSSELL | 211 | 3/24/2019 | UNSECURED | $37,907.98 | $37,907.98 | | |
| 47 | ROGER L SUTTON | 295 | 4/18/2019 | UNSECURED | $27,023.55 | $27,023.55 | | |
| 48 | ROLAN BURYKIN | 306 | 4/18/2019 | UNSECURED | $7,452.72 | $7,452.72 | | |
| 49 | ROLF JAKOBSEN | 173 | 3/7/2019 | UNSECURED | $80,000.00 | $80,000.00 | | |

| | NAME | CLAIM NO. | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 50 | RONALD RICHARD JOHNS, JR. | 17 | 1/18/2019 | UNSECURED | $259,804.32 | $259,804.32 | | |
| 51 | ROOSEVELT SCOTT | 50 | 2/14/2019 | UNSECURED, SECURED | $50,070.51 | $16,739.50 | $33,331.01 | |
| 52 | ROSS SHRESTHA | 185 | 3/11/2019 | UNSECURED | $15,097.00 | $15,097.00 | | |
| 53 | ROSS TAVAKOLI | 201 | 3/20/2019 | UNSECURED | $19,461.03 | $19,461.03 | | |
| 54 | RUBEN DEL MURO | 108 | 2/18/2019 | UNSECURED | $80,000.00 | $80,000.00 | | |
| 55 | SCOTT ALAN WILSON | 8 | 2/17/2019 | UNSECURED | $86,741.00 | $86,741.00 | | |
| 56 | SCOTT GLASSCOCK | 64 | 2/15/2019 | UNSECURED | $985,213.00 | $985,213.00 | | |
| 57 | SERGIY DZVONYK | 291 | 4/17/2019 | UNSECURED | $156,321.71 | $156,321.71 | | |
| 58 | SERHII KOMAR | 158 | 3/3/2019 | UNSECURED | $35,000.00 | $35,000.00 | | |
| 59 | SERHII KOMAR | 169 | 3/6/2019 | UNSECURED | $66,730.00 | $66,730.00 | | |
| 60 | SHAUN LEECH | 206 | 3/22/2019 | UNSECURED | $37,650.00 | $37,650.00 | | |
| 61 | SHAWN JACKSON DYCK | 199 | 3/18/2019 | UNSECURED | $25,320.33 | $25,320.33 | | |
| 62 | SINH DU | 46 | 2/13/2019 | UNSECURED | $1,196,504.20 | $1,196,504.20 | | |
| 63 | SMEETS GERT | 217 | 3/27/2019 | UNSECURED | $67,207.08 | $67,207.08 | | |
| 64 | SPENCER ROSS | 143 | 2/20/2019 | UNSECURED | $0.00 | $0.00 | | |
| 65 | STEFANO MUSUMECI | 76 | 2/16/2019 | UNSECURED | $15,740.00 | $15,740.00 | | |
| 66 | STEVE DELASSUS | 262 | 4/11/2019 | UNSECURED | $33,503.93 | $33,503.93 | | |
| 67 | TAKESHI KAWAI | 282 | 4/16/2019 | UNSECURED | $49,515.05 | $49,515.05 | | |
| 68 | TALENTS 633 MINISTRIES, NFP | 9 | 2/16/2019 | UNSECURED | $551,396.51 | $551,396.51 | | |
| 69 | THEOCHARIS ASLANIDIS | 95 | 2/17/2019 | UNSECURED | $1,207.70 | $1,207.70 | | |
| 70 | THOMAS MEHLITZ | 184 | 3/11/2019 | UNSECURED | $22,627.00 | $22,627.00 | | |
| 71 | TRAVIS HIBBARD | 301 | 4/18/2019 | UNSECURED | $9,089.00 | $9,089.00 | | |
| 72 | TUOMAS J KARJALAINEN | 123 | 4/22/2019 | UNSECURED | $130,000.00 | $130,000.00 | | |

| | NAME | CLAIM NO. | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 73 | TUOMAS J KARJALAINEN | 26 | 4/22/2019 | UNSECURED | $1.00 | $1.00 | | |
| 74 | VALERIJS SIDORIKS | 151 | 2/25/2019 | UNSECURED | $7,088.00 | $7,088.00 | | |
| 75 | VIKEN CHOUCHANIAN | 267 | 4/13/2019 | UNSECURED | $182,738.00 | $182,738.00 | | |
| 76 | VLADISLAV MANITSKIY | 168 | 3/6/2019 | UNSECURED | $43,365.00 | $43,365.00 | | |
| 77 | VYACHESLAV LEVIN | 336 | 4/19/2019 | UNSECURED | $10,200.00 | $10,200.00 | | |
| 78 | WILHELMUS APPEL | 278 | 4/15/2019 | UNSECURED | $34,830.00 | $34,830.00 | | |
| 79 | WILHELMUS APPEL | 87 | 2/17/2019 | UNSECURED | $34,830.00 | $34,830.00 | | |
| 80 | WILLIAM M PATTON | 284 | 4/16/2019 | UNSECURED | $1,100.00 | $1,100.00 | | |
| 81 | WILLIAM STEPHEN DAVIS | 247 | 4/9/2019 | UNSECURED | $104,085.34 | $104,085.34 | | |
| 82 | WILLIAM TRAN | 339 | 4/20/2019 | UNSECURED | $264,072.00 | $264,072.00 | | |
| 83 | WONG CHUN MING | 253 | 4/18/2019 | UNSECURED | $259,750.00 | $259,750.00 | | |
| 84 | XIAOMING LU | 166 | 3/5/2019 | UNSECURED | $1,500.00 | $1,500.00 | | |
| 85 | YUET CHOI CHENG | 145 | 2/21/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |
| 86 | YURII KUZMIN | 113 | 2/18/2019 | UNSECURED | $63,104.00 | $63,104.00 | | |