# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Case No. 18-03197
Chapter 7

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's First Omnibus Objection to Claims (Released), ECF No. 1098

Notice of Chapter 7 Trustee's First Omnibus Objection to Claims (Released), ECF No. 1099

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/02/2024

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Email: pegan@potomaclaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor(s)

Case No. 18-03197

Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's First Omnibus Objection to Claims (Released), ECF No. 1098

Notice of Chapter 7 Trustee's First Omnibus Objection to Claims (Released), ECF No. 1099

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/02/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Country |
|---|---|---|---|---|---|
| Alberto Jose Faria Camacho | Av. Garcilazo, Centro Polo 1, Torre A, p | apto 75. Colinas de Bello Monte. Caracas | | | Venezuela |
| Carmen J Hernandez  G | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | CARACAS | Venezuela | | Venezuela |
| Carmen Jacqueline  Hernandez Guevara | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | APT 15D Urb Guaicay, Baruta, Caracas | Zip code 1080 | | Venezuela |
| Antony Gisholt | 72 John Trundle Court | Barbican London EC2Y 8NE | | | United Kingdom |
| Craig Beech | Kingswood, Gorse Avenue | Littlehampton BN16 1SG | | | United Kingdom |
| Evgeny Skoropisov | 32 Moo11, Soi Hua Hin 112, Tabtai, MEUAN | Hua Hin, Prachuap Khiri Khan, 77140 Thai | | | Thailand |
| Andrew Mark Campbell-Boross | Florida 7 | Aguadulce | | | Spain |
| Bryan MacCallum | PO BOX 1704 | Rivonia | 2128 | | South Africa |
| Grant Herholdt | 5 York Avenue | Craighall Park, 2196 | | 2196 | South Africa |
| caleb maistry | Van hoof street, 2 willow view estate, r | Gauteng,Johannesburg | | | South Africa |
| Aliaksei Volnov | 18-34 Lesi Ukrainki str. | Minsk | Belarus | 18-34 Lesi Ukrainki str., Minsk, Belarus | Russia |
| Anton Shamanaev | Vvedenskogo st 24k2 | 162 apt | Moscow, Russian Federation, 117279 | | Russia |
| Danila Rusin | Gagarina, 5 liniya, 9a-6 | Zlatoust | Chelyabinskaya oblast, Russia | 456219 | Russia |
| Denis Veselovsky | 125252 Russia | Moscow | Zorge st, 28, 52 | | Russia |
| Grigory Klumov | Balaklavsky avenue 12-3-93 | 117639 Moscow Russia | | | Russia |
| ANATOLY CHECHERIN | BEGOVAYA, 3, BUILDING 1, 36 FLOOR | MOSCOW, RUSSIA, ZIP 125284 | | | Russia |
| Dmitry Benkovich | 12, Trubetskaya str, app.1A, Moscow, Rus | | | | russia |
| George Sorin Lascu | str. Calugarului 16 | 077151 Balteni, Ilfov | | | Romania |
| Glen Allan Bradley | Lerstadveien 250 | 6014 Alesund | | | Norway |
| fabio todeschini | 16 via gran san bernardo | milan | | | italy |
| elieshay touboul | amos 221 | tekoa | Israel | | israel |
| Charles F V DHAUSSY | 7B., Yardley Commercial Building, 3 Conn | | | | Hong Kong |
| ljupco nikolovski | mercurius 15 | 1188 GA | Amstelveen | | Holland |
| Georgios Lignos | 25 Kritis Str. | 12243 Egaleo | | | Greece |
| Christian Eichert | Emil-Klumpp-Str. 7 | 74321 Bietigheim-Bissingen GERMANY | | | Germany |
| Christian Schiffer | Meindlstrae 15 | 81373 Munich | | | Germany |
| Frank Daniel | Zollstrasse, 22 | Mhring | Deutschland | Zollstrasse, 22 95695 Mhring Germany | Germany |
