UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Case No. 18-03197
Chapter 7

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's Second Omnibus Objection to Claims (Released), ECF No. 1100

Notice of Chapter 7 Trustee's Second Omnibus Objection to Claims (Released), ECF No. 1101

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/02/2024

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Email: pegan@potomaclaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

                Debtor(s)

Case No. 18-03197

Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's Second Omnibus Objection to Claims (Released), ECF No. 1100

Notice of Chapter 7 Trustee's Second Omnibus Objection to Claims (Released), ECF No. 1101

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/02/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Country |
|---|---|---|---|---|---|
| Howard Jones | 21 Sandiways Road, Wallasey | WIRRAL | | CH45 3HJ | United Kingdom |
| Jacqueline Bussey | The Oaks Clapper Lane | Staplehurst, Kent | TN12 0JT | | United Kingdom |
| James King | 1b Links Court, Langland Bay Road | Swansea | SA3 4QR, | | United Kingdom |
| Mark Ellis | Flat 19 Rainier Apartments | 43 Cherry Orchard Road | Croydon, CR06FA | | United Kingdom |
| Joseph Smits | westerlanderweg 40 | Westerland 1778KL Westerland | | | The Netherlands |
| Levi | street: Vinkenhof 7 | postal code: 4332 DM | | Levi Illis | The Netherlands |
| Jordi Grau | C/ Sant Jordi, 12-3-1 | 08500 - VIC | | | SPAIN |
| Leon de Fleuriot de la Coliniere | 16 Rankdoring Avenue | Johannesburg | | | South Africa |
| Mazaeva Maria | Shokalskogo proezd | h.4 app.44 | | 127642 Russia, Moscow | Russia |
| Luke McIntyre | 4 Rose Road | Grey Lynn, Auckland 1021 | | | New Zealand |
| Jose Antonio Carapeto Sierra | Calle Pirra, 14 - Portal H - 3A C.P 2802 | | Espaa | | Madrid |
| Ibrahim Issa | Lebanon Beirut ,Riad el soloh Square | | | | Lebanon |
| Ilja Filipovs | Staiceles iela 13-11, Riga, Latvia, LV-1 | Staiceles iela 13-11, Riga, Latvia, LV-1 | | | Latvia |
| Hiroaki Yamamoto | 119-4 Nishikitsuji street | Asahi Plaza Arbonate Nara One #606 | Nara, Japan 630-8325 | | Japan |
| Koji Michiwaki | Zip code:428-0313 | Shizuoka-ken Haibara-gun Kawanehon-cho | Kaminagao 380-3 Japan | | Japan |
| MASAYA FUJIOKA | Ookayamamanshion319 | Meguro-ku1-36-31,Tokyo 152-0033 | | | Japan |
| Intelliapps Ltd | Unit 272 CoLab Center | Port Road | Letterkenny CO Dongal EIRCODE F92 RKC7 | | Ireland |
| Ioannis Violidakis | Kimonos 11 | Athens, Greece, P.Code: GR-10441 | | | Greece |
| Lasse Kaihlavirta | Piiriniitynkatu 4 H 3 | Tampere 33340 | | | FINLAND |
| Ivan Marcak | Dlouha Trida 474/25 | 73601 Havirov | | | Czech Republic |
| Jan Faltys | Slavkova 29 | Praha 2 - 12000 | | | Czech Republic |
| Luca Monterisi | Sveti Martin, 142 | Podstrana 21312 | | | Croatia |
| Juan Bautista Ibarra Arana | Calle 66 #510 | Resid. La Carana, Piedades | Santa Ana, San Jose | | Costa Rica |
