# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor(s)

Case No. 18-03197
Chapter 7

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's Third Omnibus Objection to Claims (Released), ECF No. 1102

Notice of Chapter 7 Trustee's Third Omnibus Objection to Claims (Released), ECF No. 1103

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/02/2024

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Email: pegan@potomaclaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor(s)

Case No. 18-03197
Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/02/2024, I did cause a copy of the following document, described below.

Chapter 7 Trustee's Third Omnibus Objection to Claims (Released), ECF No. 1102

Notice of Chapter 7 Trustee's Third Omnibus Objection to Claims (Released), ECF No. 1103

Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released), ECF No. 1104.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/02/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Country |
|---|---|---|---|---|---|
| Pablo Hernandez Guevara | Calle Este Res Mi Refugio P 9 Apto. 9A | Urb. Manzanares Caracas Venezuela | Zip code 1070 | | Venezuela |
| Pablo V Hernandez G | Calle Este Res. Mi Refugio P9 Apt 9A | Urb. Mazanares Caracas Venezuela 1070 | | | Venezuela |
| RAVJI PATEL | 16 home mead | | HA7 1AF | | United Kingdom |
| Ross Tavakoli | 8 Oakfield Close, Alderley Edge, Cheshir | England | | | United Kingdom |
| Valerijs Sidoriks | 63 Addison Road, Guildford, Surrey, GU1 | | | | United Kingdom |
| Vyacheslav Levin | 4A Stoke Row | Coventry,Westmidlands | CV2 4JQ | UK | United Kingdom |
| Sergiy Dzvonyk | 28, Yaroslavov Val str., ap.29 | Kiev - 01034 | | | Ukraine |
| Serhii Komar | Alexandra Nevskogo 35 | ap. 55 | Odessa, Ukraine, 65088 | | Ukraine |
| Yurii Kuzmin | 10-B, Urozhaynaya str., | Odessa | 65016 | | Ukraine |
| Rietveld Global Business Group B.V. | Postbus 9607 (Box G58) | 1006 GC, Amsterdam | | | The Netherlands |
| Wilhelmus Appel | Lupinelaan 15 | 5582 CG Waalre | | | The Netherlands |
| Robert Ilievski | Nypongatan 18 | 212 31 Malmo | Skane | | Sweden |
| Primo Njega | BUKOVCI 100f | SI-2281 Makovci | Slovenija | | Slovenia |
| Mikhail Meshkov | Metallurgov ul. 11-52 | Moscow, Russia, 111401 | | | Russia |
| Radomir Kalinin | Stanyukovicha, 54G-55 | Vladivostok city (Zip code 690003) | | Stanyukovicha, 54G-55, Vladivostok city, | Russia |
| Vladislav Manitskiy | Garazhnaya street 67/396 | Krasnodar city, Krasnodar region | Russian Federation, 350000 | | Russia |
| OMAR JAVIER MONSALVE SANCHEZ | AVENIDA CONEGO BERNARDO CHOUZAL 284, BL2 | PAREDES DE COURA, VIANA DO CASTELO, PORT | 4940-520 | | Portugal |
| Per Martin Sundberg | Calcada de santo andre 33 Bloco2 Letra F | 1100-495 | Lisbon Portugal | | Portugal |
| Rolf Jakobsen | Wessels Gate 25C | H0202 | | | Norway |
| PHAM SONG TOAN | Toneyama 2-5-6 | Toyonaka | Osaka, | | Japan |
| Ruben del Muro | 375-3 Yatani Kikuka-machi | Yamaga City, Kumamoto | 861-0413 | | Japan |
| Takeshi Kawai | 3-9-2-403 Shimorenjaku | Mitaka City, Tokyo | 181-0013, Japan | | Japan |
| Nitin Limaye | 401 Manorath Apartments | 9-B Pratapgunj Society, Vadodara 390002, | | | India |
| Wong Chun Ming | Sham Shui Po,Fuk Wing st 133 | Flat A 10/F 5/Block Golden Bldg | | Sham Shui Po,Fuk Wing st 133 Flat A 10/F | Hong Kong |
| Yuet Choi Cheng | 22F Nam Hoi Mansion, Taikoo Shing | | | | HONG KONG |
| Theocharis Aslanidis | Doridos 44 | 12242 Egaleo | | | Greece |
| Rolan Burykin | Thomas-Diewald Str 2, 82152 Planegg, Ger | Thomas-Diewald Str 2, 82152 Planegg, Ger | | | Germany |
| Thomas Mehlitz | SolRide GmbH | Yburgstr. 18 | | Germany | Germany |
| Mr Touboul | 59 RUE DE DE MARIGNAN | ST MAUR DES FOSSES | | | France |
| Steve Delassus | 215 Avenue Marcel Anthonioz | 01220 DIVONNE LES BAINS | | | France |
| Steve Delassus | 685 Rue de la Mairie | 01170 Cessy | | | France |
| Stefano Musumeci | Uuslinna tn 9/4-52 | 11415 Tallinn | | | Estonia |
| Richard Wulliens | Rue de l'Eglise 13a | 1958 St Lonard | | | CH - Switzerland |
| Mohammad Mehdi Toozhy | 11 Justus Dr. | Richmond Hill, Ontario L4c9z4 | | 11 justus dr. Richmond hill Ontraio L4c9 | Canada |
| Shawn Jackson Dyck | 40100 Willow Crescent | Apt 308 | Squamish, BC, V8B0L8, Canada | | Canada |
| Smeets Gert | Sapstraat 40 | Grote Spouwen | Belgium | | Belgium |
| Shaun Leech | 49a winfiled road | Balwyn North | Victoria Australia 3144 | | Australia |
| Mr Alexander Garnock | 13 Buttfield St Coombs ACT | | 2611 | 13 Buttfield St Coombs ACT Canberra Aust | Australia |
| Nicolas Colombera | Santa Cruz 88 | Santiago del Estero, Capital | Zip: 4200 | | Argentina |
| Piervanni Ugolini Mugelli | Via di Nizzano, 2 | Impruneta, 50023 | Florence, | | Italy |
| Neil Hutchings | 5 Bedwas Close | St. Mellons | Cardiff.   CF3 0HP. | | United Kingdom |
| Richard Shew | 157 Slatewood Ct. | Bethel Park, PA 15102-2242 | | | |
| Michael LaFontaine Jr | 321 Napa Valley Dr | Milford, MI 48381-1053 | | | |
| Michael Papenfuse | 1291 Queensway | | Lake Isabella, MI 48893-9356 | | |
| Michael Russo | 10310 WREN ROAD | WEEKI WACHEE, FL 34613 | | | |
| Michael Wagner | 1253 Rock Hills St. Unit 102 | Las Vegas, NV 89135-3576 | | | |
| Mikhail Filippov | 2713 Prospect Street | Framingham, MA 01701 | | | |
| Nathan Welling | 1887 Whitney Mesa Dr #5807 | Henderson, NV 89014-2069 | | | |
| Nelson L. Kim | 8305 Weeping Springs ave | Las Vegas, NV 89131-1450 | | | |
| Nelson Prada | 323 Sonoma Dr | Pooler, GA 31322-9792 | | | |
| Niva Johnson | 119 Ridgmar Trail | Hendersonville, TN 37075-9629 | | | |
| Omar D. Ahmadi | 13 Cherry Lane | Parsippany, NJ 07054-2216 | | | |
| Our Botanicals Worldwide LLC | 8 The Green | Suite #7123 | Dover, DE 19901-3618 | | |
| Path of Four Winds, LLC | 3638 Lake Breeze Lane | Crosby, TX 77532-7202 | | | |
| Patrick Blount | 848 N Rainbow Blvd | Suite 1800 | Las Vegas, NV 89107-1103 | | |
| Paul W Reinsch Jr | 7 Salvatierra Trace | Hot Springs Village, AR 71909-7707 | | | |
| Peter Mooney | 30127 Moccasin Dr | Burlington, WI 53105-9466 | | | |
| Phil A Dinwiddie | 28122 Vine Cliff | Boerne, TX 78015-4881 | | | |
| Philip N McCollum | 14391 Warren St | Westminster, CA 92683-5187 | | | |
| Prija Phaphouampheng | 5115 16th Street, A | Santa Ana | | Santa Ana, CA 92703-1190 | |
| Quark LLC | 4283 Express Lane, Suite 3842-078 | Sarasota, FL 34249-2602 | | | |
| RICHARD BLOMQUIST | 1425 BROADWAY #23240 | SEATTLE, WA 98122-3854 | | | |
| Robert B Decker | 918 CONFIDENCE DR | LONGMONT | | LONGMONT, CO 80504-8526 | |
| Robert J. Hoyer | 5940 Daltry Ln | | Colorado Springs, CO 80906-7802 | | |
| Robert Russell | 971 Providence Pike | | Danielson, CT 06239-4003 | | |
| Roger L. Sutton | 716 Contessa | Irvine, CA 92620-1724 | | | |
| Ronald Richard Johns, Jr. | 354 Clear Springs Hollow | Buda, TX 78610-2740 | | | |
| Roosevelt Scott | 802 Hawk View Court | Fairview Heights, IL 62208-2967 | | | |
| Ross Shrestha | 1259 N Lakeview Dr | palatine, IL 60067-2092 | | | |

