The Honorable Frederick P. Corbit
Chapter 7
Hearing Date: October 8, 2024 at 1:30pm
Location: 904 West Riverside Ave., 3rd Floor Courtroom, Spokane, WA 99201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC., a Washington corporation,

Debtor.

Cause No.: 18-03197 FPC 7

ORDER DENYING MOTION OF THE POTOMAC LAW GROUP PLLC FOR SANCTIONS AGAINST HANSON BAKER LUDLOW DRUMHELLER, P.S., LACEE L. CURTIS, AND DOUGLAS R. CAMERON PURSUANT TO BANKRUPTCY RULE 9011

[PROPOSED]

THIS MATTER came before the Court on the Motion of the Potomac Law Group PLLC for Sanctions Against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron Pursuant to Bankruptcy Rule 9011 (the "Motion"). The Court reviewed and considered the pleadings, declarations, exhibits, and other evidence on file herein; and the Court, being duly informed and advised, and based on the totality of the circumstances, finds good cause exists for entry of this order.

For the reasons stated on the record and incorporated herein by this reference, it is hereby ORDERED that the Motion is DENIED.

ORDER DENYING MOTION FOR SANCTIONS - 1

Hanson Baker Ludlow Drumheller P.S.
2229 – 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

It is further ORDERED that as the prevailing party Hanson Baker shall, within 14 days after the date of this order, file a motion for an award of reasonable expenses and attorney's fees incurred in opposing the Motion under Rule 9011(c)(1)(A).

/ / / END OF ORDER / / /

Presented by:

HANSON BAKER LUDLOW
DRUMHELLER P.S.


By: */s/ Douglas R. Cameron*
    Douglas R. Cameron
    WSBA No. 43091
    dcameron@hansonbaker.com
    Lacee L. Curtis
    WSBA No. 49953
    lcurtis@hansonbaker.com

ORDER DENYING MOTION FOR SANCTIONS - 2

Hanson Baker Ludlow Drumheller P.S.
2229 – 112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374

18-03197-FPC7    Doc 1114    Filed 10/03/24    Entered 10/03/24 15:00:02    Pg 2 of 2