UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

    Debtor.

Cause No.: 18-03197 FPC 7

CERTIFICATE OF SERVICE

The undersigned certifies that she caused copies of the following pleadings:

- Objection to Motion of the Potomac Law Group PLLC for Sanctions against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron pursuant to Bankruptcy Rule 9011;

- Declaration of Douglas R. Cameron in Support of Objection to Motion of the Potomac Law Group PLLC for Sanctions against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron pursuant to Bankruptcy Rule 9011;

- Declaration of Lacee L. Curtis Objection to Motion of the Potomac Law Group PLLC for Sanctions against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron pursuant to Bankruptcy Rule 9011;

**CERTIFICATE OF SERVICE** - 1

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

- *Proposed* Order Denying Motion of the Potomac Law Group PLLC for Sanctions against Hanson Baker Ludlow Drumheller, P.S., Lacee L. Curtis, and Douglas R. Cameron pursuant to Bankruptcy Rule 9011; and
- this Certificate of Service;

to be served via e-service and email on October 3, 2024 to:

Mark Waldron, Chapter 7 Trustee
c/o Pamela Marie Egan, counsel for Mark D. Waldron, Chapter 7 Trustee, and
Pamela Marie Egan
Potomac Law Group
2212 Queen Anne Ave. N., Ste 836
Seattle, WA 98109
pegan@potomaclaw.com
Attorney for Chapter 7 Trustee

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 3rd day of October, 2024.

*Heather Watson*
Print Name: Heather Watson, Paralegal
Signed at Bellevue, Washington

**CERTIFICATE OF SERVICE** - 2

Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374