United States Bankruptcy Court
Eastern District of Washington

In re:            Case No. 18-03197-FPC
GIGA WATT INC            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2      User: notice      Page 1 of 4
Date Rcvd: Oct 02, 2024      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Jun Dam, 5432 Geary Blvd #535, San Francisco, CA 94121-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Doupe | on behalf of Interested Party Allrise Financial Group adoupe@buchalter.com doupear96329@notify.bestcase.com,simmel@ryanlaw.com |
| Angie Lee | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | on behalf of Creditor Committee Unsecured Creditors' Committee salishsealegal@outlook.com |
| Benjamin J McDonnell | on behalf of Defendant Enterprise Focus Inc. ben@pyklawyers.com, shanson@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Creditor Clever Capital LLC ben@pyklawyers.com, shanson@pyklawyers.com |
| Benjamin J McDonnell | |

| | |
|---|---|
| | on behalf of Defendant Clever Capital LLC ben@pyklawyers.com, shanson@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Creditor David M Carlson ben@pyklawyers.com shanson@pyklawyers.com |
| Benjamin J McDonnell | on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com shanson@pyklawyers.com |
| Christopher F Ries | on behalf of Creditor Neppel Electrical & Controls LLC , diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com |
| Danial D Pharris | on behalf of Creditor NC Machinery Co. pharris@lasher.com luksetich@lasher.com |
| Daniel William Short | on behalf of Creditor Douglas County PUD dan.short@painehamblen.com sheila.espinoza@painehamblen.com |
| David A Kazemba | on behalf of Creditor MLDC1 LLC dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com |
| David A Kazemba | on behalf of Creditor Giga Plex LLC dkazemba@overcastlaw.com, kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com |
| David R Law | on behalf of Creditor Port of Douglas County david@dadkp.com amy@dadkp.com |
| Dennis J. McGlothin | on behalf of Defendant Jun Dam docs@westwalaw.com |
| Dominique R Scalia | on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com paralegal@lawdbs.com;jsmith@lawdbs.com |
| Dominique R Scalia | on behalf of Attorney DBS Law dscalia@lawdbs.com paralegal@lawdbs.com;jsmith@lawdbs.com |
| Donald A Boyd | on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com kvoelker@hummerboyd.com |
| Douglas A. Hofmann | on behalf of Creditor Refael Sofair dhofmann@williamskastner.com tdondero@williamskastner.com |
| Gary W Dyer | on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov |
| Gretchen J. Hoog | on behalf of Attorney Emerald City Statewide LLC hoog@ryanlaw.com dhutchings@corrdowns.com |
| James D Perkins | on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov |
| Jason T Piskel | on behalf of Defendant Enterprise Focus Inc. jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor David M Carlson jpiskel@pyklawyers.com ephelps@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant David M. Carlson and Jane Doe 1 jpiskel@pyklawyers.com ephelps@pyklawyers.com |
| Jason T Piskel | on behalf of Defendant Clever Capital LLC jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| Jason T Piskel | on behalf of Creditor Clever Capital LLC jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| Jofrey M McWilliam | on behalf of Defendant Perkins Coie LLP jmcwilliam@byrneskeller.com jmcwilliam@byrneskeller.com, jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com |
| Jofrey M McWilliam | on behalf of Defendant Lowell Ness jmcwilliam@byrneskeller.com jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com |
| John Knox | on behalf of Creditor Refael Sofair jknox@williamskastner.com rnelson@williamskastner.com |
| John D Munding | on behalf of Defendant Lowell Ness John@Mundinglaw.com Karenchpt7@gmail.com |

| | |
|---|---|
| John D Munding | on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com Karenchpt7@gmail.com |
| Joseph A.G. Sakay | on behalf of Interested Party Allrise Financial Group jsakay@buchalter.com pjolley@buchalter.com |
| Mark Waldron | trustee@mwaldronlaw.com mark@mwaldronlaw.com |
| Pamela Marie Egan | on behalf of Defendant The Potomac Law Group a Washington DC Limited Liability Partnership pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Other Professional Potomac Law Group PLLC pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Attorney Potomac Law Group PLLC pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Trustee Mark Waldron pegan@potomaclaw.com |
| Pamela Marie Egan | on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com |
| Quentin D Batjer | on behalf of Creditor Port of Douglas County quentin@dadkp.com quentin@dadkp.com |
| Ralph E Cromwell, Jr | on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Ralph E Cromwell, Jr | on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com |
| Reid G Johnson | on behalf of Defendant Timur Usmanov rjohnson@lukins.com |
| Roberto H Castro | on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com castro.ava@gmail.com |
| Scott B Henrie | on behalf of Creditor Refael Sofair scott@scotthenrie.com DLevitin@williamskastner.Com |
| Scott R. Smith | on behalf of Creditor Douglas County PUD srs@painehamblen.com |
| Shauna S Brennan | on behalf of Creditor ECO Diversified Holdings Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com |
| Tara J. Schleicher | on behalf of Interested Party EcoChain Inc. tara.schleicher@foster.com, kim.fergin@foster.com,estela.acosta@foster.com,ellie.bulin@foster.com |
| Timothy G. Blood | on behalf of Defendant Jun Dam tblood@bholaw.com efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com |
| Timothy G. Blood | on behalf of Creditor Refael Sofair tblood@bholaw.com efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com |
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| Vanessa Pierce | on behalf of Creditor David M Carlson vprollins@gmail.com |
| Vanessa Pierce | |

on behalf of Creditor Clever Capital LLC vprollins@gmail.com

TOTAL: 58

Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No.: 18-03197 FPC 7<br><br>ORDER APPROVING WITHDRAWAL OF COUNSEL WITHOUT SUBSTITUTION |

This matter came before the court on the stipulated motion for an order permitting withdrawal of counsel. The court reviewed the motion and other records on file and finds that all requirements of Rule 9010-1(b)(5) have been met.

Therefore, the Court hereby ORDERS that the undersigned attorneys are granted leave to withdraw as counsel of record for Jun Dam and that they shall be removed from the record as attorneys of record by the clerk of this court. The withdrawal is effective as of the date of this order.

DATED this 12th day of September, 2024.

    HANSON BAKER LUDLOW DRUMHELLER, P.S.

ORDER APPROVING WITHDRAWAL OF COUNSEL - 1

Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374

4879-6754-3267, v. 1

| | |
|---|---|
| 1 | 2229 112th Ave. N.E., Ste. 200<br>Bellevue, WA 98004 |
| 2 | |
| | By: /s/ Douglas R. Cameron |
| 3 | Douglas R. Cameron<br>WSBA# 43091 |
| | dcameron@hansonbaker.com |
| 4 | Withdrawing attorney |
| 5 | |
| 6 | DATED this  11th  day of September, 2024. |
| | JUN DAM |
| 7 | 2420 AVENIDA PEDRO ALBIZO CAMP<br>RINCON 00677 |
| 8 | PUERTO RICO |
| 9 | By: _____<br>Jun Dam |

ORDER APPROVING WITHDRAWAL OF COUNSEL - 2

Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374

4879-6754-3267, v. 1