# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 10/7/2024
Case: 18–03197–FPC7 | Form ID: pdf002 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     5432 Geary Blvd #535     San Francisco, CA 94121

TOTAL: 1