UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

Case No. 18-03197-FPC

**CERTIFICATE OF SERVICE - APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

**Appellate Case No: 24-cv-00334-SAB (E.D. Wash.)**

# CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2024, I filed the **APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** with the Clerk of the Court. I certify a true and correct copy of said Notice was sent electronically to:

Ben Ellison, on behalf of the Official Committee of Unsecured Creditors - salishsealegal@outlook.com, benaellison@gmail.com
James D Perkins on behalf of The United States Trustee - James.Perkins@usdoj.gov
Samuel Dart as attorney for Creditors' Committee of WTT Token Holders and Miners - sdart@eisenhowerlaw.com
Quentin D Batjer on behalf of Port of Douglas County - pam@dadkp.com, quentin@dadkp.com
William L Hames on behalf of Port of Douglas County - billh@hawlaw.com, mcequch@hawlaw.com, juliem@hawlaw.com, frontdesk@hawlaw.com, carmenb@hawlaw.com, katies@hawlaw.com
David R Law on behalf of Port of Douglas County - david@dadkp.com, amy@dadkp.com
Shauna S Brennan on behalf of ECO Diversified Holdings, Inc. - sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com
Robert H Castro on behalf of Interested Party Nathan Welling - rcastro@rcastrolaw.com, castro.ava@gmail.com
Adam C. Doupe on behalf of Interested Party Allrise Financial Group - doupe@ryanlaw.com, doupear96329@notify.bestcase.com
Gary W Dyer on behalf of US Trustee - gary.w.dyer@usdoj.gov
Pamela Marie Egan on behalf of Trustee Mark Waldron - pegan@potomaclaw.com
Scott B Henrie on behalf of Creditor Rafael Sofair - shenrie@williamskastner.com, dlevitin@williamskastner.com
Douglas A. Hofmann on behalf of Creditor Rafael Sofair - dhofmann@williamskastner.com, kmejia@williamskastner.com
Gretchen J. Hoog on behalf of Emerald City Statewide LLC - ghoog@peslegal.com, danderson@peslegal.com
David Kazemba on behalf of Creditor Giga Plex, LLC and MLDC1, LLC - dkazemba@overcastlaw.com, amber@overcastlaw.com, lindat@overcastlaw.com, debbie@overcastlaw.com; kazembadr92395@notify.bestcase.com
John Knox on behalf of Creditor Rafeal Sofair - jknox@williamskastner.com, rnelson@williamskastner.com
Angie Lee on behalf of Creditor Washington State Taxing Agencies - bculee@atg.wa.gov
Benjamin J McDonnell on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - ben@pyklawyers.com, lauren@pyklawyers.com, eboudreau@pyklawyers.com, ncross@pyklawyers.com
Kathryn R McKinley on behalf of Creditor Douglas County PUD kathryn.mckinley@painehamblen.com, ads@painehamblen.com
Danial D Pharris on behalf of Creditor NC Machinery Co. - pharris@lasher.com, lukesetich@lasher.com
Jason T Piskol on behalf of Clever Capital, LLC, David M Carlson, Enterprise Focus, Inc. - jtp@pyklawyers.com
Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC - diana@rieslawfirm.com, cdg@rieslawfirm.com, carrie@rieslawfirm.com
Vanessa Pierce Rollins on behalf of Clever Capital, LLC, David M Carlson - vprollins@gmail.com
Joseph A. G. Sakay on behalf of Interested Party Allrise Financial Group sakay@ryanlaw.com, docketing@ryanlaw.com
Dominique R Scalia on behalf of Attorney DBS Law dscalia@lawdbs.com, paralegal@lawdbs.com
Tara J. Schleicher on behalf of interested party EcoChain, Inc.

tara.schleicher@foster.com, kesarah.rhine@foster.com
US Trustee
ustp.region18.sp.ecf@usdoj.gov
Mark Waldron
trustee@mwaldronlaw.com, mark@mwaldronlaw.com
Brian A. Walker on behalf of Defendant Jeffrey Field
bwalker@omwlaw.com, rgrim@omwlaw.com
Scott Weaver on behalf of Creditor Executive Flight, Inc.
weaver@carneylaw.com, fuhrmann@carneylaw.com

Date Served: 10/7/2024

Sign your name: *(signature)*

Print name: Jun Dam