**So Ordered.**

**Dated: October 9th, 2024**



**Frederick P. Corbit
Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>Debtor. | Case No. 18-03197-FPC7<br><br>**ORDER DENYING MOTION FOR SANCTIONS AGAINST JOHN T. WINSLOW** |

THIS MATTER came before the Court on the Chapter 7 Trustee's Motion for Sanctions against John T. Winslow ("Motion") (ECF No. 1065). Mr. Winslow filed a Response to the Motion (ECF No. 1116).

The hearing on the Motion was held on October 8, 2024, and was attended by Pamela Egan, of the Potomac Law Group, who represents the Chapter 7 trustee; Douglas Cameron, former attorney for Jun Dam; John Winslow; and Jun Dam.

The Court is familiar with this case. The Court reviewed the related pleadings, including the documents cited by the Trustee (ECF No. 1065 at pp. 4-7); Mr. Winslow's Objection (ECF No. 1051); Mr. Winslow's Withdrawal of Objection (ECF No. 1082); and Motion for Withdrawal of Objection (ECF No. 1084).

ORDER DENYING MOTION FOR SANCTIONS - 1

The Court also considered Mr. Winslow's statements at the hearing that acknowledged his objection to Ms. Egan's Fee Application (ECF No. 1084) was a mistake. Mr. Winslow stated that he recognized the arguments he made in the objection were "no longer relevant, viable, or necessary."

Because Mr. Winslow withdrew his objection and acknowledged the objection was a mistake, the Court declines to sanction Mr. Winslow.

THEREFORE, based on the foregoing it is ordered that:

The Motion (ECF No. 1065) is **DENIED**.

///End of Order///