# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr        Jun Dam        5432 Geary Blvd #535        San Francisco, CA 94121
cr        John T. Winslow        112 Weisbrook Ct.        Henderson, NV 89011

                                                                    TOTAL: 2