# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

Case No. 18-03197-FPC

**SUPPLEMENTAL DESIGNATION OF RECORD**

**Appellate Case No: 24-cv-00334-SAB (E.D. Wash.)**

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94121
Phone: (415) 748-1113
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD**

**Appellate Case No: 24-cv-00334-SAB (E.D. Wash.)**

**Bankruptcy Court Orders Appealed:**

- ECF No. 1079: Order Granting Final Application for Compensation of Services Rendered and Reimbursement of Expenses
- Related Filings: Motion for Reconsideration (ECF No. 1109), Motion for Stay Pending Appeal (ECF No. 1089)

**Supplemental Designation of Record**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant Jun Dam, proceeding pro se, hereby submits this Supplemental Designation of Record on Appeal to the

United States District Court for the Eastern District of Washington. This appeal arises from the following order of the United States Bankruptcy Court for the Eastern District of Washington:

1. Order Granting Compensation for Services Rendered and Reimbursement of Expenses (ECF No. 1079) entered in Bankruptcy Case No. 18-03197-FPC7 by the Honorable Frederick P. Corbit, United States Bankruptcy Judge, on September 17, 2024.

Previously, on 10/8/24, Appellant filed a Designation of Record and Statement of Issues on Appeal. Since that filing, the following additional records have been filed and are essential to the appeal:

## II. SUPPLEMENTAL DESIGNATION OF RECORDS ON APPEAL

| Filing Date | ECF # | Docket Text |
| --- | --- | --- |
| 10/7/2024 | 1119 | ORDER Denying Motion for Reconsideration |
| 10/5/2023 | 1031 | ORDER Approving Settlement Agreement with Perkins Coie LLP |
| 08/28/2023 | 1011 | LIST of Exhibit(s) …for Order Approving Settlements . |
| 09/27/2021 | 921 | MEMORANDUM Opinion and Order Regarding Stay … |
| 10/07/2021 | 922 | NOTICE of Appeal and Statement of Election to District Court. |

**Items from Dam vs. Waldron , EDWA CASE #: 2:21-cv-00291-SAB**

| Filing Date | ECF # | Docket Text |
| --- | --- | --- |
| 08/02/2024 | 66 | ORDER GRANTING DISMISSAL AND CLOSING FILE |

Items from Dam vs. Waldron, EDWA CASE #: 2:20-cv-00464-SAB

| 05/23/2024 | 83 | ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT|

Respectfully submitted,

Dated this 8th day of October, 2024

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com