In re:                                                                    Case No. 18-03197-FPC

GIGA WATT INC                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0980-2 | User: notice | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | John T. Winslow, 112 Weisbrook Ct., Henderson, NV 89011-2560 |
| cr | + | Jun Dam, 5432 Geary Blvd #535, San Francisco, CA 94121-2307 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                 Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Doupe | |
| | on behalf of Interested Party Allrise Financial Group adoupe@buchalter.com  mbrandt@buchalter.com |
| Angie Lee | |
| | on behalf of Creditor Washington State Taxing Agencies bculee@atg.wa.gov |
| Benjamin A Ellison | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee salishsealegal@outlook.com |
| Benjamin J McDonnell | |
| | on behalf of Defendant Enterprise Focus  Inc. ben@pyklawyers.com, shanson@pyklawyers.com |
| Benjamin J McDonnell | |
| | on behalf of Creditor Clever Capital  LLC ben@pyklawyers.com, shanson@pyklawyers.com |
| Benjamin J McDonnell | |

on behalf of Defendant Clever Capital  LLC ben@pyklawyers.com, shanson@pyklawyers.com

Benjamin J McDonnell

on behalf of Creditor David M Carlson ben@pyklawyers.com  shanson@pyklawyers.com

Benjamin J McDonnell

on behalf of Defendant David M. Carlson and Jane Doe 1 ben@pyklawyers.com  shanson@pyklawyers.com

Christopher F Ries

on behalf of Creditor Neppel Electrical & Controls  LLC ,
diana@rieslawfirm.com;cdg@rieslawfirm.com;carrie@rieslawfirm.com

Danial D Pharris

on behalf of Creditor NC Machinery Co. pharris@lasher.com  luksetich@lasher.com

Daniel William Short

on behalf of Creditor Douglas County PUD dan.short@painehamblen.com  sheila.espinoza@painehamblen.com

David A Kazemba

on behalf of Creditor MLDC1  LLC dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com

David A Kazemba

on behalf of Creditor Giga Plex  LLC dkazemba@overcastlaw.com,
kera@overcastlaw.com,debbie@overcastlaw.com,jose@overcastlaw.com,dusty@overcastlaw.com

David R Law

on behalf of Creditor Port of Douglas County david@dadkp.com  amy@dadkp.com

Dennis J. McGlothin

on behalf of Defendant Jun Dam docs@westwalaw.com

Dominique R Scalia

on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc. dscalia@lawdbs.com
paralegal@lawdbs.com;jsmith@lawdbs.com

Dominique R Scalia

on behalf of Attorney DBS Law dscalia@lawdbs.com  paralegal@lawdbs.com;jsmith@lawdbs.com

Donald A Boyd

on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com  kvoelker@hummerboyd.com

Douglas A. Hofmann

on behalf of Creditor Refael Sofair dhofmann@williamskastner.com  tdondero@williamskastner.com

Douglas R Cameron

on behalf of Respondent Hanson Baker Ludlow Drumheller  P.S. dcameron@hansonbaker.com, hwatson@hansonbaker.com

Gary W Dyer

on behalf of U.S. Trustee US Trustee Gary.W.Dyer@usdoj.gov

Gretchen J. Hoog

on behalf of Attorney Emerald City Statewide LLC hoog@ryanlaw.com  dhutchings@corrdowns.com

James D Perkins

on behalf of U.S. Trustee US Trustee james.perkins@usdoj.gov

Jason T Piskel

on behalf of Defendant Enterprise Focus  Inc. jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jason T Piskel

on behalf of Creditor David M Carlson jpiskel@pyklawyers.com  ephelps@pyklawyers.com

Jason T Piskel

on behalf of Defendant David M. Carlson and Jane Doe 1 jpiskel@pyklawyers.com  ephelps@pyklawyers.com

Jason T Piskel

on behalf of Defendant Clever Capital  LLC jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jason T Piskel

on behalf of Creditor Clever Capital  LLC jpiskel@pyklawyers.com, ephelps@pyklawyers.com

Jofrey M McWilliam

on behalf of Defendant Perkins Coie LLP jmcwilliam@byrneskeller.com jmcwilliam@byrneskeller.com,
jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

Jofrey M McWilliam

on behalf of Defendant Lowell Ness jmcwilliam@byrneskeller.com
jbenson@byrneskeller.com,lsweetser@byrneskeller.com,docket@byrneskeller.com

