# Notice Recipients

District/Off: 0980–2  User: notice  Date Created: 10/16/2024
Case: 18–03197–FPC7  Form ID: pdf002  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr  Jun Dam  5432 Geary Blvd #535  San Francisco, CA 94121

TOTAL: 1