# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 10/17/2024 |
| Case: 18–03197–FPC7 | Form ID: pdf002 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Douglas R Cameron     dcameron@hansonbaker.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Jun Dam     5432 Geary Blvd #535     San Francisco, CA 94121
cr     John T. Winslow     112 Weisbrook Ct.     Henderson, NV 89011

TOTAL: 2