District Court Appeal No. 2:21-cv-00291-SAB Consolidated with
District Court Appeal No. 2:22-cv-00040-SAB
[Bankruptcy Court Case No. 18-03197-FPC7, Adv. Proceeding No. 21-80053]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC., a Washington corporation,

                                                                                                                                            Debtor.

JUN DAM,

                                                                                                                                             Appellant,

    vs.

MARK D. WALDRON, Chapter 7 Trustee,

                                                                                                                                             Appellee.

## STIPULATED DISMISSAL OF CONSOLIDATED APPEALS

| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>Timothy G. Blood<br>Leslie E. Hurst<br>Thomas J. O'Reardon II<br>Paula R. Brown<br>501 West Broadway, Suite 1490<br>San Diego, CA   92101<br>T: 619/338-1100<br>F: 619/338-1101<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br><br>*Attorneys for Appellant JUN DAM* | POTOMAC LAW GROUP PLLC<br>Pamela M. Egan<br>2212 Queen Anne Ave., N., #836<br>Seattle, WA   98109<br>T: 415/297-0132<br>pegan@potomaclaw.com<br><br>*Attorneys for Mark D. Waldron,*<br>*Chapter 7 Trustee* |

The parties to the above captioned consolidated appeal hereby stipulate to voluntary dismissal of the consolidated appeal.

WHEREAS, Federal Rule of Bankruptcy Procedure, Rule 8023(a) provides that "[t]he clerk of the district court … must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due."

WHEREAS, the parties agree that dismissal of the consolidated appeal is to be with prejudice and without fees or costs to either party.

WHEREAS, no court fees are due by either party.

WHEREAS, the parties seek no relief beyond the dismissal of the consolidated appeal and therefore a court order is not required for the clerk to enter dismissal of the appeal. Fed. R. Bankr. Pro., Rule 8023(c).

THEREFORE the parties stipulate to dismissal of Appeal No. 2:21-cv-00291-SAB and Appeal No. 2:22-cv-00040-SAB.

                                Respectfully submitted,

Dated: June 28, 2024        BLOOD HURST & O'REARDON, LLP
                                Timothy G. Blood
                                Leslie E. Hurst
                                Thomas J. O'Reardon II
                                Paula R. Brown

                                By:      *s/  Leslie E. Hurst*
                                       LESLIE E. HURST

                                501 West Broadway, Suite 1490
                                San Diego, CA   92101

                                                     Exhibit A, Page 2 of 4

|  |  |
|---|---|
|  | T: 619/338-1100 |
|  | F: 619/338-1101 |
|  |  |
|  | *Attorneys for Appellant JUN DAM* |
|  |  |
| Dated: June 28, 2024 | POTOMAC LAW GROUP PLLC |
|  | Pamela M. Egan |
|  |  |
|  | By:  *s/  Pamela M. Egan* |
|  | PAMELA M. EGAN |
|  |  |
|  | 2212 Queen Anne Ave., N., #836 |
|  | Seattle, WA   98109 |
|  | T: 415/297-0132 |
|  |  |
|  | *Attorney for Mark D. Waldron, Chapter 7 Trustee* |

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

| | |
|---|---|
| Dated: July 1, 2024 | By:        *s/  Leslie E. Hurst* |
|  | LESLIE E. HURST |

Exhibit A, Page 3 of 4

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I caused to be electronically filed the **STIPULATED DISMISSAL OF CONSOLIDATED APPEALS** with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing to all parties in the case who are registered to receive electronic service in this appeal through the District Court's electronic filing system.

Dated: July 1, 2024             By:    *s/ Leslie E. Hurst*
                                                       LESLIE E. HURST