Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor.

Case No. 18-03197 FPC 7

The Honorable Frederick P. Corbit

Chapter 7

**CERTIFICATE OF SERVICE**

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. On October 23, 2024, I served a true copy of the *Supplement to Chapter 7 Trustee's Motion for a Pre-Filing Review Order And/Or Sanctions Against Jun Dam*, filed on October 23, 2024, ECF No. 1138 ("Supplement") by email to Jun Dam at jundam@hotmail.com.

2. On October 24, 2024, I caused a true copy of the foregoing Supplement to be mailed by first class United States mail in a postage-page envelope addressed to Jun Dam at 5432 Geary Boulevard, #535, San Francisco, CA 94121.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October 2024 in Seattle Washington.

By:    */s/ Pamela M. Egan*
      Pamela M. Egan

CERTIFICATE OF SERVICE - P a g e | **1**