Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of 18 and a partner with the Potomac Law Group, PLLC.

2. On October 22, 2024, I served a true copy of the Appellee's Designation of Record, filed on October 22, 2024, ECF No. 1136 ("Appellee's Designation") by email to Jun Dam at jundam@hotmail.com.

3. On October 23, 2024, I mailed a copy of the foregoing Appellee's Designation by first class United States mail in a postage-page envelope addressed to Jun Dam at 5432 Geary Boulevard, #535, San Francisco, CA 94121.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October 2024 in Seattle Washington.

By:     */s/ Pamela M. Egan*
           Pamela M. Egan

CERTIFICATE OF SERVICE - P a g e | **1**

18-03197-FPC7    Doc 1142    Filed 10/24/24    Entered 10/24/24 18:18:55    Pg 1 of 1