# Notice Recipients

District/Off: 0980−2  User: notice  Date Created: 11/1/2024
Case: 18−03197−FPC7  Form ID: pdf002  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | Jun Dam | 5432 Geary Blvd #535 | San Francisco, CA 94121 |
| cr | John T. Winslow | 112 Weisbrook Ct. | Henderson, NV 89011 |

TOTAL: 2