Matteo Romani
Via Flaminia 66
Fossombrone, Italy, 61034
+39 328 0372322
amfara@hotmail.it

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor,

Case No. 18-03197-FPC

The Honorable Frederick P. Corbit

Chapter 7

**OBJECTION TO** Chapter 7 Trustee's Second Omnibus Objection to Claims (Released)

To the Honorable Court:

I, Matteo Romani, a creditor and token holder with interests in Giga Watt, Inc., hereby submit this objection to the Trustee's First Omnibus Objection to my original claim in the above-referenced bankruptcy case of Giga Watt, Inc., Case No. 18-03197-FPC7.

## 1. Background:

I am a creditor in the Giga Watt bankruptcy case, holding claims related to my ownership of Giga Watt tokens and mining equipment that was intended to generate returns under Giga Watt's operations. My claims, therefore, extend beyond those addressed in the Perkins Coie class action settlement, as they relate directly to Giga Watt's failure to fulfill commitments to token holders and miners.

The class action settlement pertains only to the claims against Perkins Coie LLP, based on their management of escrow funds for Giga Watt token holders, and does not encompass my full claim against Giga Watt, Inc. for losses associated with my tokens and mining operations.

## 2. Grounds for Objection:

The Trustee's Omnibus Objection seeks to release my original claim against the Giga Watt, Inc. estate. I object to this release on the following grounds:

**A. Distinct Nature of Claims:**
The settlement with Perkins Coie is separate from my claims against Giga Watt, Inc. The class action resolved issues solely related to escrow management and did not include my claim against Giga Watt, Inc. for losses tied to unfulfilled mining operations and token value losses.

**B. Preservation of Creditor Rights:**
As a creditor, I retain the right to pursue my claims in the bankruptcy case to recover the full scope of losses incurred due to Giga Watt, Inc.'s failure to meet its obligations. The trustee's objection does not take into account my right to recover these losses beyond what was covered in the Perkins Coie settlement.

## 3. Request for Relief:

I respectfully request that the Court:

1. Deny the Trustee's Omnibus Objection as it applies to my original claim.
2. Preserve my right to pursue the entirety of my claims against the Giga Watt, Inc. estate for losses related to both token holdings and mining equipment.
3. Allow my original claim to proceed in this bankruptcy case.

## 4. Conclusion:

For these reasons, I respectfully request that the Court uphold this objection and grant the requested relief.


Respectfully submitted,
Matteo Romani

Via Flaminia 66
Fossombrone, Italy, 61034
+39 328 0372322
amfara@hotmail.it