# Certificate of Service

I hereby certify that on October 31st 2024, I electronically filed the foregoing OBJECTION TO CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS (RELEASE) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: October 31st 2024

_____
Matteo Romani