[Jaime Dario Mejia Martinez] (*Pro Se*)  The Honorable Frederick P. Corbit
[Address: Calle 44 No 10E - 11 Barranquilla, Colombia]  Chapter 7
[Phone: 57-3012197321]
[Email: jmejiamar@gmail.com]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**Jaime Dario Mejia Martinez**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 31 day of October, 2024

_____
[Jaime Dario Mejia Martinez] *Pro Se*)
[Calle 44 No 10E - 11 Barranquilla Colombia
[Phone: 57-3012197321 ]
[Email: jmejiamar@gmail.com]

## CERTIFICATE OF SERVICE

I hereby certify that on 10/31/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 10/31/2024

Sign your name: *[signature]*

Print name: Jaime Dario Mejia Martinez