[Jacqueline Bussey] (*Pro Se*)
[The Oaks, Clapper Lane, Staplehurst]
[Tonbridge TN12 0JT United Kingdom]
[phone: +44 7717 855526]
[Email: jackie.bussey@gmail.com]

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**[Jacqueline Bussey]**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 31st day of October, 2024

*Jacqueline Bussey*

[Jacqueline Bussey] (*Pro Se*)
[The Oaks Clapper Lane, Staplehurst]
[Tonbridge TN12 0JT United Kingdom]
[Phone: +44 7717 855526]
[Email: jackie.bussey@gmail.com]

## CERTIFICATE OF SERVICE

I hereby certify that on 10/31/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 10/31/2024

Sign your name:

*Jacqueline Bussey*

Print name: Jacqueline Bussey

# Audit trail

## Details

| | |
|---|---|
| FILE NAME | Copy of Joinder to Objection to Release of Token Holder & Miner Creditor Claims - Final Draft - 31/10/2024, 22:35 |
| STATUS | 🟢 Signed |
| STATUS TIMESTAMP | 2024/10/31 22:38:22 UTC |

## Activity

| | | |
|---|---|---|
| SENT | jackie.bussey@gmail.com **sent** a signature request to:<br>• Jacqueline Bussey (jackiebussey@gmail.com) | 2024/10/31 22:35:32 UTC |
| SIGNED | **Signed** by Jacqueline Bussey (jackiebussey@gmail.com) | 2024/10/31 22:38:22 UTC |
| COMPLETED | This document has been signed by all signers and is **complete** | 2024/10/31 22:38:22 UTC |

The email address indicated above for each signer may be associated with a Google account, and may either be the primary email address or secondary email address associated with that account.