Kenneth D. McCoy
1401 Woodstock Way #103H
Bellingham, WA 98226
Phone: 360-739-4837
Email: ken@northentier.com

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

I, Kenneth D. McCoy, Creditor, hereby submit this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and further request that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to the Creditor's claim.

Respectfully submitted,

Dated this 1ST day of November, 2024

*[signature]*

Kenneth D. McCoy  *Pro Se*
1401 Woodstock Way #103H
Bellingham, WA 98226
360-739-4837
ken@northentier.com

# CERTIFICATE OF SERVICE

I hereby certify that on 10/__/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 10/~~31~~/2024   11.1.2024   KM

Sign your name: *[signature: Kenneth D. McCoy]*

Print name: KENNETH D. McCoy