Ronald Johns  
125 Frogfruit Way  
San Marcos, TX 78666  
512-295-0123  
rjohnsjr@me.com

The Honorable Frederick P. Corbit  
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**[Your Name]**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 1st day of November, 2024

_____
Ronald Johs (*Pro Se*)
125 Frogfruit Way
San Marcos, TX 78666
512-295-0123
rjohnsjr@me.com

# CERTIFICATE OF SERVICE

I hereby certify that on 11/1/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/1/2024

Sign your name: _[signature]_

Print name: Ronald Johns