Clinton Luckinbill
1054 Waterleaf Way
San Jacinto, CA 92582-3020
847-773-5189
clintluck99@yahoo.com

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

Case No. 18-03197-FPC

In re:

GIGA WATT INC.,

Debtor

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**Clinton Luckinbill,** Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

1    Respectfully submitted,
2
3                                                    Dated this 31 day of October, 2024
4
5                                                    Clinton Luckinbill
6                                                    1054 Waterleaf Way
7                                                    San Jacinto, CA 92582-3020
                                                    847-773-5189
8                                                    clintluck99@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on 10/31/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 10/31/2024

Sign your name: *[signature]*

Print name:   Clinton Luckinbill