Pablo Hernandez
Calle Este Res. Mi Refugio Piso 9 Apto 9A
Urb. Manzanares, Baruta 1080, Caracas, Venezuela
Phone: +58 424 1737119
Email: pablovhg@gmail.com

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

**Case No. 18-03197-FPC**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**In re:**

**GIGA WATT INC.,**

**Debtor**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**Pablo Hernandez**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 1st day of November, 2024



_____

Pablo Hernandez (*Pro Se*)
Calle Este Res. Mi Refugio Piso 9 Apto 9A
Urb. Manzanares, Baruta 1080, Caracas, Venezuela
Phone: +58 424 1737119
Email: pablovhg@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10/01/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/01/2024



Pablo Hernandez