Robert J. Hoyer  
5940 Daltry Lane  
Colorado Springs, CO 80906  
719-304-4144  
robhoyer@gmail.com  

The Honorable Frederick P. Corbit  
Chapter 7  

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**Robert J. Hoyer**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 2nd day of November, 2024

*(signature)*

Robert J. Hoyer (*Pro Se*)
5940 Daltry Lane
Colorado Springs, CO 80906
719-304-4144
robhoyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11/2/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/2/2024

Sign your name: *[signature]*

Print name: Robert J. Hoyer