**So Ordered.**

**Dated: November 4th, 2024**



Frederick P. Corbit
Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197-FPC7 |
|---|---|
| GIGA WATT INC., | **ORDER DENYING MOTION FOR CONTINUANCE OF UPCOMING HEARING** |
| Debtor. | |

THIS MATTER came before the Court on Andrea Sharp's ("Movant") Motion for Order of Continuance of Upcoming Hearing (ECF No. 1149).

The Court is familiar with this case. The Court is aware of the numerous responses by other pro se litigants like Movant to the Chapter 7 Trustee's Omnibus Objections as well as the accompanying joinders filed in relation to the responses. The Court is scheduled to hear these matters on November 21, 2024.

Local Bankruptcy Rule 5071-1 requires motions for continuances to be accompanied by an affidavit or statement under penalty of perjury stating the reasons for the necessity of the continuance. Movant did not provide an affidavit or statement under penalty of perjury stating the reasons for the necessity of the continuance.

ORDER DENYING MOTION FOR CONTINUANCE - 1

However, the Court will hear from Movant at the beginning of the hearing on November 21, 2024.

THEREFORE, based on the foregoing it is ordered that:

The Motion (ECF No. 1149) is **<u>DENIED,</u>** but the Court will hear from Andrea Sharp at the beginning of the hearing on November 21, 2024.

///End of Order///