# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 11/4/2024
Case: 18–03197–FPC7     Form ID: pdf002     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4032866     Andrea Sharp     268 Bush Street #2520     San Francisco, CA 94104

TOTAL: 1