Carmen Jacqueline Hernández Guevara
Calle La Pedrera Res. Vista Plaza
T. B Piso 15 Apt. 15D Urb. Guaicay Baruta 1080,
Caracas, Venezuela
Phone: +58 4143303573
Email: fiat201701@gmail.com

The Honorable Frederick P. Corbit
Chapter 7

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

**In re:**

**GIGA WATT INC.,**

**Debtor**

**Case No. 18-03197-FPC**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

# JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS

**Carmen Jacqueline Hernandez Guevara**, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 5 fifth day of November, 2024

_____
Carmen Jacqueline Hernández Guevara (*Pro Se*)
Calle La Pedrera Res. Vista Plaza
T. B Piso 15 Apt. 15D Urb. Guaicay Baruta 1080,
Caracas, Venezuela
Phone: +58 4143303573
Email: fiat201701@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11/05/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/05/2024

*Carmen Hdez*

Carmen Jacqueline Hernández Guevara