Hans-Peter Edenstrasser                        The Honorable Frederick P. Corbit
Rupert Hagleitner Strasse 1d                                  Chapter 7
6300 Woergl, Austria
0043 664 75016620
hp_edenstrasser@yahoo.de

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

Case No. 18-03197-FPC

In re:

GIGA WATT INC.,

Debtor

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

**JOINDER IN SUPPORT OF OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**

Hans-Peter Edenstrasser, Creditor, hereby submits this Joinder in support of the Objection filed by George Lignos's (ECF Docket No. 1150) to the Trustee's First Omnibus Objection to Claims. Creditor agrees with and fully supports the arguments and relief requested in George Lignos's Objection and respectfully requests that the Court deny the Trustee's Omnibus Objection to Claims as it pertains to Creditor's claim.

Respectfully submitted,

Dated this 6th day of October, 2024

Hans-Peter Edenstrasser
Rupert Hagleitner Strasse 1d
6300 Woergl, Austria
0043 664 75016620
hp_edenstrasser@yahoo.de

## CERTIFICATE OF SERVICE

I hereby certify that on 10/06/24 I electronically filed the foregoing **OBJECTION TO RELEASE OF CLAIMS BY TOKEN HOLDERS AND MINER CREDITORS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 10/06/2024

Sign your name: *[signature]*

Print name: Hans-Peter Edenstrasser