Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Counsel to Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation,<br><br>　　　　　　　Debtor. | The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**DECLARATION OF PARTIAL NON-OBJECTIONS BY PAMELA M. EGAN RE: CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTIONS TO CLAIMS (RELEASED)** |

I, Pamela M. Egan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I submit this declaration regarding the *Chapter 7 Trustee's First Omnibus Objection to Claims (Released)* (the "First Omnibus Objection"), filed on October 2, 2024, ECF No. 1098. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the First Omnibus Objection.

3. On October 2, 2024, I served (1) the First Omnibus Objection, (2) the *Notice of Chapter 7 Trustee's First Omnibus Objection to Claims (Released)*, ECF

Declaration of Partial Non-Objections by
Pamela M. Egan Re: Trustee's First
Omnibus Objection to Claims (Released)　　　　　　　　　P a g e | 1

18-03197-FPC7    Doc 1204    Filed 11/07/24    Entered 11/07/24 17:14:12    Pg 1 of 3

No. 1099, and (3) the *Declaration of Mark D. Waldron in Support of Chapter 7 Trustee's First, Second, and Third Omnibus Objection to Claims (Released)*, ECF No. 1004 (collectively, the "First Omnibus Objection Packet"), as set forth in the Declaration of Mailing Certificate of Service filed on October 2, 2024, ECF No. 1105 (the "First Omnibus Objection Certificate of Service"). Based on my review, the parties listed on **Exhibit A** and **Exhibit B**, attached hereto, were served with the First Omnibus Objection Packet as set forth in the First Omnibus Objection Certificate of Service

4. The deadline for a party to object to the First Omnibus Objection was November 6, 2024.

5. I have reviewed the docket of the Court. Based on that review, I have determined that (a) the parties listed on **Exhibit A**, attached hereto, have not objected or responded to the First Omnibus Objection, despite having been served with the First Omnibus Objection Packet and (b) the parties listed on **Exhibit B**, attached hereto, have objected or responded to the First Omnibus Objection.

6. In one case, the case of Alexander Fillipov, a joinder in a response was filed, ECF No. 1195, and then withdrawn, ECF No. 1201. Mr. Fillipov's claim is included in the Order submitted herewith.

Declaration of Partial Non-Objections by
Pamela M. Egan Re: Trustee's First
Omnibus Objection to Claims (Released)     P a g e | 2

18-03197-FPC7    Doc 1204    Filed 11/07/24    Entered 11/07/24 17:14:12    Pg 2 of 3

7. With this Declaration, I am uploading an Order granting the First Omnibus Objection as to the parties listed on **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November 2024.

                        */s/ Pamela M. Egan*
                        Pamela M. Egan

Declaration of Partial Non-Objections by Pamela M. Egan Re: Trustee's First Omnibus Objection to Claims (Released)      P a g e | 3

18-03197-FPC7    Doc 1204    Filed 11/07/24    Entered 11/07/24 17:14:12    Pg 3 of 3