| NAME | CLAIM NO. | DATE FILED | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|
| AHMED SHAH | 312 | 4/18/2019 | $150,000.00 | $150,000.00 | | |
| ALAN NORMAN | 231 | 4/4/2019 | $126,000.00 | $126,000.00 | | |
| ALAN WALNOHA | 130 | 2/18/2019 | $352,733.93 | $352,733.93 | | |
| ALBERTO JOSE FARIA CAMACHO | 326 | 4/19/2019 | $10,859.00 | $10,859.00 | | |
| ALEKSEY DANISHEVSKY | 241 | 4/7/2019 | $64,293.00 | $64,293.00 | | |
| ALEX FILIPPOV | 175 | 3/7/2019 | $58,389.74 | $58,389.74 | | |
| ALEX KUTAS | 289 | 4/17/2019 | $299,576.80 | $299,576.80 | | |
| ALEX MCVICKER | 197 | 3/17/2019 | $21,000.00 | $21,000.00 | | |
| ALIAKSEI VOLNOV | 209 | 3/24/2019 | $91,749.09 | $91,749.09 | | |
| ALIAKSEI VOLNOV | 210 | 3/24/2019 | $91,749.09 | $91,749.09 | | |
| ANATOLY CHECHERIN | 83 | 2/17/2019 | $90,929.48 | $90,929.48 | | |
| ANDREW BLYLER | 42 | 2/11/2019 | $7,710.20 | $7,710.20 | | |
| ANDREW JAMES | 181 | 3/8/2019 | $2,199.00 | $2,199.00 | | |
| ANDREW MARK CAMPBELL-BOROSS | 154 | 2/26/2019 | $3,302.50 | $3,302.50 | | |
| ANDREW MOLITOR | 344 | 4/26/2019 | $7,919.00 | $7,919.00 | | |
| ANDREW STOCK | 235 | 4/5/2019 | $7,084.41 | $7,084.41 | | |
| ANDREW THANH QUOC LE | 342 | 4/21/2019 | $246,468.36 | $246,468.36 | | |
| ANTHONY MARTINEZ | 94 | 2/17/2019 | $34,417.23 | $34,417.23 | | |
| ANTON SHAMANAEV | 204 | 3/22/2019 | $14,806.00 | $14,806.00 | | |
| ANTONY GISHOLT | 25 | 3/8/2019 | UNLIQUIDATED | | | |
| ARTHUR N MARODIS | 269 | 4/14/2019 | $0.00 | $0.00 | | |
| BASHAR (BEN) ASSAD | 66 | 2/15/2019 | $40,199.00 | $40,199.00 | | |
| BENJAMIN RUSSELL | 212 | 3/24/2019 | $27,968.48 | $27,968.48 | | |
| BILL SCHMIDT | 100 | 2/17/2019 | $2,000.00 | $2,000.00 | | |
| BLOCKCHAIN SYSTEMS LLC | 115 | 2/18/2019 | $324,909.52 | | $324,909.52 | |
| BRANDON GORDON | 29 | 2/6/2019 | $100,000.00 | $100,000.00 | | |
| BRANDON ROBINSON | 98 | 2/17/2019 | $126,123.68 | $126,123.68 | | |
| BRIAN M PACKARD | 286 | 4/17/2019 | $14,299.06 | $14,299.06 | | |
| CALEB MAISTRY | 297 | 4/18/2019 | $13,479.00 | $13,479.00 | | |
| CAMERON SCHMIDT | 88 | 2/17/2019 | $1,412.00 | $1,412.00 | | |
| CARLOS ENRIQUE FERNANDEZ CASTELLANO | 101 | 2/17/2019 | $65,856.24 | $65,856.24 | | |
| CARLOS GAGLIANO | 103 | 2/17/2019 | $10,100.00 | $10,100.00 | | |
| CASTAGNETO TRADING LLC | 335 | 4/19/2019 | $38,406.00 | $38,406.00 | | |
| CESAR DIAZ, JRD FUNDING | 53 | 2/14/2019 | $737,885.96 | $554,471.96 | $183,414.00 | |
| CHARLES F V DHAUSSY | 315 | 4/19/2019 | $43,337.50 | $43,337.50 | | |
| CHEN DU | 165 | 3/5/2019 | $11,949.00 | $11,949.00 | | |
| CHRIS FEATHERSTONE | 302 | 4/18/2019 | $16,100.00 | $16,100.00 | | |
| CHRISTIAN EICHERT | 329 | 4/19/2019 | $166,944.93 | $166,944.93 | | |
| CHRISTIAN SCHIFFER | 239 | 4/6/2019 | UNLIQUIDATED | | | |
| CLINTON F SIKES | 275 | 4/14/2019 | $16,628.00 | $16,628.00 | | |
| CODY FORREST QUINN | 81 | 2/16/2019 | $1,237.00 | $1,237.00 | | |
| CODY SCHMIDT | 99 | 2/17/2019 | $1,684.32 | $1,684.32 | | |
| COSTANTINI FREDERIC | 218 | 4/16/2019 | $2,991.00 | $2,991.00 | | |
