**In re Giga Watt, Inc.,**
**Case No. 18-03197-FPC**

**EXHIBIT B**
**(Responses)**

**Order re Trustee's 1st**
**Omnibus Objection (Released)**

| NAME | CLAIM NO. | DATE FILED | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|------|-----------|------------|--------------|-----------|---------|----------|
| AARON KRIVITZKY | 270 | 4/14/2019 | $3,599.33 | $3,599.33 | $ - | $ - |
| ADAM SCHAINBLATT | 183 | 3/9/2019 | $35,186.77 | $35,186.77 | $ - | $ - |
| ANDREA SHARP | 20 | 5/29/2019 | $2,073,053.17 | $2,073,053.17 | $ - | $ - |
| BRIAN J DONN | 176 | 3/7/2019 | $56,298.74 | $56,298.74 | $ - | $ - |
| BRYAN MACCALLUM | 189 | 3/12/2019 | $23,679.01 | $23,679.01 | $ - | $ - |
| BRYANT JOHNSON | 56 | 2/14/2019 | $335,245.78 | $335,245.78 | $ - | $ - |
| CARMEN J HERNANDEZ G | 232 | 4/5/2019 | $116,479.21 | $116,479.21 | $ - | $ - |
| CLINTON DOUGLAS LUCKINBILL | 79 | 2/16/2019 | $56,206.66 | $56,206.66 | $ - | $ - |
| ELIESHAY TOUBOUL | 256 | 4/10/2019 | $100,678.50 | $100,678.50 | $ - | $ - |
| ELISA U | 194 | 3/12/2019 | $2,890.65 | $2,890.65 | $ - | $ - |
| FILIP SCHEPERJANS | 208 | 3/24/2019 | $7,594.75 | $7,594.75 | $ - | $ - |
| FILIP SCHEPERJANS | 207 | 3/24/2019 | $14,394.00 | $14,394.00 | $ - | $ - |
| GEORGIOS LIGNOS | 12 | 4/17/2019 | $54,660.15 | $54,660.15 | $ - | $ - |
| GRIGORY KLUMOV | 73 | 2/15/2019 | $454,678.00 | $454,678.00 | $ - | $ - |
| HANS-PETER EDENSTRASSER | 107 | 2/18/2019 | $162,359.00 | $162,359.00 | $ - | $ - |
| | | | **$3,497,003.72** | $3,497,003.72 | $ - | $ - |

18-03197-FPC7   Doc 1204-2   Filed 11/07/24   Entered 11/07/24 17:14:12   Pg 1 of 1