**In re Giga Watt, Inc.,**  
**Case No. 18-03197-FPC**

Exhibit A  
(Default)

Order re Trustee's  
2nd Omnibus Obj. (Released)

| NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|
| HIROAKI YAMAMOTO | 138 | 3/17/2019 | UNSECURED | $11,128.42 | $11,128.42 | | |
| HIROAKI YAMAMOTO | 198 | 3/17/2019 | UNSECURED | $24,608.00 | $24,608.00 | | |
| HIROAKI YAMAMOTO | 285 | 4/16/2019 | UNSECURED | $54,016.08 | $54,016.08 | | |
| HOWARD JONES | 148 | 2/24/2019 | UNSECURED | $28,156.00 | $28,156.00 | | |
| HUMERA SURTI | 334 | 4/19/2019 | UNSECURED | $3,500.00 | $3,500.00 | | |
| IAN M KENNEDY | 226 | 4/1/2019 | UNSECURED | $32,500.00 | $32,500.00 | | |
| IBRAHIM ISSA | 124 | 2/18/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |
| IBRAHIM ISSA | 157 | 3/1/2019 | UNSECURED | $10,850.00 | $10,850.00 | | |
| IGOR MARTIROSIAN | 131 | 2/18/2019 | UNSECURED | $63,000.00 | $63,000.00 | | |
| ILJA FILIPOVS | 142 | 2/20/2019 | UNSECURED | $18,446.21 | $18,446.21 | | |
| INTELLIAPPS LTD | 72 | 2/15/2019 | UNSECURED | $29,900.00 | $29,900.00 | | |
| IOANNIS VIOLIDAKIS | 93 | 2/17/2019 | UNSECURED | $7,843.99 | $7,843.99 | | |
| IVAN MARCAK | 97 | 2/17/2019 | UNSECURED | $9,240.62 | $9,240.62 | | |
| JAMES C LUTZ | 309 | 4/18/2019 | UNSECURED | $155,178.00 | $155,178.00 | | |
| JAMES KING | 307 | 4/18/2019 | UNSECURED | $7,397.04 | $7,397.04 | | |
| JAMES MACCORNACK | 323 | 4/19/2019 | UNSECURED | $2,020.00 | $2,020.00 | | |
| JAN FALTYS | 187 | 3/11/2019 | SECURED | $9,596.00 | | $9,596.00 | |
| JANN SO | 264 | 4/12/2019 | UNSECURED | $9,430.29 | $9,430.29 | | |
| JARED MORRISSEY | 337 | 4/19/2019 | UNSECURED | $5,000.00 | $5,000.00 | | |
| JARNO HOGEWEG | 59 | 2/15/2019 | UNSECURED | $134,266.00 | $134,266.00 | | |
| JARRED HUTTO | 137 | 2/19/2019 | UNSECURED | $11,645.00 | $11,645.00 | | |
| JAY ROBERT STAHLE | 171 | 3/6/2019 | UNSECURED | $4,040.00 | $4,040.00 | | |
| JEFFREY ALAN MOODY | 172 | 3/6/2019 | UNSECURED | $28,616.50 | $28,616.50 | | |
| JEFFREY CHIN | 51 | 2/14/2019 | UNSECURED | $51,136.03 | $51,136.03 | | |
| JEFFREY KUTAS | 266 | 4/17/2019 | UNSECURED | $64,540.05 | $64,540.05 | | |
| JOHN GUILLE | 58 | 2/15/2019 | UNSECURED | $33,133.90 | $33,133.90 | | |
| JOHN HARTLEIB | 274 | 4/14/2019 | UNSECURED | $59,486.40 | $59,486.40 | | |
| JOHN HEINITZ | 347 | 5/2/2019 | UNSECURED | $2,800.00 | $2,800.00 | | |
| JOHN KOWALSKI | 193 | 3/12/2019 | UNSECURED | $3,837.00 | $979.00 | unknown | |
| JOHN SCEVOLA | 96 | 2/17/2019 | UNSECURED | $150,000.00 | $150,000.00 | | |
| JONATHAN GOULD | 31 | 2/6/2019 | UNSECURED | $1,000.00 | $1,000.00 | | |
| JONATHAN J LUTZ | 91 | 2/17/2019 | UNSECURED | $19,783.96 | $19,783.96 | | |
| JONATHAN WILSON | 338 | 4/19/2019 | UNSECURED | $464.00 | $464.00 | | |
| JOSE A. HERRERA | 128 | 2/18/2019 | UNSECURED | $100,000.00 | $100,000.00 | | |
| JOSE ANTONIO CARAPETO SIERRA | 341 | 4/20/2019 | UNSECURED | $16,522.00 | $16,522.00 | | |

**In re Giga Watt, Inc.,**  
**Case No. 18-03197-FPC**

Exhibit A  
(Default)

