**In re Giga Watt, Inc.,**  
**Case No. 18-03197-FPC**

Exhibit B  
(Responses Received)

Order re Trustee's 2nd  
Omnibus Obj. (Released)

| NAME | CLAIM NO. | DATE FILED | CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|
| INTERFLOW LLC | 39 | 2/16/2019 | UNSECURED | $1,114,244.92 | $1,114,244.92 | | |
| JACQUELINE BUSSEY | 61 | 2/15/2019 | UNSECURED | $152,734.39 | $152,734.39 | | |
| JAMIE DARIO MEJIA MARTINEZ | 310 | 4/18/2019 | UNSECURED | $14,000.00 | $14,000.00 | | |
| JEFFREY C LUTZ | 63 | 2/15/2019 | UNSECURED | $415,381.86 | $415,381.86 | | |
| JEFFREY WALDOCK | 174 | 3/7/2019 | UNSECURED | $5,822.00 | $5,822.00 | | |
| JESSE SAMUEL WHEELER | 192 | 3/12/2019 | UNSECURED | $5,657.75 | $5,657.75 | | |
| JOHN RODRIGUEZ | 333 | 4/19/2019 | UNSECURED | $10,000.00 | $10,000.00 | | |
| JORDI GRAU | 238 | 4/6/2019 | UNSECURED | $9,567.70 | $9,567.70 | | |
| JOSEPH ERRIGO | 49 | 2/14/2019 | UNSECURED | $69,752.27 | $69,752.27 | | |
| JUNG H. CHO | 104 | 2/17/2019 | UNSECURED | $347,792.70 | $347,792.70 | | |
| KENNETH D MCCOY | 37 | 2/15/2019 | UNSECURED | $403,338.74 | $403,338.74 | | |
| KEVIN TAVERNE | 125 | 2/18/2019 | UNSECURED | $267,801.33 | $267,801.33 | | |
| KYLE WHEELAN | 317 | 4/19/2019 | UNSECURED | $18,339.00 | $18,339.00 | | |
| LAURENT HAMERS | 139 | 2/20/2019 | UNSECURED | $27,751.68 | $27,751.68 | | |
| LEON DE FLEURIOT DE LA COLINIERE | 277 | 4/15/2019 | UNSECURED | $269,489.04 | $269,489.04 | | |
| MASAYA FUJIOKA | 221 | 3/30/2019 | UNSECURED | $65,032.00 | $65,032.00 | | |
| MATTEO ROMANI | 117 | 2/18/2019 | UNSECURED | $91,474.10 | $91,474.10 | | |
| MATTEO ROMANI | 102 | 2/17/2019 | UNSECURED | $92,474.10 | $92,474.10 | | |
| MATTHEW HINE | 188 | 3/12/2019 | UNSECURED | $30,331.77 | | | |
| MICHAEL DETRINIDAD | 150 | 2/24/2019 | UNSECURED | $71,948.00 | $71,948.00 | | |
| | | | | **$3,482,933.35** | | | |