# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>               Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**ORDER PARTIALLY SUSTAINING CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS (RELEASED)** |

Upon the *Chapter 7 Trustee's Second Omnibus Objection to Claims (Released)* (the "<u>Second Omnibus Objection</u>") seeking entry of an order (this "<u>Order</u>"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, disallowing and expunging from the claims register the Claims identified on **<u>Exhibit A</u>** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and finding that the response deadline to the Objection expired on November 6, 2024; and that the holders of the claims listed

Order Partially Sustaining Trustee's
Second Omnibus Objection
(Released Claims)      - P a g e | **1**

on **Exhibit A** have not timely responded to the Second Omnibus Objection; and that proper and adequate notice of the Second Omnibus Objection and the relief requested therein has been provided; and that the relief sought in the Second Omnibus Objection is in the best interests of the estate and all other parties-in-interest; and that the legal and factual bases set forth in the Second Omnibus Objection establish just cause for the relief granted herein; and that any findings of fact or conclusions of law made at any hearing on this Second Omnibus Objection are incorporated herein by reference as if set forth fully herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Second Omnibus Objection is GRANTED as set forth therein.

2. Each Claim identified on **Exhibit A** attached hereto is disallowed and expunged from the claims register in its entirety.

3. The clerk of the Court is directed to reflect the disallowance of the Claims listed on **Exhibit A**.

4. The Trustee has provided notice to the claimants listed on **Exhibit A** that complies with due process, the Bankruptcy Rules, and the local rules of this Court.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any claim filed in this case; (b) a waiver of the Trustee's rights to

Order Partially Sustaining Trustee's
Second Omnibus Objection
(Released Claims)       - P a g e | 2

dispute any claim on any grounds; or (c) a waiver of the Trustee's rights under the Bankruptcy Code or any other applicable law.

6. The Trustee is authorized and empowered to take all actions necessary to implement the relief grants in this Order.

7. This Court shall retain exclusive jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Second Omnibus Objection or the implementation of this Order.

///END OF ORDER///

By:

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
Counsel to the Chapter 7 Trustee

Order Partially Sustaining Trustee's
Second Omnibus Objection
(Released Claims)          - P a g e | 3