Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION** |

Pamela M. Egan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.

2. I am a partner in the Potomac Law Group PLLC which is the court-appointed bankruptcy counsel for Mr. Waldron in his capacity as the Chapter 7 Trustee.

Declaration of Pamela M. Egan
in Support of Chapter 7 Trustee's Motion for
Sanctions Against Jun Dam for Unauthorized
Practice of Law and Vexatious Litigation    P a g e | **1**

18-03197-FPC7    Doc 1209    Filed 11/09/24    Entered 11/09/24 13:47:05    Pg 1 of 3

3. I submit this declaration in support of the *Chapter 7 Trustee's Motion for Sanctions Against Jun Dam for Unauthorized Practice of Law and Vexatious Litigation*, filed herewith.

4. The statements made herein are based on my communications with seven WTT token holders who confirmed that Mr. Dam had contacted them regarding the Omnibus Objections.

5. <u>Exhibit A</u> to the Motion is a true and correct copy of an email that a WTT Token holder forwarded to me. This WTT Token holder stated that Mr. Dam had sent it to him. Another WTT Token holder sent me the content of the same email, <u>Exhibit A</u>, without forwarding the entire email, but confirming that it was sent by Mr. Dam.

6. The WTT Token holders with whom I communicated also confirmed that Mr. Dam held a call to discuss the issues raised in Mr. Dam's email, <u>Exhibit A</u>.

7. <u>Exhibit B</u> to the Motion is a true and correct copy of another email that a WTT Token holder received from Mr. Dam and forwarded to me. This WTT Token holders' identifying information is redacted. If Mr. Dam contests that he sent this email, the sender's identify can be provided to the Court.

8. <u>Exhibit B</u> included a link to the "joinder" that Mr. Dam was encouraging WTT Token holders to file. I clicked on the link and retrieved the

Declaration of Pamela M. Egan
in Support of Chapter 7 Trustee's Motion for
Sanctions Against Jun Dam for Unauthorized
Practice of Law and Vexatious Litigation                P a g e | 2

joinder. It is included with <u>Exhibit B</u>. Mr. Lignos' response to the Omnibus Objection was attached to the email and is included with <u>Exhibit B</u>.

9. As of 6:30 p.m., November 8, 2024, I have spent (a) 18.8 hours tracking and reviewing the responses and joinders relating to the Omnibus Objections, which at the Court approved hourly rate of $400 per hour is $7,520 in fees and (b) 18.4 hours preparing these sanctions papers, which at the rate of $400 per hour is $7,360 for a total of $14,880 and accruing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of November 2024 in Seattle, Washington.

    /s/ Pamela M. Egan
    Pamela M. Egan

Declaration of Pamela M. Egan
in Support of Chapter 7 Trustee's Motion for
Sanctions Against Jun Dam for Unauthorized
Practice of Law and Vexatious Litigation     P a g e | **3**

18-03197-FPC7    Doc 1209    Filed 11/09/24    Entered 11/09/24 13:47:05    Pg 3 of 3