Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>                Debtor. | Case No. 18-03197 FPC 7<br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION** |

    Please take notice that Mark D. Waldron, as the Chapter 7 Trustee in the above-captioned case, has filed his *Chapter 7 Trustee's Motion for Sanctions Against Jun Dam for Unauthorized Practice of Law and Vexatious Litigation* ("Motion") pursuant to which the Trustee requests an Order imposing sanctions against Mr. Dam for the unauthorized practice of law and vexatious litigation.

    If you wish to object to the Motion, you must file an objection with the Court and serve it upon undersigned by **December 3, 2024**. The Court may enter

Notice of Ch. 7 Trustee's Motion
For Sanctions Against Jun Dam for Unauthorized
Practice of Law and Vexatious Litigation- P a g e | 1

an Order or Orders without further notice or actual hearing unless a written objection is timely served and filed.

Dated: November 9, 2024        POTOMAC LAW GROUP PLLC

/s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Notice of Ch. 7 Trustee's Motion
For Sanctions Against Jun Dam for Unauthorized
Practice of Law and Vexatious Litigation- P a g e | **2**