Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>                Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**AMENDED NOTICE OF CONTINUED HEARING ON CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (RELEASED)**<br><br><u>Original Hearing Information</u><br>Date: November 13 2024<br>Time: 11:30 a.m.<br>Location: Zoomgov.com<br>Meeting ID: 1606922376<br><br>**<u>Amended Hearing Information</u>**<br>**Date: November 21, 2024**<br>**Time: 1:30 p.m.**<br>**Location: Zoomgov.com**<br>**Meeting ID: 1606922376** |

    PLEASE TAKE NOTICE that the hearing on the first omnibus objection (the "<u>Objection</u>"), ECF No. 1098, filed on October 2, 2024, by Mark D. Waldron, as Chapter 7 Trustee, pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "<u>Bankruptcy Code</u>") and rule 3007 of the Federal

Rules of Bankruptcy Procedure ("Bankruptcy Rules"), **will be held on November 21, 2024 at 1:30 p.m**. as set forth in the caption above. The objection deadline, which passed on November 6, 2024, has not been changed.

Dated: November 12, 2024          POTOMAC LAW GROUP PLLC

By: _/s/ Pamela M. Egan_
Pamela M. Egan (WSBA No. 54736)

*Counsel to the Chapter 7 Trustee*