Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action, am over 18 years of age, and am a partner with the Potomac Law Group PLLC.

2. On November 9, 2024, I served a true copy of the following documents:

CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION, ECF NO. 1208

DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION, ECF NO. 1209

NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION, ECF NO. 1210

CERTIFICATE OF SERVICE - P a g e | **1**

3. I made such service by personally enclosing the aforementioned documents in a prepaid priority U.S. mail wrapper addressed to Jun Dam, 5432 Geary Boulevard, #535, San Francisco 94121 and depositing it into an official depository of the United States Postal Service within the State of Washington.

4. Further, on November 9, 2024, I served the aforementioned documents on Jun Dam by emailing them to him at jundam@hotmail.com.

5. Further, on November 9, 2024, I served the aforementioned documents on all the participants in the Court's Electronic Court Filing system as listed in **Exhibit A** attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November 2024 in Seattle Washington.

By: _____*/s/ Pamela M. Egan*_____
Pamela M. Egan

CERTIFICATE OF SERVICE - P a g e | **2**