| NAME | Email |
|---|---|
| AARON KRIVITZKY | krivitsky@gmail.com |
| ADAM SCHAINBLATT | adamschainblatt@gmail.com |
| ANDREA SHARP | anniezmailbox@gmail.com |
| BRIAN J DONN | briandonnb@aol.com |
| BRYAN MACCALLUM | bryan@macc.za.net |
| BRYANT JOHNSON | bk_johnson@hotmail.com |
| CARMEN J HERNANDEZ G | fiat201701@gmail.com |
| CLINTON DOUGLAS LUCKINBILL | clintluck99@yahoo.com |
| ELIESHAY TOUBOUL | ptouboul999+courtGW@gmail.com |
| ELIESHAY TOUBOUL EMAIL #2 | elitouboul+courtGW@gmail.com |
| ELISA U | gigawatt@amikio.net |
| FILIP SCHEPERJANS | filip@gmx.net |
| GEORGIOS LIGNOS | g.dlignos@gmail.com |
| GRIGORY KLUMOV | gk@rondex.eu |
| HANS-PETER EDENSTRASSER | hp_edenstrasser@yahoo.de |
| JUN DAM | jundam@hotmail.com |