# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**GIGA WATT, Inc., a Washington Corporation**

Case No. **18-03197**

Chapter **7**

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 11/13/2024, I did cause a copy of the following document, described below.

Amended Notice of Continued Hearing on Chapter 7 Trustee's First Omnibus Objection to Claims (Released)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2024

    */s/ Pamela M. Egan*
Pamela M. Egan.
Potomac Law Group PLLC
2212 Queen Anne Blvd, #836
Seattle, WA 98109
(415) 297-0132

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:  
**GIGA WATT, Inc., a Washington Corporation**

Case No. **18-03197**

Chapter **7**

Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 11/13/2024, I did cause a copy of the following document, described below.

Amended Notice of Continued Hearing on Chapter 7 Trustee's First Omnibus Objection to Claims (Released)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2024

*/s/ Naomi Rodriguez*  
Naomi Rodriguez  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602

Exhibit

| Name | Address | City/State/Zip | Country | Extra |
|---|---|---|---|---|
| Aaron Krivitzky | 1810 Linson Ct SE | GRAND RAPIDS, MI 49546-6457 | | |
| Adam Schainblatt | 8809 Walking Stick Trail | Raleigh, NC 27615-4037 | | |
| Andrea Sharp | 268 Bush Street #2520 | San Francisco, CA 94104-3503 | | |
| Brian J Donn | 4254 SW 92nd Ave | Davie, FL 33328-2408 | | |
| Bryan MacCallum | PO BOX 1704 | Rivonia | 2128 | South Africa |
| Bryant Johnson | 1360 WHITETAIL GLEN Ct | HEBRON, KY 41048-7965 | | |
| Carmen J Hernandez  G | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | CARACAS | Venezuela | Venezuela |
| Carmen Jacqueline  Hernandez Guevara | CALLE LA PEDRERA RES VISTA PLAZA T B P 1 | APT 15D Urb Guaicay, Baruta, Caracas | Zip code 1080 | Venezuela |
| Clinton Douglas Luckinbill | 1054 Waterleaf Way | San Jacinto, CA 92582-3020 | | |
| Elisa U | 2405 Acacia St. | Richardson, TX 75082-3319 | | |
| Filip Scheperjans | Pellonperntie 1 B | 00830 Helsinki | Finland | |
| Georgios Lignos | 25 Kritis Str. | 12243 Egaleo | Greece | |
| Hans-Peter Edenstrasser | Rupert Hagleitner Strasse 1d 54 | 6300 Woergl , Tirol | Austria | 6300 Woergl, Tirol,  Austria |
| elieshay touboul | amos 221 | tekoa | Israel | israel |