Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action, am over 18 years of age, and am a partner with the Potomac Law Group PLLC.

2. On November 12, 2024, I served a true copy of the following documents:

    AMENDED NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS (RELEASED), ECF NO. 1212.

3. I made such service by emailing the aforementioned documents to the emails of those parties who have responded to the *Chapter 7 Trustee's Second Omnibus Objection to Claims (Released)*, ECF 1100, using the email provided on the response and as listed in **Exhibit A** attached hereto, except in the case of Matteo Romani, whose email did not work. I texted notice of the amended hearing

CERTIFICATE OF SERVICE - Page | 1

to Mr. Romani using the phone number provided on his response through the app WhatsApp on which he is a registered user.

4. Further, on November 12, 2024, I served the aforementioned documents on all the participants in the Court's Electronic Court Filing system as listed in **Exhibit B** attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November 2024 in Seattle Washington.

By:    */s/ Pamela M. Egan*
      Pamela M. Egan

CERTIFICATE OF SERVICE - Page | 2