| NAME | Emails |
| --- | --- |
| INTERFLOW LLC | jared@redcact.us |
| JACQUELINE BUSSEY | jackie.bussey@gmail.com |
| JAMIE DARIO MEJIA MARTINEZ | jmejiamar@gmail.com |
| JEFFREY C LUTZ | jefflutz62@gmail.com |
| JEFFREY WALDOCK | jeff.waldock@gmail.com |
| JESSE SAMUEL WHEELER | jesse.wheeler@icloud.com |
| JOHN RODRIGUEZ | auto994@yahoo.com |
| JORDI GRAU | jgrau08@gmail.com |
| JOSEPH ERRIGO | errigojp@gmail.com |
| JUNG H. CHO | ethminer74@gmaqil.com |
| KENNETH D MCCOY | ken@northentier.com |
| KEVIN TAVERNE | kevintaverne.91540@gmail.com |
| KYLE WHEELAN | kwheelan@comcast.net |
| LAURENT HAMERS | laurent.hamers@gmail.com |
| LEON DE FLEURIOT DE LA COLINIERE | leondefleuriot@gmail.com |
| MASAYA FUJIOKA | masaya.fujioka@icloud.com |
| MATTEO ROMANI | WHATSAPP - +39 328 0372322 |
| MATTHEW HINE | legal@hine.org |
| MICHAEL DETRINIDAD | mdetrini@icloud.com |
| LUIGI ARCADI | arcadiluigi@gmail.com |