# EXHIBIT B

Quentin D Batjer on behalf of Creditor Port of Douglas County
quentin@dadkp.com, quentin@dadkp.com

Timothy G. Blood on behalf of Creditor Refael Sofair
tblood@bholaw.com, efile@bholaw.com; toreardon@bholaw.com; lhurst@bholaw.com

Timothy G. Blood on behalf of Defendant Jun Dam
tblood@bholaw.com, efile@bholaw.com; toreardon@bholaw.com; lhurst@bholaw.com

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Shauna S Brennan on behalf of Creditor ECO Diversified Holdings, Inc.
sbrennan@outsidegeneralcounsel.com, admin@outsidegeneralcounsel.com

Douglas R Cameron on behalf of Respondent Hanson Baker Ludlow Drumheller, P.S., hwatson@hansonbaker.com

Roberto H Castro on behalf of Interested Party Nathan Welling
rcastro@rcastrolaw.com, castro.ava@gmail.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Witness Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com, mkitamura@byrneskeller.com, docket@byrneskeller.com

Adam C. Doupe on behalf of Interested Party Allrise Financial Group
adoupe@buchalter.com, mbrandt@buchalter.com

Gary W Dyer on behalf of U.S. Trustee US Trustee
Gary.W.Dyer@usdoj.gov

Benjamin A Ellison on behalf of Creditor Committee Unsecured Creditors' Committee
salishsealegal@outlook.com

EXH. B - CERTIFICATE OF SERVICE - Page | 1

Scott B Henrie on behalf of Creditor Refael Sofair
scott@scotthenrie.com, DLevitin@williamskastner.Com

Douglas A. Hofmann on behalf of Creditor Refael Sofair
dhofmann@williamskastner.com, tdondero@williamskastner.com

Gretchen J. Hoog on behalf of Attorney Emerald City Statewide LLC
hoog@ryanlaw.com, dhutchings@corrdowns.com

Reid G Johnson on behalf of Defendant Timur Usmanov
rjohnson@lukins.com

David A Kazemba on behalf of Creditor Giga Plex, LLC
dkazemba@overcastlaw.com, kera@overcastlaw.com, debbie@overcastlaw.com, jose@overcastlaw.com, dusty@overcastlaw.com

David A Kazemba on behalf of Creditor MLDC1, LLC
dkazemba@overcastlaw.com, kera@overcastlaw.com, debbie@overcastlaw.com, jose@overcastlaw.com, dusty@overcastlaw.com

John Knox on behalf of Creditor Refael Sofair
jknox@williamskastner.com, rnelson@williamskastner.com

David R Law on behalf of Creditor Port of Douglas County
david@dadkp.com, amy@dadkp.com

Angie Lee on behalf of Creditor Washington State Taxing Agencies
bculee@atg.wa.gov

Benjamin J McDonnell on behalf of Creditor Clever Capital, LLC
ben@pyklawyers.com, shanson@pyklawyers.com

Benjamin J McDonnell on behalf of Creditor David M Carlson
ben@pyklawyers.com, shanson@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Clever Capital, LLC
ben@pyklawyers.com, shanson@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant Enterprise Focus, Inc.
ben@pyklawyers.com, shanson@pyklawyers.com

Benjamin J McDonnell on behalf of Defendant David M. Carlson and Jane Doe 1
ben@pyklawyers.com, shanson@pyklawyers.com

EXH. B - CERTIFICATE OF SERVICE  - P a g e | 2

| | |
|---|---|
| 1 | Dennis J. McGlothin on behalf of Defendant Jun Dam<br>docs@westwalaw.com |
| 2 | |
| 3 | Jofrey M McWilliam on behalf of Defendant Perkins Coie LLP<br>jmcwilliam@byrneskeller.com,jmcwilliam@byrneskeller.com,<br>jbenson@byrneskeller.com, lsweetser@byrneskeller.com,<br>docket@byrneskeller.com |
| 4 | |
| 5 | Jofrey M McWilliam on behalf of Defendant Lowell Ness<br>jmcwilliam@byrneskeller.com, jbenson@byrneskeller.com,<br>lsweetser@byrneskeller.com, docket@byrneskeller.com |
| 6 | |
| 7 | John D Munding on behalf of Defendant Perkins Coie LLP<br>John@Mundinglaw.com, Karenchpt7@gmail.com |
| 8 | John D Munding on behalf of Defendant Lowell Ness<br>John@Mundinglaw.com, Karenchpt7@gmail.com |
| 9 | |
| 10 | James D Perkins on behalf of U.S. Trustee US Trustee<br>james.perkins@usdoj.gov |
| 11 | Danial D Pharris on behalf of Creditor NC Machinery Co.<br>pharris@lasher.com, luksetich@lasher.com |
| 12 | |
| 13 | Vanessa Pierce on behalf of Creditor Clever Capital, LLC<br>vprollins@gmail.com |
| 14 | Vanessa Pierce on behalf of Creditor David M Carlson<br>vprollins@gmail.com |
| 15 | |
| 16 | Jason T Piskel on behalf of Creditor Clever Capital, LLC<br>jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| 17 | Jason T Piskel on behalf of Creditor David M Carlson<br>jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| 18 | |
| 19 | Jason T Piskel on behalf of Defendant Clever Capital, LLC<br>jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| 20 | Jason T Piskel on behalf of Defendant Enterprise Focus, Inc.<br>jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| 21 | |
| 22 | Jason T Piskel on behalf of Defendant David M. Carlson and Jane Doe 1<br>jpiskel@pyklawyers.com, ephelps@pyklawyers.com |
| 23 | |
| 24 | EXH. B - CERTIFICATE OF SERVICE - P a g e | **3** |
| 25 | |

| | |
|---|---|
| 1 | Christopher F Ries on behalf of Creditor Neppel Electrical & Controls, LLC, diana@rieslawfirm.com; cdg@rieslawfirm.com; carrie@rieslawfirm.com |
| 2 3 | Joseph A.G. Sakay on behalf of Interested Party Allrise Financial Group jsakay@buchalter.com, pjolley@buchalter.com, cdaniel@buchalter.com |
| 4 | Dominique R Scalia on behalf of Attorney DBS Law dscalia@lawdbs.com, paralegal@lawdbs.com; jsmith@lawdbs.com |
| 5 6 | Dominique R Scalia on behalf of Interested Party Unsecured Creditors Committee of Giga Watt Inc.M dscalia@lawdbs.com, paralegal@lawdbs.com; jsmith@lawdbs.com |
| 7 8 | Tara J. Schleicher on behalf of Interested Party EcoChain, Inc. tara.schleicher@foster.com, kim.fergin@foster.com, estela.acosta@foster.com, ellie.bulin@foster.com |
| 9 10 | Daniel William Short on behalf of Creditor Douglas County PUD dan.short@painehamblen.com, sheila.espinoza@painehamblen.com |
| 11 | Scott R. Smith on behalf of Creditor Douglas County PUD srs@painehamblen.com |
| 12 13 | US Trustee USTP.REGION18.SP.ECF@usdoj.gov |
| 14 | Mark Waldron trustee@mwaldronlaw.com, mark@mwaldronlaw.com |

EXH. B - CERTIFICATE OF SERVICE - P a g e | 4