# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  
**GIGA WATT, Inc., a Washington Corporation**

Case No. **18-03197**

Chapter **7**

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 11/13/2024, I did cause a copy of the following document, described below.

Amended Notice of Second Omnibus Objection

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2024

 */s/ Pamela M. Egan*  
Pamela M. Egan.  
Potomac Law Group PLLC  
2212 Queen Anne Blvd, #836  
Seattle, WA 98109  
(415) 297-0132

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  
**GIGA WATT, Inc., a Washington Corporation**

Case No. **18-03197**

Chapter **7**

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 11/13/2024, I did cause a copy of the following document, described below.

Amended Notice of Second Omnibus Objection

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2024

*/s/ Naomi Rodriguez*  
Naomi Rodriguez  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602

EXHIBIT

Jacqueline Bussey
The Oaks Clapper Lane
Staplehurst, Kent
TN12 0JT
United Kingdom

Jaime Dario Mejia Martinez
Calle 44 No 10E - 11 La Victoria
Barranquilla, Atlantico - Colombia

Jeffrey Waldock
Tomaschekstrasse 30
A-1210 Vienna
Austria

Jordi Grau
C/ Sant Jordi, 12-3-1
08500 - VIC
SPAIN

Kevin Taverne
13 Rue Kipling
Mennecy
France
91540

Laurent HAMERS
Avenue Van Beethoven 24
1331 Rosieres
Belgium

Leon de Fleuriot de la Coliniere
16 Rankdoring Avenue
Johannesburg
South Africa

MASAYA FUJIOKA
1-21-9-305 Nakane, Meguro-ku
Tokyo-to 152-0031
Japan

Interflow LLC
5465 S Dorchester
CHICAGO, IL 60615-5316

Jeffrey C Lutz
916 Confidence Dr
LONGMONT, CO 80504-8526

Jesse Samuel Wheeler
3601 Stillman Blvd
Tuscaloosa, AL 35401-2601

John Rodriguez
2688 W. 12th Place
Yuma, AZ 85364-4258

Joseph Errigo
7 PRATT ST
FORT MONROE, VA 23651-1025

Jung H. Cho
320A 7th St
Palisades Park, NJ 07650-2277

KYLE WHEELAN
7975 ORCHARD PATH RD
COLORADO SPRINGS, CO 80919-2925

Kenneth D McCoy
1401 Woodstock Way
#103H
Bellingham, WA 98226-3577

Matteo Romani
Via Flaminia 66
Fossombrone, WA 61034

Matthew Hine
2405 Acacia St.
Richardson, TX 75082-3319

Michael Detrinidad
726 Balsam Dr
Newman, CA 95360-9522