| NAME | Response ECF No. | Joinder ECF No. | Date Filed | CLAIM NO. | DATE FILED | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| NATHAN WELLING | | 1188 | 11/4/2024 | 109 | 2/18/2019 | $709,396.50 |
| NATHAN WELLING | See above | | | 244 | 4/8/2019 | UNLIQUIDATED |
| PABLO HERNANDEZ GUEVARA | | 1171 | 11/1/2024 | 257 | 4/11/2019 | $79,465.64 |
| PATRICK BLOUNT | | 1155 | 10/31/2024 | 127 | 2/18/2019 | $82,837.01 |
| PIERVANNI UGOLINI MUGELLI | | 1174 | 11/3/2024 | 276 | 4/15/2019 | $35,531.09 |
| PRIMO NJEGA | | 1172 | 11/2/2024 | 202 | 3/21/2019 | $24,484.82 |
| PRIMO NJEGA | | | | 203 | 3/21/2019 | $24,484.82 |
| ROBERT ILIEVSKI | | 1179 | 11/3/2024 | 92 | 2/18/2019 | $142,668.99 |
| ROBERT J. HOYER | | 1173 | 11/2/2024 | 149 | 2/24/2019 | $21,424.20 |
| RONALD RICHARD JOHNS, JR. | | 1163 | | 17 | 1/18/2019 | $259,804.32 |
| ROOSEVELT SCOTT | 1145 | | 10/28/2024 | 50 | 2/14/2019 | $50,070.51 |
| RUBEN DEL MURO [1] | 1134, 1137 | | 10/22/2024 | 108 | 2/18/2019 | $80,000.00 |
| SCOTT ALAN WILSON | | 1187 | 11/2/2024 | 8 | 2/17/2019 | $86,741.00 |
| SERGIY DZVONYK | 1196 | | 11/5/2024 | 291 | 4/17/2019 | $156,321.71 |
| STEVE DELASSUS | | 1183 | 11/4/2024 | 262 | 4/11/2019 | $33,503.93 |
| TAKESHI KAWAI | | 1192 | 11/5/2024 | 282 | 4/16/2019 | $49,515.05 |
| THEOCHARIS ASLANIDIS | 1152 | | 10/30/2024 | 95 | 2/17/2019 | $1,207.70 |
| WILHELMUS APPEL | | 1166 | 11/1/2024 | 278 | 4/15/2019 | $34,830.00 |
| WILHELMUS APPEL | See above | | | 87 | 2/17/2019 | $34,830.00 |
| | | | | | | **$1,907,117.29** |

**Notes:**
[1] Ruben Del Muro amended his Response.