| NAME | CLAIM NO. | DATE FILED | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|
| MICHAEL LAFONTAINE JR | 305 | 4/18/2019 | $20,748.00 | $20,748.00 | | |
| MICHAEL PAPENFUSE | 223 | 3/30/2019 | $69,680.00 | $69,680.00 | | |
| MICHAEL RUSSO | 32 | 2/6/2019 | $1,250.00 | $1,250.00 | | |
| MICHAEL WAGNER | 170 | 3/6/2019 | $73,000.00 | $48,000.00 | $25,000.00 | |
| MIKHAIL FILIPPOV | 140 | 2/20/2019 | $59,609.00 | $59,609.00 | | |
| MIKHAIL MESHKOV | 279 | 4/15/2019 | $179,247.43 | $179,247.43 | | |
| MOHAMMAD MEHDI TOOZHY | 227 | 4/1/2019 | $19,693.00 | $19,693.00 | | |
| MR ALEXANDER GARNOCK | 106 | 2/18/2019 | $28,250.00 | $28,250.00 | | |
| MR TOUBOUL | 308 | 4/19/2019 | $73,499.60 | $73,499.60 | | |
| NEIL HUTCHINGS | 186 | 3/11/2019 | $9,098.01 | $9,098.01 | | |
| NELSON L. KIM | 111 | 2/18/2019 | $27,436.65 | $27,436.65 | | |
| NELSON PRADA | 261 | 4/11/2019 | $41,930.75 | $41,930.75 | | |
| NICK NGUYEN | 77 | 2/16/2019 | $2,199.00 | | $2,199.00 | |
| NICOLAS COLOMBERA | 162 | 3/4/2019 | $2,625.00 | $2,625.00 | | |
| NITIN LIMAYE | 47 | 2/13/2019 | $494,500.00 | $494,500.00 | | |
| NIVA JOHNSON | 314 | 4/19/2019 | $39,327.07 | $39,327.07 | | |
| OMAR D. AHMADI | 155 | 2/26/2019 | $14,742.35 | $14,742.35 | | |
| OMAR JAVIER MONSALVE SANCHEZ | 178 | 3/7/2019 | $9,000.00 | $9,000.00 | | |
| OUR BOTANICALS WORLDWIDE LLC | 21 | 2/27/2019 | $541,636.00 | $541,636.00 | | |
| PAMELYN CHEE | 200 | 3/20/2019 | $2,238.00 | $2,238.00 | | |
| PATH OF FOUR WINDS, LLC | 54 | 2/14/2019 | $45,219.00 | $45,219.00 | | |
| PAUL W REINSCH JR | 263 | 4/12/2019 | $40,840.50 | $40,840.50 | | |
| PER MARTIN SUNDBERG | 340 | 4/20/2019 | $293,741.00 | $293,741.00 | | |
| PETER MOONEY | 153 | 2/26/2019 | $28,053.09 | $28,053.09 | | |
| PHAM SONG TOAN | 105 | 2/18/2019 | $14,399.00 | $14,399.00 | | |
| PHIL A DINWIDDIE | 298 | 4/18/2019 | $61,430.00 | $61,430.00 | | |
| PHILIP N MCCOLLUM | 240 | 4/6/2019 | $31,600.30 | $31,600.30 | | |
| PRIJA PHANPHOUAMPHENG | 348 | 5/7/2019 | $3,400.00 | $3,400.00 | | |
| QUARK LLC | 205 | 3/22/2019 | $6,000,000.00 | $3,000,000.00 | $3,000,000.00 | |
| RADOMIR KALININ | 268 | 4/14/2019 | $49,300.00 | $49,300.00 | | |
| RAVJI PATEL | 190 | 3/12/2019 | $2,302.00 | $2,302.00 | | |
| RICHARD BLOMQUIST | 324 | 4/19/2019 | $163,177.36 | $163,177.36 | | |
| RICHARD SHEW | 331 | 4/19/2019 | $5,280.00 | $5,280.00 | | |
| RICHARD WULLIENS | 219 | 3/29/2019 | $2,299.00 | $2,299.00 | | |
| RIETVELD GLOBAL BUSINESS GROUP B.V. | 382 | 2/18/2019 | $103,151.00 | $103,151.00 | | |
| ROBERT B DECKER | 243 | 4/8/2019 | $16,065.88 | $16,065.88 | | |
| ROBERT RUSSELL | 211 | 3/24/2019 | $37,907.98 | $37,907.98 | | |
| ROGER L SUTTON | 295 | 4/18/2019 | $27,023.55 | $27,023.55 | | |
| ROLAN BURYKIN | 306 | 4/18/2019 | $7,452.72 | $7,452.72 | | |
| ROLF JAKOBSEN | 173 | 3/7/2019 | $80,000.00 | $80,000.00 | | |
| ROSS SHRESTHA | 185 | 3/11/2019 | $15,097.00 | $15,097.00 | | |
| ROSS TAVAKOLI | 201 | 3/20/2019 | $19,461.03 | $19,461.03 | | |

