# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

The Honorable Frederick P. Corbit

Chapter 7

**ORDER GRANTING MOTION TO DISMISS SANCTIONS MOTION [PROPOSED]**

Upon consideration of the Motion to Dismiss Sanctions Motion filed by Jun Dam, and any opposition thereto, the Court finds that:

1. The Trustee's Motion for Sanctions filed on 11/09/24 (ECF Docket No. 1208) is procedurally deficient in that it fails to comply with the requirements of due process as guaranteed under the Fifth Amendment of the United States Constitution.

2. The allegations set forth in the Trustee's Motion for Sanctions involve substantive claims of misconduct, which require the initiation of an adversary proceeding under Federal Rule of Bankruptcy Procedure (FRBP) 7001.

3. The Trustee has failed to provide evidence sufficient to support the allegations of unauthorized practice of law, as the actions of Jun Dam were limited to personal advocacy and do not constitute representing other parties.

4. The Trustee's failure to adhere to procedural safeguards, including providing for proper discovery and notice, precludes the imposition of sanctions at this time.

Therefore, it is hereby **ORDERED** that:

1. The Trustee's Motion for Sanctions (ECF Docket No. 1208) is **DISMISSED** without prejudice.
2. The Trustee may file an adversary proceeding to address these allegations, if appropriate, in accordance with the Federal Rules of Bankruptcy Procedure.
3. Jun Dam shall not be subject to sanctions arising from actions taken in good faith to advocate for their own legal interests as a creditor in this bankruptcy case.

**SO ORDERED.**

///**END OF ORDER**///

Dated this 18th day of November, 2024

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on 11/18/24 I electronically filed the foregoing **ORDER GRANTING MOTION TO DISMISS SANCTIONS MOTION [PROPOSED]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/18/2024

Sign your name: *[signature]*

Print name: Jun Dam