Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action, am over 18 years of age, and am a partner with the Potomac Law Group PLLC.

2. On November 19, 2024, I served a true copy of the following documents:

> CHAPTER 7 TRUSTEE'S REPLY TO RESPONSES TO FIRST, SECOND, AND THIRD OMNIBUS OBJECTION TO CLAIMS (RELEASED), ECF NO. 1235
>
> DECLARATION OF PAMELA M. EGAN IN SUPPORT OF CHAPTER 7 TRUSTEE'S REPLY TO RESPONSES TO FIRST, SECOND, AND THIRD OMNIBUS OBJECTION TO CLAIMS (RELEASED), ECF NO. 1236

3. I made such service by emailing the aforementioned documents to the emails of those parties who have responded to the *Chapter 7 Trustee's First Omnibus Objection to Claims (Released)*, ECF No. 1098, *Chapter 7 Trustee's*

CERTIFICATE OF SERVICE - P a g e | 1

*Second Omnibus Objection to Claims (Released)*, ECF No. 1100, and *Chapter 7 Trustee's Third Omnibus Objection to Claims (Released)*, ECF No. 1102, using the email provided on the response and as listed on **Exhibit A** attached hereto.

4. Further, on November 19, 2024, I served the Notice of Electronic Notices for the foregoing documents as list on **Exhibit A**.

5. Further, on November 19, 2024, I served the aforementioned documents on all the participants in the Court's Electronic Court Filing system as listed in **Exhibit B** attached hereto and upon Jun Dam, at jundam@hotmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November 2024 in Seattle Washington.

By:     */s/ Pamela M. Egan*
                Pamela M. Egan

CERTIFICATE OF SERVICE - P a g e | 2