| NAME | Email |
|---|---|
| AARON KRIVITZKY | krivitsky@gmail.com |
| ADAM SCHAINBLATT | adamschainblatt@gmail.com |
| ANDREA SHARP | anniezmailbox@gmail.com |
| BRIAN J DONN | briandonnb@aol.com |
| BRYAN MACCALLUM | bryan@macc.za.net |
| BRYANT JOHNSON | bk_johnson@hotmail.com |
| CARMEN J HERNANDEZ G | fiat201701@gmail.com |
| CLINTON DOUGLAS LUCKINBILL | clintluck99@yahoo.com |
| ELIESHAY TOUBOUL | ptouboul999+courtGW@gmail.com |
| ELIESHAY TOUBOUL EMAIL #2 | elitouboul+courtGW@gmail.com |
| ELISA U | gigawatt@amikio.net |
| FILIP SCHEPERJANS | filip@gmx.net |
| GEORGIOS LIGNOS | g.dlignos@gmail.com |
| GRIGORY KLUMOV | gk@rondex.eu |
| HANS-PETER EDENSTRASSER | hp_edenstrasser@yahoo.de |

| NAME | Emails |
|---|---|
| INTERFLOW LLC | jared@redcact.us |
| JACQUELINE BUSSEY | jackie.bussey@gmail.com |
| JAMIE DARIO MEJIA MARTINEZ | jmejiamar@gmail.com |
| JEFFREY C LUTZ | jefflutz62@gmail.com |
| JEFFREY WALDOCK | jeff.waldock@gmail.com |
| JESSE SAMUEL WHEELER | jesse.wheeler@icloud.com |
| JOHN RODRIGUEZ | auto994@yahoo.com |
| JORDI GRAU | jgrau08@gmail.com |
| JOSEPH ERRIGO | errigojp@gmail.com |
| JUNG H. CHO | ethminer74@gmaqil.com |
| KENNETH D MCCOY | ken@northentier.com |
| KEVIN TAVERNE | kevintaverne.91540@gmail.com |
| KYLE WHEELAN | kwheelan@comcast.net |
| LAURENT HAMERS | laurent.hamers@gmail.com |
| LEON DE FLEURIOT DE LA | leondefleuriot@gmail.com |
| MASAYA FUJIOKA | masaya.fujioka@icloud.com |
| MATTEO ROMANI | WHATSAPP - +39 328 0372322 |
| MATTHEW HINE | legal@hine.org |
| MICHAEL DETRINIDAD | mdetrini@icloud.com |
| LUIGI ARCADI | arcadiluigi@gmail.com |

| NAME | Emails |
|---|---|
| NATHAN WELLING | fxether@gmail.com |
| PABLO HERNANDEZ GUEVARA | pablovhg@gmail.com |
| PATRICK BLOUNT | iam@haganblount.com |
| PIERVANNI UGOLINI MUGELLI | ugolinipv@gmail.com |
| PRIMO NJEGA | primoz@njegac.si |
| ROBERT ILIEVSKI | robieilievski@gmail.com |
| ROBERT J. HOYER | robhoyer@gmail.com |
| RONALD RICHARD JOHNS, JR. | rjohnsjr@me.com |
| ROOSEVELT SCOTT | lilscottie101@yahoo.com |
| RUBEN DEL MURO | zensei@protonmail.com |
| SCOTT ALAN WILSON | swilson191@gmail.com |
| SERGIY DZVONYK | cuteman@protonmail.com |
| STEVE DELASSUS | delassus.steve@gmail.com |
| TAKESHI KAWAI | wpit@macr2.com |
| THEOCHARIS ASLANIDIS | harisaslanidis@gmail.com |
| WILHELMUS APPEL | wilcoa@hotmail.com |