# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

The Honorable Frederick P. Corbit

Chapter 7

**DECLARATION OF JUN DAM IN SUPPORT OF MOTION TO INTERVENE AND STAY PROCEEDINGS**

I, Jun Dam, under penalty of perjury, pursuant to the laws of the State of Washington declares the following as true and correct:

1. **Creditor Status**: I am a creditor in this case, holding a claim for 1,025,660 tokens, with a filed Proof of Claim (Claim No. 52) for $5,391,720.37.

2. **Exclusion from Omnibus Motion**: My claims were not included in the Trustee's First Omnibus Objection to Claims, despite being identical to those of other token holders and the largest claim in the class.

3. **Potential Prejudice**: If the claims of other token holders are dismissed, it would set a binding precedent that would impair my ability to defend my claims and would practically preclude me from litigating identical issues in the future.

4. **Filing History**: On October 22, 2024, I filed an objection to the Trustee's omnibus motion and a subsequent joinder to the objection of Georgios Lignos

5. **Judicial Economy and Equity**: Consolidating my claims with the omnibus motion and staying proceedings would prevent inconsistent rulings, ensure equitable treatment, and promote judicial economy.

Dated this 22nd day of November, 2024

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94108
Phone: (415) 748-1113
Email: jundam@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11/22/24 I electronically filed the foregoing **DECLARATION OF JUN DAM IN SUPPORT OF MOTION TO INTERVENE AND STAY PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 11/22/2024

Sign your name: _____

Print name: Jun Dam