Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
   *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **NOTICE OF HEARING ON CH 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION** |
| | <u>Hearing Information</u><br>**Date: January 3, 2024<br>Time: 1:30 p.m.<br>Location: Zoomgov.com<br>Meeting ID: 1606922376** |

PLEASE TAKE NOTICE that the hearing on the *Chapter 7 Trustee's Motion for Sanctions Against Jun Dam for Unauthorized Practice of Law and Vexatious Litigation*, ECF No. 1208, filed on November 9, 2024, has been set for hearing **on January 3, 2024 at 1:30 p.m**. as set forth in the caption above.

Dated: December 27, 2024        POTOMAC LAW GROUP PLLC

                    By:    */s/ Pamela M. Egan*
                           Pamela M. Egan (WSBA No. 54736)
                           *Counsel to the Chapter 7 Trustee*

Ntc Hrg on T'ee's Mot. for Sanctions
Against Jun Dam, etc.                                    P a g e | **1**

18-03197-FPC7    Doc 1244    Filed 12/27/24    Entered 12/27/24 09:53:02    Pg 1 of 1