Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>            Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**AMENDED NOTICE OF HEARING ON CH 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION**<br><br>**Hearing Information**<br>Date: January 3, 2025<br>Time: 1:30 p.m.<br>Location: Zoomgov.com<br>Meeting ID: 1606922376 |

     PLEASE TAKE NOTICE that the hearing on the *Chapter 7 Trustee's Motion for Sanctions Against Jun Dam for Unauthorized Practice of Law and Vexatious Litigation*, ECF No. 1208, filed on November 9, 2024, has been set for hearing **on January 3, 2025 at 1:30 p.m**. as set forth in the caption above.

Dated: December 27, 2024        POTOMAC LAW GROUP PLLC

                                     By:    */s/ Pamela M. Egan*
                                              Pamela M. Egan (WSBA No. 54736)
                                              *Counsel to the Chapter 7 Trustee*

Amended Ntc Hrg on T'ee's Mot. for Sanctions Against Jun Dam, etc.        P a g e | **1**

18-03197-FPC7    Doc 1245    Filed 12/27/24    Entered 12/27/24 10:42:43    Pg 1 of 1