Jun Dam (*Pro Se*)  
5432 Geary Blvd #535  
San Francisco, CA 94121  
Phone: (415) 748-1113  
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit  
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**MOTION TO POSTPONE HEARING AND REQUEST FOR RECLASSIFICATION**

**TO THE HONORABLE FREDERICK P. CORBIT, UNITED STATES BANKRUPTCY JUDGE:**

Jun Dam, Creditor and Movant, respectfully moves this Court to postpone the hearing on the **Motion Regarding Unauthorized Practice of Law (UPL)** currently set for **January 3, 2025**, and states as follows:

1. The Creditor and Trustee's counsel **tentatively agreed** on December 17, 2024, to set the UPL motion for a hearing on January 3, 2025.

2. On December 20, 2024, the Trustee's counsel confirmed that she would serve notice of the hearing. However, notice was not served until December 27, 2024.

3. Under **Federal Rule of Bankruptcy Procedure 2002(a)**, a party must be provided **21 days' notice** of a hearing. The late service of notice fails to meet this requirement, providing insufficient time for the Creditor to prepare.

4. The Creditor also moves to reclassify the UPL hearing as a **status conference** for the following reasons:

    - The motion raises procedural issues that are better addressed in a status conference.
    - Due process requires that any substantive determination be made through an adversarial proceeding, which would allow for discovery and proper evidentiary development.
    - A status conference would save court resources and allow the parties to discuss procedural steps efficiently.

5. Alternatively, the Creditor requests that the hearing be rescheduled to the week of **January 20, 2025**, as previously discussed via email with Trustee's counsel, to comply with the 21-day notice requirement and ensure adequate preparation time.

WHEREFORE, the Creditor and Movant respectfully requests that the Court:

- Postpone the UPL hearing currently set for January 3, 2025.
- Reclassify the UPL hearing as a status conference or, in the alternative, reschedule the hearing to the week of January 20, 2025.
- Grant any further relief the Court deems just and proper.

Dated: December 27, 2024

Dated this 27th day of December, 2024

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94121
Phone: (415) 748-1113
Email: jundam@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12/27/24 I electronically filed the foregoing **MOTION TO POSTPONE HEARING AND REQUEST FOR RECLASSIFICATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 12/27/2024

Sign your name: /s/

Print name: Jun Dam