Jun Dam (*Pro Se*)  
5432 Geary Blvd #535  
San Francisco, CA 94121  
Phone: (415) 748-1113  
Email: jundam@hotmail.com

The Honorable Frederick P. Corbit  
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT INC.,

Debtor

Case No. 18-03197-FPC

**NOTICE OF HEARING ON MOTION TO INTERVENE AND MOTION TO STAY PROCEEDINGS**

**Hearing Information**  
Date: January 22nd, 2025  
Time: 1:30 p.m.  
Location: Zoomgov.com  
Meeting ID: 160 692 2376

**PLEASE TAKE NOTICE** that a hearing on the **Motion to Intervene** and **Motion to Stay Proceedings**, filed on 11/25/24, by Jun Dam, will be held as follows:

**Date**: January 22, 2025  
**Time**: 1:30 p.m.  
**Location**: Zoomgov.com  
**Meeting ID**: **160 692 2376**

The hearing will address the following motions filed by Jun Dam in the above-captioned bankruptcy case:

**Motion to Intervene**:

- Creditor holds a claim for 1,025,660 tokens, amounting to $5,391,720.37, which is identical in legal and factual substance to claims listed in the Trustee's omnibus motion to dismiss creditor claims.
- Creditor was deliberately excluded from the Trustee's omnibus motion, despite being the largest token holder.
- The motion seeks to intervene as a matter of right under Fed. R. Civ. P. 24(a) or, alternatively, under permissive intervention (Fed. R. Civ. P. 24(b)) to protect Creditor's direct and substantial interest, prevent impairment of rights, and ensure adequate representation.

**Motion to Stay Proceedings**:

- The Creditor seeks to stay proceedings on the Trustee's First Omnibus Objection to Claims until his claims are adjudicated or consolidated with the token-holder claims in the omnibus motion.
- Proceeding without including Creditor would result in inconsistent outcomes, inequitable treatment, and harm to judicial economy by encouraging piecemeal litigation.
- A stay would ensure uniform and efficient resolution of all token-holder claims.

**Please take further notice** that parties wishing to participate in the hearing must join using the Zoom link provided or contact the court for additional instructions regarding remote attendance.

**Dated**: December 30, 2024

Respectfully submitted,

Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94121
Phone: (415) 748-1113
Email: jundam@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12/30/24 I electronically filed the foregoing **NOTICE OF HEARING ON MOTION TO INTERVENE AND MOTION TO STAY PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

Date Served: 12/30/2024

Sign your name: [signature]

Print name: Jun Dam