Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave. N., #836
Seattle, WA 98109
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Counsel for Mark D. Waldron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| In re: | Case No. 18-03197 FPC 7 |
|---|---|
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

I, Pamela M. Egan, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am not a party to this action, am over 18 years of age, and am a partner with the Potomac Law Group PLLC.

2. On December 27, 2024, I served a true copy of the following document:

> AMENDED NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST JUN DAM FOR UNAUTHORIZED PRACTICE OF LAW AND VEXATIOUS LITIGATION, ECF NO. 1245

3. I made such service by personally enclosing the aforementioned documents in a prepaid priority U.S. mail wrapper addressed to JUN DAM, 5432 Geary Boulevard, #535, San Francisco, CA 94121 and depositing it into an official depository of the United States Postal Service within the State of Washington.

CERTIFICATE OF SERVICE - P a g e | **1**

4. Further, on December 27, 2024, I served the aforementioned document on Jun Dam by email at jundam@hotmail.com and paulpatriots.gmail.com. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of December 2024 in Seattle Washington.

By:     */s/ Pamela M. Egan*
        Pamela M. Egan

CERTIFICATE OF SERVICE - Page | 2