# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| | **ORDER DENYING MOTION TO INTERVENE AND STAY PROCEEDINGS** |

Having considered the *Motion to Intervene and Stay Proceedings* ("Motion"), ECF No. 1240, filed by Jun Dam on November 24, 2024, and hearing the Motion on January 3, 2025, with Jun Dam in attendance and upon the stipulation of the Chapter 7 Trustee, Mark D. Waldron, through counsel, that this Court's ruling on the Trustee's Omnibus Objections (ECF Nos. 1098, 1100, 1102) will have no preclusive effect on Mr. Dam or his Proof of Claim filed in this case;

IT IS HEREBY ORDERED THAT the Motion is DENIED.

///END OF ORDER///

By:

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
Counsel to the Chapter 7 Trustee

Order Denying Motion to Intervene     P a g e | **1**