UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor(s)

Case No. 18-03197
Chapter 7

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 01/21/2025, I did cause a copy of the following document, described below.

TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257);

EXHIBIT A TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257-1);

EXHIBIT B TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257-2)

DECLARATION OF PAMELA M. EGAN IN SUPPORT OF TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1258).

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 01/21/205

*/s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Email: pegan@potomaclaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, Inc., a Washington corporation,

Debtor(s)

Case No. 18-03197
Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 01/21/2025, I did cause a copy of the following document, described below.

TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257);

EXHIBIT A TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257-1);

EXHIBIT B TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1257-2)

DECLARATION OF PAMELA M. EGAN IN SUPPORT OF TRUSTEE'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JUN DAM FOR VIOLATING THE AUTOMATIC STAY AND VEXATIOUS LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES (ECF No. 1258).

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 01/21/2025

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

Exhibit

Jun Dam
5432 Geary Boulevard, #535
San Francisco, CA 94121-2307