**ASM Capital**
**100 Jericho Quadrangle, Suite 230**
**Jericho, NY 11753**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Eastern Washington

_____
)
In re:                                                   )
                                                              )
Giga Watt Inc                                      )
                                                              )          Case No. 18-03197
                                                              )          Claim No.
                                                              )
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:       Lighthouse (Formerly Discovia)
                         51 University Street, Suite 400
                         Seattle, WA 98101

Transferee:       ASM Capital X, LLC
                         100 Jericho Quadrangle, Ste 230
                         Jericho, NY 11753


Dated:    September 3, 2025


/s/ Adam Moskowitz
Adam Moskowitz
ASM Capital IV, L.P.
516-224-6040