| COSTANTINI frederic | 29 BIS rue Emile Duclaux 92150 Suresnes | 29 BIS rue Emile Duclaux 92150 Suresnes | | | France |
| Franz Alliod | 176, route de la cendire | 01630, Saint Jean de Gonville, Ain | | | France |
| Eero Koskinen | Niittypolku 21 | 02460 Kantvik | Finland | | Finland |
| Filip Scheperjans | Pellonperntie 1 B | 00830 Helsinki | | | Finland |
| Andrew James | 46 Brock st S | Canada | | | Canada |
| Emil Petrov Stanev | 41 Dorostol street | Ruse, 7004 Ruse | | | Bulgaria |
| Hans-Peter Edenstrasser | Rupert Hagleitner Strasse 1d 54 | 6300 Woergl , Tirol | | 6300 Woergl, Tirol,  Austria | Austria |
| Darren James Wurf | 2/41 Osborne Avenue | Glen Iris | Victoria 3146 | | Australia |
| David Tychsen-Smith | 13 Dobson Place | Watson | ACT 2602 | | Australia |
| hari krishna prasad menta venkata | 116 CANADIAN LAKES BLVD | CANADIAN, BALLARAT | | 116 canadian lakes blvd, canadian, 3350 | Australia |
| Hashvin Daryanani | 56B Seroe Blanco | Box# 393 | Oranjesatad, Aruba | | Aruba |
| Gennady Zhilyaev | C. De Les Grandalles, Edif. Xalet, 4T 3A | AD 300 D'Ordino, | | | Andorra |
| Alan Norman | 341 S. Maple Ave. | Webster Groves | | Webster Groves, MO 63119-3841 | |
| Andrew Molitor | 760 S BARRINGTON AVE, APT 6 | LOS ANGELES | | LOS ANGELES, CA 90049-4507 | |
| Brian M Packard | 7191 96th St Ne | Monticello | | Monticello, MN 55362-2911 | |
| Caleb Koch, Forza2 | 1000 N. Green Valley Pkwy Ste.440, #251 | Henderson | | Henderson, NV 89074-6172 | |
| Aaron Krivitzky | 1810 Linson Ct SE | GRAND RAPIDS, MI 49546-6457 | | | |
| Adam Schainblatt | 8809 Walking Stick Trail | Raleigh, NC 27615-4037 | | | |
| Ahmed Shah | 12209 Youngdale Ave. | Los Angeles, CA 91342-5263 | | | |
| Alan Walnoha | 350 Gran Via | Apt 2067 | Irving, TX 75039-0137 | | |
| Aleksey Danishevsky | 450 Cloverly Lane | Horsham, PA 19044-1831 | | | |
| Alex Filippov | 12 Sherborne Cir | | Ashland, MA 01721-2313 | | |
| Alex Kutas | 6761 Corral Circle | Huntington Beach, CA 92648-1532 | | | |
| Alex McVicker | 1489 Windsor River Road | Windsor, CA 95492-8987 | | | |
| Andrea Sharp | 268 Bush Street #2520 | San Francisco, CA 94104-3503 | | | |
| Andrew Blyler | 603 W Washington St | Ann Arbor, MI 48103-4233 | | | |
| Andrew Stock | 1870 East Nixon Avenue | Placentia, CA 92870-7444 | | | |
| Andrew Thanh Quoc Le | 10702 Henderson Ave | Garden Grove, CA 92843-5261 | | | |
| Anthony Martinez | 4109 Mason Street | San Diego, CA 92110-2720 | | | |
| Arthur N Marodis | 106 Southernwood Dr | Ladson, SC 29456-3940 | | | |
| Bashar (Ben) Assad | 11714 Oak Knoll Dr | Austin TX 78759-3823 | | | |
| Benjamin Russell | 971 Providence Pike | | Danielson, CT 06239-4003 | | |
| Bill Schmidt | 105 Julie Ann Ct. | Cashmere, WA 98815-1316 | | | |
| Blockchain Systems LLC | 124 W 60 St. Unit 29A | New York, NY 10023-7475 | | | |
| BAR CODES TALK  LLC | ATTN BRANDON GORDON | 924 HALE AVENUE | BROOKSVILLE FL 34601-3642 | | |
| Brandon Robinson | 1997 Tall Tree Dr | Atlanta, GA 30324-2723 | | | |
| Brian J Donn | 4254 SW 92nd Ave | Davie, FL 33328-2408 | | | |
| Bryant Johnson | 1360 WHITETAIL GLEN Ct | HEBRON, KY 41048-7965 | | | |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | 5630 SW 163RD AVE | SOUTHWEST RANCHES, FL 33331-1446 | | | |
| Cameron Schmidt | 1204 COLUMBINE ST | WENATCHEE, WA 98801-6210 | | | |