| Humera Surti | 2200 Russet Cresent | Burlington, ON | Canada L7L6Z2 | | Canada |
| Jared Morrissey | 59 Rue Trudeau | Chteauguay, Quebec | J6J1M2 | | Canada |
| Kamran Beg | 2200 Russet Cres | Burlington, ON, L7L 6Z2 | | 2200 Russet Cres, Burlington, On, Canada | Canada |
| Jarno Hogeweg | Kaya Sirena 18 | Kralendijk | | | Bonaire |
| Laurent HAMERS | Avenue Van Beethoven 24 | 1331 Rosieres | | | Belgium |
| Jeffrey Waldock | Tomaschekstrasse 30 | A-1210 Vienna | | | Austria |
| mathias brachet | darwingasse 37 | top 1 | 1020 Vienna | | Austria |
| Joshua Mapperson | 92 Oakbank Boulevard | Whittlesea 3757 | | | AUSTRALIA |
| Ken Li Koh | Unit 2, 137 Hull Road | Croydon VIC 3136 | | | Australia |
| Khurshid Alam | Unit-2,65 Church Street,West Tamworth | 2340,NSW | | Unit-2,65 Church Street,West Tamworth,23 | Australia |
| lior sharabi | eshkolit 28/22 - Pardes Hana - Israel | eshkolit 28/22 - Pardes Hana - | | | Israel |
| Jaime Dario Mejia Martinez | Calle 44 No 10E - 11 La Victoria | Barranquilla, Atlantico - | | | Colombia |
| Jeffrey Chin | 42 Pepper Tree Road | Lidcombe NSW | Sydney | | Australia |
| Ian M Kennedy | 2620 Fairmount St. | Colorado Springs, CO 80909-2032 | | | |
| Igor Martirosian | 36 Washington Avenue 2nd Floor | Cliffside Park, NJ 07010-3025 | | | |
| Interflow LLC | 5465 S Dorchester | CHICAGO, IL 60615-5316 | | | |
| JDSA | PO Box 1688 | Wenatchee, WA 98807-1688 | | | |
| James C Lutz | 609 Long Leaf Dr | Chapel Hill, NC 27517-3039 | | | |
| James MacCornack | 1002 Bel Aire | Roswell, NM 88201-7715 | | | |
| Jann So | 1211 SW 5th Ave | #1000 | Portland, OR 97204-3710 | | |
| Jarred Hutto | 6403 W Outlook Dr | Boise, ID 83714-8820 | | | |
| Jay Robert Stahle | 838 Campfire Dr | | Fort Collins, CO 80524-1991 | | |
| Jeffrey Alan Moody | 2528 Forest Oaks Point | Colorado Springs, CO 80906-5822 | | | |
| Jeffrey C Lutz | 916 Confidence Dr | LONGMONT, CO 80504-8526 | | | |
| Jeffrey Kutas | 6761 Corral Circle | Huntington Beach, CA 92648-1532 | | | |
| Jesse Samuel Wheeler | 3601 Stillman Blvd | Tuscaloosa, AL 35401-2601 | | | |
| John Guille | 690 Covington Dr NW | Calabash, NC 28467-1892 | | | |
| John Hartleib | 17931 Shoreham Lane | Huntinngton Beach, CA 92649-4849 | | | |
| John Heinitz | 1210 2nd st se | East Wenatchee | | East Wenatchee, WA 98802-5526 | |
| John Kowalski | 100 Tansboro Rd | Unit B | Berlin, NJ 08009-1959 | | |
| John Rodriguez | 2688 W. 12th Place | Yuma, AZ 85364-4258 | | | |
| John Scevola | 8768 SW Iroquois Drive | Tualatin, OR 97062-9304 | | | |
| Jonathan Gould | 924 Hale Avenue | BROOKSVILLE, FL 34601-3642 | | | |
| Jonathan J Lutz | 916 Confidence Dr | Longmont, CO 80504-8526 | | | |
| Jonathan Wilson | 118 Indian Valley Dr | Cherokee, NC 28719-4541 | | | |
| Jose A. Herrera | 12801 Philadelphia Street | Suite B | Whittier, CA 90601-4126 | | |
| Jose Luis Blanco | 9307 Castlegap Dr. | Spring, TX 77379-4299 | | | |
| Joseph Brodsky | 656 St.Nicholas av #35 | New York, NY 10030-1086 | | | |