| Name | Address | City/State/Zip | Extra | Extra2 | |
|---|---|---|---|---|---|
| SCOTT ALAN WILSON | 9303 WAVING FIELDS DR | HOUSTON, TX 77064-4557 | | | |
| Scott Glasscock | 229 Craft Road | Brandon, FL 33511-7588 | | | |
| Sinh Du | 818 SW 3rd Ave #221-2313 | Portland, OR 97204-2405 | | | |
| Spencer Ross | 215 11th Ave NE | Apt. 3 | St. Petersburg, FL 33701-1961 | | |
| TUOMAS J KARJALAINEN | 7601 E Treasure DR, apt 1023 | apt 1023 | North Bay Village, FL 33141-4362 | | |
| Talents 633 Ministries, NFP | 24206 Walnut Circle | Plainfield, IL 60585-2261 | | | |
| Travis Hibbard | PO Box 2607 | Chelan, WA 98816-2607 | | | |
| Viken Chouchanian | 17429 Lahey St | LA, CA 91344-3426 | | | |
| Viken Chouchanian | 8741 Darby Ave #3 | Northridge, CA 91325-3089 | | | |
| William M Patton | 6821 Sky Circle | | Anchorage, AK 99502-3979 | | |
| William Stephen Davis | 7281 Rooses Drive | Indianapolis, IN 46217-7411 | | | |
| William Tran | 403 W Ramona Rd | Alhambra, CA 91803-3548 | | | |
| Xiaoming Lu | 3269 Range Ct | Mason, OH 45040-8741 | | | |
| nick nguyen | 3411 Greentree Dr | Falls Church, VA 22041-1405 | | | |
| pamelyn chee | po box 18771 | | los angeles, CA 90018-0771 | | |
| Nathan Welling | 340 S. Lemon Avenue | Unit 5807 | Walnut, CA 91789-2706 | | |
| Paul A Baum | | | | | |