John Knox

on behalf of Creditor Refael Sofair jknox@williamskastner.com  rnelson@williamskastner.com

John D Munding
    on behalf of Defendant Lowell Ness John@Mundinglaw.com  Karenchpt7@gmail.com

John D Munding
    on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com  Karenchpt7@gmail.com

Joseph A.G. Sakay
    on behalf of Interested Party Allrise Financial Group jsakay@buchalter.com  pjolley@buchalter.com

Mark Waldron
    trustee@mwaldronlaw.com  mark@mwaldronlaw.com

Pamela Marie Egan
    on behalf of Defendant GIGA WATT INC pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant The Potomac Law Group  a Washington DC Limited Liability Partnership pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Other Professional Potomac Law Group PLLC pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Attorney Potomac Law Group PLLC pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Defendant Pamela M Eagan pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark Waldron pegan@potomaclaw.com

Pamela Marie Egan
    on behalf of Trustee Mark Waldron pegan@potomaclaw.com

Quentin D Batjer
    on behalf of Creditor Port of Douglas County quentin@dadkp.com  quentin@dadkp.com

Ralph E Cromwell, Jr
    on behalf of Witness Perkins Coie LLP rcromwell@byrneskeller.com
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr
    on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr
    on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com
ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Reid G Johnson
    on behalf of Defendant Timur Usmanov rjohnson@lukins.com

Roberto H Castro
    on behalf of Interested Party Nathan Welling rcastro@rcastrolaw.com  castro.ava@gmail.com

Scott B Henrie
    on behalf of Creditor Refael Sofair scott@scotthenrie.com  DLevitin@williamskastner.Com

Scott R. Smith
    on behalf of Creditor Douglas County PUD srs@painehamblen.com

Shauna S Brennan
    on behalf of Creditor ECO Diversified Holdings  Inc. sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Tara J. Schleicher
    on behalf of Interested Party EcoChain  Inc. tara.schleicher@foster.com,
kim.fergin@foster.com,estela.acosta@foster.com,ellie.bulin@foster.com

Timothy G. Blood
    on behalf of Defendant Jun Dam tblood@bholaw.com  efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

Timothy G. Blood
    on behalf of Creditor Refael Sofair tblood@bholaw.com  efile@bholaw.com;toreardon@bholaw.com;lhurst@bholaw.com

US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

Vanessa Pierce

District/off: 0980-2

Date Rcvd: Oct 09, 2024

User: notice

Form ID: pdf002

Page 4 of 4

Total Noticed: 2

on behalf of Creditor David M Carlson vprollins@gmail.com

Vanessa Pierce

on behalf of Creditor Clever Capital  LLC vprollins@gmail.com

TOTAL: 59

So Ordered.

Dated: October 9th, 2024



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

                                    Debtor.

Case No. 18-03197-FPC7

**ORDER DENYING MOTION FOR
SANCTIONS AGAINST JOHN T.
WINSLOW**

THIS MATTER came before the Court on the Chapter 7 Trustee's Motion

for Sanctions against John T. Winslow ("Motion") (ECF No. 1065). Mr. Winslow

filed a Response to the Motion (ECF No. 1116).

The hearing on the Motion was held on October 8, 2024, and was attended

by Pamela Egan, of the Potomac Law Group, who represents the Chapter 7 trustee;

Douglas Cameron, former attorney for Jun Dam; John Winslow; and Jun Dam.

The Court is familiar with this case. The Court reviewed the related

pleadings, including the documents cited by the Trustee (ECF No. 1065 at pp. 4-7);

Mr. Winslow's Objection (ECF No. 1051); Mr. Winslow's Withdrawal of

Objection (ECF No. 1082); and Motion for Withdrawal of Objection (ECF No.

1084).

ORDER DENYING MOTION FOR SANCTIONS - 1

The Court also considered Mr. Winslow's statements at the hearing that acknowledged his objection to Ms. Egan's Fee Application (ECF No. 1084) was a mistake. Mr. Winslow stated that he recognized the arguments he made in the objection were "no longer relevant, viable, or necessary."

Because Mr. Winslow withdrew his objection and acknowledged the objection was a mistake, the Court declines to sanction Mr. Winslow.

THEREFORE, based on the foregoing it is ordered that:

The Motion (ECF No. 1065) is **<u>DENIED</u>**.


///End of Order///

ORDER DENYING MOTION FOR SANCTIONS - 2