| CRAIG BEECH | 159 | 3/3/2019 | $1,092,284.83 | $1,092,284.83 | | |
| CRYPTODIGGER LLC | 167 | 3/5/2019 | $5,070.29 | $5,070.29 | | |
| DANIEL JAMES RYSER | 213 | 3/25/2019 | $55,526.00 | $55,526.00 | | |
| DANIEL TOKLE | 224 | 3/31/2019 | $4,454.00 | $4,454.00 | | |
| DANILA RUSIN | 325 | 4/19/2019 | $27,097.42 | $27,097.42 | | |
| DARREN JAMES WURF | 86 | 2/17/2019 | $22,495.00 | $22,495.00 | | |
| DARYL OLSEN | 236 | 4/5/2019 | $9,500.00 | $9,500.00 | | |

| NAME | CLAIM NO. | DATE FILED | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|
| DAVID J LUTZ | 90 | 2/17/2019 | $13,907.11 | $13,907.11 | | |
| DAVID R. MITCHELL | 250 | 4/9/2019 | UNLIQUIDATED | $3,990.00 | | |
| DAVID TYCHSEN-SMITH | 144 | 2/20/2019 | $30,755.84 | $30,755.84 | | |
| DENIS VESELOVSKY | 230 | 4/3/2019 | $8,174.00 | $8,174.00 | | |
| DMITRY BENKOVICH | 195 | 3/14/2019 | $158,400.00 | $158,400.00 | | |
| DMITRY KHUSIDMAN | 313 | 4/18/2019 | $56,629.47 | $56,629.47 | | |
| DONALD J SULLIVAN | 328 | 4/19/2019 | $89,750.00 | $89,750.00 | | |
| DOUGLAS BERGER | 80 | 2/16/2019 | $11,260.00 | $11,260.00 | | |
| EDMUND LEE | 350 | 6/7/2019 | $10,000.00 | $10,000.00 | | |
| EERO KOSKINEN | 82 | 2/17/2019 | $385,046.00 | $385,046.00 | | |
| ELDER YOSHIDA | 249 | 4/9/2019 | $78,310.10 | $78,310.10 | | |
| EMIL PETROV STANEV | 156 | 2/27/2019 | $73,729.19 | $73,729.19 | | |
| ERIC FERRARI | 287 | 4/17/2019 | $44,060.00 | $44,060.00 | | |
| ERNESTO PEDRERA | 27 | 4/18/2019 | $34,836.73 | $34,836.73 | | |
| EVGENY SKOROPISOV | 222 | 3/30/2019 | $53,060.00 | $53,060.00 | | |
| FABIO TODESCHINI | 75 | 2/16/2019 | $87,187.31 | $87,187.31 | | |
| FORZA 2 | 259 | 4/11/2019 | $49,489.00 | $49,489.00 | | |
| FRANK DANIEL | 229 | 4/3/2019 | $0.00 | $0.00 | | |
| FRANZ ALLIOD | 160 | 3/4/2019 | $2,650.00 | $2,650.00 | | |
| FRANZ ALLIOD | 161 | 3/4/2019 | $2,650.00 | $2,650.00 | | |
| FRED NOLTE | 266 | 4/13/2019 | $369,349.00 | $369,349.00 | | |
| GENNADY ZHILYAEV | 265 | 4/13/2019 | $524,850.00 | $524,850.00 | | |
| GEORGE SORIN LASCU | 252 | 4/9/2019 | $136,546.81 | $136,546.81 | | |
| GLEB NESIS | 126 | 2/18/2019 | $32,245.38 | $32,245.38 | | |
| GLEN ALLAN BRADLEY | 146 | 2/22/2019 | $6,274.00 | $6,274.00 | | |
| GRANT HERHOLDT | 280 | 4/16/2019 | $12,437.00 | $12,437.00 | | |
| GRONSKI, JEFFREY G & ROBIN L | 218 | 3/28/2019 | $13,035.46 | $13,035.46 | | |
| HARI KRISHNA PRASAD MENTA VENKATA | 311 | 4/18/2019 | $35,541.00 | $35,541.00 | | |
| HARLAN ROBINSON | 11 | 2/15/2019 | $204,021.12 | $204,021.12 | | |
| HASHVIN DARYANANI | 132 | 2/18/2019 | $110,205.43 | $110,205.43 | | |
| LJUPCO NIKOLOVSKI | 225 | 4/1/2019 | $18,400.00 | $18,400.00 | | |
| THEATHERSTRASSE 27c | 327 | 4/11/2019 | $3,247.20 | $3,247.20 | | |
| | | | $7,317,172.21 | $6,812,838.69 | $ 508,323.52 | $ - |

**Note: Total claims are $3,990.00 less than the sum of unsecured, secured and priority claims because the claim of David R. Mitchell includes a liquidated amount and an unliquidated amount.**