Order re Trustee's  
2nd Omnibus Obj. (Released)

| NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|
| JOSE LUIS BLANCO | 215 | 3/26/2019 | UNSECURED | $23,663.00 | $23,663.00 | | |
| JOSEPH BRODSKY | 120 | 2/18/2019 | UNSECURED | $15,000.00 | unknown | | |
| JOSEPH BRODSKY | 271 | 4/14/2019 | UNSECURED | $47,800.00 | $47,800.00 | | |
| JOSEPH BRODSKY | 299 | 4/18/2019 | UNSECURED | $47,888.00 | $47,888.00 | | |
| JOSEPH M DUNN | 180 | 3/8/2019 | UNSECURED | $4,789.00 | $4,789.00 | | |
| JOSEPH SMITS | 292 | 4/17/2019 | UNSECURED | $77,364.59 | $77,364.59 | | |
| JOSHUA HESTER | 303 | 4/18/2019 | UNSECURED | $12,108.62 | $12,108.62 | | |
| JOSHUA MAPPERSON | 294 | 4/18/2019 | UNSECURED | $5,954.49 | $5,954.49 | | |
| JUAN BAUTISTA IBARRA ARANA | 84 | 2/17/2019 | UNSECURED | $19,049.24 | $19,049.24 | | |
| KAMRAN BEG | 332 | 4/19/2019 | UNSECURED | $7,600.00 | $7,600.00 | | |
| KEN LI KOH | 242 | 4/8/2019 | UNSECURED | $21,634.19 | $21,634.19 | | |
| KEVIN REINSCH | 321 | 4/19/2019 | UNSECURED | $8,294.94 | $8,294.94 | | |
| KHURSHID ALAM | 220 | 3/30/2019 | UNSECURED | $14,460.00 | $14,460.00 | | |
| KOJI MICHIWAKI | 84 | 2/24/2019 | UNSECURED | $33,746.00 | $33,746.00 | | |
| KOOMBEA INC. | 216 | 3/27/2019 | UNSECURED | $139,320.00 | $139,320.00 | | |
| KRISHNA KARTHIK REDDY ADAPALA | 119 | 2/18/2019 | UNSECURED | $193,368.27 | $193,368.27 | | |
| KYLE SPESARD | 272 | 4/14/2019 | UNSECURED | $3,299.00 | $3,299.00 | | |
| LARRY EUGENE BAGGS | 147 | 2/22/2019 | UNSECURED | $13,041.50 | $13,041.50 | | |
| LASSE KAIHLAVIRTA | 38 | 2/12/2019 | UNSECURED | $39,914.00 | $39,914.00 | | |
| LESLIE HIBBARD | 304 | 4/18/2019 | UNSECURED | $14,871.00 | $14,871.00 | | |
| LESTER AYLLON | 163 | 3/5/2019 | UNSECURED | $40,000.00 | $40,000.00 | | |
| LESTER AYLLON | 164 | 3/5/2019 | UNSECURED | $61,000.00 | $61,000.00 | | |
| LEVI ILLIS | 343 | 4/23/2019 | UNSECURED | $28,889.00 | $28,889.00 | | |
| LI LIANG | 228 | 4/1/2019 | UNSECURED | $95,000.00 | $95,000.00 | | |
| LIKUO LIN | 248 | 4/9/2019 | UNSECURED | $279,111.41 | $279,111.41 | | |
| LIOR SHARABI | 316 | 4/19/2019 | UNSECURED | $132,299.00 | $132,299.00 | | |
| LODOG CORP | 296 | 4/18/2019 | UNSECURED | $128,320.00 | $128,320.00 | | |
| LUCA MONTERISI | 57 | 2/15/2019 | UNSECURED | $5,112.32 | $5,112.32 | | |
| LUCAS VELASQUEZ | 141 | 2/20/2019 | UNSECURED | $22,272.25 | $22,272.25 | | |
| LUIS ROMAN | 33 | 2/6/2019 | UNSECURED | $1,000.00 | $1,000.00 | | |
| LUKE MCINTYRE | 74 | 2/17/2019 | UNSECURED | $46,280.70 | $46,280.70 | | |
| MARC JOYCE | 78 | 2/16/2019 | PRIORITY | $48,669.41 | | | $48,669.41 |
| MARK ELLIS | 273 | 4/14/2019 | UNSECURED | $49,741.30 | $49,741.30 | | |
| MARK R. SHAPLAND | 246 | 4/9/2019 | UNSECURED | $48,226.00 | $48,226.00 | | |
| MARK VANGE | 293 | 4/17/2019 | UNSECURED | $64,862.83 | $64,862.83 | | |

| NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|
| MATHIAS BRACHET | 68 | 2/15/2019 | UNSECURED | $48,693.00 | $48,693.00 | | |
| MATHIAS BRACHET | 69 | 2/15/2019 | UNSECURED | $48,693.00 | $48,693.00 | | |
| MATTHEW R LUTZ | 89 | 2/17/2019 | UNSECURED | $8,385.44 | $8,385.44 | | |
| MAZAEVA MARIA | 110 | 2/18/2019 | UNSECURED | $9,124.18 | $9,124.18 | | |
| MCVICKER, MOSS, BALESTRA | 129 | 2/18/2019 | UNSECURED | $ 30,000,000.00 | $ 30,000,000.00 | | |
| MELISSA SPILLMAN | 152 | 2/25/2019 | UNSECURED | $4,789.00 | $4,789.00 | | |
| MICHAEL BENDETT | 233 | 4/5/2019 | UNSECURED | $85,577.82 | $85,577.82 | | |
| MICHAEL BHAGAT | 196 | 3/15/2019 | UNSECURED | $26,491.30 | $26,491.30 | | |
| MICHAEL CHU | 245 | 4/9/2019 | UNSECURED | $31,281.74 | $31,281.74 | | |
| MICHAEL ILYANKOFF | 122 | 2/18/2019 | UNSECURED | $28,477.00 | $28,477.00 | | |
| | | | | **$33,258,544.03** | **$33,182,420.62** | **$9,596.00** | **$ 48,669.41** |

Note: Total does not equal sum of unsecured, secured and priority because certain parts of claims were unliquidated.