**Order re Ch. 7 Trustee's Third Omnibus**
**Objection to Claims (Released)**  **1 of 2**  **Exhibit A**
18-03197-FPC7   Doc 1229-1   Filed 11/18/24   Entered 11/18/24 12:00:03   Pg 1 of 2

**In re Giga Watt, Inc.**  
**Case No. 18-03197**

Exhibit A  
(Defaults)

Order re Ch. 7 Trustee's Third Omnibus  
Objection to Claims (Released)

| NAME | CLAIM NO. | DATE FILED | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|
| SCOTT GLASSCOCK | 64 | 2/15/2019 | $985,213.00 | $985,213.00 | | |
| SERHII KOMAR | 158 | 3/3/2019 | $35,000.00 | $35,000.00 | | |
| SERHII KOMAR | 169 | 3/6/2019 | $66,730.00 | $66,730.00 | | |
| SHAUN LEECH | 206 | 3/22/2019 | $37,650.00 | $37,650.00 | | |
| SHAWN JACKSON DYCK | 199 | 3/18/2019 | $25,320.33 | $25,320.33 | | |
| SINH DU | 46 | 2/13/2019 | $1,196,504.20 | $1,196,504.20 | | |
| SMEETS GERT | 217 | 3/27/2019 | $67,207.08 | $67,207.08 | | |
| SPENCER ROSS | 143 | 2/20/2019 | $0.00 | $0.00 | | |
| STEFANO MUSUMECI | 76 | 2/16/2019 | $15,740.00 | $15,740.00 | | |
| TALENTS 633 MINISTRIES, NFP | 9 | 2/16/2019 | $551,396.51 | $551,396.51 | | |
| THOMAS MEHLITZ | 184 | 3/11/2019 | $22,627.00 | $22,627.00 | | |
| TRAVIS HIBBARD | 301 | 4/18/2019 | $9,089.00 | $9,089.00 | | |
| TUOMAS J KARJALAINEN | 123 | 4/22/2019 | $130,000.00 | $130,000.00 | | |
| TUOMAS J KARJALAINEN | 26 | 4/22/2019 | $1.00 | $1.00 | | |
| VALERIJS SIDORIKS | 151 | 2/25/2019 | $7,088.00 | $7,088.00 | | |
| VIKEN CHOUCHANIAN | 267 | 4/13/2019 | $182,738.00 | $182,738.00 | | |
| VLADISLAV MANITSKIY | 168 | 3/6/2019 | $43,365.00 | $43,365.00 | | |
| VYACHESLAV LEVIN | 336 | 4/19/2019 | $10,200.00 | $10,200.00 | | |
| WILLIAM M PATTON | 284 | 4/16/2019 | $1,100.00 | $1,100.00 | | |
| WILLIAM STEPHEN DAVIS | 247 | 4/9/2019 | $104,085.34 | $104,085.34 | | |
| WILLIAM TRAN | 339 | 4/20/2019 | $264,072.00 | $264,072.00 | | |
| WONG CHUN MING | 253 | 4/18/2019 | $259,750.00 | $259,750.00 | | |
| XIAOMING LU | 166 | 3/5/2019 | $1,500.00 | $1,500.00 | | |
| YUET CHOI CHENG | 145 | 2/21/2019 | $10,000.00 | $10,000.00 | | |
| YURII KUZMIN | 113 | 2/18/2019 | $63,104.00 | $63,104.00 | | |
| | | | $12,846,390.73 | $ 9,819,191.73 | $ 3,027,199.00 | 0 |