| Name | Address | City/State/Zip | Alt Address | Alt City/State/Zip |
|---|---|---|---|---|
| Carlos Gagliano | 8200 Offenhauser Dr. 105G | Reno, NV, 89511 | Reno, NV 89511-1717 | |
| Castagneto Trading LLC | 3211 Kellen Circle | Nampa, ID 83686-8685 | | |
| Cesar Diaz, JRD Funding LLC | 8137 Malchite Avenue, Suite E | Rancho Cucamunga, CA 91730-3571 | | |
| Chen Du | 3269 Range Ct | Mason, OH 45040-8741 | | |
| Chris Featherstone | 8450 54th Ave W | Mukilteo, WA 98275-3138 | | |
| Clinton Douglas Luckinbill | 1054 Waterleaf Way | San Jacinto, CA 92582-3020 | | |
| Clinton F Sikes | 4206 Brazos Bend Dr | Pearland, TX 77584-5558 | | |
| Cody Forrest Quinn | 5920 Kimber Road | Cashmere, WA 98815-9526 | | |
| Cody Schmidt | 1204 Columbine St. | Wenatchee, WA 98801-6210 | | |
| CRYPTODIGGER LLC | 3476 E Tiffany Way | Gilbert, AZ 85298 | | |
| Daniel James Ryser | 7614 N AUDUBON ST. | SPOKANE, WA 99208-8817 | | |
| Daniel Tokle | 25 VIA LUCCA | APT J345 | IRVINE, CA 92612-0674 | |
| Daryl Olsen | 270 W 1450 N | | Centerville, UT 84014-3308 | |
| David J Lutz | 916 Confidence Dr | Longmont, CO 80504-8526 | | |
| David Mitchell | 1410 Riverview Rd | Crescent, PA 15046-5428 | | |
| Dmitry Khusidman | 70 Oceana Drive West, Apt. 4-A | Brooklyn, NY 11235-6674 | | |
| Donald J. Sullivan | 4646 Los Poblanos Circle NW | Los Ranchos de Albuquerque, NM 87107-5555 | | |
| Douglas Berger | 371 Catskill Ct. | Mahwah, NJ 07430-2736 | | |
| Edmund Lee | 4364 Calle Mejillones | SAN DIEGO | | SAN DIEGO, CA 92130-4818 |
| Elder Yoshida | 1147 NW 57th St | Seattle, WA 98107-3720 | | |
| Elisa U | 2405 Acacia St. | Richardson, TX 75082-3319 | | |
| Eric Ferrari | 8962 Forked Creek Way | Elk Grove, CA 95758-5732 | | |
| Ernesto Pedrera | 7601 E Treasure DR, apt 1023 | apt 1023 | North Bay Village, FL 33141-4362 | |
| Forza 2 | 1000 N. Green Valley Pkwy Ste.440, #251 | Henderson | | Henderson, NV 89074-6172 |
| Fred Nolte | 10812 La Batista | Fountain Valley, CA 92708-3943 | | |
| Gleb Nesis | 3419 IRWIN AVE | Apt 708 | BRONX, NY 10463-3754 | |
| Gronski, Jeffrey G & Robin L | 711 4th St S | Wisconsin Rapids WI 54494-4310 | | |
| Harlan Robinson | 736 N. Laguna | Gilbert, AZ 85233-3620 | | |