| Name | Address 1 | Address 2 | Address 3 | Address 4 | |
|---|---|---|---|---|---|
| Joseph Errigo | 7 PRATT ST | FORT MONROE, VA 23651-1025 | | | |
| Joseph M Dunn | 1105 Colonial Drive | Alabaster, AL 35007-9309 | | | |
| Joshua Hester | 1115 California St | Oceanside, CA 92054-5919 | | | |
| Jung H. Cho | 320A 7th St | Palisades Park, NJ 07650-2277 | | | |
| KYLE WHEELAN | 7975 ORCHARD PATH RD | COLORADO SPRINGS, CO 80919-2925 | | | |
| Kenneth D McCoy | 1401 Woodstock Way | #103H | Bellingham, WA 98226-3577 | | |
| Kevin Reinsch | 3100 Pearl Parkway A317 | Boulder, CO 80301-2453 | | | |
| Koombea Inc. | Mark D Taylor | VLP Law Group, LLP | 1629 K Street NW, Suite 300 | Washington, DC 20006-1631 | |
| Krishna Karthik Reddy | 1700 Halford Ave | Santa Clara, CA 95051-2664 | | | |
| Krishna Karthik Reddy Adapala | 5106 Kino Ct | Dublin, CA 94568-8719 | | | |
| Kyle Spesard | 625 N. Hawk St. | Palatine, IL 60067-3535 | | | |
| Larry D. Gerbrandt | 141 Seely Ave | Aromas, CA 95004-9501 | | | |
| Larry Eugene Baggs | 1502 Sharon Drive | Duncanville, TX 75137-4014 | | | |
| Leslie Hibbard | PO BOX 2067 | Chelan, WA 98816-2067 | | | |
| Lester Ayllon | Rua Adele, 119 AP 264 BL 2 | Rua Adele 119, AP 264 BL 2 | | | |
| Li Liang | 1272 Glen Haven Dr | San Jose, CA 95129-4103 | | | |
| Likuo Lin | 1192 Queen Ann Dr | Sunnyvale, CA 94087-2239 | | | |
| Lodog Corp, Mark Weitzel, President | 15460 W 199th ST | spring hill, KS 66083-8528 | | | |
| Lucas Velasquez | 497 Lake Cameron Dr. | Pike Road, AL 36064-3959 | | | |
| Luis Roman | 4633 White Bay Cir. | Wesley Chapel, FL 33545-5058 | | | |
| Marc Joyce | 4404 Highland Ave. Apt. C | Manhattan Beach, CA 90266-3094 | | | |
| Mark R. Shapland | 18119 Bent Ridge Drive | Wildwood, MO 63038-1439 | | | |
| Mark Vange | 10315 E Shangri La Rd | Scottsdale, AZ 85260-6375 | | | |
| Matteo Romani | Via Flaminia 66 | fossombrone, WA 61034 | | | |
| Matthew Hine | 2405 Acacia St. | Richardson, TX 75082-3319 | | | |
| Matthew R Lutz | 916 Confidence Drive | Longmont, CO 80504-8526 | | | |
| Melissa Spillman | 612 Bois d Arc Ln | Franklin, TN 37069-4762 | | | |
| Michael Bendett | 7606 Lexington Lane | Parkland, FL 33067-1622 | | | |
| Michael Bhagat | 1169 S. Calle Del Norte Dr. | Pueblo West, CO 81007-1907 | | | |
| Michael Chu | 1113 8th Ave W | Seattle, WA 98119-3439 | | | |
| Michael Detrinidad | 726 Balsam Dr | Newman, CA 95360-9522 | | | |
| Michael Ilyankoff | 7425 156TH ST SE | SNOHOMISH, WA 98296-8771 | | | |
| McVicker, Moss, Balestra, et al in class act | Levi & Korsinsky, LLP | 1101 30th Street Northwest, Suite 115 | Washington, DC 20007-3740 | | |